UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| Meghan Kelly | ) | Civil Action No.: **2 1 - 1 4 9 0** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| Disciplinary Counsel Patricia B. | ) | |
| Swartz, Chief Disciplinary Counsel | ) | |
| David A. White, Disciplinary | ) | |
| Counsel Kathleen M. Vavala, Office | ) | |
| of Disciplinary Counsel, Board of | ) | |
| Professional Responsibility for the | ) | |
| Supreme Court of Delaware, the | ) | |
| Preliminary Investigatory Committee, and | ) | |
| Delaware Attorney General, Kathleen | ) | |
| Jennings, in her capacity as Delaware | ) | |
| Attorney General | ) | |
| | ) | |
| Defendants. | ) | |

2021 OCT 25   AM 11: 40

MEGHAN KELLY

V.

DISCIPLINARY COUNSEL PATRICIA BARTLEY SWARTZ, CHIEF

DISCIPLINARY COUNSEL DAVID A. WHITE, DISCIPLINARY COUNSEL

KATHLEEN M. VAVALA, OFFICE OF DISCIPLINARY COUNSEL, THE BORD OF

PROFESSIONAL RESPONSIBILITY FOR THE SUPREME COURT OF

DELAWARE, THE PRELIMINARY INVESTIGATORY COMMITTEE, AND

DELAWARE ATTORNEY GENERAL, KATHLEEN JENNINGS, IN HER

CAPACITY AS DELAWARE ATTORNEY GENERAL

Meghan Kelly, by and through her own pr se representation, brings this Verified

Complaint pursuant to 42 USC Section 1983, 42 USC Section 1985, Federal Rules of

Civil Procedure, Rule 65, the First Amendment of the US Constitution, and the

Fourteenth Amendment of the US Constitution, and contemporaneously therewith, Pro se

1

*Plaintiff's Motion to file in forma Pauperis, Plaintiff Meghan Kelly's Motion for permission to E-file through public access to court electronic records (PACER); exemption of PACER fees, and a waiver of the additional paper copy requirement for electronically filed pleadings, Plaintiff Meghan Kelly's Motion for remote proceedings or to appear remotely, Plaintiff's Motion for a Temporary Restraining Order and exemption of bond, Plaintiff's Memorandum of Law in support of her Motion for a temporary restraining order and exemption of bond, Plaintiff's motion for a preliminary order and exemption of bond, Plaintiff's Motion to Expedite, Plaintiff's Memorandum of law in support of Plaintiff's motion for a preliminary injunction and exemption from bond, and motion to expedite,* against Defendants Disciplinary Counsel Patricia B. Swartz, Chief Disciplinary Counsel, David A. White, Disciplinary, Counsel Kathleen M. Vavala, the Office of Disciplinary Counsel, Board of Professional Responsibility for the Supreme Court of Delaware, the Preliminary Investigatory Committee, and Delaware Attorney General Kathleen Jennings, in her capacity as the Attorney General for the State of Delaware (collectively, "defendants"), and states as follows:

## THE PARTIES

1.      Pro se, unrepresented Plaintiff, party, not acting as an attorney advocate, Meghan Kelly (also referred herein as, "Meghan," "Plaintiff," "I," or "me," or "my" or "myself" also "she" and "her" and "Plaintiff") am an adult resident of the state of Delaware, residing at 34012 Shawnee Drive, Dagsboro, DE 19939.

2.      Defendant Disciplinary Counsel Patricia B. Swartz ("Patricia," and individually and collectively with one or the more Disciplinary counsel or their agent, Disciplinary Counsel Kathleen M. Vavala, and Chief Disciplinary Counsel David White

2



referred to as "ODC"), is a Delaware resident. Her place of business as Disciplinary Counsel is located at the Office of Disciplinary Counsel, The Renaissance Centre, 405 N. King Street, Suite 420, Wilmington, DE 19801. She may be served at her place of business.

3.    Defendant Disciplinary Counsel Kathleen M. Vavala, ("ODC") is a Delaware resident. Her place of business is located at the Office of Disciplinary Counsel, The Renaissance Centre, 405 N. King Street, Suite 420, Wilmington, DE 19801. She may be served at her place of business.

4.    Defendant Chief Disciplinary Counsel David White, (ODC"), is a Delaware resident. David White is the His place of business is located at the Office of Disciplinary Counsel, The Renaissance Centre, 405 N. King Street, Suite 420, Wilmington, DE 19801. He may be served at her place of business.

5.    The Office of Disciplinary Counsel ("ODC" individually and collectively with the above referenced Defendants) is a Delaware organization so tied to the state of Delaware. It is considered an arm of the court, and a state agency whose place of business is at The Renaissance Centre, 405 North King Street, Suite 420, Wilmington, Delaware 19801.

6.    Board of Professional Responsibility for the Supreme Court of Delaware ("PR") is an organization tied to the state of Delaware. It is considered an arm of the court, and a state agency who may be served at The Renaissance Centre, 405 North King Street, Suite 507, Wilmington, Delaware 19801.

7.    Preliminary Investigatory Committee ("PI") is an organization tied to the state of Delaware. It is considered an arm of the court, and a state agency who may be

3

reached care of the ODC at The Renaissance Centre, 405 North King Street, Suite 420, Wilmington, Delaware 19801 (Individually and collectively, the ODC, PR, and PI may also be referred to herein as Defendants or Defendant).

8.    Defendant Delaware Attorney General Kathleen Jennings, in her capacity as the Attorney General for the State of Delaware, whose place of business is located at Delaware Department of Justice, Carvel State Building 820 N. French St., Wilmington, DE 19801. She may be served at Delaware Department of Justice, Carvel State Building 820 N. French St., Wilmington, DE 19801.

## JURISDICTION

9.    Under 28 U.S. Code § 1331 & 1343, this Court has subject matter jurisdiction because this action arises under the Constitution and laws of the United States relating to civil rights.

10.    Venue is proper because a substantial part of the events giving rise to the claims occurred in this district, all of the Defendants are residents of Delaware in which the district is located and Defendants are Delaware entities or Delaware residents, performing business in the State of Delaware.

11.    Defendants regularly conduct government business in this state of Delaware.

12.    My claims against Defendants arise from Defendants' acting under the color of government authority in the state of Delaware, specifically "under color of statute, ordinance, regulation, custom, or usage, of [the] State [of Delaware subjecting me, or causing me to be subjected] to the deprivation of "rights, privileges, or immunities secured by the Constitution and laws" including my First Amendment rights, and my

4

license to practice law, in violation of 42 U.S.C. § 1983, and in retaliation for my First Amendment exercise applicable to the Defendants pursuant to the Fourteenth Amendment right to petition the Chancery Court and United States Supreme Court to seek protection for the exercise of my fundamental right to exercise speech, religious belief, association, and the right to petition, and separately the right to petition, as an impoverished citizen of the United States with limited resources to plead my case, as a party with an active license to practice law defending my personal liberties, as an unrepresented party, not acting as an attorney advocate on behalf of another, as a Christian with personal religious beliefs, as a Christian-democrat, as a Catholic, as a Democrat, as a citizen with unique personal beliefs that do not conform to the world's trained, conditioned, compelled beliefs.

13.    The conduct in issue arises in Delaware.

## FACTS

## BACKFROUND, HARM TO MEGHAN KELLY

14.    I brought this law suit pursuant to 42 USCS § 1983, and 42 USCS § 1985 to enjoin proceedings brought by the Defendants to place my attorney license on inactive disabled in violation of the First Amendment Applicable to the Defendants pursuant to the Fourteenth Amendment in retaliation of my exercise of my fundament right to petition, speak, freely exercise my religious beliefs and association, for malicious purposes based on harming my reputation, to make my speech chilled in the public's views, to harm my character, and to suppress, interfere, obstruct, impede my exercise of religion, speech, association, and right to petition, as a party, and to conceal misconduct within the Court system in my case, or to seek to protect the Court's reputation at the cost of eliminating my

5

individual liberties, and in conspiracy to interfere, impede, or obstruct my separate lawsuit, *Kelly v Trump*.

15.    This United States District Court case arises upon actions by state government agents taken, under the color of state authority and color of law, statute or regulation, to retaliate, and to unlawfully pressure Plaintiff to forgo her case, or to impede or obstruct my access to the courts in a civil rights lawsuit, *Kelly v Trump*, Case Number 21, 5522 in the US Supreme Court, Case Number 119, 2021 before the Delaware Supreme Court, and Case Number 2020-0809 before the Chancery Court for the state of Delaware (referred herein as "*Kelly v Trump*"), where I am seeking relief to protect my free exercise of religion, speech and association without government sponsored economic, social or physical persecution, substantially burdening such exercise.    Attached, please find documents I filed with the United States Supreme Court, Case Number 21-5522, as US Exhibit, to be incorporated herein in toto pursuant to the Federal Rules of Civil Procedure, Rule 10 (c), and referred herein as "US Ex" with reference to documents herein, identified by the marked exhibit letter or number therein with the term ("US Ex"), and the named Exhibit therein.  Also attached, please find the Exhibit labeled "Us Exhibit Appendix Table of Contents," which outlines each of the exhibits in US Exhibit.

16.    I brought this law suit to enjoin proceedings brought by Defendants' Conspiracy to interfere with a party, me, and my civil rights pursuant to 42 U.S.C. § 1985 (2)(b), where Defendants seek to place my attorney license on inactive disabled, to obstruct justice in *Kelly v Trump* and to punish me, impede my case from going forward or to suppress or discredit my religious beliefs, speech, prevent my continued petition before the Chancery Court and, or the United States Supreme Court, and to seek relief from the

6

Defendants' interreference of my exercise of my First Amendment rights, including the my right to seek the protection of the court by petitioning the court for relief, my exercise of speech, religious beliefs and association (individually and collectively, these four rights also referred herein as "civil rights,") in violation of the First Amendment applicable to the Defendants pursuant to the Fourteenth Amendment, and to prevent punishment from the Defendants for the exercise of my speech, religion, and association which Defendants seek to suppress or discredit by disparaging me as "inactive disabled" in an official proceeding, *Kelly v Trump*.

17.    The Defendants, interfered with, impeded, obstructed my access to the courts and threatened to seek to take away my active license to practice law by seeking to place me on inactive disabled status, harm my reputation, my ability to work as an attorney, but for my law suit to protect my free exercise of religion, association and speech, in an attempt to impede an active law suit, initiated in the Chancery Court that is being considered before the United States Supreme court, based on my exercise of a right to petition as a party, not acting as an attorney, in which I seek to relief from a substantial government burden upon my religious exercise under *Religious Freedom Restoration Act*, 42 USCS § 2000bb (1-4).

18.    I brought this law suit to enjoin proceedings brought by Defendants seek to place my active license to practice law, in inactive disabled, in a conspiracy to obstruct, impede, harass, and interfere with my exercise of civil rights in violation of 42 U.S.C. § 1985 (2)(b).

19.    Defendants in violation of  42 U.S.C. § 1985 (2)(b), with two or more persons, including but not limited to Defendants, ODC, Patricia,  Judge Kenneth Clark,

7

and DE-Lapp employee, Carol Waldhauser ("Carol") and Eleanor Kiese ("Kiese"), Delaware agents, or arms conspired unlawfully to pressure Plaintiff to forgo her case to protect her free exercise of religion, or to obstruct, deter, by force of government authority, intimidate, impede and threaten, a party, me, Meghan Kelly in the Chancery Court, and, also in the United States Supreme Court case *Kelly v Trump*, from attending such courts, of from "testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party ... in (her) person or property."

20.    Defendants seek to injure me in my person or property by 1. seeking to disparage my reputation and credibility as labeling me "disabled."

21.    Defendants seek to injure me in my person or property by 2. initiating investigations and proceedings to place me on inactive disabled status on my active fully paid license to practice law, seeking to take away my property interest in my active license to practice law, and preventing my ability to seek a job as an attorney or in any other field with such a defamatory label, thereby potentially committing me to a life of poverty without the prospects of finding a job.

22.    Defendants seek to injure me in my person or property by 3. impeding, interfering, harassing, obstructing, threatening me by investigations, which I believe are never to help the one investigated despite DE-Lapp's letter, during an ongoing proceeding, *Kelly v Trump*, in violation of my right to petition, with intent to impede my petition for relief in *Kelly v Trump*, or in reckless disregard that a reasonable person would be deterred from continuing her case under the facts.

23.    Defendants seek to injure me in my person or property by 4. intentionally or recklessly causing emotional distress manifesting in physical symptoms for the exercise

of my First Amendment rights to petition, speech, exercise religion, and association, in violation of those rights.

24.   Defendants injure me in my person or property by 5. placing me in potential danger. I sought relief from the Chancery Court because I feared physical violence against my person. Someone talked about shooting me as I indicated in my brief for the Delaware Supreme Court for my mere stickers on my car exhibited speech "Impeach No one is above the law! No One is Below the Law," and "Impeach Serve your country not your seat." US Ex- Appendix E.

25.   Someone threw a white thick substance at car in Millsboro, apparently to show their disdain to my speech, my stickers. I took my stickers off. Since so many people gave me the middle finger, and I did not want harm to come to me or my property based on my speech. District Court Exhibit 1.

26.   I live in Sussex County, Delaware, an area full of Trump supporters and republicans, where democrats, like me are not popular.

27.   A few people have called me, a democrat, a "demon-crat," making jokes that are not funny. If they go beyond a joke, it is no laughing matter. There have been attacks against fellow Americans based on party orientation have gone beyond jokes in recent years. See US Ex-Ex 23, relating to 54 cases invoking former President Trump in cases in connection to threats or violence. See US Ex-Ex 24 relating to former President Trump encouraging the militarization of police arguably to combat citizens who exercise their freedom to associate to speak to protest his government policies. See, US Ex-Ex 25, where former President Trump manufactures the threat that protestors exercising their freedom of speech and association will loot. Thereby, Trump, a government agent,

encourages or incites private people to shoot or attack protestors to defend property against false threats, chilling the protestors freedom to associate and speak by government incited private attacks, and militarization by police to use violence against individuals who pose no risk of looting. Also see, US Ex-Ex 10 relating to Trump insulting people of the Jewish faith for not supporting Trump. Also see US Ex-Ex See, US Ex-Ex 11 relating to Trump's call for discrimination against Muslims.

28.    The government through some, not all agents, incited private violent, economic or social persecution toward fellow Americans based on political or political-religious association should not be permitted, despite the long history of social persecution based on government party.

29.    The government through some not all agents, model wicked behavior inciting a segment of the population to use violence or threat of violence against fellow Americans, by personal insults, dehumanizing people based on party, religion or association and appealing to false threats, fears, and emotions, not leadership through love and concern for the people they serve regardless of party, race, religion or place of association.

30.    This name calling by private parties, "demoncrats" is protected speech. Private people are allowed to call me demoncrat, a religious-political word. But I believe such religious, political dehumanizing name calling stems from the unlawful establishment of government-religion, government-party-religion or government-official-religion by government agents, government officials or government partners who take money or barter favors from the government for a shared purpose, including churches, who should be considered government agents by accepting money for a government purpose.

31.    Government officials and government agents should not be permitted to establish government religious beliefs, or establish government party religious beliefs that persecute people of diverse government or religious beliefs or teach the lie those who speak, associate or worship differently, are the enemy just because they do not conform with the government religion, which I believe is business greed, not good by unconditional love and respect for fellow Americans. Government agents should not be permitted to incite private citizens, or public citizens such as the National guard, police or military, to commit violent acts or threat of violent acts against Americans based on political-religious beliefs or perceived political-religious beliefs or false threats to harm to property not yet ripe for correction.

32.    The Defendants should not be permitted to take away my active license to practice law or to label me "disabled" for my religious or political beliefs and speech reflected those beliefs, to chill my speech, religious belief, or association as a colleague licensed attorney, as an indigent, as a Christian or as a democrat.

33.    My faith in God through the father, the son Jesus Christ and the holy spirit is not a disability.

34.    Jesus taught you cannot serve God and money. *Matthew* 6:24. Money is not my savior, and is not what drives me to get up each day, my love for God is. The fact the defendants do not understand my belief, does not make me "disabled" for thinking and believing differently.

35.    People talk about President Trump as "anointed by God." See, US Ex-Ex 34, Fox News, '*I hope it's true': Trump responds to claim he was chosen by God*, By Caleb Parke, June 25, 2020; US Ex-Ex 34, Fox News, *University professors say more church*

*goers believe Trump is 'anointed by God'*, By Caleb Parke, May 13, 2020; US Ex-Ex 36

CBS NEWS, *Trump tweets quote calling him the "second coming of God" to Jews in Israel*,

By Sophie Lewis, Aug. 21, 2019.

36.    People have accused me of not being a Christian because I am a democrat, or because I am a catholic, or because I do not support President Trump, or because I am not a republican.

37.    There is a dangerous religious entanglement of political beliefs held by impassioned misguided people to believe the use of violence against perceived enemies of their religion, government-religion, is warranted to defend their God.

38.    I am reasonably concerned about my safety given someone talked about shooting me for my mere stickers, especially with the rise of violence based on people of diverse political and religious beliefs and speech, including protests, throughout the country.

39.    Additionally, one of my neighbors, who previously threatened to ram into my car, if I parked it in front of one of my parents' empty lots, who previously cursed at me, and threatened to use his gun if someone trespassed on his property at a development meeting, started yelling at me threateningly concerning a banner, speech, I wanted to put up temporarily on my parents' lot. I was reasonably scared, after a stranger had talked about shooting me, after this neighbor threatened to ram my car, or use his gun in a development meeting. So, I called the police, per the attached report. District Court Exhibit 2.

40.    Should the Defendants be permitted to label me "disabled" and I am in actual danger in the future, that label may prevent other people from taking me seriously

or from helping me. I am scared of potential violence taken against me.

41.    My friend, Greg Layton and his wife were shot at in their home for their alleged speech as I indicated in my DE Supreme Court Brief. There has been an uptick in violence in our nation. District Court Exhibit 3. On January 6, 2021, an attempted insurrection occurred at the capital, and people are still talking about "hanging the politicians," civil war and overthrowing the government in Sussex County. It is scary. I am concerned about my safety as I seek to freely exercise my speech, association and religion. That is one reason why I asked the Chancery Court for protection to reduce the violence I believe rooted in the establishment of government-religion by barter or exchange, not freedom or free exercise of religion. US Ex-Appendix E.

42.    I disagreed with people in power, including democrats by proposing different ideas concerning healthcare, by laws that require products made to last, made to work instead of made to disintegrate, polluting in producing replaced items or replaced parts, while costing the customer more money, or penalties, such as taxes, to reduce pollution by making it too expensive to use products or services that it reduces use, and thereby reduces pollution, and my opposition to the death with dignity acts and abortion and other areas, including my opposition to violating my religious beliefs.

43.    I believe associations such as a party, my democratic party, and other entities are weaker than individuals within such association or entities, who have freedom of thought to think beyond the conditioned will of the entity, or group, to care to know, and care to love one another beyond conditions, unconditionally.

44.    The right to assemble and associate must be protected, but the right of artificial entities such as associations must not sacrifice individual's liberty to maintain

existence. The right of free will, freedom of conscience, of each individual, outweighs the mob, conditioned, controlled will of associations and other artificial entities without hearts that run on money or conditioned interest or labor. The freedoms of associations and entities must be more limited in order to protect individual liberty, which is safeguarded under the First Amendment. Disagreements, finding flaws in ideas within entities and associations helps us to learn how to improve which is strength not weakness.

45.    My freedom to think differently, by my free will, as opposed to forced government agent will must be protected, to protect other individuals in their exercise of freedom of conscience to worship, to speak, to associate, to live out their religious beliefs.

46.    I may be attacked or demeaned by those in government or private power who disagree with me, just like I am being attacked by Defendants who disagree with me in *Kelly v Trump*. I may need the safety of the courts, police or others who may find me not credible based on such a label disabled, or I may be discredited and ignored with a procedural determined label disabled thereby quieting my speech by a government forced title, "disabled" which will likely suppress my speech from being heard.

47.    I upset people by the following activity: I sued the Democrats Democratic Party in the state of Delaware. US Ex-Exhibit 2. I drafted five separate proposed articles of impeachment, and contacting each and every 541 Federal law makers to persuade them to impeach former President Trump relating to the porn star payoff, to safeguard the freedom of the press under 18 USC § 227, to safeguard the freedom of speech and freedom to assemble to protest by the NFL players pursuant to 18 USC § 227, to prevent world war 3 with regards to Iran, and to protect due process of law and alleged foreigners from being kidnapped and placed in detention centers in conditions so horrific as potentially violating

14

the 8th Amendment's protections against cruel and unusual punishment. US Ex-Ex. 7, and see US Ex-15, to see more laws I allege former President Trump violated in my proposed articles of impeachment.

48.    I proposed changes to policies or laws that safeguard individual liberty and human life and health as opposed to safeguarding money, which irritates people who value money more than humanity. For example, see, US Ex-Ex. 8, US Ex-Ex. 43. US Ex-Ex 46. District Court Exhibit 4.

49.    I also often make comments in my continuing legal education class, like I used to in my bar sections. Even though the instructors may want to train us to think as they instruct, instead of encouraging us to use our own free will to think for ourselves, instead of the conditioned, trained, forced will of imperfect instructors to analyze potential concerns with the legal instructors' proposed solutions to issues. District Court Exhibit 5.

50.    I sued former President Trump, and seek to sue President Biden by substitution. US Ex, US Ex-Ex A, and US Ex-Ex 2.

51.    I will continue to critique our government leaders' policies and proposed law.

52.    The label "disabled" will demean my reputation before law makers and government officials preventing my speech from being heard, making my desire to serve God by seeking justice by just decrees that care for people, as opposed to unjust decrees that reward business greed by oppressing, harming or exploiting people, will be left unfulfilled.

53.    I will continue to critique policies and laws and suggest more just decrees to prevent hardship, as opposed to unjust decrees that exploit need to make material gain

off of hardships, instead of alleviating the need of the people.

54.     I desire to prevent evil planned schemes by using my freedom to speak without government sponsored persecution or suppression of my speech by forcing the defamatory title of "disabled" upon me, for believing the ways of Jesus instead of the ways of the world which I believe the bible teaches are controlled by business greed, temptation to reflect the evil one, not the image of God by love for humanity. See, 1 *John* 5:19 "We know that we are children of God, and that the whole world is under the control of the evil one." Also see, 1 *John* 4:16 "God is love." When we sacrifice worldly gain to care for those in need at a worldly loss, that is reflecting the image of God by unconditional love, not conditionally caring based on relationship, reward or avoidance of harm.

55.     Global policies look like they will lead to a global famine.  The US is not the only country that had large scale persecution towards migrants who desired to harvest fields, potentially creating fewer harvested crops.

56.     There is also evidence of policies exacerbating inflation instead of alleviating it.  For example, to save the post office, the federal government should reduce the price of postage to a quarter. That way people could afford to buy a stamp, and the post office would make money in bulk.  The post office should also cut package rates in half to attract business away from competitors instead of towards competitors.

57.     Instead, the post office increased rates of postage and will sell fewer shipments, and thereby the post office will make less profit from shipments.

58.     Suppliers of products may increase prices of products and goods based on the increase in shipment costs through the US post office, needlessly creating inflation, during a global pandemic, where many through no fault of their own, are out of work.

59.    The post office is one of the few forms of speech that may not be easily manipulated, monitored, bought and sold by third parties, making free speech no longer free, but monitored to be bought and sold for a potential outsider's pecuniary gain.

60.    There is evidence that global leaders, private and public, including American participants, through organizations such as the Federal Reserve, World Economic Forum, the Bank of International Settlements, the International Monetary Fund, the World Bank, and possibly the United Nations through their public and private partners desire to digitalize everything, currency and shipments, and to artificially cut off shipments through electronic disconnections, hacks to manipulate markets to artificially inflate prices to force individuals in government private partnered forced servitude. District Court Exhibits 6, 8, and 9.

61.    The Federal Reserve is the United States' private central bank which makes more money the more debt the country and the people are in.  The more money created by debt gives politicians more play money, creating an obstacle, a temptation, for government employees, such as Presidents and congressmen, to serve their self-gain instead of the people and the country by increasing desperate conditions and debt to gain more play money to buy and barter favors with.

62.    Janet Yellen, former federal reserve chair has a conflict of interest with the best interest of the country and the citizens she serves, since she desires to increase the debt ceiling, as opposed to creating money out of nothingness to care for the people by the creating paper money, instead of creating money out of nothingness to enslave the people to pay back banks, including the federal reserve for their free lunches.

63.    Janet Yellen also has participated in meetings at the Bank of International

settlements, a global entity that acts above the law, like the UN, and other entities that are rather difficult to hold accountable by the rule of law. The Bank of International Settlements looks after the central banks interest which is making money off of creating debt, which is harmful for humanity and the United States interests. See, https://www.bis.org/author/janet_l_yellen.htm

64.    The President through an executive order or Congress through the coining power has the power to eliminate the debt, fully pay for federal expenses, instead of increasing the debt ceiling as former Federal of Reserve Chair, Janet Yellen suggests, which may make the government become a debtor nation to the World Bank, no longer a free country.

65.    The United States also should dissolve global partnerships with the UN, the World Bank, the Bank of International Settlements, the International Monetary fund since partiality towards these partnerships towards partnerships, global or local, blinds our government servants' eyes from seeing clearly to care for the people.

66.    I recently discovered America was never free. This country has always been for sale, by those who buy influence through alleged donations or steal it to sell it to those who barter for their favor or potential favor by donations, tax breaks, favors or support to government candidates or servants in exchange for unjust decrees that favor those who favor them or bailouts for bad business or worse to entities as opposed to individuals.

67.    I learned we do not have a free market. We have a manufactured forced controlled market stifling innovation under the guise, the lie, that more money to fund greed will create more innovation when it rewards more misbehavior into infinity for a

18

different drug, or research product, or different use for the same product or bad business through bailouts, or fundraisers or grants to give money to the wrong doers who caused the problem.

68.    I recently learned, though I knew in the back of my hard head, that we do not have free market globally, but a forced controlled market by entities who control countries and entities within countries, both private and public entities, like parts in a factory line. I am not only thinking of the Opium trade where Great Britain misbehaved by growing opium in India and selling it by force to addict people in China to buy more, causing the Opium War of 1842 and other abominations throughout world history.

69.    More recently, I read the plans of the founder of the World Economic Forum, Klaus Schwab. Countries, including the United States by private and public sectors appear to be implementing parts in Klaus's Frankensteinish model, the space race, alleged reading thoughts, driverless cars, automation at the checkout, bio editing DNA, increased digitalization, and more. On an aside, I do not believe our mind can be read. I believe our emails can be read.

70.    We have a forced, controlled market, eliminating people's free choice and freedom of innovation by freedom of thought, speech and exchange of ideas, by forced across the professional associations across the board's forced will of a few who profit off of the many. District Court Exhibits 8 and 9.

71.    In my complaint below, I also mentioned unnatural conditions leading to famine and price increases, and increased desperate conditions leading to volunteering, pro bono, organized charity and fundraising which I believe Jesus teaches damns people to hell in *Matthew* 6:1-5, and the elimination of government welfare which is Godly and

good.  US Ex-Ex A.

72.    Welfare helps those in need without exploiting such need to serve greed by corrupt bought, not free partnerships with private entities, such as heartless not for profits, businesses and entities called charities.

73.    Secular Government Welfare, as opposed to charity, to care for individuals in need is commanded by God.  See, *Deuteronomy* 24:19, "When you reap your harvest in your field and have forgotten a sheaf in the field, you shall not go back to get it; it shall be for the alien, for the orphan, and for the widow, in order that the Lord your God may bless you in all the work of your hands."  See, *Leviticus* 23:22, 'When you reap the harvest of your land, moreover, you shall not reap to the very corners of your field nor gather the gleaning of your harvest; you are to leave them for the needy and the alien. I am the Lord your God.'"  *Ruth* 2:2-3 And Ruth the Moabitess said to Naomi, "Please let me go to the field and glean among the ears of grain after one in whose sight I may find favor." And she said to her, "Go, my daughter." So she departed and went and gleaned in the field after the reapers; and she happened to come to the portion of the field belonging to Boaz, who was of the family of Elimelech." *Exodus* 23:11, "You shall sow your land for six years and gather in its yield, but on the seventh year you shall let it rest and lie fallow, so that the needy of your people may eat; and whatever they leave the beast of the field may eat. You are to do the same with your vineyard and your olive grove."  This allows the poor to pick up and gather the crops and sell them or use them for food.

74.    I also have ideas on how to reverse or prevent an economic crash should the elimination of the dollar occur, as the World Economic Founder plans.

75.    Congress can take back its delegated power to coin money without

borrowing it to care for its people. This will not deter people from working, and may be used within limits for those in need as opposed to exploiting need to serve greed, to care for, instead of exploit, the elderly, the unemployed, the poor, and people with disabilities and disease, while safeguarding each of these individual's freedom.

76.    Our current model creates artificial, unearned debt, in violation of the bible and the thirteenth amendment against forced servitude for unearned unjust riches for those who steal, kill and destroy to serve business greed, not good by love. See, *Ezekiel* 18:13, "He lends at interest and takes a profit. Will such a man live (meaning eternal life)? He will not! Because he has done all these detestable things, he is to be put to death; his blood will be on his own head."

77.    With regards to proposing policies, and solutions, I discovered a plan to crash the dollar, the economy, and overthrow the United States governing power.

78.    Our leaders have been implementing policies in the founder of the world economic forum, Klaus Schwab's books, with the founder's goal of illuminating freedom, free will, by forced economic need to survive in a sort of cyber fiefdom model.

79.    According to an article, included as an exhibit hereto, by the World Economic Forum, "(We w)on't" anything. (We) w)on't own a car. (We w)on't own a house. (We w)on't any appliances or any clothes." District Court Exhibit 6, also found at: https://www.weforum.org/agenda/2016/11/8-predictions-for-the-world-in-2030/

80.    It appears the goal is to increase desperate conditions, by taxes, or placing sensors on everything to charge by units, time or use, by eliminating paper money and tracking every purchase from every person to target that person to get as much as they can for as little as they can, tracking water and sewers to charge fees, fees for mileage of

vehicles and more, to force people to lose title to their real property.

81.    I had researched a proposal that indicated that real property may back a global currency, but my computer crashed and I lost all my information.

82.    I discovered former President Trump appeared to have an interest with an entity that had global connections buying up real property that might be connected to this alleged plan. District Court Exhibit 7.

83.    I was able to keep the entity information because I emailed it to my opponent in *Kelly v Trump* before my computer crashed wiping it clean of all files.  Id.

84.    I wanted my opponent, in *Kelly v Trump*, United States District Court Attorney for the District of Delaware, David Weiss, to try to protect the United States from an economic crash, by guiding the courts to be our heroes during such perilous times, in case he becomes the only hope we have. Id.

85.    With regards to the elimination of private property, including ending private ownership in real property, Delaware appears to be implementing a takeover of private real property towards government ownership, which may in turn be used to give to the creditor of Delaware and government debts, losing not only private control of real property, but public or government control of real property to pay back artificially created debt down the line, making the Americans and the United States government no longer free.

86.    There is land dedicated to government bodies in Sussex County on the condition such land is not resold.  The obvious intention of the deceased grantors was to preserve nature, wetlands and natural habitats.  The government entities misbehaved by granting 99-year leases, where the trees were bull dozed, nature destroyed, the land leased,

and homes were built and mortgaged on said 99-year leases, ignoring the obvious intended condition of the dedication, preservation of nature to gain more government money through leases or transfer taxes, and favors from developers who build mortgaged homes on the 99-year leased real property.

87.    Similarly, some owners of farms in Sussex County received government pay in return for giving the state of Delaware construction easements above and below the property, as approved by Sussex County Counsel. While, the state espouses the aim of preserving farms, the state will be tempted by harder economic times, as will farmers to sell the farms. The state will likely be the only ones willing to buy farm land others cannot build on.

88.    By the doctrine of merger, the state through its employees may get the land in toto to invest, lease, sell and profit off of personally by trading favors with entities or people to serve their seat or interest at the public's expense.

89.    Who will correct the government agents in the executive and legislative branches from misbehaving? Who will have standing in court? How can we reduce prevent government agents from giving into temptation to harm people's lives, health and the environment to serve business greed, by barter or exchange, the mark of the beast, not mark of good or love? These are all questions I ponder. I think the solution is to safeguard the freedom to criticize government policies and practices, even the freedom to be wrong, or to have different ideas, without government retaliation, which includes the freedom for me to bring a law suit against former President Trump to dissolve government-religion, as protected speech.

90.    I am also concerned about the state's plan to reassess real estate to increase

taxes because the increase in real estate taxes will prevent potential home owners from buying a home by rendering it unaffordable by increased taxes, and possibly push home owners out of their home, ending private ownership of real estate per the sinister plans of the world economic forum.

91.  Delaware had the highest rate of foreclosures out of all the states this year. See, Delaware News Journal, *Delaware sees highest foreclosure rate in U.S. this year, data analysis company finds,* by Sarah Gamard, dated, April 15, 2021, available at https://www.delawareonline.com/story/news/politics/2021/04/15/delaware-ranked-1st-u-s-foreclosure-rate-data-company-finds/7218522002/

92.  Delaware lawyers had a hand in drafting the grants of 99 year leases to dedicated property to government entities and towns, ending private ownership in fee simple through leaseholds, defeating the purpose of preserving the land, and eliminating wet lands and natural vegetation.

93.  It is wrong for our profession, lawyers, to conspire to misbehave, by harming the people we are charged to serve in our personal pursuit of money. We, lawyers, are not supposed to behave as children of the devil, a pack of wolves, looking after our own under the guise of looking after the sheep we are charged to care for, only to feast on their flesh, in violation of the bible. I believe people go to hell for taking care of their own, professional groups, or families, or business or other entity, at the expense of oppressing or harming others to serve their business greed.

94.  Lawyers and all professions should not collude for profit by self-regulating, and behave above the law too. The Court should give little deference to standards across professions and experts, since such standards look after the professionals and experts not

those they are charged to serve.

95.    Science is the study of things.  Science always contains known and unknown variables including time, that make scientific results imprecise evidence to prove hypotheses. Once a person declares himself an expert, the master, the God, of his profession, he defeats science, which after all is merely studying things by ending such learning.  No one is God but God.  Please note, science, defined as the study of things, I believe proves God created things.

96.    I like science, but I remain humble since variables, unknown and knowns is always part of the process.  Should an expert lack humility, and exhibit pride or confidence, they should not be trusted as there is a conflict they may serve their profit, ego or cronies or they may be dumb, not understand science is learning, with variables that make all scientific determinations potentially inaccurate.  Science is not perfect like math.  Truth is preferred to false comfort.  The law is balanced towards injustice by the court's deference towards professionals across the board, in the community or nationally, based on evil love for business greed, love for money, driving out love for one another by recognition of business standards.

97.    Entire professions appear to be controlled not by free will, freedom of thought to innovate, but a forced will by funding and donations to schools, businesses, not for profits, charities, and through the conformed compelled will of those providing continuing professional classes, and professional organizations like the office of disciplinary council, all stifling improvements that otherwise may be made by the free exchange of ideas, to gain the control or profit of entire industries by a few under the veil of science or guise of serving the public, while I believe damning most of humanity to

hell for *Matthew* 6:1-5 violations, teaching business greed is good.

98.   I believe the fact people were doing what they were told, adhering to professional norms, or doing their job, as they exploit customers or employees to gain as much money as they can for as little cost as they can, or harm human life and health, will damn people on the last day at the resurrection of the dead from their graves, not save people from being thrown into the fire the last day, should they not repent.

99.   It makes me sad that courts often reward blind eyes, by insulating people from liability by permitting delegation of duties, rewarding not knowing or ignorance concerning harm.

100.   I believe blind eyes and dumb ears, reflects the sin that damns people to hell, not choosing to care to think, to know, to love, not using their brains, their free will to consciously choose to love, should they not unharden their hearts.

101.   Some laws encourage not knowing, when harm and hell can be prevented and people saved from deception for dollars by knowing truth in love, instead of giving into temptations to make some heartless entity money.

102.   This summer of 2021, I read two books written by the World Economic Forum founder, *The Fourth Industrial Revolution*, by Klaus Schwab, 2016 version, which may be found at:

https://www.academia.edu/38203483/The_Fourth_Industrial_Revolution_pdf?fbclid=Iw AR1koMak7N -40mbSf9wSGt8XzdhAJgafnbmobfn70FB4nbqcafl_hsN-RnQ

and *Covid-19:The Great Reset*, by Claus Schwab and Thierry Malleret, published 2020, which may be found at:

https://carterheavyindustries.files.wordpress.com/2020/12/covid-19_-the-great-reset-

26

klaus-schwab.pdf. Attached as District Court Exhibit 8 and District Court Exhibit 9.

103.    These two books allude to the preventable, reversible planned elimination of the dollar, and an American economic crash by design, with about 47 percent of Americans expected to be unemployed by 2026-2027. including lawyer jobs. District Court Exhibits 8 and 9, page 38-39 of the Fourth Industrial Revolution, journalists are on the chopping block too

104.    Per *The Fourth Industrial Revolution*,

"Sooner than most anticipate, the work of professions as
different as lawyers, financial analysts, doctors, journalists, accountants,
insurance underwriters or librarians may be partly or completely automated… This
research concludes that about 47% of total employment in the US is at
risk, perhaps over the next decade or two," Id. At page 39.

105.    Regardless as to the false sugar coating in the book, you must read between the lines in these books. *The Fourth Industrial revolution* outlines plans to make profit a different conniving way, not by improving the lives of humanity, instead by exploiting humanity for the love of money differently by eliminating property, by increasing desperate conditions. So people will allegedly use fewer resources, and no longer will afford to have private property. The majority of people will be forced to rent everything, and be rented by those who control the use of resources.

106.    The books allude to, the dismantling of government by a takeover through the back doors to our electronic devices that President Bush opened up with the Patriot Act, and by government-private partnerships. Such partnerships allow the government to become powerless to enforce the rule of law against its own partners, private entities. Since governments collude with them. My goal in *Kelly v Trump* was to dissolve the bought, not free, or based on freedom. union of government-religion. This merely coincidentally is the

27

first step to prevent the schemes to harm humanity for the profit of a few. The US Attorney Generals may seek to prevent the planned global economic crash by dissolving government-private partnerships, dissolving corruption within the government by the spend it or lose it provisions rewarding waste, prevent bail outs, incentives and tax breaks to entities as opposed to people, and by prohibiting the requirement of paying, fundraising, or gathering signatures or support in order to participate as candidates, possibly in violation of bribery or fiduciary laws, such as 18 USCS § 201.  Allow the vote to be the only form to elect leaders.

107.    Alternatively, I believe the overthrow of the United States can be prevented by the government taking back its government coining power from the private sector, the Federal Reserve, a central bank which makes more money the more debt the people and government accrues.  President Biden may draft an executive order to create paper money, without interest, and without debt to care for the people as both Presidents Lincoln and Kennedy chose to do.

108.    President Lincoln created debt free, interest free money by signing the Act of Feb. 25, 1862, ch. 33 § 1, 12 stat. 345.28. President Kennedy signed FR 5605, Exec. Order No. 11110, which also created money, without exploiting the masses to pay it back to those who do not earn it, but take it, essentially giving free lunches to those already fat, serving greed, not need, arguably in violation of the 13th Amendment. See *the Creature of Jeckyll Island*, *a Second look at the Federal Reserve*, by Edward Griffin, 7th printing 1998, which may be found at:

https://ia802609.us.archive.org/14/items/pdfy--

Pori1NL6fKm2SnY/The%20Creature%20From%20Jekyll%20Island.pdf    ,    for    more

information on how money is created. Also see Exhibit H which contains excerpts from the book. Please note, I disagree with the author's theories premised on violating God's law by attacking welfare, and social security, as welfare is commanded by secular laws in the bible too.

109.   Banks create money out of nothingness to profit off of indebting the people and the federal government to pay interest on bonds. The government can coin money out of nothing to care for the people, without requiring they pay it back, or pay interest. Additionally, our bank system is a ponzi scheme, in that they lend out or sell what is not theirs to make interest profit, the depositor's money, potentially losing their customers money should a bank rush occur as the FDIC only has limited funds. Banks are rewarded by taking risky investments with someone else's money as they wrongly count on the government to bail them out, after the FDIC funds run out, at the cost of increasing desperate conditions upon the taxpayer in terms of inflation and taxes as a result of the banks, not the government, creating too much money out of nothingness to serve the banks' greed, not good.

110.   Congress or the President through an executive Order like President Lincoln drafted have the power to create paper money out of nothing and pay back all debt, and pay federal salaries, and limit banks to lend out what they have on reserve instead of their depositors' money. If the government pays banks all debt due, banks will have reserves, their own money to lend out and risk. This will end the ponzi scheme the Federal reserve and banks adopted by the Bank of England, by ending lending out what they do not have, what is not theirs at a profit by interest, potentially causing bank crashes like the one in 1907-8 should a bank run occur. Bankers will make wiser and most likely fewer loans

since they will lose their own money as opposed to the depositors' funds should debt not
be repaid, preventing bank crashes and inflation.

111.    Taxes could be eliminated too, to allow people more freedom to think and
innovate and improve items and services, instead of being oppressed to conform to our
manufactured economy of bad products and poorly performing services, made to break and
repair or replace items, products that cause cancer, food that makes us sick, medicine that
makes us feel better by feeling nothing, inhibiting our faculties preventing us from using
our free will, our conscience mind to think, care, know God, to love God and one another,
I believe guaranteeing people's damnation in hell, instead of healthcare that heals, and laws
that reward money at the cost of human life, health, the environment, and oppressing the
least of these to bondage, enslavement to work for those who serve Satan by serving the
bottom line, without regard to humanity outside of their own unless it affects them.  Their
freedom to think is more valuable than money. Money thrown at universities, candidates,
not for profits, businesses, alleged charities or other fictitious entities without hearts who
run on the bottom line, by philanthropists or donors who force their will to be done in a
manufactured not free economy, prevents innovation, just like throwing government
money at business, not for profits and charities does.  Greed to fund bailouts and bad
business is not good, and should not be rewarded and perpetuated.

112.    Should either President Biden through an executive order, or Congress
under Article 1 Section 8, coin money without borrowing it to pay off all debt, and fully
fund the federal government, the risk of an economic crash will be prevented or may even
be reversed, should a crash occur down the line.

113.    Another problem arises, the stock market is a ponzi scheme too, by selling

I owe yous, what people do not have in the form of shares of stocks, and what they may lose should businesses go under by design to get tax write offs.

114.   I am not sure how to prevent the elderly from losing their retirements by design. Bad businesses should fail. Individual businessmen, members, executives, partners and other leadership positions, who profit off of stock buy backs, may store profit, salaries and bonuses in off shore accounts which are not susceptible to losses in economic crashes should not be rewarded. The system is rigged by design for the shareholder or the tax payer through bailouts to pay the cost for losses which fund unjust gains for bad business. Even if the wrong doers pay cost, they may be able to write them off in tax breaks, but it is rather difficult to pierce the corporate veil, rendering members, partners and others within entities essentially above the law of accountability by design.

115.   Should a stock market crash occur, losing retirees lives' savings, the government should coin money without debt to care for the elderly too, while protecting the elderly's freedom, their free will to do as they choose with the money, not be forced to use it towards entities or government private partners, unless they can think of a better idea to care for the elderly.  There is a way out.

116.   Part of the global plan appears to be to force the United States into debt to a global entity, essentially becoming controlled by that entity the World Bank, the Bank of International Settlements, International Monetary Fund or UN, making it no longer free, but controlled by debt.

117.   The United States Supreme Court indicated President Lincoln's paper money was constitutional, overturning a prior case. In *Knox v Lee*, 79 U.S. 457 (1871), the U.S. Supreme Court held that the Legal Tender Act, which authorized the printing of paper

31

money, President Lincoln's Greenbacks, not redeemable in gold or silver, nor creating debt or incurring interest, did not violate the U.S. Constitution. In so ruling, the Court reversed its earlier decision in *Hepburn v. Griswold*, 8 Wall. 603, 623, 19 L.Ed. 513. There is a way out to reverse or prevent a planned economic crash.

118.    Janet Yellen talked about delaying payments for social security which comes out of a mandatory fun, not a discretionary fund should the Federal Government default on their payments.

119.    This does not appear lawful or just.  Janet Yellen has a conflict of interest to make more debt to make her former entity the Federal Reserve more money at the cost of harming Americans.

120.    Presidents Bush Junior, Clinton, Trump, Obama, Vice President Biden and Trump's daughter all know or should know of the intended elimination of the dollar, economic crash, and dismantling of the rule of law, replaced with the reign of lawless, unrestrained business greed, which I believe is the mark of the beast, the twice dead, people who sadly will go to hell because they are blinded by money or another idol, even their own life.

121.    The Presidents and formerly Vice President Biden attended the World Economic Forum meetings.

122.    If you read through the World Economic Founder's books, you will see the driverless cars and other items implemented in our government are all part of the *Fourth Industrial Revolution*.  District Court Exhibits 8 and 9.

123.    I am obviously going to care about other people, the world and our country enough to think of ways to prevent the wicked global schemes from happening, though I

see implementations of the policies step by step occurring before my eyes. Defendants procedure to remove my active license to practice law as disabled inactive would diminish my voice, making my free speech, quieted by the controlled forced defamatory name calling by the Defendants, government agents.

124.    I am going to continue to care about others and the threat towards the elderly with regards to losing their social security, and I will speak up on alternative solutions to prevent harm to Americans and the world.

125.    I desire to prevent the evil schemes that will cause great harm under the guise of good.

126.    A label "disabled" is not only insulting, but it will diminish my voice, and inhibit me from preventing planned, forceable, preventable harm.

127.    Just because I think for myself, or I think differently, without giving into temptation to trained, conditional, conformed thinking does not make me disabled. Thinking for myself, even outside of the box drawn by those who seek to control choice or force choice, instead of safeguarding free choice, makes me reasonable and of sound mind.

128    Making mistakes in filings, given my lack of resources, extreme duress and emotional distress concerning what I believe is the government using my God's name in vain, does not make me "disabled." It makes me human, capable of mistakes with lack of resources to perform better.

129.    My faith in God through the father, the son, Jesus, and the holy spirit is the most important thing in my life. By choosing to file the law suit *Kelly v Trump*, I chose to love God, by not standing by and allowing my God's name to be profaned by the establishment of government-religion that I believe glorifies man or sin in place of God,

under the guise of Godliness, misleading many people I love to hell, and to the suppression of my religious speech and practice by those who adopt the government-religion and silence my speech.

130. I am horrified by the fact that about 750,000 Americans have died after contracting covid 19, during this pandemic. People are dying every day. I believe potentially being misled to hell for their adoption of government religious beliefs.

131. The fact I am saddened by the death of people who glorified President Trump as anointed by God while mimicking Trump's sinful behavior does not make me disabled. My heart is not cold. I care about people's lives and eternal lives.

132. The Defendants are initiating proceedings to place my license to practice law on, "deactive disabled," on account of having so attended court or testified through my pleadings, or to influence the verdict, presentment, in the Chancery Court or United States Supreme Court.

133. Defendants, and additional persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen, (me, Meghan Kelly) the equal protection of the laws, or to injure (her) or (her) property, license to practice law, reputation, speech, religious exercise, and association as an attorney, as a Christian and as a democrat, for lawfully enforcing, or attempting to enforce, the right of any person, Meghan Kelly, to the equal protection of the laws.

134. I have not worked as an attorney for over five years because I took time to do what is more important to me than earn money, serve God by seeking just decrees. As a Christian, I believe justice with mercy and correction to prevent condemnation are

commands by God. See *Matthew* 23:23, *Amos* 5:15. My license to practice law is no threat to the public given I am not representing anyone. I do not plan to represent anyone until the pandemic subsides, as my life is more important than money.

135.    While I worked at my former law firm as a real estate attorney, my friend a Delaware Attorney, Dick Goll, Esq., died, another Delaware real estate lawyer. Through his death I learned out of state real estate companies were practicing law without a Delaware license to practice law, exploiting people like my friend, the respected late Dick Goll, Esq., while allegedly messing up the chain of title per members of the real estate section of the Delaware Bar.

136.    I recall people in the real estate section of the Delaware bar indicating sometimes there were title company addresses with no lawyer address to contact for deeds with errors, making the chain of title a problem for future buyers and sellers with no means to seek relief by an attorney who made such error, since no attorney was on the deed.

137.    I contacted the Defendant ODC in order to seek to prevent future problems and loss of tax revenue from the state of Delaware. Since out of state title companies do not pay taxes for attorney work, they unlawfully perform in Delaware.

138.    I contacted law makers too, but no one helped me resolve the real estate issue. One law maker met with me concerning the issue of title companies only to be interested in a personal relationship and connections which was unprofessional and offensive.

139.    My younger friend, who used to attend Chamber events with me, allegedly befriended this same law maker. She told me he kissed her. That is so gross. When people go to someone for professional help, they should not have to essentially prostitute

35

themselves, not in the sexual sense, but by forming personal relationships in order to obtain professional help.

140.    I continued to seek to find a way to prevent the real estate title issues. I talked to the Insurance Commissioner, but he ran a way from me at an event and his staffer merely wasted my time by offering to set up a time to talk to someone at his office about it.

141.    A now retired Delaware Supreme Court Justice, Justice Holland kindly called me at my former law firm about the real estate title issues and offered to guide me on a different way to resolve the issue, by forming a committee to help the Court draft rules. However, if I was a member of a Delaware committee assigned by the government to investigate issues, I thought my rights, including the right to speak would be reduced, more limited, in order to safeguard the rights of those the government is charged to serve, as a possible government agent. I was concerned about losing my personal voice, in a committee with a communal conditional goal, whose aim may be concerning safeguarding the government's reputation, jobs and status as opposed to protecting citizens of Delaware from harm and the unnecessary need to increase taxes or deal with problems in the chain of title.

142.    My law firm's office closed down at the end of 2016, and I have not practiced law on behalf of another person as an attorney representing another since then.

143.    Instead, I remained concerned about the title company issues, and other federal and state law issues. I began contacting government leaders even more on other issues, and attending events where government leaders were scheduled to be, like Chamber events.

144.   I sent so many comments to President Obama, he gave me a Christmas card, with an envelop spelling Delaware incorrectly, slanted left handed, which I loved even more. District Court Exhibit 10.

145.   I proposed more comments to lawmakers, but my computer recently crashed, and was wiped clean, including of my old passwords to different emails like electmegkelly@icloud.com.  See District Court Exhibit 4.

146.   None of my comments to government leaders moved them to act.  So, I decided to run for office in the 38th District for the District of Delaware in 2018, in attempt to fix problems myself.  US Ex-Ex 51.

147.   A local newspaper, the Coastal Point, kindly allowed me to draft an article relating to the title issues with a proposed solution to resolve the issues, and increase Delaware revenues without raising taxes, burdening the common man. US Ex-Ex 46.

148.   To date, the title issue has not been resolved to my knowledge.

149.   I continued to make comments to law makers, including on how to prevent oil drilling, safeguard social security, fully fund the schools and on how to improve healthcare.

150.   I even drafted proposals for five separate articles of impeachment to impeach President Trump on.  I contacted all 541 federal law makers by email, fax, phone call, post card or letter, on my quest to uphold the Constitutional laws that make us free.

151.   However, none of my efforts made a difference.  So, I looked into running for President without violating my religious beliefs by asking for donations or signatures, without buying or being bought with money, but seeking the seat based solely on the vote.

152.   I contacted the relevant election office in all 50 states regarding waivers

for their fee or signature requirements. Both would require I violate my religious beliefs.

153. My religious beliefs were always at the forefront of my mind, but I sought a way I could be in a position to care for the people by creating just laws. I believe just decrees and justice in the courts is the solution, not money. The love of money, the security in money, teaching money is the savior is the problem not the solution. Since the love of money drives out the love for one another, and the love of God as savior, replacing money as savior. I believe the courts have the power to be life savers and eternal life savers by valuing and protecting the dignity of individual people, unearned, required, as worth more than money and material gain.

154. I called the US Supreme Court regarding the issue, and a staff member kindly recommended I write the US Supreme Court a letter. I did write a letter indicating, but the US Supreme Court was not able to respond as my issue was not ripe. See, US Ex-Ex 50.

155. I kept contacting law makers to propose my ideas, but I think they threw them away, did not read them, or sent me auto responses. So, I asked the Democrats if they would waive the signature and fee requirements as violating my religious beliefs, so I would not be forced to relinquish my first amendment freedom to exercise my religious beliefs in order to run for the US House of Representatives. US Ex-Ex 50.

156. The democrats denied my request, and I filed a law suit in the Delaware Chancery Court. US Ex-Ex 2.

156. I withdrew my law suit because Covid 19 hit the world. Since I studied the history of medicine in a course at UD, and grew up with health professionals, my mother a pharmacist, my Grandmom, Cecilia Batten a pharmacist, and my other Grandmom Rosie

Kelly, a nurse, I knew it would be serious and did not want to endanger people's lives and health to merely gain a position to pass imperfect, albeit I hoped more just decrees that cared for the people as opposed to harming them to serve business greed and the love of money. I am an imperfect person. I am not God, yet I have the love of God in my heart that teaches me to lay down my world desires, sacrificing to self, to care to love God and others as myself.

157.    I was also communicating with my last law firm, negotiating coming back on board as a real estate attorney performing real estate settlements. But I set aside talks due to the pandemic, and due to the government establishment of religion that I believe caused a substantial burden upon my free exercise of religion, by causing people to demean me as not a Christian, to insult me, and endanger me, and my exercise of my religion, speech and association without the protection of the Court. The violence throughout the nation based on religion or political association is not normal and I believe we, I, needed someone to govern and guide our nation with correction to prevent additional harm towards me and others throughout our country and the world. I hoped the Court would be our hero.

158.    I filed *Kelly v Trump* to protect my free exercise of religion, speech, and association from government sponsored persecution for such exercise, and to dissolve the establishment of government religion by seeking to enjoin former President Trump and current President Biden from enforcing executive orders creating a union of government-religious entity partnership, including enjoinment of Executive Order No. 13798, maintained and reestablished by President Biden by his enforcement of E.O. 13798, and President Biden's enforcement of Ex. Or. No. 13198, Jan. 29, 2001, as amended by Ex. Or.

14015, Feb. 14, 2021; Ex. Or. No. 13199, Jan. 29, 2001, as revoked by Ex. Or No. 13831, May 3, 2018; Ex. Or. No. 13279, December 12, 2002, as amended by Exec. Or. No. 13559, November 17, 2010; Ex. Or. No. 13559, Nov. 17, 2010; Ex Or. No. 13831, May 3, 2018, and Biden's enactment of Ex. Or. No. 14015, Feb. 14, 2021 ("executive orders"). These executive orders allow money or support to be transferred between government agents and religious organizations.

159.    I believe the money in the bought, not free union of church and state is one reason why religious-political attacks seemed to have increased in recent years. President Biden's Valentine's Day executive Order, Ex. Or. No. 14015, Feb. 14, 2021, is troubling since it appears to allow government money to be bestowed to religious organizations, like churches in other countries.

160.    My exercise of speech in the pleadings based on my religious beliefs, are in issue. In elaborating on my beliefs, I find it repugnant for the President and the United States government, state governments and local governments to use my God's name to glorify government or men in government or government business, by establishing government-religious unions in the form of partnerships, essentially making it appear they are working with God or are backed by God, to the extent it has caused physical symptoms related to my horror, clenching of teeth, tears, pain in my heart, sleepless nights and anxiety. Since I believe it misleads people into giving into temptation to sin, confusing them into thinking evil is good, believing a lie as truth, damning them to hell on the last day should they not be saved by the truth of love to conquer wicked lusts, to conquer sin. I believe glorifying business, (like glorifying marriage or child bearing or death, martyrdom, punishments for original sin) by performing business with religious entities as

40

Godly, teaches the mark of the beast, the mark of the whore, the twice dead, the mark of children of the devil is Godly or good. Business or work is a punishment outlined in *Genesis* 3 to teach humility, part of people's lives, not the purpose of life to be glorified and praised misleading people to hell by the sin of pride. The bible is clear. Not everyone is welcome in church or heaven. Those who do business as worship serve the God of money, not the God of the Bible. Jesus chased out those who did business under the guise of worship in the place of worship, church or temple. *John* 2:16. Those who do business under the illusion of Godliness are not welcome in church or in heaven should they not repent. Those who do business under the guise of good, Godliness, or love, when it is giving to get, for recognition, tax breaks, marketing, networking, trading favors or otherwise through fundraising, not for profits, pro bono, volunteering, organized charity, beneficial entities, beneficial corporations (I believe the new beneficial corporations violate Jesus's teachings in *Matthew* 6:1-5, while using other people's money, the shareholder's money, to potentially buy favors under the illusion of benefit or good, exhibiting the mark of the beast as beneficial, serving business greed, not good), not unconditional love, sacrificing material gain to care to love God or one another as ourselves, are not welcome into heaven. I believe they will be thrown into the fire the last day at the resurrection of the dead on the last day. Sadly, God teaches the confused, those who do not know, those who misunderstand will be destroyed the last day. Making people feel good, instead of helping them be good, have life and eternal life, is no good. It is bad and unloving. I would rather love people by dissolving this unholy, whored, bought or bartered or aligned union (supported by taking someone else's money, the tax payers to fund ventures), of government-religion, not free or based on freedom of church and state, to prevent deception

41

that damns, while also protecting people's freedom, their free will from the forced will of government-religious partners by economic or social pressure or temptation to compromise Jesus's teachings to meet worldly needs.

161.    In my religion, Christianity, the first civil King of Israel, Saul was separate from the religious leader Samson.  The second King of Israel, King David, was separate from the religious leader, Nathan.  Even Jesus the Christ, was separate from the civil leader Caesar.

162.    Keeping religion and government separate allows the government to guide and govern private entities, including religious entities.  If the government partners with private entities by grants or otherwise, its hands may be too dirty to clean the hands of the private entity it colludes with, essentially making partners, in this case religious partners above the law.  Which is troubling, since the Supreme Court has already wrongly indicated, the courts have no place to guide or govern with the rule of law the internal affairs of religious entities as distinguished from the religious individual, making churches and religious entities to appear to already be above the rule of law in some cases.  The Supreme Court erred in *Our Lady of Guadalupe Sch. v. Morissey-Berru,* 140 S. Ct. 2049, 207 L. Ed. 2d 870 (2020), rendering religious entities to lawlessly do as the please, fire employees unjustly without a remedy. It appears that if a religious organization allows an entity to discriminate, to do what is most advantageous for the bottom line regardless of the harm, so long as they use the name of God or religion, the entity may use its religion, including non-religion as a religious belief, to force people, employees, suppliers and customers, no longer free to bend to the religious organization's will to serve business greed, the mark of the beast, without discipline to sacrifice material gain to love humanity, including elderly

42

or weak employees, in the form of the rule of law, or love written on humanity's heart per Jeremiah 31.

163.   Keeping government and religion separate also allows government servants to allow their individual strength in being human, the power to choose to love, and outside appeals to a conscience to govern their character with humility, grace and mercy to better care for the people in their charge.

164.   For instance, In the Bible Nathan, a religious leader, courageously confronted the Second King of Israel, King David for sleeping with another man's wife, impregnating her, then conniving schemes to allow the man to have sex with his own wife, to cover up his adultery to no avail, only to set the man up to die in battle.

165.   The confrontation allowed King David to repent, to be made clean and saved from the second death in the fires of hell, the last day at the resurrection of the dead.

166.   In a similar way, my love for God, and desire for God's will led me to confront government officials in order to prevent harm to me and the population they serve, and in hopes government leaders will conduct their jobs with humility, grace and respect for individual liberty as more important than money earned by performance of their duties

167.   I confronted the Delaware Supreme Court when they violated my religious rights to affirm instead of swear into the Delaware Bar. US Ex-Ex 3.

168.   I twice rejected appointments to family law matters as violating my religious beliefs. US Ex-Ex 4.

169.   I confronted the Courts in Delaware per the attached letter concerning impartiality and bias. US Ex-Ex 5; (Also see, Leviticus 19:15 ""You must not pervert justice; you must not show partiality to the poor or favoritism to the rich; you are to judge

43

your neighbor fairly"); (see, Exodus 23:6, "You shall not deny justice to the poor in their lawsuits."); (see, Deuteronomy 16:19, "Do not deny justice or show partiality"); (also see, Deuteronomy 1:17, "Show no partiality in judging; hear both small and great alike. Do not be intimidated by anyone, for judgment belongs to God. And bring to me any case too difficult for you, and I will hear it.").

170.    I even shared my view on what using the name of God in vain means when I proposed a suggestion to defeat ISIS to Senator Tom Carper of Delaware using words of reason, not weapons and barbaric uncivilized violence. US Ex-Ex 6. I believe it means using the name of God, or religion or scripture for man's purpose instead of a true religious purpose.

171.    My love of God, and subordinately my love for others is not a disability. Seeking to protect the freedom to worship, willfully, not under force, threat, conditioning or training of government through its partners, even of diverse beliefs, is something I choose to protect in my religion. There is no love in the government, by the intrinsic power it wields, in forcing its religious-political will, or its religious partner's will upon others under the threat of social, economic or physical persecution. Love must be freely chosen. Otherwise, it is not unconditional love, just conditional, trained, forced behavior. I believe our government is wrong to kill people, even ISIS based on religious-political views, instead of using words of reason.

172.    I am insulted by the Defendants claims against me as "disabled," but for my petition in *Kelly v Trump*, religious belief, association and speech.  They insult my God. Thinking for myself and believing as I freely choose instead of the trained, conditioned, forced will of the government through entities who value money or professional business

over God as a savior, makes me of sound mind. My faith commands me to be separate, meaning do not sin just because the world sins. I should not be required to choose between the exercise of my first amendment rights to worship, speak, associate and petition, even as an indigent pro se party, even imperfectly, and even as an unemployed impoverished party who is licensed to practice attorney, and the maintenance of my license to practice law as active, as Defendants appear to require. I should be permitted the opportunity to work as an attorney, even though I value my faith in God, free speech, association more than work, and am not working at this time in order to stand up for Jesus in court, as a party, not as an attorney, at this most critical time in our nation.

173.    During *Kelly v Trump*, I have been, at times, without access to a working computer, a printer, legal resources, even my vehicle at times, due to lack of means. That does not make me "disabled," incapable of performing attorney work. It makes me disadvantaged in my own case, where I am not performing attorney representation of others, as I would if I was employed with the adequate tools to conform to attorney work. Defendants require I lose the right to petition the court, as a party, not as counsel, if I am impoverished and without means to advocate as an attorney, or lose my license to practice law, as inactive, preventing me from ever gaining the means to represent others through employment with a law firm and possibly employment at other places.

174.    Defendants compel me with the choice between losing my paid for active license to practice law, or losing my ability to exercise fundamental First Amendment rights, deeming me unworthy of Constitutional protections as poor, or they claim disabled because I believe, think, speak differently based on my religious beliefs, in representing myself in case *Kelly v Trump* to safeguard those beliefs.

175.    Defendants seek to penalize me as unworthy to exercise my right to petition because I do not have the tools to advocate as an attorney for others at this time because of my unemployment, by taking away my prospect of becoming employed and gaining the tools I would need to represent others.

176.    Defendants seek to penalize me as unworthy to practice law due to poverty.

177.    Poverty is not a disability.

178.    I am not less worthy of protections under the Constitution due to my unemployment, poverty, religious beliefs, association or speech, or exercise of my right to petition which is strongly impacted by my belief in Jesus as God, not business as God, not money as God, not even government as God, as free speech, allows me to criticize even government in hopes to improve it, and maintain it too.

179.    I am filing this case before the Honorable United States District Court in the District of Delaware to enjoin the Defendants retaliation against me for 1. exercise of my religion, speech, association, and right to petition grievances, and 2. for the First Amendment right to petition grievances related to *Kelly v Trump*, to prevent disciplinary proceedings for the exercise of my fundamental rights, based on Defendants' intent to cover up government agents' behavior, or to demean my credibility and reputation to belittle my speech, religion, association or petition for relief in *Kelly v Trump*, based on Defendants disagreement with my beliefs, speech, religion, and petition for relief, or to penalize me for speech, religion, association, poverty, and petitioning the court, as an indigent party, albeit even imperfectly to defend my First Amendment rights against government persecution.

180.    All of the rights, my right to petition the court, my free exercise of speech,

religion, association are fundamental rights protected under the strict scrutiny standard, and must have a compelling or important justification to retaliate or punish me or violate, narrowly tailored to such justification.

181.   The Defendants have no important or compelling justification to interfere with an active case to retaliate against me for 1. my federally protected exercise of religion, speech, association, or the right to petition grievances, and 2. for my exercise of the First Amendment right to petition the court for grievances in Kelly v Trump.

182.   I am not practicing as an attorney advocate on behalf of another. I am unemployed, and I will seek to gain my old job performing real estate settlements after the pandemic subsides, which will not likely be anytime soon, if they will still be interested in me, after the Defendants embarrassing initiation of proceedings brought for improper purposes since there is no great need to interfere with an ongoing trial to seek to deactivate my license to practice law, but for the case, to intimidate me into forgoing my case, as an injured unrepresented party, or demean my credibility so as to diminish the effects of my speech, religious exercise or association in the eyes of others, and in the eyes of the Courts, including the United States Supreme Court.

183.   It is improper for the ODC to take action against me during an active case that is currently being considered before the United States Supreme Court Case No. 21-5522, with intent to interfere with the law suit or demean my credibility.

184.   There is no immediate need for the ODC to act. I am no danger to the public as an actively licensed attorney, not currently practicing law or expecting to practice law on behalf of others since I am holding off on contacting my old law firm until my case *Kelly v Trump* is over, and the pandemic subsides, and now must hold off on renewing

47

negotiations until the issues in this case are resolved.

185.     In *Kelly v Trump*, I am merely defending my fundamental rights as a party, not practicing as an attorney, which rights I should not be compelled to waive because of lack of resources attorney advocates need to perform their duties for others, as opposed to acting as a pro se, indigent party.

186.     Patricia and the ODC are retaliating against me with an additional intent to inflict emotional distress, or in reckless disregard of infliction of emotional distress, and have caused emotional distress embarrassment, sleepless nights, heart pain. anxiety, grinding of teeth, utter horror, fear, tears, and emotional harm.

187.     In the pleadings I indicated the Court staff appeared to demean me of unworthy of access to the courts because of poverty, religious beliefs or association, which upset me and made me cry. See US-A-4, US-A-5, attached hereto and incorporated herein.

188.     Patricia and the ODC Knew or should have known that interference with my exercise of my First Amendment Right to petition to safeguard my civil liberties from substantial burden, by so burdening my free exercise of the right to petition, speech, association and religious belief, by threat of pecuniary harm, taking away my active license would upset me causing emotional distress, embarrassment, humiliation, and pain in my chest.  I attached evidence that I exhibited an increased blood pressure and pain in my heart but for caused by government sponsored attacks against me for the exercise of my civil liberties, including my free exercise of religion, speech, association, and freedom to petition the government to address grievances. US Ex-Ex 52

189.    In 42 USCS § 1983 actions for emotional distress, embarrassment and humiliation, proof of elements of tort of intentional infliction of emotional distress is not prerequisite for recovery of compensatory damages; it is only necessary for plaintiff to show that (1) plaintiff has in fact suffered emotional distress, embarrassment and/or humiliation, and (2) defendant's actions proximately caused plaintiff's injury. *Aumiller v. University of Delaware*, 434 F. Supp. 1273, 1977 U.S. Dist. LEXIS 15317 (D. Del. 1977).

190.    If proven, compensatory damages are available under § 1983 for mental distress. *Agosto v. Aponte Roque*, 631 F. Supp. 1082, 1986 U.S. Dist. LEXIS 27992 (D.P.R. 1986), remanded, 889 F.2d 1209, 4 I.E.R. Cas. (BNA) 1827, 1989 U.S. App. LEXIS 18910 (1st Cir. 1989).

191.    Expert medical testimony is not required to prove emotional distress damages in 42 USCS § 1983 action. *Bolden v. SEPTA*, 21 F.3d 29, 9 I.E.R. Cas. (BNA) 676, 146 L.R.R.M. (BNA) 2065, 127 Lab. Cas. (CCH) ¶ 57650, 1994 U.S. App. LEXIS 6575 (3d Cir. 1994); See, *Flores v. Pierce*, 617 F.2d 1386, 1980 U.S. App. LEXIS 17814 (9th Cir.), cert. denied, 449 U.S. 875, 101 S. Ct. 218, 66 L. Ed. 2d 96, 1980 U.S. LEXIS 3269 (1980), (42 USCS § 1983 are not limited to out-of-pocket pecuniary loss but can also be awarded for emotional and mental distress caused by intentional tort.);

192.    There is little question that once constitutional violation is made out under 42 USCS § 1983 plaintiff may recover damages for emotional distress, embarrassment, and humiliation, and in appropriate cases, punitive damages are also recoverable; in order to recover such damages plaintiff need only show that (1) he in fact suffered such damages, and (2) defendant's actions proximately caused plaintiff's injury. *Board of*

49

*Trustees v. Holso*, 584 P.2d 1009, 1978 Wyo. LEXIS 228 (Wyo.), reh'g denied, 587 P.2d 203, 1978 Wyo. LEXIS 245 (Wyo. 1978).

193. In my petition for a writ of certiorari before the US Supreme, I alleged or referred to through documents emotional distress resulting in physical symptoms, as evidence of the alleged harm caused the Presidents' establishment of government-religion.

194. Patricia and the ODC knew or should have known that attacking me based on my pleadings relating to the most sensitive issue in my life, my faith in Jesus Christ, would cause me additional emotional distress. On October 3 through the 11th of 2021, I did not sleep through the night, and I usually have no problem sleeping soundly. I have foreseeably experienced severe anxiety, clenching my teeth, harming my teeth, tears, and heart pain, as a result of Patricia and the ODC's conduct, which has increased and intensified the amount of emotional distress based on government agents substantially burdening my religious beliefs, and my speech and petition to address grievances before the court to safeguard my religious exercise of my beliefs.

195. The fact Patricia and ODC may not understand my beliefs or the fact my belief in Jesus Christ or other beliefs may not make sense to them does not justify persecuting me based on my defense of my beliefs by seeking to label me as disabled preventing me from becoming gainfully employed as an attorney or otherwise.

196. At the start of my case in *Kelly v Trump*, I did not have a working computer or a printer. Since the case began, I got a new computer, which broke twice, once after I filed a brief to the Delaware Supreme Court, and secondly on August 23, 2021, after I filed my writ of certiorari with the United States Supreme Court.

197. I just recently got my new computer fixed, but all of my material was wiped

clean off of my computer.

198.    The last week of September, I was compelled to purchase Microsoft Word to place on my fixed computer in order to respond to the ODC's September 27, 2021 threats by the filing of this Complaint. Preparing this complaint and the voluminous documents is especially tough for me with regards to not only funding, but lack of resources required such as ink, and a working printer, which I also bought the last week of September in order to respond to the ODC's September 27, 2021 threats by filing this complaint.

199.    Unfortunately, on October 5, 2021 *Wal*mart and Target are out of the ink I need to purchase to use on my new printer Epson 522, black. So this reasonably also causes anxiety, which does not make me disabled. It makes me reasonably concerned, compelling me to act quickly with flexibility in order to defend my life, my belief and my livelihood from government persecution based on exercise of my fundamental rights.

200.    The ODC and Patricia knew or should have known that I am of limited means to respond to their threats, since a letter from DE-Lapp alleged, they heard I was having difficulty paying my attorney dues, and I filed in forma pauperis in *Kelly v Trump*.

201.    The ODC and Patricia knew or should have known that attacking my religious beliefs, speech based on my beliefs, would cause emotional distress, and upset me even more.

202.    The ODC and Patricia intentionally upset me in order to argue the fact I exhibited emotional distress makes me disabled, when it makes me a human with a heart, not a cold heartless person with the mark of the beast written on their forehead, by what I think, my heart and my hand by how I live. The fact I love God, myself and others instead of loving money and material gain makes me a Christian, who are "known by their love."

203.    I sought protection from the court because I was scared I would get shot, and further harmed for exercising my speech, religion and association. I sued the Democrats. I sued Trump. I sought to replace President Trump with President Biden, and a determination as to whether my writ of certiorari is yet to be granted.

204.    I drafted 5 articles of impeachment against President Trump, contacted all 541 law makers to impeach. I upset people who support President Trump and President biden. Yet, I choose to do what is right to please God not man.

205.    People have talked about civil war, overturning the government and we recently had an attempt at an insurrection to expunge the election results on January 6, 2020 by violent force.

206.    The arms of the court, Defendants, endanger my life in retaliation for my exercise of constitutionally protected rights and in response by me against court officials for seeking to sabotage, interfere, impede my case. The ODC appears allege my belief in Jesus is crazy and seeks to declare me disabled. The fact I think for myself, not trained, conditional forced thinking based on temptations of reward and punishment, and conditional relationships, praise and ridicule, makes me reasonable of sound mind.

207.    I am a Christian, and my belief in God, and my desire to dissolve the establishment of government-religion so I, and others, may worship or not according to the dictates of our conscience, not the dictates of the government through its religious partners is the most important thing in my life.

208.    This is real life and Defendants place me in real danger, to be demeaned if something further happens to me, as "crazy." So others may say "do not listen to her." I disagree with both the democrats and republicans and those in power concerning bad ideas

52

that are not solutions because I care about people above money and believe people's free will, freedom to choose should be protected from forced, conditioning, and that laws should correct misbehavior not reward bad business that exploits customers, poisons their food or water, harms their health under the guise of healthcare and pollutes.

209. The arm of the court, ODC, endangers my life in retaliation for my exercise of my constitutionally protected right to petition the court for grievances, and in response to my additional petitions to the Chancery Court and Delaware Supreme Court for relief against court officials or arms of the state for seeking to sabotage, interfere, impede my case.

210. The ODC seeks to declare me disabled, but for and as a result of the fact I filed the case *Kelly v Trump* to safeguard my free exercise of belief in Jesus Christ.

211. I gave my life to God not money. Earning money is not per se evil. When money becomes your savior, your God, to the extent you harden your hearts to loving God foremost, and others as yourself, even the poor, foreigner, the sick, the disabled, I believe that is sin. Love is sacrificing material gain to love God and one another as more valuable than money.

212. I fear God more than I fear Defendants, and I must stand up for my right to imperfectly worship Jesus, freely speak my faith, and associate, and petition the court as a Christian.

### SPECIFIC DELAWARE GOVERNMENT AGENT RETALIATION

213. I write to alert this Honorable Court concerning actions by state government agents taken apparently to impede and obstruct my access to the courts in *Kelly v. Trump*.

214. "The interference with and potential prejudice to the right of access to

redress in state court rises to the level of a constitutional deprivation.'" *In re Cincinnati Radiation Litigation*, 874 F. Supp. 796, 823 (S.D. Ohio 1995); Citing *Fisher v. City of Cincinnati*, 753 F. Supp. 681, 687 (S.D.Ohio 1990)

215.   The First Amendment prohibits state officials, employees, and agents from retaliating against claimants, such as myself, for exercising their right to access to the courts.

216.   "Retaliation by public officials against exercise of First Amendment rights is itself violation of the First Amendment." *Zilich v. Longo*, 34 F.3d 359 (6th Cir. 1994), *U.S.C.A. Amend.* 1.

217.   The state of Defendants officials intentionally retaliated against me for the exercise of my right to access to the courts, based on their disagreements as to my speech, religion and association, and beliefs, I seek to protect, even the right to criticize government officials, including Delaware arms and agents, and to stand up for my beliefs, no matter how repugnant the Defendants or others find my beliefs.

218.   Arline Simmons ("Arline"), a Chancery court staff member in the state of Delaware, was my friend, prior to impeding my case.  At least, I thought she was my friend in real life.

219.   Arline advised me telling her things would not get back to the court, and was not the court, when I came to the Courthouse in person, near the inception of the case.

220.   Arline was my facebook friend, and I thought my friend in real life too.

221.   Arline indicated her support for former President Trump and for the ability of the government to share religious beliefs through its employees, by her communications at the courthouse and online.

222.  My case, *Kelly v Trump*, seeks to dissolve government-religion, which conflicts with Arline Simmons beliefs.

223.  Arline, intentionally misled me to almost miss the deadline to file an exception to the Honorable Master's final report, in an attempt to prevent my case from going forward based on her disagreement with my religious, political beliefs. See attached US Ex Exhibit A-4, which includes Appellant's Motion for the Delaware Supreme Court to rei(g)n in its arms through its agents from unlawfully pressuring appellant to forgo or impede her case to protect her free exercise of religion by relief it deems just, with the internal exhibits thereto, Exhibit 55, a December 1, 2020 letter by Meghan to the Honorable Master Patricia W. Griffin ("Master"), regarding Due Process concerns, E-mails attached thereto, and a letter I wrote to the Master, dated October 19, 2020, regarding Plaintiff Not officer of the Court/Economic Crash/Forum ("US Ex, Ex A-4").

224.  I asked the Master for help.  She kindly helped me. Id. At December 1, 2020 letter, my request for help, and District Court Exhibit 11, the Master Patricia W. Griffin's kind December 7, 2020 letter granting me relief.  See District Court exhibit 12, my response to the December 7, 2020 letter.

225.  The representatives at the Chancery Court demeaned me apparently based on poverty, association, speech, and religious beliefs. Id.

226.  I experienced foreseeable embarrassment, loss of sleep, clenching of teeth, tears, humiliation, hurt and emotional distress as a result of the intentional retaliatory interference with my case to stand up for my free exercise of religion, speech and association without government suppression, manifesting in sleepless nights, which were rare to me prior to this case, clenching of teeth, pain in my heart, and tears at the betrayal

of someone I cared about.

227.    Arline also instructed me to cross off the address of the civil process clerk, the Delaware local counsel in *Kelly v Trump,* with the intent to prevent the case from going forward based on covering up her misconduct and based on her belief in Trump-religion, both in violation of my first amendment rights. See attached US Ex-Appendix G, attached hereto, which includes therein a letter from me to the Delaware Supreme Court justices regarding the reason for the withheld subpoena to the civil process clerk, and the praecipes, dated October 12, 2020 for President Donald J. Trump, Civil Process clerk for the US Attorney's office for the District of Delaware, and US Attorney General William Barr, Esquire ("US Ex-App G").

228.    My inability to serve the US Attorney General David Weis in the District of Delaware, caused great anxiety, confusion and distress. When I discovered the address crossed off, I became heart-broken because I still care about Arline outside of the court case.

229.    Arline also kindly offered to allow me to email her documents so I would not have to drive to the library to print documents. She appeared to have the authority during this pandemic to do so. So, I accepted her kind help to keep us safe, especially since the Defendant former President Trump had contracted Covid-19, and I incorrectly thought the US Attorney General William Barr did too.

230.    Another Court representative Katrina Krugar indicated Arline and I should stop Emailing, and all communications should be done through Katrina's email instead, during these confusing times of covid 19.

231.    Arline and I both complied, temporarily as covid 19 continued to wreak

havoc on the skeletal court staff that held up the Chancery Court in person, and I filed a Notice of Exception to a Vice Chancellor, who works with different court staff.

232.   In addition, the ODC impermissibly interfered with this case by contacting Judge Kenneth Clark, per Judge Clark's admission, to interrogate me as if I was on trial for exercising my right to petition the Court to safeguard my freedom to worship Jesus Christ without government incited persecution, substantially burdening my exercise of my religious belief.

233.   In April 2021, Judge Kenneth Clark ("Judge Clark"), a Court of Common Pleas judge for the state of Delaware judge appeared to threaten me at a local BJs in Millsboro, Delaware, a bulk grocery store, while acting under the color of judicial and state authority, as if I was on trial for standing up for my faith in Jesus, solely based on retaliation of my exercise of seeking judicial relief in court for petitioning the court to alleviate the government sponsored burden government-religion has caused on my exercise of religion in the action *Kelly v Trump*.

234.   It is improper and unlawful for state actors, especially judges to pressure a party in a case to drop, interfere or impede or prevent my access to the courts.

235.   The ODC and Judge Clark clearly violated and encouraged the violation of my first amendment right to petition the courts, by seeking to use their government power, under the color of statutory or regulatory law to obstruct my case, and to retaliate and punish me for bringing my case.

236.   The Supreme Court's two-step Saucier analysis governs whether a government official is entitles to qualified immunity, considering: (1) whether the facts alleged by the plaintiff show the violation of a constitutional right, and (2) whether the

right at issue was clearly established at the time of the alleged misconduct. *Werkheiser v. Pocono Twp.*, 780 F.3d 172, 176 (3d Cir. 2015)

237.   Judge Clark and the ODC knew or should have known that seeking to use his cloak of government authority, under the color of regulatory law, as a respected, fair judge to chill or condemn or interfere with my ability to bring this case without government retaliation or pressure, violates my First Amendment Right to petition the Court, and arguably my fundamental right to speak, exercise of religion, and associate relating to my communications in my pleadings in *Kelly v Trump*, and communications in general.

238.   My right to a fair, unobstructed trial to alleviate a substantial burden upon my free exercise of religion is a constitutional right.

239.   "Congress, the Executive, and the Judiciary all have a duty to support and defend the Constitution." *Salazar v. Buono*, 559 U.S. 700, 717 (2010); See, See *United States v. Nixon,* 418 U.S. 683, 703, 94 S.Ct. 3090, 41 L.Ed.2d 1039 (1974) ("In the performance of assigned constitutional duties each branch of the Government must initially interpret the Constitution, and the interpretation of its powers by any branch is due great respect from the others").

240.   "There is no 'de minimis' defense to a First Amendment violation." , *Doe v. Indian River School Dist*, 653 F.3d 256, 283 n.14 (3d Cir. 2011) ("*Elrod v. Burns*, 427 U.S. 347, 374, 96 S.Ct. 2673, 49 L.Ed.2d 547 (1976) ("The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury."); *see also Schempp*, 374 U.S. at 225, 83 S.Ct. 1560 ("[I]t is no defense to urge that the religious practices here may be relatively minor encroachments on the First Amendment.")

241.   I will suffer irreparable harm if injunctive relief is denied.

242.    'The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury.' " Mullin v. Sussex Cnty., Delaware, 861 F. Supp. 2d 411, 427 (D. Del. 2012); Citing, Indian River Sch. Dist.,653 F.3d at 283 n. 14 (quoting Elrod v. Burns,427 U.S. 347, 373, 96 S.Ct. 2673, 49 L.Ed.2d 547 (1976)).

243.   I will face irreparable injury to my exercise of my speech, association, and exercise of religious beliefs by the government burden Defendants seek to cause upon me from such defamatory title, "disabled," embarrassment, emotional distress, lack of future employment, harm to my reputation if an injunction is not granted to prevent the Defendants from retaliating against me for exercise of my First Amendment Rights by bringing an action to declare me "disabled" but for my exercise of my First Amendment rights.

244.   I am standing up for my personal freedom to worship Jesus according to the dictates of my conscience, even if no one else shares the same beliefs, without government persecution.

245.   I am permitted to believe differently than the government through its agents, even if what Jesus teaches, my beliefs, seem foolish or crazy to the Defendants. 1 *Corinthians* 1:18, 2:14-16.

246.   I am disappointed in Judge Clark, and have high regards for him, but he knew better, as Arline knew better, De-Lapp knew and the ODC knew better than to obstruct and impede and seek to prevent my access to the courts in violation of clearly established law, the first amendment.

247.   "A Government official's conduct violates clearly established law when, at

the time of the challenged conduct, '[t]he contours of [a] right [are] sufficiently clear' that every 'reasonable official would have understood that what he is doing violates that right.'" *Werkheiser v. Pocono Twp.*, 780 F.3d 172, 176 (3d Cir. 2015); *Citing, Ashcroft v. al–Kidd*, 131 S.Ct. 2074, 2083, 179 L.Ed.2d 1149 (2011) (quoting *Anderson v. Creighton*,483 U.S. 635, 640, 107 S.Ct. 3034, 97 L.Ed.2d 523 (1987) (all alterations in original)). "In determining whether a right has been clearly established, the court must define the right allegedly violated at the appropriate level of specificity." Id. Citing, *Sharp v. Johnson*, 669 F.3d 144, 159 (3d Cir.2012).

248. The Defendants obstruction of my access to the courts and retaliation against me for seeking to petition the Court concerning civil rights is clearly violating my First Amendment rights to petition the court.

249. "The opportunity to be heard is an essential requisite of due process of law in judicial proceedings" *Richards v. Jefferson County*, 517 U.S. 793, 798 n.4 (1996).

250. I wrote a letter to directed to the Honorable Chief Justice Collins J. Seitz, Junior of the Delaware Supreme Court ("Chief Justice") under the suggestion of Mark Vavala, a former commissioner, and agent of the Delaware Bar Association, seeking a waiver of attorney registration fees during the pandemic, as the pandemic prevented me from working at my old law firm. See US Exhibits US Ex-Ex A-4 and US Ex-Ex-A-5, and District Court Exhibit 13, the January 7 letter where I made my request for exemption of fees.

251. On February 2, 2021, the court sent a letter indicating:
"The Court acknowledges receipt of your letter dated January 7, 2021, wherein you request that the attorney registration fees for lawyers out of work due to the pandemic be waived. Attorneys wishing to have an assessment fee waived must file a formal request. The Cort will take each request under consideration as received and act appropriately." Citing, the

letter contained in US Ex-Ex-A-5.

252.    On February 5, 2021, I responded to the Court's February 2, 2021 letter in

part:

> "…is accepting applications for waivers on a case by case basis violates the Equal
> Protections Clause applicable to the states agencies, even the courts via the 14[th]
> Amendment, disparate treatment within a class. I am likely not the only one out of
> work due to the pandemic. Others are struggling too. A case by case determination
> would likely be per se unconstitutional. I will likely never have standing to stand
> up for those similarly situated with myself. Yet, if I made such a request, I would
> be asking the Court to treat me with preference instead of impartiality as required
> by law. My conscience may not allow me to make such a request, tempting this
> Honorable Court to misbehave to serve my own gain. I can however, request that
> all fees for attorney registrations be the same regardless of years barred. So, I am
> making such a request for future consideration for 2022 and beyond. Please treat
> all lawyers the same by requiring the same lawyer registration fee for every lawyer,
> without persecution towards lawyers with more years of experience by an increased
> fee. There is no rational basis for an increase in lawyer's fees based on number of
> years, except the desire for more money. It is wrong to assume the longer you have
> been barred, the more money you have or must pay. I am saddened when I see
> unjust decrees and olicies based on the love of money, desire for money, at the cost
> of driving out the love for humanity, the people the state serves…" US Ex-Ex-A-5

253.    I paid the filing fees for my active attorney license to practice law on

February 6, 2021 in the amount of $353.00, since no relief was granted by the court, per

my request. See US Ex-Ex- A-5.

254.    After such fees were paid, De-Lapp, a disciplinary arm of the court, so tied

with the government it is considered a government agent, reached out to me offering to

allegedly help, in the attached, May 24, 2021 attack letter.

255.    In the May 24, 2021 Carol Waldauser and Eleanor Kiesel state, "We

understand that you are experiencing some financial difficulties with regard to license

fees."

256.    They did not reach out to me to offer economic help since such fees were

already paid, but to connive to gather evidence to retaliate against me, punish me, for my

exercise of my first amendment rights.

257.   Two people knew of my request to suspend attorney license fees, the Delaware Chief Justice Collins J. Seitz, Jr. ("Chief Justice") and Mark Vavala.

258.   I filed *Appellant's motion for the Delaware Supreme Court to reign in its arms through its agents unlawfully pressuring Appellant to forgo or impede her case to protect her free exercise of religion by relief it deems just*, dated May 25, 2021, with the Delaware Supreme Court, with no relief from the Court. US Ex-Ex A-4.

259.   I filed *Appellants Motion for the Delaware Supreme Court to require the recusal of the Honorable Chief Justice Collins J. Seitz*, dated May 28, 2021, with the Delaaware Supreme Court, with no relief from the Court. US Ex-Ex-A-5.

260.   It appeared the Chief Justice may have contacted the ODC, since Mark Vavala appeared to prove he was not the one who told about my fee waiver request.

261.   Since only two people appeared to know of my request, and one of those two appeared to make a complaint to the arm of the court, DE-Lapp, recusal should be required of the Chief Justice in *Kelly v Trump*.

262.   A judge should not interfere with a party's case, my case or intimidate a party, intimidate me, or give the appearance of interfering or intimidating a party, me, before his court with knowledge that such interference would violate my First Amendment rights, my right to petition, exercise of speech, association and exercise of religion, based on my exercise of my right to petition the court to address grievances, including but not limited to the right to petition the Court for exemptions for attorney fees, the right to petition for relief from the arms in its charge to prevent an unfair trial, and the right to petition the court against grievances in *Kelly v Trump*.

263.   It is the right to petition for relief without government retaliation that must be protected, not the guarantee that such relief will be granted.  It is the opportunity at justice that must be protected and not taken away based on retaliation for the exercise of the right to petition, not taken away based on the exercise of speech, religious beliefs, or association, or even based on poverty, and the lack of resources an attorney advocate would ordinarily have if she should be representing a party, or even errors, or mistakes.

264.   Perfection is not a requirement for an American to have the right to petition.

265.   My speech concerning my beliefs and faith in Jesus may appear crazy to others, and yet even unpopular beliefs are protected.  *Cantwell v. State of Connecticut*, 310 U.S. 296, 60 S. Ct. 900, 84 L. Ed. 1213 (1940). Nevertheless, I have the freedom to believe by the dictates of my conscience, no matter what the government through its agents believes.  See *Matthew* 6:1-5.  Also see, *State ex rel. Tate v. Cubbage*, 210 A.2d 555, 557, 1965 Del. Super. LEXIS 67, *1, 58 Del. 430, 433, ("It is no business of courts to say that what is a religious practice or activity for one group is not religion under the protection of the First Amendment. Nor is it in the competence of courts under our constitutional scheme to approve, disapprove, classify, regulate, or in any manner control sermons delivered at religious meetings."); See, *Africa v. Pennsylvania*, 662 F.2d 1025, 1025, 1981 U.S. App. LEXIS 16448, *1, (3d Cir.), cert. denied, 456 U.S. 908, 72 L. Ed. 2d 165, 102 S. Ct. 1756 ("It is inappropriate for a reviewing court to attempt to assess the truth or falsity of an announced article of faith. Judges are not oracles of theological verity, and the founders did not intend for them to be declarants of religious orthodoxy.  However, while the truth of a belief is not open to question, there remains the significant question whether it is truly held.  Without some sort of required showing of sincerity on the part of the individual or

organization seeking judicial protection of its beliefs, the U.S. Const. amend. I would become a limitless excuse for avoiding all unwanted legal obligations."); *Burwell v. Hobby Lobby Stores, Inc.*, 573 U.S. 682, 682, 134 S. Ct. 2751, 2759, 189 L. Ed. 2d 675, 680, 2014 U.S. LEXIS 4505, *1. ("Courts have no business addressing whether sincerely held religious beliefs asserted in a RFRA case are reasonable."); *Employment Div., Dept. of Human Resources of Ore. v. Smith*, 494 U. S. 872, 887, 110 S. Ct. 1595, 108 L. Ed. 2d 876 (1990). ("Repeatedly and in many different contexts, we have warned that courts must not presume to determine the place of a particular belief in a religion or the plausibility of a religious claim."); *Presbyterian Church in U. S. v. Mary Elizabeth Blue Hull Memorial Presbyterian Church*, 393 U. S. 440, 450, 89 S. Ct. 601, 21 L. Ed. 2d 658 (1969) (holding that "the First Amendment forbids civil courts from" interpreting "particular church doctrines" and determining "the importance of those doctrines to the religion."); *Ben-Levi v. Brown*, 136 S. Ct. 930, 934, 194 L. Ed. 2d 231, 235-236, 2016 U.S. LEXIS 991, *10-12. See, *Holt v. Hobbs*, 574 U.S. 352, 352, 135 S. Ct. 853, 856, 190 L. Ed. 2d 747, 747, 2015 U.S. LEXIS 626, *1, 83 U.S.L.W. 4065, 93 A.L.R. Fed. 2d 777, 25.

266.    I am allowed to think differently instead of being conditioned to worship as the state's forced will of materialism, pursuit of money, and unholy charity that damns people to hell per Jesus, such as fundraising or organized charity.    Jesus teaches people "have their reward," meaning they have no reward, no eternal life from God. Matthew 6:1. I believe organized charity, fundraising, pro bono, and volunteering is no small sin.  It is not true charity, but damns people to hell by teaching business, giving out of one hand to get out of another, is love.  Love is unconditional.  Business is not the sin.  Teaching business is charity is the sin by driving love, God, out of the hearts of men replacing it with

the love of money. Jesus teaches you cannot serve God and money. I choose God.

267. I believe churches taking government money to perform business on behalf of the government per the executive orders I sought to eliminate in *Kelly v Trump*, under the guise of charity mislead people to hell as they harm others on their way should they not repent, by teaching business is love, driving out love ("God," since "God is love"), from the hearts of men replaced with the love of money or material gain. Jesus taught, do not give charity seen like the hypocrites who will have no reward from the father, meaning they will be damned to hell, without eternal life. When you give do not know your left hands from your right, meaning do not give to get, no matter how slight, in the form of favors, tax breaks or marketing, and your "father will reward you in secret," meaning you will escape being thrown into the fire to be no more on judgment day.

268. My personal beliefs and speech relating to those beliefs do not make me disabled.

269. I believe people go to hell for trusting in what mental health employees and healthcare employees sell.

270. I have religious objections to mental health care and healthcare.

271. As stated in my writ of certiorari and in a Motion to the Delaware Supreme Court,

> "...I informed the DE Supreme Court of some of my religious objections to alleged healthcare...I certainly hope this Honorable (Delaware Supreme) Court did not instigate the abuse by its arms. If so, please desist. 26. DE-LAP was looking after its own interests, which conflicts from mine. 27. I am a Christian. I believe people go to hell for trusting in what psychologists, mental health professionals, psychiatrists and behavioral theorists teach, which often is focused on being happy or productive materially instead of being holy. The organization premises its existence on mental health theories which I believe harm people. I believe such theories teach patients to seek to fulfill their own material desires instead of doing what is right, thereby teaching people to reflect a little piece of hell on earth, the image of Satan by living for self, conditionally caring based on relationship, reward

and avoidance of harm with no sacrificial unconditional love or God in them, teaching a lie that damns. See Isaiah 14 to understand how Satan wanted to be his own God, as high as God, to place self-first. I believe their thinking misleads patients to hell, especially B(F) Skinner's theories, which most teachers, including myself learned. 28. These mental health professionals focus on misleading people to feel good, not be good, which is not good. I believe it is evil, misleading those they exploit for a paycheck to harm and hell." See, Ex US, Petition."

272.    Carol Walhauser created the appearance of a threat by her comment requiring a response within ten days.

273.    I have the freedom to chase after God's will instead of chasing after money.

274.    I have the freedom to pursue my religion by justice in the courts to protect my freedom to worship by the dictates of my free will, not the forced will, not the dictates of the state through its agents to worship money, as savior, which I believe leads to damnation in hell.

275.    I believe business greed, and conditionally caring based on relationship, reward and avoidance of harm, without any unconditional love, is the mark of the beast. Jesus teaches you cannot serve God and money. *Matthew* 6:24, 1 *Timothy* 6:10. I stand by God.

276.    Defendants' attacks against me in retaliation against me, made me cry as I relived the retaliation against me based on my petitioning the court for help by another arm of the Delaware Supreme Court who economically persecuted me to protect those with a shared interest.

277.    This is not the first time the arm of the Delaware Supreme Court retaliated against me for exercise of my right to redress grievances with the government.

278.    When I took the Delaware Bar, I stayed in a dorm at Widener Law School as I took the Delaware Bar, my ceiling leaked and caved in destroying my bar material. I

requested replacement bar material. I waited a week or two, and then complained to either the Board of Bar Examiners or the Court.

279. An official in charge of the Bar at Widener, a partner with the Board of Bar examiners yelled at me for making him look bad.

280. I received bar materials, but a complaint was filed against me for asking help, delaying my admission to the Delaware Bar.

281. I passed the Delaware Bar on the first try, during the summer of 2006.

282. After my name was listed as passing, I was offered multiple jobs.

283. On November 20, 2006, I accepted an offer by Richards, Layton and Finger ("RLF") on a year contract for $135,000, a year. District Court Exhibit 14.

284. The Board of Bar examiners indicated my admission to the Delaware Bar would be delayed pending psychological examinations.

285. In 2006, some of my peers wrote recommendations for me, or reached out to me, including Travis Turner who confirmed that I was not disruptive or even noticeable at the bar review course located at Widener Law School, and Chip and Dan O'Brien, who also attended the Bar review courses. District Court Exhibit 15.

286. Many other people have vouched for my good character by drafting letters of recommendations, including but not limited to Judge Leah Chandler and Mr. George Cole, the longest serving Delaware politician who served in one seat, attached hereto and incorporated herewith, as District Court Exhibit 16.

287. I told RLF my admission would be delayed.

288. On or about December 11, 2006, I filed a complaint in the Delaware Supreme Court for the Board of Bar Examiners to show cause. District Court Exhibit 17.

289.    My law firm, RLF, required I withdraw my complaint to keep my job, and required I comply with the Board, which violated my religious belief.

290.    The Board required I undergo psychological examinations, which violated my religious belief as I believe psychologists and mental health professionals will go to hell along with those they treat by seeking to bend people's free will to conform to the desired will of the world by giving into temptations of desires instead of laying down desires to do God's will.  District Court Exhibit 18.

291.    Under threat of loss of job, I sinned against God by complying, making a counselor more money, and faced anxiety, embarrassment and emotional distress for violating my religious beliefs while being insulted and humiliated by examination of psychologists, who behaved as Satan, acting as God determining if my free will conformed with the dictates of the evil world.

292.    I believe mental health specialists, behavioralists like B. F. Skinner, and psychologists teach the mark of the beast and will be damned to hell, as they mislead others, including their patients there with them, should they not repent and be saved with the truth.

293.    I believe Mental health counselors, behavioralists and psychologists teach people to conditionally care based on feelings, relationship, reward and avoidance of harm, based on desires, not laying down desires to love God and one another.

294.    Please note, Jesus teaches most people will go to hell.  See *Luke* 13-28, *Matthew* 7:13-15, also see *Isaiah* 10:22, only a remnant of Israel is saved from destruction in hell the last day.  Wide is the way to destruction, meaning many different thoughts, action and inaction may forever damn people to hell, should they not repent, be made clean and saved by truth in love, instead of lusts, making.

295. I become licensed to practice law in Delaware, but RLF did not renew my contract.

296. I regret listening to RLF, a business concerned more about making money and their business appearance relating to me.

297. Where false accusations arise in retaliation for complaints against authority, reputations may be tarnished to conceal mistakes and misbehavior by those in power as the Board of Bar examiners did to protect their private partner at Widener Law School, and as the Defendants are doing towards me in retaliation for my petitioning the Court for relief. See, *Acts* 24:5, Paul was called a troublemaker for shining light on evil, on sins, just like Jesus was persecuted for shedding light on darkness, sins, in hopes to transform darkness into light. As I hope the courts choose to do in all cases, repenting when they make mistakes, reflecting the image of God by saving not only lives, but eternal lives too by love and correction to prevent condemnation, instilling hope "70 times 7." *Matthew* 18:22.

298. I regret listening to a superior at RLF, instead of doing what was right by standing up for myself as I am a child of God, not man's to exploit for material gain or for conditioning my will to conform to the will of the world's for the convenience of others.

299. If I was still working at RLF, I would have made well over two million dollars by now.

300. I was a nervous wreck as I was examined under the microscope of people who desired their own convenience, money or prestige, not the desire to safeguard my individual liberties, including the right to petition for grievances against the Board of bar examiners partners at Widener, and my right to freely worship my religion without

government agents substantially burdening my free exercise of religion to the forced, compelled exercise of their will, similar to now, making me relive painful experiences.

301.    Prior to that in law school at Duquesne School of Law, I had rats in my apartment the last semester and during bar exams. I complained to those in authority and was similarly punished by them for asking for help.

302.    Duquesne, a Christian Law School responded by blaming me and hiking up the rent, just like the Board of Bar Examiners and the Defendants responded to my petitions for relief by retaliating against me and punishing me.

303.    The press helped me by putting me on TV and the newspaper, but no actual relief resulted, only harm. I was freaked out and emotionally exhausted. There was a bunch of baby rats trying to climb up my bed as I tried to get sleep. I was horrified. I did not pass the Pennsylvania Bar on the first try. I got super high scores the second time and allegedly high scores in Delaware passing the Delaware bar on the first try. I should not be ashamed. I was disappointed in the cold heartedness by the officials of a Christian law school. Please see Exhibit 19 Duquesne, a CD where I saved a file to be opened as a file not as a CD, of a news clipping where newscasters tried to help me. Also see, District Court Exhibit 20, a newspaper article where the news reporter tried to help me.

304.    The Defendants retaliation for my petitions, and their attacks against me, made me relive the horrors of other times I asked for help, and got in trouble for asking for help, like I am in trouble, for asking for help now, except this time I am in even greater harm.

305.    I have been a nervous wreck as this experience is traumatic, going through it alone, with little resources or help. My heart has been hurting pretty badly.

306. The government threats by Delaware government officials, Judge Clark, De-Lapp, ODC, Patricia and Defendants conspiring to seek to suppress my free exercise of religion, speech, association, and right to redress grievances, under the facts of the case., but for my petition for grievances violate the First Amendment applicable to the Defendants pursuant to the Fourteenth Amendment, and caused emotional distress.

307. The threats continued. On August 23, 2021, the ODC attached a letter to an Email, which I have not received by US mail, signed by Defendant Patricia B. Swartz, stating:

> "This Office has reviewed several pleadings you have filed in the Court of Chancery and the Supreme Court in connection with the law suit *Meghan Kelly v. Donald Trump*. The content of these documents raise serious concerns as to your mental fitness to practice law... Therefore, the ODC requests you voluntarily submit to a mental health examination to determine your fitness, and mental capacity to practice law. This Office has scheduled an examination with Joseph C. Zingaro, PH.D., located at 1129 Airport Road, Milford, DE 19963 on Tuesday September 7, 2021 from 1:00 p.m. to 4:00 p.m. If you do not submit voluntarily to the above referenced examination, the ODC will petition the Board to order such an examination." District Court Exhibit 21.

308. I responded to the ODC's E-mail dated August 23, 2021:

> "Desist in contacting me to interfere in my case. No, I will not be evaluated. I have religious opposition to mental healthcare and healthcare. Do not interfere with my case any further. I am trying to file a writ of cert as we speak. Stop impeding justice, to bend my freedom of conscience to your will. My belief in Jesus may appear to be crazy to you, but my freedom to believe as I choose is a protected right, same as the... right to an unobstructed trial. Desist in contacting me." District Court Exhibit 22.

309. I rushed to the law library to file my writ of certiorari to the United States Supreme Court relating to *Kelly v Trump* the same day, August 23, 2021, with some errors, under great duress, since I believed the August 23, 2021 letter was meant to discourage and distract me from appealing the Delaware Supreme Court's determination before the United

71

States Supreme Court.

310.    I tried to get on the internet at the law library, after I electronically filed, and my lab top stopped working, that day, August 23, 2021.

311.    I filed *Kelly v Trump* case as an injured party, not as an attorney.

312.    I am not practicing law at this time, and do not expect to practice law, until my case is over and the pandemic subsides when it is safer.

313.    I filed as an aggrieved party, despite my poverty and lack of resources for expenses such as a phone, working computer, gas, printing, paper, and legal tools, because standing up for my free exercise to worship God without government sponsored suppression was and is risking mistakes.

314.    I am scared for my life.  People have been killed based on perceived government-religion and government-religious beliefs.

315.    I live in a pro President Trump area, where some people see him as God's anointed, and see me as a "demoncrat." or antichristian, since I do not support former President Trump, and because I am a democrat.

316.    Someone talked about shooting me based on stickers I had on my car that indicated "No one is above the law. No one is below the law," and "Impeach," to impeach former President Trump.

317.    Someone actually threw a substance all over my car and stickers.

318.    An out of state stranger, proclaiming to be from Maryland, took off his mask and yelled at me, while getting uncomfortably close, accusing me of supporting President Biden. I feared he was potentially subjecting me to covid19.  I did not know how an out of state stranger knew I did not support President Trump.  I thought it might have been

because I proposed five separate articles to impeach former President Trump on and contacted all 541 federal members of congress concerning the articles.

319.   I have been visibly shaken up by the court's attacks and interference in *Kelly v Trump* particularly Arline, Judge Clark, DE-Lapp, and now ODC based on my exercise of speech, religion, association and petition.

320.   Seeking to trivialize my requests to be free from retaliatory behavior by government officials for exercise of my right to petition, freely speak, exercise religion and associate, by demeaning my character as mentally unfit for the practice of law, is an improper purpose for the ODC to interfere in an active case regarding fundamental rights, with no important justification.

321.   The ODC intentionally threatened me with the August 23, 2021 letter to interfere with my appeal, by distracting me, causing alarm, in retaliation for the exercise of my speech, religion, association and right to petition the court.

322.   The ODC knew or should have known *Kelly v Trump* was an active case, and that conspiring to interfere with a party in an ongoing case to obstruct justice is unlawful as violating the First Amendment applicable to the Defendants pursuant to the Fourteenth Amendment, thereby eliminating qualified immunity.

323.   According to the US Supreme Court Docket relating to *Kelly v Trump* 21-5522, my petition is not even going to be distributed for conference until October 29, 2021, the last business day. District Court Exhibit 23.

324.   There was no great threat to an important government interest, narrowly tailored to address such interest, that justified the ODC's conspiracy to interfere with my active case that justified infringing upon my fundamental right to access to the courts.

325.    In fact, there is little government interest the ODC has other than to destroy

my reputation and credibility, based on my speech, religion, association, which at times is

critical of government agents.

326.    Qualified immunity does not shield Patricia, and the Defendants since (1)

the official, Patricia, and Defendants violated a statutory or constitutional right(s), and (2)

the rights were clearly established at the time of the challenged conduct.

327.    I was so upset, on August 28, 2021 I E-mailed Patricia, Mr. Zigaro, and Ms.

Burskirk,

> "This email is to confirm, I will not be evaluated, as such evaluations violate my
> religious beliefs. I alerted the US Supreme Court to the same in my petition for the
> writ of cert., relating to emotional damages related to the President's conduct.
> Desist impeding in my access to the courts without government obstruction and
> retaliation for my exercise of my first Amendment rights. I am an injured party,
> not an attorney practicing in this case. A Court staff member sought to sabotage
> my case by misleading me to almost miss the filing deadline to appeal the Master's
> final report, dated November 2, 2020. That same staff member instructed me to
> cross off the civil process clerk's address on a praecipe to impede the case from
> going forward. That member objects to my religious association beliefs in support
> of Trump and government agents exercise of religion while governing. Judge Clark
> also sought to interfere with my case. Government and court attacks against a party
> in an active case to impede justice, based on my case, is inappropriate and unlawful.
> I do not seek disciplinary recourse at this time should this arm of the Supreme Court
> and other members of the government refrain from persecuting me based solely on
> exercise of my Constitutional rights based on religion, association or poverty.
> Thank you" Delaware District Court Exhibit 24.

328.    On September 27, 2021, Patricia and the ODC again threatened to take

action to place me as inactive, disabled attorney status, in retaliation against me for the

exercise of my First Amendment right to free speech, to freely exercise my religious belief,

association and to petition the government for redress of grievances and in direct violation

of the First Amendment right to petition the government. District Court Exhibit 25

329.    In the attached letter, incorporated herein by reference as an exhibit, District

Court Exhibit 25, dated September 27, 2021 Patricia and Defendant wrote:

> "By letter dated August 23, 2021, this Office advised you of its concerns regarding your fitness to practice law. As such, the Office of Disciplinary Counsel requested you voluntarily submit to an examination with Joseph C. Zingaro, Ph.D. You declined and the examination has been canceled. I am writing to notify you, pursuant to Procedural Rules 9(b) and 19(c) of the Delaware Lawyers' Rules of Disciplinary Procedure, that on Wednesday, November 3, 2021, this Office will present to a panel of the Preliminary Review Committee ("PRC") a petition to transfer you to disability inactive. You may, if you choose to do so, send a written statement to this Office for submission to the PRC. Any such written statement must be received by this Office no later than the close of business on Tuesday, October 26, 2021. If we do not receive your submission by the deadline, it will not be sent to the PRC in advance. This matter is serious, and you should consider retaining counsel." District Court Exhibit 25.

330.    I sought relief from the court for protection against government retaliation for my free exercise of religion, speech and association, only to my shock to be persecuted for the same by retaliation by the defendants for the exercise of my fundamental rights.

331.    This is a traumatic for me to ask for help only to be penalized, as a result of my petition.

332.    The Defendants behavior would deter a person from continuing their lawsuit, despite the fact it did not stop me, albeit it shook me up and caused me to rush with more mistakes.

333.    The fact that I am undeterred from the exercise of my constitutional rights does not eliminate the right to a fair trial without government attacks. *See, Mirabella v. Villard*, 853 F.3d 641, 650 (3d Cir. 2017).

334.    Per *Adams v. Ross Twp.*, No. 2:20-CV-00355, 2021 WL 972520, at *5 (W.D. Pa. Mar. 16, 2021),

> "The Third Circuit has held that '[w]hether an act is retaliatory is an objective question.' (citations omitted) To determine whether an act is retaliatory, a court therefore assesses 'whether the act would deter a person of ordinary firmness, not

75

whether the plaintiff was deterred.' (citation omitted)  As the *Mirabella* Court explained, there is good reason for this objective rule: Government officials should not be rewarded for "picking on unusually hardy speakers'"

335.    The Defendants conduct would objectively deter a party from continuing suit, which I brought to prevent government suppression of my religious exercise, free speech and fundamental right to associate, while maintaining my individual liberties, including the right to redress grievances in a court of law.

336.    Defendants, under the color of statutes and the law sought (seek) to deprive me of rights, privileges and immunities secured by the Constitution and laws, including my freedom to worship by the dictates of my conscience without government suppression and persecution, free exercise of association, free exercise of speech, and the right to redress government grievances in Court without outside government persecution by those wielding government power, and my active license to practice law.

337.    42 USCS § 1983 specifically affords injunctive relief against Defendants' conduct, seeking to penalize me for the exercise of my Constitutional rights because my religious beliefs, speech or association are repugnant to government actors, or they disagree with my speech, or seek to hide or conceal it or diminish my character as a means to persuade others not to listen to my speech.

338.    It is unconstitutional to conspire to impede access to the courts and to impair a fair trial, as defendants have done.

339.    I hope my old law firm still will hire me back to perform real estate settlements, in spite of the fact I am standing up for my unpopular religious beliefs.

340.    The Defendants conduct seeking to place me on inactive disability status would prevent me from gaining employment with my old law firm or other firms, causing irreparable harm to my reputation, my livelihood, and my quest to serve God by proposing

just laws and policies to care for people, not exploit or oppress people to serve artificial entities without hearts who run on money and conditional labor, with no power to do good, as I believe only individuals can reflect the image of God by unconditional love.

## RELIGIOUS BELIEFS

341.    My personal religious beliefs are in issue.  So, I am providing additional facts concerning my religion, and my beliefs.

342.    I am a Christian.

343.    I believe in God, the Father.

344.    I believe in God the son, Jesus Christ.

345.    I believe in God the Holy Spirit.

346.    I believe that God loves me and all of humanity so much that he reveals himself in three different ways, the Father, the son, Jesus, and the Holy Spirit, to shed light, to guide us to eternal life, regardless of whether we reject his love, in the form of his guidance to save us from the final death.

347.    I believe we all are empowered to choose to accept or reject God, to accept God in our hearts, or harden our hearts to God's love and salvation from the final death through God's teaching us the way of love leading to eternal life.

348.    I find guidance in Jesus, the Word made flesh.

349.    I find guidance in the Holy Spirit.

350.    I find guidance in God, the father.

351.    I find guidance in the Bible.

352.    Pursuant to the Bible, Jesus says, "The greatest among you is your servant." (Citing, *Matthew* 23:11).  Accordingly, living to serve self is not great.

353.    In fact, I believe the root of corruption in both business and government is serving those who serve you, thereby serving yourself, instead of the people you are supposed to serve. (Also see, *Matthew* 20:26 and *Mark* 10:43, Jesus says, "'whoever wants to become great among you must be your servant'"); (Also see, *Luke* 22:26, Jesus teaches, "'But you shall not be like them. ... (T)he one who leads like the one who serves.")

354.    I believe living for self, and your own family, your own community and for those who affect, serve and benefit you, thereby living for self, without regard to others reflects the image of Satan. (Please see, *Isaiah* 14:13-14, Satan wanted to live for himself. He wanted to be his own God, to be as high as God.   Satan did not want to lay down his life for God, by in part, loving others as himself, even outsiders, even the least of these.); (See *Genesis* 3:1-6, Satan tempted Eve to be like her own God too, allegedly "knowing good from evil," to reflect the image of Satan, instead of placing God first by obeying God. God loves her and desired to prevent harm towards her. The command was for her benefit, like the commands are for our benefit to teach us the way through love to escape death. She died.); (Please see, 2 *Corinthians* 4:4, and the Book of Job, Satan the lower case "god of this world" has authority to confuse humanity, through people, desperate conditions and the worldly desires, to teach people evil is good and good is evil. So, folks will be damned to hell for their misunderstanding.); (See *Matthew* Chapter 13, Only those who understood were not burnt up to be destroyed. Misunderstanding may eternally kill you.); (Also see, *Matthew* 4:1-11, Satan tempted Jesus to live for self too. Jesus did not give into the temptation but lived to serve, God and humanity by being the light of the way to eternal life); (Also see, *Ezekiel* 16;49, People will be damned to hell for their unconcern "they did not help the poor and needy."); (Also see *Matthew* 13:18-19 "the worries of this life, the

deceitfulness of wealth and the desires for other things come and choke the word, making it unfruitful," meaning those people will be burnt up in hell.); (Further see, *Luke* 17:26-34 where Jesus also gave us examples of people merely caring for their own family and their own needs, working, buying and selling, eating and drinking, marrying and given into marriage  before they were destroyed to be damned to hell for giving into tempting distractions of making money and making merry, and, or the anxieties of life while failing to understand the true purpose of life and eternal life, loving God and loving others as yourself, not exploiting others, outsiders to serve your greed); (Also see, *Matthew* 7:21 "Only those who do the will of God, go to heaven.); (Also see, *Matthew* 16:24, *Luke* 9:23, *Matthew* 10:38, and *Mark* 8:34, regarding true followers must stop doing what they desire to do, and do what God desires instead.  Loving others even if it is painful.)

355.    We are called to love those beyond our own even our opponents.  (See, *Matthew* 5:43-78, *Luke* 6:27-36, and *Romans* 12:14-2, regarding loving your enemies. Also see, Exodus 22:21, and Deuteronomy 10:19.)

356.    I believe people sin against God when they merely serve their own children and families, and those who serve or affect them, instead of all the people they are appointed to serve in their position of life.

357.    I believe the Defendants sin against God when they look after their own interest, the interest of the reputation of the Delaware bar, or money, instead of the people they are charged to care for.

358.    Artificial entities without hearts, like the ODC, per se, reflect the image of the devil, by absence of love, running on conditional labor, regardless of whether they are paid or not, or money, based on conditional collective entity interest with no power to do

good by reflecting the image of God by unconditional love.

359.   People withing the entities such as the ODC, are stronger than the conditional conformed will of the whole, since they have free will, to think, to care, to love unconditional, beyond the organizations', conditional existence, and conditional collective will, not free will.

360.   The members within the such as the DOC, and Delaware Bar association have a conflicts of interest which tempts them to reflect the image of the devil by placing self-first, their collective, conditional uniform interests first, reputation of partners, the courts, their salary, their families, their colleagues, their convenience, or their reputation above doing what is correct by examining facts impartially, and by intentionally or recklessly impeding my case with intent to obstruct my case and with intent to punish me for their disagreement with my speech, association, religious beliefs and requests within my petition, unlawfully violating the First Amendment applicable to Defendants pursuant to the Fourteenth Amendment.   Satan wanted to be as high as God, not leading by sacrificing to self to serve God foremost and one another, as self.  Isaiah 14.

361.   Over the years, I have recognized that the members of the bar organizations sections tend to look at proposed laws with the mind set of what will be easier for lawyers, what will bring lawyers more money with less work, what gives lawyers more freedom, less regulation, instead of doing what is right by looking to care for the best interest of the people we are charged to serve upon acceptance of work, real estate settlements or cases.

362.   This inherent conflict of interest of self-first mindset, of members or partiality towards perceived partners, even the courts, within our professional organizations, collectively diminishing the free will of individual members to a conditioned

will to form across the board professional standards, stifling innovation created by something more valuable than money, the minds of the individuals. So professional standards guarantee worse for consumers, and harsh penalties towards professionals who care to use their conscience mind to care for consumers outside of the standards, stifling free debate to improve, by the forced will of professional standards.

363.    Individual liberties are lost to artificial entities without hearts and souls who exist based on conditional labor, not unconditional love and money.

364.    Defendants have a conflict of interest to hide misbehavior and misconduct by their partners, the courts, instead of upholding the impartiality of the courts and preventing abuse by allowing government agents to knowingly or with reckless disregard impede justice in my case and punish me based on my religious beliefs, association, poverty, even as a destitute attorney, and my petitions for relief to protect my free exercise of religion without government suppression, to protect my right to petition without government obstruction, or punishment based solely on those rights, and to protect my right to petition the court for relief, suspension of attorney filing fees.

UNEMPLOYMENT-HEALTHCARE-RELIGIOUS BELIEFS

365.    I have religious beliefs that governed my choice not to work the past two years. Over the past two years, I proposed articles of impeachment and shed light on unjust laws to prevent condemnation in hell and harm here.

366.    I believe justice in the courts is a command by God. *Amos* 5:15. Justice in the courts is a greater law, superseding laws merely related to monetary and material laws, per Jesus the Christ. *Matthew* 23:23.

367.    I believe justice is guiding people to know they are loved, respected as

worthy of life, unconditionally, unearned, required by God, and to care about others, unearned, unconditionally, or get corrected in court for exploiting, harming or oppressing others to serve your own by the love of money or otherwise.

368.    The Bible teaches ignorance, blindness and dumbness, not knowing of the harm and oppression towards others, is guilt worthy of condemnation in hell, per God, should people not repent. See, e.g. *Hosea* 4:6 "My people are destroyed for lack of knowledge: because thou hast rejected knowledge, I will also reject thee...." See, *Matthew* 13, Only those with understanding were not destroyed. See, *Isaiah* 56:10, "Israel's watchmen are blind, they all lack knowledge; they are all mute dogs, they cannot bark; they lie around and dream, they love to sleep." Also see, *Matthew* 15:14, "Leave them; they are blind guides. If the blind lead the blind, both will fall into a pit."

369.    I believe courts have the power to safeguard life here, and eternal life by justice through correction, guiding, not condemning, instilling hope "seven times seven," and alleviating wrongs that hurt people for business greed, not good. *Matthew* 18:22.    I believe Courts disobey God when they judge people as God, making themselves God, by discouraging hope and repentance, and by encouraging wrong doers to hide evil allowing it to fester and spread, instead of rebuking wrong doers out of love in hopes to transform them into right doers, potentially preventing harm here, and damnation in hell for eternity.

370.    Many of our laws and policies reward evil as good.    I sought to prevent injustice guaranteed to safeguard life and eternal life by taking time to propose just laws, policies and to draft articles of impeachment for God, not money, without pay.

371.    Whenever the Bible says "woe to you," I understand that to mean, damned to hell are you should you not repent by unhardening your head, heart and hands, by

reflecting love, not absence of love for others unconditionally, not based on relationship, reward or avoidance of harm.

372.   God in *Isaiah* 10:1, teaches "Woe to those who make unjust laws, to those who issue oppressive decrees." Meaning, law makers will be damned to hell for unjust laws despite potentially not knowing and compromising evil for good should they not be corrected by courts or otherwise.

373.   I tried to propose laws over the past two years to congress, and proposed articles of impeachment to prevent oppressive decrees, that harm people, and damn law makers to hell. I believe compromise is injustice guaranteed, and is wrongly praised as good.

374.   I believe the courts can balance the other two branches by giving guidance and removing unjust decrees that make us less free by violating not only the Constitution but God's law of love too. I believe the Courts analysis of the laws to determine their unconstitutional impact may save otherwise "twice dead" law makers from hell and harm here. *Jude* 1:12

375.   The Bible teaches people go to hell for not knowing, misunderstanding, confusion. 2 *Corinthians* 4:4, also see Matthew 13. Courts have the power to help them know and be a life saver and eternal life saver by guiding those misguided by desires back to laying down selfish desires to care to love one another as themselves per just decrees.

376.   I took time off to serve God, without pay, by drafting articles of impeachment, and to propose other legal solutions to alleviate or prevent foreseeable harm without pay. I filed *Kelly v Trump*, C.A. No. 2020-0809-PWG (Del. Ch. Nov. 2, 2020), in the Delaware Chancery Court to serve God and safeguard my God's name as holy because

I love God, and seek to worship him without government sponsored burdens and persecution. If I was working, I would not have been able to file the law suit, as it would likely turn business away from my employer.

377.    Secondly, I have religious reasons related to the pandemic for not working. I am a Christian. I believe people go to hell for prescribing and accepting our harmful health care. Since we are in a global pandemic, I am seeking to avoid getting sick, to avoid being damned to hell by forced healthcare that may kill my life and eternal life. I actually wanted to go back to my old law firm, and was negotiating for a position, but the pandemic hit. And, I decided it was not worth the risk of losing my life and eternal life at this time, should the law firm still be interested in me in light of my unpopular beliefs as a believer in Jesus the Christ.

378.    I have religious objections to healthcare and studied the history of horrors of healthcare in a class at UD. I believe more evil is done by health care professionals and mental healthcare professionals than any other industry, even the military, because of the deception that they save lives only to destroy lives and destroy eternal lives in the second death for money. The fact doctors and nurses were doing what the industry and the professional standard told them to do across the line, does not prevent harm or sadly, I believe, their damnation in hell for not seeking to know, and for failure to repent of hardness of hearts for cold hard cash.

379.    Just laws are a way to prevent health care workers from damnation in hell by eliminating unjust laws that reward wrong doing, making it profitable to use people as test dummies or as human commodities for profit, or providing comfort care making people feel better instead of be better.

380.    When I was young at UD, I remember learning that charities used people as test dummies in Africa, under the guise of healing them to only harm patients by causing cleft palates. Then, the same wrong doers used the alleged shield of charity or not for profits to gain monetary interests by marketing, fundraising or tax breaks to correct the harm they caused by using people as lab rats, essentially selling patients' souls for money while behaving like devils, unknowingly or not, by teaching the lie they seek to help people, only to harm them for business greed.

381.    I observe the same wrongs continued. Pharmaceutical entities who have paid out money in law suits may still be rewarded some of the roughly 33 billion a year in NIH fundings. People within entities, investors or otherwise, are permitted to make money off of the alleged cure too, despite judgments against them, through their entities which shields them from personal concern or responsibility. Injustice continues. I believe money is not the solution. Just laws and justice in the courts is the solution.

382.    I believe our forced industry system, stemmed in a forced market by money, grants, donations to colleges or entities market, backed by professional standards accepted by the court across the board stifles innovation and improvements than an otherwise free market would create. Our current system eliminates free will, by the forced, conditioned, controlled will of those who buy or barter for the government official's partiality through donation, praise or otherwise, making everyone else no longer free, but for sale in a take it or leave it economy.

383.    I believe nurses and doctors are still damned to hell for not knowing treatment causes harm. Preventing their punishment for straying from the standards to use their free will, their brain, to think, to care, to know, to love those they serve, safeguarding

patients above pockets, is a just policy. Also protecting those the court is correcting by preventing injustice guaranteed by relying on professional associations which per se, value the bottom line more than humanity. Since associations run on the bottom line, unable to reflect the image of God by love.

384. HIPPA protects profit, not patients, as attorneys cannot easily obtain nonparty medical records to show that doctors knew or should have known of the harm or

patients above pockets, is a just policy. Also protecting those the court is correcting by preventing injustice guaranteed by relying on professional associations which per se, value the bottom line more than humanity. Since associations run on the bottom line, unable to reflect the image of God by love.

384. HIPPA protects profit, not patients, as attorneys cannot easily obtain nonparty medical records to show that doctors knew or should have known of the harm or potential harm to patients. Guiding health professionals through correction, not condemnation in court by hefty monetary damages, will prevent future harm to patients and may save healthcare workers' souls by teaching them to use their own brain, free will, to care to know, to better care for the patients they are charged to serve.

385. I also believe healthcare professionals sin by taking the life blood, or organs from people to perform studies on or to use on other patients. See, Leviticus 17:14, Genesis 9:4-5. I only realized this recently as I looked into sinister tests of blood for wicked gain, not good. See, https://www.bbc.co.uk/bbcthree/article/347828f8-6e7f-4a9b-92ab-95f637a9dc2e

386. I believe testing blood is sin. I also believe people go to hell for cremation or for grinding up bones. So, I do not eat things with gelatin or gel cap medicine in them. By cremating bones people show they do not care to know God or love God. God teaches our loved ones are not in heaven or thrown into the fire of the second death yet. The bible teaches about the resurrection of the bones with a potential new body to be judged for eternal life or the second death. See, e.g. *Revelation* 20:13, *Ezekiel* Chapter 37, *Matthew* 25:32-46. Many self-proclaimed Christians sadly adopt this pagan belief that the dead are already in heaven and hell. That is not what God, the father, Jesus, the son, or the holy

spirit teach. It is an eternally deadly error to teach lies as truth, to give comfort in a lie, without repentance. Throughout scripture we learn people are damned to hell for adding to scripture or getting it wring should they not correct themselves. Yet the watchmen are damned to hell for failing to share truth too. I know God. I am placing my life and eternal life on that partial, not yet complete knowledge of God.

387.   When I was young, I had surgery that exacerbated my allergies, and made me weaker. I had one ovary removed. Every month I still have my period, but I lose five pounds of water weight, and must eat, drink, work out and get more rest to be okay.

388.   In law school, my doctor wrote a note for me so I could eat while I took my exams. So, I wouldn't get dizzy or faint.

389.   It has not been a problem for most of my life because prevention by eating more and drinking more water is pretty simple, but I may faint if I am dehydrated and hungry, during my period, which does not make me disabled. It makes me human in need of gallons as opposed to glasses of water, and additional care during a week of every month when I lose five pounds of water weight like clockwork each month.

390.   All the doctors I saw when I was young had no problem sinning against God by prescribing medicine that made me worse, like throwing noodles at the wall to see if something would stick. God will throw people into hell for harming my body or harming any body to serve their salaries. The Bible teaches God will destroy those who destroy God's temple, should they not repent. We are God's temple. 1 *Corinthians* 3:16-17.

391.   My personal experience is why I studied healthcare history in a course at UD, and focused on healthcare finance and healthcare law in a couple of courses. Our healthcare kills more than it heals, harms, and I believe damns people to hell forever by

spirit teach. It is an eternally deadly error to teach lies as truth, to give comfort in a lie, without repentance. Throughout scripture we learn people are damned to hell for adding to scripture or getting it wring should they not correct themselves. Yet the watchmen are damned to hell for failing to share truth too. I know God. I am placing my life and eternal life on that partial, not yet complete knowledge of God.

387.    When I was young, I had surgery that exacerbated my allergies, and made me weaker. I had one ovary removed. Every month I still have my period, but I lose five pounds of water weight, and must eat, drink, work out and get more rest to be okay.

388.    In law school, my doctor wrote a note for me so I could eat while I took my exams. So, I wouldn't get dizzy or faint.

389.    It has not been a problem for most of my life because prevention by eating more and drinking more water is pretty simple, but I may faint if I am dehydrated and hungry, during my period, which does not make me disabled. It makes me human in need of gallons as opposed to glasses of water, and additional care during a week of every month when I lose five pounds of water weight like clockwork each month.

390.    All the doctors I saw when I was young had no problem sinning against God by prescribing medicine that made me worse, like throwing noodles at the wall to see if something would stick. God will throw people into hell for harming my body or harming any body to serve their salaries. The Bible teaches God will destroy those who destroy God's temple, should they not repent. We are God's temple. 1 *Corinthians* 3:16-17.

391.    My personal experience is why I studied healthcare history in a course at UD, and focused on healthcare finance and healthcare law in a couple of courses. Our healthcare kills more than it heals, harms, and I believe damns people to hell forever by

masking pain inhibiting people's free will, ability to think clearly, preventing them from choosing to do God's will, damning them guaranteed should they die drugged up or in a medicated coma.

392.   When I ran for office, I proposed changes to improve healthcare. See US Ex-Ex-43.

393.   I ran as a democrat and democrats, disagreed with me by wanting more care, which meant more bad care since funding is more easily gained by using people as test dummies for new or different treatments, not necessarily better.

394.   In 2018, two democrats in the healthcare field were selected to run, both I have high regards for. Yet, it is disturbing we are in a pandemic, I think by design. I believe our state Treasurer, a beautiful brilliant drug representative and our state Auditor a brilliant gifted speaker, a pharmacist were chosen, especially since our Treasurer's dad was the head of the Republican party in Sussex County, and Colleen Davies, our treasurer, ran as a democrat.

395.   I discussed my disagreements related to healthcare in the US-Ex-, the law suit against the Democrats before the pandemic hit. Fancy out of state democrats became in state residents and became involved in helping President Biden and forming healthcare agendas within my district the 38th District and Sussex County, Delaware.

396.   The World Economic Forum founder's books allude to very disturbing healthcare and military goals in his books which appear to be happening before our eyes to serve greed not good.

397.   I have other objections to healthcare beyond what I write here. In the *Fourth Industrial Revolution*, written by the founder of the world economic forum's founder, other

wicked schemes are proposed to harm life and human life under the guise of DNA improved healthcare. Schemes were shared in his book back in 2016. Since Bill Gates, a partner to the World Economic Forum is assisting in vaccines, I fear people are being exploited as lab rats for experiments that may harm them without protections in the form of the rule of law to require caring for patients, and correction if harm results. Instead, our laws allows and rewards hiding of wrongs, and rewards ignorance and not knowing, as knowledge is tied to culpability. So, it is sadly discouraged.

398.  I oppose healthcare and mental healthcare examinations per the Defendants requests on religious grounds.

399.  I have religious objections against even physical examinations for trial or for routine check-ups by doctors who provide data, conclusions, as if they are God, or statistics for research money or for pay, which violate my beliefs concerning being numbered as data. See, 1 *Chronicles* 21:1, 1 *Chronicles* 27:24, *Samuel* 24:1, King David sinned against God for using his men as commodities, as mere numbers, not capable of reflecting the divine image of God, but to be used for war or wealth. Distinguish this from our use of the census, which must be used to care for, not exploit humanity for profit, I hope at least.

400.  I am a child of God, priceless, not a price tag, to be sold for money. I am not a human commodity to examine, to exploit for business greed by being a statistic or number.

401.  I believe our current healthcare destroys lives and eternal lives to serve wealth, not good. Please see my proposals to change our healthcare laws to care for people, not exploit them for profit. US Ex-Ex 43.

402.    Drugging up the sick and elderly in hospitals is their damnation in hell guaranteed should they die, with their faculties inhibited. *Ecclesiastes* 7:1, *Matthew* 24:13, *Ezekiel* 3:17-21. I believe you must use your mind, your brain, to think, to care to know, to love to be saved from certain doom. *Deuteronomy* 30:19, *Sirach* 15:11-20.

403.    I also receive food benefits, which I should have applied for before the pandemic. So, my costs for food are reduced. I had planned to go back to my old law firm, and did not ever think of myself as poor. I was foolish since welfare by government law unearned is required even in the bible, as I am required to care for my body since I am God's, not my own. *Exodus* 23:11, *Nehemiah* 10:31 relating to cancel debts. In *Matthew* 6:12., Jesus means cancel monetary debts to prevent people from being tempted to the way of hell by making money their savior, in place of God, as God.

404.    I am unemployed and not receiving unemployment compensation. There is no shame in applying for food benefits when one is eligible and in need. Maybe I need to be brought as low as possible to lift up others in need, to show the world those in need should not be ashamed despite people, (including some of my former high school schoolmates), misbehaving by shaming people receiving food stamps. I have behaved like a knucklehead for not applying for food stamps until after a global catastrophic emergency hit.

405.    I have also attended the drive through food-pantries and shared the food with my neighbors. I cannot eat most of the food since I am a vegetarian with allergies.

406.    I believe government funded policies that care for those in need without requiring indentured servitude such as volunteering, or work are biblical. Government policies lifting up those in need unconditionally, without enslaving them, by requiring they

90

pay it back or pay it forward, reflect love, by respecting the dignity of human life, unearned, free. Under our Constitution, I believe this freedom is required, otherwise oppression is guaranteed in the form of exploiting desperate conditions, violating the Thirteenth amendment. U.S. Const. amend. XIII.

407.    I believe government funded policies that care for those in need without requiring indentured servitude such as volunteering, or work are required by God in secular laws. Government policies lifting up those in need unconditionally, without enslaving them, by requiring they pay it back, by volunteer work requirements, or pay it forward, reflect love, by respecting the dignity of human life, unearned, free. Under our Constitution, I believe this freedom is required. Otherwise, oppression is guaranteed in the form of exploiting desperate conditions for entities and individuals to get as much as they can for as little as the can, violating the Thirteenth amendment, and violating God's laws by unjust gains. U.S. Const. amend. XIII. See. *Proverbs* 1:19, 15:27, 28:8, *Habakkuk* 2:9, 2:12, *Ezekiel* 22:12-13, 22:27, *Isaiah* 56:11, *Jeremiah* 6:13, *Psalm* 10:3, *Isaiah* 5:8 "Woe to you who add house to house and join field to field till no space is left and you live alone in the land."

408.    Even in the Bible, there is welfare. See, *Exodus* 23:11. Every seven years farms are required to lay fallow. So, those in need could pick up the crops to live off of in the years to come, without owing anything to the landowner.

409.    While the Food bank still exploits the needy by forced volunteers, requiring volunteers, and requiring people to pay for a driver's license and transportation instead of directly helping people, not through entities, it is not those in need who sin. It is those who exploit them for profit and praise who sin, such as the farms and donors who gain tax breaks

for donating, as well as marketing or the praise of men. (See, *Matthew* 6:1-4. I believe organized charity, fundraising, bake sales, car washes, selling girl scout cookies, pro bono, and forced work, forced volunteering leads to exploitation and many to lose eternal life in hell, by driving out love from the hearts of men replaced with business greed, the mark fo the beast.)

410.    I believe little school children are taught and tempted to go the way to hell young, should they not repent, by praise for their unpaid child labor to fundraise for schools or sports and corporate and other profit, conditioning them to sin against God later in life by giving donations to politicians and artificial entities without hearts such as churches, charities, not for profits and businesses, who have no power to do good.

411.    I believe only individual humans can do good by reflecting the image of God by loving others unconditionally. *Genesis* 1:27, "God created mankind in his own image.," *Colossians* 3:10, Cf, the image of the beast, by absence of God, by absence of unconditional love, *Revelation* 13:15, "the image of the first beast.," See, 1 *John* 4:16, "God is love.," 1 *Corinthians* 13:4-8 "love... is not self-seeking..." I believe Jesus when he teaches people will be damned to hell for their unconcern, what they failed to sacrifice materially to those in need, directly, without worldly reward or recognition, Godly reward for a worldly loss. *Matthew* 41:46.

412.    In *Matthew* 6:1-5, Jesus teaches people will be damned to hell, have no reward for organized charity, fundraising or charitable events. Such deceptive false charities is business, not true charity, giving out one hand and to get something out of the other, such as tax breaks, recognition, marketing, good will, favors, money, material gain, praise connections or something else.

92

413.    Organized charity is business, even the business of controlling the markets by philanthropy to private entities, politicians and donations to schools for required conformed studies to support planned manufactured markets, not based on freedom or the free will of individuals to innovate, instead the bought, tempting compelled willed by those with money, power, connections or influence to purchase a manufactured market.

414.    Artificial entities without hearts, like churches, charities, businesses, not for profits, associations, organizations and other entities, run conditionally on money and conditional labor, not unconditional love, and those who work or organize under them exercise a conditioned will focused on the entities' conditionally interest, eliminating their free will to love unconditional by such conditional restraints.

415.    I also believe people go to hell for failing to forgive monetary debts. *Deuteronomy* 15:1 ("At the end of every seven years you must cancel debts."), *Deuteronomy* 15:2 ("This is the manner of remission: Every creditor shall cancel what he has loaned to his neighbor. He is not to collect anything from his neighbor or brother, because the LORD's time of release has been proclaimed."), *Jeremiah* 34:14, *Matthew* 18:21-35, *Matthew* 6:12,14,15, *Proverbs* 21:13. I love people, and do not want people to go to hell by requiring I pay them unjust debt I cannot afford.

416.    I am single, and my parents are recovering from covid in Florida. Everyone around me seems to be struggling with the increased cost of living, food, gas, paper, ink, postage or other commodities.

417.    During the past two years, I suspended my drivers' insurance and rode my bicycle because I could not afford car insurance.

418.    My parents have helped me with money given I listed as a gift, without

interest, that I will pay back if and when I am able, on my Motion to file in forma pauperis.

419.    My parents will forgive the debt as Jesus requires if I am not able to pay them back, in order that they and I not sin against God, per God's laws.

420.    They may not be able to help me much longer, since the economy is pressuring them too.

421.    My parents were infected with covid-19 in September 2021. My parents are now negative for covid-19, but are still recovering from covid19 lingering effects. They both received two vaccines and wear masks.

422.    However, my father teaches school teach in Florida where students are not required to wear masks. So, the spread of covid-19 is not as contained by those who choose not to wear masks in the schools.

423.    They both are old and tired. I hope the lingering symptoms related to blood cuts and clots that block blood from carrying oxygen to vital organs, causing organ shut down and covid toes do not harm them. Viruses may stay dormant in the body. Covid19, like the flu is quickly morphing, meaning vaccines and pills will have little results in preventing the spread due the quick mutations of these type of viruses. Masks on the other hand, reduce the spread. I am scared they may die soon, though they now test negative.

424.    I am asking the Court in a Motion, filed contemporaneously with this Complaint, and will ask the defendants if they would be willing to receive communications via email, and participate in court electronically, stipulating to a waiver of paper pleadings and postage, due to reducing the risks of spreading covid-19, and also due to the obstacle driving to upper Delaware to the US District Court for the District of Delaware's court house would cause me as costs increase for food, gas, ink, paper, and other things. I may

suspend my car insurance again, due to inability to pay.

425.    I am also filing contemporaneously herewith a motion to participate in appearances and proceedings remotely to reduce the increased risks of contagion during this plague and to reduce costs for all parties during this planned, preventable hyper-inflation the globe is experiencing relating to gas, postage, paper, ink and other items.

426.    I have severe allergies that mimic covid, causing diarrhea and other unpleasant symptoms, sometimes severe anaphylactic shock, closing of my throat, wheezing, dizziness which cannot avoid, as allergy medicines worsen not alleviate my symptoms. I live alone, and must perform yard work as I have no money to pay for others to help me, and neighbors complain instead of assist.

427.    Though, I test myself probably too often and am negative for Covid-19, I would prefer to reduce the chances of sickness and death if allowed by this Honorable Court and permitted by the Defendants.

428.    When I first drafted my law suit in the Chancery Court related to *Kelly v Trump*, I did not have a working computer or a printer. My parents kindly bought me a computer down the line, but it broke twice. My printer broke three times before it completely broke. I recently bought a new one, with no idea how I will afford ink. I do not even have a working phone at this time. I have a fire in my belly to stand up for something more important than a job or money, I am standing up for God, and my life, my reputation, and my livelihood. Just laws and justice glorify God. Seeking justice in courts is a command based on love for one another, and mercy, not money. I gave my life to God, not to monetary gain, not to the false God of money.

429.    I choose to fight for my faith, to exercise my belief in Jesus Christ without

95

government suppression of my speech, substantial burdens on my associations and substantial burdens on my free exercise of living my faith, by doing the will of God, even if I do not know how I will get by each day. I choose to have faith.

430.   I was denied access to Del Tech's scanner to scan in the voluminous amount of exhibits. I apologize I was unable to create a CD for the Court and Defendants with reduced number of scans as an exhibit to this Complaint.

## COUNT I-DEFENDANTS RETALIATION AGAINST ME FOR THE EXERCISE OF MY FIRST AMENDMENT RIGHT TO PETION FOR GRIEVANCES BASED ON MY EXERCISE OF CIVIL RIGHTS IN VIOLATION OF THE FIRST AMENDMENT APPLICABLE TO THE DEFENDANTS PURUSANT TO THE FOURTEENTH AMENDMENT-INJUNCTIVE RELIEF

431.   Meghan Kelly incorporates by reference all of the preceding and subsequent paragraphs as if fully recited herein.

432.   Defendants acted in retaliation against me, by initiating proceedings to place my license to practice law on inactive disabled, but for the exercise of my First Amendment right to free speech, to freely exercise my religious belief, association and the right to petition the government for redress of grievances and (2) in direct violation of the First Amendment right to petition the government.

433.   The adverse action was `sufficient to deter a person of ordinary firmness from exercising his First Amendment rights.'" *Jacobs v. Beard*, 172 Fed. Appx. 452, 455 (3d Cir. 2006) (citing *Allah v. Seiverling*, 229 F.3d 220, 224-25 (3d Cir. 2000)).

434.   Defendants continue to retaliate against me based on my First Amendment exercise of the right to petition, speech, associate and exercise my religious

96

beliefs. I face irreparable injury to my free exercise of speech, association, religion, right to petition, reputation, pecuniary harm, and a substantial burden to work as an attorney, or anywhere else, should this Honorable Court not enjoin the Defendants.

435.    My protected activity, exercise of my First Amendment Right to petition the court for grievances, speech, association and exercise of religion, "was a substantial factor in the alleged retaliatory action." *Blevis v. Lyndhurst Bd. of Educ.*, 2009 WL 3128402 at *5 (D.N.J. Sept. 28, 2009) (citing *Hill v. Borough of Kutztown*, 455 F.3d 225, 241 (3d Cir. 2006). The "first prong is a legal query, and the second prong is a determination of fact. " *Hill*, 455 F.3d at 241.

436.    Defendants face no threat of irreparable injury by an injunction.

437.    Defendants' retaliation against me for the exercise of my First Amendment Right to petition for grievances based on civil rights in violation of the First Amendment applicable to the Fourteenth Amendment would cause irreparable injury to others. I seek to use my voice to prevent the elimination of social security, to prevent the elimination of private ownership or real property per the world economic forum founder's plan, prevent the elimination of the 47 percent of the jobs in the US, including lawyers, and to prevent an economic crash by recommending changes to the banking system, proposing similar Executive orders that Presidents Lincoln and Kennedy passed that would divert the planned elimination of the dollar and economic crash, and to prevent other harms. My reputation would be tarnished, diminishing my speech from being considered, should Defendants be permitted to punish me, to retaliate against me for the exercise of my Civil rights. Other people would suffer.

438.   I stood up for children at the border, the NFL players freedom to speak, associate and protest, and the freedom of the press.  I intend to continue to use my voice, to help the oppressed, particularly the baby boomers and elderly.

439.   In addition, the public would be harmed by the precedent a denial of this motion would create which would allow Government agents to initiate or continue proceedings to deem those who disagree with the government or think or believe or associate differently than a government organization's agent's compelled will, to be labeled mentally disabled or disabled, but for their diverse beliefs, and speech reflecting such diverse beliefs, chilling the public's exercise of their free will and constitutionally protected speech, belief, association, and petitions for grievances against Government conduct.

440.   Defendants have no important or necessary interest in taking away my active license to practice law in response to my exercise of Constitutionally protected rights, narrowly tailored to such interest which outweighs the interest in the exercise of my First Amendment rights.

441.   I am not representing any person, nor am I planning on representing anyone in the near future. I have not worked as an attorney advocate in years.  I pose no risk to nonexistent clients or the public. I seek to safeguard the public and humanity from those who would harm them to serve business greed.   I hope to get a position back with my old law firm performing real estate settlements, as the pandemic subsides which will not likely be anytime soon.

442.   I discovered, I hate trial work, but I love God.  So, I chose to stand up for my religious belief in Jesus Christ by filing *Kelly v Trump*, even if I am the only one.  I

should not be punished by government agents for my strongly held, individual religious beliefs, even if those beliefs are repugnant and conflicting to those strongly held beliefs of government agents, even the courts.

## COUNT II-DEFENDANTS OBSTRUCTION OF JUSTICE AND RETALIATION AGAINST ME FOR THE EXERCISE OF MY FIRST AMENDMENT RIGHT TO PETION FOR GRIEVANCES BASED ON SEEKING RELIEF FROM ATTORNEY LICENSE DUES OR BASED ON KELLY V TRUMP, TO IMPEDE, OBSTRUCT, HARASS OR PRESSURE ME TO FORGO MY LAW SUIT, KELLY V TRUMP  OR TO GATHER EVIDENCE AGAINST ME TO PUNISH ME FOR EXERCISING MY PROTECTED  RIGHT TO PETITION FOR GRIEVANCES IN VIOLATION OF THE FIRST AMENDMNET APPLICABLE TO THE DEFENDANTS PURSUANT TO THE FOURTEENTH AMENDMENT AND IN VIOLATION OF 42 U.S.C. § 1985 (2)(b) or 42 U.S.C. § 1983.

443.    Meghan Kelly incorporates by reference all of the preceding and subsequent paragraphs as if fully recited herein.

444.    I participated in Constitutionally protected conduct by petitioning the Court to exempt attorney license fees for attorneys facing hardship and unemployment due to the pandemic, and by petitioning the Court for relief in *Kelly v Trump*.

445.    Defendants conspired with De-Lapp, an arm of the Delaware Supreme Court by taking adverse action against me, a threatening letter requiring I respond within ten days, allegedly based on that conduct of petitioning the Court for grievances for either my request or bringing the law suit *Kelly v Trump* with intent to punish, retaliate, harass, interfere, or pressure me to forgo my lawsuit in *Kelly v Trump*, in conspiracy

with Defendants, and Judge Clark, in violation of 42 U.S.C. § 1985 (2)(b) and/or to gather information to be used by Defendants to retaliate against me by bringing an ODC complaint against me, but for the exercise of my protected conduct, petitioning the Court for relief related to attorney dues, or petition the courts for relief in *Kelly v Trump*, in violation of the First Amendment applicable to the Defendants pursuant to the Fourteenth Amendment.

446.    Defendants conspired by seeking to initiate additional investigations and examinations against me as evidenced by the August 23, 2021, and September 27, 2021 letters to punish, retaliate, impede, interfere or cause me to forgo an ongoing case in *Kelly v Trump* in violation of my First amendment rights applicable to the Defendants pursuant to the Fourteenth Amendment, and pursuant to 42 U.S.C. § 1985 (2)(b) and 42 U.S.C. § 1983.

## III.    DEFENDANTS OBSTRUCTION OF JUSTICE AND RETALIATION TO SPEECH, ASSOCIATION AND EXERCISE OF RELIGIOUS BELIEFS IN VIOLATION OF THE FIRST AMENDMENT APPLICABLE TO THE DEFENDANTS PURUSANT TO THE FOURTEENTH AMENDMENT-INJUNCTIVE RELIEF

447.    Meghan Kelly incorporates by reference all of the preceding and subsequent paragraphs as if fully recited herein.

448.    Defendants retaliated against me by seeking to punish me by taking away my paid for active license to practice law, to harm my reputation, to hide government mistakes and misbehavior I sought to address or to punish me based on my religious

100

beliefs, constitutionally protected speech, association, or poverty in violation of the First Amendment applicable to the Defendants pursuant to the Fourteenth Amendment.

## COUNT IV-INTENTIONAL OR RECKLESS INFLICTION OF EMOTIONAL DISTRESS CAUSED BUT FOR DEFENDANTS INTEREFERENCE AND RETALIATION AGAINST ME FOR MY EXERCISE OF MY CIVIL LIBERTIES

449.    Meghan Kelly incorporates by reference all of the preceding and subsequent paragraphs as if fully recited herein.

450.    I "(1) (have) in fact suffered emotional distress, embarrassment and/or humiliation, and (2) defendant's actions, proximately caused my injuries." *Aumiller v. University of Delaware*, 434 F. Supp. 1273, 1977 U.S. Dist. LEXIS 15317 (D. Del.).

451.    I will continue to suffer emotional distress, and likely financial distress should Defendants not be enjoined from instigating proceedings to retaliate against me for the exercise of my first Amendment rights in violation of those rights applicable to the Defendants pursuant to the Fourteenth Amendment.


## V.    OBSTRUCTION OF JUSTICE BASED ON PROTECTED SPEECH, RELIGION, ASSOCIATION OR PETITIONING THE COURT

452.    Meghan Kelly incorporates by reference all of the preceding paragraphs as if fully recited herein.

453.    Defendants intimidated me, a party in the *Kelly v Trump* law suit, conspiring with two or more people to threaten, influence, hinder, impede, obstruct, defeat me from bringing *Kelly v Trump*, denying me, a citizen, equal protections of the laws, based on

101

poverty, religious beliefs, free exercise of speech or association, injuring me economically, seeking to take away my livelihood, while seeking to suppress my exercise of religion, speech, and right to seek grievances in court in violation of 42 USCS § 1985 (b), by threatening me with Defendants' letters dated August 23, 2021 and September 27, 2021.

454.   The Defendants, interfered with, impeded, obstructed my access to the courts or threatened to take away my license to practice law, but for my law suit to protect my free exercise of religion, association and speech under Equal protections of the law, as a class of one, in an attempt to impede an active law suit that is before the United States Supreme court as of this date, based on my exercise of a right as a party, not acting as an attorney, safeguarding protected religious associated beliefs and speech in violation of the First Amendment applicable to the Defendants pursuant to the Fourteenth Amendment.

## COUNT-INJURY TO REPUTATION CAUSING ME TO LOSE SIGNIFIGANT EMPLOYMENT OR ASSOCIATED OPPORTUNITIES, SPEECH,

452.   Meghan Kelly incorporates by reference all of the preceding paragraphs as if fully recited herein.

453.   Injury to reputation itself is not a deprivation of liberty or property. Paul v Davis 424 US 693 (1976). However, Governments acts so injure my reputation that I will lose significant employment or associational opportunities, including my ability to practice law in the state of Delaware as a result of Defendants malicious punishment based on their disagreement of my protected Constitutional beliefs, speech, association and/or petition(s).

## PRAYER FOR RELIEF

WHEREFORE, Meghan Kelly respectfully requests that this Honorable Court:

1.      Enter an Order to permanently enjoining and restraining Defendants from

punishing Meghan Kelly for exercise of her first amendment right of speech, religion and

association, and access to the courts as an aggrieved party.

2.      Enter an Order awarding Plaintiff attorney fees pursuant to 42 USC 1988,

should she retain an attorney, and costs, and possibly damages emotional distress, to the

extent authorized by law and other such relief as the Court deems proper and just, if

applicable.

Dated: Oct. 21, 2021

Respectfully Submitted,

/s/Meghan Kelly
Meghan Kelly, Esquire
34012 Shawnee Drive
Dagsboro, DE 19939
Pro se, not attorney

Bar Number 4968

103