IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEGHAN KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 21-1490-CFC |
| | ) |
| DISCIPLINARY COUNSEL PATRICIA B. SWARTZ, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this Second day of November in 2021, for the reasons set forth in the Memorandum issued this date,

IT IS ORDERED that:

1. Plaintiff's motion to expedite is DENIED. (D.I. 6)

2. Plaintiff's motions for temporary restraining order, preliminary injunction, and exemption from bond, motion to e-file, and motion to appear remotely are DISMISSED as moot. (D.I. 7, 9, 11, 12)

3. Plaintiff's letter/motion for emergency relief is DENIED. (D.I. 14)

4. The Court abstains under the Younger abstention doctrine and the Complaint is DISMISSED.

5. The Clerk of Court is directed to CLOSE the case.

_____
Chief Judge