## THIRD CIRCUIT COURT OF APPEALS

| | | |
|---|---|---|
| MEGHAN M. KELLY, | § | APPEALS COURT |
| Respondent. | § | CASE NUMBER: 22-3372 |
| | § | DISTRICT COURT |
| | § | Misc. No. 22-45 |
| v. | § | DISTRICT COURT |
| United States District Court, | § | JUDGE: The Honorable Paul D. |
| Eastern District of Pennsylvania | § | Paul S. Diamond, Judge |

Petitioner Meghan M Kelly's Amendment **Renewed** Motion for permission to exempt PACER fees by amending the Order to prevent unaffordable costs from becoming a substantial burden upon my access to the courts, and compelled violation of my religious beliefs against indebtedness in order to exercise my right to petition the Court in my defense of the exercise of fundamental rights

I Petitioner Meghan M. Kelly pursuant to Fed. R. App. P. 2, in the interest of justice, move this Honorable Court to exempt PACER fees for electronic filing before this Honorable Court for case number 22-3372, 1. to prevent unaffordable costs from becoming a substantial burden upon my access to the courts, 2. to prevent a government compelled violation of my religious beliefs against indebtedness in order to exercise my right to petition the Court in my defense of the exercise of fundamental rights, and 3.to prevent compelled involuntary servitude in exchange with access to the courts to defend my licenses and liberties from being taken away for my religious beliefs in Jesus until the appeal before the US Supreme Court is complete, the case is closed below after remand, or until January 20, 2025 whichever is latest and vitiates the case. (Citing, US Amendments I, V, XIII).

1. This Court previously granted an exemption for PACER I attach hereto which has expired. Please amend it to continue the exemption until January 25, 2025 or until the proceeding at the US Supreme Court has concluded please.

2. This case is pending before the US Supreme Court. I incorporate all the exhibits attached hereto herein in their entirety. The case has been prolonged.

3. On December 26, 2023, I physically dropped off a petition for leave to exceed the page limits in a writ of certiorari to appeal Third Circuit Orders in 22-3372, a motion for leave to file in forma pauperis, a letter to the Clerk of Court for Rule 12.6 relief, and a writ of certiorari to appeal the Orders in the 3rd Circuit Case No. 22-3372, Kelly v Eastern District Court of PA.

4. The US Supreme Court considered my December 26, 2023 filings as an Application (23A596) to file petition for a writ of certiorari in excess of page limits in Kelly v District Court, Eastern District of PA, and submitted it to Justice Alito on or about Thursday, December 28, 2023.

5. After only 3 business days later on January 3, 2024 Justice Alito denied the application.

6. On January 3, 2024 I immediately drafted a written request to the Honorable Chief Justice Roberts by placing 1 original and ten copies of a written request in an envelope and placed this and a copy to opposing counsel in

accordance with the US Supreme Court's staff's instructions in the US mail that same day for pick up the next day.

7. In my petition for more pages I specifically Petition for leave for more pages in Case No. 23A596, the appeal of the Eastern District of PA case, I protected myself by attaching and incorporating the petition for writ of cert and the petition for permission to file Informa pauperis into the petition for more pages by stating:

> "Petitioner Plaintiff Meghan Kelly, Esq. pro se pursuant to the 5th Amendment right to a fair proceeding, the 1st Amendment right to petition, the Court's equitable powers and Supreme Court Rules 22 and 32, and any other applicable rule this Court deems just, move this Court to permit me to exceed the page limit under Rule 34 (2)(b) in my petition for writ of certiorari of the United States Court of Appeals for the Third Circuit Case No 22-3372 decisions. I file the Petition for writ of certiorari, and Petitioner Meghan Kelly's Motion for Leave to file in Forma Pauperis simultaneously herewith and incorporate them herein, and state:"

8. The Court returned all of my documents in error.

9. On January 23, 2024, I filed a petition to please cure defect in inadvertently mailing back papers Chief Justice Roberts and the Court requires to fairly, fully and publicly determine petitions, including the application No. . 23A596 in this proceeding. US Amend I, V, VI

10. To date Emergency Clerk Robert Meek received the documents by mail on January 23, 2024 and physically per my case manager on January 26,

2024. Yet, the emergency application has not been docketed as submitted to Justice Alito or rejected yet.

11. On January 30, 2023 I emailed Robert Meek and asserted my 6th Amendment right to a speedy determination on at least whether the January 23, 2024 emergency application was filed or rejected so I may assert my rights and not be deprived of the choice to act by willful deprivations by delays in docketing as I have been deprived of access to the courts by the US Supreme Court in the past by a 15 day delay to resubmit an application to Justice Jackson for an interim stay in a civil rights case.

12. To my utter horror despite my giving the US Supreme Court case manager, Clerk Jordan Bickle aka Danny Bickle and Emergency Clerk Robert Meek's prior notice of the January 23, 2024 filing, on January 24, 2024 the Court distributed papers it does not have for conference on 2/26/2024. How can the US Supreme Court distribute papers physically and fairly to all judges when it sent them back to me?

13. I am prejudiced in that the Court may deny the pages required to fully and fairly plead not only my 6 fundamental rights and claims but also to protect the rule of law that created and maintains these United States by schemed attacks to regulate to control to eliminate the courts down the line to cover up its error in sending them back by creating far worse Constitutional deprivations.

14. I realized the Court only reviews what is in its possession since I found a note "No IFP Motion" on another case returned to me. The Court will not review what it does not have. it will not review what it does not have.

15. To worsen matters, I could not upload all of the documents on one electronic docket due to the document limit.

16. Attached, please find the appeal and some not exhibits 116th and other exhibits and filings submitted December 26, 2023 which show my belief the courts are in trouble, and the deprivation of my access to the courts to ask the court to please save itself by failure to docket documents including a November 6, 2024 matter per the attached documents.

17. I believe there will be an overthrow if the courts do not stop it. The courts cannot stop it unless someone with standing petitions to ask them. I am petitioning to ask them, but they are not docketing it fairly or at all.

18. I require access to the docket to refer to dispense of the need for a joint appendix should the US Supreme Court grant a petition.

19. I require access to the docket to allow me to plead on the docket because the US Supreme Courtis not keeping paper copies by returning them or losing them or worse with regards to a November 6, 2023 submission I am distraught about per the exhibits especially the 116th Affidavit.

20. I might have to file even more documents even a new appeal if the US Supreme Court denies pages on February 16, 2024.

21. Poverty creates a substantial burden upon my access to the courts an exemption for PACER fees would eliminate to prevent 1. unaffordable costs from becoming a substantial burden upon my access to the courts, 2. to prevent a government compelled violation of my religious beliefs against indebtedness in order to exercise my right to petition the Court in my defense of the exercise of fundamental rights, and 3.to prevent compelled involuntary servitude in exchange with access to the courts to defend my licenses and liberties from being taken away for my religious beliefs in Jesus until the appeal before the US Supreme Court is complete, the case is closed below after remand, or until January 20, 2025 whichever is latest and vitiates the case. (Citing, US Amendments I, V, XIII).

22. This Court kindly granted me an exemption for PACER costs in Kelly v Swartz, NO 22-3198. (Third Circuit Docket Item ("3DI") 3DI-21, 24, 25, 30). This Court kindly extended the exemption for PACER fees in Case No 21-3198 too. (3DI 91-92)

23. My PACER Account Number 6975241.

24. I respectfully request an exemption be applied for the duration of this case up until appeal or the time has appealed to the US Supreme Court or until **January 20, 2025**, whichever is longer.

25. I thank the Court and its staff for its help. The DE District Court granted my request for an exemption to ECF and ECF access I made after the case was closed. The District court creates precedence this Court may do the same in the interest of justice. This Court closed the case too. I request this court grant me an exemption to allow me to effectively appeal on the record before the US Supreme Court. I asked my case manager what to do and whether I should file this. She said she did not know. I said I am acting in good faith. She understood I am acting in good faith.

26. I agree to send PACER the attached Order or any Order this Court files to exempt PACER fees in this case, should this Court grant my plea.

27. I have been experiencing computer trouble. I downloaded the e-served documents for this matter, but discovered they are no longer available.

28. The costs relating to PACER for second looks are unaffordable.

29. The original disciplinary order from Delaware from which the reciprocal suit by the Eastern District is based adjudicated me inactive/disabled.

30. The Delaware Order prevents me from working as an attorney. I am

unable to seek employment at my former law firm where I would be performing real estate settlements. My former law firm is a great law firm McDonnell and Associates. The people there care about their clients and employees above money.

31.     I am impoverished and am not allowed to work in my profession.

33.     There is no opposing counsel in this case. I asked the solicitor general or their agents above via the email on US Supreme Court docket, and she provided no objection. I called and left messages, and did not receive a response.

34.     Since I am poor and unemployed, I do not have money to pay fees.

35.      It is against my religious belief to go into debt, especially given I am not permitted to work for pay as an attorney in DE. (*See, Bible Romans* 13:8. "Owe nothing to anyone, but to love them")

37.     This Court kindly granted me an exemption previously in order not to compel me to violate my religious beliefs in exchange for access to the courts in defense of my exercise of my First Amendment liberties, my license and related interests.

38.     I respectfully request this Court grant me an exemption of PACER fees in this case, too (1). in order not to compel me to violate my religious beliefs in exchange for access to the courts or (2). suffer an economic substantial burden so great as to deny me access to the courts in defense of my First Amendment

liberties, license and related interests and (3). to prevent government compelled involuntary servitude to sin by making money savior in place of God.

39. It is my religious belief people should buy and sell by free choice, not by forced choice by artificially man-made government compulsion to be exploited by government backed private or foreign partners in a fixed not free economy. [1]

40. I argue compelled debt in my case not only violates the 13th Amendment against involuntary servitude, but violates my private, personal individual religious belief in Jesus, God the father and the holy spirit as guide and God, not money by government compelled force. US Amend I, XIII.

41. I believe the plans under the UN, G-7 and global agenda violates my religious belief against indebtedness to money and material gain as God at a

---

[1] By fixed I mean lawlessness, making business through entities the standard of care and the letter of the law. This makes businesses above the law and above Court correction. I desire laws that prevent businesses from killing, oppressing, and destroying human life, liberty and health for material gain. The fixed system allows businesses to be above the law by making the experts and the business's standards above government guidance and correction when they destroy and harm other people's lives and liberty. I desire the Judges to judge, not businesses through experts whose aims are exploiting people for money and material gain. Whereas Courts aim is to protect liberty and lives. US Amend I and preamble. Article III, Section 1 of the Constitution vests the judicial Power of the United States in the United States Supreme Court and the federal Courts. Powers may be waived if not exercised. When this Court's relinquishes its powers, it allows the other two branches to lawlessly rule as opposed to serve by lusts like business greed. The other two branches will sacrifice the people, land and resources to private and foreign powers if left unstopped and unrestrained by the rule of Constitutional law. You have the power and authority to prevent war, economic crash and the dismantling of our government, should someone with standing ask.

greater more horrific level, and violates my First Amendment right to religious belief. Creating precedent in this case, may prevent the elimination of not only my Constitutional liberty but the liberty of all Americans protected under Constitutional law. I hope to somehow tie that in to other litigation.

42. I believe people teach a lie, despite their ignorance of truth, and sin against God and man for teaching government is a social contract to govern. It is a forced choice upon the populace without a meeting of the minds or consideration. The people's souls are not to be sold by the government through the government backed private or foreign partners to be sacrificed to gain the world. Leaders are charged with caring for the people and protecting their liberty. Misleaders seek to control and exploit for material gain a no longer free people. It is written *Mark 8:36*, "What profits a man to gain the whole world [by money or material gain only to lose his eternal life in the second death to be no more.]"

43. The contract of government is by those governing who agree to more limited liberty in order to the authority to serve, govern and guide.

44. I seek to preserve our government with honesty by seeking to unrig the system of corruptions within by requiring the Courts place checks on the other branches of power and their own when those within branches exceed their

Constitutional authority and violate the Constitutional laws that protect the people they are charged to serve, not exploit.

  45. There appears to be a societal peer pressured attack against the courts to create lawlessness under the guise of freedom. There appears to be an attack to dismantle the government as opposed to unrig unjust practices which exceeds Constitutional laws that protect the common people.

  46. I seek to preserve our system of government by upholding the Constitution and asking the courts to guide those misguided by lusts under the belief of laws.

  47. I believe that people serve lawless lusts untamed by love or the rule of law when they seek to do what they want regardless on the impact on other people God loves, untamed by the rule of law or by love. This lawlessness under the pretty words research, science, study, experts, professions or business allows oppression, killing, stealing and destroying the lives and health of others for the bottom line.

  48. I believe we must protect people's seemingly wrong choices too, to disagree with us or think differently. After all we may be the ones who in the dark in need of guidance at times.

49. The diversity in allowing equal protections of the laws is not sameness but equal protections to believe and exercise belief by the dictates of our conscience within limits to protect other people's life and liberty.

50. Equal protections under the law is not the dictates of the equal compelled treatment by the US through the BIS, IMF, World Bank, UN or WHO or other entity to force its sameness under the guise of equality, freedom or sacrificing people's life to gain the world.

51. I believe differently than the UN's collaborative, conditional, conformed agenda which I believe misleads people to harm and I believe damnation in hell by driving out the ability of the people to unconditionally love, under a bank controlled environmental credit and debt system. The stakeholder system gives entities a stake in other people's lives by economic compelled force. A free people are not a piece of property to exploit as chattel for an alleged common interest. US Amend XIII

52. The global agenda violates my religious beliefs against debt, making every human in debt and indebted as stakeholders in someone else's plan, someone else's will which is not free will or God's will but an economically compelled will. It is so horrific. I am sorry if I am unable to discuss it in current litigation. My hope of a hero remains with the Court to unravel the lawlessness reigned by lusts

and desires such as unbridled business greed. I believe there is a plan in the years to come to eliminate the courts to eliminate the rule of law down the line if left unstopped.

52. With regards to my plea, the Government is not permitted to discriminate based on religious belief by denying me access to the courts by requiring my enslavement to debt in violation of my invoked 13th Amendment rights and 1st Amendment right to religious belief that debt misleads people to hell by making money savior and God per Jesus's teachings including his teachings in the Bible including Matthew 6:24.

53. Given my poverty, any fee creates a substantial burden to my access to the courts and my religious-belief against indebtedness.

54. I am a Christian, a child of God, a believer of Jesus Christ. I believe people sin by debt, focusing their mind, and life towards the aim of gathering money as savior in place of God's desires.

55. I believe people sin for using money to control others, to do their will, or the government's will by reward, or punishment in terms of fines because I believe this misleads people to hell by making money master, God and guide.

56. I believe there is a difference between unjust decrees and just decrees. Just decrees care for the people, while protecting their liberty within limits so as to protect the liberty of others. Unjust decrees seek to control people by sacrificing

individuals or individual liberty for money, material gain, cost, convenience and other superficial unjust reason, under the lie of caring for the many. See *Isaiah* 10:1-3. Unjust laws also teach people to blind their eyes by desire for money gain as savior, from seeing clearly to love others beyond their own.

57. I believe the United States Supreme Court is misguided into sacrificing individual liberties and individuals for collective interests of businesses or organizations.

68. Collectively, united by shared interests, we can do no good. Only individuals may do good by unconditional love, reflecting the image of God. Collectively, by shared, united interest in business or other group or entity, we are enslaved to those who tempt us with reward or threat of harm towards our conditional, collective, interests. Entities are not free to do what is right by its bound unified, conditional, collective aims.

69. The individual is more powerful and may do more good than collective groups, organizations, entities, charities or businesses. Only an individual may lay down his desires, and the desires of men, to think, to know, in order to love, to do what is right to overcome the lusts of men by unconditional love.

70. I believe that the executive and legislative branch give us a republic by representation through the vote. I believe the Courts give us freedom, in the

form of a democracy by protecting individuals and individual liberties from being sacrificed by the majority or collective groups through the vote. I believe the courts are our hope of a hero, in protecting independence required to safeguard Constitutional liberties from being sacrificed on a global level. See *Amos* 5:15 and *Matthew* 23:23.

71. I am quite concerned how countries are sacrificing independence which gives leaders the freedom to care for their people in exchange for collective, conformed purposes, under the UN, the Paris Accord and other agreements which enslave the people by artificial indebtedness to do the will of collective, conditional groups, substantially burdening freedoms.

72. I believe people go to hell for creating artificial indebtedness which enslaves other people to pay back a debt. That is what the global plans will do if unstopped by the Courts to protect individual liberties. The plans appear to allow central banks, whose shareholders are banks to control the governments by monetary rewards and debts. It is an abomination. The more debt, and the worse off the people are, the more profit on debt interest and debt control banks gain over governments, businesses, people and countries. The banks have incentive to make people worse off. There appears to be a trend to eliminate the just rule of law in place of the lawlessness spoken of in the bible, through unjust decrees, oppressing, killing, stealing and destroying human life and health to serve business greed, not

good. Money and business should not be the law. Money is not freedom, and should not be used by the government to control a no longer free people

73. My case may grant the Court the ability to safeguard individuals and individual liberties of speech, religious belief, exercise, right to petition regardless of poverty or religious or political affiliation.

74. Please help me by removing an obstacle by preventing the foreseeable of added PACER costs upon me as I seek to defend my exercise of religious-political beliefs, religious-political speech, religious-political association and my religious-political petitions in multiple forums.

75. Additional law suits have increased costs, and caused me to panic, lose sleep, and gain baby white hairs. If I expend all my resources in terms of time, paper and other costs, by defending all cases simultaneously only to run out of resources, I would be prevented from defending my exercise of fundamental rights in any case to its conclusion.

76. A lawyer's right, my right to pursue my profession constitutes a property protected by the due process clause of the Fourteenth Amendment, and of which I cannot be deprived for any whimsical, capricious or unreasonable cause, including the state's disagreement with my religious-political beliefs.

77. I must be afforded access to the courts to defend my license to practice law from being placed on inactive disabled but for my faith in Jesus Christ, and exercise of fundamental rights.

78. Please grant me a PACER exemption until conclusion of this case.

79. I am utterly poor. The costs relating to PACER fees create a substantial burden and obstacle to my access to the Courts in contravention to my First Amendment right to access to the Courts applicable to the Federal Courts via the Equal Protection component of the 5th Amendment, for me, a member of class of one due to religious beliefs against incurring debt combined and due to utter poverty. See, *Abdul-Akbar v. McKelvie*, 239 F.3d 307, 317 (3d Cir. 2001) ("This requires us first to determine whether Appellant is a member of a suspect class or whether a fundamental right is implicated."); *Harris v. McRae*, 448 U.S. 297, 323, (1980) (noting that poverty is not a suspect classification)." (*But see, Lewis v. Casey*, 518 U.S. 343, 370 (1996) "[A]t all stages of the proceedings the Due Process and Equal Protection Clauses protect [indigent persons] from invidious discriminations.")

80. "Because this case implicates the [Constitutionally protected] right of access to the courts, [ and First Amendment rights to free speech, religious belief, association and exercise of religious beliefs] the government's disparate treatment

towards me, based on poverty, is still unconstitutional under a strict scrutiny basis test." *Citing, Tennessee v. Lane*, 541 U.S. 509, 533 n.20 (2004).

81. The Supreme Court noted, "There can be no equal justice where the kind of trial a man gets depends on the amount of money he has." *Lewis v. Casey*, 518 U.S. 343, 370 (1996); (internal citations omitted)

82. Justice Stevens, with whom Justice Brennan, Justice Marshall, and Justice Blackmun joined, in dissenting of US Supreme Court in *Murray v. Giarratano*, 492 U.S. 1, 18 (1989) recognized,

> "When an indigent is forced to run this gantlet of a preliminary showing of merit, the right to appeal does not comport with fair procedure. . . . [T]he discrimination is not between `possibly good and obviously bad cases,' but between cases where the rich man can require the court to listen to argument of counsel before deciding on the merits, but a poor man cannot. . . . The indigent, where the record is unclear or the errors are hidden, has only the right to a meaningless ritual, while the rich man has a meaningful appeal." *Douglas*, [372 U.S., at 357-358](#)

83. I expected to rejoin my old law firm after standing up for something more important than money in Kelly v Trump, my free exercise of religion, exercise of religious and political belief, exercise of religious and political speech, and association as a party, attorney, democrat, and Christian without government incited persecution, but for my exercise of fundamental rights.

84. The Delaware Order against me and the reciprocating Order creates a government incited economic substantial burden upon me, and prejudices me by

forcing me into a maintained state of poverty by preventing me from seeking to get my former position back at my old law firm as an attorney, or any work as a law firm, and harms my reputation to make me less attractive to employers.

85. While, poverty is not a suspect class, my right to meaningful access to the courts, despite the inherent burden of poverty, and my religious beliefs and strongly held religious exercise relating to my religious belief against indebtedness are protected. In addition, fundamental rights are implicated.

86. So, the Court must have a compelling reason to deny my request for an exemption of the PACER fees to protect my access to the courts to defend the exercise of my fundamental rights including my religious beliefs narrowly tailored to meet the important justification.

87. There is no compelling reason to deny my request for an extension for a PACER waiver, especially since it will prevent my need to contact the court should the one free glance fail to save.

88. Nor is any justification narrowly tailored to meet any compelling reason. The Court may grant an exemption and has granted an exemption in another case. This has prevented has the need to call the court to confirm documents were received and filed.

89. I face an undue burden should this court deny my request, including loss of my First Amendment rights, property interest in my license, loss to my

reputation, other damages, loss of employment opportunities and a substantial burden to my access to the courts.

90. There is no opposing counsel to request a position on, and the Solicitor general before the US Supreme Court did not object to this request and is not an attorney before this court. No appearance has been made.

91. The United States Supreme Court indicated it is the Court itself I place as the Defendants, which is quite strange.

92. That is how the Court placed the parties on my appeal from the Third Circuit disciplinary Order, in United States Supreme Court No. 22A 478, which relates to one argument of a case and controversy.

Wherefore I pray the Court grants my motion.

Respectfully submitted,

Dated January 31, 2022

/s/Meghan Kelly
_____
Meghan Kelly, Esquire
DE Bar Number 4968
INACTIVE, not acting as an attorney on behalf of another
34012 Shawnee Drive
Dagsboro, DE 19939
(302) 493-6693
meghankellyesq@yahoo.com