UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly | ) | Civil Action No.: 1:21-1490 (CFC) |
|     Plaintiff, | ) | |
|     v. | ) | |
| Disciplinary Counsel Patricia B. Swartz, et.al | ) ) | |
|     Defendants. | ) | |

PLAINTIFF MEGHAN KELLY'S 342nd AFFIDAVIT UPDATE

Comes now Plaintiff Meghan Kelly, I declare and affirm that the foregoing statement is true and correct.

1. I have other obligations that are preventing me from drafting anything in DC for now, and I see something should be filed by March 31, 2025, the date Plaintiff's brief is due or soon thereafter. The DC Appellate court ruled in Plaintiff's favor yesterday March 27, 2025, and it would be potentially moot to hear on appeal by the United States supreme Court pretty soon since the hearing and briefing will soon be complete. See,

https://storage.courtlistener.com/recap/gov.uscourts.cadc.41844/gov.uscourts.cadc.41844.01208724047.0_3.pdf

2. I asked all the parties their positions if I should file a petition pro hac vice motion.

3. The ACLU had no position per the attached.

4. The email chain includes:

Re: 25-cv-00766 Amicus Brief not drafted yet permission before too late in the rapid fire emergency motions case
From:Art Spitzer (aspitzer@acludc.org)
To:meghankellyesq@yahoo.com
Date:Wednesday, March 26, 2025 at 07:55 PM EDT

Dear Ms. Kelly,

1

If you file a motion for admission pro hac vice, you may represent that the Plaintiffs take no position on your motion.

Sincerely,

Arthur B. Spitzer
Senior Counsel
American Civil Liberties Union
 of the District of Columbia
529 14th Street, NW, Suite 722
Washington, DC 20045
202-601-4266
aspitzer@acludc.org
*Join us in ensuring our nation lives up to the promise of the Constitution and become an ACLU member.*

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system. If you are the NSA, just put this in the ACLU file.*

**From:** Meg Kelly <meghankellyesq@yahoo.com>
**Date:** Wednesday, March 26, 2025 at 5:50 PM
**To:** Meg Kelly <meghankellyesq@yahoo.com>
**Cc:** nsmith@aclu.org <nsmith@aclu.org>, osarabia@aclu.org <osarabia@aclu.org>, Art Spitzer <aspitzer@acludc.org>, Scott Michelman <smichelman@acludc.org>, lgelernt@aclu.org <lgelernt@aclu.org>, dgalindo@aclu.org <dgalindo@aclu.org>, agorski@aclu.org <agorski@aclu.org>, ojadwat@aclu.org <ojadwat@aclu.org>, hshamsi@aclu.org <hshamsi@aclu.org>, ptoomey@aclu.org <ptoomey@aclu.org>, strivedi@democracyforward.org <strivedi@democracyforward.org>, bgirard@democracyforward.org <bgirard@democracyforward.org>, mwaldman@democracyforward.org <mwaldman@democracyforward.org>, srich@democracyforward.org <srich@democracyforward.org>, sperryman@democracyforward.org <sperryman@democracyforward.org>, awiggins@democracyforward.org <awiggins@democracyforward.org>, cwofsy@aclu.org <cwofsy@aclu.org>, mngo@aclu.org <mngo@aclu.org>, abhishek.kambli@usdoj.gov <abhishek.kambli@usdoj.gov>, august.flentje@usdoj.gov <august.flentje@usdoj.gov>, christina.p.greer@usdoj.gov <christina.p.greer@usdoj.gov>, drew.c.ensign@usdoj.gov <drew.c.ensign@usdoj.gov>, julie.veroff@doj.ca.gov <julie.veroff@doj.ca.gov>, SUPREMECTBRIEFS@USDOJ.GOV <supremectbriefs@usdoj.gov>, jessie.alloway@alaska.gov <jessie.alloway@alaska.gov>, henry.whitaker@myfloridalegal.com <henry.whitaker@myfloridalegal.com>, Edmund.LaCour@AlabamaAG.gov <edmund.lacour@alabamaag.gov>, ccarr@law.ga.gov <ccarr@law.ga.gov>, Josh.Turner@ag.idaho.gov <josh.turner@ag.idaho.gov>, Alan.Hurst@ag.idaho.gov <alan.hurst@ag.idaho.gov>, eric.wessan@ag.iowa.gov <eric.wessan@ag.iowa.gov>, Anthony.Powell@ag.ks.gov <anthony.powell@ag.ks.gov>, justin.matheny@ago.ms.gov <justin.matheny@ago.ms.gov>, samuel.freedlund@ago.mo.gov

2

<samuel.freedlund@ago.mo.gov>, Josh.Divine@ago.mo.gov <josh.divine@ago.mo.gov>, anthony.j.galdieri@doj.nh.gov <anthony.j.galdieri@doj.nh.gov>, eric.hamilton@nebraska.gov <eric.hamilton@nebraska.gov>, Peter.Torstensen@mt.gov <peter.torstensen@mt.gov>, pjaxt@nd.gov <pjaxt@nd.gov>, Garry.Gaskins@oag.ok.gov <garry.gaskins@oag.ok.gov>, esmith@scag.gov <esmith@scag.gov>, Spurser@agutah.gov <spurser@agutah.gov>, paul.swedlund@state.sd.us <paul.swedlund@state.sd.us>, lane.polozola@atg.wa.gov <lane.polozola@atg.wa.gov>, joshua.bendor@azag.gov <joshua.bendor@azag.gov>, rebekah.newman@ilag.gov <rebekah.newman@ilag.gov>, michael.casper@doj.oregon.gov <michael.casper@doj.oregon.gov>, katherine.dirks@mass.gov <katherine.dirks@mass.gov>, yael.shavit@mass.gov <yael.shavit@mass.gov>, elizabeth.carnes-flynn@mass.gov <elizabeth.carnes-flynn@mass.gov>, nathaniel.j.hyman@mass.gov <nathaniel.j.hyman@mass.gov>, rabia.muqaddam@ag.ny.gov <rabia.muqaddam@ag.ny.gov>, molly.thomas-jensen@ag.ny.gov <molly.thomas-jensen@ag.ny.gov>, gina.bull@ag.ny.gov <gina.bull@ag.ny.gov>, Lucia.Choi@doj.ca.gov <lucia.choi@doj.ca.gov>, Michael.Newman@doj.ca.gov <michael.newman@doj.ca.gov>, Srividya.Panchalam@doj.ca.gov <srividya.panchalam@doj.ca.gov>, James.Stanley@doj.ca.gov <james.stanley@doj.ca.gov>, Natasha.Reyes@doj.ca.gov <natasha.reyes@doj.ca.gov>, david.d.day@hawaii.gov <david.d.day@hawaii.gov>, kaliko.d.fernandes@hawaii.gov <kaliko.d.fernandes@hawaii.gov>, ewan.rayner@hawaii.gov <ewan.rayner@hawaii.gov>, michael.mongan@doj.ca.gov <michael.mongan@doj.ca.gov>, gibsoncj@doj.state.wi.us <gibsoncj@doj.state.wi.us>

**Subject:** Re: 25-cv-00766 Amicus Brief not drafted yet permission before too late in the rapid fire emergency motions case

Dear parties in the above referenced case,

What is your stance if I request pro hac vice admission since I am licensed to practice law under the US Supreme Court?

It appears I may have to act like a lawyer even if I am without means in terms of research.

I wish one of the state attorney generals would present an amicus brief to prevent the need for me to consider doing so. I am copying them.

I have not had time to draft anything yet. I wish one of the state's attorneys would step up. Monday, March 31, 2025, is when Plaintiff's filing is due. I imagine something should be filed before than or shortly thereafter to preserve the issue for the courts to resolve.

Thank you,
Meg

On Friday, March 21, 2025 at 09:24:12 AM EDT, Meg Kelly <meghankellyesq@yahoo.com> wrote:

Dear Honorable Chief Judge of the DC District Court Boasberg,

On Wednesday March 19, 2025, I asked state attorney generals and the plaintiffs to assert President Trump and certain Congress people's exceeded the purview of the Constitutional limits of their power by violating the First Amendment right to petition fairly in accord with 5th

3

Amendment due process fairness by threatening a judge, Chief Judge Boesberg with impeachment to affect the outcome of the case at trial or appellate level, and by conduct of actually drafting articles to commandeer the outcome of the case by threatening a trial forum, creating threats to the appellate and Supreme Court forums should it not rule in its biased favor unfairly in violation of separation of Art. I Art. II, Art. III powers.

I made these arguments at the US Supreme Court, but the court denied consideration of writs of cert in two US Supreme Court cases, No. 23-7372 Kelly v EDPA and 23-7360 Kelly v Swartz et. al.

On Wednesday, I also asked state attorneys to intervene to protect the impartiality of the courts to preserve a fair not threatened forum by two bullying branches. You are in a scary place in DC. Your court is sitting next to those who threaten to commandeer the court the President and Congress. I would prefer to argue in any other court but yours because it is scary for you and I want to protect the courts from afar in DE, not in the thick of harm.

Nevertheless, by a miracle it is a case and controversy before your court now. To my knowledge, no one is making arguments to protect the right to petition in an impartial not threatened forum, or separation of powers to prevent two branches from threatening the court to force outcomes by impeachment and foreseeable defunding too.

I am not licensed in DC, and must file an IFP Motion. I do not have means to research on Westlaw or Lexis, but if no one stands up for the rule of law that founded in 1791, sustains and maintains these United States i fear a dissolution.

I do not understand why State Attorney generals did not make this argument in RI or in the NY Case when Honorable Judge Merchan's daughter was attacked at the trial forum. Your court may be the only forum that is ripe for adjudication at the trail level.

Yesterday, I asked the parties copies herein for their stance via email. I also called the plaintiffs and left a message.

I understand there is an emergency hearing today, March 21, 2025. I fear if no one proffers the issue at the trail forum, if I do not act quickly it may be too late to preserve the issue and the courts will be controlled to be eliminated by automation similar to the peopleless courts in China I warned the USSC and DE District Court on the records in other matters.

I act in good faith in fear if I do not nothing the case will have a decision to be appealed to quickly to even draft anything to mail. I am not even sure if i have the means to pay for postage and paper for something I have not yet written.

I pray the parties make it an issue so i would not have to consider acting quickly possibly fruitlessly as too late.

4

Nevertheless, I ask special permission, an accommodation to the normal rules in order to serve by email a submission to you and the parties this Honorable Court may accept or reject in light of the dire situation in lieu of customary service.

If the Honorable Court says no, I will respect its decision. My intent is to protect the right to an impartial forum by protecting judges from threats and temptations of bias, even when those honorable judges disagree with me.

To reiterate, I asked state attorney generals to make the arguments I seek to make, but they have not done so. What if a peon someone so insignificant like me is the only person who will make the arguments before it is too late and harm occurs that is difficult to reverse? I am scared no one will make it because opportunities arose, and no one did other than me.

Respectfully,
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939
pro se Not acting as a lawyer

     5.     On March 26, 2025, I talked with a kind court DC District Court staff, Nijel

Eugene who indicated I could file via a special email, I attach hereto and which states:

Thank you Nijel Eugene/Fw: 25-cv-00766 Amicus Brief not drafted yet permission before too late in the rapid fire emergency motions case
From:Meg Kelly (meghankellyesq@yahoo.com)
To:nijel_eugene@dcd.uscourts.gov
Cc:meghankellyesq@yahoo.com
Date:Wednesday, March 26, 2025 at 03:25 PM EDT
Hi Nijel,

My apologies immensely for using the wrong email. I fear a dissolution of these United States should judges be attacked to eliminate the rule of law by automated courts like they have in parts of China. Below is what I sent to all the parties and to the court under great duress.

Thank you for sending me the filing email I must use for mere permission to file.  I understand such grant is rarely given.

Please excuse the typos below.  Our hope of a hero are people judges. If no one asks them they can not be our hero.

Thank you for helping me ask the court to be our hero.

Very truly,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939
Not licensed in DC, retired my license in 2019….

5

      6.      I had written too late in the day, and Nijel Eugene kindly provided the email on

March 27, 2025 stating with kindness:

Re: Thank you Nijel Eugene/Fw: 25-cv-00766 Amicus Brief not drafted yet permission before too late in the rapid fire emergency motions case
From:Nijel Eugene (nijel_eugene@dcd.uscourts.gov)
To:meghankellyesq@yahoo.com
Date:Thursday, March 27, 2025 at 08:52 AM EDT
Hello Kelly,

I appreciate you calling yesterday and expressing how much you enjoyed your service receiving some public documents. I understand those documents had valuable information you were in search of. We in the records department are always happy to help. As promised below you will find the information for the filing desk where you can call to inquire more information about filing a case at our court.

Number: 202-354-3120
Email: DCD_Intake@dcd.uscourts.gov


Respectfully,

**Records Department**
U.S. District & Bankruptcy Courts
for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001
9:00am - 4:00pm
Records@dcd.uscourts.gov
Office: (202)-354-3080

---

      7. I responded as follows:

6

So grateful/Thank you/Fw: 25-cv-00766 Amicus Brief not drafted yet permission before too late in the rapid fire emergency motions case
From:Meg Kelly (meghankellyesq@yahoo.com)
To:nijel_eugene@dcd.uscourts.gov
Cc:meghankellyesq@yahoo.com
Date:Thursday, March 27, 2025 at 09:19 AM EDT

Hi Eugene,

Thank you so much, and I apologize to you if I should fail to file anything. I have personal obligations that may prevent me from acting swiftly. I also see the local rules prevent me from emailing the judge, and I would have to apply as an attorney. My apologies. I understand nothing will be filed unless I submit them appropriately.

In addition, I would have to ask special permission to file in a pro hac vice manner since I am only actively licensed before the US Supreme Court, and have special issues. The plaintiffs have no position on this, and the other side has not responded.

Even if the Court rejects my pleadings which it likely will, by docketing it, I could preserve the issue for appeal at the US Supreme Court since I am licensed there, and may file an amicus there. In fact the Court rejected an amicus in this case, and the DC Appellate Court considered the arguments on appeal in its decision yesterday. So, there is precedent in preserving issues to allow the court to decide them.

I presented the same questions before the USSC, but they did not address due process considerations, perhaps because it arose at the appellate stages?

I apologize in advance should I fail to act when afforded the opportunity.

I am very grateful for your help. If I do any good, it is because of your help. You are not replaceable by automation. Thank you for giving me a possible chance.

Thank you for the correct phone number and email.

With gratitude,
Meg

On Thursday, March 27, 2025 at 08:52:34 AM EDT, Nijel Eugene <nijel_eugene@dcd.uscourts.gov> wrote:

8. I am so grateful for people staff. I do not have much time, and I have been going to car places the past three days.

9. I had to drive to Salisbury, MD, Monday, Tuesday and Wednesday to car repair places to get diagnostics for the door.

10. On Monday, I told the DMV inspectors. I asked did I pass? The DMV representative said everything passed except the door. They indicated they would only look at the door repairs to see if I am permitted to get new stickers. This is all new to me. I had to

7

actually get out of my car.  This is the first time I went through the new vehicle requirements, including opening doors.  I am acting in good faith to repair the vehicle with the new problem within the requisite time without intent to delay acting in the DC case, which is very important.

11.     I ended up going to Fire Stone in Salisbury. They were kind and only charged 9.99 for a diagnostic fee, which was mighty kind.  I was there sitting for about 4 hours.   Per the attached, they initially quoted a price of $347.42, with taxes. However, they indicated they could not get the part. They had to ask the dealer. I stupidly and regrettably asked if that would change the price.

12.     The price increased about $100 more.  If I had not spoken, they would have probably honored the initial price.  The new price was $446.  An auto place said they could get the same part they charged $233.99 for a lower amount, less than $40.00.  I was required to prepay, which I did per the attached receipt.

13.     Per the attached, I prepaid for the part and service and hope to have it complete as soon as possible.

14.     My family is giving me a hard time as the economic stress hits everyone.

15.     A bunch of car parts stores are closing down to allow for price hikes and monopolies to eliminate even more businesses who I believe may be schemed to be charged the same rate as consumers who order online, if I understand the global plans correctly.

16.     It will make cars unaffordable by design to restrict traveling to control people if the courts do not intervene to render state laws unconstitutional that enslave people and risk citizens lives to pay for a monopoly of bad care and services meant to sustain problems to sustain profit streams not limited to batteries in electric cars made to be repaired or replaced or windmills made to be replaced polluting in replaced disposed of items, while polluting in

8

transportation and production while blaming the people through the government or company business merchant.

17. I have not had any opportunity to review Chapter 7 of the Delaware Code at all, especially the carbon credit debit provisions which I believe damns the government and private partners to hell on religious grounds while enslaving and sacrificing the people as servants of the governments, not a free people served by the government.

18. I understand I believe many things lead to hell without repentance. Children of the devil without eternal liofe teach lawlessness as the law, despite their own ignorance by twisting the teachings of Jesus Christ.

19. Jesus indicated the spirit of truth would come only after his death and resurrection, making us all convicted of sin or destroyed for giving into temptations by hardening our hearts to truth in love to do what we want or what people want.

20. I believe people go to hell for their mere thoughts, words and deeds, should they not be made clean before they are dead and their fate is sealed for the resurrection of the dead for judgment.

21. Children of the devil teach the lie that contracts, or consent may be implied by a perceived benefit or business transaction or otherwise.

22. Jesus teaches damned to hell are those who do not release the poor and those with inability to pay for business or other debt. The lawless people seek to teach and drill in the lie that business, contract or alleged consent is permission to enslave or sacrifice people throughout history. They are wrong. Stating the lie as truth allows those with unjust gains, profit, power, positions, control over channels of exchange to rule over and control the resources of life to control the people unfairly, not in accord with Equal Protections to live, believe, act based on the

9

dictates of one's conscience not controlled under the lie of the devil's children the good of the people, collective good, public good, sustaining the world or other lie. Human sacrifice or slavery is always naughty no matter the material gain only to lose souls in hell.

23. It is sin risking hell for politicians and business men to state deceptive verses to do what they want while misleading the people to hell by clauses "mandate of the people," "will of the people", or what the people want unrestrained to compelled conformity eliminating all individual freedom.

24. Such careless words damn. Jesus teaches us to do what is right, not what people want or what we want. People who do people's will or their own carnal will do not do God's will, by overcoming the vanities of men to love unconditionally.

25. Loving people unconditionally means we allow them to make decisions we may disagree with, or think are wrong with the limit they may not enslave or sacrifice others for mere business, contracts or otherwise.

26. I believe in order for people to have eternal life they must freely choose to lay down their desires to unconditionally love. It is not good or love to give into social or economic pressures to bend the will of the people to conditional controlled conformity by substantial burdens.

27. The Bible teaches most people are lawless and goi to hell, especially judges who God specifically outlines the importance of impartiality, not deferring to one based on position, an alleged expert or President making them above the law. Deuteronomy 1:16-17.

28. I have only read through the entire bible about 4 times, but partiality by judges is a great sin, leading to loss of eternal life. I take that seriously. Sins may be forgiven and remembered no more by God when we turn away from them and are made clean, sinning no

10

more, and when and if we do we repent in our mind, heart and lives to gain grace while we are alive, before it is too late and we are dead and doomed.

29. My religious beliefs are not popular, but I believe them. I would be a monster if I did not warn the court of life and death legalities. It is more just and fair to allow professionals, experts and Presidents to be corrected in court. Otherwise, people go to hell for not knowing, for being blinded by the desperate pursuit of material gain to provide for their own they harden their hearts towards loving others. In Matthew 13:22 Jesus specifically speaks of people misled, to be burnt up dead in hell, because they are distracted by "the cares of the world and the deceitfulness of riches choke the word, and it proves unfruitful." They will not have eternal life, which is sad. The deceitfulness Jesus comments on strikes me because money was coined the Babylon way in Jesus's times too to fool us into believing a lie that a medium of exchange created out of debt plus charging interest by more debt created notes that cannot be paid without slavery is freedom.

30. Courts can guide the blind to help them see, the dumb to help them hear to correct them for committing lawlessness for business, convenience or material gain for their own that they oppress, enslave or sacrifice others.

31. Courts can save lives and eternal lives without destroying people who make mistakes. Petitioners, if permitted can save judges lives and eternal lives and their positions and the rule of law that makes us freer if Courts allow petitions against judges in a case or controversy not the mere 3rd party rule by congress throwing complaints without standing to rule over a threatened court by disciplinary proceedings or otherwise.

32. Today, March 27, 2024, I followed up on Richard Abbott's case. Today was the first time I finally spoke with Tim, and then Patrick at scheduling calendars 267-299-4932. I found the problem. Patrick said it was not submitted to be considered for paneling because

11

briefing was not complete.  I had to indicate there was no opposing side, and briefing was complete. It seemed that after I gave an explanation on the unique and thankfully rare situation of discipline, he appeared to agree briefing was complete.

      33.      I sent the attached email to the law librarians:

**From:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Thursday, March 27, 2025 11:39 AM
**To:** Naylor, Margaret (Courts) <Margaret.Naylor@delaware.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>; Wilson, Galen (Courts) <Galen.Wilson@delaware.gov>
**Subject:** Fw: 22-3372 In re: Meghan Kelly "Clerk Order Filed"

Hi Peggy,

Galen is a little tied up and I thought it would be better to ask you for help.

In the above referenced matter the Court placed special letters in PACER for one party.22-3372. There was non opposing counsel.

I found out the delay in Richard's Third circuit court case was because Patrick at scheduling said briefing was not complete.  I provided details concerning there was no party below.  He appeared to change his mind after learning of the oddities of disciplinary case having no opposing counsel.

Otherwise his pleading would continue to sit. It still is sitting.  It may still remain sitting. So glad I found the problem.

There is a rule that punishes or demeans judges for slowness. They must provide every pleading that took 3 months or longer on a statistic. The two months of sitting are counted.  Rich has a lot of issues.

Wonder if he could file something to restart date to confirm briefing is complete?

His filings are stalled. 24-2985

I was not allowed permission for pacer [extension of exemption]. I wanted to see if there was special language on the docket to show cases still may go to panel if there is only one party, like notation his case manager could use Tim. There was special language. I think Tim used the wrong filing codes and language which caused confusion by scheduling.

Every time I filed something I saw the special codes before submitting. I do not know if you can see the weird one party codes. code filing 22-3372

Thanks,

Meg

----- Forwarded Message -----

**From:** "cmecf_no_reply@ca3.uscourts.gov" <cmecf_no_reply@ca3.uscourts.gov>

12

**To:** "meghankellyesq@yahoo.com" <meghankellyesq@yahoo.com>
**Sent:** Friday, January 17, 2025 at 12:44:48 PM EST
**Subject:** 22-3372 In re: Meghan Kelly "Clerk Order Filed"

34. Richard's case has been sitting for 2 months possibly more. I think the court will finally move the case, so as not to violate his 6th amendment right to a speedy decision and 5th Amendment right to a fair decision not rushed when the brief is actually in the judges; hands. There are voluminous issues worthy of consideration to prevent grave injustice.

25. I am so exhausted by the atrocities that are happening in the United States. I am so sad about all the workers and social security recipients schemed to lose their pay and pensions. It is good to be sad when others are oppressed because it shows you care about others. It means you are not marked for hell because you care to love the oppressed. The devil's kids mislead us to be enslave to sin and death in hell young by teaching do not care to love to be sad when others hurt, chase happiness and blame victims of oppression for giving into temptation of the devil's kids, marketers, politicians and workers who sell harmful products or services under the guise of good that enslave, oppress or ultimately sacrifice health or lives for their profit. The mark of the beast is business greed unrestrained by love or the just rule of law. Courts can tame that beast sin instead of bow down to it by deferring to Presidents and professionals only to risk lives, and eternal lives, including their own.

25. Humility and correction save lives and eternal lives. I do not regret standing up for my private religious beliefs in God not money as God.

Thank you for your time and consideration.

                                    Respectfully submitted,

Dated        3/27/25

                                    <u>Meghan M. Kelly</u>
                                    Meghan Kelly, Esquire
                                    34012 Shawnee Drive

              Dagsboro, DE 19939
              meghankellyesq@yahoo.com
              Not acting as a lawyer