UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly | ) | Civil Action No.: 1:21-1490 (CFC) |
| Plaintiff, | ) | |
| v. | ) | |
| Disciplinary Counsel Patricia B. | ) | |
| Swartz, et.al | ) | |
| Defendants. | ) | |

PLAINTIFF MEGHAN KELLY'S 93rd AFFIDAVIT

Comes now Plaintiff Meghan Kelly, I declare and affirm that the foregoing statement is true and correct.

1.     I am still drafting a complaint against Biden per the attached, and intend to file something to make the government fund all branches not merely two. This issue is capable of repetition and yet evading review. I think the Court should rule it unconstitutional under the Equal protection's component of 5th Amendment and the 13th Amendment right against involuntary servitude without bartered for pay to fully fund the members of the executive branch and Congressional branch while failing to pay members of the judiciary branch for work done.

2.     I apprised this court debt is against my religious belief. Money is currently coined to enslave people and the government to debt.

3.     The US Supreme Court held the greenbacks President Lincoln coined which were made by Congressional authority were lawful and Constitutional in Knox v Lee, 79 U.S. 457 (1871).

4.     Thus the Congressional authority granted to Janet Yellen to coin money without debt and interest to fully fund the courts should be held Constitutional.

5.     What is not Constitutional is the violation of the equal protection clause by paying two branches and leaving the courts unpaid to work by compelled involuntary servitude without pay under the risk of losing a position they may not be paid for.

1

6.      I am really freaked out.  I have to include more facts than I realized and supply more papers in this appeal to defend my life and liberty against potentially even the US Supreme Court should they seek to sue me to by finding my religious beliefs repugnant.

7.      I have to do what is right, not for what is convenient to others which I believe damns people to hell.

Thank you for your time and consideration.

                                Respectfully submitted,
Dated        9/30//23           Meghan M. Kelly
                                Meghan Kelly, Esquire
                                34012 Shawnee Drive
                                Dagsboro, DE 19939 meghankellyesq@yahoo.com
                                (302) 493-6693

2

Under religious protest as declaring and swearing violates God's teachings

in the Bible, I declare, affirm that the foregoing statement is true and correct

Dated: 9/30/23

_Meghan Kelly_____ (printed)

_____ (signed)

UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly | ) | Civil Action No.: |
|      Plaintiff, | ) | |
|      v. | ) | |
| JOSEPH BIDEN, | ) | |
| President of the United States, | ) | |
| in his official capacity, | ) | |
| and, | ) | |
| JANET YELLEN, Secretary of Treasury, | ) | |
| in her official capacity | ) | |
|      Defendants. | ) | |

Plaintiff's Complaint to enjoin Defendants from failing to pay federal government and from suspending the operations of the federal government on the ground Congress has not passed a budget by or before September 30, 2023, and for a writ of mandamus to require Biden and Yellen to coin money under 31 U.S.C. § 5112 (k) without debt or interest and without regard to the private entity the Federal Reserve

1. Plaintiff Meghan Kelly, Esq., pro se pursuant to FRCP 65 and Act and 28 U.S.C. § 1651(a), asks this court to enjoin the President Joseph Biden, in his official capacity as the President of the United States, and Janet Yellen, in her official capacity as Secretary of Treasury, (collectively "Defendants"), from not paying federal workers and from suspending the operations of the federal government on the ground Congress has not passed a budget by or before September 30, 2023 on 1st, 5th, 13th and 14th Amendment grounds and further requests this Court sign a writ of mandamus to require Defendants to coin money without interest or debt under 31 U.S.C. § 5112 (k) to pay off the national debt in full or in the alternative to pay for federal employees and the operations of the federal government for all sums exceeding the budget shortfall and states as follows:

**Parties**

2.     Meghan Kelly is an attorney in the state of Delaware whose license is placed on inactive/disabled but for her exercise of her private 1st Amendment right to petition to sue former

President Donald J. Trump in the Delaware Chancery Court to alleviate a substantial burden

upon her religious exercise under the RFRA and to dissolve the establishment of government

religion.  I am currently seeking to appeal judgments, and a dismissal of a civil rights case.  I

must safeguard my only hope of a savior to preserve my Constitutional freedoms, the courts.

3.    Defendant Joseph Biden is the President of the United States ("Biden"). He is a

resident of the state of Delaware and may be sued in his official capacity through the local US

Attorney General David Weiss, Esq. located at Hercules Building, U.S. Attorney's Office, 1313

N Market Street, PO Box 2046, Wilmington, DE 19801.

4.    Defendant Janet Yellen is the Secretary of Treasury (Yellen). Defendant Janet

Yellen is the Secretary of the Treasury of the United States and, in that position, is responsible

for financing the federal government's operations.  She may be served through the US Attorney

General David Weiss located at Hercules Building, U.S. Attorney's Office, 1313 N Market

Street, PO Box 2046, Wilmington, DE 19801.

**Venue**

5.    Venue is appropriate since Plaintiff Kelly is a resident of Delaware under 28

U.S.C § 1391 (e) (c).

**Jurisdiction**

6.    This Court has jurisdiction pursuant to 28 U.S.C. § 1331.

**Background**

7.    In 2016 I discovered non-attorney out of state title companies were practicing real

estate law without a license messing up the chain of title at the Recorder of Deeds, taking

advantage of attorneys like my esteemed deceased colleague Richard Goll, Esq, and losing income tax for the state of Delaware for business performed out of state, despite my religious objections to taxes.

8.    I learned attorney disciplinary rules do not restrain non-attorneys and non-judges such as out of state title companies from practicing law without a license.

9.    So, I ran for office in 2018 in hopes to prevent non-attorneys from practicing law without a license to prevent harm to the public.

10.    I lost the election, but I learned there is a real agenda to eliminate people judges and people lawyers required to uphold the individual exercise of private Constitutional rights from being eliminated or sacrificed by the marketed or bought, but not actual majority's represented choice, through the vote.  See the Exhibits attached hereto and incorporated herein.

11.    There is evidence of an agenda to eliminate judges' authority to uphold justice in the courts to be supplanted by injustice through a global agenda to implement a carbon credit debt system through the central banks and other entities who create or control money or debt through digital currency, blockchain or other means to enslave a no longer free people to bend their will to the control of those who control the resources unrestrained by the just rule of law.

12.    There is evidence of a schemed slow overthrow of these United States by private and foreign government backed partners taking over the government's authority, to recoup or control resources owed to it by the government through treaties, executive orders, grants or contracts or other exercise of government authority, in order to control the government by controlling the resources to eliminate the government's power to restrain businesses, charities,

banks, not for profits, churches or other entities from enslaving, oppressing, killing, stealing or

destroying human life, liberty or health by the just rule of law.

13.        There is evidence of a non-violent intentionally schemed rebellion to

overthrow the government by eliminating the rule of law and the authority by the judiciary by

those the government owes the private and foreign partners, including but not limited to the

Federal Reserve, World Bank, IMF in my attempt to require congress coin money without debt

and interest to eliminate slavery to safeguard Constitutional freedoms to buy and sell by free not

government backed private or foreign choice through currency controlled by those who gain

more the worse off we are in.

14.        I also seek to dissolve any and all executive orders with the WHO, UN, and any

other global entity or agreement this court may deem a threat to national security due to

elimination of independence by compromised corrupt collusion with foreign or private entities

which eliminate Constitutional liberties by compelled, conditional, compliance. Executive orders

creating relationships with global entities eliminate the United States independence that is

required to make us free not compromised, corrupt and enslaved to global wicked interests of

those who control the resources to rule over people, not adhere to laws protecting their liberty.

15.        To maintain our independence that make us free this Court must dissolve the

executive orders granting relationships with the UN, WHO and maybe more organizations.

16.        To maintain our independence that make us a free people protected by the

Constitutional rule of law this court must also dissolve government private relationships and

partnerships.  No grants or contracts should be given to any private or foreign entity as this

creates a forced and unfair market that makes private and foreign partners above the law and the

people for sale slaves in a fixed subpar economy where standards harm and exploit people to serve profit, positions and power under ordered control.

17.     Under the lie of welfare, security and safety compelled conditional compliance to nongovernment entities within and outside of the US as opposed to the Constitutional provisions of safeguarding people's lives and liberty, the executive orders and private partnerships create the threats and harm to sustain their positions, power and streams of profit.  The relationships eliminate freedom by ordered control.

18.     Impartiality by the President is required under the 5th Amendment Equal Protections component.  When the President corrupts the government by compromising the independence of this country to the collective, conditional, collaborative aims of organizations whose focus is eliminating freedom by economically, or physically compelled conformity ordered control elimination of freedom is the aim.

19.     The Fourteenth Amendment section 4 provides in part, "But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void."

20.     All of the money owed by the Federal government to private and foreign partners including but not limited to the Federal Reserve, and global banks, including the BIS, IMF, World Bank are debt and obligations incurred in aid of a non-violent insurrection to overthrow the government by indebting to enslave to control a no longer independent government and its people, and may arguably be deemed illegal or void.

21.     Yet, the schemed overthrow of the government may be prevented should the government coin without debt and interest to eliminate and discharge by payment debts owed.

22.     The Federal Reserve's creation of debt and interest on debt through interest rates for every dollar the Treasury prints out of slavery debt is illegal as in violation of the 13th Amendment by involuntary compelled servitude and my First Amendment right to religious belief and exercise of religious beliefs.

23.     The Federal Reserve is a private corporation, containing banks as shareholders. In their private capacity as banks, the worse off the people are, the more money they create out of debt they may sell people and the government to gain not only profit in terms of the debt created owed for lending out what they did not physically have, but profit on interest.[1]  There is

---

[1] *Hubbard v. Fed. Rsrv. Bank of Atlanta*, No. CIV.A. 96-2354, 1996 WL 551496, at *1 (E.D. La. Sept. 26, 1996) ("Federal Reserve Banks are independent corporations owned by commercial banks in their geographic regions"); *Id.* ("While the Federal Reserve Board regulates the Reserve Banks, direct supervision and control of each Bank is exercised by its board of directors. 12 U.S.C. § 301. Each Reserve Bank is statutorily empowered to conduct its activities **without day-to-day direction from the federal government**.");

*Lewis v. United States*, 680 F.2d 1239 (9th Cir. 1982) ("Federal reserve banks are **not federal instrumentalities** for purposes of a Federal Tort Claims Act, but **are independent, privately owned and locally controlled corporations** in light of fact that direct supervision and control of each bank is exercised by board of directors, federal reserve banks, though heavily regulated, are **locally controlled by their member banks, banks are listed neither as "wholly owned" government corporations nor as "mixed ownership" corporations**; federal reserve banks receive no appropriated funds from Congress and the banks are empowered to sue and be sued in their own names." 28 U.S.C.A. §§ 1346(b), 2671 et seq.; *Federal Reserve Act*, §§ 4, 10(a, b), 13, 13a, 13b, 14, 14(a–g), 16, 12 U.S.C.A. §§ 301, 341–360; 12 U.S.C.A. § 361; Government Corporation Control Act, §§ 101, 201, 31 U.S.C.A. §§ 846, 856.));

*Schaffer v. Pub. Emps. Ret. Sy*s., 21 Ohio St. 3d 86, 91, 488 N.E.2d 162, 165 (1986) ("Dissent, In *Lewis v. United States* (C.A. 9, 1982), 680 F.2d 1239, and *Arney v. United States* (Dec. 4, 1979), D.Tenn.No. 77–3503–NA–CV, unreported, the courts held that federal reserve banks were **not federal agents** for purposes of the Federal Tort Claims Act, Section 1346(b), Title 28, U.S. Code. Both courts noted that Congress structured the reserve banks as **corporate entities owned by commercial banks** 'under the supervision and control' of their own boards of directors and subject only to general supervision by the Board of Governors of the Federal Reserve System. See Sections 301 and 248(j), Title 12, U.S. Code. Both the *Lewis* and *Arney* courts thoroughly analyzed the operation and the legislative history of the Federal Reserve Act and found, among other things, that the federal government had no financial involvement in the banks, the banks were **independent corporations**, the banks primarily serviced **private business** and financial entities, and the federal government did not control the daily operation of the banks. These courts also found that **federal reserve bank employees were not subject to federal governmental control**. The bank had the right to hire and fire its employees. The employees did not participate in the civil service retirement system or the federal workers' compensation programs, they were not subject to federal travel regulations, and they did not receive governmental employees' discounts. The Federal Reserve Act reflects the Congressional intent that federal reserve banks remain non-governmental entities. Although federal reserve bank policy with respect to interest rates and the like remains under the general supervision of the federal reserve board, the banks are private entities separate and distinct from the government.

The drafters of the Federal Reserve Act made clear the private function of federal reserve banks:

'The Federal reserve banks * * * would be in effect cooperative institutions, carried on <u>for the benefit of the community and of the banks themselves by the banks acting as stockholders therein</u>. * * * The committee, however, recommends that they shall be individually organized and individually controlled, each holding the fluid

aa conflict of interest since central banks like the private federal reserve gain more power, importance in position, and private profit the worse off the Country and the American people are. The shareholding banks of the federal reserve have incentive to make America and the people worse off. Banks gain more profit on debt interest, the worse off, and the more debt America and Americans are in. The wars we wage, are never for freedom, but enslave the people to pay back the debt and debt on interest to the banks, the Federal Reserve gains through military spending, while enriching businesses who make money off of the artificially created need to serve greed under the guise of liberty. There are global plans alluded to by the World Economic Forum members ("WEF") and participants of the World Government Summit ("WGS") to create more waste, to create more debt, to gain more profit on debt for banks, and artificial need to serve business greed to private and foreign partners to fund research, contracts, grants, and carbon credits or debts, under the pretty name of science, to maintain debt control over the world.

---

funds of the region in which it is organized and each ordinarily dependent upon no other part of the country for assistance. The only factor of centralization which has been provided in the committee's plan is found in the Federal reserve board, which is to be a strictly Government organization created for the purpose of inspecting existing banking institutions and of regulating relationships between Federal reserve banks and between them and the government itself.' H.R.Rep. No. 69, 63rd Cong., 1st Sess. (1913), 17–18.")

[1] *Lewis v. United States*, 680 F.2d 1239 (9th Cir. 1982), ("The Reserve Banks are deemed to be federal instrumentalities for purposes of immunity from state taxation.")
*Schaffer v. Pub. Emps. Ret. Sys.*, 21 Ohio St. 3d 86, 488 N.E.2d 162 (1986) ("The Supreme Court held that federal reserve bank is "governmental entity 'operated by'" United States Government so as to **qualify for credit within Public Employees Retirement System**"); [This does not seem fair that they get federal retirement benefits without oversight or Constitutional limits as a nonfederal instrumentality.] *See also, Farm Credit of Nw. Fla., ACA v. Easom Peanut Co*., 312 Ga. App. 374, 384–85, 718 S.E.2d 590, 602 (2011) (Holding this bank entity was immune from suit as a government instrumentality, which makes banks above the law); *But See, McGee v. Tucoemas Fed. Credit Union*, 153 Cal. App. 4th 1351, 63 Cal. Rptr. 3d 808 (2007) (This Court holds the banks waive immunity); *Rheams v. Bankston, Wright & Greenhill*, 756 F. Supp. 1004 (W.D. Tex. 1991)("Federal Home Loan Bank of Dallas was not a "federal agency" within meaning of Federal Tort Claims Act and its employees were not employees of government for purposes of removing case to federal court. 28 U.S.C.A. §§ 1346(b), 2671.").

24.    While the shareholders or members of the Federal Reserve are private persons, they appear to gain the benefits of federal employees, such as retirement, while not being subjected to the liability in the form of federal limits.  The Federal Reserve is not the Federal government, though I should like the Courts to find every entity the government delegates grants, contracts or authority to as government agents not protected by the Constitutional limits including the contract's clause, and US Amend XIII, instead limited by them, having reduced freedoms to safeguard the pubic under the supreme law of the land the Constitution.

25.    The Federal Reserve is a private corporation ruling as opposed to governing and guiding due to Congress's delegation of its authority to control currency as a product to maintain its power, position and profit by barter or exchange.  This entity exploits the people and the government to control and enslave the people by controlling the value of money under the deception of caring for the people.

26.    The Federal government issues paper currency, officially called Federal Reserve notes and commonly called cash.  A Federal Reserve note is an IOU from the Fed to the Federal Reserve.  As such, it is a liability on the Fed's balance sheet.

27.    The government through the treasury issues money, called federal reserve notes in the physical form of dollars or coins and gives them to the Federal Reserve for use by its bank members upon the Fed's request, while increasing debts of the government to enslave a no longer free people to pay back the free lunch for the banks' members' gain.

28.    The notes are backed by financial assets that the Federal Reserve Banks pledge as collateral, which are not actually owned by the banks under fractional reserves.  The notes are backed by other people's assets, which I believe is the definition of a Ponzi scheme.  The notes

are mainly backed by Treasury securities and mortgage agency securities that the banks purchase

on the open market by fiat payment using other people's money as their own through fractional

reserve banking theories.

29.      This jeopardize people's land and homes, should an economic crash occur, to

serve the greed of banks and profiteering private and foreign entities, not the welfare of the

people or this nation.  Securitized property is schemed to be recouped by the banks when

increases in taxes make it unaffordable to pay off tax liens.  The Banks then recoup resources

and property to give it those the banks, including the Federal Reserve owes.  The members of the

federal reserve do not lose their own personal assets, it is the people's securitized assets and the

deposits in the banks that may be lost, despite the limited protection FDIC purports to give.

30.      I am concerned this may cause a foreclosure crisis, leaving many homeless, if the

court does not consider the welfare of the people more important than debt control, and power

money grants to those who have it by unjust gains to buy influence.

31.      The Federal reserve should not be charged with controlling the currency.  The

government must take back its coining power to care for the people while protecting individual

liberty, not controlling the people, through money by indebtedness and grants to entities as

opposed to individuals in need.

32.      The way money is coined is the problem.  The new digital currency is a worse

problem that exacerbates and substantially burdens Constitutional freedom by slavery debt to the

government backed private partners.  I should like this Court to require Defendants to coin

lawfully at all times, but during this emergency Complaint I humbly request this Court compel

Defendants to coin money without debt and interest under 31 U.S.C. § 5112 (k) to pay off the

national debt in full or in the alternative to pay for federal employees and the operations of the federal government for all sums exceeding the budget given the exigent circumstances.

33.    The Federal reserve members and the banks eliminate freedom by substantially burdening the will of the people by creating money out of debt slavery and controlling interest rates.  I am a Christian. I believe people Janet Yellen and President Biden not only violate the US Amend XIII by enslaving the government and its people to Central banks and banks through fractional reserve, I also believe they violate God's laws as a Christian.

34.    Debt slavery is against my religious belief. I believe Jesus when he teaches "you cannot serve God and money."  Matthew 6:24.  Those who make money their master and savior in place of God are evil to be damned to hell, because their love for money even through fundraising and charity drives out their love for one another replaced with the mark of the beast that this Court may erase should it require the government to coin lawfully.  My God teaches people go to hell for charging debt in interest.  Making money out of nothing with no value other than slavery debt plus interest is a far greater sin which the Federal Reserve commits.  See, Ezekiel 18: (" He lends at interest and takes a profit. Will such a man live? He will not! Because he has done all these detestable things, he is to be put to death [in hell, the Second death}; his blood will be on his own head.")

35.    I do not want people to go to hell. I believe the courts have the power to not only save lives but eternal lives too.  I believe that the founders were imperfect fallible and even scheming men.  I believe judges reflect the image of God when they care to think things out in order to do what is right by guiding misguiding people and protecting even those they are correcting.

36.    Jesus teaches most people will go to hell on judgment day. Matthew 7:13-15. Jesus teaches many people think they follow him, but they are misled which is sad. See Luke 13:23-28. I believe judges in courts can help the blind see, and prevent them from going to hell. Ignorance is not innocence and people go to hell for not caring to know in order to love.  I believe people judges can help them know to allow them more opportunity to turn away from living based on desires, sins, to lay down their desires to think things out to do what is right.

37.    Presidents Lincoln, Jackson and Kennedy all proposed coining money without slavery debt to uphold the freedoms of the people.  President Jackson misbehaved on how treated Indians, but he was correct about the banks.

38.    President Lincoln created debt free, interest free money by signing the Act of Feb. 25, 1862, ch. 33 § 1, 12 stat. 345.28. President Kennedy signed FR 5605, Exec. Order No. 11110, which also created money without debt or interest, albeit after he was murdered it was withdrawn.

39.    The United States Supreme Court indicated President Lincoln's paper money was constitutional, overturning a prior case. In *Knox v Lee*, 79 U.S. 457 (1871), the U.S. Supreme Court held that the Legal Tender Act, which authorized the printing of paper money, President Lincoln's Greenbacks, not redeemable in gold or silver, nor creating debt or incurring interest, did not violate the U.S. Constitution. In so ruling, the Court reversed its earlier decision in *Hepburn v. Griswol*d, 8 Wall. 603, 623, 19 L.Ed. 513. There is a way out to reverse or prevent a planned economic crash.

40.    President Kennedy's Order creating money without enslaving people to pay it back like Lincoln.

41.     The law authorizing the Treasurer to coin the trillion dollar platinum coin looks similar to the mere executive order President Kennedy signed which he was apparently killed for.  Kennedy's Executive Order was withdrawn after his death.  Executive Order 11110 was issued by U.S. President John F. Kennedy on June 4, 1963.  This executive order amended Executive Order 10289 (dated September 17, 1951) by delegating to the Secretary of the Treasury the president's authority to issue silver certificates under the Thomas Amendment of the Agricultural Adjustment Act, as amended by the Gold Reserve Act.  Kennedy allowed money to be coined without debt or interest.

42.     Congress passed a law that allows the Secretary of the Treasury to coin money through the platinum bullion without debt and interest by her discretion, not the Federal Reserve. 31 U.S.C. § 5112 (k) provides: "(k) The Secretary may mint and issue platinum bullion coins and proof platinum coins in accordance with such specifications , designs , varieties , quantities , denominations , and inscriptions as the Secretary, in the Secretary's discretion , may prescribe from time to time"

43.     Janet Yellen the Treasurer also indicates she would refuse to coin the platinum coin per the attached articles admissible under the periodical exception and admissions by a party opponent.  It is true every note of money we have is an I owe you to slavery debt plus interest to those who lend out what they do not have placing our national security at risk to those who have more power or profit the worse off we are the Federal Banks and the banks. Yet, this Court must direct her coin this without debt or interest owed to the Federal Reserve to preserve these United States by fully funding the federal employees who make up the federal government and the one potentially weakened unfunded branch the Courts.  This Court must direct Defendants to coin money without regard to the fact every dollar says Federal Reserve Note, and without regard to

the fact the Federal Reserve private bank may not accept it.  This Court must direct Biden  and Yellen to coin money without regard to the Federal reserve's desire for slavery debt control and profit.  I care about sustaining these United States from a schemed agenda to overthrow it by allowing the private partners to assume Corporate governance and desired hyperinflation to allow private entities the Federal government is wrongly enslaved to owe recoups to control resources to control the government to eliminate the government after 2050.

44.    This Court must require Defendants to issue Federal reserve notes to pay off debt and federal workers salaries owed using the trillion dollar coin must without liability for the printed money so coined to the master private Federal Reserve Bank who coins to enslave and control not to safeguard freedom. The government should not owe the Federal Reserve who gives it what it does not have while enslaving the people to pay it back.  The 16th Amendment was enacted to tax the people to pay the interest on the debt the federal reserve enslaves the government and the people to.

45.    This court must require Biden and Yellen to coin the money without acceptance by the federal reserve, which creates slavery debt and without enslaving the people to interest and debt.

46.    Slavery is against my 1st Amendment protected religious beliefs and violates the 13th Amendment.

47.    The failure to pay federal workers, including but not limited to federal judges, judicial staff, US Attorney Generals, FBI, CDC and other federal agencies in a government shut down by compelled force where there is no meeting of the minds is involuntary servitude and compelled slavery.

48.    According to the BBC news released  9/26/23,

"The president of the United States has a guaranteed income.
Congress is also not affected - its members are exempt and, in any case, its funding bill has already been approved.
The US Department of Justice is among those affected - with many lawyers and judges not working during a shutdown. Others are working without pay." Citing, https://www.bbc.com/news/world-us-canada-46927916, BBC News, *What is the likelihood of a US government shutdown?*, By Tom Geoghegan, 9/26/23 (Under periodical exception).

49.    The shut down threatens to weaken only one of the three branches of government whereas the President and Congress are fully paid in violation of the 5th Amendment's Equal Protections component by disparate treatment as to which representatives in the federal government may be paid, which endangers me in particular as a party one.   My religious belief requires I uphold the impartial implementation of justice in the courts, which includes safeguarding the judiciary from being weakened and in want of pay for labor performed.[2]  See *Romans* 4:4.

---

[2]  I am a Christian. I place my faith in God the father, the son Jesus, and the Holy spirit revealed to me, born again people, including people in the Bible.  "Justice in the courts" is a command" Citing, the Bible, Amos 5:15   Jesus teaches justice and mercy are great alike. Do not be intimidated by anyone, for judgment belongs to God. Matthew 23:23; see also, John 7:24 (Jesus commands "Do not judge based on appearance, judge correctly.")
(See the following Bible passages against partiality in the courts, Leviticus 19:15 ""You must not pervert justice; you must not show partiality to the poor or favoritism to the rich; you are to judge your neighbor fairly"); (Exodus 23:6, "You shall not deny justice to the poor in their lawsuits."); (Deuteronomy 1:17,  "Show no partiality in judging; hear both small and great alike. Do not be intimidated by anyone, for judgment belongs to God. And bring to me any case too difficult for you, and I will hear it."); (Deuteronomy 16:19, "Do not deny justice or show partiality. Do not accept any bribes, for a bribe blinds the eyes of the wise and twists the words of the righteous."); (See, James 2:1, "do not show favoritism."); (James 2:9, "But if you show favoritism, you sin and are convicted by the law as transgressors."); (Proverbs 18:5, "Showing partiality to the wicked is not good, nor is depriving the innocent of justice."); (Proverbs 24:23, "These also are sayings of the wise: To show partiality in judgment is not good."); (Malachi 2:9, "So I in turn have made you despised and humiliated before all the people, because you have not kept My ways, but have shown partiality in matters of the law.");  (Job 34:19, "who shows no partiality to princes and does not favor the rich over the poor, for they are all the work of his hands?"); (Job 13:10, "Surely He would rebuke you if you secretly showed partiality.").

50.     I am also in particular danger of justice should the courts not hear my cases to overturn disciplinary determination on my licenses to practice law and vitiations of my fundamental rights due to fewer people reviewing US Supreme Court briefs.

51.     In addition, due to my inability to work as an attorney based on a judicial determination of disability, I cannot work at my former law firm. So, I applied for food stamps. I will not receive food benefits should a shut down persists and face particularized danger. I risk losing a property interested protected under the 5th Amendment should a default arise lasting more than a month, but I care more about my liberty interests more.  The shut down decreases the odds the US Supreme Court will grant petitions for writ of certiorari to safeguard my First Amendment rights to petition, religious belief, exercise of religious belief, speech and association without government incited persecution but for finding my religious beliefs repugnant.

52.     This issue is capable of repetition yet evading review.  Exceptional circumstances of peculiar emergency or public importance require all three federal branches be fully funded.

53.     The usurpation of judicial power and a clear abuse of discretion exists by Defendants failure to exercise her discretion to coin money without debt and credit to fully fund one branch of government to preserve these United States from schemed overthrow.

54.     The nation is in peril when the federal employees charged with upholding justice in the courts to safeguard individual liberties from being eliminated by majority rule through the vote.  The judicial branch is at the mercy of the other two branches without the power to place a check on the other two branches.

55.     Defendants thoughtfully, willfully abuse their discretion by not supporting the judicial branch while fully funding the members of the two other branches  creating a clear and present danger by not upholding the three branches that make up the government.

56.     Federal employees are compelled to work without pay due to two branches childish, dumb, conniving, self-serving antics to follow their lawless lusts untamed by the just rule of law. which may tempt the federal servants to be enslaved to the banks by taking out credit card debt or high interest loans which ultimately profit the members of the federal reserve in their private capacity as commercial bankers, but it endangers the entire nation by weakening once branch.

57.     Upholding impartial injustice in the courts is a religious exercise of my belief.  I am a Christian. Justice in the Courts is a command by God, a preempting command per Jesus.

56.     I believe there will be a slow overthrow of the nation by the unlawful way money is currently coined by slavery debt plus interest and the worse way it is schemed.

57.     Defendants unreasonably place national security at risk when the Courts, the Attorney Generals, the FBI, the CDC are left to work with out pay or without a full staff given there is a global war, China's surveillance base is spying on us from Cuba since 2019, there's a global pandemic, there is a global economic crisis, 80 trillion dollars of government pensions and other debt were written off by debt swaps per the BIS in 2022, and we face abnormal incessant contrived crisis. I desire the courts fully fund federal pensions, pay and social security under 31 U.S.C. § 5112 (k) too to preserve our national security by preserving the people who make up our government.

58.    Exceptional circumstances of peculiar emergency or public importance requiring the courts act.

59.    Slavery debt must be prevented to preserve the independence of the only impartial branch of the government, that prevents the other two branches from enslaving the country and the people to serve the partial desires of the government backed private and foreign partners under the deception of waiver of Constitutional liberties through the vote.

60.    The Courts are the only branch that protects Constitutional liberties from being eliminated and sacrificed by the other two branches under the guise of representative authority in our Democratic Republic.

61.    My religious objections to debt are genuine. I am a Christian.

62.    Slavery by debt is against my religious beliefs.  Federal workers will be required to work without pay, without a meeting of the minds or a choice.  It is my religious exercise to seek justice in the courts to uphold the freedoms of government workers who are not below the law's protections, albeit they have more limited freedoms in order not to chill the rights of those they are paid to serve.

63    The following provision under U.S. Const. art. I, § 8 authorizes Congress to create money, arguably without debt or interest as the US Supreme Court previously upheld in Knox v Lee, 79 U.S. 457 (1871).

64.    While the Constitution also unlawfully empowers Congress to enslave itself and its people making them less free and for sale slaves to private and foreign partners under a separate provision of  U.S. Const. art. I, § 8 authorizing it with the power "to borrow money" to enslave the people to pay back their master creditor as ruler by taxes, which I argue violates the

13th Amendment and the premise of the Constitution to safeguard freedom and life as unconstitutional, this court merely must discern whether the delegated provision authorizing Yellen to coin at her discretion, not the discretion or request of the Federal reserve, without debt and interest is an abuse of discretion that jeopardizes the Courts and the federal government from dissolution and schemed overthrow or threat of security and the rule of law.

65.     I have sincere religious objections to debt, especially debt created out of slavery by force, not a free meeting of minds under government compelled economic, physical or social government backed private and government backed foreign threats under the 2030 and 2050 plans under the far more heinous private plans to coin.

66.     The government must do its own job and not delegate its authority or responsibilities to others.  The government must coin to care for the people, not control and enslave the people to private and foreign powers or partners.

67.     Elected officials are not above the law.  When elected officials in the other two branches violate duties to uphold the life and liberty of those the Constitution requires they serve to instead oppress, and control by subjugated social, economic or physical force, we need the courts to find their conduct in violation of the Constitutional limits to make our people free with the limit the people may not enslave, harm or kill others.  We must protect all people's individual freedoms from elimination under the collaborative, conditional, collective control of private and foreign partners and threats.

Wherefore I ask this case to enjoin Defendants from

68.     Enjoin Defendants from not paying federal workers and from suspending the operations of the federal government on the ground Congress has not passed a budget by or

before September 30, 2023 on 1st, 5th, 13th and  14th Amendment grounds and further requests this Court sign a writ of mandamus to require Defendants to coin money without interest or debt under 31 U.S.C. § 5112 (k) to pay off the national debt in full or in the alternative to pay for federal employees and the operations of the federal government for all sums exceeding the budget shortfall and states as follows:

69.    Since this issue is capable of repetition, yet evading review, I require an Order to enjoin Defendants from not paying federal workers and from suspending the operations of the federal government on the ground Congress has not passed a budget and further request this Court direct Defendants to coin money without interest or debt under 31 U.S.C. § 5112 (k) to pay off the national debt in full or in the alternative to pay for federal employees and the operations of the federal government for all sums exceeding a budget shortfall to prevent Congress and the President from fully funding their own salaries while threatening to leave an entire branch the judiciary unfunded.