IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEGHAN M. KELLY, ESQ., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 21-1490-CFC |
| ) | |
| DISCIPLINARY COUNSEL ) | |
| PATRICIA B. SWARTZ, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington, this Thirteenth day of June 2025, *pro se* Meghan M. Kelly, Esq., having moved for "continued permission to use electronic filing, and waiver of paper copies before this Honorable Court, and an exemption from PACER costs in cases where she is a party" (D.I. 514); and

WHEREAS, in January 2023, the Court granted Plaintiff an exemption from payment of fees for access via PACER to the electronic case files maintained in this District for this case only (D.I. 111);

It is HEREBY ORDERED that:

1.  Plaintiff's motion (D.I. 514) is **GRANTED IN PART and DENIED IN PART**.

2.  Plaintiff's request for continued permission to use electronic filing and waiver of paper copies before this Court is **GRANTED**.

3. Plaintiff's PACER Account No. 6975241 is **GRANTED** exemption from the payment of fees for access via PACER to the electronic case files maintained in the United States District Court for the District of Delaware in Civil Action Number 21-1490-CFC only **until June 18, 2026**. This exemption may be revoked at the discretion of the Court at any time. A copy of this Order will be forwarded to the PACER Service Center.

4. Any outstanding requests inconsistent with the Orders above are **DENIED**.

_____
Chief Judge