UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly | ) | Civil Action No.: 1:21-1490 (CFC) |
| Plaintiff, | ) | |
| v. | ) | |
| Disciplinary Counsel Patricia B. | ) | |
| Swartz, et.al | ) | |
| Defendants. | ) | |

Plaintiff Meghan M Kelly's Motion for an immediate exemption to the MFA PACER change in cases where she is a party,

and a separate request herein that the Court hold the MFA requirements unconstitutional per se, not merely as applied to be considered if at all as a condition precedent, 1. after Meghan Kelly files a brief as a non-attorney amicus in *JGG v Trump*, 2. or in the discretion of this court should the case be reopened under FRCP R 60, with grant to Defendants a fair opportunity to respond after such reopening of the case, 3.or otherwise in the Court's discretion

I, Plaintiff or Party, Meghan M. Kelly, pursuant to US Amend I, V, XIII, XIV and this

Court's equitable powers, or by any other means this Court deems just, in the interest of justice,

move this Court for permission to continue to use electronic filing before this Court, while

dispensing of the Multifactor Authentication (MFA), also known as ("a/k/a")  Multifactor

Authentication Applications, a/k/a two step authentication process requirements, required to

access the Courts through PACER (hereinafter "MFA"), even if my active license to practice law

is placed on inactive/disability status/or disbarred in representing myself before this Court 1. due

to costs associated with MFA, requiring the purchase of internet, phone, email storage as

creating a substantial burden upon my access to the courts due to poverty and religious

objections to debt as to vitiate my 1st Amendment ("Am") right to petition fairly in accord with

the 5th Am, 2. to prevent a government compelled violation of my 1st Am right to religious

beliefs against indebtedness in order to exercise my right to petition the Court in defense of the

exercise of fundamental rights, and 3. to prevent compelled other involuntary violation of

exercise of religious beliefs against data collection, surveillance, and science as outlined on the

docket and herein below, 4. to prevent compelled involuntary servitude to debt in contravention

1

of my religious beliefs in exchange with access to the courts to defend my licenses and liberties from being taken away but for my exercise of religious beliefs in Jesus unfairly US Amend I, V, XIII, 5. and other issues not limited to violation of 4th Am surveillance through government agents, and use of MFA for a schemed overthrow in contravention of US Am XIV outlined on the docket or herein.

Separately, as a condition precedent after 1. I file a non-attorney amicus brief or briefs in another case, *JGG v Trump* to protect this Honorable Court and the rule of law that makes us a freer, fairer system of government, or 2. after this case is reopened with a grant to opponents of a fair opportunity to be heard, or 3. later within the Court's discretion, I now request the Court hold the MFA requirements as unconstitutional per se, even as applied to others, and even if this court grants an accommodation by an exemption to protect my Constitutional assertion of rights as applied sooner. I request the Court grant decision, if any on the unconstitutionality of the MFA per se, at a later time due to the grave importance to avert an overthrow and protect the court from retaliation in terms of funding or attacks by Art I and II members who may disagree and seek to usurp Art III power to preserve my standing now to make a request now upon condition precedent of three occurrences of one of three times based on the discretion of this court. (Citing, US Amendments I, V, XIII). I aver as follows:

1.      PACER compelled attorneys and petitioners to adhere to MFA in order to access the courts with no 5th Am due process notice to me or any other attorneys or petitioners regarding the changes despite the fact PACER could have sent out a uniform email, letter or other notice months before changes occurred to allow for fair challenges or preparations. No notice was given, in contravention of the fair right to petition or due process deprivations by compelled compliance to systems that take property, sensitive information and Constitutional interests away

2

from people involuntarily by compelled payments or taxes to government backed third party entities unjustly, 4th Am rights and other Constitutional protections, not limited to creating unsafe threats for the people, petitioners, the courts, the United States and the world, under the hypocritical lie of national security and safety. US Am I, V.

2.      The two step authentication grants control to non-government entities. MFA will be used to create national security threats in order to aide in an intentional actual overthrow if unstopped by petitioners with Art. III standing, not Presidents, not congress people who interfere in cases where they have no standing, threaten judges, even US Supreme Court Justices by legal, social or disciplinary attacks not limited to the attached letter by Wyden, and not by Art I, II, and III attacks against petitioners by discipline, retaliation by vindictive prosecution, firings or other threats to commandeer the outcome of cases unfairly. Such government attacks should be restrained by a court, even this court to protect the public and private people's preemptive legal power granted in 1791 of the fair petitions, which supersedes and restrains Art I, II, and III powers as the only fair check that maintains the civilized rule of law that makes us a freer people. (Exhibit 2-5, DI. 714 400th Affidavit,

3.      The MFA requirements substantially burdened me as applied and others per PACER's representative's admission. I and other petitioners made calls to PACER with over a 100-minute estimated wait on the phone to gain access to a PACER representative. This lasted multiple weeks. Representatives lamented that they had to handle the bulk of calls. I indicated this may have been prevented if PACER users had notice in accord to 5th Amendment due process. The PACER Representatives said they had no power to grant notice, but everything went through the Federal government through the Judicial Conference in DC or the Judicial Office of the Federal Courts in DC.

3

4.      I acted in good faith to resolve the problem. I attempted to contact the DC office administrating all federal courts, and was not able to contact anyone at my first attempt.

5.      I was also not able to file the 392nd affidavit I incorporate herein, and was compelled to mail it out to the court days later. The court received at a much later date, thereby burdening the staff with paper work and confusion. See, Exhibit 1

6.      In the 393rd affidavit at paragraphs 1 and 2 I stated:

"1.      I mailed out the 392nd affidavit since I was not able to access PACER.  I was able to electronically file the affidavit.
2.      Please disregard the paper copies I sent, received by the Court Friday, August 15, 2025. I do not want to burden or confuse the Honorable Court's staff. They need not upload the specific document, a mere affidavit."

7.      I was so worried about the confusion and burden upon this Court's irreplaceable staff that I called the court to prevent duplicity of filing both the paper and electronic copy. This Court's staff and people judges are not replaceable by automation but make our system fairer and more just by accommodating issues that happen outside of the standards or norms such as issues relating to MFA.

8.      Petitioners risk continued imminent denial of access to the courts by the MFA requirements unfairly, especially with cell phone outages, new fees relating to formerly free emails, internet outages and potential hacks which may cut off people's access to the courts based on viewpoint of the petitions to prevent restraint of the law upon both public and private people and entities.

9.      The MFA requirements empower non-government entities to cut off the channels to petition the court, essentially cutting off the rule of law that sustains these United States as a government.

10.     The MFA requirements allow a means for hackers, or people within the entities who control the channels to authenticate to cut off the power of the petitioner to protect the courts too.

11.     The MFA requirements are spreading to other channels of exchange of ideas or goods and services, not limited to Facebook and Walmart. The MFA requirement discriminates against people with limited digital access or financial resources and those who do not own a smartphone or have reliable mobile service. Since MFA requirements also apply to Facebook and Walmart, and other food stores, the poor and those who cannot afford to pay for a phone may not be able to simply afford to drive to Walmart to buy water and food either. I placed my insurance on hold and turned in my tags due to the unaffordability. There are likely others similarly situated who should be forced into debt or die of want based on denial of access to the necessities of life because MFA is unaffordable or out of reach. People are not free, if they are forced in a take it, or leave it and die position. That is a government backed unconstitutional threat to comply or die.

12.     Thereby the MFA associated risks of eliminating the protections of the law to restrain lawlessness are being removed from social and business channels unchecked and instead deferred to by government if not removed or somehow limited by this court to uphold the rights under the Constitution as superseding rule of law as applied or per se.

13.     The same risks the courts and petitioners face as a proximate result of MFA requirements are and will continue to be extended to other channels of exchange potentially limiting people's ability to buy and sell or speak, communicate or receive communication based on viewpoint or wealth or status or social credit of a person unless removed or limited within the purview of the constitutional limits.

14.     MFA may and will be used to eliminate not only the rule of law's checks, but the governments, the attorney generals by allowing those who control the resources and the channels of exchange to rule unrestrained by law or governments to eliminate the government since the scheme is to eliminate the law and the governments down the line. Yet that plan might be averted should one judge choose to be the hero we need to protect national security based on law, not money, might or intel to lawlessly control people through manipulated information and marketing.

15.     I read congress person Wyden's letter to the US Supreme Court demeaning the federal judiciary for not doing what congress wrongly compels substantially burdening my right to petition as applied by social and possibly other pressure towards the court to commandeer outcomes in a case and controversy that has not been resolved in accord within Art III limits.

16.     I oppose the two-factor authentication and other requirements Congress compels upon the federal courts that substantially burdens the people's right to petition fairly without government backed surveillance, material costs and burdens to access to the courts by nongovernment people who control the channels and the means of entry to the courts and the people's access to the courts through MFA. The courts must be independent not dependent on corrupt colluding entities who seek control of channels of government to profiteer and commandeer who may or may not have access to the courts based on wealth or required payments to the means of access to third parties like private email accounts who are expected to charge per communication down the line, not merely on capacity limits.

17.     I request an exemption from the MFA PACER requirements with this Honorable Court, not merely based on religious objections but also impracticability and impossibility

should problems with phone and email or poverty continue to make ECF inaccessible or substantially burdensome to access the courts as applied.

18.     I seek to protect the courts and outline how it endangers the courts and thus endangers all petitioners including me as applied by foreseeable disparate denial of access to the courts, substantial burdens in terms of compelled violations of religious beliefs, 4th Amendment third party unlawful searches who collude with government as agents, denials of the 1st Amendment right to petition by control of the channels of exchange, emails and one of the two factors and so on that substantial burdens a forced dependent court and people upon private institutions who scheme to eliminate the courts to allow our nation to fall if unstopped by petitions and just decrees by people judges.

19.     With fear of congressional backed private partners usurping my rights and the duties and powers of the Federal Courts, I sent the following email attaching the 363rd affidavit and Wyden's letter to the members of the US Supreme Court to assert my rights to fairly petition without even the US Supreme Court's threat of substantial burdens before this District Court.

20.     I stated as follows:

Congressional members impede and violate my first amendment right to petition fairly on the same issue yet again without Art III standing/tempting US Supreme Court to violate my right to petition fairly on the same issues yet again
From:Meg Kelly (meghankellyesq@yahoo.com)
To:jrobberts@supremecourt.gov; jroberts@supremecourt.gov; cthomas@supremecourt.gov; salito@supremecourt.gov; kkavanaugh@supremecourt.gov; kjackson@supremecourt.gov; abarrett@supremecourt.gov; ekagan@supremecourt.gov; ngorsuch@supremecourt.gov; ssotomayor@supremecourt.gov
Cc:usapae.usattorney@usdoj.gov; ryan.costa@delaware.gov; dylan.steinberg@usdoj.gov; darin.mccann@coastalpoint.com; margaret.naylor@delaware.gov; cbarrish@whyy.org; meghankellyesq@yahoo.com; gormley@duq.edu
Date:Tuesday, September 2, 2025 at 12:10 PM EDT
Dear Honorable Chief Justice Roberts,

I assert my right against Congress and against this Honorable Court's giving into temptation to impede upon my right to fairly petition on the same issue Congressmen seeks resolution of without a case or

7

controversy, while depriving me of the right to fairly petition by government threats or disrepute of the honorable court.

Per the attached affidavit I intended to contest the MFA requirements which reduce security of the courts and the parties while impeding on the right to petition fairly in accord with Equal Protections.

Wyden and Art I and II members will use any evidence you gather against you Honorable Chief Justice and the honorable members of the federal judiciary should you delegate your power away outside Art III limits. (US Am V waiving your rights too)  Please be patient and allow me and do not deprive me of the fair petition by giving into temptation to harm yourself.

If you disagree with me, so what. Others may petition to distinguish the case to correct errors in law to protect you and the fair petition. You must not waive what is not yours to waive, my right as applied to petition fairly on the same issue. US Am I, V

I assert and do not waive my right to petition fairly before vitiation of rights and to preserve and protect those underlying rights.

I believe the courts and petitioners are in trouble, including US Attorney Generals and state attorney generals.

Please do not actually cause a national security threat when our security is in the rule of law, not in money, might, or mob opinion, or mob votes based on eliminating individual right to life and liberty for fickle fads.

The national security is based on the fair petition at the founding of these United States in 1791 with the passage of the superseding Bill of rights and later amendments which limit Art I, II, III powers as the superseding rule of law.

When courts get it wrong, later petitions may be presented to guide misguided courts with humility. Doomed are the courts should they care about uniformity to argue notice, due process allows even the courts to allow human sacrifice of life and liberties. No such underlying violations also break the law, in addition standardization eliminates freedom of those who do not conform to the norms or standards of the collective whole as all Christians and Jews are required to do to be set apart and not sin just because most praise evil as good. The fact notice is given, does not give the government a license to break the law.

Plus standardization sets the court up to automate and eliminate the only branch necessary to protect the life, freedoms and the United States from schemed planned dissolution.

Thank you for hearing me assert and not waive my right to petition fairly on the same issue Congress seeks to usurp from the court by threat and intimidation without a case and controversy.  I do not like the bad mouthing of the Court by Wyden and the believed fabricated or planted threats used to control a no longer impartial court should it give into temptations.

I am trying to protect the courts and the fair right to petition in our more civilized form of government, even if the courts disagree with me.

Respectfully,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939


https://www.wyden.senate.gov/imo/media/doc/wyden_letter_to_scotus_on_us_courts_hackpdf.pdf

21.    I asked the US Supreme Court and all potential disciplinary agents to please stay any action to allow me to file this motion, and by a separate email two FRCP Rule 60 motions for the DE and EDPA cases. Albeit I think it is fairer to bring a case regarding the substantial burdensome requirements that tempted Judge Diamond to violate the Constitution as the law that protects me from government takings without due process fairness, vindication for the exercise of my 1st and other fundamental rights, and possible other claims. However, the US Supreme Court may misbehave and sue me tomorrow at the opening of the new term. So, I write and haste imperfectly to grant this court the Art III power in an actual case and controversy to fairly avert MFA requirements that are forced on a seemingly unwilling US Supreme Court by threats of impeachment, discipline or otherwise impermissibly by congress persons to unfairly commandeer the outcome in this case by infringing on the court and petitioners' powers in Art III cases. US Am. I, V, Art III.

22.    I am aware that this Court and all courts and state governments are in jeopardy of losing any authority or limits of the Constitutional law.

23.    However, I do not want to risk retaliation or harm against this Court by Art I, II or even III members given the attached letter attacking the members of the US Supreme Court on this same issue. (Exhibit 6) So, I respectfully ask this court please grant me an accommodation, a permanent exemption from MFA requirements PACER. And, I separately ask now, to maintain standing now, that this Court please hold the MFA requirement unconstitutional per se to be considered if at all as a condition precedent 1. after Meghan Kelly files a brief as a non-attorney amicus in *JGG v Trump*, 2. or in the discretion of this court should the case be reopened under FRCP R 60, with grant to Defendants a fair opportunity to respond after such reopening of the

case, 3. or in the discretion of the Court, making these three conditions precedent to preserve the issues relating to MFA fairly.

24.     This issue is so vital to the security of our nation based on the rule of law, not might or money should the court deny all other forms of relief but stop this part of the schemed overthrow, it would be a victory towards saving these United States.

25.     As outlined in the 393rd, and 394th affidavit, I was compelled to violate my religious beliefs to regain access to the courts unfairly, not freely by government force.  I assert my religious beliefs, objections against unaffordable indebtedness due to the new charges on private email or the threat to be cut off of my current email should I need delete emails, and other unaffordable costs and or substantial burdens MFA causes to my access to the courts and other rights.

26.     I asserted my objections to PACER by email as indicated in the 393rd affidavit and incorporated herein, as violating my access to the courts, religious beliefs and my petition without due process. (Exhibits 2, 3, 4, 5)

27.     PACER representatives indicated they too were uncomfortable and stressed out with the changes and call volumes too. They indicated they forwarded my requests for accommodations to the Judicial administration for a response.

28.     After two weeks, I never received a response at all. I talked with PACER representatives and asked for a supervisor.  The Supervisor indicated PACER would remove the MFA from my PACER access if this court granted an Order to do so.

29.     Accordingly, I respectfully request the Court please sign an order granting me an exemption to PACER on Meghan Kelly's PACER Account No. 6975241

30.    This Honorable Court kindly granted me relief in this case in Orders not limited to an order dated October 5, 2024 at Docket Item ("DI") 101 and 111 for PACER exemptions.

31.    The Order provides:

"Plaintiff Meghan Kelly PACER Account No. 6975241 shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in the United States District Court for the District of Delaware in Civil Action Number 21-1490-CFC, only. This exemption shall be applied nunc pro tune to October 25, 2021. This exemption may be revoked at the discretion of the Court at any time. A copy of this Order will be forwarded to the PACER Service Center."

32.    This Court later amended the Order to limit the duration of time until June 18, 2026, I was served by paper not electronically. DI 681.

33.    I intend to file a motion to reopen the case under FRCP Rule 60.  The time has not tolled for making a request.

34.    The US Supreme Court denied the appeal of this case on petition for rehearing on or about 11/25/24.  I have until 11/25/25 unless this court grants me more time to file a Motion under FRCP Rule 60 to reopen this case.

35.    Thus, the Case may remain alive even if it appears dead for a moment should the worst come to pass for me, even if to merely grant or deny a Motion to reopen the case under FRCP R 60.

36.    Additionally, disciplinary or other cases by this court may arise where I require an accommodation to fairly petition by an exemption to the MFA requirements.

37.    In order to prevent vitiation of fair access of the courts through ECF, even on the limited issue of FRCP R 60 Motion or disciplinary proceedings, and to preserve my Constitutional rights to fairly petition, exercise of religious beliefs, against involuntary servitude, and other rights and claims discussed on this Court's docket, (US Amend I, V, XIII, XIV),  I respectfully ask permission for an exemption to MFA to prevent the MFA requirement from

11

removing, inhibiting or restraining my access to the courts by causing a substantial burden so great as to unjustly prevent my access to the courts, and to prevent compelled violation of my religious belief in order to exercise the 1st Amendment right to petition in accord to 5th Amendment Due process as applied to me given my unique religious beliefs against debt and science as guide/God.

38.     I do not freely waive my rights. I do not knowingly and voluntarily waive my right to defend my fundamental rights from deprivation based on my exercise of the right to petition based on viewpoint in speech, religious belief, political affiliation and other claims and rights I have asserted in the record herein unfairly in violation of 5th Amendment due process by substantial burdens by the MFA factors.

39.     I do not freely waive my right to exercise of religious belief not to worship by deferring to business or science as guide/God, when it is my religious belief deference to the same is idolatry damnable in hell, if unrestrained by just decrees or love in our hearts to prevent oppression, harm, human sacrifice or slavery for material gain, power, profit or positions for some, should we not repent. Deference to non-government organizations such as cell phone providers, internet provides, or email providers also violates equal protections of the 5th Am. by partiality, favoritism, by deference to government or business or private partners, government agents.

40.     The MFA factors violate my religious belief against collecting data, surveilling people, collecting intel to unfairly use the information gathered in order to market government backed private ideas, products, services in a forced market made to sustain problems to profit off of selling the guise of solutions. Looking at people or using people for material gain, even information drives out our unconditional love and respect of people's lives and liberties with the

conditional desire for material gain based on barter or exchange unjustly, not upholding freedom but sacrificing it in a forced government backed market.

41.     The MFA factors also violate my religious belief about eliminating freedom by government backed delegation of the channels of exchange to gain the necessities of life and/or access to the courts to defend life and freedom to third parties who require payment, who may turn on and off access based on payment requirements or desire to manipulate the markets or cut off access to the courts based on viewpoint of speech for behind the scene barter for favors, or to deny access to the courts, goods and services or to compel compliance with non-government entities who should be deemed government agents limited by the Constitution not safeguarded by it or the contract clause or debt payment provisions. The entities required for MFA may be hacked and essentially leave people in want without means to access to the courts or other goods and services to die should they not buy what is sold by a take it or leave it positions by compelled involuntary forced servitude.

42.     The MFA factors violate the 4th Am since the government granted professionals and those who control technology services not limited to cell phones, email, and internet the capacity to act as agents, with potentially sensitive information to exploit without restrictions by the rule of law should the courts not uphold superseding Constitutional limits contained in the Bill of rights and later amendments. The companies or entities officers and employees even tele-employees must be deemed bound by the limits of the Constitution not limited to the 1st, 4th , 13th and 14th amendments, not protected by the Contract Clause or debt provisions of the Constitution to allow for the planned overthrow of the government by increasing debt, to control the government, to enslave the people, take the resources, land and power of over the country away from the government to rule unrestrained  by law by economic and physical force. US Am XIII

43.    The MFA requirements not only create a substantial burden to my access to the courts based on the additional costs due to my religious beliefs against debt, my poverty, but also my religious beliefs against science and business marketed as freedom, but used to unjustly enslave people by the controls of resources and the channels of exchange by third parties.[1]

44.    I am not permitted to work in the occupation of my choice, and compelled into involuntary poverty based on Defendants' malicious disciplinary case against me brought to chill my right to fairly petition, based on disdain on the viewpoint of speech contained in my petitions, religious beliefs, exercise of religious belief and first amendment right to disagree with the governments forced beliefs, and to cover up the state's violations of the Constitution as law that restrains it.

45.    I have not had access to a phone or internet at times as I filed petitions the past five years. Yet, I could file documents at the law library electronically, at local libraries and at a neighbor's home, the deceased Bill Jones. I did so, when I had neither internet nor phones the past five years.

_____

[1] Romans 1:25 ("They exchanged the truth about God for a lie, and worshiped and served created things rather than the Creator—who is forever praised. Amen."); See, Burwell v. Hobby Lobby Stores, Inc., 573 U.S. 682, 682. ("Courts have no business addressing whether sincerely held religious beliefs asserted in a RFRA case are See, Brief of the Southern Baptist Theological Seminary, the Ethics & Religious Liberty Commission, the International Mission Board, and Dr. R. Albert Mohler, Jr. as amici curiae in Support of Petitions before the US Supreme Court by the Little Sisters of the Poor Home for the aged, Denver Colorado, et.al, Petitioners v. Sylvia Matthews Burwell, Secretary of Health and Human Services, et. al, No.15-105, 2015 WL 5013734 (US).(The Court allowed references to the bible in other RFRA petitions).

reasonable."). I believe people vomit idolatry by making man and their studies, science, money, technology, product or service, guide, deferred to or God unrestrained by equal protections without deference or love or the just rule of law to prevent harm, oppression human slavery or human sacrifice. Not knowing, misunderstanding, delegation of duties does not make wrongs right or undue substantial burdens or harm on others or damnation in hell. Matt 13, 2 Cor 4:4., Hosea 4:6. Instead it is the reason why people die in the second death in hell. Id. ("My people perish [in hell] for their lack of knowledge). Cleaning dirty minds, hearts and hands by saving people with the truth through the petition and court correction saves lives and eternal lives. See Amos 5:15, Matthew 23:23. Isaiah 10:1-4 ("1Woe to those [meaning damned to hell are those judges, presidents and congress people should they not repent] who make unjust laws, to those who issue oppressive decrees, 2to deprive the poor of their rights and withhold justice from the oppressed of my people making widows their prey, and robbing the fatherless. 3What will you do on the day of reckoning, when disaster comes from afar? To whom will you run for help? Where will you leave your riches? 4Nothing will remain but to cringe among the prisoners and fall among the slain").

46.     Now, I risk losing email access as yahoo emails and other formerly free emails are starting to charge people based on subscriptions exceeding data storage or stoppage of services before they scheme and plan to charge for all email use down the line after MFA is implemented in a take it or leave it position where we will have no choice but to unfairly lose access to the petition and resources of life if we do not pay non-government organizations such as internet providers at prices they control at a take it or leave it position, email servicers, phone providers and even electrical charges.  I reserve the right not to pay for these when poverty creates a substantial burden so great as to vitiate my access to the courts or face involuntary servitude and believed death in hell by worship of the mark of the beast as God, mammon. 6:24.

47.     Without an exemption from MFA for ECF, I am prejudiced by poverty, religious objection to indebtedness and my assertion against involuntary servitude in violation of the 13th Amendment by compelled payment or taxes to third party forums or services as depriving me of access to the courts by government backed economic force, rendering freedom for sale, unaffordable to the poor to be bought by the rich unfairly in contravention of 5th Am Equal protections.  Justice is a matter of truth with mercy not barter or exchange eliminating freedom.

48.     The Delaware Order prevents me from working as an attorney.  I am unable to seek employment at my former law firm where I would be performing real estate settlements. My former law firm is a great law firm McDonnell and Associates, based in South Carolina.  The people there, care about their clients and employees above money.  I am impoverished and am not allowed to work in my profession of choice.

49.     Since I am poor and unemployed, I do not have money to pay fees or postage.

50.     Even a few dollars in fees would cause a substantial burden upon my access to the courts to address Constitutionally protected activity relating to fundamental rights, creating an obstacle so great as to prevent my access to the courts.

51.     I do not want to sin against God by incurring debt.  I believe people sin against God by incurring debt.  God teaches in *Romans* 13:8, "Owe no one anything, except to love each other, for the one who loves another has fulfilled the law."  Since it compromises our loyalty to God towards the pursuit of money to free us from bondage, as savior instead of God.  Jesus teaches you cannot serve both God and money as savior. *Matthew* 6:24. I choose God.  Earning money is not sin. When our desire to earn money takes the place of our desire to do God's will by hardening our heads, hardening our hearts and hardening our hands from loving God foremost and subordinately loving others as ourselves, that is sin.  I believe "the love of money is the root of all evil. 1 *Timothy* 6:10. I believe we are taught through temptations to worship sin, the mark of the beast spoken of in Revelation young, by praise and profit, glorifying work and business, and conditional giving and conditional relationships, confusing many into believing conditionally caring is unconditional love damning most of humanity to hell the last day, which is sad.  (See, *Revelation* 16:2*, Revelation* 20:4. By worship of the image of the beast, I believe God means absence of love, conditionally giving to get, conditional relationships, worship of business greed by barter or exchange, with no unconditional love.  No God in them, for it is written "God is love."  1 *John* 4:16. I believe we sin when we glorify the punishments of sin written in Genesis 3 as the reason to live reflecting pride, sin, instead of receiving correction through humility leading to salvation from the lake of fire, the second death.)

52.      I believe creditors will be damned to hell for not forgiving monetary debts. (See, *Matthew* 6:12, "And forgive us our debts, as we also have forgiven our debtors."); (Matthew

6:14-15, "For if you forgive other people when they sin against you, your heavenly Father will also forgive you.  But if you do not forgive others their sins, your Father will not forgive your sins."); (*Deuteronomy*, 15:1 "At the end of every seven years you must cancel debts."); (See also, *Matthew*, 18:21-35. Debts once forgiven will be remembered if we do not forgive others.); (Jesus teaches "What good will it be for someone to gain the whole world, yet forfeit their soul? Or what can anyone give in exchange for their soul?" *Matthew* 16:26.); (Jesus teaches us do not seek after material things, "but seek first his kingdom and his righteousness, and all these things will be given to you as well." *Matthew* 6:30-33.); (With regards to eternal treasure we are commanded to share his word without pay as without pay we received the gift of the way to eternal life, through the word. Citing, *Matthew* 10:8).

53.    If people don't forgive monetary debts, I believe people will be damned to hell for loving money and material gain more than one another as commanded. We are commanded to love people, not money and the things it can buy.  (See, *John* 13:34-35, "A new command I give you: Love one another. As I have loved you, so you must love one another.  By this everyone will know that you are my disciples, if you love one another.")

54.    Since I am commanded to love people, I do not want to create a situation where I increase the odds, they will be damned to hell by accruing profit off of debt.  I do not want to be damned to hell by seeking money in place of God as my savior due to indebtedness.  Debt is against my religious beliefs because it makes money guide and savior instead of Jesus as guide and savior.

55.    Interest on alleged debt, and debt is against my religious beliefs as I believe it increases servitude to Satan by teaching people to be enslaved to earning money to pay artificial interest or debt, instead of being free in Christ, essentially making money the savior in place of

God. (See, *Leviticus* 25:36-37, "Do not take interest or any profit from them, but fear your God, so that they may continue to live among you. You must not lend them money at interest or sell them food at a profit." and *Exodus* 22:24-26).

56.    It is my genuine religious belief charging interest or a fee on money lent or artificial debt is a sin against God, I believe misleading many to hell by indebtedness to the pursuit of money, instead of God. (*Ezekiel* 18:13, "He lends at an interest and takes at a profit. Will such a man live [By live, I believe it means losing eternal life in the second death should he not repent]. He will not! Because he has done all these detestable things, he is put to death; his blood will be on his own head."); (*Deuteronomy* 23:19, "Do not charge your brother interest on money, food, or any other type of loan."); (*Proverbs* 28:8, He who increases his wealth by interest and usury lays it up for one who is kind to the poor.); (*Exodus* 22:25, "If you lend money to one of my people among you who is needy, do not treat it like a business deal; charge no interest.); (*Deuteronomy* 15:2 "This is the manner of remission: Every creditor shall cancel what he has loaned to his neighbor. He is not to collect anything from his neighbor or brother, because the LORD's time of release has been proclaimed.")

57.    I believe it is a great sin to go into debt, and an even greater sin to require a person to go into debt to exercise fundamental freedoms, that are no longer free, but for sale to those who can afford to buy the ability to exercise Constitutional 1st Am liberties, the wealthy, rendering the poor less equal, no longer free, but for sale bought people, as wage slaves, in violation of the 13th Amendment, and Equal Protection Clause of the 14th Amendment applicable to the states, and the Equal Protections component of the 5th Amendment applicable to the Federal government, with government support.

58.     The Delaware Disciplinary Order and reciprocal orders prevent me from returning to my former law firm, and may prevent me from getting a job as a lawyer to render any fees impossible to pay back.  In addition, asking for donations is against my religious beliefs as I believe people are misled to hell by *Matthew* 6:1-4 violations of organized charity, fundraising and pro bono.

59.     Going into debt based on the associated costs for those serving MFA, of even a few dollars, is against my religious belief, and the additional costs of even a few dollars is a substantial burden upon my access to the courts due to my utter poverty, and my inability to pay back any fees should my appeal fail.

60.     I respectfully request that an exemption to the MFA requirements be granted due to associated costs creating an economic strain upon my exercise of the access to the courts to defend 1st Amendment rights, as a substantial burden due to my poverty, with little prejudice to any disciplinary counsel, the public or this Honorable Court, and due to violations, such cost requirements create upon my exercise of my religious beliefs.

61.     This Court must not require I violate my religious beliefs by agreeing to personal indebtedness in order to exercise my 1st and 5th Amendment rights to petition this Court to safeguard my exercise of Constitutionally protected activity from government interference or retaliation including the right, to petition, exercise religious beliefs, freely speak concerning my religious beliefs for which my petitions relate to and the freedom to associate.

62.     In order for this Court to require I consent to costs which violates my religious beliefs, compromising my faith in Jesus to servitude to Satan by making money God by costs, and potential costs relating to this matter, the Court must have a compelling interest somehow more important than the free exercise of religion, narrowly tailored to support such interest.

63.     The Court may not require government forced indebtedness, through MFA costs, in violation of my religious beliefs because its justification to compel forced violations of my religion is not narrowly tailored in this case, since the Court may grant an exemption to prevent the government forced violation of my religious beliefs.

64.     It is against my religious belief to go into debt, especially given I am not permitted to work for pay as an attorney in DE.  Thus, paying the authenticators or for the related services relating to authentication when I have nothing, I am poor, violates my religious beliefs, and creates a foreseeable imminent obstacle to my access to the courts. See Matthew 6:1-4 and Matthew 6:24 (You cannot serve both God and mammon [money and material gain]").

65.     I request this Court grant me an exemption in order not to compel me to violate my religious beliefs in exchange for access to the courts in defense of my exercise of my First Amendment liberties, my license and related interests.

66.     I respectfully request this Court grant me an exemption of MFA (1). in order not to compel me to violate my religious beliefs in exchange for access to the courts or (2). suffer an economic substantial burden so great as to deny me access to the courts in defense of my First Amendment liberties, license and related interests and (3). to prevent government compelled involuntary servitude to sin by making money savior in place of God.

67.     It is my religious belief people should buy and sell by free choice, not by forced choice by artificially man-made government compulsion to be exploited by government backed private or foreign partners in a fixed not free economy, which sustains new and different problems to sustains research and science to sell more subpar goods and services to sustain profit streams and power and positions into infinity especially under the new model which profiteers and creates money out of harming the environment under the guise of sustaining it and the world.

68.    I argue compelled debt to the services of the channels or means of authentication through access to electronic filing in my case not only violates the 13th Amendment against involuntary servitude, but violates my private, personal individual religious belief in Jesus, God the father and the holy spirit as guide and God, not money by government compelled force.  US Amend I, XIII.

69.    I believe the Credit debit electronic currency plans in the US by both the Democrats and Republicans, World Bank, the UN, global agenda and other countries around the world violates my religious belief against indebtedness and material gain or credits as God at a greater more horrific level, and violates my First Amendment right to religious belief.  Creating precedent in this case, may prevent the elimination of not only my Constitutional liberty but the liberty of all Americans protected under Constitutional law.

70.    I believe people teach a lie, despite their ignorance of truth, and sin against God and man for teaching government is a social contract by the people to government.  It is a forced choice upon the populace without a meeting of the minds or consideration.  The people's souls are not to be sold by the government through the government backed private or foreign partners to be sacrificed to gain the world.  Leaders are charged with caring for the people and protecting their liberty. Misleaders seek to control and exploit for material gain a no longer free people.  It is written *Mark* 8:36, "What profits a man to gain the whole world [by money or material gain only to lose his eternal life in the second death to be no more.]"

71.    The contract of government is by those governing officials and their private, public and foreign contracting partners. The partners are bound to more limited liberty Constitutional protections and are instead limited by the Constitution in exchange with the

agency, purpose or authority to serve, govern and guide by government agreement, grants, bartered for favors or contracts.

72.     The Government is not permitted to discriminate based on religious belief by denying me access to the courts by requiring my enslavement to debt to MFA required authenticators making money savior in place of Jesus.  Matthew 6:24

73.     Given my poverty, any payment and debt required for access to MFA's services and providers to access the court, creates a substantial burden to my access to the courts and my religious-belief against indebtedness.

74.      A lawyer's right, my right to pursue my profession constitutes a property protected by the due process clause of the 5th Amendment, and of which I cannot be deprived for any whimsical, capricious or unreasonable cause, including the state's disagreement with my religious-political beliefs or poverty or pro se animus.

75.     I must be afforded fair access to the courts to defend my license to practice law from being placed on inactive disabled or disbarred but for my faith in Jesus Christ, and exercise of fundamental rights.  My First Amendment right to petition must be conditioned on elimination of my other asserted rights against slavery in violation of the 13th Amendment, and religious belief and exercise of belief in violation of the First Amendment.

76.  I am utterly poor.  The costs and other issues relating to MFA create a substantial burden and obstacle to my access to the Courts in contravention to my First Amendment right to access to the Courts applicable to the Federal Courts via the Equal Protection component of the 5th Amendment, for me, a member of class of one due to religious beliefs against incurring debt combined and due to utter poverty. See, *Abdul-Akbar v. McKelvie*, 239 F.3d 307, 317 (3d Cir. 2001) ("This requires us first to determine whether Appellant is a member of a suspect class or

whether a fundamental right is implicated."); *Lewis v. Casey*, 518 U.S. 343, 370 (1996) "[A]t all stages of the proceedings the Due Process and Equal Protection Clauses protect [indigent persons] from invidious discriminations.")

77.    "Because this case implicates the [Constitutionally protected] right of access to the courts, [ and First Amendment rights to free speech, religious belief, association and exercise of religious beliefs] the government's disparate treatment towards me, based on poverty, is still unconstitutional under a strict scrutiny basis test." Citing, Tennessee v. Lane, 541 U.S. 509, 533 n.20 (2004).

78.    The Supreme Court noted, "There can be no equal justice where the kind of trial a man gets depends on the amount of money he has."  Lewis v. Casey, 518 U.S. 343, 370 (1996).

79.    PACER costs and costs associated with paper filing, as applied, violate my religious beliefs, religious practices and religious exercise against incurring debt, and costs, as applied.  I seek protections under the 5th Amendment's Equal Protection component, as a party of one, with unique religious beliefs to gain access to the courts to defend my exercise of 1st, and 5th Amendment liberties.

80.    I expected to rejoin my old law firm after standing up for something more important than money in Kelly v Trump, my free exercise of religion, exercise of religious and political belief, exercise of religious and political speech, and association as a party, attorney, democrat, and Christian without government incited persecution, but for my exercise of fundamental rights.

81.    The Delaware Order against me and the reciprocating Order creates a government incited economic substantial burden upon me, and prejudices me by forcing me into a maintained

state of poverty by preventing me from seeking to get my former position back at my old law firm as an attorney, or any work as a law firm, and harms my reputation to make me less attractive to employers.

82.     While, poverty is not a suspect class, my right to meaningful access to the courts, despite the inherent burden of poverty, and my religious beliefs and strongly held religious exercise relating to my religious belief against indebtedness are protected.  In addition, fundamental rights are implicated.

83.     So, the Court must have a compelling reason to deny my request for an exemption MFA to protect my access to the courts to defend the exercise of my fundamental rights including my religious beliefs narrowly tailored to meet the important justification.

84.     There is no compelling reason to deny my request for an exemption from MFA.

85.     Nor is any justification narrowly tailored to meet any compelling reason.  The Court may grant an exemption without any burden upon the court.  This will alleviate needless burdens upon the court by preventing the need to call the court to confirm documents were received and filed or to correct Court staff's misfiling of documents. DI 13.

86.     I face an undue burden should this court deny my request, including loss of my First Amendment rights, property interest in my license, loss to my reputation, other damages, loss of employment opportunities and a substantial burden to my access to the courts.

87.     Opposing counsel is apprised of my intent to this Motion, and did not object.

88.     This Court has inherent equitable powers over their process to prevent abuse, oppression, and injustice, including irreparable injuries in terms of loss of 1st Amendment rights. *Gumbel v. Pitkin*, 124 U.S. 131 (1888). This Court must grant my request to prevent injustice by denial of words which essentially denies me the opportunity to be heard in defense of my

religious speech reflecting my religious beliefs in my Freedom of Religion Restoration Act Complaint against former President Donald J. Trump. US Amend I, V. 3DI 21-4 pages 126 through 248.

89.    This Court must grant my request for additional words to prevent government abuse against my person, oppression, and injustice.

I must not be compelled to violate my religious belief by compelled religious violations of my belief in order to regain my license or access the courts on other issues.

90.    Nor should I be punished for my exercise of the right to access to the courts to defend my religious beliefs because the original disciplinary Court finds my citations to the Bible and religious beliefs contained in my speech in my private petitions illogical.

91.    "To be sure, a state may not condition the grant of a privilege, [a license,] or benefit upon the surrender of a constitutional right." Minn. Ass'n, Health Care v. Minn. Dept., P.W, 742 F.2d 442, 446 (8th Cir. 1984); Citing, Western Southern Life Insurance Co. v. State Board of Equalization, 451 U.S. 648, 657-58, 664-65 (1981); Sherbert v. Verner, 374 U.S. 398, 404-05, (1963).

92.    "The doctrine that a government, state or federal, may not grant a benefit or privilege on conditions requiring the recipient to relinquish his constitutional rights is now well established." *Jones v. State Board of Education of Tennessee*, 397 U.S. 31 (1970).

93.    "Neither the state in general, nor the state university in particular, is free to prohibit any kind of expression because it does not like what is being said." *Jones v. Board of Education*, 397 U.S. 31, 35-36 (1970)

94.    The United States Supreme Court in Kennedy v. Bremerton School Dist., No. 21-418, at *15 (June 27, 2022) held, "Where the Free Exercise Clause protects religious exercises,

whether communicative or not, the Free Speech Clause provides overlapping protection for expressive religious activities."

95.    In that case, the Court granted a professional coach the right to exercise private religious belief and speech, indicating the state's punishment violated the Coach's first Amendment right applicable to the state pursuant to the 14th Amendment, despite his association as a government employee or agent.

96.  That right must be extended to me to prevent the state, federal government and additional governments' including Appellee's punishment of me, but for the exercise of my exercise of my religious belief, as outlined in my speech in my petitions, no matter how repugnant or illogical my religious beliefs appear to the state and Federal government

97.    My PACER Account Number 6975241.

98.    I agree to send PACER the attached Order or any Order this Court files to exempt PACER fees in this case.

.    99.    I request the exemption be permanent, as applied to me, and the court discern the Constitutionality of the MFA requirements, per se based on one of the three conditions precedent within the court's discretion, at a later time.

100.    A PACER representative said upon receipt of the order, PACER would remove the MFA requirements to allow me to file. Defendants had notice of intent of requesting this relief and did not object.

Wherefore I pray this Court grants this Motion.

Dated: October 5, 2025              Respectfully submitted,

                                    /s/Meghan Kelly
                                    Meghan Kelly, Esquire

34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com