UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly<br>Plaintiff,<br>v.<br>Disciplinary Counsel Patricia B. Swartz, et.al,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 1:21-1490 (CFC) |

**Plaintiff Meghan Kelly's Motion invoking superseding Constitutional law, for good cause requests an extension of time to file a FRCP Rule 60 Motion**

I Meghan Kelly, for good cause and in the interest of justice, pursuant to Amendment I, and V, Article III, Art IV cl 2, US FRCP Rule 6, and any other law the court or parties may use in the interest of justice move the Court to permit me to file a motion to reopen this case beyond the deadline to allow me to fairly petition in this case, and in other cases without government compelled waiver unfairly, given the imminent danger to me, the United States, and the public and private people of our country in light of a schemed overthrow I seek to avert. I incorporate the entire docket of this case herein with specific reference to items outlining my religious belief and poverty creating a substantial burden to access to the courts to file in this and other cases. I aver as follows:

1. For good cause and the interest of justice I seek to extend the time to file a FRCP Rule 60 Motion beyond the filing date.

2. This case closed on Nov. 25 2024, the date the rehearing was denied before the US Supreme Court in *Meghan Kelly, Petitioner v. Disciplinary Counsel Patricia B. Swartz, et al.*, No. 23-7372. The date a FRCP Rule 60 Motion must be filed is by or before Nov. 25, 2025.

3. I have good cause to file a FRCP Rule 60 Motion. Manifest injustice would a result by a denial. Poverty, limited time, resources, means and religious beliefs substantially burden my ability to file a FRCP Rule 60 motion fairly in accord with 5th Amendment due

process by the deadline and causes a substantial burden preventing me from fairly petitioning in multiple courts as an impossibility should this court not grant an accommodation in terms of time. I desire to file n amicus brief or an actual law suit probably in DC because I want to protect this court from being attacked by Article I and II members to affect outcomes in cases. I believe filing amicus briefs in JGG v Trump may not only protect the DC courts, but this court and all federal courts. I would like an opportunity to try please. An accommodation is required to prevent obstruction to fair access to the courts, including in other cases. US Am. I, V.

4. The time to file a motion to reopen is by or before November 25, 2025. FRCP 6(b) provides;

> "5. (b) Extending Time.
> (1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.
> (2) *Exceptions.* A court must not extend the time to act under Rules 50(b) and (d) , 52(b) , 59(b) , (d), and (e), and 60(b) .

5. While FRCP(6)(B)(2) expressly provides, "A court must not extend the time to act under certain rules including Rule 60(b), and I seek an extension of time to file a motion under 60(b), I assert superseding Constitutional laws that prevents the application of this rule as applied to me in this rare instance. In order to uphold my right to fairly petition under my asserted legal power under Article III, Article IV Cl 2, US Amendment I and V which supersedes the Court's FRCP rule 6(b), this court must render the exception null and void as applied to me in this instance.

6. *Marbury v Madison* 5 U.S. 137 (1803) or 1 Cranch 137 (1803) outlined the inherent power the Constitution vested in federal courts power to void any law that conflicts with

the Constitution, as applied or per se. Chief Justice John Marshall wrote that "a law repugnant to the Constitution is void," Id. The application of FRCP R 6(b) violates my asserted right to fair access to the courts.

7. *Marbury v Madison* did not create new power, but outlined the inherent power that arose when our nation was created in 1791 with the passage of the Bill of rights that granted the public and private people the Constitutionally vested legal power under Article III, Art. IV, US Am I, V to activate the court's power, without which the court would have no power.

8. The United States was not formed in 1776 with the following 8 Presidents before George Washinton John Hanson (1715-1783), Elias Boudinot (1740-1821), Thomas Mifflin (1744-1800), Richard Henry Lee (1732-1794) John Hancock (1737-1793), Nathaniel Gorham (1738-1796), Arthur St. Clair (1737-1818), Cyrus Griffin (1748-1810) served as President of the United States in Congress Assembled for one-year terms under the Articles of Confederation. [1]

9. The Articles of Confederation is the precursor for the Constitution established more fully to transform and create a new type of government with the passage of the Bill of Rights in 1791 by the fairer rule of law with the grant of a Constitutionally vested legal authority in persons to petition in accord with due process to resolve grievances in accord with Article III.

10. The United States government was **not** founded in 1789 with the first President George Washington. Nor was the United States founded by the Judiciary Act of 1789, which is not what granted the Courts power to say what the law is. See, Marbury v Madison, 5 U.S. 137 (1803) ("It is emphatically the province and duty of the judicial department to say what the law is")

[1] See, https://www.constitutionfacts.com/us-articles-of-confederation/presidents-who-served/

11. Instead of these rebutted theories not based on truth, the United States was formed in 1791 with the foundation of Constitutional legal grant in the people to assert the rule of law by the civilized fairer means of the petition before an Article III court in a case and controversy. US Am I, V.

12. Without a petition, the court is powerless to say what the rule of law is. The petition is what empowers the Courts to uphold the rule of law. It was until the Constitution legally vested a civilized means to petition that our country was established based on the rule of law that limits the government and private peoples to restrain human sacrifice and slavery for material gain even knowledge.

13. Thus, the United States was founded in 1791 with the establishment of the rule of law based on US Am I, V, and Art III, and is sustained and maintained so long as the rule of law is not dissolved.

14. There are Article I, II and even III threats to degrade the rule of law to allow for a schemed overthrow of these United State which is preventable and reversible because it is planned by insurrectionist designs even before this country's birth. Anything planned by man may be unraveled to prevent additional wrongs, including dissolution of the United States.

15. The rule of law is what preserves the United States. President Trump and other government officials are ignorantly, intentionally or indifferently aiding and abetting in a real overthrow even if they do not know or understand by seeking to eliminate or dissolve the far power of the petition in an article III forum, which activates the rule of law without which there is lawlessness and reign by tyrannical social, physical or economic pressures like the devil seeks to control people in the Bible by temptations. This lawless rule is also outlined by Alexander

Hamilton who appeared to believe the snake Lucifer's false gospel in Genesis 3 and Matthew Chapter 4 and the double talk of enlightenment thinkers not based on truth but deception.

16. Federalist 78's theories are based on believing lies as truth that misleads and deceives people to commit lawlessness under the lie of freedom, consent, social contract or other legal fiction. It is my genuine religious belief the theories in Federalist 78 misleads people, especially government employees into sinful thinking tempting the people to harm one another, die than risk loss of eternal life in the fires of hell on judgment day. It is possible founder Alexander Hamilton's theories and ideas are wrong. After all the founders disagreed with one another. The founders are mere fallible men not gods or demi-gods. It is possible that Alexander Hamilton was incorrect in his assertions of theories not facts or truth in federalist 78. The purse strings and sword are not checks upon the judiciary or the people, but rather may be used as controls to eliminate freedom and impartiality required by the bill of rights if they remove the fair petition in Article III courts by threats or rewards to control a no longer free people or court.

17. President Trump and Congress have attacked judges, petitioners like Jack Smith, government attorneys, private attorneys and abused their Article I and II powers to degrade the rule of law that sustains these United States. I disagree with Hamilton, and I disagree with the courts should they hold falsehoods are truth that misleads the honorable courts to harm themselves and the country. Being human means none of us our perfect. Allowing us to petition to right wrongs, even errant beliefs based on fallacies, allows us to improve with humility, while upholding the legal power of the people that makes this nation a freer, fairer, more just government which should not be dissolved to cover up unjust controls in the money making and distribution which eliminated freedom even at the nation's inception by the debt provisions contained in the Constitution. Alexander Hamilton wanted to rule and control the people through

banks. He sought to inhibit freedoms and built in poisonous seeds into our government to allow it to dissolve when money could not be paid back to who it is due in mass, in order to make us a debtor people, with resources, property and people who are slaves to creditors upon the complete dissolution of the United States should the civilized rule of law by the petition not be preserved.

18. Besides the inherent Constitutional powers of the Court to void federal rules of civil procedure Rule 6(b) to uphold the Constitution as law to preserve my legal power to petition fairly in this instance, the Constitution grants a more express command upon the courts.

19. Hamilton wrongly averred the courts are the weakest branch. I assert the courts are the mightiest branch. Though the judiciary's power is limited by the symbiotic relationship with the people through the petition, there is no nation, and there is no Constitutional law that forms and sustains the government of the United States without the courts. Thus, it is important that I have an opportunity to petition outside of this case to preserve the impartiality of the courts from threats.

20. The Supremacy Clause, found in Article VI, Clause 2 of the U.S. Constitution, establishes that the Constitution, federal laws, and treaties are the "supreme Law of the Land," taking precedence over conflicting state laws. The Supremacy Clause has been extended to hold that the Constitution takes precedent over conflicting federal laws which includes the conflicted Federal Rule 6(b) as applied.

21. Federal courts can and must void FRCP Rule 6(b)'s exception as applied to me. The rule does not adequately address the grave issue of preserving the rule of law to prevent a planned overthrow in this instance, and since the rule conflicts with a fundamental principle of justice. Wrongs cannot be righted if no one can fairly use the civilized means to petition in

accord with due process due to inferior rules causing obstructions to access to the courts, as applied to prevent and reverse great wrongs.

22. I previously asked the Defendants their stance to this motion and even alerted the court in an affidavit I would ask Defendants' counsel, and on October 29, 2025 I asked again per the attached email. The parties have no position on this Motion or did not respond with an opposition to my requests. The attached email provides:

> "Second time requested stance Extension of time to file a FRCP Rule 60 21-1490 Kelly v Swartz
> From:Meg Kelly (meghankellyesq@yahoo.com)
> To:ryan.costa@delaware.gov
> Cc:meghankellyesq@yahoo.com; usapae.usattorney@usdoj.gov; dylan.steinberg@usdoj.gov; matthewkosiorek@comcast.net; darin.mccann@coastalpoint.com; supremectbriefs@usdoj.gov; braddgrossman@gmail.com; drew.c.ensign@usdoj.gov; cbarrish@whyy.org
> Date:Wednesday, October 29, 2025 at 07:18 AM EDT
> Hi Ryan,
>
> This is the second time I requested your stance on a motion for an extension of time beyond the deadline to file a FRCP Rule 60 motion to reopen the case, and on a different note perhaps to allow a US or state DOJ to file on my behalf if I am prevented from reopening the case by my own volition, for instance if I am detained, obstructed from doing so, or even killed. DOJ have legal authority for additional related claims under 18 USC 242, et al, and may seek equitable relief or nominal damages instead of hefty fines and imprisonment in the interest of justice. There is also legal authority to allow someone to represent interests on behalf of someone else in Constitutional law I might try to retrieve if needed.
>
> 24 State's allegedly brought a lawsuit which may vitiate part of my standing to sue to require the federal government to fully pay the US DOJ, the courts, federal debt owed to the states (before mass layoffs at the states trickle down with the planned goal to supplant elected officials with AI and surveillance technology more quickly than expected for a foundation for a real overthrow) and to fully fund federal employees without stealing by indebting the people to pay it back plus interest unjustly. There is a legal means to fully fund the government, but AGs are threatened by the administration should they restrain the administration or go against the whims of Trump.
>
> I might have to file a lawsuit even in DC or DE to make sure courts are fully paid, and the cancellation of EBT grants me partial standing. I could make other arguments for standing too, but this may allow me to prevent harm and death to others by hunger and create more permanent protections for the Courts and DOJs.
>
> I want to create a foundation to protect my opponents like creating case law that extends the attorney rules exception to allow DOJ to be protected even from the President should they inform the court of use of lawsuits with the goal to commit a crime or treason or an overthrow intentionally, ignorantly or ignorantly. We have to protect the attorney generals right to fair petition

and 13th Am, and other rights or they will be used and thrown away after the transition to a military state then ending it for a surveillance AI social credit state.

I want to create other opportunities for Art III courts to protect petitioners fair right to petition especially the Attorney Generals right to petition fairly without government threats, firings or other retaliation especially from their government clients, who they may be prevented from protecting because the client President carries a veil of threat to adhere to his whims or else.
I am not sure of how I will use the ability to potentially file amicus briefs and perhaps an actual law suit to fully fund the government, but I know that I should ask you now in good faith.

Since people have talked about shooting me, the democrats asked me not to run for office, and I am being disappeared from history like I never ran for office by the government and papers stating no one ran as a democrat in the 38th district the past 10 years when I did in 2018, it is not far fetched that I might be prevented from reopening the case myself by obstacles to access to the courts or otherwise.

Thus, I think it prudent to potentially allow a state or US DOJ to possibly reopen the case on my behalf should I be killed or otherwise. People talked about killing me because they thought my religious political beliefs were repugnant.

I have other concerns and more concerns and issues will likely arise that are designed to dissolve the rule of law that sustains these United States by slow degrading and transition into ruling lawlessly by temptations social, economic and physical pressures (like naughty thinking of Alexander Hamilton's federalist 78) to force the people to comply or go without, with no laws to protect life and freedoms as they are slowly degraded if not stopped by petitioners who empower the courts to save the country from schemed overthrow.

I reserve the right to act as needed, and am not delaying in bad faith. I have not slept well for over a week due to other threats. I need time to figure out how to protect the courts the petitioners, the country, and my ability to exercise religious beliefs without waiving one petition for another by gov backed threats.

I am thinking it would be better to file in DC than DE to fully fund the gov by amicus first. Then if things worsen by complaint, but I reserve the right to change my mind. I think the DOJ will be used and thrown away if I do not try to find a way to protect them. I haven't figured that out and need time to do so.

Excuse the typos please. I have not slept and am acting in haste to avoid potential imminent harm.

Thank you Ryan. I am not feeling so well. So, I also need time to take care of myself and alleviate stress on my family.

I am not trying to destroy anyone here. I am trying to protect the court and all parties even when I seek to correct folks to uphold the rule of law that sustains the Country, their positions and the restraints even on government and government backed partners agents from human sacrifice and slavery that makes us a freer more civilized form of government.

Meg
meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939”

23 I sent a follow up email I attach herein and incorporate herein by reference outlining some issues unaddressed by the court lie Constitutional arguments relating to Disciplinary proceedings and rules, Constitutional and legal infractions during the discipline, terminating of witnesses and presenting their testimony and more, and reserve the opportunity to plead at a later time to reopen with additional information. Nevertheless, time is of the essence to petition in other courts, which I should not be obstructed from doing by the need to file in this court to preserve the opportunity to petition fairly if at all to prevent imminent harm that extends to other people and the government. Should a complaint actually be accepted, I might be drawn out in a lawsuit against President Trump and Secretary of Treasurer Bessent to compel the President through his agent to fully fund the federal courts which they appear to seek to defund to evade the Constitution's restraint upon Art I and II members. I do not have the means to afford paper in that case and in this case. Thus, I seek to delay filing something to prevent an impossibility of fairly petitioning here and in other cases. The amount of time is unknown because if a complaint sticks against Trump or if I file amicus briefs first especially at USSC in JGG v Trump, I may be drawn into petitioning in another case for an extended time.

24. On Oct. 1, 2025 the government has defaulted on passing a budget causing a shut down. The federal courts, US Attorney generals, federal officials and state officials expecting federal funds may not be paid.

25. On November 1, 2025, federally supported food benefits funded through social security will be stopped due to the shutdown. I will not receive food benefits. I have standing now to file a petition to compel Trump and the Treasurer to fully fund EBT fairly, by arguing a new coining method while preventing the stablecoin which will be used in the overthrow.

26. On October 28, 2025, 24 states filed a lawsuit to compel payment of EBT.[2] Additional states have joined or are considering joining since the filing.[3] I only have a limited time should my standing be removed is to this issue if the case gets to the US Supreme Court by President Trump's predictable frequent use of appeals and is preserved to file for a writ of mandamus to require Trump and applications before single judges to evade grant of a fair proceeding below, a fair full opportunity to be heard by rapid fire appeals.

26. Once the new system stablecoin completely changes the current system, I may not be able to persuade a court to coin correctly to prevent slavery debt to uphold freedom instead of the new system where no one will be free and ultimately there will be an elimination of private ownership of property.

27. The Court's power to say what the rule of law is, is symbiotic to the people's power, including my power to fairly petition.

28. Thus, I have standing to prevent Trump from weakening the Court by not paying federal staff and federal judges while paying the two other branches in government congress and the President, especially since the intent of the president is to evade the law since he expressly said he was considering declaring an insurrection if the courts did not rule to his whims.

29. I was thinking about filing an amicus brief first because I am not trying to destroy President Trump. I think he is being tricked to give into temptation to harm himself to be used by others. I would probably file something against trump and Bessent to to coin money under 31 U.S.C. § 5112 (k) without debt or interest and without regard to the private entity the Federal Reserve.

---

[2] https://storage.courtlistener.com/recap/gov.uscourts.mad.290958/gov.uscourts.mad.290958.1.0.pdf

[3] https://www.youtube.com/watch?v=pkbXmBHvDZ8

30. The US Supreme Court said President Lincoln's greenbacks coined without debt or interest were legal.[4] His coinage prevented economic harm and worked as currency for 50 years or so. Thus, a similar solution could prevent economic harm that allows for an economic crash and overthrow of the country now.

31. I have to put it on paper which is hard given my limited means. My electricity is not working in my garage and in a couple of outlets upstairs. I am so poor I cannot afford insurance. So, I turned in my tags. Even if I had my tags, I cannot easily open or close the garage door since the electricity does not work. I am in hard position, but I care to preserve the courts, even if the courts disagree with me. I believe in preserving the rule of law and protecting those who disagree with me too. Otherwise, we all would be forced to conform to acceptable beliefs and exercise of beliefs if only some beliefs and acts were protected in contravention of the 5th Amendment Equal Protections component. May I please have an opportunity to try.

32. The parties have no position on this Motion or did not respond with an opposition to my request.

33. This Court has inherent equitable powers over their process to prevent abuse, oppression, and injustice. *Gumbel v. Pitkin*, 124 U.S. 131 (1888); *Covell v. Heyman*, 111 U.S. 176 (1884); *Buck v. Colbath*, 70 U.S. 334 (1865); *Krippendorf v. Hyde*, 110 U.S. 276, 283 (1884).

34. The Court's inherent equitable powers may be required to preserve its own power to say what the rule of law is by Article I and II threats.

---

[4] Knox v Lee, 79 U.S. 457 (1871) overturning Hepburn v. Griswold, 8 Wall. 603, 623, 19 L.Ed. 513.

35. The President has attacked and threatened the Chief Judge Boesberg in JGG v Trump to affect the outcome of the case at trial level, and created innuendos of threats at the appellate and Supreme Court level, in violation of due process. US Amend I, V.[5] A Defendant in that case US Attorney General Bondi filed a judicial complaint with the DC Appellate Court to threaten Boesberg and create inherent threats to the appellate judges to affect the outcome of the case unfairly.

36. In addition, law makers have threatened the DC Chief Judge Boesberg, with innuendo of threats to Appellate and Supreme Court judges, with the intent to affect the outcome of the case by drafting articles of impeachment against the judge in this case, drafting or proposing laws to remove the authority of judges to grant relief in cases where Trump is a party in violation of Equal Protections, and by Speaker of the House's statement inferring he could defund the judge in this case to eliminate Chief Judge Boesberg to prevent decisions it disagrees with usurping Article III parties' right to fairly petition without government threats to force the outcome of cases to favor the government essentially eliminating the Constitution as law supplanted by the partial whims of one man, President Trump. [6]

37. Defendants' agents indicated they may declare habeas to specifically force the outcome of this case in their favor.

---

[5] https://www.washingtonpost.com/opinions/2025/03/23/letters-trump-boasberg-alien-enemies-act/

[6] https://www.congress.gov/bill/119th-congress/house-resolution/229/text , https://fedsoc.org/commentary/fedsoc-blog/proposed-legislative-limits-on-nationwide-injunctions (In the Senate on March 24, Senator Josh Hawley introduced companion legislation, titled the "Nationwide Injunction Abuse Prevention Act of 2025," that prohibits federal district courts from issuing injunctions in circumstances that likely violate equal protections) https://www.nbcnews.com/politics/congress/speaker-mike-johnson-floats-eliminating-federal-courts-rcna197986 ,

38. Specifically, on Friday, May 9, 2025, per the article contained at https://www.democracydocket.com/news-alerts/trump-looking-suspending-habeas-orpus-miller-says/ :

> "The Trump administration is looking into suspending people's right to challenge their incarceration in court, to carry out President Donald Trump's mass deportation efforts, White House aide Stephen Miller said Friday.
>
> 'The Constitution is clear, and that of course is the supreme law of the land, that the privilege of the writ of habeas corpus can be suspended in a time of invasion, so it's an option we're actively looking at," Miller said. "A lot of it depends on whether the courts do the right thing or not.'"

39. I believe the Courts and the parties in this case will face irreparable injury in terms of loss of Constitutional liberties of Article III, and 1st and 5th Amendment due process opportunity to be heard before their lives or liberties are vitiated including the First Amendment right to petition in other cases or concerning other rights.

40. Meghan asked both democrats and republican State attorney generals to file amicus or otherwise intervene to protect the integrity of the courts by preventing government threats to judges like New York State Supreme Court Judge Merchan's daughter, Chief Judge John James McConnell Jr. of the United States District Court for the District of Rhode Island, or the judge in this case to influence or force the outcome in cases. To her horror, none intervened. Far worse, 25 state attorney generals wrote in support of overturning this Court's orders on amicus at the US Supreme Court level in this case.

41. Federal attorney generals are forced to be beholden to Trump. Some are sitting attorney generals in each district without nomination and confirmation until nominated by Trump to secure a permanent seat. Even if they secure the seat information in the 2025 playbook led me to believe that Trump through his agents will seek to fire or retaliate against anyone who appears to think differently than Trump. Thus, their job to protect all federal government officials including the judiciary is chilled by government innuendoes of threats and force in violation of

even the public's right to petition fairly in accord with the due process. US Amend I, V. My right to petition has been chilled too, based on viewpoint of speech contained in petitions.

42. I have a special interest in filing in JGG v Trump and in filing a lawsuit against Trump in DC. Yet it is scary because I was punished for trying to sue him to uphold the Constitution's restraints upon the government's establishment of government religion. My DE license to practice law was placed on inactive disabled but for my religious freedom restoration act lawsuit against President Trump where I sought to alleviate a substantial burden upon my exercise of religious beliefs.

43. The State found the religious beliefs I sought to protect from government burdens to be not only unworthy of protection but a disability. It is rather insulting that the state found my religious belief in Jesus so odious as to take away my right to buy or sell as an attorney.

44. I am scared of more retaliation for even filing pleadings to this court. I have been in fear of petitioning against Trump a second time since I am punished for suing Trump in the state of DE. It is scary. People talked about shooting me based on political/religious beliefs. I may be the only one who empowers the court to save itself, and thereby save all people's fundamental freedoms.

45. The Court's power is activated by the exercise of private and public people's use of the petition. The government eliminates the petition by chilling dissidents to be above the Constitution as law unfairly. Trump targeted law firms and essentially extorted them to unwillingly commit to pro bono or forced support to his agenda or face economic, social or other government created harm not limited to Skadden law firm. [7]

[7] US Amend XIII, For example, See, EO 14250:*Addressing Risks From WilmerHale*, https://www.govinfo.gov/content/pkg/FR-2025-04-03/pdf/2025-05845.pdf

46. It is the rule of law, that founded, sustains and maintains these United States, which will be dissolved if the courts do not preserve it. I do not believe anyone but me will ask the court to prevent threats to judges to unfairly affect the outcome of cases but me, since I asked others to do so. No one did except me.

47. It is imprudent to think retaliatory cases in civil litigation would resolve the issue. Instead, it will give congress and the executive branch more ammunition to attack the courts on recusal issues or personal fabricated attacks to cheat to win where the court will be harmed. It is the right to petition before an impartial, not threatened partial towards self-preservation Court, that makes us a freer people to petition to protect our right to life and liberty without human sacrifice or slavery under the falsehood of the common good or public good, or the lie mob rule through the vote is implied consent.

48. I ran for office in 2018 because I discovered nonlawyers were lawyering and harming the state. Then, I discovered a plan to not only eliminate lawyers but judges too, in order to allow for the dissolution of the United States. See Exhibit 8B to Motion for leave of a Pro hac vice exception incorporated herein.

49. In JGG v Trump the government is kidnapping people and throwing them in horrific concentration camps without due process, eliminating the fair petition and power of the courts which lays the foundation to eliminate the courts and the rule of law that founded, sustains and maintains the United States.

50. There is an overthrow schemed. The Courts are our hope of a hero. They appear to be doing a great job at upholding the rule of law in the face of threats, but no one has

---

Also see, Ex Or. No. 14246: *Addressing Risks From Jenner & Block*, March 25, 2025, and Ex Or 14244: *Addressing Remedial Action by Paul Weiss*, March 21, 2025

petitioned to protect those who protect our freedoms by civilized means judges and petitioners from Article I, and II members' overreach. Accordingly, I respectfully ask for permission to fairly file in another case to protect the pay of courts, and possibly to file amicus to protect the courts from Art I and II attacks in DC or the USSC appeal of JGG v Trump.

51. On May 22, 2025 Chief Judge Boesberg kindly granted me permission to file the amicus brief at DI 130-11, deemed filed at DI 132, and later reentered separately at DI 143 on May 28, 2025.

52. Since then, more issues and imminent harm to the security of the nation have arisen, so much so, that I was uncertain as to which issue to ask the parties and the court to address in their discretion. So, I sent various emails and asked for the parties' stance on different various issues for additional potential proposed amicus briefs not limited to the email where I stated in part:

> "Do you have an opinion on the following arguments to prevent the planned overthrow 1. how to prevent or reverse the crash to fully fund the government and its creditors without taxes, 2. prevent a military state 3. prevent a surveillance state, 4. prevent use of disciplinary proceedings to chill or commandeer outcomes of cases not limited to Bondi's complaint against Boesberg and the apparent [threat of a] complaint against Trump's attorneys, 5. deem private partners government agents not protected by the contract clause of the constitution applicable to the states but limited to the constitution under the 14th Am especially to prevent the planned overthrow.
> It is horrific that Trump is suing Comey and forced removal of a US AG in VA to commandeer a no longer fair right to petition by the public by government force. Thus, I believe we must protect our opponents to help them by free to do what is right.
> Trump is so scary I would not put him past killing his opponents even former attorneys for treason.
>
> I sent emails to the DOJs previously, but did not think about 5th amendment violation of due process by an actual Government defendant Bondi to use professional force by filing a complaint in the appellate court too.
>
> The goal is to restore the only check on all three branches limited powers, the petition in accord with due process in a case and controversy. US Am I, V, Art III. I want to restore and protect the power of the petition by the people, including public people's attorney generals who are used and thrown away by all three branches based on viewpoint of speech.

Sorry for being so slow. I take the budget default seriously and know there is a way to reverse it."

53. It is likely that the parties and the Court may accept additional amicus briefs which would be prudent to file before filing a complaint as possibly unnecessary should the issues be resolved to eliminate due process pressures towards defunding the court in that case.

54. Pressures have increased by Trunp's reign by violence instead of by law in impartial forums. On or about September 30, 2025, President Trump gathered with 800 military leaders in Virginia to discuss plans to *inter alias* wage war on the American people, the United States government and state governments under the guise service to Trump is serving the country. Secretary Hegseth specifically stated "We all serve at the pleasure of the President."

55. During the military meeting President Trump addressed 100s of military leaders and spoke of "the war of within." Trump indicated the US is under invasion from within, and alluded to democratic blue states. [8]

56. The "internal threats" lingo at the 9/30/2025 military meeting alludes to Trump's intent to wage war on the American people based on political association or even religious belief which does not align to the Defendants' in this case.[9]

57. On April 28, 2025, President Trump passed two executive orders to use against governments in sanctuary cities by *inter alias* commandeering local police to go after state or

---

[8] See time at the following link containing the September 30, 2025 military meeting at https://www.facebook.com/ABCNews/videos/1218472383374847 at 1 (hour):34-48 (minutes) and 1:37. President Trump alluded to alleged unlawful immigration. Later he referred to named sanctuary cities. Trump said the military "will go there," meaning to the sanctuary cities US Attorney General placed on a list to the DOJ web site on Aug 5, 2025. President Trump said, "It is a war there," meaning in sanctuary cities. Id. At 1:38. Trump repeated the "war within" lingo. Trump said I told Pete we should use the national guard for the immigrant problem. 1:39-41. Trump said Portland, Oregan looks like a war zone. 1:40-42. At 1:45 Trump talks about an executive order he passed to control the enemy within to "quell civil disturbances." At 1:46 Trump alludes to using the military to maintain domestic peace. At 1:49-50 Trump said he would defend the people from "horrible plague of threats from within." At 1:51 Trump says twice we will have great "peace through strength, peace through strength." About 2 hours in Trump says he created a committee on peace and the UN referred to him as "the president of Nato." 2:57-59.

[9]

local government officials. *Citing*, *EO 14287: Protecting American Communities From Criminal Aliens* and *EO 14288: Strengthening and Unleashing America's Law Enforcement To Pursue Criminals and Protect Innocent Citizens*

58. These two executive orders will be used against Sanctuary cities and states who do not comply with Trump's whims.

59. On August 5, 2025, the DOJ released notice of its intent to invade sanctuary cities in an attempt to give due process notice before executing on the law the president not congress drafted and signed on April 28, 2025 on the DOJ web site.

https://www.justice.gov/opa/pr/justice-department-publishes-list-sanctuary-jurisdictions

60. The DOJ sanctuary forum list includes the following **states:** 1. California, 2. Colorado, 3. Connecticut, 4. Delaware, 5. District of Columbia, 6. Illinois, 7. Minnesota, 8. Nevada, 9. New York, 10. Oregon, 11. Rhode Island, 12. Vermont, 13, Washington, the following counties: 1. Baltimore County, MD, 2. Cook County, IL, 3. San Diego County, CA, 4. San Francisco County, CA, the following cities, 1. Albuquerque, NM, 2. Berkeley, CA, 3. Boston, MA, 4. Chicago, IL, 5. Denver, CO, 6. East Lansing, MI, 7. Hoboken, NJ, 8. Jersey City, NJ, 9. Los Angeles, CA, 10. New Orleans, LA, 11. New York City, NY, 12. Newark, NJ, 13. Paterson, NJ, 14. Philadelphia, PA, 15, Portland, OR, 16. Rochester, NY, 17. Seattle, WA, 18. San Francisco City, CA.

61. Late September 2025 Trump declared war against Portland Oregan and granted the military permissions to use deadly force if needed. Since then, the Oregan District Court in State of Oregon, et al. v. Trump, et al. stayed his use of the military, but then the 9th Circuit

allowed it by enjoining the stay on Oct. 20, 2025.[10] However, the 9th Circuit retracted its decision on Oct. 24, 2025 and held, "Without objection from the panel, the court's October 20, 2025, order granting a stay pending appeal (Dkt. 61) is administratively stayed until 5:00 pm on October 28, 2025, to allow the completion of the pending en banc proceedings.[11]

62. The September 30, 2025 meeting of military generals in Virginia was a pep rally for the military before waging war against America and Americans. https://www.npr.org/2025/09/29/nx-s1-5556831/portland-memphis-national-guard-trump-troops

63. Trump is ignorantly, indifferently or intentionally acting as an enemy against the United States and the preempting Constitutional law contained in the Bill of rights and later amendments that founded, sustains and maintains the United States with the grant of the people's legal power of the fair petition to resolve grievances civilly.

64. In August 2025, Trump invoked 32 U.S. Code § 502 (f) to send military or guards to 19 Republican also known as "Red states" to quell alleged unlawful immigration including: 1. Alabama, 2. Arkansas, 3. Florida, 4. Georgia, 4. Idaho, 5. Indiana, 6. Iowa, 7. Louisiana, 8. Nebraska, 9. Nevada, 10. New Mexico, 11. Ohio, 12. South Carolina, 13. South Dakota, 14. Tennessee, 15. Texas, 16. Utah, 17. Virginia and 18. Wyoming [12]

65. On October 6, 2025, Donald Trump threatened to invoke the Insurrection Act if federal courts blocked his administration from deploying National Guard troops to U.S. cities to allegedly protect federal buildings and conduct law enforcement operations. [13]

---

[10] https://storage.courtlistener.com/recap/gov.uscourts.ca9.b3c1c6b0-b390-4c9d-b557-fc5d525fd150/gov.uscourts.ca9.b3c1c6b0-b390-4c9d-b557-fc5d525fd150.61.0_2.pdf

[11] https://storage.courtlistener.com/recap/gov.uscourts.ca9.b3c1c6b0-b390-4c9d-b557-fc5d525fd150/gov.uscourts.ca9.b3c1c6b0-b390-4c9d-b557-fc5d525fd150.87.0_1.pdf

[12] https://www.the-independent.com/news/world/americas/us-politics/trump-national-guard-military-states-cities-b2812837.html

[13] See, https://www.politico.com/news/2025/10/06/trump-insurrection-act-national-guard-00595241

66. Per the San Antonio Current, *ICE cranks up weapons spending by 700% during Trump anti-immigrant crackdown. In addition to guns and body armor, records show the agency bought chemical weapons and 'guided missile warheads and explosive components*.' by Sanford Nowlin October 20, 2025:

> "From Jan. 20 — Trump's Inauguration Day — through Oct. 18, ICE spent $71.5 million on weaponry, primarily guns and body armor, Popular Information's data dive revealed. In addition, the total included purchases of chemical weapons and "guided missile warheads and explosive components."
>
> In contrast, ICE spent just $9.7 million on similar equipment during the same period last year."[14]

67. It is not a normal function of ICE to use guided missile warheads and explosives, nor is it normal to bring standing armies or marines to states to compel use of force while substantially burdening petitions in courts to uphold laws relating to immigration by chilling the first amendment right to petition unfairly in contravention of due process by arresting people at the courthouse. US Amend I, V.[15]

68. Trump would incite war or attack the courts by the purse strings in bad faith to evade the law. In the meantime, the government defaulted on the budget on October 1, 2025, shutting down payment to federal employees and stopping some federal funds to state and local governments and their agencies. Trump appears to be increasing debt by giving 40 billion to another country for farming. He is doing so to prevent payment to courts to be unrestrained by them.

Wherefore, I pray this Court grants my request so I can try to protect the courts.

---

[14] https://www.sacurrent.com/news/ice-cranks-up-weapons-spending-by-700-during-trump-anti-immigrant-crackdown/

[15] https://missouriindependent.com/2025/08/13/ice-has-a-new-courthouse-tactic-get-immigrants-cases-tossed-then-arrest-them-outside/