# Bloodlines of Illuminati

by:
Fritz Springmeier, 1995

## Introduction:

I am pleased & honored to present this book to those in the world who love the truth. This is a book for lovers of the Truth. This is a book for those who are already familiar with my past writings. An Illuminati Grand Master once said that the world is a stage and we are all actors. Of course this was not an original thought, but it certainly is a way of describing the Illuminati view of how the world works.

The people of the world are an audience to which the Illuminati entertain with propaganda. Just one of the thousands of recent examples of this type of acting done for the public was President Bill Clinton's 1995 State of the Union address. The speech was designed to push all of the warm fuzzy buttons of his listening audience that he could. All the green lights  for acceptance were systematically pushed by the President's speech with the help of a controlled congressional audience. The truth on the other hand doesn't always tickle the ear and warm the ego of its listeners. The light of truth in this book will be too bright for some people who  will want to return to the safe comfort of their darkness.

I am not a conspiracy theorist. I deal with real facts, not theory. Some of the people I write about, I have met. Some of the people I expose are alive and very dangerous. The darkness has never liked the light. Yet, many of the secrets of the Illuminati are locked up tightly simply because secrecy is a way of life. It is such a way of life, that they resent the Carroll Quigleys and the James H. Billingtons who want to tell real historical facts rather than doctored up stories and myths. I have been an intense student of history since I could read, and I am deeply committed to the facts of history rather than the cover stories the public is fed to manipulate them.

I do not fear the Illuminati taking over this country and doing away with the Constitution, because they took over this country long ago, and  the Constitution has not technically been in effect due to Presidential emergency decrees since W.W. II. Being a follower of Christ does not mean we should fear. Perfect love for Almighty God casts out our fear for the  situation He has place us in. Don't think for a moment you are going to vote the Illuminati out of office. They control the major and minor political  parties. They control the process of government, they control the process  of information flow, they control the process of creating money and finally  they control Christendom. (However, God controls the hearts of His people.)

I have provided information on how to respond in some of my other writings. This book will not tell you how to deal with the Illuminati families. This volume is simply the first of two volumes which is published to give an overview of what the Illuminati is. In short the Illuminati are generational Satanic bloodlines which have gained the most power. A generational Satanist described the Illuminati as "Satan's elite."

This book is not written to cause fear. It is not written to provide names for a witch hunt. It is not written to provide another theory. This book is not about a theory. It is about the secret occult oligarchies  which rule the world. When brought together, the facts of this book will begin to speak for themselves without me. I don't ask that you take my word. Investigate for yourself. God Himself has told us that the whole world lies in the power of the wicked one. Some people after they have read my material have gone out into their own geographic area and seen for themselves that a small group of people control their nation and the world from behind the scenes. They have seen for themselves the power that secret societies exercise from behind the scenes.

This book will not be error free. There will be typos, and misspelled names, and errors of various kinds. The author is not God Almighty. I do not have every hair on these people's heads counted. This book has not been put out with the luxury of ghost writers, editors, a paid staff of researchers and a large budget. I look at many trivial projects which the elite are able to pour millions of dollars into, and I look at the research I do when at times I've not had a dime to photocopy some document I want. There is so much for me to communicate about the Illuminati, who  they are, what their rituals are like, and how they control the world that it has taken several years of writing to begin to give people a fully cohesive picture.

Finally, after a number of requests that I assemble my writings exposing the top 13 Illuminati bloodlines, I have taken the time to put it all together in a book with a comprehensive index. History is important. In order to know where we are going, we need to know where we have been. To control the past is to control the present. The Illuminati's control over the entire learning process from cradle to grave gives them great ability to shape our frames of references. Jesus spoke about historical things. Paul reminded people of historical things. Josephus wrote a history of the nation of Israel.

Long ago in the dark unwritten pages of human history, powerful kings discovered how they could control other men by torture, magical practices, wars, politics, religion and interest taking. These elite families designed strategies and tactics to perpetuate their occult practices. Layers upon layers of secrecy have hidden these families from the profane masses, but many an author has touched upon their existence. I began my research when I began to get first hand reports from very informed people that an elite group did rule the world. My research into Satan's hierarchy went fast because of my skills as a researcher and because I knew from the beginning from my informants about the reality of what I was investigating. My investigation into the Illuminati, led me to read and pray about thousands of books. The quantity of books, newspapers, magazines and manuscripts and papers which were read to get me to where I am today numbers in the many thousands. I do not know how many nights I stayed up studying and finally collapsed into sleep with blurred red eyes.

I do know that I was driven enough in my study that I often would not stop until my eyes and mind could go no further. Men and women with sharp intellects like Edith Star Miller (author of Occult Theocracy) and Alexander Hislop (author of The Two Babylons) have tried to research the occult world and the connections between the different groups. I first read Hislop's book in 1981. His book shows that there is a continuity between the ancient occultism of the Mystery Religions and modern day religion. Edith Star Miller's Occult Theocracy was very helpful for me to rapidly see some of the many hidden historical and operational connections between occult groups today. Finally, the book Holy Blood. Holy Grail and its first sequel The Messianic Legacy gave me a deep insightful look into the 13th bloodline. But my understanding has been lifted by countless other investigators, who are worthy of praise because they dared to challenge the power structure to get to the real facts. </p>

In mockery and imitation of God's 12 tribes, Satan blessed 12 bloodlines. One of these bloodlines was the Ishmaeli bloodline from which a special elite line developed alchemy, assassination techniques, and other occult practices. One bloodline was Egyptian/Celtic/Druidic from which Druidism was developed. One bloodline was in the orient and developed oriental magic. One lineage was from Canaan and the Canaanites. It had the name Astarte, then Astorga, then Ashdor, and then Astor. The tribe of Dan was used as a Judas Iscariot type seed. The royalty of the tribe of Dan have descended down through history as a powefful Satanic bloodline. The 13th or final blood line was copied after God's royal lineage of Jesus. This was the Satanic House of David with their blood which they believe is not only from the House of David but also from the lineage of Jesus, who they claim had a wife and children. The 13th Satanic bloodline was instilled with the direct seed of Satan so that they would not only carry Christ's blood--but also the blood of his "brother" Lucifer. </p>

One of the bloodlines goes back to Babylon and are descendent from Nimrod. Down through the years the occult world has remained hidden from the history books. (Publishing and education have been controlled privileges.) They have ruled behind the scenes. The Mystery Religions each had their secret

councils which ruled them, and these councils themselves came under the guidance of a secret supreme Grand Council or Governing Body. The Mystery Religions in turn ruled the masses and the political leaders. When I first began investigating the Illuminati a clear picture developed that the history books were doctored, and that great power was concentrated in the hands of oligarchies around the world. But who were these powerful people? I have been repeatedly asked, "If there is a conspiracy who are the conspirators?" That is what this book is about. The history books are full of information about the elites and the masses. Interestingly, upon very close scrutiny and examination the investigator finds that the elite have perpetuated their power for centuries, and have worked hand in glove with other elites to control the masses.

When seen in better light, wars between kings no longer appear as wars between elite factions, but contrived wars to control the masses by their greedy elite masters. But who are these people? The answer may not be the answer some might expect, because power comes in many shapes and sizes. Power doesn't have to have high visibility to be active. In fact, due to the evil dark nature of these evil bloodlines they have traditionally tried to remain secret. I am indebted to people who have stepped out of the generational Satanic bloodlines of the Illuminati and who have given their lives to Christ for many of the tips which got my investigations on the right track. This book tells what many witnesses of generational Satanism would like to tell, but are too intimidated to tell. Witnesses like Tom Collins, and John Todd, and David Hill have tried to testify what they themselves saw--they each were destroyed. But the truth will not die with Tom Collins or David Hill. The truth did not go out of fashion just because John Todd was framed and dishonored by the Illuminati's henchmen. Several people from different places have confirmed that there are 13 Illuminati bloodlines. Further, several ex-Illuminati people have confirmed my list of 13 families.

It is possible that my list is off on a name or two, but if it might be off, it can not be off much, if any. I believe the facts speak for themselves. As you study these bloodlines you will also see how powerful they are. David Hill, who was investigating the Illuminati, lost his life because he had been close to the inside as a high ranking Freemason who worked for the Mafia.

I received David Hill's research manuscript two years after I had begun reporting on the 13 families. David Hill had done what I had originally done. He had asked questions and began to dig into who pulled the strings in this country. Both David and I discovered the names of some of the more obvious powerful families. For instance, in David's notes he writes, "Yes, it is a fact: the Mellons, Carnegies, Rothschilds, Rockefellers, Dukes, Astors, Dorrances, Reynoldses, Stilimans, Bakers, Pynes, Cuilmans, Watsons, Tukes, Kleinworts, DuPonts, Warburgs, Phippses, Graces, Guggenheims, Milners, Drexels, Winthrops, Vanderbilts, Whitneys, Harknesses and other super rich Illuminated families generally get along quite well with Communists, who supposedly want to take away the wealth of these men and give it to the people.

However, this is only double talk designed to bolster the superstructure of delusion that Communists are the enemies of all Capitalists. But Communists, like the super rich families, are not the enemies of MONOPOLY CAPITALISM: they are the foes of FREE ENTERPRISE." (Untitled manuscript of David Hill, p. 215.)

My research had already entered another dimension beyond David Hill's, because people trying to escape being part of the Illuminati had given me the 13 family names. But each round of validation I have received is a pleasant encouragement that others have seen the same things. It was a pleasant surprise to see that this researcher had singled out some of the same families as I had. Some of the allied families if not all of them probably have intermarried somewhere with one of these bloodlines.

Because this book is a collection of things which I have written over the years allow me to review what was written. In 1991, I first self-published my Be Wise As Serpents manuscript which exposed the top 13 families. In 1992, I began my newsletter to continue exposing the Illuminati, and came out with some monographs exposing the Monarch Mind Control program and the Illuminati Plans/methods to create earthquakes. From the mid-Dec. '92 newsletter up to the most recent ones in

3

1995, I have ran feature articles exposing the different top 13 families. This book is a collection of things, I, Fritz Springmeier, wrote between 1991 and 1995 about the top 13 families.

· PREVIEW OF VOL. 2

Besides feature articles about the top 13 families, I have also written articles about the Illuminati in general. When I went to assemble what I had written on the 13 families, I realized that much of what I'd said was in the content of articles about the Illuminati in general. I made the decision to use the approximately 250 pages I'd written specifically about the 13 families as Book #1, and what I had written in general about the families, which was also 200 plus pages as Book #2. Volume two will explain how the Illuminati control the world, and what some of their beliefs are, and about their secret and semi-secret organizations.

The two books will provide perhaps the most indepth complete picture of the 13 top Illuminati families that has been done to date. In fact, I know of no other book which is devoted to exposing the top 13 Illuminati families. In Volume two, you will read about Illuminati life, Illuminati control, and Illuminati organizations including the ACL, the Bohemian Grove, the Cosmos Club, the CFR, the Club of Rome, the Council of 9, the Council of 13 which is the Grand Druid Council, the Jason Society, the Jason Group, the Ordo Saturis, the OTO groups, MI-6, MJ-12, the Mothers of Darkness, the Pilgrim Society, the Prieure de Sion, the Process Church, the Sanhedrin, the Temple of Power, and other groups. These two books will give the details behind what was written, "the whole world lieth in wickedness" and that the god of this world is in its full reality Satan.

Grace and peace be with you
Fritz Springmeier, Feb. 10, 1995

4

# Bloodlines of Illuminati

By

Fritz Springmeier

## Chapter 1: THE ASTOR FAMILY

The original founder of the Astor fortune was John Jacob Astor (1763-1884). John Jacob Astor was born in Walldorf, Duchy of Baden (Germany) from a Jewish bloodline. The Jewish origins have been hidden, and quite a number of various ideas of the Astor's heritage have been put into circulation by the Astors. John Jacob Astor was a butcher in Walldorf. In 1784, he came to America after a stop over in London, England. Although the story is that he came to America penniless--and that may be true--he soon joined the Masonic Lodge, and within 2-3 years had become the Master of the Holland Lodge No. 8 in N.Y. City. (This Holland Lodge is a prominent lodge in that many of its members have good connections to the Illuminati elite. An example of just one Lodge #8 member is Archibald Russell, 1811 - 1871, whose father was President of a real hotbed of Illuminati action for many years: The Royal Society of Edinburgh).

By 1788, Astor was a master of masonic lodge#8. This is rather interesting considering Astor could not speak Englishwhen he arrived in America, and supposedly was very poor. John Jacob Astor was always very famous for being coldhearted, anti-social, "a man who didn't have charm, wit or grace." (This quote comes even from a relative of the DuPont family who wrote a sympathetic Biography entitled The Astor Family.) If this man lacked social graces and was so cold, and was so poor during his first years in the U.S., why did he rise to such prominence in Freemasonry? Certainly not because of his social graces. For instance, one time later in life at a meal given for elites, when his hands got dirty at the table he reached over and used the shirt of the man beside him to wipe his hands. The original financial break came by carrying out a series of shady and crooked real estate deals in the N.Y. city area.

The next breakcame when two men who are now known to have been in the Illuminati gave John Jacob Astor a special government privilege. The two men were Pres. Jefferson and Secretary Gallatin--both Illuminati members. The United States government had placed an embargo on all U.S. ships from sailing with goods in 1807. But Astor got special permission from these two men for his ship to sail with its cargo. His ship sailed and made close to a $200,000 profit in that day's money. Astor strangely profited greatly from the War of 1812, which crippled almost all the other American shippers. Astor also worked together with George Clinton, another member of the Illuminati, on land deals. Even at that period in history, British intelligence worked for the Committee of 300 and for the Thirteen Top Families, it is interesting then, that John Coleman who had access as an intelligence agent to secret documents, discovered that the original John Jacob Astor was also a British secret agent. The Thirteen Families have very intimate roles with the American and British intelligence cults.

Prior to 1817, John Jacob Astorentered into the fur trade and remained the biggest player in the fur tradeuntil he got out of it in 1834. Over the years, he had managed to build up a monopoly. How he managed to push everyone else out is a good question.

Bear in mind, white people had been trapping furs in the New World for several centuries, and the Indians for who knows how long. Then this guy Astor comes along and in a few years totally owns

the whole industry! Again this could only have happened, because the occult power of this Astor family gave them the right. Obviously, others in the Committee of 300 had to step aside, if his position in the hierarchy had not given Astor the right, believe me the other families that originally controlled the fur trade would have gotten rid of Astor. One result of his fur company, was that Astoria, OR was created. Today, perhaps in honor of the family that originally took interest in it, Astoria is a real hot-bed for the secret Satanic covens in Oregon. John Jacob Astor did have a few helpful connections. Three of his relatives were captains on clipper ships. He had connections in London to the Backhouse family. He married a Todd, a family frequently associated with Satanism. His wife, a Todd, was also connected to the influential Brevoort family. And finally for some reason, John Jacob Astor was also on good relations with the politicians of the day, perhaps because most of them were Freemasons too.

For a few years John Jacob Astor had participated in the opium trade, but in 1818-he publicly quit running opium to China. John Coleman in his good book The Conspirator's Hierarchy: The Story of the Committee of 300, p. 131 notes, "John Jacob Astor made a hugh fortune out of the China opium trade .... it was the Committee of 300 who chose who would be allowed to participate in the fabulously lucrative China opium trade, through its monopolistic BEIC, and the beneficiaries of their largess remained forever wedded to the Committee of 300." Interestingly another Top 13 family, the Russells, was also one of the lucky ones to get a slice of the China opium trade. It is clear repeatedly from history that Astor was privy to inside information in the government, and maintained his own courier system. John Jacob Astor bought up large amounts of land in NY which land greatly increased in value. The Financial Panic of 1837 allowed him to foreclose on a large number of mortgages. John Jacob Astor's wealth continued to skyrocket. As one biography said, "When it came to a question of principle versus profit, Astor was a practical man." Put simply, he had no scruples. Astor had a reputation for being a ruthless landlord. He also had the reputation of not paying his legitimate debts. Astor became a banker, and sat on the board of 5 directors of the new national bank that Hamilton created for the U.S. government called the Bank of the United States. Astor owned a large block of the stock of the Bank of the United States. Astor also was fairly active during his life as a Freemason, holding several more key positions in the secret lodge life. John Jacob was the richest man in the United States. Note this reference. Meyers, Gustavus. History of the Great American Fortunes. London: Stationers Hall, 1909, p. 147 said, "Statistics issued in 1844 of manufacturers in the United States showed a total gross amount of $307,196,844 invested. Astor's wealth, then, was one-fifteenth of the whole amount invested throughout the territory of the United States..." Is having 1/15th of all of what American money is invested not rich? John Jacob Astor's descendents had a penchant for secrecy, and set up things to rule from behind the scenes. In contrast, to some of the other top families, the Astors perferred not to sit on boards of corporations they controlled. In 1890, a real estate expert calculated the Astors owned 1/20 of New York City real estate. After making their fortune while residing in the New York area, the Astors by and large have all gone to England. They still wield great financial power in the United States through proxies. Forum Magazine, Nov. 1889, commented that authorities estimated the Astors were worth $300,000, but that that figure had to be an underestimate. Today, my estimate of the Astors is that they are worth about 40 billion dollars. One of the many foundations that the Astors created was the Vincent Astor Foundation, which is controlled from England by the Astors and has in the range of $100 million tax exempt dollars. The Vincent Astor Foundation has typically given to Catholic and Episcoplian needs, among other things. They also give money to agencies opposed to private ownership of guns. They give money to NY's public library. Imagine how much influence that gives them, when the library is receiving regular help for general support? A 1971 Foundation Directory stated that the V. Astor foundation had its present emphasis on preventing juvenile delinquency. Why don't I trust the Astor's in helping out with law enforcement? The William Waldorf Foundation states that its purpose is 'Promotion of mutual understanding and the diffusion of knowledge and culture among the United States and the dominions, colonies, and countries of the British Commonwealth.' This sounds very similar to the public statement of purpose that the secretive Pilgrim Soc. has given out to those who need something about them. Assets for this foundation are a mere $64,000. Vincent Astor (now deceased) was a member of 41 private clubs, To give an idea of how much power just one of the many Astor men wield some of the businesses Vincent was involved

2

include:

director- American Express Company dir. Atlantic Fruit and Sugar Co.
dir. Chase Manhattan Bank (of the Rockefellers)
dir. City and Suburban Homes Co.
dir. Classical Cinematograph Corporation
dir. Cuban-Dominican Sugar Co. dir. Great Northern Railroad
dir. Ill. Central Railroad
dir, Inter. Mercantile Marine Co. dir. National Park Bank of NY
dir. NY County Trust Co.
dir. Weekly Publications Inc.
dir. Western Union Telegraph trustee NY
Zoological Soc.advisor to Bankers Trust of NYmember Amer. Museum of Nat. Hist. member Nat. Instit. of Soc. Sciences(notice these last two like so many elite controlled organizations are heavily involved in the spread of the evolution theory.)

Just like the Rothschilds, DuPonts, and Rockefellers, the Astors always set one of their Astor males as the head of the entire family. This headship is passed down as a birthright within the different branches of the family, just as any King passes on his throne. On the corner of 33rd St. and 5th Ave. (the site later began the site of the Empire State Building) the original Waldorf-Astoria Hotel was built by William Waldorf, et. al. The hotel opened in Mar. 1893. It is described as 'the ultimate in snob appeal.' Later two Astor cousins built the Astoria (another even taller elite Hotel) in New York which opened in 1897. Of course, like many of the other elite famIlies, the Astors have theIr Maine property to get away and relax. In 1894, John Jacob wrote a novel A Journey in Other Worlds where he describes a society which operates on the idea of conserving energy. Strange how the elite likes to promote conservation among us 'cattle.' In the late 1800's, the Illuminati began to reconfigure its outward face. The higher levels started creating innocent sounding cover organizations to hide their meetings behind. In 1901, the Astors contributed toward the creation of the Pilgrim Society, which was the cover organization for Amer. & Brit. 6° Princes of the Illuminati. I believe at least five Astors are now members of the Pilgrim Society. The Pilgrims had recently included David Astor, John Jacob Astor 8th, and William Waldorf Astor 3rd. And during the 1970s, Baron Astor of Hever was the President of the London branch of the Pilgrims. This implies that Astor of Hever was at least the next level up in the chain of command.

The Astors also have been veryprominent in the Group' which is Britian's equivalent to the Skull & BonesSoc. In Britain, the Astor, along with about 20 other families dominate the Group, just as certain families like the Whitneys in the U.S. help dominate the Order of Skull & Bones. Again, as was earlier pointed out, the key to understanding Satanism is the bloodlines. In 1910, the muscle and bone branches of the Illuminati  reconfigured themselves with the creation of the Round Table groups in 1910. The Astors were the part of the financialbackers behind the Round Table groups along with Abe Bailey. Rhodes and Milner were key players is setting up The Society of the Elect, a supersecret top circle of Illuminati. Rhodes Trust in part helped by the Astor, helps finance the Rhodes Scholarship system. Rhodes a high ranking Freemason wanted the Masonic clap-trap as part of these various new groups, but Milner and Brett did away with the Masonic rituals and costumes, etc.

In 1919, the Royal Institute of International Affairs (RIIA) was created. And the Astors were the major financial backers of the RIIA which functions as the 4° cover of the Illuminati. For those who are new to this, the RIIA is the British equivalent to the Council on Foreign Relations (CFR) which takes a major role in the policy making process in the U.S. Waldorf Astoria  was appointed to the RIIA. Just above the CFR/RIIA are round table groups which were initially named by Cecil Rhodes as the "Association of Helpers". Cecil Rhodes set up the Rhodes Scholarships to recruit and bring top men from several nations to Oxford to be initiated into the Illuminati and to learn about how to bring in a One-World-Government, So the initialselection into the Rhodes program--ist degree of the

3

Illum.- is equivalent to the initiation into the Skull & Bones. In the picture you see how the Cliveden Astors were intimately connected to the Rhodes Scholars. Rhodes Scholars frequently went to the Cliveden Estate. By looking at the genealogy chart you can see how the family in London broke up into two powerful segments. One part centered around the Cleveden Estate. Another group became Barons-the Astors of Hever - or the Hever Astors for short. William Waldorf Astor owned the Pall Pall Mall Gazette, the Observer, and the Pall Mall Magazine. The London Times was largely controlled by the Astors, and since 1922 they have owned this major source of British news. The DuPonts and the Rockefellers also have some major businesses where they too own blatant large holdings. However, most of the wealth of the 13 Top families is hidden so that the ties to who owns it are difficult to track. Hoyt Ammidon has been a proxy for Vincent Astor and the other Astors. (See membership list of Illuminati in this newsletter). The Astor family also used Owen Lattimore as their proxy for opium trade, who in turn used Laura Spelman who was funded by the Institute for Pacific Relations (IPR).

The lPR was the group that supervised the Illuminati's decision to allow Red China to share in the Opium trade. The puppet strings behind big world events may not be seen by the public, but if we trace the origins of several big events we see the Astors helping pull strings. The IPR helped lay the groundwork for the Pearl Harbor attack. The Astors also were behind the appeasement policy in Europe which allowed Hitler to become a threat. The Astors were also involved in the temperence movement against alcoholic drink which was begun by the Women's Christian Temperence Union. The temperence movement was an elite created movement just like today we have big issues like Aparteid which are made up by them to keep us busy. Joseph Kennedy and Onassis, two other top 13 Illuminati families got rich off of  the temperence movement by bootlegging. So many people have exposed the temperence movement (See Occult Theocracy for just one expose of Freemasonry's involvement) that it is not pertinent to cover it here.

Today's equivalent of the temperence movement is the drug war. Col. Jack Astor, one of the world's most powerful men, was among those who went down with the Titanic. To his honor, he didn't have to sacrifice his life, but did. If he had been a scoundrel he could have chased a woman and her children from some lifeboat. Many sermons have been preached on the significance of the Titanic, and I personally am beginning to feel that God laid it on the hearts of so many of his ministers to understand that the Titanic was a judgment upon the pride of the world. More specifically it was a warning to the New World Order's elite. Another Illuminati invention was Communism. This has been so thoroughly documented I don't know why I have to state it here, except that there are still people who haven't taken the time to study it out. James II. Billington's book Fire In the Minds of Men - a very scholarly work, and Occult Theocracy are some good starting points to study this. The Fabian Society was also connected to the Illuminati. For instance, Illuminati prince Prof. George Edward Gordon Catlin, Pilgrim Soc. member was a member of the Fabian Society's executive committee. The Fabian logo is a Wolf in Sheep's clothing!!

Fabians like H.G. Wells who wrote so eloquently on the New World Order with such books as The New World Order, A Modern Utopia, The Open Conspiracy Blue Prints For A World Revolution was a wolf in sheep clothing. H.G. Well's made the New World Order something that sounded advantageous to everyone, a Utopia of sorts. That is not what it will be. During the 1930's, the Fabian Socialists created the Political and Economic Planning group (PEP). Mason Viscount Waldorf Astoria was a leader of PEP. A confidential program that the PEP created and implemented through the British government was later described in a book Principles of Economic Planning in 1935. The book doesn't explain why its cover has a ostentious Masonic square and compass displayed on its cover. George Berhard Shaw, who was a communist and Fabian Socialist was the best friend of Lady Nancy Astor, who became the first woman Member or Parliment. These two spend vast amounts of time together, much more than Nancy did with her husband Waldorf who she didn't care to be around. Waldorf was the Mason that was mentioned earlier who helped lead PEP. After Nancy Astor was elected (or selected by the elite) to be the first lady MP, one of the Russell ladys soon afterwards also became an MP.

4

Communism pretends it is the enemy of the rich capItalists, but both the rich elite and the communist leaders are committed to wipe out Christianity, to wipe out free trade with monopolies, and to set up an Illuminati One-World-Government. Do you see they have similar goals? A picture is included of Waldorf and Nancy Astor's visit to Russia during the 1930s. The Astors were not treated like enemies but like royalty. Can we see how the elite controlled press have deceived us? Do not trust our Illuminati-controlled elite to protect us from communism, they control communism. Besides socialism, Nancy Astor was a big supporter of Christian Science. Christian Science was a front for witchcraft from Its very beginning. For more information on what Christian Science is about I suggest people study Be Wise As Serpents, chapter 2.6 'The Healing Light". Nancy Astor wrote The Natural History of the Vampire and a book on the early Mason/Communist Bakunin. She used Grenfell family papers. The Grenfell family were close friends to the Cliveden Astors. David Astor, (The Honorable) attended Bilderberger meetings in 1957 and 1966. Alpha Lodge is the lodge in England that is traditionally for royalty. There are other elite lodges too, where the those of the elite, can protect themselves from rubbing shoulders with those of less social stature. These are the type of masonic lodges that the Astors Join.

In summary, an examination of the Astor family reveals their close connections with the full spectrum of Illuminati activities ranging from Freemasonry, the Illuminati itself, the Pilgrim Society, the Round Tables, Communism, Fabian Socialism, CFR, RIIA. the Bilderbergers, as well as the various politically (that is Illuminati) controlled banks such as Chase Manhattan. Ava Alice Muriel Astor was an occultist. She was born in 1902, was pretty but also a very serious woman. She was a very strong willed person that was able to dominate a person in her presence unless they were also strong willed. She was into Egyptian magic and believed she was the reincarnation of an Egyptian princess and a disciple of Ikhnaton. Alice Astor may have been one of the first people to enter King Tut's tomb, where she got herself a necklace. Aldous Huxley wrote Brave New World as a picture of things that were to come --most people think as a expose, but it was really more as a plan or blueprint Aldous Huxley and Alice did a great deal of occult things together. Their financial power is unchecked. Myers and others have noted the Astors are above the law. The Top 13 families don't obey the law-- they are the law. The Astors may have Illuminati Kings and Princes in their ranks, they may have dozens of billions of assets, yet it will all be nothing when they face their Creator at judgment.


**Followup on the Astors**

One of the items that I felt I should have given the readers back in the 1/1/93 issue was the Masonic background of John Jacob Astor (1763-1848). For the record here is his masonic involvement:

Master of the Holland Lodge No.8, of N.Y.C.-1788
Grand Treasurer of the Grand Lodge of New York-1796-1801
Junior Grand Warden on two occasions-1796 & 1801
Secretary of the comamandery (then called encampments).

For a busy man, he kept himself busy In his Masonic work.


**· THE ASTOR FAMILY REVISITED WITH INFORMATION ON THEIR CHANLER BRANCH**

**THERE ARE 13 TOP BLOODLINES**
Thirteen families or bloodlines are at the top, and five of these families are the inside core of these thirteen. Prior to Be Wise As Serpents, the existence of thirteen top families was not known by very many people. The existence of the 13 families had come out in Berry Smith's book FinalNotice in the 1980s, but the names were still unknown. Berry Smith of Australia wrote in his book Final Notice p. 9, "There are 13 families or groups heading up the World Government plan. These families are

5

portrayed as the 13 layers of blocks found on the strange seal on the reverse side of the U.S. $1 bill." In a little read article, one SRA victim recently wrote that Satanism was controlled by a few families. Recently, one of the Du Ponts was on a television show because the DuPonts were trying to kidnap him because they didn't like his support for the book Dope. Inc. I was able to get a copy of the book, and was overjoyed to find such an excellent book. My sources have been telling me that the top Illuminati families were behind the drug trade. Yes, Satan's top followers are also the kingpins in destroying humanity for profit through drug trafilcing.

The following families (besides others) or individuals from these families are mentioned in Dope Inc. as involved in some aspect of the drug trade: the Astors, Bundys, DuPonts, Freemans, Kennedy's, Li's, Rockefellers, Rothschilds, and Russells. It is no coincidence that nine of the Top 13 families would get there names in a book which revealed the big names behind the world's illegal narcotics trade. It should be mentioned that some other prominent Illuminati families also play key roles in the drug trade such as the Bronfmans, Cabots, Shaws, Bacons, Perkins, Morgan, Forbes, Cisneros and Oppenheimers. Where have we seen such names before? There are names in Dope Inc. that people would do well to know the danger of such as Louis Mortimer Bloomfield, Robert Vesco, Francois Genoud of Switzerland, Ivan Slavkov of Bulgaria, the Duke of Kent - Master of the Grand Mother Lodge of the Scottish Rite, and Jardine Matheson to mention a few. All our favorite secret fraternal groups appear in Dope, Inc. too. For instance, the Triads, P2 Masonry, regular Freemasonry, the CIA, the Order of St. John, and the Jesuits. The Universal Christian Gnostic Church's which practices black magic has a whole chapter showing its connection to the drug trade. Britain's assassination bureau Permindex which has been mentioned previously in this newsletter also gets a chapter in the book. In the Be Wise As Serpents book, I examine in detail only the Rothschilds and the Russells. I did not present much to back up my statements about the 13 families. Further, One of the unthinkable items that most people do not want to consider is that their leaders who they have idolized may be utterly corrupt. There was nothing to do but sit down and give the nitty-gritty details if the threat from the Illuminati was to be properly understood. The facts would speak for themselves. The ideal solution for both writer and reader was for me to write up my research and for you to read it as a series of articles. There is only so much a person can assimilate at once, and these articles give lots of details. In January of this year I began a series of articles on the top 13 families - families which the top experts said nobody knew about. I did this with the hope of stimulating others to notice these families, and to alert a wider sector of the Body of Christ. The young colleague David J. Smith, who wrote part of the Jan. 1 article on the Illuminati, was led to carry out further research in addition to what the Jan. 1 article had. Most of this article's information on the Astors then is a result of David's research.


**DIFFICULTY IN DETERMINING THE FACTS.**

Most of the material put out on the Astors shows the unmistakable mark of distortion by writers and historians giving information in line with what the Astors wanted the public to get. Books on the Astors contain both believable and unbelievable material, fact and fiction, Some of the real facts may remain obscured forever, but that has not stopped us from getting the most accurate picture we could reconstruct. The Astors do not make the task of investigating them easy. They have been very secret and very deceptive since they arrived In this nation. John Jacob Astor, the first prominent Astor was a notorious liar, "he was known on occasion to invent romantic tales for the edification of people who annoyed hIm with questions ...... Men who knew him best were, therefore, neither ready to discredit completely all legends about his exploits nor to repeat them as gospel. The truth, they suspected, lay somewhere between the two extremes." (Terrell, John Upton. Furs by Astor., p. 102.) John Jacob's son insured that his father's lies would go unchallenged by incinerating all of his personal records, business records and other papers.

**ORIGIN OF THE FAMILY & its NAME**

The Astors have come up with various origins for themselves and those for or against the family have added more ideas. One strong possibility is that the Astors are descendants of the Astorga family found in Southern Italy before the 1600s. The most likely meaning of the name is that both Astorga

6

and Astor are variations meaning "Astarte" who is the mother of the occult. Her name is also Semiramis. In Babylon the trinity was Nimrod (the sun), Semiramis (the moon), and Tammuz (the morning star). In Egypt, these gods were called Osiris, Isis, and Horus. The pictures and statues Isis and Horns were renamed by the Roman Catholic church as the Virgin Mary and the Christ-child.

**THE FAMILY IN EUROPE**
The family may have moved from Savoy to Walldorf, Germany. Although it is not a certainty, the best explanation from the available clues indicates that Walldorf's coven had some important personages in the witchcraft/satanic system and that Johann Astor's family had power. At that time in Europe, the Astor family had no chance to turn their occult power into success. The power and class structure In Europe was rigid and gridlocked. The boundaries between peasant and aristocracy were solidly in place. So the family looked to the New World to transmute their position in the Satanic hierarchy into financial wealth and power. Johann Astor In Walldorf was only a butcher. His best son John Jacob (1763-1848) was selected to establIsh the House of Astor in America.

**JOHN JACOB ASTOR GOES TO AMERICA**
At age 16, John Jacob Astor quit helping the family butcher business, went to England and then later to America. Looking at the details of things, and piecing the truth together it appears that his Satanic authority was already in place, because he was able to travel to England, and as a german-speaking peasant converse face to face with the Backhouse family in England. Of course the biographers make it sound like John Jacob Astor left Germany for himself, rather than his family. Michael Astor gives a glimpse of John Jacob's mission, "He concentrated almost entirely on building a fortune, on escaping the poverty of his childhood and establishing a secure financial position for his family in America." (Astor, Michael. Tribal Feeling p. 11)

**OVERVIEW**
The process of 400 years looks like this. Various Satanic families moved into the Southwest German area in the late Medieval time period. Witchcraft associated with Diana was practiced In Southwest Germany, and this began to alarm various elements of the Roman Catholic church. The Astor family provides leadership in the covens in the Heidelberg area. Witchcraft spread virtually all over Southwest Germany. An examination of the old records from about 1500 to 1650 show that witchcraft was being practiced throughout the area. (I have the names of over 120 towns were it was practiced in SW Germany. The list derived from old German records.) The Astors did not have the position, wealth, and power that accorded their position in the late 1700s of occult leadership. In Germany, England and France there was no way to climb the social ladder. However, the New World presented opportunities. The Astors sent two sons to prepare the way for John Jacob, one to England, one to America, and then sent John Jacob their most promising brightest son to the New World.

While in America the Astor family helped the Satanic elite headquartered in England to maintain its control over America. Having come from Germany, and also due to Satanism being secret, John Jacob Astor's help given to pro-British-elite moves were more difficult to suspect. After establishing themselves as aristocrats in America, the tribe of Astors moved to England, where because of their high social position in America, no one questioned the Queen bestowing titles of nobility on them. All along the process, people with Illuminati connections opened doors for the Astors. At this point, it needs to be pointed out that there were ties between the following groups: English royalty, English Satanism, English Freemasonry, and German witchcraft, and the Italian Black nobility. (Taking the liberty I have as author of this article, I am going to digress to give some examples of these connections. Although on the surface this doesn't directly pertain to the Astors, it does.) When one paints in the bigger panorama of what was happening in the occult world, and then one sees a blazing star streak across that panorama, then the real history of that blazing star is given by tracking its voyage through that panorama. However, the history books have intentionally hidden the significance of so many of the players and groups that lay along the track of that blazing streak.

**SPECIFIC GROUPS**

7

Order of the Knights of the Helmet--This was an illuminated secret society with Sir Francis Bacon at its head. In order to hide its Masonic rituals, Sir Francis Bacon wrote a play entitled "The Order of the Helmet." This was performed in 3 Jan. 1594, and again for twelve days in December 1594. In Dec. 1594, brItish Aristocrats who had been demonically illuminated, met and put on a "play." Calling their initiation ceremony a play was a great cover. Sir Francis Bacon was made king and "prince of purple." Various men were invested with the Collar of Knighthood of the Helmet, and took vows, And a "Series of Charges by six High Councilors" was given in a manner that is very similar to what the satanic S.R.I.A. does now. The reader may ask what does this have to do with the Astors? This is simply a few brief look at the background of what was happening in the occult in Europe. The Queen of England sent Sir Francis Bacon as a young man in his twenties to the continent of Europe. Sir Francis Bacon toured France in places such as Louvre, St. Cloud, Blois, Paris, and Poictiers, He also travelled to Germany, Italy and Spain. He visited the various royal courts, such as the court of Marguerite de Valois. Marguerite was married to King Henry of Navarre. Her mother was the evil Catherine de Medicis. Sir Francis Bacon also met with many secret societies. At Marguerite's court he spent time with "The Pleiade" fraternity, which was a group of 7 intellectuals.

According to the best biographer of Sir Francis Bacon, who was Alf red Dodd (Alfred spent his entire life studying SIr Francis Bacon), Sir Francis Bacon was initiated into a large number of secret occult societies when he was on the continent of Europe. He learned kabbalistic magic, Egyptian mysticism, Arabian mysticism, and the customs of the German Steinmetzin. (Dodd, Alfred. Francis Bacon's Life-Story. London: Rider & Co., 1988, p.10.4.) This information has been provided to give some feel for how the occult in Europe was in contact with its various parts, and that its tentacles included many of the royal families.

Hell Fire Club -- This was a secret Satanic cult which was associated wIth early Freemasonry. When the connections became known between the Satanists of the Hell Fire Club and the elite of Freemasonry, Freemasonry and the elite made some radical moves. First, Freemasonry publicly proclaimed that it had nothing to do with the Hell Fire Club. rhen the Hell Fire Club was publicly disbanded by the government (acting on orders from people that tied-in with the club). Later, quietly the club was reconstituted. Phillip, 1 st Duke of Wharton (1698-1731) who was the second person of nobility to be Grand Master of England's Freemasons (G.M. of the Grand Lodge 6/1722-11/25/1723) was president of the Hell Fire Club. He was an M.P, in the House of Lords. In 1726, he left England and was a basically brought into ill-repute by the Masons, who distanced themselves from him. George Lee, Earl of Lichfield was also another prominent Mason who was a member of the Hell Fire Club. Benjamin Franklin, who was the head of the American Freemasons in various capacities, and also the head of the Rosicrucians and a number of other secret occult groups was also a member of the Hell Fire Club. Benjamin Franklin's satanism was not mentioned in my Be Wise As Serpents book, but he was an important Satanist who was part of the Order of the Quest-- that is the group which has been entrusted with the plans for bringing in the New World Order of Satan. Remember that John Jacob Aster was very involved with Freemasonry, as were a number of his intimate friends such as N.Y. Governor DeWitt Clinton and General John A. Armstrong. In regards to the Hell Fire Club, the Earl of Sandwich, Benjamin Franklin and Sir Francis Dashwood were leaders in the Hell Fire Club and were also Post-Master Generals of the British Postal Service, All were Freemasons too. Their positions as Post-Master Generals allowed them total access to the mail, and allowed them to spy on the communications of the 18th century. The man who became Post-Master General after Dashwood, who moved on to be a M.P, in the Br. Parliament, was the Mason John Wilkes. John Wilkes took over in 1766 (in 1774 was Lord Mayor of London). Wilkes then brought one of the original Hell Fire Club members, a friend of his Willis Hill to help with the Postal Service. The next Post-Master general was the totally corrupt man the Earl of Sandwich, who served until 1771. Benjamin Franklin spent the summers of 1772, 1773, and 1774 at Dashwood's estate in West Wycombe. The caves under Dashwood's estate at West Wycombe were used for satanic sexual rituals, which were participated in by Benjamin Franklin.

*Ordo Saturnus*--This is an old secret satanic German order. In the last few newsletters, I have been

educating people on the meaning of Saturn. It means Satan. This previous information helps us understand John Jacob Astor IV when he writes in his book A Journey in Other Worlds, "The souls of the righteous departed were found on Saturn, where, to a background of weird music, pulsating hearts, luminous brains and centers of spiritual activity quiver with motion." (A side comment: John Jacob Astor IV had a reputation for his insatiable sexual lust to paw women.) One of the people we have to investigate in relation to the Ordo Saturnus is Valentine Jeune, who was John Jacob Astor's mentor in Walldorf, Germany. Jeune may well have belonged to an organization such as Ordo Saturnus.

## JOHN JACOB ASTOR LEAVES GERMANY FOR ENGLAND & AMERICA

John Jacob Astor arrived in England and may well have been introduced In England to British Intelligence by his brother George. At any rate, he got involved in British intelligence which has always been closely linked to Freemasonry and the elite. He spent time socially with the Backhouse family which an aristocratic family. How do you suppose such a supposedly destitute young man could be accepted so easily into the Backhouse social scene? This is not explained by modern biographers.

After four years, his brother George then sent him to America to represent George's music company. His brother Henry met him when he arrived in 1784 at age 20 and introduced him to the occult world in New York City. Thomas Backhouse & Co. was a leading house in the lucrative fur trade. John Jacob Astor set out to bring the fur trade under his own control. There is a tact that must be faced. the elite's Committee of 300, a secret legislative group of the Illuminati, decided that John Jacob Astor could expand into the fur trade and into the opium narcotics trade. Dope, Inc. shows that the Astor famIly was the first American family to get into the Opium trade, and that their opIum trade had was a special privilege that most other American businesses did not even try to compete with. Why? Dope, Inc. doesn't say this but I know that it is because the Committee of 300 decides such things, not free enterprise. American furs yielded 1000% profit in those days. The privilege of fur trading was a pot of gold so to speak that the Committee of 300 gave Astor, and it could only have happened because the Astor family in Walldorf was already part of a principal satanic bloodline. (The Illuminati members of the Astor family today use their influence to help those of the Illuminati in their dope trade.) William Backhouse the American representative of the London Backhouse family and John Jacob's brother Henry were two of John Jacob initial contacts in the New World. Soon John Jacob had met all types of people involved in New York's occult world. John Jacob married Sarah Todd. John Jacob's step-mother Christina Barbara is described as "the perfect, cruel fairy tale stepmother." John Jacob 'raised the principle of self-interest to the level of a philosophy and ..... claimed for himself a natural superiority over his less able and less powerful fellow men, a sort of God-given right to exploit the world and its inhabitants for his personal gain, This was not mere cynicism, but a genuine belief that in some way [he was] among the chosen people for whose convenience and advancement lIfe was ordered ..... Such people ... make history, but they also pervert it in human terms because their world and the codes that govern it have nothing to do with morality.' (Sinclair, David. Dynasty The Astors and Their Times. p. 59) 'Astor took Freemasonry seriously... [Gov. DeWItt] Clinton rose unusually fast in the degrees, but the German Immigrant [John Jacob] who talked at times as if he had marbles in his mouth was not far behind him. Astor eventually caught up to Clinton...' (Terrell. Furs by Astor, p. 84).

DeWItt Clinton's uncle George Clinton, who served as Jefferson's Vice-President was also a member of their Holland Lodge No. 8. Archibald Russell of the Russell family, as well as two members of the elite Livingstone family were members of this lodge too at the time. The Livingstone family were participating in the Committee of 300 at that time. One of my Masonic reference books states that business at the Holland Lodge No, 8 was conducted in German. If so, why were all these other men involved with it who apparently had English as their mother tongue? In the 1/1/93 issue, Astor's dirty real estate deals and his activity as a drug king-pin were discussed.

However, Astor's connivance to create a nation on the west coast wasn't. Thomas Jefferson, who I have now come to realize was a part of the Illuminati, was in on the plot. Jefferson said that he "hoped for the establishment of an independent nation on the Pacific Coast, bound to the

9

United States by ties of blood, language, and friendship." The Northwest was to become a sovereign nation under Astor's rule. The plan failed miserably due to a variety of reasons. Another item that was missed in the earlier article was how John Jacob Astor profited by using his own courier system and powerful friends to profit from the War of 1812. Astor knew the War of 1812 was coming and he set himself up to profit from it in several ways. (His Masonic brother and friend John A.. Armstrong 1758-1843 helped the British war effort as the American Secretary of War. A descendent of John's later married into the Astors.) Astor himself helped the British when he could profit by it. The two illuminati Jefferson and Gallatin gave Astor special sailing privileges which netted him much profit. When war was declared against Great Britain, Astor sent agents to the British forts in Canada to inform them. This gave the British advance knowledge of the war, before the Americans troops knew. This allowed the British to seize northern American forts and to insure that the British had control of the region's fur trade. This was essential for Astor to get control of the fur market, because then when the British furs were embargoed he had less competition. He obtained special permission from the President to import all furs owned by him and held in Canada before the war. He used thIs permission illegally to trap new furs. When the war ended. Astor was able to heat everyone else to Europe with his furs and make a killing. Astor cleared his name of shame, by sending Washington, D.C. information about a mutiny at a British fort which allowed the U.S. army to take advantage of the enemy's weak condition to capture the area. John Jacob Astor traded in guns, and his firearms were used in at least one-Latin American revolution. Bear in mind Latin-American revolutions have all been planned in Masonic Lodges. When employees of John Jacob Astor would trap for or trade furs with the Astor fur houses, they would he paid with letters of credit. Then Astor agents would he sent out to ambush and kill them, so that the Astor Fur Company could save money. The deaths were blamed on Indians. Zachery Taylor stated, "Take the American Fur Company in the aggregate, and they are the greatest scoundrels the world ever knew." (O'Connor, Harvey. The Astors p.44)

## WILLIAM BACKHOUSE ASTOR
This was the son of John Jacob Astor. He was infamous for his hank treatment of thousands of people who rented from him in New York. There were repealed riots by tenants who were opposed by the harsh filthy living conditions in the buildings Astor owned, but their complaints were consistently ignored by Astor and their riots suppressed by the police. Only half of the children of his tenants lived to age 20. The Astors were deeply involved with the Tammany organization. William B. supported the corrupt administration of the infamous New York mayor, Fernando Wood. The government at that time was a pack of corrupt men. When Wood was exposed, Astors involvement was overlooked. This is another example of Astor power.


## JOHN JACOB III
He was the son of William Backhouse Astor. He was just as haughty, just as cruel, and just as corrupt as his father and grandfather had been. He created "sweat shops" for the poor masses living in his New York tenements. He also supported corrupt politicians such as the criminal "Boss" Tweed who ran NYC. The Tweed Ring stole millions of dollars from the city of New York. Before they finally got caught and sent to prison Mayor Tweed and gang cost the city $200 million. Again John Jacob Astor III's power allowed his involvement to be basically overlooked by the press, while Tweed went to prison for life.

## THE CHANLER BRANCH
Most of the Astors took off for England, but one branch of the Astors that is clearly involved in Satanism and the occult is the Chanler family. The Chanler family have Astor blood via "Madie" Astor Ward. The Chanler's parents died at an early age, and the Rokeby Estate in NY was given by the Astors so that a cousin Mary Marshall could raise the Chanler children. The Chanler family is one branch that clearly shows all the earmarks of the SatanIc hierarchy. The behavior of Robert Chanler, Elizabeth Chanler and Armstrong Chanler have ail the classic earmarks of having MPD, and having suffered SRA. The Rokeby mansion that the Chanler family lived in was a haunted house of the first rate. Fairies, ghosts, signs and potents, and all type of occult activity takes place at this mansion,

When top rx-Illuminati members who have managed to escape Satanism describe their home life, they mention that occult phenomena was a natural part of home life. This certainly is what life has been lIke at the Chanler Rokeby mansion. The Chaniers are not well known publicly but have been part of the social scene of the elite. Theodore Roosevelt and Senator Henry Cabot Lodge (of the elite Cabot family) were good friends of the Chanlers. The Chanlers created the town Roanoke Rapids, North Carolina. (At some point I hope to do an expose on the resort area in that general area that is a "meat market" for the Illuminati. Families like the Bill Clinton's go down there every year for vacation to mingle with other middle management families that the Illuminati use as lackeys. Illuminati "scouts" watch and choose who they want to use for political office, etc.) A Who's Who of the Astor orphans--the Chanier family who are of interest to our study of the Illuminati will now be given.

John Armstrong Chanler-married mystic novelist and morphine addict Amelie Rives. "Once wandering in the twilight she asked wistfully, "Do you think If I drank a whole cupful of warm, bubbly blood, I would see a real "fairy" ... Then there had been the period during which she suffered anguish over the thought that Satan was banished from Paradise forever; she prayed with tears that ultimately he might be pardoned and readmitted to celestial bliss." (Thomas, Lately. The Astor Orphans: A Pride of Lions p. 76.) John carried on spiritual experiments in what he termed "esoteric buddhism". Due to his obsession with this practice and a business fight with his brothers they put him in an insane asylum. He finally did get released. One has to wonder what the whole story was behind the incarceration. HIs esoteric buddhism or "x-faculty" was a trance state where a spirit spoke or did automatic writing through him. His eye color would change when this spirit worked through him.

Margaret Livingston Chanler retained the rights to Rokeby. She married into the Aldrich family, which is another Illuminati family. The Aidriches now own Rokeby.

William Chanler was a friend of Tom Foley who was the Tammany district leader of the Irish-Italian district east of city hall. Another friend was Jack Follansbee. Jack Follansbee's cousin was WillIam Randolf Hearst, an Illuminatus of the 6° who got Billy Graham's ministry going by financing the first several years. The Hearst family is in the Illuminati. One of the Rothschild descendants Don Hearst Bauer, has changed his name to Don Hearst.

Winthrop Chanler's wife, Amelie Rive, her father William Cabell Rives studied law under Thomas Jefferson.

**THE ROOSEVELT CONNECTION**
The Roosevelt family has been connected to the Delano family which Is a Black Venetian Noble family that goes back for many centuries. The lives of these families also intertwine with the Astors. Examples of the interweaving are:
· Franklin Hughes Delano--heir to a massive whale oil fortune. He married Lavia Astor, daughter of the original William Buckhouse Astor.
· James Roosevelt Roosevelt-married Helen Astor, daughter of William Backhouse, Jr.
· James Roosevelt--a Freemason, he married the sister of Vincent Astor's wife.

**SUMMARY**

In our revisit to the Astors, we have examined in more detail the early life of John Jacob Astor and his connections to Satanism. We have touched on his son and grandson who led the Astor famIly after John Jacob died. We have seen more of their meanness and connections to corruption. We examined bow Satanism and the occult had a hold on England even back when John Jacob Astor came to the New World. Three important occult organizations of the 17th & 18th century were introduced. We

11

have looked at the Chanler family, a branch of the Astor family which is part of Satanism. We also looked at how the Roosevelts and Delano families have been associated with the Astors.

# Bloodlines of Illuminati

## By

### Fritz Springmeier, 1995

## Families in the world who are allied with the Illuminati.

Who and what kind of family are allied with the top 13 llluminati bloodlines? The Iliuminati seeks to capture the occult power of powerful occult bloodlines around the world. They have intermarried with American Indians to gain the spiritual power resident within the leading spiritual American Indians. Various Indian reservations are used for llluminati rituals. They have been doing this type of thing for thousands of years

Powerful families around the world participate on different levels with the Illuminati. Some participate on a business level- such as the various crime (Mafia type) families around the world. Mafia families might not subscribe to the occult philosophy but they do recognize power and business. Some powerful families around the world participate simply on the level that they have been sucked into the world's system and are dependent upon going along with the flow of the world's system. An example of this would be the King of Nepal. The King of Nepal rules aver a poor Hindu kingdom. The British empire has done a great job in trying to make Nepal dependent upon them. Nepal was given British protection, their leading families were given British educations, and their leading tribe of warriers, the Gurkhas have been serving as British mercenaries. Should the King of Nepal break loose from his advisers and take an anti-NWO track, his throne could be taken away via revolution, or invasion. The NWO has the capacity to arrange for the Indian Congress Party to invade or some other destablizing factor. The British MI-6 and the American CIA have also stationed assets (agents) in the country. However, the trump card in sucking nations like Nepal in, is to create conflict like the Cold War and then apply Hegelian dialectics. Many nations around the world have been forced to cosy up with the British and Americans, because of the cold war. Secretly manufactured and secretly controlled international conflicts are a great way to take away the independence of some of the smaller nations. The King of Nepal has for many years feared invasions from either India or China.

However, Switzerland has been afforded the luxury of not having to take sides in the Illuminati's secretly created wars, because the bloodlines have had such total control over Switzerland for so many centuries. There is no need for Switzerland to participate in Hegelian dialectics.

If families are powerful but not in the Illuminati's clique, they can be destroyed such as Howard Hugh was. An example of this is how the Rothschilds progressively destroyed the Romanovs (the Russian Imperial Family). But the Romanovs were also an occult bloodline, and so the IIIuminati secretly took children of the Imperial family to serve as breeders for the IlIuminati so that the Illuminati could channel in the Romanov's occult blood into their bloodlines.

The families that control Switzerland go back to Venice. Some of the Phnariot families of the Byzantine have had enduring powerful lineages. The Venetian and Genoese banker/international commerce families have produced some enduring powerful lineages. Families from these groups have tended toward Satanism (Gnosticism) or cults that are not Christian. In this category, we can mention Darius Socinus of Venice. Note also that the Warburgs, who work so closely with the Rothschilds, are descendents of Abraham del Banco, an old banker in Venice. The Warburgs in turn are related to the Rosenbergs of Kiev, Russia. Some of your old aristocratic Russian occult bloodlines were the first to financially help Hitler's fledgling Nazi Party.

The powerful bloodlines diversify into different last names, but some of them still have enough visibility that they can be halfway tracked by their modern names. For instance, the Cabot Family of

Boston are descendents of Sebastian Cabot who was born in Venice. Sebastian Cabot (who father was John Cabot) was in turn descended from Giovanni Caboto of Genoa. Giovannia Caboto was a member of a powerful family in Genoa. In modern times, the Cabot family has been active in politics and intelligence agencies for the NWO. For instance, Thomas D. Cabot set up Radio Swan on Swan Island for the CIA. Paul Cabot was a director of J.P. Morgan & Co., beside director of other corporations that interlock with the Illuminati's power.

Your ruling families in Western Europe tie back to William of Orange. There is a powerful arabic connection to the Illuminati. Men like Sirdar Ikbal Ali Shah are very knowledgable about arab magic and occult practices. Sirdar Ikball Ali Shah has written at least 70 books on magic and occultism. These families keep track of their genealogies, and certain members of these occult families know the histories of these families.

I believe that a history of the top thirteen lllluminati families is the key to understanding history. Many of the families which appear to be „allied" with the top families are actually related at some point back in time. Further, many of the allied families are top level flunkies for the families with the real power. Some people have tried to put the Rothschilds in this category, but such thinking is nonsense. Not only do I have too many eyewitnesses who have come from the inside of the IIIuminati who say the Rothschilds are one of the top, but one can also point to how much control and wealth the Rothschilds exercise. The process of history has been to increase their control and wealth. The overall picture can't be denied. The Rothschilds are not flunkies for some other more powerful family.

I believe that an investigator will do himself a favor in tracking down the ties a family has with the top bloodlines and how that family interacts with the top families. This is the principle behind why history books discuss royalty so much. All that I encourage is that people investigate Satan's royalty in order to understand how Satan's realm- the power behind the scenes operates.

In the Be Wise As Serpents book I gave a good example of how Satan's realm works behind the scenes. The Illuminati control the Watchtower Society. The nominal head of the WT Society for many years was their President Fred Franz. Yet, Fred Franz had grown very old, was blind and stayed in his bed. Natheer Salih was supposedly Fred Franz's bodyguard and helper, but all communications to WT President Fred Franz had to go through 6'2" Natheer Salih, who would supposedly ask Franz and then would come back with an answer. Apparently Salih may be from an Iraqi Jewish bloodline. He wears big rings and has expensive tastes. Salih was the channel through whom the lllluminati could pass their decisions for the WT onto the Governing Body and Bethel staff.


# The Bundy Bloodline

(My knowledge and research is limited. So much more work can be done to uncover the evil works of darkness that collaborate to destroy the Christian faith. Hopefully articles like this will serve as spotlights on the Jekylls and Hyde that ravage our land. And that seeing their opponents better, Christians will avoid the many secret spiritual undertows that drown so many.) In the 1980s one of the most famous criminals was a serial killer named Ted (Theodore) R. Bundy. It is not publicly known why he killed so many innocent victims. Ted Bundy told his girlfriend Elizabeth Kendall that "the force" caused him to kill. Bundy's confession to her was given after his final arrest in Florida. Elizabeth wrote down his confession as he gave it to her over the phone. Ted said, "I don't have a split personality. I don't have blackouts. I remember everything I've done. Like Lake Sammamish. We went out to Farrell's for ice cream after eating hamburgers. It wasn't like I had forgotten or couldn't remember, but it was just over...gone...the force wasn't pushing me any more. I don't understand it. The force would just consume me." (Kendall, Elizabeth. The Phantom Prince My Life with Ted Bundy. Seattle: Madrona Publishers, 1981, p.176) "The force" is the very term that high level Satanists use to describe the power that they believe in, which they believe can be used for either good or evil. The movie Star Wars surprisingly used the Illuminati's term "the force", which up until that time had been reserved for esoteric use by Satanism and the occult. This is part of the plan

2

to take the occult and its goals and instill it into the public's thinking and goals, so that the conspiracy becomes an "open conspiracy" with the general public promoting the drive toward witchcraft as the world religion and its One-World-Government.

Who was Ted, and why did he do what he did? There are a great number of unknowns about Ted. And although it appears to the public that the newspapers covered his crimes thoroughly, often appearances can be very deceiving. If Ted Bundy was related to the Bundy Family of the hierarchy, we could expect several things almost without doubt, 1. that his Satanic activities and any occult connotations to the murders would be kept very secret by the police, the newspapers, and his family, 2. that information about the case and Ted Bundy would be closely contained. Interestingly, when I recently went to research Ted Bundy, every copy (all four of them) of the book Ted Bundy: Conversations with a Killer by Stephen G. Michaud had been stolen from the Portland Central Library. One of the other books on him was also missing, and the other was overdue. The University library which is on a different library network was just as bad. I did my research across the border in Washington state. Another category of books that is consistently stolen I have been told by the library staff are books on Freemasonry. Consequently, the Portland Central Library has a policy that interlibrary loan books on Freemasonry cannot be taken out of the library, even though the lending library doesn't mind if they are checked out. Another example of how books relating to Satanism or the Satanic conspiracy become rare is when I checked the Thurston Co. WA library's computerized system for Anton LeVey's Satanic Bible. Of the system's 18 copies, 14 were lost (I assume stolen), one was listed "trace", and three were being held by the libraries (that is, they were not out on the shelves).

Before proceeding any further, let me categorically state that I haven't found anything that ties Ted Bundy in with the top Satanic family of the Bundys, nor have I found anything that disproves it either. I don't know either way. Still there are some interesting items about Theodore Bundy. (Perhaps someone else will be motivated do the genealogy work, and save me the work.) Ted was a law student. One of the schools he studied law at was University of Puget Sound, WA. A major reason he did so poorly in law school was the immense stress that took place in his life in connection to the time and effort he put into murdering beautiful women. Yet, his poor academic performances were no barrier to his political success. Ted does have a number of items that seem suspicious. First, Ted drove all the way from Washington state to Miami, FL to take part in Nelson Rockefeller's 1968 campaign. He was a big Rockefeller fan. Ted was appointed Assistant Chairman of the Washington State Republican Central Committee, Ted travelled in elite social circles, and was preparing for a campaign for Ted to run for State Governor. For instance in 1973, he was part of the Republican State Committee. He may have been on this committee in other years too. (Ironically, Ted Bundy had served briefly on the Seattle Crime Commission on a Study of White Collar Crime.) For whatever reasons-whether it be elite connections or his winning personality, it is certain that he had a big political career in front of him as a young person if he had not blown things. Second, almost all the serial killers have had connections to Satanism and in every case the media and the police have suppressed or greatly downplayed their connections to Freemasonry and Satanism. For instance, Charles Manson (Freemason, O.T.O. & Satanism), Sam of Sam Berkowitz (O.T.O. & Satanism), Jack the Ripper (Freemason), and Henry Lee Lucas (Satanism). Could it be that Ted Bundy had a Satanic side to him? I haven't seen anything that shows that he wasn't a Satanist. He did join the Mormon church during the middle of time period of years when he was murdering innocent women, but his motive for joining certainly had nothing to do with sincerely serving God.

I have learned that Ted had an interest in Astrology. Perhaps the closest person to Ted Bundy, his longtime girlfriend Elizabeth Kendall, wrote in her book The Phantom Prince My Life with Ted Bundy that she didn't know why he brutally killed so many women. She was aware that he liked bondage-type sexual arrangements. But the inner workings of Ted's mind were a mystery to her. And Ted was capable of some of the biggest lying and yet coming across totally honest. (This type of lying goes on everyday by the Illuminati members who as a habit lies boldface lies to the public.) Ted Bundy was adopted by his father Johnnie Bundy, who was a dentist in the northwest area of Washington State. What is this main branch of Bundy's that we are speculating that Ted's father

3

might or might not be tied to? The original Bundy family came to the New World before 1635 to Boston, MS. A few years later they moved to Taunton, MS. A large branch of these Bundys went to Connecticut, and later a few went on to New York. Another group of colonial American Bundys were in North Carolina. The particular members of the Bundy family that are prominent in the New World Order today, are the one's who would have inherited the position of authority over the family if Satanic tradition had been followed. The Bundy family was an old American family that was part of the Eastern establishment, but with only a few exceptions like Congressman Solomon Bundy in the early 19th century, the family has only come into the public's eye during the twentieth century. This family also surfaces in not so prominent places too. Two of the key early Watchtower Society leaders were Bundys. These were Walter H. Bundy, who went with Charles Taze Russell to Great Britain on his May 29-31, 1909 trip, and Edwin Bundy who worked at the Bethel Headquarter at the turn of the century and travelled around the U.S. for the Watchtower Society from 1906 to 1910. The following is my own Who's Who of the Bundy Illuminati family. After this list introducing our cast of characters, this article will get back to discussing the Bundys.

## WHO'S WHO OF THE BUNDYS

Eric Bundy- Placed in charge of the prisoner Howard Hughes by the llluminati family of Onassis. More about this later.

Eugene H. Bundy-lawyer, judge (1889-1896), V.Pres. & dir. Central Trust & Savings Co., banking ties, dir.Industrial Co., partner Bundy & Jones, chairman Exec. comm. of the Republican state central committee in 1898 and 1900, Knights of Pythias,Order of Red Men, Order of Elks,Episcop.

Frederick McGeorge Bundy--Skull & Bones (init. 1921), chrmn. North Atlantic Fillet Council

Harriet Lowell Bundy--married Skull & Bones member Gasper d' Andelot Belin (init. 1939 with Harriet's brother).

Harvey Hollister Bundy (1888-1963)-- Skull & Bones (init.1909), Special Ass. to Sec. of War Stimson (Skull & Bones), law clerk for Justice Oliver Wendell Holmes, Key Pentagon man on the Manhattan Project, sec. of U.S. Sugar Equilization Board, chrmn Panama Railway Co, (in the U.S.'s Canal Zone), chrmn. Boston Personal Property Trust, dir. Boston Five Cents Savings Bank, dir. State Street and Union Trust Companies, dir. New England Merchants, dir. R.M. Bradiey Co. In 1952, he became the chairman of the Carnegie Endowment for International Peace, chrmn Foreign Bondholders Protective Council, trustee & pres. of World Peace Foundation, chairmn Wellesly College, chairman of the New England Rhodes Scholarships Selection Committee, member Century Assoc., and some other things. Unitarian.

Harry W. Bundy--Mason, Satanist, and Chief Adept (9°) of SRICF

Harvey Hollister Bundy, Jr.--possibly init. in one of the other Yale Secret societies, banker.

Katherine Lawrence Bundy--daughter of Harvey Hollister, *Sr.*

McGeorge Bundy (1919- )--MJ-12, Skull & Bones (init. 1940), C.F.R., President Ford Foundation, Bilderberger, Special Assistant to Presidents Kennedy and Johnson on National Security Affairs-- National Security Advisor.

Robert Bundy--edited Images of the Future: The 21st Century & Beyond.

William Putnam Bundy (1917- )--Skull and Bones (Init. 1939), C.F.R, CIA (1951-61, once CIA always CIA), editor of CFR's Foreign Affairs (1972- *),* member of the PERMANENT STEERING COMMITEE of the Bilderbergers, Ass. Sec. of State, Far Eastern Affairs '64-69, 1960 Staff Dir. of Presidential Commission on National Goals, Prof. MIT (1969-71), part of the law firm of Covington & Burling which represents many of the Illuminati elite in Washington, D.C..

4

**OTHER PROMINENT BUNDY'S INCLUDE...**

Charles Alan Bundy-- foundation executive, manager of several companies, pres. Springs Foundation, & pres. Close Found., China, S.C. Parks, Recreation and Tourism Comma., mem. S.C. Coordinating Council for Econ. Dvel, Rotary Club Pres., chrmn bd.lst Meth. Church (1978-79)

Charles H. Bundy--Sec. of Frost Foundation

Charles W. Bundy--Sec. of Cornelius Foundation

Edwin S. Bundy--business executive, Cornell Univ., Century Assoc.

Hezekiah Sanford Bundy--Congressman, lawyer, Jonas Mills Bundy--founder & ed. in chief of NY Evening Mail (newspaper), close friend of Pres. Garfield, law degree Harvard

Omar Bundy--West Pointer, General William Edgar Bundy--US. attry So. Dist., trustee Ohio University, editor of some journals

**WHAT IS SO POWERFUL ABOUT THE BUNDYS?**

Most Americans would not recognize the Bundy family as a powerful elite family. However, during recent history two Bundy brothers held the key positions that controlled most of the information that was fed to U.S. Presidents during the Kennedy and Johnson administrations. When Johnson took over after J.F. Kennedy was assassinated McGeorge Bundy was in the key position as Nat. Sec. Advisor to determine what the President did and didn't hear. His brother was in a key State Dept. position. Both Bundy brothers were also fraternal brothers of the Illuminati Order of the Skull and Bones. Interestingly, Jonas Mills Bundy (1835-1891) was a key advisor to President Grant, President Garfield, and President Chester A. Arthur. McGeorge Bundy and his brother William P. Bundy have held important CFR and important Bilderberger positions. This in itself makes it clear that the position and power of these two men is extensive. McGeorge Bundy sat on MJ-12, which is the council of wise men that rules the United States. (See Be Wise As Serpents chptr. 2.13 for an explanation about what MJ-12 is and documentation). United States has been the most powerful nation overall on the earth, so without a doubt McGeorge has had both great public-known and great secret power. The three most prominent Bundys to write about are Harvey Hollister Bundy, Sr., William P. Bundy, and McGeorge Bundy. We will now take a look at these three along with Eric Bundy, who was given a key position in a sinister plot to steal all wealth and power of Howard Hughes. and Harry W. Bundy, who was a chief adept of one branch of the Illuminati.

**HARVEY HOLLISTER BUNDY SR.**

His grandfather was a lawyer and a Congressman, and his father was a lawyer. Harvey also became a lawyer. But he didn't stop there. Harvey was initiated in the Skull & Bones in 1909. After his law degree he did some world travelling. Then in 1914, he began working for Justice Wendall Holmes. Later in 1929, Alger Hiss (CFR) also began working for Justice Holmes. Hiss was a communist spy and later a key player during F.D. Roosevelt's reign. Harvey's son William P. narrowly missed having his career ruined because William had financially helped Alger Hiss. Harvey had five children. Three of these had ties to the Skull and Bones Order also.

Harvey became the Ass. Secretary of State 1n July, 1931 until Mar. 1933 under Henry Lewis Stimson. Secretary of State H.L. Stimson was also a Skull & Bones member (init. 1888) Harvey's son McGeorge would co-author a book with Stimson entitled On Active Service in Peace and War in 1940. Harvey was special legal assistant to the U.S. Secretary of the Treasury. Harvey became the Special Assistant to the Secretary of War during W.W. II. He travelled with the Sec. of War overseas numerous times. It is often said 1f you want to know where the real power lies look at a man 's

5

advisors. Here we see Harvey giving advice to the US. secretary of and Bones pp. 49-50 where be give. various reasons why Covington & Burling are highly suspected of left-wing activity.) William began his War during the United States' largest military challenge in history. Harvey was one of the most key figures 1n the supervision of the Manhattan Project developing the Atom bomb. He was the key Pentagon man. He did liaison work between the War Dept. and Office of Scientific Research and Development. In *1952,* Harvey took over the Carnegie Endowment for Peace from John Foster Dulles. The Carnegie Endowment for Peace has been a major vehicle for the Illuminati to finance tax free various projects. In 1971 for instance, the Carnegie Endowment for Peace spent over $2 million, and had assets of $41 million. The stated object of the foundation is "to promote international peace." This is the type of peace that President George Bush told the United Nations that the world needed. Skull and Bones member George Bush informed the U.N. that a One-World-Government peace was needed by the world. Harvey got the job at Carnegie because Alger Hiss had been convicted of perjury. John Foster Dulles was on record recommending Alger Hiss to replace himself. (See Eleanor, Allen. and John Foster Dulles and Their Family Network by Leonard Mosley, p. 311.) The various men who run the various Carnegie Foundations work with the Rockefellers.


## WILLIAM P. BUNDY

William P. Bundy started out his career 1n 1947 working for Covington & Burling which is a firm that represents many of the Illuminati in Washington, D.C. Covington & Burling appears to have been a conduit for the Iiiuminati to create a left-wing political movement in the US. (Read Antony Sutton's book America's Secret Establishment An Introduction to the Order of Skull career working for the CIA at this time (1947), and in 1951 he quit Covington & Burling to begin openly working for the CIA as an analyst, and then as assistant to the deputy director of the CIA. His job as assistant required him to get Atomic Energy Clearance. In 1953, Joe McCarthy had caught onto the New World Order. Although the history books and papers report that he was "commie" hunting, If one reads Joe McCarthy's own words it is clear be was gunning for the New World Order. Senator Joe McCarthy subpoenaed William Bundy to testify. The Senator knew he could expose a great deal if William P. Bundy was questioned, even if he might try to lie. The calling card to get the subpoena was the fact that William had donated at least $500 to help communist spy Hiss defend himself. Hiss's brother Donald worked for Covington & Burling when William was there, and Alger had worked at the firm William's Dad had worked at. McCarthy sent down many subpoenas but Allen Dulles, who was part of the Illuminati and the CIA director ignored the subpoenas, and eventually was able to get William P. out of the country so that he would not have to face McCarthy's questions. The State Dept. was going to arrest William P. at the dock as he was trying to escape on the Queen Mary, but Alien Dulles was able to get the State Dept. to call off the arrest, and William P. Bundy sailed. McCarthy wrote Allen Dulles, "I note your refusal to give us any answers to our questions. Your insistence is very revealing.

It would seem that the last man in the world who would try to protect and hide the facts about one of his top officer's [Bundy] association with, and contributions to, a convicted traitor would be the head of the CIA. I think it necessary for me to call your attention to the tremendous damage you thereby do to this organization. That the matter cannot and will not rest here is, of course, obvious.' (A Biogranhy of Eleanor. Allen. and John Foster Dulles and their family network by Leonard Mosley, p.322) Lou Russell who was an important figure in the House Un-American Activities Committee (HUAC) was part of the Illuminati power structure. This is something one wouldn't expect. It appears like some of the men McCarthy thought were on his side weren't. While the Hiss/Bundy affair led to McCarthy (a genuine patriot) being killed and discredited, someone else who was a socialist and lackey of the CFR was given wide publicity as an anti-communist hero from what happened to Hiss. Funny how the credit is distributed by the establishment media. This socialist was Richard Nixon (CFR). He was given false credit for convicting Hiss (CFR) to build a false public image as an anti-communist crusader. Nixon did not do the footwork etc., to get Hiss convicted contrary to the false image the establishment newspapers and history books give. Later, protected by his "anti-communist" mask, Nixon would recognize Red China, among many other pro-communist NWO acts. By trying to

subject a member of one of the top 13 Illuminati families to Congressional questioning, McCarthy had signed his death warrant. It was not long before the Illuminati killed McCarthy. And they have dragged this great patriot's name through the mud. Skull and Bones George Bush was still taking pot shots at Joe McCarthy during the 1992 Presidential campaign. William P. Bundy commented on the help Allen Dulles gave him throughout the Hiss affair with the following words, "I guess there was an element of tribal loyalty in the way Allen handled this, that he knew me, he knew my brother, a sort of fellow feeling-a feeling for the comradeship of the CIA but also a tribal feeling toward a set of people who were in law firms, entered government when the need was felt, could be invited back to the house." Yes, that set of people is called the Illuminati. In 1960, William P. Bundy while still with the CIA was placed as the Staff Director of the mew Presidential Commission on National Goals. If national goals are seriously being set, then that implies that something is happening above and beyond the american people voting at the voting booths, congressmen voting at the Capital, and the market place simply functioning. Indeed there is a guiding hand behind events which is taking us down a preplanned route to achieve Illuminati goals. Bundy's Commission on National Goals set down goals that are Hegelian philosophy. The goals state that the individual has a duty to advance the will of the state, and that the state "is to stimulate changes of attitude ... The American citizen in the years ahead ought to devote a larger portion of his time and energy directly to solution of the nation's problems...many ways are open for citizens to participate in the attainment of national goals." (America's Secret Establishment. p.50)


## ERIC BUNDY

The Illuminati uses what is called Hegelian philosophy. A thesis is set up. An antithesis (the opposite of the thesis) is then set up, and then out of the conflict of the two comes the synthesis. Hegelian philosophy is really a fancy term for what the Illuminati were doing before the term was invented. To bring this all down to street terms, the Illuminati's Mafia (yes the Illuminati created and runs the Mafia) would send businessmen a letter demanding money and signed with the imprint of a black hand. (This was the thesis). If the demand wasn't met then the business would be burned or the businessman hurt. Then the Mafia would introduce themselves as potential protectors for the businessman from the black hand extortioners (themselves). (This is the antithesis). And when the businessman begins paying the Mafia for protection that is the synthesis. The Illuminati are doing this tactic all over the world, and it certainly has almost everyone fooled. Mafia strongman Sam Giancana (birth name Momo Salvatore Guingano) had a girlfriend Judith Exner that J.F. Kennedy (a member of one of the top 13 Illuminati families) spent regular time with sexually. Giancana also had a friend named Robert Mayheu who worked under Stavros Niarchos of the Onassis family. Stavros Niarchos is a Bilderberger and a nephew of Aristotle Onassis. The Onassis family, - of the top 13 lluminati families, runs the Mafia. Robert Mayheu worked for Giancana and the CIA. Why was a CIA agent willing to help Giancana?-weil as I indicated in other places the CIA is run by the top Illuminati families, and so is the Mafia. This CIA agent, or Mafia man, or Illuminati henchman whatever you want to call Robert Mayheu shows up in the details of the Kennedy Assassination and the kidnapping of billionaire Howard Hughes. Robert Mayheu and other men like him had infiltrated Howard Hughes' organization prior to the kidnapping. In Mar. 1957, a wing or branch of the Illuminati under Onassis (commonly known as the mob or mafia) kidnapped the upstart billionaire and genius Howard Hughes. Now do you see what happens to competition to the Illuminati Top 13 families. Either you join the them, or you are destroyed. Satan must keep his organization intact. From the best inside information I have obtained concerning this area of Illuminati activity, apparentiy two -who were look-alike. to Howard Hughes were used. The reason two were used will be explained. First, because the "Howard Hughes' (actually L Wayne Rector) who on rare occasions showed himself was a fake the Iliuminati wanted to keep him out of the public eye as much as possible, so it made sense to have another double. The natural story was that because Howard Hughes was so reclusive, he had hired Hollywood actor Brooks Randall to be his double to keep newsmen, and other snoops from following him. When Howard Hughes (L. Wayne Rector) would go out, then the decoy (Brooks Randall) would be employed to keep photographers, process servers and private detectors away from the Illuminati's

real "Howard Hughes" (L. Wayne Rector). It was Robert Mayheu that hired Brooks Randall. And working with Mayheu and somewhat over Robert Mayheu was Eric Bundy was given oversight of the day to day operations involving the control of their prisoner Howard Hughes, who most likely died in 1971, and whose public death was 1975. For those wanting an official "paper trail" see Senate Report No. 94-465 entitled "Alleged Assassination Plots involving Foreign Leaders", 11/20/75, p. 74 where Mayheu's role is talked about in the death of Onassis. One of Mayheu's top men was Lou Russell, who- besides working for Mayheu, the CIA, the Onassis family-was the person who bandied the security and investigative needs of the Republican National Committee (RNC), and Russell was with the company that provided security for the Watergate complex when it burgiared. The Russell family is a top 13 family. The Russell family will of course have its own turn to have an article about them in this newsletter. It is Lou Russell who helped Nixon get Hiss convicted. Was McCarthy and Hiss used? It appears so. John Smith now puts out the theory contained in his book Alger Hiss: The True Story which claims Alger Hiss was framed. So we have come full circle. The communist agent that almost ruined William P. Bundy's career, because Bundy was Alger Hiss's and Donald Hiss's friend, is now exonerated by a book written by an establishment researcher.


**MCGEORGE BUNDY**

Antony C. Sutton does an excellent iob in his book on the Skull & Bones Order in describing how McGeorge Bundy received preferential treatment all through his life. Consistently, McGeorge Bundy got jobs for which there were thousands of better candidates. McGeorge Bundy went to Yale where he was initiated into the Skull & Bones in 1940. McGeorge then went to Harvard. After this McGeorge joined the army as a private. Very few privates ever achieve the rate of promotion that McGeorge received. Within a year after joining as a private, McGeorge was promoted to captain. Not only was he made a captain he was placed on staff to plan the logistics and other details of the invasion of Sicily and the Normandy Invasion. That is honestly fantastic. How can a greenhorn without experience have the experience to know how much supplies, etc. are needed for a certain operation? Bear in mind, that these calculations are for battles in which the wrong combination of supplies could mean death or defeat for a unit. As Sutton points out on pg. 51, "Can a 23-year. old, with no military experience, undertake planning for amphibious operations? The answer is obviously no, even if his father (The Order) is in the Pentagon as an aide to the Secretary of War (The Order)." After the war McGeorge continues his phenomenal climb from job to bigger job, often with no credentials. 1945. He becomes assistant to the Secretary of War and co-authors a book with Stimson.

Then McGeorge without any experience or credentials in economics becomes a consultant to the Economic Cooperation Administration. Then he becomes foreign policy analyst for Presidential candidate Thomas Dewey. Christians may recognize from the instruction that the Bible gives that pride warps our abilities to accurately see. How much pride has been installed in men like McGeorge that they feel comfortable to hop from one unqualified position to another and to make weighty decisions.

1949- Bundy was invited to Harvard University to teach as an assistant professor and in four years is made the Dean of the Faculty of Arts and Sciences at Harvard! How does anyone become Dean of a prestigious University department after four years of teaching? Not only has McGeorge been treated as if he is an instant military genius, an economic whiz, now he is bead of the arts and sciences. Bundy becomes the National Security Advisor. From 1961 to 1966 he is the Special Assistant for National Security Affairs to the President. This gives him great control over what the Presidents are told. For instance on pages 177-178, Sutton quotes a conversation between McGeorge Bundy, Dean Achison (Scroll & Key-another llluminati initiation point), and President Kennedy recorded in a memorandum. President Kennedy is lead to believe that the United States has deserted its ally of Portugal to aid nationalists in Angola, when in fact the US. was supporting Marxist guerrillas (that is communist guerrillas). In 1966, McGeorge was appointed President of the Ford Foundation, another Illuminati foundation that is promoting their agenda. McGeorge brought in Harold Howe II to be Vice. President, a position that Howe was unqualified for, except that Howe was a Skull & Bones

8

brother and was a team player that would help promote the New World Order agenda with its Hegelian philosophy and socialism. Both of the Fords on the Foundation board resigned in disgust at the way these Skull and Boners were using the Ford Foundation.


## HARRY W. BUNDY

Harry W. Bundy was a Mason, a Satanist and the chief adept (9°) of the Colorado part of the SRICF. To clarify to the reader what this all means allow me to inform you about the structures Satan has built. Pure Satanism in order to function easier has set up some branches which are secret, but if the public hears about these branches, they have a veneer of respectability. Dr. Wynn Westcott, a famous Satanist and the Supreme Magus of S.R.I.A. wrote the rare book History of The Societas Rosicruciana in Anglia, IX. It was privately printed by these Masonic Rosicruclans on Dec. 30, 1900, and later received the Br. Museum Press Mark of 0475 h54. Within this rare book the leader of the S.R.I.A. spells out the purpose of the organization to the Brotherhood, "The aim of the Society...searching out the secrets of Nature; to facilitate the study of the system of philosophy founded upon the Cabala and the doctrines of Hermes Trismegistus ..." Hermes Trismegistus (as many of you know) means "the trice greatest Hermes" who was the Egyptian scribe god who is claimed to be the author of all magical writing. Hermes is credited for the grossly evil Satanic-witchcraft rituals that the ancient Egyptians and modern Satanism continue to practice. For an excellent exposé of the connections between the Egyptian Book of the Dead, Masonic Rituals and modern Satanism, I suggest David Carrico's book The Masonic Egyptian Satanic Connection. (obtainable from Followers of Jesus Christ, 5220 Ashley Dr., Evansville, IN 47711). As I was just writing, a number of branches of the Illuminati were created with the same pattern as the Bavarian Illuminati, and these branches sometimes refer to themselves as Illuminati-and rightly so since they are integral part of Satanism. One branch has been set up within .

Freemasonry called Societas Rosicruciana. They coil themselves Rosicruciana and Christians. How they attach the aame of Christ to Satanism, is beyond my imagination. Perhaps the "Christ consciousness they seek justifies in their minds calling themselves "exclusively Christian." Whatever they want to coil themselves they practice magic and Satanism.

A number of daughter organizations have sprung up from the S.R.I.A. such as the Golden Dawn, the Stella Matutina and the Ordo Templi Orientis (OTO). The S.R.I.A. also worked closely with German Illuminism and the Theosophical Society. In England the Societas Rosicruciana (S.R.) is named S.R. in Anglia, in Scotland it is S.R. in Scotia, in Greece it is S.R. in Graecia, in Canada it is S.R. in Canada, and in the US. it is S.R. in Civitatibus Foederatis. The membership is very exclusive. And my understanding that there are about a dozen U.S. lodges called "colleges" with about 40 members each, which lends me to guess they have an exclusive membership of about 500 in the United States. Membership in Societas Rosicruciana has included such notable Satanists such as A.L Waite, Eliphas Levi, and Kenneth Mackenzie. It has included that Luciferian Albert Pike too. Within a nation the arena are divided up into provinces, each of which has a "college"-their fancy word for a satanic lodge. On Apr. 20, 1948 Harry W. Bundy became the chief adept of the Colorado college. Two letters by the Supreme Magus of all the S.R. groups Win. Wynn Westcott are photocopied so that the reader can read for himself from the SRIA's Supreme Magus (lending magician) that they are connected to the Illuminati. See for yourself!! An interesting point in light of what I have printed in other newsletters, the Mass. college in 1393 printed a book by its Supreme Magus Gould (9°) which declares that the Grand Central San of the Universe is Alcyone in the Pliades. Shades of Alice Dailey, and C.T. Russell!! One of the most knowledgeable people to try to expose the New World Order and the Satanic hierarchy behind it said, "It remains for the student to follow evvery line of enquiry to the point of concentration where nil threads are gathered and systematically manipulated for the eventual destruction of Christian civilization. It may lend to the B'nai B'rith, the Universal Israelite Alliance, India or Tibet, but in any case a thorough and complete study of Rosicrucianism embracing a minute one of Rosicruciana in Anglia and its various branches will be a great step taken in the direction of uncovering much of the political and moral chaos of present day history of mankind." p.510)

Interesting, that this expert would say this. The threads go buck to 13 Top Families, and wouldn't you know, several of their people are lenders of the S.R.I.A. including Harry W. Bundy. The Bundy family has been a very powerful family in American history which has managed to keep itself out of the limelight. Often the members d the Bundy's have had power by virtue of being advisors to those in powerful positions.

P.s.

Congressman Reece, a real hero tried to go farther & expose the connections between Hiss, tho Carnegie Endowment Found., the Morgan Bank, and the rest of the tax-exempt foundations. The Illuminati moved mightily against Reece.

## SIMPLIFIED BIBLIOGRAPHY

Almanac of Famous People Census Records

National Cyclopaedia d American Biography Sutton, Antony. America's

Order of Skull & Bones Voorhis, Harold (Sapreme Magus IX°). Masonic Rosicrucian Societies.

# Bloodlines of Illuminati

By

Fritz Springmeier, 1995

## THE COLLINS BLOODLINE

The next family in our series of articles on the top 13 Illuminati families is the Collins family, The first two have been the Astor family and the Bundy family. The first two articles were fairly straightforward. Both the Astor and Bundy families have been written about by others, and I had more information on both families than I needed for my articles. In fact I left out worthwhile details in both artides in order to keep the articles to a comfortable length. In this Collins article, there will be some padding." In terms of research on the Collins family from a scale from 0 to 100, I'm about at 10. There are some hard connections that will be presented and some soft connections. Joan Collins is what I'd call a soft connection. She has associated with a long list of key Illuminati men and at least a few known Satanists, but this is only the barest of dues that she might have anything to do with the Illuminati herself. Let me give some of the hard connections first.

The following is a description of a highly secret high level Satanic meeting. It comes via an ex-insider who is now a Christian. If any other ex-hierarchy person is reading this, perhaps this will trigger some memories for you. This experience dates to 1955. This is a meeting that is held twice yearly, and to which the Rothschilds and all the mother families attend. The meeting is inside in a big room, and the Grande Mother on the throne was a Collins. The Collins family has been kept out of the limelight because they have more occult power than the Rothschilds or the Rockefellers. To make money this Collins family does something financially, such as deal with the exchange of money. I've noticed that numerous Collins have been Insurance Executives, and although I haven't exposed the connections between Insurance Companies and the NWO, there is a book out which shows how they most insurance companies are connected and under the guidance of the NWO elite. The Grande Mother Collins dressed in black has an ebony and gold moon shaped throne that she can automatically rotate by pushing a pedal with her foot. Behind her sits the Grand Council with 13 members --this might be or might not be the Grand Druid Council that you will read about further on. The difference between this council in 1955 is that it was all males, while the council in 1978 has several women on it.. The Grande Mother, a Collins woman was thought to be in her middle 50's at the time of this meeting, she had a deep dictatorial voice, was small in stature, and was very powerful. She was decked out on her throne with a great deal of jewelry. One of the first things done was to lay before her feet small gold bricks (shaped like small bricks and made of pure gold). Two boys, who were taken to be her sons, one of whom was Tom Collins, (Tom was later gunned down by the Illuminati) were near her throne. As only the most honored and powerful dared be in the vicinity of her throne, this showed that these two Collins boys were powerful. The boys passed out papers, which had time tables written on them of things that were to happen. A great discussion was carried on about what had happened in the world to bring in Satan's One-World-Government during the last six months and what was prepared to happen in the near future. Things that had not gone according to plan were discussed. The Ark of the Covenant was discussed, where it was hidden in Africa, and a ritual mocking the Ark of the Covenant was held.

Seven children in white were brought in from generational Satanic families and presented before Grande Mother Collins. They laid prostrate in worship of her. She would move her scepter with a

1

snake up and down striking the floor to show approval of a child candidate. Then 7 other children were sacrificed for the 7 approved children, one for each child, whose name would then be written with a quill using the sacrificed child's blood. The children were given oaths. The Grande Mother rotated her throne and faced the Council of 13 and declared (speaking in English) "This is tomorrow's generation, a chosen few." The John the Baptist of the Anti-Christ put in an appearance, but the anti-Christ at that time was not born or only a tiny baby. Was this BenjamIn Creme? The ex-insider didn't learn the name of this John the Baptist forerunner of the Anti-Christ. However, the descriptions of this occult John the Baptist do match BenjamIn Creme. Benjamin Creme was born in 1924, and was deeply into the occult and witchcraft even when he was a boy. (See the official newsletter of Tara Center Emergence, Jan 1982 Issue.) He claims that in 1959, he telepathically received a message from his Master, a member of the [demonic] hierarchy. Creme calls these master spirits simply the hierarchy, Christians know it is the demonic hierarchy. Because all these things are planned out well in advance, it would have been very appropriate if Creme had been at a high level planning meeting in 1955. For more understanding on Creme's Christ the reader is directed to read the article on the Sufis in thIs newsletter. (Referring back to the gold bricks laid before the Grande Mother's throne, there are several reasons that real gold is important to the Illuminati. Perhaps in some other article this newsletter will go into it all. There have been massive secret gold shipments out of the United States and Russia. Guess who is getting it.) In my 1/1/93 newsletter the names of many top Illuminati are given. One that could have been included is Robert Moore Collins (1867-? ) who was a member of the Pilgrims (60 of the modern equivalent of the Bavarian Illuminati.) Robert M. Collins was a reporter for several important newspapers and worked as an editor in the Washington and New York offices of the Associated Press. He did chiefly political work for the Associated Press. He was the chief newsman for Reuters (Illuminati controlled press) and the Associated Press for many stories coming out of the Orient. Although he was born in Wash., D.C., his address as an adult became Bournemouth, England. He never married. As those who investigate the Illuminati find out, the Illuminati control the press. Here was a man who helped do it for them Last newsletter issue (1/15/93) went into some detail about how important the Satanic Societas Rosicruciana is in relation to the Satanic groups such as the O.T.O., Golden Dawn, and Stella Matutina. The Societas Rosicruciana is definitely a high level exclusive Illumanati organization. One of the New York S.R. officers was James F. Collins (8°) who died Apr. 2, 1896. He was with the original set of S.R. officers of the first High Council of the S.R. in America which had oversight over all the S.R. colleges (lodges) in America. His position was Presenter. (I don't know what that officer does.) When the Canadians set up a Societas Rosicruciana in Canada, the High Council which had oversight over all Canada included a Collins on its council, Daniel Collins, 8°. Daniel Collins had several positions on the council. The highest degree is the 9°. If you've read the Jan 1, 1993 newsletter or <u>Be Wise As Serpents</u> you have come across the Grande Druid Council, This is a high level Illuminati council. In <u>Be Wise As Serpents</u> in the second section in a chapter entitled <u>Heresy Interlocks with Power</u> on the 8th page, I gave the names of people who were on that secret Grande Druid Council in the Spring of 1978. Each of those people are powerful witches, and have a great deal of power in the world. Yvonne Collins was on the Grande Druid Council. She was a traditionalist. To be a traditionalist means that she holds the view that only those people who are born to families with satanic power and witches in their family background can be true witches Obviously, the Collins family has a long history of witchcraft if she holds this view. Remember, that the leading Satanists feel they have special blood, the top ones feel they are gods. Even Grande Masters may teach their selected children they are the god which created the children. (This last statement makes more sense when one learns the methods, state of mind, and beliefs of the Satanic hierarchy.) Yvonne Collins would reject the idea that just anyone can become a witch of any significance by training and practice. The occult demonic power would not be strong enough for a convert to witchcraft. Yvonne's occult name is Legena which means Lucifer's bride. Legena (Yvonne Collins) who lived la Virginia, got upset with Jerry Falwell, he didn't follow orders well enough. She got the Security and Exchange Commission to investigate his church, which caused the church economic hardships. Even mainline Christian ministers are expected to follow directives of the Grande Druid Council which is said to operate under the orders of the Rothschilds. Everyone who was high up in the Illuminati and are NOW Christians remember Tom Collins. Collins was in the Illuminati, but for some reason the Lord changed his heart and he began to talk to churches about what is really going on. He had an itinerary of

2

churches to speak to, of which a Baptist church was one. He warned what was going on. He was gunned down in a Grocery store parking lot, and has been used as an example by the Illuminati to anyone else who dares utter a word. "Remember Tom Collins," they warn people in the covens.

This reminds me of another incident, which happened to a brother in Olympia, WA, the capital of WA. Two weeks after Reagan was elected, a beautiful Mercades pulled up to where this Christian brother was working. The guy who got out was obviously rich-his suit had to be in the neighborhood of $800 and his wife had fox furs around her neck. They said their son was going to work for the state and they wanted to look for a home for him. The woman was being Independent and said, "I don't want to go see the houses. I want to talk to this nice man." The houses were done by Donahue Construction. The men went on to look at the houses, and the woman remained behind and talked. This Christian is an easy talker with people. He struck up a conversion naturally. He said, "I think its great Ronald Reagan got elected, he's going to be a good president." The woman replied, "We wanted George Bush to get it." "Whose we?", the Christian asked to this rich lady who kept tossing her furs back and forth. "The Illuminati," she said, "We're the enlightened ones, and George Bush was trained by us." Unfortunately, the men had just returned at this point and were entering the room. The man with the expensive suit was livid. "Shut your ..... mouth," he yelled. She huffed back, „Well, if you insist." He then turned to the Christian, who he didn't know, and politely told him that they had failed to find anything that suited them. "Thank you very much everything is secure." and handed him the keys. Then he dragged the woman to the Mercedes giving her hell all the way for talking, and when they got in proceeded to physically slap her around. This was an extremely rare incident. Many of the Satanic hierarchy live their entire lives without uttering a word to anyone anything about the hidden Satanic side of their lives. As a rule they find very respectable cover lives in society--the more respectable the better- to cover their hidden lives. The Satanic rituals are always memorized. You will not walk into these people's houses and find incriminating books or objects. Remember Ted Bundy in last issue's article. Ted was exactly the model of bow many top Illuminati are. They are capable of the most horrendous things, but to everyone who knows them, they are the most likable, intelligent normal people. People who knew Ted Bundy had no idea what he was doing in secret. The Satanic hierarchy and their Satanism is clearly the most secret religion in the world. They are a priesthood that rules the world through political leaders that they place in power. And because of their power, they have the ability to suppress a great deal of the publicity that could arise from their numerous activities. To describe the security methods employed to keep high level Satanism secret could take an entire book. Let's just put it this way, if you were a billionaire, which several of the leading Olympians (King Illuminati) are, what kind of security could you afford? And what kind of clout would you have with national governments and police forces to get even governments to provide security for you? Remember these people own the press, and the media.

They will kill, or discredit anyone who exposes them. Don't be surprised if both of these happen to me, the author. Just know this--they can kill the body they can not kill the soul. Our Christian God reigns. They also control the CIA and FBI. (See Be Wise As Serpents for more details on this.) Many leading FBI agents have not only been Masons. but many have been Satanists. The FBI sends out reports which paraphrased go like this, "Far more crime has been committed by zealots in the name of God than has ever been committed in the name of Satan. The actual involvement of the occult in a criminal case usually turns out to be secondary, insignificant, or nonexistent. The law enforcement perspective on occult crime requires avoiding the paranoia that has crept into this issue. Unless hard evidence is obtained and corroborated, police officers should avoid being frightened into believing that satanists are performing criminal ceremonies requiring investigation. An unjustified crusade against such activity could result in wasted resources, unwanted damage to reputations, and disruption of civil liberties." (This type of thing is hilarious to hear from the FBI, for those who know how they have trampled on every civil liberty by investigating tens of thousands of organizations simply because they opposed the establishment and ruined the reputations of many people- Martin Luther King for instance. People who have read my book may have picked up that J. Edgar Hoover was a 32° Mason, homosexual, and worked intimately with the Illuminati.) For those who haven't come out of Satanism, one way to explain to people how Satanic secrecy functions is to compare these Satanic families with the Mafia families. Individuals in these families learn what they need to know, no more.

3

The top bosses have cover jobs, and give their orders orally. (Actualy the comparison between Mafia or Costa Nostra families and Moriah or Illuminati families is quite fitting because they tie in organizationally and were created by the same occult stream of secret societies that Satan has been running.) Don't expect to find what you are reading here about the Collins family- that they are one of the very top illuminati families even more powerful than the Rothschilds- anywhere else. People are getting the inside story for the first time. I am grateful for various exrinsiders giving me accounts of secret meetings. Except for the testimony of eye-witnesses, there is little evidence of what happens at hierarchy meetings. There are numerous clues, but they are rejected by most people who refuse to accept that the Satanic hierarchy exists. Before the 1960s, and the space programs man had not seen the far side of the moon. But that didn't mean it wasn't there. The hierarchy are professionals at Satanism and are really pros at obtaining satanic power through ritual, deeds and worldly power. Their activities are very secret. In contrast there is great deal of physical evidence from the coven levels (the lowest level) that periodically surfaces-robes, candies made of fat, athames, altars, dead animals, ritual sites, etc. The higher levels believe that the force must be balanced-one's good deeds mast match one's evil deeds. Consequently some of the greatest philanthropists are leading Satanists. The lower levels are not concerned with developing power such as what Satan has, they simply enjoy being evil, and in that respect are rather crude in their exercise of evil.

The Collins family hasn't received much attention. Who do you think of when you think of the Collins? Joan Collins? She was a beautiful, Jewish Hollywood actress from England. Joan's grandmother lived at Brighton, England. (Joan mentions her father being a jew on pg. 13 of her autobiography <u>Joan Collins Past Imperfect.</u>) Her father Joe Collins and his friend Lord Lew Grade had an acting company. Joe Collin's father Will Collins and his wife a can-can dancer Henrietta Collins were also into acting. In the l970s she was in several horror movies and picked up the title "Queen of the Horror Films" (p. 271). In 1977 and 1978 Joan was nude in two sexy films (not her first) which were expected to do better at the box office than they did, neither of the titles of these films bear repeating.

One was based on a sexy book Joan's sister wrote that was a best-seller in England. Joan was the first "old" woman to be in the buff in Playboy (the Dec '83 Playboy). The issue is a collector's item. In her 40s, she was still posing in the buff. Which according to her autobiography she feels comfortable doing. (I wonder if being exceptionally beautiful and a sex idol for millions makes it easier to pose nude.) For those who watch Dynasty, you'li likely remember her. For those who watched Hansel and Gretel, Joan was the witch. She was the woman in film The Devil Within Her. In Dec., 1982 Joan was asked to be the mistress of ceremonies at Prince Albert Hall before the Queen and His Royal Highness Prince Phillips. Besides knowing that she is into astrology, after looking at her autobiography I don't pick up a hint of any religiousness. Besides her amazing beauty, her lack of morals made her a perfect fit for Hollywood. Among her many friends, she had Sammy Davis, Jr. (p. 332) and Jayne Mansfield as friends or acquaintances, both of whom are publicly known to he Satanists. She rubbed shoulders with Henry Kissinger (p.3454 of Autobio.) Joan Collins vacationed in the winter at St. Moritz, which is an exclusive ski resort of the international set where Joan rubbed shoulders with Niarchos and Aristotle Onassis. (These - are Kings within the Illuminati.) Joan Collins spent time with Edgar Bronfman. The Bronfman family are the Jewish Illuminati family that runs Canada. (p. 281-282) Joan Collins may not he part of the Illuminati Collins family, but if she isn't she has at least associated with some of the top Illuminati. Joan was married several times but obviously preferred her maiden name. Another famous Collins is Michael Collins who was one of the three astronauts on the Apollo II. Apollo 11 was the first officially announced visit by man to the moon. For those who have read <u>Be Wise As Serpents</u> you are aware that the first flag on the moon was the Scottish Rite's flag.

There are a number of very strange things about the flight, and about what NASA has been doing. Bun Aldrin is a Freemason. Neil Armstrong has gone into seclusion, shunning any publicity. As Michael Collins puts it, Nell has "dropped out and doesn't sell the NASA program." (<u>Carrying the Fire</u>, by Michael Collins, p. 461--The title to his book is based on Greek mythology. The god Apollo carried fire, which is what Michael felt described Apollo 11.) What our government has been doing

with NASA, flying saucers and a manned lunar base, is beyond writing about in this article, But the question did naturally come to my mind, could Michael Collins be related to the Illuminati Collins family? Michael Collins writes about himself, "Fortunately, I have been a poor student all my life, and my parents, concealing their disappointment, seldom pushed me.' (Carrying the Fire, p. 462) It certainly seems like such a student would need some pull to get into West Point, USMA. Michael Collins also sits on the board of directors of the llluminati's Rand Corporation which works with Tavistock Institute. He is not even a nominal Christian as far as I can tell, he states dryly that "no" he "did not find God" when he went to the moon. It looked like the clues were leading in the direction that he might be part of the elite, when I can across one sentence that changed my mind.

Michael Collins wrote, "I feel just as thankful today that I live in the United States of America as I did before flying in space, and I have no desire for this country to merge into a United States of the World.' (p.470 of his book. By the way Michael Collins wrote his own book in contrast with so many of the „Christian" authors like Pat Robertson's New World Order, and some of Billy Graham's books which are written by others with the big name tacked on to sell it.) If anyone could promote internationalism (One-World-Govt.) without any suspicion it would be Michael Collins, for few men share his experience of seeing the tiny earth in the vastness of the hostile universe. And yet he doesn't, he simply advocates that humans learn to cooperate to solve our problems- which we certainly need to do. Michael Collins has some really interesting and in a sense inspiring things to say about what seeing the earth from way out in space meant to his life. What he writes bears repeating. I don't have the space for it all but will share one idea that is novel, "Seeing the earth from a distance has changed my perception of the solar system as well. Ever since Copernicus' theory (that the earth was a satellite of the sun, instead of vice versa) gained wide acceptance, men have considered it an irrefutable truth; yet I submit that we still cling emotionally to the pre-Copernican, or Ptolemaic, notion that the earth is the center of everything. The sun comes up at dawn and goes down at dusk, right? Or as the radio commercial describes sunset: "When the sun just goes away from the sky..." Baloney. The sun doesn't rise or fall: it doesn't move, it just sits there, and we rotate in front of it, while dusk means we have turned another 180 degrees and are being carried into the shadow zone. The sun never "goes away from the sky." It's still there sharing the same sky with us; it's simply that there is a chunk of opaque earth between us and the sun which prevents our seeing it. Everyone knows that, but I really see it now." (pp. 472-73) (I like Michael Collins. What I just quoted is neat. After reading lots of occult garbage, I really appreciate someone who isn't into emphasizing the sun. If Michael were an occultist he would not have made this statement. In fact, I think it would be healthy for Christians to quit looking at the stars, and realize how wonderful God's green earth is. Praise His holy name! The earth is a very unique wonderful marvelous place. And all these people who use their imaginations and belittie the earth because they think some other planet in another galaxy is better, should do some space travel. The earth is a miracle, and anyone who doesn't see God through His creation is not thinking straight.) Back to the question, is Michael's Collins family part of the Illuminati Collins family? I have no idea, but

Michael himself is not an internationalist. The Collins family is an old New England family. Early members of it were Francis, Edward and John. (See the genealogical chart.) Part of the Satanic branch may live in England too. Like most top Illuminati families, the Collins have spread al over - so that even the West Coast has some members of this satanic bloodline. Part of the family is both related to aristocracy and to witchcraft. For instance, I have a complete list of all people accused of witchcraft in New England in the 17th century which includes some Collins, The 17th century was the first century that British settlers, mostly Puritans, some of whom are also known as Pilgrims and Congregationalists settled in New England. In 1640 in Aquiday, Mass. a Collins was accused of witchcraft. In 1653, Jane Collins was accused of witchcraft in Lynn, Mass. And a Collins family lived in the Salem, Mass. area of Marblehead during the 1650s when the witch trials occurred.

They were neighbors to the family accused of witchcraft. Interestingly some of the last names of other people accused of witchcraft in early colonial Massachusetts include Young, Bailey, Carrington, Godfrey, Hall, Brown and Clinton. You will find all of these last names on people today who are connected to the Satanic hierarchy (Illuminati) and Satanism. However, the worst example of dealing

with "witchcraft", the Salem Witch trials, was instigated by the Collins family to destroy Christians. Christians have been held accountable for something the Collins family did to Christians in Salem, Mass. My opinion is that the Collins family practiced witchcraft before coming to New England in the 17th century. One ex-Illuminati member who was from the Collins bloodline stated that the Collins family brought witchcraft from England to America. For the first part of the 1700s, one of the British Collins was prominent for his books promoting Deism against Christianity. As an example of some of their aristocratic ties, Arthur Collin's 9 volume reference work <u>Collin's Peerage of England</u> published in 1812 was a definitive work on aristocratic peerage. Obviously, Arthur Collins had a great deal of clout to be able to research such a massive work on people of significance in England. The Collins family gave us John Collins, third Governor of Rhode Island. John Collins was born to the rich powerful part of the Collins family at Newport, R.I. John Coliins (1717-1795) played an important part in the creation of our Federal government, and a role in one of the most remarkable court cases Trevett vs. Weeden which set the precedence in court which allowed courts to declare legislative enactments unconstitutional. He advocated the issuance of paper currency and a strong central government, which made him unpopular in the rural areas of Rhode Island. He married Mary Avery. Another John Collins (1775-1822) born to a well-to-do Collins family was tenth governor of Delaware (1819-1822).

Quite a number of Collins have been well-to-do. The wealthiest Collins that I have discovered so far is Matthew Garrett Collins (1874-1925). Matthew Garrett Collins was an oil producer. His father was Oliver Cromwell Collins! named after Oliver Cromwell. Oliver Cromwell was the early Mason who was paid off by the Amsterdam jews to allow the jews back into England. Matthew Garrett Collins was a Mason. M.G. Collins manufactured silk and in ten years took the operation in 1886 from nothing to a $2 million business. He was president of Interstate Gasoline Co. He worked with several other big oil men, such as Gov. Charles Haskell of Oklahoma. He was Trustee for Drew Seminary. He participated in the Methodist church. Matthew Garrett Collins oil operations and friendship with the governor of Oklahoma are very  significant. Inside information indicates some type of connection between the Collins family and Oklahoma, and Tulsa is a major headquarters for Satanism in that area. There are a number of buildings that the Satanists own in the Tulsa area that are used for their operations. Besides Matthew Garrett Collins there have been a number of other wealthy Collinses, such as Theodore Clyde Collins, Jr. (Insur. co. exec., banker, pres. of etc. etc.), Arthur Fletcher Collins (real estate corp. exec., hd of some financial institutions and an financial analyst), Henry James Collins 3rd (Insur. Co. exec., treasurer of several financial organizations), J. Barclay Collins 2nd (oil co. exec., lawyer, bd. dir. of trustee of a hospital), Leroy Collins, Jr. (banker, dir. or president of some organizations), John Roger Collins (aerospace co. exec., banker, economist, trustee or bd. of dir. & v.p. of a number of organizations), John Paul Collins (banker, dir. of Rothschild's Citicorp Research Corp., plus trustee of a hospital, besides holding other leading positions in a number of other organizations.) And finally Michael James Collins (not the astronaut) who has been an investment co. exec, plus to name a few items-- pres. Fidelity Union Life Ins., pres. Allianz Investment Corp., pres. Collins Capital, Dallas, Trustee KERA-TV, bd. dir. & v,p, of the Carr P. Collins Foundation. None of these men gave information concerning their church affiliation. With the other Collinses usually if they do have a church affiliation it is Episcopalian. The Collins famliy also built the world's fastest nicest ocean going ships during the 1850s, for which they spared no expense. The Collins lost a number of ships to natural sea disasters, and after the financial panic of 1857, the Collins got out of shipping, and directed their attention to coal and iron. They had a home on

Madison Ave., NY. One of the Collins who is clearly descended from the old New England family is the banker Atwood Collins (1851-1926) who graduated from Yale in 1873. One line of Collins that were descended from the old New England family were the father and son who gave their names to several locations in Western US. Fort Collins, CO is named after Cal. William Oliver Collins, a descendent of Edward Collins who arrived in Boston from England in 1630. And Casper, Wyoming is named after Col. William O. Collin's son Casper Collins. Casper Collins died fighting indians, and so this family line died out. Col. William Oliver Collins family were well-to-do Episcopalians. W.O. Collins had originally gone to law school, then became a Senator, and then was made a Colonel by the Secretary of War at the outbreak of the Civil War. Because the U.S. troops in the far west were

6

widely dispersed, the rank of Colonel was a very high rank to hold in the western territories during the Civil War. Now this article will list a few Collins who I suspect may have been connected to the Illuminati in their time. These are only suspects, but interesting people at that.

Clifton W. Collins--Clifton studied Saint Simon who was the Mason/Illuminatus that started Communism in the early 19th century. Clifton wrote a book about him entitled Saint Simon.

Copp Collins--Copp Collins was involved in so many political things for the republican Presidential elections, and involved with consulting Federal agencies and so many other government positions it is difficult to give a list of what all he has been involved with. He also was involved with Bahrain Petroleum Co., Ltd during the 1950s.

DeWitt Clinton Collins--DeWitt Clinton Collins was born on Sept. 5, 1866 and was named after DeWitt Clinton, who was assoc. with the Illuminati very early in the history of the United States. His father, Clinton DeWitt was also named after DeWitt Clinton. D.C. Collins did his post-graduate work in Vienna, and practiced in Chicago.

Hugh Collins--Author Marxism and the Law published by Oxford University Press.

James Foster Collins--Worked for U.S. intelligence, for the United Nations, graduated from Yale, had such jobs as Research assistant U.S. Senate Atomic Energy Commission, political affairs officer United Nations Secretariat (1946-1949), By the way a large percentage of the officers in the Secretariat area of the United Nations for the first 10 years were Jews. Collins also worked for the state department and the treasury department, perhaps maintaining his intelligence work on the side.

Jim Collins--Jim writes books on the occult, UFOs, mysticism, Uri Geller, etc.

John Anderson Collins-- He was intimately involved with the illuminati plots involving Unitarians/Rosicrucians/& Masons which created militant abolitionists who intended to wage war against the south. He worked with William Uoyd Garrison. For a full expose on this the reader shouid study my chapter on the Unitarian church in Be Wise As Serpents. John Anderson Collins was a socialist (forerunner of what is known as communism). He attempted several communist social experiments beginning in the 1840s. The importance of how this all connects to the occult and the Illuminati can be appreciated by reading Fire in The Minds of Men by James Billington.

John Churton Collins--In 1886 he wrote a book on Voltaire, and in 1908 he wrote yet another book on Voltaire. As a lecturer who travelled to the U.S. and Germany, the press always gave him great press coverage. He was involved with the occult. He was found dead in peculiar circumstances in a ditch.

Launa Collins and Virginia Collins co. authored a book Levels of Mind in 1984.

7

Mauney D. Collins--Mauney Collins was State Superintendent of Schools in Georgia. He went to Bob Jones College sometime after 1938. He was a Freemason, a Grand Master of the Georgia Grand Lodge of Odd Fellows, assoc. editor of the Ga. Odd Fellows News, and if my source is correct editor of Atlanta's Masonic magazine. He was in Eastern Star, and a number of other affiliated Masonic groups. He lived at the Capital Building at the state capital in Georgia. He was a pastor (ordained in 1909) of Friendship Baptist Church for his lifetime.

Paul Valorous Collins--writer, studied art in Paris, interviewed Italian strongman Benito Mussolini in 1927 for Outlook Magazine. Presbyterian and a Freemason.

Robert DeVille Collins - foreign service officer, intelligence, 1st Secretary to NATO (73-76), director political officer of personnel of the US. State Dept. (80-82), worked in the U.S. embassy in Rome in various capacities, Roman Catholic, and given an award by the Pope.

Ross A. Collins-- One of the ex-Illuminati members remembers the name Ross Collins. Ross A. Collins was a high ranking Mason, a lawyer, an attorney general (a common position for Satanists), and a Congressman. He was born at Collinsville, Miss. in Congress at

Washington, D.C. he was chairman of the military appropriation committee, a position which the Illuminati control. Ross Collins was famous for advocating mechanized weaponry. He wanted technology to be applied to weaponry. He is credited with bringing the Flying Fortress into being. By the way there have been many Collins who were Masons, for instance, the masonic reference book History of Scottish Rite Masonry in Chicago, also titled Oriental Consistory 1856-1907 by George Warvelle, 33°, lists twelve Collins as being members of Chicago's Oriental Consistory (pp. 99-100).

Varnum Lansing Collins-Princeton Univ. Professor and Episcopalian.

Wilkie Collins-author of occult fiction

William Collins-his british Collins Pub. firm has printed some books on British Intelligence (MI-5, MI-6).

I could continue giving more names on the suspect list, but the reader's patience has likely been tested enough. Articles like this aren't as much fun to write, when I have to pad out some hard evidence with clues. I included some of the suspects so that the readers can see that people with the last name of Collins do show up with some frequency when one investigates the occult and power. Some readers might feel that any last name could be run through history and some people involved in the occult found. I challenge people to test that. I will give them some names, and let them search. There are some names such as Gould for instance that reoccur way out of proportion in Masonic literature than the name should randomly occur. Russell is another name that reoccurs everywhere 1 turned in studying the New World Order. It became evident that the Russell family was not a common family, but wielded immense power. On the opposite side of things, some families have been essentially totally unconnected with the occult in anyway.

8

Prior to the Civil War, the American branch of the Collins family split off under the surname of Todd. Numerous occult figures including important names in secret Satanism or various Witchcraft groups have had the last name of Todd. Presidents Madison and Lincoln were married to Todds. Lincoln's wife Mary Todd was into the occult. Whether Abraham Lincoln is in heaven or not I do not know, those decisions are God Almighty. But from examining the evidence as carefully and honestly as possible-Abraham Lincoln was a Rosicrucian and in fact he was a member of the Order of the Lily's Council of Three along with Paschal Beverly Randolph and General Ethan Allen Hitchcock. Properly speaking, those Todds who are descended from the Collins family should have been covered in this, because they are considered by the Illuminati as part of the Collins bboodline. The Todd family hasn't been covered now, but may possibly be written about more fully at a later date. In summary, the Collins family is one of the top Illuminati families that has managed to remain low key. It is believed that the Collins family has been kept secret because they wield more power than the Rothschilds, Rockefellers, or the Onassises. The only way that I came to realize their importance is through a number of people giving inside information, and the only reason that the inside information was plausible was the great amount of research I had done in this area. And yet what has been done is a drop from what can be accomplished. My research shows the family has been connected to witchcraft since they arrived in New England in the 1630s, and may well have practiced it centuries prior to that. At least part of the British Collins family are Jewish.


**REVISITING THE COLLINS FAMILY--ONE OF THE TOP 13 ILLUMINATI FAMILIES**

The Collins family is one of the most powerful families in the world, and yet has been able to hide their power and wealth. The Van Duyn family has also hidden themselves very well. But the Collins family is full of tantalizing clues, such as one Collins branch that I found in looking at genealogical family group sheets. This was a book that Gerald E. Collins' drew up showing the Collins family and their relationship to the Bauer family who according to his book changed their name to Bower. That is exactly what the Rothschild relatives named Bauer did. The name Collins originated in the British Isles, in Ireland it began as O'Collins, and in Scotland as Kollyns. Today, a prominent figure in Wicca is the Wiccan reformer Kollyns, whose name was originally Collins. Two significant Collinses were Sara Aynn Collins and her older brother. Her older brother was a member of the Satanists who called themselves the Hell Fire Club. He belonged to the Boston Hell Fire Club. The Hell Fire Club has been discussed in previous newsletters. It has been pointed out in the past articles how BenJamin Franklin and Thomas Jefferson were members of this purely Satanic group who practiced satanic sexual occult rituals. Sara Aynn Collins (bn. c. 1730) was deeply attracted to the occult. Her family was a generational Witchcraft/Satanic family, but many of them wanted to abandon the occult. Besides not wanting to leave the old family traditions of witchcraft, Sara did not want to marry the man her father tried to sell her to. Neither the arranged marriage nor forsaking witchcraft was for Sara. She went to Scotland to get to the heart of learning the occult and became a leader in the oldest form of Wicca, the Elven Path. (Other traditional types of Wicca in the U.S. come from Ireland, Wales, and Greece.) After the American Revolution she left Scotland skilled in occult power, and came back to the United States, where she formed the first Covendom of Wicca. She and her brother were powerful Wiccans, and their descendants are the main group of Collinses that practice Wicca and Satanism. A wild woman stabbed Sara Aynn Collins to death in a Boston store. What you have just received is the important link in tracing the Satanic Collins bloodline. Sara Aynn Collins (and there were several Sarah Ann Collins in her day-it seems the name appealed to the Collins family) is in turn a descendent of Francis Collins of the 17th century. Francis was the head of the family when it came over from England. The Todd family seems to have Satanic undertones to it, even in the days just after the Revolutionary War. For instance, John Jacob Astor married Sarah Todd who had a fair amount of money attached to her. The Todd surname is not an extremely common name-until one begins researching the conspiracy, and then it pops up with frequency. It is known that during the time of the Civil War the Collins bloodline went into the surnames of Todd and Putman.

9

It needs to be brought out here that the Putman family also has spelled their name Putnam! One genealogy book which ties the Putman/Putnam family to the Collins family is Putnam, Thomas Russell (1897). Putnam genealogy; recording the descendants of Thomas Putnam. The Be Wise As Serpents book exposed the early Clinton family of DeWitt Clinton as an illuminati family. Interestingly, there was a Collins boy born in 1824 who was named after that Satanist. His name was DeWitt Clinton Collins (1824-1909). Another interesting tidbit was that the Phelps family of Virginia is related to the Collins. The Phelps family arrived n Mass. in 1630 and became a prominent family in the Skull & Bones. And don't forget men like Skull & Bones William Collins Whitney (unit. into S&B 1863) of the Collins family. Ths member of the Collins lineage had two sons, who both became members of the Illuminati's Order of the Skull & Bones. William Collins Whitney (1841-1904) and his two sons are the core of the Whitney influence in the Order of the Skull & Bones. This Collins blood of the Whitney's then went into the Harriman family. Anyone who has been reading this newsletter this year knows how important the Harrimans are! Pam Harriman is the person behind Bill Clinton. Further, the Collins blood of the Whitney's went into the Payne family and the Vanderbilts by intermarriage! The Payne family has been a big part of the Rockefellers and Standard Oil. (It is a small world at the top.) William Collins Whitney had a lack luster career as an inspector of schools. But then beginning in the 1870s, he amassed a fortune from who knows where very quickly. William Collins Whitney was the power behind Pres Cleveland, who was his puppet. He also directed a group of powerful important capitalists called the Whitney Group. W.C. Whitney married Flora Payne. Their son Harry Payne Whitney married Gertrude Vanderbilt in 1896. Their son (and remember he still has Collins blood) Cornelius Vanderbilt Whitney married Marie Norton who later married W. Averell Harriman (unit. into S&B in 1913), the man who helped finance Hitler to power. The Harrimans also helped bring the Bush family from oblivion back in the early 1920s. When Prescott Bush (George Bush's father) lost all his money in the 1929 stock market crash, the Harrimans again came to financially helped Prescott Bush back on his feet. During the 1920s, the W. Averell Harriman, Prescott Bush, Fritz Thyssen and Friedrich Flick created several entitles to help finance Hitler and to produce the weapons Hitler would need to fight W.W. II.. One of these companies was the German Steel Trust (in German called Vereinigte Stahlwerke. This company produced 35% of Nazi Germany's explosives, 50.8% of Germany's pig iron, 38.5% of Nazi Germany's galvanized steel, 36% of Germany's heavy plate, 22.1 % of Germany's wire, and many other things essential for Hitler, if it had not been Harriman'. and Bush's money helping Thyssen who was Hitler's major backer, Hitler would never had been able to have launched W.W. II. Thyssen even wrote a book in the 1930. I paid Hitler (now rare) telling about how he financed Hitler and the Nazis beginning in Oct. 1923. As I have said numerous times Hitler was of the Rothschild bloodline.

An understanding of the top 13 families opens up a whole new understanding of history. In fact, the full extent of the power of the top 13 families is far greater than what I am able to communicate. This is because of their skill at secrecy. Allow me to explain. It was no accident that Hitler's Rothschild blood was hidden. A common practice among the top 13 families is to have an important child secretly or quietly without fanfare, and adopt the child out to another family. The child then takes on another last name, which helps the genealogy, in the occult ceremonies, the biological parents will step forward. For instance, for Mothers of Darkness the biological father must impregnate the young daughter who is being initiated into the Mothers of Darkness. The first baby by the girl must come from her biological father and must be sacrificed by her to Satan. Many of the Illuminati children are adopted out, (in fact our President Clinton was). To try and trace the genealogy of the Illuminati is most difficult. What I am trying to lead up to saying is that due to a number of reasons-many people with last names which are different than the top 12 surnames (as well as the several names I've given for the 13th bloodline) I have given are ALSO part of the top 13 bloodlines. Last names are not the criteria--the magical occult power in their blood is. It is more than just having the correct blood--but the magic power in that blood is critical. Once a branch loses its occult power its blood is nothing. This is why even though my wife is a descendent from the Holy Blood line, the 13th family, her branch of the family has had nothing to do with the occult for centuries, and could never be part of Illuminati. In summary, this article has given some critical names in the early genealogy of the Satanic branch of the Collins family. This article has discussed how important events in our world are being molded by those 13 families secretly, for example the Collins family. Finally, it was discussed

10

how the Illuminati have a number of ways that they hide their genealogies, and one of these is the common practice of adopting out a child, so that it gets a different last name.

Satanist Bonewitz calls the leading Illuminati families "Fam-Trads." He spells out that Fam-Trads mean the very powerful families that have been the actual ones to pass witchcraft down from one generation to the next. Bonewitz's article claims that the only coherent lineage of witchcraft was what these powerful families have given us. They were able to pass down witchcraft uninterrupted because they were so powerful. He writes, "There is plenty of evidence of ancient Pagan traditions surviving under thin Christian veneers in isolated parts of Christendom, but there is almost nothing logical to suggest that the people leading these traditions were in touch with each other..." How did the leading powerful families continue to practice their witchcraft? Bonewitz's answer is interesting, He states,

### · REVISITING THE COLLINS FAMILY

Isaac Bonewitz who sits on the llluminati's Grand Druid Council wrote in "Witchcraft" (which was a series of articles in the Green Egg in 1976) some very interesting statements about the top Illuminati families.

Most members of Fam-Trads made efforts to conceal their "superstitious" beliefs and Pagan magical systems. Instead they became involved in Freemasonry and Rosicrucianism in the 18th century, Spiritualism and Theosophy in the 19th; for all these movements were considered more respectable than witchcraft, and still allowed the Fam-Trads to practice occult arts ... So as the years went by, members of the Fam-Trads absorbed more and more from non-pagan magical sources and handed their new information down to each generation, often carelessly letting the descendants think that a Rosicrucian spell or alchemical meditation was a legitimate part of their Pagan heritage. So even today we have Fam-Trad witches who are far closer to being Theosophists or Spiritualists than to being Classical or Neoclassical witches. (Bonewitz, Isaac. "Witchcraft" The Green Egg, June 21, 1976, Pt. III pp. 5-6.)

In 1770, Lord Petre, Grand Master in the Masonic Lodges in the British colonies appointed John Collins to be the Provincial Grand Master of Quebec. (Co-authored by a board of Masonic editors, History of the Ancient and Honorable Fraternity of Free and Accepted Masons & Concordant Orders. Boston & NY: The Fraternity Pub. Co., 1891, p. 225.) I mention John Collins as an example of a powerful 18th century Freemason, who was part of what appears to be the Collins Illuminati family. In previous articles, we have documented how the early 18th century Astors and DuPonts were active Freemasons. The history of these top families does agree with Bonewitz that in order to continue to practice their witchcraft they used the cover of Freemasonry. Later, in the 19th century some of the leading families can be seen to have moved into Spiritualism, such as the British royal family, and Mary Baker Eddy of the Baker famliy. Interestingly, H.P. Blavatsky who was involved with spiritism started the Theosophical Society and also a periodical named Lucifer in 1887. The woman who co-edited Lucifer with her was the medium (now called a channeler) Mabel Collins. Mabel Collins later had a disagreement with H.P.B. and left. (Oppenheim, Janet. The Other World. Cambridge, Eng.: Cambridge Univ. Press, p.182.) And it is possible that a few of the Rockefellers joined Lucis Trust which is an extension of Theosophy a well as members of the Hall family such as Manly P. Hall whose wife was a Bauer (very likely part of the Rothschild bloodline.) This pattern that Bonewitz has pointed out to us, is worthy of continued investigation, it is likely that other leading families have also followed the pattern he describes. The 13 top Illuminati families are more correctly described as 13 bloodlines. The Collins family had a branch that shot off from it during the early 1800s which was the Todd family. The Todd family branch remained an important part of the Illuminati. We will now discuss this branch in more detail as I said I might in the Feb. 1, '93 newsletter.

11

**the TODD BRANCH of the COLLINS FAMILY**


**HOT TODDY & HER FATHER JOHN TODD**

Thelma Todd was known as Hot Toddy. She was an extremely sexy movie actress, but she also had another side to her. She was intimately involved with the mob, and men like Lucky Luciano. Hot Toddy was intimate with Lucky Luciano, who made money from gambling, drugs, and prostitution. In 1935, she was murdered. The murderer left her corpse with $20,000 in jewelry on it. In 1989, the book Hot Toddy by Andy Edmonds solves the murder, which the police did not want to solve and tried to cover up. Thelma was originally from 592 Andover St, Lawrence, Mass. Her father was John Shaw Todd and her mother Alice. Her father had been a corrupted police lieutenant before going into politics. John's cronies would come over to their house to the parlor. By 1915, John Todd became "one of the most important men in the East. He was appointed Massachusetts director of public health and welfare, a job that gave him carte blanche to write checks and approve construction and medical contracts, offer political positions on high-paying state committees (most as repayment for favors), and pass funding along to handpicked organizations and charities. Many believed he lined his pockets on more than one appointment or contract." (Edmonds, Andy. Hot Toddy. NY: William Morrow & Co., p. 56.) In 1925, he became a "political advisor" to legislators. In 1926, he used his influence to get good reviews in newspapers of the film his daughter was in. Hot Toddy had a reputation for going braless, for flirting with men etc. She as a teenager had a secret desire to be a madam at a brothel. (p.60) She was sponsored by the Elks Lodge in a beauty contest in 1925 and was selected Miss Massachusetts. Hollywood even in the early 1920s was full of murders, the weirdest sexual habits imaginable, and most of the actors were drug addicts (cocaine, heroin, and booze). That was years before these habits hit the mainstream of American life. Many actors were homosexual. Many if not most (the lists I have seen would indicate most) actors were Jewish. Charles Luciano was nicknamed Charile Lucifer, "the devil." He was the most feared and hated of the underworld bosses. Luciano liked Toddy both because he was attracted to her and she had a restaurant he wanted to use for one of his bases of operations on the third floor for gambling. Luciano was one of the three major distributors for the Bronfman's narcotics. The Bronfmans are outwardly Jewish and covertly satanists. Remember they were mentioned in the previous Collins article being friends of actor Joan Collins. Rothstein and Meyer Lansky were the other two Bronfman distributors. (Dope. Inc., p. 431) Luciano supplied Hot Toddy with her drugs. At the time of her murder, her movie boss had planned to raise her salary to $3,500 a week. Luciano worked for the U.S. government during W.W. II, and in 1946 was deported to Sicily. During W.W.II Luciano work for US. Intelligence--SOE and OSS. (Where else in this newsletter have I mentioned the corruption in the Intelligence Agencies?) After being "deported" to Sicily, Luciano continued to work for US. Intelligence and Permindex (Dope. Inc., p. 483)-which is the elite's assassination bureau which later moved the center of its headquarters to Paradise Island in the Grand Bahamas. (Dope. Inc., p.493) (It seems to me that Luciano had connections to Onassis.) I noticed that there was a man named Collins who was involved with the Illuminati's movements to take over the Australian economy. He was an executive of H.W. Smith, one of those companies that interlock with the CIA, mob, and Illuminati. As you may realize, I offer these types of clues because I can't presume on the future and hope that others will assist in putting together the pieces of how widespread the satanic Collins family is.


**JOHNNY TODD**

Johnny Todd is reported to have converted to Christ on Labor Day, 1972 according to one person I talked to. It seemed like the talk I heard Johnny Todd give indicated 1973 as his coversion date. He was of the Collins family Todds and at some point after coming to Christ, told people he had been a member of the Grand Druid Council of the Illuminati. Before proceeding to tell about his life lets interrupt to discuss about whether Johnny Todd is for real or not. Johnny Todd has been discredited as a fraud within much of the Christian community. If I had heard all the negative things said about

12

Johnny Todd first, I might not be writing anything about him, because some of the people against him don't have anything good to say. However, I heard tapes of Johnny Todd speak before I heard the negative things about him. What has taken me years to understand, he went item by item and discussed. I have tried to understand what Johnny Todd did to get discredited, and the central issue seems that a tape he made after he was converted had his voice saying a satanic ritual. I must warn the readers that I haven't gotten to the bottom of who Johnny Todd is, but I was able to ascertain several things.

·Even the people who feel Johnny Todd was a fraud admit he had to have been in Satanism-they simply claim he wasn't as high as he thought.

·Every negative thing that has been said toward Johnny Todd that has any substance that I have been able to hear can be explained away very easily if a person understand MPD. If Johnny Todd was who he claimed he was, then it is an absolute given that he had MPD, because that is part of the "training", part of the preparation neccessary to become part of the Illuminati hierarchy. In other words, the negative things which appear to be insurmountable obstacles to his credibility, may actually if people knew what being involved with the Illuminati is like be items showing his authenticity. Further, it appears that after his conversion to Christ, he received so much lack of understanding and persecution from Christians that he back slide for a period of time, but was brought back to Christ by the repeated message "Jesus loves you." The clincher was listening to the man. After having done years of research and hearing someone tell me much of what I learned the slow and hard way, was very exciting. The man speaks like someone who knows Satanism and the Satanic hierarchy, and knows it first hand. I have listened to many Christians speak on Satanism, and on a scale of 0 to 100 most of them are about step 1 Todd in my opinion, from the talks I have heard rates around an 80. If he is such a fraud, why is what he is saying such superior information than all the other people? People claim he simply borrowed from other people, but that doesn't hold water. I know of no one else who has openly talked about the Collins family. I could be wrong--he may not be legitimate--but I feel so strongly from what I have experienced that I honestly believe that the man is just what he says he is. And in that case, he is one of the highest Satanic hierarchy people to defect to Christianity who have been willing to talk. Johnny Todd is not talking now-the establishment got him put into prison in South Carolina.

## · EX-ILLUMINATUS EXPLAINS HOW THE ILLUMINATI FRAMED HIM AND PUT HIM IN PRISON.

This article is comes from a tape which was made by someone who is part of the Collins Bloodline, one of the top 13 Illuminati bloodlines. i transcribed this tape onto paper, because I feel it deals with an important person and some important issues. Christians need to realize that what happened to this man who left and tried to expose the illuminati, is what is in store for many other Christians, that is prison. The Be Wise As Serpents book had an entire chapter on the Concentration camps that are already built for Christians. There are friends of mine who feel very convinced this ex-illuminatus is the real thing, and that he was really part of the Illuminati. Then, there are some who feed he is not for real. There has been an intense program of discrediting this man which was orchestrated by the illuminati and their plants within the Christian people. I have listened to both sides of the issue, and then listened to the man himself, and I am convinced he is for real. I believe he was really part of the illuminati. That was this author's conclusion, although I'm not so firm that I wouldn't bend if new evidence confirmed differently. I have listened to hours of accusations that were leveled against this ex-Illuminatus even before he was framed, and most if not all amount to nothing. When I have asked people what their objections were to this man, they have said they are convinced he is was a Satanist, but that they doubt his illuminati credentials. But the man is part of one of the most powerful bloodlines in the worid, the Collins family. Whether he got high in Illuminati can be debated, but if he were in Satanism, which many acknowledge, he would have--almost certainly-- been taken into an Illuminati coven.

13

**MESSAGE FROM A HIERARCHY SURVIVOR**

Feb. 26, 1991

I am John Todd, and this tape is being made in a prison cell in South Carolina, it is very late at night. All the inmates are locked down in their cells, but you will still hear noise off and on. And if the guard comes by, I have to stop and be very quiet. The reason for this tape is that I have been framed and put in prison by orders of U.S. Senator from South Carolina Strom Thurmond. I'll go into all the reasons for that, and what happened to me. And only recently, in fact just about a week and a half ago did I find out how it was really accomplished. As I started to say, the reason for this tape is to get the word out about where I'm at. I've been in custody almost four years now. I've been in a prison cell for three years, and that time is a very closely guarded secret by the government, by the Illuminati and definitely by the conspirators. The word of what has happened to me has not gotten out of the state of South Carolina. Here you have religious magazines that are run by the Illuminati, speakers who are members within their organization, or collaborators who have been bought by them over the years. Many of them who would consider themselves to be personal enemies of mine because of exposes which came out about them by me in the '70s- early '80s. Yet, not one of them has said a word, although they al know about it for fear that the true believers that are out there will find out what has happened to me. When I was arrested, one of the few things that was taken from my apartment was my files containing my mailing list. These were taken by the police although they had nothing to do with the case I was supposedly being charged with. And two years later when we went through a law suit to get everything back, this was one of the few items that did not come back. They Just vanished, just disappeared. The reason for it, a was the reason for taking the two personal address books that I had. One I carried in my billfold for such an emergency and one was in my Ubrary shelf were taken by SLED also. This was hopefully to keep me from contact with anybody who could help me obtain legal services or whatever. I want to go into the case very carefully, very diligently. One of the things that seems to be very frightening to Christians is that such a thing could actually take place. Many who knew I was innocent could not believe that I had been found guilty. Not so much that -because-, it just wasn't there, it didn't take place, so therefore even the manufactured evidence wasn't even there. They just couldn't believe that a child of God in this country could go to prison. (I had stopped and came to the door. I can't let this tape be known that it is being made or it would never get out of here.) I want to say this now before I go on, whoever receives a copy of this tape I'm asking you to make a copy or copies and get the word out. Make phone calls. Let people know what has happened to me. Let them know that they can be of service to get me out of here. This is what is most feared about putting me in here, that the word will get out. Let me tell you what all has happened here. We need to go back to 1987 in Columbia, South Carolina where I was living. I had been hurt. I had been doing labor, construction work, carpenter work for several years. I had stopped speaking publicly after my divorce to the woman who had stood beside me for years and years and years, headquarters. Give me a polygraph." Immediately in the form of a scream, I can assure you, not a statement, the SLED agent, a Lt. Carleton Meddle, who is now a captain, who was made captain three days after I was convicted, overpromoted- promoted over people n front of him, screamed out loud, "No, we're not going to give you a polygraph.' That was their stance ali the way through.

I took a polygraph after my conviction. I paid for the polygraph. I - the polygraph. But it's not admissible in court. Now they took me-- Pm going to go through this all so you can see. Immediately, I knew this whole thing was a frame. I wasn't sure what they were up to$_1$ but let it go. The solicitor sald he wanted to have my apartment searched for evidence of the rape, And that he could get a search warrant, but they would prefer that I allow them to search. ,,Well," I said, ,,I have an attorney who is representing me in the lawsuit. He is also a criminal attorney if you allow me to call him, you allow me to ask his advice and he says "yes", I will allow you to do it." They really didn't have a choice in this matter. I was asking for my attorney and they were supposed to. They took me in the hospital downstairs to the security room. I didn't know this at the time, but out of the 17 arresting officers that were SLED there five were lieutenants in the room with me out of the 26 Lieutenants la the state. That's unheard of. Plus the head solicitor. It gets better. They take me into a room. The solicitor calls my attorney. I still didn't realize who he was or anything. He called my attorney. I

14

spoke with my attorney. He told my attorney that if he allowed me to sign this thing. and then again he told that they didn't have a search warrant, which was a lie. The search warrant was limited as to what they could have took trom my apartment. They weren't interested in anything in the rape, as you will find out. They were interested in other materials, which they could not have took under the search warrant. So they told him they will take me straight to Jal, they will go to my apartment, and search it. I signed it. They took me to my apartment. They had lied to my attorney.

They proceeded to box up three 30 gallon plastic trash bags and four boxes with material. Nothing, except 3 knifes- that they claimed they were trying to find the knife which was used in the rape. I showed them where all my knifes were and some business stationary with the publishing company. Other than that knife nothing that went out of there was used during the trial. Nothing was used except what I just said. Everything else was business material, printing concerning my past ministry, or the ministry I was involved I which was the newsletter. The whole time I was there I was not questioned about sexual assault as they put it, I was only asked questions about the Christian underground. I want to stop and explain that. There is, though some of you might find it shocking,, there is an underground n the United States, a Christian underground. It was formed over the trials in Nebraska, where Christians, pastors, ministers of the church were sent to prison. Where we started seeing non-passed laws about child abuse being put into effect by the federal and state governments without ever being passed as law. Children were being taken from their parents without a chance for the parent to he allowed to speak in the trial. All it took was some child psychologist, "I suspect child abuse, blah blah blah." We started seeing how 90% of the people being tried were fundamentalist Christians, so an underground was formed. It contained Christian survivalists but it contained everyday people also. And all they wanted was where these safe houses were, where these places of refuge were, what the underground conductors who they were. That"s all they were asking me. And yet nothing was n South Carolina, So it was out of their jurisdiction. So I knew they were asking for the federal government. I was taken from there to SLED and for the first time I was questioned concerning the so-called rape. I realized, you would have to be arrested to understand the shock you go through, I was just numb. But as my head started clearing and I realized that they held n their hands evidence that they had took from the apartment which would clear me, I told them. I also told them about my whereabouts that night. I told them people they could go question. And here's their statement, "it is not our job to go question witnesses that will prove your innocence." While I was at SLED headquarters the solicitor who had lef't us after we had left the apartment went and held a press conference. This was his story: I was arrested for one rape, I was suspected in three maybe, as many as eighty. That's right. Family members on their way home from work at five thirty in the evening were hearing this on the radio. Never before was anybody that wasn't a murderer ever given this much publicity and never before in the history of SLED had a person who was charged only with criminal sexual assault ever been investigated or charged by SLED. Before I was even booked in the jail, I realized that these folks did not believe I was guilty. They were only interested in something else. I wasn't sure quite yet what. The next morning I was brought before a state magistrate for a ball hearing and to be arraigned. I was denied bail on the following. Now listen to this. The solicitor tells the magistrate the following, I'm not a resident of South Carolina. Bat he had just searched my apartment. I had several businesses in South Carolina and had lived here for years. Further, they said I had no recidence in South Carolina. And yet they had just searched it. Three, they said I had a passport and they were worried I'd flee the country. The passport had been taken from my apartment and had expired on that very day on my birthday of 1967 and they knew it. The next statement was that I had no visible means of support. And yet they knew that I did. And the last one was that I had no family members in South Carolina, and yet, I had children right here. As I tried to tell the magistrate this was all incorrect he wouldn't hear it. I had not yet realized that I was on the front cover of the state newspaper. Now the state newspaper is the newspaper in Columbia. It had a co-owned newspaper called The Record which does not exist now. They have combined them. The newspapers print whatever the authorities want them to print in this state. The interesting thing in this was that it started to go into my military record. Now the Illuminati and collaborators in the Christian church have bled to discredit me for years. Mainly they have said that I have lied about my participation in the military, what I was involved in, that I was in Vietnam, or any of this. During the next several days, the state became very upset at the U. S. military because the US. military sald I was

involved in a military group in Vietnam called Phoenix and that all members who were in Phoenix their military records were sealed and in Langley, VA. with the CIA. That is what I have said for years and years and years. And after all this, thousands and thousands of dollars paid to the collaborators within the Christian Church to Illuminati collaborators and plants have put out about me. This newspaper, which was trying to harm me, destroyed it in a matter of days. I became known as the survivalist raplst or the green beret rapist and it all came out about me being ex-special forces green beret. All this stuff denied by Christianity Today, and Logos and all these others for over a year was Just blown away in a matter of moments. Over the next two weeks, it went from I was suspected of 80 rapes to 100 rapes. Everyday the solicitor was holding a news conference. Everyday I was smeared in the news. In fact when they realized that either what they could frame me of, was falling apart on them they proceeded to take my picture and put it on the television. "We know he has done all this would anybody who has been followed by this man please come forward." They broadcast my picture all over the state. And I imagine-I was told- hundreds of crank calls but nothing ever came out because nothing had ever happened. Aud the problem was, and we're only guessing here, is the solicitor had been tricked by SLED. The solicitor really believed this. And he thought it was a high publicity case and it blew up on him and he was embarrassed. But he was being asked, we uncovered this. This is how it went before my arrest. And I think you will be surprised by the lies [?or irony?] in all this. SLED took statements from Meryl Blackburn 2:30 a.m. Sunday morning 17th -I'm sorry - May 18th Monday morning--(I'm sorry.) It was actually Monday morning May 18th at 2:30 in the morning. They arrested me at 3:30 in the afternoon. After taking statements, a close friend of Strom Thurmond who was sexually involved with the woman, who was all these women's bosses, came down to SLED headquarters went with them to solicitor James Anders office, and told Anders he wanted me sent to prison; he didn't care how. He then went to the state magistrate and got a warrant signed. This politician, who lived hundreds of miles away, came down here for that precise purpose and was involved. His name was Larry Martin. Now the reason that Strom Thurmond hated me, in case you're familiar or not familiar with this, is that when I was living in California working with Chick publications and preaching very heavily in '87 and doing mostly exposes on everybody it had come out about Strom Thurmond being the highest ranking Mason in the world, and that he was also a member of the voting Board of Regents for the Bob Jones University. Now the first thing that Bob Jones University did was to deny that Thurmond was a Mason. But Thurmond wouldn't go along with it. He knew he was too well known as being a Mason. So he came out and tried to defend Masonic beliefs that Christians can be that. It blew up on him. And he became so outraged that even though Bob Jones University was always calling me a liar, constantly calling me a liar, constantly trying to hurt me; they had to ask him to step down. lie was not removed. He was only placed to the non-voting board of regents, and., believe me, he still had all of his power. At that Lime, I was told he [Thurmond] is going to get you for this. I made a major mistake. I didn't pray about this. I met, and I let people supposedly Christian people talk me into moving to South Carolina. These were the first people to desert me when all this happened.

Now the interesting thing about this was all through this the only thing they had was this woman's statement. And it came out that woman had first went to the sheriff's department and the sheriff would not believe her because it had been-- she was talking about so far back that she admitted on the stand that she never had told anybody, that she had never sought medical help. There were some things that I don't want to testify- I don't want to say on this tape because it might offend people but things she described that night would have required her to receive emergency treatment in order to stay alive if it had really taken place, and yet she said she was not hurt, not damaged, was not bruised. She was not cut. She was not harmed in any way.

The situation was this, I was held for nine months in custody walting trial. The speedy trial law here was totaily disregarded by the judge. The reason I was held so long is this woman moved out of state didn't want to come back to the state. It was not- I believe this- it was not really a conspiracy in the beginning. This was a woman who wanted revenge for being fired. When it got out of hand she didn't know who she was dealing with. When it had gotten out of hand and become so publicized and she saw all these people running around trying desperately to do me in, she ran away. See what happened was that when she went to SLED, they typed my name into the computer that they have there. They

have what they call a black list, a hit list that the politicians in South Carolina put people on. When my name popped up it became a field day and it just became too much for her, and she left, and they had to force her to come back. Now whether she was honest with them or whether they really knew what had happened or what I do know. But they completely changed her appearance for the trial. They dyed her hair, they put her in different clothes, they restyled and cut her hair so that this was how much she changed. I had only seen her a couple times, but when she came into the trial I kept asking my attorney when Meryl Blackburn was going to he there. I did not recognize her. That's how much she had changed. And so people who would have seen her that night which were alibi witnesses of mine would not have been able to perfectly identify her was the plan. And the reason for this is that there were witnesses who could have destroyed her testimony. But most important is lab tests that I happen to know the Lord was behind. I checked into the hospital within six or seven hours from when she claims this had taken place. It was supposed to have taken place Mother's Day weekend of '87 and like in the wee hours of Saturday morning. And Saturday afternoon around lunchtime I was checking in to the hospital. The test on admittance was this test for alcohol and drugs. Now this woman didn't know that. SLED and the prosecution didn't know that. And this woman claimed in her affidavit that I had forced her to drink and to take drugs and that I was drinking and taking drugs along with her. The urineanalysis totally proved her to be lying; there were no drags or alcohol in my system. And yet, and let me say that (O.K.), finally it was brought to trial Jan. 21 which was a Thursday of 1988. The jury was selected. A week before I was to go to trial I had all the funds that I had left I settled my law suit out of court, which was to he $120,000. I settled it out for $10,000 and gave it to my attorney who was supposed to spend it all on a private investigator. This private investigator was an ex-SLED agent. Supposediy, he tracked down all the witnesses I had told him There was enough evidence for, all this time I sat there and I knew I was going to be found innocent. I knew I was innocent. I knew the evidence was there to prove it. And the lawyer came and told me they had the lab tests. That they went before the judge and argued against the solicitor and got lab tests admitted into evidence and it was going to he there. He had drawn as he put it 32 witness's subpoenas and had served most of them, and was going to have the witnesses there and it was going to be an open show. And so all day of the 21st I watched the trial not worried, and yet not understanding what my attorney was doing. My attorney was making me out to he the bad-you see my attorney wanted me to take the stand and say I had affair with this woman and she was just upset. And I wouldn't do it. I didn't know at the time that he was in on it. And if they lost, they really weren't going to lose this case. If they lost, they wanted at least to destroy my reputation. And I couldn't understand where the witnesses were. And I didn't know until this month that they were there, they were just segregated outside of the courtroom. And so all day of the 21st I listened to the testimony. It was so ridiculous the jurors were laughing at the testimony, that's how ridiculous. I insisted when some nurses were up for jury duty I had insisted they get on the stand because they would have been able to believe the medical evidence. I mean the medical evidence which cleared me, we won right then and there.

I couldn't understand my lawyer put a woman on the jury who admitted, it's in the transcript, that her and her husband had seen the stories and read the stories and had already formed a conclusion. Obviously, if you had read the stories the conclusion would have been that I was guilty. Right? And as far as the public knew, I was still being suspected of all these, you know hundred something rapes, and nobody knew these didn't exist and nobody knew they didn't go anywhere. So as this jury took, I couldn't understand it. He said, "Oh, don't worry, it will be alright, I know what I am doing." The next day we come back, [I] still expecting to present a case, the 22nd of January, (1) still expecting to present a case. They called up a few minor witnesses. The only new witness they put on the case, they were trying to prove that the publishing company didn't exist, that it was phony, that it was a scam to draw women into it that I could rape and all this type of stuff. This is what the prosecution was trying to prove. There was just too much thousands of dollars yeah, blah, blah, I'll come and testify and blah blah." Then he turns around and tells my court appointed attorney for the Post-conviction that he thinks James Corry, that's the attorney's name, did marvelous work for me sad did the best be could under the circumstances. Yes, I'm innocent but no attorney could have done better for me. Making himself a witness who wasn't usable, but he didn't show up for the trial though he promised. This pastor had files [files?-word unclear] in his hand to set me free and refused to use it. I'll let you draw

17

your own conclusions as to why. I did not know the full extent of what my attorney had done to me. I was sent to prison. Until Feb. 15, a week or so ago [?]. At the post-conviction in Columbia South Carolina the only two witnesses present were myself sad the attorney for the state. My attorney was testifying for the state. He got on the stand and lied about several things that meeded to be true, that I need personally knew to be true. Now he had told me up until then that the reason be didn't use the lab was that it didn't show a screen for alcohol and for all these years I had believed him. On the stand however, knowing that it might come oat, he revealed that it did show a screen for alcohol. And be couldn't give a good reason why he didn't use it. That in also the time I found out that all the witnesses subpoenaed were sitting outside the courtroom the whole time for two days sad he never called them. Then the court-appointed attorney asked him, "Would this witness had contradicted Meryl Blackburn ? "would this one?" "Yes." "Would this one?" "Yes." On and on for the whole time for two days, and be never [?]. And the court appointed attorney kept asking him, "Would this have contradicted Meryl Blackburn? With this one?" "yes" and with this one? "Yes." and on and on. And yet be kept saying it wasn't important to present that. It wasn't important that there wasn't any witnesses. According to law, the lawyer can refuse to call witnesses.

However, the Constitution says I have a right to have witnesses there. Under South Carolina law, an attorney can override the defendent and not call the witnesses. And that's what they did to me. So in essence my Constitutional Rights were [blank pause], so I was sent to prison without being able to produce any witnesses.

Now we left the Post-conviction hearing on Feb 15 knowing that it was lost, knowing that it was rigged from the very beginning. About the most maJor point why my attorney threw the case. The Judge cut me off. We could have documented it and proved it. Testify. In essence, he took our defense away by not permitting me to testify at all about it. Again no fair trial. He said, ,,I will let you know in 3o days". But we knew, we knew at the time, it was pretty much open and shut. But then I pretty much. knew that in no state court would any court appointed attorney was I ever ever going to get anywhere. This attorney should have subpoenaed Rev. Randle sad put him on the stand sad be refused to do so. Again not calling witnesses. There was another brother named Joe in Charlotte who was a major witness in the case. He would alone got me a new trial but stating that I had called him from the jail after the first day of the trial and told him I needed him to be a witness at the next day, for him to take off work to corn on down to Columbia and testify. He then called my attorney and my attorney told him not to come. This man now won't even talk to Christians about it. When they talk to him on the phone, he's just terrified, he's scared to death. under no circumstances will be come to Columbia, South Carolina. There is a conspiracy going on here. That could be overruled by an attorney. There are a couple of attorneys in this state who are known that they can't be gotten to. And they have all told me that my case is open and shut. I should never have went to prison. I could have been set free by a couple court orders. But I have never been able to get these attorneys. And the reason for me not being able to write anybody, or have contact with anybody... (to be continued...in next issue Lord Willing)

## CONTINUATION - EX-ILLUMINATUS REVEALS ILLUMINATI REVENGE

In the Sept. 1, '93 issue a tape which was secretly made by Johnnie Todd in prison was transcribed. This is a continuation of that transcription, and then a post-script is given to update the reader on things that have happened just recently. Before beginning we will repeal the last paragraph.

## LAST PARAGRAPH FROM LAST NEWSLETTER

There is a conspiracy going on here. That could be overruled by an attorney. There are a couple of attorneys in this state who are known that they can't be gotten to. And they have all told me that my case is open and shut. I should never have went to prison. I could have been set free by a couple court

orders. But I have never been able to get these attorneys. And the reason for me not being able to write anybody, or have contact with anybody... (to be continued...in next issue Lord Willing.)

## CONTINUATION

was so that funds could never be reached, could never be raised so that I could hire an attorney that could set me free. In May, I'll have been in custody for 4 years. In January, this year I was already in prison for 3 years, for something that I didn't do, and for something that could have proved I was innocent, if I'd just been allowed to produce witnesses. In essence I have to hire an attorney who will subpoena the witnesses who will make no deal to sell me out and will let me have a fair trial. There is something else that you need to know. Three days after I was placed in jail without bail my attorney came to me. He said the Federal prosecutor, the assistant attorney general, whatever you want to call him the attorney solicitor, wanted to make a deal. Now remember I was facing a state charge not a federal charge. But this was the Feds. Now all I had to do was tell him where all the Christians were hiding, identify all these people in the underground, and I could go free. And I said no. It's a matter of record that a federal proffer, this is an immunity grant for testimony, was offered me--it's on record-- and it was turned down. After I was convicted in '88 I was sent to prison in Columbia--there are several. Kirkland was the name of mine. I was called up front and I was told to sit down and wait, that the secret service was coming to talk to me. The woman supervising omcer who was on duty found it strange that this secret service agent who was supposed to be locally from Columbia did not know where the prison was. And she just said, "Boy they are hiring dumb people today we had to give him instruction how to get here." When he arrived he let it slip out that he was actually a member of President Reagan's body guard staff from Wash. D.C. He said that he had to leave in a couple of days to Moscow. This was right before the Reagan-Moscow trip. And that he had to get ready to set up for the President. What was he doing here? And all he wanted was the same information. Of course it was the information. Why was the secret service involved? He was a member of Reagan's staff. Now after that, I was left alone, everything was left alone for a long time. And then in '90 in the winter of '90, the FBI came. I had been moved to a ah- I had been in three prisons. They keep moving me around and they are fixing to move me again is what they tell me. The FBI came this was late at night I was brought from my cell after everyone else was locked down, and I was taken up front. There were two agents of the FBI. They said they were there to question me again, was I willing to talk? was I willing to make a deal? I said, "no." They said all this could be behind me, I said "no". They left. They've came back three other times. Finally they quit coming. I guess they are getting the message. But I kindof expect them to show up now that I've lost the post-conviction. As soon as I get notified in writing that I've lost this post-conviction, I expect for them to show up again trying to know if I wili make a deal; the answer is 'no." Isn't it amazing that I'm supposed to be this terrible rapist on a state charge that the Feds somehow have authority over this state charge and they are willing to let me just go, wipe it off the books for turning Christians who are wanted for nothig,, a lot of times nothing but misdemeanor warrants, or child custody warrants where the state wants to take the kids, or for violations of court orders. A lot of these people are on the run, from Christian schools where the state has sworn out warrants for these Christians because they were teaching the children, and the state decided that this was not right and so on. Little stuff, and yet they are willing to let me go for all these people plus the Christians who are hiding them out. I think you'd better wake up brothers and sisters, because I was sent to prison without the right to a fair trial and I want tell you what. It could be done real easy. It could be done real easy. They control the media. They could say anything about you they want to say. They control the governments. They control the police forces. Wake up!

I want to go into something else that is going on right now in the news. For over twelve years I have said that the goal of the United States government was to activate what is called Operation Garden Plot and its sub-plot Operation Cablesplice. Which was martial law, total military control over all police forces, governments, and so on. I've said that in order to do that they wanted the populace out there to scream at the president that he wasn't doing his job of protecting them from acts of terrorism. And that they were willing to give up their constitutional rights. Now we have seen time and time

again in order to stop the drug wars to stop the drug dealers, and all the bloodshed that they are willing to give up Constitutional rights. People are willing to do it. People, when terrorism strikes, are willing to do it. Now for years, the Illuminati have tried to have the Arab countries be so outraged that they would start terrorism in the United States on a great massive rate. And our country is more susceptible than any other country for the simple reason that we are not prepared for it. We don't believe it could happen to us. And they thought they were going to be able to do it in Lebanon. They didn't pull it off. They thought by hitting Gaddafi he would act, he wasn't able to strike back. He was unable to do it. And now we are involved in a war whose sole purpose is to have those acts of terrorism launched upon us in this country. [The media has hyped every act of terrorism they could dredge up in recent years.-F.] And I will leave you with that. Now people soon you will all be in the same danger I'm in. I'm asking for your help. I assure you in the name of our lord Jesus Christ I am innocent of this charge. I state so before the Lord and you in his name. I'm innocent of this. Is it any surprise that John Todd who did them so much damage will be framed and sent to prison? Remember that I warned everybody about it that it would happen 2 years before it happened. I was warned. What is so agitating in this is that Christians who should have stood by me, who knew I was innocent, didn't do it. They became so afraid that they would be gone after, that they just left me here. I need your help. I need copies of this tape made. I need it passed around. I need the word to get around. I need anybody who can help to get the word around, and to help financially. Not until I can hire these non-collaborating attorneys will I get proved and get free. I could be free at this time. I could have been free three years ago. I never should have been sent to prison all I would have had to do was to have help and never had it. And I definitely desperately need this, I'm not very good, I wasn't very good at asking for finances when I was in the ministry. I couldn't even take my own offerings in the church. I need your help. I have a dear brother and sister... [name given is no longer working with him--at present 1, Fritz Springmeier am] is their name who have stood with me all through this. They don't have anything. They are just an everyday couple, a married couple. The man works he works hard. He works long hours. He is not a minister. But they can't get to him. And he is willing to have this [financial helpi come to him. See, I can't receive money [cash & checks] I can only receive a few dollars and they have to be in a U.S. postal money order. And if they catch me receiving a lot of mail in here again, they will come down hard on me, and it just makes it impossible. This dear brother and sister in the Lord will take money, put it in the account and whenever there is enough money, move to get my release. I am asking you to help. I am asking you whether it is five dollars or a hundred dollars, or a thousand dollars. Please, we need desperately. We need to raise the finances. We need to get me free. I never understood before as much as I understood now Paul's writings for when he was in prison to the churches for simple things, a coat, a few belongings, some finances- people who sent to him. And others who totally neglected him yet called themselves his brother and sister in Christ. It was so clear. I am asking for your help. I'm sending this tape to a couple of ministers, who after all these years I finally got their addresses again. And the Lord has just blessed me recently, and I will send this tape out. Now I'm hoping others will make copies and send it out. I'm hoping the word will get out. There is no use for me giving you my address for they keep moving me around from prison to prison so much I may not even be here before this week is out. So let me give you how to send funds and how to contact me if you really feel you want to reach me. You can write me, and they will send me your letter and I'll pray about it. And if I need to take the risk and write you, I'll do it. For those who wish to help you can send cash, money orders, whatever, since I'm not allowed to sign anything in prison they need to be mailed out to this party.[now Fritz Springmeier] And if you would make it out to the party whose name I going to give you in a minute... [At present checks can be made out to Fritz Springmeier to help Johnnie Todd. Put a notation on the check for what it is for.] You will be surprised for a small contribution of a gift of $5 how greatful I'll be. Right now the earliest I can get out [without winning in court] is the year 2005. That's a long time people for something you didn't do. We just don't have that long. I've got family and loved ones, and brothers and sisters in Christ that I desperately need to be out there for I'm asking for your help. If the Illuminati, Strom Thurmond and them put so much effort to this to me, there is a reason. And I'm asking for your help. I'm asking ministers who hear this who have newsletters to just simply send out what is going on here, to make copies of this tape and to make it available. People I don't have much time left in here. Right now there is a conspiracy going on and one of the reasons I hurry to make this tape there is a man in prison who years ago who had threatened to kill me. Amazingly, I'm just John Todd., I don't know why they

would want to do that. Because at that time they were not sure what kind of a scandal it would cause they separated us they sent us to different prisons. And they put what is called a flag on my record, saying that we couldn't ever be in the same prison together. Nine months ago, when I was fighting to gain my freedom, lawsuits and doing some different stuff myself, because I didn't have an attorney. They got upset at me, they wanted to punish me by sending me to another prison. O.K. They couldn't do it because this man was at that prison. And they let me know they couldn't do it, that our records were flagged. Now this man was doing a life sentence without parole for murder. Since being in prison he has stabbed four people. Three of them in the last couple years since I've known him. He has sworn to kill me. And now he is here. A few weeks ago, he stabbed an inmate an second inmate at another institution, and instead of charging him with it, and putting him into solitary, like they had done before, they dropped the charges, and sent him to this prison. When I heard that he was here, he was being held up in the lock up in solitary waiting for bed space in my unit. He will be just a couple of cells from me.

I went to the authorities here and I complained. Surprisingly guess what brothers and sisters? the flags on our records had disappeared. And there was no record of them ever being there. In fact, they went so far as to say there is no record in our records of us being in the same prison together. And yet we'd been in two prisons together and in the same building a few cells apart. And its right there. That much is in the records. O.K. Complaints were filed and so on and so forth. And I looked right at the Captain here, Capt. Byrd over security and told him, ,,You did this. You got the man who will kill me. There is no big secret about this. This doesn't happen by accident.' Now at that time what was supposed to be done was that they should have shipped me. When I complained they should have shipped me. They claimed they couldn't send him anywhere else, that he's been to all these prisons and done all these things, that this was the last place they could have him. Well, they should have sent me away. Now they are claiming that none of the other prisons want to take me. Isn't it amazing that they can't ship me when this man is scheduled to move into my unit into my prison dorm here Fri. This is Monday. They're doing this to try to kill me. What will happen? I'm in the Lord's hands... [Johnnie Todd repeats his request for help]...They are afraid that eventually I'll get my freedom....God bless you. [end of message.] tape was made and quietly gotten out. After my September newsletter came out, toward the end of this last month, in September two inmates who were paid to stab Johnnie Todd stabbed him in the back and then while he was on the ground, they stabbed him three more times. Johnnie Todd lost a lost of blood, but he is back on his feet and has returned to the general prison population, He is still hopeful to gain his freedom next year, because an appeal was won, and now he is to receive his fair day in court. He has an immediate need of $800 this upcoming month for a chance to get legal help. He has to meet legal deadlines.

**POSTSCRIPT**

Johnnie Todd did get moved from this prison after this tape was made and quitly gotten out. After my September newsletter came out towards the end of this last month, in September two inmates who were paid to stab Johnnie Todd stabbed him in the back and then when he was on the ground they stabbed him three more times. Johnie Todd lost a lot of blood, but he is back on his feet and has returned to the general prison population. He is still hopefull to gain his freedom next year, because an appeal was won, and now he is to receive his fair day in court. He has an immediate need of $800 tis upcoming month for a chance to get legal help. he has to meet legal deadlines.

# Bloodlines of Illuminati

## By

## Fritz Springmeier, 1995

# THE DuPONTS

There has been no consistency among the Du Pont family members in the spelling they have employed to write their name. The correct variations in spelling the Du Pont name are as follows: Dupont, DuPont, du Pont, duPont, Du Pont, and du Pont de Nemours. In English the second syllable is accented. In French, neither syllable is accented. The name has tended to be spelled du Pont for the family and Du Pont for business. I decided for this article to standardize the spelling in line with this tendency.

## A DYNASTY OF SATANIC ROYALTY

Sitting down to write about the du Pont.s reminded me of two other families. Recently, John Coleman, a researcher on the elite, commented to me that when he had researched the Queen of Denmark he had discovered that the royal danish family was slipping away secretly from everyone and they were going to Satanic rituals. It is also noteworthy that 5 modern kings of Denmark have been the leaders of Freemasonry in Denmark, and the Danish royal family, princes etc. have been active Masons. John Dale wrote a book The Prince and The Paranormal which goes into the secret occult activities of the British royal family, especially Prince Charles, but also many other royal family members too. Besides the secret occult activities of the British Monarch, they have been openly leaders of Freemasonry ( see the Appendix of Be Wise As Serpents for a detailed chart on this.) The du Ponts are similar to these families in that they too are a dynasty, they too have a very public image, and they too have a totally hidden life. In fact, the du Ponts have better control over the press's coverage of them than the British Royal Family.

One of the clues that the family is a top Satanic family are the frequency of marriages between relatives of the du Pont descendants. Few people are aware of the immense importance bloodlines play in the upper levels of Satanism. Blood is believed to carry the occult power. Unless a person has the correct blood he or she will not *rise* to the highest levels of Satanism. The du Ponts have intermarried with the Balls and the Gardners. These other families are known to be involved with the Illuminati and Satanism. For instance George W. Ball is on the important permanent steering committee of the Bilderbergers and has attended the Bilderberger meetings that I know of starting with the original first meeting in 1954, plus in 1955, 1957, 1963, 1964, 1966, 1967, 1968, 1974, 1975. George W. Ball is also a member of CFR and the Trilateral Commission. Eliza Cazenove (Gardner was a sister to a du Pont. I)orsey Cazenove (Gardner was a distant cousin. Will Gardner and Bessie Gardner duPont were cousins of the duPonts. John W. (Gardner is a 60 Illuminatus and in charge of the Rockefeller Bros. Fund. I have found the (Gardners in the thick of Satanism and witchcraft.

## THE COMPLETE FACTS ARE DIFFICULT TO DISCOVER

At the library, I checked out a book Du Pont by William Dutton. The book had been a gift to the library from the f)u Pont Company. I also checked out a book Alfred I. Du Pont by Joseph Frazier

Wall. That book's author J. Wall was flnanced to write the book by the trustees of the Jessie Ball du Pont Fund. Although scholarly in appearance, it is what they don't say that can be so crucial to really understand the history of the du Pont family. When a family is worth billions they can afford to tidy up their family histories, and keep people from spilling the beans about secrets. On May 16, 1893 the press reported the death of Alfred Victor du Pont with great laudatory comments. Alfred (known as Fred) had been in business in Louisville, KT and was widely known in the area as a philanthropist. Louisville's main paper the <u>Louisville Commercial</u> gave the public a totally fictitious story about how Alfred Victor du Pont died, along with many pages of the highest praise.

If it hadn't been for the honesty of the <u>Enquirer</u> (a Cincinnati paper--not to be confused with today's national tabloid by the same name Enquirer) the public would not have learned what really had happened. The false story' said that Fred died of apoplexy while visiting his brother Bidermann. The duPont family still maintains this fiction is true, although all the facts of the case are blatantly known, and were public knowledge to quite a number of people whose lives were involved with what actually happened. Both Fred du Pont and his nephew Coleman du Pont were regular customers at the most expensive house of prostitution in the area, Maggie Payne's bordello. Although rich, Fred was not willing to help support a distraught prostitute raise the child she was sure he had sired. So she shot Fred in the heart. Coleman du Pont, who was familiar with Maggie's, soon went down to Maggie's, retrieved the body with a hearse and took the body to Biderman's house. There the coroner was willing to lie on the death certificate that the death was caused by „effusive apoplexy.' It is most likely Coleman made that lie worth his effort. Henry Watterson, editor of the <u>Courier-Journal</u>, although he later admitted he knew the real story of the murder, went ahead and printed the false story on behalf of the du Ponts.

This article starts out with this anecdote to make a point--the 13 top families do control the press--and are very sensitive to any negative publicity of any kind. Not only are their Satanic activities deeply hidden, but even just the normal everyday sinfulness or human soap box drama of their lives is deeply hidden. By the way, Coleman duPont, an extremely hedonistic man, is one of the duPonts I strongly suspect was into Satanism. Further secrecy has been obtained by working through trusted proxies. Today, a key proxy is the jew Irving Saul Shapiro. The du Pont family is represented in a number of groups by Irving Saul Shapiro, who is on the Council of Foreign Relations. Irving S. Shapiro is a key person who has been the go-between to coordinate the activities of the Rockefellers, the du Ponts, and the Watson families (Watson family members who are 6° Illuminati are mentioned in the 1/1/93 newsletter. Shapiro was a member of Carter's Advisory Council on Japan-US. Economic Relations, is a trustee of the University of Delaware, director of the Jewish Federation of Delaware, director of IBM (which is a Watson-Rockefeller business), director of Citicorp (Rothschilds and Rockefellers-- headed in the past by 6° Illuminatus, CFR member, Bilderberger Walter Wristen), and the U.S./U.S.S.R. Trade and Economic Council (which Rockefeller plays a big part of). Shapiro is or was director of Continental American Insurance Co., International Business Machines (under IBM). Irving Saul Shapiro was chairman of the du Pont company.

## BEGINNING AT THE BEGINNING

The biographies of the du Pont family usually begin with the marriage of Samuel du Pont to Anne Alexandrine Montechanin in 1737 in Paris, France. Although Anne was a Huguenot, she was a medium with the spirit world. Anne came from an ancient noble family that lived in Burgandy, France. It is quite possible that it was Anne's bloodline that gave the Du ponts their occult power. Anne's bloodline may possibly tie in to the House of David. At any rate, Samuel and Anne's son was the first du Pont to rise to greatness, and the first du Pont that can be connected directly to the Illuminati. Samuel and Anne's son was Pierre Samuel du Pont. Later Pierre Samuel added de Nemours to his name to prevent confusion between him and o ther French legislatures named Dupont. Pierre Samuel du Pont was a ge nius. Pierre's mother taught him to be a medium with spirits, but early on Pierre had to deny it publicly. His father Samuel could not understand the boy's genius, such as his ability at age 12 to translate Greek and Latin at sight. When Pierre's mother died when he was 16, be no longer had a parent in the family who could understand him, and after getting one of his frequent beatings from his father, he ran away, and was spared near starvation by his Uncle Pierre de

Monchantin. Initiatially, Pierre was a watchmaker, But within a short time he attracted the attention of several top Illuminati for his ability to write good tracts, and articles that advocated various economic and political views that they wanted promoted. Pierre Joined the Freemasons, and at some point was illuminized, as most of the French lodges became. Although Pierre went through severe financial difficulties after the French Revolution, be regularly made payments to Masonic organizations in France. Besides being friends with all the famous Masons of the time, one Mason brother of his worthy of note is the french astronomer Lalande, who helped hide him during the revolution. Someone very powerful protected Pierre Samuel during the French Revolution, this is hinted at by historian Pierre Jolly, although Jolly never gives his protector's name. I believe he was protected because DuPont was part of the Inner Satanic hierarchy. He was also protected by the daughter of Swiss financier Jacques Necker. This daughter was Madame Germalne de Staël. The Madame was a close friend of Pierre Samuel and she operated a famous salon/cathouse. Madame de Staël was nothing less than an intimate friend of St. Simon. She shared his occult revolutionary ideas. Henri de St. Simon was a student and friend of Jacques Rigomer-Bazin who was associated with the Inner circle of several occult-based revolutionary groups during Pierre du Pont's time in France. St. SImon was the author of The New Christianity which foreshadowed the creation of international communism. He also wrote in the early 1800s The Globe and The Reorganization of the European Community laying out ideas and plans for European unity. In the early 1800's, the Saint-Simonians suggested in the early 1800's that the date 2000 be the target date for the New Order. In order to rearrange the world into the New Order, a number of items and stages needed to occur. Two canals-one through the Suez and one through Panama were needed they said to create "Interdependence" between the nations. They also suggested a high dam on the Nile. They suggested the technological transformation of the earth, and the biological creation of a new, androgynous humanoid. (Androgynous beings are being produced in underground facilities-they are the small greys used to fly the saucers!) Progress would be brought about by a series of revolutions. (Study from Fire in The Minds of Men by James H. Billington to understand how the occult fraternities have created all the revolutions since the French revolution.) St. Simon, an Illuminatus, wanted to have a child with Madame de Stall which would become the anti-Christ. It didn't happen, but anyway, it is significant that the person who personally intervened during the French Revolution and saved Pierre Samuel DuPont's life was Madame de Staël. Necker along with Lafayette would later loan DuPont large sums of money for him try out his schemes in business and in forming a communist society. It's interesting that the Physiocrats journal was Les Ephémérides du Citoyen The title has astrological occult undertones. On Jan. 1, 1769 Pierre Samuel DuPont took over the journal's management. He became a key leader in France advocating a new order. Pierre Samuel DuPont believed in Plato's idea of government which included a philosopher-king. Pierre Samuel was deist. He spoke of "God" but he meant nature's deistic God, not a personal God. He believed nature was a higher God than his mechanical deist "God". Notice, the Jefferson in the Declaration of Independence also wrote „nature's God". This is because the deists like Jefferson and Du Pont believed Nature was the highest God. The ambiguity of meaning has permitted people to think Jefferson was referring the Christian God in the Declaration of Independence. It is a common occurrence that Christians assume that others who use words that they use, think like the Christians. Even today, many New Agers have an easy task to snow Christians. For instance they just say, "I believe in Christ." The Masonic reference book 10.000 Famous Freemasons put out by the Missouri Lodge of Research provides this about Pierre Samuel DuPont: "When 23 he published two pamphlets on finances, which attracted the attention of the celebrated Quesnay. He then expounded the doctrines of Quesnay's school, "the physiocrats". Went to Poland in 1774 at the request of King Stanislaus-Augustus [a Freemason] to organize a general system of national education. When Turgot became comptroller-general of French finances, DuPont was named inspector-general of commerce....He was recalled by Vergennes to assist in negotiating with England the treaty to accord independence to the U.S. in 1789 he was a member of the States. General, but his reactionary views led to his imprisonment in 1792 .... In 1799 he emigrated to the U.S. with his family, and at Jefferson's request, started on a plan for national education in this country. He returned to France in 1802 and was instrumental in promoting the treaty of 1803, by which Louisiana was sold to the U.S."

Pierre Samuel was a key figure in attempts to create a national education system in both Poland and the new U.S. A national education system was a Masonic/illuminati goal to control education and take it out of the hands of sincere Christians. Jefferson, who was a Grand Orient Mason of the famous Nine Sisters Lodge, and apparently a key Illuminatus, was a close friend of Pierre Samuel and was instrumental at several key points in Pierre Samuel's life when he needed help. Jefferson arranged for the first gunpowder order (which was a government order) when the Du Ponts went into the gunpowder business. Benjamin Franklin, a key leader of several secret occult fraternal groups was also a close friend of Pierre Samuel. When Benjamin Franklin arrived Dec. 1776 in France, one of the first people who sought out to visit with was Pierre Samuel DuPont. During the next year after that, DuPont was a frequent visitor to Franklin's residence in the village of Passy. In 1783, DuPont expected to sit with Franklin at the treaty table in Paris, but John Adams got the Americans to sign a treaty with Britian without France's involvement.

Alexander Hamilton, whose role in the conspiracy is now known, was DuPont's lawyer in the U.S.

## THE NEXT GENERATION

During the second year of Pierre Samuel's marriage to Made Le Dèe, Victor Made was born with the Marquis de Mirabeau as his godfather. Victor Marie Du Pont (1767-1827) was an aide-de-camp to Illuminatus Lafayette from 1789-1792. Whether Victor was a Mason in France before the family came to the United States in 1800, I do not know. Victor Marie DuPont soon got involved in Freemasonry in the United States after arriving. The following are some of the highlights to his secret Masonic career according to Masonic records.

·1808-signed a masonic petition to create a lodge at Angelica, NY

·1813--joined Washington Lodge No. 1 of Delaware

·1814-joined Knights Templars of Wilmington, Del.

·1819-Grand Marshall of the Grand Lodge of Delaware (also 1822, 1823, *1825,* 1827)

·1825--Grand Treasurer of the Grand Lodge of Delaware

Pierre Samuel had two more sons- Paul François (died at age 1 month), and Eleuthère lrénée. Eleuthère lrénée followed his father's steps in getting Illuminated. Eleuthère lrénée was a prominent outspoken Jacobin.

## THE JACOBINS

The Duc d'Orleans, Grand Master of the Grand Orient of France, that is head of all the French masons, along with two other key Masons Talleyrand and Mirabeau started the Jacobins. According to the book The War of the Antichrist with the Church (a book made from the lectures of George Dillon) (Dublin, Ireland: M.H. Gill & Son, 1885) where Dillon lectures on the French Revolution he states that both Talleyrand and Mirabeau were key Illuminati. The name of the original lodge of the Jacobins was changed to Club Breton and then Jacobin Club. The Jacobins were basically an illuminized type of Freemasonry. The President of the Jacobin Club was the Freemason Georges Jacques Danton, who was a member of the famous and powerful Nine Sisters Lodge (nine sisters or nine muses is what the Pleiades is called.) Lafayette was a Jacobin, as well as the key players in the French Revolution. A very secret body of 300 key Freemasons ruled France secretly during this period according to the Autobiography of Wolfe Tone (pub. by R. Barry O'Brien, 1893). Robespierre, was both a Freemason and an illuminatus. In fact, he was both a disciple of Weishaupt and Rousseau. Prussian Baron Anacharsis Clootz was also a Freemason and illuminatus. He also was a disciple of Weishaupt and understood better what Weishaupt was trying to accomplish. If one studies what these men taught you will discover it is what was later known as Socialism and communism. The original idea for all the French Revolution started with the Satanic hierarchy. In Nov. 1793, the true colors of this Satanic inspired business can be seen in the campaign against religion, where anyone who was a

priest in France was killed, and the Illuminati posted one of Its motto's in public "Death is an eternal sleep." Eyewitnesses testify that Satan has a very detailed plan which he entrusts to his very select few at the top. Much of what seems coincidence and unrelated is actually according to a very clever (diabolical) plan. Eleuthère lrénée Du Pont was a major printer for the Jacobins. He was a convinced Deist and worshipped nature too.

## A POWDERMAN BECOMES DIRECTOR OF THE NATIONAL BANK

Later in the United States, after successfully setting up the best gunpowder factory in the world, Eleuthère Irenée DuPont was selected along with his friend Nicholas Biddle to be a director of Hamilton's creation the United States Bank. Remember that Astor was also selected as a director of this "National" Bank.

The Mason Stephen Girard (1750-1831), initiated into Masonry in 1788 in Charleston, S.C., helped establish the second Bank of United States in 1816 and served as its director. Girard had amassed a S9 millIon fortune by the time of his death. He was born in France, and become a sea captain. Where his money came from is somewhat of a mystery. He gave large sums of his money to masonic charity.

## EARLY YEARS IN AMERICA

On Jan. 3, 1800, the DuPont tribe arrived in the United States with grandiose plans. Part of the plans were to create a new society. While

Victor Marie and his father pursued grandiose schemes that tailed miserably, Eleuthère lrénée DuPont started a gunpowder business in Delaware. Irénée's success can be attributed to several factors:

·The french government gave him top secret machinery and plans to produce the best gunpowder possible in that day. It was state-of-the-art technology, and they supplied manpower to help get started.

·The DuPonts had friends in various places that helped them in numerous ways, getting financing, business, land, etc.

·Eleuthère lrénée DuPont was intelligent, worked very hard and worked with patience. If he hadn't had so many commendable qualities, then the Du Pont family may have sunk back in history, and another family taken their place.

## A ROYAL DYNASTY

The DuPont's are a dynasty of Kings. They have been called Kings- and rightly so even if people have been unaware that they are a dynasty of Illuminati Kings. I do not know which particular men have served during the Satanic rituals. The famIly has always had a head of the family. It may be that the most powerful DuPont may also secretly serve as the highest Satanist. I don't know who has been representing the family at the highest levels of secret Satanism (I suspect or surmise it has not been the public head of the family in modern times), but I can list the public head of the family as it passed down through time:

Persons below --years as head of family-- generation coming to America

Pierre Samuel Dupont- 1739-1817- first

Eleuthère lrénée DuPont- 1817-1834--second

Alfred Victor DuPont- 18341850-third Henry DuPont- 1850-1889--third

Henry A. DuPont- 1889- -fourth

These men had great authority over the tribe of duPonts. The du Ponts had family council where even the women had voting rights. The DuPonts, like the Rothschilds helped set up their children's marriages, and many of the early ones were to cousins. For instance, much to the delight of the duPonts, Sophie Madeleine du Pont married her cousin Samuel Prancis DuPont in 1833. (2 of Sophie's drawing occur later in this article.) The family owned everything in common, and distributed according to needs and according to the contribution that each could give to the family business. The James Bidderman, the son of Evelina DuPont Bidderman, went to France and his decedents would give the DuPonts a lineage in France. One of the families that Intermarried and were close friends with the DuPonts was the Cazenoves family. Both families were close friends with Thomas Jefferson and Albert Gallatin, I have concluded that both Thomas Jefferson and Albert Gallatin were Illuminati. Further, I discovered in a forty volume set on American Statesmen in vol. 13, p.386 that Albert Gallatin claimed to be descended from the ancient Roman Consul Callatinus. Incredible as it may seem, the black nobility have kept track of their bloodlines. The same people ruling the world today are in many ways the descendants of the rulers in past ages. Antoine Charles Cazenove, born in Geneva, Sw. was a business partner with Albert Gallatin. During the War of 1812, the DuPont gunpowder factory since it was the primary American powder company was the known target for the British to destroy. However, the British never attacked it. The Du Ponts had organized a local militia called the Brandywine Rangers. Interestingly, their militia flag was a beehive on white silk. Lafayette visited the DuPonts in Delaware the summer of 1825.

Another important Mason who would visit the DuPonts was Henry Clay who was the American Secretary of State and head of the whig party. Henry Clay was Grand Master of the Grand Lodge of Kentucky and GranD Orator for the G.L. 1806-09. He was one of the Freemasons involved in a high level meeting that used the U.S. Senate Chambers on Mar. 9, 1822 for their meeting. If the duPonts were already one of the primary top families, it may well be Clay was coming to them for guidance on how to steer the nation. The duPonts played a role too in the building of the American capital, which was laid out and constructed with numerous occult patterns.

## THE NEXT GENERATION--Pierre Samuel's grandchildren

Eleuthère lrénée du Pont had a daughter Sophie Madeleine du Pont (1810-1888). Sophie was also her mothers name. Sophie Madeleine du Pont (her name Sophie/Sophia is popular with Moriah) wrote diaries, journal voluminous correspondence. Sophie also drew hundreds are drawings and sketches, many of them charactures of people. Of her sketches, this article reproduces two of them which bear importance to this newsletter. The first is a drawing by Sophie du Pont of one of the duPonts dressed up like Satan with long paper horns and a tail. Interestingly, according to a 12/12/1829 letter by Sophie to one of her relatives Sophie comments that the costume of Satan was mistaken "for Old Nick." (See the article on Saturn in this newsletter for evidence of the connection between Satan and Santa.) The next drawing is a drawing that went with a letter from Sophie to Clementina Smith, 21 July 1837 which is a self-portrait of what Sophie calls "blackies" (black servants) who "toted" (carried) her to her bath in a special chair. This drawing is included to show how wealthy the DuPonts were within a short time after coming to Delaware, U.S.A. Alfred Victor DuPont, who took over as head of both the family and the factories making gunpowder, was married to Meta. Meta was into Swedenborgianism, which was a type of mystical religious Freemasonry, that was based on the swedish mason Swedenborg's teachings. Alfred Victor apparently didn't feel anything negative toward this. His wife Meta organized a Swedenborg church in town. Around the CIvil War times, the DuPonts became less identified with Deism and more Identified with the Episcopal church. Joanna Smith DuPont was Instrumental in this change. One of the families that the DuPonts would marry with was the Cazenoves, who were Episcopalians, and some members were I suspect involved with the Illuminati. Christ Church was built off the DuPont communal property for Episcopal services. By the Civil War, the state of Delaware was lock-stock-and-barrel under the control of the DuPonts and their friends the Bayards, the Saulsburys, and the Greys, in this 20th century, the DuPonts have gotten firmer control. Because the state of Delaware is controlled by the DuPonts, et. al, it is worthwhile to examine some of the people the DuPonts and their elite friends have placed into office. This is a very unfinished skimpy list, I have done only a little research in this direction.

**GOVERNORS OF DELAWARE**
(chronological order)
John Collins (Gov. 1819-1822) -- Collin's family

Caleb P. Bennett (Gov. 1832-1836) -- Freemason

Thomas Stockton (Gov. 1844-??) -- high ranking Freemason

Charles C. Stockley (Gov. 1883-87) -- Freemason

BenjaminT .B iggs( Gov.1 887-1891)-- Freemason

Pierre Samuel duPont,I V( 1977- ) -- also U.S.Representative, and other gov. positions


**U.S. SENATORS OF DELAWARE (alphabetical order of surnames)**

T.Coleman duPont ( Sen.1 921-192?)

Henry A. DuPont ( Sen.1 895-1896) ( 1906-1916) In 1896, the U.S. Senate rejected his election and therefore Henry duPont's credentials due to proof of voter fraud. Delaware legislature (republican) replaced Henry (a republican) with a democrat. But in 1899 when the Senate seat became available and another one in 1901 too they could not come to any agreement on a selection of a Senator because Henry A. DuPont and John Edwards O'Sullivan Addicks the two republican leaders were fighting so much. Consequently in 1899 Delaware only had one U.S. Senator and from 1901 to 1903 Delaware had no U.S.Senators.

L.HeislerBall ( 190345,1 919-25) also served Del.as state treasurer -- Freemason.

James H. Hughes (Sen. 1937-42)- Freemason, also was Del. Sec. of State

Richard R. Kenney (Sen. 1897- 1901), Freemason, also adj. general of Del.

Arnold Naudain (Sen. 1830-36), Freemason, Grand Master of the G.L. of Del., also state senator ('36-39),

John G. Townsend (Sen. 1929-42), Freemason, banker, alternate delegate to the U.N. General Assembly in 1946.

James M. Tunnell (Sen. 1941-47), Freemason, 32°, also lawyer

John Wales (Sen. 1849-51), Freemason, Pres. of Nat. Bank of Wilmington and Brandywine, sec. of state of Del. 1845-49.

William V. Roth. Jr. (Sen. 1971- ) CFR, Trilateral Commission, also on the Rep. Nat. Comm.

The DuPont gunpowder factories dominated the industry. Within only a short time after getting started in 1802 they had the best quality gunpowder in the world for the general market. Every war the United States has fought starting in 1802 with the war against Tripoli (today Ubya) and the Barbary Pirates until the incursion Into Somolia this last year the American military has depended upon DuPont gunpowder. Henry du Pont (1812-1889) took over command of the gunpowder manufacturing when he was thirty-eight. He was very authoritarian and was known as Boss Henry. His narrow-minded, backward and authoritarian thinking ran the DuPont company into the ground in spite of their control of the gunpowder market. When he died, Alfred I. duPont, Pierre Samuel du Pont II (1870-1954), and Thomas Coleman du Pont (1863-1930) took over various DuPont manufacturing affairs. This triumvirate revived the aging Du Pont factories. They bought out the rest

of the gunpowder manufacturers, giving them an absolute monopoly in the munitions industry. They modernized the DuPont factories and put the DuPont businesses back Into top shape.

On August 22, 1857 the du Ponts lost their first family member to an explosion, Alexis duPont. The duPonts had always beea in the forefront on safety at their gunpowder factories, but that did not prevent them from having to suffer repeated explosions over the years. An explosion at a gunpowder factory is easily set off and very deadly. The tutor that was hired in 1852 to tutor the DuPont children, R. Page Williamson, described in his letters to Virginia that the duPont children were very spoiled and difficult to work with. In 1872, Henry duPont brought together Laflin & Rand and Hazard Powder Co. in order to form a Gun Powder Trade Association. What the Association did was to eliminate competition between the three largest manufacturers of gunpowder, and create a monopoly for this cartel. Eventually DuPont bought out the other two plus numerous other small gunpowder companies. I suggest that everyone who believes that the DuPonts and the rest of the elite are capitalists, should take another look at history. These men do not believe in capitalism, they believe in monopolies--which boils down to the same thing that occurs under communism. When these people described their setting up a monopoly they call it "bringing order and stability to a fragmented and chaotic industry." In 1889, Alfred I. du Pont attempted to bribe French officers in charge of the production of smokeless gunpowder to give the secrets to him. But no amount of bribe would work, as the Frenchmen knew they would lose thefr lives if they gave the secrets to him. The British were not any more helpful. Ufe was not all peaches and cream. Fred was murdered. William du Pont (1855-1928) was trapped in a marriage with a duPont cousin, May du Pont, that he ditn't want to be married to. Louis Cazenove du Pout a handsome, intelligent young - committed suicide with a bullet in the library at the Wilmington Club. Alfred was shot in the face by accident on a hunting trip. The duPont family had their share of heartaches, broken marriages, insanity, etc. When Mary Belin married into the family she brought some Jewish blood. As a major part of the budding military industrial complex the DuPonts during the 19th century had to work with the army and navy. The army and navy convinced them to Implement a contract with the Coopal Co. in Belgium for smokeless powder, which when the formula was received was found to be inferior to what the American were already producing. However, this whole episode ended with the DuPonts going with their own formula and setting up a new plant at Carney's Point, New Jersey. This hits the highlights of the family history in their first 100 years in this nation. To celebrate their first hundred years, every living descendent of the first Pierre Samuel was invited to a great banquet. A building was built to house them. They numbered over 100. At each person's table setting was a special gift of a gold coin, prepared especially to commemorate this centennial. On Jan. 1, 1900, the DuPont tribe celebrated. The DuPonts are shrouded in so much secrecy, that their secrecy is not even known. When Eugene DuPont, the chief executive of the family gunpowder/high explosive business died near the turn of the century, none of the other DuPonts hardly even a vague idea of how much the company was worth or what assets it had. (At that time the DuPonts had powder plants in PA, DEL, Iowa, and TN. The DuPonts are much the same today, except that their assets are perhaps ten times better hidden, not only from outsiders but from themselves. The DuPonts have in general made their money the hard way-by working and producing, in contrast to the other top families. The DuPonts are to be commended on this, even If at times they have been very tight on what they have given their workers. The DuPonts have also shown an amazing ability to keep their dynasty alive. There seems to be an increasing invisibility to their family.

**HITTING PAYDIRT**

One of the people who bad been Involved for a short time with the Illuminati, and is now a Christian told me that they could remember the name The Society of the Cincinnati and that they knew nothing about the organization, but that it had something to do with the Illuminati. But what is this organization?

Without anything but the name I began my investigation. At first look it seemed like some old ladles genealogy group who are descendents of revolutionary soldiers.

However, as I carried out what promised to be a long term research project on the Society it began to appear that something big was behind this organization. One reference stated, "The Society of the Cincinnati # 1783 # it is likely that no Englishman feels a greater sense of pride in being a Knight of the Garter, or Scotsman, a Knight of the Thistle, than an American feels in being a member of The Society of the Cincinnati." WOW. DOUBLE WOW! Here is an organization that essentially no one I know has even heard about, and yet an American would feel a great sense of pride in belonging to it. Interesting. Not only that, but I knew what the Order of the Garter is!! The Order of the Garter is the secret inner group which is an elite group within the Order of St. John of Jerusalem which is the British part of the Knights of Malta. The Knights of the Garter are the leaders of the Committee of 300. They are diabolical men. Lord Peter Carrington, who is a member of the satanic Order of Osiris and other demonic groups is a member of the Order of the Garter. Lord Palmerston is an example from history of another similar example of a KnIght of the Garter who was totally corrupt, pretended to be a Christian, and practiced Satanism. I found out that the Massachusetts legislature had had some of its senators and representatives concerned for the welfare and safety of the United States, because, according to testimony on record, the Society of Cincinnati was "the beginning of a hereditary aristocracy in the U.S. dedicated to subverting the Republic." The Massachusetts Legislature declared the Society of the Cincinnati "dangerous." And yet speaking for the public for all the legislators trouble, the truth is nobody has even heard of the Society of the CIncinnati, let alone known or guessed it was dangerous.

When the United States was created it operated under the Articles of Confederation. It was a confederation of Independent states-each of the states printed their - money, passed their own laws, etc. The federal government was simply a League of Nations-type body. The Society of the Cincinnati was partly responsible for getting that changed. The Society of Cincinnati favored a very strong central government, a national bank, etc. The Freemason Baron von Steuben is credited with starting the organization. The Mason Pierre L'Enfant who designed the CIty of Washington with its hidden occult symbols also designed the logo for the Society of the Cincinnati. Every president of the United States has worn the Diamond Eagle jewell of the Society of the Cincinnati. Wow. And I hadn't even heard about it until I got this tip from this ex-illuminatus. Benjamin Franklin was an honorary member. The Marquis de Lafayette was a member. George Washington and James Monroe were Original Members. At least 15 Presidents have been honorary members. Pres. Franklin Pierce and Zachery Taylor (his father was an Original Member) were hereditary members. Many of the high ranking Masons who were also officers in the Revolution were Original Members. Three prominent Freemasons who were big in the Society of the Cincinnati were Henry Beekman Livingston (1750-1831), James Mann (1759-1832), and Hardy Murfee (1752-1809). Hardy served as Grand Master of the Grand Lodge of North Carolina beginning in 1789. I noticed that many very busy elite People were spending a lot of money and time on this Society, whatever its purpose was. The Society had a museum, and a headquarters building in Washington, D.C. on Massachusetts Ave, N.W., and state chapters. But why? The stated purpose of the organization ditn't seem to explain the interest people put into the organization. Why spend time belonging to an organization whose only purpose is to commemorate the fact that all Its members are descendents of Revolutionary War officers? The purpose of the organization is "To render permanent the cordial affection subsisting among the officers." O.K. I can understand a group of officers who are all veterens of a war getting together. But their descendents? We are talking about a war whose fighting basically ended in 1781. That's over 200 years ago. Would my busy descendents care to visit with some other Vietnam vets' great-great-great grandchildren 200 years from now? Yet, my 1983 World Almanac (which lists in fine print about 1,300 associations) gives the membership of the Society of the Cincinnati at 2,800. Other sources indicated that the organization had an affiliate organization in France. But how? How could an organization which was open to only descendents of select Revolutionary Officers be so Identical in purpose to something in France for frenchmen? I could understand why, but only If the stated purposes were not the whole story. As you can see I was very suspicious of the Society of the Cincinnati, it appears I had stumbled onto something big. But I hadn't been able to tie the Society in with the Illuminati-until I stepped up my research on the duPonts. The tie-in between the Illuminati and the Society of the Cincinnati came when I began investigating what I thought might turn out to be an obscure Person. His name was Leighton Coleman (1837-19??) and he was married to Francis

(Fanny) Elizabeth, daughter of Alexis Irenée du Pont (1816-57). Alexis died in an accident. Occult bloodline power can pass through women or men, so it was worth it to investigate Leighton Coleman. Leighton Coleman turned out to be the Bishop of the State of Delaware for the Episcopal Church. He was a prime mover in the temperence movement (which I had already discovered was Illuminati controlled). Further Leighton was grand chaplain of the Grand Lodge of Freemasons in Pennslyvannia, Grand Prelate of the Knights Templar, and chaplain of the Delaware Society of the Cincinnati. Another of the top 13 Illuminati families is the Kennedy family. There is a connection to the Society of the Cincinatti with this family too. Jacqueline Bouvier Kennedy Onassis (ex-wife to both J.F.K. and Aristotie Onassis) had a grandfather named Major Bouvier, who invented a family genealogy which was mostly fiction which was self-published in 1925 as Our Forebears, but the fantasy Bouvier genealogy allowed him and his sons Bud and Black Jack to get into The Society of the Cincinnati. (see A Woman Named Jackie, by C. David Heymann, p. 18) All three Bouviers were very proud of their memberships and would proudly display their boutonnieres on their labels showing membership.

## THE THREE COUSINS THAT SAVED THE DUPONT COMPANY IN 1902

The successful three Du Ponts, Alfred, Coleman, and Pierre that together took over the gunpowder factories ended up in some serious infighting after a few years. Alfred divorced his wife to marry his cousin, and the Coleman and many of the others did not approve of the marriage. Alfred and the others got Into some serious family infighting. In 1913, Alfred at one point letting his rage get the better of him, got the Delaware legislature to pass a special law changing his first wife's sons name to spite his first wife. The special law passed the House in four hours secretly at Alfred's request but failed by two votes in the Senate after the other Du Ponts found out what Alfred was trying. Alfred built his cousin-wife Alicia the most expensive house on the east coast. In 1910 dollars, the lowest estimate is $2 million, but the actual cost may easily have been several times that. The name of the mansion was named Nemours. The main grounds of the Nemours estate are 400 acres enclosed by an 9-ft. wall. Broken glass was embedded in the concrete on top of the wall. Beyond the 400 are 2,000 acreas that make up the estate. From 1906 until 1920, the du Pont family broke up into two factions that waged a civil war in various arenas. Alfred I. DuPont led a political campaign that fought the corruption of Coleman DuPont's forces. Up to that time politics and voting. and vote counting were totally corrupt. By April, 1918 Alfred had defeated Coleman for control of Delaware's politics. In 1911, Alfred bought the principle daily paper in the area the Wilmington Morning News. In 1916, after successfully blocking his uncle Henry A. duPont from being reelected, Alfred duPont bought control of 9 Delaware newspapers. in 1932, on a trip to Egypt Alfred found a dog be named Mummy that was his familiar spirit. In the biography about Alfred which I read it said, "Alfred had scored over his sister Marguerite. Let her collect Virginia ghosts if she wanted them. Only he had a reincarnated Egyptian mascot who could produce wonders as great as those of Aladdin's genie." (Alfred Du Pont by Joseph F. Wail, p. 593) Alfred L du Pont himself wrote this in a letter to the Rev. Baker P. Lee (23 May '32) about his familiar spirit, "I have one or two more jobs for Mummy and then I will give her a vacation before I put her to work again." (He wrote at least one other letter where he talks about the magical powers of his dog. which was his familiar spirit. Mrs. Cazenove Lee, Jr. got a letter mentioning Mummy's powers too.) Alfred died in 1935. Ed Bali and Jessie Ball du Pont (his widow) took over control of his estate. Ed Bail increased the Alfred I. duPont's fortune and became the most powerful man in Florida. Ed Bali's wealth passed the Billion dollar mark in the 50s or 60s. In the late 1960s, political enemies were able to attack the wealth of Ed Ball with new legislation and some investigation of the misuse of his money hidden in the foundations. In 1981, Ed Bail died. in 1985, Ed Ball's widow claimed that Ed's sister Jessie had actually murdered Alfred I. duPont in 1935. She claimed that while Ed was alive she had been too afraid to tell the truth about Alfred's murder. Forbes magazine carried the story in Oct., 1965. T. Coleman duPont, went in business with President Taft's brother Charles P. (member of the Skull & Bones) in 1910 to build McAlpin Hotel in New York City. (Taft's other brother Horace was a member of the Order of Skull and Bones. In fact, the Taft family which dates back to Braintree Mass. in 1679, helped start the Skull & Bones Order and at least eight Tafts have been in the Order.) This was the first of a series of luxury hotels. Coleman bought New York Equitable Life Assurance Society, which was America's largest insurance company. N.Y.

Equitable Life Assurance company undoubtedly brought Coleman in touch with other Illuminati elite. He belonged to the Rittenhouse in Philadelphia. He was the director of a number of things including the Union National Bank, in Wilmington and the pres. of Central Coal & Iron Co. along with a few other coal and Iron companies. T. Coleman has been mentioned already in connection to the Du Pont Gunpowder Business, which he ran for a number of years as head honcho. During W.W. 1, the Du Ponts made a mint. The company had $9 million surplus in its treasury. The result was that Du Pont absorbed General Motors. The DuPonts also went Into the chemical business. The american government had seized the German Dye Trust, and the DuPonts were given their patents. The Du Ponts began to build a great chemical empire on the synthetic, such as shatterproof glass, paints, rayon, nylon, dyes, photographic flim, rubber, chemicals, drugs, etc. Only the Dow Chemical Company is any competition with the DuPont chemical operation. Alfred Victor duPont (Alfred I.'s son) served only as a private in the marines during W.W. I and was on board several ships. And yet for some reason when W.W. 11 broke out, he was made a consultant to the Joint Chiefs of Staff from 1943 to 1945. He was an Episcopalian.

Emile Francis duPont (1898- ) graduated from Yale, like a number of duPonts have. He was important lay person within the Episcopal church. Pierre Samuel duPont belonged to the American Philosophical Society. He also wears the rosette of an Officier de Ia Légion d' Honneur. (How or why he got this I haven't found out.) He was on Delaware's State Board of Education, 1919 - 21 . He was the President of General Motors from 1920-23 when he turned it over to Alfred P. Sloan, Jr. Pierre Samuel started what is called "the buddy system" where DuPont and GM's management worked together. DuPont saved GM from extinction after W.W.I and has watched over GM since. Robert L duPont, Jr. is a research psychiatrist. He has done research at Harvard. He was the delegate for the US. at United Nations Commislon on Narcotic drugs (1973-78). He is especially knowledgable about what drugs will do to a person, which le an area of his research. And Francis Marguerite du Pont (born 1944 in Duluth, Minn.) is deep into research into genetics. Those of us, who know what these people want to do, cringe when we see that some of the top genetic researchers are connected with Satanic families. Every American almost everyday uses a Du Pont product. When I began learning what the DuPont industries produce it is utterly astonishing. Anything that involves chemicals is under their production. Herbivores and fertilizers for farming. cosmetics and nylons for women, chemicals for all types of industrial production, textiles of all kinds, cleaning fluids such as when you clothes are dry cleaned. The list can go on and on. Most of us are using DuPont products almost continuously all through the day! General Motors, the explosives and gunpowder monopoly, the chemical monopoly (which its tens of thousands of products) gives the duPonts enormous financial leverage. The DuPonts obviously are in close cooperation with the elite involved with oil-because so many of their products are derivatives of petroleum products. In 1940, it was estimated the duPont famIly was worth $5 billion. Today, their total worth must be many billions of dollars, not to mention the enormous power they wield. The very survival of the United States military is dependent upon the military products of the DuPonts.

**THE DUPONT COMPANY USED AS A TOOL TO BRING US INTO THE NEW ORDER**

Although the DuPont companies -the principle DuPont company is E.L. DuPont De Nemours & Co (whose 1991 revenues were $38.7 billion)- are run by many executives who are not duPonts, the duPont family does quietly pull the strings in the background. Many of the executives are men whose philosophy of life matches the duPonts. It is very clear that the DuPont companies are being used in a big way to move us toward the New World Order. The first item on this, concerns how the Du Pont workers are being Indoctrinated. I received a video of the Pecos River Training near Santa Fe, N.M. that DuPont workers in the east are sent to. I also looked at a magazine article about this training (indoctrination) in the article "Go Take A Flying Leap (for the company)" (Successful Meetings June 1992, pp.59-62). A christian brother who works for the DuPonts in Tennessee has been secretly undermining the efforts of the DuPont company leaders to turn the workers into New Agers. With the help of Christians in the plant, this Christian brother finds out what is planned, and then does his homework so that he can proof to the workers how New Age ideas are being brought in to subvert their thinking. The company changed from calling all its people "employees" to calling them initiates.

The people at the plant were to all be sent to the Pecos River Training by DuPont, but due to the exposure of their New Age subversion, people are not allowing themselves to be led by the nose. This brother sent me a video of the Pecos River Training. and there are scenes in it where "strangers" are kissing each other-well, not exactly strangers because the training is designed to break down individuality and to create a group think with intimacy. Initiates are taught ,,don't slay the ego, ego is your servant." Another magazine article in (June 1992, p15-16) tells about the five type of thinking that the DuPont company is trying to instill in their people. They are 1. lateral thinking; 2. metaphoric thinking; 3. posItive thinking (this is also called visualization-or in the occult witchcraft); 4. assocIation trigger; 5. rapturing and interpreting dreams. An employee environmental awards program was installed where employees can win money by submitting their environmental suggestions. (Personal Journal Aug. ,92, pp 60-71.) Many of the readers of this newsletter are already aware of how the environmental issue is contrived and controlled by the elite. One of the items our new-agy Dept. of Education secretary Alexander tried to get going was for education to shift from the schools to the factories. This is a process that the Illuminati want to implement to further take us into a total slave state. Interestingly, DuPont has been getting into the act by spearheading Delaware's BRT task force, in which students will attend seminars at Du Pont facilities. The DuPont company is employing A.A.-that is artificial intelligence. The neural networks are to the point they can learn from their mistakes. DuPont is taking us into Brave New World. They were the first ones to initiate with Fax NOW a rapid customer service called fax-on-demand. Du Pont is now in the process of becoming totally global. They already have plants in a number of South American countries, Mexico, Canada, US., Korea, Japan; and several european nations. They have been trying to figure out how to enter the Commonwealth of Independent States (CIS--what used to be USSR). Apparently, they lost some money already in that regards. The ICI (Imperial Chemical Industries- which is allied with the Warburg family) in England and DuPont swapped plants. Imperial Chemical Industries has had their headquarters in Wilmington, Del for some time before this swap. DuPont got ICI nylon plant, and ICI got DuPont acrylic plant in the states. Why? So both companies could become more international. Or in the words of someone else to "focus resources on businesses where each can develop stronger global positions." (See Economist, 10/3/,92, p.76) The swap will give DuPont 43% of the European market for nylon fibers used to manufacture carpets.

Dupont has built a $20-million research center in Bad Homburg, Ger. DuPont has been spending according to a recent article $1.27 billion on research. Some of Du Pont's research la in "risky" areas, that means that it is difficult to see how the research can financially benefit the company. ThIs has been admitted by the company.

The Aviation Week and Space Technology, 10/26/92 issue, p. 64,66 talks about the sophisticated composite materials that DuPont is producing for state of the art space and aviation vehicles. (I Imagine some of these composite materials are finding there way to the secret UFO bases, and DuPont may well be producing some of the parts for these secret anti-gravity machines. The article states that Boeing Defense and Space Group, Lockheed Aeronautical Systems Co., General Dynamics and DuPont and Hercules, Inc. are working together on aeronautics projects. Boeing and Lockhead are definitely involved with the production of flying saucers, so this may be a good due that DuPont is too. The article states that DuPont has been a leading supplier for advanced US military programs. An example of the sophisticated materials that the DuPonts are producing is XTC; the first recyclable, class-A finish thermoplastic sheet molding compound for horizontal exterior body panels. It is a flexible, porous; interwoven sheet of polyethylene berephthalate-impregnated long-glass fiber. General Motors (DuPonts) selected the material for use on their air-intake manifold on certain 1993 V-6 engines (Modern Plastics. ",Automotive Show Features Lots of Toughened Materials", by Stuart A. Wood, April 1992 issue, pp 66-69.)

The CEO of E.l. du Pont de Nemours & Co. is Edgar Woolard who took over in 1989. Edgar is innovative which will be beneficial in the '90s with all the upheavals coming. One item that the Illuminati have planned is to put things Into our major cIty water supplies Interestingly, DuPont has research facilities and a Chamber's Work facility in Deepwater, New Jersey which both deal with water treatment. The du Pont family today i represented at the sixth Illuminati level -the Pilgrim

Society. I am convinced their power also run higher, but want mor information/research to bring it out to the open. One book said that th du Ponts were one of the top three influential famIlies in the United States today. Whether one is aware of the secret Satanic power of the duPonts or not, it is inescapable to conclude that thi family is exceedingly powerful in the United States beyond comprehension. Every facet of our lives is influenced by products whose production is still ultimately under the control of the duPont family of control. For those people who subscribe to the theory that the world is divided between oni the Rothschilds and Rockefellers, look at the duPonts, who are truly independent of the other top families dispels that theory. To quote Karl Schriftgiesser in his book Families ",...the Du Ponts of Delaware constitute a definite dynasty perhaps the most complete dynast ever establIshed in this republic an one whIch seems destined to contintue its kingship for generations I come...Today there are seven hundred members of thi family...Every time a package of cigarettes is opened, the simple tearing of the tab is a gesture of tribute to the Du Ponts, and every time a great gun booms, with whatever cost to life or property; it echoes merrily in the feudal stronghold of this mighty clan...We must end with the direct statement that the Du Ponts today rule Delaware with an Iron hand, that their interests affect the daily lives of each one of us in some way, and that the Family moves on. "It is, today, the great American dynasty. Close, unassailed, it keeps to itself, hides its scandals, boasts not of its good works, but continues, within American democracy, to exert its own indomitable way."

## REVIEW OF SOURCES

Many key books used in preparing this article can be identified by the references in the text. About 120 magazine articles were reviewed, and many key articles used are identified in the text. Several confidential interviews were also involved in developing the article, as well as the manuscript by an ex-Mason and insider who the elite murdered.

## CHECK THIS OUT.

Several years ago, I developed a friendship with a man from Silverton. From that friendship I got the vibes that something was strange about Silverton, OR. Later, through my contacts, I found out that Anton LaVey's church had set up their Oregon headquarters in Silverton. I suspect this was because Silverton had some occult activity already there. About 25 to 30 mIles southeast of Silverton, Or is Mill City and Gates. The area between this is wooded and has beautiful falls and a large park.

Now the threads of this story return to Portland. A man who saw my book <u>The Watchtower & The Masons</u> told me 2 years ago that be knew John Lawrence. He said I and John would like to meet, and that he would arrange it. One of the weekly papers here is the <u>Williamette Weekly</u> and they seem to be free of some of the stifling control of the New World Order in contrast to our daily paper The Oregonian. A research writer for the <u>Williamette Weekly</u> using John Lawrence's research on the Skull & Bones Order wrote a long article in the Williamette Weekly about the Skull & Bones Order. John Lawrence and I would be a natural shoe-in as Mends since we both investigate secret satanic groups. But the man who knew John Lawrence always told me after promising to get us together that John had disappeared. Not only that but this man's original openness turned to not wanting to have much to do with me. touching some type of very sensitive secret. Here is what I have been able to find out. Several satanic groups are in the Gates, OR area. John Lawrence was extremely interested in what the 322 of the Skull and Bones Society meant. He was convinced that number linked the Skull & Bones society with other groups. John Lawrence and 2 other researchers like himself moved to Mill City to investigate the secret satanic groups in the area. From someone from the inside it turns out that the CIA shot two of those researchers while they were in the Mill City area investigating. The CIA went looking for John Lawrence. And John Lawrence is now in hiding. People in the Mill City area were afraid to answer my questions. However, I was able to glean a little information with a great deal of effort. Some occult group bought a ranch near Gates, OR. The head of the group is Jim Cole. They bought a ranch, which is not in Jim Cole's name. The last police raid against any occult activity was over five years ago, and it appears that the Satanists are in the key positions in the Mill City and Gates. They may even have a person on the police force. The last obvious item to comment on is that for some reason, the CIA is very mixed up and sensitive about this occult activity. John

Lawrence was One reaction to my duPont article was that someone whose mother-in-law works for the duPonts in Pennsylvannia asked a few questions and found out that her mother-in-law is an actual witch (I don't mean as in an old hag--I mean is in witchcraft.) This witch is close friends of the duPonts and has been protected from being fired by the duPonts. What is most significant in this whole thing to me is that my article got other people cognizant of what happening so that they could teach themselves. Once people begin to really catch on to things, they will begin to detect things all around that are happening in regards to the NWO. Most Americans don't have any frame of reference to hang any facts about the conspiracy. They bemoan the idea of a Satanic conspiracy, they claim there is no proof all the while it is all around them! For instanced, did anyone catch what Bill Clinton did when he faced the people and waved at the inauguration? See the last article in this newsletter for an answer. A friend called my attention to Inside Edition's television story on Lewis Dupont Smith, the heir to the $10 million fortune of the Du Pont Chemical Co. Lewis Dupont Smith is exposing his family. Of course on national television, which is controlled by the Illuminati they are not going to do much exposing-but they did let a few hints get through. Lewis Dupont Smith did get a sentence left in what was shown on T.V. where he points the finger it "powerful families" as the culprits behind the drug trade. The reason be was allowed to voice this, was that Lewis was the person behind the book Dope, Inc. and it was this involvement that got him in hot trouble with his family. Lyndon LaRouche, who was truly exposing the Satanic conspiracy, wrote a good book Dope, Inc. The book exposes the Queen of England is a participant in the drug trade. Yes, the british royal famIly does tie in the elite, the occult, and the drug trade. They are not as nice is their pictures suggest. Lewis Dupont Smith, having a good feel for what is going on, recognized that Dope, Inc. is the as be put it (paraphrased) "The only book showing the involvement of powerful families." Lewis provided the $212,000 for the book to be printed. (Good for him!) Let's just make it plain, the Satanic hierarchy is behind the drug problem. Lewis' family was very upset that he was helping the enemy, and they got a judge to rule that Lewis was incompetent to handle his financial affairs, and the court declared that Lewis can have on $15,000 per/? of his fortune. The duPonts also tried to stop his wedding. A federal informant saved Lewis from getting captured, and taken 60 miles into the Atlantic on his father's yacht to be tortured and programmed. His family had hired a motorcycle gang with black hoods and some CIA-Green Beret types to kidnap Lewis. Lewis managed to get wind of the scheme and save himself. He tried to get his family on conspiracy to kidnap, but the duPont family bear in mind as one of the top 13 Illuminati families owns justice in this country. He failed to get his family on the conspiracy charge.

One detail, that I didn't mention in the original story on the duPonts was the one of the more recent Governors of Delaware C. Douglas Buck was married to Alice H. duPont. I also left out a great deal of the inside story on the politicking that has gone on in Delaware this century. It is so detailed with so many names that I didn't want to confuse people with it. Anyway, the bottom line is that behind the scenes, all of the Governors since the 1920s have been approved by the duPonts. I debated whether to include the du Ponts genealogy. I had it, so I decided to give it, on the chance someone might use it. The genealogy shows several things, a. that the duPonts like the Astors repeatedly used the same names over and over, b, that the duPonts like the Rothschilds had a lot of first cousin marriages (marriages between a du Pont and a du Pont are given asterisks-however some of the marriages between people with different last names are also between flrst cousins and other relation. If it looks like I've gone to a great deal of trouble for nothing-I can understand what you're saying. We certainly don't need to know every du Pont. But just like in a laboratory one deals with many exact small details in numerous experiments to discover a principle-that is what I am doing here. I am trying to break ground so that people will understand more about how the elite think, etc. I had hoped that I might also be able to track which branches are with the Illuminati and which may have balled out.

# Bloodlines of Illuminati

By

Fritz Springmeier, 1995

## The Freeman Bloodline

The amazing thing about this family is that it is not a family that people would have thought of as being one of the top thirteen; however, for *me* as a researcher of the elite and the Satanic hierarchy, the name pops up with surprising frequency. For instance, Stephen M. Freeman runs the Legal Affairs Dept. of the Civil Rights Division of the Anti-Defamation League (which is a daughter of the B'nai B'rith). The ADL is a dangerous organization controlled by the hierarchy. The illuminati drug money to fund this organization. Another Freeman is Walter Freeman who introduced the lobotomy into the U.S. with James W. Watts in 1936. The frontal lobotomy was a brutal method of mind control, that has been permitted to be done to us, under the disguise that it is of benefit to humanity. Then there was Simon Freeman an important intelligence officer. And the list goes on of people that are in key places with the Freeman name. But the most important position of all which removes all doubt that the family is at the top is that the late Grand Master of the Prieure de Sion was Gaylord Freeman.

**Independent discoverers of The PRIEURE DE SION**

What is the Prieure de Sion? Are we sure it exists? How does this relate to the hierarchy? The Prieure de Sion (Priory of Zion) was unknown to the general public until 1982 when a book co-authored by Michael Baigent, Richard Leigh, and Henry Lincoln came out. The book was entitled Holy Blood, Holy Grail and it offered historical proof that an organization called the Prieure de Sion was powerful and had existed since the time of the early crusades (1099 A.D.). In 1991, I came out a little more information on the Prieure de Sion. The organization is so little known to even my readership, that we need to stop and really examine the Prieure de Slon.

In trying to figure out the mysteries surrounding this organization, Lincoln, Leigh and Baigent's research led them to conclude that the holy bloodline that the Prieure de Sion guarded was the bloodline of Jesus. This immediately made all their research anathema (condemned and disliked) by the most of Christendom. I watched to see if Christians would refute the unbiblical parts of their research, but besides a couple of short articles (Christian Century, 9/1-8/82, - "Raiders of the Lost Grail" and Christianity Today, 9/3/82 - "Holy Blood, Holy Grail - holy mackerel") in Christian periodicals (in addition to this was a small book in England- The Holy Grail Revealed) which simplistically claimed that the book was of no value because obviously it was erroneous, no one even pretended to try to refute the book (as far as I know except for that English book which did pretend but didn't refute anything.) The authors went on to write two more popular historical exposes concerning the Prieure de Sion and Freemasonry (The Messianic Legacy and The Temple and The Lodge). Actually to be fair to the Christians, if I hadn't already known from my research that much of the European information in Holy Blood. Holy Grail was correct, the wild religious speculation about Jesus in Part 3 may have caused me to doubt the book too. The first Christian author to pick up on the Prieure de Sion was J.R. Church who wrote Guardians of the Grail which built on Holy Blood. Holy Grail's research in a constructive way and put more pieces of the puzzle together. At last a book was out that challenged some of the false ideas of Holy Blood, Holy Grail without blindly throwing their excellent research. While the public at large had never heard of the Prieure de Sion until Holy Blood. Holy Grail came out, the organization was written about in high level military intelligence briefings years before the book. Some of the men in high level intelligence have become concerned with the direction this nation is going. It is through such men that independent confirmation had leaked out

even before the book. The information did get to some researchers. I came out with my <u>Be Wise As Serpents</u> book in 1991, which among other things covered the Prieure de Sion, after I had concluded that the evidence verified its existence.

I approached the issue from my own angle of research. In researching the Illuminati it became clear 1. that bloodlines were very important, 2. that the people in high level Satanism believe they are descendents of the House of David, 3. the Illuminati's activities tied in in many ways to the Prieure de Sion. One startling tie in was that the Freeman family was, according to an informant, one of the top 13 Illuminati families. The ex-Illuminati people I received information from were not familiar with <u>Holy Blood, Holy Grail</u> nor Guardians of the Grail. Even if they had, which they definitely hadn't, neither book mentions the Freeman family. It wasn't until the researchers of <u>Holy Blood, Holy Grail</u> wrote their sequel <u>The Messianic Legacy</u> that was published in 1987 that the name Freeman came out as the leader of the Prieure de Sion. In short the way the research of mine and others simoultaneously from different angles came up independently with similar conclusions using totally different sources confirms beyond a doubt that the Prieure de Sion exists, and that the Freeman family is indeed a very powerful family. I have never spelled out in detail nil the proofs about the Prieure de Sion and the Freeman family, and even now I am not going to. To me the basics are facts, and I don't want to get bogged down trying to prove the obvious, when there is so much more to learn. There are stubborn people whose minds will not come along no matter how much proof and encouragement. They will just have to stay where they are.

## DESCRIBING THE PRIEURE DE SION

The original start of the Prieure de Sion appears to have been the idea of a number of powerful bloodlines, and included various descendents of the Merovingians, including the House of Lorraine, the House of Guise, the Medicis, Sforzas, the Estes, the Gonzagas, and the St. Clairs (Sinclairs). The Medicis are tied to the Black Nobility also. From the beginning the Prieure de Sion has been committed to Hermetic Magic (a type of black magic that originated with the ancient Egyptians and portrayed in the Egyptian Book of the Dead.) René d' Anjou, a descendent of the Merovingians persuaded Cosimo de Medici to establish in c. 1444 a non-church library at San Marco where Plato, Pythagorean works, and books on Hermetic Magic were translated. Up until this time, the Catholic church had control of all the libraries. It was from Cosimo dé Medici's library that the spark of Greek and Egyptian teachings set off what developed into the Renaisannce, which was revival of humanism and the occult. It appears that during the Middle Ages, witchcraft and the mystery religions had seriously dissolved to the point that these modes of thought had to be relearned from the ancient writings. Interestingly, the Middle Ages when witchcraft and paganism were dissolving have been branded the „Dark Ages,, by the establishment, and inaccurately painted as a time when learning went out.. A magazine put out during W.W. II by Prieure de Sion members was <u>Vaincre</u>. The organization that took credit for the magazine was Alpha Galates. It carried articles on Atlantis, theosophy, Celtic wisdom, and other esoteric things. The magazine also declared itself in favor of a United Europe. Robert Schuman who was associated with the magazine <u>Vaincre</u>, later become a leading architect of the EEC. An internal magazine for Prieure de Sion members is <u>CIRCUIT</u> (the acronym for Chivalry of Catholic Rules and Institutions of the Independent and Traditionalist Union. A 1956 issue of <u>CIRCUIT</u> promotes the use of a 13-sign zodiac rather than the traditional 12. The 1959 series of CIRCUIT refer the reader to Vaincre. The <u>CIRCUIT</u> magazine which claims to write its articles with 'hidden meaning,, says this cryptically about the Prieure de Sion, "We are not strategists and we stand above all religious denominations, political perspectives and financial matters. We give to those who come to us moral aid and the indispensible manna of the spirit." Another article says, "...except through new methods and new men, for politics are dead. The curious fact remains that men do not wish to recognize this. There exists only one question: economic organization." Dr. Otto von Hapsburg, a descendent of the Merovingians, and a Knights of Malta, headed Pan-Europa, an organization that has been working toward a U.S. of Europe. Their logo was a Celtic cross in a circle. The first point in time that the Prieure de Sion can be pinpointed is when Jerusalem was captured by the Crusaders and an abbey of monks that Peter the Hermit had belonged to was established in a building called the Abbey of Notre Dame de Mont de Sion just outside of Jerusalem. This abbey had

2

an order that was called the Ordre de Sion. Over the centuries the Ordre de Sion has developed into what we have today as the Prieure de Sion (Priory of Zion in English). Bear in mind that the Ordre of Sion was visible for several centuries but has been totally secret after the 13th century. It became semi-visible during the 1960s and 70s and became secret again in 1984. The group of monks that made up the original order were led by Ursus of the Merovingians. They were given a place at Orval in France until they apparently decided to move to the Holy Land. This order appears to have had the power behind the scenes to have been in the position to select who would sit on the throne at Jerusalem, and the initially selected their man Godfroi de Bouillon. The Ordre de Sion (Prieure de Sion) set up a military order called the Knights Templar. Louis VII of France became indepted to the Knights Templar, and in repayment of the help he had received he established some of the Ordre de Sion at the priory of St. Samson, along with establishing 26 men (2 groups of 13) at a small priory at the Mount of Sion, Orleans, France. In 1188, the Ordre de Sion let the Knights Templars apparently go their own way, which eventually was to trouble. The story of the Knights Templars is exceedingly interesting because it relates to the Satanic International Bankers of today. The Knights Templars became the first European wide International Bankers.

How their story fits into everything would take to long to tell at this point. At that time period when the Knights Templars took off on their own, the Ordre de Sion became the Prieure de Sion, and also used the names Ormus and Rose-Croix, The Prieure de Sion is intimately connected to the creation and guidance of the Rosicrucians and Freemasons. In the Be Wise As Serpents book, chapter 12 it talks about how the Prieure de Sion set up the Scottish Rite of Freemasonry.

In 1613, the House of Lorraine (part of the Prieure de Sion) joined with the House of Stuart. After that the Prieure de Sion began to display more interest in Scotland. Scotland was one of the few countries were the Knights Tempiars had thrived when the order was suppressed by the order of the Pope. Scotland also had several occult traditions operating. It was a hotbed of occult activity. Scotland and the Scottish people have played a very big role in the New World Order conspiracy for centuries. Meanwhile, when the Prieure de Sion went underground they established their archives in some secret rooms beneath the chapel of St. Catherine, at the castle at Gisors, northern France in the rue de Vienne. The archieves were, according to reports, contained in 30 coffers. Secret tunnels connect the chapel with the local cemetery. The Merovingian descendents and the Prieure de Sion have guarded the sacred blood line that Satan has built up. Their members are secretly scattered in key positions throughout society. Many of the descendents are unaware of their heritage. For instance, within the Sinclair family only certain branches have kept up their generational occult heritage, and are aware of what is going on. Family trees subdivide over the centuries until the Merovingian family tree has become a forest. The Houses of Hapsburg-Lorraine (whose titles are dukes of Lorraine and Kings of Jerusalem), Plantard, Luxembourg, Montpezat, Montesquiou, among many others including the Freeman family, and hundreds of others. Be Wise As Serpents revealed for the first time (as far as I know) how all the heads (presidents) of the LDS and RLDS have been descendents of the Merovingian dynasty, and they and the Masons have both used the Merovingian symbol, the bee.

**THE HOUSE OF DAVID**

In my research of high level Satanists, it became clear the the bloodline that was key in their minds was the House of David--not Jesus Christ's lineage. I discovered that the House of David had set up a Kingdom in southern France. I discovered this while rummaging through history books on the Middle Ages. I came upon a book A Jewish Princedom in Feudal France 768-900. This book was the key for me to realize that the Merovingian dynasty which wove its bloodline into the royal bloods of Europe was Jewish in origin. When I read Holy Blood Holy Grail, it became apparent that the authors theory of Jesus' bloodline had clouded their realization that the key was that the Prieure de Sion was of the House of David and was in this sense Jewish (although most of the Prieure de Sion are most likely not attending synagogues). Indeed the Grand Master of the Prieure de Sion Pierre Plantard de Saint-Clair told them so much. To quote the pertinent paragraph from The Messianic Legacy, p. 296, "At our meeting in April, 1982, M. Plantard adopted an ambivalent attitude towards our book [Holy Blood, Holy Grail]. On the whole, be endorsed it and offered to correct, for the French edition, certain vague or unclear references. At the same time, he would neither confirm nor deny our thesis that the

Merovingian bloodline was descended from Jesus. There was no evidence either way, he said non-committally. It was 'all too far in the past', all 'too long ago'. There were no reliable genealogies. Besides, Jesus had brothers. Nevertheless, he acknowledged the Merovingians to have been of Judaic descent, deriving from the royal line of David." The significance of this tremendous. It means that those people who have been saying that it is a Jewish conspiracy have been correct--even if some of these people saying these things may not be greatest characters. This also opens the door as to why the top leaders of the Illuminati have been willing to work with the Askenazi Jews. In Be Wise As Serpents, I show from Masonic sources that there is indeed a big connection at the top with the Jewish leadership and the House of David and Freemasonry. The goals of Freemasonry are entertwined with the goals of the Prieure de Sion. There is a big danger in labelling the conspiracy "Jewish". When people label "jewish" as "bad" it confuses more than clarifies. The Jewish people are not the enemy. Next, although many of the Satanic hierarchy claim to be from the House of David, they do not publicly proclaim themselves as Jews, in fact they may publicly take a negative posture toward the Jews, such as Lady Astor and some of the duPonts have been.

It is perhaps fine that Zionism be labelled evil. Zionism includes both Christians and Jews. To be a zionist is to identify oneself with a movement that the elite has set up and controlled for their purposes. Many in the Zionist movement are like common people everywhere, they want do to what is right, they have simply not gotten the bigger picture, and are being used. When two groups have some similarities but each want to keep their own identity they can be mortal rivals. One group that has been very easy for Satan to provoke against Christians is the Jews. Perhaps no group of people has hated Christians with more intensity. One of the first groups that Satan worked at controlling were the Jews. But to call the conspiracy Jewish is misleading. The father of it all is Satan. It is Satanic, and it will use anyone it can. And God will use anyone too. How many of us have escaped helping one cause or another of the establishment or in being in some organization that the establishment was using? Let each of us examine ourselves and get our own lives in order. There is a song about violin that was going to auctioned off cheap until a master violinist picked it up and played a good tune on it. Don't auction people off cheaply, the touch of the Master's hand can turn anyone into a beautiful thing. Don't reject anyone who will let the Master's hand tune his life. This is a war against evil, not race. Not everyone of the most evil bloodlines is on the enemies' side. Many are trying to serve the Lord. Likewise, just because the Freeman family is one of the top 13 Satanic families doesn't mean that all or even most Freemans are part of the hierarchy.

## GAYLORD FREEMAN AS GRAND MASTER

From 1918 to 1963, Jean Cocteau was Grand Master of the Prieure de Sion. Following the unification of the various powers into a secret NWO government in 1954, the Prieure de Sion had a major policy dispute. in 1963 with Cocteau's death, Gaylord Freeman, helped by Antonio Merzagora and Pierre Plantard de Saint-Clair, governed the Prieure de Sion. In 1981, Pierre Plantard took over as Grand Master. In 1952, long before becoming Grand Master, Plantard de Saint-Clair transferred 100 million francs worth of gold igots to Switzerland to the Union des Banques Suisses. When this was publicly revealed, he said that it was a legitimate move made for the french government. In 1955, several men associated with the Prieure de Sion obtained some old parchments two of which gave the Merovingian genealogies, and they used the british Notary of Royal Appointment Patrick Francis Jourdan Freeman (that's one name) in relation to a request to the French government to take the old documents to London, England where they were kept at 39 Great Russell St. Later P.F.J. Freeman was used again the next year to request that the documents be allowed to stay in Engiand to be held in a safe deposit box at Lloyd's Bank of Europe in London. One of the men involved went by the name Captain Ronald Stansmore Nutting of London (born in Dublin, IR) who is reported by reliable sources to have been in British Intelligence MI5, and had sat on the board of directors of at least 14 companies, including Arthur Guinness and Guardian Assurance. He was chairman of the board of the British and Irish Steam Packet Company. He was also governor of the Bank of Ireland. One of Guardian Assurance's departmental chairmen was also an MIS operative besides Capt. Nutting. Another P.d.S. member who was with Nutting was Viscount Frederick Leathers, who was british

4

Minister of War Transport during W.W. II. Viscount Leathers had a business associate and longtime friend Sir William

Stephenson, who was the wartime chief for MI6's american branch office called BSC (British Security Coordination) in New York. Another friend of Leathers was Connop Guthrie also headed BSC for MI-6 in New York. Guthrie was a shipping executive. Due to internal trouble in the Prieure de SIon that resulted from a rule that members had to place a birth certificate and signiture with the Priory, an Engiish faction created forgeries of birth certificates and signitures and in secret protest sent these as originals to France. PJ. Freeman then got involved in this act of defiance. Another division occured between the French members and the Brit.-American members. The french wanted more of a role and some type of restoration of the monarchy in a United Europe. The Amer.-British members who far outnumbered the few french wanted to skip the monarchy idea. The Vatican and the Prieure de Sion (P.d.S. - my personal abreviation) work together. Apparently, the Vatican is given some type of minor kickback for their cooperation. John Drick, A. Robert Abboud, and Gaylord Freeman were three members of the Prieure de Sion that were associated with the First National Bank of Chicago. John Drick had started as an assistent cashier in 1944 and became a vice-president three years later. In 1969 Drick became both the president and one of the directors of the bank. He also was on the board of a number of other companies including, Stephan Chemical, MCA incorporated, Oak Industries, and Central Illinois Public Service. The Guardian Royal Exchange Assurance (the Guardian Assurance) in London where P.J. Freeman worked had shared a building with the First National Bank of Chicago which had Gaylord Freeman as chairman of the board of directors. In other words, the two businesses and the two Freemans all connected its seems to the Prieure de Sion, and then by other inferences all connected back to the hierarchy. Gaylord Freeman's signiture appeared on a Prieure de Sion document of Dec. 16, 1983. Gaylord Freeman never publicly admitted that he even knew anything about the P.d.S.

**GRAND MASTER GAYLORD FREEMAN and
ROGER FREEMAN instructed the U.S. government**

On the next page is a photocopy of the article that the <u>New York Times</u> ran when Gaylord (Gale) Freeman died. It has often been said if you want to know who really runs things, look at a man's advisors. Now check this out, Gaylord Freeman never ran for any major political office--and the voting process is supposedly to get men who know what they are doing into omce, and yet if you read the N.Y. Times biography you will read "Mr. Freeman...was frequently called on by Washington for advice and assistance.' Yes, Presidents and Congressman called Gaylord Freeman for advice (instructions might be a better term), and yet most of us haven't even heard of the man! Again for those who think that only the Rockefellers and Rothschilds are powerful families, let me ask, why weren't they calling Rockefeller? Not only did the Presidents turn to Gaylord Freeman for advice (orders), they also turned to anotber member of the family, Roger A. Freeman. Roger A. Freeman was a senior fellow at the Hoover Institute. (I suspect Roger was Jewish but the newspaper doesn't say any religion.) The New York Times biographical news article that came out when Roger died is also put on the next page. Note that in the headline they emphasize that Roger Freeman played the role as advisor to 2 presidents. And yet I doubt that hardly any American has heard of him. One prominent Freeman, James D. Freeman has played a leadership role in Unity School. James Freeman has written at least six important books for Unity which they have published. Two of his works are Unity <u>School</u> and The Story of Unity. Had the article on spiritual warfare covered ritual sites in Kansas-Missouri I would have mentioned about the Unity School. Near (ajoining) the Unity School, in between Kansas City, Ks. and Kansas City, Mo. is a strip of wooded land. Little Ricky Rd. goes through this area, and the forest along Little Ricky Rd. has been used for Satanic rituals by a coven that was made up of adults not teenagers-Interestingly, a man who was part of the Unity School hierarchy, and came to Christ told me that the school secretly conducted Luciferian initiations and that Robert Schuler, 33° Mason, and leading Protestant clergyman knew all about Luciferian initiations being conducted there, yet Schuler went ahead and taught his principles of church growth to Unity School. They call the school Unity School of Christianity but a more accurate name would be Unity School of Witchcraft. Many witches have in fact been associated with the Unity Church and are closely working with it to

secretly destroy Christianity. I know from inside information that the hierarchy is sending orders to the school, so it would not surprise me if James D. Freeman was actually part of the Freeman family that is one of the top 13 Illuminati families. Some of the family are clearly jewish, such as Ernest Robert Freeman, who lives in Maryland and is an important jewish leader. He has been the dlr. of the Jewish Community Council in his area, and President of the Sachs/Freeman Assoc. The Sachs family also ties into the conspiracy so that is interesting. And Grace Freeman, who is jewish, wrote Inside the Synagogue. Some of the Freemans are leaders in Christendom too. Lee Jackson Freeman is an American Baptist minister. He went to Union Theological Seminary, which is a totally ungodly place--they turn out socialists for graduates, etc. Lee Jackson Freeman was a member of the executive board of the national ministries of the American Baptist Church. He also served in the Ecumenical Ministries in his Scranton, PA area. R. Lexie Freeman is a Nashville, Tenn. Methodist pastor (Waverly Place) who is a Freemason.

## ORIGINS OF THE FAMILY

There are obviously different unrelated family lines that have the last name Freeman. In the preliminary genealogical work that I have done I have found Freemans coming from England, France, Germany and Austria. Howard L. Freeman is a Christian author, who has written about how the economic system of our nation is ungodly. I wrote him a letter of inquiry about the Freeman family. He wrote me and told me that his family came from the English town of Barnstaple. And that the Freemans in that area treated him as a royal guest when he visited the area. He was shown around England over a 50 mile radius by the Freemans in England. His opinion was that his last name did not originate in Barnstaple, England. The history books record an M.P. (Member of Parliament) back in the times when our revolution was being plotted who was named Sambrooke Freeman (c. 1721-82). He was from Fawley Court, near Henley, in Berkshire. He went to Oxford. I do not know if the Freemans in Moriah (the Illuminati) are from England originally, but from the little clues I have that would be my first guess. If not England, then likely France. Mary Freeman of Marlborough, Wiltshire, England claimed back in 1988 that on 7/13/88, almost at midnight, that she, Mary Freeman, was leaving the ancIent Druid stone circle at Avebury when she saw a UFO over Silbury Hill. Most people are interested In her UFO report--I'm curious why this Freeman lady was out late at night at some ancient Druid site.

## ILLUMINATI & SATANISM

Due to time restraints, I haven't progressed as far in my research as I would like. However, I have been able to identify one Freeman in the Illuminati. He was Minnesota's Gov. Orville Freeman who appointed Walter Mondale to the position of Attorney General when Walter was just 32 years old. Walter Mondale later enjoyed the status of being the only U.S. Senator on the Trilateral Commission. Walter Mondale went on to serye the Illuminati as U.S. Vice-president and Orville Freeman was appointed as a cabinet member for Kennedy's and then Johnson's administration. Another Freeman is listed on secret membership lists as joining the Order of Skull & Bones in 1869. See his picture which is reproduced. Don Freeman wrote books on witches, including Space Witch, and Tilly Witch. Another Freeman was instrumental in the O.T.O. being set up. For those who know about the O.T.O. (I've mentioned it in the past) it is hermetic magic and Satanism. Right here in Oregon, we have been watching some Freemans, because it appears that there are some Satanic coven members here in Oregon who are Freemans.

## FREEMAN FAMILY WRITES BOOKS

It is interesting to look at some of the titles that various Freemans have authored. Here is a sampling-- see if some of these don't sound like the authors could be potential candidates for being in a coven.

Martin Freeman--Forecasting Astrology (plus several other astrology books)

Richard B. Freeman--The Overeducated American

6

Michael Freeman--Cohabitation Without Marriage

Lucy Freeman--Listening to the Inner Self

Kathleen Freeman--books on the Greeks' philosophy

A.V. Freeman--International Responsibility of States for Denial of Justice

Harold Freeman--Toward Socialism In America

Jo Freeman- books promoting „Women's Liberation" such as Politics of Women's Liberation and Women a Feminist Perspective

David F. Freeman wrote a Handbook on Private Foundations. That's interesting because if anyone is skilled in creating foundations, especially private ones Its the Illuminati.

The Freeman family includes many lawyers, doctors, and psychiatrists. Some of the Freeman scientists are studying areas that are interesting. A.J. Freeman wrote on his area of expertise Magnetoelectric Interaction Phenomena in Crystals. Sounds like a subject people interacting with the UFOs might study.

**TIES TO OTHER IMPORTANT FAMILIES**

Part of what I can do for the reader is to begin to give hIm or her a feel for how the Freeman family connects into the rest of things. This next section's information will include information that only tangently relates to the Freemans, but is important to place them in the context of what is happening back stage out of the sight of the world's eyes. The Freemans in the Satanic hierarchy in the U.S. work with the Illuminati families of the Collins and Wheeler families. Readers are already familiar with the Collins family, but not the Wheelers. Now let me explain who the Wheelers are, because I am trying to put some pieces of the puzzle in place for you. Gen. Earl Wheeler and his brother Leo Wheeler, a Grande Master of the Illuminati (see the top diagram pg. 14 1/1/93 newsletter), are secret Satanists and also 33° Freemasons. Leo Wheeler, by virtue of his Grande Master status in the satanic hierarchy has been able to visit the Dulce, N.M. underground facility. The route he used was to fly in, and then the last stretch is done in a black limousine. Various people in the Dulce area have occasionally spotted these VIP black limousines. The Wheeler family has a long history of involvement with Satanism, and its genealogical history goes back to the House of David. An amazing clue (or an amazing coincidence) appears when we look at the genealogy of the Mormon leaders. (The Be Wise As Serpents book makes the connections of the Mormon leadership but it doesn't appear that many have read or understood the significance. Maybe this here will help.) The top Mormon leadership (LDS & RLDS) all are related and descendants of the Merovingians, but for sake of discussion let us take Brigham Young. Brigham Young's first name was Brigham. It was given to him because of the importance of the Brigham family. His grandmother was Sibil Brigham. Sibyls were prophetesses of the ancient world, and the name is a semi-common occult name. Brigham Young and his family practiced magic. They were also intimately aware of their genealogy, which goes back to the Merovingian Dynasty! One wonders if it is coincidence that the Merovingians' primary symbol--the bee is also the symbol for the Mormon church and Utah. Look at a Deseret Industries (Mormon thrift stores) building in your area and you will see the bee on their side. But not only does Brigham Young have Merovingian blood from at least two lines of blood (and possibly as many as 6 lines of blood back), but he also is related to the Collins family of Massachusetts that we wrote about in the 2/1/93 newsletter. Further, Brigham Young is also a blood relative of the Wheelers. This is the clue which is amazing. A. chart of all this is given on the next page. If Young's Wheeler relatives are related to the Satanic Illuminati Wheelers, then we have an example of how 3 strains of top Satanic blood have interwoven and resulted in the birth of the Freemason, Witch, and President of the LDS Brigham Young. Perhaps the tie-in doesn't exist, but it certainly is worthy of our examination.

**DIGRESSING ABOUT THE MORMON CONNECTION**

There may be some disinformation put out on this by the other side after this comes out--so don't be taken in by their establishment. As I have mentioned before, a descendent of Joseph Smith, Jr. who was Satanic Ritually Abuse victim, has quietly told certain people that her family is indeed a Satanic bloodline. Further, I have mentioned other confidential pieces of information about how the leaders of the Salt Lake City Mormon church (LDS) are working with the various parts of the Illuminati's empire, incl. the Jehovah's Witnesses. Although the public split occurred between Mormonism and Masonry before the Mormons went to Utah, that was only for public consumption. The leadership have coordinated activities. The Mormon religion is really a high rite of Freemasonry, and this explains why when the Mormons went to Utah, the Mormons held Masonic schools. (Hosea Stout mentions these Mormon Masonic schools in On The Mormon Frontier; The Diary of Hosea Stout, ed. by Juanita Brooks, 2 vols., Salt Lake City: Univ. of Utah Press, 1964, 2: 415, 423.) After going to Utah, Brigham Young contacted the chiefs of Freemasonry in England and proposed that Mormonism be granted a public charter to become its own Masonic Rite. The hierarchy told him no. After that Brigham Young began to publicly distance Mormonism from Masonry, and the Masons strangely broke many of their own rules to distance themselves publicly from Mormonism.

LDS apostle Reed Smoot was given permission to run for office by the LDS church. Pres. Harding appointed him to the World War Foreign Debt Commission, and he also seryed the elite as the chairman of the Senate Finance Committee. The War Finance Corp. just happened due to Smoots arranging it to gave the LDS church a $10 million loan. Marriner S. Eccles, of an old elite family, and a Mormon (and an Illuminatus) became Sec. of the Treasury in 1934, and was chairman of the Federal Reserve Board from '34-51. Ezra Taft Bensen, later the LDS President, was appointed Sec. of Agriculture. David B. Haight, a prominent Mormon was made the head of all the Mayors in the San Francisco area--the full title is "governor of the San Francisco Bay Area Council of Mayors." Mormon Charles C. Cox was put in charge of the Securities and Exchange as commissioner, I could go on listing some other Mormons who have been placed in key establishment positions. Why? Why are the Illuminati and their establishment not afraid of these Mormons who have leadership positions in the LDS church? This is a whole area I would love to explain but as this article is digressing from the Freemans, I need to return to subject being considered. The Lords of Anjou (part of the P.d.S.) were Plantagents and so was one of Brigham Young's ancestors. if we go back through the Goddard and Gifford family ancestors. I am trying to get my readers to look behind the curtain of organizations that we publicly, and to see what is going on back stage. And then I am trying to show how the people back stage are related and know it.

## SUMMARY

We find the Freeman family popping up as t be Grand Master of the Prieure de Sion, as a co-rounder of the O.T.O., as a member of the Skull and Bones, as a powerful ADL member, as members of Satanic covens, and as authors. of occult books, as well as other suspicious things. It also should be mentioned that two of the Freemans have been very important advisors to the U.S. Presidents and many other high political leaders. The Freeman family has all the earmarks of being one of the top 13 Illuminati families as my confidential sources reveal.

## MORE ON THE FREEMANS

In 1991. Pulitzer prize winner James B. Stewart, the front page editor of the Wall Street Journal, came out with his book Den of Thieves. The book is the detailed story of how major insiders on Wall Street were systematic crooks. The four biggest names of the insider-trading ring were Michael Milken, Ivan Boesky, Martin Siegel, and Dennis Levine. Robert Freeman worked with the ring, and ended up pleading guilty after the evidence cornered him. I am always suspicious of exposes of the establIshment done by the establishment's system. Often, the big crooks get away and the middie management take the blame. Take for instance, Iran-Contra. But Stewart's book Den of Thieves may be helpful in our unstanding the Freeman family better. The Freeman family is one of the top 13 Illuminati families.

At this time, there is nothing to tie Robert Freeman to Satanism, and that is not the purpose here. In an investigation, all the possible clues are collected. I am bringing my readership into this investigation of the top 13 families, and here is a possible suspect to make note of. Robert Freeman worked for the Jewish investment firm of Goldman, Sachs. Goldman, Sach's headquarters. in on Broad St. In NY, NY. Just a short distance from Goldman, Sach's trading floor in their headquarters building on the glass-enclosed 29th floor was Robert Freeman's office. Robert Freeman was a graduate of Dartmouth. He liked to vacation in Colorado skiing with his family. He worked with Siegel and Boesky especially in his illegal insider deals. These insiders made millions off investors and would have made billions if they hadn't been arrested. Freeman and Siegel made some complicated deals such as the Unocal and the Storer affairs. Boesky went to Russia after prison and offered his financial talents but was politely rebuffed. One of the men involved with the ring was Milken. Milken's influence had been a major factor behind the stock market recovery after Black Monday, 1987. That was Monday, Oct. 19, and the stock market plunged over 500 pts. that day. Milken convinced investors to invest in the stock market, and the Federal Reserve flooded the market with cash too to prevent a disaster. MIlken was (& maybe still is) a close friend of Mason Jessie Jackson. Milken is heralded by many prominent Jews even after his arrest as a great Jew. That's not my opinion, a newspaper article will back that up. The Drexel firm associated with Milken was advised by the Federal Reserve, the SEC, the Treasury, and the Stock Exchange to declare bankruptcy with Chapter 11, which they did. Goldman and Sachs, both Jews, went to bat for Freeman, and hired private detectives to help his case. Kaye, Scholar in NY represented Freeman legally. Eventually Robert Freeman pleaded guilty and was given a four-month sentence which he served and was released on Aug. 30, 1990. The significant part is that Robert Freeman was someone who was one of the major players in the New York Stock Exchange. Robert Freeman is not to be confused with Ernest Robert Freeman who also is connected to the Sachs family, and was mentioned In the original article on the Freeman family (Mar. 15, 1993).

9

# Bloodlines of Illuminati

By:

Fritz Springmeier, 1995

## THE KENNEDY FAMILY

To be a researcher and to be informed that the Kennedy family is a top 13 lllluminati family is akin to being told a needle is in a haystack. Someone has estimated that there are 200,000 Kennedys in the United States.1 And on a list of the most populous surnames of Ireland in 1890 Kennedy ranked 17th.[2] And a recent book listed it as 16th most common today. Fortunately, there is information that allows me to identify at least part of the Satanic Kennedies from all the rest of the Kennedys. You will learn some of this later in the article.

### KENNEDY TIES TO OTHER ELITE FAMILIES

Again the ties between various Illuminati families is very involved, and a long unraveling process, similar to untieing a set of bad knots confronts the researcher. The Kennedy family abounds with marriages to names such as Anketells, Baileys, Booths, Buckleys, Collins, Hatfields, Humphreys, Freemans, James, Phelps, Reagans, Russells, and Smiths.[3] The Kennedys that we will look closest at are related to the Fitzpatricks, a powerful Irish family whose coat of arms has 3 fleur-de-lis with a dragon and a lion. (The Fitzpatricks may tie back to France, and they may possibly part of the Sang Royal (Sangraal--Sang Raal is the term used in the older manuscripts which can mean both Royal bloodline or Holy Grail.) Jackie Bouvier Kennedy Onassis who married John F. Kennedy was tied to the Auchinclosses via her sister's marriage into the Auchincloss family. The Auchinclosses are Scottish bloodline of the Illuminati. "One can fairly hear the woof and tweet of history whistle through the names of the ramified Auchincloss tribe: Bunt, Grosvenor, Rockefeller, Saltonstall, Tiffany, Vanderbilt and Winthrop among others."5 For instance, Hugh D. Auchincloss, Sr. married Emma Brewster Jennings, daughter of Oliver B. Jennings, who co-founded Standard Oil with John D. Rockefeller. As for the numerous Kennedy intermarriages with notable names, for instance, Bernet Shafer Kennedy (1798-1878) married Phebe Freeman in 1820.6 But then the question arises--were either of these people secretly part of the occult? Andrew Kennedy married Margaret (Penny) Hatfield (1824-1989). The Andrew Kennedy family is allied with the Hatfield, Bailey, Collins, and Mullins families.[8] Again a person is confronted with a great deal of clues, but precious little time and resources to try following up the numerous leads.

### ORIGINS OF THE FAMILY & THE RELATIONSHIP OF THE KENNEDY'S [9] (See footnote 9 for the reference to consult concerning this entire section.)

There are several versions of how the Kennedys got started, but when one goes in and examines things, what turns out is that the origins of the Kennedys is Ireland are very clear. They are descendants of Brian Born (also known as Brian Caeneddi) and his nephew who spelled it Cinneide. The name thereafter was O'Kennedy. They originally were a Dalcassion sept, and were in the area near Killahoe, and Killokennedy parish is a reminder of that ancient fact. The O'Briens and MacNamaras forced them into new territories where they became the Lords of Ormond--what is now north Tipperary. Most Kennedys in Ireland today are still found in that area. The Kennedys remained powerful into the 16th century.

The Kennedy family divided up into 3 branches:

1. Don (brown)

2. Fionn (fair)

3. Rua (red)

## THE SCOTTISH KENNEDYS

Around 1600 a Scottish branch of the Kennedys appeared. There are several stories as to how they got their name Kennedy, and it is possible that they were not from Ireland. However, interestingly, genealogists have ascertained that whether the various branches of the aristocratic Kennedys in Scotland and Ireland may have different origins (because the origins of the Scottish branch is unclear)--it can be shown that they all subsequently intermarried and became related if they were not related to begin with. Gayle Marie Kennedy points this out on page 3 of her book My Kennedy Ancestors..., 'It is believed that all the foregoing Kennedy families are related either by virtue of being descendants of common ancestors, or by intermarriage." I looked up in Burke's General Armory to get a listing of the aristocratic Kennedys and here is what I got:

Kennedys of Ardmillan, County Ayr, Scotland

Kennedys of Auchtyfardell, County Lanark, 1752

Kennedys of Blairquhan, County Ayr, Scotland

Kennedys of Clowburn. County Ayr, Scotland

Kennedys of Cultura, County Down, Northern Ireland

Kennedys of Dublin Fun Ent, 1595, Ulster, Ireland

Kennedys of Girvanmains, County Ayr, Scotland

Kennedys of Hill Foot, Ireland

Kennedys of Kirkmiehael, County Ayr, Scotland

Kennedys of Kirmucks, Aberdeen, Scotland

Kennedys of Londonberry, Northern Ireland

Kennedys of Tombrechan, County Tipperary, Ireland

Kennedys of Underwood, County Ayr, 1850, Scotland

Kennedys of Visit Dublin, 1607, Ireland

Johnstown-Kennedy of County Dublin, Ireland

Kennedys of Bargany and Ardstencher, County Ayr, Scotland

Kennedys of Kirkhill from the Bargany group, 1678, Scotland

It is clear that there have been quite a number of powerful aristocratic Kennedys. One of the more powerful recent Scottish aristocrat Kennedys was the Marquess of Ailsa (1872-1943). Because he is often called the Marquess of Ailsa you might not know him by his name Archibald Kennedy, who was the 15th Earl of Cassillis. This branch of the Kennedys married into Scottish royalty. For instance, Sir James Kennedy married Mary, a daughter of King Robert III, and their son was Sir Gilbert Kennedy was made Lord Kennedy before 1458. Archibald Kennedy was an extremely powerful Freemason and held numerous key positions in the Grand Lodge of Scotland. He was 1st Grand Principle from 1913

2

to his death in 1943. At his death his titles passed to his brother Charles. Archibald Kennedy was initiated in Holyrood House Lodge No. 44, Edinburgh, Nov. 17, 1896. (10,000 <u>Famous Freemasons</u>, Vol. l,--put out by the Missouri Lodge of Research, p. 8)

**HOW ARE THE VARIOUS PROMINENT KENNEDYS RELATED?**

So the question always arises as I examine the elite of the Illuminati and the New World Order--how is this Kennedy related to this other Kennedy. For instance, how is David M. Kennedy (who is a Bilderberger) and William Jesse Kennedy III (who is a key man for the Duke Illuminati family--he is pres. of Mutual life Insur. Co, a Duke financial asset, dir. of RCA, trustee of the Ford Theater where the elite killed lincoln, and associated with the Pilgrim Soc. through the Conference Board of NYC)?? Although I can't explain the exact ties, I can safely say that if one goes back several hundred years the Kennedy aristocrats all tie together.

**BEGINNING AT THE BEGINNING**

One of my first clues that the Kennedys had something to do with the Illuminati was the conspiracy book The Widow's Son-- The Historical Illuminatus Chronicles (Vol. 2) by Robert Anton Wilson. Robert Anton Wilson and Robert Shea, authors of "Illuminatus!" are not Christians. On the contrary, they are regular participants in the central Ohio Starwood Festival for witches and pagans. Robert Anton Wilson has publicly on a number of occasions explained that he is a gnostic and a great fan of Aleister Crowley. I picked up Wilson's book The Widow's Son in a Satanic/New Age bookstore. In both volume 2 (the teaser chapter at the end) and in volume 3 of The Historical Illuminatus Chronicles one is taught the significance of Brian Caeneddi, the first Kennedy, and how Brian Caeneddi's blood got into some very important royal bloodlines. It is interesting that an informed man like Wilson, who spends time doing rituals with Gnostics and Witches, would declare that the Kennedy family is an important bloodline in connection with the Illuminati. How many people knew that Tip O'Neil, speaker of the house of representatives, was a descendent of the Kennedy clan? Wilson writes for New Agers and witches, not for Christians. One gets the feel that his experience with the occult has somehow given him a very good idea of what is going on in terms of the Masons, the Illuminati, etc. He writes his books in such a way that they are historical novels with a great deal of facts, and yet one is always left wondering by the style of writing whether the author wants to be taken serious or not, is what he writes make-believe or history padded with some fiction? I personally believe it is just the way the occult works, they expose the facts for their own people, but in a way that will not be taken seriously by others. Wilson acts like a buffoon one minute and a serious conspiracy researcher the next, and he will act both ways all in one article or even on a single page of his books. When a person checks up on Wilson's facts, they usually hold true. On my part the information about Brian Caennedi was astounding. I had to go as soon as possible to verify it from other sources, and it turns out Wilson was accurate about their genealogy,10 and their importance in the Illuminati activities historically, etc.

**THE ILLUMINATI & MATTHEW KENNEDY**

One of the chief lodges for the branch Illuminati prior to 1784 was located in a hugh chateau at Ermenonville near Paris, France. The land belonged to the Marquis of Gerardin, who protected Rosseau and later gave Rosseau a tomb on his estate. St. Germain precided over this Illuminated lodge. This Illuminated lodge carried out blood rituals with a altar made from human bones. Interestingly, one of St. Germain's good friends who came over from Ireland to Paris was Matthew Kennedy (1652-1735). Matthew Kennedy was connected with St. Germain's court, and wrote <u>A Chronological. Genealogical and Historical Dissertation of the Royal Family of the Stuarts</u>. In 1613, the Stuart family had married into the Sang raal, and began to play a role in the genealogies of the Prieure de Sion. Frederick of the Palatinate after he married Elizabeth Stuart established an occult 'Rosicrucian' state. It was Frederick who helped start the bloody 30 yrs. war between the Protestants and Catholics. The Stuarts spread the Scottish Rite of Freemasonry throughout Europe. For a while the Prieure de Sion seems to have backed the Stuarts, but at some point quit. St. Germain is revered as a Christ figure by the I AM movement and the Church Universal Triumphant, and other new age groups. A picture that looks similar to Christ, but which is actually a picture of St. Germain hangs in many of

3

the houses of people involved with the I AM movement or its spin-offs. It is significant that an Irish Kennedy who was interested and liked the Stuart dynasty would be part of St. Germain's court and a popular writer for them.

## JOHN FITZGERALD KENNEDY

If John F. Kennedy had not been assassinated and so much about his life examined and written about, a window allowing us to see the Kennedy Illuminati family may never have opened so wide. First, the assassination attracted attention. In recent years, the Illuminati have given permission to publishing houses to print exposes of J.F.K.'s sexual life, etc.11 It is believed that this permission was given in an effort to deflect criticism of his assassination by allowing his reputation to be tarnished.12 (I hope my readers are beginning to realize that things are totally corrupt at the top, and that JFK was no different than so many others that have been and are today at the top of the political mess in this nation.) John F. Kennedy had a very active sex life, even after he married Jackie, and even after he was President in the White House. For those who don't think secrets can be kept by the elite, one only has to look at how John F. Kennedy was able to have sex with many women while President and to have frequent nude swim parties at the White House pool and the general public not know anything about it.13 John F. Kennedy's lust for women was well known by the elite. Illuminatus McGeorge Bundy warned his friend JFK (while JFK was a Senator) that John's openness with women might get him into trouble with the public. John F. Kennedy was so open about his sexual habit, that at one party at the Mayflower Hotel in Washington, D.C. John F. Kennedy openly had sex with one pardner in front of the party, while his friend Senator Estes Kefauver did the same. Then they swapped pardners and began again in plain view. John F. Kennedy had many "one-night-stands" as the world calls them. These were merely women hustled up by his aides or the secret service or his friends like Frank Sinatra. But Kennedy also had long term relationships with some of the women he was sexually active with. It is those relationships which reveal so much about the hidden Satanic side of the KennedYs. John F. Kennedy had three long term girlfriends, Marilyn Monroe, Jane Mansfield, and Zsa Zsa Gabor which were ALSO girlfriends of Anton LaVey, who has headed the Church of Satan. Jayne Mansfield was a high priestess of the Church of Satan. Marilyn Monroe was a participant in LaVey's satanic rituals before LaVey founded his Church of Satan. Both JFK and his brother Robert Kennedy had affairs going with Marilyn Monroe, and both visited her just prior to her mysterious death. Zsa Zsa has been interested for years in the occult. (JFK also had relationships with other women connected with the Illuminati also.) Before we examine the significance of these three relationships of JFK's, and before we get into his liaisons with other women who were Illuminati connected, let's cover the relationship between Anton LaVey and the Illuminati. California was very fertile soil for Satanism due to a host of factors. Two lesser known factors are that there were Haitian communities which practiced voodoo in California at the early part of this century. Also California became a haven for witches and Satanists fleeing from France, So. America, Cuba, and other places where their Satanic practices were not tolerated. California had a reputation for acceptance of their evil rituals. When one adds to this such things as Hollywood it is easy to see how San Bernandino valley has become such a strong Satanic center. Anton LaVey's maternal grandmother was from Transylvannia. It was from that side of the family the Anton got some encouragement toward the occult. Anton La Vey loved horror movies. He studied Aleister Crowley, and the O.T.O. which had lodges in California which is where he lived, and in 1947 he joined the Clyde Beatty Circus. The Beatty family connects in with the Illuminati families also by the way. LaVey worked for several circuses and learned how to be a showman. He worked the occult sideshows of the circus, and found that people wanted to believe occult frauds. Anton LaVey found Marilyn Monroe, a jewish girl, working as a striptease in the strip clubs. LaVey helped her performance, and through his connections got her started on her big career. LaVey used his talent of showmanship to create a type of Satanism that could be marketed to the public. LaVey always manages to walk a tight-rope between openly supporting hard-core Satanic practices such as human sacrifice and being just simply theatrics. In other words, he blatantly supports enough evil to attract evil people, but he publicly never allows himself to be connected in any way with child molestation, human sacrifice, etc. Anton LaVey was into Satanism before the 1960's, but it was not until 1966 that he founded the Church of Satan. Some hard core Satanists feel he is "all show," other hard core Satanists form covens and try to serve Anton LaVey, because they view him as a role model.

4

The Illuminati set up their headquarters in Southern California this century. San Bernadino county is their headquarters. Of course as I have written before that the Illuminati is too secret to carry out any thing themselves. They need co-workers. The Illuminati is strictly hereditary. The Illuminati secretly control the Satanic cults at what is sometimes described as Stage 4 and Stage 5 of Satanism. The lower levels are for recruits, the grunts, the privates so to speak in Satan's army. In the San Bernadino area, one type of high priest of Stage 2 or 3 is the Master Counselor. Other positions include the Keeper of the Books, and the Keeper of the Seal. In the late '60s, Mike Warnke, who was a high priest, a Master Counselor, raised the number of Satanists in the first 3 stages to 1,500 members in the San Bernadino area (San Bernandino-Riverside-Colton). Bear in mind that these 1,500 active Satanists are not Illuminati members--they are much lower than the lower Illuminati ranks such as the Sisters of Light. The Sisters of Light and Five-Star generals and an Asmodeus who are the middle management types of the World Order who direct the upper levels of priests of the covens of Satanism that are open to the public. Anton LaVey participates in conferences for the occult where Satanism (the first 3 stages) and secret Illuminati overseers are present. In other words, LaVey is not out of touch with hard core Satanism, he just manages to keep his public profile clean. It is meant that way. Anton LaVey is a publicity agent to give Satanism a good image.

**MARILYN MONROE**

Anton LaVey knew how to be a showman. He took Marilyn Monroe, helped her with her acting and with his connections helped her get a chance to act. John F. Kennedy had a long term relationship with Marilyn Monroe. When J.F.K. was elected at the convention to be the Presidential candidate the Kennedys threw a party at the convention. The party was described this way, "every delegate (at the conventioni was provided by the Kennedy group with anything they wanted for their entertainment including liquor and women sent to their room." JFK spent the time at the convention and the next day afterwards "making love' to Marilyn Monroe. After his acceptance speech the whole group went over to his close friend Peter Lawfords for a skinnydipping party. Peter Lawford, Frank Sinatra and Sammmy Davis, Jr. were close friends to each other and to John F. Kennedy. Sammy Davis, Jr. became a member of the Church of Satan after LaVey started it. From the middle of 1955 to the end of 1959 JFK had a suite on the 8th floor of Washington's Mayflower Hotel set aside for his extramarital affairs. (FBI File)

**JAYNE MANSFIELD**

During the 1960's Jayne Mansfield and John F. Kennedy had their relationship. They met at places like Beverly Hills, Malibu, Palm Springs. JFK had several men who "bearded" for him. That is they would act like the women JFK was to get, were their own date. One of these was Dave Powers, who even went so far as to write in a book Johnny, We Hardly Knew Ye that whenever Jackie left Washington. JFK (Jack) and him would eat together and then the President would say his prayers and go to bed alone. One of the things Dave Powers did was to help procure a steady stream of new women for Jack.

Some of the other on-going sexual relationship that JFK maintained were:

- Lady Jean Campbell-daughter of the Duke of Argyll

??Flo Pritchett Smith-wife of the American Ambassador to Cuba

- Kay-Kay Hannon Auchincloss - (In this case although they had a long term close relationship no-ones knows what they did together.)

- Judith Campbell Exner- Judith was Sinatra's girlfriend who he passed on as a favor. Judith worked for the Mafia, in particular she worked for Sam Giancana and John Roselli, who for some reason also both worked for the CIA.

Exner ran letters between the Mafia and John F. Kennedy while he was President. (according to People Magazine, "The Dark Side of Camelot", Feb. 29, 1988.)

5

It is also known that JFK was in direct contact with Meyer Lansky and Joe Fishetti, two other Mafia chiefs, and that he benefit from money they passed on to him. This is no surprise because Jack's father had worked with the Mafia Jack's entire life. There are a number of respectable books by ex-Satanists or ex-Organized Crime members where they are clear about how those groups love to blackmail people. John F. Kennedy certainly could have been easily blackmailed by these groups if they had wanted to. I haven't seen any indication that blackmail was even tried, so the only other conclusion, which fits a lot of evidence, is that John F. Kennedy worked with the Satanists and the Mafia. In fact, the Mafia rigged several important counties in the election, like in Chicago, which tipped the scales in John winning the Presidency. That's an entirely different thing that this article won't get sidetracked on.

## A POEM BY JACKIE

Something that Jackie wrote on their honeymoon about Jack seems to me significant. When Jack and Jackie we newlyweds after their wedding Sept. 1953, the President of Mexico Don Miguel Alemán, let Jackie and Jack use his villa. During their use of the Mexican President's villa, Jackie wrote a poem about John her new husband.

"He would find love

He would never find peace

For he must go seeking

The Golden Fleece."

(A Woman Named Jackie, p. 134.)

One of the writing projects that I have wanted to see done, and I have delegated it to a good friend, is to give my readers an article on MJ-12, a.k.a. the Wise Men, or the Study Group. This group of men actually run the United States. I know a good deal about the Study Group, in fact if my sources are correct it isn't a formal group anymore. There are not formal meetings, but rather meetings happen at random with people "accidently bumping into each other." MJ-12 draws members from the Jason Society and the Jason Group. Both the Jason Society and the Jason Group are named after Jason and the Golden fleece. There are reasons to believe that Jackie knew some of the way the power structure operated. Jackie was good friends with many of the top Illuminati men in this nation. In fact, she ended up marrying Onassis, who was a King in Moriah (the Illuminati). Could Jackie have meant in this poem that Jack was wanting to climb the ladder clear up to The Golden Fleece, i.e. the Jason Society and MJ-12?

## JOSEPH KENNEDY

Joseph Kennedy was John F. Kennedy's father. Through various means I independently learned that Joseph Kennedy was part of the Illuminati. He was a member of the Pilgrim Society (a 60 of the branch Illuminati). He also worked closely with the Mafia, and other Kingpins in the Illuminati. Perhaps in another article we can cover more about Joseph Kennedy. This article is about long enough. I thought I might wrap it up with a story about Joseph Kennedy. The story demonstrates that much of what politicians tell the public is simply for their own benefit, and often only lies. Jack Kennedy got the reputation after Britain and the Germany began fighting in W.W. II, as being against the United States entering the war. Jack Kennedy held the prestigious job of being the U.S. ambassador to Great Britain at the time. The fact that Jack Kennedy was given such an extremely vital position shows that the Kennedy family is important within the Illuminati. At that point in time, like no other time, it was important who the U.S. had as ambassador. After the war began, and both countries had martial law, and extensive military communications, the ambassador was really not quite so critical in his role. One of the men who worked at the embassy for the Americans was an American Tyler Gatewood Kent, a

6

career officer in the U.S. Consular service. Tyler Kent believed in a world conspiracy before he began working in the code room. While he worked there he was astonished that Roosevelt was secretly involving the United States in W.W. II and lying to the American public. Further, Roosevelt was pulling strings to get us involved while lying to the public. Kent secretly took 1,500 pgs. of secret documents, which he was going to show to the public to expose the conspiracy. Kent never made it. He was arrested. In order for the British to hold him, Jack Kennedy had to revoke his diplomatic immunity on May 20, 1940. Ambassador Joe Kennedy did that so he could receive a harsh sentence, because if he had been brought back to America, the public might have gotten outraged at what the politicians had done. According to Standard Operating Procedure and protocol, Kent should have stood trial in the U.S. The papers he had taken were American embassy papers not British. Although the court records show that no evidence was introduced that Kent was a spy, Joseph Kennedy later would concoct a long story for the public that Kent was a Nazi spy. Kennedy went on speaking engagements around the U.S. after he was relieved of his Ambassador post, and Kennedy made it sound like he was whole heartedly against the war. If Kennedy had really been against the war, if he had simply denied the British the chance to keep Kent, Kent could have spilled the beans about what Roosevelt was doing and the outraged would have destroyed Roosevelt's chances to fool the American people. Instead, Roosevelt was able to proceed and develop the elements for the Pearl Harbor attack. While Kennedy pretended to be against the war, he was serving as an intimate accomplice in maneuvers designed to fool the American people. This is a good example of how even today the public is looking to certain public officials to save them. They think that these politicians will try everything possible to help them fight the system, so when they fail to beat the system, the people think they have been beaten fairly. TO BE CONTINUED ---

NOTES

1. This estimate was made by a Kennedy descendant, Gayle Marie Kennedy, who did genealogical research.

See My Kennedy Ancestors of Fairfield Co. S.C. self-published Spartanburg, S.C. Aug. 12, 1969.

2. Irish Genealogical Foundation. The Great Families of Ireland. Kansas City, Mo.: Irish Genealogical Foundation, 1981, p. 373

3. This list of families is compiled from genealogical research, and is derived from about 20 sources decided not to list all those here but to give a small sampling:

Altpeter, Ullian Horton. Ancestors and Descendants of Stephen & Jane Horton.

Irwin, Francis Houston. The Genealogy of Helen Frances Landowne Campbell.

Kennedy, Russell. Genealogical descendants of David and Jane Geacen Kennedy

Pettibone, I. Fayette. Genealogy of the Pettibone Family.

4. The determination that the family is an Illuminati family is from the Author's research.

5. Heymann, C. David. A Woman Named Jackie. NY: Carol Communications, 1989, p.52.

6. I've lost the reference, but another book which makes a marriage connection between the Freeman family

and the Kennedys is Freeman, D. Early History of the Freeman Family.

7. Kennedy, Genevieve C Some Descendants of Andrew Kennedy & Margaret (Penny) Hatfield.

8 ibid

9. For this section's information see the following three items listed as ab, & c:a. Grehan, Ida. Irish Family

Names. London, 1973.b. Kennedy, Major F.M.E. A Family of Kennedy of Clogher and Londonderry c. 1600-1938 Taunton, U.K., 1938. c. Callanan, M. Records of Four Tipperary Septs Galway, 1938.

10. For confirmation of the Kennedy family origins in Brian Caeneddi there are numerous sources for instance the Irish Genealogical Foundation's good book The Great Families of Ireland. Also quite a number of Irish history books discuss Brian Caeneddi (aka Brian Boru) and some of the Kennedy Genealogy books also discuss the origins.

11.. statement made verbally to author

12. ibid.

13. Heymann, op. cit., pp 278-292. John F. Kennedy had nude swimming parties almost daily at the White House. Chapter 18 tells the long story of J.F.K.s almost daily extra-marital sex in the White House and his frequent nude swim parties. Some of the original sources come from confidential secret service reports provided under the Freedom of Information Act.


**REVISITING THE TOP 13 ILLUMINATI KENNEDY FAMILY**

The intention originally was to have the artide on the top Illuminati Kennedy family in two parts. Perhaps sometime a second part can come out. So far I have only exposed a small part of the Illuminati Kennedy.. As might be expected of any "good" Illuminati family, the Kennedy. are connected to drugs, to the Monarch program, to "death" euthanasia programs, to the British monarchy, and to the various organized crimes group., mafias etc. For this issue, I merely want to cover a few aspects of the Kennedy family which I didn't take the time to cover in the May 15, '93 issue. One aspect is the connection of the Illuminati Kennedys to the drug trade, and another is their connection to "death" care and the Knights of Malta. (Readers are invited to read more about the Knights of Malta in one of the last articles in this newsletter.)

After W.W. I, Joseph Kennedy worked for Galen Stone, who was a partner in the prominent firm of Hayden Stone & Co. Hayden, Stone & Co. had ties to the Rothschilds. In order to gain respectability Joe married into the Fitzgerald family. (This is a common Illuminati tactic. It seems many of the Illuminati men, look for a wife who will gain them respectability. Often wives like this are not even brought into the Illuminati activities, so that they can be the best cover possible.) Kennedy's mob connection has been written about, but perhaps two are worth pointing out again. Joseph Linsey who was a kingpin of organized crime in New England and a pardter in crime with Meyer Lan sky was a crime business pardner with Joseph Kennedy. Joseph Linsey in fact was listed as the top contributor to Ted Kennedy's Senate race one year. André Meyer, head of the Meyer family, was manager of the Kennedy estates. One other business pardner of Kennedy was the Bronfmans, who are powerful Illuminati figures in Canada. Kennedy was in business with Newark's Reinfield Syndicate of which the Bronfman's owned 50%. Winston Churchill, whose connections to the elite, are brought out in other newsletters, personally gave the grant to Joe Kennedy which gave him the Brit. alcoholic distiller's franchise for the American market. After Joe Kennedy became the Amer. Ambassador to Britain, we can catch a glimpse of how powerful the Illuminati are. The British Royal Family at the request of Joseph Kennedy put on their full royal regalia for the Kennedy family. When Kennedy arrived in Britain as American ambassador, he contacted the Astors and the Sassoons. Sir John Wheeler-Bennett founder and head of RIIA's research division is credited by those in the know as having written Kennedy's master thesis, which was later made into a book Why Engand Slept. Perhaps one of the items that best shows the hidden power behind Kennedy is his daughters marriage to William Cavendish and Joseph Kennedy's comments about it. Kathleen married the Duke of Devonshire. The Duke of Devonshire was very prestigious position within the British nobility. Dukes are second only to the monarchy. Joseph Kennedy was often heard saying. "If Kathleen and her

husband were living, I'd be the father of the Duchess of Devonshire (first Lady-in-Waiting to the Queen) and the father-in-law of the head of all the Masons in the world." (Koskoff, David E. Joseph P. Kennedy: A Life and Times. Englewood Cliffs, NJ: Prentice-Hall, Inc., p. 378.) Joseph Kennedy was in the British branch of the Knights of Malta which is called the Order of St. John. Interestingly, Jackie Bouvier Kennedy Onassis' sister Lee married Prince Stanislaus Radziwill. The Radziwill family established the Order of St. John of Jerusalem (that's the Knights of Malta) in Poland in 1610. They also helped establish the Order in the U.S. (See the article on the Knights of Malta this issue.) Another tie in between the Kennedies and the Knights of Malta concerns the Hospice movement. The Kennedy Institute for the Study of Human Reproduction and Bioethics (located at the Jesuit's Georgetown Univ.) is helping fund the Knights of Malta's hospice movement in America. In Oct. 1978, the first annual meeting of the National Hospice Organization took place. Sen. Edward Kennedy was one of the two keynote speakers. What is the hospice movement which is being conducted by the Hospitallers (one of the names the Knights of Malta go by)? It is a movement to allow old people "The Right to Die.' The Knights of Malta have an ancient history of running drugs and in administering mind altering drugs in their hospitals instead of giving medicine. This ancient activity was carried forth into modern times when their St. Christopher's hospital in London began giving patients Brompton Mixture until they died. Brompton Mixture consists of heroin, cocaine, alcohol, tranquilizers, and chloroform water. This mixture is given in the Knights of Malta hospitals to patients every three hours until they die. Euthanasia, or "mercy killing" may seem like a merciful idea, until a person finds out how the people at the top of the Euthanasia movement view things. They view things similar to the satanist Adolf Hitier. This view is that it is merciful to get rid of unwanted people. Although the "death" hospice movement seems benevolent at first, it is the conclusion of where the program will end up that is the kicker. Hospice, Inc. which is linked to the elite is also provided funding by the Kaiser Foundation. Besides ties to running drugs, the Kennedy Clan has had their problems with drugs. Ted Kennedy's daughter Kara was on drugs and ended up in a halfway house. Bobby Kennedy's kids were busted for drugs. Joan Kennedy was having problems with alcoholism. David Kennedy and Robert F. Kennedy, Jr. both have been addicted to hard drugs in spite of repeated treatments in detoxification centers. David later "O-D"ed (overdosed) on cocaine and died in 1984. Pat's Kennedy Lawford's husband was dependent on drugs and alcohol. It is not well known that the Illuminati have long used drugs. Elite people such as the Rothschilds, Winston Churchill in London and the Royal Family were using all cocaine, heroin and opium (not to mention occult ceremonies too). Queen Victoria, thought by many to be such a straight laced lady and her guests regularly used large quantities of cocaine and heroin. The royal summer residence was Balmoral and this was the site of frequent drug use, and one has to wonder what else.

**SHORT SUMMARY**

This revisit to the Kennedy's shows some of their ties to other elements of the Illuminati's vast scheme of things. Until people begin to recognize that the Kennedy's wielded an occult power via their bloodline, they will not begin to appreciate why the Queen of England and her family would honor a request from an Irish commoner to have her family dress up in full regalia for the pleasure of this commoner's family.

The friendship Winston Churchill had with Billy Graham,  with Joe Kennedy, and his very close relationship with Onassis have recently been discussed. Churchill was an active Freemason. He also was a Druid, This is the picture of Churchill joininq the Albion Lodge of the Anc, Order of Druids at Blenheim, 15 Aug. 1908.

**FOLLOWUP ON THE KENNEDY FAMILY**

There has been new attention focussed on the Kennedys. JFK's widow died and then his mother Rose has also died recently. Last year, I read a book which was very well researched. It is entitled A Question of Character A Life of John F. Kennedy by Thomas C. Reeves. The book does away with all the propagands, media hype and lies, and tells the truth about the Kennedys. The book is well documented. The author spent a great deal of energy trying to find out the truth about JFK. What emerges is not public image that is so well known. JFK had only about a 119 I.Q., did very poorly in

9

school, and could barely spell. JFK's father had the wealth and connections to buy his son anything. Although Kennedy had a back problem which made him almost crippled, his father got him into the Navy during W.W. II. When he was let in, the examining doctors looked the other way at his back problem (which plagued him his entire life). Kennedy got a commission as a Naval officer without having to go through the normal channels of training and being commissioned. As a naval officer he did a poor job, and the great PT-109 story was far different than what the public has been lead to believe. The fact that Kennedy let his boat be run over by a Jap destroyer was because he and his crew weren't paying attention (sleeping, hungover etc.) Kennedy realized he might be court martialed for his negligence, but his father had the money to turn disaster into a story that made Kennedy into a hero.

Some of the things you will learn from the book follow. In the chapter The Founding Family we learn about PJ. Kennedy who was JFK's grandfather. He dropped out of grammar school, but by the age of 25 he somehow had ownership of a saloon and a liquor business. Later, he sold his liquor interests and went into banking. He also went into politics and via corruption was a successful politician. He won elections by hiring men to vote repeatedly for him. Joe Kennedy remembered 2 Ward heelers proudly telling Joe Kennedy's father who was on the election commission, "Pat, we voted 128 times today." Joe, PJ's son, married Rose Fitzgerald. The Fitzgeralds were a mighty Italian clan that had helped William the Conqueror become ruler of England. Honey Fitz was her father and he had a reputation for graft and vote fraud, as well as a not so secret notorious affair with a girl named "Toodles." Rose got her education in the Catholic Sacred Heart Convent which she completed a month before her 20th birthday. Her father was removed from the House of Representatives after voting fraud was uncovered. Joe was acquainted with Roosevelt when FDR was only an Ass. Secretary of the Navy. Joe became an insider with the stock market, and knew how to manipulate stock prices to fleece the small fish that tried to play the stock market. Various gangster reported that during prohibition they had smuggled illegal liquor into the U.S. with Joe Kennedy. Joe worked with David Sarnoff and his Radio Corp. of America. Joe had an extremely varied sexual life; he had affairs with countless women, and his son JFK followed in his footsteps. Joe bought a 15 room, nine bath home in Hyannis Port, Mass. on Nantucket Sound. This became a favorite summer home of the Kennedy clan. He also bought a six-bedroom Spanish style house on the fashionable North Ocean Boulevard in Palm Beach, FL which became the clan's winter home. Rose is described as 'self-centered, stingy, prudish. and often spiteful.' Her servants called her "madame". Rather than being the model mother that is pictured to the American public by the Kennedys, she was often gone. JFK told his mother off at age 5, "Gee, you're a great mother to go away and leave your children alone." As an adult, JFK confided to a friend. "My mother was either at some Paris fashion house or else on her knees in some church. She was never there when we really needed her....My mother never really held me and hugged me. Never! Never!' Further, his father's lack of respect for his mother led JFK to say, "My mother is a nothing." (p.40) Imagine growing up without a mother to hug and kiss you! JFK's father 'tolerated littie nonsense and no disobedience." (p.33) The life JFK lived at home was not a life of compassion, but one of rigid obedience. The children were stripped of many things ordinary children would have. They didn't even have their own rooms. (p. 41) Most children have a room of their own sometime in which to place their belongings and nick-nacks. The few times JFK as a boy invited friends over, they were frightened to death at how his father would fly into a rage and give the Kennedy boys a tongue-lashing. The children were not allowed to express pain. For instance, when one of the Kennedy's were hurt and came to his mother for sympathy she ordered, 'On your feet, now you know how to behave. Go out there and behave as you know you should.' It is highly likely this strictness was related to some type of mind-control which even then was practiced by Satanic families. Joe had his daughter given a prefrontal lobotomy and then banished to a nursing convent. From then on his daughter Rosemary did not exist. One wonders what the full story was about Rosemary. Was she sexually abused as is done to so many of the elite's daughters of Satanic families? Felix Frankfurter who played such a prominent role with Charles T. Russell was a good friend of Joe's.

JFK managed to hide from the public during his life the fact that he wore glasses, and also to some degree his intense back pain which hurt him intensely. On page 40 we learn that JFK was unable to ever have a self-revealing conversation. JFK had a total lack of ability to relate, everything was very

surface in his relations with people. He was very skilled at picking up women, and getting them to bed. And he had many good friends. However, he didn't have the ability to love or relate to others. This is another clue that he may have had some type of SRA abuse. On page 40, Reeves writes, 'At the root of it were months of loneliness and their parents often selfish, insensitive behavior." But I wonder if it didn't go deeper. From what I know from informers it goes deeper and involves SRA. JFK wasn't even told of his brother Teddy's birth, until he came home from boarding school and discovered he had another brother. JFK was very unsuccessful at most everything he did. His father had so much influence and power that he could get his son out of almost any difficulty. A friend of JFK's recalled, "With Jack, nobody really admired what he did or respected what he did but they liked his personality. When he flashed his smile, he could charm a bird off a tree." At the age of 17, Jack went to Harlem to a brothel. Later, he nicknamed his sexual organ JJ." Meanwhile his father was the chairman of the Securities and Exchange Commission (SEC) and an informal adviser to Pres. Franklin D. Roosevelt. I might add here, that if you look closely you will find the Illuminati Kings are the advisers to the Presidents. I have mentioned some of these already, like in the article on the Bundy Illuminati family. Another example may be found in the book The Old Boys- The American Elite & The Origins of the CIA by Burton Hersh. On page 41 of The Old Boys we learn that President Eisenhower's Special Assistant for Cold War Strategy was Nelson Rockefeller. The most dangerous situation this country has ever been in was the threat of the Russian military, and who was the primary advisor to our President Eisenhower during his term as a U.S. President during the Cold War? Iliuminati King Nelson Rockefeller. JFK went for one year to the London School of Economics according to the story given the public. Actually he went there for one month, didn't do any academic work and came back home. But it is significant that his father tried to send him to a school in which so many of the elite have gone to. JFK had help in writing and putting out a book entitled Why England Slept Henry Luce, who headed Time-Life and who was a good friend of Joe Kennedy gave the book good publicity in Time magazine, and his father bought between 30,000 to 40,000 of the books and stored them in the attic and basement of his Hyannis Port home in order to make Jack's (JFK) book a best seller. When JFK went to California in 1940, one of the places he stayed at was with William Randolph Hearst, who is another Illuminati figure, at his coastal castle. Hearst would give help to Kennedy later on too. When Kennedy ran in politics, Heart's Boston American wouldn't even accept Kennedy's opponent's paid political advertisements. Joe Kennedy worked for the FBI after W.W.II. (p. 59) JFK's favorite sister Kathleen, married William Harrington, who father was the tenth duke of Devonshire, a pillar of the Church of England (called the Episcopalian church in the US.) and a high ranking Freemason. After marrying him, she had an affair with aristocrat Peter Milton, Lord Fitzwilllam. After Joe, Jr. died, JFK's father started grooming JFK to become President. After Jack was elected to the House of Representatives, his three best congressional friends were Richard Russell, Spessard Holland, and Robert A. Taft. Notice that two of these are from well-known illuminati families, the Tafts and the Russells. By the way, the occult Tafts and occult Russell families have intermarried. Because there is so much disinformation out about the people who run this country, it must sometimes seem rather bizarre that people like me come along and say there is a satanic conspiracy of great magnitude. If Americans were as a whole critical thinkers and would challenge the propaganda that the controlled media gives them, then the false fronts and false public images of their leaders might not get written up so easily as history. There are not many critical thinkers in this nation. There are a great many intelligent people, but not a great many critical thinkers. A conspiracy of great magnitude has had this nation in its grips since the nation was founded, and the controlled press has managed to prevent the general population from finding this conspiracy out. The Kennedy Family has played a role in that conspiracy. JFK gave his life to that conspiracy. The assassination of JFK is one of the best ways to introduce Americans to the conspiracy. Ralph Epperson who gives taiks/slideshows about the NWO to groups likes to use the Kennedy Assassination as a method to get people to realize that there is a NWO conspiracy. Interestingly, Ralph Epperson, had as a companion for a while without knowing it, an active Monarch slave who helped him give presentations. It is difficult for those exposing the NWO to get away from being infiltrated.[1] The Monarch mind-controlled slaves are very difficult to detect, especially since most people don't even know that they exist.

[1] *The co-editor of this on-line book talked to Epperson and he denies this and says the woman was an SRA victim and thought herself to be some government project, but not a Monarch victim. [editor's note]*

# Bloodlines of Illuminati

By:

Fritz Springmeier, 1995

## The Li Family

**I**n writing about the Li family and Chinese secret societies, I am like the man who wakes up in the middle of the night while everyone else sleeps and then gropes around in the darkness trying to feel his way. I can share with you what I've learned, but undoubtedly there is a great deal more that can be learned.

When the year started I knew only a little about the Li family, and that only from what I had heard. I didn't even know how to spell their name right. I was spelling it Lee (Actually the Li family name is spelled Lee in some areas such as Hokkien, Teochew, Singapore and by some chinese Americans.) Because I knew so little  about the family, it was one of my primary areas of focus when doing

### UNDERSTANDING HOW CHINESE NAMES ARE JOINED

A Chinese is name is made up of a family name (surname), which is written first, and then comes the personal name. In the chinese way of things my name would be Springmeier Fritz. Family names are usually of one character each, although there are exceptions like Ouyong and Situ. There are over 6,000 Chinese surnames for about I billion Chinese. The more frequent chinese surnames in English speaking countries such as the U.S., U.K., & Aust. are Chan, Lin, Li, Wong, Huang, Mei, Yang, Chin, and Fong. In mainland China the 5 top families are Chen, Li, Zhang, He, and Huang.

### FAMILY NAMES ARE MORE MEANINGFUL FOR CHINESE (IN CHINA) THAN FOR AMERICANS

The chinese surname Li is a very popular name in China, perhaps not as widespread as Smith in this country, but certainly used as much as the name Brown is in America. Chinese who have the same surname have much more loyalty to someone else who has the same surname. For instance, two chinese with the Li name would consider themselves relatives even if they were total strangers. Even if two people knew no blood ties, if they had the same surname it has generally been considered incestuous to marry each other in China. In the U.S. if two Browns without any apparent blood ties met each other, they would not feel as if they were close relatives which two Chinese with the same surname would.

The Li surname has a long history which goes back to a specific person named Emperor Zhuanzu who was the first Li and lived before 2000 B.C. This is according to the Xing Zuan, the chinese dictionary of surnames.

The Li family has a long history in China with many stories. During the Tang Dynasty about 15 different surnames were given the honor of having the Li surname. Li Yuan was the founder of the Tang Dynasty which lasted from 618 to 906 A.D. His son who ruled after him was Li Shimin. In their dynasty, printing and paper money were introduced to China. (It's interesting that the Li's are connected the introduction of paper money.)

1

**ARE THE DIFFERENT IMPORTANT LI'S RELATED?**

In recent history three Li's stand out as giants.

· The billionaire and de facto ruler of Hong Kong Li Ka-shing.

· Li Peng the ruler of Red China.

· **Lee** Kuan Yew President (& dictator) of Singapore


I don't know which of the Li's are closely related and which are not. I do know that Li's control Red China, Hong Kong, and Singapore and have important positions in Taiwan. If the various Li's which control these various nations are related, then we are certainly looking at one of the most powerful families in the world. In terms of power, they would be just as powerful as the Rockefellers. They also **connect** to secret occult societies, but the secret societies which the Li's are major players in are the Chinese secret societies. Those will be covered elsewhere in this newsletter.

**WHICH ONES ARE PART OF THE ILLUMINATI?**

I have learned from a source that Li Ka-shing and the powerful Hong Kong Li's are definitely part of the Satanic llluminati Li's. in terms of whether the Li's who run Red China are part of the Illuminati, I know nothing that directly connects them. However, there are clues that make one wonder. For instance, why do the Rockefellers and Rothschilds have such a cosy relationship with these Red Chinese Li's. Why does the Premier (or Prime Minister) of the People's Republic of China Li Peng visit with the Rockefellers and other capitalists when he comes to New York City, if he is such a hard-line communist? Haven't the Communists named the CapitalIsts their major enemy? And then when we watch men who are In the Illuminati such as Skull & Bones George Bush treat the Chinese Li's with such closeness, even when it was Li Peng that crushed innocent people at Tiennamen Square, it makes us wonder still. In fact, with other pieces of the puzzle that I have in place, I do know that Red China is already cooperating with and part of the New World Order. The only way that China could already be secretly part of the New World Order Is for it's leaders who are the Li family to be in favor of the New World Order. This strongly suggests that the Li family In China is also part of the Illuminati. From what I know the range of possibilIties range from them being only sympathizers with the NWO elite to them being outright members of the Illuminati. I lean toward the latter view.

Then there is Singapore. Singapore is lock stock and barrel in the New World Order. They went to a cashless Society before anyone else. One of the Li family who spells his name Lee, Lee Kuan Yew, a Cambridge-educated lawryer, was dictator of Singapore for decades. He has ties to the British elite. As an example of his dictatorship, Lee didn't like long hair on men, and so men coming into Singapore with long hair would have their passports taken away and either got a haircut or went to jail. In 1959, when Brittain gave Singapore its Independence the Li family (In this case also spelled Lee) controlled the People's Action Party which ruled the country. In 1976, the People's Action Party monopolized politics so much that they won all 69 seats for Parliament. Lee Kuan Yew was placed into the all-powerful position of President in 1965, where he remained I belIeve until 1991. Singapore's leaders made Singapore very anti-communist during the cold war, and when Nixon began his trips to woo China., Singapore began making goodwill political mission to China. In 1975, Lee's henchman Foreign Minister S. Rajaratnam went to China and met with Chou En-lai. Chou En-lai was the mentor and friend of U Peng.


**U Peng's early life.**

2

Actually, to be more specific after Li Peng's father, who was a leading communist, was shot by the nationalists In 1931, Chou Enlal more or less adopted Li Peng and raised him. Chou Enlal got U Peng into Moscow's school system, where, when the Russians finally realized his brilliance wanted to keep Li Peng and train him for their own purposes, and U had to escape to back to China. For whatever reasons Li Peng was an advocate of the Soviet style of economics. Before being placed into his prominent position that he holds today, Li Peng managed China's economy for many years.

**Lee met Mao**

In 1976, Lee Kuan Yew himself met with Mao Tse-Tung (then the leader of Red China). Mao Tsetuag himself is closely tied to the Li family. Li Ta-chao was the head of the communist party in Northern China during the fighting with the Nationalists. Mao's bodyguard was a Li family member Li Yinqiao. Mao's mentor was Li Ta-chao, who had ties to the Red Spears Secret Society. Other early high ranking communists such as Chu Teh, Ho Lung, and Liu Chib-tan had memberships in the Red Spears Secret Society and Li Ch'l-han an early communist leader was a member of the Green Gang Secret Society. We will cover more about the Li family and Its relationship to Chinese Secret Societies later, as weil as explaining some about the various powerful secret fraternities. It may well have been Li Ta-chao's guidance that lead to Mao Tse-tung writing the first systematic attempt by a Chinese Marxist to characterize the class basis of secret societies, and emphasizing their importance for revolution. Mao cooperated with the Ko-Ino Hui, a secret society, that helped his revolution, but strangely the official collection of Mao's works neglects to include Mao's appeal to them for help. (This neglect is noted on pg. 4 of Popular Movements & Secret Societies in China. 1840-1950) Mao Tse-Tung is also a product of the Harlot Christian church. Mao as a boy had wanted to learn of Christ and attend a Missionary school, but when he went to it, they threw him rudely out because he was Chinese. Mao never forgot the bad treatment he received at the hands of Christians. That explains in part his hatred of Christianity.

**A CLOSER LOOK AT THE LI ILLUMINATI FAMILY IN HONG KONG**

The Rothschild, and the Rockefeller families have a very high respect for the Chinese and **Japanese** people in relation to some of the other peoples in the world. That is one reason why China and Japan are being given the chance to be important players in the New World Order.

The powerful Li family in Hong Kong is part of the Illuminati This family maintains a good public reladons. They are philanthropists. Billionaire Li Ka-shing donated money to create a University in Shantou in South China. The cost of the University & its teaching hospital were reported at 85 million U.S. dollars In Fortune Magazine 7/13/92, p. 107.

The following chart shows Li Kashing's financial empire, which extends worldwide.

60 Broad Street

New York City Li's share

**(with Olympia & York)**

**Estimated value of building $100 million**

**Star TV, Hong Kong**

3

**countries in Asia and MidEast)**

**Star's capitalization: $300 million**

**HUSKY OIL, Calgary**

**Husky Oil, Calgary value: $1.3 billion**

**CANADIAN IMPERIAL**

**BANK OF COMMERCE Toronto Bank's market value $4,3 billion**

**- PACIFIC PLACE, Vancouver**

**$2 billion property development**

**SUNTEC CITY Singapore**

**$1 billion property developmnent  with partners**

According to Fortune Magazine, 7/13/92, p. 106, Li Ka-shing is worth 4 Billion Us. dollars. Another article motes that he made HK$13.4 billion from real estate sales in 1991 alone.

Li Ka-shing has lived in the same house on a hill Hong Kong for 30 years. Li Ka-shing had little to no formal schooling. He is self-taught. His sons have been weil educated at Stanford. Victor became an engineer, and his other son Richard majored in computer science and is running Star TV In Hong Kong.

**Other wealthy friends of Li**

Kashing get together with him regularly to play poker games.

U Ka-shing is chairman or chief executive of his four big companies in Hong Kong. He hires both chinese and western executives for day-to-day management. Simon Murray, a Dalton who served in the French Foreign Legion, is one of Li's trusted managers. Murray had worked for Jardine Matheson, a business owned by one of the Committee of 300. U has built global alliances with British companies, and has part ol Pearson, a British holding company which in turn as interest in Lazard banking Arms In N.Y., London, and Parts. As one can see Li Ka-shing is doing business with the big boys of International Banking. Li also has Joint ventures with MTV, AT&T, Motorola, and Time-Warner. Li's Star TV broadcast 5 channels to viewers all the way from Israel to Indonesia. The programming comes from the BBC news, and MTV, and some minor pardners. Li is giving Madonna and the rest of Hollywood to the Asians. Li also invested in Vancouver, B.C. He bought the Expo 86 site which Is 1/6th of downtown Vancouver. 27% of Vancouver's 560000 citizens are of Chinese descent. Vancouver is a Triad stronghold. This will discuss elsewhere

4

Li Ka-shing has been allowed by the elite to buy into Canada's Husky Oil. He could not have done this without the elite's tolerance. The Oil and Gas Journal, Nov. 18, '91, p. 36 states that U now has 86 % of Husky Oil.


## THE REST OF THE LI HONG KONG CLAN

The hugh Bank of East AsIa (BEA) Is run by U Kwok-po. BEA has gone into partnerships with such Illuminati-connected companies as G. Warburg. Li Kwok.po (also known as David Li) also serves in the Hongkong legislature as the councilor who represents the banking community. He is also a vice-chairman of the committee drawing up the future Chinese administrative region that Hong Kong will soon become. He was chosen for this position by the Red Chinese because 'He was chosen by the Chinese mainly because or his family background. The extended Li family, with most of its members holding British passports, is one of the territory's rich and influential old families.' (Far Eastern Economic Review, June 1989, p. 47) Li has been urging the Hong Kong people to trust the Communist Chinese government. David Li did not comment on the Tienamen square massacre when asked. David Li holds a full British passport and can go anywhere be wants. Most people in Hong Kong have only a Hong Kong passport that gives them British citizenship but doesn't entitle them to travel.

David Li's uncle is Simon Li, who was a justice of appeal in Hong Kong,, and also selected for the BLDC. His other uncle Ronald Li was the former chairman of the Hong Kong Stock Exchange and a member of the Basic law Consultative Committee. Ronald Li and his son got caught using their Stock Exchange positions in corrupt money making offenses, and were to be brought to trial. I don't know how it turned out.

Another uncle Li Fook-kow was elected in Sept. '88 to represent the Hong Kong financial community in the government.

When the scandal broke concerning the elite's BCCI, the Hong Kong branch—Bank of Credit and Commerce Hongkong (BCCHK) was shielded from investigation. BCCHK's chief executive Tariq Jamil who could have been called upon to answer questions skipped the country. Hongkong authorities made no attempt to stop him. David U got involved and suggested that the Exchange Fund be used to help his BEA acquire BCCHK.. Another key figure in the BCCHK,, was Louis Saubolle, who was previously Bank of America's chief contact with Red China. Louis Saubolle has travelled to mainland China regularly since the 1940s. He is rumored to have done dubious practices while chairman of BCCHK, but he left the country for destinations unknown.

· A Li heads up American Express International in the area.

· Li. Pel Wu was one of the five best paid chief executives In banking in 1990.

· Some of the Li family In Hong Kong have taken on the trappings of Christianity behind which are their other nefarious activities. One Li, Florence Tim Oi Li, has become a lady Catholic priest. (National Catholic Reporter, Oct. 19, '90, p. 12.

· Richard Li has become a media mogul for Asia.

· And Victor Li ran the East-West Center in Hawaii.


## RED CHINA

'The real decislonmaking in China's political system takes place within the Politburo, and particularly among the seven members of its standing committee, in consultation with retired Party elders.' (The China Business Review, Jan-Feb. 1993, p. 22) This inner circle of seven men Includes two members

5

of the Li family: Li Peng, who is the head of this inner circle, and Li Ruihuan, who Is head of the CommunIst Party's Propaganda. Li Ruihuan has been a member of this inner circle since 1989. The other men on the inner circle are Jiang Zemin, Qiao Shi, Hu Jintao, Liu Huaqing, and Zhu Rongji.

As premier or Prime Minister of China Li Peng has met with a great many of the world's leaders, and many of the Illuminati's men.

**Here is a sampling of Li Peng's meetings:**

April 28, '90—Soviet leaders

around July, '91—U.S.-China Business

Council Officials which includes Illuminati members.

Aug. 15, 91—Japanese Prime MinisterToshiki Kaifu

Sept. 3, '91--Great Britain's Prime Minister John Major

Nov. 16, '91-Sec. of State James A.Baker

Dec. 12-14, '91--Prime Minister of India P.V. Narasiaha Rao

Feb. 1, '92—Pres. George Bush

Peb. 3, '92—top U.S. capitalists (Illuminati members)

Feb. 10, '92—Yeltsin in Russia

**Do the world's leaders confer with each other?**

Li Peng is not the only important Li family member to be the President or Premier of China:

· Li Xlannian was involved in the power struggle after Mao's death and was President of China. For a number of years Li. Xiannian was considered one of the four top leaders of Red China. For many years Li Xiannian did lots of travelling to places like Africa where he held high level meetings with other leaders.

· Li Desheng was a member of the Politburo, Central Committee of the Communist Party, and served in key military posts.

· Li Qiang was a member of the Central Committee of the Communist Party, and was appointed Minister of Foreign Trade in 1978.

**CONTACT/COOPERATION BETWEEN THE ILLUMINATI & THE LI'S**

General Li Mi fled to the Golden Triangle and was provided via CIA agents supplies. It was Li Mi who started up the poppy fields to produce drugs that would be marketed by the other top IllumInati families. It was not chance that Li began opium production. The whole affair was a carefully calculated event by the Illuminati who have made millions running drugs for centuries. In the 1960, another Li took over after Li Mi died. His name was Li Wen-huan.

The elite made room for the Li's to open the Li Commercial Bank for business on Long Island, N.Y.

After Bush was ambassador to China, Carter selected 6° (Pilgrim Soc. mmbr) Thomas S. Gates to represent the U.S. to China. David Rockefeller gave his O.K. to the selection of Gates, and Gates was transferred directly from working on the board of J.P. Morgan & Co. to Peking.

The Illuminati's banks have been lining up over the years making loans to Red China.

One of the articles that I read to understand where Clinton was going with Red China was in the Jan-Feb '93 issue of <u>The China Business</u> which had on its cover a picture of Clinton and Li Peng with the question "A NEW ERA?" As many of the elite's articles are it was long on rhetoric, propaganda. etc. I think the bottom line was that Clinton is going to follow the advice of his China advisors and that Clintom does not want to rock the boat in our relations with Communist China. The idea that is being planted by the question on the cover is about the size of things, the elite are moving us closer to their "new era."


**The Li Family and Chinese Secret Societies**

In my investigation of the Triads I discovered that the Li family is one of the principal families which has controlled it. The Triads is a ChInese Secret Society which is something of a cross between the Masons and the Mafia— something in the line of P2 Freemasonry—except much bigger. The Triads are not well known In this country but they are many more times powerful than the Mafia. It is known that the Mafia was invited to work with the Triads in 1970, and at the time the Mafia didn't like the Triads arrogance. However, in my opinion the Triads were not being arrogant considering how powerful they were at the time. I suggest the reader read the article on the Triads for more understanding on this. For the sake of completeness, I will list some of the Li's past and present that have been important Triad leaders.

(see below) I am not trying to weary you with all these strange names, but in breaking new ground on understanding this powerful Illuminati family, if specific details are not given out, we risk losing some of the picture.

The Li's control Hong Kong and the Triads run Hong Kong. Is there a connection between the Li family and the Triads. Yes there is a big one, but It is very secret.

**TRIAD LEADERS OF THE** FAMILY

Li Chi-tang —overseas leader

Li Hslen-chih

Li Hsiu-ch'eng --Hunan

Li Hung --Honan

Li K'ai-ch'en --Triad, Shanghai

Li Lap Ting --Kwangsi province

Li Ping-ch'ing --Triad, Shanghai

Li Shih-chin

Li Wen-mao

Fatshan

Li Yuan-fa --Hunan

Li Chol Fat -Hong Kong

Li Jarfar Mah --Britain

LI

--north of Peking,

**THE LI FAMILY AND GENETICS**

The Li family has also provided some of the greatest scientists In the field of genetic research. Genetic research has been a avid interest of the Satanic Hierarchy.

**SUMMARY**

The facts I have of what is going on with the Li family are Just enough to provide us with the basic picture. The Li family In Hong Kong is part of the Satanic Hierarchy and works hand in glove with British and American elite. They also help run the Triads. Whether or not the Li's in Hong Kong are related to the Red Chinese Li's who run China I do not know, but it is clear that some Li's run Red China and also Singapore. Both these countries work hand in hand with the Satanic hierarchy so it makes one suspicious as to whether their leaders are part of the hierarchy too. If these Li's do consider themselves blood relatives—which they might—we know that according to Chinese custom they would do this to a great extent anyway, then that makes the Li family an incredibly powerful family of worldwide importance.

**BIBLIOGRAPHY selected and condensed.**

**Books**

Booth, Martin. The Triads: The Growing Global Threat from the Chinese Criminal Societies.

Chesneaux, Jean. Popular Movements and Secret Societies in China 1840-1950.

?. The New Emperors.

**Magazines (various issues of the following)**

Banker's Monthly

Business News

The China Business Review

Far Eastern Economic Review

Fortune

Hawali Business

Publishers Weekly

Maclean's

National Catholic Reporter


**Newspapers**

Christian Science Monitor

Los Angeles Times

New York Thnes

Washington Post

plus interviews.


**This article will primarily deal with the Triads which have so many other names it would take pages upon pages to give them all. One of the names the Triads have had is the Heaven and Earth Society. Other principal names include the Hung League, and the Three United Association.**

The Freemasons have been very Interested in the Triads and several Masons have done in depth studies and written books about the Thads including G. Schlegel (The Hung League. 1866), J.S.M. Ward (The Hung Society - see another quote of his on pg. 2), and W.G. Sterling (The Hung Society. 1925)

(This article will be trimmed back—and perhaps some of the information can be provided In a future

The history of China is a history of authoritarian dynasties and the secret societies that opposed them. Throughout Chinese history, there has basically been only one recourse to opposition to the establishment, that was through secret societies. Secret societies have been a way for the poweriess, to struggle against what ever they perceived as the cause of their misery. There has never been any lack of recruits for chinese secret societies, and there has never been any lack of causes to use to rally the poor masses against for motivating people into joining secret societies. There seems to be no end to the supply of men willing to lead secret societies also. In fact, I know of over 250 Chinese secret societies, some of which are no longer in existence. Obviously, we are not going to cover that many secret societies in this article.

What criteria do I have for selecting what I will write about in this article. First, I desire to show the compatibility of Chinese secret societies to western secret societies. This compatibility is the reason that the Triads can work with the Mafia, the CIA, and the Illuminati. These points of compatibility explain how Freemasonry can work with some of the Chinese secret societies. For instance, I have a copy of The New Age magazine, Sept. 1964, p. 38, which is put out by The Supreme Council **33º** which states,

**'Chinese Wootsu [sic] Society Compared to Freemasonry**

'Brother Morris B. de Pass, 33°, Master of Kadosh of the Peking Scottish Rite Bodies, in his annual report, includes the following interesting story in regard to Wootsu Society. 'During the past year I had the pleasure of meeting an 'Old China Hand,' himself a Scottish Rite Mason, who, learning of my China background, asked me If I had any knowledge of an old Chinese organization similar to Masonry. I felt certain he had in mind the 'Wootsu Society' (Woo meaning 5, and Tsu meaning 'Ancestor') or, in English, 'the Society of the Five Ancestors., "...some fornignors living in China ... were of the opinion that The Society of the Five Ancestors was the Eastern Branch of that movement which developed in Western countries into Freemasonry .... The tenets of the Wootsu Society do have much in common with those of Freemasonry. They pay homage to Buddha, whom they accept as the

incarnation of a Supreme Deity they believe in immortality they teach 'Faithfulness unto Death'; and they practice secrecy. The Society differs from Masonry in that there is no counterpart of the Volume of the Sacred Law as being an indispensable part of its Furniture; ... and it is open to both men and women.'

Perhaps no one better epitomizes the connections and overlap between East and West occult secret societies than the life of Sun-Yat-Sen. Sun-Yat-Sen led China to overthrow the monarchy and create a republic. Sun-YatSen was a leader in several Triad groups, such as the Hong Kong based Chung Wo Tong Society and the Kwok On Wui Society in Honolulu and Chicago. Soon after arriving in Hawaii he formed the Tai Luk Shan, a new Triad group. Sun-Yat-Sen played the key role in setting up 268 other branches of the Triads too. In Japan he set up the T'ung Meng Hui. In Singapore and Malaysla he set up Triad lodges too. He was a high ranking Freemason, and he attended an Anglican school in Hong Kong. Sun-Yat-Sen and the millionaire Chang ChingChang who was an international art dealer worked together. Sun-Yat-Sen travelled in the *US*. and Europe gaining support for his revolution. Several other great non-Communist Chinese leaders have also had membership in both the Triads and Freemasonry.


**TRIAD RITUALS**

Triad rituals were an elaborate affair but have continued to be streamlined over the years. The ritual initiation drew from 3 religious sources: Taoism (magic), Buddhism, and what might be called Confucianism. Taoism emphasized the importance of blood ancestry, of magic, and alchemy. The traditional initiation lasts about eight hours, and includes ritual dance, secret hand-shakes, a blood sacrifice, and pricking the finger of the new initiates.

The Triads have an extremely long history and a lot of heritage. In order to try to capsulize what they are one has to look at what they are doing at a particular moment. At times they are secret fraternity like the Masons, at other times they have more of the appearance of a revolutionary army, and at other times they look like the Mafia. They are all these things. And so they are a much more complex group to understand than some of the other secret societies that might fit into some nice label. Sometimes their services as hit men are hired out to others. Their heritage and history make them almost a sub-culture, and a sub-culture that is difficult for law enforcement agencies to penetrate. Their blood oaths and traditions bind them together.


**ORIGINS**

The White Lotus Society centuries ago amalgamated itself to the Hung Society which in turn changed into the Triad Society also known as the Three United Society. Some people continued calling it the Hung Society. The Hung Society had many local names, and like Freemasonry hid behind trade guilds.


**INFILTRATED THE BOXERS**

The Triads infiltrated the Boxers and even associated with them, but the Boxers lost against the foreign powers.


**SET UP BRANCHES IN THE UNITED STATES**

During the California gold rush days many Chinese began coming to America. Triad lodges sprang up in the chinese laundrymen of San Francisco. By 1854, the Triad Society called 'Five Companies'

10

had 35,000 members in California. In the U.S. the Triad lodges became known as Tongs-which means a 'hail' or 'meeting place.' Whereever the Chinese lived they quietly set up Triad lodges so that soon there were lodges In Laramle, Cheyenne, Kansas City, Seattle, Vancouver, California, New York, Boston, and the Klondike. These overseas Triads came under the jurisdiction of the Hung Mun Society in Canton. This Triad group was in turn under Chi Kung Tong group. Groups got started in Australia and Malaya.


## TRIADS & HONG KONG

When the British began ruling Hong Kong, the Hong Kong area already had a reputation for being a haven for pirates, and the Triads established lodges and began secretly to rule. In 1845, the British made membership in the Triads illegal, and in later years deported them back to communist China for those Triad members found. However, the Triads controlled things and the British never were able to enforce that iaw except for some scattered arrests. For Instance in the 1970s, 35% of the police in Hong Kong were affiliated with the Triads.

In fact, the Britishman Ernest Taffy' Hunt, the Police Superintendent of the Thad Bureau of the Colony of Hong Kong was paid bribes for 18 years ranging from about $HK700,000 to $HK 12 per year starting in 1955.

The Hong Kong papers every so often report police raids against the Triads, but one has to wonder how much is interrivalry between Triad groups and much is just for show, and how much is really something hurting the Triads.

Under Triad control factories in Hong Kong have been turning out items for sex shops worldwide. The living conditions of areas under Triad control in Hong Kong were literal hells on earth. The Triads packed people in, the sanitation was negligible, the filth overwhelming, and the corruption of the human spirit complete. There is no question what kind of life the Triads want to bring people, total degeneration into total moral corruption and filth. Like the Masons (but to a much lesser degree) there have been a few Triad mutual aid societies for their own members, but in general these have been rare.

The Triads have exacted extortion money from almost everyone in Hong Kong. The history of their extortions and threats etc. is many books long. In short, the whole trading economy of Hong Kong was under their power. And the Li family as now working with them. See the Li article in this issue.

Various scandals over the decades have repeatedly shown that the Triads have totally infiltrated the Hong Kong government and police force. Where ever ethnic chinese were hired the Triads infiltrated. And then even many of the non-Chinese were bought off. People in Hong Kong who have watched the Triads do illegal acts right in public have frequentiy been frustrated by the lack of police response.


## THE TRIADS & CHINA

Before the Communists took over, the Triads ran China. For instance, in 1917, it was discovered that the Triads along with the Vice-President of the Republic of China were stealing public funds to purchase opium to deal in the drug trade. The leaders of Free China have been Triad leaders. Many of them have also been Freemasons.

After the Communists took over, the Triads had to go way underground. The communists never stopped the Triads, but they did make them much more secret. You may remember when the Tiananmen Square Massacre occured, the newspapers quietly reported that the Triads had smuggled the leaders of the democratic movement out of Red China. As was just said, the Communists have never broken the power of the Triads. In fact, not only has the brutal Red Chinese government been

ineffective against the Triads, most of the police everywhere have been. The Triads are the most powerful criminal fraternal group in the world, except for the IllumInati and the families that make up the Illuminati's Committee of 300. The Mafia Is small peanuts compared to the Triads. The Triads are almost untouchable by any law enforcement group. For instance, in Great Britain the British do not have hardly any ethnic Chinese on their police force to even try infiltrating the Triads.

The Triads have operated in the United States for over 100 years, and are major drug handlers working in cooperation with the Illuminati Kings, and most Americans do not even know they exist. And although America has ethnic chinese, Americans of Chinese descent do not speak the Chinese dialects that undercover agents would have to know to break into the Triad operations.


## DIFFERENT TRIAD GROUPS

There are numerous Triad groups. By 1931, there were eight main Triad groups and they had divided Hong Kong up into geographic areas and ethnic groups that each was responsible to control. The eight main ones at that time were the Wo, the rung, the Tung, the Chuen, the Shing, the Fuk Yee Hing, the Yee On, and the Luen. Each had its own headquarters, its own sub-societies, and its own public covers. The Fuk Yee Hing's cover was that it was registered as a benevolent society for workers. It had 12 branch offices and a membership of 10,000. Yee On's cover was as the Yee On Commercial and Industrial Guild. The Wo operated as Death Gratuity associations. Any way each found some cover to hide behind. Most of the Martial Arts dubs were fronts or affiliations with the Triads, and continue to be, not only in Hong Kong, but to some degree in other countries too.

As an example of how divided the Triad groups are--one of the large ones, the Wo Society was itself split into three major factions: Wo Shing Tong, Wo Yung Yee, and Wo Hop To, which for years struggled for domination of the Wo Society. By the late 1950s, there were 41 affiliated organaizations to the Wo Society Triad. Today the Wo Shing Wo is the most powerful of the Wo group Triads.

One of the Triad groups that works with the Illuminati is the Sun Yee On aka Yee On Commercial and Industrial Guild. Sun Yee On was the prime controller of the Kowloon Walled City which produced sex toys for the international market.

Besides the Wo Shing Wo and the Sun Yee On, the third great Triad societies of modern times Is the 14K Society. Probably Chiang Kai-shek and his mentor Big-Eared Tu were responsible for setting up a league to oversee all the various Triad groups called Five Continents Overseas Chinese Hung League. This was set up In 1945, when the Chinese operated in Asia, North America, South America, Europe and Africa.

As a side note on Tu, one of his friends was Charlie Soong (an office-bearer for the Triads) who had attended Vanderbilt Universisty at the expense of millionaire Julian S. Can. Chalie Soong's daughter Al-lag had connections to Sun-Yat-Sen, and also became helpful to the Triads when she married Kung Hsiang-hsi a banker and businessman. The Kung banking empire along with the Soong's veneer of Christianity which came from their Methodist Church membership helped this branch of Triads in their international dealings.

Today in Hong Kong there may be as many as 60 different Triad Societies operating. The largest numerically is the Sun Yee On with 33,000 members. These 60 Societies can be classed into three different styles. The first is the traditional structure. The second type are those who are totally unstructured. The third type is the most dangerous, they are small, closely knit cells or central committees who plan out criminal activity with acute business-like efficiency.


## LARGE BASES OF TRIAD OPERATIONS

12

Vancouver, B.C., San Francisco, New York, London, Manchestor, and Amsterdam (not to mention Macao and Hong Kong) are some of the big bases of Triad Operation. Money is made by extortion, gambling, prostitution, drugs, or any other way to make a profit. The Triads have worked with the CIA in creating the drug network. The creation of the Golden Triangle as a source for drugs was a joint CIA-Triad operation. The Chinese communists couldn't pass up the opportunity to debauch America. The Red Chinese government has secretly worked with the Triads in supplying heroin and opium knowing that these drugs were going to U.S. military bases. U.S. garrisons In Germany were supplied high grade drugs that came through the Triads, either grown under Triad supervision or in places like Red China. One of the kingpins in this drug trade was Lumpy Ho, whose business fronts were known as the Dutch Connection.

The corrupt police-officers that were Triad members that fled anti-corruption drives in Hong Kong would flee to Vancouver, B.C. where they have spent their efforts building that area up as a large Triad base of operations. Actually, they have branched out into Victoria and Seattle, WA.

The Triads are known to have been operating in London since the 1890s, and may have been operating even before that. It wasn't until the 1960. drug culture that the Triads began to catch more attention due to their large involvement in the drug trade. In 1971, the Triads introduced Pure No. 4 herein into England to replace the 'Brown Sugar' that the Rolling Stones sang about.

In 1973, the British authorities moved against the Americans and British agents on the Drug Squad and forced some resignations. It is not exactly clear what the details of the whole mess were, but the process was that for 2 years there was essentially no coherent drug squad in London.

Every locality In England where ethnic chinese are located, the Triads have some type of operation. This means all of the British cities. In Scotland and Ireland the different Triad groups have been fighting each other for control of the territory. No wonder the Illuminati like the Triads. The U family with their connections controlling the Triads, have the perfect vehicle to operate the drug trade. If anyone dislikes the drug trade, their hate will directed to an ethnic group, rather than realizing who the real kings are. Most of the couriers for the Triads today are Europeans. And the Trade are using British banks now more than the Hong Kong banks.

The British Parliament had a committee in 1985 to look at the Triads. They reported that the Triads posed no threat to the U.K

The Mafia had tried to maintain its position in the drugactivity, but the Mafia wasn't in a position to buy directly from the prime sources. The Chiu Chau Triads had operated in Saigon and Vietnam during the Vietnam war bringing in drugs for the American soldiers. The Corsican syndicates (organized crime) had connections in Vietnam. They introduced the Mafia to the Triads. The Corsicans had been known as the French connection in the drug trade. They had worked with supplies coining from Turkey, through Lebanon, and then to Marseilles, France. Now the Triads ship Asian drugs to the U.S. via South America, and the Triads control the drug trade in New York City almost totally now. Dear in mind that the Triad leaders did this only after working out agreements with the top llluminati families. If the top Illuminati families were not cooperating, the Triads would be out of business.

One of the strong-arm units ofa New York Triad group called Hip Sing Tong is the Flying Dragons. The On Lee Ong, another N.Y. triad group' has the Ghost Shadows as their strong-arm unit.

If one takes a city like Toronto, Canada there the population of Chinese and Vietnamese is 175,000 at least. This is a large pool of people from whith to build Triad lodges. There are 10 Triad Societies operating in Canada.

In Australia, the Triad society Yee Hing Soctety with its charitable Mun Ji Dong has been listed as a "masonic charity" for 80 years. The Mun Ji Dong has decided to operate legally.

13

## PUBLIC CEREMONIES

The Triads would publicly celebrate the Goddess of Mercy and the God of the Earth each year at a major festival where a bamboo bomb would be set off. At the 1982 Tin Hau Festival. two groups of the 14K Triad and 500 members of the Wo Shing Wo society openly wore Triad T-shirts at the festival. This was publicly breaking the law that prohibits the Triads from publicly advertising, but the Triads got away with it with impunity.

## ENFORCEMENT

The Triads' tradition weapons are the meat cleaver and a razor-sharp butchers knife which they use to slash people.

## THE TRIADS INTERFACE WITH MANY OTHER GROUPS

Besides working with the CIA, the Mafia, who work for the Illuminati, and working with the Illuminati families themselves, the Triads work with street gangs, youth gangs, and any other organized crime group. They also have worked with all types of secret fraternal groups including the Freemasons. Historically speaking they have cooperated numerous times with other Chinese secret societies. The Triads also work with the Japanese organized crime group Yakusa, and the Filipino organized crime groups. The Ya.kusa also move drugs into the U.S. mainly via Hawaii. This is taking place with Yakusa/Triad cooperation. The Taiwan Triad Societies work closest with the Yakusa, especially the Four Seas and United Bamboo Societies.

## THE TRIADS IN BANKING

The Triads have their own accountants, and so Triad financial operations are great for money laundering. Stolen credit cards and imitation merchandise that look., like the real stuff are also money makers for the Triad.,. The Triads also have their own lawyers, who are members of their societies. Besides making false Gucci handbags, the Triads are adept at forging passports. One of the items that the drug trade takes is gold, because the drug producers want to be paid in gold. This trafficing in gold must be watched by the Illuminati, because gold has always been an important commodity for the Satanic Hierarchy. It's value to them goes beyond the monetary significance.

## IN SUMMARY

The Triads are an occult fraternity which has developed into a major international organized crime society. It has many agreements with various families of the Illuminati, and works with them. The Li family is taking a big role somewhere with the Triads, but exactly what that role is I have not spelled out yet.

The Li Family is represented in Salem, OR & other West Coast cities by the Wong Family, who are part of their bloodline. Vol. 2 touches on the Wong Family & their part in organized crime.

14

# Bloodlines of Illuminati

By:

Fritz Springmeier, 1995

## THE ONASSIS BLOODLINE

### CAST OF MAIN CHARACTERS

Aristotle Socrates Onassis -- named after two greek philosophers, went from being totally broke at age 21 to being a millionaire at age 23. His father's first name was Socrates. Aristotle was an Illuminati king, a shipping tycoon, an intelligent ruthless hard-driving man, a man of the world who spoke a number of languages such as French, Spanish, English, Italian, and Turkish. He married JFK's widow. His everpresent sunglasses made him look like Al Capone to a number of people.

Jackie Bouvier Kennedy Onassis-Her father was a member of the Society of the Cincinnati, the American equivalent to the Order of the Garter. Her father " Black Jack" was corrupt, what is known as a womanizer. He worked at making a living from the stock market. Jackie's "step-father" was the Auchincloss family, an elite family. Her step-father's second wife before Jackie's mother was Senator Thomas Gore's daughter. Her step-father was in Naval Intelligence. Jackie went to the schools that the children of the elite go to. On the anniversary of JFK's assassination, Orville & Jane Freeman were the only ones to remember the date to say or do something about it. Jackie went that day to Central Park and had a good cry.

Stavros Niarchos-Aristotle's brother-in-law and Ari's business competition. Stavros' parents came from Sparta, Greece. His relatives were rich. Stavros went into shipping and after W.W. II broke out, left Greece to avoid having to fight for Greece. He was a close friend of Colgate, Roosevelt and Bernard Baruch, who he would invite to his house on Long Island. He rented his Long island house from Harry Hopkins who was the man who told Pres. F.D. Roosevelt what to do. Even though he was a millionaire, he had a difficult time avoiding have to serve. Eventually, he managed to get himself situated as a naval officer in intelligence for Greece in Alexandria, Egypt. Information sent Into the '69-70 Who's Who reference book about his war time exploits are ficticious. Niarchos and Aristotle were frIends from 1934 onward, but also at times enemies trying to outdo each other. Both frequently went to St. Moritz, Swit., a ski resort. Stavros also frequents an old Medici family Palace/estate near Turin where the Duke of Edinburgh and Baron Elie de Rothschild like to go and shoot birds. The estate has many and it isn't unusual for them to kill a thousand a day. Stavros is an important leader of the Bilbergers and a billionaire. He married Henry Ford II's daughter who was 38 years younger than he was, and divorced her shortly afterwards. He worked closely with David Rockefeller.

### IS THE ONASSIS BLOODLINE STILL POWERFUL?

Aristotle Onassis died in 1975. His son and heir to his throne died in 1973. My inside information about the Onassis family being one of the top 13 goes back to the 1960s and 70's. Is the family stili powerful? One big clue that they still wield power within the Illuminati is that Stavros Niarchos, Aristotle's brother-in-law, is a powerful Bilderberger. The executive committee of the Bilderbergers are the equivalent to 9° of the branch Illuminati. Is the Onassis family still one of the top 13 Satanic bloodlines? I do not know. The answer lies in doing genealogical work to find out what the core satanic bloodline is that curses through the Onassis family.

One whistle-blower on the Illuminati was Dennis Brunnelle, a Grand Master of an OTO lodge, who became disillusioned with the OTO's Illuminati program. Some of his information touches on the Onassis family. My understanding of the Onassis family is limited in terms of their Satanic activities with the Illuminati, but I will attempt to give my readers a better understanding. My inside knowledge of the occult side-that is the secret satanic ritual activIties of the family is sparse, because my informants have very limited knowledge of the Onassis participation. However, there are certainly plenty of tracks in the sand which indicate who the business friends of this family have been, and they have been very clearly those within the Illuminati or with connections to it.

## TURKEY

The area that is now known as Turkey played a major role in the Mystery Religions. The use of drugs to create "religious" experiences was developed to a fine art by various occult fraternal mystery religion groups in the Turkey area. The Assassins from where we get the word hashish controlled parts of Turkey and Lebanon in Medieval times. They used drugs to gain the allegiance of their recruits. Some of the most powerful figures for the Illuminati have been Turks. The Grand Orient has had some powerful figures in Turkey. For instance, at the Masonic Congress of all the Grand Orients' (that's European Freemasonry- although several American presidents have been members of European Freemasonry) Grand Lodges, Bou Achmed came from Turkey. The Grand Lodge of Asia was represented by Sebeyck-Kadir from Asia. Bou Achmed took a big role in the Grand Orient's decisions. As a aside, let me explain one example of the power of the Grand Orient in America. The Grand Orient was originally strong in Louisiana but spread Itself to many other US. locations. Garfield, a very powerful man in the Grand Orient, managed to become US. President because the political process got deadlocked at the convention and the Masons suggested him as a compromise candidate. Although Garfield was an extremely powerful Mason, had been perhaps the youngest general in the US. army during the Civil War, the Illuminati ordered him shot after he had served about a year in office as President. Garfield was reported by an eye-witness to Satanic rituals to have participated in the cannibalistic rites of Satanism done to gain the spiritual power of the eaten person. The Grand Orient Freemasonry has been linked to other orders of Freemasonry that are also called Rosicrucians. Pope John XXIII joined a Rosicrucian group that had links to European Freemasonry when he was in Turkey. While the secret Grand Orient Freemasonry was very strong in Turkey in spite of its small numbers, the regular American Freemasonry granted a dispensation for a Masonic Lodge to operate in Smyrna, Turkey in May, 1863 but the charters were withdrawn on Aug. 27, 1880. However, it is interesting that of all the Turkish cities, Smyrna was definitely the best place for Freemasonry to gain recruits. Men like Achmed Pasha and many of the other Pasha family have been leaders within Freemasonry and the Illuminati. Achmed Pasha was a Satanist and had a large harem. Mehmet Talaat Pasha (1872-1921) was a Freemason and part of the Turkish revolution of 1908. He was the leader of the Young Turks, which was a joint project of the Sufis and the Frankist Satanists. (The type of Satanism led by the Frank family has had connections to Turkey for hundreds of years.) Mehmet Talaat Pasha was the Grand Master of the Grand Orient of Turkey. He was held the political position in Turkey of grand vizier of Turkey (1917-18). Another Turkish Pasha was part of the Turkish royalty running Egypt when Egypt was part of the Ottoman Empire. His name was Khedive Ismail Pasha and he was Grand Master of the Grand Lodge of Egypt. It was this Turk, Khedive Ismail Pasha, who gave the famous ObelIsk to the United States. This Obelisk was called Cleopatra's Needle and was originally erected in the city of the sun, Heliopolis, about 1500 B.C. The Obelisk is a representation of a human penis, because sun worship, worship of regeneration (sex) and worship of the sun god Satan were all tied together. Masons helped with the moving of the obelisk, and its dedication when it arrived in New York City. Large obelisks have been erected by Masons in New York, Washington D.C., Paris, the Vatican, and London. (If my memory serves me correct Berlin received one too at one time.)

Every morning when the United States President wakes up he can look out the window and see the Masonic obelisk and be reminded of who controls America. 11 the President has any training in the Mystery religion of ancient Egypt, he will also know what body part is symbolically erected in the Washington Memorial. (If the United States were ever to return to serving God, that monument would

be a good one to destroy. God asked the Israelites not just simply to avoid worshipping such abominations, He asked His people to destroy them, for their very creation was abomination. This touches on the issues raised in another article in this newsletter.)

The Illuminati of Europe via the Br. East India Co. wrested control from the Great Moguls of the Opium trade during the 18th and 19th century. People connected the Br. East India Co. were responsible for the creation of the Fabian Society. The Illuminati, already headquartered in London in the 19th century, allowed John Jacob Astor (see Jan. 1, '93 newsletter about the Astor family) beginning around 1815 to operate an opium smuggling operation. Besides Astor's ships picking up quicksilver and lend at Gibraltar, and iron/steel from northern Europe, his ships picked up opium at Smyrna, Turkey. The opium was then sold in China. The Onassis family was one of the top three merchant families in Smyrna. And Socrates Onassis until 1922 quietly ran a banking operation (or money laundering?) from their home which had a large amount of money left by powerful Turks. Could Socrates' father been part of a secret Illuminati opium connection, which had begun back about 1815 with the Astor family in Smyrna, Turkey? We know for certain that he had powerful British, Italian, and Turkish friends before he was arrested in 1922, and that these friends saved his life from a death sentence. About 1925-26, his son Aristotle Onassis, who was from Smyrna, Turkey began secretly importing opium into Argentina from Turkey, under the cover and disguise of importing tobacco. The Grand Orient of Italy by the Jewish Freemason Emannuele Carass established two secret lodges at Salonika, Turkey around the early 20th century. The dialect of the Jews in that area is often mistakenly called 'crude spanish." Actually the language is Latino a Judeo-Spanish dialect spoken in Constantinople and Smyrna. A western Ladino is spoken in Salonika*), Bosnia, and Serbia. Masonic Jews speaking this Latino language were part of the Masonic plot that started World War I. Numerous high level Masons were informed of the coming assassination of the Archduke which a thinking person could realize what and contradiction. Actually, I would state it slightly different. His life is shrouded in smokescreens. However, there are records, documents, witnesses, etc. and it is possible to reconstruct many details about his life. I will attempt to reconstruct some of the details of that life as they pertain to his secret life as an Illuminati leader. The Illuminati is divided into the drug/porn section, the political/business management section, and the cult ritual section, global communications section, and mind-control section. The leadership within the various areas overlap. The drug/porn/political areas work together as a unit. The mind-control area seems to be somewhat technical and somewhat separate. Further, several groups have been identified as assigned the job of keeping the long range plans. The three groups that have been entrusted with long range plans are the Order of the Garter, Order of the Quest, & Keepers of the Dawn. The plans to bring in the New World Order are very detailed, and their management and safekeeping have not been haphazard. Aristotle worked within the drug/porn/political/business management area Aristotle's power was so pervasive that some researchers of his activities concluded that he was absolutely the most powerful man on earth. This is because they were not aware of the shared power of the Illuminati "kings". Aristotle did have world-wide power, but that appearance of power was there because he was part of Moriah (the Satanic hierarchy which controls the world.) Aristotle Onassis' family has had bad misfortunes too. All of the top families are in competition, and although they work together they also fight together. Even within Aristotle's own family, a stiff long time rivalry with his brother-in-law made life difficult for everyone assoclated with Aristotle. And yet for all their competition, Aristotle invited Stavros Niarchos to spend time on hIs yacht, which Jacqueline his wife detested immensely.

*)  *Correction. Greek is spoken in Salonika, not Ladino. Salonika is a Greek city (editor's note)*

## ARISTOTLE LEAVES GREECE & GOES TO ARGENTINA

Aristotle's father had planned to send him to Oxford, but the Turkish genocide of the greek Turks changed his plans. Aristotle instead set out from Greece to Argentina. Supposedly, Aristotle landed in Argentina stateless and broke. From what I can make out it appears to be true, although it is possible

he had some contacts to help the move to a foreign country. It is said that he finally found a job as a dishwasher in a bar on the corner of Corrientes & Talcahuano in Buenos Alres. Near the end of 1924, he was able to obtain a job iater on with the British United River Plate Telephone Co. (Argentina was at times called the fifth British Dominion because the british Rothschilds and other british investors owned so much of Argentina.) In the next few years, Aristotle proved himself a very capable manager and with great potential as an underworld leader. Juan Gaoana, the boss of a leading Argentine cigarette manufacturing company was the first to put in an order through Aristotle to get tobacco from Turkey via Ari's father in Greece. This tobacco importing was the cover for Adi's opium running. After two years, Onassis went into manufacturing cigarettes. Again this was a cover, but Onassis was out to prove himself in anyway he could, so he illegally borrowed the name of a famous Argentine brand of cigarettes called BIS, and labelled his cigarettes the same thing. The owner of BIS sued Onassis for using his company's name and won in court. The cigarette manufacturing was clearly a losing deal, and Onassis got out of it. However, the biographies credit his cigarette manufacturing as bringing in his wealth, while at the same time acknowledging that he was losing money from them and had to dump them because they were unprofitable. Which is it? As I stated, Aristotle was running drugs into Argentina. Aristotle states that he was penniless when he arrived in Argentina at age 21, and that he had made his first million dollars by age 23. Long story short-the facts as to where he lived, what witnesses say etc. appear to collaborate that he went from having nothing to being wealthy within those two years. His lifestyle changed dramatically. People blame his riches on the fact that he worked long hours. (I know many people who work long hours and are creative and people just don't move up the ladder that fast by working for a phone company and selling tobacco.)

## ARISTOTLE'S FRIENDS

Aristotle Onassis associated with many powerful people. The ract that he rubbed shoulders with establishment figures that tie back to the elite is nothing surprising of a person his wealth. However, it is the nature of his involvement with other Illuminati figures that reveals his position within Moriah. Before going into his Illuminati business ventures, let's just discuss some of his friendships. An example of his visits to friends is this quote from the book Onassis. 'The Christina's cruises always produced items which no alert gossip columnist could miss. Onassis dropping in on Prince Alfonso Hoheiohe's Marbella Club in southern Spain and lunching with Baron and Baroness Guy de Rothschild (amidst rumors that it was Rothschild money that had supplanted his own in Monte Carlo) was obviously a noteworthy social incident.' (Onassis, p. 255) During W.W. II, Onassis was a regular guest of the movie mogul Spyros Skouras at Mamaroneck on Long Island. Other close friends of Onassis were the Perons of Argentina. The Perons set up a dictatorship in Argentina The Perons have a great number of Nazi & Satanic connections/activities. If you get Into studying about the Perons you will come up with names such as Josef Mengele (a Satanic Nazi Doctor), Dr. Fritz Thyssen, and Otto Skorzeny. Onassis had sexual liaisons with Evita Peron, who was a platinum blonde. Onassis had Nazi connections that continued his whole life, as did the Perons. For instance, one of Onassis's Nazi associates was Hjalmar Schacht, president of Hitler's Reichbank, who Onassis hired after the war. Schacht heiped Onassis' shipyards in Germany build tankers after W.W. II. Until people realize that the real guiding hand behind the Nazi's was Satanism they will continue to be misguided as to the way everything connects together at the top. For instance, John Foster Dulles was the man at Versailles Treaty who can be credited for having created the Treaty's harsh terms against Germany that ruined Germany financially after W.W. II. And yet this same man, John Foster Dulles, was the person who secretly went to Hitler to confirm to Hitler that the elite would financially back Hitler's rise to power. If Hitler were anything like our image of him, Hider would have rung his neck, here before him was the man who made Germany suffer..why was Hitler friendly with this man? It makes no sense, unless people wake up to what is going on. The answer is that there is a conspiracy of those who are at the top to rule us, and to guide us toward a New World Order, and they are quite willing to sacrifice whole nations to do that. Onassis was an extremely close friend of Winston Churchill. The Freemason Winston Churchill is a descendent of a family that has been part of the elite that have secretly run the world. Winston Churchill on several occasions told Onassis that the only one he could trust in W.W. II was Joseph Stalin. (This is a far cry from the picture given in history books.) Winston Churchill spent a great deal of time on Onassis's yacht Christina. Onassis was also friendly with

Winston Churchill's friend of Bernard Baruch. It was Bernard Baruch who convinced Winston Churchill to join the Illuminati conspiracy. He asked Churchill to come watch something important in NY in 1929, and then he showed Churchill how they could destroy the Stock Market. That show of power brought Churchill on board. Two other Illuminati friends of Ari Onassis were Joseph Kennedy and Peter Grace, both men also belonged to top 13 Illuminati bloodlines. Gianni Agnelli, a powerful man in the Illuminati spent time on a number of occasions on Onassis's yacht Christina while it was in the Riviera. Years before JFK became president, Onassis had JFK and Winston Churchill on his yacht at the same time. In 1928, the Illuminati men who controlled the major oil companies got together at Achnacarry Castle and formally created the Achnacarry Agreement which divided up the worid into an international cartel. This is why you may have watched the same gas truck bring gas to all the different gas stations in an area, for instance, say a Sinclair station, a BP station (Rothschilds), and an Exxon station (Rockefeller). If the reader understands the world's oil was totally in an Illuminati monopoly by 1928, it will help you understand that Aristotle who was the man who built the largest oil tanker ships was also Illuminati. In one year alone during the 1950s, Onassis bought 17 new tankers.

## EVIDENCE OF THE CONSPIRACY

One of the most telling papertrail signs that the conspiracy has left behind was an executive order that FDR signed just after Japan bombed Pearl Harbor. This executive order was a semi-secret amendment to Trading With The Enemy Act which made it LEGAL to trade with the enemy if the Sec. of the Treasury (then Hans Morganthau) gave permission. Morganthau was a tool of the conspiracy, and of course he gave permission to the top Illuminati to trade with the enemy. (In 1983, a book came out Trading With The Enemy which exposes how the elite secretly kept Hitler going by supplying him, rebuilding his communications etc. Onassis as an Illuminati king worked with other elites Rockefeller, Kennedy, Getty to quietly make a profit and keep the war going longer. Onassis sold oil and guns to both sides. ITT telephones were used in German submarines. [This Executive Order shows that at the top their is a conspiracy--it is reproduced on the following pages.) There were 450 merchant ships owned by Greeks before W.W. II. Out of those Aristotle said 410 were sunk during the war. The offIcial count was 360. Either way it is clear that most of the Greek shippers lost their large merchant ships. However, the German submarines and aircraft never once touched Aristotles' ships although they sailed through war zones. Neither did the Aliles. Aristotle alone did not suffer any losses. Aristotle's large fleet did not lose a single ship even the ones that were in Scandinavia when the Germans invaded. Only the full colloboration at the highest levels could have pulled that one off.

## HOWARD HUGHS

Howard Hughs was a self-made millionaire and genius. Howard Hughs was not part of the system, so he was fair game to destroy. Even millionaires like Hughs and the Hunt brothers have to toe the line, or they can be taken out by the Illuminati. This doesn't mean Howard Hughs was virtuous. Howard Hughs gave Nixon's brother Donald a quarter million dollar "loan" (gift) in 1956 in order to continue having vice-pres. Nixon in his pocket. Hughs had been a supporter of Nixon for many years.

Onassis infiltrated his own men into Hugh's organization. Chester Davis was from Sicily, and although he worked for Hughs, took orders from Onassis. In 1955, Hughs had obtained two doubles, one named L. Wayne Rector and the other Brooks Randie. In March, 1957 Onassis' men at the Beverly Hills Hotel captured Howard Hughs using Hughs' own disloyal men. Hughs was seriously hurt in the kidnapping. I believe at this point he was taken to Emerald Isle Hotel in the Bahamas. (Some of the people who are aware that Onassis captured Hughs, dispute that Hughs was taken out of the country.) The top floor was rented for the "Hughes Party". For a month the captive Hughs was shot full of heroin, and then secretly transported to a cell on Onassis' private island of Skorpios. Hughs two doubles stayed on under the pay of Onassis. One became Hughs, and the other became Hughs' double. Computer programs which can duplicate signatures were used to provide Hugh's signature. The computer and its program used for duplicating Hughs' signature even became public knowledge when the Los Angeles TImes had an article on 1/28/71 about a computer which had been programmed to write the signature of Hughes. The Mormon Mafia that supposedly guarded Hughs

actually ran the Hughs empire for Illuminatus Onassis, which accounts for the change in policies that were made by Hughs empire. It also explains why they bought up every newsreel they could find on Hughes in order to duplicate voice-prints using computers. When they were through with the double L. Wayne Rector he was shot at Rothschild's Inn on the Park, in London.

In a meeting with feilow Satanist Joseph Kennedy in September, 1957, the decision was taken to use the Mafia's power to get John F. Kennedy elected. The Mafia was caught in Chicago tampering big time with the voting--but Nixon was denied a recount of the votes. Nixon backed off from making a fuss, because he was promised the chance to be President later. Illinois Republicans made an unofficial recount of 699 paper ballot precincts in Cook County and came up with the vote in favor of Nixon. Those votes would have changed Illinois's electoral votes and thrown the victory to Nixon. However, Sam Giancana and his henchman Mayor Richard Daley were not about to let an official recount take place. In 1961, Joseph Kennedy had a stroke, and John Kennedy and Robert feeling their freedom, and disliking some of the powerful Illuminati like Aristotle Onassis, decided to use their popularity to destroy the conspiracy. I believe Kennedy and Robert had more courage to take on the conspiracy, due to the fact that they were familiar with it from having been (in a sense) on the inside of it during their days growing up. However, neither son had received the Illuminati training and indoctrination that their older brother had, and when be died. Joseph made a mistake when he decided to replace Joe, Jr. with John (who they called Jack). The mistake was that John F. Kennedy may have seemed like he'd be a good Illuminati President, but he actually thought for himself. He thought for himself because he was young and with that impetuousness and vigor of youth, and with the popularity he had, he had the possibility to do some good for this nation. If I were state my evaluation, it would be to tell conservatives that they have been "hoodwinked". John F. Kennedy did more conservative (preserving this nation) things in his Presidency than Nixon and Reagan who are heralded as conservative. Kennedy didn't recognize Red China, no-- that was Nixon. Kennedy didn't triple the national debt, no, that was Reagan. The CIA has been out to get JFK, ever since they realized JFK didn't view himself as their puppet, but that he viewed himself as their boss. The head of the CIA on purpose ruined the CIA's chances to succeed at the Bay of Pigs. He personally prevented the CIA air cover from taking off, which the CIA knew that without air support, the operation had no chance, which was soon proved correct. in everyone's zeal to get JFK they blamed JFK. It all sounded so believable, because the CIA were going to tell the full story. The public is not astute enough to realize that the press had subtly turned against Kennedy. Two powerful friends who liked John F. Kennedy and wanted to help JFK fight the elite were taken out before Kennedy was assassinated. Senator Estes Kefauver, whose Crime Commission had discovered the 1932 deal that Onassis, Kennedy, Meyer, Roosevelt, Lansky and other Illuminati--Mafia figures had made. Kefauver was poisoned so that he had a secret poison induced "heart attack" on Aug. 8, 1963. One suspect that might have done it was his subordinate Bernard Fensterwald, who was also a CIA assassin. The other was Phillip Graham. His wife Katherine MEYER Graham has been a full participant of the conspiracy and shows up repeatedly in elite activities. Katherine bribed some psychiatrists to certify her husband who was editor of the Washington Post was insane. He was ordered by a judge into a mental hospital. When he was allowed to visit home on a weekend, he was found "suicided" by a shotgun. Bobby Kennedy had a good idea who shot his brother. He wrote an unpublished book called The Enemy Within, and then later he was assassinated too. Actually, the whole establishment were out to get Kennedy, and even George Bush was involved with the assassination.

The key to understanding the Illuminati is that it is headquartered in the London area. The Satanists (and witches) refer to Great Brittain as the mother country Onassis had the best connections anyone could want in the British Government, as would be expected of someone of his standing in the illuminati. He had many British friends, just one example is Sir Lionel Heald, the Br. Attorney General. He attended the exclusive Br. Other Club. When W.W. II broke out on Sept. 3, '39, Onassis was living in Savoy Hotel where the headquarters for the Illuminati's Pilgrim Society are. The British London Times backed Onassis in his dispute with Peru over whaling. Onassis did finally get himself into trouble with illegal whaling when the nation of Norway gathered the evidence of his lulling of hundreds of whales that were illegal to hunt. Just two more quick examples of his social connections in Brittain are his attendance at J.Paul Getty's party at Sutton Place, Eng. in the '50s, and Onassis'

own big party for the elite on 17 June '58 at Dorchester, England. As explained in Be Wise As Serpents, Britain's overseas intelligence MI-6 is the Illuminati's chief intelligence agency.

There is no way of knowing how many meetings took piace dealing with the planning of the assassination of Kennedy. The first were high level Illuminati meetings. But the Illuminati meetings were not operational level meetings. There were several levels of meetings. Next, a series of meetings by British Intelligence at Tryall Compound at Montego Bay, Jamaica, and Mafia meetings at who knows where. A minor trading company called Permindex was the cover to an assassination bureau that had its major U.S. subsidiary the International Trade Mart in New Orleans. The FBI's Divison 5 was tied in with Permindex, and Permindex's board of directors had U.N. posts, Mafia positions, European banking ties, Nazi ties, etc. In other words Permindex was well connected. By the time the planning was done, it included certain elements of the CIA and Freemasons. A Major Lauis Mortimer Bloomfield, Permindex's Pres. & Chairman, a key player in Hoover's Division 5, and a member of the Order of St. John of Jerusalem (the Protestant branch of the Knights of Malta) was a homosexual lover of FBI director J. Edgar Hoover. All the board of Permindex and many of its various subsidiaries were in various areas in November, 1963 carrying out the assassination and coverup. One of the covers for the Permindex operators/teams was to pose as missionaries of the American Council of Christian Churches (ACCC). The whole reason the elite set up the extensive ACCC was to have a cover for their killing units. For instance, a group of about 30 of the best marksmen were undercover as part of ACCC missionary school in Puebla, Mexico, The Tolstoy Foundation (who I have visited with] were another pseudo "Christian" front. Later, the headquarters of this assassination group was shifted to Paradise Island, Grand Bahamas to Intertel. Ian Flemming's novels write about a Third Force used to create a world government that was based in the resort islands of the Carribean. How true that has become. In the Westerns put out by Hollywood, when the bad guy does something to the good guy, he runs off with his woman. That is what happened with JFK. Onassis was one of the Illuminati kings who decided JFK must go, and he got to run off with the dead man's wife. Onassis had already gotten Jackie onto his yacht, sexually, prior to Kennedy's assassination. Franklin Roosevelt, Jr. was on board together with Aristotie and Jackie. Jackie didn't enjoy her marriage to Onassis. At one point in their marriage when they were swimming nude at Onassis' island Skorpios, ten photographers with underwater cameras and telephoto lens captured Jackie naked and her picture was splashed across Playmen and Hustler, etc. Jackie was furious and wanted her husband to sue the newspapers and magazines, which he refused to do A year before Aristotle died he actually admitted that he had planned the whole operation. The date given for the actual Howard Hugh's death, who had been kept prisoner under horrendous conditions by Onassis, was Apr. 18, 1971. In the previous year 1970, Hugh's purported autobiography had come out written by Clifford Irving. Clifford Irving's wife took the publisher's check made out to Howard Hugh's to one of Onassis's Swiss banks, and was paid.

## FAMILY DIFFICULTIES

Onassis' second wife was Tina (Athina Mary Onassis) when she divorced her husband for committing adultery said, "It is almost thirteen years since Mr. Onassis and I were married in New York CIty. Since then he has become one of the world's richest men, but his wealth has not brought me happiness with him nor, as the world knows, has it brought him happiness with me."

Tina divorced Ari and then went on to soon marry a relative of Winston Churchill, the Marquess of Blandford. Later, she divorced him and married her old brother-in-law Stavros Niarchos in May, 1971. But after he killed her sister she quit him too.

## EUGENIA KILLED

Eugenic, the sister-in-law of Ari Onassis, died according to the official version of an overdose of sleeping pills. Her body in the post-mortem was covered with bruises, black left eye, swelling on the left temple. a hemorrhage to the left of the larynx and so forth down the rest of her body. Let's not. swallow the Illuminati's propaganda to lull us into sleep about what they have done.

It might also be important to comment on the background of the Uvanos family. Both Stavros Niarchos and Aristotle Onassis married Uvanos girls.

The Uvanos family was a prominent family on the Turkish island of Chios. The island of Chios had a type of tree, mastic trees that produced an early form of chewing gum. From the word mastic is where we get the word masticate. Chios was the privnte property of the sultan and it was where he kept his harem. The island was given special royal treatment and allowed to have it full of chewing gum, and "booze and broads". The Uvanos family was one of the leading families on this island.

## BASIC SOURCES ON ONASSIS FAMILY

Interviews with people, and notes from other researchers. Author's own research.

Genealogy compiled from research notes of this writer Fritz Springmeier. Frischauer, Willi. Onassis. NY: Meredith Press, 1968.

Heymann. C. David. A Woman Named Jackie. NY: Carol Commun., 1989 Lilly, Doris. Those Fabulous Greeks Onassis. Niarchos. and Livanos. NY. Cowles Book Co., 1970.

# Bloodlines of Illuminati

By:

Fritz Springmeier, 1995

## The Rockefeller Bloodline

One of the 13 Satanic bloodlines that rule the world is the Rockefeller bloodline. Today, there are around 190 members of this family with the Rockefeller name and of course some others by other last names. This article is to explore further for those who investigate the Illuminati, how the Rockefeller bloodline is involved in the promotion of the occult and Satanism, and how they are involved in the control of the Christian denominations. This article keys in on just one family, the Rockefellers. To understand the full extent of the Illuminati's control of religion, including Christendom, would require perhaps several books. The Illuminati itself draws its lifeblood from around 500 very powerful families worldwide. This article will not attempt to explain their networks and the many organizations of the Illuminati. It will not even try to do this for the Rockefellers. In fact, no one knows how many trusts and foundations the Rockefellers have. They have hidden trusts within secret trusts within secret trusts. It is estimated that they have between 200 and several thousand trusts and foundations. The finances of the Rockefellers are so well covered that Nelson Rockefeller did not pay one cent in income taxes in 1970, yet he was perhaps the richest man in the U.S. The Rockefellers exert enormous influence over religion in this nation in the following ways:

1. They provide a large share of the money that Seminaries in the United
   States need to operate.
2. They provide a large share of the money that universities need to operate. Education influences the religious values of our people.
3. They provide large grants to various religious organizations.
4. Their influence and control helps determine who will get publicity in the major news magazines, and on television.
5. Their influence has contributed to various anti-Christian organizations being set up.
6. They directly help control certain religious groups such as Lucis Trust.

**The Rockefeller's influence is both subtle and not so subtle.**

In the book The Unholy Alliance details are given on how the seminaries, church boards and Christian colleges have been captured. Much of the money for this came from the Rockefellers. One of the principle large Foundations that was instrumental in controlling religious institutions of various kinds was the Sealantic Fund. (They have now shifted to other channels.) This Foundation which was incorporated in 1938 and was headquartered in New York City (50 West 50th St.) gave enormous sums of money to manipulate Protestant concerns. In 1964, according to the Russell Sage Foundation's book The Foundation Directoy the Sealantic Fund gave away $681, 886 in grants.* In 1969, the Fund gave $1,889,550 in grants.**
By 1984, the Sealantic Fund was not being used. But a look at anotherRockefeller non-profit untaxed Foundation the Rockefeller Brother's Fund shows a revealing grant pattern. Many people would not be able make any sense out of what seems a random pattern of grants without the broad picture of what the Illuminati is doing today. My book Be Wise As Serpents should have clarified how those

1

various groups who receive grants are related and helpful to the Rockefeller agenda. Although these other Rockefeller Foundations are not specifically geared toward religion such as the Sealantic Fund was, it is clear these other Foundations still impact religion.

## 4 SELECTED GRANTS IN 1984 OF THE ROCKEFELLER BRO. FUND***

Council on Foundations- $41,000 (This money was according to R.B. Fund info 'Toward work of project which will carry out recommendations from study that points out lack of knowledge about global interdependence and about relationship between international and domestic issues. Emphasis will be placed on information and educational programs to help funders become more familiar with and learn how to analyze opportunities for international grantmaking." Harlem Interfaith Counseling Service-$100,000. Private Agencies Collaborating Together - $25,000 ("encourages collaboration among private development agencies working in Africa. Asia, and Latin America...") Trilateral Commission - $240,000

## 8 SELECTED GRANTS IN 1984 OF THE ROCKEFELLER FAMILY FUND & ROCKEFELLER FOUNDATION****
ACLU -$15,000, AMERICAN HISTORICAL ASSOC. -$42,000, AMER. PHILOSOPHICAL ASSOC. -$57,500, CATHOLIC UNIVERSITY OF AMERICA -$25,000, CATHOLIC UNIV. OF CHILE - $224,200, COUNCIL ON FOREIGN RELATIONS -$165.000, NAACP- $100,000, POPULATION COUNCIL - $ 1,235,000, UNIV. OF NOTRE DAME - $25,000

Catholic institutions have been large recipients of grants from foundations connected to the World Order. The Catholic Church, the Episcopalian Church, and the Unitarian-Universalist Church are all playing big roles in the New World Order for the Satanists. One ex-Satanist has talked about visits that were made with the Pope and Vatican leaders, where the Pope dealt with this person as a member of the Illuminati. In other words the Pope was not in the Illuminati hierarchy, but he carries out transactions with them, and coordinates his actions according to their instructions.

We will now go into some depth on the six items above.

### 1. They provide a large share of the money that Seminaries in the United States need to operate.

The Union Theological Seminary has operated from Rockefeller funds.***** UTS hasn't been the only Protestant Seminary receiving Rockefeller funds, but it may be the best example of a seminary controlled by the Rockefellers.The Sealantic Fund stated under its purpose and activities, "Current interests are primarily Protestant theological education...... ******
The President of the Sealantic Fund when it operated was David Rockefeller, and Laurance (not Lawrence) S. Rockefeller was Vice-President. Steven C. Rockefeller was one of the trustees.

### 2. They provide a large share of the money that universities need to operate. Education influences the religious values of our people.

In 1952, Congressman Eugene E. Cox headed up a committee that for the first time tried to uncover the Rockefeller's (and other's) foundations' activities. For some reason, Cox encountered stiff opposition everywhere against his committee's investigation, and the Congressman for some reason got sick and died. One member of the committee, Congressman Carroll Reese, and his Counsel Rene Wormser attempted to continue the investigation. Rockefeller's henchmen and newspapers did their best to destroy Congressman Reese. The Reese investigation was given only the barest minimum of time and little resources for their investigation. However, they were still able to uncover that beginning in the 1930s vast sums of money were spent in Education by the Rockefeller and Carnegie foundations. This money went to promote John Dewey, Marxism, a One-World-Government agenda, and Socialism. The foundations (principally the Rockefeller and Carnegie) stimulated two-thirds of the total endowment funding of all institutions of higher learning in America during the first third of this 20th century.*******

2

The NEA (National Education Association was largely financed by the Rockefeller/Carnegie foundations. A 1934 NEA report advised, "A dying laissez-faire must be completely destroyed and all of us, including the 'owners', must be subjected to a large degree of social control." Reece Committee Counsel Rene Wormser wrote of the investigation, "...leads one to the conclusion that there was, indeed, something in the nature of an actual conspiracy among certain leading educators in the United States to bring about socialism through the use of our school systems..." They discovered that the Rockefeller foundation was the primary culprit behind the teaching of socialism in America's schools and universities and also behind the NEA's policies. Rene Wormser, Counsel for the Reece Committee reported, "A very powerful complex of foundations and allied organizations has developed over the years to exercise a high degree of control over education. Part of this complex, and ultimately responsible for it, are the Rockefeller and Carnegie groups of foundations." This was the situation in the 1950s when the Reece Committee briefly investigated. The Rockefeller-Carnegie groups have continued basically unopposed for the next 40 years in controlling education. One of the educational book producers is Grolier, Inc. Avery Rockefeller, Jr. sits on Grolier, Inc. board meetings. Another interesting board member is Theodore Waller who is the director of Grolier, Inc. He was a member of the International Book Committee of UNESCO. The Rockefellers maintain great influence in the United Nations.

### 3. They provide large grants to various religious organizations.

On Jan. 31, 1945, John D. Rockefeller addressed the Protestant Council of the City of N.Y. and told them that the answer to the problems Christianity was that Christianity needed to become "the Church of the Living God." Many listening that day, may not have realized that he and other top Illuminati consider themselves gods, and that the solution John D. was cryptically giving was for Christianity to serve him a living god. (Rockefeller, John D. The Christian Church- What of its Future? NY: Protestant Council, 1945, & 1917.)

### 4. Their influence and control helps determine who will get publicity in the major news magazines.

The Rockefeller family has enormous controls over various magazines and newspapers. Let us examine how the power of the press can be used in religion. One of the magazines that the Rockefellers have some control over is Time magazine. Time's board chairman, Andrew Heiskell was associated with David Rockefeller. Another Illuminatus of the 6th level1 Henry J. Fisher, ran McCall's Magazine from 1917 to 1956. The establishment's media boosted Anton LaVey's Church of Satan into prominence. The Jan. 31, 1967 New York Daily News ran a story about Anton LaVey performing the first Satanic wedding ceremony in America. The March 1970 issue of McCall's ran a nice story about the Church of Satan. Not only is LaVey's Church of Satan a publicity stunt to make Satanism more popular and to deflect criticism of real covert Satanism, the McCall issue makes Anton LaVey's church sound even better in the article than it is. (For those brainwashed folks who think that this free advertising for Anton LaVey was just for the sake of finding a good story for the Daily News and McCall, I can show you dozens of better juicier stories that never have seen the light of day--because they are contrary to what the Illuminati want people to hear. I won't argue that a story on Satanism may be interesting, I am pointing out that many other interesting stories don't get printed. Stories are selected by an editor, they don't just happen.) Finally on June 19, 1972 Time Magazine provided more coverage for LaVey with an article "The Occult: A Substitute Faith." Believe me, the sincere devout Christian groups haven't ever received such nice free publicity. I'm not referring to men like 33° Mason Billy Graham, who works for the New World Order and Knights Templar Mason Charles T. Russell, founder of the Watchtower Society who both received great press coverage. Another minor example, and I am pointing out minor examples because they occur many times during the course of year, is Van Daniken's UFO books. Lew Wasserman, head of MCA, which owns G.P. Putnam's Sons, is a member of the Rockefeller University Council. G.P. Putnam's Sons published Van Daniken's anti-Christian UFO religious theories. Cadence Industries own Marvel Comics. The men on the board of Cadence sit under David Rockefeller in places like the CFR. Is it any wonder Marvel Comics promotes the occult and heros like 'The Son of Satan'? Where does the

buck stop? You say that the Rockefellers don't control subordinates. Bear in mind, that many of the Rockefellers call themselves Baptists. If they are really Christians don't you think they could use their influence to stop such terrible things? The point is that the rottenness starts at the top. The rest of the pyramid has a hard time turning out O.K. when the top of the pyramid is dedicated to Satan. Rockefeller and Hearst worked together in their news monopolies. It was Hearst who promoted both books on Satanism and Billy Graham. (If you learn what I know--the two are not contradictory.) Hearst made Billy Graham who he is today by financially backing him and publicizing him. Rockefeller was supportive of Billy Graham's New York Crusade, and the Manhattan-Chase Bank helped Billy Graham out.

## 5. Their influence has contributed to various anti-Christian organizations being set up.

Maurice Strong is a good friend of the Rockefellers. He has been promoting Mother Gaia worship. David Rockefeller works with Maurice Strong and his New Age ideas. Reverend Moon from Korea has been very much loved by the Rockefellers. Moon calls himself Christ and is setting up a religion promoting internationalism. His religion is also a good testing ground for brainwashing/recruiting techniques that are being perfected by the NWO. The Rockefellers have been helping Moon, who also has his primary mansion in NY. Also of interest is that the prominent political figures that have endorsed Moon are those with ties to the NWO, and include Ted Kennedy, Mason Mark C. Hatfield, Mason Jesse Helms, & Illuminatus William F. Buckley, Jr. (See pg. 32-33 of The Puppet Master by J. Isamu Yamamoto.) A lesser known group is the Spiritual Frontiers Fellowship (SFF) in Independence, MO. Their address was Exec. Plaza, 10715 Winner Rd, 64052. They were founded in 1956. Just like Reverend Moon they claim to be Christians, but teach and practice other things. They teach and practice the occult. Two prominent men in SFF are Marcus
Bach and Gardner Murphy. They both have interesting backgrounds. Marcus Bach shows the touch of the Rockefellers. Marcus Bach, born in 1906, is director
of special projects for SFF. The Rockefeller Foundation granted him a fellowship in "research and creative writing" from 1934-36. Gardner Murphy was the consultant in
1950 for UNESCO in New Delhi to the Hindus of the Indian Ministry of Education. From '52-'68 he was director of research at the Menninger Foundation, Topeka, KS. (Yes, psychology is led mainly by occultists!) Menninger himself is a member of several environmental groups for the elite, an Honorary trustee of the Aspen Institute, a Freemason, member of ACLU, and a close associate of W. Clement Stone. W. Clement Stone in turn is also a Mason, a member of the occult American Society for Psychical Research, and the financial backer of the Menninger Foundation. The Federal Council of Churches was financed to a large extent by Rockefeller money. In my Be Wise As Serpents book I detail how the FCC was designed to destroy Christianity, how they carefully plotted to make the creation of the FCC look like a grass roots movement, when it was actually the creation of the elite (Illuminati). I further detail how the men who ran it were high ranking Masons, Socialists, and One-Worlders. Also shown is how they carefully manipulated the real gospel for their own devious ends.

## 6. They directly help control certain religious groups such as Lucis Trust.

David Rockefeller is part of Lucis Trust's management. Lucis Trust puts out the book Externalization of the Hierarchy by Alice Bailey which spells out The Plan for the Satanists and New Agers on how the spiritual Hierarchy (actually the demonic hierarchy) is to externalize their rule of the planet. The book gives quite a few of the details of the plan, and is used as a textbook for New Agers at the Arcane Schools in NY, London, and Europe on how the New Age/One World Religion/One-World-Government will be brought in. If anyone doubts the Rockefeller's commitment to Satan, read page 107 of Externalization of the Hierarchy. On page 107 Alice Bailey, President of the Theosophical Society and part of Lucis (formerly Lucifer) Trust, tells us who will rule when the New Age (New World Order) takes over. On the Earthly level--Humanity so to speak, the Ruler is given on page 107 as Lucifer. On the Spiritual level--called "Shamballa - the Holy City" the coming ruler is given as "the Lord of the World" which we Christians know as Satan. Lucis Trust knows it is Satan too, but for public consumption they say that the "ruler of the world" is Sanat (a scrambling of Satan) Kumara. They also predict there will be a Christ Consciousness and the Christ (actually the Anti-

4

Christ) The book Externalization of the Hierarchy teaches repeatedly (see pages 511-512, 514) that the 3 vehicles to bring in the New Age will be the Masonic Lodges, (obviously not everyone attends Lodges), next the Churches (this is clearly revealing to us that men like the Rockefellers are using the churches for the Luciferian plan of Lucis Trust), and finally Education (Well, of course education. Not everyone attends churches. They need a safety net to catch everyone in their brainwashing to make us all want to be happy slaves under the Light-bearer.) The home life of the Rockefellers is decidedly different than for most people. They have over 100 homes to stay at. The Rockefellers own vast tracts of good land in various countries in South America, and have nice homes in Brazil, Ecuador, and their Monte Sacro Ranch, Venezuela. They have two mansions in Washington, D.C. (at least), numerous ranches around the United States, resorts in Hawaii, Puerto Rico, and the Caribbean, a 32- room 5th Ave duplex in N.Y., not to mention their place at Seal Harbor, Maine, and the large estate at Pocantico Hills, NY. It is estimated that they have 2,500 house servants. Over the years, they have built up the reputation of being miserly with their help, and to each other. (I couldn't begin to know all about the Rockefellers, but I can give a sampling of some of the many items that surround the real lives of America's top Illuminati family.) Winthrop, who is homosexual,, enjoyed living in Arkansas with his black male friend. He reportedly had the world's largest porn collection. Winifred Rockefeller Emeny, Nelson's cousin, murdered her two children and committed suicide.

Michael Rockefeller died when he tried to bribe New Guinea tribesmen with large sums of money to go head hunt and make shrunken heads for him. The natives had given up head hunting and Michael couldn't sucessfully bribe them. Finally getting tired of Michael, the natives decided to head hunt Michael himself!

Many of the Rockefeller family have had troubled lives, filled with all kinds of fears and occult activities. It is known that the Rockefellers have frequently built many hidden tunnels and hidden rooms onto their buildings. They have developed their occult and worldly powers to the point they consider themselves gods. Their powerful often suffer violent ritual death as most high level Satanists traditionally go through. One who died in Arizona is known to have been cremated.

**ENDNOTES**

\* Walton, Ann D. and Marianna O. Lewis, Editors. The Foundation Directory Ed. 2. NY: Published by Russell Sage Foundation, 1964, p.584.
\*\* Lewis, Marianna 0. and Patricia Bowers, Editors. The Foundation Directory Ed. 4. NY: Columbia University Press, 1971, p.342.
\*\*\* Garonzik, Elan, ed. compiled by The Foundation Center. The Foundation Grants Index 13 Edition. NY: The Foundation Center, 1984, pp. 369-372.
\*\*\*\* Ibid., pp. 372-373.
\*\*\*\*\* Allen1 Gary. The Rockefeller File. Boring, OR: CPA Publishers, (reprint of 1976 edition), p. 47.
\*\*\*\*\*\* Walton, op. cit.
\*\*\*\*\*\*\* Allen, op. cit., p. 45

**PARTIAL BIBLIOGRAPHY**

**BOOKS:**

Allen, Gary. The Rockefeller File. Boring, OR: CPA Book Publishers, 1991. (reprint of 1976 ed.)
Bailey, Alice. The Externalisation of the Hierarchy. NY (866 United Nations Plaza!): Lucis Publishing Co., 1982.

Foundation Directories from 1964, 1971, 1984.

Josephson, Emanuel M. The Truth About Rockefeller 'Public Enemy No 1" Studies in CriminalPsychopathy. NY: Chedney Press, 1964.

Springmeier, Fritz. Be Wise As Serpents. Portland, OR : Fritz Springmeier, 1991.

**OTHER:**
Interviews--with ex-Illuminati Manuscript--from ex-high ranking Mason who strangely died (it was called a suicide) soon after completing his expose of the New World Order's elite.

**WHY AM I COVERING THE TOP 13 ILLUMINATI BLOODLINES?**
I have often been asked who are the Iluminati? Who are the people at the top of the conspiracy? Who are the generational satanic families? The illuminati consists of 13 magical and powerful bloodlines. There are also some other powerful bloodlines that are worth naming but if they are in the Illuminati they have blood ties to one of the 13 powerful lineages. About half of the Illuminati people I know have had their parentage hidden from them. Many of the those who still know who their real parents are, still do not know what bloodline they belong to until the Iiluminati chooses to reveal it to them. Most of the Illiuminati have MPD. When high level Satanists do not have MPD they very often emotionally break under the stress of the horrible blood rituals that are requIred. Recently, a non-MPD Satanist in Chicago emotionally broke and gave his life to Christ. (I have videos available of an interview of this man exposing Satanism.) One of the important lineages has remained secret untill 3 investigators named Lincoln, Leigh, and Bageant were spoon-fed leads and secrets. They put this into a book called "Holy Blood, Holy Grail." I recommend the book and the two books which are its sequels, because they show how just one part of the 13 lineages has kept itself secret and has taken immense power of all forms to themselves. In Southern Belgium there is a castle. (If any one is travelling there and wants to find the castle, I will show them on the map, and describe it.) This is the Mothers of Darkness castle. In that castle, is a cathedral and in that cathedral's basement a little baby Is sacrificed daily and Is coming to power. The pages are written almost round the clock. (This castle is also described in my Be Wise as Serpents book.) The history in that handwritten book would reveal the real facts behind the propaganda that the world's major news medias give the gullible public. The history as that book reveals it would tell people about how Abraham Lincoln was a descendent of the Rothschilds. Abraham Uncoin was the secret head of the Rosicrucians, a member of their 3 headed top counci. (I have seen the paper trail proof to these things about Lincoln to my satisfaction that these things about Uncoin are true.) Adolf Hitler was also a secret member of the Rothschild lineage. Hitler carried out blood sacrifices to open his mind up to high level demonic spiritual control. Rockefeller sold Hitler oil during W.W. II via Spain to keep W.W. II going longer. The history in that book mentions people that the "history books" given the public don't-- like Michael Augustus Martinelli Von Braun Rheinhold, the most powerful Satanist in the world a few years ago. Michael Augustus Martinelli Von Braun Rheinhold had 66 Satanic Brides. And that Satanic book in the Mothers of Darkness castle also mentions the Rockefeller bloodline. Only insiders are supposed to know the real history of what has taken place in human history. The real decisions and the real movers and shakers have been hidden from the public's eyes. What the public is given is a stage show where illuminati puppets parade around and make big speeches according to their script. Each of the 13 families has their own set of Mothers of Darkness. Each of the 13 families has their own secret Satanic leadershipKings, Queens, Princesses and Princes of Darkness. For instance, the Rockefeller family has people who are selected as Kings and Princes within their own bloodline in secret rituals. The Kings and Princes, Queens and Princesses are strictly bloodline. They secretly rule over an area of the world for their own bloodline. This is independent of the iiluminati's hierarchy which was diagrammed in the Jan 1993 newsletter. (my Newsletter from a Christian Ministry.) In the January, 1993 issue the Covens, Sisters of Light, Mothers of Darkness, and the Grande Mothers were diagrammed. The illuminati pulls its various bloodlines together under several councils. The Grande Druid Council or your Council of 13 is your principle council for the Brotherhood of Death. Above the Council of 13 is a higher Council of 9, and an inner group of 3 is believed to head that Council of Nine. How do we know about these things? The power of God has reached into the very heart of Satan's emplre and pulled out some of the most powerful Satanists and drawn them to Christ. There are several Satanists that were at the top which have managed to find Christ. in addition, some of the next echelon of the hierarchy, such as some of the Mothers of Darkness are also finding Christ. if someone wants to understand how and why decisions are made in world affairs and by who-- then you need to study the illuminati. The real answers do not rest with the proceedings of the Congress of

the United States or with the publicly known leaders of the Communist countries. An example of what I am talking, there is a book entitled "Who Financed Hitler" by James Pool and Suzanne Pool. I am always glad to see that some people are wiling to look behind the scenes. Believe me, there were people that Hitler listened to. They were the people he went to ritual with, and who put him into power.

## A CONTINUATION OF THE SERIES OF ARTICLES ON ThE TOP 13 ILLUMINATI BLOODLINES. ThE ROCKEFELLER FAMILY

### PREFACE.
The first article about the House of Rockefeller in this newsletter occurred in the Mid-Dec 1992 Vol. No. 13 Issue pp. 3-8. The primary focus of that article was to show how the family controlled large segments of the Protestant groups in the United States. A secondary focus of that article was to show the Satanic occult side of the family. An attempt will be made in this article not to rehash information given out in that earlier article. The Rockefeller family has been so busy and there Is a large amount of information that can be provided about them. Therefore my goal with this article Li to provide introductory information to the readership, and to qualify that what is written In this article Is but the basics of what should be written about the illuminati actIvities of this family. Much of my own material on the Rockefeller family was lost this year and I don't have the time to go back and research it again. Much of it involved the secret wheeling and dealing that went on behind the scenes to bring the Rockefellers into wealth and power. Some of the details also involved their manipulations to control about everything that the Rockefellers can find to control. Some of the research was on the occult activities of the House of Rockefeller.

### THE FIRST NOTORIOUS ROCKEFELLER.
The first notorious Rockefeller that researchers who are not working for the Rockefellers refer to is William Avery Rockefeller (1810 -1906?). William Avery Rockefeller was totally corrupt and lacked any type of morals. He was involved in the occult and practiced magic. He married a number of women around the country in bigamous relationships. He also had a number of mistresses, and a large number of sexual partners. He was charged with raping a women and escaped the state of New York to prevent being sent to Jail for it. He stole, lied, and abused his way through life. He wore the best of clothes, and he never lacked for money, including gold coins. Besides loving women, he loved gambling. And where did his money to gamble with come from? He made much of his money dishonestly. His life Is a carbon copy of other men who are known by this author to have been in the Illuminati. (The reader also needs to bear in mind that the Illuminati carries out a large number of secret occult marriages, which only insiders learn about.) One of his wives was Eliza Davidson (181349). She was an extremely cruel woman. Historians who have been bought off by the elite like to picture Eliza Davidson as a very pious woman. Although she had a religious front, there are a number of things in her life that show that she was not the paragon of virtue that the paid-for historians have made her out to be. When she married William Avery Rockefeller she moved in with him and his mistress.

### THE FIRST NOTABLY RICH ROCKEFELLER.
William Avery Rockefeller had many bastard children, and it can be imagined many children born for ritual or for the cult. His wife Eliza had six children for him and of those John Davison Rockefeller is the infamous one who brought the family into limelight. John D. Rockefeller in his lifetime became on of the most powerful men in the world. One of the most best kept secrets were his secret dealings with the other Illuminati families. The Payseurs and other Illuminati families are all intimately involved in the rise to power of the Rockefellers. The other factors involved in John D. Rockefeller's rise to power Is his utter ruthlessness. He was willing to do anything for power. John o. Rockefeller established the family in their principal estate at Pocantico Hills in New York. I have lost the exact figure, but over 100 Rockefeller families live at the private land of Pocantico Hills.

### A BRIEF SURVEY OF THE ROCKEFELLER'S INFLUENCE
The Rockefellers have divested much of their holdings into places which they control, but nominally

7

they are not owners of. The Rockefellers financial power Is far greater than the balance sheets would indicate. The Rockefellers can give donations from an organization which they control to another that they control, and not lose any control over the money. The donations look Impressive, but the Rockefeller bloodline hasn't lost. Have you ever noticed that Rockefeller's Standard Oil uses the satanic pentagram in a circle as their logo? Just three of countless Rockefeller companies are Texas Instruments and General Electric, and Eastman Kodak. The Rockefellers also control Boeing. This author (Fritz Sprlngmeier) has repeatedly been given information from numerous sources about the occult activities that are being perpetrated at the Boeing plants in the Seattle area. Monarch programming has even taken place at a Boeing Plant. All these things fit together when one gets the bigger picture and the inside scoop. The Rockefellers also control Delta. Has anyone realized that the Delta symbol is a very widely used satanic symbol? Is It any wonder so many Illuminati and CIA, and world financiers, and people like Chuck Coison (see the exposes on Chuck Colson in 93's newsletters) use Delta to fly on.

My notes are lost, hut suffice It to say the Rockefelllers own land all over South America. The Rockefellers own land most anywhere anyone would want to visit in the US. from Hawaii to Texas to Florida and Seal Harbor, Maine. Notice how often Bush would go to Maine when he was President? The Rockefellers have played a role in Lucis Trust and the United Nations. Interestingiy, you will notice that Prince Charles is the spokesperson for Lucis Trust and also works with the United Nations in various ways. Prince Charles Is from another satanic bloodline. Readers need to study my Be Wise As Serpents book to see how Lucis Trust fits into things. The Rockefellers were involved in the creation of the FBI, so that the FBI has always been an arm of power for the Illuminati. That is why there are official FBI programs in action today to kIdnap children and provide them for sacrifice. Yes, American people, the wolf was set in charge of guarding the chicken coop. The organization that is working as part of the FBI is the Finders. (The stink was so bad that US. News & World Report did a story to soften the impact of the scandal. See the article on a following page. Ex-Satanists who worked with the FBI to receive the children the FBI kidnapped and sold to them for sacrifice have been trying to get the word out publicly about the FBI's corruption. When the Illuminati was beginning to get exposed in the Franklin Saving & Loan case in Lincoln, NE the FBI was part of the dirty actors and was part of the cover up. The Rockefellers have had control over the FBI since they helped get it started. When Congress wanted to investigate the CIA for wrongdoing the appointed a Commission headed by Rockefeller to investigate the CIA's wrongdoings! Yes, the Rockefeller Commission did a big study and slapped the hands of the CIA for a few misdeeds. Their report is still cited as the big investigation of the CIA. Some investigation! Since the Rockefeller family work hand in hand with the CIA to create Monarch slaves, of course that part of the CIA's misdeeds got overlooked!

A recent convert from Satanism, Michael McArthur, has given validated inside information about the FBI and the CIA programs which kidnap children in order to supply Satanic rituals with sacrificial material. The names of the agents who spend their official government time kidnapping children for Satanism that Michael knows about are as follows:

Chucky "Mike," "Peters"-FBI hit man in Div, 5 of FBI, involved with inslaw case Nichol Harrah-- FBI agent who abducts children for sacrifice

Unda KriegSatanist working for FBI

Ken LanningFBI agent who abducts children for sacrifice

Nick O'HaraFBI hit man, satanist, has covered FBI child kidnappings by murder Kape RichardsonCIA agent who abducts children for sacrifice

Rather, than risk  election, a brilliant coup d'etat which Is exposed in Be Wise As Serpents. was carried out to put Nelson A. Rockefeller into the Vice-Presidency.

The Rockefellers control both education and religion in this country by their foundations.

The Rockefellers have played key roles in the CFR. Rockefeller wrote the book the Future of Federalism which supports the union of nations into a world government. For many years the Rockefellers have been pouring billions of dollars into projects and international groups which are working to bring in a public One-World government. (The world already has a secret One-World-Government.) The Rockefellers take part in decisions that effect Russia, China and other parts of Asla and with good reason, the House of Rockefeller has holdup and assets in these countries too.

The investigator of the Rockefellers will find that they have secretly had their hand in the politics of

8

the United States during the 20th century. The decisions and directions this nation has taken, are the result of countless orders which the Rockefellers have given to their underlings.

ALONG WITH THIS BRIEF LOOK AT THE ROCKEFELLERS, I HAVE INCLUDED
(not included here because not processed in plain text)

A - A BIBLIOGRAPHY BOOKS FOR FURTHER STUDY,
B - SOME PAGES SHOWING THE POCANTICO ESTATESES,
C - SOME PAGES SHOWING PUBLIC MARRIAGES OF THE ELITE.

**BIBLIOGRAPHY & SOURCES**

-books-Allen, Gary. Rockefeller. Campaining For The New Worid Order. Boring, OR CPA.

Collier, Peter & David Horowitz. The Rockefellers An American Dynasty. New York Holt, Rinehart and Winston, 1976.

Hoffman, William. David, Report On A Rockefeller. New York: Ly1e Stuart, Inc., 1971.

Josephson, Emanuel M. The Truth About Rockefeller "Public Enemy No. 1" Studies in Criminal Psychopathy New York: Chedney Press, 1964.

Mullins, Eustace. The World Order. Boring. OR: CPA.

other interview with an ex-Rockefeller Monarch slave.
interviews with ex-Illuminati and others who know things about the Rockefellers.

# Bloodlines of Illuminati

## Financial Wizzards

## &

## Wealthy Cults

## The Rothschild Bloodline

Two neighbor horse farmers came together one day to talk business. The first farmer sold his horse to the second for a quarter million dollars, and then bought it back for about $20 more. He could now advertise his horse (actually worth $20), as a horse he that he had paid over a quarter of a million dollars for.

We can laugh over such schemes. And perhaps we should laugh at ourselves for having been fooled, for if there is one area in life that exceeds the religious in deception, and touches all of us it is the financial. What else can we do about it except laugh? The famous poet Lord Byron describes the archtype of our two farmers in 1823, Who keeps the world, both old and new, in pain Or pleasure? Who makes politics run glibber all? The shade of Bonaparte's noble daring?

Jew Rothschild and his fellow-Christian, Baring. You'll learn about some other „neighbor horse traders" in this chapter too.

### ROTHSCHILD TALKS ABOUT THEIR DYNASTY

Lord Rothschild in his book The Shadow of a Great Man quotes a letter sent from Davidson on June 24, 1814 to Nathan Rothschild, „As long as a house is like yours, and as long as you work together with your brothers, not a house in the world will be able to compete with you, to cause you harm or to take advantage of you, for together you can undertake and perform more than any house in the world."(1) The closeness of the Rothschild brothers is seen in a letter from Saloman (Salmon) Rothschild to his brother Nathan on Feb. 28, 1815, "We are like the mechanism of a watch: each part is essential. (2) This closeness is further seen in that of the 18 marriages made by Mayer Amschel Rothschild's grandchildren 16 were contracted between first cousins.

### VISITING THE NATION THE ROTHSCHILDS BUILT

In 1974, in the summer after the Yom Kippur War this Author toured Israel, and got the chance to personally visit many of the buildings like the Knesset that the Rothschild's money has built. The Knesset is the Israeli equivalent to our Congress's Capitol building. One of the Rothschilds in his will left money for ongoing building projects in Israel, and the Rothschilds are honored with a Street named after them in Jerusalem.

The people of Germany and Turkey have been very close. I can recall meeting Turkish „Gastarbeiter" (guestworkers) in Germany. The reader will remember that Turkey fought on Germany's side in W.W. I. A few powerful Jews, including the Rothschilds were responsible for the wording of the Treaty imposed on Germany that ended W.W. I (3) The treaty gave the Rothschilds the German owned railway rights in Palestine (which had been part of the Turkish Ottoman Empire), thus paving the way for the Rothschilds to have a sure leverage to dictate policy concerning Palestine. The Rothschilds had made loans to Turkey which amounted to almost one hundred million pounds. When the Turkish government collapsed after W.W. I because they were on the losing side, the Rothschilds had a claim on Palestine because of those unpaid Turkish loans.[4] The British government followed the dictates of the Rothschilds. The British were given a mandate over Palestine, and the Rothschilds

were able to through their proxies in the British government, to create the steps that led to the nation of Israel.(5)

## THE ROTHSCHILDS AS "PROPHETS"

One item stands out as a person listens to the International Bankers and reads their books. They believe money is what makes the world go round. If you have money, you can do anything. Money is "God", and it is worshipped and served. Even after these families accumulate more than can be spent, these devotees continue selling their souls for this false but powerful god. The great poet-philosopher Heinrich Heine (a Banker's son) said, "Money is the god of our time, and Rothschild is his prophet."[6] Following the cue of the Rothschilds, Heinrich Heme, a Jew, signed his name by drawing a Seal of Solomon.[7] Amsel Rothschild is reported to have said, "Give me control of the economics of a country; and I care not who makes her laws. (8) Today his descendents meet twice daily in London to dictate to the world what the world price of gold will be. They also dictate what the "Federal Reserve System" will do with America's finances.

## ANOTHER GOD TOO

According to eye-witnesses, who were prominent enough to visit one of the British Rothschild homes, the Rothschilds worship yet another god too, Satan. They set a place for him at their table.(8a) The Rothschilds have been Satanists for many generations. The Rothschilds are an important part of the history of the Seal of Solomon (also known as hexagram, Magen David, six-pointed star, Star of David.) The Seal of Solomon, the hexagram, was not considered a Jewish symbol before the Rothschilds began using it.[9] Throughout the Middle Ages the Seal of Solomon had been used by Arab Magicians, Cabalist Magicians, Druid witches and Satanists. One of the few ancient uses of the symbol was on the floor of a 1,200 year old Moslem Mosque found where Tel Aviv is today.[10] In the twelve century an Ashkenazic Jew Menahem ben Duji, who thought he was the Messiah, used the magical symbol.[11] Because the Rothschilds were Satanists they adopted this powerful magic symbol in 1822 for their coat- of-arms. The name they adopted for their family actually comes from the fact that in the 17th century Mayer Amschel Bauer began hanging out a red hexagram in front of their house to identify it. Mayer Amschel then decided to take the name red-schield (Rothschild in German) after the red Seal of Solomon that they used. Alice Bailey in A Treatise On White Magic, p. 412, claims that the Hierarchy has a special group which she calls "the financial group" „controlling all that can be converted into energy, and constituting a dictatorship over all modes of intercourse, commerce and exchange." According the Luciferian Alice Bailey, the "financial group" is the latest group directed by the Hierarchy. In 1836 Zevi Hirsch Kalischer approached Rothschild and proposed Rothschild buy all of Erez Israel. It took many years for the Rothschilds to finally create Israel. The Rothschilds have been a primary force behind the creation of Israel, and so it is appropriate that the nation carries their magical Seal of Solomon as the state logo. The Ultra-orthodox Jews in Israel will not serve in the Israeli army because they know that Almighty God was not behind the creation of modern Israel, but rather the rich ungodly apostate Jews. They refuse to serve the ungodly. They are more wiser than men like Jerry Falwell who run around proclaiming Israel is God's nation. Men like Falwell are the type that this Author finds reference to repeatedly in Jewish documents that speak of their power within the Fundamentalists. God is ultimately in charge, he has allowed Hitler to come to power, Stalin to come to power, and the Rothschilds to come to power. In the same sense that God rules over and blessed Stalin's Russia, he rules over America and Israel. To twist scriptures about God seating the rulers and then to apply them to bless one Satanic secular communist nation and not another is inconsistent and not correctly using the Word of Truth. Some people object that the conspiracy of Power is labelled Jewish rather than Satanic by certain concerned citizens. This objection is valid-- however, will these objectors then take the obvious next step and admit the nation of Israel which the Rothschild's created is Satanic and not Jewish? But then who knows precisely why people do what they do? If you ask someone why he does something, he will give you one answer today, another tomorrow, and another the next day. Does he do what he does for a real reason, or a single motive? Perhaps to label the Power as only Satanic or only Jewish or only Masonic is to neglect the personal human dimension. This personal human dimension is godless. Being godless it fills that void, by pretending its men are gods. This brings us right back to the Gnostic religions and

Satan. Most Jewish people do not concern themselves with learning the occultic significance to their treasured Magen David (Star of David). King David did not have anything to do with the hexagram, although his son Solomon did when he began worshipping Ashtoreth (star, also known as Astarte, Chiun, Kaiwan, Remphan, and Saturn).[12] Solomon built altars to Star (Astarte, aka Ashtoreth). The god Saturn is associated with the Star but both Saturn and Astarte also been identified with a number of other names. Saturn is an important key to understanding the long heritage this conspiracy has back to antiquity. The city of Rome was originally known as Saturnia or City of Saturn. The Roman Catholic church retains much of the Saturn worship in its ritual. Saturn also relates to Lucifer.'[13] In various occult dictionaries Saturn is associated with evil. Saturn was important to the religion of Mithra, and also the Druids.

## CO-MASTERS OF THE WORLD --connections to JWs, Mormons, and Judaism

It has been said all roads lead to Rome. For this book, it could be said all paths of investigation lead to the Rothschilds. Charles T. Russell, in a 1891 letter to Baron (Lord) Rothschild, mailed from Palestine, outlined possible courses of action that could be taken to establish the Jews in Palestine. Russell's letters praised the Rothschild's money which established Jewish colonies in Palestine. Russell writes Rothschild, „What is needed here, therefore, next to water and cleanliness, is a good government which will protect the poor from the ravenous and the wealthy. Banking institutions on sound bases, and doing business honorably, are also greatly needed " Russell continues, "May the God of Jacob direct you, my dear Sir, and all interested with you in the deliverance and prosperity of Israel, and blessed will they be who, to any extent, yield themselves as his servants in fulfilling his will as predicted."(14) When the Mormon Church needed financing in the late 19th century, they went to Kuhn, Loeb Co.[15] To explain the Rothschild's control of Kuhn, Loeb Co. here is some background information. The method that the House of Rothschild used to gain influence, was the same that Royalty had used for centuries, marriage. The Rothschild children, girls and boys, have had their spouses chosen on the basis of alliances that would benefit the House of Rothschild, but since consolidating world power they generally have married cousins these last two centuries.'[16] Jacob Schiff grew up in the house that the Rothschild's had at 148 Judengasse, Frankfurt. Jacob Schiff came to the United States with Rothschild capital and took over control of a small jewish banking concern founded by two Cincinnati dry goods merchants Abraham Kuhn and Solomon Loeb. He even married Soloman's daughter. In 1885, Loeb retired, and Schiff ran the Kuhn, Loeb Co. for the Rothschilds until 1920 when he died.[17] During Russell's and Brigham Young's day, Lord Rothschild was considered the "lay leader of world Jewry."[18] Edmund Rothschild was President of the Jewish Colonization Assoc,[19] which was a major Zionist group. Amselm Rothschild indicated that his grandfather Amschel Mayer Rothschild had insisted in Clause 15 of his will to his children, "may they and their descendants remain constantly true to their ancestral Jewish faith."(20) However, the will has been secret and there is no way of knowing what it says. The Rothschilds have not remained true to the Orthodox faith. If this was actually what Clause 15 said then something is amiss. The Jewish world has showered the Rothschilds with praises, "The Rothschilds govern a Christian world. Not a cabinet moves without their advice. They stretch their hand, with equal ease, from Petersburg to Vienna, from Vienna to Paris, from Paris to London, from London to Washington. Baron Rothschild, the head of the house, is the true king of Judah, the prince of the captivity, the Messiah so long looked for by this extraordinary people... .The lion of the tribe of Judah, Baron Rothschild, possesses more real force than David--more wisdom than Solomon." (21) The Prieure de Sion-the Elders of Sion[22] also relates to the Rothschilds who are reported to serve on a jewish council of Elders of Sion.[23] The Rothschilds have "helped" the Jewish people the Rothschild's own way. For those who admire stinginess, the Rothschilds will be greatly looked up to. For instance, the extent of James Rothschild's charity in France to poor Jews was 5 francs (the equivalent of $1). Their dynasty has destroyed honest Jews along with Christians. Today, few dare criticize the Rothschilds.

## CO-MASTERS OF THE WORLD--connections to secret societies

The Rothschilds had played a major role in the Bavarian Illuminati, (25) and it is known that a least one of the sons of Amsel was a member. As the reader remembers, Amsel placed his sons in the major European capitals, where they each set up the principal banking houses. By their own secret

intelligence service and their own news network they could outmanouver any European government. (26) The large amounts of voluminous correspondence by Rothschild couriers attracted attention, (27) but no one ever stopped their personal intelligence and mail services. After the Bavarian illuminati were exposed, the central occult power over the European secret societies shifted to Carbonarism a.k.a. the Alta Vendita,(28) led by another powerful Rothschild, Karl Rothschild,[29] son of Amschel. In 1818, Karl participated in a secret document that was sent out to the head-quarters of Masonry from the Alta Vendita. The Masons were quite distressed when a copy of this was lost, and offered rewards to anyone who could return the lost copy. It was originally written in Italian. Its title translates „Permanent Instructions, or Practical Code of Rules; Guide for the Heads of the Highest Grades of Masonry."(30) The Masonic reference book 10,000 Famous Freemasons, Vol. 4, p.74, indicates two other sons of Amschel were Masons, James Meyer Rothschild, and his brother Nathan Meyer Rothschild. James Rothschild in Paris was a 33 degree Scottish Rite Mason, and his brother Nathan in London was a member of the Lodge of Emulation. And Jewish Freemason Katz indicates Solomon Meir Rothschild, a third member of the five brothers, was initiated into Freemasonry on June 14, 1809.(31) The Rothschilds became powerful within Freemasonry. We find the Saint-Simonians, the occult religious millenialist forerunners of communism, praising Baron de Rothschild in their magazine Le Globe, "There is no one today who better represents the triumph of equality and work in the nineteenth century than M. le Baron de Rothschild... .Was this Jew born a millionaire? No, he was born poor, and if only you knew what genius, patience, and hard work were required to construct that European edifice called the House of Rothschild, you would admire rather than insult it." Lionel de Rothschild (the de was added by the French Rothschilds) was involved with the first communist Internationale. The Mason Mazzini who helped start communism praised Rothschild, "Rothschild could be King of France if he so desired."[32] Adoiphe Cremieux, was a french Jewish Mason (see chap. 1.4 for his credentials). The Rothschilds gave at least £ i ,000 to Cremieux to go to Damascus with Salomon Munk, and Sir Moses Montefiore to win the release of Jews imprisoned there, and to convince the Turkish Sultan to declare the charges of ritual murder false.[33] According to the three Jewish authors of Dope, Inc. the B'nai B'rith was a spin-off of the Order of Zion and was organized as a „covert intelligence front" for the House of Rothschild. It is highly probable that the B'nai B'rith was used as a Rothschild intelligence cover. The Rothschilds are prominent in the Bilderbergers too. The Rothschilds were closely related to the Council of Foreign Relations (CFR). Although many people today would not view the CFR as a secret society it was originally set up as part of a secret society and it was kept secret for many years, in spite of its awesome power. Carroll Quigley, professor of International Relations at the Jesuit Georgetown University, exposed the Round Table Group with his book Tragedy and Hope.(34) The Rothschilds supported Rhodes to form De Beers. (35) Later, Rhodes made seven wills which established a secret society modelled after the Jesuits and Masons to help bring in a One-World- Government centered upon Britain, and the Rhodes Scholarships.[36] The inner group was established in Mar. 1891 and consisted of Rhodes, Stead, Lord Esher (Brett), and 33* Mason Alfred Milner.(33bb) A secondary circle of "potential members of the Circle of Initiates" consisted of the Jew Lord Balfour, Sir Harry Johnson, Lord Rothschild, Lord Grey and others. Initially, Lord Rothschild was part of the inner group of Rhode's secret society, but was replaced by his son-in-law Lord Rosebury who wasn't as conspicuous.[37] The Fabian Socialists dominated the staff at Oxford when the Rhodes Scholars began arriving. These scholars then received indoctrination and preparation to become part of an international socialist New World Order.(38) The Round Table Group developed from the inner executive circle of Rhode's secret society. The outer circle was established after the start of the 20th century. The Round Table Group was extended after W.W. I by organizing a front organization the Royal Institute of International Affairs. The Council of Foreign Relations was the American part of this front. The inner circle continues to direct the outer circle and its two front organizations RIIA and CFR. The CER in turn set up a number of fronts including the Institute of Pacific Relations (IPR).

**CO-MASTERS OF THE WORLD--management of the Catholic and Czars' wealth and the capture of the Orthodox Church's wealth.**

Early in the 19th century the Pope came to the Rothschilds to borrow money. The Rothschilds were very friendly with the Pope, causing one journalist to sarcasticly say "Rothschild has kissed the hand

of the Pope...Order has at last been re-established."[39] The Rothschilds in fact over time were entrusted with the bulk of the Vatican's wealth. The Jewish Ency., Vol. 2, p.497 states, „It is a somewhat curious sequel to the attempt to set up a Catholic competitor to the Rothschilds that at the present time (1905) the latter are the guardians of the papal treasure." Researcher Eustice Mullins writes that the Rothschilds took over all the financial operations of the worldwide Catholic Church in 1823.(40) Today the large banking and financial business of the Catholic Church is an extensive system interlocked with the Rothschilds and the rest of the International Banking system. The great wealth of the Russian Czars was entrusted to the Rothschilds, $35 million with the Rothschild's Bank of England, and $80 million in the Rothschild's Paris bank. The Rothschilds financed the Russian Revolution which confiscated vast portions of the Orthodox Church's wealth. They have been able to prevent (due to their power) the legitimate heirs of the Czars fortune to withdraw a penny of the millions deposited in a variety of their banks. The Mountbattans, who are related to the Rothschilds, led the court battles to prevent the claimants from withdrawing any of the fortune. In other words, the money they invested in the Russian Revolution, was not only paid back directly by the Bolshevists in millions of dollar of gold, but by grabbing the hugh deposits of the Czars' wealth, the Rothschilds gained what is now worth over $50 Billions.(41)

## CO-MASTERS OF THE WORLD--CONTROL OVER SATANISM & WITCHCRAFT

Chapter 2.11 gives the names of a Witchcraft Council of 13 which is under Rothschild control and in turn issue orders to various groups. One of the purest form of Satanism can be traced to the Jewish Sabbatain sect and its Frankist spinoff. The leaders of this up to the Rothschilds were:

Sabbatai Zevi (1626-1676)

Nathan of Gaza (16??-?)

Jacob Frank (1726-1791)

Rothschilds

**Three connections between Satanism, evil, and money.**

Money naturally attracts itself to evil. For instance, if a woman prostitutes herself she may receive a great sum of money, but who will pay her for keeping her virginity or her dignity? If you are a hit man a large amount of money is yours if you kill your target, who will pay you if you would miss your target?

Second, evil men believe in where there is a will there is a way, and they are willing to sell their souls for their God money. They will employ evil to gain money.

While most people are quite aware of these last two connections, a third may likely have escaped their attention. Thirdly, the principle group of men who cranked up International Banking were Satanists from the beginning. These Satanists now are the ones who run the Federal Reserve and are responsible for the creation of U.S. Federal Reserve notes. Just having total control over the supply of U.S. paper money almost gives them leverage over the world's finances, without mentioning they control the world bank. It is no accident then, that once they established world financial control, they would do all in their power to divide and conquer and destroy both the Christian and the Moslem faith in God. These powerful Bankers relate to faith in God as Cain related to his brother Abel. That they may be related to the Jewish people, does not mean they have the Jewish people's best interest at heart. Initially Sabbetai Zevi was rejected by many Jews. His sect gained momentum in second half of the seventeenth century in southeastern Poland.(42) In 1759-60, 500 Jewish Sabbateans „converted" to Christianity.[43] In 1715, 109 of the 415 Jewish families in Frankfurt were engaged in moneylending. The rest were merchants of various kinds. The concepts that Satanism holds to were a natural shoe in to justify for many of these Jewish bankers the type of behavior they were engaged in." (44)

**LONG-STORY SHORT**

Many divisions and battles between religious elements in the world have been encouraged and supported by the Power's wealth. Unfortunately, many have been fooled into thinking that being devout and faithful to God is the source of religious fighting. In some areas of the world, Moslems, Christians, and others have gotten along fine for centuries. Religious tensions do spring to some degree from within the religions themselves, but the fuel to keep those fires burning and to light up conflicts often come from the Power's wealth. An obvious example is the Iran-Iraq war.

**CO-MASTERS OF THE WORLD--CONTROL OVER W.W. I TREATY**

When Germany fell, not only did Rothschild agents draft the treaty, prepare the idea of the League of Nations, but Max Rothschild was one of 11 men who took control over Bavaria. Max Rothschild was a Freemason in Lodge No. 11, Munich, Germany.

**CO-MASTERS OF THE WORLD--connections to MI5, Rockefellers, J.P. Morgan, CFR, et. al.**

Victor Rothschild, who worked for J.P. Morgan & Co., and was an important part of MI5 (British Intelligence). Victor Rothschild was also a communist and member of the Apostles Club at Cambridge.[45] Lord Rothschild was one of the original members of Rhode's Round Table group which developed into the CFR. It was the Rothschilds who had financed Cecil Rhodes, beginning in Africa. The Rothschilds' have several agents which their money got started and who still serve them well, the Morgans and the Rockefellers. The Rockefellers were Marrano Jews. The original Rockefeller made his money selling narcotics, (they weren't illegal then). After acquiring a little capital he branched out in oil. But it was the Rothschild capital that made the Rockefeller's so powerful. "They also financed the activities of Edward Harriman (railroads) and Andrew Carnegie Steel."(46)

**CO-MASTERS OF THE WORLD--Power within Christendom**

The Rothschilds also wielded much influence and power not only in Secret Societies, but also in Christendom's churches. The Salvation Army under the suggestion of the Rothschilds adopted the Red Shield (Roth-red Schild-shield) for their logo. One history of the Rothschilds remarks, "The Rothschilds had rapidly propelled themselves into a position of immense financial power and political influence. They were an independent force in the life of Europe, accountable to no one and, to a large extent, reliant on no one. Popular lampoons depicted them as the real rulers of Christendom..."(47) Some of the Rothschilds have been involved in the campaign to loosen public morals. The first executive Secretary of the National Student Forum was John Rothschild. This National Student Forum changed its name like articles of clothing. Speaking about clothing, one of the aims of this Socialist group was to promote public nudity, and free love. This organization had the following constituent groups Radcliffe Liberal Club, Union Theological Seminary Contemporary Club, Yale Liberal Club"(48) to name just a few. A further development of this was the Youth Peace Federation which consisted of the League of Youth of Community Church, Methodist Epworth League, NY District, Young Judea, and Young People's Fellowship of St. Phillip's Parish[49] to name a few. American religious men have ties to the Rothschilds especially through their various agents.

Harry Emerson Fosdick, who was Pastor of Rockefeller's church was also among the Presidents of the Rockefeller Foundation. John Foster Dulles, CFR, was chairman of the board of the Rockefeller Foundation, and married a Rockefeller, Janet Pomeroy Avery. Remember John Foster Dulles was an important Federal Council of Churches of Christ official. (See chap. 2.9) Every road leads back to the Rothschilds. There are more items than what have been mentioned above linking the Rothschilds to the various tenticles. Each of the various tenticles that conspiracy theorists have put forth,--the Jews, the Masons, the Intelligence Communities, the International Bankers, the Prieure de Sion, the Catholics, the Trilateral commission, the CFR, the New Age, the Cults-- each ties back to the Rothschild's power.

**EXTENT OF ROTHSCHILD POWER**

According to one source "it was estimated that they controlled half the wealth of the world."(50) The Federal Reserve Bank of New York was controlled by five banks which owned 53% of its stock. These five banks were controlled by Nathan M. Rothschild & Sons of London. Control over the U.S. Fed is basically control over the world's money. That fact alone shows how immense the Rothschild Power is. If one examines who has been appointed to head the Fed, and to run it, the connections of the "Federal" Reserve System to the Rothschilds can further be seen. Another private enterprise using the name Federal that the Rothschilds also direct is Federal Express. Any one else might be taken to court for making their businesses sound like their are government, not the Rothschilds. It is appropriate for them to appropriate the name of Federal, because by way of MI6 via the CIA they instruct the U.S. government. Senators are bought and paid off by their system, as investigators of the BCCI are discovering. The Rothschilds have been intimately involved in witchcraft and the Illuminati since its early known history. The Kaiser of Germany seems to refer to them when he said, "the magic powers of money as wielded by the Lord of Lucre are powers of Black Magic at its blackest."[51]

If only half of the wealth is controlled by the Rothschilds, it indicates that if they are to be part of the world's rulership, they must have allies.

## ALLIES

The Rothschilds and Rockefellers are only two of thirteen controlling families of the Illuminati. (52) Two Jewish families that appear to be prominent are the Oppenheims and the Oppenheimers. A. Oppenheim was situated in Cologne. The Oppenheimers were early members of the Bavarian Illuminati. The Bund der Gerechten (League of the Just) was an illuminati front run mainly by Jews who were Satanists. This Bund financed in part by the Rothschilds paid the Satanist and Mason Karl Marx to write the Communist Manefesto. The Jew Gumpel Oppenheim was in the inner circle of the Bund. His relative Heinrich Oppenheim masterminded the communist revolution of 1848 in Germany. The Communist Party's official histories even accept the Bund as the predecessor of Communism.

The Oppenheimers apparently are close to the Rothschilds. J. Robert Oppenheimer of the CFR was exposed as a communist. Harry Oppenheimer, an international banker, is chairman of the Jewish De Beers world-wide diamond monopoly, and chairman of the Anglo-American Corp. Oppenheimers can be found in important financial positions in the U.S. They help run around 10 large foundations, including the Oppenheimer Haas Trust of NY for the care of needy Jewish children.

The Jewish Ency. Vol. 2, p. 496 indicates other Jewish families "adopted the Rothschild plan." These were the Lazards, Sterns, Speyers, and Seligmans. The Rothschild plan was to place family members in the 5 largest European capitals to coordinate their activities. One of Germany's largest magazines is the Stern, and Ernst Stern is second-in-command of the World Bank."(53) The Jewish families that established the Frankfurt Judenloge (this was the Masonic lodge the Rothschilds belonged to in Frankfurt) included the Adlers, Speyers, Reisses, Sichels, Ellisons, Hanaus, Geisenheimers, and Goldschmidts. Isaac Hildesheim, a Jew who changed his name to Justus Hiller is credited as being the founder of this Frankfurt lodge. Michael Hess, principal of the Reformed Jewish school Philanthropin was an important figure in the lodge too, as was Dr. Ludwig Baruch (later Borne) who joined in 1808. Most of these Frankfurt Jewish Freemasons engaged in commerce.(54) Those Freemasons from 1817-1842 were the leaders of the Frankfurt Jewish community.[55] A gentile Mason in Frankfurt Johann Christian Ehrmann began warning the German people that the Frankfurt Jewish Masons wanted a world republic based on humanism. In 1816 he came out with a warning pamphlet Das Judenthum in der M[aurere]y (The Jews in Masonry). A powerful ally of the world's jewry can be seen beginning with men like Oliver Cromwell, who was considered a Mason.

Cromwell was financed by Jews, and helped the Jews gain power in England. Cromwell was willing to go along with the Jews, because he became convinced of British Israelism. Since the core of the conspiracy of power is Jewish, the attitude of those allied with it hinges on their attitude toward the Jewish people.

The religious idea that the British people are descended from the tribes of Israel doesn't automatically place people into the camp of the conspiracy. Some of the British-Israelites realize that the so called Jewish people in general have no claim over the promises of God. For that reason, they realize that it is not the Christian duty to bow and scrape at their every move. When Christians can be arrested in Israel and abused, and Christians will not even stand up for their own kind, we can see how much hold the idea of the "Chosen Race" theory has over Christendom. Some of the British Israelites such as the Mormons, the old New England wealthy families such as make up the Order, some Masons and New Agers, and the non-Jewish members of the Priuere de Sion are collaborating with the One-World-Power. The anglican church which is run by the Freemasons is strongly British Israelistic.

## SORTING OUT THE VARIOUS IDENTITY GROUPS

In contrast, a hodge-podge of groups which are opposed to the conspiracy like some Neo-Nazi groups, and various Churches unrelated with them are also believers in British Israelism. These various groups are sometimes all lumped together as the "Identity" movement, which is misleading because of their vast differences. It is important to diferentiate between those groups that are trying to approach things from a Christian perspective and place themselves under the authority of God, and those who are setting themselves up under the New Order's authority, or under their own authority.

## CO-MASTERS OF THE WORLD- The Media

Eustice Mullins has published his research in his book Who Owns the TV Networks showing that the Rothschilds have control of all three U.S. Networks, plus other aspects of the recording and mass media industry. It can be added that they control Reuters too. From other sources it appears CNN, which began as an independent challenge to the Jewish Network monopoly, ran into repeated trickery, and ended up part of the system. Money from B.C.C.I., (B.C.C.I. has been one of the New World Orders financial systems for doing its dirty business such as controlling Congressmen, and is involved with INSLA, the Iran-Contra Scandal, Centrust, and other recent scandals) which has tainted so many aspects of public power in the U.S. has also been behind CNN. Perhaps nothing dominates the life of some Americans as does the television. Americans sit themselves before the television set and simply absorb what it projects to them. On a day to day basis the biggest way the Rothschilds touch the lives of Americans are the three major networks which are under Rothschild direction. To illustrate this we will examine who run the networks. This list is not current, and no attempt was to provide that. The length of writing a book insures that some material will be dated anyway.

## THE ROTHSCHILD'S HISTORY BY A JEWISH WRITER RELATED TO THE ROTHSCHILDS

Jewish writer Anka Muhlstcin wrote a book Baron James The Rise of the French Rothschilds. I prefer paraphrase and make short quotes from her book, because I am trying to document for the reader the mindset and history of thc Rothschilds. Anka Muhlstein has nothing against the Rothschilds, so it will be easier for the reader to accept what shc says about them than from me. I can't require the reader to read her book, but I can try to summarize some of the appropriate thoughts. Other books also relate many of the things Anka does, but again if I write a footnoted article, it will not carry the weight as my paraphrase will. The reader is recommended to read the book first hand if he has the time and is interested in the details of James' life. The Jews in the 18th century were restricted to living in Ghettos. Mayer Amschel Rothschild lived in the Frankfurt ghetto. (p.22) The Jews were repressed by outsiders. (p.23) They lived in geographically isolated and self-contained communities (p. 24). The Jewish communities in Europe used a secret relay system between all the Ghettoes. Hebrew characters were one effective code. (p.24) Because of the persecution and repression, the Jewish communities were very tight- knit and highly organized. (p.23) They were deeply hostile to the Christian people. Christians had restricted their own people from money-lending with interest, so lending money on interest had become a Jewish enterprise. The German princes of Thurn and Taxis in the 16th century initiated a postal service. Mayer Amschel loaned them money. (p.21) "Certainly they [the Rothschilds] discovered the latitude that the Thurn and Taxis allowed themselves in unsealing letters, possibly divulging their contents, and according to their own interests, delaying or

accelerating delivery. "(p.22) When it profited Mayer Amschel, he would hire Christians, but in general his business and banking were conducted by his close knit family. For instance Mayer Amschel hired a young Christian woman to write his letters for him. (p. 25) Mayer Amschel Rothschild and his family were wholeheartedly Jewish. (p.27) Mayer Amschel Rothschild picked his sons' wifes for the business gains the wives would bring the family. The oldest son was not happy with this (actually he was bitter because he was denied marriage to the woman he loved), but he complied with his father's choice. (p.26) Amschel's daughters all married bankers--in Worms, Sichel, and Beyfus. (p.26) Mayer had ten children and they were all employed in the family business. (p.25) The Jews were taught from childhood up, that the Christians were to blame for all their woes, and that the Christians were to be feared and detested. (p.24) Mayer Amschel had secret, underground passages. (p.22) His carriage was honey-combed with secret drawers. (p.27) The Napoleonic War greatly helped the Rothschild business. (p. 27) Rothschild even outsmarted Napoleon--because the Rothschilds had such good connections. (p.38) The Rothschilds smuggled during the English blocade of Napoleon's Europe, and made millions. (p.33) "The Rothschilds changed course constantly during this period, always manuevering to avoid any kind of political commitment. "(p.34) One of the things Mayer Amschel set up, was to disperse his 5 sons to the major capitals of Europe. Anka attributes the respectibility of Jewish money lending to the help it gave merchants and entrepreneurs. [See chap. 3.2 -this Author's view is that merchants had been borrowing for centuries prior to interest taking becoming acceptable by society in the 19th century. It was greatly in part due to who owned and controlled the major newspapers in the 19th century--Jews and Masons--that led the public to change.] "The obligation to reimburse a loan and to pay interest became less onerous to men whose affairs had flourished as a result of the borrowed money. The Jewish lender ceased to be a bloodsucker; often, indeed, he became an associate of the borrower." (p.31) [The Bible says a borrower is a slave to the lender, hardly an association to be desired.] The business of financing Monarchs was lucrative. The Rothschilds had developed several traits in the ghetto that made their family hard to stop. "The great gift the Frankfurt ghetto bestowed upon him [James Rothschild] was adaptibility, a quality matched by the driving force of his ambition, his prodigious energy, tremendous powers of concentration, and determination to get even [with Christians]. James set out to make his place in the world." (p.40) The five Rothschild brothers, each in the five major European capitals set up their own private courier system which was faster than the regular mail. (p.47) The Rothschilds had news whether political or economic faster than anyone else including the monarchs. "Thus the Rothschilds had news before anyone else, including ministers [govt.]; they also understood how to make use of it." (p.47) [Somewhat akin to how money could be made off of knowing the future.] The Rothschilds nomal correspondence to each other was in code.(p.46) Their world was one of finance, politics and secrecy. In the anti-Napoleonic time period, the Rothschilds increased their wealth ten-fold. (p.47) "...James. He enjoyed, moreover, a rock-solid strength and stability, built up by his family, that family simultaneously closed tight like a fist, united by mutual confidence and an invisible wall of secrecy, yet wide open to the outside world. Such was the cohesion of the Rothschilds that the removal of one or more of them left no gap in their common defenses."

The Rothschilds carried out espionage with their own intelligence service, and other questionable subversive activities but none of these could be tracked. "Whenever Mayer Amschel and his sons were on the verge of being caught out, some highly placed person stepped in and stopped the investigation." (p.36)

The made their money doing technically illegal activity. The original large sum of money made was to take the Elector of Hesse's large sum and instead of investing it into government bonds as directed--to put it to use at investments of higher returns, and giving the elector the return from the government bonds. Anka writes, "The Elector was never the wiser, but even if he had been, he could hardly have complained of disobedience." (p.34) In summary, the Mafia-like closeness of the Rothschild family, along with their tactic to situate themselves in all the major capitals, along with their own quick secret personal news/intelligence/mail service gave them the contacts and the power to manipulate all kinds of business opportunities.

1. Lord Rothschild. The Shadow of a Great Man. London: 1982, p.6.

2. Wilson, Derek. Rothschild The Wealth and Power of a Dynasty. NY: Charles Schribner's Sons, p. 101. Source of quote given in the book.

3. Armstrong, George. Rothschild Money Trust. CPA reprint of 1940 ed., pp.66-88. Also in this vein read Mullins, Eustice. The World Order. pp. 31-33 and other sources too.

4. Darms, Anton. The Delusion of British-Israelism. N.Y.: Loizeaux Brothers, pp. 186-187.

5. Darms, op. cit., plus there are numerous other accounts of how Israel was started with British help, and one has to simply see who did it and their Rothschild connections.

6. As quoted in Sampson, Anthony. The Money Lenders. Middlesex, Eng.: Penguin Books, Ltd., 1985, p.37.

7. Encyclopaedia Judaica, p. 696.

8. Mohr, Gordon. The Hidden Power Behind Freemasonry. Burnsville, MN: Weisman Pub., 1990, p. 154.

8a. Various high-ranking Satanists that the power of God has pulled out of Satanism have said they were eyewitnesses to Satan appearing at the Rothschilds. What they witnessed when Satan showed up at the Rothschilds was that Satan appeared as an extremely beautiful man, except his hoofs would be cloven. He would wear a black tuxedo to gamble and play cards (winnings were sexual victims) and a white tuxedo when coming only to socialize.

9. An excellently researched book by a Christian journalist of Jewish ancestry is The Six-Pointed Star by O.J. Graham. New Puritan Library, 1984. This book covers the satanic/magic history of the Seal of Solomon before its modern Jewish use. The book shows how the symbol was not a Jewish symbol until recent times.

10. Goldberg, M. Hirsch. The Jewish Connection. NY: Stein & Day, 1976, p.197.

11. Koestler, Arthur. The Thirteenth Tribe. NY: Random House, 1976, pp. 136-137.

12. The Satanic star is refered to in Acts 7:43, in Amos 5:25-26. "The shield carried by King David.. .was traditionally believed to be engraved either with the name of God or the Menorah, or Psalm 67." Siegel, Richard and Carl Rheins. "Metamophoses of a Tree; 10 Jewish Symbols and Their Meanings," Jewish 44 Almanac. New York: Bantam Books, 1980, p. 515.

13. Hall, Manly P., 33°. Masonic, Hermetic, Qabbalistic & Rosicrucian Symbolical Philosophy. l7ed., L.A.,CA: The Philosophical Research Soc., 1971, p. CXLV.

14. WT Dec. 1891, pp.170-71 See also WTR p.1342. C.T. Russell's letter was sent by him from Palestine in Aug., 1891 to Rothschild.

15. Taylor, Samuel W. Rocky Mountain Empire The Later-Day Saints Today. NY: Macmillan Pub. Co., Inc., 1978, p.66.

16. Read Wilson, Derek. Rothschild, The Wealth and Power of a Dynasty. NY: Charles Scribner's Sons, 1988.

17. Mullins, The World Order, p. 11.

18. Wilson, op. cit., pp. 338-339.

19. ibid., p.338

20. The Reign of the House of Rothschild, p. 405.

21. Muhlstein, Anka. Baron James, The Rise of the French Rothschilds. NY: The Vendome Press, (n.d.-c.1980) .

22. Baigent, Leigh, Lincoln. Holy Blood, Holy Grail. pp. 190-199.

23. Various references. For instance, Armstrong, The Rothschild Trust, p. 196, "That is the present objective of Jeroboam Rothschild and his secret Elders of Zion."

24. Wilson, Derek. op. cit., p. 45.

25. William Still writes, "In 1782, the headquarters of illuminized Freemasonry was moved to Frankfurt, the stronghold of German finance, and controlled by the Rothschilds." Still, The New World Order, p. 82.

26. Muhlstein, Anka. Baron James, The Rise of the French Rothschilds. 'p.47. She describes how their private courier system was faster than the regular mail.

27. Corti, Count Egon Caesar. (trans. from German by B.& B. Lunn). The Rise Of The House Of Rothschild. Boston: Western Is., 1972, p.278cf. pp. 386-389.

28. Miller, Edith Star. Occult Theocracy. chap on Carbonarism, pp. 427-438 is a start in learning its importance.

29. Mullins, op. cit., p.2.

30. di Gargano, Michael. Irish and English Freemasons and their Foreign Brothers, 1878, p. 62.

31. Bruell, Geschichte, p. 24 as quoted by Katz, Jacob. Jews and Freemasons in Europe 1723- 1939. (trans. by L. Oschry) Cambridge, Mass.: Harvard University Press, 1970, pp.61, 248

32. Mullins, op. cit. p. 3.

33. Muhlstein, op. cit. p. 125

34. Carroll Quigley's book was very enlightening on the New World Order except that it leaves out the Catholic Church and the Jesuits' participation, at a time that their participation was increasing dramatically. In other words, Quigley's book must be taken with a grain of salt, it would be a mistake to believe it to be infallible or unbiased.

35. Le Sueur, Gorden (Rhode's confidential secretary). Cecil Rhodes The Man and His Work.

London: John Murray, 1913, p. 10.

36. Aydelotte, Frank (co-fndr CFR and Amer. Sec. to Rhodes Trustees). American Rhodes Scholarships. "The model for this proposed secret society was the Society of Jesus, though he mentions also the Masons."

37. Allen, Gary. Nixon's Palace Guard. Boston: Western Islands, 1971, p. 9. cf. Quigley. Tragedy and Hope.

38. Martin, Rose. Fabian Freeway. Boston: Western Islands, 1966.

39. Wilson, Derek. Rothschild The Wealth and Power of a Dynasty, p. 101. The source of the quote is given in the book.

40. Mullins, Eustice. The Curse of Canaan, p.125.

41. Mullins, Eustice. The World Order, p.5.

42. Friesel, Evyatar. Atlas of Modern Jewish History. Oxford: Oxford University Press, 1990.

43. ibid.

44. Mohr, op. cit. p. 118.

45. Read Mullins, The World Order.

46. Still, op. cit. p. 136 quoting Griffin, op. cit. p. 37. See also Mullins, op. cit., p. 11.

47. Wilson, op. cit., p. 92.

48. pamphlet published by The American Defense Society Inc., 154 Nassau St., NY.

49. Peace Militant. NY: The New History Foundation.

50. Griffin, Des. Descent into Slavery. S. Pasadena, CA: Emissary Publications, 1980, p. 52.

51. England Under the Heel of the Jew. London, 1918, pp 60-2.

52. Confidential interview with those who were recently in the illuminati hierarchy.

53. Smith, Gary. Land of the ZOG. Portland, OR: VuePoint, 1989, p.58.

54. Katz, Jacob. Jews and Freemasons in Europe 1723-1939. Cambridge, Mass. Harvard University Press, 1970, p.60.

55. ibid, p.92

## WHERE DOES NAZISM FIT INTO SATAN'S PLANS?

Let me briefly recap what some of the plan was . And while you read these plans that I am relaying to you from my intensive research on high level Satanism, see if you don't see the irony in the Satanic plans . How very ironic it is that in all the twisted thinking and reasoning of the leading Satanists for why they must do things, it is surprising they do not catch on that this plan of Satan's is going to achieve God's revealed plan . How pride does blind us! (For the sake of brevity I will dispense with my normal method of documenting everything; I suggest that my book Be Wise As Serpents be read for documentation, and further questions be written to me . Otherwise this article would be way to bulky for the newsletter.) The "brilliant" plan given in detail to the Illuminati was to create a thesis and its opposite called the antithesis . The process would repeat itself until the desired outcome . Out of the battle between the two would emerge the synthesis . Out of the battle of chaos would come a

new order reminding us of the Masonic slogan "Order out of Chaos." If the thesis were like a hammer and the antithesis like an anvil, what was caught in between would be broken or reshaped . Three world wars would enable the plan to work. The hammer would be constructed and then given a homeland, a secure base in Russia . It is what we call communism. The first anvil would be created out of economic chaos in Germany . It would be called National Socialism . That anvil would be destroyed in a Second World War, but another anvil would replace it called democracy. The first two world wars accomplished exactly what they were intended to accomplish. Out of the first world war came:

(1) A secure Satanic dictatorship in Russia, a secure base to carry out further world subversion.

(2) The Satanic family of Rothschilds gained partial control over Palestine, preparing the way for Satan to rule from Jerusalem some day

(3) Weapons of mass destruction and terror.

(4) The League of Nations.

Out of the second world war came

(1) The enlargement of their secure base in Russia into a world power.

(2) complete control over Palestine by the Rothschilds.

(3) airpower, including long range missiles, jets, secret flying saucers, and powerful submarines, all items that individuals could not produce . Those in control of production would therefore control all air and sea ways of the earth.

(4) The cold war and an era of terror to convince the people of the need for Satan's One World Order.

(5) the United Nations .

Out of the third world war would emerge a new religious system . The third world war would have to be tailored to be like the Bible's Armaggeddon, Satan told his highest slaves, because- if it resembled Armaggeddon, then the people would believe he was the Messiah when he came after its end . It would have to be terrible, so that he could step in and bring miraculous order out of a world beaten into chaos by the worst war in history. Again it would be "Order out of chaos", as the Masonic documents repeatedly proclaim. The third world war would come during a period of seven years of tribulation starting in 1992 and running until 1999. Just like the Second World War emerged out of the great world-wide depression. Satan told his followers this 1992-99 tribulation would repeat on a larger scale the plagues of Egypt, for he would wreck revenge for what was done to Egypt by God (and Moses) by giving back in a bigger way to the world what happened to ancient Egypt . To a demonic controlled mind it makes sense to wreck such revenge, especially when the end result is held out to be the salvation of the world by the Lightbearer, the Morning Star, also known as Lucifer. For most of us, the idea of such pain and destruction seems like demonic madness- - which it is .

At the core of the One-World-System is Satanism. It hides itself behind fronts such as Jewish Finance, Socialism, Aryanism, British Israelism, Zionism, and Freemasonry which are tools to get the broad masses to serve the Plan. The "conspiracy" to create the One-World-System has enlisted the help of almost everyone. That is because most of the religious systems at the top are controlled by Satanists who know what they are doing and direct the people's religious efforts. (Read the research in Be Wise As Serpents for the documentation on this.) Nazism was a Pagan Gnostic religious system whose High Priest Hitler knew what he was doing in relation to Satan's mission. (More about this further down.) The Jewish people (1 use the term in its broadest sense) are being used. Actually the allegiance of the Satanic hierarchy is not in the least concerned with Judaism, although it appears that at first the plans are to create a religious leader that will have the apparent credentials of the Jewish messiah. How sad, because the actions of the Rothschilds and other Satanic "jewish" bloodlines

during W.W. II show that their first allegiance is not to the Old Testament and not to even Orthodox Judaism, but is purely to Satan. At some point in the future the Orthodox Jews and the Conservative Jews will find that this Messiah, who is already alive waiting to play his role, will only give them temporary relief. They are being taken for a ride and then they will be dumped by the New World Order's dictatorship.

Constance Cumbey correctly notices that the New Age movement resembles Nazism exactly to a T . For those students wanting to get a detail by detail parallel go to pages 114 to 120 in The Hidden Dangers Of The Rainbow.

In 1952, James Larratt Battersby in England published The Holy Book of Adolf Hitler for the German World Church in Europe . Except for some of his pro-German ideas, obviously thrown in to make the book enlist the intended audience's favor, the book is an exact description of what would happen in the next 50 years to bring in the New World Order. The reason some of the prognostications of pro-German ideas are not valid is that the Satanic hierarchy is not really concerned for the German people either, except to harness their help in their plans . Batterby's Holy Book of Adolf Hitler was given to him "in the spirit" . According to Battersby the book was written in order that "May God open the eyes of the Gentiles to Truth, and carry his Holy Gospel to the ends of the earth" . The book is an excellent synopsis of what Satan had planned in 1952 and has carried out since to a large degree. The Rothschilds (and other top Satanic families in a lesser way) financed a jewish Mason and devote Satanist named Karl Marx to write his Das Kapital . The Satanists controlling key Masonic groups (along with some other groups they controlled) got Communism started. The original idea came from Satan, and was given at a Feast of the Beast in meticulous detail to those highest in the Satanic Hierarchy . Albert Pike, and Guiseppe Mazzini were two men in strategic positions of control that were let in on the plans.

After creating International Socialism (communism) a temporary antithesis was created called National Socialism (nazism). The process to create National Socialism was to turn again to the Masonic Lodges and other esoteric secret Societies to get it done. Therefore, the secret esoteric gnostic and satanic societies along with the Illuminati helped create "the Thule Gesellshaft" (in English the Thule Society) . Adolf Hitler was some type of member of this occult Thule Society, along with many other men who later began leading Nazi leaders such as Rudolf Hess. The Thule Society used the Masonic/Hindu symbol the Swastika, which the Nazi party then also used as its symbol. In other words the grandmother of the Nazi Party was the Masonic Lodges in Germany. The Vril was another secret occult group that many of the Nazi leadership belonged to. Hitler also was a member of the Theosophical Society, which has strong Satanic and Masonic ties. Both Bailey and Hitler studied from Tibetians, Hindus, occultists, and black magicians. They also both studied the Gnostics, and every major Pagan/Occult religious system. A example of how valued the Swastika was for Freemasons before Hitler ruined its image, is a quote from Joseph Fort Newton, a Baptist Minister and high ranking Mason, "The second of these volumes also contains an essay. . . by Thomas Carr, with a list of Lodges, and a study of their history, customs, and emblems- -especially the Swastika . Speculative Masons are now said to be joining.., seeking more light on what are called the Lost Symbols of Masonry." After promoting and using the Swastika for years the Freemasons quit using it after Hitler. The Holy Book of Hitler provides the answer as to why the Theosophical Society worked so hard to destroy the British Empire. It had always at first mystified me why the Theosophical Society Presidents who connected to the Satanic hierarchy would want to ruin the British Empire. The reason it seemed strange is that the mother country of Satanism and Witchcraft is Great Britian. The center of secret political power is geographically in England. And further, one of the largest and most powerful secret fronts for Satanism is Britism-Israelism. The reason why the British Empire was destroyed was that Satan had already determined even before 1870 that the steps to world government would include setting up around 9 or 10 Continental blocs . The Union of Europe into one country (or bloc) could not be accomplished while Great Britian had most of her focus on her empire. Great Britian as long as she had an empire would never want to join up with Europe. In fact all the European nations would have to be convinced to give up their colonies, that is why the World Power got everyone they could get to help fight Portugal in Angola in recent history, everyone including the

large masonic-controlled Christian denominations who donated millions of dollars to the NCC and WCC which moneys were then passed on to the guerillas to buy weapons and ammo.

The Theosophical Society is mostly to blame for India's independence from Britian . First, the Theosophical Society managed to change British policy so that the British became unpopular. Then Theosophical President Besant, who published the largest English paper strongly criticized British rule in her newspapers and eventually was arrested . Gandhi and other Indian leaders were involved in Besant being made the President of the Indian Congress Party. And that political party still rules Indian politics . The Theosophist Mahatma Gandhi, foilowing in the steps of Theosophical President Annie Besant, led the Indian people against British rule.

But the final blow to the British Empire was done by another Theosophist--Adolf Hitler. It is common knowledge that the powerful blows of Axis attacks in W.W. II struck the death blow to the British Empire, or so we are told. The truth is that the elite wanted the Empire to die, and pulled every string to convince the British public and indigenous natives that the Empire was too weak after W . W . II to save the empire and prevent her colonies from independence. It is hard for people to grasp that the Illuminati controlled Russia, Great Britian, Germany and France during World War II, but they did. Churchill, Roosevelt, and Stalin were all Masons . DeGaulle of France was closely linked with several esoteric groups, and the Priere de Sion and Grand Orient Masons helped him to power in the 50s . Churchill was a Zionist and pro-Fabian Socialist . Stalin was a closet satanist . Roosevelt was a Zionist, pro-communist and socialist . Both Churchill and Roosevelt came from important elite blood lines . Apparently, Stalin was somewhat independent, but basically did what was expected of him. As the previous paragraph indicates the people of the world weren't ready for a world government, and most not even a united Europe. W.W. II was carried out to adjust people's thinking toward wanting European unity . Satan already ruled the world through his secret chain of command, but he wanted to openly rule the world's hearts and to be publicly hailed as ruler and savior.

Who was Hitler? Hitler's father was the offspring of the Rothschild's secret breeding program which impregnated his grandmother. It appears from the details available, Hitler was groomed for his role, without realizing his heritage at first . It appears that Hitler learned of his ,,jewish bloodline" after taking over Germany. Hitler had romances with many beautiful women. Although Hitler was very strict with his New Age religious practices such as being a vegitarian, that did not include being celebrate . He did have sex contrary to the deceptions of the Establishment. Hitler's seed (the Rothschild's powerful generational occult bloodline) was hidden in an Askenazim bloodline, at least part of which has come to the U.S. In fact, Hitler's generational occult power was passed on too . This was most likely done by thrusting a knife into his heart, and the person who received his occult power then gulped his last breath with the kiss of death to receive his occult power . What I am telling you is that Hitler's offspring are alive and well and that his terrifying Anti-Christ spirit was passed to someone and is not dead. Let me remind you of some of Hitler's own prophecies about himself and his goals. "At the time of supreme peril I must die a martyr's death for the people. But after my death will come something really great, an overwhelming revelation to the world of my mission." The world was to witness his divinity . Further, "My spirit will rise from the grave, and the world will see that I was right." Von Ribbentrop on Apr. 30, 1945 was told this same thing, "You will see that my spirit will rise from the grave . " National Socialism "is even more than a religion; it is the will to make mankind anew." "All creative energy will pass to the new man." Hitler claimed to be the real fulfillment of Marx's socialism. "I am not only the conqueror, but also the executor of Marxism, of that part of it which is essential and justified, stripped of its Jewish-Talmudic dogma." In essense, he is saying whatever veneer of Jewishness that Marx's satanic plan had, he disagreed with it and would destroy that veneer . These type of statements reveal that the essence of the message of various elite men like Hitler is the same Satanic plan if stripped of their variously decorated veneers .

Hitler is viewed as the Messiah, the Holy Spirit, the martyred Savior of his people by his followers today. The blasphemous Holy Book of Adolf Hitler states, "All hail to God's Christ and Chosen, Adolf Hitler...Lord of Lords, and King of Kings, the Eternal Adolf Hitler." Such blasphemy . Father forgive them for they know not what they do. Hitler's Demonic Spirit and Hitler's descendents both live on today. (By the way, some Rothschild descendents such as Hitler's have come to Christ as their

Lord and Savior!) Will this powerful occult branch of the Rothschild's be used again by the New World Order? Whatever the case it is clear that Hitler's Anti-Christ spirit will get plenty of demonic help. The demonic forces that have manifested themselves in National Socialism and International Socialism (aka Communism) demonized much of Europe. So much so that Europe officially portrays itself as a beast with Venus on it on a stamp commemorating the Second election of the European Parliament, and also as the same forces that tried to build the Tower of Babel on an official poster. Not only are the same demons that led communist leaders and nazi leaders operating in Europe's leaders, but there are armies of demons trampling over anything of moral value in Europe. It can be said without a doubt that the „man" who rules the One-World-Government will derive his power from a demonic supernatural source. According to Revelations, God is going to have an angel open up a key to the abyss and teeming hordes of demonic spirits shall be decending upon the earth. My conclusion is that Satan has so many Anti-Christs available that Hitler's personal occult power is not necessary for the New World Order's success.

I rarely like to comment on the end times from Scriptures because I feel like most people are thoroughly confused about the clear teachings that the Scriptures give. 2 Thes. 2:3 and other Scriptures make it clear that the Christians must witness a great apostasy and the Anti-Christ being revealed before Christ returns. We can live everyday as if it may be our last, but Scriptures are clear that the Apostles did not live each day as if Jesus could return that day. They knew that certain things had to happen first. The church has been going through tribulations since Pentecost. The church will go through the "great tribulation" according to the Word of God. We will if we are that faithful remnant we will be spared from the Wrath of God, but we will not be spared from the tribulation of Satan which shall include martyrdom. The New Age leaders are fully ready to cooperate with this "cleansing" from the earth of us bothersome disciples of Truth. In this respect, their thinking will resemble the Nazi's rationalizations that people must pay their Karmic debt, and shall benefit from being killed. How truth can be stood on its head! The Plans are already drawn up how to use rail lines to move large groups of civilians to labor camps. When we compare Nazi Germany with today's New World Order plans, Nazi Germany can be seen to be the basic model of what Satan's timetable includes for us these next few years.

To illustrate that the Pagan religion of Nazism is an example to the Satanists and New Agers, let us ponder Anton LaVey's (head of a visible Church of Satan) trip to the sacred initiation castle of Hitler's Black Order the SS. The SS apparently brought the Holy Grail to Germany, and hid it before the end of the war. On May 2, 1945, a select group of SS officers, those initiated into the higher mysteries of the Nazi Pagan religion, hid the Grail in the Schleigeiss glacier at the foot of 3,000 meter high Hochfeiler mountain. Seekers in the area have been found decaptitated, and mutilated. The area is still guarded by the Black Order in anticipation of the day that the Grail can be revealed to the world. It has been speculated 1995 might be the date, but this is pure speculation. The important thing for us is to begin to experience the Kingdom of God right now. Let us prepare ourselves for Almighty God's New World Order as the Satanists launch their counterfeit New World Order.


**THE ROTHSCHILDS**

**A CONTINUATION OF ARTICLES ON THE TOP 13 ILLUMINATI FAMILIES**

**INTRODUCTION by Fritz Springmeier**

The Rothschilds are one of the most well-known of the thirteen families. David J. Smith of Portland was asked to prepare an article on the Rothschilds for this newsletter. His article follows this introduction. Satan's selective breeding program has been continuing down through the ages hidden from the eyes of the public. One of the most powerful Rothschild bloodline families in America are the Springs. The Springs were originally the Springsteins when they came to America in the mid-I 1700s and settled in NY and NJ. They later changed their name from Springstein to Springs to hide their identity. Leroy Springs was hired by LC. Payseur. Now most American's have to ask, who is

L.C. Payseur? One of the most secret and most powerful families in North America has been the Payseurs. They have been so powerful that they could hide their wealth and power, and use other Satanic families as proxies. The Payseurs are part of the i 3th top Illuminati family. The first Payseur to come to America was the former crown prince of France Daniel Payseur (1785-1860). He came over about 1805 to the U.S. and married Susannah Kiser c. 1814. They had two boys Adam and Jonas (1819-1 884). Jonas married Harrietta Smith and they had Lewis Cass Payseur (1850-1939). It was this Lewis Cass Payseur who hired the Rothschild bloodline of the Springs to run a number of the Payseur's companies. The Payseurs were one of the original big railroad families along with Issac Croom and William H. Beatty. Isaac Croom's wife was a sister of William Beatty's, so the reader can see how all these elite bloodlines intertwine. Remember that LC. Payseur hired Leroy Springs to operate a host of his companies. Leroy Springs father was A.A. Springs and A.A. Springs was the secret father of Abraham Lincoln.

In 1808, Nancy Hanks, of the lineage of the McAdden Scottish family visited some of her famIly at Lincolnton, N.C. Nancy Hawks visited the Springs family and that is when A.A. Springs impregnated her, and her child when born was named Abraham Lincoln. Abraham Lincoln's Rothschild blood was kept very secret, but he did grow up to be a famous lawyer, a secret leader of the Rosicrucians, and President of the United States. It is believed from the evidence that the establishment conspiracy concocted the person of Thomas Lincoln out of thin air. The actual early history of Abraham Lincoln is shrouded in myth and mystery, and as one encyclopedia puts it, "We know little about the family of his mother, Nancy Hanks Lincoln." While a lawyer, Abraham Lincoln had a sexual liaison with Elizabeth who was the illegitimate daughter of German King Leopold, who is also of elite blood lineage. Abraham Lincoln and Elizabeth had two twin daughters Ella and Emily in 1856 who were adopted out. Lincoln in fact had a fairly large number of illegitimate children. Now A. A. Springs, who was both the biological father of Leroy Springs and Abraham Lincoln left an enormous amount of land in what is now Huntsville, AL to his son Abraham Lincoln. Huntsville, AL by the way has become a hotbed of NWO activity. Some of the mind-control research the intelligence community has been conducting has been done at Huntsville. The Rothschilds even named one of their boys after Abraham Lincoln, his name was Lincoln Rothschild. Although Abraham Lincoln secretly had powerful occult blood, he was a great man in his own right. And just like JFK, he had the strength of personality to refuse to bow to the Illuminati's instructions. Lincoln refused to go the path that his distant European International Banking Rothschild relatives wanted for the United States. The Illuminati goal had been to split the U.S. into two easier to control nations. And just as with JFK, who also came from a top 13 family, a large scale conspiracy Involving many government officials including the Secretary of Defense was put into place to assassinate Lincoln. There are numerous indications that show that the Rothschilds were in part behind the assassination of Lincoln. Some of the men who worked for the Payseurs of the 13th top family were Andrew Carnegie, J.P. Morgan, the Vanderbilts, Giftord Pinnchot, and John D Rockefeller. These men were selected to run Payseur companies because they belonged to the satanic elite. The Leroy Springs family got Payseur family companies in the early 1920s. It was Leroy that managed to get the Rothschild's involved with the Federal Reserve. Two companies that have come out of the Payseur's old Lancaster Manufacturing Co. ins Weyerhaeuser and Crown-Zellerbach. I have long know these were companies tied to the elite, but it wasn't until i found the secret Payseur family at the very top of these companies that I really understood the full story. The Payseurs have gone to extreme lengths to corrupt government documents, such as courthouse records. They have hidden the births of many of their descendants, and have covered over with extreme secrecy most of their monetary holdings.

Remember the Beatty family was an early railroad family with business ties to the Payseur family. Bartholomew F. Moore, who was the private attorney for years to President Abraham Lincoln, was a blood relative of the Beatty family. It was Bart Fingers Moore who co-authored the 14th amendment for the conspiracy. The Beatty family continually resurfaces when doing research on the conspiracy. Shirley MacLaine, the famous New Age leader/author is from the Beatty family. She credits her start to Edgar Cayce by the way, who in turn was interested in Blavatsky. Blavatsky was a student of the Mason Anton Mesmer, who introduced the world to hypnotism. Hypnotism had been secretly practiced by the Mystery Religions for thousands of years before Mesmer taught Blavatsky and others

about it. Charles Beatty Alexander, who is an Illuminati „ prince"/Pilgrim Society member is an
example of a Beatty in recent times who was within the elite. Quantrill, who was a famous
Confederate colonel and guerilla leader, whose band of raiders evolved into the Jessie James gang
was married into the Springs (Rothschild) family

The recent lala Madelyn Payseur Gatling Fulghum (1876-1972) was the late head of the Payseur
family. The documentation on the above families is extensive, but much of the evidence that has been
photocopied out of the few documents left intact have been destroyed since the documents were
photocopied. The amount of tampering with official documents is incredible, and further Illustrates
the enormous power the Rothschilds and the Payseurs (the 13th family--the Holy Blood line) have.
The researchers who wrote Holy Blood, Holy Grail got a taste of the power of the 13th blood line to
manipulate documents held by libraries and governments in Europe. The same type of thing has been
happening in the United States. The researcher into the Satanic elite has a hard row to hoe because the
Satanic families have tried to cover their tracks through history. They have also tried very hard to
cover up what their financial assets are. Those Rothschilds who have carried on the Rothschild name
have had a higher visibility. It is this group of Rothschilds which have gained the public's attention,
even though they too are very secretive.

The origins of the Masonic and Rosicrucian movements lie with the medieval alchemists. Manly P.
Hall, Freemasonry's greatest philosopher writes, „During the Middle Ages, alchemy was not only a
philosophy and a science but also a religion. Those who rebelled against the religious limitations of
their day concealed their philosophic teachings under the allegory of gold-making. In this way they
preserved their personal liberty and were ridiculed rather than persecuted. Alchemy is a threefold art,
its mystery well symbolized by a triangle." (The Secret Teachings of All Ages, pg CLIV-ul) -- Manly
P Hall also states in his book on magic entitled Magic, "... [the] pentagram. This was known to
medieval alchemy as the sign of the cloven hoof .... (Hall.. Magic, Los Angeles, CA: Philosophical
Research Soc., pg. 46) QuicksIlver (which was one of the things the early Astor family traded in) was
one of the primary items employed in the aichemical trarismutations. The oxide produced using
quicksilver was considered magical and mystically identified with the god Osiris. As the reader may
have already figured out, alchemy practiced Hermetic magic from ancient Egypt. Alchemy was really
a front for the mystery religion of Satanic witchcraft. The leading alchemist was a german Richard
Bauer who was alive sometime in the 14 or 15 hundreds. Richard Bauer is said to have been the only
alchemist who was successful in transforming lead to gold. Whether that report is meant in an
allegorical way, or some other way I do not know What I am trying to communicate is that the Bauer
family was a leading alchemical family which secretly practiced Hermetic magic during the late
Middle Ages. David's article on the Rothschilds is meant to be an extension of what I have already
put out on the Rothschilds. for instance my chapter 3.3 in the Be Wise As Serpents book. Chapter 3.3
is entirely devoted to the Rothschilds. I chose them to write about in the book, because the family is
the most renown of the Satanic families and the easiest to expose to people just becoming acquainted
with what is going on. The other family which has a chapter devoted to it is the Russell family, which
is described in chapter 1. 6. The Russell family has yet to be covered in this series, but was covered in
the Be Wise As Serpents book because of their importance to the Watchtower Bible & Tract Society.
I am aware of intense secret meetings that have been going on in Frankfurt and Moscow between
World Bank officials. These secret meetings have been going on now for two months which gives
some of the scope of their importance. Undoubtedly the Rothschilds are playing a role in these secret
meetings, even while I write this. There has been a great deal of misinformation put out that the
Rothschilds and the Rockefellers are fighting for control of the world. It is true that they are in intense
competition in some areas. It has also been true that they have been in intense cooperation in many
areas. One of the difficulties for people to sort out what is going on, is that they don't know about the
Satanic spiritual dimension of the Rothschilds and the Rockefellers. For instance, to make an analogy,
if I am a minister and one of my brothers-in-Christ is my upline on a multi-level marketing
distributorship, then he is my business head, but I could be the spiritual leadership that he looks up to.
The point is that essentially all researchers trying to expose the NWO are drawing conclusions about
occult power on the basis of business relationships, and it doesn't always work. Sometimes the
business boss may be in a secret satanic leadership position over someone else, but it may also be that

both men are on equal footing when it comes to occult power and status within the Illuminati. So far I have seen only one book advertised (and I haven't read it) which claims to expose the conflict between the Rothschilds and the Rockefellers as a sham. If It really does show this, then the book has contributed greatly toward helping people tear down their isunderstandings about the Illuminati power structure.

## Part I

## THE HOUSE OF ROTHSCHILD

If one looked on the backstage of history, he would find the House of Rothschild. They have indebted Kings, manipulated kingdoms, created wars and molded the very shape of the international world. Among the hierarchy of the Illuminati they are revered as a powerful satanic bloodline. They are "living legends."

Said one biographer: "In America a boy wants to become President. In Europe he would rather be a Rothschild.... To be 'a Rothschild' is to be a modern Croesus, a twentieth-century Midas." They are a dynasty of enduring power; a "magic" bloodline In Satan's Empire. We will probably never know exactly when occultism was introduced to the Rothschilds. Several of their ancestors have been rabbis, so the occultism probably came in the form of Jewish Cabalism, Sabbatism, or Frankism. The House of Rothschild practices gnostic-satanism (the Rothschilds would probably not call themselves satanists, but by our standards they are, considering the sacrificial and spiritual worship involved). The truth is sometimes hard to tell. The stories the family weave are hard to distinguish from the truth. Myths are one of their best weapons, and a researcher must be wary. The family began in Frankfort, Germany (the city where paper money was popularized). The oldest known Rothschild went by the name of Uri Feibesch who lived in the early 16th century. His descendants lived in the House of Red Shield. His great, great, great, great Grandson was Moses Bauer, who lived in the early 18th century. The family was mostly made-up of Jewish retail traders, and lived in the Judengasse, or Jew's Alley in Frankfort. Jew's Alley was the product of the anti-semitic bent in Europe, and did not have very good living conditions.

Most Ashkenazim Jews of that time did not use sir-names, instead they preferred the Chinese custom of using a symbol as the family identity. These symbols were sometimes used on signs outside Jewish houses as an address. Some Jews had taken on sir-names, to fit in, but the use of symbols was more popular. The early Rothschilds chose the sir-name Bauer (meaning farmer in German. Why would a family of retail traders call themselves Bauer? Perhaps to remain un-noticed). The Bauer line continues today, but in the 1700's one man re-named his branch of the family after its symbol and address - the Red Shield or the Seal of Solomon.

Mayer Amschel Bauer was a well-off coin trader in Frankfort. In front of his house hung a sign with the family's symbol, which was a red hexagram. The hexagram (also known as the Seal of Solomon, the Magden David, or the Star of David) is very occultic. It is used today as the symbol of Israel, but It is not „Jewish." In his excellent book THE SIX-POINTED STAR, O.J. Graham explains that the hexagram was used in the ancient mystery religions. It was the symbol of Moloch, Ashtoreth, and others. In fact, the hexagram was used to represent Saturn, which earlier newsletters have discussed. The six-pointed star is considered the equivalent of the Oriental Yin-and-Yang symbol, which is the Luciferian concept of balancing good and evil. The symbol appears to have been used by King Solomon when he apostasized, and was thereafter called the Seal of Solomon. Later on, Jewish Cabalism (or Occultism - different name, same game) picked it up as a magic symbol. Through the promotion of the Cabalists and the Zionists it has become the symbol of Jewish identity, although the occult circles know better. The Bauer's use of a hexagram as their family sign points to their involvement in Jewish Cabalism. In fact, the six-pointed star was so significant to them that Mayer Amschel Bauer decided to adopt it as his new name - Mayer Amschel Rothschild (Rot-schildt = Red Shield). I believe this was done to identify his family with occultism and the likes of Saturn or

Ashtoreth (whom the Astors are named after). Mayer was sent to be a rabbi when he was 10, in 1753. A year and a half later his parents died. Mayer was brilliant and was encouraged by relatives to continue his studies but coin trading was his love. He left the school and when 13 was sent to Hanover to be an apprentice at the Illuminati Oppenheimer bank. He worked there for 7 years, learning the ins and out of money. The big question is why he left the Oppenheimer bank. It was a good situation, both financially and socially (Hanover was less antagonistic towards the Jews than Frankfort). Why leave this security and head back home to an uncertain future? Because the future wasn't all that uncertain. While in Hanover Mayer made the acquaintance of General von Estorff, a numismatist who was impressed by Mayer's knowledge of the subject. In 1763 General von Estorff left Hanover and joined the Court of Prince William IX of Hesse-Hanau, whose territory included Frankfort. Mayer knew that through his connections he would be able to get some business with the Prince. It appears Mayer's stay at the Oppenheimer bank was used to establish himself in Illuminati circles and to find a way to get close to the Illuminati royalty. General von Estorff was his key.

Prince William of Hesse-Hanau was tied into the Illuminati. He was the son of Landgrave Frederick or Hesse-Cassel, of the royal family of Hesse. Prince William was a Freemason, and his younger brother Karl, was according to JEWS AND FREEMASONS IN EUROPE, 1723-1939, 'accepted as the head of all German Freemasons.' Members of the Hesse dynasty have been described as the leaders of the Strict Observance (in 1782 a Masonic Congress in Wilhelmsbad, a city in the Hesse province, dropped the name 'Strict Observance' and changed it to "Beneficent Knights of the Holy City"). The Hesse dynasty is totally connected to the Illuminati. Prince William was the grandson of King George II of England. The Hesse-Cassel's were one of the richest royal houses in Europe. Their income came mainly from the loaning-out of Hessian soldiers to foreign countries. (The elite loves to makes profit off of "peacekeeping" troops, which is exactly what the Hessians were called. This "peacekeeping" always adds up to imperialism. The Hessian troops were used by England in the American Revolution, in fact the colonial armies fought more Hessian soldiers than English. The House of Hesse-Cassel made a lot of money off the American Revolution.) Another example of the Hesse-

Cassel's ties to the Illuminati is the enigmatic figure St. Germain, who is hailed as a New Age Messiah-figure. Many researchers believe that St. Germain was the son of Francis II of Transylvania. Francis II's second wife was Charlotte Amalie of the House of Hesse, he married her in 1694. St. Germain was either her son, or the prior wife's, this point is debated. His name was Leopold-George and they staged his death in 1700 to save him from the deadly collapse of the Transylvanian dynasty. Prince Karl of Hesse, Masonic leader of Germany, wrote that St. Germain had been sent down to Italy to be raised by the Medici family. Later on St. Germain appeared out of nowhere to work with the elite. There were questions as to his identity and Napoleon Ill had a dossier gathered on him, but the house holding the dossier was mysteriously destroyed in a fire. St. Germain was an alchemist and he claimed to have the alchemical Elixir of Life, the secret formula of immortality (which the Rosicrucians also claimed to have). He was a guest of William and Karl of Hesse in 1774, and in 1779 returned to Karl to spend the last years of his known life. Helena Blavatsky, cofounder of the Theosophical Society claimed that St. Germain was one of the Hidden Masters of Tibet who secretly controlled the world's destiny. In 1930 Guy Ballard claimed that he met St. GermaIn on Mount Shasta. This supposed meeting led to the creation of the 'I AM' movement.

The Hesse Dynasty has lasted clear up to the 20th century. During WWII they were on Hitler's side. Prince Philip of Hesse was a messenger between Hitler and Mussolini. He was still alive in 1973 and was reported to be the richest prince in Europe. The House of Hesse is still a powerful force in Germany. In 1763 Mayer left Hanover to build his fortune in Frankfort. His main objective was to become a financial agent of Prince William of Hesse-Hanau. Prince William was an intelligent man who loved to make money. (His passions went beyond money. His wife did not please him so he became an adulterer and almost every woman he slept with became pregnant. He fathered between 70 to 21 illegitimate children. His main mistress, Frau von Lindenthal, bore him 8 children and ran his household.) William loved to loan money at high interest rates. He was the perfect man to aid Mayer's quest for riches. Mayer began bribing Prince William's servants to become informants. At

that time he was an antique dealer, trader, coin collector, and exchanger (the country was divided and as a result the separate currencies made money exchanging very profitable) . General von Estorff convinced Prince William of the value of a rare coin collection and then recommended Rothschild. Thus began the relationship between the Prince and the Rothschilds. Mayer would sell rare coins, precious stones, and antiques to the Prince at ridiculously low prices. Then, in 1769, after a significant amount of sales, he wrote the Prince asking for and receiving the designation 'Crown Agent to the Prince of Hesse-Hanau" (a great commercial advertiser. Tities and honors were important in that day, they opened doors). Mayer then married Gutle Schnapper, daughter of a respected merchant, Wolf Salomon Schnapper, in 1770. He then set up a money exchange bureau. His two brothers worked in this bureau with him untIl 1785 when Kalmann died and Moses quite. Some researchers contend that Adam Wieshaupt of the Bavarian Illuminati was financially supported by the Rothschilds. The Bavarian Illuminati was founded in 1776, and the Rothschilds were not necessarily a financial power at that time. I may be wrong, but I do not believe Mayer was in a financial position to support Wieshaupt. It is possible, though, that when, in 1782, the headquarters of the Illuminati moved to Frankfort, that it began to be controlled by the Rothschilds.

In 1785 Prince William's father, Landgrave Frederick of Hesse-Cassel, died and William became the new Landgrave. This made him the richest prince in Germany and possibly Europe. He left the small province of Hesse-Hanau to become ruler in Hesse-Cassel. Around this time Wolf Schnapper, Mayer's father-in-law, introduced Rothschild to Carl Buderus who was the Prince's chief financial advisor. Through either coercion, friendship, or occultic ties Mayer was able to convince Buderus to become an agent for him. This was a big mover for Mayer. The Landgrave William of Hesse-Cassel was to be the 'steppingstone" to power.

Until then Mayer had only done meager business with William, but by 1789 Buderus managed to get some royal bills for Rothschild to discount. This wasn't much, but it was a start. Carl received a cut of the profits when he did William's business through Rothschild. This was the beginning of a long financial relationship that would benefit both parties.

Mayer Amschel Bauer-Rothschild was a shrewd man, but his quick rise in social status shows the power of money, for Mayer was not cultured. He could never master the German language and so he and his family spoke a strange Yiddish German mixture (which benefitted their secret network). He enjoyed

discussing the medieval world and coin collecting. When it came to business he was ruthless and naturally adept. His occult side was well hidden. He was most likely a Cabalistic Jew. Although it is not known if he was a Freemason, he did accompany the Landgrave on several trips to Masonic lodges (after the two had become better friends). He had 5 daughters and 5 sons, plus several children that died young. He moved from his old house, the „Haus zur Hinterpfann", to a new one, Green Shield, when he started making more money. Green Shield was a dual residency and the other half was occupied by the Schiff family who were to play an important role later on as agents of the Rothschilds. Every passage of Green Shield held hidden shelves and cupboards, and the backyard countinghouse's walls had a number of secret shelves and a secret underground room which was connected to a neighbor's house for a quick getaway if necessary (the house was built to protect Jews from the dangerous pogroms that would sweep Germany, it was a great place to secretly practice their gnostic-satanic rituals, if they were yet involved in that form of worship). His five sons have been called the Mayer brothers because they all shared that middle name: Amschel Mayer, Salomon Mayer, Nathan Mayer, Kalmann (Carl) Mayer, and Jacob (James) Mayer. Each son entered the family business at the age of 12. The humorous side of studying an elite IllumInati family is the

biographer's insistence on owing the family's ability to profit from circumstances as "luck.' They never seem to put two and two together. Many of these circumstances happened by design. They always say things like '... the infant opportunity seemed to be the child of coincidence." They never attribute a family's wealth to well planned extortion, cheating, or thievery, which is exactly how families like the Rothschilds attain their riches. The French Revolution is an example.

The Illuminati fueled French Revolution got under way in the 1790's, and Prince William began to get nervous. He was afraid the revolutionary riots would reach Germany and he would lose his gold. So he invested his money in a magnificent new palace called Wilhelmshoe, which was built from 1791 to 1798. Although the French Revolution frightened William it was a delight for Mayer. The war helped his sales. When the French ended up pitted against the Holy Roman Empire, the prices of imported goods skyrocketed, and importing goods from England was a Rothschild specialty. In fact Mayer's English trade helped him secure a deal with the Landgrave (through Buderus, of course) in which he became a middleman in England's payments for the hire of Hessian soldiers. '...every ill wind of the 1790's seemed to blow good to the Rothschilds." The winds were so good that by the end of the decade they were established as a rich and independent family. In 1800 they were the 11th richest family in Frankfort's Jew Alley (not counting the wealth in proxy). Around the turn of the century Mayer decIded to send his most clever son, Nathan to England to establish another Rothschild House. The family tells a silly story about Nathan leaving for England to best an annoying English cotton trader, but I believe that Nathan was sent by Mayer with a specific purpose - to establish power with the Rothschild network in that country. Nathan arrived in England with no knowledge of the language but a great amount of money. He would soon be the most powerful man in Europe. Many more profitable events occurred at the turn of the century. Many of these events revolve around the Rothschild infiltration of the Thurn and Taxis postal system. The House of Thurn and Taxis was of the Black Nobility. In 1516 Holy Roman Emperor Maximilion I (of the Merovinglan bloodline and husband of a member of the Black Nobility)

commissioned the House to create a mounted postal service between Vienna and Brussels. The service eventually included all of Central Europe. The head office of the system was in Frankfort, which was rather convenient for Mayer who proceeded to do business with them. His relationship with Thurn and Taxis became so close that the service began to inform him of any pertinent Information found among the letters (that they had a habit of covertly reading). This mail fraud system was also used by the Emperor Francis to keep abreast of his enemies. While Mayer was receiving stolen news from Thurn and Taxis he was busy setting up his own postal service so that no-one could secretly discover his dealings. This system was eventually so effective that the Rothschilds became the best and fastest informed individuals in the world. The system was so good that many prominent men began to send their letters through the Rothschilds, who of course, always snuck a peak at the contents. The business with Thurn and Taxis helped Mayer receive the title „Imperial Crown Agent" in 1800. This title served as a passport that allowed him to travel throughout the Holy Roman Empire. It also provided the right to bear arms, and it freed him from having to pay the taxes and obligations upon the Jews of that period. Mayer began to get even more titles, including one from the German Order of St. John. His sons Amschel and Salomon were also busy getting various titles. In 1801 they became crown agents of the Landgrave William of Hesse-Cassel. All these titles were wonderful, but most important was the Landgrave's. The Landgrave was the richest Prince in Europe and the Rothschilds were determined to take advantage of his wealth.

The relationship with the Landgrave improved greatly in 1803. A Danish King, and cousin of William, asked the Prince for loans but William declined because he did not want anyone to know how rich he had become. Rothschild learned about it and through Buderus, proposed lending the money anonymously. William thought the idea was splendid. The loan was sent through Mayer and a Hamburg Jew. The interests were paid to Rothschild who, after taking commission, forwarded the money to the Landgrave. The event was a great triumph, after 36 years, Mayer had finally done a significant job for the Prince. Six more Landgrave loans to Denmark were negotiated by Rothschild. Many more loans ensued (although they required some teeth pulling on Buderus' part), Including loans to the Order of St. John. This negotiating of the Landgrave's loans greatly increased the reputation of the House of Rothschild. By this time Napoleon had come to power in France. This caused a distress in Europe, but brought great profits to the House of Rothschild. As one biographer put it "Napoleon seemed bent on Improving the Rothschild's lot in life." Even though Napoleon was not purposely doing It, the conditions he created were of great benefit. Napoleon tried to get the Landgrave as his ally, but Prince William squirmed and politely as possible refused. William's goal was to wait untIl the winning side in the Napoleonic conflict was clear so that he could join without

any risks. The pressure of the situation gave the Landgrave a very bad temper. By this time half the crown heads of Europe were in his debt. Napoleon grew tired of the Landgrave's games. His troops Invaded Germany and the province of Hesse to "remove the House of Hesse-Cassel from rulership and to strike It out of the list of powers." Wllhelmshoe became frantic as William attempted to hide his riches. After the scramble to conceal his wealth he fled the province and went to live in exile in Denmark. The French immediately found most of his treasures. Buderus and Mayer had to act fast to preserve the wealth of the Landgrave. Some of the valuables had already been sold. They quickly bribed a French General, Lagrange, who turned over 42 trunks to Hessian officials and lied to Napoleon about the Prince's true wealth. Lagrange's deceptive act was eventually discovered and he was dismissed, but much of the wealth was preserved. During the frantic moments before Hesse-Cassel's Invasion, the Landgrave gave Buderus the right to collect the Interest payments due from Holy Roman Emperor Francis. Buderus eventually transferred this right to the Rothschilds. Mayer began doing the Landgrave's business behind Napoleon's back. These secret dealings were greatly boosted by the man Napoleon appointed to rule the area -Karl von Dalberg. Dalberg was a friend of Mayer and Buderns and had done business with them (his connection to them may have also been occult). Napoleon made Dalberg Primate of the new Confederation of the Rhine, which included Frankfort. As ruler of the region Dalberg protected the Rothschilds from being exposed as traders of contraband and as agents of the House of Hesse-Cassel. When the French cut off trade with England prices on Imports soared. The Rothschilds smuggled goods in and made large profits, with Dalberg keeping guard. "It was certainly most remarkable," said one biographer. "That the Archbishop and Lord of the Confederation of the Rhine, who ruled over sixteen German princes, and stood so high in Napoleon's favor, should have shown so much good-will to the Jewish Mayer Amschel Rothschild at Frankfort, who, although now a rich man, had no daim to move in high and influential circles." Despite Dalberg's protection Mayer kept two sets of books, one inspectable and the other secret. By 1807 Buderus, as proxy for the Landgrave, was almost exclusively using the Rothschilds for Hesse-Cassel business. Mayer himself would visit the Prince in exile, but since he was getting old he soon had to give up these trips and sent his sons on the journeys. The House of Rothschild was collecting the income of the wealthiest prince in Europe less than half a century after Mayer had begun building his fortune! The satanic House of Rothschild's IllumInati dealings at this time are well exemplified by their involvement with the second Tugenbund League. The first Tugenbund League (or Virtue League) was formed in 1786 as a kind of sex society. The group would meet at Henrietta Herz's home (her husband was an Illuminati Jew who was the disciple of the powerful occultist Moses Mendelssohn). Many Illuminists attended this "Virtue" League. A number of young Jewish women whose husbands were always away on business would come to the Herz's house to participate in the immorality (two members were daughters of Moses Mendelssohn). Frequenters of this 'salon" included revolutionary Freemason Mlrabeau, William von Humbolt, and Frederick von Gentz who was to become an important Rothschild agent. Later on, I will discuss Gentz in further detail. In 1807 the second Tugenbund League was formed. This League pursued 'moral-scientific" and political aims. The main aim being the deliverance of Germany from French occupation. The League was formed by Baron von Stein who was its principle "protector." Thomas Frost wrote in SECRET SOCIETIES OF THE EUROPEAN REVOLUTION that 'The Initiations [into the second Tugendbund] multiplied rapidly, and the League soon numbered in its ranks most of the Councillors of State, many officers of the army, and a considerable number of the professors of literature and science.... A central directorate at Berlin, presided over by Stein, had the supreme control of the movement, and exercised, through provincial committees, an authority all the more potent from emanating from an unknown source, and which was obeyed as implicitiy as the decrees of Emperor or King.' The Landgrave William of Hesse-Cassel held an important position in the second Tugendbund. Buderus was also involved. It appears the Rothschilds were members and they were „go-betweens for the [Landgrave's] correspondence on this matter, and made payments in favor of the Tugendbund." This put Mayer Rothschild at the head of the propaganda system against Napoleon.

Napoleon tried to suppress Tugundbund but it went underground, concealing itself under the protection of the English Masonic Lodge at Hanover, It as sisted many anti-Napoleon causes physically and financially. Tugendbund was eventually dissolved, but many of its members moved on to other Masonic

societies such as the 'Black Knights,' 'The Knights of the Queen of Prussia," and 'The Concordists." In 1818 the second Tugundbund was revived as the Burschenschaft (Association of Boys or Fellows). The Burschenschaft was a revolutionary group of students who introduced martial exercises into the universities. The Burschenschaft eventually fell apart. After a few years the exiled Landgrave came to totally trust the Rothschilds. '...[Prince William] got more and more accustomed to following [Mayer] Rothschild's advice, and scarcely took any important financial step without consulting him.' This princely steppingstone was working out perfectly. It was paving the way towards Rothschild financial freedom. Mayer wanted to become a creditor, and his goal was soon achieved. In 1810 the Rothschild's firm became 'Mayer Amschel Rothschild and Sons" (Nathan was not a public partner of this firm). That same year Mayer loaned his own money to Denmark and when Dalberg took out a big loan to go to the baptism of Napoleon's son, the financial security of the Frankfort bank was set in stone.

The House of Rothschild needed a new steppingstone. The old one, the Landgrave, would not be discarded, but they needed a younger, more political man who could be their key to controlling Europe. That man was Prince Clemens Metternich who in 1809 became the Austrian Minister for Foreign Affairs. He became the leading opposer of Napoleon, and the Landgrave moved in his exile to Austria, hoping the powerful up-start would get Hesse back. So the Rothschild network increased its operations in Austria - the land of the Hapsburgs. Around this time Mayer Amschel Bauer-Rothschild got sick. Before his death he wrote a Will that

would dictate the structure of the Rothschilds. Although the exact content's of Mayer's Will have been kept secret, one edict is clear. It completely excluded the daughters and their husbands and heirs from the business, and all knowledge of it. The Will totally exalted the importance of the family circle. On Sept. 19, 1812 Mayer died. A bogus legend about his death maintains that his five sons gathered around his deathbed and he split Europe between them. Only Amschel and Carl were in Frankfort when he died. Nathan was in England, and Salomon and James were on the road (the brothers were constantly traveling).

**THE "FIVE WIZARDS'**

When Mayer died, headship over the family fell on Nathan Rothschild of England. Even though Nathan was not the oldest, the 5 brothers had voted unanimously that he was the most capable to lead them. Nathan was an intelligent, uneducated, self-absorbed jerk. Though he was an impolite, foul-mouthed man ('...he could swear like a trooper.') his money got him into the high society of England. His cold view on life and power is seen in his response to an English Major who was being sentimental about the horrible deaths of the large number of soldiers that had died in the war. 'Well,' said Rothschild. 'If they had not all died, Major, you presumably would still be a drummer.' There is a story that says one of Nathan's sons asked him how many nations there were in the world and Nathan replied: 'There are only two you need to bother about. There is the mishpoche [Yiddish for family] and there are the others.' This story may be false, but the attitude is real.

Nathan first settled in Manchester, England, the center of cloth manufacturing. In 1804 he moved to London. As his wealth and his reputation began to grow he was able to marry Hannah Cohen. The Cohens were a wealthy Jewish family from Amsterdam, and Hannah's father, Salomon Cohen was a respected merchant in London. Nathan served with him as Warden of the Great Synagogue (the Rothschilds relationship to the Jews will be discussed later on in this article). Hannah's sister, Judith, married the powerful Jewish Freemason Moses Montefiore (the Montefiore's were of "ancient" and extremely 'aristocratic Jewish stock', probably another Cabalistic family), who was friends with Nathan (Nathan's sister Henrietta married a Montefiore, so did his second son, Anthony, and his brother, Salomon's great grandson, Aiphonse married a Sebag-Montefiore in 1911). Nathan's social life revolved around the Cohens. Nathan was a Freemason. He was a member of London's Lodge of Emulation. Nathan's accumulation of wealth was incredible. His money-making exploits were unbelievable. He was smuggling English goods past the French blockade during the Napoleonic conflict, and making great profits. This smuggling required an agent in Paris, so Mayer, through his Dalberg connections, got his son James a passport and James went to live in Paris. A large amount of

the Landgrave's money was sent to Nathan in England, on the advice of Buderus, for the purpose of buying stock. But Nathan, as he and Buderus had planned, used the money as capitol for other ventures. When the exiled Landgrave began asking for a proof-of-purchase, Buderus and the Rothschild brothers had to come up with all sorts of excuses to protect Nathan's thievery. Eventually the Landgrave demanded to see receipts, so Nathan quIckly bought some stock (the Landgrave had told him to buy the stocks at 72, but their price when be ended up buying them was 62, Nathan pocketed the savings) and they snuck the receipts through the French blockade to the exiled Prince. The Landgrave was satisfied, he had no idea what had really been done with his money. Nathan began making connections in the British government. Probably his greatest early connection was to the Treasury official John Herries. Herries aided Nathan's rise to power in every way possible. He became an intimate friend or Nathan's and eventually a proxy for Rothschild in the British government. Their dealings were kept secret and the public had no idea as to the enormity of Nathan's power. The most incredible example of

Nathan's devious schemes is a job he would later describe as the best business he had ever done. Through Nathan's connections in the treasury he learned of the plight of the English army in Spain. The Duke of Wellington (soon to become Nathan's friend) had British troops in Spain ready to attack France, only they lacked one thing - hard cash (the army's financiers would not take paper money), but the government was very short on gold at the time. Nathan knew how to profit from this situation. The East India Company was trying to sell gold that, of coarse, the government wanted to buy, but the price was so high that officials decided to wait until it dropped. Nathan stepped in and bought up the gold (using some of the Landgraves money as well as his own). He then proceed to raise the price. When the officials realized the price wouldn't drop they bought the gold and Nathan made a great profit. But the deal didn't stop there. Nathan offered to deliver the gold to Wellington (this was a heavy responsibility because of the French blockade). Hemes went to bat and got Rothschild the job. Nathan's plan was incredible, one biographer said his scheme was 'comparable to burglary in broad daylight.' Nathan's brother, James went to Napoleon's government and told them that Nathan would be importing gold into France and that the British government was upset at the move because it would financially hurt England. Napoleon's government believed his lie and any French police who might have uncovered the plot were bribed. So Nathan was able to ship the gold to Paris with the approval of both the English and French governments. In Paris the gold was exchanged in French banking firms for cash Wellington could use, and then the Rothschild network carried the money into Spain as France allowed Nathan to fund the war against itself. Eventually some French officials grew suspicious, but Napoleon ignored their reports (why?). The plan went smoothly even though the same officials secretly watched James Rothschild and his brother Carl (who was in on the plot). Wellington eventually defeated Napoleon at Waterloo. The Wellington smuggle was one of the greatest scams in history! In order to better understand the Rothschild's involvement in the defeat of Napoleon we must look at the role played by the Rothschild's second steppingstone - Metternich. Metternich was the Austrian Minister of Foreign Affairs and he led the opposition against Napoleon.

Metternich was a fierce enemy of the revolutionary fires that were spreading through Europe. The Rothschild's got to him through a member of the first Tugendbund (the sexual one), Frederick von Gentz. Gentz was Metternich's right-hand man. Metternich was not financially minded and he relied on Gentz's advise concerning economics (Gentz's ability to handie his private finances was terrible, but he had a knack for political economy). John Herries brought Gentz and the Rothschilds together. The family proceeded to bribe the man into their service. Gentz is an interesting character. He was a Freemason so he was probably occultic. His involvement in the first Tugendbund League points to Immorality. Another interesting fact is that I found most of his visits to the Rothschilds occurred on occultic

holidays, such as Winter Solstice. This may be a coincidence, but it is interesting non-the-less. Gentz called the Rothschilds 'a special species plantarum with its own characteristics.' Gentz steadily brought Metternich into the Rothschild's web. By at least 1814 Metternich was an ally of the House of Rothschild. His goal was to protect the power of the old aristocracy. His plan was simply to extinguish revolution, and he began with Napoleon. Austria declared war on France and allied Itself

with Russia. England Joined them to form a powerful coalition against Napoleon. The battle of
Waterloo in 1815 decided the war. Metternich had led Europe to victory with the help of Nathan's
delivery network which funded the overthrow. The victory made Metternich the most powerful man
in Europe. Due to his speedy courier system, Nathan knew of the outcome of the Waterloo battle
before the news reached any other Englander. A persistent myth is that he made the bulk of his
fortune by manipulating the stock exchange with this knowledge. First of all, he did manipulate the
market, but he already had a fortune, this only added to It. Second of all, he might not have even
made a significant profit (the issue is complicated and debatable. I will not go into it). Two years
before his defeat, Napoleon had pulled out of Germany. In 1813 the Landgrave William of Hesse-
Cassel returned to his province. Said one biographer: 'Earlier it had been the Rothschilds who had
asked for favors, now it was the (Landgrave] and Buderus who tried to maintain a close connection.'
In 1818 Buderus died. By 1815 Nathan controlled England's finance. He did a large amount of direct
business with the English treasury. John Hemes was allowing deals that would hurt England but fill
the pockets of the House of

Rothschild. The following quote by one of Nathan's contemporaries describes his eerie countenance:
'Eyes are usually called windows of the soul. But in Rothschild's case you would conclude that the
windows are false ones, or that there was no soul to look out them. There comes not one pencil of
light from the interior, neither is there any gleam of that which comes from without reflected in any
direction. The whole puts you in mind of an empty skin, and you wonder why it stands upright
without at least something in it. By and by another figure comes up to it. It then steps two paces aside,
and the most inquisitive glance that you ever saw, and a glance more inquisitive than you would have
thought of, is drawn out of the fixed and leaden eyes, as if one were drawing a sword from a
scabbard...'

This description is disturbingly similar to either MPD or demonic possession. A Prussian official said
that Rothschild had 'an incredible influence upon all financial affairs here in London. It is widely
stated ... that he entirely regulates the rate of exchange in the City. His power as a banker is
enormous.' 'When Nathan ... (made] a fuss, the Bank of England trembled.' Once he tried to cash a
check from his brother Amschel at the Bank, but the Bank refused saying it cashed only its own
notes. Nathan's volcano-like temper exploded. The next morning he and nine of his clerks arrived at
the Bank and began exchanging bank notes for gold. In one day he had reduced the Bank's gold
reserves by a substantial amount. The next day he and his clerks arrived with more bank notes. A
Bank executive nervously asked how long he intended to keep this up. Nathan replied something to
the effect of 'The Bank of England refused to take by bills, so I will not keep theirs.' A meeting was
quickly called and they decided that from then on the Bank of England would be pleased to cash any
Rothschild check Nathan's firm was named N.M. Rothschild and Sons. The firm met in the New
Court building and for the sake of brevity will be referred to as New Court. New Court was so
powerful that it even became a gold broker for the Bank of England (whose price I believe they still
fix at will, though I may be wrong). He also founded the Alliance Insurance Company in England.
The Illuminati has the Luciferian belief system that one's evil acts must be balanced by one's good
acts. This belief system has led to the philanthropy of the truly evil elite (although much of this
„charity" money goes to fund their objectives). Nathan hated the common masses but his duty called.
'Almoners, particularly those acting on behalf of the poor Jews of London, reported that they got
thousands, even hundreds of thousands, of pounds out of Rothschild, but hardly a word and never a
courtesy.' Nathan did not enjoy charity. He was good friends with Thomas Buxton, the anti-slavery
leader. The famous musicians Mendelssohn and Rossini taught his daughter to play the harp. When
Mayer died in 1812, his oldest son Amschel took over the Frankfort firm. Although Amschel was not
the head of the family, he was its spokesman to the aristocracy. He was the one who would apply for
the honors and titles for his brothers. He has been described as a crotchety worrier who clung to the
past. He was socially odd, yet held great dinners that were the talk of the elite. Religion was a big part
of his life, to the point of being called „monkish." Even though he lived on a grand scale Amschel
had no joy. Much of this distress came from the fact that he had failed to have any children. After
Napoleon exited Germany a German Confederation was set up, of which Amschel became the
treasurer. In a sense this made him the first finance minister of the Prussian Empire which was

created by the Confederation. Amschel's sorrow over his lack of children led him to pick prominent young men to treat as his sons. One such man was Otto von Bismark, who would later become the Iron Chancellor of Germany. Amschel was the protector of his mother Gutle, who was the Matriarch of the family. No one could receive full admission into the House of Rothschild by marriage unless she approved. Gutie smiled little and had a harsh tongue. One legend has it that a neighbor asked her whether there was to be peace or war. ,,War?" Gutle replied. "Nonsense. My boys won't let them."

Saloman was the second oldest son of Mayer. Along with the other brothers he was constantly travelling through Europe. What separated him from his brothers was his gift of diplomacy. He was more stately and complimentary than the others. Said one banker of Salomon: "Nobody leaves him without being comforted." in other words he knew how to kiss up. It was this fact that led the brothers to send him to Vienna, Austria to establish a relationship with the painfully aristocratic Hapsburgs and with vain Metternich. Although the Rothschilds had attempted to enter a close business relationship with the Hapsburgs and Austria, the Austrian royalty kept putting them off. Then Salomon came along. He rode in on a wave of new found Rothschild power. Their name had become famous. One person described it as the "two magic syllables." The brothers had become, as one biographer put it, "the Archdemons of Progress." Salomon began to vie for Austrian ties through Gentz and Metternich. Eventually Salomon's diplomacy, Metternich's lobbying, and the below-cost method earlier used on the Landgrave broke down the wall between the House of Rothschild and the Illuminati Hapsburgs. Austria began to employ the Rothschilds on a regular basis. Salomon moved into Vienna and bought a Hotel and a house. Salomon knew how to play Metternich like a piano. He knew the right thing to say at the right time. He knew Metternich's quirks and prejudices, such as his vanity which Salomon easily manipulated. Pretty soon Metternich and Salomon became close friends. The same goes for Metternich's right-hand man, Gentz. Gentz and Salomon were "inseparable." Salomon was also a Freemason. It came to the point where Austria became so controlled by the Rothschilds that the government did not want to refuse the brothers anything. In 1816 Amschel, Salomon, Carl, and James received a title of nobility from the Hapsburgs.

In 1818 the Aix-la-Chapelle Congress met to discuss the future of Europe. Salomon, Carl, Metternich, and Gentz all attended this Congress. It was here that Metternich first met the Rothschilds. Gentz kept the minutes of the Congress, he was called the "Secretary of Europe." A Rothschild scheme at this Congress totally shook the financial institutions of Europe, there was no denying the power of the Rothschilds. "The divine right of kings had been overthrown by the divine right of money.." At Aix-la-Chapelle the Rothschilds widened their circle of influence in the Illuminati. Salomon set up a new firm in Vienna. He financially supported Metternich's fight against revolution. Metternich had established the "Vienna System" which controlled Europe after Napoleon's defeat. The Austrian leader began doing what the elite love to do - sending "peacekeeping" troops Into conflIcts. 1814-1848 has been described as "The Age of Metternich", but since the Rothschilds financed and controlled him it would be more accurate to call it "The Age of the House of Rothschild." The Order of Vladimir was conferred upon Salomon for his work with Russia. Gioacchino Rossini, the Italian opera composer who wrote Cinderella and the William Tell overture became a good friend of both Salomon and his brother James. In 1822, he, Metternich, Gentz, James, and Cari attended the Verona Congress. This Congress was totally manipulated by the Rothschilds. They profited Immensely by its outcome. Salomon financed the first important Central European railways. The Austrians began saying that they had an Emperor Ferdinand and a King Salomon. When it came to Austrian finances Salomon got the last word. The people would show up at his office and beg for a royal "laying on of hands." He only had to touch a bond or a stock, and its owner went away certain of its rise. Uke the other Rothschilds he gave immense charity donations. He bought the huge coal and iron works of Vitkovitz. In 1843 he received permission to purchase inheritable agricultural real estate (many people were against Jews buying private property), and he proceeded to buy up large amounts of land. He obtained the lease of Austria's mercury mines. This and the only other mercury deposit in Spain were controlled by the Rothschilds, creating a world monopoly on a key metal. Salomon was incredibly powerful.

The next son, Cart was the family's chief courier. He was the least intelligent of all the brothers. He was awkward when he spoke and he had a nasty temper. One biographer described him as "punchy". In 1821 Carl was sent to Naples, Italy to oversee loans there that were meant to finance Metternich's forces who had arrived to quell a rebellion. While in Italy the Rothschild "mantle" came upon Carl and he made a series of ingenious deals with the Italian government that forced Naples to pay for its own occupation. He also helped Luigi de Medici of the Black Nobility to re-gain his position as finance minister of Naples, and later did business with the powerful man. Due to his success it was decided that he would stay in Naples and set up his own bank. He became financier to the court, the "financial overiord of Italy." Carl "...wound the Italian peninsula around his hand." He did business with the Vatican, and when Pope Gregory XVI received him by giving him his hand rather than the customary toe to kiss, people realized the extent of his power. The Pope conferred upon him the Order of St. George.

It appears that in Italy Carl became a leader of Carbonarism. After the Bavarian IllumInati was exposed, Carbonarism (or the Alta Vendita) became the major European occult power. Carl's leadership in this group is very significant. In 1818 a secret Alta Vendita document, that Cari had participated in preparing, was sent to the headquarters of Masonry. A copy of this document was lost, and the Masons got very upset, and offered rewards for the return of this copy. The title of the document translates "Permanent Instructions, or Practical Code of Rules; Guide for the Heads of the Highest Grades of Freemasonry. "

Last, but absolutely not least, was the youngest son, James. During the Napoleonic conflict James had spent his time between London and Paris, supporting the Rothschild's network of illegal trade with England. After the Wellington smuggle and the defeat of Napoleon, James became an established figure in France. He founded a bank there and began the French branch of the Rothschild family. James was a 33 degree Scottish Rite Mason. At this time the French House

was the center of operations for the Rothschilds. Even though successive revolutions would de-throne ruler after ruler, Rothschild power kept the family in control. James was good friends with the leading minister of the Bourbon court, Count de Villele, and he "owned" King Louis Philippe. He also secretly funded Spanish revolutionaries (his agent in Madrid was Monsieur Belin). James yearned for social status. The pursuit of which was second only to money. He had gown so powerful that the French exchange was deeply affected by all his decisions. Like his brother, Salomon, he pioneered the railroad business in France. He also bought the great Lafite vineyards. His bank, de Rothschild Freres was in a league all its own. No one in France could even wish to be as powerful as James. As Salomon had, James received the Order of Vladimir for his work with the Russian dynasty. He also became a member of the Societe de Antiquites. In the Rothschild tradition (as

constituted by Mayer's Will) of trying to keep everything within the family James married his niece, Betty Rothschild, the daughter of Salomon. The Rothschilds main advantage was their incredible courier system. It kept the 5 Houses connected. In fact, the Hapsburgs used this system quite often. All evidence points to the Rothschild brothers being very powerful within Freemasonry. They were one of the leading families in occultism at that time in Europe. Many prominent Masons of their day praised the brothers. In 1820, due to Metternich's lobbying, Nathan was made Austrian consul in London, and two years later he was made consul-general. James was also made an Austrian consul in Paris. Metternich's promptings also provided something else very important to the family; in 1822 all the brothers

and their descendants of either sex were made Barons. This established social position for the Rothschilds. The Gentz-Metternich team was very beneficial to the House of Rothschild. By this time a few papers had run some upsetting articles about the family. Salomon asked Gentz to censure any more unkind reports and he also commissioned the Illuminist to write a bogus biography on the family that would portray them in a good light. Gentz, now called the "Pen of Europe", proceeded to write legends for the Rothschilds, and the family fully encouraged the propaganda in their social circles. The brothers had a system (based on Mayer's Will) where only family members were partners or owners of the banks. This system is still in use today. The Rothschild banks bought everything up,

from mining corporations to national debts. For instance, New Court has been controlling Brazil's debts since 1824. In 1836 Nathan Rothschild, head of the House of Rothschild, died (he may have been poisoned). The headship was passed on to his younger brother, James, by a vote of all the brothers. In 1830 the signs of masonic-fueled revolution began to appear again. Metternich's "peace of the world" (they always call imperialism „peace") was being threatened. A new king was set up in France, the House of Orange was dethroned in the Netherlands. The fires of revolution were spreading through the masonic network and Metternich began to lose his grip on Europe.

The Revolution of 1848 in France de-throned yet another royal house. James went along with the masonic agenda and financed this revolution, even though he was a friend of the court. The revolution marked the end of Metternich's "Age" and that same year insurrectors chased him and Salomon out of Austria. Neither returned, but a Vienna House had already been established, others would carry it on, under the direction of Salomon's son, Anselm. Metternich's descendants are still close to the House of Rothschild. After this the power of the Rothschilds weakened. By 1855 all five brothers were dead except James. Napoleon III was now in power in France and his advisors were the enemies of James. But Rothschild ingenuity came through again when James got Napoleon Ill to marry a Rothschild agent. James died in I 868 and the family headship went to Alphonse, his son.

## "THE NEW TRINITY"

Three cousins now ran the show - Alphonse of the French House, Uonel of the English House and Anselm of the Vienna House - "the new trinity". The three banned together to destroy an enemy bank, French Credit Mobilier. Anselm set up a new firm, Creditanstalt in Vienna to combat the French bank. With the help of Lionel and Alphonse he attacked Credit Mobilier until it collapsed. The new head of the House of Rothschild was Baron Alphonse de Rothschild. Alphonse was a suave, socially elite man. After the rail of France's Credit Mobilier Napoleon ill stepped onto the Rothschild bandwagon. Alphonse was powerful, he had "access" to men like Napoleon III and Bismark of Prussia. The Illuminati decided to get rid of Napoleon Ill, so English Prime Minister Gladstone (friend of the Rothschilds) set things up so that Prussia and France would go to war. Napoleon ill proceeded to attack Prussia and Bismark responded in a furry, defeating France and banishing Napoleon III from the throne. The war indemnities were paid to Bismark (who had a dislike for Alphonse, despite his connections to the family) through the Rothschilds. Alphonse's brother, Edmond, was the one who helped create Israel (this will be discussed further on in the article). Alphonse married another

Rothschild, but his love for her was not very strong. The Comtesse de Castiglione was a beautiful woman who was a Marylin Monroe of her day. She was the mistress of Alphonse, his brother Gustave Rothschild (whose daughter married a Sassoon), and Napoleon III. Anselm Rothschild of the Vienna House was a shrewd playboy. He destroyed Credit Mobilier with Creditanstalt, and in 1861 he became a member of the Austrian Imperial House of Lords. Anselm had many mistresses and his wife left him because of his adultery. He died in 1874. Lionel Rothschild of the English House inherited New Court. He financed England's Crimean War, Cecil Rhodes' South African kingdom, vast copper and nitrate mines, and the purchase of the Suez Canal. Lionel's younger brother, Anthony was knighted by the Queen. Another brother, Nathaniel, bought the renowned Mouton vineyards near Bordeaux. Lionel was a good friend of Prime Ministers Disraeli (who was controlled by Rothschild money) and Gladstone. He also probably paid for Lord John Russell's election as Prime Minister. Lord Tennyson (whose poems are used in programming) attended his house parties. Lionel has been described as "grouchy" and "crotchety." In 1858, Lionel became the first Jew in House of Commons. After eleven tries, the British Parliament gave in and allowed Rothschild to take his seat. Not a single significant political move by Lionel was recorded during his stay in Parliament. He was a member for 15 years. in 1879 he died. After Amschel of the House of Frankfort died without an heir, two of Carl of Italy's sons came to take over the business. But they also remained heirless, bearing only daughters. When the last brother died in 1901, the Frankfort bank was liquidated (I believe they did not try to continue the original bank because they knew that Germany was about to be caught up in the turmoil of the world wars, they eventually set up another Frankfort bank after Germany's turmoil).

The House of Italy ended the same way. The one son of Carl who had stayed in Naples produced only daughters, and when Geribaldi's Red Shirts unified Italy this remaining son (out of character for a Rothschild) chose not to accommodate the new powers and moved to France. Thus ended the Italian branch.

## ROTHSCHILD INFLUENCE IN AMERICA

This subject is so massive that it will only be touched on. In 1837 August Belmont came to the U.S., during the Panic of 1837. August Belmont appears to have been a Rothschild proxy. Belmont bought up government bonds in this Panic and his success eventually led him to the White House where he became the "financial advisor to the President of the United States". His policies helped pit the North against the South for the Civil War. Judah P. Benjamin, who according to A. Ralph Epperson was the Clvii War campaign strategist for the House of Rothschild held many key positions in the Confederacy. He was apparently connected to John Wilkes Booth. J.P. Morgan has been called a Rothschild agent. His father was one of the many elite who made their fortunes by shipping supplies past the North's blockade and into the Confederacy. J.P. was a major supporter of an American central bank (Interestingly enough, he is reported to be related to Alexander Hamilton). In 1869, J.P. Morgan went to the House of England and formed Northern Securities as an agent for New Court in the U.S. Then, in 1907 J.P. Morgan

shuttled back and forth between London and Paris, presumably getting orders from the Rothschilds. He returned to America and instigated the Panic of 1907, which led to the „need" for a central bank. Another man who appears to be connected to the Rothschilds was Thomas House, who also made his fortune slipping supplies past the North and into the South. His son, Colonel Edward M. House was one of the main Illuminati figures to control America during the early 20th Century.

Some of the Bauer line of the Rothschild family moved to America and took up Important positions in the hierarchy's network.

## THE HOUSE OF ROTHSCHILD AND ISRAEL

The Rothschild relationship to the Jews is deceiving. The family stance is publicized as "pro-Jewish", and they have given abundant charity to Jewish causes. But their support of the Jewish race has, in most cases, been used for the sole purpose of controlling the direction and profiting from the Jews. The Rothschilds have been described as the royal family of the Jews. Many leading Rothschilds have been dubbed "King of the Jews". But what kind of Judaism do the Rothschilds support? Do they support the orthodox Jews who believe in the Old Testament and are waiting for the return of the messiah? No. Do they support Messianic Jews who believe Jesus Christ was the messiah who came to save all men? No. The Rothschilds support those Jews who have fallen prey to the deceptive gnostic and occultic teachings of Cabalism, and in turn support the Illuminati controlled Zionist movement. Not all Zionists are part of the conspiracy, but their leaders are, and the ultimate leaders of the Zionists have been the Rothschilds. I am disappointed by some researchers, who automatically coin the conspiracy a „Jewish" one. This unfortunate stumbling block has polluted their work, making it just as misleading as the information put out by the popular media. These researchers seem blinded by the fact that the conspiracy has abused and manipulated the Jewish race more than any other group in the history of the world. The hierarchy of the Jews has sat back and allowed the attack on, and control of the Jewish masses for the furtherance of Satan's agenda. I am saying this to let you see that I am not anti-semitic. I believe that there are people who call themselves "Christians" who are part of the conspiracy, at the same token there are people who call themselves "Jews" who are part of the conspiracy. To call the conspiracy "Jewish" is ignorant. I believe the Rothschilds to have been involved in Cabalism, Jewish Sabbatism, or Frankism, all of which

are involved in witchcraft. This belief is strengthened by the Rothschild's use of the occultic Seal of Solomon as a family symbol. The city in which the Rothschilds originated, Frankfort, was deeply anti-Semitic. The Rothschilds were constantly striving to overcome the boundaries put on them because of their culture. It is very likely this berthed a bitterness in their hearts towards "Christian"

society. This bitterness, and the need to facilitate more profit and power were most likely the reasons why they excepted the idea of a Jewish state. (I will assume that the readers understand that the Zionism / restoration of Israel concept is an unbiblical sham.)

The following quote will help you understand the Rothschild attitude towards the Jews. „... the first principle of the House of Rothschild was to amass wealth, [and] the liberation of the [Jewish] race from oppressive restrictions contributed Indirectly to this end, since it would facilitate intercourse with the rest of the world, and thereby increase the possibility of financial gain, which in turn would serve to increase its power." (The Rise of The House of Rothschild by Count Egon Corti, p. 124-125) Amschel of the Frankfort House was constantly harassed by anti-semites. As a result "He became the grand almoner and grand protector to the German Jews; he helped sweep away the chains of Jew Street; he pressed, in the end successfully, for the Jews' enfranchisement as free citizens of Frankfort." One of the main Rothschild agents used to promote the emancipation of the Jews in Frankfort was Frederick von Gentz, the evil "Pen of Europe". At this point I must clarify something for the reader. There are 3 Baron Edmond Rothschilds, and all 3 have been involved with the nation of Israel. To avoid confusion I will number them:

#1 Baron Edmond de Rothschild -(1845-1934) House of France. Son of James and brother of Alphonse.

#2 Baron Edmund "Eddie" L de Rothschild - (1916- ) House of England. Son of Uonei Nathan and great, great grandson of the infamous Nathan Rothschild.

#3 Baron Edmond de Rothschild -(1926. ) House of France. Son of Maurice and grandson of #1 Edmond.

The story begins with #1 Edmond, the "Father of Israel". During the Crimean War (which was funded by the Rothschilds) the small Jewish community in Jerusalem became cut off from all outside support. This resulted in "semi-starvation". #1 Edmond's father, James, set up the James Mayer de Rothschild Hospital in Jerusalem in response to this problem. #1 Edmond picked up his fathers interest in Palestine. When the Russian Jews fled the Czar's pogroms in the 1880's Edmond began to finance the Russian Jew's attempts to establish colonies in Palestine, It is clear that #1 Edmond was a fan of Zionism, his charities were not only aiding the persecuted but were promoting the concept of a return the "homeland". "The Baron's money drained swamps, dug wells and built houses. It founded industries ranging from scent factories to glass works, form wine cellars to bottle manufacturers. The Baron established his own administration in Palestine and his overseers dictated to the farmers exactly what crops were to be grown and where." The man who set up the first Zionist Congress was Theodor Herzl. He attempted to get the support for his plans to "restore the Jewish state" from the Rothschilds but many members of the family were opposed to Zionism (the Rothschilds supported those causes which they could profit from and the Integration of Jews into the European culture was profitable for them. One Rothschild told Herzl he was an Englishman and proposed to remain one. #1 Edmond on the other hand. was leading a Zionist plan similar to Herzl's that slowly created a Jewish state controlled by the family). #1 Edmond did not oppose Zionism, in fact he supported Herzl's cause, yet he felt Herzl's plans should not be implemented so soon (they were "to be accomplished quietly, stealthily, not by shouting from the roof-tops"), plus he was concerned that Herzl would take away too much Rothschild power over the slowly forming Jewish state. The Baron continued to support his own colonies and though Herzl was socially supported, because his Ideas facilitated Rothschild power in Palestine, he was not allowed to implement his plans. #1 Edmond did not want Herzl in control. Later, after Herzl had died and was no longer a threat, #1 Edmond "admitted" that Herzl had been right, and went right on pouring money into the Jewish "Homeland". #1 Edmond had a tight-fisted control of the colonies. „... the Baron was a dictator who expected the colonists to obey him unquestionably." In 1901 the Jews in Palestine sent a delegation to the Baron who told him „... if you wish to save the Yishuv [the -83 Jewish settlement] first take your hands from It, and ... for once permit the colonists to have the possibility of correcting for themselves whatever needs correcting ..." This upset the Baron. He replied: "I created the Yishuv, I alone. Therefore no men, neither colonists nor organizations, have the right to interfere in my plans." Herzl

was succeeded as President of World Zionism by David Wolffsohn. Wolffsohn got the full support of the Baron. Wolffsohn's successor was Otto Warburg. Another prominent leader of the Zionists was Chalm Weizmann. Weizmann was on better terms with #1 Edmond than his predecessor, Herzl. He made this observation of the Baron after their first visit. "In manner be could be both gracious and brutal; and this was the reflex of his split personality; for on the one hand he was conscious of his power and arrogant in the possession of it; on the other hand he was rather frightened by it, and this gave him a touch of furtiveness." The Baron Rothschild told Weizmann be would finance a Hebrew University in Palestine. With Weizmann's appearance on the scene the Baron became closer to Zionism.

In 1914 #1 Edmond traveled to Palestine. "Edmond could scarcely believe his eyes. Tel Aviv had become a city and his miserable windswept colonies had been transformed into lush gardens..." His journey to Palestine was hailed as the "prince returning to his people". Later the Baron Rothschild told Weizmann: "Without me Zionism would not have succeeded, but without Zionism my work would have been struck to death." Another Rothschild embraced Zionism through Weizmann - Lionel Walter, the second Lord Rothschild (apparently this upset some relations). The Balfour declaration, which declared England's support of the creation of a Jewish homeland, was addressed to Lord Rothschild II. Lord Rothschild also received the documents of support from the League of Nations. Charles T. Russell sent a letter to Lord Rothschild that praised him for his work towards a Jewish homeland. After World War I Britain ruled Palestine, and the Rothschilds ruled Britain. Also, a bulk of unpaid debts to the Rothschilds by the failed Ottoman Empire gave the family more control over Palestine. Then came Hitler. According

to Walter Langer, a psychoanalyst who wrote the book THE MIND OF ADOLF HITLER, the demonic German leader was a grandson of a Rothschild. „Adolf's father, AIls Hitler, was the illegitimate son of Maria Anna Schicklgruber. It was generally supposed that the father of Alols Hitler was Johann Georg Hiedler....

"There are some people who seriously doubt that Johann Georg Hiedler was the father of Alois.... [an Austrian document was supposedly] prepared that proved Maria Anna Schicklgruber was living in Vienna at the time she conceived. "At that time she was employed as a servant in the home of [a] Baron Rothschild. As soon as the family discovered her pregnancy she was sent back to her home ... where Alois was born." It is believed that Hitler (who was totally created by Satan's Empire) attacked Austria first, in order to destroy the Austrian records that proved his Jewish ancestry. As Hitler's demonic attack on the Jews progressed, one would imagine that the Zionists would come to the rescue and offer Palestine as a safe haven. Not so. Many European countries shut their doors to the Jews, including the Palestine colonies. The Zionist controlled immigration laws in Palestine were very strict and it was near impossible to escape to the Jewish homeland. In fact, the ZIonists refused to admit there was a Holocaust going on although evidence points to them knowing! I suppose in their minds it was ok to sacrifice a great number of Jewish lives in order to promote the idea of a Jewish state. To the elite the Holocaust was like shooting dead a herd of cattle to receive the insurance payment. Said Michael Seizer in his book. ZIONISM RECONSIDERED: "Not even the events of 1933 aroused their [Zionism's] political interest. They were naive enough to see them as a God-sent opportunity for an undreamt of wave of immigration to Palestine. When the Zionist Organization against the natural impulses of the whole Jewish people, decided to do business with Hider, to trade German goods against the wealth of German Jewry, to flood the Palestine market with German products and thus make a mockery of the boycott against German-made articles, they found lIttle opposition in the Jewish National Homeland, and least of all among its aristocracy - the so-called Kibutniks." Hitler forced the Jews to wear the six-pointed star as a sign of shame. It was this same symbol that the Rothschilds were named after and the same symbol that the Zionists promoted as a symbol of Jewish national identity. Do you see the contradiction? Said Jewish author OJ. Graham in THE SIX-POINTED STAR: "Not all the concentration camp victims were Jewish people. Many were Christians. Spiritually, a parallel can be seen in the rituals to Ashteroth and Moloch, where the victims were burned as sacrifices to these false gods. Were the victims of the Nazis someone's sacrificial offerings?" I believe they were. Remember the six-pointed star was the symbol of Moloch

and Ashteroth. Unfortunately, few Jews will tolerate a discussion of this subject. After World War II, the U.N., spurred on by the IllumInati created horrors against the Jews, panted Israel its statehood. Weizmann was the first president of Israel's Knesset (which was built with Rothschild money). The occultic hexagram is on the Knesset, and is also displayed on the Jewish flag. "...the six-pointed star [had] made its way from Egyptian pagan rituals of worship, to the goddess Ashteroth and Moloch, to King Solomon when he went into idolatry," say, Graham. "Then it progressed through the magic arts, witchcraft [including Arab magicians, Druids, witches and Satanists], astrology (in which It was no new thing), through the Cabala to Isaac Luria, a Cabalist, in the 16th century, to Mayer Amschel Bauer, who changed his name to this symbol, to Zionism, to the Knesset of the new State of Israel, to the flag of Israel and Its medical organization equivalent to the Red Cross." What is the ultimate goal of Zionism? David Ben-Gurion, a Zionist leader, tells us: "Weth the exception of the U.S.S.R. as a federated Eurasian state, all other continents will become united in a world alliance, at whose disposal will be an International police force. All armies will be abolished, and there will be no more wars. In Jerusalem, the United Nations (a truly United Nations) will build a Shrine of the Prophets to serve thi federated union of all continents; this will be the seat of the Supreme Court of Mankind, to settle all controversies among the federated continents." Simply stated, Zionism (with Rothschild support) promotes a New World Order. The Rothschild control of Israel is Immense. #1 Edmond established Trusts that make massive donations to Israel. Biographer Virginia Cowles explains: "Originally the principle Trust was known as Pica - Palestine Jewish Colonization Association - but when it became clear, after the establishment of the State of Israel, that colonization would be handled by the Government, Its functions were changed. Edmond's son, James, renamed it ,Hanadiv' the Hebrew word for 'benefactor' by which his father was known throughout Palestine; and at the same time rechannelled the Trust's funds to the promotion of education, science and culture. When James died in 1957 his widow, Dollie, assumed the presidency which she still holds. For many years she has been powerfully assisted by Lord [Victor] Rothschild, and recently she has enlisted the help of the latter's son, [Lord] Jacob. The Trust knows no boundaries. In the 1960s it carried out James' wishes by providing money for the Knesset, the new Parliament building in Jerusalem. Today its beneficiaries range from universities, hospitals and public libraries to archaeological digs; from the board of the Weizmann Scientific Institute to the organizers of Instructional Television."

#2 Edmund is the most "race-conscious" of all the Rothschilds. He is on the board of many Jewish philanthropies - including president of the Association of Jewish Ex-Servicemen and Women, joint treasurer of the Council of Christians and Jews and treasurer of the Friends of the Hebrew University of Jerusalem. In 1967 he sent a letter to THE TIMES magazine suggssting Great Britain, Russia, and the U.S. all chip in and build de-salinization plants for Israel so that the desert could be turned into a lush garden, with plenty of food and nothing to fight over (I have found that #2 Edmund loves to come up with cock-a-maime scientific suggestions towards the solution of world problems. For example, in an address to the organizers of the U.N.'s Earth Summit, he suggested building massive dry-ice machines on the polar capes to prevent their melting in the face of global warming). #2 Edmund is also a warden of the Great Synagogue in London. He is the senior member of New Court in London and is a member of the Illuminati's Pilgrim Society. #3 Edmond is an entrepreneur. He is very involved in tourism, and has funded many luxury resorts in Israel. He controls Compagnie Financlere, which is his holding company in France. He owns Banque Privee in Switzerland, and a merchant bank in Paris. He controls the largest toy company and the largest frozen food company in France. He is a director of Belgium's Banque Lambert, and of DeBeers Consolidated Mines in South Africa. He is on the Steering Committee of the Bilderbergers. And his interests extend into Israel, where he is the chairman of Tri-Continental Pipelines. Chairman of the Israel Corporation, and chairman of Isrop, which controls the Israel General Bank. The list continues. #3 Edmond is on the board of the Hebrew University of Jerusalem. He directs the Middle East Peace Institute, which he founded in 1967. He regularly donates money to the Biological-Physio-Chemical Institute, which was founded by his grandfather, #1 Edmond. Hesits on the boards ofa dozen or so hospitals and scientific institutes. #3 Edmond is considered the richest Rothschild. He has massive power, and this includes control of much of Israel. The Rothschilds have even had a street named in their honor. The First International Bank of Israel is located at 39 Rothschild Boulevard in Tel Aviv. Bank Hapoalim, "Israel's fastest growing bank", is next door at 50 Rothschild Boulevard. The satanic Rothschilds

simply dominate Israel. Apparently Israel has served as the meeting grounds for the French and English Rothschilds. The French and English Houses contributed over $1 million to Israel around the time of the Six-Day War. It is reported that when Baron Alain of the French House visited Israel he "burst into tears" at the sight of the walling wall. Baroness Alix of the French House is the World President of Youth Aliyah, which deals with the emigration of Jewish children to Israel. Evelyn of the English House is chairman of the Board of Governors of the Technion, Israel's Institute of Technology. The satanic Rothschilds simply dominate Israel. The Rothschilds help Satan's Empire control the world's resources, the world's nations and the world's religions. They are an institution in the conspiracy and, if one looks carefully, the path of their destructive reign can be followed through the history of the past 3 centuries.

This article will be continued in the next newsletter, where It will discuss the House of Rothschild in the 20th century.

**Bibliography:**

Corti, Count Egon Caesar. THE RISE OF THE HOUSE OF ROTHSCHILD. Boston, Los Angeles: Western Islands, 1972 (copyright 1928 by Cosmopolitan Books Corporation).

Graham, OJ. THE SIX-POINTED STAR. Fletcher, NC: New Puritan Ubrary, 1984.

Springmeier, Fritz. BE WISE AS SERPENTS. Portland, OR.: Privately published, 1991.

Cowles, Virginia. THE ROTHSCHILDS: A FAMILY OF FORTUNE. New York.: Alfred A. Knopf, Inc., 1973

Morton, Frederic. THE ROTHSCHILDS: A FAMILY PORTRAIT. New York.: Collier Books, 1961, introduction and epilogue 1991.

Miller, Edith Starr. OCCULT THEOCRASY. Los Angeles, CA. 1933

Epperson, Raiph A. THE UNSEEN HAND. Tucson, AR.: Publius Press, 1985

## INTRODUCTION TO PART 2 OF THE ROTHSCHILDS

### by Fritz Springmeier

Lenin said that the establishment of a central bank was 90% of communizing a nation Lenin himself (and Trotsky) were required to place MI6 operatives in key positions during the Russian Revolution. and these operatives were in turn controlled by the Satanic elite back in London, England. It is no secret that the Rothschilds play a major rode in International Bankers, and that various Rothschilds like Lord Victor Rothschild have played major roles in MI6. I mentIon these two items to drIve home what should be an obvious condusion, the Rothschilds are major players in the control of the world and the New World Order.

There is so much activity on the part of the modern-day Rothschilds, that the controlled news media's censorship which protects the Rothschilds have not been able to screen out everything, there are stIll tidbits here and there that filter through the controlled media's censorship. Still my search continues for descendants of the Rothschilds who are willing to expose what the Rothschilds are all about. I have found a few. One who I have not had the opportunity to interview yet, is the husband of Rebecca Brown. It is reported that Rebecca Brown's husband was an Illuminatus of the Rothschild bloodlIne, and that he escaped them and has been attemptIng to do some exposure of their Satanic practices. According to what I have been told, they wanted to skin him alive. I have unfortunately not been able to interview Rebecca Brown Yoder's husband, who has been called by the Lord to strengthen the end time church.

## THEIR POWER IS EXTENSIVE

Peter Rupert Lord Carrington, who is the chairman of the Bilderbergers. has been the Rothschild's director of their Rio Tinto Zinc Corp. He also is director of Barclay's Bank and part of the Trilateral Commission. Francois Mitterand, who has led France, is an extremely close friend of the Rothschilds. I point these two men out just to portray to the reader the extensive power the Rothschilds wield behind the scenes. WHAT THEY CALL THEIR BLOODUNE IN THE ILLUMINATI

During IlluminatI ceremonies, when candidates are presented for approval at the Sisters of Ught and the Mothers of Darkness levels the bloodline of the Rothschilds is actually called „the Rothschild bloodline." Although It was orIginally went by the name Bauer (and many of the descendants today continue to be Bauers and Bowers, the name „Rothschild" was the occult name that the Bauers personally chose for their bloodline to be POWER BROKER IN LATIN AMERICA

One of my friends from South America got to personally witness the destruction of South America by Rothschild interests. One item that I am familiar with from history, and which I can't help thinking about is how the nation of Bolivia in 1908 had the fine distinction of having absolutely no foreign debt. However, in 1908 the Morgans of America loaned Bolivia money, and in 1917 Chandler & Co. loaned them $2.4 millIon. Thus began the plunge of a free nation Into economic slavery to the Illuminati's international Bankers. The point is that nations like Bolivia, if left alone would have been far better off. People don't realize that the problems these "banana republics" have is to a large degree beIng cause by powerful outsiders lIke the Rothschilds. who then direct organizations like the IMF to „save" these poor nations. When the Rothschilds set themselves up in Brazil, they set up to be there permanently. They came in during the 19th century. The Rothschilds and other british Interests played a major role in Brazil's railway system, which became a law unto itself. Just as the secret history of the railway tycoons reveals a great deal about the secret elite in the United States, so it also does in Brazil. Later Henry Kaiser and Nelson Rockefeller moved into South America (incl. Brazil) to promote their capitalistic visIons. They promoted the light industrialization of LatIn America and its economic interdependence in the 1950's and 1960's. The Scroll & Key Society is one of the illuminati's secret entry points at Yale University. The Scroll and Key Society financed a book by Elizabeth A. Cobbs entitled The Rich Neighbor Policy: Rockefeller and Kaiser in Brazil. This book (Yale Univ., 1992, p. 248) states that Brazilians have looked to Rockefeller as their connection to the United States. Other elite families besides the Rothschilds have also substantial Latin American economic control, such as the DuPonts.

## THE BLOODUNES ARE SECRET

One of the principle points that should be borne in mind, is that the actual occult power of the Rothschild bloodlIne is hidden in secret lineages. Although the Rothschilds make up part of the Rothschild bloodline, people should also watch out for names such as Bauer, Bowers, Sassoons, and many other last names. People within the illuminati who have Rothschild blood are aware of their secret ancestry, but outsiders in the world are more often than not are never going to be told that they carry such „powerful" occult blood.

## ABOVE THE LAW

The story of what happened to BankCal, which was the oldest bank in California, illustrates how powerful the Rothschilds are in the United States. (The details of this story come from the San Jose Calif Mercury News, Jan. 12. 1992. I was somewhat surprised that the article appeared considering the strength of the Rothschilds. Sometimes corruption at the top stinks so bad, that It can't be suppressed entirely.) The United States has the Securities Exchange Commission (SEC) in place to protect the American public from stock fraud. During the 1980's there were 3 highly publicized cases of fraud that the SEC uncovered. These three cases created widespread confidence within the american public that stock market trading was in general honestly traded. The story of what Edmond Rothschild (full name is Edmond Adolphe Jules Jacques Maurice Baron de Rothschild) did with BankCal expose to the world that men like the Rothschilds do not have to play by the same rules as

everyone else. They are literally above the law. The powerful Illuminati control the law. In 1973, the CEO of BankCal, De Bretteville sold Edmond Rothschild 300,000 shares of Bancal Tristate Corp., 22% of the holding company for the Bank of California. De Bretteville had originally asked two English Rothschild cousins if they wanted to purchase the stock. These two cousins then called two French Rothschild cousins, who then called Edmond in Geneva, Switzerland for assistance. Edmond told them he would help them buy it, and that after he purchased it. he would turn around and divide it with his relatives. He lied. And over the next few years, he would continue to lie to numerous people about his intents for the bank. De Bretteville says, "He lied to his family and he lied to me, it was a dirty deal all around." Bank of California had the only banking franchise at the time which was in all three Pacific rim states (OR, WA, CA). It turned out that the Bank of California was like a piece of art to Rothschild. He had no Intention of improving the bank, he simply wanted it for his collection of companies. Edmond already owned companies in Brazil, toy companies, 10% in De Beers mining in So. Africa, joint business ventures with Robert Vesco, and 30% of Club Mediterranean which Edmond co-founded. Club Mediterranean was created out of the idea that others of the elite would enjoy seaside playgrounds like those he and his mother cavorted at when he was a youngster. Edmond went on to marry a chorus girl named Nadine Actually, sources indicate that the Baron Edmond had wanted to give the Bank of California to his only son. Bengie (Benjam in de Rothschild) as a graduation present. But Bengie who was going to Pepperdine University was more interested in partying. Bengie lived high on the hog at a fabulous California beach house while flunking school and living wildly. Apparently, his father decided his son wasn't ready for a graduation present. In fact, he left Pepperdine Univ. after 4 years with 31 credits (97 short to graduate) and went back home to Chateau Pregny on the shore of Lake Geneva near Geneva. Switz. It wasn't until 1989, that Benjamin stepped forward into the world of finance, by launching his La Compagnie de Tresorerie-Benjamin de Rothschild. The San Jose Mercury. Jan. 12, 1992 reported, „the longtime chief executive of the blue-blood San Francisco bank invited Rothschild to invest. Banking regulators encouraged Rothschild to take charge. Securities investigators ignored the frenzy of trading overseas, and later, the documentation of insider trading. The bank's directors fawned while the baron used it as a personal plaything. „This is not what made this country great." says Bill Miles, a former BankCal vice president. "This is greed, all the way through." Edmond Rothschild only purchased a mInority of BankCal's shares, but he was still able to totally control the company. He was also able to manipulate its stock prices and carry out insider trading without the Securities and Exchange Commission watching it. Edmond named two representatives to the board of directors. The first was George Coulon Karlweis, a patrician Swiss Banker who worked for Edmond. The other was George Shapiro. a New York lawyer who knew nothing about banking. Edmond has called George Shapiro his "godfather and his "guardian angel." Then Edmond replaced De Bretteville as CEO with his man Chauncey Schmidt. Edmond had agreed to leave DeBretteville in his position as a condition to purchase BankCal shares, but when he chose to renege on his agreement he did without compassion. Bank board meetings became a game of „What does Edmond think?" Edmond on his part threw parties that enamored him to San Francisco's high society. Edmond carried out a series of actions which dropped the value of BankCal's stock drastically. Financial advisors and securities analysts convinced small stockholders to sell their BankCAl stock which they then did for rock bottom prices as little as $16 a share. Rothshild bought some at that price. Some of Rothschild's secret proxies paid slightly higher prices. Most of the stock went to anonymous investors trading through private banks protected by secrecy laws. Nearly 20% of the bank's stock was sold by misled shareholders, and was sold to secret European bank accounts. The Baron and his friends secretly began buying the Bank's stock after It had hit rock bottom prices. During 1979 to 1981 more than 15% of Bank of California's stock was sold in Europe. Such an abrupt shift in a stock's trading pattern is supposed to set off alarms with the Securities and Exchange Commission. Instead the Securities and Exchange Commission turned a blind eye to all the insider trading. The European buyers bought their cheap stock as secretly as possible. They did not openly shop through American brokerages. Instead, they bought small (and therefore. unremarkable) blocks of stock through dozens of private banks in Switzerland, the Netherlands. Germany. Luxembourg. The Baron told his friends that he would sell BankCal, while he publicly gave the appearance that the company was not for sale. For instance, publicly It was announced that David Rockefeller. as well as the elite's front man for BCCI Ghaith Pharaon had both taiked with Edmond Rothschild about the purchase of BankCal. According to what

the public was led to believe. Rothschild said he would not sell his shares in the bank. Jean Marc Vemes, a buddy of Edmond. bought 310.000 shares through a defunct Asian mining company. He was anonymous until Edmond Rothschild nominated him to the bank's board of directors. After gathering up shares at rock bottom prices, Rothschild announced an official change of heart to sell the bank at $50 a share. Rothschild then sold this supposedly American bank to the Japanese, Mitsubishi, to be exact, and „made a killing" off of his manipulations and insider trading. In Mar. 1982, Mitsubishi began secret negotiation to buy the bank which they codenamed „Snoopy." Over the years, stockholders had watched various companies offer $74 a share, $60 a share and other good terms only to be rebuffed. When Rothschild finally sold for $50 a share to the Japanese, it was clear that his whole goal had been to cheat stockholders to Insure a big cash reward for himself. Richard Freemon, a large stockholder who had sold. sued Rothschild and the directors for cheating him on his stock. The $25 million dollar lawsuit was settled out of court, with all parties swearing not to disclose how much Freemon got for having lost money due to Rothschild's stock manipulations.

**THE ROUND TABLE GROUP**

David Smith who has written the following article on the Rothschilds for this newsletter asked me to explain in this introduction about Rothschild and the Round Table Group. The men who formed Milner's Round table group from the various clues in their lives were by and large secret satanists. Rhodes and Stead created a secret society which had a „circle of initiates." This circle included such names as Albert (Lord) Grey, Arthur (Lord) Balfour, Sir Harry Johnston, and Lord Rothschild. Milner was on the executive committee of this secret group. Carroll Quigley dates the start of the group as March i 891. Apparently, the Rothschilds helped finance this secret society. In 1909-1913, this secret society in turn formed Round Table groups in British dependencies and the U.S. Eight of these round table groups were still functioning into the 1970s. Sir Abe Bailey supported the Round Table groups quarterly magazine called The Round Table in 1919, Sir Abe Bailey and the Astors financed the creation of the Royal Institute of International Affairs which in turn created daughter organizations such as the Council on Foreign Relations in the United States. The RIIA is also sometimes called Chatham House. The first Round Table group of the Rhode-Milner group were sometimes called the Cliveden Set because they often met at the Astor's Cliveden Estate. Terence O'Brien's biography describes Milner's relationship to the Rothschild's as very close Lord Alfred Milner (1854-1925) frequently visited the Rothschilds, stayed overnight with various Rothschilds, and even had some sleepless nights with them. without explanation as to why. Milner also worked for Rothschild as a director of Rio Tinto. Three Illuminati families stand out in the creation of the Round Table groups, which then became the RIIA and the CFR and related groups. These are the Rothschilds, Astors, and Greys. The Bailey family also shows up an important generational satanic family. The RIIA and its various branches such as the CFR are very powerful today. In my Be Wise As Serpents book readers can find a chart showing the role the CFR plays in the Policy Process of the U.S.


**THE ROTHSCHILDS--PART 2**

**BY DAVID SMITH**

The Rothschild family reached a peak in Its power during the Age of Metternich (1814-1848), but as the century waned, so did Rothschild power. They still held a considerable amount of influence but their „veto power" was not as strong as It had been before the Revolutionary overthrow of Metternich's Europe. This lagging power was nothing that could not be reversed though, and last half of the 19th century was spent manufacturing another incredible climb upward. The new rise in power came about during the reign of the "New Trinity" - Alphonse (France), Lionel (England), and Anselm (Vienna). The succeeding generations of these three family leaders were the catalysts of new family order. An excellent example of Rothschild power in the late 19th century is the families dealings with the Illuminati Habsburgs. In order to be courtworthy for the Habsburgs you had to have four ancestral lines of nobility and you had to be baptized. Yet Emperor Francis Joseph gave the Rothschilds „a special act of grace" in 1887. From then on, the House was allowed to be on close terms with the

Habsburgs. This was a considerable act. The European nobility are very serious about their aristocratic rules. (Francis Joseph was not very close to the House, but his wife was a good friend of the Rothschilds). Another great example of Rothschild influence is their direct Involvement on both sides of the Austro-Prussian and Franco-Prussian Wars. Bismarck., dictator of Prussia, was a sort of son to fatheriess Amschel of Frankfort. After Amschel died Bismarck remained close to the Rothschilds (although he had occasional quibbles with the family). Bismarck's banker, Bleichroder, was a Rothschild agent and the richest man in Berlin. He was invaluable to Bismarck as the financier of the dictator's wars with Austria and France. In Austria, the Hapsburgs were at least publicly Implored by Alphonse and Anthony of Paris and Anselm of Vienna to avoid a war with the ambitious Prussian dictator at all costs. Of all the international banking families, the Rothschilds appeared to be in favor of peace the most, although this was probably a ruse. „We want peace at any price," said Anthony de Rothschild. "What do we care about Germany, or Austria or Belgium? That sort of thing is out of date." But the Austrians gave in to Bismarck's provocations and embarked on a war with Prussia in 1866 (the Rothschilds had all congregated in London for a family wedding the year before; it is possible the wedding was used as an excuse to assemble the family together to discuss a plan of action concerning the up-coming events) . Austria had been warned. In seven weeks the war was over, Bismarck had crushed the Austrians. The war had been financed by Rothschild agent, Bleichroder. Then Bismarck began to provoke France. Napoleon III was in the pocket of the head of all the Rothschilds, Alphonse de Rothschild of the Paris House. In fact, the two even shared the same mistress. Alphonse also had "access" to Bismarck. He was on both sides of the track, so to speak. Then, (very possibly under Rothschild direction) Bismarck began to try to put a German prince on the Spanish throne. Napoleon III responded by telling Alphonse that France could not allow such a thing, and unless England intervened diplomatically he would have no choice but to go to war against Prussia. The Emperor wished to use the Rothschild's courier/agent system to reiay this message to England. Baron Alphonse did so, sending the message to Nathaniel de Rothschild at New Court who relayed it to a close family Mend, and former Prime Minister Gladstone (England happened to be without a Prime Minister at that time). Gladstone (shedding. I believe, a light on the family's own opinions) answered the message with a refusal to intervene. The stage was set. Although Bismarck withdrew his SpanIsh candidate, the frictions between France and Prussia had become irreconcilable. Napoleon III declared war on Prussia in 1870. Explained one biographer: "No one foresaw the fall of France. Indeed crowned beads and statesmen alike believed that at long last Bismarck. had taken on an impossible task." Despite everyone's confidence in France, Alphonse sent his family to England. He apparently knew better. Napoleon III suffered a terrible defeat. His empire came to an end. This war was also financed by the Rothschild agent, Bleichroder. Here comes the great puzzle concerning the whole affair. Biographers, using diaries and such, seem to think the Rothschilds were very distraught over Napoleon III's loss. But It also appears they were behind the whole mess. Perhaps the fear of the unpredictability of the new revolution caused this dismay. Perhaps It is just Rothschild disinformation. Perhaps their pan was to keep connections on both sides of the conflict and ride out the storm, but they were upset because their philosophical loyalty was to France (although I find this hard to believe). The family had their hands in both sides of the conflict, it even appears they manufactured the conflict, why the outcome might have upset them I have no idea. I personally believe the House of Rothschild wanted to get rid of Napoleon Ill and his empire, which is exactly what happened, the third republic was set up in France. After the war the French economy was devastated. The Rothschild agent, Junius Morgan was brought in to help restore the French financial situation. He made a large profit. As you can see the Rothschild's involvement in the Austro-Prussian and Franco-Prussian Wars was significant, even though they were crying peace.

## FRENCH HOUSE, LATE 19TH AND EARLY 20TH CENTURY

Alphonse, of the "New Trinity", was the 4th bead of the House of Rothschild. He was an aristocratic man and friend of many prominent leaders of his day. He was also an adulterer, his most notable affair being with the Comtesse de Castiglione. He and his wife were called "the most lavish entertainers of their day." The sophisticated Alphonse was even friends with Belgium's King Leopold and England's Prince of Whales. He also improved upon his Inherited network of Rothschild agents, an underground system that would continue to grow well after his death. He was one of best Informed

men of his day. His older sister Charlotte married Nathaniel of the English House. His brother Gustave also had an affair with the Comtesse de Castiglione. His youngest brother, Edmond #1 was a genius and a main figure in the creation of a Jewish homeland in Israel. He helped divide the world's oil between Shell and the Rockefeller's Standard Oil. His other brother Salomon James married a Frankfurt Rothschild and is the subject of a weird circumstance described by biographer Virginia Cowles. "In 1864 Baron James' third son, the brilliantly clever Salomon [James], dropped dead. The boy had become a compulsive gambler which had caused his father great anxiety, as anyone with the Rothschild name was given unlimited financial credit. Apparently Salomon died of a heart attack which fascinated the Goncourt brothers. „Cabarrus, Rothschild's doctor,' one of them wrote, „told Saint-Victor that the young Rothschild who died the other, day really died of the excitement of gamblIng on the Stock Exchange. Imagine it; a Rothschild dead of a paroxysm over money.'
"However, If the Goncourt brothers had known the details of a previous heart attack suffered by Salomon they would have been even more enthralled. Three years earlier Salomon had 'dropped dead'. He had been placed in a comn and, according to Jewish custom, carried into every room in the house. One of the pall bearers had stumbled, the coffin had crashed Into a door and -Salomon had woken up! Not for another three years was he well and truly buried." This story could lead to all sorts of speculation. De Rothschild Freres, the French House bank, was very powerful. It got its hands Into electrical Industries, the development of the Mediterranean Railway and North African business. It also controlled, with the British House, the Baku oil fields in Russia, which made the Rothschilds the main competitors of the Rockefeller trust. The oil business was principly run by Edmond #1.

When Alphonse died in 1905, the new generation of the French House came under the charge of Baron Edouard, a quiet and very rich man. Edouard was a director of the Bank of France. Baron Edouard also ran the de Rothschild Freres with his cousin, Robert (who married a Beer), son of Gustave (Robert's sister, Alice Caroline married Sir Edward A. Sassoon). These two carried de Rothschild Freres through the tumult of the first world war. Their policies were passive, as they extremely protective of the family wealth. Baron Edouard and Robert had close business dealings with J.P. Morgan. One of the operations of the Morgan-French Rothschild combine involved economic manipulation that allowed the Vienna House to almost fully regain the losses that the Austrian Rothschilds had incurred during WWI. The son of Edmond #1, James Armand de Rothschild, carried on the Israel work of his father after Edmond #1's death in 1934. James Armand's brother

Maurice was the black sheep of the Rothschild's new French generation. Maurice was a banker and a Senator in the French Parliament. Maurice was a very scandalous figure in the aristocratic scene. He was known as Don Juan de Rothschild. Said one biographer: "Some peopie went as far as to claim that ... one had to be seduced or at least pinched by Baron Maurice if one was a woman, or affronted by Baron Maurice, if a man. No other personage surpassed him in enriching the delicious scandal of his times." Thus a new french generation began the 20th century, the undynamic Baron Edouard leading the way.

## BRITISH HOUSE, LATE 19TH AND EARLY 20TH

Uonel de Rothschild, of the "New Trinity", brought the British House into the late 19th century. Uonel was a very powerful man. He ran New Court shrewdly, and financed many promInent ventures, such as Cecil Rhodes' gold and diamond mines, and the purchase of the Suez Canal. He was also the first Jewish member of Parliament. His sister, Charlotte married another member of the "New Trinity", Anselm of Vienna. Another sister married into the soon-to-be extinct Italian House.

Lionel's brother Anthony - who described the Rothschilds as "complete slaves to business - married a Montefiore, and was knighted by the Queen - thus Sir Anthony de Rothschild. Lionel's next brother, Nathaniel, was the father of the Mouten Rothschilds. Nathaniel, though of the British House, loved France and moved to Paris in 1851. In 1853 he bought vineyards that became known as Mouton Rothschild, and he lived at these vineyards several months of the year. His descendants, the Mouton Rothschilds, are citizens of France but are of the British House (except that their mother was a French Rothschild, but the male lineage is the most important in the Rothschild family). Another of Lionel's

brothers, Baron Mayer, married a Cohen. Mayer built a spectacular house, Mentmore Towers. Said one woman: "I do not believe that the Medicis were ever so lodged at the height of their glory." The Mentmore Towers were turned over to Mayer's daughter, Hannah, when he died. Hannah married the Earl of Roseberry in 1878. The Earl of Roseberry became Prime Minister of England in 1894-95. The Mentmore Towers are still owned today by the son of Hannah, the current Earl of Roseberry. The Baron Mayer de Rothschild was a member of Parliament (never made a speech), and loved horse breeding and racing. He was the "sporting" member of the family. When Lionel died in 1879 a new generation of British Rothschild appeared on the scene led by Lionel's aristocratic son, Nathaniel "Natty" de Rothschild. Natty took control of New Court, the Rothschild's British banL He was elected to the House of Commons in 1865, and then, in 1885, Queen victoria made hIm a Lord and he entered the House of Lords - the first Lord Rothschild. The Intelligent and extroverted Natty was an ornate speechmaker, unlike his father, Lionel, and uncle Mayer. Lord Natty has been described as exclusive, lofty, humorless, "one of the three rudest men in England," selective, blunt, aloof, powerful and a man with an explosive temper. A perfect representative of the ruling class. Said one biographer: "Although Natty lacked the soaring Intelligence of his rough, unsociable grand father [Nathan, 2nd head of the Rothschilds] he had a strong personality and the authoritative air of a man who is not accustomed to being contradicted." Lord Natty was a good friend of Prime Ministers Disraeli and Gladstone. He played the philanthropy game of the rich very well. The powerful head of New Court was known for his charities, especially to the Jews - he was called „King of the Jews" as have many other Rothschilds. The haughty Lord Rothschild was even chairman of the British Red Cross. Lord Natty won the hearts of the London police (an effective measure when one is in the Illuminati). Every Christmas he presented them with a "handsome cheque," and any officer could receive a four course meal at his home. Hence, Rothschild carriages were always given the right of way in traffic. In business Lord Natty was very conservative. He dId not take very many risks and looked only for safe family investments. His self-confidence told hIm to manage his wealth himself and not trust his Investments with people who might strike a painful blow to his riches. "Natty was brusque and humorless and dId not suffer fools gladly." Nor could he allow his money Into the hands of a fool, caution was a necessary device as far as he was concerned. According to the writer Frank Harris the Lord Rothschild told him: „I go to the bank [New Court] every morning and when I say 'no' I return home at night without a worry. But when I say 'yes' Its like putting your finger Into a machine - the whirring wheels may drag your whole body in after the finger." New Court was very powerful at this time, for example It controlled the Ruby Mines in Burma, and the banks operations covered most of South America. Brazil was the Rothschild's "preserve" in South America, as Argentina was the "preserve" of London's other major banking family - the Barings. While Lord Natty's two brothers, Alfred and Leo, helped run New Court, Natty was almost totally calling the shots. "Natty stood for finance, Alfred for the arts, Leo for sport." Son of the Queen, the Prince of Whales Albert College, Cambridge. They became good friends and soon the Prince was close friends with most of the British House and others of the Rothschild clan, Including Natty's brothers, Alfred and Leo. The group of friends became known as „The Marlborough Boys", named after the Prince's Marlborough House at which they regularly gathered. „The Marlborough Boys" were intent on having fun. The small circle of partiers were living a life where "wit took precedence over etiquette..." The Prince probably had a hand in convincing the Queen to grant Natty peerage. The Rothschilds were suspected, rightfully so, of financing the Prince's investments and paying off his debts. The Prince later became King Edward VII of England. As you can see, Rothschild influence extends far and wide. Alfred, Lord Natty's brother, was an eccentric man. He had a zebra four-in-hand, a pet gont, a private philharmonic which be conducted and a private circus which he would ringmaster. Needless to say, the Baron Alfred was a man with flair. "He loved music, clothes, furniture, paintings, beautiful women and, above all, luxury." He was also Involved in business - he worked at New Court and was the first Jewish Director of the Bank of England. The Baron was among those in charge of the last rites over Disraelis' dead body (Queen Victoria might have had an affair with Disraeli that the Rothschilds covered up). Alfred's demeanor was like that of a diplomat and was very Interested in foreign affairs. He was instrumental in easing the English - German tensions around the turn of the century. It was not to the Rothschilds benefit to have war. Alfred parted with tradition when he gave, in his will, his great wealth to his daughter. His daughter, in turn, used some of that Rothschild money to fund the expedition into Egypt that discovered Tutankhamen's grave.

Lord Natty's other brother, Baron Leopold de Rothschild, was not much of a businessman. He much more preferred horse racing and automobiles. He had the reputation of being a kind man. His wife, Maria Perugia, was the sister of Mrs. Arthur Sassoon. The first world war supposedly hurt the British House financially (although it appears their missing riches only went underground), but as always they bounced right back (in the eyes of the public). Thus a new British House of Rothschild began the 20th century, lofty Lord Natty leading the way.

## AUSTRIAN HOUSE, LATE 19TH AND EARLY 20TH CENTURY

Baron Anselm von Rothschild, of the "New Trinity", brought the Austrian House to the close of the 19th century. Anselm lived under the reputation of his father, Salomon, and his uncle, Amschel (with whom he spent a good deal of his time). But be did not necessarily ride their coat tails, he proved his worth, so to speak. His most notable act being the creation Creditanstalt, which destroyed the financial challenger of the Rothschilds, Credit Mobilier. As a young man Anselm was a bit wild and frivolous, so hi. father sent him away to apprentice. Anselm ended up working under his uncle Amschel in the Frankfort bank (which was doomed to future liquidation). Frankfort mellowed hlm, and he lived there for 30 years. When his father died in 1855, Anselm returned to Vienna to take his father's place. He became a very active businessman. Anselm had influence in the Habsburg court. Baron Anselm's "name was inscribed in the Golden Book of the capital and in 1861 he had been made a member of the Imperial House of Lords." He also knew bow to incur his wrath. One club in Austria refused him membership because be was a Jew. Baron Anselm simply bought a sewage disposable unit and installed it right next to the club. The smell was horrible. The dub then tried to give him a membership card, to mend the problem, but he returned the card doused in perfume and informed them that he would not move his sewage unit. The Rothschilds set off the financial crisis of 1873 in Vienna. S.M. Rothschild und Sohne totally controlled Hungarian finance. And Creditanstalt was the financial powerhouse of the Habsburg realm. Anselm's children carried on in Vienna after he died in 1874. Ills eldest son Nathaniel was an aristocrat, who was not interested in banking, only fine art and history. Anselm's second son, Ferdinand, moved to England. Only Baron Albert von Rothschild, Anselm's youngest son had a business inclination and be was chosen to take over Creditanstalt. Baron Albert and Nathaniel were the two richest men in Austria. Baron Albert "held controlling interest in innumerable industries ranging from coal to railways; and when, in 1881, he converted the famous six-per-cent Gold Loan to Hungary the bank was recognized as the greatest financial force in the empire." Albert was afraid of the common people and he built a mansion that was more of a dtadel than a house. Its wails were seven het high, and on top of that sat another eight feet of iron fencing. Anselm's second son, Baron Ferdinand, was a member of Prince Edward's "Marlborough Boys." He remained in England, becoming a naturalized citizen. „Ferdy" as he was called was an intellectual socialite. He built an Incredibly grandiose mansion named Waddeson

Manor; one of the most awesome of all the Rothschild homes. The Manor was so marvelous that the Queen herself paid it a visit. Visitors to its halls ranged from the Empress Frederick to the Shah of Persia. Ferdinand also had a zoo. One of Anselm's daughters also moved to England - Alice. The unmarried Alice was a very "tyrannical" person. In fact, she even yelled at the Queen when she saw her Inadvertently trampling a flower-bed. The Queen and Alice remained friends, and the Queen nicknamed Alice „The Al Powerful" "Alice ... reigns absolutely," wrote a cousin. "There is nothing constitutional about this monarchy. No wonder the Queen has named her 'The Al Powerful'..." When Ferdinand died Alice received Waddeson Manor. Head of the Austrian House, Albert died in 1911. His son (none of his brothers had any children), Baron Louis became the head of the house. Louis' brothers, Alphonse and Eugene, were "gentlemen of leisure." Baron Louis and his two brothers both served in the Austrian army during World War I (the war supposedly split the Vienna House from the French and English Houses, I don't believe this). The Austrian House's wealth had to go underground during the war. After the war ended the French and English Houses put the Austrian House back "on their feet again." Thus a new Austrian House began the 20th century, powerful Albert and suave Baron Louis leading the way.

## THE MORGAN CONNECTION

George Peabody, a Massachusetts's trader, set up a banking house - George Peabody & Co. - in London in 1837. He became regarded as a "financial ambassador in London. Carrol Quigley attributes the use of tax-exempt foundations for manipulation of society to Peabody, seen in his IllumInati Peabody foundation. Daniel Colt Gilman, a member of the Skull & Bones and first President of the Carnegie Institution, was involved in the establishment of the Peabody foundation. He was in such high regard by the elite that they have erected a statue of him across from the Bank of England. Peabody was getting old and needed a younger partner. Junius Morgan, of Hartford, Connetticut, was recommended to Peabody. In 1854 Junius and his family arrived in London to join George Peabody & Co. When the elite's concocted American Civil War broke out, Peabody and Junius Morgan raised loans for the North. It appears JunIus played both sides of the war. Ralph Epperson claims Junius was one of the Rothschild agents who shipped supplies to the South. When Peabody retired in 1864 Junius took over the business. The firm was re-named JS. Morgan & Co. That same year Junius' son, J.P. Morgan, became a junior partner in the firm. A year later J.P. left America to represent the firm in the New York. After the end of the Franco-Prussian War, Junius Morgan was called on to help restore the French etonomy. Around this time his bank was talked of as a rival to the Rothschild's New Court, but Junius was a Rothschild agent, when he prospered so prospered the Rothschilds and the Illuminati. J.S. Morgan & Co. was one of the Rothschild's great power tools in the United States. In 1869 JunIus' son, J.P. Morgan went to London to met with the Rothschilds. They laid out the plans to form Northern Securities, a company that would act as an agent for New Court in the US. J.P. ruling as a proxy for the family. In 1871 Junius' son, J.P. Morgan, made an alliance with Tony Drexel, heir to the powerful Philadelphia bank. Their firm - Drexel, Morgan & Co. -resided in an extravagant new building on Wall St., which is still Morgan headquarters today. After the Europeans got over their lack of confidence at the end of the CIvil War, money began to stream across the ocean to the US., providing massive profit for the firm. It set out to finance the growing number of industrial projects in America. The House of Morgan was getting extremely rich.

Junius retired in 1879 and J.P. took over JS. Morgan & Co., reorganizing It under the title J.P. Morgan & Co. "J.P. Morgan soon became a symbol of the growing centralization of American money." He was very monopolistic. His agents would create cartels through 'Morganization." By 1896 the IllumInati families Payne, Whitney and the Vanderbilts all bad money in Morgan-Guarantee Company which was run by the "J.P. Morgan and Guggenheim outfits."

At a certain point he controlled neariy half the American railroad system. He established the United States Steel Corp. ("based on Andrew Carnegie's Pittsburgh Steel mills") In 1901 by raising the "unprecedented" amount of $1.4 billion. J.P. was adept at creating financial syndicates for the Illuminati, joint efforts to further the "Great Plan." President Welliam Mckinley began prosecuting the Rothschild's Morgan-run Northern Securities under the anti-trust laws in 1900. In 1901 Mckinley ran for a second term and appointed a new vice-president, Theodore Roosevelt, a lock, stock and barrel Illuminatus. Less than a year later he was assassinated. When "Teddy" became president the prosecution of Northern Securities stopped. For this reason some people think Mckinley's death was ordered by J.P. Morgan and the Rothschilds. He was able to set up a syndicate, with the help of Rothschild agent, August Belmont, Jr., that bailed the U.S. out of a Treasury depletion. The syndicate raised $65 billion in gold. The sum would be repaid by an issue of bonds. J.P. received some criticism for the strict terms of the deal. For 5 months in early 1907, J.P. Morgan was in Europe, traveling back and forth between London and Paris, presumably visiting the Rothschild House's there. A. Ralph Epperson writes: "Apparentiy the reason Morgan was in Europe was because the decision was being made to have Morgan precipitate a bank panic in America. When he returned, he started rumors that the KnIckerbocker Bank in New York was insolvent." Panic ensued. People began a mass withdrawal of their deposits - a run. The Knickerbocker run had a domino effect, other banks had runs and the Panic of 1907 „was complete." J.P. Morgan oversaw the banking communities response to the Panic of 1907. The whole Incident helped the elite push for a central bank. One man who knew of the plot was historian Frederick Lewis Allen, who wrote in LIFE magazine: „...certain chroniclers have arrived at the ingenious conclusion that the Morgan interests took advantage of the unsettled conditions during the autumn of 1907 to precipitate the Panic, guiding It shrewdly as it progressed, so that it would kill off rival banks, and consolidate the pre-eminence of the banks within the Morgan

orbit." The Panic of 1907 made people want a powerful central bank that could "protect" the common man from the "abuses of the Wall Street bankers." This whole thing eventually led to the creation of the Federal Reserve. One of the men with the Morgan financial groups was Harold Stanley. Stanley was a member of the Skull & Bones. After J.P.'s death a Morgan firm became Morgan, Stanley & Co. J.P. Morgan died in 1913. HIs son, Harvard educated J.P. Morgan, Jr. took over (most conspiratorial writers do not make a distinction between these two). J.P. Morgan, Jr ran the bank with a team of managers that was led by Thomas Lamont. Morgan, Jr was, like his father, a power-hungry international banker. He was famous for his handling of Immense foreign loans. Most Importantly J.P. Morgan, Jr appears to have followed in the footsteps of the former heads of the House of Morgan by working with the Rothschilds.

## THE SCHIFF CONNECTION

Remember the Schiff family? In the first article I explained that they shared a residency in Frankfort, forever binding the two families. The Schiffs became Rothschild agents, and like most agents of the Rothschilds they eventually became very rich and powerful. The most prominent of the Schiffs was Jacob Henry Schiff. Jacob was born in Frankfort in 1847, and was sent by the Rothschild/Schiff network to America to make his fortune (Much like the Astors sent John Jacob Astor). Jacob Schiff arrived in New York in 1865. Ten years later he became the partner of the Illuminati firm Kuhn, Loeb & Company. Ten years after that he became Its president. Directing Rothschild and IllumInati affairs from this seat of authority. Jacob Schiff was also on the board of directors of Central Trust Company, Western Union. and Wells Fargo Company. Uke most elite, he gave vast amounts of money to charity. Philanthropy pays off in a big way to the ruling class.

## JEKYLL ISLAND

The Illuminati interests wanted to create a Central Bank in America. They wanted to build the Federal Reserve. First, they needed a bunch of banking crisis' that would push public opinion towards a Federal Reserve system. These were provided by the Illuminati, including J.P. Morgan's Knickerbocker Panic of 190?. Second, they needed a favorable U.S. president in office. Rothschild agent Colonel House provided this by getting Woodrow Welson elected. The American people were being couditioned. To provide the 'reform of the American banking system" a congressional National Monetary Commission was created and a man related to the Rockefellers, Nelson Aldrich, was put in charge. For two years this Commission travel around Europe hob-nobbing with the IllumInati and getting directions as to how the central bank should be set up. Then the Commission returned in 1910, and Nelson Aldrich went to a secret meeting at the Jekyll Island Hunt Club in Georgia to write the legislation for an American central bank to be run by the IllumInati. Others at the Jekyll island meeting were these Illuminati men - A. Platt Andrew, Frank Vanderiip (of a Kuhn-Loeb & Company bank), Henry Davidson (of J.P. Morgan), Charies Norton (of a Morgan bank), Paul Warburg (of Kuhn-Loeb & Company and brother-in-law of Schiff), Benjamin Strong (of another Morgan company). Most of these men were connected to Jacob Schiff or J.P. Morgan, who in turn were agents for the House of Rothschild. The Jekyll Island Hunt Club was even owned by J.P. Morgan. The Federal Reserve bill was sneakily passed through congress in the winter of 1913 and President Woodrow Wilson signed the bill into law. The Illuminati, particularly the Rockefellers and Rothschilds, bad usurped the financial power of the United States. The first governor of the New York branch of the Federal Reserve was Benjamin Strong. The first governor of the FED's board of directors was Paul Warburg. Both connected to Schiff, J.P. Morgan, Jr, and the House of Rothschild. The FED has been an effective tool of the Illuminati and the Rothschilds, creating crisis such as the Great Depression (which J.P. Morgan, Jr was very involved in creating). Apparentiy (according to Congressman Louis McFadden), the Depression helped consolidate financial power over the US., putting It in the hands of the Rothschild banking alliance between J.P. Morgan's First National Bank group and Schiff's Kuhn, Loeb-run National City Bank. The Great Depression also lead to Roosevelt's New Deal.

## WORLD WAR I

Rothschild connections to the first worid war are an excellent example of controlled conflict. On the Allied side the British and French Houses financially supported their countries battles. Some Rothschilds were even soldiers, although they didn't see much action. J.P. Morgan Bank was a big financial help to the Allied cause. It was the Allies "purchasing agent" until the U.S. entered the war. It also created a syndicate that financed „modernization" in China, to help defend that country against the Japanese threat. The elite wanted America in the war. Historian Charles Tansill noted: „.... the large banking Interests were deeply interested in the World War because of wide opportunities for large profits. On August 3, 1914, even before the actual clash of arms, the French firm of Rothschild Freres cabled to Morgan and Company in New York suggesting the floatation of a loan of $100,000,000, a substantial part of which was to be left in the United States, to pay for French purchases of American goods.' The Lusitania was a ploy. It was packed with some Morgan owned ammunition, had been given over to England as a member of the navy, and despite the warnings of the Germans was sent Into a naval war zone, specifically to be a target - the catalyst for America's entrance to the war. A knowledgeable American State Department failed to warn the US. citizens aboard the ship of the voyages definite danger. Churchill ordered the Lusitanina's naval escort to return to port, and the fated ship was left unprotected, to be sunk. Rothschild agent Colonel House probably knew of this plot, records point to a discussion of it between him and Sir Edward Grey of England. Historian Colin Simpson called the sinking of the Lusitania the "foulest act of willful murder ever committed on the seas.' On the Axis side the Rothschild network was also funneling money. Another family allied to the Rothschilds was the Warburgs. Max Warburg, brother of Kuhn-Loeb's Paul Warburg. ran a family financial powerhouse in Frankfort, Germany (one of the reasons the Rothschilds were able to liquidate their Frankfort bank, the Warburgs would run things). Max was the head of the German secret police during WWI. The Warburg connection is reported to have helped the Axis powers financially. At the end of the war in 1919, the Treaty of Versailles meetings were attended by Rothschild connected men like Paul and Max Warburg, John Foster Dulles (of Kuhn-Loeb), Colonel House, Thomas Lamont (of Morgans) and Allen Dulles (of Kuhn-Loeb). The harsh terms of the Treaty of Versailles totally set the stage for World War II. Said one delegate: 'This is no peace; this is only a truce for twenty years." Sure enough, in 1939 the second World War started. Another product of the Versailles meetIngs was the elite's Charter for the League of Nations - the Illuminati's first attempt at creating a global institution. The League of Nations failed. This called for the need to create a think tank/special Interest organization that could promote the new world order. Thus the creation of the Foreign Relations Institutions - the CFR., RIIA, etc. This will be discussed in a bit. World War I helped create a Communist State.

Max Warburg funded Lenin and his revolutionaries. Jacob Schiff gave a known $20 million to Lenin. J.P. Morgan & Co. helped finance the Bolshevik revolution.

Alfred de Rothschild also helped finance the Bolsheviks.

## WORLD WAR II

The second World War was also controlled by Illuminati and Rothschild interests. The Great Depression did not only occure in America. It also swept Europe. The economic depression in Europe, coupled with an extremely harsh Versailles Treaty helped fan the flames of the nationalistic fires that swept Germany.

Hitier was a member of the most powerful occultic secret society in Germany. He penetrated the inner circle of this society where Satanism was practiced. Hitler was dedicated to Satan's Empire - an evil puppet. He was brought into this evil group by Dietrich Eckart who is supposed to have said on his deathbed: "Follow Hitler. He will dance, but It is I who have called the tune! I have initiated him into the 'Secret Doctrine'; opened his centers in vision and given him the means to communicate with the Powers. Do not mourn for me: I shall have influenced history more than any German.' In the last article we discussed the possibility of Hitler having been of Rothschild descendance. Consider this - he probably had satanic bloodline, he had the backing of a powerful satanic society, he had sold his

soul to Satan, and he had the financial backing of the Illuminati. is it any wonder that he rose from obscurity, poverty and Imprisonment to become one of the most powerful men to ever live? I believe that It is even safe to speculate that Hitler was totally controlled by a demonic spirit(s); that he simply gave himself over to Satan's control. An ex-member of the Satanic Hierarchy of the Illuminati expressed a belief to me that there have been certain evil men through-out history that have totally

given themselves over to possession by Satan. That these men (Hitler, Ghengis Khan, for example) have been anti-christ types, simply human containers for the residence of a very powerful demonic spirit, or even Satan himself. The ex-illuminati member believed that when Satan no longer had need for the body of his anti-christ he would discard It with death and find another willing soul to sacrifice his bodily control to the devil. These evil figures would not be 'The" Anti-Christ, explained the informant, but would have allowed themselves to taken over by "the spirit" of the Anti-Christ. This is just a theory, but I believe it has certain merit. If it is true, it paints an interesting picture of Hitler and the ruling class that created him. Hitler's main source of economic power was from the I.G. Farben chemical cartel, and I.G. Farben in turn was controlled by the Illuminati. The I.G. Farben cartel was created by loans from Wall Street in what has been called the Dawes plan. Carroll QuIgley calls the Dawes Plan "largely a J.P. Morgan production." The J.P. Morgan Group set up the loan to I.G. Farben, which created Hitler. ,,Without the capital supplied by Wall Street, there would have been no I.G. Farben in the first place, and almost certainly no Adolf Hitler and World War II." Henry Ford merged his German assets with I.G. Farben in 1928. The cartel created the lethal Zyklon B gas that was used to exterminate the Jews. It was also involved in the torture experimentations that led to mind control methods, such as Monarch Programming. Do you see what happened? A Rothschild agent set up a cartel that was directly involved in the horrible persecution of the Jews. Still the family maintains the illusion of being totally supportive of their race. At first Germany had a significant disadvantage if they were to embark on a second world war. The nation had a fuel shortage, but the Illuminati fixed this problem. The Germans were able to fight WWII through the use of synthetic fuels that were created by the hydrogenation process (turning coal into gasoline). This process was discovered by I.G. Farben. Hydrogenation technology would not have been fully developed by WWII, but I.G. Farben made a deal with Rockefeller's Standard Oil, who was able to complete the research, facilitating the war. Interestingly, I.G. Farben plants were not targeted by the bombing raids on Germany. By the end of the war the refineries had experienced only 15% damage. William Dodd, American ambassador to Germany before WWII, wrote President Roosevelt: "At the present moment, more than a hundred American corporations have subsidiaries here or cooperative understandings. ,,The DuPonts have their allies in Germany that are aiding in the armament business. Their chief ally is the I.G. Farben Company... ,,Standard Oil Company ... sent $2,000,000 here in December, 1933 and has made $500,000 a year helping Germans limprove hydrogenation technology] ... ,,The International Harvester Company president told me their business here rose 33% year, but they could take nothing [earnings] out [except in goods]. 'Even our airplanes people have secret arrangements with Krupps. 'General Motors Company [which was controlled by the J.P. Morgan Group] and Ford do enormous business here through their subsidiaries and take no profits out." Germany needed the capital of these, and many more American companies in order to wage a war. I.G. Farben had a holding company in the United States called American I.G. Farben. Paul Warburg, his brother Max (head of Germanies secret police during WWI), and Warburg agent Herman Metz were some of the members of the board of directors of the American I.G. Farben. Other directors included Rockefeller/International banking men (Edsel Ford, Charies Mitchell, Walter Teagle, etc) . Three Germans on the Board of Governors were convicted as war criminals after the war, but the elite Americans fore-mentioned were not, even though they participated in the same criminal decisions as those who were punished. According to author Eustice Mullins, Hitier met with Allen and John Foster Dulles in 1933. The Dulles brothers were acting as legal representatives of Schiff and Warburg's Kuhn, Loeb & Co, which was an Integral part of the Rothschild network. Mullins claims Kuhn & Loeb had extended large short-term credits to Germany, and needed to ensure the repayment of these loans. The Dulles supposedly assured Hitler he would receive the funds necessary to be installed as Chancellor of Germany, if he promised to repay the debts. One of the largest tank manufacturers for Germany was Opel, which was controlled by the J.p. Morgan Group. Another company connected to the J.p. Morgan Group was Bendix Aviation, 'which supplied data [to

Germany] on automatic pilots, aircraft Instruments and aircraft and diesel engine starters.' The examples go on and on. There is much more that could be written on this subject. The manufactured Pearl Harbor attack allowed Roosevelt to enter America into the war. A second worid war had been created by the Illuminati, with the help of the Rothschild/Morgan/Warburg/Schiff syndicate. After the end of the war, the Tribunals that investigated Nazi war criminals censored "any materials recording Western assistance to Hitler," said historian Antony C. Sutton.

## GLOBALISM

World War II facilitated the American acceptance of a giobal 'peacekeeping" institution - the United Nations. After the U.S. had rejected the first attempt to create such an institution in the League of Nations, the illuminatI decided to create an arm of the Rothschild funded Round Table groups which could help influence western society towards the embracement of globalism. The original idea was to create an international special interest group of advisors that would promote a New World Order, called the Institute of on International Affairs. The plan eventually changed, the Institute was split up so that separate groups could influence separate governments without having the appearance of a conspiracy. These groups were formed at what are called the Hotel Majestic meetings. Baron #1 Edmond de Rothschild of France was the main force behind these meetings, and all the founders of these groups were men who had met with his approval. Chief of these was Rothschild agent Colonel Edward Mandell House. One of these groups was the CFR.. The CFR Handbook of 1936 explains how It was established. 'On May 30, 1919, several leading members of the delegations to the Paris Peace Conference met at the Hotel Majestic in Paris to discuss setting up an international group which would advise their respective governments on international affairs.... It was decided at this meeting to call the proposed organization the Institute of International Affairs. At a meeting on June 5, 1919, the planners decided it would be best to have separate organizations cooperating with each other. Consequentiy, they organized the Council on Foreign Relations, with headquarters in New York. and a sister organization, the Royal Institute of International Affairs [RIIA], in London, also known as the Chatham House Study Group, to advise the British Government. A subsidiary organization, the Institute of Pacific Relations, was set up to deal exclusively with Far Eastern Affairs [and facilitated the Pearl Harbor attack] . Other organizations were set up in Paris and Hamburg, the Hamburg branch being called the Institut fur Auswartige Politik. and the Paris branch being known as Centre d'Etudes de Politicque Etrangere..." I have never seen any research on the Institut fur Auswartige Politik in Germany. It wouid be interesting to see how this group was Involved with the elite and the creation of WWII.

A group of Illuminati wise men took the plans laid out at the Hotel Majestic meetings and formed the CFR. The founders included; Colonel Edward Mandell

House (a Rothschild agent), John Foster Dulles (of Rothschild connected Kuhn, Loeb & Co.), and Allen Dulles (also of Kuhn, Loeb & Co.).

The CFR was officially founded on July 29, 1921. Money for the founding came from J.P. Morgan, Bernard Baruch, Otto Kahn, Jacob Schiff, Paul Warburg, and

John D. Rockefeller, among others. The funding for the RIIA in London came primarily from the Astor family. Rothschild-connected Paul Warburg was on the original board of directors of the CFR.

As you can clearly see, the Rothschild network had significant influence in the creation of the foreign relation groups. This influence continues today. The Rothschild's power within the secret "Society of the Elect" and the Round Table Groups extended to the semi-publIc CFR, RIIA, etc. The House of Rothschild was up in arms with their feilow elites; managing the creation of the New World Order. Should there be a part 3 to this series, it will Investigate individual Rothschilds from the worid war era up into the modern day world, and their continuing involvement in the Illuminati.

## Bibliography:

Cowles, Virginia. THE ROTHSCHILDS: A FAMILY FORTUNE. New York: Alfred A Knopf, Inc., 1973

Sampson, Anthony. THE MONEY LENDERS. New York: Penguin Books, 1983

Morton, Frederic. THE ROTHSCHILDS: A FAMILY PORTRAIT. New York: Collier Books, 1991

Wechsberg, Joseph. THE MERCHANT BANKERS. New York: Pocket Books, 1968

Still, William. NEW WORLD ORDER. Lafayette, Louisiana: Huntington House Publishers, 1990

Sutton, Antony C. AMERICA'S SECRET ESTABLISHMENT: AN INTRODUCTION TO THE ORDER OF SKULL & BONES. Liberty House Press

Mullins, Eustace. THE WORLD ORDER. Boring, OR: CPA Book Publisher, 1985

Epperson, A. Ralph. THE UNSEEN HAND. Tucson, Arizona: Publius Press, 1985

## A NOTE ABOUT THE KRUPPS OF GERMANY

It has been said by an Illuminati informant that the Krupp ramily is part of the Illuminati. It is clear that that the Krupp family must be at least in agreement to the plans of the Illuminati. This can be said because of the extensive power of the Krupps. The Krupps were the primary producers of the big guns for the German army in W.W.I. Lenin wanted the Krupps to help him make the Russian steppes productive. The Krupps have produced agricultural equippment, and train locomotives as well as tanks. After W.W. I had ended, the head of the Krupp family, Gustav Krupp von Bohlen und Halbach, began secretly planning to rebuild Germany's military might. Gustav Krupp bought coal mines after W.W. I with an eye on using them for future weapons production. After the Allied Control Commission departed Germany in 1928, Krupp factories began secretly turning out a few tanks particularly at Krupp's Garusonwerk Factory. The Christian Science Monitor which ties in with the occult system sent reporters to Krupps factories during the 1920s to report on how well the Germans were complying with the Versailles Treaty limitations. The reporters gave a clean bill of health to the Krupp factories even though the reporters should have questioned why all their film was destroyed during factory tours (infared rays were beamed Into their film while they toured Krupps factories.) Prussian-trained Gustav Krupp had married the daughter of Friedrich Krupp whose name was Bertha. Bertha was a powerful woman, and sole owner in 1902 of one of Germany's largest steel firms. The Krupps have lived above Essen, German in a hugh palace called Villa Huegel, whose small wing has 60 rooms. They also have other castles and villas. At one time they owned (as far as I know they still do) a castle in the Austrian Alps named Bluehnbach. Gustav Krupp hosted and was one of the leaders of a secret group of 12 powerful German industrialists called the Ruhrlade which secretly made Germany's industrial decisions during the Weimar Republic. This group also made political decisions. In 1932, Krupp began to help HItler. The secret governing body of the Ruhrlade covered their meetings behind the cover of having lavish hunting parties. The Illuminati kept close tabs and gave secret support to Hitler on his rise to power. Illuminatus William Randolph Hearst had his chief European correspondent William Bayard Hale met with Hitler early in the 1920s at Hale's lavish suite at the Hotel Bayrisher Hof.

## PART 3. THE ROTHSCHILDS TODAY

### by Fritz Springmeier

Introduction to Part 3. The Rothschilds are one of the most prominent of the top thirteen Illuminati families. This newsletter has been singling out each of the top thirteen Illuminati families for a feature article. Articles in this newsletter have already been done on the Astor, Buady, Collins, DuPont, Freeman, U, Kennedy, Onassis, and Van Duyn families. The Rockefellers were featured in a December 1992 article just prior to this series. Because there is more Information out about the

Rothschilds than some of the other families, I decided to write more than just one feature article about them.

**Reviewing the recent newsletter articles.**

The first set of my recent Rothschild articles consisted of my Introduction and then main article. The Introduction covered the hidden lineages of the Springs, the Payseurs, the Beatty family and Abraham Lincoln. The main article by David Smith covered the 18th and 19th centuries of Rothschild power. The second set of articles again consisted of my introduction along with a main article. In my Introduction I covered some about their secret power, their power in Latin America, and their secret power to manipulate financial things without playing the same rules as others play. David Smith's main article covered the Rothschild's influence in history in the late 19th century and during the 20th century.

**The Rothschilds a daily threat**

My desire was to have an article about what the Rothschild's are doing today. One of my most dangerous opponents in this area to the work I'm doing against the Monarch program is a secret Rothschild descendent. I know Monarch slaves who were created to serve the Rockefeller family, the Russell family, the 13th Holy Blood Family, the Li family and the CollIns family. I also know Monarch slaves who were created to serve the Rothschilds. From what I have been told and also from just personal observation, all of the top 13 IllumInati families are involved in the creation of Monarch slaves. It goes without saying that It is Impossible to be a high level Satanist and not have MPD. Any person without MPD would go insane after participating in high level Illuminati rituals. It can't be stated with certainty that all Illuminati members (by Illuminati I mean members of the first pyramidal structure diagrammed in the Jan. 1, '93 newsletter and in the Feb. I Issue) have been through Monarch programming today, but it can be stated with certainty that they all suffer from multiple personality disorder. This means that the Rothschilds in this country and in Canada and the U.K.. have closely collaborated with the highest levels of the intelligence community and the military. Who initiated my phone being tapped? At any rate, the Rothschilds and their satanic power is here in America, and people need to understand that.

**The first great temple.**

The Illuminati are building their temples secretly throughout the United States. The last issue of this newsletter described the massive pyramid that has been built at Los Vegas. Pyramids have also been built at San Francisco (the Trans-America building) and in Chicago, and in other eastern places. The San Francisco building was built by people with ties to the Rockefellers. Just north of San Francisco and east of the Bohemian Grove is the Napa Valley of California. Anton LaVey moved to Napa Valley after his split with Aquino. LaVey ran a construction company during the 1910. out of Napa, CA. (As an aside, Anton LaVey's chief representative in our Portland area is Rex „Diablos" Church, who grew up as Rex Nance in Seaside High School on the Oregon coast. Rex worked at the drug store at Broadway and Holiday at Seaside during high school. Two years after high school he returned to his hometown with his head shaved and wearing black in LaVey fashion. He had a stripper who dressed in black who was a Satanist as his girl friend for a while in the Portland area. According to Rex's own words, he grew up in a secret Satanic family and was baptized to Satan as a child. Rex and his Satanic friends have schemed how to hurt the Christians. How many of their devious plans have succeeded I do not know. Also of Interest is that Rex lived a good deal with his what has been reported as Jehovah's Witness grandparents.) With the Church of Satan feeling comfortable in Napa, it is not surprising that tbe Baron and Baroness Phillipi de Rothschild picked the area to build a secret temple to Satan.

Also as readers of this newsletter know, these people have been constructing castles and other large buildings on spiritual ley lines for centuries, so it goes without saying that when this secret temple was built in Napa, that the Icy lines were at least considered in choosing a site. The Baron Rothschild

began the construction of a pyramid in Napa Valley, which his wife completed after he died. The pyramid is called Opus 1. According to one of the contractors who participated in building the

pyramid, the project cost $35 million. The various construction cost reports given the public have been much less than what this contractor has said was the real cost of the building. The theme of the numbers 3 and 6 runs throughout the large Opus i pyramid building. as well as the number 666. Also little circles frequently appear.

The name of the building is Opus 1, which means the First Work. It's cover or front for the temple is that It is a winery. The winery operates very strangely to a legitimate winery. The entire project of buying the land, building Opus 1, and operating it has been shrouded in secrecy. The wineries in California when they open traditionally and normally are open to the public. The opening ceremonies of Opus 1 were shrouded in secrecy. The opening announcement was low key and only select people and select International media types were Invited. This opening is extremely unusual for a winery in the Napa Valley area. Private guided tours are very hard to obtain of Opus 1, in contrast to the other wineries in Napa Valley. Further, the estate that the winery (temple) sits on is very protected and secluded. The wrought iron gates are always closed. However, I was able to get a first hand report from a group of three that managed to view Opus 1. During the tour this group saw many occult and satanic items, and yet large areas of the winery (temple) were closed off to even this private tour group. The winery is not constructed even remotely similar to any winery in the Us. The project began as a joint venture between Robert Mondavi and Baron Rothschild in 1979. The land was secretly purchased and in the late 1960s construction quietly began using contractors from far away. Strangely, the Napa Valley Register which reports on all building activity remained extremely quiet about what was being built. From the air, the construction forms a masonic square and compass. On the Inside hidden stairwells and other hidden features have been built in. The capstone of the pyramid has a rotunda where skylight penetrates the capstone and where viewers can get a view of the entire Napa Valley. There have numerous Rothschilds who have entered Into the various Masonic rites. For Instance, Louis Rothschild was a 32° Scottish Rite Mason in Chicago during the 1890's. The reason for this is that Freemasonry is used as type of early class for those who are in the Illuminati to get them familiar with the symbols of the Mystery religions and give them more practice with hand signals, rituals, and secrecy. Orchids, which are used by the Mothers of Darkness, are grown all over the area. Orchids are the only type of flower grown on the site, and they are cared for by apparently Mothers of Darkness who are dressed in all black, which is the standard color of garb of the Mothers of Darkness. The pyramid was built with limestone from Texas. No doubt there is some occult significance to the site that the limestone came from. The limestone itself has fossils, which have been hidden from easy view for some reason. (Remember the ancient Egyptian pymmids used limestone.) Originally Opus I was scheduled to open around the Summer Solstice but the date was shifted to Weds., Oct. 30, 1991 which is the day before Halloween. Since the opening day, the Rothschilds have had events scheduled around Satanic high days. Those who are familiar with the occult know that these events are covers for Satanic rituals which are held secretly. The land has wrought iron gates which are locked at all times. Some of the occult Items which private visitors saw within the pyramid were: a book on wine depicting orgies by Salvadore Dailey who is a Satanist, a blue-black picture with naked ritual dancers, and other strange occultic pieces of art (such as an oil painting of what looked like Satan). Massive draconian oak doors are built facing the hail that leads to the room where wine is tasted. Mirrors abound in the place. The guilded art work on the mirrors is often Rococo. The Baroness personally designed and furnished the Interior. The upside down peace sign is found designed in some of the furniture as barren trees. Two trees of life from Peru are by the fireplace. The tree of life is by the way very Important to this level of the Illuminati. The visitors also saw 3 Mouton ceremonial drinking cups with rams, and chairs which had the carvings on the front arms/legs of fully formed demons were found in one of the rooms. The foyer looks like the Inside of a snail or „corkscrewy." Much of the furnishings were purchased by the Baroness Rothschild from the De Medicis. It has various marble floors and tables set with orchids. The stainless steel and the floors in the winery are immaculate. The workers who work there were scrutinized closely before being hIred. Originally, the wine workers were required to were black pants and white shirts, but the workers who had to stomp the grapes were unhappy about the uniform requirements. I have been

trying to follow the Rothschild family with Its many branches. Although the Rothschilds are seen as great internationalists, don't be surprised If some of the people of the Rothschilds seem somewhat middleclass, For instance, in the Millington, MI NE of Flint, MI one family dominates the tows. This family is the Bauer family. Stan Bauer was a man who mysteriously simply attracted material possessions to himself without any visible source of money. His son Harold Bauer a 32° Mason who sat on the Houghton Lake city council. His next son Terry Bauer was also a Mason, also had a position in local government and was on the school beard. His daughter Barbers Bauer married Jim Hagger who was also a Mason who lived in Grand Blanc south of Flint. There is certainly more that could be said about the satanic Rothschild bloodline, but this is where I will bring this article to a close, with the statement that, Lord Welling, I will write more about them later.

# Bloodlines of Illuminati

By:

Fritz Springmeier, 1995

# The Russell Bloodline

## THE WATCHTOWER & THE ILLUMINATI

Last year in the Jan. '93 newsletter I wrote an artide about the Illuminati and the Watchtower Society. Recently, on Dec. 10, '93, Texe Marrs interviewed me over international short wave radio about the 1990 book "The Watchtower and the Masons." Having got a good response from the short wave radio interview, it is only appropriate that this newsletter starts off the new year with another article on the Watchtower Society and the Illuminati. Because of numerous problems within the congregations of Jehovah's Witnesses with Satanic Ritual Abuse, the Watchtower Society put out an article in the Oct. 8, 1991 issue of the magazine. Lee Waters of Bethel Headquarters kept a file on his computer of Jehovah's Witnesses who were reported to be victims of SKA. It is possible headquarters has told him to delete the file. Another man who was at headquarters who is now believed out of the Society was also well informed of SRA among the congregations of Jehovah's Witnesses. In fact, two J.W.s who had actually been in the Illuminati while J.W.s but had broken free, confronted the Governing Body and headquarters with their evidence of the Illuminati operating within the membership of the Jehovah's Witnesses.

What was the response of the WF leaders? To simply ignore and coverup the evidence. The actions of the Governing Body in squelching any serious action against the high level Satanism secretly operating within the Jehovah's Witnesses shows what my Be Wise A Serpents book revealed, which is that very secret high level Satanism has long been controlling the Watchtower Society. One of these 2 eyewitnesses to Illuminati activities within the higher levels of the Watchtower Society realized that something is seriously wrong at the top, when the WF leaders do not really care for those people in the congregations who are becoming the victims of SRA. One elder in good standing lost his position because he warned the WT Society of satanic infiltration. It is obvious that the Watchtower organization is more interested in public relations than it is in having a clean organization. In examining the families that are involved with the Illuminati who use the Watchtower Society as a cover, we find a continuation of the same pattern as I noticed before: there is a large contingent of Scottish and a large Jewish bloodlines. For instance, one J.W. Illuminati family was the Udell family (Scottish name) who married Picketson Milliken (English maiden name with Jewish first husband).

This type of combination typifies so many of the elite who I have researched. In the Be Wise As Serpents book, chapter 1.11 discusses how the Satanism within the Illuminati and the Watchtower Society could be tracked by an understanding of Enochian magic. Readers may want to refer back to that chapter after reading this paragraph. The Illuminati operating within the Watchtower Society use the Enochian Language which has its own language and its own Enochian alphabet (letters in boxes). According to eyewitnesses who have left the J.W. part of the Illuminati, the Enochian alphabet is known and used as the cult language by those Illuminati operating in the high levels of the Watchtower Society. In other words, their ceremonies are done in this ritual Enochian language. Sir William Sinclair in the 16th century was one of those who introduced Enochian Magic to Scotland. The Scottish connection in the Watchtower Society is overpowering. Both the Russell and the

1

Rutherford families came from Scotland as well as MacMillan and many other key eariy Watchtower leaders. From this it appears that the Scottish type of Illuminatism that created the early Watchtower Society has always practiced Enochian magic. Remember from the Be Wise As Serpents book that knowing the Watchtowers is the key to Enochian magic. The same type of winged-sun-disk that C.T. Russell used was also used on the ......... Magic. Two phrases that were popular among satanists who practiced Enochian Magic in Rumli's day were 'Millennial Dawn and 'Golden Age.' The following are some of the Illuminati operating within the Watchtower Society today (names may be spelled incorrectly in some cases):

Chris family - Domelie family-Irish bloodline

Karrls - JW Overseer in Miami, FL Prince George McKee-Monroeville, AL Melers, or Myer-Jewish Satanic bloodline.

Sharon Russell - left the Illuminati, still a JW, worked with police showing ritual sites.

Princess Proud Swift - lived in Delaware, with the travel industry Jim Tifton-important WT official and elder in So. Calif. A secret Satanic serial murderer.

Walt family - Woomer family- The areas which have been identified as strong Satanic stronghold within the Watchtower religious empire are:

Southern California (cap. San Bernadino Valley), Florida, the Carribean, Scotland, Bethel Headquarters in Brooklyn, and various places in New York. I expect that this list of strongholds is very incomplete. According to an eye witness of the Illuminati within the Watchtower Society the following items can be ascertained:

· Some type of trauma based mind control is being used to create MPD and control children born into the Illuminati within the WF Society.

· The rank and file JWs have no awareness that the WT Society has a secret upper level of involvement. (Note, I identified this upper level in my chart explaining how religions are controlled by Satanism.)

· The Illuminati within the Jehovah's Witnesses have a hidden agenda that is separate from the published goals of the WT Society, although they also support many of the goals of the Society.

**RITUAL SITES.**

Beside rituals taking place in the above mentioned stronghold areas, it is of value to point out that one of the rituals that I have found out about took place when a boat load of generational satanic JWs went to the Bahamas (believed to be Andros Is.) and had a ritual at a high place. This was in 1958.

Related items.

There are three items which relate to what has been described above.

· There is a particular man who is well informed about the WT Society who is able to explain bow the WE Society is interlocked with a lot of major corporations.

· As a consequence of how connected the WT Society is with politics, big business, etc. the WE Society has been closely watched by the FBI which has over 12,000 pages in its files on the WT Society alone. This figure does not include its extensive files on individuals, of which everyone of the WE Society Presidents has had a file.

· The WT Society performs a secret ritual every year which is their primary ritual. This ritual is actually the ancient gnostic (satanic) ritual of saying no to the body of Christ. This ancient satanic ritual is now secretly practiced under the disguise of the Memorial Supper - where the elements of

communion are passed and no one partakes of the elements. (When I say 'no one' I mean that in a qualified sense-only a small group are allowed to partake. The actual figures of how many partake of the elements is a totally fictitious figure according to my sources, which is created at Bethel headquarters in Brooklyn.

· Canadian citizens who have tried to find out why the Watchtower Society in Canada is allowed to evade taxes, have been stonewalled by government officials. MacGregor Ministries newsletter News & Views, Oct. 1993, p. 10 discusses how various people have tried to expose the Watchtower's avoidance of the GST and how the Minister of Finance, the Minister of National Revenue and many other government groups have simply stonewalled people. The fax no. of one of the most powerful committees of the Watchtower Society is the WT Service Dept. whose fax no. is 718-6244030. This newsletter will continue to bring articles on the various branches of Satan's One World Religion which includes the Mormon authority structure, the Catholic authority structure, the Pentecostal and the Jehovah's Witnesses authority structures just to name a few.

One of the strangest things for this Author was to continue running into evidence that seems to indicate Charles Taze Russell, the man who started the Jehovah's Witnesses' Watchtower Society, was secretly an important Satanist. Lest the reader devalue the evidence, permit this author to state that the evidence came in first before I came up with my theory that Russell was an important Satanist, and not vice-versa. Some of the outstanding clues are:

a.) C.T. Russell was definitely a Mason, yet he puts up some great smokescreens in his writing concerning his membership.

b.) C.T. Russell's Bethel staff became concerned about his occultic activities and required him to take an oath forswearing any further occultic activities.

c.) In my previous book The Watchtower and the Masons, I study 35 parallel beliefs that Russell had with Masonry. I spent a page per parallel. These 35 are not in any way inclusive, Russell had many other identical ideas to what the Masonic lodges propogate.

d.) Various items from magic were part of Russell's religious beliefs including healing handkerchiefs, phrenology, the Winged-Sun-Disk, Enochian Magical planes, etc.

e.) Russell's family's possible Illuminati links, and his wife's possible connections with a family line of Satanists.

f.) Russell's apparent secret Rosicrucian membership with the Quakertown, PA group of Rosicrucians, as revealed by the pyramid he ordered erected, his use of the Winged-Sun-Disk. and his cremation three days after his death.

g.) Russell owned a cemetary in Pittsburgh. Leading Satanists try to own cemetaries for several reasons. First, it facilitates the disposal of human sacrifices which are buried in pieces below the fresh holes dug for someone else's burial. When the casket is placed in the hole, it would be rare for anyone to dig below the casket level ever again. Second, magic power is associated with cemetaries. The spiritual power of the dead is pulled up by making a circle of light over them then within the circle a naked Satanist lays. Third, specific bones are sought such as the skulls and left hands. Left hands are preserved in order to hold candles for certain ceremonies.

h.) Contacts from various places today indicate that the modern Watchtower Society is working with the New World Order. This implies that at some point the Society began cooperating with the New World Order. Russell seems to be the likeliest starting point.

**UNDERSTANDING CHARLES T. RUSSELL**

As with all occult organizations a veil of secrecy is maintained by requiring initiates to take secrecy oaths on penalty of death. As in Witchcraft, Masonry repeatedly demands secrecy oaths at every new

3

level. Charles T. Russell began participating in this secrecy when he took the Entered Apprentice (first Masonic degree) oath on penalty of mayhem and violent death, "I ... do hereby and hereon most solemnly and sincerely promise and swear that I will always hail, ever conceal and never reveal any of the arts, parts or points of the secret arts and mysteries of ancient Freemasonry which I received, am about to receive, or may hereafter be instructed in ..."

**NOTES**

1. Confidential interviews with ex-Satanists.

2. Interview by Dr. Al Carlisle with a Black Prince recorded in Stratford, L. Satan's Underground. p. 144.

Should the reader allow, I will quote from the Power's own statements plus other proof to show that this god, the god of the world, is Lucifer (aka Satan, Sanat, Venus, etc.) For thousands of years, The Plan for world domination has been passed down from occult generation to occult generation. Spaced every 28 is a Feast of the Beast, a year-long holiday during which Satanists receive new instructions from Satan on how to carry out The Plan.' We read of the great holiday and its Great Councils in <u>Externalization of the Hierarchy</u>, when Satan's instrument Alice Bailey writes, "The past year... has, however, been the year in which the greatest spiritual Approach of all time has shown itself to be possible - an Approach for which the initiates and Masters have for centuries been preparing, and for which all the Wesak Festivals since the meeting of the Great Council in 1925 have been preparatory. I have, in past instructions, referred to the great meetings held at intervals by Those to Whom is entrusted the spiritual guidance of the planet and particularly of man." (Externalisation <u>of the Hierarchy</u>, p. 389.)

**ONE SAMPLE OF THEIR PLANS**

As example of how ingenius these plans are to create a One-World-Government consider the following part of it. The Drug War is not what it seems. It is a very ingenious scheme to enslave the American people, and destroy all their civil rights. The first rumblings of the Drug War part of The Plan seem to stir from the occult, so it is highly possible the Drug War originally was first developed by Satanists, perhaps even given during one of the Feasts of the Beast. The Drug War seems like the perfect plan, with no way for the Power to lose. First, the Power creates a drug culture in America. The Drug Culture would and did give many their first step into the Aquarian (New Age) conspiracy.[6] The Power would make billions of dollars by running drugs, to further finance other nefarious schemes, and could use their world-wide power to crush all their competitors. When the Power crushed and arrested their competitors in drug running, they would be hailed as heros by the majority of people. (And they have.) The introduction of drugs into society does several things. It taxes the Christian church's ability to oppose immorality. It gets the public indignent about drugs, and the public's moral outcry allows the Power to pass "drug" laws that remove the last vestiges of legal civil rights. In fact, the beguiled public demands the laws which abolish their rights, and applauds these laws in ignorance unknowing what the laws actually say and mean. If the public somehow gets a complete picture that their government has been smuggling drugs to create a drug war in spite of the controlled media, or perhaps through the media at the right time, then they can create a scandal involving several U. S. Presidents to eliminate the U . S. government and switch the public's alligience to a world government. (See chapter 3.9 for more details and a chronology of the secretly planned escalation of today's designed Drug War.) As an ex-Mason, who is very aware of their plans, said to this author, "These people are in it for the long-term."

**THE BLOODLINE OF THE RUSSELLS**

The purpose of this next subsection may be misunderstood, unless I make myself clear at this point. This author has not established any link between the various famous Russells. (Although I have been doing genealogy work, I have not had the chance to do the long term geneology work required to clarify the issue, if the reader is dissatisfied with the extent of this information, he is encouraged that

4

rather than criticize to research it himself.) The reader will observe by the time he finishes this book, that this author has done extensive research into many groups. One item that has popped up consistently is that people with the surname Russell repeatedly appear as important figures in the various elements of the World Order as it has developed. Before becoming aware of the One World Order, this Author had no inkling how important blood lines have been for the elite that controls the world. Friendships have also played a role, for instance, Eleanor Roosevelt (who was involved in numerous communist organizations' and was an actual card carrying member of the American communist party) was a close friend and confidant to Ronald Reagon's mother. This seems trivial, but the reoccurance of blood lines and the reoccurant discovery of connections of friendships between what have been thought of as unrelated personages, compels one to believe the elite is more compact than appears. (More on that later) The mysterious Watchtower Society and its founder Charles Taze Russell will serve as perhaps the most used example in this book of an organization that is secretly serving the New World Order. (The reader will be presented with the history of all this throughout the book, especially in chapters 5-17 of the first section.) Chapter 1 .8 will go into more details on what circumstantial evidence there is that might lead one to believe that Charles T. Russell was a Satanist. The author is aware that there are Jehovah's Witnesses that are covert Satanists.8 The Russell family appears to have moved from Germany to Scotland and from Scotland to northern Ireland. In the 1820's Alexander G. Russell went to New York City and then onto Orange Co., NY. He could write firsthand how good it was. When the Potato famine hit during the 1820s, the Russells did not have the roots to Ireland that the original Irish had, and the rest of the family moved to America, except for Fannie's husband Alexander Harper, who stayed behind in Donegal estranged from his wife. The family tree looked like this:

(Picture missing)

Let's comment about the type of Russells that keep appearing throughout the course of the history of the New World Order as this author went about his research. To summarize, these various Russells (who until the genealogy work is done to show the connections should be viewed as individuals -- not a group) have been prominent members of the Illuminati, the Masons, the Fabians, the Mormons, the Jehovah's Witnesses, the Jesuits, the Royal Society, and the Media controlled by those of the New World Order, and a deputy chairman of the Federal Reserve. Typically they have been merchants and lawyers, with a fair share of them also as Christian heretics. It will be easier perhaps to illustrate how the Russells keep popping up in the New World Order story line by listing a good sampling of them.

## SAMPLE OF RUSSELLS OF INTEREST

### RUSSELLS WHO FOUNDED FRATERNAL SOCIETIES

William Huntington Russell - founder of what is believed to be an american chapter of the Illuminati (Skull & Bones Order).9 More on this in chapter 2.3. It's legal name is Russell Trust.

John Russell - founder of the fraternity of Daughters of Isabella (DOI) in May, 1897 in New Haven, Conn.10

### RUSSELLS CONNECTED TO FRATERNAL ORGANIZATIONS

Charles Taze Russell - Knights Templar Mason of York Rite, in Allegheny Pa. and founder of the WT Society.

Harvey D. Russell - KT Mason leader of Pittsburgh, PA Beaver Valley Lodge No. 8412

John Russell - Pastor C . T. Russell's step-mother was executor of his will. His mother was the one chosen to dance with famous Mason and Illuminatus Lafayette when he was in Philadelphia.'13

William H. Russell - Mason and part owner of the Pony Express, which was a firm made up mainly of Masons."14

George William Russell (1869-1935) - leading member of the Dublin Theosophist lodge, wrote art. for the theosophic periodical The Irish Theosophist. Initiated into the Lodge of Isis (with it sexual rites). The keynote of his work is from the Bhagavadgita. He was a good friend of Golden Dawn leader William Butler Yeats who wrote some of the Satanic Masonic Rituals for the Golden Dawn.'15

James Russell- President of the Royal Society of Edinburgh which was associated with esoteric groups like the Masons.16

Archibald D. Russell (1811-1871) - A Presbyterian Mason who graduated from the Univ. of Edinburgh, Scot. He studied at the Univ. of Bonn, Ger. and was active in setting up various organizations in the United States. 17

Benjamin Russell (1761-1845)- Mason and early American Journalist.[18]

Charles H. Russell - Governor of Nevada, 1950-58, and 32º Mason, also in the York Rite, and a Shriner. 19

J. Stuart Russell - Mason and newspaper editor and deputy chairman of the Fed. Reserve Bank in Chicago.20

Lee M. Russell (1875-1943) - Mason and Lt. Gov. of Miss. 1916-20. (21)

Louis A. Russell (1854-1925) - Mason, organist for South Park Presbyterian Church, Newark, N.J.22

Richard B. Russell (1861-1938) - Mason, judge, editor & business exec.22

Richard B. Russell, Jr. - Mason and Gov. of Georgia, 1931-33 and Sen. from Georgia since 1933. 24

Before going to our next section would be worthwhile to cover the family that Bertrand Russell came from. They hold the title of Dukes of Bedford. Ordo W. Russell served in Lord Palmerston's office from 1850-52. He served as unofficial ambassador for Great Britian to the Vatican from 1857-70. His son Baron Ampthill was Grand Master of the English Masons 1908-1935. He joined the English equivalent of the Knights of Malta - that is the Order of St. John of Jerusalem, and served as the Grand Master of the lodge formed at the Bank of England! He was appointed head of the Indian Masons of Madras, India (home of the Theosophical Society). Ordo Russell's son also served in some high political positions.

**RUSSELLS CONNECTED TO GROUPS THAT TIE BACK TO THE ILLUMINATI (see future chapters such as 2.5)**

Charles Edward Russell, Jewish Socialist who worked for N. Y. Life controlled by J.P. Morgan, and also for N.Y. Tribune and Herald.[25]

James E. Russell, Columbia University professor who introduced Wundt's Hegelian philosophy to his students at Columbia.26

Thomas Russell (1767-1803) - a revolutionist of the Illuminati-stream of Revolution.27

Samuel Russell - represented Baring Bros. Helped open up the Port of Shanghai for the International Financiers.[28]

Bertrand Russell - famous Fabian socialist, and One-World Order .29

Alys Russell- ex-eccentric Quaker, wife of Bertrand and also a Fabian Socialist.30

Rev. Matthew Russell (1834-1912)- Jesuit writer.31

**RUSSELLS CONNECTED IN SOME WAY TO THE IBSA (NOW CALLED JEHOVAH'S WITNESSES)**

Charles Taze Russell, Sr. - Pastor RusseU's uncle, broker and real estate agent.32

Moses F. Russell, Postmaster of Saltillo, Hopkins Co. ,TX near where Hayden Cooper Covington's parents moved.[33]

Brother Russell- an early elder of the Belfast Ireland IBSA congregation.[34]

**RUSSELLS CONNECTED IN SOME WAY TO MORMONISM**

Elder Isaac Russell- a prominant early Mormon missionary to Great Britian in 1837.35

Captian Joseph H. Russell- original investor in stock in the Mormon Deseret Manufacturing Co. which was intended to be an umbrella company for many early

Mormon enterprises.36

The Russell who opened a store with Mormon blessings in the newly created Salt Lake city. The store was called Miller, Russell & Co., a branch of Russell, Majors, & Waddell, and was a primary source of goods in the area of Utah.[37]

**OTHER RUSSELLS**

Baron Charles Russell (1832-1900)- Solicitor (Lawyer) in Ulster and advocate for Ireland.[38]

Jerome Russell a Greyfriar, burned in 1539 for heresy with John Kennedy in Glasgow, Scot.39

Philemon R. Russell- editor of the Christian Herald & Journal, in the Mar. 19, 1840 issue he stressed 2,520 years in prophecy, which was an idea C. T. Russell would later pick up and promote.

William Howard Russell- first war correspondent for London's The Times newspaper in 1854. The London Times has long been part of the World Order, that William was the first of his kind is quite significant.

**NOTES**

1. Michels, Robert. Political Parties: A Sociological Study of the Oligarchical Tendencies of Modern Democracy. (orig. 1915) reprint: New York: Free Press, 1962, p. 70.

2. This Author has colloborated the connection of the Mormon leadership to the Satanic bloodlines and the Priere de Sion through several independent sources. One descendent of Joseph Smith who took part in Satanic rituals has been willing to tell about the family's occult history. A Christian who was once part of the Satanic hierarchy who ran verbal instructions to the Mormon First Presidency from the Council of 13 colloborates their connections. The historical roots, even those that the Mormon leaders themselves have printed, expose the genealogical ties to some of the most powerful occult bloodlines.

3. This subject is very controversial. One of the few books even willing to touch the subject in a scholarly biblical manner is Crawford, Jarah B. Last Battle Cry, Christianity's Final Conflict With Evil. Knoxville, TN: Jann Publishing, 1986.

Although I don't concur with all of Crawford's conclusions, the book shows more than enough evidence to support the point superscripted.

4. Confidential source personally involved with the it.

5. The documentation to show that the drug war is a contrived scheme is extensive. I have chosen to place some of the documentation much further back, but will state

that several researchers give seminars exposing it in detail. The Vietnam War was an important part of the scheme and since then some of the recent important laws

passed to implement this contrived war are P.L. 99-570, P.L. 100-690, and the Omnibus crime bill in 1991.

6. Marilyn Ferguson, New Age writer, states in her famous book The Aguarian Conspiracy, p. 90, " 'LSD gave a whole generation a religious experience. But

chemical satori is perishable, its effects too overwhelming to integrate into everyday life. Non-drug psychotechnologies offer a controlled, sustained movement toward

that spacious reality. The annals of the Aquarian Conspiracy are full of accounts of passages: LSD to Zen, LSD to India, psilocybin to Psychosynthesis."

7. Checks by the FBI, and other federal agencies confirmed this.

8. Victims of Satanism have disclosed information about some of the extent of Satanism within the rank and file Jehovah's Witnesses, and hierarchy. When it

became obvious that the art department of the Watchtower Society has been hiding Satanic symbols in the pictures of Watchtower publications for many years the

Governing Body chose to cover it up rather than stop it.

9. Sutton, Antony. America's Secret Establishment. Billings, MT: Liberty House Press, 1986, pp. 5,6,8,35, 86-67, 100, 212, 253.

10. Schmidt, Greenwood. Encyclopedia of American Institutional Fraternal Organizations. Westport, Conn. : Greenwood Press, 1980, p. 84.

11. Various Christians have seen Charles T. Russell's KT membership records which are filed in the Mother Lodge in Ireland. The connections between his beliefs and his actions as the WT Society's leader and the Masons is the subject of my previous book The WT & the Masons.

12. Proceedings of the Ninetieth Annual Conclave held in the City of Harrisburg, Dauphin County,. PA: Knights Templars, 1943, p.114.

13. This information is compiled from research from several sources. a. Nevin, Adelaide Mellier. The Social Mirror A Character Sketch of the Women of Pittsburgh

and Vicinity during the first Century of the County's existence. Society of to-day. Pittsburgh, PA: T.A. Nevin Publisher, 1888, p. 19.; b. The Pittsburgh Directory

1878-79 showing Elizabeth the widow of John, and c. John Russell in the 1850 Census, and John Russell's Will.

14. Denslow, 10,000 Famous Freemasons, Vol.4, p.[82]. William H. Russell is also mentioned in the New Age Magazine (June, 1963) p. 45.

15. This information comes from several sources including a. Boylan, Henry. A Dictionary of Irish Biography. NY: St. Martins Press, 1988, p. 345; b. Ancient

Wisdom and Secret Sects, Time-Life, 1989, p. 154.

16.

17. Denslow, op. cit., p.80.

18. ibid.

19. ibid.

20. ibid.

21. ibid.

22. Denslow, op. cit., p.82

23. ibid.

24. ibid.
25. Biography of Americans.
26. Sutton, Antony C. America's Secret Establishment. Billington, MT: Liberty House, p. 84.

27. Boylan, Henry. A Dictionary of Irish Biography. NY: St. Martins Press, 1988, p. 345.

28. Mullins, Eustice. The World Order. Staunton, VA: Ezra Pound Institute of Civilization, 1985, p.[92].

29. The Fabians.

30. ibid.

31. Boylan, Henry. A Dictionary of Irish Biography. NY: St. Martins Press, 1988, p. 345.

32. Springmeier, Fritz. The WT & the Masons, pp. 9, 215.

33. Author's geneological research in Hopkins Co. TX history.

34. Early Convention Report

35. Evans, Richard L. A Century of Mormonism in Great Britian. Salt Lake City, UT: Publisher's Press, 1937, pp. 34-35.

36. Gibbons, Francis M. John Taylor Mormon Philosopher Prophet of God. Salt Lake City, UT: Deseret Books, 1985, p. 129.

37. Utah Historical Quarterly, 1941, Salt Lake CIty, pp. 190-211.

38. Boylan, op. cit., p. 344

39. ibid., and Black, George F. The Surnames of Scotland. NY: The NY Public Library, 1962, p. 705.

## QUESTIONING OLD ASSUMPTIONS

There was enough circumstantial evidence to lead one to question several assumptions. I began to question the assumption that the W. T. presidents were unconnected to each other. Another supposition that was questionable was that the WT Society did not have a hidden agenda.

## C.T. RUSSELL'S STORY

Once there was a Jewish family whose name was Roessel. They lived in early 17th century Germany. They moved to a country called Scotland. There they re-spelled the name Russell. They took on the ways of their new homeland. The English tried to settle Protestants from Scotland in Ireland in order to control the Irish. When the opportunity opened up to go to the Emerald Island (Ireland) with the Scottish settlers who went to the plantation Ulster they went. It is possible, but not known for sure that they learned to know the Rutherfords either in Scotland or Ireland. Scotland repeatedly appears as the source of much of the religious heresy connected with the Power. That C . T. Russell's family were in Scotland for a period, and also from the German states which seem to be a hot bed for Jewish Satanism may be only a coincidence and then again it might be a clue to understanding the origin of the Watchtower Society. This Author's previous book The Watchtower and the Masons tells the story how the Arian heresy began at the University of Edinburgh, Scotland and spread to the the Presbyterians of the Synod of Ulster. The book gives this Author's reasons for believing that the C . T. Russell's family in northern Ireland were Arian in belief before coming to the U. S. and chances are they were involved with Freemasonry also.

## THE ACKLEY CONNECTION

In <u>The Watchtower and the Masons</u> the early history of C . T. Russell is given. Charles and his father married two Ackley sisters a number of years after Charles' mother died. What is an intriguing item is that C . T. Russell's mother's will indicates she owned land in Iowa. A description of that land shows it was north of the town of Ackley, Iowa. It turns out that a man named William Ackley had purchased the land in that area, and had sold it in large part to Scot-Irish settlers of the Presbyterian faith as they were coming to America. At the time C T. Russell's mother died a town named Ackley had been staked out in 1857, but the Civil War had interferred with construction plans. A Presbyterian congregation had been formed in the area during the early 1860s in the Ackley area, which indicates some settlers had arrived. What connection did the Russells have with the Ackleys years before Charles T. and his father married Ackley sisters? Who are the Ackleys? Maria Ackley, who was Charles T. Russell's wife, was well-educated and an excellent writer. Interestingly, in the 19th century she believed a socialist revolution was coming. She wrote, "This great revolution has not yet come, but where is the statesman or the intelligent citizen that does not see it coming?" (Russell, Maria. <u>This Gospel of The Kingdom</u>, p. 26.) She was the ghost writer and ghost editor for much of her husband Charles Taze ' s work. Her family was well-off. William Ackley, the land speculator/seller in Iowa, traces his ancestry back to Prence Doane and Elizabeth Godfrey. Elizabeth Godfrey in turn was the great-granddaughter of William Brewster of the Mayflower fame. The Ackleys were Puritans to begin with and seem to have been concentrated in the Connecticut area, and from there their family members moved out into NY and PA. Another Ackley (1832-1881) at that time was Richard Thomas Ackley, a Freemason who worked for the Miller, Russell and Company store in Salt Lake City in 1858 soon after the Mormons built Salt Lake City.

## LEADS

Of course, these are all simply tantalizing leads for the investigator but nothing solid. There seems to be much more to Charles Taze RusseU than the little that the public has been told. In the next few chapters we will attempt to dispel some of the mystery surrounding the man.

## God's "Annointed Seed"

In 1852, the Joseph Lyttle Russell family had a baby who they gave the same name to as his uncle had. This baby, named Charles Taze Russell had a brother Frank who was two years older, but Charles ended up the favorite of his father. Later Charles would get a sister Margaret M. Both Charles T. and his sister Margaret spoke on various occasions that his had been chosen before his birth for the work that he was to carry out.1 Margaret referred to her brother as the greatest man alive "a giant unmatched." She stated that he had been choosen for his religious work before his birth. Perhaps, Charles' Russell family, and his father Joseph L., (like Joseph Kennedy who had goals for his son to be president) had goals for Charles. If Charles had been encouraged to meet such expectations and had gone forward, then that could account for his sister's great admiration for him. He had fulfilled her father's wishes. At the Put-In-Bay Convention his sister Margaret had outlined how God planned and chose her brother. First God had planted a seed with the early church. But the seed had laid dormant for centuries. "In due time", she says, the seed of truth grew and was watered according to God's plan. During the Dark Ages the seed of truth was barely kept alive waiting for God's Chosen One to bring it to fruition. When it was time, God "annointed the eyes" of her brother at age 17, and "God's smile of favor rested upon him." Margaret said her brother was the one, the faithful one who God could depend upon, the "one despite the burden and heat of the day" would remain faithful to God.2

## NOTES

1. C.T. Russell is noted to have privately admitted his belief that he was chosen for his great work before his birth. The Finished Mystery. The Watchtower Bible & Tract Soc. 1917, p. 53. A testimony speech given by his sister at the Put-In-Bay Convention where she said similar things is commented on the The Laodicean Messenger, pp. 179-180.

2. The Laodicean Messenger, pp. 179-180.

## The Illuminati's SECURITY SYSTEM

Russell Trust is the legal corporation that is the Order of the Skull and Bones, financed the creation of host of security co. under the Wackenhuts, incl. a Security Service called Wackenhut Corporation. Another part of this is Wackenhut World Technologies, Inc. or WWT Inc. Wackenhut operates worldwide. Their headquarters are in Florida. They have branch offices even in places like Portland, Oregon. Wackenhut handles all Intelligence-related and Super Secret work-classIfied ULTRA for the US. worldwide. They are the ones who guard the UFO bases topside, along with the CIA's Delta Teams, and various MP units, etc. Their branch in Las Vegas provides security for the Groom Lake UFO facility. Las Vega's Review Journal on Fri. 7/26/91, p. A1 & 3A had an article about 3 Wackenhut agents who lost their lives in a helicopter crash near the Groom Lake. The telephone number to Wackenhut World Technologies, connects first through the Russell Trust - it is 702-646-4406, and it will be answered by the Russell Trust. Wackenhut's board of directors are CIA, FBI Div. 5, NSA, ISA, and NRO officials. The girls who answer the various local Wackenhut Corporation numbers are not in the know about what Wackenhut Wd. Tech. are all about. Their 1-800 # is 929-2431. Their San Reme Ave, Cerel Gabels, FL 33146 # was 305-666-5656. Their local no. here is 256-3996, and one of their local CA # is 714-9794966. George Russell Wackenhut is their security services executive. He is also the Chrm & Chief Exec. Officer. He worked for the FBI, and is a Christian Scientist. Richard Russell Wackenhut is the President & Chief Oper. Officer. Wackenhut has in the neighborhood of 40,000 employees.

## MORIAH & THE MORMON LEADERSHIP

## THE TOP 13 FAMILIES & THE MORMON LEADERSHIP

Rather than having an article this time about an individual family-and we will return later to our articles on the 13 top families, Lord willing, -this article is an article about the 13 families in general.

## CONTENT

In the first part of this article we will deal with actual people. In the second part of this article, we will discuss some about the top secret inner workings of the Satanic religion that the top 13 Illuminati families participate in.

## PART 1.

One of the thlnp that the Illuminati has done is instill apathy in people toward resisting their wickedness. A letter by an ex-Mormon says it better than I could,

"There are many reasons why these people (Mormons) will not come forth even though they know of the corruption in the Mormon church. One is due to their belief in Mormon scripture which they associate with the Mormon church. The leadership has usurped power and authority over this scripture. Thus, the members of the Mormon church think that God expects them to support their misguided leaders. This is much the - rationalization that many Americans make about our government. They all know of the corruption, but rationalize that it is unpatriotic to talk against the government or ungrateful to complain when they enjoy superficial prosperity."

It is interesting that this Mormon recognizes that the process of the common man's reaction is the same to both Mormon and American leadership, because as we will discuss the top leadership in both the reader will learn they are related to each other and both under the control of the Top 1.3 Illuminati families.

11

**THE MORMON LEADERS & THE 13Th TOP ILLUMINATI BLOODLINE**

The Mormon president Ezra Taft Benson (considered a prophet by Mormons) was a fan of the John Birch Society. Most people who have not read my exposes on both the Mormon Church and the John Birch Society will not be able to protect themselves from the Illuminati. I don't expose these organizations without a great deal of proof. I say this because I know from too many sources and too many angles that both organizations were initiated and have been run by the Illuminati. The Mormon church has long prophesled that they would defend the US. Constitution in the last days. They are moving to fulfill that with men like Bo Gritz, who sprinkles has talks with buzz words from Mormon prophecy. The John Birch Society was part of the process of the Hegelian dialectics of the cold war. They pretend to be the defenders of the people against the New World Order, but they are fake opposition. (I have met quite a few John Birchers, and so far although they claim to be against the New World Order, they want nothing to do with me, or to learn anything 1 might share with them. I can understand the leadership doing this to me, but somehow the rank and file have picked up on some of the attitudes of the leadership. I don't know how the JBS has managed to do that, but the antagonistic attitudes that they have instilled in their people toward people like myself are amazing.) In my <u>Be Wise As Serpents</u> book I gave the genealogical evidence to show that the Mormon leadership connected to the 13th top illuminati family, the Holy Blood line of what purports to be Jesus's lineage. I've also showed numerous other connections between the Mormon leaders and the elite Illuminati bloodlines. Ezra Taft Benson's genealogy helps tie together some of the various parts of the Illuminati beast. The Taft is Heusen's name is because Ezra Taft Benson is a descendent of Alphonso Taft, who along with one of the Russell family (Russells are one of the top 13 families), William IL Russell, started the Order of the Skull and Bones (legally it has been known as Russell Trust). Remember, that George Bush was a Skull & Bonesman. George Bush also is a descendent of the 13-th top Illuminati family -the family that ties in with British royalty and the Merovingians. The man who just beat George Bush in the Presidential race, William Jefferson Blythe Clinton, is a descendent of some Russells.

**PRESIDENT CLINTON**

This newsletter hasn't gotten to an individual article on the Russell family, but they go way back in the Illuminati. The Russell's are responsible for starting the Skull & Bones Order, the Pilgrim Society, the Watchtower Bible & Tract Society, and the Masonic Daughters of Isabella (DOI). Archibald D. Russell (1811-1871) a Mason from Scotiand set up still other organizations. (Scotland has played a key role in the Illuminati. One example of thousands is, Marriner S. Eccles - Gov. of the Fed. Reserve Board & supporter of FDR, who is member of the wealthy Mormon Illuminati Eccles family which came over from Scotland.) The Russells played a key role in the opium trade in the early 1800s and early Mormonism. One of the Russell business partners was Warren Delano, Jr., chief of Russell and Company operations in Canton, China. Delano was the grandfather of Pres. Franklin Roosevelt. The Russell and Company logo was a Skull and Bones. The Taft family (which is also related to George Bush by blood) and the Harriman family are two families that have been intimately connected to the Skull and Bones Order (which is an entry point into the Iliuminati and on the surface just an exclusive fraternity).

'Note: Since this was written Bo Gritz and the Mormon church have gone separate ways. Bo Gritz, under the direction of his CIA handler, has been moving around talking to Patriots, and establishing a community called 'Almost Heaven' near Kamiah, ID. Fritz's newsletters have had several articles about Bo Gritz, including one entitled S.P.I.K.E., which is what Bo calls the training he is giving people.'

The Harriman family is also very prominent in Pres. Bill Clinton's life. Averell Harriman1 was the CEO of George Bush's father's company. Averell Harriman's wife was Pamela who has played an extremely important part in Bill Clinton's life. Pamela Harriman raised more money for the Democratic Party than any other single person (Newsweek, 5/15/1987). She created a political action

committee nicknamed PAM PAC. When Bill Clinton lost his race for governor, Pamela made BIB Clinton head (chairman) of her PAM PAC. (It took Brian Quig, a Christian researcher like myself, to expose the connections between BIll Clinton and Pamela Harriman. Can you guess why the establishment media somehow carefully kept theIr relationship secret?) When Bill Clinton was a high schooler he shook hands with President John F. Kennedy (a member of one of the Top 13 Illuminati Bloodlines-see 5/15/93 Newsletter). The master of ceremonies at the affair where JFK and Clinton met was Winthrop Rockefeller (another member of a Top 13 Illuminati family, and at the time Governor of New York.) In the film clips of even which the establishment media have used recently, the establishment media edited out Winthrop Rockefeller from the scenes of Clinton and JFK. (Now why do you think they did that?) The Astor family (one of the top 13 famIlies) was intimately connected to the creation of the Rhodes Scholarship. (See 1/1/93 newsletter on the Astor family). Clinton was a Rhodes Scholar and looked upto Prof. Carroll Quigley, the archivist of the CFR, as a mentor. The Quigley-Clinton connection introduces more connections between Clinton and the Illuminati. Quigley side-tracked people by making people think the elite were Anglophiles who wanted the British to rule the world. Although the elite are partial to the English language as a lingua-franca, in their heart their allegiance is not to Britain but to Satan. Clinton has been compared to JFK & FDR by people, perhaps in a negative sense the comparison is appropriate. LET'S REVIEW some of the Items which STUCK OUT AS RED FLAGS TO ME ABOUT BILL CLINTON:

- Several ex-witches now Christians identified Clinton's running mate Al Gore as switch. Al Gore's book promotes several witchcraft themes such as Mother Gain worship. Senator Al Gore has intimately worked with other men who are Illuminati for years. Al Gore was close friends with Armand Hammer, the Illuminati courier who shuttled back and forth between Moscow and America on a regular basis, and had homes in both countries. Hammer bankrolled both Al Gore, Jr. and his father Al Gore, Sr.

- Al Gore and Bill Clinton raised their hands at the Democratic National Convention and declared that their administration would be the "New Covenant." Bill Clinton's brother ended up in prison in connection to the illegal drug trade that I know that Bill Clinton was also involved with helping while he was Governor of Arkansas. Readers of this newsletter are aware that the top Illuminati families are the power behind the drug trade. (See previous newsletter 3/1/93, p. 19 about some of Bill's role in Arkansas with the drug trade.)

- Bill Clinton's chief campaign advisor James Carville is pictured in People's Magazine. p.50 wearing a pentagram in the middle of his forehead.

- Bill Clinton calls his first press conference as President. elect according to the astrologically correct full-moon day.

- Bill Clinton in his inaugural speech said, "This ceremony is held in the depth of winter. But, by the words we speak and the faces we show the world, we force the spring.' Clinton repeated the words 'we force the spring' later in the speech. That expression is a very unusual expression. To 'force the spring" is witchcraft language. in witchcraft and satanism Lucifer (Baal) rises from the underworld on May 1st (also known by the following list of names Beltaine, a major European holiday, Communism and the Illuminati's chief holiday, and Walpurgis). The May 1st rising brings forth the season of fertility, which the witches each year take credit for, by claiming that their magic rituals 'force the spring.' The ritual magic that 'forces the spring' is done on 3 Sabbats-the first is Imbolg (also known by names: Candiemas by the Catholics and Ground Hog Day by common dupes); the second is the vernal equinox (Mar. 20) in which blood and sex rituals are carried out and the third is Beltaine (May 1) in which fire festivals are done. This is one of the fire festivals which people around the United States tell me they have witnessed from a distance. Witches believe that on May 1st, the female force completes her takeover from the male force. There are 12 cabinet members which when they assemble with their head BIll Clinton make the number 13. Bill Clinton choose 'to force the spring' with his 'cabinet coven.' In true witchcraft tradition, the Cabinet of Bill Clinton followed the pattern of 'forcing the Spring.' In order for the female to overtake the male force, Clinton chose the position of Attorney General. The title 'General' has a male connotation. All the rest of the cabinet members

13

are called Secretaries which has a female connotation. The Attorney General posItion was to be given to a woman. But in order for the witchcraft ceremony and timing to be right, the woman couldn't take over until after Feb. 2, or Imbolg and there had to be 3 female candidates, from which one is traditionally picked by a witchcraft coven. This is why the selection of the Attorney General was not confirmed until Feb. 2. And sure enough all three candidates given by Bill Clinton were women, from which one was selected. Bill Clinton did indeed 'force the spring'! Further, Clinton gave told us HOW he would 'force the spring' in his inaugural speech. On the 666th word of his inauguration speech, Clinton launched into a sentence on sacrifice, 'it will not be easy; it will require sacrifice. But it can be done, and done fairly, not choosing sacrifice for Its own sake, but for our own sake.' Clinton gave the hand signal of Satanists at the end of his speech. (See previous newsletters this year). And Newsweek Magazine headlined its story 'New Age President Takes Office.' (Jan. 25, '93) That Clinton would consider his Cabinet a coven is not so far fetched. Most of his cabinet tie in closely with the Illuminati. The Council on Foreign Relations is an upper level of the visible arm of the Illuminati. The Jan. '93 newsletter explained that the CFR was the equivalent of the 4° of the Bavarian Illuminati. Note, that many of these people do not realize the full Satanic implications of what they are in. If one reviews the various levels of the Bavarian Illuminati, you will realize that the process of corruption was gradual, and that the lower levels had no idea what they were really involved in, although some probably suspected what they were into. The basic ingredient of the lower levels is loyalty to their superiors, because they believe they are in the elite's organization. Consider, Clinton and his cabinet: Slick Willie Clinton — CFR TC (Trilateral Commission), Bldrbgr (Bilderberger participant), participant in various Illuminati front organizations such as DLC, Rhodes Scholar, wife Hillary is known to practice shamanism witchcraft.

Treasury Secretary - Lloyd Bentsen -- Bldrbgr, ex-CFR, connected to S&L scandal, henchman for the Illuminati.

Secretary of Health & Human Services—Donna Shalala - CFR,, TC, close friend of Hillary Clinton.

Secretary of Defense—Les Aspin--CFR, Socialist Les Aspin chose for his top assistant the pro-communist Jew Morton Halperin. Halperln was also a dir. of the ACLU, and worked loyally for Henry Kissinger at the National Security Council.

Secretary of State—Warren Christopher--CFR

Secretary of the Interior - Bruce Babbitt — CFR, he has been involved in various activities for the elite.

Secretary of Labor—Robert Reich -- a Zionist Jew (over 50% of Clinton's major appointees were Zionist Jews, strange considering Jews only make up 2% of the population)

Attorney General — Janet Reno -- murderer of innocent people at Waco, TX. The people at Waco believed that they were the true Jews and flew the Jewish flag at Waco, notice that Reno who is Jewish and was on the board of directors of the Jewish Illuminati Terrorist organization of the Anti-Defamation League could not stand the idea of Christians believing that they are the true Jews.

Secretary of Housing & Urban Development - Henry Cisveros - CFR

Secretary of Education - Richard W. Riley - participant at Renaissance Weekend

(I think the readers get the picture. I had a list of which ones were known to be gay, but I can't find it.) A number of Clinton's high appointees are homosexuals. There is a high correlation between homosexuality and the occult and also a big correlation between the type of 'Jews' Clinton has chosen and Satanism. Historically, some of the most rabid anti-Christians are Satanists from Jewish backgrounds.

- During the inauguration week witches, homosexuals and homosexual witches gathered at the White House for various celebrations, to perform, to hold rituals, and other events. These people were

14

invited by the President for various things. Clearly, those who are known publicly as a witch or a homosexual are considered honorable by the President.

## WHAT IS THE SPIRITUAL SIGNIFICANCE OF ThE CLINTONS?

The answer to this can be found in my very first newsletter back in 1992. Whenever YHVH God has raised up prophets (like Elijah) to turn the people back to God and morality, Satan has sent out the Jezebel spirit. Along with the Jezebel spirit goes the Ahab spirit. Hillary and Bill fit the Jezebel and Ahab spirit exactly. I remember personally when I heard several prophets of God warn about the Jezebel spirit. I thought this sounds rather strange. I had never heard about it before. Soon I began telling people in the church I was attending about the NWO and to function in a small way prophetically, and the Jezebel spirit came into that church. The church had been happy with their elders, but after I began to warn the people about the NWO, a constant clamor was heard every sunday for the church to select women as elders. This church had a long history without believing in women elders, and it had never been an issue. Unless one is aware of the connection between the Jezebel spirit and the Elijah type of prophet, and knows the full orb of what the Jezebel spirit is, it is not likely that a person would notice the connection between the two! Baal worship was simply an ancient form of Satanism. Jezebel was the daughter of King Ethbaal of Tyre who was an ardent Baal worshipper. Jezebel was a Satanic High Priestess, a real witch. She had 450 prophets of Baal and 400 prophets of the groves. She put the true ministers of God to death. Her husband used his political office as she directed to further the power of darkness. We are simply now seeing history repeat itself.

## PART 2.

In this part we will explain sealing rituals. I am doing this so that Christians can understand who a Keeper of Seals is, and also so that Christians can understand that Mormonism is closer to Satanism than it is to Christianity. This article will hopefully provide a written record so that Christians have an objective way to determine If someone who claims to be an ex-Satanist really is. I realize that some Christians don't like to learn about their enemy, and that is fine if they do not want to read this. On the other hand, I see people who are coming out of Satanism who the Christians are disbelieving. The Christians have no reference from which to determine whether someone is legitimate or not. And although I believe the Spirit of God is an excellent revealer of men, I have to be frank, even the best of Christians sometimes don't hear what the Spirit has to say, and could benefit from a written explanation. The closest descriptions of sealing rituals that I have found that matches the descriptions of satanic hierarchy rituais from people who have come out of the Satanic Hierarchy are the Mormon sealing rituals. For anyone wanting to do a study about how Mormonism is witchcraft, I sust they read the scholariy book written by a Mormon scholar Early <u>Mormonism and the Magic World View</u> by D. Michael Quinn. Quinn conclusively shows that early Mormonism was based on magic and witchcraft. Quinn, who is a Mormon in good standing, tries to point out in the book that these things can't be held against Mormonism because most every one back in the early 1800s practiced magic and witchcraft. Whether most people did or not, seems to me to be irrelevant as to whether it is O.K. Another great book showing the connections between the Mormon Temple ceremonies, Witchcraft rituals, and Masonic rituals is Bill Schnoebelen's book Mormonism Temple of Doom. Bill does an excellent job of showing and illustrating how the Mormon temple ceremony, Masonic and Witchcraft rituals are simply the very same thing, with minor variations. One of the most important things in satanism is sealing. Everything is sealed. One doesn't hear the term sealing used a lot. I have read many books of the enemy to know how he thinks, and it is rare to have someone mention sealing. I had to learn about it from ex-Satanists. If one leaves off studying Satanism and begins studying the many cults and religions, one begins hearing about sealing again when one gets to Mormonism. Mormon men and women (contrary to Lk 20:35) are sealed to each other in the Mormon temple marriages. The early Mormons were sealed to many spouses. The Mormon sealing is very simllar to what is done in witchcraft called handfasting, and it is also similar to marriage sealing in Satanism. Joseph Smith, whose famlly practiced witchcraft, had many types of seals around their house which were used in magic. According to a magic book of 1830 <u>"Demonology and Witchcraft"</u> by Walter Scott (pp. 165, 220-221) seer stones were to be anointed with oil, and sealed with holy characters. In 1837, Mormon leaders performed such a magical sealing for James Cohn Brewster. (<u>Mormonism and</u>

the Magic World View. p.209-210) Joseph Smith had a cane with a serpent on the top of it, and astrological seals below. Magick staff or canes are important in Satanism. The seal of Mars was carved on the Smith family athame which was used by the family to draw circles for magic incantations. (Mormonism & the Magic World View p. 142) In 1835, a ritual done by Joseph Smith to commune with a spirit messenger is recorder by Oliver Cowdery. Joseph Smith used two Seals of the Earth to conjure up the spirit. (Ibid, p. 120) Smith's ritual was in accordance with the best occult guidebooks then The Book of Knowledge and Barrett's Magus.

The 1830 edition of the Book of Mormon says that about itself '... their voice shall be as one that hath a familiar spirit ... They shall write the things which shall be done among them, and they shall be written and sealed up in a book.' (2 Nephi 26:14-17). The Mormon scholar Quinn writes, 'The Book of Mormon's use of the word 'sealed' also suggested a magic context. Isaiah 29 uses the word 'sealed' only twice, but the Book of Mormon's commentary on the chapter uses 'sealed' eleven times in eight verses (2 Ne 26:17; 2 Ne 27:7-8 ... Throughout the entire text, the Book of Mormon refers to itself with the words 'sealed' or 'seal' more than twenty times .. Modern Mormons have often pictured a physical seal ... but the Book of Mormon nowhere describes a physical seal, evoking instead the seal as a non-material restriction: 'For the book shall be sealed by the power of God.' (2 Ne [phi] 27:10) Quinn goes on to describe more about the magical sealing of the Book of Mormon.

33' Masonic leader Manly P. Hail in his book on Masonic symbolop describes a seal involved with black magic and the Pact that is made with a conjured demon in a section entitled 'Modus Operandi for the Invocation of Spirits' on p. CIII. Within both the Generational Satanic covens and the covens made up of recruits to Satanism there is the office of Keeper of Seals. The Keepers of Seals show the importance of sealing to Satanism. Almost everything done in Satanism involves sealing. There are many vows that are made, and there are always exchanges made during these vows and then a sealing. In the exchanges there is always something lost by each person. Satanic Hierarchy individuals are sealed to others, and the part of a Satanist that is put into another is magically infused. In one ritual, there is a black stone with the Satanist's name written on it that is given to the Queen Mother. (See the chart 1/1/93 newsletter to understand this high rank.) By giving something of oneself, that item supposedly gives magical power to the person you have vowed before. If you break your vow, they can take the item you have given and work destructive magic against you. In the Satanic Hierarchy, they have a Moonchild ceremony where they demonize the fetus while in the womb. In the AntiChrist ceremony, the item that is exchange with Satan for a woman's vow to Satan is to sacrifice her child. Then of course this vow is sealed. The Keepers of Seals hold the books full of written pacts, and the items exchanged in all these countless rituals.

## DOES THE SATANIC HIERARCHY HAVE TESLA'S INVENTION?

A Mother of Light said, 'Power is a transitory experience... it is very conditioned upon the myths you are in. It is important that the person knows the myth he is in.

He must have a feeling for it ....The tangible can become the intangible.' I'll leave the reader puzzled how I got this quote from a Mother of Light, but the idea of the tangible becoming the intangible is an interesting idea, because of two reasons. First, the United States Navy is reported to have found out in W.W.II in the Philadelphia experiment how to electronically make a force field around something that makes the object invisible. However, the experiment proved to be very dangerous, and it took them years before the technology could be applied to something safely. This technology is being used on the Stealth bomber. to make them both invisible to radar and to human sight. The second reason, is that an ex-Illuminati member states that an experimental box the size of a breadbox with controls was being used by the coven to make people invisible. The people had to stay where they were, they could not move around, but they were somehow made invisible by the box where they were standing.

Likewise, those who want to believe that Clinton is a nice guy, that he isn't working as a lackey of the Illuminati, go ahead and believe these lies, God will even send you a strong delusion to allow you to believe these lies. But those who love the truth, and are tired of being lied to, and want answers as to why things are happening like they are will not accept the surface explanations that cover the

16

debauchery of Satanists. Instead of getting upset that someone like myself is showing you the double meaning behind Clinton's hand signal--people should be upset that an attempt was made to trick them by Clinton. The Christian people have been told by several Christians (and I could name names but I won't) that Clinton is going to lead this nation into righteousness. God's people perish for lack of knowledge. The fact is that if Clinton really came to Christ, and really began leading the people toward righteousness, (which he doesn't even now lead the people-the people who put him in office do the real leading), then the hierarchy would kill him. Christians are always saying we need to pray for our leaders--like pray for them, they need to find God, just realize Clinton is not one of our real leaders, he is way down on the totem pole and is simply a shoe-shine boy for the hierarchy. Maybe the Christian people ought to learn who really leads them so they can pray better! Bush was a heavy-weight for the Illuminati, and he was picked by the Illuminati originally as their first choice to win. That was before the primaries. Of course all the final presidential candidates Bush, Perot, and Clinton, (and maybe some of the others too!) were Illuminati men. It was a choice on their part who they wanted. Bush apparently antagonized the Rothschilds, and Clinton was placed into power to appease those who were upset with Bush. That the elite decided to change from Bush to Clinton became visible in Sept. and in October I notified my readers that the change of choice had occured. Supposedly Bush had mishandled something that hurt the Rothschilds financially, but whatever happened it is clear that behind the scenes some big events happened. Clinton was close friends of Winthrop Rockefeller when he moved to Arkansas. Winthrop Rockefeller gave Clinton over $1 million dollars. In return Clinton was in his pocket. It has been well worth Clinton's time to serve the Illuminati kings. So good in fact that Ace Hayes may be correct when he claims that he has information showing that Clinton owns $1.2 billion in treasury bonds. If so, then it is understandable that Clinton would want taxes collected. I had hoped that my photo of Clinton giving the Satanic signal at the inauguration would be finished by now. It isn't, but I will go ahead with this article. Since coming out with my Mar. 15, 93 newsletter I have found out that Texe Marrs came out with a photo showing Clinton's satanic signalling at the inauguration. People need to spiritiually discern what Clinton is all about.

Clinton gave a speech before becoming president that insiders" would have no place in his administration. If people study the situation he appointments have all been insiders. This is just one example of many that show that the words Clinton speaks are simply the words that the American people want to hear. "Slick Willie" is an appropriate name, for this President has absolutely no integrity nor honesty. And yet I am hearing people in the churches that want to believe in Clinton. It's sad to say they want this, because God will send them a strong delusion to believe the lies they want to believe in. Federico Pena is our new Clinton-appointed Secretary of Transportation. If he treats the country like he treated Denver watch out. Pena got the new Denver International Airport project continued against all logic. John Coleman's WIR brings out in his newsletter the details about how Pena's airport project and many other projects he sponsored are white elephants that are not what the public needs, but simply white elephants that help line the pockets of the rich. Those of you who don't take Texe Marrs' newsletter may find it interesting that Bill Clinton has ties to the Jesuits. Of course, I take it for granted that people realize that Carroll Quigley was Clinton's mentor. Carroll Quigley was one of those intellectuals like H.G. Wells who believed in a New World Order and the elite that wanted to bring it in. Let me digress, and discuss men like H.G. Wells and Carroll Quigley. These men believed that the west should lead the world into a New World Order. I suggest that people should read H.G. Wells' book The New World Order (1940) and his The Open Conspiracy (1928). Another good book to understand what the elite have planned is Manly P. Hall's book Facing the Future. Oswald Spengler also has a good book to read The Hour of Decision. The last few chapters of Lionel Curtess's World Order (1939) also is good in explaining how they want a world commonwealth of states. People like Clinton were feed this type of stuff. But there is a much greater hidden agenda. Manly P. Hall for instance was part of Lucis Trust, as was late leader of the Scottish Rite Freemasons, as well as Rockefeller. Lucis Trust's External isation of the Hierarchy tells us what the agenda is. The agenda is to externalize the Satanic Hierarchy, and on page 107 of Externalisation of the Hierarchy it tells us who will rule the world on the earthly plane--his name is Lucifer. And on the Spiritual level (shambala) it will be the Lord of the World Sanat. We Christians know the Lord of the World not as Sanat but as Satan. It's all down in black and white on page 107. Greed and material

wealth play such an important part in the lives of all these people who Satan has inspired to help dream up schemes for a New World Order. Therefore, most of these people see economics as an important vehicle for creating a New World Order. But there is a hidden agenda. The conspiracy is not an economic conspiracy nor a political conspiracy but as The Externalisation of the Hierarchy reveals in page after page--their conspiracy is a religious conspiracy. People lets just lay it out on the line--Clinton is a Satanist, he knows what the hidden agenda is. It's an eyeopener to read the books I listed by Wells, Hall, and Spengler, but believe me that stuff is just for the blind intellectuals. The real details of this New World Order have been written down in detail and they came directly from the Master of Evil himself, directly from Satan to his hierarchy, who copied the plans in detail. The people who will implement the New World Order are men like Clinton. Men who have no moral code. Men who will glibly tell one lie after another. They won't implement H.G. Well's plan---they will implement Satan's plan. And prideful Satan will unwittingly implement YHWH God's.

# Bloodlines of Illuminati

By:

Fritz Springmeier

Once again, I have opened up my files of research and tried to investigate the Satanic Hierarchy. Sometimes in doing investigation one turns down a dead end. I hope I haven't done that. There does seem to be a strong Dutch connection to the Illuminati and the Van Duyn family might be one of the keys to understanding that Dutch connection. My investigation with Van Duyn family is the only family that has left me without any solid facts that would place them within the Top 13 Families. However, because bloodlines are so important to the Hierarchy and because it is hard to really investigate these families without understanding their genealogies, I have made the effort to give you a genealogy of Van Duyns that may have some importance.

## THE VAN DUYN BLOODLINE.

In 1626, Peter Minuit traded some trinkets to the Canarsie Indians to purchase Manhattan Island. The history books like to report the value of the trinkets as $24. The purchase was supposedly a good deal for the Dutch. The Canarsie Indians didn't own Manhattan Island, it belonged to other Indians, so it is debatable who got the best deal that day. That was the beginning of the Dutch colony of New Netherlands, and its capital New Amsterdam, built beside Ft. Amsterdam, all three later renamed New York. The Van Duyn family (also spelled Van Dien, Van Duyne, et. al.) was one of the Dutch families to come over to the Dutch colony of New Netherlands which was connected to the Dutch West India Company. Other early important New Netherlands families from the Netherlands include Van Sise, Van Cleef (also spelled Van Cleve and Van Cleave), Van Coorn, Van de Water, Dooren, and Stoothoff. In 1649, fifteen years before the British took New Netherlands from the Dutch, Gerret Cornellissen Van Duyn immigrated with his older sister from Brabant, Netherlands (Brabant is a district so. of Eindhoven in southern Netherlands, but at the time Van Duyn came over it included Belgium.) to New Amsterdam. (This date is according to Claypool, Edward A. Descendants of Dennis Van Duyn and Alice Tunison Chicago, IL. In contrast to this The National Cyclopaedia Vol. 4?, p. 258 states that he came over in 1640 which is a mistake because that was his date of birth.)

For some reason, Gerret Cornelius Van Duyn returned to Holland to Zwolle on the east side of the Zuider Zee, although he had originally lived in Nieuwkerk in Zeeland before going to New Netherlands, America. Gerrit C. Van Duyn was a coarse, non-spiritual, ignorant man who did carpenter work. His lack of interest in Christianity seems to have carried down through quite a number of generations. After coming to the New World again, he moved away from New Amsterdam fairly quickly to New Utrecht. (Now I believe that is where Greenwich Villiage is.) In the long run his descendants (some related to the Castello family) moved to Michigan, Illinois, Kansas and elsewhere. In the next century however, his descendents moved and created 5 branches- one in Queens Co., NY; one in Kings Co., NY; one in Dutchess Co., NY; a fourth in Somerset Co., NJ; and a fifth in Morris Co., NJ. It is possible a few other Van Duyns also immigrated from the Netherlands to America; information on the family is scarce. In Germany the privilege to use the title 'von' was a special noble privilege. I believe the same applied in the Netherlands, which would mean that the Van Duyns were a prominent family when they came over. The low profile of the family didn't end when they arrived in the New World, it continues. The extremely low profile of the Van Duyns makes one wonder if they could really be one of the top 13 families. Still Mona Van Duyn was the first woman poet laureate, a Pulitzer winner (1991) and got a good review of her book in 1990 by the I have found that such awards take a combination of both talent and pull, especially in a field as subjective as poetry, it helps to have pull. Where did Mona Van Duyn get the political pull to get so many awards and many well promoted poetry books? Even before the British had consolidated their hold on New Netherlands the area was giving a foreshadowing of what it would become. Pirates which raided the East Indies and the Red Sea were outfitted in what is today New York and Rhode Island. William Patterson (born

1

c. 1655 in Scotland) was the evil genius behind the establishment of the Bank of England. It is strongly believed that he was a trader in New York in 1668-69 and that prior to this he had worked with the pirate Morgan, who operated in the New Netherlands area. Witchcraft was part of some people's lives in New Netherlands, but the colony was far more lenient toward them than in the Puritan colony in Massachusetts. The last Dutch governor of New Netherlands, Gov. Peter Stuyvesant's sister-in-law was suspected of witchcraft, but acquitted. Ralph Hall of Seatalcott, Long Island and his wife were the only ones seriously tried of witchcraft in New Amsterdam and they were acquitted. In 1687, the British had taken the New Netherlands from the Dutch for the second and final time, and they made the Dutch take an oath of allegiance to the British Crown. Three Van Duyns of New Amsterdam are recorded having taken that oath. They were Gerrit Cornelis Van Duyn, Cornelis Gems Vanduyn, and Denijs Gerrise Vanduyn. However, in the 1790 census taken in New York state, there are no Van Duyn families at all listed. One of the best books on the Van Duyn family is *New Netherlands Families* by Wilson V. Ledley, Vol. 3 which is about the Van Duyn family. I obtained a copy of the Van Duyn part, which was able to assist me in my genealogy work. I count 378 Van Duyn's in the fifth generation of Van Duyn's in this country. Some of the families that the Van Duyn's have intermarried with are Ailing (Allen), Brendel, Bullinger, Graeber, Hayes, Kennedy, and Robertson. Some of the other families which are definitely Dutch with which the family married with are the Van Burens, the Van Cleeves, and Van der Hoef. It would be exceedingly interesting to find out if the Van Duyn's connect at all with the Dutch King William of Orange or some of William of Orange's supporters. Many of today's elite trace back to William of Orange or his prominent supporters. The Van Duyn last name has ended up with many spellings. For instance, in Bergen Co., NJ. the name is spelled Van Dyne, Van Duyn, VanDuyne, Van Dine, VanDine, & Van Dien. An informer states that Van Duyn is one of the top 13 Illuminati families. If that is so, then it certainly is the least known family of the thirteen. This article will show clues and evidence that have kept me from rejecting the possibility that the family is indeed one of the top thirteen. On the other hand, there are also some very puzzling things about this family that almost disqualify it from being a top family. One puzzling thing is how rare this surname is. Considering that the name belonged to one of the earliest settlers in the New World one would expect quite a clan to have developed. But this is not so. Another puzzling thing, is that the conspiracy has a great deal of activity going on in Brussels, Belgium. Belgium is half Dutch, half french. Many of the people in Brussels have Dutch names, and it would be expected that if the Van Duyn family were a top family they would have someone in Brussels, but I wasn't able to locate any there. See the reproduction of the Brussels phone book to show that some places have been named after the Van Duyns but none live there, although two Van Duynens are listed.

## VAN DUYNS THAT CAUGHT MY EYE

Historically, there were a few Van Duyns that caught my attention.

Cornelis Van Duyn (1709-1779)--left an inheritance of 1,000 pounds of money to children.

William Van Duyn (1695-1773)--left two plantations to children in will

Aaron Van Duyn (1830- 1899)--trustee & deacon of the Meth. Episcopal church

Alfred Voorhees Van Duyn (1843-??)--an undertaker of Middlebush, NJ

Harrison Van Duyn (1845-1914)--member of NJ legislature in 1879, became Speaker of the House in 1881,

Scottish and York Rite Freemason, member of the Holland Society (see Holland Society Yearbook 1915), and numerous other business organizations and societies.

Horace N. Van Duyn--Stockholder in the Boston National Bank

Lewis Van Duyn-- Surveyor, organizer & president of Boonton Water Co., owned lots of real estate.

2

Simeon Van Duyn-- inventor, member Meth. Church in Boonton

The Van Duyn name is known in Western United States because of Van Duyn chocolate candies. The Van Duyn name has been well known in the New York area. The oldest of the large care centers for the elderly in NY is named after a Van Duyn. It was founded in 1827 at Syracuse, NY (Address is West Seneca Turnpike).

This elderly care center, the Van Duyn Home and Hospital, was reported to have 537 total regular staff, 136 nurses, and 526 licensed beds which are kept 99% occupied, making it the largest. I have very limited knowledge of the Van Duyn family. Three Van Duyn's are worthy of mention at this point. One Van Duyn was reported by an NSA informant to have been the liaison officer between MI6, the CIA, Mossad, and the Vietnamese government during the 1960s. Another Van Duyn was the founder of a branch of Planned Parenthood, an important New Age group which has been promoting sterilations, birth control, abortions, etc. for over half a century. The third is Mona Jane Van Duyn who has authored several poetry books, and is a Guggenheim fellow.


## EDWARD SEGUIN VAN DUYN & PLANNED PARENTHOOD

Edward S. Van Duyn (1872 - 1955) was a prominent surgeon who was born in Syracuse, NY. He went to Princeton Univ. and then got his M.D. at Syracuse University in 1897. From 1909 until 1950, he was a surgeon. During the ghastly W.W. I, be was in the U.S. Army Medical Corps in France, first as a major and then as a Lt.

Colonel. Edward S. Van Duyn attended the Unitarian Church during his life--a church which has long been associated with Wicca. He also associated with the liberal Presbyterians. In 1933, he founded the Planned Parenthood Center of Syracuse, New York. Planned Parenthood Federation of America was an Illuminati inspired organization that was set up to accomplish several objectives. The organization's own stated purpose is very revealing: "To provide leadership m: making effective means of voluntary fertility regulation, including contraception, abortion, sterilization, and infertility services, available and fully accessible to all as a central element of reproductive health; stimulating and sponsoring relevant biomedical, socioeconomic, and demographic research; developing appropriate information, education, and training programs to increase knowledge about human reproduction and sexuality." Planned Parenthood Federation of America has about 190 affiliated organizations and actively promotes its agenda all over the world. It operates about 900 centers in the U.S. It maintains a 5,000 volume library on abortion, sterilization, and population control. One of its leaders Alan F. Guttmacher signed the Humanist Manifesto, and the president Faye Wattleton was awarded "Humanist of the year" in 1986. Both hate Christians. Margaret Sanger, who advocated neo-Malthusian population controls, with money from her husband and rich backers, started the American Birth Control League (ABCL) in 1921. The ABCL opened up the Birth Control Research Bureau (BCCRB) in 1923. In 1939 the ABCL and another similar group merged to form the Birth Control Federation of America (BCFA) which in 1942 changed its name to Planned Parenthood Federation. Consider the changes that have happened within our lifetimes. In 1957, birth control devices were outlawed in all NY metropolitan hospitals. In 1969, the Federal government was subsidizing abortions and birth control through the federal antipoverty program. In the 1980s, public schools started offering condoms and new types of sex education programs for teenagers. The Schlesinger Library has been actively keeping historical records of the "family planning movement" and David Kennedy wrote the book *Birth Control in America: The Career of Margaret Sanger* in 1970. Much of what has happened in abortions, birth control research, and population control mechanisms has come as a result of these type of organizations. I was curious-WHAT KIND OF PEOPLE WANT US STERILIZED, OUR BABIES ABORTED, AND THE WORLD'S POPULATION REDUCED? What kind of people are funding the enormous amount of money it takes to get people to abort their babies? What does it cost to get a population to voluntarily neuter themselves? I randomly picked a year (1984) to research the funding for Planned Parenthood and the Planned Parenthood branches. I was astounded at how hugh the sums of money that the elite spend in just one year to get us to

3

castrate ourselves and tie our tubes, and abort our babies. I have divided the list of Foundations that donated money to Planned Parenthood in just the single year of 1984 into two categories. The first category are Foundations that I can identify having connections to the Illuminati. The others are all the rest, and I suspect this second group has many that tie back too, I most likely haven't figured out how.

## ILLUMINATI CONNECTED FOUNDATIONS DONATING TO PLANNED PARENTHOOD FEDERATION & BRANCHES -- and the amounts donated in 1984,

Vincent ASTOR Foundation -- $150,000

Mary Duke BIDDLE Foundation -- $5,000

DODGE Foundation -- $115,000 (the DuPonts are behind GM)

FORD Foundation -- $200,000 (McGeorge Bundy was Pres. of Ford Found.)

William Randolph HEARST Foundation -- $10,000

(Freemason) Jessee H. Jones' HOUSTON Endowment -- $30,000

Eli LILLY & CO. Foundation -- $10,000

LILLY Endowment -- $100,000

Andrew W. MELLON Foundation -- $970,000

Richard King MELLON Foundation -- $55,000

(Jewish Rosicrucian) Fred MEYER Charitable Fund - $10,000

MORGAN Guaranty Trust -- $31,000

Jessie Smith NOYES Foundation -- $152,400

J.N. PEW Memorial Trust -- $730,000

PRUDENTIAL Foundation -- $8,000

Kate B. REYNOLDS Charitable Trust -- $25,000

Z.S. REYNOLDS Foundation -- $30,000

Russeil SAGE Foundation -- *$5,000*

Max STERN Foundation -- $20,000

Levi STRAUSS Foundation -- $5,000

## OTHER FOUNDATIONS CONTRIBUTING TO PLANNED PARENTHOOD- (Some of these may well also have the Illuminati behind them.)

AHMANSON Foundation -- $125,600

Theodore & Beulah BEASLEY Foundation -- $100,000

ALLEN-BRADLEY Foundation -- $15,000

4

Worthington BENEDUM Foundation -- $15,000

Otto BREMER Foundation -- $7,500

Gwendolyn CAFRITZ Foundation -- $50,000

Lewis CALDER Foundation -- $20,000

CHAMPLIN Foundation -- $25,000

CENTRAL N.Y. COMMUNITY Foundation -- $125,000

CHARLOTTE Foundation -- $6,250

Robert Sterling CLARK Foundation -- $200,000

Clark Foundation -- $15,000

Olive B. COLE Foundation -- $30,000

Commonwealth Fund -- $200,500

DOLFINGER-MCMAHON Foundation -- $5,000

EDUCATIONAL Foundation of America -- $50,000

OP. & W.E. EDWARDS Foundation -- $15,000

Samuel S. FELS Fund -- $5,000

FIELD Foundation -- $40,000

GEBBIE Foundation -- $10,945

GENERAL MILLS Foundation -- $15,000

Wallace Alexander GERBODE Foundation -. $16,000

Morris GOLDSEKER Foundation -- $30,000

George GUND Foundation -- $108,096

Walter HAAS Foundation -- $7,870

Adah F. HALL Charity Fund -- $11,000

Ewing HALSELL Foundation -- $25,000

William HEWLETT Foundation -- $850,000

Dayton HUDSON Foundation -- $10,000

HUMBOLDT Area Foundation -- $35,000

JEWETT Foundation (of CALIF) -- $12,500 (gave to ID & WA Planned Parenthood)

Walter S. JOHNSON Foundation -- $147,506

KALAMAZOO Foundation -- $32,656

J.M. Kaplan Fund -- $50,000

KECK Foundation --*$15,0(X)*

Peter Kiewit Foundation -- $45,000

KRANNERT Charitable Trust -- $150,000

MANSANTO Fund -- $5,000

MEDICAL Trust -- $600,000

METROPOLITAN Life Foundation -- $7,500

MCCUNE Foundation -- $10,000

MCGREGOR Foundation -- $5,000

MCKNIGHT Foundation -- $35,000

MUSKEGON County Community Foundation -- $6,000

NEEDMOR Fund -- $30,000

Edward John NOBLE Foundation -- $80,000

NORTON Co. Foundation -- $25,000

PACKARD Foundation -- $100,636

PASADENA Foundation -- $5,000

PITON Foundation -- $80,000

PITTSBURGH Foundation -- $55,000

PHILADELPHIA Foundation -- $23.000

PUBLIC Welfare Foundation -- $30,000

RIPLEY Memorial Foundation -- $5,000

SAN FRANCISCO Foundation -- $32,209

SANTA BARBARA Foundation -- $20,000

Florence & John SCHUMAN -- $25,000

William G. SELBY Foundation -- $18,700

SKILLMAN Foundation -- $30,000

Harry G. STEELE Foundation -- $418,950

Eloise & Richard WEBBER Foundation -- $20,000

WESTERN Electric Fund -- $6,000

Robert WILSON Foundation -- $50,000

If the reader is wondering what happened that some of the other top Illuminati families are not on the above list, the reason why is that the other families were supporting other organizations similar to Planned Parenthood Foundation which are also working to promote sterilizations, abortions, and sexual promiscuity. For instance, the Rockefeller family runs hundreds of foundations, and just two of these --the ones named after the Rockefellers-supported the following groups in 1984 which have the same goals and agenda as Planned Parenthood-- Center for Population Options (donation given -$29,730), Population Council ($1,235,000), Alan Guttmacher Institute ($300,000) this is a dangerous organization doing research to promote these things, Population Institute ($10,000). On top of this, in 1984 the Red Chinese Academy of Medical Science was given several Rockefeller grants to do contraceptive, sterilization, and genetic research. One of these was a $6,647 grant given to the Red Chinese Academy of Medical Science to study male contraceptives. Has abortion, sterilization, sexual promisculty, population control, and genetic research been part of the Illuminati's long range plan? You bet. But it was important that the Illuminati convince the experts, (at least the experts they control) that these things were needed to save mankind. Three studies were made by the elite to determine that a population explosion was threatening the earth. according to William Cooper in <u>Behold a Pale Horse</u>, pp. 166-67. The first was during W.W. II, the second at Huntsville, AL in 1957, and the third by the Club of Rome ending in 1968. All three studies concluded that population growth must be curtailed. Last year at a meeting of the elite, George Hunt obtained a handout which shows that the elite are committed to stopping the population growth by any means available. Years earlier, Illuminatus Dr. Aurelio Peccei advocated a plague similar to the Black Plague, and when the idea was developed it became the AIDs epidemic. The Illuminati have the cure for AIDS. Actually, there are many cures for AIDS But the one they had before the AIDS epidemic began will not be given to the population until enough people die, or until the elite are exposed enough that they are forced to give out the cure. Dr. Wolf Szmuness. Pope John Paul II's ex-roomate was one of the masterminds behind the AIDS epidemic. The National Security Council has had an ad hoc group on Population Policy to strongly encourage other nations to have birth control, abortions, and sterilizations. This group drafted the Global 2000 Report which was given to Carter. Whether the population explosion is a threat or not--(having travelled world-wide and having a father who was considered one of the better agricultural scientists, I contend it is not a threat)- -the world's elite believe it, and they make the decisions. Further, they have a vested interest, an immoral need to believe in the overpopulation lie.


## VAN DUYN CANDIES

Van Duyn Candies has its kitchen and administration at 739 N.E. Broadway, Portland, OR. They operate 10 retail candy stores in Portland, one in Silverdale, WA (near Bremerton). The 63 year old company has 16 shopping mall leases, and wholesales candy to other candy distributors. It also operates a subsidiary Miss Saylor's Candies, Inc. of Long Beach, CA. Van Duyn has in turn been bought out by Van Rian Corp, 2360 NW Quimby St., Portland, 97210. In 1990, American Confectionary, Inc. of Chino, CA was listed as owner of Van Duyn Candies. (These statistics were the ones I was able to get, they may be outdated.) One informant felt that Van Duyn Candies might play a role in the distribution of poisoned candy to American school children, which was an Illuminati plan on the drawing boards years ago. I contacted a Van Duyn representative about any company plans to distribute candy to schools, but got no information. The company has had its share of strange things happen. Richard McCall who was the president borrowed $391,000 of the company's funds for his personal use. This theft of company funds was forgiven when he gave up his position and his share of stock so that he no longer had control over a large block of stock. On April, 27, 1988 *The Oregonian* reported that the company had gone bankrupt, and had filed for bankruptcy in Mar. 1987. However. company officials declared that the bankruptcy was merely a reorganization which involved the resolving of the equity split in financial control of the company. The Van Duyn Candies reported $10 million in sales in 1986. If they play any role in all of this or not I cannot say. I certainly do not suggest that any of my readers boycott their candies. That would be rather rash and certainly is not what I want to see happen. Besides because they wholesale to others, I don't what other labels the candy gets sold under.

## A STRING OF STRANGE COINCIDENCES

A strange thing that happened to me that may be just coincidence or another piece of the puzzle. I will not mention any names, because I do not know how this all fits together. One of the men who owns two Van Duyn stores is an ex-Missionary to Taiwan and a minister. This ex-Missionary is on best of terms (close friend) with the most powerful Free Chinese Army generals. He drives Cadillacs, and when he visits China is given the red carpet by his military general friend. This ex-missionary/minister was a friend of mine, and in 1990, when he heard I had written a book, he was excited to buy my book because we were friends. When he found out the title was *The Watchower & The Masons,* he immediately lost interest in the book and never bought it. I asked him if he knew anything about the Freemasons and he said he knew absolutely nothing about them. I thought that was a strange reply, because he was a leader of the Kiwannis in this area, and I have been to his Kiwannis breakfasts which were held in the basement of a Masonic Lodge here in Portland. How did this minister arrange for his Kiwannis club to meet in a Masonic Lodge, yet know nothing about the Masons? Further, there are many Masons with his surname, so that at least within his extended family I would expect some of them are Masons. Later, this man's son-in-law (also a minister) called me to this son-in-law's office in a particular church and told me I should be excommunicated by Christians for trying to expose Billy Graham, even though this ministers church doesn't excommunicate. He gave me mean looks and further told me, "You will die for your sins. I dont know if this owner of Van Duyn stores has any relationship to the larger picture, or if all this is Just a number of strange coincidences.

I don't even know if the Van Duyn candy company is related in anyway to the Van Duyn family, although one informant claims it is.

## A VAN DUYN & THE CIA, MI6, MOSSAD, NSA ETC.

MI6 was intimately involved in the creation of the CIA and MOSSAD. And MI6 is the guiding hand behind those two organizations. British Intelligence was integrated under the title British Security Coordination which was the world's largest and most powerful intelligence beast in the world. This beast has been under total control by the Illuminati since its beginning. Since 1940 when the BSC was set up in New York the Americans have worked for the British. But the intelligence community in the UK, USA, Canada, Australia, NZ has gone a step beyond the secret intrigue of intelligence agencies secretly controlling other intelligence agencies. They have actually signed formal agreements which completely make all these acronym monsters into one intelligence agency. There is The Technical Cooperation Program (TTCP) and the ABCA Agreement which concerns intelligence information exchange in the areas of defense research and development. The ABCA Agreement concerns military intelligence. The BRUSA Agreement on May 17, 1943 established exchange of personnel and the most intimate cooperation at the highest levels by the various national intelligence agencies of all high-grade COMINT. A Secret Treaty of 1947 linked all the major commonwealth and American intelligence groups. This is just one of countless agreements, most secret, for the exchange of information. At that point in time, levels of secrecy were ULTRA (very secret), Pearl (moderately secret), and Thumb (secret). Pearl and Thumb later became Pinup. On 17 February 1972 a National Security Council Intelligence Directive (NSCID)-6 directed the NSA to be the principal US SIGINT agency, with the FBI and CIA basically working for the NSA. Although some people are claiming that their is friction between the NSA and its front organizations the FBI & CIA, it is hard to picture that this friction is anything serious because many people in these front organizations work for the NSA. The CIA, MI6 and the Mossad all worked through the BCCI which was scandalized recently, although the elite kept the lid on the scandal. Together the UKUSA intelligence community (or what is better termed the NWO's intelligence world-wide intelligence agency, of which MI5, MI6, CIA, NSA, FBI, NZSIS, RCMP, SIS, ASIO, GCHQ, NRO, DIA & the SASB are simply departments, have together at least 300,000 people employed full time. If there was in the 1968 time period a Van Duyn

8

serving as the liaison between these various intelligence "departments', he would be a very powerful man. (There is a way open to me to confirm this about a Van Duyn if I get the time.)


**TWO OTHER PROMINENT EARLY DUTCH AMER. FAMILIES**

One of the men who has worked for the NWO in their think tanks and with their intelligence agencies is Professor William R. Van Cleave, who is a descendent of the New Netherlands families. His name is mentioned now because it is quite possible the Van Cleave's and the Van Duyn's intermarried. (I know that William Van

Duyn married Sarah Van Cleef in Somerset, NJ in around 1750. Prof. Van Cleave worked for RAND, Stanford Research Institute, Dept. of Strategic and Defense Studies at the Univ. of So. Calif. and was an advisor to the Pentagon, the SALT conferences etc. The Van Cleves are said to have originated from an ancestor Jan Van Cleef who was the son of Dutch nobility--the last Duke of Cleves. He is said to have come to America in *1653*. Two of the Van Cleaves were Scottish Rite Masons in Chicago around the turn of the century.


**SOME IMPORTANT CONNECTIONS -- COLLINS - WHITNEYS - VANDERBILTS**

William Collins Whitney, a member of the Illuminati via the Skull & Bones Order, is someone who I suspect was part of the Collins family. The Collins family is without doubt one of the top 13 Illuminati families. William Collins Whitney was a directory of Guaranty Trust, as well as his son H.P. Whitney who served later. William Collins Whitney married Flora Payne, daughter of Standard Oil's Treasurer Oliver Payne. William Collins Whitney's two sons were both members in the Skull & Bones, and one of them married Gertrude Vanderbilt (another originally early Dutch American family). The money that the Whitney family had amassed from the Payne's and the Vanderbilts then was put into Guaranty Trust, J.P. Morgan, and Guggenheim. Alfred Gwynne Vanderbilt was a member of the Skull & Bones Order (init. 1899). A. Vanderbilt was sent a warning not to sail on the Lusitannia, because the elite knew it was to be sunk, but he failed to get the telegram and sailed to his death. Whitman Vanderbilt was part of the group of Illuminati that made up the Round Table in which the Satanic Astors and Satanic Cecils played a big role. I have sometimes wondered if rather than the Van Duyn's that the name we should be dealing with is Vanderbilt. In any case, the point is that several of these originally Dutch families are in deep with the Illuminati. The origin of the Vanderbilt fortune is an obscure mystery. It was close to 1 billion in 1924, and must exceed numerous billions today. One reference states that Cornelius Vanderbilt, the original Vanderbilt who made it rich, made his large sums from blackmail (Minnigerode, Meade. Certain Rich Men. New York: G.P. Putnam's Son, 1927, pp 112-113.) Lindsay Russell (of the Russell family--another top 13 Illuminati family) worked for the Vanderbilts. It was Lindsay Russell who started the Pilgrim Society--which is the 6° of the branch Illuminati. Lindsay Russell was also chairman of the CFR, which is the 4°.

The Vanderbilts, the Whitneys, the Goulds, and the Rockefellers gave large sums of money to Billy Graham for his New York Crusade.


**THE DUTCH CONNECTION TODAY**

Many ex-Nazis and elite industrialists have made their homes in the Garderen-Putten area of the Netherlands. The Bilderbergers are building a superhotel/conference center near this area. One of the companies involved in building the hotel is the Nazi family of Nachanius. The Belgium-Dutch connection to the Illuminati is not trivial. The Dutch William of Orange deposed English King James II in the fighting of 1688-91. That is significant, because it appears that Illuminati financial headquarters were in Amsterdam prior to William of Orange's victory. After that victory they moved

9

to London. One only has to note how important Brussels has been to the New World Order to realize that the lowlands of Belgium and the Netherlands continue to be important for the elite. For instance, the Beast--the supercomputer which is notified within seconds of every financial transaction you carry on at an ATM is located in Brussels. If the Van Duyn family were indeed one of the top 13 families it might break open some big clues to understanding thc Belgium connections and elements within the Illuminati. Earlier newsletters and the *Be Wise As Serpents* book have described high level rituals carried out in a castle (burg) in Belgium. There are dutchmen in the genealogy of the Roosevelt presidents in the line that goes back to the British royalty. Other prominent elitists tie back to the Netherlands & Belgium also. Elizabeth Van Buren wrote The Sign of the Dove which is a book about the Merovingians [the 13th Top Illuminati bloodline] and Jesus. The book takes a gnostic approach to religion, and puts forth the idea that the Merovingians were of extra-terrestrial descent. I had expected to find the town of Duyn from which the Van Duyn would have taken their name, but none of the maps so far have shown it. I had expected to find more important Van Duyns in the Netherlands and in the U.S. Instead, I only found a Hidde Hendrick Van Duym, who came over from the Netherlands and became a state educational official. Clearly, I have only broken the surface in trying to understand the Dutch connection in the Illuminati.

## CONCLUSIONS & SUMMARY

It has been theorized by others that at the top of the Illuminati are unknown superiors, so this should not scare anyone that I don't have all the details, and that the family is unknown. On the other hand it is very hard to hide people who wield immense power. So far, I have dealt with families that were definitely within the top 13 Illuminati families. If the Van Duyn family is part of the top 13, it may represent the 'Dutch-Flemish-Belgium segment of the Illuminati, just as the Astors & Rothschilds came from Germany, the DuPonts from France, the Li's from China, and the Kennedy's from Ireland. Actually, the entire 13 top families are related in various ways and their heritages go back to the ancient nobility of Europe, to the tribe of Dan, and to the Khazars. Many of these top families feel they are descendents of the House of David. One researcher has even told me that the royal house of Japan is blood relation to the thirteenth top Illuminati family. (Truth is often stranger than fiction, but this sounds truly incredible.) That would be interesting if the genealogy (which he claims does exist) does actually show that. It would help explain why Japan is being brought into the picture. I was able only to identify that the Van Duyn family was a very early colonial American family of status, and that the few modern members of this family which I could identify are suspiciously tied to the establishment and fit the type of persons we would expect from a top 13 family. If anyone has any information concerning this subject, that information would be appreciated.

## REVISITING THE VAN DUYN FAMILY - ONE OF THE TOP 13 ILLUMINATI FAMILIES

The Dutch-Belgium connection is one link that is very powerful in the Illuminati, but an area of which my knowledge is very scattered. I am trying to rectify that ignorance. Since my big article in the July 1, 1993 issue about the Van Duyns, I received more confirmations and tips from ex-Illuminati informants. So I have continued my search for details on the Van Duyn family. I was given the tip that the Illuminati members of this family were located in someplace [ike Michigan, and I did indeed find that the Grand Rapids area has a large number of Van Duyns. There are also a small smattering of Van Duyns (there are a few variant spellings such as Van Duine) at Lansing, MI; North Oakland, MI; Minneapolis, MINN; and St. Paul. I was also able to identify one more Van Duyn who has been part of the power structure, and might possibly then be part of the actual secret generational Satanic cult activity. This man was an official for UNESCO. I have had ex-Witchcraft sources tell me that UNESCO was passing NWO instructions on to them. UNESCO is one of the more directly controlled and more dangerous U.N. organizations. My writings have referred to it before. This man's name is Robert Gerald Vanduyn. He married florence Elizabeth Noyer. Robert Vanduyn served as the associate director of the W.K. Kellogg Foundation, which is a large foundation with HO in Battle

Creek, Michigan. The Kellogg Foundation gives grants to Catholic Universities, to research along the lines of Illuminati goals, and a variety of other causes. For instance, a 1984 $100,000 grant was given to the American Association of Community and Junior Colleges. The purpose? 'To implement a national recruitment effort to enlist the support of government and corporate leaders to improve policies concerning adult education and training." Of course as you know, most national government and corporate leaders are part of their power structure so of course they (the Illuminati) would like these people in the decision making process of our junior colleges. The Foundation contributed almost $10,000 in 1984 to the Battle Creek Board of Education. That should give the foundation quite a bit of clout in the local school board's decisions. Many of the grants of the Kellogg Foundation are to promote things in health care and agriculture which are in the general trend of what the Illuminati is pushing for. The American government loaned Robert Vanduyn to UNESCO from 1972 onwards. He was given the position of Coordinator of UNESCO Service World Bank Education project. To be in that position shows he was part of the elite, whether he was or wasn't a Satanist. UNESCO is being used to push a NWO education agenda on the world. Recently, the death of Patricia Van Cleve Lake opened up some more clues about the Van Duyns. In the July 1 article I mention on page *52* that one of the other early Dutch families in New Amsterdam which intermarried with the Van Duyns was the Van Cleves. Ten hours before Patricia Van Cleve Lake died on Oct. 3, she called her son and told him the truth about who she was. The 3 paragraph death notice was buried on page 14 in an LA. paper (I think the LA Times). What she told her son on her death bed was that she was the daughter of William Randolph Hearst and movie star Marion Davies. Various people noticed her resemblance to Hearst, but dared not speak about it publicly. Her son told people after she died, 'She lived her life on a satin pillow. They took away her name, but they gave her everything else." Patricia was always introduced as "the niece" of Marion Davies, who in reality was her mother. The rumor mill since the 1920s had claimed Patricia was Hearst daughter, but it wasn't until just this last month that it had been publicly said.

The news links the Van Cleve family to Hearst. All this news is very interesting in light of several previously establish facts. First, Hearst who funded Billy Graham's first 3 years of Crusades was part of the Illuminati. Second, the Illuminati often adopt out their children to hide their paternity and ancestry. Third, the Van Cleve family is linked to the Van Duyns, which raises the possibility of links between Hearst and the Van Duyns.

## FOLLOWUP ARTICLE ON THE VAN DUYNS

The long Van Duyn article of the July 1, '93 newsletter indicated that I was puzzled that I hadn't found more clues about the power of the Van Duyn family, which an informant had told me was one of the top 13 Illumanati families. Since that time, I have spent time with a very knowledgeable ex-Illuminatus, and it was confirmed that the initial information was indeed correct, the Van Duyns are one of the top 13 Bloodlines. Some of the Satanic members of this bloodline are in the North Central area of United States, such as in Michigan. I found out that this bloodline keeps much of their money in Europe, and that they are linked to some ltalians -- (the Mafia?).

With some more clues to pursue, I hope to discover some more about this top Illuminati family which has gone to such great lengths to be hidden. It is clear that they have kept their money and businesses well hidden, via holding companies and other gimmicks.

## EPILOGUE

This collection of articles has tried to take the reader back stage to meet the families that control the Illuminati and the world. One of the best places to see representatives of the different 13 families together are when they gather for the Feast of the Beast. The back stage story is tar from being told. The Van Duyn family is a fitting way to end this book, because the mystery that surrounds them highlights the work that still remains to tell the complete story. The Van Duyn articles do not mention Roel Van Duyn of Amsterdam, Netherlands who founded/headed in modern times the

11

socialist/communist movement in the Netherlands. He was a powerful man. The movement was lead by Provos (provocateurs) whose demonstrations at times got violent. What is the nature of the relationship between the Van Duyn family and the Van Cleve family? I know there was some intermarriage, but due to time restraints I never completed my investigation down this avenue. While Roel Van Duyn was leading his radical movement, Miss Davies father was livIng at Heart's Riverside Dr. No. 336, and her brother-in-law George Van Cleve was an executive in Hearst's film corporation. The mystery of the Van Duyn family is also reflected in the mystery surrounding the Romanov family. The Romanov family had more than the Russian branch, there was for instance a Prussian branch. And some of their family like the Grand Prince Alexis Romanov came to America, where his

granddaughter Mary Teissier (the cousin to Alexander Romanov) was one of J. Paul Getty's main lovers. J. Paul Getty if you have forgotten was at one time listed by Fortune Magazine as America's richest man. Not only does Romanov blood flow in some of the Illuminati, the Romanov name pops up among the friends of Frank Sinatra. Mike and Gloria Romanov were friends of Frank Sinatra. Frank Sinatra's social activities were like a Who's Who in the Mafia and Illuminati. Frank Sinatra would travel to France to spend time with Baron Guy de Rothschild, or could be found doing a charity ball for the World Mercy Fund with Laurance Rockefeller.

Mentioning the Rockefellers brings us right back to the Romanovs. And then who was Anne Marie Rasmussen who married Nelson Rockefeller's son Steven Clark Rockefeller? When one reads her book There Was Once A Time of Islands. Illusions. & Rockefellers (NY: Harcourt Brace Jovanovich, 1975) one learns that she was from Norway, a maid in the Rockefeller home, learned TM, and was shocked by the Rockefeller's abundant 'primitive' art of the Rockefellers. 'Primitive' simply was a Rockefeller expression for all the nude art that they have all around. In her book, she talks about 'The Playhouse' at Kykuit, about Margaretta (Happy) Rockefeller's close friend Mrs. Vincent Astor, about Laurance Rockefeller's St. John Island, where he built the Caneel Bay Plantation, and the Rockefeller's ranch at Jackson Hole, WY. Talking about the Astors brings us back to Frank Sinatra who bought Mary Astor's large rambling property in the Toluca Lake area of the San Fernando Valley. Frank bought the land without even seeing it. Frank is not the only one not seeing things. So much of what is being told us by our media is outright distortions. John D. Rockefeller, Sr. would get together secretly with WIlliam H. Vanderbilt and Jay Gould to scheme against the public. They took oaths to cooperate while the public thought they were antagonists. And what about the Rockefeller-Rothschild feud? And why did John Archbold (John D. Rockefeller's right hand man) go overseas and secretly work out business arrangements with the Rothschilds in the 1880s? One CIA agent described the 'Company' as a worn out whorer who needs to come in off the street and get cleaned. The Illuminati have made the CIA and used it for their own ends, and have let the CIA be the fall guy. When we start looking

closer at the CIA, we see men like Archie Roosevelt of the Roosevelt family, who was a leader in the CIA., going to places such as Nigeria to visit the Emir of Kano with David Rockefeller. This Rockefeller/Roosevelt visit to the Emir was close to going to Timbuktu. (David Rockefeller took along his own private professor of Egyptology when he went to the pyramids and to Egypt. Perhaps his love for Egypt relates to David's fixation and love for beetles.) (Another aside, is that America's foremost Egyptologist Dr. Charles Breasted was underwritten by the Rockefellers. But then those few who understand the one to one correspondence of the Book of the Dead's rituals and modern Satanic rituals might not be surprised.) Nelson Rockefeller was part of the National Security Council which sits even higher than the CIA in Intelligence affairs. Speaking of far off places, what about Mis Osman Ali Khan who was the principal Moslem ruler of India at one time? And what about the multi-millionaire possible billionaire Aga Khan III? These men interacted socially with the Illuminati families. And how far does the Rockefeller wealth go? We know that through the Chase Investment Corporation they have such far off holdings as a steel mill in Turkey, and a cotton textile mill in Nigeria. Creole Petroleum of Venezuela is owned by Nelson. Chase Manhattan has a full-time envoy to the U.N. and the Secretary Generals of the UN visit the Rockefellers at their estate at Pocantico. A number of families threw their selves in with the Rockefellers and owe their family wealth to the fact that they served the Rockefellers. These include John D. Archbold, the Harknesses, the Bedfords, the

12

Chesebroughs, the Cutlers, the Flaglers, the Folgers, the Paynes, the Pierces, and the Rogerses. The Rockefeller's have had a number of senators who he 'owns'. In 1904, Senator Penrose received $25,000 and Senator Bliss received $100,000 given via Rockefeller's Standard Oil. One scholar wrote against the Rockefeller control of politics, 'The Standard [ Oil] had done everything to the Pennslyvannia legislature except refine it.' (Henry Demarest Lloyd, Wealth Against the Commonwealth. When the Rockefellers wanted to build a highway they would summon people like Interior Secretary Stewart Udall to Nelson's apartment, where he talked Udall into permitting the Rockefellers to build an unpopular highway. In 1968, Hubert Humphrey wanted both David and Nelson Rockefeller in his cabinet. The Rockefellers cooked up the idea to have a World Trade Center in NY and their cronies were involved in the scandal to promote the idea. David wrote letters of advice to Pres. J.F. Kennedy. Where do all these elite connections end? All these top 13 Illuminati families tie together at the Feast of the Beast rituals. In addition to this grand meeting, where Satan puts in his personal appearance, these families have smaller meetings and rituals frequently all over the world. Their Council of 9 and their Council of 13 meet and send out their orders regularly. Volume 2 will examine how the Illuminati rule, what their organizations are, and what their life and rituals are like. An Appendix so to speak. As I failed to provide a genealogical chart for the Rockefeller Family while doing my newsletter articles, I will as an appendix add that to this page. One of the families that intermarried with the Costellos was the Van Duyn family. But who are the Costellos? Frank Costello (died 1973) was the underworld boss of New York for many years until Vito Genovese (died '69) took control. Carlo Gambino took over from Vito until his death and then in 1976 Carlo in turn died and his heir Paul Castellano with some of the Gambino family took over. Now Roosevelt (Rosy-or Rose) Gambino runs the Gambino family, The (;ambino family is related in marriage to the Eli Lilly Illuminati family. Frank Costello had Jerry Catena *working for him, and Eddie Torres was a close friend of Jerry Catena. Eddie* Torres was the President of the Las Vegas casino Riviera, before Gus Greenbaum took over. Greenbaum was connected to all the Mafia, and was a casino manager for Meyer Lansky in Havana and other places. Lou Costello's father was from Italy. In Italy the name was spelled Cristillo. Lou Costello got Dean Martin into show business. Lou provided Dean Martin the money for his nose job before Dean made it big in show business. Lou's daughter later married Dean's son. Lou Perry and Costello both got Dean Martin into show business. Costello had great clout with MCA. Costello got disgusted with Dean Martin in 1945 when Dean ran up bills which he charged to Lou Costello. Later Dean ignored Lou at a Casino and also got Lou Costello ticked off. Dean's first wife was Betty McDonald. Betty's father was Bill McDonald. (See what I've written on the McDonald's role in the Illuminati.) Betty McDonald Martin became known for being a party-throwing alcoholic while neglecting her children. Carole Costello married Dean Martin's oldest son. One of Lou Costello's friends was Mickey Cohen. Frank Costello rubbed shoulders with the Rockefellers, with Lucky Lucianno, and other powerful underworld figures. Costello controlled NY Mayor William 0' Dwyer. Frank Costello was also the owner of Alliance Distributors who are the sole American distributors for Whiteley Co. of Scotland. Scotch drinkers like the orange brown scotch of the famous King's Ransom Scotch as well as the House of Lords Scotch. They may not realize that Costello was the sole distributor of these drinks which were imported through him from Scotland. Ray Ryan, a young Texas oil Tycoon went into at least one petroleum-lease venture with Frank Costello and Frank Erickson. Ray Ryan was friends also with Dean Martin. Ray Ryan was the godfather for Ricci Martin. His Mount Kenya Safari Club had an elusive membership, incl. such Illuminati members as Winston Churchill and Prince Bernhard of the Netherlands. Ray Ryan was involved with the malia when someone blew his Lincoln Continental up. The blast had been so powerful part of Palm Springs had its power knocked out. Dean Martin, Frank Sinatra, Sammy Davis, Jr., Peter Lawford and Joey Bishop were known as the Rat Pack. All of these men were connected to the Mafia and some (if them were satanists such as Sammy Davis, Jr. and Peter Lawford. In 1960, these men posed together outside of the Sands casino for a picture where they performed together. This picture of the Rat Pack is in the book Dino. Living High In the Dirty Business of Dreams by Nick Tosches. Another picture of Dean Martin taken around 1954 shows *him with Marilyn Monroe and Averell Harriman. Averell Harriman was in the Illuminati. Marilyn Monroe was* a Monarch sexual slave for the elite. Marilyn was a Presidential Model sexual slave for JFK. JFK was part of the Kennedy Illuminati family and he often spent time with members of the Rat Pack. The Hollywood Reporter described Dean Martin as a "hypnotically attractive, homegrown

American monster." Frank Sinatra was a very cruel man too. Dean Martin (Dino Crocetti) grew up in
Steubenville which was known for its gambling and prostitution. A white-slavery ring that kidnapped
beautiful woman for whorehouses was headquartered in Steubenville. James Vincent Tripodi of the
Mafia ran Steubenville. A popular saying in Steubenville among the youth was 'Learn to steal, learn
to deal, or go to the mill.' Dino became a dealer at the Rex in Steubenville, run by Cosmo Quattrone.
Jerry Lewis, a close associate to Dean Martin said, "No one ever got to know him, not even Betty [his
wife]." Herman Hover, who lived at 606 North Bedford Drive in Beverly Hills, bought his mansion
from the Vanderbilts. Howard Hughes did a lot of his business at the mansion. Mickey Cohen, Gen. J.
Wainwright, Howard Hughs, James Roosevelt (FDR's son), and many other prominent people would
go to Hover's Ciro nightclub. Later they would go over to Hover's Mansion. The mansion was a
place of frequent parties that Dean Martin and others of his group would go to. In defiance of NBC's
standards, Dean Martin for his Dean Martin show was going to show off women trained as animals.
Dean Martin would walk on the show with a voluptuous gal in a tiger outfit on a leash that Dean
would hold. The girl would then be telling Dean at every chance that she was not a girl but a fellow.
When Dean married Kathy Hawn, in 1973, Frank Sinatra was his best man. Frank received a
diamond-studded golden cigarette lighter with an obscene inscription. Dean worked many years for
MGM Grand, which now is built as a pyramid in Las Vegas with Monarch programming going on in
it. The theme inside the MGM is the Wizard of Oz which is for Monarch programming. (To
understand the Wizard of Oz mind control programming the reader needs to get this author's various
writings on the Monarch Programming, which includes an <u>Illustrated Guide To Monarch
Programming</u> and other writings.) Bob Hope, an MI-6 agent who was used extensively in W.W. II to
trigger mind-controlled military men with the proper hypnotically embedded trigger words, received
his own mind-controlled sex slaves after the war. One of these slaves of Bob Hope also worked for
the Illuminati's Council of 7. This author (Fritz Spnngmeier knows her) and she is one of the few
Illuminati slaves who has been deprogrammed. While she was a slave for Bob Hope, he loaned her to
Sammy Davis, Jr., Dean Martin, and Richard Nixon to name a few. More about this Monarch slave,
which was used as a courier and a sexual slave, shortly. Let's explain some about Bob Hope. Because
the previous paragraph may present the reader some difficulties let's temporarily digress into the
entertainment field's connections to the elite. The Caesars and the medieval kings recognized the
importance of controlling the people with entertainment. The occult world has long been connected
with entertainment. during W.W. II, the U.S. and U.K. used almost everyone in the entertainment
fields to help with the war effort. There have been numerous connections in this author's research
about the llluminati/CIA mind control which connects back to the U.S.O. (the American military
entertainers that travelled in USO units on tours.) The story about how the USO was used to carry
messages to mind-controlled agents and military men would include many names including Quent
Reynolds, Bruce Cabot, Joe E. Brown, Andy Devine, Candy Jones (Jessica Wilcox) and some many
lesser knowns such as Wheeler (who later became known as the programmer Dr. Black). The military
apparently was already using programmed killers to carry out deadly assignments. Bob Hope & the
USO was used to carry trigger words to these mind-controlled people. For many years the world's
experts in running spies--the British empire under the control of the Illuminati.-have been using
certain professions for spying. For instance, Postmaster Generals are used for spying because they can
control the secret spying on mail. An example of this, Benjamin Franklin, postmaster general for the
colonies, was an important spy for the Illuminati's British Trading Companies/British government in
the colonies. (To understand his role in the Illumminati contrived American Revolution read chap.
3.4. in my <u>Be Wise As Serpents</u>). Likewise, what better person to pick than Bob Hope to run
messages worldwide. Bob Hope, was british, and MI6 knew they could trust him. Bob Hope has an
excellent ability to learn and say lines. Bob was and still is great with words, knowing how to fit them
together and to make puns and double and triple meaning sentences. His ability to construct sentences
with double meanings, was a great cover for the hidden messages he transmited for allied intelligence
during the war. If you want to keep a secret the best place is out in the open. The British and
American intelligence agencies know this. Some of their greatest secrets are out in the open, where no
one suspects what they are. Bob Hope. who was already a radio and movie star before W.W.II, was
given wide publicity as he travelled all over for the U.S.O. (the entertainment groups for the military).
Bob Hope was 'just an entertainer,' and yet he visited Roosevelt. Churchill, Eisenhower, Pattan, and
all kinds of military men. Bob travelled all over the world to every front during the war, including

England, Africa, the South Pacific. the East & west coasts of the U.S. the Caribbean, Panama, etc. He could fit all kinds of signals into his jokes and talks, and no one would be the wiser. Under the disguise of building moral by being a comedian, Bob could go anywhere and because he always was making jokes, no one took him seriously. Bob Hope was a courier, a message bearer of coded messages. Sometimes the coded messages almost seem to jump out when you look at his wartime talks M16 and MIS's Section BIA under the supervision of London's W Board and 20 Committee oversaw the running of double agents and mind-controlled couriers and mind-controlled spies. Special Intelligence Service (SIS) for the British dealt a great deal with mind-control of all types. Tavistock Institute of Human Relations was part of SIS's mind control capabilities. Men like Tavistock's hypnotist/mind control expert Eric Trist were willing to perform mind-control on British civilians/military men. Over the last 45 years perhaps the most popular place for couriers to be signalled to meet was by someone holding a bird in a cage or at a shop with birdcages. The allusion to carrier pigeons is so obvious. Look at a caption 'Speaking of WRENS' with a cartoon from Bob Hope's book I Never Left Home (NY: Simon & Schuster, 1944) written in 1944 during the middle of W.W.II. The cartoon shows Bob chasing a girl with a bird cage and saying 'Tweet, Tweet, Tweet.' Hypnotic commands are given 3 times. What seems like a harmless cartoon, looks more like a signal telling people that Bob Hope is in charge of a flock of carrier pigeons (couriers). When talking to a group of soldiers during the war Bob said, "in London the bobbies caught a guy walking around in the fog with a bird cage giving the mating call but the American consul got me.'

There is a great deal more that could be written, perhaps books, but Americans need to understand that MI6 (British intelligence) started, trained and still control American intelligence. Remember, that Canada entered W.W.II along with Britain, and the British set up one of their best secret agent training schools between Whitly and Oshawa, Ontario in a place called Intrepid Park. The agents called it "the camp" or "the farm." (Now the CIA has their own "camp" or 'farm' which is Camp Peary where they carry out mind-control.) The British named this British Security Coordination Special Training School No. 103 & Hydra. STS 113. Some people called it Camp X. When the war broke out the Amer. FBI, OSS, SOE, SIS, BSC, and the Canadian RCMP all sent people to be "trained" at the secret Camp X hidden on Lake Ontario's north shore across from the US-CAN border. British SOE (Special Operations Executive) set itself up for business in New York City, and during WW II directed operations from there. Let's get back to explaining about Frank Sinatra, a man who spent time visiting with the Rockefellers, the european and american Rothschilds, and other powerful figures including Bob Hope. Frank Sinatra, who is well known world wide for his cruelty would serve as the handler for Bob Hope's Mind-controlled slave(s) when she sexually serviced men in the Rat Pack. In other words, Frank Sinatra and Dean Martin knew the cues, the trigger code words to get this slave to sexually serve them, especially Frank. Because Dean knew about the Monarch programming, that is why he had the audacity to want to bring a slave on his show on a lease in a tiger outfit. During the obedience training of a sexual slave they have an expensive collar put on them and their mind-control programming for all sexual alters from infancy up is that they are cats. These slaves have cat alters (personalities) who are spin-kitten alters. When Dean Martin as an older man would sexually get younger women like Andre Boyer, a 19 year old student at UCLA there is a good chance that Andre and others like her were under mind-control.

Frank Sinatra's parents were Natalie (Dolly) Della Garavante from Genoa and Anthony Martin Sinatra from Catania, Sicily. His mother was a cigar-smoking cruel foul mouthed woman. Dolly was a midwife and abortionist (before it was legal). Dolly didn't always escape legal detection for her illegal abortions. Just one of the times she was hauled into court was on Feb. 27, '39 in a Hudson Special Sessions Court. Frank's parents always had money, and so Frank grew up as a child who always had money. He would share it with other kids, if they would be his friend. Frank was known as a lazy and mean boy as he grew up. He still did not have a steady job by the age of 20 and was still living off his parents. Frank's mother then decided to get him into singing. Due to his mother, Frank got some singing jobs and started going somewhere in life. After struggling for years, Tommy Dorsey got Frank Sinatra on the road to success with his band. Tommy Dorsey and Frank's mother got along great. Frank Sinatra wanted to emulate Benjamin "Bugsy" Siegel who was boss of Niurder, Inc. Let's digress for a minute and explain that the Illuminati will use the Mafia for murders which don't have

formal approval of the Illuminati hierarchy to carry out. About 30% of the dirty work for the Illuminati is carried out by the Mafia. The Illuminati have their own death squads which are superior to the Mafia, but individuals must approach one of the Councils for approval to assassinate. Often its easier for those in the Illuminati just to put an unauthorized contract out on someone. The Mafia are often willing to make a business deal. The Mafia are intertwined with the occult and some of the Mafia are involved in rituals, mind-control programming etc. However, there are a number of Mafia who are only in it for the business end, like many in the Yakusa. They are appalled at the heartless things that the Illuminati are doing such as turning a whole generation of young people into drug addicts, etc. Some of the Mafia have much higher codes of honor than the Generational Satanists. Frank Sinatra's hero Bugsy was associated with all the Mafia heads such as Charlie 'Lucky' Luciano (who controlled Marilyn Monroe as a slave) and Frank Costello. The New Jersey Underworld kingpin Willie Moretti (aka Willie Moore) was Frank Sinatra's neighbor in Hasbrouch Heights. Bugsy was a cruel man. Frank was in total awe of Bugsy (almost enthralled to the point of worship). The Illuminati turned to Bugsy and then later to the Gambino family when the needed someone killed. Later, Bugsy got on the bad side of other Mafia chiefs and was killed by them.

Frank Sinatra had a quick way of alienating people with his controlling anger. Frank alienated William Randolph Hearst, Jr. at a party by fighting with him. The Hearst papers started giving Frank bad publicity after the fight. Frank's agent and friend George Evans flew to Hollywood and through Marion Davies, who was William Randolph Hearst's mistress for many years, he was able to get in to see the old man William Randolph Hearst, Sr. who was ill. Frank was properly contrite and got the old man to like him. Apparently with Marion Davis and the old man Hearst on his side, Frank was able to overcome the son's orders to the Hearst papers to give Frank negative publicity. After his visit with Marion and Hearst, Sr. Frank began to get positive publicity again. For those who need to be reminded, the Hearst family is an

Illuminati family, and the Hearst castle in Calif. which is owned by the State of California as a Park continues to be used for rituals for the Illuminati hierarchy. Of special note is that Marion Davis was connected to the Van Cleve family which is another family which has intermarried with the Van Duyn family along with the Costellos. In case the reader missed it in a previous article, a prominent member of the Van Duyn family who headed California's Teen Challenge helped get Billy Graham's ministry started. This person is a member of the Illuminati as well as being a Christian minister. (I am intentionally not mentioning his name.) William Randolph Hearst paid for the first 3 years of Billy Graham's ministry. There are a number people of the Van Duyn bloodline in the Illuminati who are also Christian ministers. (I can't give my sources-needless to say they are several people who have been escaping the Illuminati.) In the final analysis, we can say that several Illuminati members of the Van Duyn bloodline helped in the establishment of Billy Graham having a big crusade ministry. Frank Sinatra rubbed shoulders with many of the Illuminati. That doesn't mean that he was a member, it is possible that his mafia ties are why he was so well received by Illuminati kingpins. The Illuminati has a history of sharing their mind-controlled slaves with the Mafia, even slaves who are members within the Illuminati are shared. However, the Illuminati always insures that they have final control over a slave's programming. One of the people who was a drummer with the Tommy Dorsey Band for a while was William Joseph Bryan, Jr. (aka William Joseph Bryon, and William Jenning Bryan III, etc.) William Joseph Bryan, Jr. was a CIA Mind-control programmer. He programmed people when he was with the Air Force as Chief of Medical Survival Training, which was a covert brainwashing section (If the Air Force. Bryan opened up his own hypnotherapy Institute on Sunset Strip in Hollywood where he programmed some people in acting for the Illuminati. Bryan was the person who programmed Sirhan Sirhan to kill Robert Kennedy. He also hypnotised Alvert Di Salvo. After Bryan died in spring, 1977, the CIA cleaned out all of his files including his home files. Bryan was a 6' 1 1/2" fat Satanic priest in the Old Roman Catholic Church. The CIA and the Illuminati have connections in this offshoot of Catholicism. Bryan was a descendant of William Jennings Bryan, the Mason who supposedly defended the creation view in the Scopes Monkey Evolution Trial. WJ. Bryan, III (or Jr.) was a frequent guest in many fundamentalist churches in Southern California. Its interesting how the Tommey Dorsey Band had both Bryan and Sinatra in it, since both men would go on to be involved with Satanic mind-control in the future. William J. Bryan spoke to many judges, so

it is possible he used his law degree to get him appointments with dirty judges that needed training about the Illuminati's Mind Control program. In William J. Bryan, Jr.'s book entitled The Chosen One The Art of Jury Selection, Bryan teaches how to use hypnosis on jury members to win one's case. On the back of the book the author is described, "in addition Dr. Bryan served as an Electronics Engineer in the Navy in World War II, was Director of all Medical Survival Training for the United States Air Force, and a leading expert on brainwashing." William J. Bryan was the technical director for Frank Sinatra's movie Manchurian Candidate, which is a film which was used to scare American's into thinking the enemy was carrying out mind-control. This was so that if the Illuminati-CIA horrible trauma-based mind-control was ever discovered that the CIA would be justified in the minds of Americans for the horrible things they were doing. Illuminati Mind-controlled slaves were forced to watch the movie Manchurian Candidate to further enhance their feelings of helplessness. Frank Sinatra made the movie by getting the rights from the book's author for the story. The author had as far as I know only stumbled upon what the Illuminati and their intelligence agencies were doing. Frank Sinatra squelched the second release of the Manchurian Candidate film, so it is clear that the entire movie was an affair carried out by the CIA to squelch the true story and to intimidate those thousands of Mind-controlled slaves that they'd created. This article has elaborated on the Costello family and the Van Cleve family which are branches of the Van Duyns. Interestingly, the elite Bohemian Grove which has been used as a site for Satanic rituals for over 25 years, has Joseph V. Costello, Jr. and Peter Van Cleave as members. Peter Van Cleave stayed in the bungalow called Oz when he was at the Bohemian Grove. Several Illuminati survivors have indicated that the Van Duyns have power in California. If the Van Duyns family power is via the Costellos and Van Cleves and other unmentioned offshoots of the family, then finally the secrecy protecting the powerful Van Duyn Satanic bloodline may be cracking for the first time. The Van Duyn family have changed the spelling on their name. One group spells it, Van Dine. Vance Van Dine is an important NWO figure who graduated from Yale. He is an Episcopalian, and has worked with the big international bankers. He was born in San Francisco, but lived in New York City area. He has been on the board of dir, of the german connected Vereinsbank Capital Corp. Another Van Dine of note is Harold Foster Van Dine, Jr. who has been a famous architect. He has been a major figure in the Troy, MI company of Straub, Van Dine & Assoc.

17

# Bloodlines of Illuminati

By:

Fritz Springmeier, 1995

## The Merovingian Bloodline

This page has been prepared to provide some type of table of contents to the various items which 'will be included in this chapter "The Thirteenth Satanic Bloodline". In my writings this bloodline has been interwoveni into the text of many articles, but It hasn't been singled out very much. Although a great deal has been mitten by this author on this final family, to pull out articles which concentrate on it solely is difficult. After assembling some pages on it, a few words of explanation were still needed. Allow me to briefly explain those items which were selected:

· An article on the top family that appeared in Feb. '95 newsletter on page 73.

· An appendix to the Be Wise As Serpents book about the British Royalty. The British Royalty are tied in with the 13th Bloodline.

· Many of the American political leaders have been related to the British Royalty incl. George Bush and Dan Quayle. A flier from a Christian conference is Included showing who the speakers are.

· Finally, a little of the genealogical information I assembled on the Mormon leaden is given. This was included in the Be Wise As Serpents book to give people an idea of how the Mormon leadenhip ties back in with the leading occult bloodlines of the Merovingian dynasty. The chart for LDS President Albert Smith is only about 1/3 typed out. The remainder of Albert Smith's (as well as other Mormon leaden) genealogical work is in a file in some unknown box at my house.

This bloodline is harder to track because it weaves in and out of the other 12 bloodlines. There are many surnames which are part of this bloodline (Including the Smith family), however I can give one very prominent one, the Sinclair family. We know that Satan is the father of all lies, and Christ told the religions leaden who went out to destroy him that they were from the seed of Satan.

## 2nd Feature Article--THE 13TH ILLUMINATI BLOODLINE.

The 13th Illuminati Bloodline is where the Anti-Christ will come from. This bloodline believes that it has both the Holy Blood of Jesus and the blood (or seed) of Satan in its bloodline. In my **Be Wise As Serpents** book, I make reference to this bloodline but I never really took the time to explain it completely. In fact I don't fully understand this bloodline myself. I encourage those who want to learn more about this bloodline to study the following books:

Holy Blood, Holy Grail by Lincoln, Leigh & Balgent

The Messianic Legacy

<u>TheTemple</u> & <u>the</u> <u>Lodge</u>

<u>Crusaders of the Grail</u> by J.R. Church

<u>The Anti-Christ King--Juan Carlos</u> by Dr. Charles R. Taylor

This bloodline is so extensive in its many branches that its membership takes in many of the Presidents of the United States, including George Hush and George Washington. The reason that I gave the geneologies of the some of the Mormon Presidents to people back in 1991 in my <u>Be</u> <u>Wise</u> <u>As</u> <u>Serpents</u> book is that all of the Mormon Presidents in history, whether RLDS or LDS, trace their blood back to this 13th bloodline. Within the Illuminati rituals, the emphasis of the 13th bloodline is that they are the seed of Satan. As their secret story goes, they are the direct descendents of Jesus's spiritual brother Lucifer. Since the Freeman family and the Rothschild family have members who are also in the 13th bloodlIne, It is unclear to me how interwoven the "seed of Satan" is.

Some of the earilest attempts to trace the seed of Satan were some books which did extensive research on the Tribe of Dan and the decendents of Cain.

"The Curse of Canaan" is an interesting book along with its mate World Order by Eustice Mullins. One of the books which I looked with difficulty for before finding it, was Gerald Massey's <u>A Book of the Beginning</u> (Secaucus, NJ: University Books, Inc., 1974.) The book goes in and shows in detail how the inhabitants of the British Isles came originally from Egypt. This is Important because (as this newsletter has always contended) the Druidism of the British Isles was simply a derivative from the Egyptian Satanic witchcraft/magic of Ancient Egypt. The Egyptian word Makhaut (clan or family) became the the Irish Maccu and the Maccu of the Donalds (clan of Donalds) now reflected in the name MacDonald. The sacred keepers of the Clan-Stone in Arran, were also known by the family name of Clan-Chattons. Another word for clan is Mack and the Clan-Chattons were also known as Mack-Intosh. Ptah-rekh the name of the Egyptian god Ptah was passed down to us by the Druids adopting the name Patrick, which sounded similar. St. Patricks day then is a Christianized form of a druidic holiday which originally had its origins in Egypt. The All-Seeing Eye can be found on ancient buildings in ancient Chaldea, in ancient Greece, and in ancient Egypt. The MI-seeing eye represents Osirus. Osirus had debauched revelries (saturualias) celebrated in his honor. The temples in Arabia clear back in the time that Moses had his black father-in-law Jethro used the all-seeing-eye to represent the false satanic trinity of Osiris, Isis and Horus of Egypt. This MI-Seeing Eye pops up everywhere the Illuminati has been. In the Winter Palace Square in St. Petersburg, Russia is that Illuminati all-seeing eye on top of a pyramid. You will also see it in the old Mexican Senate Buildlng which is now a museum in Mexico City. You will find this on the back of our one dollar bill, and you will find the all-seeing eye was placed on Ethopian stamps when they got a communist government in power.

The Illuminati is the continuation of the Mystery Religions of Babylon and Egypt. And the bloodlines of the Illuminati go back to people who at one time lived in Babylon and Egypt. Just how the House of David (the Satanic one) and the Holy Blood of the 13th family fit in with everything else in history I can't say. I'm sure It would be a big story to tell If I knew. But I do feel that somehow the 13th Illuminati family does goes back to ancient times. Is this via the Tribe of Dan or via some Druidic bloodline or is it via the Merovingians or is it via all three' And where do the Guelphs and Black Nobility fit Into this? Whatever the case, the 13th bloodline has amassed a great deal of power and wealth on this planet. The 13th bloodlIne lacks nothing to bring forth their Anti-Christ who will appear to have all the correct credentials. I would not even be surprised if their Anti-Christ in order to appear real will expose another Anti-Christ. The 13th bloodline has kept its geneologies very secret. I would welcome more Input from informed persons about this bloodline. The tribe of Dan was prophesied to be the black sheep of the nation of Israel which would bite the other tribes of Israel. The tribe of Dan had the snake and the eagle as its two logos. The tribe of Dan left its cailing card all over Europe as it migrated west in the names of many places. The tribe of Dan ruled the Greeks, the Roman Empire, the Austro-Hungarian empire and many <u>others which used the eagle as its logo</u>.

2

Great Britian is the mother country of Satanism.1 Scotland has long been an occult center. The national symbol of Scotland is the dragon (the snake), and for years the chief of Scotland was called the dragon. The Gaelic language is an important language for Satanism, although English and French are also use extensively by the Illuminati. The planning sessions for world takeover that some ex-Satanists experienced were held in french. The British Royal Family have long been involved with the occult. For more information on this there is a detailed examination of the Royal family and the occult in the book *The Prince and the Paranormal -the Psychic Bloodline of the Royal Family* by John Dale (1987).2 They have also been actively involved with Freemasonry. (See the chart.) British MI6 has been a major vehicle for the Satanic hierarchy working behind the secret veil of Freemasonry to control world events.[3] British MI6 is the most secret intelligence organization in the world.[4] (It is properly known as British Secret Service not to be confused with the U.S. agency by that name but performing a different function entirely.) The British Royalty have served as important figureheads to British Freemasomy lending credibility and respectibility. British Freemasonry has managed to keep itself free of much of the criticism that the other national masonic groups have brought on themselves. However, much of the credibility of British Freemasonry is undeserved. True, British Freemasonry is what it portrays itself to the public for the lower levels. But., the lower level Masons by their dues and activities are unwittingly supporting an organization that is led by Satanists at the top. An example of the subterfuge constantly exercised on the public by Freemasonry is a book purportedly written by a non-Mason entitled *The Unlocked Secret Freemasonry Examined.* The book portrays itself as an unbiased and complete expose of Freemasonry. The book states unequivicably that the Masonic order called Societas Rosicrucian in Anglia (sic] is only open to Christians and is a "Christian Order." However, Edith Star Miller reprints copies of a number of letters from the chief of the Societas Rosicruciana in Anglia which show that the English Grand Masonic Lodge, the SRIA, the OTO, and the German illuminati are all working together.[5] She briefly explains how she obtained the letters.

**Notes**

1. Interviews with numerous ex-witches and ex-satanists.

2. Copies available from Bury House Christian Books, Clows Top, Kidderminster, Wores, DY 149HX, England.

3. Confidential interviews.

4. Wise, David and Thomas B. Ross. *The Espionage Establishment,* p. 79.

5. Miller, *Occult Theocracy,* Appendix IV, pp. 8-35.

3

# THE SKILL OF LYING,

# THE ART OF DECEIT

## The Disney Bloodline

The Illuminati have refined the art of deception far beyond what the common man has imagined. The very life & liberty of humanity requires the unmasking of their deceptions. That is what this book is about. Honesty is a necessary ingredient for any society to function successfully. Deception has become a national pastime, starting with our business and political leaders and cascading down to the grass roots. The deceptions of the Illuminati's mind-control may be hidden, but in their wake they are leaving tidal waves of distrust that are destroying America. While the CIA pretend to have our nations best interest at heart, anyone who has seriously studied the consequences of deception on a society will tell you that deception will seriously damage any society until it collapses. Lies seriously damage a community, because trust and honesty are essential to communication and productivity. Trust in some form is a foundation upon which humans build relationships. When trust is shattered human institutions collapse. If a person distrusts the words of another person, he will have difficulty also trusting that the person will treat him fairly, have his best interests at heart, and refrain from harming him. With such fears, an atmosphere of death is created that will eventually work to destroy or wear down the cooperation that people need. The millions of victims of total mind-control are stripped of all trust, and they quietly spread their fears and distrust on a subconscious level throughout society. One problem about lies is that one lie will call for another and then another. It's hard to keep lies single. They seem to want to breed more of their kind to protect themselves. Soon the liar becomes a victim of his own lies, trapped in a dishonest web that demands lots of energy to protect his false fronts. This is the sad fate that the intelligence agencies have painted themselves into. They must maintain groups that oversee their double-agents' lies to insure that the lies that they have disseminated don't contradict themselves. Finally, they have put out so much disinformation, they lose track of reality themselves. Far from saving this nation, the intelligence agencies have spread the cancer of deception into all walks of life, so that this cancer is contaminating and killing anything of value in the United States. The soon-to-come death of this nation's sovereignty, as well as the destruction of this nation's morals are the results of this cancer. People who have attended high level Illuminati meetings were instructed in how the Illuminati plan to bring in the NWO AntiChrist reign by making everything appear as if it has happened naturally. The Illuminati have decided to camouflage their actions with the creation of normalcy to avert any suspicions. An example of something which appears to have happened naturally is the O.J. Simpson case, which was planned based on previous murder scenarios which had been successfully covered up. O.J. Simpson was a CIA mind-controlled slave, and the entire Simpson case was concocted as an elaborate effort to cause racial tensions. The Mishpucka, the CIA, the Mob and the Illuminati have all had their dirty hands involved in the entire affair. The entire affair reeks of manipulation and planning. It is not the goal of this paragraph to go into the case, but just to drop a couple details. Joey Ippolito, Jr. is both CIA & Mob. Ippolito at one time lived in Hallendale, FL, a mob housing subdivision which was protected by a police force run by the mob. He has helped run drugs and wet ops for "the Combination" which interconnects with the Illuminati. O.J. Simpson's friend Cowlings worked for Joey Ippolito, as well as O.J. Simpson. Simpson distributed cocaine for Joey Ippolito & the Combination. Simpson's lawyer also is tied to the Illuminati, the CIA, and the mob. One of his lawyers on TV said the trial reeked of government corruption. Nicole Simpson lived next door to Carl Colby (former CIA director Bill Colbys son). Colby's wife and kids have been subjected to mind-control. Colby's wife testified in O.J. Simpson's trial, but was addressed as "Miss Boe" rather than by her name. O.J. Simpson's mother worked for a California State Mental Hospital in San Francisco for 30 years. Many State Mental Hospital workers have children who have been programmed. When one of the jurors in Simpson's

case, Tracy Hampton, had her mind-control programming go haywire, she began staring for long periods at a blank TV and hearing voices. She had to be dismissed. During the Simpson trial, Judge Ito gave Joe McGinniss the best front-row seat that a journalist could have. Joe McGinniss was the coverup author who wrote a book covering up about the McDonald-Fort Bragg Drug Smuggling Case.

The McDonald-Fort Bragg Drug Smuggling Case involved the Illuminati drug smuggling operation within the U.S. military during the Vietnam War. On and on the stink goes. The manipulation of history by those in power has been well-covered over. An example of how mind-control and its role in manipulation of events has been covered up by the perpetrators is an article written in the Journal of the American Medical Association (JAMA) in the Sept. 11, 1967, Vol. 201, No. 11 issue. The article, which was submitted to the magazine from three CIA doctors (Mark, Sweet, and Ervin), claims that riots are caused by brain disease. While the article is correct in the subpoint that only a small percentage of underprivileged urban dwellers participate in many of the riots, the article's thesis is obviously a slide to prevent people from catching on that the small number of deviants who create riots might be under mind-control or might have some other motivation beyond simply being brain-diseased. Any deception, whether it is an exaggeration or an understatement of the NWO's capabilities is considered a useful deception for the Illuminati's double-agents to spread. The german battleship the Bismarck was sunk due to a little lie sent to Germany by a double-agent which underestimated the range of British radar. The Germans, thinking they were out of British radar range, made some bad decisions that cost them the battleship.

## DECEPTION DIMINISHES POWER

Knowledge is power, and lies diminish the knowledge of deceived dupes, and therefore diminishes the power of the deceived. Deception obscures the alternatives that people have. It also clouds up various objectives people would work toward. Some people give up certain objectives due to their mis-perceptions that the objective is undesirable or unattainable.

## PROGRAMMING DECEPTIONS

In the programming, colors and directions are used. Be prepared to find out. that sometime programmers use their creative imaginations such as using the color "octarine," or the direction "TURNWISE" or perhaps "WIDDERSHINS". During the most fundament programming which is done via LSD trips in sensory deprivation tank to lay in foundations of the Alpha, Beta, Delta, Ome and Theta programs, each programming memory will be given a code. Where one popular programming deception takes place that the programmer knows ahead of time h to sequence his memory codes so that instance, the fifth memory is coded as trip, and strenuous methods are used to up the memories of the first four trips. victim's s mind will be told to forget the four trips. The memory codes are deceptively designed to fool the deprogrammer and the victim alike. Part of the reason the programmer does this, is that they know that IF a therapist should stumble onto these first memories, the backup programming to protect these memories is so severe that the therapist will shatter the victim's mind. Backup programs such as Atom bombs and vegetable programming are locked into place to protect the fundamental programs.

## BE WISE AS SERPENTS

The Holy Spirit moved an apostle to write, "We are not ignorant of Satan's devices." Christ warned his disciples to "be wise as serpents and harmless as doves." The Israelites sent out spies before entering the promised land. Within the text of *The Art of War* by Sun-Tzu (a book studied today by men in intelligence), he discusses "hidden provocation agents" in Book 13. Sun-Tzu was born in *534* B.C. and lived most likely until after the year *453* B.C. In 500 B.C., some men were farmers, and some were agent provocateurs. Today, both occupations still exist. The modern American farmer is

2

vastly superior to the ancient farmer of 500 B.C., so how does the modern agent provocateur compare? He is vastly superior also. It appears the Word of God is accurate, for it warns that God's people will be destroyed for lack of knowledge. The difficulty in obtaining honest information in today's Big Brother world is aptly described by an intelligence asset over the Internet, "If you are lucky and work hard, you will find some of the truth. If you are lucky and work REALLY hard, you might find the WHOLE truth...as someone wants you to know it. If you are PHENOMENALLY lucky and really work your tail *off*, you might even go on to find the REAL truth. But no outsiders...and in fact, very few insiders ever ... EVER ... learn the WHOLE REAL truth."

This book & our two previous books on mind-control) are the result of extremely hard work and numerous miracles of God, and what non-Christians would call lots of luck". The story behind the books is amazing. This book's two authors have had to „swim upstream" for years in search for the real truth. One thing is very clear to this author, during the last seven years of exposing the NWO almost every person who is believed to be a leader against the NWO has tried to impede the work this author has been doing. People need to be aware that the New World Order created their own opposition long before some of us began sincerely trying to expose it. This author's informed opinion is that essentially all (about 98% of the people leading the opposition to the NWO are double agents), and no less than *50%* of the therapists are double-agents. In this state, this author knows as a fact that *50%* of the licensed therapists working with programmed DID patients are programmed DID (MPD) slaves themselves. Recently, one of the therapists in this area, who the False Memory "Spin"-drome & the Illuminati took down, was a therapist who had also been on a local T.V. talk show revealing that she was a multiple & a SRA victim.


**DISINFORMATION TO MAKE THEIR DOUBLE-AGENTS LOOK GOOD**

"A Force" was MI-6's group that carried out deception. They would have their double agents pass out CHICKEN FEED (which is what they call classified information that can be thrown out to the public) to establish their double-agents' credentials (BONA FIDES) as agents against the British. Today, there are numerous anti-NWO people who are actually double agents. They are distributing chicken feed to make people think they are legitimate. By the way, it is interesting to note for those who realize how important carousels are to programming that MI-6 (HO in Vauxhall Cross, Eng., with a training ctr. at Ft. Monckton, near Gosport, so. Eng.) is nicknamed (actually its cryptonym) „Carousel" by its daughter organization Mossad (officially aka Central Intelligence Collection Agency).

An example of a double-agent who is popular among Christians is an Illuminati witch named Gretchen Passantino, who tours around to Christian conferences belittling the idea of mind-control. Dr. Loreda Fox reports in *The Spiritual and Clinical Dimensions of MPD* that 74% of women abused by SRA come from "Christian homes." The Christian churches are heavily infiltrated.


**SLEEPER AGENTS**

In the *Vol. 2* book a number of references were made to sleeper agents. The idea of placing someone somewhere in society and letting them lead a normal life for years without ever being used is designed to provide a legitimate smokescreen about what they are all about. Mind-controlled slaves make excellent sleepers. The concept of *making sleeper agents in not a secret. The CIA has publicly admitted that they tried to discover* long-range sleeper agents in the Los Niños *children of Republican Spain who were the* descendants of communist spaniards who returned to Spain in the 1950's. They also have admitted to having tried to weed out long range sleepers in the Trebizond Greeks who lived near the USSR in Turkey and returned in the 1950's to Greece. As the CIA and KGB mirror-imaged each other in their manufactured Hegelian Dialectic mock dual (which was very real for the "little" person) you can well imagine that the CIA sent sleeper agents against the KGB.

3

**NAMES of TYPES of DISINFORMATION AGENTS**

The intelligence agencies have their own lingo for the types of disinformation agents they send against everyone else. So far, we have named only double & sleeper agents. Here are some of their disinformation agents:

AGENT OF INFLUENCE--These agents can be unwitting, under mind-control, or ideologically motivated to use their positions of influence to sway the minds of others. Examples of Agents of Influence are anchor men on T.V., journalists, labor leaders, TV commentators, academics quoted by the media, & some politicians.

CONFUSION AGENT--An agent whose job is to produce confusion by disseminating confounding information.

CONTRACT AGENT--These are the rogue agents, such

as the mob, who the CIA get to do particular jobs on contract. Their connections can be denied.

DEEP COVER AGENT--A sleeper agent (often a programmed multiple or person with mind-control programming) who has been a long term sleeper agent.

DISINFORMATION AGENT--This is a highly placed agent who passes disinformation to other governments.

NOTIONAL AGENT--A fictitious non-existent "agent" which is created with a real-looking identity to mislead.

PROVOCATION AGENT--An agent sent in to provoke & destabilize the target group to do foolish things.

SPOON-FEEDER AGENT--Someone who dribbles out legitimate information, this is often done to build up a person's credentials (bona fides). Lots of the people who are pretending to expose the NWO are spoon-feeder agents who provide a little new information, tons of already known secrets, and sprinkle in a measure of disinformation for added fun. Generally spoon-feeders increase their percentage of disinformation once they gain respectability. There are very few people really exposing anything of consequence about the NWO. This author has endured the loss of several of the really legitimate whistle blowers who were friends being assassinated since he began writing exposes.

What this means is that agents for groups that do mind-control may: have been sleepers for many years and look very legitimately innocent, they may give good correct information to our side, they may say all the right things and try to get us motivated to do more than we would want, they may talk about other friends who are giving them information who do not even exist. It takes discernment to spot people who are not on our side. Unfortunately, such discernment seems to be fundamentally lacking within the public at large. For instance, I have seen people choose obvious NWO agents over this author as a source of "information" (which is in reality disinformation). Most people have bought so much disinformation during their lifetime, perhaps it's unrealistic to expect them to purge out all the junk they've accepted. Just as people in the world need to toss out their worldly thinking, people in the church need to toss out all the indoctrination they've gotten from the numerous kinds of harlot churches. At the moment, the system is set up so that the perpetrators of the mind-control are in control of the credentialing process, so that they can provide their stooges/and agents with the best credentials. As the reader can see, the roots of power behind the mind-control go deep.

4

## TRICKING SUSPECTS

One trick (or variations of it) that has been used with suspects is to arrest them, place the suspect in a situation where the police are in two groups--one group looks like police, the other group looks like the group the suspect has come from. After the suspect arrives, the group pretending to be arrested group members, overpowers the police contingent and escapes to another setting where another police group pretending to be even more of the suspect's group ask him who he is and to explain his credentials. Letting his guard down, the original suspect explains what he is all about, thereby giving them the information they needed in the first place. Variations of this script can be run. English intelligence calls this basic script CACKLEBLADDER because chicken blood is used on the police actors that are overpowered to make them look injured.

## THE NAMES OF DECEPTION TRICKS

FOUR FACES refers to pretexts used by agents to get interviews. DANGLE is the craft word for luring a victim into a provocation. A dangle operation would be an operation to provoke a group or individual into a particular action. This was done with Elohim City and many other groups that the NWO is trying to set up as patsies.

## STANDARD DECEPTION DEVICES

Agents use BLEEP-BOXES to tap telephones and in other instances to make free-of-cost telephone calls. A CABMAN is a device to remotely activate a telephone with a radio beam. It can be used without entering the building where the telephone is located.

## MASKS

The use of masks in the occult world is ancient. For centuries, the gypsies have used them for their hypnotic powers. Special healing masks for their people are kept secret and never shown to the public. Masks have a shock value & fascination value. Gypsy and other occult groups have special rituals to create the masks, including using hair clippings from the person who will wear the mask. Gypsy healing masks are destroyed after the patient gets well. Illuminati programming masks may or may not be destroyed after their use. The Illuminati's mask-making abilities (according to deprogrammed victims of their mind-control) are very high quality. Sometimes the programmers simply wear halloween cartoon character masks that anyone can obtain, to fulfill their role in the programming script that they are involved in during the time.

## COVERS

Some beginners who have just started into studying the World Order question why the Illuminati would use legitimate religious covers. Why would the Illuminati want to create a slave who is an evangelist? Why? Because those new converts will go to some establishment church where other programmed multiples in leadership positions will demand obedience (and then support those demands by quoting scriptures that make them seem like they are God'ss authority over that new convert). Because the evangelist or missionary and the bishop or pastor are controlled puppets, the convert will never get the full truth, just enough truth to keep him working hard for their organization. Even though the convert "got God in my life", the Illuminati never lose control over him.

The Christians have as much vested interest in preventing the exposure of the Illuminati programmed multiples who are big name Christian ministers running Christendom, as the Illuminati has. Imagine what would happen if the world found out that most of Christianity was run by the human-sacrificing, slave-making Illuminati? This is one of the sad effects of the infiltration. Perhaps the subject of

5

covers can be explained from another angle. The reader knows that the elite like monopolies. They play monopoly for real--for us it's oniy a board game! To establish a monopoly, you find a good product that everyone wants or needs, and then you eliminate all the competition by either destroying them, or owning the competition yourself. In the U.S., the Illuminati can't have a one-religion monopoly. In Russia, they had communism with Marx, and Lenin as the Father God and Gon the son figure. Communism had a monopoly on worship. In the U.S., they have established a monopoly by controlling all the various religious groups. (This author wrote an 800 page heavily documented book *Be Wise As Serpents* to show the details of how this is done.) It's not a matter of what they teach, it's a matter of control, so that the elite have a monopoly. And when you, as a mover & shaker in the world, control all these various religions via money, blackmail, & programmed multiples under your leadership, etc. which religion would you pick to emphasize the most? You will pick the one that sells the best, i.e. the best product. And which brand of Christianity will sell the best? The televised charismatic brand will sell the best. Covers that slaves use to explain what they do in life are almost always "legitimate". A missionary, a military officer, a salesperson, etc. will usually actually do their cover job most of the time. Their cover is their occupation, their service as a mind-controlled slave is almost an unwitting avocation. Organizations are used as covers. The Illuminati use military, social, intelligence, education, banking and other organizations as covers. (See my *Be Wise As Serpents* book for many of these.) Moriah's front organizations, such as the CIA, in turn use other organizations. Here is just a sampling of CIA fronts, to show the variety of fronts used:

· Asia Foundation was an academic organization created by the CIA.

· Castle Bank & Trust Co. has been a bank in the Caribbean that is a CIA front.

· Forum World Features has been a front created for CIA propaganda purposes and based in London, UK.

· Geschicter Foundation for Medical Research (as well as the Josiah Macy Foundation) was used as an intelligence front to launder money used for mind-control.

· Air-Sea Forwarders, Inc. was the legal corporation name of a CIA front in North Hollywood, CA. The company was involved in moving freight. In the last few years, this corporation sued E-Systems, the company which builds the CIA and the NWO's electronic systems such as their communications satellites. In court, the company proved that it was a CIA front, in spite of CIA denials. As this chapter provides information about some of the Illuminati/ intelligence connections to Hollywood, bear in mind that this CIA front was proven in court to be a CIA front in Hollywood. A feat that rarely occurs.


# ONE OF THE GREATEST DECEPTIONS OF ALL TIME: DISNEY

### INTRODUCTION

For years, I have heard many Americans say that something is terribly wrong in this country & that things are "going to pot", and yet Americans can't put their finger on what exactly is wrong. When I first began to receive reports from victims of Illuminati mind-control about Disney's involvement in their mind-control, I kept an open ear, but I wanted some tangible proof. After investigating for myself, there is now no doubt in my mind that Disney (the man, the movies & the entertainment parks) has been a major contributor to the demise of America, while maintaining a very well constructed front of wholesomeness. In this chapter, you will learn why Disney is one of the best deceptions of the Illuminati. This author has read a good portion of what is available to the public concerning Disney. This exposé is undoubtedly the deepest on Disney that has ever been done. Perhaps part of my motivation is that I've tired of Christians talking and acting like Disney stands for sainthood. Christians, who should have known better, are some of the ones who have swallowed "hook, line and sinker" the enormous deception that entails Disney. They feed their children a steady

6

diet of occultism and witchcraft because they have been programmed to think of Disney as wholesomeness and everything that is good about America. Many writers over the years have tried to expose Disney, most have been stopped before they could get their books published. The few authors who have managed have faced vicious attacks on their character & integrity, and have faced enormous struggles against public relations campaigns paid for by the Disneys. The Disney's power, and the power behind them, has frightened most people away from challenging them. But someone needs to speak on behalf of the victims. Whether anyone listens or not, the victims will know that somebody cared enough to stand up & write the truth. Disney has not only left mind-control victims in its wake, but they have harassed land-owners, stolen employee idea's and left all kinds of hurting victims in their path. Disney has risen to become the unquestionable largest media-entertainment conglomerate in the world, & was ranked company no. 48 in the top 500 companies by *Forbes 500*.

**Observations about HOW THE ILLUMINATI LIKE TO HIDE BEHIND PERFECT FRONTS**.

There are numerous Illuminati homes, restaurants, wineries and other institutions that are today carrying out the same type of strict standards upon their employees that Walt Disney Studios maintained. While Hollywood was immersed in moral filth from the start, Walt Disney Studios had strict standards. In the 1930's, Disney had a dress code that required men in ties, and women in sober-colored skirts. If a man looked lecherously at a woman at Walt Disney Studios he risked being instantly fired. Walt was a shining example of the strictest legalism. Even during the '50's, if an employee were caught saying anything considered a cussword such as "hell" they were instantly fired no matter who they were. Walt would not allow his male employees to have any facial hair, even though he himself sported a mustache. He never allowed employees to have alcohol at the studios, (which might not be a noteworthy standard except that Walt himself drank heavy amounts of alcohol in his private office at work for decades). Initially, Walt was very reluctant to have his young artists, who were being trained by Don Graham, draw live nude models, but reluctantly gave approval. Again the motive was not to serve God, but to make sure the Disney reputation remained untarnished. With the power of the establishment media behind Disney, Walt had nothing to worry about, news about the nude drawing classes and their detailed drawings never reached the light of day. Behind such strict fronts of legalistic morals, cleanliness & soberness, you will often find lots of guilt and high level satanic ritual. For instance, Hitler (who was by the way also a failed artist & who liked mechanical things more than people) obsessively washed his hands many times a day (out of guilt), and so did Walt Disney. Walt obsessively washed his hands several times an hour, every hour. Walt liked animals & his trains more than people. This author has seen some alters who were forced to take another human's life, and when they relived the memory, the alters then tried to physically wash the blood guilt off of their hands. Another example is that over the years this author has discovered that many of the exclusive restaurants that are meticulous in every detail are tied in with the mind-control and criminal activities of the elite. Dirty money is keeping the places looking sparkling clean.

Walt Disney worked very hard at maintaining a great image for himself and his company. An example of this, is how he exploded in rage and wrote an angry memo when a Disney character was placed in a beer ad. (Memo mentioned in Thomas, Bob. *Walt Disney An American Original.* Hyperion, 1994, p. 7.) He had a personal image builder, Joe Reddy, who worked full time to build Walt's image. Joe Reddy was a cigar-smoking irishman who loved the catholic college Notre Dame's football team. He also was a publicity agent for Shirley Temple. But the Disney deception entails far more than Joe Reddy's decades of image making, and Walt's own abilities to create good images of himself. Just as with Billy Graham (see *Vol. 2* about Billy Graham), the entire Illuminati threw their weight behind promoting Walt Disney. Ronald Reagan and Walt Disney were good friends and both cut from the same die in many ways. Both men were high ranking Freemasons, both came from socialist backgrounds (Ronald's mother was Eleanor Roosevelt's best friend, & Walt's Dad was a socialist leader), both were paid FBI informants, and both were involved heavily in the abuse of mind-controlled slaves. Walt always generously supported Reagan's political campaigns, and in turn Reagan did political favors for Walt as Gov. of California. For instance, Disney's Mineral King mountain resort needed an access route through the Sequoia Nat. Park at a time when there was lots

7

of congressional pressure to preserve the last stands of redwoods. Gov. Reagan got his friend Disney his road through the park.

Reagan served as the emcee for the opening day of Disneyland on July 17, 1990. He returned with Illuminati TV host Art Linkletter for the 35th anniversary. Ronald Reagan & Art Linkletter both pumped Disney publicly. Another slave abuser that spent time with Disney was Bob Hope, who would spend time on the golf course with Walt. On the opening day's telecast, cameras showed Sammy Davis, Jr. (a member of the Church of Satan) and Frank Sinatra (a mind-control slave handler) driving the pint-sized Disney ears at the Autopia ride. When Disney celebrated its fifty yr-anniversary with a two hour special on May 20, 1991, the program included people like occultist Bill Campbell and was named "Best of Disney, 50 Years of Magic." For the silver anniversary of Disney World in Oct. '96, the Clinton's were invited to help open 15 months of celebrations. The theme of the anniversary celebrations was "Remember the Magic". A Boy's & Girl's Club sang 'When you wish upon a star' (a popular programming song). Hillary Rodham Clinton (herself an Illuminati Grand Dame and a mind-control programmer) shared with the audience that she and Bill "first brought daughter Chelsea to the Magic Kingdom when she was four." Roy E. Disney, nephew of Walt, told the public that Disney World "is the story of men and women who took hold of a dream and never let go." There is a double meaning to that. Many victims of trauma-based mind-control have taken hold of the illusions that were programmed into their mind secretly at Disney, and never let go. Among the visitors to Disneyland have been all the American Presidents from Eisenhower to Clinton, over a dozen kings & queens, as well as Emperor Akihito of Japan, Anwar Sadat, and Robert Kennedy (who rode the Matterhorn with astronaut John Glenn.) Both Denmark's & Belgium's kings who are in the Illuminati visited, as well as the dictators of Indonesia, the Shah of Iran and Ceausescu of Romania. (As a side-note Roy E. Disney was forewarned by Arab leader that the Shah was to be deposed.) Organizations that have been actively working for a New World Order for many years gave big awards to Walt in his early years such as the B'nai B'rith (Man of the Year Award to Walt) and the Chamber of Commerce. In 1936, Walt was given the Chamber of Commerce's annual „Outstanding Young Man" award. The establishment's Yale & Harvard Universities gave him honorary degrees. Walt Disney biographer Leonard Mosley, who researched Walt Disney for years (as well as writing books on the duPonts, the Dulles brothers, and Hirohito) wrote in his book on Walt Disney, "The studio publicity machines in the film colony had, as usual, gone out of their way to try to persuade me, as a writer for a powerfully influential British newspaper, that this was a city of lawless gods and goddesses, full of clean-living, sanitized stars.

"It was even more of a deodorized world at the Walt Disney Studio where the publicity men insisted their boss was faultless--never drank too much, never used a swearword, never lost his temper, never quarreled with his wife or family, never let down a friend. And woe betide anyone who tried to suggest otherwise. Members of the resident foreign and local press risked their jobs if they dared to write stories inferring that Walt Disney could be domineering, implacable, and unforgiving (as was the case, for instance, before, during, and after the 1941 studio strike). The Disney flacks were capable of exerting heavy pressure on editors and proprietors or, through the advertising pages, against anyone who inferred Walt Disney was not the epitome of well-scrubbed and benevolent perfection." (Mosley, Leonard. *Disney's World.* New York: Stein & Day, p. 10.) Disney is perhaps the epitome of Illuminati abilities to create images. They have created great images for things Disney, incl. Walt Disney, Disney movies, and Disney's Amusement parks. In some cases these things have been overrated, in other instances the sinister side to them has been carefully hidden. In order to make movies that contain the typical smut of Hollywood, sex and violence, Disney did a slight of hand and created subsidiaries which Disney runs, which has allowed them to keep their good image. They also never showed the public the hard core porn that was made for years in secrecy for the elite. Behind Disney's good front lies hard porn, snuff films, white slavery, Illuminati mind-control, and the seduction of several generations into witchcraft. Disney's involvement in these kind of things will be explained in this chapter. Nobody has sold America witchcraft as well as the Disney brothers. Movie after movie has cleverly brought the occult into the warp & woof of American thought, all under the disguise of entertainment. For instance, it was Disney that brought us cannibalism and told us that it was a "triumph of the human spirit" (a direct quote from Disney's Touchtone Producer Robert Watts

8

concerning Disney's movie "Alive" featuring survivors of an airplane crash who turned to cannibalism). Under the disguise of entertainment & showing us how "triumphant" the human spirit was, they subtly promoted cannibalism. Mickey Mouse plays a leading role in "The Sorcerer's Apprentice." And yet when this author has suggested that Disney movies aren't wholesome, many Christian parents come unglued and have gotten angry with this author. The deceptive image that Disney movies are wholesome is a triumph in Illuminati deception. Parents would be surprised what is slipped into cartoons. In Disney's "The Little Mermaid" the castles are male sexual organs. In one cartoon Mighty Mouse is shown without comment clearly snorting cocaine. Walt Disney Studios Chairman Joe Roth is in charge of Walt Disney as well as subsidiaries Touchtone, Miramax, and Hollywood Pictures, which were all created to camouflage the Disney production of adult films. Disney operates in a clandestine manner regarding the promotion, distribution and rating of the films produced by their subsidiaries.

## DISNEY MAKES MALE PHALLUSES INTO CASTLES.

Roth oversaw Disney's subsidiary Hollywood Pictures' Evita film. Evita has as its main start "Material Girl" Madonna. Madonna is in reality a mind-controlled slave who has appeared in numerous underground porn/& ritual porn movies. (This author has an underground catalog from a porn business, that has recently changed its location of business. The catalog offered a film of Madonna performing an actual blood sacrifice.) She also was the main actress in Disney's Dick Tracy film which is reported to be used for mind-control. During an Arsenio Hall show, Madonna, who as a guest acted dissociative, was picked up by the cameras during the show kissing her Baphomet ring. Disney controls the products that are associated with the movies of their subsidiaries. In Evita's case they are marketing hats and other items, as just one more of Disney's countless artificially generated consumerism campaigns. In Ruth Stein's interview of Madonna, Madonna appeared bored with plugging Disney's consumer products. When asked about the tango dresses and hats inspired by Evita that popped up in stores after the film, Madonna said, "Believe me, I have nothing to do with it. Disney is pushing the whole thing." (San *Francisco Chronicle,* 12/29/96, Datebook section). In one interview Madonna states she wants her daughter to grow up knowing Catholicism, but she doesn't believe that it would be good for her daughter if Madonna narried the father of her child from Lourdes, Carlos Leon. In another interview, Madonna says, "Actually, I'm a very good role model, because I say, 'Look, these are my standards'..." She then goes on to plug homosexuality, same sex marriage, and single families in the interview. Walt Disney stated that it plans to release an album by DANZIG, a heavy metal band whose songs contain "dark themes". The Disney press release announces on its by-line "Mickey Mouse is going heavy metal." Disney's album „BLACK ACID DEVIL" was due to hit the music stores Oct. 30, 1996 during Halloween time. According to Disney this music has no satanic references, but does have "dark, Gothic and sexual" overtones. Glenn Danzig denies that he is a satanist.

## CONTENTS IN THE DISNEY DECEPTION

## SECTION OF CHAPTER *5.*

a. an introduction

b. an overview

c. Who was Walt Disney?

d. Who was Roy O. Disney?

e. Who is Roy E. Disney?

f. What do we know about the in general?

g. A history of Disney

h. Disney and its mob connections

i. Disney and its government connections

j. Disney and mind-control

k. Detailed Script of how one Disney movie is used for programming.

1. Partial List of Sources

## B. AN OVERVIEW

Disneyland and Disneyworld are world famous and the pride of America. They are also extremely important programming centers for the Illuminati to create total mind-controlled slaves. Disneyland is also involved with providing a place for rituals, porn and other satanic activities. In terms of deception, Disney movies and Disney Amusement Parks rate as one of the best deceptions. According to deprogrammed ex-Illuminati slaves, the Illuminati in the 1960's needed to shift their programming away from the military bases, because too much publicity (heat) was shined on the military bases. Their goal was to have someplace that people from all over the world could come to without raising any suspicions, and a place which would be the perfect cover for many of their criminal activities.

According to a witness, the Illuminati Programmers got a big laugh out of using Disneyland as a major Illuminati base for criminal activity. Under the disguise of entertaining the world, they carried out money laundering, child slavery laundering, and mind-control. They nick-named Disneyland "the little syndicate of mind-control." When a child of 3 or 4 was kidnapped, they could torture the child and then put him on a ride such as a ferris wheel or carousel that a. created dissociation from the pain, while also b. going along with some fairy tale programming script. An abducted child while waiting to be picked up from one Illuminati non-parent caretaker by another, could be kept happy and distracted while waiting for the pickup. For years, Disneyland was an Illuminati center for many of their world-wide activities. Now Disney has created other sites around the world such as EuroDisneyland 20 miles east of Paris and Tokyo Disneyland. Tokyo Disneyland in 1991 had 16 million people attend. With such hugh crowds, it doesn't take much imagination how the Illuminati have been able to do sneaky criminal activities right in front of people, and the public never sees it, in the middle of all the activity. EuroDisney has been a money losing affair, but the Saudis who benefit from its mind-control, gave Disney the money to keep it financially in business. Walt Disney Records is the largest children's record label in the world. Disney through their movies, books, toys, records, etc. has made a tremendous impact on the children of the world. Their movie Return from Witches Mountain was one of the most powerful witchcraft promotions ever made. Ducktails, which has deliberate Monarch mind-control triggers written into the script, is also broadcast in Poland and the former USSR.

From the time of the Roman Empire (at least, if not before) the oligarchical leadership, who have been in control of both the Mystery Religions and European aristocracy, have known about BREAD & CIRCUS. Bread and Circus refers to the concept that IF the masses of people are given entertainment and food staples, THEN they are easy to control. Walt Disney movies have played a key role in providing entertainment for the masses to insure Illuminati control. Walt Disney's friend the Masonic prophet H.G. Wells in his book *A Modem Utopia* that there would be lots of shows in the New World Order. The World Future Society in a book review in their publication *Future Survey Annual,* 1993, (ed. Michael Marien, Bethesda, MD: World Future Soc., p. 91) describes Disney: "Control of commodities [such as entertainment] and access to commodities translates into control over people. 'The postmodern US is a massive rush of disconnected commodities, each seeking a

moment of our attention." The world of commodities is our soma, and entertainment is the current form of public discourse. Walt Disney World, spread over 27,400 acres of central Florida swamp and scrub forest, 'is the most ideologically important piece of land in the U.S.' What goes on here is the

quintessence of the American way. It is visited by over 30 million people a year--not only the major middle-class pilgrimage center in the US, but by far the most important entertainment center in the world. It is clearly Oz, utopia as a marketing device."

Two Disney brothers Walt (Walter Elias) and Roy O. Disney have been at the center of the creation of amusement parks and popular Disney films. In more recent times, two other men, Eisner and Katzenberg have been notable at Disney. Eisner & Katzenberg, as well as others will be discussed later. One of Disney's directors, Victor Salva, was convicted of molesting a boy and filming one of the sexual molestations. Recently Disney Director Salva produced the Disney movie "Powder". (Victor Salva's sexual molestation conviction was covered by newspaper articles such as Robert W. Welkos of the LA Times, in newspapers such as *The Oregonian,* Weds. Oct. *25,* 1995, A sect.) The impact of the Disney brothers is monumental. Mickey Mouse teeshirts can be seen being worn by natives all over the world. Disney World and Disneyland are the quest for a large segment of humanity, who often esteem these amusement parks as the highlight of their life. What is highly esteemed among men, is an abomination to God according to the Word of God. The Bible arbitrarily makes this claim, but sadly, research by this author over the years proves that a close examination of Disney & mankind's esteem for "Disney" things does vindicate the Biblical expectation. In other words, as readers of this article will find out, behind the appearance of wholesomeness of the Disney brothers and their creations lays abominations-- some of the most grotesque aspects of generational occultism the world has ever seen. Disney's Magic Kingdom has become an American Institution that impacts people all over the world from the cradle to the grave.

## C. WHO WAS WALT DISNEY?

In the large book The Art of Walt Disney from Mickey Mouse to the Magic Kingdom by Christopher Finch (N.Y.: Harry

N. Abrams, 1975) on page 11 an interesting and revealing statement is made: "By definition, public figures are known to everyone; yet, even after talking with some of Disney's closest associates, it is impossible to escape the conclusion that nobody really knew him. Always there was some aspect of his personality that was just out of reach."

Those who got to know Walt too closely make complaints such as he was "self-satisfied, intractable, and arrogant." He could bring his artists to tears or anger in a matter of seconds. Finch is not the only author who has tried to warn his readers that the public's image of Walt Disney was just that--only a false image. Mosley also writes in his biography of Walt Disney, "Since Disney is regarded by millions of people, particularly in the United States, as perhaps this century's most brilliantly successful creator of screen animation, I think I should make one thing clear right away. I share the general admiration of a man whose cinematic achievements were always so happily inspired and inspiriting. But--and this is where I differ from uncritical idolaters--I have to know all the facts, no matter how unpalatable, as well as the romantic myths about any great man or woman I admire. Many of the myths that have been created by his publicists about Walt Disney are unpalatable, unbelievable, and unsatisfactory because so much of the real Walt Disney has been deliberately concealed.. .Walt Disney...had grave flaws in his character." (Mosley. *Disney's World,* pg. 9) Years ago, an Illuminati Grand Master and programmer stated, "If the world only had the eyes to see the fibers which lay under the surface of Walt Disney's image, they'd tar and feather him, and drag him through the streets. If only they knew what Disney's primary goal s."

**PERSONAL DETAILS**

Walt had black hair with a black mustache, and bright quick eyes and was about 6' tall. He used his own facial features to clue artists on how to draw Mickey Mouse's features. He liked specially rolled brown cigarettes which he smoked up to 70 a day. He picked up the smoking habit in the army. He loved expensive Scotch Whiskey, red sunsets, and horses. He had a vacation home in Palm Springs, CA called the Smoke Tree Ranch. He often wore the Ranch's letter STR emblazoned on his necktie. He played lots of golf with Bob Hope and Ed Sullivan at the ST Ranch. His main home was an estate in Holmby Hills. The Holmby Hills estate was located in a plush area where lots of rich show-business families lived. It was located between Bel-Air (an occult word for Satan) & Beverly Hills.

Walt spent many of his nights at the Disney Studios and later he had his own private quarters at the center of Disneyland. He had reoccurring bouts of insomnia. (For his nerves and insomnia he'd take alcohol and tranquilizers.) He'd go weeks on end without stepping foot on the Holmby Hills estate and seeing his family.

The main topic at the studio by the staff during different time periods was Walt's bizarre behavior-- he would not be available until late afternoon, when he would emerge from the studio's subterranean maze of tunnels, where supposedly he was "chatting with the maintenance engineers" everyday. The value of his estate when he died was *35* million dollars of which Lillian his wife inherited half. In his later years, when Disney took a vacation he went to Paris for 3 weeks, and 3 weeks at the Hotel du Cap, in Antibes, and then cruised on Fritz Loew's yacht with Ron and Diane Disney. In England, Walt spent time with the British Royal family and met privately with masonic prophet H.G. Wells. In Rome, Walt visited privately with the Pope and the dictator Mussolini. In 1966, Walt Disney died. Prior to his

death he had investigated cryogenesis--being frozen, and it is believed by some that his body is frozen somewhere in California, while others claim he was cremated.

**MICKEY MOUSE**

According to one source, the inspiration for Walt to create Mickey Mouse came when he was unemployed and saw a mouse in the gutter. There are quite a few stories in circulation as to where the idea came from. Ub Iwerks claimed he thought Mickey up at an animator's meeting in Hollywood. Walt once said, "There is a lot of the Mouse in me." (biographical article written by Elting E. Morison, p. 131) In fact, Ub Iwerks told Walt that Mickey Mouse "looks exactly like you--same nose, same face, same whiskers, same gestures and expressions. All he needs now is your voice." Walt often did serve as Mickey's voice. A book put out by Walt Disney Co. in 1988 reveals that Walt Disney told Ward Kimball "Quite frankly, I prefer animals to people." Walt usually was the voice behind Mickey Mouse, (even though he wasn't the artist.) His mother was chilly for years about the work Walt did. Around 1940, after much pleading, he finally got her to watch Mickey Mouse. His unsupportive mother (which he would within a few years learn was not actually his biological mother) told him she didn't like Mickey Mouse's voice, to which he told her it was his, and then she responded by saying he had a horrible voice. The "cold towel" she threw on Mickey Mouse helped convince Walt to quit making Mickey Mouse cartoons. Very few came out of Disney after that, and the very next Mickey Mouse full-length feature cartoon, Fantasia, had Mickey mostly silent.

Walt's idea for The Sorcerer's Apprentice was based on some of his own ideas. Walt had had the dream which was used for Mickey Mouse in The Sorcerer's Apprentice of having "complete control of the earth and the elements." Disneyland and Disneyworld were partial fulfillments of that dream for control. Walt's final pet project just prior to his death was the meticulously restored version of the witchcraft film „Bedknobs and Broomsticks." *(Disney Magazine,* Winter 96-97, pub. by Disney, p. 96 mentions this.) As a programming device, Mickey Mouse works well because it plays on the subconscious genetically transmitted fear of mice that women have. Mickey's image can help create a

love-hate relationship, which is so valued during the traumatization & programming of mind-controlled slaves.

Some sources state that Walt's love for animals came from the time his family had a farm near Marceline, Missouri. Walt began his schooling at Marceline, but continued it after the age of eight at Benton School in Kansas City, MO. Walt's Dad had a serious gambling problem and passed the spirit of gambling to his son Walt. Walt never graduated from high school. He had a natural love and a flair for art work, although (contrary to his public image) he never became proficient at it. He joined the army in W.W. I as an ambulance driver by lying about his age. During the war, he also chauffeured dignitaries. He also did some other things that are very revealing. He enjoyed drinking & gambling while in the service, and he ran a scam where he doctored German artifacts picked up on the battlefield to sell to people. War relics were tampered with to get them in shape to get the most money from them possible. Walt took the battle souvenirs - and dressed them up, for instance, coating the insides of helmets with grease, hair & blood and putting holes in them to make them into expensive souvenirs. This shows that Walt was willing to build illusions if it paid. He could be deceptive if he saw an advantage to it. From gleanings from things Walt said to people, it appears that as a child, he'd seen the darker side of life (for instance, his father had a habit of beating him in the basement) and had had some interest or exposure to magic as a child. Bob Thomas writes, "Walt took a boyish delight in playing tricks on his parents. He was fascinated with magic tricks..." *(Walt Disney, An American Original,* p. *35.)*

After the military, Walt hoped to have a career as an artist. He applied to the advertising agency of Pesman-Rubin. Roy, his brother, claimed that Pesman-Rubin hired Walt as a personal favor to Roy who handled the agency's account at the bank Roy worked at. Walter lasted a month until the advertising agency let him go due to Walt's "singular lack of drawing ability." According to *Current Biography 1952,* in 1923, Walt and Roy had together $290. They borrowed *$500* from another Disney, one of their uncles named Robert Disney and began to try to make cartoons. Robert Disney had retired in the L.A. area in Edendale, CA after a successful mining career. Robert had always been close to Walt's father Elias, and helped Walt and Roy out when they came to California. Walt loved to study Charlie Chaplin (a member of the Collins family). He scrawled notes about his body language, facial features, and his gag methods. He also read everything he could about animation and cartooning. They worked out of their uncle's garage in Hollywood, CA. They were finally able to make a good cartoon Steamboat Willie in 1928, which became an instant hit. As with many things in life, the cartoon was not only good, but Walt finally had the right „connections." On Nov. 18, '28, Steamboat Willie was shown in a small, independent theater without any advance promotion or advertising. But amazingly(!) the *New York Times, Variety,* and *Exhibitor's Herald* all ran rave reviews of the cartoon the next day. Was this an accident? did journalists from all these prestigious periodicals just happen to go to this tiny independent theater? no it was connections. The reason the elite decided to promote Walt Disney after Steamboat Willie came out as Hollywood's newest "boy wonder" was to deflect enormous bitterness that had been generated by the Stock Market collapse toward Jewish financiers. Hollywood, even in its first two decades, was known as "Babylon" and "Sin City". The movie industry was well-known to be run by Jews, and many people blamed the Stock Market Crash on the moral degradation that Hollywood had introduced to this nation. There were calls for government regulatory groups to stop the smutty Hollywood films. Edgar Magnin, the spiritual leader of the major movie makers who were part of the Los Angeles B'nai B'rith reportedly encouraged those in the Mishpucka and others who were B'nai B'rith movie makers that Hollywood needed to protect itself by putting Walt Disney in the limelight as a Christian "white knight with family values". (By the way, Edgar Magnin was nicknamed "Rabbi to the Stars", because he was "the Hollywood rabbi".) E. Magnin's grandfather's department store chain was one of the first major accounts of the Bank of Italy, and Edgar Magnin had continued his family's close association with the Bank of Italy. The closeness also came from the Bank of Italy's close ties to the B'nai B'rith and ADL. In 1930, the movie industry made a production code which stated that the industry must make a special effort to make movies appropriate for children. Hollywood directly praised Disney in that code as an exemplary model of what the movie industry wanted to do.

13

With the power of the B'nai B'rith and ADL behind him, Walt began sailing to fame. Movie studios that had been turning out smut, with lots of sex and violence all jumped on the bandwagon to show Walt's clean wholesome cartoons. Walt was the facelift Hollywood needed after the Depression caused Americans to think about America's morals. Many of the regular movie makers were so corrupt they were out of touch with moral issues, but Walt Disney knew black from

white. The Jewish movie makers "pushed the man [Walt] they considered their best hope to the front of the pack" who was billed as a fundamentalist Christian (albeit a masonic "Christian" who rarely stepped foot in a church). (quote from *Walt Disney Hollywood's Prince of Darkness, p. 50.)* Strangely, the biographies indicate that Walt quit doing the actual drawing in 1927, and Walt devoted himself entirely to the development of the cartoon business, such as raising money. In other words, the image of Walt Disney being the artist who has created the Disney cartoon's is inaccurate. The Disney brothers actually hired many other artists to do the art work. If Walt quit drawing in 1927, and their first marketable cartoon was in 1928, that clearly shows that Walt did not do the actual cartooning. He continued to oversee the work, walking in and rigidly inspecting what was being done to suit his own intuitive tastes. Actually the genius cartoon artist (animator) who made Walt Disney a success was Ub Iwerks, about whom Walt on a number of occasions said was "the best animator in the world". Without Ub Iwerks to take Walt's ideas and turn them into reality, Walt would never have become famous. Ub was an incredible genius who had a sense of line, a sense of humor, patience, organization and a great sense of what Walt wanted. Walt treated him cruelly at times, interrupting him, playing tricks on him, and not being totally honest with paying him, but he stayed with Walt over the years and made Walt the success Walt became. (The books *Disney's World* and *Disney Animation: The Illusion of Life* have information on the unheralded genius Ub Iwerks.) Another unknown great artist was Floyd Gottfredson. Floyd Gottfredson drew all the Mickey Mouse cartoons from 1932 until October, 1975--which is a period of *45* 1/2 years. Floyd Gottfredson was a Mormon born in a railway station in *1905,* and raised in a tiny Mormon town, Siggurd, 180 miles so. of Salt Lake City. In 1931, before Floyd totally took over the Mickey Mouse drawings, he would take suggestions from Walt on what to draw. For instance, Walt puzzled him by insisting he do a cartoon series of Mickey Mouse committing suicide. Floyd had said, "Walt, You're kidding!" But Walt thought that a series on suicide would be funny. Over the years the Walt Disney products never mentioned Floyd's name. The bulk of the fans were led to believe Walt did the cartooning of Mickey Mouse himself. (See the book *Walt Disney's Mickey Mouse in Color.* Ed. Bruce Hamilton, pub. The Walt Disney Co., 1988.)

Fred Moore was involved in the creation of Pluto and some other cartoon characters. The idea for Pluto was Walt's and it was Norm Ferguson's genius at drawing that took the idea and created the actual images. Walt Disney was awarded 32 personal academy awards for the work that was done by his studios. Walt Disney's famous signature was actually designed by someone else, and was taught to Walt. (Schickel, Richard. *The Disney Version: The Life, Time, Art and Commerce of Walt Disney.* NY, 1968, p. 34.) Walt could only make a crude Disney signature, so he delegated the writing of the signature to several artists including Bob Moore, Disney's publicity artist. Later, after much practice he learned to make it well enough to do for publicity. Many people who wrote letters asking for his actual signature, and who actually did his signature, thought that they had received forgeries by his staff, because the famous Disney signature was so crude. The nicer looking ones were the forgeries. One cartoon animator who joined Disney in 1940 recalled that Walt told him the first day, "You're new here, and I want you to understand just one thing. What we're selling here is the name Walt Disney. If you can swallow that and always remember it, you'll be happy here. But if you've got any ideas about seeing the name Ken Anderson [his name] up there, its best for you to leave right away."


**OCCULT PORN KING**

Walt grew up fascinated with the occult and in an abusive home situation. He was fascinated with cartoons, nature and children. He had an intuitive sense for quality cartoons that would appeal to children. At some point, the syndicate got him indebted to them. At that point he was their man. He

14

owed them a debt that they held over him. In secret, Walt became a porn king. A victim remembers that he was sadistic and enjoyed snuff porn films. His interest in children was far from altruistic.

The Hapsburgs of the 13th Illuminati bloodline had a sex salon in Vienna, where a porn photographer named Felix Salten worked. Felix Salten wrote a book *Bambi,* which was then translated into English by the infamous communist Whittaker Chambers. The elite were just beginning to form the roots for today's environmental movement. The book appealed to Disney, because Disney liked animals better than people. In the book, tame animals view humans as gods, while the wild and free animals see humans as demons who they simply called "Him." The book begins with both free and tame animal viewing humans as rightly having dominion over them. In the end, the animals view all humans as simply being on the same level as animals, a vicious animal only fit to be killed.

Disney instructed his animators to make the animals "to be human. I want people to forget they are watching animals." Bambi was to receive a Christ-like manger birth, with the animals hailing him as a "prince." Due to his sexual problems, Walt at one point permitted himself to be subjected to the packing of his genitals in ice for hours at a time. (Elliot, *Walt Disney Hollywood's Dark Prince,* p. 83.) Children were instructed to call Walt "Uncle Walt." An example of this were the Mouseketeers. For those who know how mind-control programmers have traditionally liked to be called "uncle" by their child victims, the insistence by Walt to be known as "uncle" is distasteful. From what this author has learned from some sources about Walt's non-public life as a hidden sadistic porn king, it raises questions about other parts of his life. For instance, Kenneth Anger in his book *Hollywood Babylon II,* p. 192, "Some animators stated that the boss [Walt Disney] seemed to have fallen in love with the boy. There may be some truth in this..." The boy, who Walt fell in love with, was a small young attractive boy actor named Bobby Driscoll who signed up in 1946 with Disney. He acted in Song of the South, Treasure Island and Bobby's voice was used in Peter Pan. Bobby Driscoll was very intelligent and attractive. Did Disney help or abuse him? If Disney was such an upbuilding wholesome atmosphere, & this child actor had everything going for him, why did Bobby become a methamphetamine addict at 17 & die within just a few years? Why didn't his talent & early career lead to something positive in his life?

From those who knew Walt personally one learns that he had an obsession with the buttock part of anatomy. He enjoyed jokes about this part of the anatomy, which he told to his staff quite frequently. The staff edited out many of his crude posterior jokes from cartoon scripts. Two examples that got by the editors are a Christmas special where a little boy is unable to button the drop seat of his pajamas. The little boy's problem in maintaining his modesty is the running gag of the cartoon. In the end, Santa gives him a champer pot. The 2nd example is the paddling machine used on the wolf in The Three Little Pigs. Numerous Disney cartoons feature buttocks of characters provocatively twitching.


## AS A WITNESS BEFORE CONGRESS

After W.W. II, Walt Disney was called upon by Hollywood to testify in their defense at the Un-American hearings which were being carried out by congressmen who were concerned about the heavy communist influence within Hollywood. Walt downplayed any communist influence in Hollywood to

Congress. Interestingly, Walt's father was an outspoken Socialist Party leader in the United States who advocated a socialist New World Order. He regularly voted for socialist presidential candidate Eugene Debs. One of the first drawings Walt did as a boy was to duplicate the socialist political cartoons he found in a socialist periodical *Appeal to Reason* that his father subscribed to. When Walt asked in the 1930's how his father felt about socialism's successes, his father Elias said, "Today, everything I fought for in those early days has been absorbed into the platforms of both the major parties. Now I feel pretty good about that." (Thomas, Bob. *Walt Disney, An American Original,* pg. 147-148) Walt's movie *Alice's Egg Plant (1925)* was pure communist doctrine where the red hen (communist) leads the working chickens on a strike against Julius the farm manager (representing

capitalists.) The strike at Disney and unionization of Disney in 1940, soured Walt toward communism. The workers at Disney publicly made personal verbal attacks on Walt & he never forgave the humiliation. In spite of his public distaste for communism, his Magic Empire (his castle where he was king) was run like a socialist dictatorship, similar to what the NWO plans. Employees at Disney did not have titles; it was faceless egalitarianism with an all powerful dictator Disney at the top. It was racially elitist too. The only full-time African-American during Walt's lifetime at Disney was a black shoe shine man. Was Walt a socialist of the National Socialist (Nazi) variety? Arthur Babbitt claims, "On more than one occasion I observed Walt Disney and Gunther Lessing there [at Nazi meetings], along with a lot of other prominent Nazi-afflicted Hollywood personalities. Disney was going to meetings all the time." Lessing was mobster Willie Bioff's crony. Bioff had spent his earlier days running a whorehouse, before coming to Hollywood for the mob. In the final panel of the Mickey Mouse comic strip of 6/19/40 a swastika appeared. Some people have wondered what this & other "secret signals" in Disney's work meant. Disney was not Illuminati. The powerful elite are very skilled at controlling people that rub shoulders with them, those who are beginning to become independently wealthy. For instance, they destroyed Robert Morris, the great financier of the American Revolution. They simply used Hegelian Dialectics on Walt Disney. Their Unions and the Mob made Disney's studio one of their prime targets. In order for Walt to protect himself from the unions, which he perceived as communist, Walt got help from the FBI and the mob. Walt was vulnerable to the unions, because he treated his workers terrible, with long hours, low pay, in addition to repeated abuses to their dignity. Walt's large number of employees essentially never received any credit or recognition for their years of creativity and hard work, which was all essentially stolen and credited to Walt by the establishment to build his image. (I write "essentially", because someone might find some obscure exception, but across the board, Walt got all the credit for what his creative workers produced.) Perhaps Walt needed the ego boost from all the purloined public praise which he stole from his staff to be seen as a great animator, because he had wanted to be an artist/cartoonist and failed. The praise helped sooth the wounds.

One worker recalls that Walt "had no knowledge of draftsmanship, no knowledge of music, no knowledge of literature, no knowledge of anything really, except he was a great editor." This may not be much of an exaggeration, because Walt was a high school drop-out, who grew up in poverty on a Missouri farm.

Walt's first official attempt to direct a film (and last) was the film *The Golden Touch* in 1935. The film was an embarrassment. Walt had to pull it from distribution. If Walt lacked abilities to animate, and direct, what was Walt's talent? Walt was the driving force, the spirit so-to-speak behind Disney. He was the dictator who was feared enough to demand more from his workers than they knew they could give--and he could get it. He was the driving force that took a mob of artists, and gag creators, etc. and shaped them into a powerful force to make cartoons and later movies. He was the hard-driving genius who knew what he wanted and got others to create it for him. He was the driving force that kept an army of costumed sanitation men meticulously cleaning Disneyland. In normal year, Walt would have 800,000 plants replaced at Disneyland, & Walt refused to put up signs asking the "guests" (visitors) not to trample them. How powerful was Walt? Here is a man who during his lifetime and even up into the 1990's had a rule in the studio & Disneyland that no male employees could have any facial hair, yet he himself wore a mustache for most of his life.

## A possible CHRONOLOGY OF EVENTS surrounding WALT DISNEY'S ILLEGITIMATE BIRTH

It is beyond doubt that Walt Disney was an illegitimate child, but that fact resulted in a long list of mysterious happenings. It also gave power hungry men, something to blackmail Walt Disney with. Because this chapter 5 on Deception is focusing on Disney, and the big boys used blackmail to keep Disney in line, this information is pertinent. The following chronology of events is what this author's believes most likely happened. Without any genetic tests, it is difficult to determine beyond a shadow of a doubt who Walt's biological parents were, and what the actual history of Walt Disney was.

16

Several people have spent many years investigating the real facts surrounding his birth. Many interesting and tantalizing clues have been found. This author believes that the following chronology is suggested by the evidence. (This author's chronology is offered without hundreds of pages of evidence, because the mysteries around Walt Disney's birth are here to stay, no matter what excuses people come up with, and this author doesn't want to stray from the intended purpose of the chapter. This is to show that Walt Disney had a secret bastard birth which gave J. Edgar Hoover --and his superiors-- blackmail leverage over Walt Disney. Walt may also have had gambling debts and an abnormal sexual appetite which also helped entrap him. For those who want more evidence and facts, the following are recommended: Almendros, *Mojacar, Corner of Enchantment,* p. 83; *Interview* magazine, no. 242, ""Walt Disney Was from Almeria"", and last but not least Eliot, Marc. *Walt Disney, Hollywood's Dark Prince,* chapter 11.)


1890--An attractive spanish woman Isabelle Zamora Ascenslo of Mojacar leaves Spain and travels to California to a Franciscan monastery.

In the same year, but later on In 1890-Walt's future father Elias, who fancies himself a ladies man, leaves his family to seek his fortune in the gold fields. In California, he meets another newcomer to the state, Isabella Ascensio, and the two newcomers in California have much in common, have a sexual affair and fall in love.

1891--Elias fails to make a fortune and returns to Chicago, but he doesn't forget Isabelle.

1893--Isabelle and Elias have a son, and Elias convinces his wife to accept the baby as theirs rather than have the family's reputation, their marriage, and their family ruined. The son doesn't look like the first two boys at all.

1901--Isabelle and Elias have another bastard son, who Elias brings home and names Walter after the minister of the church he attends. The two bastard sons do not look like the older sons of Elias, and they never have much to do with them, but cling to each other as brothers.

1903--The minister of the church Elias attends finds out about the bastard children and Elias quickly moves out of state so that the scandal will remain secret. Elias has also run up gambling debts.

1905--After moving to Marceline, Missouri, Isabelle is hired as the Disney's maid, so that she has an excuse to move in with them without creating suspicions. She probably does much of the raising and care of the two boys.

1918--J. Edgar Hoover is busy involved with the prosecution of draft dodgers in WW I, and it crosses his desk about the case of Walt Disney committing the crime of forging his parents signature to join the army. Cases like Walt's were watched because people who could be blackmailed could be resources in the future for Hoover. That year, Walt discovered that he had no birth certificate. Waft observes his parents strange reactions concerning his birth certificate & other questions, & begins to deeply distrust his father.

Nov. 1938--Walt's mother dies by gas, and the Disney's maid pulls Elias to safety from the fumes, but Walt's mother dies.

1939-40--Hoover offers Walt Disney to help Walt locate his real parents if Walt will work for the FBI. Either Hoover already knows that he is a bastard child, or he soon learns the truth from an investigation. This gives Hoover blackmail power over Walt Disney, and assures Hoover that Waft will be loyal. Hoover informs Walt Disney of the truth, and then moves to generously protect Disney & his father's reputation. Two FBI men plant baptismal information of a child born to Isabelle in 1890 named Jose Guirao in Mojacar, Spain. This date is 10 years off of Walt's birthdate, and is intended to throw people off track. They can't plant a fake birth certificate for Waft in the records for 1901, because everyone knows from WW I that none exists. Therefore, they plant a fake birth certificate for

17

Walt in the Illinois State records in the year 1890. They hope people will think that somehow a filing error occurred. This way if anything leaks, and worst came to worst, Waft could at least pretend he was adopted and is not an illegitimate bastard. They pay off townspeople in Mojacar to tell a particular story. Townspeople probably receive ongoing payments.

1941--Walt confronts his father with the truth, and his father commits suicide, and his real mother comes to live with him as his maid.

1954--In order to reinforce the myth that Walt was born in Spain, a group of Franciscan monks goes to Mojacar and visibly inquires about the birth records of Jose Guirao and/or Walt Disney. They spend time with the mayor and make sure that everyone connects Waft Disney with Jose, who is a fictitious (nominal) character that the FBI has created records of.

1967--A year after Walt's death, a large group of Americans (a large group was needed because they are not skilled like the 2 FBI men in 1940) pretend to be on "official" business for the American government. They go to Majacar Spain to destroy all the records of Jose Guirao to insure that there will be no spanish claimants to Walt Disney's fortune. Later to insure that the fictitious story is solidly in place to mislead the few who might get by the cloud of secrecy over Walt Disney, the Spanish government does a favor to certain powerful people and pays an investigator to investigate the spanish origins of Walt Disney. People of the village willingly tell people without any fear or without any fanfare that Walt Disney was born at their village. Unless they have recently done so, the village has never done anything--no monuments, no markers, or anything about the birth site of Disney. They probably didn't do this for years, because some of the village probably knew it was a lie. With the older people gone, the lie has probably become well entrenched as truth and there is most likely some type of memorial to Walt Disney.

## WALT DISNEY'S CHARACTER

Because the Disney deception is such a major Illuminati deception worldwide, and because Walt Disney was the major catalyst behind all the Disney theme parks, movies, trinkets etc. it is of importance to examine his character. In studying historical figures, this author has tried to get to the rock bottom truth. One may ask, how can this be done? -especially since there have been decades of myths spread by the establishment and their media? The following procedure which has worked with other historical figures was also done by this author with Walt Disney. The first part of this author's own procedure is to study everything that one can find on the man, paying special attention to what bias and vantage point another author comes from. Special attention is also paid to biographers who try to give the whole truth as they have found it, rather than approved biographies that repeat myths, platitudes, and flattery. The investigator has to be careful because there are authors who deceptively say in their introductions that they are "detached investigators" who are "going to be painfully honest in their reporting" when they actually are skillful coverup artists for the person they write about. When your author, Fritz Springmeier, finished investigating written material about Walt Disney, then I mentally

placed what I knew on the shelf temporarily, and did a handwriting analysis based on the scientific principles of Graphoanalysis as well as the broader field of Graphology. This author is a Certified Graphoanalyst who has done handwriting analysis professionally. Using Graphoanalysis/graphology is an excellent way to get an unbiased very deep look at a historical figure. It is a way to by-pass all the propaganda and myths. However, a close historical look and the handwriting analysis (of various historical figures) have always matched each other, as they did in this case too. Here is what was found. The following paragraphs are how Walt was in the 1920's. The personality profile you will read did not endure. Under the pressure of micromanaging Disney Productions as well as living with financial stresses, by the 1940's, Walt could be found in rages giving rough treatment to his wife, and rough spankings to his two children. He went to psychiatric counseling to cope with the stress. And unfortunately with the progression of time, by the 1960's Walt had become a sadistic egotistical alcoholic. One biographer described him as „...a bully and a know-it-all" *(Disney's World,* p. 220)

18

Even then Walt had men working for him, such as Bill Walsh (who had been a orphan as a child) who worshipped Walt. But here is how he was in the 1920's:

Walt was a self-motivated individual with lots of energy which was constantly seeking some outlet. (People have written much about this trait of his.) He was more the giver than the taker in relationships. (In the first few years, when he was responsible for making business contracts he often gave away his work without setting prices for profits. He even wrote letters to his boss to the effect that his first priority was good cartoons not profits, and that he'd work without profits, but he did want some appreciation for his work. That was his sensitive nature showing.) Walt wouldn't wait for others to come up with an idea or someone else to make a move--he was there first. He could communicate his ideas with clarity and ease and move easily from idea to another. (He would storm into Disney Productions and spew one idea after another into his workers' ears.) He enjoyed competition. He had a quick mind and keen perception. He frequently acted on intuition and impulse, taking chances and endangering his own security. (He frequently gambled all his life savings and everything he could scrape together on a project.) Long projects bored him. (Fortunately the real tedious work of cartooning was done by a large staff of artists.) House chores and repetitive chores bored him and he avoided them. (He was absolutely a total slob around the house as a bachelor.) He was impatient with vague philosophies, he liked concrete realities. He was difficult to get along with because he had both a playful side (even to the point of cruel practical jokes) to his personality and an aggressive intolerant impatient side that wanted to achieve. Naturally, people around him were disconcerted because on a subconscious level they never knew which side of him they would deal with. (The reference series *Current Biography "Disney"* article p. 248 gives the following Walt Disney quote, "We don't even let the word 'art' be used around the studio. If anyone begins to get arty, we knock them down.") He was geared for action. He was always inventing ways to get what he needed. He could be explosive when provoked. (The old time associates of Walt remember his explosive temper.) He was a person of dynamic energy, sensuality and keen thinking, and a disciple of the pleasure principle.

Because his father was so abusive and misused his position of authority, Walt came to be deeply ingrained with defiance toward authority. (The themes of his films repeatedly sympathize with those who rebel against authority, and the police and other authority figures are consistently shown as absurd. One way he expressed irresponsibility was with lively dance scenes, which has been a hall-mark of teenage rebellion during the 20th century. "Comic anarchy reaches its fullest

expression in Alice Rattled by Rats, which shows what the rats do when the cats goes away!) He felt that rules were for others to follow. (That is one reason he would step outside of the law and commit illegal acts. This is one trait that may be responsible for some of the criminal activities Walt ended up participating in.) Walt also didn't like to be closely supervised. (He wanted to manage his Disney Magic Kingdom as if it were his own kingdom. He wanted to be an authority figure, and indeed became the dictator of his Magic Kingdom. When his workers differed with his own views he felt that they were infringing upon his own inalienable rights as an individual.) He was somewhat of a melancholic temperament, that type of perfectionist who still enjoys life. He felt a need to protect himself against intimacy with others. He was most home in a setting which he made for himself. Walt had the traits of an executive. He was slow to reveal his innermost feelings, and definitely set his own goals. Walt was one of those persons that when the going got tough, he hung in there. Likewise he would cling to his ideas, plans, and possessions. (His stubborn refusal to allow his brother Roy to stop the creation of Disneyland led to events that split the brothers. His determination to succeed was taken advantage of by the crime syndicates to blackmail him with some debt. In order to get his dreams, he was willing to give them what they wanted.) A clue to Walt's macabre sense of humor, at times almost a graveyard sense of humor, and his high tolerance of seeing pain in others, is that Walt was seriously thinking of volunteering again as a medic after the W.W. I fighting in France was over, when volunteers were needed for the Balkan fighting. Walt loved animals more than people. The only human being that he had rapport with while growing up on the farm was his Uncle Ed (who he called Uncle Elf), who looked like a cross between a leprechaun and a prune. Uncle Elf could make animals sounds and bird whistles to Walts delight. Walt loved the charm of the farm and nature and he loved

royalty, pageantry and a strict social hierarchy such as Freemasonry provides. He often wove a combination of the barnyard in with royal parades and other trappings of royalty. For instance, in Alice the Piper, the King Hamlin is a farmer who sleeps in a farmhouse. In Puss in Boots the local king lives in an authentic palace incongruously placed in a village. His early film Alice's Day at Sea includes both the features of a royal court and an American circus. In typical Disney disdain for authority, he pokes fun at criminal fraternal groups with their rituals and passwords in Alice & the Dog Catcher, Alice Foils the Pirates, and Alice's Mysterious Mystery. And while he was a secret FBI agent, he went against Hoover's wishes and poked fun at the FBI's authority. Walt was loyal to what he believed and could be loyal to those individuals who he deemed worthy of his loyalty, but he didn't want anyone to have authority over him. (Walt was a 320 Freemason & an occultist, he was loyal to that philosophy and loyal in his early years to his older brother Roy O. Disney, who was a father figure to him.) If anyone at the studios agreed with him when he was angry at his brother Roy, he or she risked losing their job. Both brothers were protective of each other, and felt they were the only ones who could criticize the other one.


## D. WHO WAS ROY O. DISNEY?

Roy O. Disney was born in 1893, and his brother Walt in 1901. They had three other brothers, but Roy and Walt (1901-1966) were only close to each other and not to their other brothers, who didn't resemble them. Walt was named Walter Elias, his middle name derived from his father's first name. The Disney family had immigrated from Ireland to Canada and then to the U.S. The father of the brothers as stated was Elias, and their mother of scottish descent, who may not have been the biological mother, had the maiden name Flora Call. Roy died in 1971, shortly after the opening ceremonies for Walt Disney World. He kept his promises to his brother to build Walt Disney World. He reneged on his promises concerning the city of Epcot (which was derailed into becoming EPCOT). Roy O. during the 1930's lived in North Hollywood. Roy's family later located in Napa Valley, CA, and was associated with the Illuminati kingpins in the area. Napa Valley has been nicknamed the Valley of Kings. This "Valley of Kings" plays a major role in the dirty activities revealed in this chapter. Roy 0. Disney played a bigger role at Disney Studios than people realize. For example, it was Roy O. who made the decision to cut 45 min. out of Fantasia, so that Walt's pet project could be distributed to movie theaters. Roy O., considered by some insiders as the more evil of the two brothers, kept the financial books for the Disney's down through the years. It is known that Disney kept two books during the 1950's, so it is hard to believe anything except that Roy 0. was fully aware of how Disney brought in their money. The big boys always kept the financial screws to Walt and Roy. The big boys often figured out scams to take their money. When the Disney brothers had an arrangement with Columbia Studio (run by Harry Cohn) they were advanced $7,500 for each cartoon which cost them an unprofitable $13,500 to make. Further, Cohn liked to cheat them by not sending them their money, and taking a ridiculous amount of time to pay them what he owed them. The cash flow problems of the Disney brothers also came from Walt's desire to keep improving and upgrading the technology they used. When Walt went to color over Roy's objections, Disney's profit margin was damaged and the studio was left with shortages of cash. In 1937, Walt's repeated gambles with cartoon production ideas caused Roy O. to say, "We've bought the whole damned sweepstakes." From 1940 through 1946, Disney lost money every year. In '46, he lost $23,000. Finally in 1947, things turned

around and the Disney studio made a profit of *$265,000.* Cartoons and movies were not really big moneymakers for the Disney brothers, until it was realized that old films could be replayed on television. Overall, from the 20's through the 50's, the Disneys may have broke even with animation. This is why Disney Studios at Christmas, 1931 was unable to pay its payroll. Pinocchio cost $2.6 million to make in the late '30's, an amount hard to retrieve at that time from the box office, and Fantasia's original release in the '40's was a dismal financial failure. When Sleeping Beauty was released in 1960, it was a loser, movie goers were apathetic towards it. The real money made by the Disney brothers in the 1930-1950's came from the merchandising of Disney products, the production of underground hard porn, and the kickbacks from various groups which used Disney for mind-

20

control programming, and money laundering. When Walt died, his shares in Disney were worth $18 million. His family all in all held 34% of the stock in Walt Disney Productions. Roy o. Disney's daughter Dorothy Disney Puder & husband Episcopalian Rev. Glen Puder purchased property at 1677 Sage Canyon Rd., Napa Valley east of Rutherford. (This is close to the Rothschild's Opus One Temple mentioned in *VoL 1.*) O.J. Simpson's lawyer Johnnie Cochran Jr. was in the Rothschild's hard-to-enter Opus 1 when the jury arrived at a decision in O.J. Simpson's case.) It is very typical for Mafia families in south Boston to have one family member in the clergy & one full time in organized crime. (See author's Be Wise As Serpents for an expose on the Episcopalian Church, which is simply a branch of Freemasonry.) All kinds of interesting Mafia figures, Illuminati, and Bohemian Grovers live up the Sage Canyon Rd. This is an area that has a large well-kept cemetery for pets. Frank Well's sister and Rich Frank, who will all be discussed later in this chapter, also live on Sage Canyon Rd.


### E. WHO WAS ROY B. DISNEY?

Roy Edward Disney (nephew of Walt) is the son of Roy Oliver Disney (brother of Walt). Sometimes he has been called Junior. The 9/5/94 *Newsweek* story on Disney's Magic Kingdom called him "Keeper of the Flame." Roy is an executive with Walt Disney Co. at 500 5. Buena Vista St., Burbank, CA 91521. He has worked as an asst. producer at Walt Disney Co. from 1954 to 1977. He has also been the vice-pres. of Walt Disney Co. He is president of Roy E. Disney Prodns. in Burbank. He is chairman of the board for Shamrock Broadcasting Co. As if that weren't enough, he is on the board of directors for St. Joseph Med. Ctr., fellow U. Ky. Recipient of the Academy award nomination for Mysteries of the Deep. He is a director of the Guild American West, the Writers Guild, which is important. He belongs to the 100 Club, the Confrerie des Chevaliers du Tastevin, and St. Francis Yacht Club. He likes speed boat racing. Roy E. Disney was the cocky son of Roy O. He married a gal named Patricia. He was merely tolerated by his uncle Walt, especially after Roy E. made some snide remarks about Walt's plans for Disneyland, which he and his father opposed until Walt Disney personally got the project going. Walt's son-in-law Ronald Miller is one of the Disney clan who can't stand Roy E. The two never liked each other, and in the power struggle between them after Walt's death, Roy E. won and ended up with Disney. Although people called Roy E. "Walt's idiot nephew", he eventually (with the help of his father & outsiders) won the various power struggles at Disney after Walt died, and is now a powerful figure. Roy E. Disney and Stanley P. Gold work together in various ways, and are both on the present Disney Bd. of Dir. They are friends and worked to prevent hostile takeovers of Disney in 1984. Gold is in charge of Shamrock Holdings, Inc.


### The battle between the two Disney factions

In *1953,* the two brothers and their respective sides of the family split when Walt created RETHAW corporation. The two sides have fought ever since. When Walt Disney created RETLAW (his name Walter spelled backwards), this alienated his brother Roy O. & Roy's side of the family. Without going into all the details, what RETLAW did was cut Roy O.'s side out of the money that was to be made. But Roy's side didn't stand by and idly let their share of the pie be lost, they fought back and held their own. Their big break came when Michael Milken and his band of junk bond artists carried out a "greenmail" on the Disney Corp. Only a few insiders know how greenmail works. It is a legal form of blackmail. Milken would work with his friends Saul Steinberg, Sir James Goldsmith, and Carl Icahn. Milken would provide them the financial clout, to make them look financially capable of financially purchasing a corporation that they had selected as a target. According to insiders, Milken got 40% of the upside of any "greenmail" that went right. The targeted corporation would learn that someone like Saul Steinberg was going to buy them out. In order to prevent the buyout, and to keep their jobs, the officers of the targeted corporation would get frantic, and either do suicidal refinancings, or buy the stock of the potential acquirer for much greater prices than the Milken group paid for them. The "greenmail" artists would then take their loot and go on their way. The stockholders of the targeted company are the real losers of "greenmail", because the management of

21

the corporation in order to finance their protection spends the stockholder's money, takes on new debts, and deprives the stockholders of some profit-making potential of their shares. Michael Milken's group made feints to take over a large number of corporations, including Walt Disney, Phillips Petroleum and Avco. Saul Steinberg made what looked like the beginnings of a sincere hostile takeover of Walt Disney through Reliance. At one point Reliance became Disney's largest stockholder. Steinberg filed an amended 13D saying he intended to acquire *25%* of the corporation. The CEO of Walt Disney, was Walt Disney's son-in-law Ron Miller. Saul Steinberg is a dear business partner with London's Jacob de Rothschild. Originally, Ron Miller (Stanford Univ. grad.) and Ray Watson (a Bohemian Grove mmbr from Stanford Unive.) of Walt Disney's management brought in the Bass brothers to help them deal with Saul Steinberg's takeover and to buy and develop land (esp. in Florida). Ray Watson was Ron Miller's key right hand man to run things. The Bass brothers are mafia. Disney acquired the Bass Brother's Arvida, and brought the Bass brothers into Disney's management. The Basses sold their stake in Texaco back to the oil co. & then used this money to bolster Disney. Sid Bass & Chuck Cobb (chief exec. Arvida) worked out a deal with Disney. Arvida (sold to Disney for $200 mil.) would profit from developing Disney land in FL & Disney would profit from the new financial strength that getting Arvida would provide. Arvida owned oil fields, theme parks, and had helped create planned communities. For Ron Miller, on the one side was the Illuminati and the other side of things was the mafia. He didn't trust either, but Steinberg's takeover could eliminate Disney's management and both he (and Roy E. Disney) wanted to save Disney from a takeover by Steinberg. At first, Roy E. wrote a letter to Ron Miller & the other board members stating his concerns about the acquisition of Arvida For Disney management, at least the Bass brothers would let Walt Disney continue to make their family movies. After the Bass brothers joined the Disney management (and became one of Disney's major stockholders), they soon joined sides with Roy E. in a management fallout over whether Disney should buy Gibson Greeting Card Company. With enough votes on the board, they sent Ron Miller packing. With Ron Miller, and those management men aligned with Walt's side of the family gone, then CEO Michael Eisner, Frank Wells, Rich Frank, and Jeffrey Katzenberg and some others made the modern Walt Disney Corporation. Disney's Touchtone studio which was mentioned above in connection to the movie Alive was created in 1984 by Walt Disney's son-in-law Ronald L. Miller. Ron Miller's management style was lackluster. The new management has really gone gang busters. Although Walt's side of the family is out of the management end of Disney, they still receive financial rewards from various Disney enterprises. The Bass brothers acquired more land for Disney in Florida. But under their tutelage, Disney now has a management team that is skilled in land grabbing techniques. The Bass fortune began with Perry Bass, who created a company called Bass Enterprises. In 1969, Perry retired and turned things over to his eldest son, Sid Richardson Bass. Sid has three younger brothers Ed, Robert and Lee. The Basses owned 27% in Prime Computer, as well as sizable real estate and oil holdings. The Bass brothers founded a local prep school in Ft. Worth, TX. Their HQs in Ft. Worth is full of modern art. The Bass brothers were very clever in their deal with Disney. In exchange for their $14 investment in Arvida, they had gotten (over a period of time) $950 million dollars worth of Disney stock. In 1985, they liquidated Bass Brothers Enterprises and divided the assets between the four brothers. Sid Bass was able to shift his interests from finances to culture and high society. One of the Bass brothers is involved with wineries in Napa Valley. The Bass Brother's financial strategist was Alfred Checchi, now of Beverly Hills, who has been a supporter of Mishpucka member Sen. Dianne Feinstein (D-Calif.).

Roy is involved in criminal activities, and several people investigating him have been bluntly warned that if they continue, they will see their children murdered. Napa Valley's Illuminati activity also connects in with CIA activities as well. The Napa Valley Illuminati families all have CIA connections. For instance, British millionaire Kenneth Armitage, who had to flee from England to avoid arrest on numerous charges of theft, deception and false accounting, had some of his good friends in the Napa Valley, such as Dr. John Duff, Johnny Beck, & others. Armitage has since mysteriously died in prison in England. Armitage had intelligence connections which tie in with twilight world of the criminal activities of the numerous intelligence acronym monsters. Also his company was authorized to provide people with Central American government documents. There is more-- much more to sordid affairs which swirl around Roy Disney. Napa Valley, where many

22

members of the Disney family live, has the Illuminati's Opus One temple owned by Rothschilds, as well as two roads lined with meticulously kept wineries owned by Illuminati kingpins and connected via secret underground tunnels. To top off this incredible collection of Illuminati wineries (Rothschild's, Mondavi's, Rutherford's, Christian Brother's, Sattui's etc), on the north end of a series of wineries on highway 29 lays the CIA's medieval-looking Culinary Institute of America Greystone (at 2555 Main St., St. Helena, CA 94574), where numerous people have suffered torture. The Greystone Culinary Institute of America recently had the person who runs their campus store mentioned in *House & Garden,* Sept. '96.


## F. WHAT DO WE KNOW ABOUT THE DISNEY FAMILY IN GENERAL?

Several members of the Disney family came to England with William the Conqueror. They were not known as Disney then, but because they came from the French Norman town of Isigny, they took the name d 'Isigny, and anglicized it into Disney. Walt had two daughters, Diane Marie (bn. 12/18/33) and Sharon Mae.

Diane made some revealing comments when she said, he didn't spoil us. Like a lot of adolescent girls, I was crazy about horses, and I got quite good at riding. I yearned for my own horse, but Dad wouldn't buy one. And we didn't have a lot of clothes and other things." For being one of the richest men in the nation, Walt can't be accused of having spoiled his children. He was also famous for his ten cent tips at restaurants, which became the talk of the town. Sharon Mae was adopted and arrived at the Disney home 12/31/36. (She died in '93.) The adoption was kept very secret. The newspapers around the country announced that Lillian had given birth to Sharon, and the Disney family kept up this lie for years. The reason given for Sharon's adoption was that Diane needed a playmate. For years, Walt Disney didn't care much for Sharon and seldom acted like he even knew her name. Walt had wanted a son, but his wife wanted to adopt a girl, so it was a beautiful girl that Lillian picked out to be a companion for her first daughter. When Sharon was kindergarten age, Walt would take her to the carousels in Griffith Park on Sunday afternoons. Sharon was sent to private schools. She went to Westlake School for Girls, and later was shipped off to Switzerland to a girls' boarding school.

She had soft blond locks and was attractive. In June of 1948, Walt took Sharon, who was then an attractive 12 yr. old to Alaska with him for about 2 months. For most of this trip Walt and Sharon were alone together. For a father, who had ignored Sharon for years, now Walt was totally obsessed with Sharon. He bathed Sharon every night, combed her hair, washed her underwear, and carefully dressed her each night from head to toe before taking her to nice restaurants. He even

followed her when she sleep walked. Why was Sharon a dissociative person? That summer in Alaska, Walt and his personal pilot took a trip in August to Mt. McKinley, AK. Both were drinking scotch whiskey and they barely missed hitting a mountain, and almost ran out of fuel before finding a runway. Sharon first married a presbyterian Robert Borgfeldt Brown. Later, Sharon went on to marry William Lund. Years later, Walt's wife Lilly even prevented a biographer from revealing that Sharon was adopted. Sharon died relatively young. It is important to look at the Disney family rather than just Walt Disney in trying to understand the Disney phenomenon. For instance in 1958, the *Wall Street Journal* mentioned that Lillian B. Disney was beneficial owner of over 10% of common Disney stock.

Lillian, Walt's widow, quietly purchased property in Napa Valley and moved there in the late 60's. She bought the property through Walt's Retlaw Enterprises and the Lillian Disney Trust. Lillian and her 2 daughters ran Retlaw for years. Diane Miller, her daughter, also bought land and moved to the Napa area. The Lillian Disney Trust bought the Silverado Vineyards, which Diane & her husband manage as „gentlemen growers" as they call it. This side of the Disney family is shunned by the Illuminati insiders in the Napa Valley, as well as by the Roy O. side of the family. Although very private, there are occasional moments of publicity from Diane Disney Miller, when she donated wine for a fund raiser for the Planned Parenthood Shasta Diablo held at the estate Niebaum-Coppola,

owned by director/producer Francis Ford Coppola. Francis F. Coppola comes from an old mafia family. He owns a big winery & directed Disney's Caption EO film. Locals in the Napa area do not trust any of the Disneys, especially the Roy O. side of the family. There are other Disney's who tie in with the occult world. Wesley Ernest Disney, a 32° Mason & Shriner, who was a U.S. Congressman, a state official & lawyer in Kansas who had a brother Richard Lester Disney-- who is a Rhodes Scholar and a Mason too. Wesley Ernest Disney, by the way began as a lawyer in Muskogee County (a Satanic controlled county), and was a Christian Scientist. He lived in Tulsa, a powerful city of the Illuminati hierarchy. Doris Miles Disney has been a writer of occult fiction, such as *The Magic Grandfather the Chandler Policy* (1972) and *Trick or Treat* (1972) as well as many other occult novels.

## G. A HISTORY OF DISNEY

"The story of Disney's silent film career is not so much a struggle for artistic expression as it is a fight for commercial stability." During the 1920's, Walt stayed safely within the confines of comic animation as defined by others, such as the producers of Felix the Cat, Koko the Clown, and Krazy Kat. In other words, when many of the ideas were coming from just himself, Disney's movies were not any better than others. In the 1930's, Disney got some of the best talent available and he began to settle for only the best results from that talent. With the mob, and the Illuminati behind him, and driven by an indebtedness to them, Disney began to achieve outstanding results in animation. Between 1924 and 1927, Walt Disney made a series of *56* silent Alice Comedies which used three different girls (6-year-old Virginia Davis, Margie Gay and Lois Hardwick) to act as Alice who romps around in a makebelief cartoon world. These cartoons combined live action and animation. By the time the series was done, Walt Disney wanted to try working solely with animation. Margaret Winkler in NY (who married Charles Mintz) distributed Walt Disney's Alice Comedies. From the beginning, children were the center of everything Walt did. The occult world that backed Walt, as well as Walt himself, believed that if they could bring out "the child" (that part of a person called "the child" by various psychologists), then they could appeal to the curiosity and feelings of the "child" part of adults. If it worked with adults, they could do the same with the child part in children. They knew even in the 20's & '30's what had to be accomplished in the secret Great Plan for a New World Order. The Illuminati Great Plan called for family life to be destroyed, for children to rebel against their parents, and for the world to become more violent. Children needed to immerse in images of violence so that a violent society could be created. For instance, the 1925 film *Alice Stage Struck* shows little girl Alice strapped to a log leading to a buzz saw. They also wanted to make occultism-- witchcraft the common belief of the American people. The Illuminati felt they could bring in witchcraft if they appealed to the curiosity of the child in every adult. For instance, the Donald Duck cartoon Corn Chips (1951) shows Donald harassing Chip and Dale who then get back at him by stealing a box of popcorn and spreading it all over the front yard. Now what does a cartoon like this teach kids? It teaches that stealing to repay a grudge is O.K. and that doing pranks is funny. In Disney's 1920 films, he shows kids cutting school, shoplifting and playing hookey. He shows Alice running away from responsibility to have adventure. He shows prisoners escaping and hobos escaping work. His films are expression of misbehavior being successful. What does this teach children? In the 1951 cartoon, *Get Rich Quick* Goofy wins money at poker and his initially angry wife who doesn't like gambling forgives him when she sees how much he's won. Goofy indicates that they can have a spending spree by telling his wife, "Easy come, easy go!" The gambling spirit is a very powerful spirit that the Illuminati want to instill in this nation. How can a cartoon that promotes gambling be wholesome for children? Lt. Col. Dave Grossman is a military expert on how to condition people so that they will kill. He writes in his superb book *On Killing* (Boston, MS: Little Brown & Co., 1996) that the same process that the government has used to condition soldiers to kill, is being used by the entertainment industry. The only major difference is that in the military, men are taught to kill only on command, while our children are being taught to kill whenever they want to via TV's "entertainment." Grossman states on page 308, that the conditioning to kill begins with cartoons. "It begins innocently with cartoons and then goes on to the countless acts of violence depicted on TV as

24

the child grows up... .Then the parents, through neglect or conscious decision, begin to permit the child to watch movies rated R due to vivid depictions of knives penetrating and protruding from bodies, long shots of blood spurting from severed limbs, and bullets ripping into bodies and exploding out the back in showers of blood and brains." While children see horrible deaths on T.V., they learn to associate this suffering with entertainment, pleasure and their favorite soft drink, their favorite candybar, and close intimate contact with their date. (See *On Killing,* p. 302) Disney has the appearance of Wholesomeness; this appearance is quite deceptive. A close study of Disney cartoons will reveal lots of violence that could not be depicted if the violence was actually real life & not animation. It's the wholesome front which is one of the deceptions that makes Disney cartoons & films so dangerous. Yes, the image of Disney has been that its cartoons are wholesome. No wonder Illuminati mind-control programmers have laughed at how naive the American public is toward Disney. The Disney Gargoyles cartoons are a television series that is pure demonology. The story line is that a race of demons protects New York City. One of the Gargoyles is even named Demona. The Illuminati programmers are amazed at how stupid the masses of people are, and how easily deceived. How the Disney movies are used as programming scripts is very involved so only one detailed example is given at the end of this chapter. The Illuminati and Mafia knew that Walt had the ability to get the job done that the Great Plans called for. (Source: confidential interview.) They knew they had the "carrots and the sticks" to get him to cooperate. There is no doubt that Walt was a hard worker who in turn expected high standards from his employees. One co-worker of Walt wrote, "Walt made a simple statement, that you can lick them with 'product' if you make your product good enough, they cannot deny it.. . .In Walt's estimation, everything that was done had to be executed with a great deal of thought and finesse." Neelands, Barbara, compiler. *About Ben Sharpsteen,* article by David R. Smith (2nd Impress.) Calistoga, CA: A Sharpsteen Museum Reprint, pg. 2-3. One big turn in Walt's outlook toward quality came in April, 1927 when the head of Universal Studios wrote a scathing report on the quality of Disney studio work. It forced Walt to realize that up to then he had been slipshod and sloppy. He resolved to never take the easy way, but to work with dedication toward making his drawings come to life with character and interesting situations. In 1922, Walt made a film Cinderella. This is not to be confused with the later animated film also of the same title released in *1950.* The 1950 feature was re-released numerous times. The Alice cartoons were made with a 6-year-old girl playing Alice. The first six Alice comedies had extensive live-action beginnings, and then went into cartoon. A few of the 1920's Alice silent cartoon titles include:

Alice's Wonderland (1923)

Alice Hunting in Africa (1924)

Alice's Spooky Adventure (1924)

Alice Plays Cupid (1925)

Alice Cans the Cannibals (1925)

Alice Rattled by Rats (1925)

Alice Chops the Suey (1925)

Alice Charms the Fish (1926)

Alice the Whaler (1927)

Alice the Beach Nut (1927)

After the Alice Series, Disney began a fully animated series called Oswald the Lucky Rabbit. Here we see the occult concept of luck (who hasn't heard of a lucky Rabbit's foot?) being subtly promoted. Disney cartoon may entertain, but they also indoctrinate while they entertain. In 1926, Walt Disney signed an agreement with Mintz and Film Booking Offices (EBO). Film Booking Offices were Illuminati kingpin/mob boss Joseph Kennedy's company. For at least the next years, Disney worked

under the control (auspices) of Illuminati kingpin Kennedy. All of the Disney pictures were registered by R-C Pictures Corp., one of the parent companies of Kennedy's FBO. Joseph Kennedy also controlled the RKO studio which worked together with the other big studios to insure that no small studio would develop as a competitor. By 1937, all the big studios--20th Cent., Paramount, MGM, Warner Bros., Cohn's Columbia Pictures and Kennedy's RKO were allowing the mob to skim money from them. Kennedy's RKO gave Walt a guarantee in 1937 that they'd distribute Snow White sight unseen. Walt Disney had their films distributed by Kennedy's RKO from 1936 to 1956. Another little known detail is that in 1926, Leon Schlesinger (future producer at Warner Bros.) subcontracted animation jobs to Disney. One of these was Universal's *The Silent Flyer*. In 1928, Steamboat Willie debuted. This was an animated cartoon with a soundtrack starring a mouse later named Mickey Mouse. It had taken lots of hard work and determination on Walt's part, but it was the first cartoon with a sound track and it was successful. In 1929, the cartoon The Haunted House came out. The story is, Mickey Mouse is forced by a storm into a house full of ghosts who force him to contribute to their spooky musicale. In 1930, Harry Cohn, one of the most ruthless and unsavory characters controlling a studio bailed Walt Disney out of Walt's trouble with con-artist Pat Powers who was stealing Disney's money. Harry Cohn was a former NY pool hustler and gambler who was brought in by Chicago investors to front their investments in Columbia Pictures, and run their studio. He wore a sapphire ring that the Chicago mafiaman Johnny Roselli gave him. Roselli later became a rogue asset of the CIA, and testified before Congress (the Church Committee on Assassinations in '74) about a CIA contract which was handed him. Roselli worked for the Mafia Council of 9, which incl. Anthony Accardo and Sam Giancana. Harry Cohn was said by some to be the most hated man in Hollywood. His money gave him "the power of an emperor". His money got him the best female flesh available which he used for his pleasure. He always seemed to arrive from Las Vegas with rolls of new greenbacks, which had close associates wondering where all the money came from that he always got when he made trips to Las Vegas. In 1931, Walt went into a long suicidal depression that lasted into 1932. In the summer of 1932, he took a vacation to try and recover from his nervous breakdown. By 1932, Ingersoll had marketed its first edition of Mickey Mouse watches. Disney products have served as a model of consumerism for the world. Disney watches have been made continuously since 1932 or '33. In 1932, eighty major U.S. corporations (such as General Foods, RCA & National Dairy) began to market Disney products. Ed Sullivan began regularly running stories that bragged about Disney's work. Freemason Dr. Rufus B. von Kleinsmid, pres. of the Univ. of So. Cal., gave Disney an award from *Parents* magazine for Walt's "work with children". In 1932, several artists who had worked for William Randolph Hearst came to work for Disney. In 1932, Roy switched Disney from Columbia to United Artists. United Artists agreed to front Disney $15,000 for each cartoon.

In the 1930's, the Illuminati' Bank of America financed Walt Disney. Years before, the Bank of America had been quietly created from Bank of Italy which was controlled by the same oligarchy that has run the Knights of Malta and renaissance Venice. The Bank of Italy was a powerful bank in Hollywood's first years. It's representatives A.P. and Atillo Giannini financed Walt during the 1920's with petty cash to keep him going, but not enough to get him out of financial bondage.

Joe Rosenberg of Bank of America was sympathetic to Walt. Joe Rosenberg, a jewish banker, came to all of Disney's board meetings, sat beside Walt, and would advise Walt on what direction Disney Studios should take. Joe wasn't a board member, but his advice got high priority. Bank of America also bankrolled other Illuminati projects and organizations. Bank of America had one of their branch offices on Disneyland's Main St. from *'55* until *'93*. They were open on holidays and Sundays for Disneyland. Bank of America is slated to be perhaps the only bank to survive the economic crash, when the Illuminati kingpins will allow their own banks to crash. Bank of America executive S. Clark Beise (who is a Scottish Rite Freemason) has been a member of Disney's board of directors from *'65 to '75*. One of the biggest depositors in Bank of America is Roy E. Disney. Other Disney execs like Rich Frank have also used Bank of America as their bank of choice.

The Bank of America bankrolled the Disney animation Snow White. Walt managed to sell Joseph Rosenberg on the idea, at a time when old time Hollywood people were advising Rosenberg that Snow White could only be a failure. When Snow White was successful, Walt announced a monster

party for all Disney workers at Lake Norconian, near Palm Springs, southeast of San Bernandino, CA where the cost of everything the Disney workers wanted to order--food or drink or whatever, would be taken care of by the Disney's. Under the full moon, the Disney male and female workers, finally free of the tight rules at the studios, had what amounted to a Roman orgy and a large nude skinny-dip at the lake. Almost all of the Disney workers participated in the orgy and Disney had only two options, 1. fire them all or 2. ignore that the party took place. Walt choose the later option, and after that no-one ever dared mention the party in his presence. In 1937, Walt and Roy took a trip to Europe where Walt dined with the British Royal family, & met privately with H.G. Wells, the masonic prophet! planner of what Wells & other masons called "the New World Order". In Paris, the League of Nations (the forerunner to the U.N.) gave him an award. After the success of Snow White, Disney chose Pinocchio to follow it. Many have asked why Pinocchio was chosen by Walt. If you look at the script, the puppetmaker's wife is taken out of the original script, and there is an emphasis on the little wooden puppet visualizing becoming a flesh & blood son to the man who had created him. Here we have a boy with no soul, who is told if he works hard he will be given one. (Does this sound familiar to readers of *VoL 2?*) The script was definitely changed to have a storyline far more useful to mind-control programming. For those who think Walt simply recreated fairy tales on the screen, if one examines the changes that are made from the original storylines, they are changed to make them more useful for mind-control. Both Snow White and Pinocchio have occult type "deaths and resurrections". After W.W. II, Joseph Rosenberg persuaded A.P. Giannini, his boss, to bankroll Disney again. Although Walt was financed by the Mishpucka (Jewish Mafia), he didn't like the idea. Richard Rosenberg, a later Pres. of Bank of America, is also Mishpucka. Richard Rosenberg (his mother was a Cohen) was also in charge of Northrop Corp. and Marin Ecumenical Housing Assn. (Other examples of Mishpucka executives are R. Goldstein, v.p. of Procter & Gamble, and Marvin Koslow, v.p. of Bristol Meyers Co.) In the 1930's, the elite promoted Disney's new cartoons. In *1935,* Walt Disney received the French Legion of Honor for his Mickey Mouse cartoons. Also in *1935,* the Queen of England (who readers of my previous articles will realize is Illuminati, involved in drug trade, and is involved with the leadership of Freemasonry) and the Duchess of York (also Illuminati) selected Mickey Mouse chinaware as gifts for 600 children. This was after Walt spent time with her in 1934. The League of Nations (the pre-W.W. II equivalent of the U.N.) took the time to vote its approval of Mickey Mouse. (Finch, Christopher. *The Art of Walt Disney from Mickey Mouse to the Magic Kingdom* . NY: Harry N. Abrams, Inc., *1975,* p. *53.)* There is no doubt that Walt Disney had talent. There is also no doubt from the record that powerful people wanted to promote him. No doubt his 320 Masonic membership and his DeMolay activities helped boost his support, and also helped Walt's bent toward the occult. Let's digress just to let people in on Freemasonry's involvement with acting and motion pictures. The famous 233 Club was a masonic chapter for actors who were Freemasons. Examples of actors who were Freemasons include John Aasen, Gene Autry, Monte Blue and Humphrey Bogart, Douglas McClean, John Wayne. Then there is T.V. DJ Dick Clark. Examples of Motion picture executives who were Freemasons incl. Ellis G. Arnall (Pres. of the Soc. of Ind. Motion Picture Producers), Will H. Hays (Czar of motion pictures 1922-45, and Pres. Motion Picture Produces & Distributors of Amer. Inc.), Benj. B. Kahane (v.p. & dir. Assoc. of Motion Picture Producers, Inc.), Carl Laemmle (Pres. Univ. Pictures Corp til '36), Frank E. Mullen ( man. dept of info. RCA, VP NBC '39-'46, exec. VP NBC '46-'48), David Sarnoff (Chrm. of Bd. Radio Corp. of Amer. & ,,father" of American television), Jack M. Warner (v.p. of Warner Bros.) and the President & dir. of Universal Pictures since 1952. The Freemasons have made much of Walt Disney's membership in their

membership sales pitches. Because the 2 Disney brothers' chief contributions to the production of Disney films were the finances and occassionally the ideas used in a film, it is rather misrepresentative of things that Walt Disney got all the credit for the success and quality of the Disney cartoons. He was showered with 700 awards and honors from important people, including 30 oscars, and the Presidential Medal of Freedom (in '64). Walt Disney's great animators never got the credit they deserved, but no one should forget that Walt was the driving force that inspired and guided his workers. In 1934, Walt Disney made a cartoon about a goddess of the Mystery Religions named Persephone. In the cartoon entitled *The Goddess of Spring,* the goddess Persephone is captured by Satan as his bride and sent to the underworld, with the agreement she could return to earth six months

of each year. The Illuminati have rituals around Persephone. On Dec. 21, 1937, Disney premiered the first full-length color cartoon movie "Snow White and the Seven Dwarfs." This cartoon had taken $1.4 in depression-time money and three years to make. Over 750 artists worked on the film. Walt Disney had gotten the idea from a silent movie of Snow White which he saw as a boy in 1917. The movie has an important occult theme to it, and has been used for occult mind-control programming. When the 1940's got started, Disney was in financial difficulties. At this point, Nelson Rockefeller hired his cartoon capabilities to make cartoons for South America, with the idea that South Americans would remain loyal to the American capitalist hegemony, rather than shift to rising ideologies of fascism/nazism, if they saw Walt Disney cartoons. In Rio de Janeiro, Brazil on 8/24/42, Disney did its world premiere of Saludo Amigos, a 42 minute feature about Latin America. Goofy becomes a gaucho, a parrot teaches Donald Duck to dance the samba, as well as Disney art showing various landscapes of Brazil in the film. However, the film The Three Caballeros, if it was meant to encourage South American loyalty to American capitalism, completely failed. *The Three Caballeros* showed a sexually lecherous Donald Duck who in bad taste tries to make it with latin women. The mysticism was also seen as bogus. Although the latin Americans hated the film, the establishment media's *Look* magazine praised it. Another reason that Rockefeller sent Walt to South America was to get him out of the way so that the government could settle the strike by Disney workers. Nelson Rockefeller was the government's Coordinator of Inter-American Affairs, a good position considering how much of South America the Rockefeller's controlled. Rockefeller told Disney that Disney couldn't beat the strikers, but that while Walt was in South America, FDR would see to it that the strike got settled. When Disney returned he submitted to the powers that were, and accepted the unions and the mafia's control. Another change for Walt Disney was that in 1940, he and Roy turned Disney into a "public corporation" and initially sold *755,000* shares of common stock. The Illuminati Boston firm of Kidder, Peabody & Co. were the underwriters of the studio's public stock-offerings. By 1940, the Disney Studio at Burbank had become a miniature city with 1,000 men & women employees and 20 buildings on a 51

acre tract of land. After the U.S. joined W.W. II, Disney Productions were made a part of the American military establishment. The very next day after Pearl Harbor, the military moved onto the Disney Studio, which leads this author to suspect that Disney was already part of the power establishment prior to the war breaking out. Disney made military movies/cartoons that taught the different branches of the military many things. They made propaganda movies for the allies. One series of films was "Why we fight." Disney made movies for the IRS to get people to pay their taxes. Some of the Disney films were top, secret, and concerned secret military weapons or secret psychological tactics of the Americans. For instance, one military film was "Army Psycho Therapy" which taught army men how to instill fear, and about the basics of fear. Another army film was "Prostitution & the War". Another showed a carrier pigeon evading the Germans.

In 1940, Disney came out with 2 full length animated cartoons, *Pinocchio* and *Fantasia,* both of which were soon used for Illuminati mind-control programming. Fantasia contains Schubert's sacred Catholic music Ave Maria, which was used in a concluding segment side to side with the profane Night on Bald Mountain song, as well as six other classical pieces of orchestra music. As a feature cartoon it was a flop, but as a programming tool it was fantastic. Fantasia receives a comprehensive explanation of how it is used for mind-control programming at the end of this chapter. Because an explanation of the use of a Disney film for mind-control is complex, this explanation is placed at the end of the chapter so that it won't interrupt the flow of this chapter's information. The Pinocchio film has been redone and released 9 times over the years. Some of the next full length animated films to come out were: The Three Caballeros (1945) The Adventures of Ichabod & Mr. Toad ('49) Cinderella (1950) Treasure Island (1950) Alice In Wonderland (1951) The Story of Robin Hood & His Merrie Men (1952) Peter Pan (1953)

20,000 Leagues Under the Sea (1954) Sleeping Beauty (1959) Very soon after the production of all of these movies, the Illuminati and their intelligence agencies used them for Illuminati total mind-control programming. To see their misuse as programming scripts one has to understand how the fantasy worlds of a programmed multiple are created and how the movie scripts are adapted to be

programming scripts. *Vol. 2* gave quite a few examples of how Alice In Wonderland and the Wizard of Oz scripts were used for programming scripts. When Disney had his animal-nature documentaries, he edited and used narration to give the animals human like characteristics--something he'd already been doing with animation. Disney played an important part in the Illuminati's plan to elevate animals and dehumanize humans. One of the biggest Illuminati kingpins, and leader (Grand Master) of the Prieure de Sion was frenchman Claude Debussy (bn.1862). Claude Debussy, a Merovingian, was Nautonnier (Navigator-helmsman) of the Prieure de Sion from 1885-1918. (See the document *Dossiers secrets,* planche no. 4, Ordre de Sion, written about in *Holy Blood, Holy Grail.)* In 1891, when some secret coded parchments (Merovingian documents) were found by a french clergyman Sauniere, he was directed by church officials to visit with Emile Hoffet, an occult acquaintance of Debussy. Debussy was close friends with many of the top french occultists of his time. He is known to have been a close friend to both the notorious satanists Jules Bois and MacGregor Mathers. Mathers started the Order of the Golden Dawn. Debussy was also a friend of the infamous Papus (aka Dr. Gerard Encausse) and W.B. Yeats. Papus was one of the men who during his lifetime was part of the interlocking occult directorate of occult groups. Claude Debussy put some works of the previous P.d.S. Grand Master Victor Hugo to music. Debussy and his other powerful occult friends were influential with Monsieur Philippe, whose Russian occult circle influenced the Russian Czars and Czarinas before Rasputin came around. Debussy travelled to Russia and Rome. Some of Debussy's works became operas. Interestingly, Walt Disney was extremely anxious to make a cartoon using Debussy's Clair de Lane. The work was done, but it was never shown to the public. Disney never found a place to use it. It was originally done with animation with flying cranes for the occult extravaganza *Fantasia,* but when the *Fantasia* ended up too long, Clair de Lane was cut and shelved. It was again planned for the film *Make Mine Music,* but then Blue Bayou was substituted in. Walt used the Le Sacre du Printemps (the Rite of Spring) music for *Fantasia.* This piece of music was written AS a pagan ritual where a virgin sacrifices herself by dancing to death. Disney's mobster Gunther Lessing had threatened Stravinsky if permission weren't given for Disney to use the piece of music, it would be used anyway. Dr. Julian Huxley got involved in the production of *Fantasia.* Aldous and Julian Huxley are well known by conspiracy researchers for their roles in the World Order. In the 1940's and 1950's, the Illuminati began using Disney's *Alice In Wonderland* and the *Wizard of Oz* films as programming bases for their total mind-controlled slaves. Alice in Wonderland had been done many years earlier by the Britisher William Cameron Menzies (who also did Freemason H.G. Wells' masonic forecast of the New World Order entitled "Things to Come" in 1936, and the film Invaders From Mars.). In 1944, Illuminati Kingpin William Randolph Hearst (with some minor help from others) funded the Motion Picture Alliance, and Walt Disney became a co-founder and its first Vice-President. In the early 1950's, Walt turned his attention from animated cartoons to other projects, such as True-Life-Adventures, television shows, and the creation of Disneyland. Seal Island was his first true life adventure which was released to the general public on May 4, 1949, and soon won Walt Disney an Oscar. Alfred and Elma Milotte had shot the film on some Alaskan Islands named Pribilof Islands. James Algar had put the movie together. In *1952,* Walter spelled his named backwards to create the name of another corporation „Retlaw". Roy and his family saw the move as an attempt to cut them out of the financial picture. In 1954, Walt Disney and ABC made a agreement. ABC would directly invest half a million US dollars as well as guarantee $4.5 million in loans for the construction of Disneyland. This made ABC 1/3 owner of Disneyland. In return, Walt Disney agreed to produce a regular television series for ABC. Remember too that ABC's president Leonard Goldenstein was a good friend of Ronald Reagan. On July 13, *1955,* Walt and Lillian were attempting to celebrate their 30th wedding anniversary at a park and restaurant. Walt got too drunk to speak into the microphone, so he blew noisemakers into it, while Lillian rushed to pull him out of view. In 1961, Disney bought out the ABC investment (also labelled Paramount) for $7.5 million with cash and notes, and to bring this all up to date, later on July 31, 1995, Disney merged with Capital Cities/ABC, with Disney in nominal control. Actually Capital Cities has long been a CIA front company, so the merger placed Disney squarely within the CIA ranks, although it had been in bed with them for the CIA's entire history. The Illuminati-controlled corporations of Coca-Cola and the drug firm Johnson and Johnson became sponsors for Disney's early TV shows. On *7/3/57,* the *Wall St. Journal* announced that Atlas Corp. got 26% interest in Walt Disney Productions. Walt Disney worked quietly with some consultants on the concepts behind Disneyland. His brother and nephew tried to prevent

the project from happening. Later they requested that Walt sign over Disneyland, Inc. to Walt Disney Productions, which Walt did. Walt kept 17.25 % of Disneyland holdings and Walt Disney Productions got the rest. Walt Disney Productions then shared their portion with others. The man who helped Walt finance Disneyland was the executive vice-pres. of ABC Kintner. Walt Disney got the Illuminati's Stanford Research Institute to determine what would be the best site for Disneyland.

A retired Navy admiral Joe Fowler was in charge of constructing both Disneyland and Walt Disney World. How do admirals fit into the power structure? Admirals are briefed each day, and are given information concerning the secret power structure. Most men who are at that military level are Illuminati or at least well controlled by the system. Within the last few years there has been an intense effort to weed out any admirals who are not loyal to the Illuminati. Morgan-Evans, who lives in Malibu, and who may be of the famous Morgan clan, was the one who created the spectacular landscapes for Disneyland, Walt Disney World, and EPCOT in FL.

According to CIA informants opposed to the NWO, CIA contractors were brought in to build the underground tunnels under Disneyworld in 1977. These contractors were sworn to secrecy, but were only informed on a need to know basis why the CIA was involved with an amusement park. To work on the secret tunnel project took an "Above Top Secret" clearance. A major programming center was constructed under Lake Holden. (Many of the lakes in Florida are named Lake So-and-so, rather than So-and-so Lake.) The tunnel system was built for programming trauma-based total mind-controlled slaves. It was built of concrete with steel reinforcement. Lake Holden lies just to the northwest side of the Orlando International Airport and just south of Interstate 4. (It is close to Range 29E on quad maps.) It is only (as the crow flies) about 12 miles from Disneyworld. In spite of Draconian measures of secrecy, numerous lawsuits (Fed. & State) were filed over the years by victims trying to expose the Disneyworld programming tunnels, so that finally the programming center was dismantled, cleaned up and a „maintenance" tunnel level and a „casting" tunnel level were opened to the public. During its heyday, the programmers (military & intelligence men) had exotic offices underground with unusual programming equipment. It doesn't take any imagination to realize that if Disney carried mind-control programming above and below ground, that they would need tight security forces to protect their secrets. Indeed, such is the case. Disney amusement parks have been granted draconian powers wherever they have been built! The Disney parks have also employed armies of spies dressed like tourists to spy on Disney's employees! If amusement park workers did anything slightly out of place, they were (and still are) reported by the spies in the camp, and they often have lost their jobs. For instance, one ex-worker, who had 10 years with Disney, was caught discussing his divorce with another worker. Since divorce doesn't fit the wholesome image that Disney wants, when the spy dressed as a tourist reported his conversation, he lost his job. Many workers have tried to tell their personal horror stories of Disney's draconian rules and their draconian private police force, but most of the time Disney has had the power to suppress and intimidate away any bad publicity. An exception to that is the recent Nov. 4, '96 *Napa Valley Register* article on page 2D entitled, "Critics of Disneyland Say Security Abusive Inside Magic Kingdom." UCLA law professor David Sklansky commented about Disney's police, "One of the major problems we have is nobody really knows what they are doing- how often they stop, interrogate or search people. They are not subject to the same sort of regulatory controls." It's almost superfluous to tell readers that Disney's amusement park with it's theme areas such as Fantasyland, Tomorrowland and Adventureland were a great success. Everyone worldwide was curious to visit this entertainment mecca to participate in something that had a clean, wholesome image to it. The entire world system pulled together to insure that Disneyland got the image and publicity that the top 13 Illuminati families and the various syndicates wanted it to have. For 40 years they've done this. When something that everyone thinks is clean and wholesome is not attacked by the world system, that should raise eyebrows among thinking people. Home schooling, learning to read phonetically and other wholesome activities for children have been viciously attacked and ridiculed by the established media. Why has Disney gone untouched? Disney Studios for years strove to have a very clean image. Workers had dress codes, and any activity on the part of employees that wasn't morally conservative was grounds for instant dismissal. Of course, the exceptions were well covered up, such as an employee who used hypnosis to get quite a few of the females employees to undress until nude. John L. Hulteng, author of *The Messenger's Motives*

(Englewood Cliff, NJ: Prentice-Hall, 1976, p. 213) informs us, "As communication researchers have emphasized, the greatest impact the media have on the formation or change of public opinion is in terms of impressions built up over a long period." [bold added] The wholesomeness of Disney is an image that has been built over a long period of time. Disney's occult themes of world citizenship, witchcraft, humanism and idolatry have also been long running impressions that have been craftively perpetrated upon this nation, so long that they began prior to this author's --& probably the reader's-- birth.

People don't associate movie's like *Consenting Adults* with Disney, or *The Corpse Had a Familiar Face* with Disney. In fact as previously mentioned, when Disney wanted to put out more "adult" films, they did a slight of hand and created the label Touchstone films so that people wouldn't associate movies like Splash (which showed what looked like bared breasts) with Disney Productions. Another label, Hollywood Pictures, was created by Disney to help distribute Touchstone films. At first the personnel of these companies was simply Disney's staff, but as time went on, they got their own production personnel.

On Oct. 27, 1954, Walt Disney's Wonderful World of Color debuted on television. The TV show celebrated Disney's movie triumphs. The words Wonderful World of Color are not ill chosen. According to an Illuminati mind-control programmer, when Disney worked on his cartoons, and amusement parks, colors --special colors and color combinations--were specifically chosen for mind-control programming purposes. Wonderful World of Color under various names such as Disneyland aired for 22 years over the television networks. In 1955, Walt Disney made his cartoon character Mickey Mouse real by creating a fan club--the Mickey Mouse Club, which aired five days a week usually just as children came home from school. Twenty-four children called mouseketeers would help Mickey, and they would dance and sing and do skits. The Mickey Mouse Club adored the unique, cute little beanie Mickey Mouse caps with their big ears mounted to each side of the beanie. In the 1950's, most kid viewers of the show wanted their own "Mouse Ears" and to become a Mouseketeer, especially children who were receiving Mickey Mouse scripts in their total mind-control programming. Disney used his Mouseketeers to play all the roles in an Oz movie *Rainbow Road to Oz,* which was never shown to the public. Adults today (both men & women) who received Mickey Mouse programming during the 50's through 70's can still be seen with Mickey Mouse clocks, watches, lampshades, knick-knacks, tee shirts, etc. Years later the kids who watched can still remember "Spin and Marty" and the Mickey Mouse theme song. The image that everything was perfect including Mickey was portrayed by the Club's T.V. program. Still somehow the American people began to use the word "Mickey Mouse" as a synonym for a silly, pretend way of doing things. It became common for people to say, "He mickey-moused it together." to mean he did a poor job putting it together. On Jan. 30, 1957, Walt Disney had a television show aired entitled "All About Magic" where a Magic Mirror explains about magic. The Magic Mirror also contains a "Bibbidi-bibbidi-Boo" sequence. In 1959, Disney bought 8 small submarines from Todd Shipyards for $2, 150.000.

When ABC wouldn't let Walt make a TV series out of a storyline where a magic ring changes a boy into a dog (a mind-control programming theme)--because ABC didn't think the public could swallow the story line--Walt quit ABC for NBC. Walt then made a scaled down version of this occult storyline entitled The Shaggy Dog. Early in the 1960's, Walt and his brother Roy went secretly looking for an area on the east coast to build another Disney Park. Walt the younger of the two, died in 1966, and Roy finished the project. Beginning in 1964, 30,000 acres were secretly purchased at $200 an acre in the Orlando, FL area just west of NASA's Cape Kennedy. Using phoney names and paying cash, Disney buyers bought the land and swore the sellers to secrecy. The Magic Kingdom has been multiplying. In 1971, Walt Disney World was opened to the public. Bob Hope and others participated in a Disney special on Oct. 29, 1971 "Grand opening of Walt Disney World". From the time of its opening until Oct. 12, 1995, Disney World calculated 1/2 billion people visited DisneyWorld. This amusement park is in Orlando, FL on over 27,400 acres and includes the EPCOT Center (now also called simply Epcot). The EPCOT center was another dream of Walt Disney's (albeit more than slightly modified from Walt's original EPCOT ideas.) EPCOT originally stood for Experimental

31

Prototype Community of Tomorrow. It was to be an extension of the massive mind-control being carried out at Disney World. The original EPCOT city designed by Walt was to carry on its commerce (traffic) via underground roads and tunnels like the Disney Theme parks. After Walt Disney died, his successors changed the proposed experimental city into another theme park simply called Epcot. It is not unusual to see crowds of over 48,000 people descend on Walt Disney World and the EPCOT center in a single day. Some visitors arrive via a monorail. Visitors can buy 5-Day World Hopper passes which allow them to bounce around with admission to all the sites for a seven day period. In other words, some families stay for a week at Disneyworld. Hardcore visitors can get Annual Passports which provide unlimited use of Walt Disneyworld for an entire year.

In reality, many visitors to Disneyworld begin the day enthusiastic and after a day of hot sun and waiting in long lines with large crowds for imitations of reality, the tourists are zombie-like and looking forward to getting back to their hotels. Many people have felt the rides were not nearly what they expected. Some of the rides are better than others, and some typically get comments like, "It was stupid." Some of the spooky events like Snow White's Adventures, or the oversized heads of the Disney characters walking around can leave the little preschool children terrified and dazed for the rest of the day. In contrast, older children, who normally rarely show patience at home may show how much they want to go on a particular Disney ride, by waiting an hour and a half in the hot sun for a ride. Alien Encounter is a Walt Disneyland feature that invites tourists in for a "demonstration of interplanetary teleportation." When the "demonstration" as planned "breaks down" an „alien" with asocial traits appears among the audience and terrorizes the audience. A cute creature is hideously fried, deformed, and then vomited into space screaming. Here are some comments from visitors to this Walt Disneyland attraction:

· "Alien Encounter ...is one of those rides I can say I've seen and that I have no intention of ever doing again. In fact, parents who take children under the age of six should be brought up on child abuse." Woman, from MI

· "Alien Encounter was the WORST experience for my 10-year-old (and almost every child in there). It starts out cute enough during the preshow, but the actual show is a disaster for children. My daughter screamed and cried in terror throughout it. I thought the Disney warnings were vague and inaccurate. When we left, there wasn't one child with dry eyes (even sturdy looking 12-year-old boys were crying.). I think an age requirement of 13 or 14 is more appropriate. I talked to a few adults and we even agreed that the special effects were extremely unpleasant even for us. This show is not a Disney family experience--its ATROCIOUS!!" A mother from Phillipsburg, NJ.

· "We did go to Alien Encounter...The preshow is deceiving. It kind of lulls you into thinking "this isn't so bad." When the main part came up, I admit the experience gave me the absolute heebie-jeebies. . .I am never doing that presentation again--it was way too intense for me, and I'm now 27 years of age!--from a family in Laurel, MD Michael Eisner, the President of Walt Disney Co., initially rejected Alien Encounter for not being scary enough when it was being considered as an addition to Disneyworld. One wonders what he would have liked! Snow White's Adventures, which was an attraction at Disneyland, was one of what the Disney people called "dark rides". After a while a sign appeared with a witch warning people that the attraction was scary. Later in 1983, they renamed it Snow White's Scary Adventures. It might be interesting to point out that when the original Snow White and Seven Dwaffs film came out, that England forbid the film to be seen by any child under 16 unless accompanied by an adult because of the scary content of the movie. How far we have come since then. Schools in the Florida and California areas also make field trips to the Magic Kingdom that are arranged with Disney. EPCOT receives tens of thousands of children this way during March, September and October. High schools use the Magic Kingdom for proms or senior nights, and some couples use the facilities of the Magic Kingdom for weddings. *Modem Bride* ranked Orlando as the number-one honeymoon destination in the world. Group discussions of people who

took honeymoons to DisneyWorld have had a consensus that the hype is not as great as the reality. Some weddings are done with cartoon characters. Disney offers "fairy-tale" wedding packages. A great deal for two mind-controlled slaves. They can reinforce their programming while getting married. The Disney fairy-tale wedding typically has its ceremony on a pavilion on an island in the Seven Seas Lagoon with the Cinderella Castle as a backdrop. The fairy-tale wedding can then be followed with a Fantasy reception with a choice of themes such as Beauty & the Beast or Aladdin. The fantasy programming can continue as the bride is delivered to a "Cinderella's Ball" by an actual glass carriage drawn by six white Disney ponies. A costumed fairy-godmother & stepsisters are also at the ball. Desert is served in a white chocolate slipper.

One of the after-dark shows is IllumiNations which consists of music, fireworks, erupting fountains, special lighting, and laser technology done at the World Showcase Lagoon. EPCOT has a show Cranium Command at the Wonders of Life in the Future World section where guests sit in a theater that functions as a command control room for a boy's brain. In 1980, Disney came out with the box office flop *The Devil & Max Devlin*. In 1984, Roy E. Disney brought in Michael Milken, of junk bond fame to help Disney out financially. In 1985, Disney bought MGM's rights to Leo the Lion logo and began using the MGM Wizard of Oz material. Later a remake of *Alice In Wonderland* came out in the modern motif of *Honey I Shrank the Kids*. In the 1990's, Illuminati controlled companies continued their promotion of Disney. For instance, the Nestle family's Nestle company promotes Disney movies on their chocolate bars. The Nestle family is exposed in this author's booklet *Illuminati Control Over Foods and Grains,* p. 4 as one of the elite Black Nobility families. In 1996, Walt Disney World created an actual residential town named Celebration on its property. This self-contained community has 20,000 and a school, a theater, a fiber optic information network linking business, as well as other features.


**SOME DISNEY people of interest.**

Over the years, the close associates of the Disneys' is very revealing. The public can get a feel for Disney's attitude toward Illuminati bloodlines in the Disney movie *The Happiest Millionaire* which is about Anthony J. Drexel Biddle and Angie Duke. Readers of this author's previous writings will recognize the Biddle and Duke names. In fact, the movie was based loosely on a book written by Cordelia Drexel Biddle about the Biddles.

X Atensio. His first name was Xavier, but was nicknamed and called X. He worked on the haunted mansion of Disneyland with WED enterprises. He joined Disney in 1938, and was an assistant animator of Fantasia.

Warren Beatty. (b. 1937 in VA) This actor is from the Illuminati Beatty family and starred in Disney's Dick Tracy. The Dick Tracy film uses color in a special way, and this ties in with the color programming of the mind-control. Some total mind-controlled slaves have programming based on Disney's Dick Tracy movie for them to track down and kill "targets" (people). Warren's sister is the famous (or infamous) Shirley Maclaine. Shirley "MacClaine" is not what she appears. Her father was a professor who was a CIA asset. She was used by the CIA as a sex slave. She became popular with the studios because she went to bed with the correct people. Her talents were used to get her as an intelligence slave into places that an obvious intelligence agent couldn't go. She was married to a man in the NSA for nearly 20 years. Her adopted name Maclaine (reportedly her mother's maiden name) is a pun on McLain,, VA where the CIA programmed her. She was used by the CIA in an operation in Australia, where the CIA used her as a sex slave to compromise Andrew Peacock, an Australian MP,, so that they could establish the Nugen-Hand bank for their dirty money laundering etc. She is friends with satanist Stephen Nance who has provided her with some of her teachings. Lowell McGovern writes her material. The CIA has programmed many of their New Age slaves to adore Shirley MacLaine. An example of this is Christa Tilton, one of their mind-controlled slaves, who revealed in an interview how she considered herself a born-again Christian who had spent most of her life in Oklahoma, but had mysteriously been drawn to Shirley MacLaine. During her life she has gotten

33

repeated "psychic urgings"--that is strong urges to do things and go places, which she doesn't understand where these urgings came from. After hypnosis, Christa drew pictures of the doctor who programmed her. Christa has had a federal agent monitor her constantly. Her husband has seen this agent, who has shown up on her door step and made calls to her. She names the agent John Wallis (most likely a cover name). This agent has a complete knowledge of her life, and government agents have taken photos of her during her supposedly "alien abduction" experiences. Christa is just one of hundreds of victims who have been programmed to adore Shirley MacLaine. (Christa is mentioned here because she is one case that this author is familiar with.) Warren Beatty, who peppers his speech with four-letter words was a student at the Stella Adler Theater Studio in NYC.

Black, Shirley Temple. Shirley Temple Black sat on the Disney board of directors *(74-75)*. Her films were used for some of the early 40's and *'50's* programming and teaching slaves body movements/dance. She married someone in an elite Network family from San Francisco named Charles A. Black. Charles A. Black was a Lt. Col. in the Pentagon who lived at Bethesda, MD. Was Shirley an early example of brain-stem scarring to get geniuses? Shirley's brother appears to have developed "Multiple Sclerosis" from brain stem-scarring. It was Shirley Temple who co-founded the International Federation of Multiple Sclerosis Societies, and was a member of its exec. committee. Shirley represented the U.S. at the UN General Assembly in 1969, belongs to the Sierra Club, and has been decorated with the Cross of Malta. Shirley has shown clues that she may be an Illuminati mind-controlled child protege.

Stephen Bollenbach. Bollenbach was part of Walt Disney management, and was a key figure who helped engineer Disney's $19 billion buyout of the CIA's Capital Cities/ABC, as well as sell the idea to Eisner. He is the CEO of the Network's Hilton Hotels Corp. He recently has been involved with trying to buy ITT, in order to put together the world's largest hotel-casino combination. Bollenbach has an extensive background with the gaming-gambling industry. When the Justice Dept. began looking into the merger of Disney with Cap. Cities/ABC, Bollenbach resigned his Disney position. Some people feel his resignation was needed for Disney to get the Justice Dept. to approve the merger, because his past was vulnerable to be exposed.

Warren Buffett. A major stockholder in Walt Disney. He also owns 40% of Berkshire Hathaway Inc. which also owns lots of shares of Disney stock. According to S.F. Examiner, Buffett himself owns 24 million shares of Disney. Warren Buffett is part of the Ak-Sar-Ben fraternity and Monarch slave abusers who were exposed in the Nebraska Saving & Loan scandal. He is perhaps the second richest man in the nation, and too powerful for anyone to touch. In the kingpin vs. kingpin battles, some people close to the inside see Buffett as a good guy. Readers need to study the Lincoln Savings & Loan scandal and the scandals connection to programmed child slaves at Boy's Town to get more information on this Disney stockholder. Robert G. Hagstrom, Jr., who is the portfolio manager of the mutual fund Focus Trust, which has shares in Walt Disney, wrote the book *The Warren Buffett Way*. Hagstrom has a chapter on Disney in his *The Warren Buffett Way*. He quotes Buffett as extremely enthusiastic about Disney's merger with Capital Cities/ABC. Because of his enthusiasm Buffett says, „The odds are extremely high that we will have a very large amount of Disney stock."

Salvador Dali--This strange surrealist spanish artist was a friend of Walt Disney. After Salvador was kicked out of Spain for Franco's belief that he was a communist, he came to America, and worked with Disney Studios in 1946. Salvador, an eccentric who had no particular work habits, described himself, "The only difference between me and a madman is that I'm not a madman."

The Tommy Dorsey Band--This band has had a number of men in it who are Mind-control slave abusers associated with the Network. Frank Sinatra, a sexual slave user, got his big break with this band. This band performed at Disneyland in 1984 at the Plaza Gardens. Tommy Dorsey was part of the Network's in-crowd. When he was on a USO Tour with Bob Hope, he stabbed actor Joe Hall and threw him out of a window. Joe had to have 32 stitches. But Joe didn't get justice, the judge dismissed his case against Tommy.

Michael Dammann Eisner, Chairman at Disney is a CIA asset and connected to the mob. Some insiders believe he is connected to elements of the CIA & mob that are anti-NWO. Even so, these anti-NWO factions also employ mind-control. Eisner ignored a threat by Red China to boycott Disney products if he made a movie about the nation Tibet that China controls with draconian force. The U.N., the Commerce Dept. and the State Dept. all tried unsuccessfully to get him to back down on the film. A paper trail connecting Michael Eisner and Walt Disney Co. to mind control is their support of the Boys & Girls Club of Napa Valley, which is used for a supply of children for pedophilia and mind-control. The Boy's & Girls Club is used to supply caddies for the Silverado Country Club, where these children are also used as mind-controlled slaves for the sexual perversions of the elite. Notice that Napa's Silverado Country Club invites in celebrities (such as CIA asset Pat Boone, Joe DiMaggio ex-husband of sex slave Marilyn Monroe, Engelbert Humberdinck a slave handler, Digger Phelps Notre Dame's coach who uses slaves, and Jack Vale nti CEO of Motion Picture Assoc. & Bohemian Grover) for a golf tournament which is billed as a „benefit for the Boys & Girls Club". The benefit for child slaves is they get to caddie & sexually service elite perverts. Michael (bn. March 7, '42 in NY) came from old American money of a family that has been rich merchants and lawyers. Michael grew up in luxurious Park Ave. as well as his family's "country place" in Bedford Hills near Mt. Kisco, NY. He went to an elite private school Allen-Stevenson, which is famous for its children's orchestra. At the age of 14, he then went to Lawrenceville School, which is a prep-school for Princeton, whose tuition in '56 was $3,000. Eisner's class incl. NY's governor's son, and other sons of powerful men, such as the son of Saudi Prince Turqi al-Faisal. The school is a prep school for the establishment's entertainment industry. Students are only allowed to see their parents on major holidays. Eisner was in the Periweg Club, the school's drama society. His poor scholastic performance meant that he had to go to a small liberal arts college, rather than Princeton or Harvard such as was family tradition. For instance, his grandfather had attended Phillips Exerter Academy and Harvard. His grandfather has serve in many govt. commissions and belonged to the Harvard Club, the American Club in London as well as some yacht clubs. Between his junior & senior year in high school, Eisner was a page at NBC's HQ in the Rockefeller Center. In 1966, he landed a job in the programming department of ABC. He had an influential position. Eisner had one good break for deciding TV programming. He was 21 when the target audience was 21 years old, and when he was *35,* the target age of the film industry was then *35.*

He has been described as having "supernatural enthusiasm" coupled to a lifetime quest for untested ideas.

Rich H. Frank, was Executive Vice-President with Walt Disney until his sudden resignation about a year before this was written. He worked side by side with Katzenberg and left after Katzenberg resigned in a dispute with Disney's chairman Eisner. Rich Frank was President of Walt Disney's TV-Media Division. He acquired the estate of VanHoffenwiggen, when VanHoffenwiggen fled the country and vanished when Lendvest began to be exposed. VanHoffenwiggen was a major figure involved with Lendvest Mortgage Inc., a drug-laundering operation and drug smuggling operation operating out of Napa Valley. It was also the fastest growing real estate mortgage company in northern California until its drug smuggling began to be exposed. Lendvest did some tricks ala Nugen Hand Bank. Millions of dollars of investors and creditors have disappeared leaving lots of hurting people, and the mortgage company filed for protection from creditors in U.S. Bankruptcy court, and is still in operation. International financier Edmond Safra's private bank, the Republic National Bank of NY, launders money from the Medellin drug cartel. Safra's bank sent Lendvest lots of crisp new $100 bills. The Safras are tied in with the Rothschilds. (The Safras are reportedly recent property owners in St. Helena near Napa (through Good Wine Co. which is the Spring Mountain Wineries), near where Lendvest was HQed. Edmond's nephew, Jacob Safra, has a partnership in Napa Valley's Good Wine Co. The Rothschild's Citicorp gave Republic National Bank the transaction ability to issue international (world) bearer bonds ("bank notes") The Luxembourg/Belgium branch of Bank Nacional de Paris issued a bearer bond that was connected the Lendvest drug running operation. In Britain, a U.S. citizen Mike Spire ran the British operation of Lendvest and InVest. LandVest's parent was InVest which has operated in the U.K., Switz., Saudi Arabia & Paraguay. Long story made short, Lendvest has been an international CIA-Mafia drug running operation, with Illuminati overtones and

connections to it. With all this in mind, it is strange, that Walt Disney's President of its TV-Media Division, Rich Frank, bought the palatial mansion of John 0. VanHoffenwiggen after VanHoffenwiggen disappeared from the country when indictments and arrests began to be made of people connected to Lendvest. According to insiders, Rich Frank is also one of a number of Napa Valley people involved in illegal labelling of wines. Rich Frank was a key figure in Disney's programming venture with three regional Bell Telephone companies (Ameritech, Bell South, & SBC Commun.) coming together. Bell Telephone wanted to get into cable TV. Michael Ovitz formed a rival group of 3 other Bell Telephone co.s. Calvin Robinson, who tied in with Land Vest, worked with Boyce, who in turn worked for TRW Co., in Redondo Beach, CA. Boyce was sentenced to 40 years for selling US surveillance secrets to the soviets.

Daniel Hillis, the co-founder of a supercomputer producer Thinking Machines from MIT, is in charge of the Walt Disney Imagineering unit. Hillis helped Disney develop a virtual-reality ride at Disneyland based on the Aladdin cartoon.

Jeffrey Katzenberg, has been the chairman of Disney's movie studio, is an aggressive worker, a model Type A person. „Ask 50 people to describe Jeffrey Katzenberg, and most will say tenacious. 'If Jeffrey were any more aggressive, he'd be in jail." says the producer Dan Melnick." ( Harmetz, Aljean, "Who Makes Disney Run?", *NY Times.* Feb. 7, '88, p. 29.) Katzenberg is the father of twins, which people joke was typical of his efficiency. Katzenberg supervised the production of Star Trek. Most of his movies have been box office successes. In the '70's, Katzenberg worked for NY Mayor John Lindsay.

Sanford Martin Litvack. Sanford is the Executive Vice Pres. of Disney and in charge of "Human Resources" for the corporation. He is a jewish lawyer who was educated at the Jesuits' Georgetown Univer. He is on the bd of dir, of Bet Tzedek.

Vincent Price. Price has been one of the major influential occultists who has provided the world with many occult horror books and scripts. He worked for Disney some, and was the voice for Ratigan in *The Great Mouse Detective.* Vincent Price's good friend John Hay Whitney is an Illuminati kingpin and vice-pres. of the Pilgrim Society and was raised into the Illuminati through the Yale Scroll & Key fraternity. His friend Whitney likes horror movies.

The Osmond Brothers. Merrill Osmond's boys were "discovered" at Disneyland when they were visiting the site in 1962. The Disney people on Main St. just "happened" to recognize the talent of the five boys and signed them up soon for their first professional singing contract. The Osmond Boys did some television appearances for Disneyland such as Meet Me at Disneyland, and Disneyland after Dark. (Considering the mind-control programming done to these Osmund children, these TV shows were a cruel joke.) Of the singing Osmond kids, Donny is the next to the youngest, and his sister Marie is the youngest. Both Donny and his sister Marie are programmed multiples who are slaves, who have been subjected to a lot of abuse. They have good front alters. Their father has made millions from drugs, porn and white slavery and is part of the Mormon Illuminati front. The Mormon front of the Illuminati has gotten a lot of good publicity off of the Osmonds. They sang for Andy Williams whose french wife was once arraigned on murder charges. Later they sang for the satanic Network's Lawrence Welk show. Swedish accented Lawrence Welk has been part of the Network. Marie Osmond has grown up, and she has adopted 3 of her 5 children in spite of her busy singing schedule which includes approx. 200 singing shows a year at places like Mafia controlled Atlantic City. In terms of occult families, adopted children are often programmed children, so this is a clue that her children have been programmed too.

Michael Ovitz. Ovitz was the no. 2 man at Walt Disney for a while until near the end of '96. Michael Ovitz was a high school classmate in VanNuys, CA with Michael Milken (later the junk-bond wizard), & there are many of the same people connected to both men. When Michael Ovitz's National Mercantile Bancorp (a saving & loan) began getting into the quicksand of several lawsuits & scandals, attorney Robert Strauss represented him. Illuminati member Robert Strauss has been a lawyer connected with drug running & the mafia. He was also an FBI agent from '41 to '45 with

36

Hoover. He is admitted to the Wash. D.C. bar. Pres. Bush appointed him U.S. Ambassador to Russia. He has been on the board of dir, of the Illuminati's PepsiCo, Archer-Daniels-Midland (ADM), and General Instruments (which have been exposed in other writings by this author.) He was also a board member of the Illuminati-mafia run MCA. Strauss is seen in Wash. D.C. as a behind the scenes power broker. Strauss represented Michael Milken associate Ronald 0. Perelman, Chrmn. of Revlon, who made a $600 mil. killing off of the 1st Gibraltar S&L. Strauss represented MCA, which the Bronfmans took over in *1995.* The book Knoedelsder, William. *Stiffed-The True Story of MCA, The Music Business, and the Mafia.* NY: HarperCollins Pub., 1993, does an good job of connecting MCA to the mob, the Network, and Iran Contra. See especially page 442. *Time* magazine 2/24/97 carried a page long story about Michael Ovitz being out of a job. In the article, they reported that he was spending time on his new yacht The Illusion, visiting Joe Silver's estate in So. Carolina, visiting his property in Aspen, CO, and eating lunch with investment adviser Richard Salomon of Spears, Benzak, Salomon & Farrell. Gordon Crawford of the Capital Group is quoted in the article praising Ovitz, and saying he would invest in an Ovitz venture. Ovitz is believed to be mafia by people in a place to know. He has also been known to threaten people using mafia terms, for instance, *Vanity Fair* (12/'96, p. 272) reports Ovitz threatening Bernie Brillstein, a producer, with his "foot solders". *The San Francisco Chronicle* (Fri., 1/26/'96, p. D20) quotes the latest issue of *Columbia Journalism Review* about an incident where a reporter Anita Busch who was investigating Ovitz got violently sick from the MSG in her food as she interviewed him. To top off it all off, Ovitz followed up her story which questioned his actions, by sending her a gift wrapped package of MSG with a one-word note: "Enjoy.". Michael Ovitz has had the clout to deal with Illuminati kingpin Edgar Bronfman head to head. He requested & got Bronfman to keep his dad employed, which was dutifully done. Edgar Bronfman Jr. had seriously considered having Ovitz head Seagram's MCA/Universal conglomerate.

Frank G. Wells. Frank was the President & the Chief Operating Officer of The Walt Disney Co. Wells was also on Disney's board of directors. He was a Rhodes Scholar, and a lawyer in *1955.* Those who have read previous books (such as *Vol. 1)* by this author know how the Rhodes Scholars fit into things & are part of the Illuminati. He worked closely with Eisner & Katzenberg. Frank died in a helicopter crash in the spring of 1994 while heli-skiing in Nevada. His surviving sister is Molly Wells Chappellet who runs around in Illuminati circles. Molly Wells Chappellet has been featured several times in Betty Knight Scripp's magazine *Appellation.* Betty Knight Scripp was married to a Bohemian Grove member. Betty has been good friends with: the late Pamela Harriman (who was a recent U.S. ambassador to France & connected to the Rothschilds), as well as good friends with Her Imperial Highness the Grand Duchess of Vladmir of Russia, who owns the Chateau Margaux in Bordeaux. Betty Scripps personally monitors with care what is put into her incredible magazine *Appellation.* She has a column "Who's Who in the Wine Country" where the Chappellets have appeared in print numerous times.

Nearly all of Disney's 1920 movies had a black cat in them. Many had occult slants to the scripts. The occult slant never departed from Disney themes.

## Some of DISNEY'S blatantly OCCULT MOVIES.

Aladdin. A wisecracking allpowerful genie is shown.

Bednobs & Broomsticks. (1971) A witch finds a magic formula from a lion king. The magic formula raises a ghostly army of armor in a museum which stops a band of German commandos.

Beyond Witch Mountain. (1982) A pair of twins leave Witch's Mountain and have to use their special occult powers to outwit a character named Deranian.

Black Cauldron, The. (1985), A Horned King uses his magic to fight a clairvoyant pig and the pig's keeper. This animation cost *$25* million, but was a box office failure.

Bride of Boogedy. (1987) An evil spirit visits the Davis family and puts the father under a spell. Directed by Oz Scott.

37

Child of Glass. (1978) A glass doll must be found to set a ghost free in a haunted house.

Gnome-Mobi1e, The (1967). A multimillionaire and his grandchildren encounter gnomes. In the end the multimillionaire deeds the forest to the gnomes for eternity.

Halloween Hall of Fame (1977). Jack-o-lanterns come to life.

Halloween Treat (1982). Cartoons about Halloween. This was followed the next year with a film Haunted Halloween which talked about the origins of Halloween.

Misadventures of Merlin Jones. (1964) A genius tries to help other students. He tries to also use hypnotism & ESP which backfire on him.

Richest Cat in the World. (1986) A wealthy man leaves his fortune to his cat, who the relatives later discover can talk.


## H. DISNEY & its MOB connections

When this author spoke to the co-author's deeper Illuminati alters about Disney, their reaction was that Disney had been described to them when they were in the Illuminati as "a syndicate within a syndicate." They said that while in the Illuminati, they were aware that Disneyland had their own government, their own rules and their own police force. They were a crime syndicate within a syndicate. What these Illuminati alters casually mentioned, was verified by this author the hard way through research. One Disneyland Security Supervisor said, "There is no Constitution at Disneyland. We have our own laws." Once, when Walt Disney got miffed at a Hollywood policeman, Walt said, "I'll have your badge." If Disney guards decide to, they will get very rough physically with people, and assault them in any fashion they see fit. The people they detain are often thrown into tiny cells at Disneyland where they are kept without benefit of a phone call, without benefit of a toilet or water. The judicial system turns a blind eye to whatever Disney police do. Many people pay Disney to get their children out of a Disney cell, and never get due process of any law. This type of treatment has gone on for decades, and is almost a daily occurrence at Disneyland. The Anaheim Police force is very chummy with the Disney private police force. Also at one point, the Burbank Chief of Police was the brother-in-law to Disney's Chief of Security. Recently, when a couple filed a wrongful death suit against the Magic Kingdom of Disney in Florida, the state of Florida surprisingly has appeared to have backed off from their traditional behavior of protecting Disney's sovereignty. An article on the suit said, ""there is evidence of some nervousness with Disney's relative autonomy."" *(San Francisco Chronicle,* article "Mickey's Dark Side" Oct. 1, '96, p. C6) An attorney in the case said, "Disney World's security people aren't just cops, they are bad ones. I don't think there is any corporation that has ever had the perceived power that Disney has." Richard Foglesong, a professor of politics at Rollins College in Winter Park stated, "Because Disney World controls so much of its corporate and municipal universe, it can't help but act in a heavy-handed manner in order to ferociously protect its self-interest. They have immunity from state and local land use law. They can build a nuclear plant, distribute alcohol. They have powers local communities don't have. Do they abuse it? In my opinion, yes." In line with Disney's previous dictatorial policies on their properties, Disney's new city called Celebration will not have any elected government. Since the city is unincorporated (a neat Disney trick) the mayor is appointed by Disney. Several Disney "quasi-government'" bodies control citizens of the city. For instance, the Celebration Residential Owners Association, which participates in binding all residents to a Declaration of Covenants, a legal binder of rules that residents must live by. Of course the Declaration of Covenants was written by Disney. These rules include such nit picky things as, no more than two people can sleep in the same bedroom, no pickup trucks can be parked in front of homes, and if Disney officials don't like your cat or dog they can forcibly remove the animal from your home. Disney Corp. has perpetrated numerous deceptions on the residents, incl. shoddy work on their homes, and operating their ""public"" school with Disney cronies. Still, the residents that have moved into Celebration are glowing with praise for the town in spite of the fact that the city

38

is totally run by Big Brother Disney Corp. Of course those who don't love it, soon leave. So much for the American tradition of self-government.

## Some MOB HISTORY.

Traditionally, the mob crime bosses have had a yearly summit. In 1928, they had their yearly conclave at Cleveland. In 1929, they had their secret yearly conclave at Atlantic City. In 1931, they held their secret annual conclave at Wappingers Falls, NY. At the Wappingers Falls meeting, attended by about 300 overlords and soldiers, the heads of the family clans discussed their crime family agendas. They decided where the first national Mafia convention was to be held. Once the Mafia was able to hold their yearly private national meetings, they were able to coordinate their activities, as well as decide such things as:

a. the direction of national & internal operations, and long range plans

b. the promotion of new bosses

c. decisions on turf & rank, commodities & cash

d. hashing out alliances or disputes with the Mishpucka, Triads, FBI, Illuminati, etc. and working with others in a concerted manner. The mafia clans would then leave the annual summit meetings and follow through in their area of operations, until they would meet the next year, review their successes & failures, get new assignments, and decide upon new short & long term goals. In 1927, the Mishpucka worked with Mafia to highjack a bootleg shipment of whiskey travelling from Ireland to Boston for the Kennedy Illuminati family. Most of Kennedy's guards were killed in the shootout, and J.P. Kennedy had the widows of the guards besieging him for financial assistance. Billy Graham's good friend Mafia Chief Joseph Bonanno was one of the chiefs who attended the yearly conclaves. He also met with J.F. Kennedy in the Winter of 1959. John Kennedy was known to have said that mobster Sam Giancana worked for his Kennedy family. The mob/Illuminati alliances and infighting are too complex to deal with in this book, but both groups had to put plans into action to deal with the repeal of Prohibition, which would end their lucrative bootlegging. The short term plan for the Mafia was to control the film industry in Hollywood, and to penetrate the unions better. The long term plans called for sending their next few generations of children off to the top schools and getting them into legitimate respectable corporate positions. By learning the ins and

outs of honest, legal operations, they could then mix in the illegal operations with their legal ones & look legal. They planned to extend their power base into politics, the Harvard-Stanford business schools, as well as the finest corporate board rooms. They intended (and have succeeded) in getting some of their offspring to produce/direct T.V./films. They would have an increasing presence within the Bohemian Grove membership, as well as some of the other great social & business clubs. Their plan to take over the film industry hinged on their union control over unions and theaters. The Chicago mob controlled the International Alliance of Theatrical Stage Employees Union. The mob controlled the projectionist's union, and if the film makers had the theaters where their movies were shown shut down, what good would it be to make movies? The film makers and the mafia both had power & money. Rather than fight a protracted war, they made a deal. The major studios would give about *$50,000* a year to the mafia, and the small ones *$25,000,* to be allowed to function. Other agreements were also reached. Mob henchmen Willie Bioff and George E. Browne were mob lieutenants who orchestrated the mob's "Hollywood takeover".

*Time Magazine,* Nov. 1, 1943, wrote, "In the witness chair in Manhattan's Federal Court sat bland, wily Willie Bioft (pronounced Buy-off), blackmailer, panderer, labor leader, and now star witness against eight ex-pals, who are charged with shaking down $1 million from the movie industry...Question: Was it true that Bioft once had a five-year plan for taking over 20% of Hollywood's profits-and eventually 50% interest In the studios themselves? Bioff (wistfully): "If we'd lasted that long, we would have. Question: "Did you ever say you were boss of Hollywood and

39

could make producers do whatever you wanted?" Bioff: "Yes-and I could make them dance to my tune." Although Bioff rolled over on his pals and ended up getting car bombed, that didn't stop the mob/Mishpucka infiltration & control of Hollywood. (Bioff had tried to save his public image by helping Walt Disney settle his labor dispute with the mob-led unions, but Walt wisely rejected his offer of help, and made sure he didn't to offend the Chicago mob leaders who were disgruntled with Bioff.) Hundreds of millions of dollars were poured by the Mafia & Mishpucka into real estate in southern California, by using legitimate local businessmen to launder the money. Hollywood was declared a "free zone" where all the Mafia/Mishpucka families could operate without a fear of a turf war. Let us backtrack slightly to 1930. Columbia distributed Disney cartoons from 1930 until 1932, when Disney switched to United Artists, because Columbia wasn't bothering to pay Disney the money they owed. In 1930, Cohn, Pres. of Columbia Pictures, got Disney off the financial hook with Powers by intimidating Powers with some street toughs carrying a legal suit. If Disney wasn't indebted to the mafia before, he was at that point. Biographers have been puzzled why Disney went into such a traumatic depression after Henry Cohn "helped" him. Tough guy Henry Cohn made sure Walt knew who was boss. His attitude was that Walt should be happy to be paid at all by him for the cartoons Walt supplied Columbia. After this, Walt would lock himself in his room and weep uncontrollably for hours. He was impossible for anyone to get along with. He was unable to focus on anything, and would stare for long periods out the window. Biographers blame Walt's behavior on the fact that his wife was pregnant. They also blame it on his friend Iwerks defection to another company. Frankly, Walt had treated Iwerk like a dog, and deep down must have known why Iwerk left such an abusive relationship. To claim that he wept for hours day after day because he realized he might become a father is too much to swallow. When Walt was asked years later about why he was so depressed he said it was the stress of the financial situation. Walt said, „I had a nervous breakdown. ..Costs were going up; each new picture we finished cost more to make than we had figured it would earn when we first began to plan it...I cracked up." This author submits to the reader that part of his breakdown may have indeed been the financial stress from having come under the heel of the mafia. They had all the means to make or break him, and he had no choice but to surrender to their overwhelming power to blackmail & destroy him OR to get out of the business. What this did was place Walt in a position where his two strongest traits had to clash--his overwhelming obsession to be his own boss, and his creative obsession to create animation which was wrapped up with his ego & his deep phobias and psychological needs. His mind couldn't give up its independence nor its creativity without great mental anguish, and therefore Walt was very saddened, knowing that he would have to admit defeat, and buckle under the heels of the big boys. Just when he needed emotional support his wife was going to have a child, and his best animator left. Walt had abandoned Iwerks years before, and Walt's wife had wanted a child for some time. Iwerk's departure and his arriving child do not in themselves account for the long intense nervous breakdown that Walt experienced. Biographers point out that Walt was very reluctant to have children, and that he was impotent with women including his wife much of the time. His impotency to carry out normal sex may help explain his secret sexual habits. Walt's masonic brother Carl Laemmle offered Walt a good deal to help him recover from Henry Cohn's abusive control of Walt, but Carl wanted the copyright to Mickey Mouse in return for the help, and Walt wouldn't part with Mickey Mouse. Instead, Walt signed a contract offered by Joseph Schenck of UA (United Artists), who was one of the Mafia's illegal drug kingpins. In *1935,* the mob's illegal drug dealer Joseph Schenck went on to found 20th Century, Inc. which later merged with Fox in '38 to form Twentieth Century-Fox, whose board of directors would include two Illuminati kingpins William Randolph Hearst and Malcolm MacIntyre. Joseph Schenck's brother Nicholas Schenck and Marcus Loew merged Metro Pictures and Goldwyn Pictures and named Louis B. Mayer as its head. Meanwhile over the years, MCA, headed up by Illuminati Kingpin Lew Wasserman gained a monopoly over the American film industry with the secret backroom deals that they made with Ronald Reagan's Screen Actor's Guild and Petrillo's American Fed, of Musicians. (By the way, Lew Wasserman would try to revive Reagan's acting career in the early '60's. Frank Sinatra and Walt Disney were both friends of Ronald Reagan, and all three believed in mind-control.) Ronald Reagan and Petrillo in turn worked with the Mafia's NCS Council of 9 (which incl. Anthony Accardo and Sam Giancana), which at one point divided the U.S. into 24 mob territories. After J. Schenck went to jail (very briefly), he was replaced as Pres. of 20th-Cent. Fox by Spyros Skouras. Before his arrest, while Schenck was still in charge of 20th-Cent. Fox,

he made numerous offers to Disney for Disney to incorporate his studio as a subdivision of 20th-Cent. Fox. Disney worked for a few years with them distributing his films, but he would not let go of trying to be independent. The FBI and American Intelligence turned to the mob to help them as the U.S. entered WW II. Perhaps Walt's mob connection added impetus for his recruitment. Walt went to a number of American Nazi meetings prior to Pearl Harbor. This author believes from knowing Walt's personality that Walt may have been on assignment, rather than a Nazi sympathizer. Still, why does one of Disney's pre-Pearl harbor cartoons display a swastika? Disney's Epcot Resorts is close to the mob's Atlantic City Board Walk with its nightclubs. The resort was designed by Robert A.M. Stern. (This author doesn't know about Robert Stern, but there are programmed multiples and Illuminati members within the Stern family.) At Walt Disney World, the nightclub there was named "Cage", and then later '8 TRAX". Comedy Warehouse, which is a nightclub at Pleasure Island in Walt Disney World opened on May 1, 1989 and has used slave comedians as well having people who are mind-control abusers. On Feb. 11, 1987, Walt Disney Co. was reincorporated in Delaware. Delaware is the only state that allows total corporate secrecy. No one can find out who really is running a Delaware corporation, and many other secrets can be hidden under Delaware's corporation laws. Capital Group has considerable shares in Disney, as well as 29% of the shares of the Robert Mondavi winery at 7801 St. Helena Hwy, Oakville, CA. Wellington Group and Mellon bank also have shares. Behind Capital Group are mob controlled groups like Debartolo Reality Corp. and La Quinta Inns (a Bass bro. operation.) Sam Bronfman operates Sterling & Monterey Vineyards. There are countless people walking around that have felt the ruthless, impersonal, controlling, money-grabbing side of the Disney Corp. Also, there are a number of journalists who have experienced first hand the secrecy and paranoia that the Disney corporation has. Most journalists are not used to the secrecy that pervades Disney. Because Disney has shaped the myths of America for several generations, the public takes more concern over who is running Disney, than they would other institutions. Because most of America believe in the image that the Illuminati have built for Disney, they are rooting for it to succeed.

**How the Disney Executives have figured out how to steal land all across the U.S.**

Over the years Walt Disney has developed several very sneaky reliable techniques to acquire land. They acquire land through their executives and large stockholders and family members of the execs and stockholders. After all the deals are made in an area, and when everything is in place over a period of time, these people then turn their land over to Disney. Disney works with government officials and local bankers to line up special deals so they can succeed in their plans. After everything is lined up, the corporation announces their plans and goes forward. This methodology has been used repeatedly, for instance the American History Theme Park in the Manassas Civil War battlefield area of Virginia for which Disney has acquired 1,800 acres and has access to at least 1,200 more. In Nov. '94, after a new Virginia governor was elected, the Virginia "Disney's America" project was announced, and Virginia voted almost instantly for the money for transportation and infrastructure improvements to the area so that Disney's theme park would be viable. Disney set up 3 banks in Napa, CA. Their banks made loans to old families in the valley. The trusts and the wills for these families were made up by Stanford Univ. grads. These people set on the boards of these banks or connect with the boards of these banks. They charge large fees, and know every trick in the book to rob people of their estates and their living trusts. The Stanford grads, who connect in with intelligence agencies & the mob use certain code words when they set up their businesses, such as RESOURCE, EVERGREEN and PACIFIC. There are a number of scared landholders who are being intimidated to sell their land in the Napa Valley region.

**DISNEY and the GOVERNMENT**

Just prior to W.W. II, the FBI recruited Walt Disney. His job was to spy on Hollywood or anything else that looked suspicious. Documents obtained from the Freedom of Information Act, in spite of

heavy censoring, clearly show that Walt Disney became a paid Special Correspondent asset of the FBI. He reported to FBI agent E.E. Conroy. In 1954, Walt was promoted to Special Agent in Charge (SAC) which means others reported to him. After "leaving" the CIA, ex-DCI (ex-head) of the CIA William Hedgcock Webster became a lawyer for the Wash. D.C. based firm of Milbank, Tweed, Hadley and McCloy. In 1993, when news broke about Walt Disney's FBI membership, ex-CIA head Webster worked with the Disney family to cover up to the public that Walt Disney was an FBI agent. Webster went on TV and had interviews to spread the fabrication that Walt was not connected to the FBI. Why? One of the countless items that Disney was involved in was the investigation into the disappearance/rape of a six-year old child Rose Marie Riddle on 1/12/61. According to documents gotten from the Freedom of Information Act, W.G. Simon was the FBI agent who met with SAC Walt Disney in L.A. about the case. W.G. Simon has been one of those people who has been publicly lying by claiming that Walt Disney never was an FBI agent. The paper trail proves otherwise. Why is it so important to the FBI and CIA to cover up that Walt was an FBI agent? Walt also worked for the CIA, even though documentation of that is not available. This author theorizes that the reason the FBI and CIA are so touchy about letting people know that Walt worked for the government is that the Network knows how the FBI and CIA worked together to procure children for mind-control programming purposes. Because Disney and Disneyland played such as enormous role in Mind-control, Disney's connection to them, although on the surface a seemingly minor fact, is in reality a minor fact setting on top of an enormous ghastly secret. When W.W. II started, the government incorporated the Disney studios into the war machine. The military paid Disney $80,000 for 20 training cartoon, which cost Disney $72,000 to make. Disney studios also made some secret films for the military. Mickey Mouse and Goofy cartoons were slanted to have war themes, for instance, the Goofy cartoon of 1941 "The Art of Self Defense" and "How to be a Sailor" in 1944. Perhaps in honor of the contribution Disney had made to the war effort, "Mickey Mouse" was the password of the Allies for millions of men on the big D-Day invasion on June 6,1944. Walt Disney produced a cartoon showing Donald Duck paying his taxes faithfully. The film was entitled The New Spirit. It was very successful in getting Americans to comply with the IRS. In 1946, Disney made a film for the public schools for sex education entitled *The Story of Menstruation.* For the United Nations, Walt Disney created "It's a Small World" attraction for UNICEF for the '64-65 World's Fair. This attraction was moved to the theme parks & has been a major feature for mind-control. After learning of the enormous amount of mind-control programming going on during after hours in secret tunnels at Disney as well as in the public facilities, it makes more sense why the Russian Premier Nikita Khrushchev would be denied a visit to Disneyland by the U.S. government "due to security considerations" when he was visiting the U.S. in Sept. 1959. Khrushchev obviously had his own security working in tandem with American security and the intelligence people for whatever reason(s) didn't want the complication of these Russians going to a major programming site. Some powerful military men have been connected to Disney films. Two former commanding officers of the USS Alabama nuclear sub were technical advisors for the Disney film Crimson Tide. Walt Disney was tied to the U.S. government, and recent disclosures show that he was tied to the FBI. Walt used his FBI connection to destroy the life of Art Babbitt, who had led the strike against Disney in 1940. Babbitt found that everything he attempted in life after the strike was ruined by some hidden power. Was Walt part of naval intelligence attached to the FBI? Was he part of the FBI that is involved with child procurement and mind-control? In the 1950's the Illuminati began organizing covens on the West coast and began solidifying their power. (This comes from several independent sources.) Likewise, it's clear that Disney didn't have the clout in 1953 with local governments, that it does today. Walt Disney was unsuccessful when he tried to get permission from the city of Los Angeles and the Burbank City Council for the construction of Disneyland (called Disneylandia at that time), in the Burbank area. One Burbank councilman told Walt, "We don't want the carny atmosphere in Burbank."" Inconsistently, within a few years they gave permission to Universal to build an amusement park in Burbank, which opened in 1964. Disney then ask the Stanford Research Institute to locate a spot for Disneylandia (Disneyland), which they found at Anaheim. In recent years, Disney decided they wanted to build another amusement park (called California Adventure) across from Disneyland. In order to do so, the Interstate highway will have to have changes, and the Anaheim city council needed to approve the large 55 acre expansion. In contrast to the Burbank City Council in *1953,* Anaheim's City Council was enthusiastic about the expansion in spite of lots of local

opposition. The locals complained at council meetings to the City Council that the city had no business going hundreds of millions of dollars into debt to help a corporate giant. (Anaheim will issue $400 million in bonds.) Locals also raised concerns that the public school system in Anaheim is stressed to the breaking point where they are considering going to half days, and that Disney Corporation should give as much consideration for the school children of Anaheim as they do to their Amusement park. Disneyland's Pres. Paul Pressler bragged about Disney's new California Adventure amusement park, "Disney's California Adventure is really a

celebration of the fun, the beauty, the people and the accomplishments of this magical state. We really have set out to try to capture a bit of what the California dream is all about." (Sounds like the dream is to be wealthy and control people. The elite would rather give us BREAD & CIRCUS than an education.)

The Dragnet films were done in part at the Disney studios. In an Office Memo from the 66-new LA SAC FBI agent to Hoover (12/16/54), which was obtained via the Freedom of Information Act, the typed memo states, „Mr. Disney has volunteered representatives of this office complete access to the facilities of Disneyland for use in connection with official matters..." Historically, we now know that Disney's use for "official matters" included mind-control.


## J. DISNEY & MIND CONTROL

Once the reader is familiar with the programming scripts, the reader merely needs to watch the Disney "Adventures in Wonderland" that come on TV in the morning to see Disney mind-control at work. Within a few minutes one morning, this author had seen a white rabbit create "a world in your mind" (the quote is what the show said!) with a ring, watched Alice go through the mirrors, watched a White Rabbit [the programmer] read a book to a little girl, and the TV listener be told by the show "The White Rabbit is our only hope!" The deeper alters of Illuminati slaves who are programmed for espionage, for spying & blackmail, & seduction & assassination, are given programming to live in a fantasy world. They never touch base with reality. Much of this type of programming has gone on at Disneyland. Disneyland visitors are taken in a boat where dolls sing an around-the-world theme song "It's a small small world". These doll world parts of the amusement parks are used for programming assassination & espionage alters. The song & dolls play important roles in these alter's mind-control programming. Some slaves at around age 19, have this type of programming tested to make sure it is solidly in place. The song „It's a Small World" was composed by the Sherman brothers for Disney originally as a theme song for a ride at the *'63-'65* NY World's Fair. The Sherman brothers were talent that Disney discovered. They were born in NYC, and both graduated from Beverly Hills High School. They wrote Disney songs for at least 29 films. Mind-controlled slaves, who repeatedly bump into each other, but don't know why, will be found saying, "It's a small, small world." Both rituals & programming go on at Disney amusement parks during both the day & night. Steven Rockefeller and Walt Disney travelled and spent time together with Dr. Hadley Cantril, an establishment expert on human behavior. (See *There Was Once A Time of Islands, Illusions & Rockefellers.* NY: Harcourt Brace Jovanovich, 1975.) When Walt Disney began Walt Disney World he sent Card Walker to the Florida capital to request quid pro quo, and the governor gave it to Disney. What that meant is that Disney's property in Florida was totally controlled under Disney's jurisdiction, they had their own laws, their own police force, their own hospitals, and their own tax rate. No outside authority would interfere with Disney's jurisdiction. DisneyWorld's finances would be untouchable and out of sight by the state of Florida. Never had so much power been given away. DisneyWorld became its own crime syndicate within the syndicate. Disney amusement parks are like a city within a city. They have there own security forces, and the local police allow the Disney security forces to take care of their turf. Disney has their own policies (laws). Some of the security forces can be identified in plain clothes with clean-cut hair styles and have communication devices. The security forces have a headquarters room where TV monitors display-live the exit points at Disney as well as other locations. *America 's Most Wanted* has a fairly large file on children who have been kidnapped at Disney Amusement Parks. One mother, who got separated from her child when getting off a train,

frantically told a guard her child was missing. The guard took her to the monitor room, where they saw the kidnapper carrying the child out of the park with the boy slumped over his shoulder. In that short of a time, the kidnapper had drugged the child, cut his hair different, and put a different shirt on him. (This anecdote was mention in *Inside the Mouse*, pg. 52) As written before, white slavery is part of what Disney is all about. This mother was one of the fortunate few who did manage to find their kidnapped children. An insider states that the Disney police are definitely part of those moving and abusing innocent children brought in for occult rituals. In addition, the Disney security forces spy on their own employees. Employees do not enter the theme parks like the visitors, nor do they move around like the visitors. They have underground tunnels and underground entrances and facilities for that. One victim of total mind-control mentioned that a tunnel entrance was at the Matterhorn mountain at Disneyland. (The Matterhorn was opened by Walt and his good-friend Richard Nixon, who rode in the first car down the mountain.) The Disney productions has given the Illuminati the cover to bring together Illusionists, magicians, and special effects artists without anyone being suspicious. Some of these men were able to apply their talents toward programming children. As an example of their talents, Disney special effects artists were able to create 16 realistic-looking cadavers for the 1989 film *Gross Anatomy*. Walt Disney, Inc. has teamed up with Los Alamos and Sandia Labs, two other groups which are heavily involved in mind-control and people control to develop body scans, branding and access codes for the visitors to Disney's theme parks. Each of the Disney Theme parks, such as Disneyland, DisneyWorld, EuroDisney etc. have vast underground facilities. These underground facilities allow many of the workers to get to the ride areas via underground passages. Each theme facility also has a vast infrastructure underground in order to maintain it. The underground areas contain wardrobe design and repair units, fitting rooms, restrooms, cafeterias, security units, computers, freight ramps, utility encasements, and large connecting tunnels. The underground areas also have programming rooms. They have their own power plants and water systems and their own police force. Disney company employs 71,000 people at several locations, tone recent TV show used the figure 40,000 Disney employees.] People are coming and going 24 hours at the Disney theme parks. Three shifts keep up the 24 hour business. The night crews maintain and repair the parks for the thousands of people that will soon arrive in the morning. Disneyland makes a natural prop for carrying out mind-control. The items they sell are also natural props--such as the Goofy watch *($19.95)* which has hands that move backward to confuse a slave as to what time it is. Was Walt Disney aware of how Disneyland was used for programming? There is no doubt. Disney lived much of nights at Disneyland, and had an apartment at the firehouse near the train station on Main St. At night, if he was not doing anything else, he'd roam the grounds of Disneyland scribbling notes on his own distinctive blue paper, which he'd leave for workers to follow the next day. The notes would say such things as "Replace these flowers," or "Move that bench". *(Prince of the Magic Kingdom,* p. *25)* Walt Disney knew everything that went on in his Magic Kingdom. The Epcot Center and the Disney amusement parks market all kinds of occult triggers, including crystals, rainbows, wizards etc. that reinforce the programming. The Epcot Center has two glass pyramids along with its "Journey into Imagination". Disneyworld has the Island of Atlantis on its sub tour. Fantasyland is one of the most used tours of Disneyland for mind-control purposes. It has carousels, merry music, an incredible castle, boat rides, story book characters etc. Sleeping Beauty Castle with its blue turrets and gold spires is the central visual object of Disneyland. You cross a drawbridge to get into

it. Inside Fantasyland are Illuminati programming sites such as the Mad Hatter teacups, the King Arthur carousel horses, and Snow White's forest.

In the far corner of Disneyland's New Orlean's Square is the Haunted Mansion. This mansion is designed to frighten and scare, it has an ingenious design and many special effects and illusions. Realistic ghosts, a screeching raven, howling voices, and other scary things welcome the visitor. Life size holograms are created at the Haunted Mansion, and dance in sync with the music and then fade out at certain points. There is a hologram of a woman's head in a crystal ball who chatters non-stop. A real good laugh for the programmers of a little child. When you are toward the end, you will have a chance to look into a mirror where a hologram ghost will nestle up beside you. Star Speeder is another great programming location at Disneyland. It was the creation of George Lucas and the Disney Imagineers. The technology is borrowed from Star Wars, and is similar to flight simulators

used by the military to train pilots. Disneyland Hotel offers Character Breakfasts, where children eat breakfast with Disney characters, to people who make special arrangements. U.S. Special Forces, which carries out mind-control, owns two hotels near Disney World, and the Mormons have one also. Knott's Berry Farm with its Ghost Town, Amusement Park, & its Charlie Brown themes and characters is near Disneyland. One of the Disney executives began one of the most horrible trauma-based mind-control programming centers in Los Angeles called Magic Castle a comedy warehouse. This trauma center had horrible torture chambers. Children were brought in from South and Central America to be programmed at the Magic Castle. A brave L.A. policeman exposed the place--for which he lost his job, and eventually was able to get the site closed. One of Disney's recent ventures in their

Disney Institute, which *Newsweek* labeled "the Disneyland of the Mind". *(Newsweek,* Mar. 4, 1996, p. 61) A private club called Club 33 at Disneyland located upstairs in the New Orleans Square is believed to be involved in mind-control. Cub's Den supervises children's activities at the Wilderness Lodge Resort at Walt Disney World.

At Disney-MGM studios the major attraction is the Twilight Zone Tower of Terror. Guests take a strange scary trip through the hotel, where guests are finally sent into an elevator that drops out of control 13 stories. The ride has been advertized on TV. Disneyland now has a Temple to the Forbidden Eye--which is simply a Temple to the All Seeing Eye, the Illuminati symbol. Visitors, who have the patience to wait in line, can strap themselves in for a ride that is like a jack hammer that jars the rider through a temple filled with snakes, rats, and mummies. One aerobics teacher couldn't walk for three days after the jarring ride, which comes across as „hokey". The experience is more traumatizing than fun, but then maybe that is what was intended.


## DISNEY VACATIONS FOR THE ELITE

Years ago this author's newsletters exposed Hilton Head Island, SC as a watering hole of the powerful elite incl. retired generals and admirals, and the site for the elite's Renaissance Weekend "meat market". Remember, that at one time Hilton Head Island was private, with imported alligators in the water around it. A person was only allowed on the island by going through security gates with a clearance. In a later newsletter, Disney's Hilton Head Island Resort was mentioned. This resort, built by Disney Vacation Development, Inc., is located on a 15-acre private island linked to Hilton Head island by a narrow bridge. Members to the Disney Vacation Club can exchange time for vacations at Disney and other resorts around the world. Memberships cost minimum $9,412.


## MELODYLAND

Right smack across from the entrance to Disneyland is the Assembly of God's Melodyland Christian Center, the birthplace of TEN (Trinity Broadcasting Network). The Assembly of God denomination has been heavily infiltrated by the Illuminati, and has been heavily used as a front for programmed slaves. Paul Crouch, president of Trinity Broadcasting Systems, Inc., was affiliated with Melodyland in 1973 when TBS was getting started. At that time, Melodyland was a rich heavily infiltrated charismatic church, with its share of programmed multiples. In 1973, closet homosexual minister Jim Bakker, and his wife Tammy Faye, a programmed multiple were with Paul Crouch in Anaheim at Melodyland. Paul Crouch had been the assistant pastor of Bakker's home church in Muskegon, MI. Crouch's right hand man was Alexander Valderrama, a charismatic Roman Catholic. TBS used an abandoned military base as their TV complex, using hangers as studios. In the early 70's, ABC put Bakker & Crouch's early shows on their affiliate stations on Sunday morning. Bakker had already gotten his career kicked off with Illuminatus Pat Robertson and his 700 Club. Jim Bakker split and went to the east coast. To help Bakker with his money, Bill Perkins, who had been a financial analyst for the World Order's mind-control research at Sandia National Labs in Livermore came to help Bakker run his ministry's finances. Later, televangelist Bakker began building Heritage USA, which

45

was to be a big-money resort. Bakker hired people who had worked for Disney to construct Heritage
USA. Bakker studied Disneyland, Disneyworld, and other Disney places as a model for Heritage
USA. After Disneyworld opened in Florida, Jim Bakker was a REGULAR visitor to it. Heritage
USA's Ft. Heritage was modelled after Disney's Ft. Wilderness, Main St. was modelled after the
Magic Kingdom's Main St., and Disney's wrought-iron fencing was also copied. Most people are
aware of Jim Bakker's *$265,000* payoff to Jessica Hahn to keep her sexual services to him a secret,
his longtime homosexual relationship with his right hand man David Taggart, and his prison sentence.
James Orson (named after Orson Welles) Bakker was from Muskegon, the same place that Cathy
O'Brien, a freed Mind-controlled slave came from. He was born pre-mature, and had some interesting
family situations that make his family suspect. While Cathy O'Brien got programmed via the
Catholics, Jim was part of another denomination which also was into programming, the charismatic
Assemblies of God. His grandfather, who lived next door to Jim, and where Jim spent much
childhood time with was popularly known in town as a "huckster", and nicknamed Kingfish after the
manipulative character on Amos & Andy. Tammy his wife grew up in International Falls, MN in
poverty in the home of her stepfather and mother. Besides having a "shopping demon," she has had
her share of phobias and mental problems, as can be expected from someone who has had to suffer
through programming. It would be worth pointing out who has come to Jim Bakker's rescue when he
was under attack. For instance, on Thursday, Oct. *4, 1984* when Jim was under attack, Jim Bakker's
show had six people give endorsements and praise of Jim Bakker. Those were Ronald Reagan, Dale
Evans, Robert Schuller, Oral Roberts, Billy Graham and Rex Hubbard. Of those, this author knows
for sure that all are masons, except for Rex, who may or may not be. Robert Schuller, Billy Graham
and Oral Roberts are "Christian ministers" who participate in using and handling mind-control slaves.
These three ministers all participate in

secret Satanic rituals. The last few paragraphs have given only a sketchy picture of the intimate
relationship between Disney Mind-control and the charismatic movement and its use of trauma-based
total mind-control.

**DISNEYANA FOR THE PROGRAMMED & OBSESSED**.

For people who have been programmed with Disney programming and who are obsessed with
Mickey Mouse and everything else about Disney, and for other people who just have the collecting
spirit for Disney memorabilia, there is a group called Disneyana. Disneyana, was organized in the
1980's, and consists of people who are cult-like in their devotion to anything true Disney. Some of
them to express their devotion outwardly tatoo their bodies with Disney characters. This group holds
their annual convention at the Contemporary Resort in FL. One Disneyana at the annual convention
said, "We collect to keep the good feeling inside." Another when interviewed said, "This is why it's
all about love." The author knows as a fact some of the men who are obsessed with Mickey Mouse &
Disney items are programmed multiples. One of Kenneth Anger's occult friends has had the world's
largest Mickey Mouse collection. Who is Kenneth Anger? Kenneth Anger, a member of LaVey's
Magick Circle & later his Church of Satan, is an occultist and an underground film maker. Kenneth
Anger (he choose the last name Anger) was raised on the Wizard of Oz books. His biographer Bill
Landis writes that the Oz books "laid the groundwork for Ken's attraction to Crowley, the occultist
who would rework Rosicrucian thought into his own magical system." Ken was obsessed with
Crowley's life & magic. As a child, Ken had danced with Shirley Temple in competition after she
became a child star. Ken Anger loved the OTO's solar phallic religion, and was also obsessed with
Mickey Mouse. He spent part of his time studying his friend's Mickey Mouse collection. Ken Anger
did his casting for his film „Lucifer Rising" by telling occult friends & acquaintances that they could
live out their goddess or god power-trip fantasies by acting for him. The British government's
National Film Finance Corp. fronted 15,000£ for Lucifer Rising's production. Famous occult
musician Jimmy Page did the sound track gratis. Ken Anger acted as the film's Magus and made his
Magus role resemble Mickey Mouse in the film Fantasia. (The role Fantasia plays in mind-control

46

programming will follow as the last part of this chapter.) "Lucifer Rising" also starts with Fantasia-type volcanoes. Another of his well-known films was "Invocation of My Demon Brother."

**Mind-control features in Disney movies.**

The elements within Disney movies that are intentionally put in for mind-control would take volumes to describe. A detailed description of how just one Disney movie is used as a programming script soon follows. Fantasia was selected as the example. A random sampling of features in Disney movies for mind-control programming could include:

· Cogworth the enchanted mantle clock in Beauty and the Beast.

· The character Door Knob, which is a doorknob portrayed as a person in the Disney cartoon Alice In Wonderland, is useful for programming door knob alters.

· The Blue Yonder is a Disney movie on time travel of a young boy. Time travel movies are used for programming to mess up the victim's sense of time.

· Disney film "Animated Alphabet" has letters which come alive, which is useful for programming. And what about the '82 Disney movie "Computers are People, Too!" ?

· All the Illuminati members this author is aware of who have received trauma-based total mind-control were taught to astrally project and study on the astral plane what they needed to learn. A Disney movie that portrays this is *Goofy over Dental Health.* This is an educational film released by Disney in '91 and again in '93, where Goofy places a magical toothbrush under a child's pillow, so that the child astrally projects to a dentist office and while on the astral plane studies how to have healthy teeth.

· Illuminati alters believe that trees and flowers are alive. The 1932 Disney film *Flowers and Trees* is a story about two trees who fall in love. The film portrays the occult belief that trees can talk and sing. Internally, alter systems will be constructed with singing trees and flowers that represent people and which are alters. The singing trees give out internal codes to move alters internally where they need to go. Return to Oz. (1985) This Disney film begins its story line about a girl who is thought to have psychological problems because of her tales of Oz. She is warned not to talk about Oz by her relatives. She is taken to a psychologist who wears a big ruby ring, who tells Dorothy that electroshocks won't hurt her, and that we are at the "dawn of a New Age." Dorothy is told that her memories are „just dreams" that stem from excess electrical current in the brain. She is sent to a mental institution to receive shock treatments for talking about Oz. A lightening storm allows her to escape the shock treatments and when she sleeps, she awakes in Oz. In Oz she goes through many mind-control scenarios, ruby slippers, mirrors, etc., and toward the end visits with evil Mombi, Princess of Oz who keeps Ozma (Dorothy's twin) as a slave. Mombi eventually casts a spell and enchants Ozma into a mirror. Sci-Fi author J.D. Vinge in her *Return to Oz* based on the screen play writes on pg. 211-212, "Dorothy gazed at herself in the mirror, seeing her own reflection, and remembering the moment when she had looked at herself and seen someone else there, someone so like her that it could have been her sister." Parts of this film were filmed near Stonehenge, Eng. Disney has put out several films on the Wizard of Oz theme, all of which were used for programming. The original series of Oz books were by Baum. In '39, MGM did the famous Wizard of Oz film. In the Disney movie Tron (1982), a young computer genius goes into an altered state where he ends up becoming a computer program. After defeating the MCP, he returns to the real world. This is simply a programming script. A special effects team created a 3-D world, showing how talented Disney special effects people can be in making something seem real. This movie should show people their mind-control capabilities. Mathematical Applications Group, Inc. (MAGI) were one of the groups that created the graphics. Disney came out with 3 videos of new adventures in Wonderland which are mind-control programming. In the mornings here 9-9:30, on channel 21, Disney has a Wonderland Show every morning which is mind-control programming for children. Within a few minutes, this

47

author had seen a girl walk through a mirror, the 3 lives of Thomasina mentioned, and a little ditty "I'm a little tea-pot" where a person becomes a tea pot. They also had an "under the umbrella" scene. This was all pure programming, right on TV. Of course, they show the White Rabbit as a central figure. ABC under the auspices of Disney produced a lengthy 140 min. film *Wild Palms* which depicts Illuminati mind-control and life. One reader of *Vol. 2* stated that the Wild Palms movie would have made no sense except that having read the Vol. 2 book, the movie made lots of sense in the light of Vol. 2's revelations. The film depicts how children are kidnapped, switched at birth, programmed via TV cartoons, programmed to kill and use stun guns etc. The film depicts Illuminati bloodlines and arranged marriages. Although the name „Illuminati" is not used, if viewers substitute in the name "the Fathers" for Illuminati fathers, they will get an insider's view of life at the top. The main controllers are addressed by their slaves as "Papa" or "Daddy" or "Mother". This is true to life. A person opposed to the Fathers states, "One day we will wake up and discover we don't own this country and no one will care." The movie states that events are not happening randomly. The movie shows an underground tunnel system which has an entrance hidden by a swimming pool. Quite a few actual programming codes were said during the film, for instance, "down, down, down through the pool of tears..." and "we're going to go down the yellow brick road now." The movie was created by Bruce Wagner, who obviously is an insider concerning trauma-based total mind-control. The fact the movie was made shows the arrogance of the programmers' beliefs that their criminal acts in programming thousands of little children will not be exposed, and that people will be too stupid to realize that what is put out as fiction is actually mirroring what is happening. It's like they believe their own script that IF people did find out "no one will care."

Because so much of the Illuminati programming involves the creation and programming of 3 alters linked into trinities, it is not surprising that Disney has helped such triad programming with a series of movies about threesomes, including:

3 Blind Mouseketeers

Three Caballeros

3 little pigs

Three Little Wolves

3 Lives of Thomasina

The Three Musketeers

3 Ninjas

Three Orphan Kittens

For Mickey Mouse programming they came out with Thru the Mirror, where Mickey Mouse steps through his bedroom mirror and ends up in another world (altered state). Not all of the Disney movies that have mind-control programming themes got released to the public. One unreleased cartoon had Penelope fleeing from a sinister looking Grandfather Clock which is carrying her to another world, and has another scene where Penelope tries to hold onto someone who personifies the Wind. George Lucas, who directed the movie Star Wars, which was a movie planned by the Illuminati & used for Illuminati programming, also directed Disney's movie "Captain EO". Captain EO (who looks like a demonic entity) goes to rescue the Queen (who looks like the harlot describes as Mystery Babylon in the Bible). The Queen is in captivity simply because she and her people believe in black and white (which represent good and evil). When they renounce such a belief, they are saved by Michael Jackson (in actual life a mind-controlled slave) playing Captain EO. It's a New Age witchcraft film through & through. By the way, Michael Jackson has gone to Disney amusement parks many times, sometimes in disguise. It is public knowledge that his Jehovah's Witness family has been very abusive mentally and physically to their children. Disney has put out several movies on how the mind works, such as the educational film The Brain & Nervous System in 1990. Their film Runaway Brain

48

is a cartoon where Dr. Frankenollie transplants Mickey's brain into a monster's body & vice-versa. A 1994 film, Puppet Masters shows the govt.'s secret Office of Scientific Intelligence trying to save the U.S. from aliens who live in human bodies. In recent years, Bette Midler has been Disney's main actress. In the Vol. 2, it was exposed that she is possibly a Monarch Mind-controlled slave. She is famous for her "mood swings" (switches in personality), and she had a "mental breakdown" in *1985*. Her eyes and body gestures are those of a programmed multiple. She has gone out on tour for Disney without making -money, and she is best of friends with Jeffrey Katzenberg (second in command at Disney). Jeffrey Katzenberg by the way is extremely disliked by his counterpart Sid Sheinberg. Bette Midler plays Stella in the movie Stella. Stella is an occult name. In the movie, the script seems tailored for Bette Midler and for someone who is a programmed slave, rather than the actress fitting the role. At the movie's end, Stella (Bette Midler) attends her own daughter's marriage by peeking in a window and watching from the outside. This is the script they give so many of the parts of a slave, so that they feel unworthy and feel like they are always on the outside looking in at life. Many parts (personalities) of slaves find it hard to connect with real life, because they feel they are on the outside looking in. And then in true Disney fashion, Disney had Bette Midler play the role of the lead witch in Hocus Pocus. The movie Hocus Pocus does some hocus pocus of its own. While pretending to make fun of witchcraft, they actually teach witchcraft. They do make the 3 witches look comical. By the way, the 3 witches stand for the maiden, mother, crone combo that the Illuminati reverence. Disney subtly works in deep occult things, such as the all-seeing eye on the cover of the book, the little girl promising the cat (who is a familiar spirit) that her descendants would always care for it (true, because the cat was a generational spirit). The cat is killed in the movie but can't die. And Bette Midler as lead witch in her costume, which has some Mother-of-Darkness symbology on it, states as she gets ready to take the life force from an innocent girl, "We want to live forever, so we take children's lives." This is wholesome entertainment for children? The Disney capacity for deception extends to its own workers. PR men recruit young people for its Disney College program. They tell the young people what a great stepping stone it will be for their careers. They have been known to make it sound like the greatest thing in your life. Kids come from all over the country due to the slick recruiting tactics to work for Disney. They are then housed in Disney housing, given menial jobs, and paid low wages. Most people in the College Program leave disillusioned. If the worker happens to think of a great idea, Disney officials have been known to steal the idea, and because the worker was working for Disney the worker will find that they are unable to get any credit or money for the idea that Disney steals and makes millions off of. One uncredited creator of a Disney sale item said, „iterally, they're using everybody for everything." *(Inside the Mouse,* p. 239.)

 *>>> Next, will be the script for how the Disney film Fantasia has been used as a standard programming tool since the 1940's by the Illuminati.*


## DETAILED SCRIPT ON HOW THE DISNEY FILM FANTASIA IS USED FOR PROGRAMMING TRAUMA-BASED MIND-CONTROLLED SLAVES.

During the 1950's, '60's, and '70's at least 90% of the Illuminati's trauma-based mind-controlled slaves were subjected to watching Disney's Fantasia film in order for them to build the foundational imagery of the mind-control. Child mind-control victims had their eyes taped open, and then sat one-on-one with their primary programmers so that the programmers could give the scripts as the child watched Disney's Fantasia over and over. What made Fantasia unique as a programming tool is that it had almost everything the programmers needed to create the foundational imagery for their trauma-based mind-control. To build a dependable alter system means that the worlds need a solid foundation. Fantasia has provided the means to get a solid foundation for the internal worlds that the Illuminati slaves build in their mind. It is also a masterpiece in coordinating color and music.

The Disney film Fantasia which premiered on Nov. 13, 1940 (at Broadway Theater in NYC) was a financial disaster as a movie, but was an Illuminati programming masterpiece. The film was released to theaters in '40, '46, '56, '63, '69, '77, '82, '85, '90 in order to catch every generation of children. The video was released in 1991. During programming much of the child slave's mind will watch the

49

film. One particular part (alter) will be forced to memorize everything in the film. This small part (small alter) is well hidden in each victim's mind. This small alter, who has a vivid and total recall of the film Fantasia, is locked carefully away so that ONLY an access code will pull him/her up. Watching the videotape Fantasia is not going to pull this alter up. The programmers pull this alter up when they have a clean slate alter. When they are taking a clean slate of the mind, they will pull the clean part up and have the alter who has memorized Fantasia throw its memory onto an internal big screen. The internal Outer space (aka Rubicon) is shaped like an amphitheater, and functions as a big vast screen for replay. There is an internal ball or sun created via the lighting effect of the movie Fantasia, so that the movie appears projected in the mind as on a globe. And the Fantasia film images hit this internal globe and go circular in the mind and spin through the system. The programmer will then say to the new part "THIS IS WHAT I WANT YOU TO CREATE. THIS IS WHAT WE NEED." In this fashion, Fantasia has provided the programmers with their primary tool for taking a dissociated clean slate part of the mind, and manipulating it to become a new workable part within the system. The young part that holds the entire Fantasia memory is strategically placed in the system so that it can be called up from anyplace in the system. No matter where the programmer is working in the system, he can access this small alter whose function is to remember the movie. Most of the system will go into a trance sleep if shown the movie. The front (as well as <u>most</u> of the system's alters) will be totally amnesic to having ever seen the movie. Since the programming put in with Fantasia is so fundamental it should come as no surprise that the programmers have done an excellent job in protecting this programming from everyone, including the slave. Abreacting the film for many alters could rip the system apart, because after the film is memorized severe trauma begins to be overlaid and attached to the film. There may be some small alters that still carry tiny bits and pieces of memory of the movie, but only one will really remember it.

The following script will be a running account of how Fantasia has been used as an important preparatory film for Illuminati trauma-based mind-control to train the mind-control victim's mind to be able to visualize the programming that will be layered in. The time clock will begin when the feature film's action begins, and then will run its entire 116 minutes. This will give the researcher of mind-control a blow-by-blow description of how a Disney movie is used for programming. The film was often shown to child victims around 3 to 4 years of age with a wide screen while the child was under a guided LSD trip. (Prior to the use of LSD some other drugs were used.) A Grande Dame or Mother-of-Darkness often worked with the Illuminati programmer as an Assistant Programmer. The scripts & the programming have already been discussed prior to showing the child the film, so the programmers know the direction they want to take the child, & will tailor some of what is said to the child victim to individualize the programming. When a three or four year old is shown Fantasia on a hypnotically-prepared and controlled LSD trip, the colors & effects of Fantasia are increased about 1,000 times. The film is realer than real to the child. The movie will not be shown just once, but over and over so that the scripts are ingrained into the mind. The imagery for the child's internal world will be well established, because the big screen movie enhanced by both the drugs and the bright colors of the art work will seem more real that life itself. At this time, the child is a multiple, but the walls between the various parts of the mind are not solid, but similar to the walls between ego states in an adult non-multiple. A large part of the 3 or 4 year-old child's system will be allowed to view the system, including the Christian parts. Then the entire system (with the single exception of the alter carrying the entire memory of the film) will be hypnotically told to forget having seen the film. Years later, the front alters will not remember having seen the movie, but they may have a strange dislike for the film. They may find that they can't identify where their feelings of dislike of the film stem from. The child victim will watch the movie with its programmer and assistant programmer one-on-one, with no other children in the room. The child will watch the film repeatedly and be grilled about what is in the movie. The child will see the movie so many times in such a vivid form and will be tested to the point that the movie will be memorized. But it will be hypnotically locked up in the subconscious by the programmers, so that it forms a base for the mind to begin building programming, but will remain hidden from the conscious. At the time the Fantasia film was made, the Illuminati had been creating trained multiples for years, but they knew they wanted to program the different personalities in accordance with the best mind-control techniques of the day. For this reason, the Fantasia film was planned ahead of time, so that it could possibly serve as a programming aid.

The film is silent (almost no words) except for music so that it can be used for hypnotic visualization, so that the Mother of Darkness & the programmer can fill in the programming script with the child victim as they watch the movie. As it turned out, their plans were successful. The New Age author David Tame states in his book *The Secret Power of Music* (Rochester, VT: Destiny Books, 1984, p. 292), that Fantasia is. . . "A superb marriage between the visual and musical arts. Most of the sequences.. .are what New Age cinema was intended to be!" The power of the movie to influence the mind stands out. In order to make the film, Disney used some strong arm tactics on a few people. The movie was a box office flop when first released in the 1940's, but then it was made for the occult world anyway. By the 1960's, the Illuminati had create a drug culture and had lots of undetectable mind-controlled slaves running around that had been programmed with Fantasia. In the 1960's, Fantasia became a hit with the drug culture which had its share of Illuminati slaves deeply involved in it. One more reminder, the sentences that are "ALL CAPS" in the script are things that the programmers are saying to the child victim as the child watches the film. (Bear in mind, that the child watches the film over & over, so not everything indicated in this script by caps that the programmer says will necessarily be said in one showing.)

*00 minutes.* Curtains open. Action begins with an orchestra. The Conductor upon a step pyramid is the center of the scene, and is shown to be the center of authority. Master Programmer Dr. Joseph Mengele liked Fantasia because he was a musician and a violinist. Mengele (Dr. Green) liked Bach, Beethoven, and Schubert and orchestra music. He enjoyed taking what he liked & using this music to make slaves. He would portray himself during programming as being the conductor, & all the orchestra were his children. The film will allow for a repetition of this theme.

*00.5 minutes.* The instruments begin playing. The musicians are silhouettes which cast shadows upon the wall. Alters will often see themselves in this fashion too, as merely a shadow or merely a silhouette.

*01.5 minutes.* The MC (named Taylor) begins talking. He begins grooming the viewer. He says that the film may suggest to your imagination "geometric figures floating in space."

*02. minutes.* The M.C. says there are 3 kinds of music. He says some music is to create definite stories, some to create definite pictures, and some music exists for its own sake.

*02.5 minutes.* The M.C. introduces us to the "Absolute music."

*03. minutes.* He states that „Abstract images that might pass through your mind...music will suggest other things to your imagination..." The Philadelphia Orchestra begins playing "Toccata and Fuge" by Bach in the background. As a cartoon for children (or adults) the film has already lost the normal audience at this point. (There is no way that Disney could have escaped realizing that the film starts out losing the normal audience.)

*03.5 minutes.* The conductor is standing out and everyone else is a silhouette with shadow mirror images (like so many of the alters become). Leopald Stokowski is now standing as the rising sun rises. This is an allusion to sun worship and the sun rising in the east. The music is going up and down, and this music at this point is used to train the child to go up and down the trance ladder (that is to go deeper or lighter in trance).

*04. minutes.* The conductor opens his hands and waves them in an Illuminati hand signal. The music begins.

*06 minutes.* A row of violinists play, they are merely silhouettes with shadows.

*06.5 minutes.* A harp scale is played in the background that is used in the programming. Triggers are attached to this harp scale, or the harp scale is used as a foundation identifier for a piano scale. More children can be taught the piano than the harp, so this scale is usually transferred to a piano scale.

*07 minutes.* A series of 3 musicians is shown.

*07.5 minutes.* The conductor (the programmer) becomes invisible. The Prog. Assistant will ask the child, „WHO IS GREEN? GREEN BECOMES INVISIBLE."

*08 minutes.* First lines representing bows are shown (the violinists are invisible), then the Golden Gate Bridge. "REMEMBER THE BOW, NOT THE VIOLINIST." The bow lines flashing on the screen represent energy. *08.5 minutes.* Colored disks are flashed onto the screen. The lights are represented to the child victim 'THAT'S DR. GREEN'S ORCHESTRA." Geometric shapes and flashes of lines explode onto the screen. Concentric rings that will pattern the concentric worlds appear. (See *Vol. 2* p. 196 for an illustration of this.)

*10. minutes.* Asst. Prog. will say, „YOU ARE HIS STAR." as stars flash on the screen. Many hidden alters (parts) are stars. Swirling lines arrive, and then colors and then more concentric lines.

*11 minutes.* Worlds within worlds are shown. Water is shown. Concentric circles that are the pattern for the worlds are presented. A varying number (5 or 7) of Castle-like structures materialize and then disappear. (These will form the pattern for some of the internal castles.) A quick flowing yellow line comes down the center of the screen, 'THAT'S THE YELLOW BRICK ROAD."

*11.5 min.* Lots of stars emerge.

*12 minutes.* Various worlds are shown, and an illusionary castle. Lots of stars are shown, which will be how the victim will model many of their alter parts after. Lots of purple stars appear, representing royal star alters.

*12.5 minutes.* Spiral splotches of cloud-like colors appear and disappear in dissociative colors. This is the Kingdom of the Gods during programming. The Asst. Programmer takes the opportunity to ask, "WHOSE ORCHESTRA?" This scene is used for the internal heaven where the kings are. Then the camera shows the conductor finishing.

*13 minutes.* The programmer has finished building his basic worlds.

*13.5 minutes.* The MC talks about Tchaikovsky's Nutcracker.

*14 minutes.* 13 circling lights come into view circling around and around. (The 13 lights are something like *4* yellow lights, 3 white lights, 4 orange, 2 blue-something like this. They don't have to be all the different programming colors at this point, because that programming will come in its own time.) Stars turn into fairies. A fairy with lots of fairy dust whirls around. ("Make a wish" the slave will be told later on, create what you want.) Flowers grow into butterflies. Hypnotic music plays as the fairy throws fairy dust. Soon, the Fairy spins a web.

*15 minutes.* The cabalistic tree of life is made with lights, and then the many colors of the ribbons are flashed up on the screen quickly. A compass image is very quickly flashed on the screen.

*16 minutes.* Lights multiply on the screen, and a spider web appears in the background. There are lots of stars which shine as lights in a spider web. (Stars will serve as alters in programming, the spider web serves as a system within the system, see *Vol. 2.)* There are several shots of multitudes of stars on a spider web. *16.5 minutes.* There is an explosion of light which has a splintering effect (which will fit in well with an electroshock later on to create alters.) Around and around go 6 big mushrooms dancing, with a little one trying to participate. The programmer will point out that the mushrooms are "A FAMILY". When the splintering effect is done with real electricity in the future, the mind will splinter into a family.

*17.6 minutes.* Concentric circles appear in water. Flashing pedals emerge as if they were dissociation spreading through the water. The flowers are the top spinners (see the pages in *Deeper Insights* on spin tortures to create spinner families), they dance, & then they float away in the bubbles (of dissociation). "A FAMILY OF SPINNERS" the programmer will say. "SEE THEY SPIN YOU INTO

BUBBLES INTO NOTHINGNESS." There is lots of dancing shown by the spinners. Everyone is dancing to the top. The child victim's head will be wobbling back and forth from the influence of the drugs and dissociation at this point.

*19.5 minutes.* When the family of fish make a star, the Asst. Programmer says, "SEE HOW SAD THEY ARE." The fish dance in circles and they also hide behind veils. "THE FISH MADE ITS OWN BUBBLES AND YOU CAN MAKE YOUR OWN BUBBLES TOO."

*21.5 min.* The child is trained to trance at the hypnotic 8's that appear in the water. This type of scene will put the deeper alters to sleep of a slave still actively being used. The movie here is being used to teach symbols, which will be important in the programming. Asst. Programmer, "LOOK YOU'RE JUST FLOATING.. ..FLOAT, FLOAT, FLOAT, SLEEP...SEE SHE WENT RIGHT INTO THE CENTER OF THE TRANCE STATE.. .YOU DANCE ROUND AND ROUND AND ROUND AND WHERE WE END UP YOU'LL NEVER KNOW."

22 *minutes.* Lots of bubbles begin appearing. They will be used in the programming to assist the child to protect its mind from the traumas. The asst. programmer may have a bubble toy to make bubbles in her hand as a game to play with the child. The child will be trained and programmed to put its memories into bubbles and let them disappear. „WHY WOULD YOU WANT TO GO INTO THE BUBBLE TO GET AWAY FROM THE DARKNESS? 1,2,3...NOW THERE ARE MANY BUBBLES, THIS IS WHAT WE WANT YOU TO DO." At this point the film is showing different colors of bubbles, for instance gold bubbles. This trains the child's mind to identify different colors of bubbles. The bubble-fish-flower scene is going on. „DON'T YOU FEEL LIKE THAT FISH, ROUND AND ROUND YOU GO" (dissociation encouraged). The fish continues going in a dissociative spin. The fish swim in graceful perfect figure 8's which have a subconscious hypnotic induction message to the victim. "SLEEPY LITTLE FISH" is said when the music gets hypnotic. "YOU'RE SLEEPY & YOU'RE TIRED, THIS IS NOTHING BUT A DREAM." "ALL THE DIAMONDS ARE ALL AROUND, NOT YOU" In other words, this is teaching the child that their entire internal world can be around them, but "you don't know that it's you." The child begins to lose the ability to realize that other parts of itself belong to itself, they are only stars, etc. The *fish* changes into anot her character. flowers are appearing in different colors of the color coding, red, green, orange, blue, white. . .All of a sudden it get's still. "SHH, LISTEN CLOSELY."

*22.5* minutes. Eyes shine in the darkness. "EVERYTHING IS FINE, YOU JUST RELAX."

Silhouettes appear, which represent fish (alters, and people) who are there but you don't see them, they are behind the veil like the silhouettes. 'THEY AREN'T THERE, IF YOU SEE THEM THEY AREN'T REAL THEY LOOK LIKE A FLOWER, WHEN YOU SEE THEM, YOU WON'T SEE A CHILD- YOU WILL SEE A FLOWER." The silhouette veil gives the sense to the child that he can sense something but it's not there. *23 min.* Different plants appear and dance. (This part of movie is very important in structuring.) The plants separate into many plants and flowers, and they multiply on the screen, but at the end they solidity into a solid plant. This is teaching the „you-are-one-but-you-are-many" concept. "FAMILIES ALWAYS WORK TOGETHER. WHETHER YOU ARE BLUE OR YELLOW OR GREEN, FAMILIES ALWAYS WORK TOGETHER IN HARMONY."

*24 minutes.* "BUBBLES ALL HAVE A LIFE SOURCE...THERE, LOOK, WHAT'S IN THAT BUBBLE?" *24.5 minutes.* „YOU CAN HAVE YOUR OWN ORCHESTRA". Fruit that hangs on the tree is shown, which will be the basis for how they hang the programs (the fruit) in the internal world. Note the colors, orange, white, yellow, purple, blue, green,...

*24.5 minutes.* Fairyland appears on the screen. The Fairies awake and fly through leaves. 'THERE'S YOUR FAIRIES. SHE IS VERY MAGICAL. SHE CAN CREATE ANYTHING AND SO CAN YOU." "THE FAIRIES ARE SO MAGICAL."

When the core is being first split, the parts of the mind that are creative are taken and used to create the fairies. The programmers will only take these original creative splits, they will not try to get fairies from any more torture. The fairies are the creative parts of the child, how ever many creative

parts that the child has splintered will be the number of fairies created. These parts of the mind receive very heavy programming. They are core splits. (If readers remember on page 87 of *Vol. 2,* it refers to a Core Protector coded "Creation". That alter was a fairy, a core split. Not only does this creative part make things "magically" for the system, it protects the core. Does that help people to understand how the Core can be so creatively protected?! (For more understanding about the Core see Cisco's very deep article on the Core.) Fairies are assigned to every part of an alter system. The child of 3 or 4, who watches Fantasia has had their core locked away at 2 1/2. The core's stars have not been locked away yet, & have access to her energy. When the system is built, the stars are locked away & become the core's guardians. They will act like the core to protect her. The real value of the fairies comes when the core's stars are locked away & the Programmers have to depend upon the creative power of the fairies.

*24 minutes.* A vine (which represents a system's double helix) lights up one leaf after another. The leaves are staggered (alternated) and they light up in sequence, which teaches the child the foundation of how they will create the DNA helix and its staggered exit permissions.

*25.5 min.* The leaves are now floating up and down, like the alters will learn to do. "SOME FALL TO THE GROUND AND DIE." This is the point where the story of the Oak Tree will be added in for programming. When the Illuminati programmers want "to destroy" an alter they can use the chandelier-MT 6:22-23 torture mentioned on page 310 of the *Vol. 2 Formula* book, and then have the splintered alters become leaves that fall to the ground and die. After this, these disobedient and now "dead" alters can be taken & be dissociated from their memories. The memories are locked up someplace permanent within the mind.

*26. min.* Out of a leaf like "box" come a series of fairies. The child is taught to put things (such as alters) in boxes of various shapes.

*26.5 min.* Leaves blow in the wind. Fairies cover things and keep them safe.

*27. min.* Fairies continue flying around. The seasons are passing in sequence. An internal green-skirted fairy will be connected to the internal hourglass during the programming.

*27.5 min.* The fairies quit flying and skate on ice. The season has turned to winter.

*28 min.* A winter scene. The four seasons have come to an end.

28.5 *min.* A sorcerer is introduced by the MC (emcee). The sorcerer is shown and then his assistant or trainee who is Mickey Mouse. Mickey Mouse wants to be creative and magical like the great wizard. Mickey Mouse sees the power that the sorcerer has, and wants that power. What is really being subtly portrayed here is the programmer (the wizard) and the core & the core's creative splits (Mickey Mouse). Showing the programmer as a great wizard is actually right on the money. The top programmers are all Grand Masters in the Illuminati and are very much into witchcraft.

*29 min.* The sorcerer (wizard) is shown again. This time the wizard,, with his skull beside him, creates from his witch's cauldron a big colorful butterfly which is forever changing. (Is this big yellow, purple, white, and blue butterfly meant to be a Monarch butterfly? The programmers will use it that way for this Monarch programming.) The great wizard magically creates the big colorful butterfly and then he shatters it into countless splinters!

*30 min.* Mickey sneaks around and grabs the magic hat. (The magic hat is one of the few things in the film that doesn't mean anything for the programming. It merely has witchcraft symbols.) Then a magic broom appears.

*30.5 min.* The broomstick comes alive. The broomstick imagery will be used to help create the pancake people (ribbon alters who will haul the internal computer messages). The broomstick person in the film hauls buckets of water. The child is having story after story layered in over a period of time, which are being skillfully constructed toward a programming end. Parts of the child's mind that

see the movie Fantasia will be dissociated clean slates. They will need to have some imagery given to them so that they have something to build mentally upon. In Cisco's section of the book, in the Truth article it is discussed how the mind looks at sensory inputs and tries to make sense of a pattern by comparing it to previous patterns that it has identified. Learning is a step-by-step building process, and so is programming.

*31. min.* Mickey as the apprentice sorcerer (in a sense the victim who the programmer is training) manipulates the broomstick person. "THE CHILD (Mickey) CAN DO WHAT THE GREAT MAGICIAN DID. YOU CAN TELL YOUR MIND WHAT TO DO. YOU GET POWER BY LEARNING TO BE CREATIVE." Mickey (and the victim) become mirror images of the Wizard over them.

*32 min.* Then the sorcerer sits on his throne, and while on the throne acts like the conductor. Here is a subtle mental tie-in that Mickey is playing the role of programmer (conductor) and is sitting on an Illuminati throne (like so many of the Illuminati Grand Master programmers have actually done.) Michael Aquino is just one of several mind-control programmers who have gone by the name of Mickey. Because Mickey Mouse is substituted for being the programmer at different points in programming, this scene will tie in well with other standard programming sessions.

*32.5 min.* Mickey in the film clearly is shown leaving his physical body and astrally projecting himself. This is such a vivid portrayal of occult astral projection, that it is mind-boggling that many Christians consider Walt Disney movies to be christian. (See *Vol. 2*, p. 319, for a discussion of the scientific methods to understand and induce astral projection.) This again is laying the mental foundation for the child to leave its body mentally and either hover over its body in dissociation or to travel somewhere via astral projection. Mickey Mouse then begins conducting lights. These lights represent the alters that the victim will make for the conductor. The lights (aka stars) are the conductor's orchestra. Lightning (such as flashes that come from electroshock) and stormy weather are being controlled by Mickey. Notice that the things Mickey is controlling are fear-based. After the child has viewed the film many times and memorized it, when the electro-shock is applied during this time of the film, the child will control it like Mickey by 'magically' creating splits.

*33.5 min.* Mickey begins conducting waves. Then, for those who understand the veiled scenes, Mickey begins going through the different magic spheres conquering the different spirits. This is Enochian Magic. *34 min.* Mickey wakes up back in his body, and he is in trouble with rising water i.e. a water trauma. Mickey is thrown into the water. The child victim will identify this with the drowning tortures that are given to instill "no talk-no tell" messages. After Mickey (or in child himself) has done something, and returns to his body, then the "'no-talk'" message will kick in. Victims of mind-control often get the feeling of drowning when they trigger a no-talk message.

*34.5 min.* More water continues to flow.

*35 min.* All of a sudden without any continuity of action, Mickey gets an ax and kills the broom by splitting it. The broom dies and then multiplies when it comes back to life. This is such a clear picture of what the programmers want the child's mind to do. They will traumatize the child essentially unto death, and then they want the tortured alter to multiply itself into many more duplicate alters. Armies of brooms are formed from the broom. This scene here is a clear red flag that the Illuminati asked Walt Disney to produce this film. This scene with the trauma death of the broom, with it splitting in half, and then coming back to life in a multiplied form, is evidence that this film was meant to be used for training children in multiplicity. The assistant programmer will say "IT'S O.K. TO SPLINTER." "YOU ARE TIRED, YOU CAN ESCAPE THAT BY RESTING AND LET A PART OF YOURSELF COME OUT." At this point, it is necessary to explain what is going to be done when they begin to splinter the child's mind. After the splitting trauma, the programmer needs to be able to see what the child has created, so he wants the child to look at what's been made. "'CAN YOU LOOK AT WHAT YOU'VE CREATED?" However, the part of the child that looks back at the

trauma will then see that the dissociated trauma was real and that will make the child angry. The programmers want the child to dissociate what he built, and when the child looks back at what he has created he goes into a vortex of dissociation. The child is told if he ever looks back at the memory he will go into the vortex.

*35.5 min.* Water is being thrown in by the brooms, while Mickey throws water out.

*36 min.* All of a sudden a hypnotic vortex sucks things in during the film.

*36.5 min.* The brooms all march in an army, while Mickey reads his magic book. Mickey then uses his magic book as a lifeboat when he gets whirled into a vortex. A vortex is often created from that part of the mind that is holding the high energy that accumulates in the mind just before the mind splits. It holds the highest energy of the mind. One way a vortex is created is to place the child on a traumatic Disney ride--like a rollar coaster. Special electrical boxes or electrical shoes are outfitted onto the child so that during the ride, at a particular timed moment when fear is increasing, that fear has pain of the electrical shock added to it. A cattle prod of course would be too dangerous to take up on some type of ride like that with all the motion. Also bear in mind, a small child doesn„t take need the electrical power that an adult needs to take it down.

*37 min.* At the bottom of vortices in the Illuminati programming, the programmers place Guardian demons. In Fantasia, when Mickey gets to the bottom of the vortex, sure enough, there is a Guardian there to meet him. The Guardian spirit parts the water as if he were Moses with the Red Sea.

*38.* min. The Conductor and Mickey Mouse shake hands. The conductor does something very significant. Mickey congratulates the conductor and then the conductor (programmer) in turn says, "Mickey, you've done a good job." (Yes, the core/core splits have done a good job at this point, they have just created their inner world!) The MC tells us about the next song the occult Rite of Spring. Spring rituals are creation rituals and so this music is ritually connected to what the programmers are going to do in this segment. The MC states that instead of the viewer seeing tribal dances (which are by the way witchcraft dances), that instead Disney has decided to show us scenes of what went on billions of years ago. (This next part is also a subtle push for Darwin's theory of evolution. But because it is child's entertainment, people don't have their guard up. The theory of evolution is important, because it allows people including the victim to not take moral responsibility for their actions, and it is also the basis of some of the Hinduism and witchcraft teachings that will be given the deeper alters. This is a backdoor approach to destroy godliness that is carried out on children in general.)

*39.5 min.* The MC says, "Imagine a lonely tormented little planet spinning in a sea of nothingness." This is exactly what the programmer will say to the child as they work together at building an internal world. The "sea of nothingness" is what the reader will see described in our books as "Outer Space" or „the Rubicon." Also that "sea of nothingness" is used much later to reinforce the secrecy of the programmers. Much later as the programmer and torture has progressed the programmers will say to alters, "LOOK DOWN ON THE EMPTY SEA OF NOTHINGNESS. THERE IS NO DR. GREEN. THERE IS NO DADDY THERE."

*40 minutes.* A swirl of stars in a galaxy appears. Swirls of comet-like lights flash by. "MANY WORLDS THERE." This will set the base for the child to build galaxies and worlds within their mind. "BE LIKE GOD, CREATE YOUR WORLD. BE YOUR OWN GOD AND CREATE YOUR OWN WORLD" the child is told at this point.

*42 minutes.* The face of the planet emerges.

*42.5 min.* Lots of volcanoes erupt on the screen, setting the foundation to build realistic internal volcanoes.

*45 min.* Oceans, and water and fire are coming into being. The child victim needs to know how a world is created in order to create their own internal world. Lava begins flowing as the flute plays the background music. Lightening flashes. The violence of the fierce weather portrayed will be enhanced by the child on drugs to a thousand times its magnitude. This is important because it will take a great deal of mental energy and external torture to create the internal worlds. Having such super-vivid pictures will help when the victim goes to build their internal worlds. There will be special purpose fragments that will be made into the elements of fire and water. That's all these special purpose fragments will know. Breaking through the layers in the alter systems will trigger internal earthquakes. This and a later earthquake scene are used to build the foundation for the internal violent weather. If an internal earthquake shakes a slave's mind, it has the same effect as if a real earthquake were going off. Everything internally shakes and shifts. An alter system will also have fire children, who start internal fires, and will give internal alters the abreaction or sense that they are burning. The mind gets very survival minded when it thinks it is burning, and goes right back into the programming that is linked with the victim's compliance for survival during programming. 46 *minutes.* The oceans continue to form.

47 *min.* A calm occurs in the action.

*47.5 min.* The screen gets dark except for an amoeba, which becomes two amoebas. As the little amoebas multiply, the asst. programmer encourages the child, "IT'S O.K. TO MULTIPLY. GOD WANTED YOU TO MULTIPLY" Remember, the programmers are working with a pre-schooler with clean slate alters. The programmers must show images that the child can relate to. The concept of the broom being split in half and then multiplying and now the concept of the amoebas splitting are portrayed in a way that the child's mind can grasp the concept.

*48.5 min.* "IF GOD CAN MAKE A FISH, YOU CAN MAKE A FISH. YOU CAN DO ANYTHING, YOU CAN BE ANYTHING."

49 *minutes.* Dinosaurs appear. The programmers will reframe the concept of dinosaurs into monsters and demons. The sea-going dinosaurs will be refrained as guardian demons which guard the internal rivers. These guardian demons tie in with Armageddon end-time programming. They also guard the various worlds.

*50 min.* Dinosaur-birds swoop down and grab prey. This imagery will be refrained to lay the basis for the winged-monkey watchers of the Oz stories. The winged-monkey watchers are the child alters who are assigned to watch and guard the system.

*51.5 min.* Fierce dinosaurs (later ref rained as Dragons) protect the swamps. Swamps are built into the internal worlds, so this is very helpful. Demons and alters like Dameon are set up as guards.

*52 minutes-* More swamps appear. The swamp scenes will form the base in the child's mind for the internal river Styx. (See more about this in this book's article "Programming, foundations, destruction of"). Some dinosaurs that have long necks that look like snakes begin appearing. The asst. programmer will reframe these to the child, "LOOK, THE SEED OF SATAN." "THAT IS A DEMON." While the child watches, they reframe the hugh dinosaurs as being demons. Pictures of reptilian looking demons will be shown to the child too. At that age, the child is not going to see the difference. (A note for therapists: Some ""demons'" may actually be important parts to an alter system, and are being used to protect unauthorized users from entering important areas of the system.)

*54 min.-* Fierce Tyrannosaurus Rex chases dinosaurs. This chase scene is especially frightening to a young child on a LSD trip. Long-necked snake-like dinosaurs appear. They may be refrained as a python snake. T Rex is also known as Leviathan, a demon that inhabits the kundalini spinal column and causes pain in the victim, he is written about on page 302 in our *Vol.* 2 book. In the film a long fierce struggle between T Rex and other dinosaurs ensues.

*55 min.* The dinosaurs begin dying and soon dies. „THE LORD DOESN'T LIKE THEM."' This will later be refrained that if parts integrate they are to die. If someone tries to get into the system, the alters are to bury themselves deep like these dinosaurs do on the film.

*56 min.* Dead bones appear

*59 min.* Mountains soar out of the ground into eminence.

*59.5 min.* It gets stormy on the screen, winds & floods appear.

60. min. Stillness comes as the sun rises.

*61 min.* The sun sets. (During the programming, this may be refrained as the moon setting. It can be both or either or. Remember, the programmer is working with the child's creativity.) Various scenes during the film show the moon in different phases which is important for bringing in programming concepts like Mr. Moon.

*61.3 min.* The orchestra is now playing. Music is an important part of mind-control programming. The affect of music on the mind and body has been studied. Music can double the heart beat, accelerate the respiratory rate, make that rate irregular, enhance perception, lower the threshold for various sensory stimuli, change blood pressure & circulation, and alter the muscles in the body. Dance music and "march" music done by orchestras change muscle response. Music is also a great way to cause dissociation.

*62.5 min.* The MC introduces the "'Sound Track' who he says is an important person for Fantasia who can be seen around the Disney studio. When Mr. Sound Track appears, he is simply a vertical line. The MC says he is "an important screen personality." The ground work is being laid for a person being anything, even a line. The MC states that each sound creates a picture.

*63 minutes.* The MC encourages the personified Sound Track ""don't be nervous."" Then a sound is made like an electrical shock and the line develops a splotch of color in it. During the programming at this point an electrical shock would be applied to the child.

*63.5 minutes.* The harp is ask to sound. The harp begins playing a scale and the line becomes double 8's and snake-like spirals. The child will be taught to dissociate when seeing such double 8's.

*64 min.* The violin begins going up and down. Each of these instruments is going up and down the scale, like do-ray-me-fa-so-la-tee-do. The music is used to teach the alters to go up and down the helix, which is figured in this part of the film. As the music goes down, an alter is taught to go down in trance, and as it climbs higher, the alter will trance higher. All these instruments (violin, flute, bass, bassoon) are being used to teach alters how to work in the system. The MC describes the flute as "very pretty".

*64.3 min.* A trumpet begins playing and the colors, yellow, orange, etc. begin showing.

*64.5 min.* When the bassoon plays, the MC says, "Go on. Drop the other shoe"-- "Go to the shoe" which translates "'go to the ground'"" --the deepest trance level. The following is the double-pyramid, with a helix up the middle that appears when the bassoon plays: -(This configuration is very important to all these Illuminati alters systems.)-


*65 min.* The drum plays and some other percussion instruments play. These are taught to the child as the cult's "HEARTBEAT". They will hear this sound internally for many years to come. Then some sounds that have a shattering effect (cymbals) like broken mirrors are made in the film.

*65.5 min.* As the sounds take place a line is made with a pyramid at the top. This is laying the groundwork for the system's structuring.

66 *min.* The MC laughs and talks about Beethoven's Pastoral Symphony (Beethoven's 6th) which is next.

*66.5 minutes.* The screen comes alive with magical Unicorns of different colors. Then Pan (a satan-like figure) appears playing his pipes, and soon lots of little Pans (little demons) are playing their pipes. The little Pans (demons) play and dance with the unicorns. The orchestra plays again. (This author, Fritz, remembers when I said that Pan was an evil demon, I was rebuked by a Christian minister. He then said Pan a benevolent cheery creature". A number of books which may be obtained from Satanic bookstores document that Pan is indeed considered a powerful demon by occultists.)

67 *min.* Pegasus (the mythical greek winged horse) flies in. As a Mother horse she takes care of little ones on the screen. She is a protector in the programming.

68 *min.* "FANTASY IS FUN. FANTASY IS A GAME YOU PLAY. MOTHER TEACHES YOU. SEE HOW MOTHER IS *A* TEACHER. SEE THE BLACK AND WHITE HORSE. THEY ALWAYS FLY TOGETHER, BUT ARE SEPARATE. THEY ARE FLYING OVER THE CLOUDS." "OVER THE CLOUDS, INTO THE BLUE YONDER." The child is rewarded for what it has to do with the game of fantasy. "THAT'S YOUR REWARD FOR DOING WHAT YOU ARE TO DO. YOU CAN LEARN TO FLY OVER THE CLOUDS." The child feels rewarded by the game of fantasy. The fantasy scenes in Walt Disney's Fantasia are like the Wizard of Oz scenes in Oz, fantasy-land is more colorful and fun than real life. Vivid colors will be splashed about during the fantasy-land scenes.

*68.5 min.* A castle appears as Pegasus flies around. This and other castle scenes will help the child develop the imagery for the spiritual castles that the child will build internally. Then they swim in the water. "SEE THE MIRROR IMAGES, WATER CAN BE GLASS." During the programming mirrors are put into the internal system. A mirror can be a piece of glass, the surface of a pond, or an asphalt runway. When the programming is complete, underneath the water &/or the runway lurk demons.

*70 min.* Waterfalls emerge and issue forth. The waterfalls are used by the programmers to erase all the slave's memory of what was done to them. The child will be told at the end of watching Fantasia (and this will be said at other programming events too), "JUST REMEMBER THE GOOD, JUST REMEMBER THE FANTASY". The fantasy is given so that the subconscious can rest in peace after the programming. The child is told "WASH YOURSELF CLEAN."

*70.5 min.* The little girls appear as girl centaurs (half girl-half horse). "SEE THE LITTLE GIRLS ARE HORSES."

*71 minutes.* Then a scene appears where one girl centaur braids another girl centaur's long hair. The Illuminati teach their slaves to braid their memories. They braid their memories up and then lock them in. All the Daddy memories will be locked up & braided and then locked for good.

*72 min.* Male centaurs appear. They are near water and make mirror images in the water.

*72.5 min.* A crown is placed on a female centaur and *2* doves. During the Illuminati death, burial and resurrection ceremonies lilies are used for crowns, and doves are used. These are significant programming/ritual symbols. The female centaurs look at the male centaurs. This will be refrained as a system can have both male and female parts.

73 *min.* Starting with one female centaur, the females act seductive to the males, who then respond. For bras the females have bras of daisies. The *Vol. 2* book explained how the daisy programming is a life-or-death type program. Vivid colors are used for each centaur. For instance, one may be purple and another one another color, which sets the groundwork for alters to have different access color codes. Alters do not usually see themselves as being in different colors, although it does happen on occasion.

59

*73.8 min.* A marriage takes place between the centaurs. The programmers catch these nuances of the film and use them. The marriage here teaches the child to be acquainted with the arm-and-arm marriage ceremonies. Remember, the programmers are dealing with clean slates that must be taught from the ground up. In the next few minutes, the cherub children will watch sexual body language, and the child victim is also picking up on enticing sexual body motions.

*74.2 min.* The centaurs go swimming. "I FEEL LIKE A LITTLE GIRL WITH A HORSE'S BODY."

*75 min.* Little cherubs are dancing and flying around. When pictured the artists at times single out 3 cherubs who blow flutes together. The female centaur appears, who is fair haired (blond) and blue-eyed, which is what the Illuminati like. When she hears the tone (of the flutes) she goes into a trance state and walks with her eyes closed. This imagery is used to teach alters that when they hear certain tones, they are to go into a trance state and do certain things. The little cherub turns into a heart, and when no one is watching goes into the tree. In programming, this part is the Keeper of the Tree. Notice how everything is veiled. The assistant programmer will point the cherub out to the child victim, "LOOK AT WHAT HE DID."

*76.5 min.* A curtain then shrouds the scene. The curtain appears to be tree-like. More bubbles appear, and more water. All the mythical creatures on the screen begin to dance and be merry and have a feast.

*77 min.* "SEE THE FEASTS, SEE THE BANQUETS, THE FEASTS ARE O.K. THE BANQUETS ARE O.K."

*78 min.* "THE LEAVES ARE FALLING." Blood-like wine is drank at the feast. "SEE THE BLOOD."

"SEE THE LITTLE DEVILS POP UP." The only human in this Disney scene is honored. This is done to teach the alters that humans and animals can mix. That they can be accepted for what they are, even if they think they are an animal or something else they will be accepted at the cult's feasts. These scenes are all for internal programming. By the way, one of the pretty female centaurs makes a sexual pass at the fat human, who then chases her. "MUST PLEASE THE MASTER."

*80 min.* A scary storm comes up, and Zeus, and the greek gods appear. „BETTER FEAR IT. HE'S A GOD YOU'D BETTER FEAR HIM. HE THROWS LIGHTNING." This demon who throws lightening is named Furfur. He also makes thunder & strong winds in the system (alter system's worlds). Readers can learn more about this demon, named Furfur, in Cisco's second part of *Deeper Insights* in the article on "Programming, foundations, destruction of".

*81 minutes.* Lightening bolts are thrown from heaven.

*81.5 min.* All the little cherubs run for cover in fear.

*82 min.* Pegasus the protector flies in to protect everyone, especially a new born Pegasus. The wind is personified as a two-headed blowing person. This two-headed Janus wind comes storming through the heavens. The programmer will often place his own voice "IN THE WIND." The greek god (internal demon) throws a lightening bolt.

*83 min.* "SEE THE GODS". The child is learning what to make internally. Zeus then relaxes & goes to sleep.

*84 min.* More vivid colors form. "FAMILIARIZE YOURSELF WITH ALL THE COLORS." The film at this point is teaching the child to stay in the framework of the programming for safety. To go outside of the programming is terror. The child is learning to fear the godlike demonic guardians.

*84.5 min.* The fantasy world is coming alive. It is a happy fantasy world. A goddess in the sky makes a rainbow emerge. This is the rainbow goddess of the programming.

85 *min.* All the happy unicorns and cherubs fly '"over the rainbow." (Refer back to the *Vol. 2* book p.94 to understand the significance of going over the rainbow.) The unicorn is derived from old British paganism where the lion represented sun worship, and the unicorn represented moon worship. This is why the Royal Arms of the British Royal Family have a unicorn on one side, & a lion on the other. Sexually the unicorn represents androgeny. During programming, the horses, pegasi, unicorns and centaurs shown in the Fantasia movie become the foundation upon which the Illuminati programmers build the Night Mare alters who are beasts of burden who carry an alter system's memories. These are logical no-emotion alters who are early splits & who are programmed after the child is verbal. See Cisco's article on Dream Work for more understanding about the horse alters, as well as chapter 7 on Structuring.

*86 minutes.* More rainbows and lots of bubbles come into view. The film has done an excellent lob of showing how the Furfur God of thunder protects the Rainbow. Once an alter has gone over the rainbow, they can not come back because a demon protects the Rainbow. The rainbow is also protected by alters who fear the gods. After seeing Fantasia, the therapist can understand why the little child protector alters have fear about these gods. The master (who represents Furfur) in the movie swallows the rainbow. If an alter looks internally for the rainbow, he or she will only find stars, because the protector will come up and say, "I swallowed the rainbow." The rainbow is kept well hidden internally. This scene is used to teach alters how to go over the rainbow. ""BEFORE YOU GO OVER THE RAINBOW, YOU HAVE TO PUT ALL YOUR MEMORIES IN THE BUBBLE. YOU CAN'T TAKE ANYTHING OVER THE RAINBOW INTO FANTASY LAND."

*86.5 minutes.* Apollo, the sun god comes out.

*87 min.* A big mother spirit who fills the whole sky is now shown by Disney. She hangs over the rainbow. When a system is built this is indeed what they put in. All go to sleep in the film.

*87.5 minutes.* Arrows shoot the stars into the heavens. This is more programming imagery. When you look for the rainbow, you see stars.

*88 min.* The conductor finishes again.

*88.5 min.* The next setting is a Venetian nobleman's (a duke's) palace. Curtains open. The use of curtains is spoken about in our previous books.


*89 min.* Curtains open. An Ostrich begins dancing, and gets others to ballet dance.

*90 min.* The Ostriches begin dancing in a circle, this is laying the groundwork for what the cult family does. The Assistant programmer may tell the child, "SEE IT'S O.K. TO DANCE TOGETHER. DANCING IS ACCEPTABLE." The programmers will not directly tell the child that this represents the cult family.

Fantasia portrays Satan as a terrible powerful being.

*91.5 min.* The Ostriches are eating grapes. They are playing, looking in the pool & they are seeing bubbles.

*92 min.* Hippos emerge out of the pool. "IT'S O.K. TO BE DIFFERENT. IT'S O.K. TO BE STRANGE. USE YOUR CREATIVITY." The hippos begin to dance and dance.

*94 min.* Elephants appear and are having fun and blowing bubbles out of their trunks. The programmers may be having fun blowing bubbles with the child. The programmers like to mix love and hate, kindness and sadistic behavior. That way the victim has a hard time separating love from

hate. If you ask many slaves about "Daddy" they will tell you that they had fun with Daddy. They are right--they had fun intermixed with sadistic torture. Bubbles continue to lift off. One of the bubbles has a fish in it. This is imagery for the bubble programming. The child victim is trained to dump their bad memories into bubbles and let them float away. The therapist will notice that many victims feel like they are floating. They have an unreal feeling. The bubbles are floating their bad memories away.

*98.5 minutes.* A new setting and the hippos are hypnotically sleeping. 3 sinister alligators that remind one of the 3 primary programmers appear. The 3 alligators have robes that hide them, and shadow images of themselves lurking behind them. The alligators are trying to get the hippos. The 3 alligators are portrayed like the programmer is, he is someone to fear, love, & respect all at once. The hippo is running away and dancing. The alligator dances with the hippo, but makes menacing attempts to eat him. A flying hippo lands on an alligator. Elephants, hippos, alligators are shown. The elephants, ostriches, hippos and alligators all dance in fantasyland.

*100 min.* The orchestra is dancing. '"DO WHAT YOU'RE TOLD AND WE WILL HAVE FUN."

*101 min.* The MC announces the next part as ""the struggle between the profane and the sacred."' The conductor stands in a silhouette that suggests the same pose that the upcoming Satan takes.

*102 min.* A high dark mountain with a castle looms in front of the viewer. A winged fiercesome Satan figure raises his wings. His wings are sectioned like fingers with claws, and will form the imagery of the demon Malebrinche, whose satanic claws hang over the alters and terrorize them. In the *Illustrated Guidebook,* the reader will find lots of these claws in the pictures lurking in the background. A child victim will be taught to fear the hands of the programmer, Satan and Malebrinche. The wings (hands with claws) open. And Satan is portrayed as an awe-inspiring figure. (By the way,, the word maleficia means evil misfortune caused by witches. The witch in Disney's Sleeping Beauty has the demonic name of Maleficent.)

*102.5 min.* Satan begins raising the dead skeletons. This provides a foundation to layer in the Valley of the Dry bones coming alive with armies of skeletons.

*104 min.* The film also has some images at this point that will help with the foundation for the Armageddon programming. Satan calls everything to himself.

104.5 min. The hell pit is shown. This is laying a foundation for the hell pit with all its demons. All kinds of vivid colors are shown in hell, to make the scene more real than real for the child victim. Satan smiles as demons burn in hell. "NO MATTER WHAT COLOR YOU ARE, IF YOU ARE NOT GOOD YOU'LL END UP THERE.'"

*105 min.* "THAT'S WHAT HAPPENS IF YOU'RE BAD. YOUR THROWN INTO THE HELL PIT."

*105.5 min.* Three beautiful lady demons begin to dance in a circle, all of a sudden these demons take on their luciferian form, one becomes a goat.

*106 min.* The demons continue to dance with powerful Satan watching over them. The hell pit and the demons are portrayed in vivid scary graphic depictions. The hellish fire and the ghoulish dancing of its occupants continues for what seems a long time. "WHEN GOD FINDS OUT HOW BAD YOU ARE, LOOK AT WHAT HE'LL DO TO YOU."

*107 min.* Satan is portrayed by Disney in all his evil dark majesty.

*107.5 min.* Bells begin to ring, and the demons slink away, & the dead return to the earth to their graveyards.

*108 min.* Ghosts return to the graves. Soft music begins to play. Ave Maria by Schubert, which was written for the Catholic church, begins playing.

*109 min.* Satan folds himself into a mountain. '"DO YOU SEE LUCIFER ANYWHERE? NO. YOU ONLY SEE A MOUNTAIN."

*110 min.* Lights shine as if they are a column of moving people who are walking with lights, and then some walls appear.

*110.5 min.* An arched bridge appears with its mirror image. The column of silhouetted people who continue walking have mirror images in the river. The asst. programmer will be telling the system (which the front parts will hear) "TIME FOR ALL THE GOOD CHILDREN TO GO TO CHURCH. IT'S O.K. TO GO TO CHURCH. GO SERVE GOD."

*113. min.* An opening, a vertical sliver of light comes from what appears to be doors opening up. There is a mirror effect in the way the doors open, which will facilitate making mirror image front worlds. A whole new world opens up, which will be the front system's world. Both the front alters and the deeper ones will be told to forget the movie. Later when a system is better programmed, the programmers will pull up the front alters and have them walk through these doors into the light. When they are hypnotically taken through these doors into the light and away from the fear and darkness of the Kingdom of Satan, they are hypnotically told to close those doors and never look back. The Kingdom of Satan has been shown in detail and in great length. The Kingdom of Satan has been shown as powerful and fearful. Satan is shown as a mighty power that is to be feared. The Kingdom of Light is only shown as a peace, as a refuge from evil. It is not shown to be good. It is not shown to have power or intelligence. It is simply a place to go to escape the fear of Satan's power. This is all the programmers really want the church to be. It will be a stabilizing balance to let the mind recuperate from the hell of the programming, but it is not intended to be seen as greater than Satan and his Kingdom.

*115 min.* The film ends with a peaceful gaze at heaven. The child is being told in the last few minutes "THAT WORLD BELONGS TO YOU. IT'S A BEAUTIFUL WORLD. IT'S THE WORLD WE WANT YOU TO LIVE IN. IT'S BEAUTIFUL." After all the hell that is eventually dumped on the child, and the scare that Satan gives them in this Fantasia film, the child is only too happy to create a beautiful world to live in.


** * * * * ***** ******** ****** ******** **********

The effectiveness of Disney's Fantasia is that it is used to communicate to & build the unconscious structures within the child's mind. The unconscious mind is the seat of our creative abilities. Then the conscious mind makes adaptations upon this unconscious thinking.


## SUMMARY

Now that the reader has covered so much, the following quotes (with bold emphasis's added) take on even deeper meaning:

Joe Flower in *Prince of the Magic Kingdom,* ,, Walt Disney was obsessed with creation, driven to build magical worlds not, as many artists are, out of paint and canvas, or words, or even film, but physically, out of concrete, wires, smoke, electricity, and highly programmed employees." (p. 23)

Julian Halevy in *Nation* decries Disney taking this nation into a "drift to fantasy." He adds, "...one feels our whole culture heading up the dark river to the source--that heart of darkness where Mr. Disney traffics in pastel trinketed evil for gold and ivory." For those who understand programming Aubrey Menen comments about Disney's success are profoundly appropriate, "the strongest desire an artist knows...to create a world of his own where everything is just as he imagines it." John Ciardi was not so nice, he termed Walt Disney as "the shyster in the backroom of illusion." Eliot said, "While his

filmed fairy tales may have appeared at first glance to be light and dreamlike, upon closer examination they seemed more nightmares of deconstructed reality in league with the era's leading neo-Freudian Modernists."

· You have now finished reading a never-before-heard, unprecedented Warning about the Dark Reality of the Disney's Magic Kingdom, and how it fits in with Mind-Control. Most Americans when surveyed say they believe in God, most go to church, and many believe they are born-again. Because of the Illuminati's deception campaign over several generations, the American public, and the world in general has been led to believe that Disney was good, and that Walt Disney was a good man. Because of his image, people suspended judgement about Disney and Disney movies. They entrusted their children to him. People had been manipulated into a frame of mind, a predisposition that whatever comes out of Disney is good. They entrusted their children to take in what Disney fed their children's little minds week after week. The public's predisposition of trust was used to introduce Illuminati beliefs and their political agenda, and to carry out a vast program of trauma-based mind-control on hundreds of thousands of tiny little children, whose minds and souls were stolen from them. Because many of the child slaves, who are programmed with Disney-themes, are programmed with roles in bringing in the Anti-Christ, Walt Disney and his family have played a major role for the Anti-Christ. And now you can see how accurate the Word of God is when it says, What is highly esteemed among men, is an abomination to God. First, there will be an Overview of the types of sources used, and then will follow a partial Bibliography on this Disney Section.

## TYPES OF SOURCES

People who have worked for Disney and who are getting pensions and medical insurance have talked about Disney under the condition of anonymity. This is because the Disney hierarchy will not permit exposure without retaliation. Several non-Disney people who helped with discovering facts for this section were threatened that their children lives would be taken if they continued to investigate Disney. What I (Fritz Springmeier) finally have put in this, is solely my responsibility.

· One type of source for this was books on the Hollywood Film Industry and books on Disney Films. There were about 20 books of this category which were perused for a better understanding of who the Disney brothers were and what Disney Co. was about. One of the best in this type of source was *The Art of Walt Disney from Mickey Mouse to the Magic Kingdom* by Christopher Finch (NY: Harry N. Abrams, Inc., 1975.)

* Another type of source were the standard biographical reference books,, such as *Who's Who, Who's Who in the West* (1951), *World Biography, Who Was Who,, Current Biography 1952,* etc.

* Another type of source was critics of Disney's movies such as several articles exposing the Lion King, *Media Spotlight's* article Fantasia, Rush Limbaugh's comments and statements concerning how Disney had betrayed its viewers' trust, the *Spotlight's* Feb. 26, '96 p. 31 article "Disney Turns Back on Family Values."'

· Another type of source was magazine and newspaper articles about Disney such as the Oregonian's art. on a Disney director being a convicted child molester. *NY Times, Newsweek* and other magazine and newspaper sources. An important series of extremely good investigative reports which were written by Harry V. Martin for the *Napa Sentinel* in 1989 were very important in learning of some of the Illuminati/CIA/Contra/Drug Running activities in Napa Valley, CA that Roy Disney is associated with. Harry V. Martin went into all kinds of records and did an excellent job of investigative reporting. The magazine *Monde 2000,* no.12, had an article on non-lethal weapons that the NWO is developing. This article was reprinted in *Encounter Chronicles Journal of Scientific Intelligence,* and discussed how Disney has been working with Sandia Labs and Los Alamos.

· Another type of source were victims of Illuminati mind-control, who have recovered memories of being programmed at Disneyland and Disneyworld.

64

· Another type of source has been to watch Disney movies as an investigative tool to understand how Disney is programming, how they are skillfully indoctrinating the American people into witchcraft, etc. This author has also personally been to both Disneyland, near Anaheim, CA and Disneyworld, near Orlando, FL.

· Another source was the Walt Disney Co.'s Annual Reports, and also the reference book *Directory of Corporate Affiliations* (1986) published by the National Register Pub. Co.

· Another type of source were books which specialized in covering details about Disneyland such as *Disneyland And Beyond the Ultimate Family Guidebook* (edited by Ray Riegert, and printed by Ulysses Press of Berkeley, CA); and *Walt Disney's Disneyland* (by Martin A. Sklar and introduced by Walt Disney.) AAA had a 27 page booklet *"Disneyland Park and Southern California"*, which came out in 1996, which provides information on what is being offered at Disneyland and vicinity. The book refers repeatedly to "Disney Magic". One has to wonder how Christians and non-occultic persons can't see how occult Disney is.

-

## Partial BIBLIOGRAPHY

## BOOKS.

AAA. *Disneyland Park and Southern California.* 1996.

the Walt Disney Co.'s *Annual Reports.* pub. by the Walt Disney Co. annually.

Auletta, Ken. *Three Blind Mice.* NY: Random House, 1991.

Cluran, Richard M. *To the End of Time.* Rockefeller Ctr, NY, NY: Simon & Schuster.

Commander M. *The Controllers: A New Hypothesis of Alien Abductions.* (subtitle Alien Abductions, or Government Secret Mind Control Black R&D Programs). 88 pages long. 1990.

*Current Biography 1952*

*Directory of Corporate Affiliations* (1986) published by the National Register Pub. Co.

Eliot, Marc. *Walt Disney Hollywood's Dark Prince.* NY, NY: Harper Paperbacks, 1993.

Finch, Christopher. The *Art of Walt Disney from Mickey Mouse to the Magic Kingdom.* NY: Harry N. Abrams, Inc., 1975.

Hagstrom, Robert G. Jr. *The Warren Buffett Way.* NY: John Wiley & Sons.

Hulteng, John L. *The Messenger's Motives, Ethical Problems of the News Media.* Englewood Cliffs, NJ: Prentice-Hall, Inc., 1976.

Jackson, Kathy Merlock. *Walt Disney, A Bio-Bibliography.* Westport, CN: Greenwood Press.

Landis, Bill. *Anger, The Unauthorized Biography of Kenneth Anger.* NY: HarperCollins Pub., 1995.

Moldea, Dan E. *Dark Victory, Ronald Reagan, MCA and the Mob.* NY, NY: Viking, 1986.

Mosley, Leonard. *Disney's World.* Stein & Day: NY, 1985.

Neelands, Barbara. *About Ben Sharpsteen.* Second Impressions, No. 1 A Sharpsteen Museum Reprints Project, Calistoga, CA: Sharpsteen Museum, July, 1990.

Riegert, Ray, ed. *Disneyland And Beyond the Ultimate Family Guidebook.* Berkeley, CA: Ulysses Press of Berkeley, CA.

Schickel, Richard. *The Disney Version.* NY: Simon & Schuster, 1968.

Siu, R.G.H. *The Craft of Power.* NY, NY: Quill, William Morrow & Co.

Sklar, Martin A. (with intro by Walt Disney) *Walt Disney's Disneyland.* Walt Disney Prod., 1969.

Smoodin, Eric. *Disney Discourse Producing the Magic Kingdom.* Routledge: NY, 1994.

Stein, Jeff, ed. *The Basic Everyday Encyclopedia.* NY, NY: Random House, 1954.

Sterling, Claire. *Thieves World -The Threat of the New Global Network of Organized Crime.* NY: Simon & Schuster, 1994.

Taylor, John. *Storming the Magic Kingdom.* NY: Alfred A. Knopf, 1987.

Thomas, Bob. *Walt Disney An American Original.* Hyperion (Disney): CA, 1994.

Wallechinsky, David and Irving Wallace and Amy Wallace. *The Book of Lists.* 666 5th Ave., NY, NY: Bantam Books, 1978.

Wallechinsky, David and Irving Wallace. *The People's Almanac.* Garden City, NY: Doubleday and Co., 1975.

*Who's Who, Who's Who in the West* (1951), *Who Was Who World Biography*

## **PERIODICAL SOURCES**

Carson, L. Pierce, Who's Who in the Napa Valley, *Appellation,* Oct/Nov. '95

*George Magazine,* ""Here Comes the Son'", Dec. Vol. 1, No. 10.

*House & Garden,* "Sticks and Stones, Mickey for Mayor?", Oct. 1, 1996, pp. 61 -68ff.

Martin, Harry V. *Napa Sentinel.* A series of articles in 1989 were very important in learning of some of the Illuminati/CIA/Contra/Drug Running activities in Napa

Valley, CA that Roy Disney is associated with. Harry V. Martin went into all kinds of records and did an excellent job of investigative reporting.

*Monde 2000,* no.12, had an article on non-lethal weapons that the NWO is developing. This article was reprinted in *Encounter Chronicles Journal of Scientific Intelligence,* and discussed how Disney has been working with Sandia Labs and Los Alamos.

*Media Spotlight's* article Fantasia,

*Mother Jones,* May-Ju', 97, p. 61.

*NAPA VALLEY REGISTER,* the following articles are samples of what was used:

"ABC Will Mount An Anti-Drug Campaign'" Friday, Jan. 10, 1997, p.1D

"Children's Books Get Red Carpet Treatment In Hollywood Films" May 16, 1996, p. SC

"Disney and McDonalds'" May 24, 1996

"Disney Buys ABC", Saturday, Aug. 19, 1995, D.

"Disney Earnings Up 28 Percent In Third Quarter", Friday, July 26, 1996, p. 8C

,,Disneyland Expansion Given OK" Wednesday, Oct. 9, 1996, p.D

'"Disney Links to McDonald's May Be Back. Thursday, Apr. 11, 1996, 7A

"Disney World Makes Sure World, Remember the Magic"" (by L. Pierce Carson), Sun., Oct. 20, '96

"Federal Employees Get Disney Tour" Saturday, Dec. 9,1995, p. 5A

"It's Lights-Out For Main Street" May 14, 1996.

"An Overlooked, Different World Inside Theme Park" Sunday, Sept. 29, 1996, p. SC

"Mickey Going On The Road", Friday, 7/26/96, p. 8C '"Past and Future In Disney Community'", Friday, Oct. 4, 1996, p. iD

"Planned Parenthood Benefit On Sunday"--Events of Interest sect. on p. A2, Sept. 13, '96

"Pentagon Still Wastes Money", Mon., 4/15/96, p. 4B

*Newsweek*

"Power Failure" 12/23/96, p. 34-36; '"Sending an SOS at ABC", 5/12/97, p. 54-55

*NY TIMES* (the following are samples of what was used: Articles during the "50's & '60's were looked at. „Disney Offers Faux Memories of Atlantic City Boardwalk" by Joe Sharkey, Tuesday, Dec. 10, 1996 "Baptists Censure Disney On Gay-Spouse Benefits" Thurs. June 13, 1996, p. Ala

„Disney to acquire 2 radio stations", 4/15/97, p. C4.

*The PRESS DEMOCRAT* (the following are example of what was used:)

"Baptists, Disney Paths Diverge" Saturday, June 29,

1996, p. D4

"Disney To Buy Stake In Web Company" 2/15/97, p.

E6

"Heavy Disney" Sunday, Oct. 20, 1996

"The Ins and Outs of Allen" by Frederic M. Biddle and

Renee Graham, On Q,, Sept. 29, 1996, p. 27


*SAN FRANCISCO CHRONICLE* (the following are examples of what was used:)

"Disney, Miramax Bond", May 10, 1996 "Disney Signs Asian Animator" "Miramax Plans To Make 'Thoughtful" Films", 4/11/96

*SAN FRANCISCO EXAMINER* (the following are examples of what was used:)

"Disney Institute Is A Short Course In Creativity"" by Catherine Watson, Sunday, May 26, 1996, p. T9 „Mouse Matriculation Is A Great Experience"" by Catherine Watson, Sunday, May 26, 1996, p. T9 "Tomorrowland Jumps Into The Future", Sunday, July 14, 1996, p. T3

the *Spotlight's* Feb. 26, '96 p. 31 article "Disney Turns Back on Family Values."


*Time* Magazine, "Job Hunting With Mike [Ovitz]" 2/24/97, p. 50; '"Hilton Has Room For ITT'" 2/10/97,

*Wall St. Journal* (many issues from several decades.) <u>SOME OF OTHER SOURCES (used & not used)</u>.

· Various Disney brochures.//· Rush Limbaugh's comments concerning how Disney had betrayed its viewers' trust.//· Interviews w/ Napa Valley residents.

· Interviews with disgruntled insiders to the NWO.

· Interviews with various types of Disney victims. [Disney has used mafia-type tactics, i.e. death threats, to intimidate numerous people into selling their property. Roy E. Disney has been reported involved in these land thefts. Victims of this type of intimidation are in many states, but several prominent regions are Napa Valley, CA; Shenandoah Valley; Virginia, & FL Disney's land-grabbing operations could be a book in itself. This author has lots more research which I HAVE NO PLANS to reveal, which has been left w/ key others, such as the connections of VaVin, near Leon,VA, who produce Prince Michel de Virginia, whose chef & others connect to Belgium. The background of several key people, like Robert Podesta. Financial records, such as Fed. Judge Fern M. Smith (Burrows). ETC. This para. is not indexed.]

# Bloodlines of Illuminati

By:

Fritz Springmeier, 1995

# The Reynolds Bloodline

An examination of one of the leading Illuminati families. Part of my research on the family has been packed away and I hope to recover some more of it for another article.

**THE REYNOLDS ARE A VERY ELITE ILLUMINATI FAMILY**

The Reynold's family is not one of the 13 primary bloodlines, but they are such a prominent Illuminati family within the 13 bloodlines that I have decided to single them out for another article on Illumanati bloodlines. Although the Reynolds are allied with many of the major Satanic bloodlines, including the Rothschilds, the DuPonts, the Rockefellers, the Graces and the Grays, they are especially close and intertwined to the Duke and Cullman families. (One example of a Duke/Reynold joint project is the Research Triangle Foundation.) It should be remembered that The Temporary National Economic Committee of Congress in 1937 which studied the super rich found that the Dukes and the Reynolds were among the top 13 wealthiest families in America. Further, my research at one place or another has shown that the Reynolds of the Illuminati variety have interacted with all of the other major Satanic bloodlines. These elite birds of a feather all flock together.

**MY NEWSLETTER HAS REPEATEDLY EXPOSED MEMBERS OF THIS FAMILY**

During the course of putting out this newsletter in '92-'95, I have had repeated opportunities to include various members of the Reynold's bloodline in my exposes. It must always be borne in mind that a large share of each of these bloodlines are hidden behind other last names.

Within this area, my newsletter has exposed Reynold family members of the Illuminati from Astoria, Oregon (such as Scottish Rite Librarian/Mortician Reynolds) and Bend, Oregon (such as Mayor Paul Reynolds who also runs a mortuary, and his son Mark). One of the first Illuminati Monarch slaves in the Portland area to seek her freedom was Mary D. Reynolds. She was from the Mother of Darkness level. She wanted to find treatment for the programming that goes with the Niother of Darkness level, and since wanting her freedom it is anybody's guess what happened to her.

**OCCULT BOOKS**

Some of the Reynolds family have written occult books. I don't know how all the people mentioned in this section are related, but some or all of these people may relate to the Satanic Reynold's bloodline. One of the important ecumenical Christian leaders is Frank E. Reynolds who is an American Baptist Minister (ordained 1955, Program dir. Student Christian Ctr. Bangkok, Thailand, Minister for Chicago Ecumenical Ministries '61-'64.) Frank E. Reynolds has been trying to introduce Buddhism to America. He and his wife Mani have written a number of books to introduce and teach Buddhism to Americans. Many of the Reynolds have been Episcopalians. Remember the Episcopalian Church is run by Freemasons and is thoroughly sold out to the occult. One of my Monarch survivors vividly recalls a human sacrifice done at the altar of an Episcopalian church. Anyway, getting back to the names of some Reynolds who have written occult books, here is a list of some:

1

Barrio Gordon Robert Reynolds--author of <u>Magic. Divination & Witchcraft among the Barotse of Northern Rhodesia</u> (1963)

Charles R. Reynolds w/ Regina Reynolds--authors of <u>One Hundred Years of Magic Posters</u> (1977)

David K. R. Reynolds--author of <u>Naikan Psychotherapy: Meditation for Self-Development</u> pub. by Chicago Press.

Denise AR. <u>Reynolds--Sensitive Thoughts for the New Wave Soul</u>.

Mani R Reynolds w/ her <u>husband--Three Worlds According to King Ruana: A Thai Buddhist Cosmology</u> Frank E. <u>Reynolds--Guide To Buddhist Religion</u>

Jane Reynolds--Cosmobiology

Lloyd J. K.-- <u>My Dear Runemeister: A Voyage Through the Alphabet</u>


**OVERVIEW OF FINANCIAL INTERESTS OF THE REYNOLDS**

Before we get into the nitty-gritty let's take a quick overview of the Reynold's financial interests. Much of the family's money has been well-hidden behind fronts, holding companies, etc. The Satanists of the Reynolds family have been involved in high level drug dealing during this century. They have also had some important and major interests in Banking, Tobacco, and Aluminum, it seems like a fair number have gotten into the mortuary/cremation business, which is a great assistance for cremation after rituals involving human sacrifice. The financial interests of the Reynolds seem to be strongest in the Middle South, and strong in both Virginia and North Carolina. The Reynold's financial interests are so tightly woven in with the Cuilmans and Dukes that I will have to deal with all three families together. A few years ago the financial heads of the three families were as follows: Angier Biddle Duke, Richard S. Reynolds, Jr., and Joseph F. Cullman, 3rd. All were members of the Pilgrim Society. It is possible that the family also has sonic type of secret spiritual hierarchy too. If so, it might follow along the lines of the top 13 families which have kings and princes, and princesses, etc. of their bloodilnes. Richard S. Reynolds, Jr. has been a board chairman of Robertshaw Controls Company, which has a strangelhold monopoly on manufacturing car thermostats and other car parts. The big three American auto manufacturers all buy from Robertshaw Controls Company; but then since all 3 of the American auto manufacturers are Illuminati controlled, they likely don't care that the Reynolds family has such a stranglehold on them. Cadence which own theaters and has published occult comic books like the series, "Journey into Mystery With The Mighty Thor" is also tied to the Reynolds family. Cadence promotes the occult while making money. What American doesn't know what 'Reynold's wrap" is. The Reynold's name is a well-know household name just like DuPont paints, or the Rockefeller Center, or the Waldorf Astoria are well known American items named after Illuminati families. The Reynolds family controls several Aluminum companies which form a large part of the Illuminati-controlled Aluminum cartel. The Mellon family works with the Reynolds in this Aluminum cartel, and various Illuminati families also have their hands in the management of the Aluminum industry.


**THE TOBACCO-DRUG CONNECTION**

The Reynolds family is behind the RJ. Reynolds Tobacco Co. C. Boyden Gray of the Satanic Grey/Gray family is heir to the RJ. Reynolds Tobacco Co. But don't let that sidetrack you, the Reynolds family still has financial interests and power in the company. If readers remember previous articles on top 13 Illuminati families--specifically, the Astor family article, the Onassis family article and the Li family article you will remember some details that will help you understand the secret

2

illegal drug trade that the Reynold's got involved in. The British elite got involved in shipping opium. The elite families got monopolies on the opium trade. The British empire's military might and political clout was used to force China to allow the opium trade- Before the communists took over China, the British Illuminati families hid their opium trade behind the cover of the British American Tobacco Co. Later the Red Chinese would hide their opium trading behind the same front tobacco, with their state-run People's Republic of China Tobacco Bureau. In fact, the Red Chinese opium trade was controlled by another Illuminatus, the P.R. President Li Xiannian. Li Xiannian is from the occult U family who are proud that they are the leading oriental Satanic family. President Li, a drug lord was finance minister of Red China from '57-'75. He sold so much opium to the west that he was able to help Red China pay off her debts, and he was nicknamed 'the money god.' RJ. Reynolds was a partner with British American Tobacco Co. and was also involved in trading in opium for many years. R.J. Reynolds was also involved with the rigidly controlled tobacco industry. I have reasons to suspect that the family later got involved with running cocaine. Onassis also hid his early drug smuggling behind tobacco importing. The Dukes controlled Liggett & Nlyers Tobacco via their Duke Endowment, a family foundation. The Cuilmans are known for their Miller Brewing Company. The Culiman fortune was also originally derived via a tobacco company. The Duke family via underhanded tactics put together a monopoly of the tobacco industry called the American Tobacco Company. Later they merged and bought out 88 tobacco companies, and the capitalization of the company was $235 million prior to 1911. The Supreme Court made the American Tobacco Company dissolve since it had created an illegal monopoly. However, the Dukes rearranged things and kept on going. The Dukes intemamed with the Biddies who worked with the Rothschilds. The Dukes also intermarried with the Drexels, who in turn intermarried with the Harrimans and Goulds. Nicholas Biddle (1879-1923) was a trustee of the Illuminatus William Astor of the top 13 Illuminati family of Astors. Some of the Biddies intermarried with the Astors Illuminati family too! It's a small world at the top. Researcher Ferdinand Lundberg in his book America's 60 Families states on p. 36, "The Morgan firm and its affiliated commercial banks act, broadly, on behalf of such tremendous accumulations as those of the Vanderbilts, Goulds, Drexels, Wideners, Berwinds, Phippses, Hills, Dukes, Ryans, McCormicks, Bakers, DuPonts, Fishers, Jameses, and Others.' Isn't it interesting that my writings have exposed the Morgans, Vanderbilts, Goulds, Drexels, Phippses, Dukes, Bakers, DuPonts as families with members in the Illuminati?

## CONNECTIONS TO ILLUMINATI ORGANIZATIONS

Many of the Illuminati organizations which this newsletter has exposed have had members from the Reynolds family. Some examples of this follow:

COSMOS CLUB Joseph Melvin Reynolds, Lloyd George Reynolds

COUNCIL OF FOREIGN RELATIONS (CFR). A. William Reynolds

PILGRIM SOCIETY: Richard S. Reynolds, Jr.

33° MASONS. Harman Gansvort Reynolds, Marshall S. Reynolds

32° MASONS: Arthur Rowley Reynolds, Benn Phillips Reynolds, Charles Phillip Reynolds, Charles Shaw  Reynolds, Erwin James Reynolds, Isaac Reynolds, Harry Edwards Reynolds, Henry James Reynolds, John C. Reynolds (Deputy Grand Secy of Grand Lodge of Illinois)

KNIGHTS TEMPLAR MASONS. (These 3 KT names all come from just one Lodge in NY-- Jerusalem Chapter

No. 8) Alex Reynolds, J. Hyatt Reynolds, T. Spaulding Reynolds

KNIGHTS OF MALTA John Charles Reynolds, who worked for the Graces as a communications executive, trustee of the Presb. Hospital in San Juan.

## FOUNDATIONS & CONNECTIONS

The Dukes and Reynolds use tax-free foundations as a vehicle to escape taxes and hid their wealth while maintaining their financial power. Other Illuminati families also used the foundations as a scheme to remain powerful and to resist paying taxes. The controlled press builds them up as charitable, when most of the grants by these foundations are self-serving for the benefit of the elite. Some of these foundations are the Z. Smith Reynolds Foundation (est. '36 in North Carolina), the Kate B. Reynolds Foundation (est. '46 in North Carolina), the Richard S. Reynolds Foundation (est. '55 in Virginia), and the Mary Reynolds Babcock Foundation, and the Duke Endowment (address at Rockefeller Plaza, NY). All of these foundations work for the Illuminati. The Donald W. Reynolds Foundation (est. '54 in Nevada and then moved to Arkansas) might also be connected to the elite--but I don't know. The Kate B. Reynolds Health Care Trust provides another example of a liaison between the Duke and Reynolds families. John A. McMahon, a Duke University grad, served as BOTH chairman of the board of trustees of Duke University and since 1971 as a member of the advisory board to the Kate B. Reynolds Health Care Trust. Here is an example of a single man working for the interests of both the Dukes and Reynolds. Edwin C. Whitehead, chairman of Technicon Corp. serves as a similar example of a man working for both Duke and Rockefeller interests. Whitehead is a trustee of both Duke University and Rockefeller University. He also has been in charge of several NWO organizations promoting a one-world, for instance he was Governor of the U.N. Association. This article will now show you the reader some of the grants that these foundations make. I ask you, "Do you see any possibility for any mischief behind these grants?! What I noticed about the Reynolds grants is that they control all the crisis centers in the North Carolina area via their money. This means any survivor of SRA calling a hot line is going to get tapped into the Illuminati's net for catching escapees! I also noticed that all the colleges and universities got money, and a variety of different denominations incl. the Baptists, the Methodists, the Non-denominationalists, the Presbyterians, and the Ecumenicalists. What surprised me was that a number of government agencies get money from the Reynold Foundations, especially those dealing with children like Social Services, and even Police Departments get money from the Reynolds Foundations.

IN 1984 the Z. SMITH REYNOLDS FOUNDATION in North Carolina gave money to these following organizations (plus some others not listed):

Catawba College - $75,000

Chapel Hill Police Department - $37,500

Child Watch - $25,000

Contact of Winston-Salem (a crisis counseling service) - $15,000

Council on Drug Abuse - $27,000

Elizabeth City State University - $50,000

Family & Children's Service of (ireater Greensboro (they deal with Rape & Family Abuse) - $5,000

Friends of Public Radio - $25,000 (Note: they even want to control public radio!)

General Baptist State Convention of North Carolina - $85,000 (The love of money is the root...)

Mars Hill College - $30,000

Meredith College - $9,360

Montreat-Anderson College - $17,280

Moses H. Cone Memorial Hospital - $31,000

North Carolina Center for Public Policy Research - $225,200 (Wow!)

4

North Carolina Department of Human Resources (foster homes) - $12,000

North Carolina Department of Natural Resources - $30,000

North Carolina Department of Public Instruction - $103,000

North Carolina Hospital Education & Research Foundation - $50,213

North Carolina Justice Academy - $10,000

North Carolina School Boards Association - $7,500

Outer Banks Hotline (crisis Counseling) . $5,000

Pitt County Memorial Hospital - $35,000

Planned Parenthood of Greater Raleigh - $15,000 (The Illuminati foundations have been the big support behind

Planned Parenthood. The Van Duyn family was tied to Planned Parenthood in NY.)

Planned Parenthood of Orange Co. - $15,000

Religious Coalition for Abortion Rights Education Fund - $10,500

Rowan Cooperative Christian Ministry - $15,000

St. Mary's Episcopal Church - $10,000

Salvation Army of Waynesville - $20,000

University of North Carolina - $233,265

Western North Carolina Amer. Meth.-Episco. Zion Church - $25,000

YMCA of Winston-Salem - $300,000

In 1989 there were more grants of a similar nature. The following are by just the Z. Smith Reynolds Foundation in 1989. I have picked (Jut a few to list so that the reader can get an idea of the breadth of their grants to religious bodies and child protective groups.

Advocates for Children in Court - $25,000

Child Care Resources - $40,000

Duke-UNC Center for Research on Women - $60,000

Ebenezer Baptist Church - $8,000

First Baptist Church - $15,000

God's Harvest House of Deliverance Church $10,004)

Metropolitan A.M.E. Zion Church - $27,100

National Conference of Christians & Jews $5,000 (The Illuminati have always well financed this organization.)

Rape Crisis Center, Asheville, NC - $20,000

Religious Coalition for Abortion Rights Education Fund - $7,500

5

St. Andrews Presbyterian College - $50,000

Women's Abuse Shelter - $15,000

I don't want to take more time and space with listing foundation figures, 1 hope the reader gets the picture of how these foundations are able to control society for the Illuminati. We see government agencies, especially the ones that the Illuminati would want to make sure they controlled are well supported financially. People who live in the Carolinas & Virginia report that the corruption in those states in absolute. These statistics give some facts behind those statements. One organization receiving money above deserves exposure. The Drug Abuse Council (Council on Drug Abuse) has been headed by an Illuminatus & Pilgrim Society member Bethuel M. Webster.

## R.J. REYNOLDS INDUSTRIES

R.J. Reynolds Industries of Winston-Salem, North Carolina had an annual sales of over $6 billion and 37,000 employees. I have the 1976 profit figure for the company was $353 million. I don't know what the current figures are. The public thinks that the shares are widely held by the public, while in reality the control is very narrow. The Reynolds were careful when their stocks went on the market to retain secret control. R.J. Reynolds Industries chairman was Colin Stokes. Colin Stokes is an interesting person who works for the Reynolds. He was a member of Kiwannis International, and a director of several key things, dir. of Winston-Salem Savings & Loan, Integon Corp., and NCNB Corporation which is the bank holding company of North Carolina National Bank. The NCNB, which at one time had assets of $4.647 billion (it may be more now) has been the largest of the Middle South banks and is a key component of the Reynold/Duke/Cuilman clique. From 1958 to 1964, Stokes was a director of the William and Kate B. Reynolds Memorial Park, and further serves the Reynolds as trustee of the Wake Forest Univ. Another interesting liaison person for the Reynolds has been J.P. Sticht, a director of R.J. Reynolds, who has acted as a liaison between the Reynolds, Duke, and Rockefeller dynasties. Sticht is a member of Rockefeller University Council, and a member of the board of visitors to Duke University. Leighton Hammond Coleman, who is in the Illuminati from the Satanic Coleman family, also sits as emeritus director of RJ. Reynolds Industries. His father and him both belonged to the Pilgrim Society, which is a level above the CFR in the Illuminati political section. His father was a director of the corrupt American-Russian Chamber of Commerce which has been previously exposed in my writings. Now readers can see why RJ. Reynolds Industries has been one of the top companies trading with Communist Russia in the past. Another director of RJ. Reynolds Industries is John D. Macomber, a 1950 Yale graduate. (I don't know if he belonged to one of the Illuminati's 5 fraternities at Yale or not.) Macomber married into the Illuminati Morgan family, and is a member of the Pilgrim Society. Besides being a director for Li. Reynolds, he serves the Rockefellers as a director of Chase Manhattan. He is also dir. of Norlin Corp. Gordon Gray, of the satanic Gray family, also sits on the Li. Reynolds board. Both Gordon Gray and John Macomber belong to the CFR.. Gray also went to Yale ('33 grad.) and was with Triangle Broadcasting run by Pilgrim Society member Walter H. Annenberg (who is close to being a billionaire). As you can see, some heavy duty Illuminati men direct Li. Reynolds Industries. Gray, a member of the CFR, also served as a liaison to the Corcoran financial interests. William W. Corcoran was a corrupt Washington banker who had a lily white front. Corcoran bribed the chairman of the House Ways & Means Committee so that he could illegally profit a half million dollars for being the middle man of the transaction of the U.S. paying off its debt to Mexico for lands taken during the Mexican War. (See Reports of Committees, Thirty-third Congress, First Session, Volume iii, # 354:4.) The U.S. did not need a middle man to pay off Mexico, but due to corruption in Congress, Corcoran was able to make a bundle of money with no effort. Riggs Bank is associated with the Corcoran fortune. CFR & Yale Grad & Pilgrim Soc. member William McChesney Martin, Jr. has worked for Riggs National Bank as their advisor. The multitude of connections of people serving the Reynolds to the elite are mind-boggling. Many of the institutions in the Middle South connect back to the Illuminati and their front organizations such as the Freemasons and the Chambers of Commerce, the CFR etc. etc. Some of the companies that R.J. Reynolds Industries interlocks with are Arista Co., Avon Products, Charlotte, NC branch of the Federal Reserve Bank of Richmond, Dun & Broadstreet Companies, Foremost-McKesson Inc., Hatteras Income Securities, Hayes-Albion Corp., Jefferson Pilot Corp., McClean Industries, Northwestern Mutual Life Insurance,

Perkin Elmer Corp., Richardson-Merrell Inc., S.C. Johnson & Sons Inc., Southern Broadcasting Inc., Standard Oil Co. of Indiana, Standard Savings & Loan, Stauffer Chemical Co., United States Filter Corp., United States Steel Corp., Wachovia Corp. I doubt if this is current information, but needless to say, Li. Reynolds Industries today interlocks with many other corporations.

## OTHER REYNOLD/DUKE COMPANIES

The Reynolds Metals Company- notice I wrote "Metals Company"- interlocks with a large number of companies too. The Reynolds Metals Company has had most of its directors from the Reynold's family. Recently, four were on the board of directors and one was the company treasurer. One of companies that the Reynolds Metals Company interlocks with is the Bank of Virginia. The Bank of Virginia in turn interlocks with a long list of companies. A large share of these companies have directors that tie back to the elite. Some of these corporations have directors who are members of the Pilgrim Society, others are with other Illuminati organizations. If the entire set of interlocks and there directors were exposed it might have an emotional impact on the reader, but it gets wearisome to the eyes to be stressed with so many lists, so I will dispense with listing other interlocks. Terry Sanford has worked for the Duke family as a director of the American Arbitration Association, which is an Illuminati front. The Astor family is represented in the AAA by David W. Peck. Terry Stanford has been an FBI agent, is the former governor of North Carolina, and president of Duke University. Stanford is also chairman of the Cordell Hull Foundation for International Education which had another Duke/Reynolds henchman Dean W. Colvard as its trustee. Colvard also has been an advisor to the Illuminati controlled Kellogg Foundation of Battle Creek, MI. Reynolds Securities in New York has been run by William Christian Miller, a member of the Pilgrim Society. William Christian Miller, an Illuminatus, has sat on the board of many corporations. Richard S. Reynolds, Jr. of the Illuminati has sat on the board of Central National of Richmond Corp. which is a holding company for the Central National Bank of Richmond. His younger brother David has sat on the board of United Virginia Bancshares Board. Hugh Culiman is a director of United Virginia Bancshares. Hugh's cousin is in the Pilgrim Society. Hugh is also president of Philip Moms Inc., Richmond Corp., and Foreign Policy Association, and the International Chamber of Commerce. Also working with him on the board of United Virginia Bancshares has been Herbert Stein, a director of Reynolds Metals Company. Stein also worked for L.F. Rothschild and Company as a consultant from 1976 onward. Another director working with Stein, David Reynolds, and Hugh Cullman is Kenneth A. Randall, a Mormon. Kenneth A. Randall is a trustee of the Rockefellers Council of the Americas and works with various Illuminati members at other places too. Some of the Reynolds are Mormons. George Reynolds wrote Commentary on the Book of Mormon and Commentary on the Pearl of Great Price. Eskimo Pie Co. is just one of many that the Reynolds have controlled. Julian Louis Reynolds is on both the board of the Metals Co. and the Eskimo Pie Co.

## REVIEW ABOUT REYNOLD COMPANIES

This article has only touched on what the Reynold family operates. However, the thrust of what this part of the article is saying is that the Reynold family works with many other elite Illuminati families, and is active in banking, aluminum, and tobacco. SUMMARY OF PART 1.--The Reynolds family is an elite Illuminati family which ranks right up there with the top 13 Illuminati families. They have a very extensive power base but are strongest in the Middle South.

## SOME REYNOLDS OF NOTE -- KNOWN ILLUMINATI MEMBERS ARE GIVEN 3 ASTERIKS ***

Mrs. Mn. Reynolds Forsyth- Officer of Richard S. Reynolds Foundation

A. William Reynolda*** - CFR

Billy I. Reynolds-script writer for television and radio, Methodist, lives in VA

Dana Drummond Reynolds-worked w/ UN symposium for New Inter. Econ. Order in 1979, mmbr World Future Society, advisor for USOM to Libya, extension training advisor to Afghanistan, worked

for ABC network '47-48, mmbr Planetary Citizens (A New *Age* globalist group), Kappa Tau Alpha, Ctr, for Study Democracy, went to George Wash. University

David Parham Reynolds-dir. Reynolds Metal Co., Reynolds Alum. Sales Co., Eskimo Pie Co., Reynolds Jamaica Mines, Ltd. Presbyterian living in Richmond, Virginia.

Debbie Reynolds-original name Mary Francis Reynolds, movie actress, had the Debbie Reynolds show

Donald Worthington Reynold-owner of 6 radio stations, and a newspaper/book publisher, lives in ARK

J Berkley Reynolds-Sd of Directors Billy Graham Evang. Association in Canada.

John W. Reynolds-Fed. Judge

Joseph Allen Reynolds, Jr-banker, mmbr several fraternities, Episco.

Joseph Melvin Reynolds-mmbr Cosmos Club, physicist, univ. official, grad. Vanderbilt Univ. '48 & Yale '47

Jullan Lewis Reynolds--Libby Holman Reynolds-chief donor for the Christopher Reynolds Foundation

Lloyd George Reynolds***-economist, eco. professor Yale '46-47, Guggenheim Fellow 54-55, lives at Yale Univ. mmbr Cosmos Club

Norman Eben Reynolds, Jr-lawyer, b. Muskogee, OK & lives in Okia. City, belongs to several fraternities

Randolph Nicholas Reynolds-son of William Gray Reynolds, has a son Robert Gray Reynolds, banker, dir Dominion Nat Bank, VA. Episco.

Richard S. Reynolds, Jr.*** - Pilgrim Society

Russell Seaman Reynolds, Jr.- pres. Russell Reynolds Assoc., Yale 54, important figure in Republican party, on Adv. bd. for Greater

NY's Salvation Army, worked for at least two Morgan companies (J.P. Morgan, Morgan Guaranty), likes Yachting, Society of Colonial Wars (an elite organization)

William Francis Reynolds-b. Boston, married a Fitzgerald, Harvard 51, instruc at MIT,

William Glasgow Reynolds-lawyer, Judge, government employee, married Nancy Bradford duPont, worked for E I. duPont de

Nemours & Co. from 1935-71, Mem. vis. com. Law School, Vanderbilt Univ., Episcopalian, wrote a history book on the Reynolds.

8

# Bloodlines of Illuminati

By:

Fritz Springmeier, 1995

## McDonald Family

When one thinks of the name McDonald one immediately thinks of the fast food hamburger chain which has francises all over the world. The McDonald's Corp. has been rumored for years to be connected to Satanism. In fact a book which tries to debunk belief in a Satanic conspiracy entitled Satan Wants You reported the rumor that Mc Donald's owner Ray Kroc tithed to the Church of Satan. (see Satan Wants You, pg. 140). Ray Kroc does spend time with NWO elites and is a member of the Bohemian Grove. There is no doubt that the McDonald's Corp. has an inside track with the Illuminati, because the U.S. government has given according to one source 40 million dollars in public tax money to McDonalds to help them set up McDonald Restaurants in foreign countries under the disguise that this was money spent on foreign policy. In 1991, the total of McDonald outlets (restaurants) in the 3 primary European nations of Britain, France and West Germany totalled 959 restaurants.

In spite of the millions of dollars of tax dollars the U.S. has given to McDonalds Corp., the money doesn't seem to be directly connected to the McDonalds family, because the McDonalds family (Richard and Maurice McDonald known as 'Dick" and "Mac") which started the restaurants in 1937 were bought out by Ray Kroc around 1954. By the time Ray Kroc had bought out the McDonald brothers, they had a very successful business going. The McDonald brothers lived in the rich section of San Bernadino, and had around 11 McDonald restaurants. The brothers made about $100,000 profit a year and were quite content. The McDonalds had designed the golden arches and had put together the tast food concept and had been selling franchises. However, the McDonalds were too content. The McDonalds didn't want to expand, and when Ray Kroc formed McDonald's System. Inc. on Mar. 2, 1955 after buying out the brothers with borrowed money, he vigourously went to work to develop Mconalds into the International Francise that it is. Ray Kroc (bn. 10/5/194)2 in Oak Park. Chicago) lived frugally for many years putting his whole life into building up the McDonald's francise. It was his drive that took a good idea and changed it from a success in Hollywood and San Bernadino into an international success. Ray Kroc knew a good idea when he saw it, and developed other people's good ideas into a great success.

James A. Collins, chairman of Collins Foods International, now the largest Kentucky Fried Chicken franchisee and the operator of Sizzler Restaurants talked about his time with the McDonalds in 1952, 'There was a fraternity of us, and every one of us saw the McDonald's in San Bernadino and basically copied it after the boys [the McDonald brothers gave us a tour." "We all took our lessons from the Mcdonald brothers," Collins remembers. The concepts that francises pay for the McDonald brothers were giving out free, and Collins turned around and began getting $100 a day training people from Carnation, with the concepts that the McDonalds had shared. Henry's Drive Ins and Ken's were McDonald look-alikes that started from people trained by Collins. Glen Bell who started Taco Bell, who patronized the McDonald's main restaurant in San Bernandino started Taco Bell from ideas from McDonalds. The first year Collins imitated McDonalds with his own fast food restaurant, Collins made $80,000 a year take home pay. The McDonald brothers became a part of the local elite of San Bernadino, CA along side such rich local families as Guthrie, Stater, and Harris. Readers are reminded of all the articles in my newsletters about how San Bernadino is a major headquarters for the Illuminati and Satanic Hubs because there are so many thousands of practicioners of black magic in the area. I do know from working with survivors of the Illuminati that the McDonald family has

part of their people in the Illuminati. How far back does the McDonald family go in the occult? The McDonald family was a Scottish clan that was part of Druidism. Many of the McDonald have gone on to serve Christ. However, there is still a large powerful contingent of the McDonald family which is connected to the Mystery Religions, and which has family members who are part of the Illuminati. Each of the major Scottish clans had an area that they controlled of Scotland. The McDonalds controlled the islands and coastal areas on the west coast of Scotland. When the Knights Templars tied persecution, in order to escape the various british fleets, they sailed a route that took them to western Scotland. During the time of King Philippe IV of France. the McDonalds were involved in the movement of the Knights Templars. The Knights Templars had adopted gnostic/satanic practices during the centuries they guarded the pilgrims in the Middle East. The Order had also become the International Bankers of Europe and large landowners in Europe. The King of France twisted the Pope's arm (so to speak) to get him to go along with a campaign to eliminate the Knights Templars. Because the McDonald clan was in private still pagan. they were willing to help the Knights Templar escape the Pope's decree against the Templars.

The Knights Templars were not the only International Bankers to move north. Later, during the 16th & 17th century, the elite satanic banking families moved their operations from southern Europe to Antwerp Flanders and then on to Amsterdam. Many of the Knights Templars lied to Scotland, where they helped Bruce, the King of Scotland. When the English invaded Scotland they were defeated by Bruce in an important battle named Bannockburn. Bannockburn kept Scotland free from England for the next 289 years. The Knights Templars fought with Bruce in the battle under the command of Angus Og McDonald, who was a large Scottish landowner and a friend of Bruce. Angus Og McDonald had previously in the 1308 time period given protection to the Knights Templars. The Knights Templars brought their treasures and their military might to Scotland & to the McDonalds. Many of the Knights Templars went on to the Orkeney Is., but some stayed in Scotland and became important in the occult world. The descendents of these Knights are still guarding some important occult relics, which may be revealed in the next few years. The Sinclair family has been part of the Prieure de Sion, Freemasonry and the Illuminati. Vice-pres. of the Sinclair Oil & Gas Co. in Tulsa in '59-'61 was Marshall McDonald, who was an active Freemason who married into the Collins family. Note that the cities/towns Tulsa, Wagoneer, Muskogee, Broken Arrow in Okla. are totally controlled by the Illuminati. The atmosphere in these little towns SW of Tulsa has been described as oppressive & prone to violence by people who have lived in them. One of the lodge systems set up by the Illuminati was the Jacobin Club (originally known as Club Breton). Its Jacobite members got financing from the Illuminati and were a big part of the cause of the French Revolution. The Jacobites also played a role in the early history of the United States and the American Revolution. The Jacobites had a number of aristocrats who were also secret Satanists as their leaders. They had a lodge in Rome. One of the Scottish Jacobites was Flora Macdonald. She saved Prince Charles Edward's life. Etienne Jacques Joseph Alexandre Macdonald (Scottish blood) was a 330 Freemason & also an officer who fought on the side of the French Revolution. He went on to become a Marshall in the French army. In 1805. he became the Grand Administrator of the Grand Lodge Symbolique in France.

## SOME NOTABLE MCDONALDS INCLUDE:

Ramsay McDonald--British Prime Minister during 1920s privy to insider info, and who was in favor of working with communist Russia. Ramsey McDonald was a member of the Fabian Society working for a socialist one-world government. He rubbed shoulders with Anne Besant and Clarke a disciple of llluminatus Mazzani.

Alexander McDonald (?-1910)- Pres. of Standard Oil of KT, bn. in Scotland, lived in Clifton, OH

Alonzo Lowry McDonald- U.S Marine ('50-'52), Member CFR, Illuminati, Lived in London, Zurich, and Paris. Asst to Pres. U.S. White House Staff Director 79-81

Angus Daniel McDonald (1878-1941)- Railroad pres. w/ all types of railroad leadership positions, Trustee of Notre Dame, Knight of Malta, member Bohemian Club

David George McDonald--Did secret medical & psychological research including secret research for the Neuropsychiatrical Research Unit in San Diego for the U.S. Navy in '62-63.

Donald S. McDonald--Bilderberger Steering Committee (this is the select Illuminati group of men who actually run the Bilderbergers), Canadian Minister of Defense, Trilateral Commission, Canada's Institute of International Affairs (the equivalent of our CFR). and the director of the following: DuPont of Canada. the elites Shell Can Ltd., McDonald Douglas Corp., etc.

Christopher W. MacDonald - member of Bohemian Grove

Edmund B. MacDonald--member of Bohemian Grove Frank Bethume McDonald--NASA scientist involved with sending Pioneer 10 & 11 to Jupiter

George G. McDonald--member of Bohemian Grove

Graeme L. MacDonald--member of Bohemian Grove Dr. Gordon McDonald--astrophysicist who wrote that 'enhanced electrical oscillations in the earth s atmosphere might be used to impair human brains..

Harold D. Macdonald--high ranking occultist in the SRICF which is a branch of the SRIA, which started many of the Satanic Kaballistic groups such as the OTO, the Golden Dawn, etc. Lived in Massachusetts.

Ian Bruce McDonald--member of Bohemian Grove

Prof. Dr. James E. McDonald--suicided by CIA after discovering their involvement with UFOs, McDonald had addressed the UN's Outer Space Affairs Group concerning UFOs on 7 June 67. Why was this very informed scientist suicided?

Jeffry R. McDonald--A Grn. Beret doctor whose family was murdered by the satanic cult that Alinea Stockley belonged to. Ted Gunderson tried to help him legally. The murder was to hide an army/CIA/Satanic drug oper. Sir John A. McDonald (1815 -1891) - 1st Prime Minister of Canada, Freemason, Knight of the Order of Bath, Knights Templar, and member Lafayette Royal Arch Chapter, of Wash. D.C.

John Bartholomew McDonald (1844-1911)--Due to his father's connections with the corrupt Tammany Hall in NY this railway engineer and railway executive was able to get important jobs. John built the NY subway system and when he died the electricity in all the subway system was shut off for 2 min. in respect. He built the Vanderbilt tunnels north of 42nd St. NY & other items. John Cecil McDonald (1924-) --32° Freemason, Shriner, National Republican Chrmn, on the Court of U.S Military Appeals, delegate to Rep. Nat. Convention in '64, '72, '76, '80, '84

John Garwin McDonald--oil executive John Warlick McDonald, Jr. (1922-) --llluminati member, lives in Arlington, VA. was with the U.S. Supreme Court 1951, was with the U S Military Govt. running Occupied German after W W Il--see the Krupp Illuminati family article in this newsletter. Worked with NATO, CENTO, CA, National War College, the UN, the State Dept., went to numerous (almost countless) UN conferences for the U.S. He was the U.S's coordinator for the UN's Drinking water work. He is a member of the Cosmos Club, and the Club of Rome.

Lovatt McDonald-Pres. of Draycott who has worked with P2 Freemasons in secret arm smuggling deals Linda McDonald--victim of Monarch Mind Control programming by Dr Ewen Cameron (Dr. White of the Illuminati) at Allan Memorial Hospital. Linda McDonald at the age of 58 and living at Vancouver, B.C. was able to prove that Cameron did programming using drugs, electroshock, psychic driving, depatterning, etc.) She has no memory of her childhood, but was able to prove that in 1963 at age 26 she was given mind control programming. Because the CIA had funded Cameron, the U.S. Fed. govt. gave her via the Canadian govt. a $100,000 settlement, if she would not talk. A newspaper did pick up on the settlement on 11/18/92 and I have reproduced that news article at the end of this

article. The money was hush money, for it was stipulated for the $100,000 out of court settlement, Linda would keep quiet about her mind control.

Robert A. McDonald--member of Bohemian Grove W. Patrick McDonald--member of Bohemian Grove Walter Joseph McDonald- important CIA officer, Cath., lived in Annapolis, MD, bn. in Boston, MS.

McDonalds are publishers of occult books in the U.K.

MCDONALDS WHO AUTHORED OCCULT BOOKS & other notable titles.

Douglas R. MacDonald--The Scot's Book of Lore and Folklore

George McDonald--Wise Woman & Other Fantasy Stories (part of a series on the fantasy stories of George McDonald.)

John McDonald--The Magic Story Message of a Master

John Warlick McDonald, Jr.--The North-South Dialogue & the United Nations pub. by Georgetown Univ.

Michael MacDonald--Mystical Bedlam, publ. by Cambridge Univ. Press

Reby E. MacDonald--The Ghosts of Austwick Manor and A Contemporary Collection on Loan from the Rothschild Bank AG, Zurich

The McDonalds and MacDonalds (and some of the Donalds) are descendents from King Somerled. King Somerled helped expel the Vikings (Norsemen) from Scotland. King Somerled's son was Ranald and Ranald's son was named Donald. The grandson then became Argus Mor McDonald (mac means "son of") Argus's grandson married MacRorie and became Lordship of the Isles. The McDonalds were the chiefs of that area. Families that sought their protection sometimes took their name too. So it is not inconceivable that some of the Knights Templar bloodlines ended up one way or the other as McDonald. The powerful McDonald of Glencoe lived in Glencoe until the 1692 massacre by the English government against Francis Stewart sympathizers. Francis Stewart was the Grand Master of the witchcraft covens in that area of Scotland. and the McDonalds were supporters of him. Also in the 17th century the McDonalds were forced to participate with others in piracy.

There are some powerful Stewarts (also spelled Stuart) in the Illuminati today, some who are friends with the Rockefellers. At least one Stewart intermarried with a Rockefeller. Another Stewart has family members who own a series of theaters in California which have secret tunnels to day care centers so that children can be ritually abused and programmed. (This Stewart had a father in Satanism who was associated with the Hungarian palace.) James C. Stewart, a member of the Illuminati, built the Mormon's capital building in Salt Lake City, 60 Wall Tower in NY, and the Savoy Hotel in London that the Illuminati use for their Pilgrim Society headquarters. James belonged to the Pilgrim Soc. too. Now that the reader knows this, he or she will understand why this author did a doubletake when I ran across Stewart McDonald, who was the director of Savoy Plaza Hotel, in New York. a place frequented by the elite. Stewart McDonald was president of Army War Shows in '42-'43. See the article on the Van Duyns in this newsletter to understand the connections between the Army War Shows and the secret mind-control ops done in W.W.ll under the auspices of the Illuminati. Stewart McDonald was also the police commissioner in corrupt St. Louis, MO and the Fed. Housing Administrator for Wash. D.C., as well as being an auto manufacturer. There is a Stuart who actually has a stronger claim to the throne of England than Queen Elizabeth. He is 11th in line as a claimant, while she is only 13th. His claim is a carefully preserved secret by the media. Queen Elizabeth is of the Hannover Dynasty which is part of the 13th Illuminati bloodline. This Stuart claimant was recently asked if he would like to have the throne of the newly formed nation of Estonia, but he rejected it. The Stuart bloodline and their henchmen have been an important part of the leadership of Freemasonry down through the centuries.

The Scottish Stewart family, as well as the Cameron, Campbell, Douglas, Hamilton, and Montgomery scottish families were originally powerful families that came from Flanders area (now Belgium & north. France) which is today a strong point for the Illuminati. These families emigrated to Scotland in the 12th century and were part of the strong occult bonds between Scotland and the Flanders area. (Today, Flanders is divided between northern France and Belgium.) Later, Flanders became a banking center for the International Bankers. The Hungarian occult world also connects to Scotland with such ancient historical figures as Saint Margaret (a Hungarian noble), whose husband Malcolm Ceanmor murdered in real life Macbeth. Her son David introduced feudalism into Scotland, and she herself brought in Catholic Priests. There are many occult ties between Scotland. Flanders, Hungary, and Rome. Parts of the McDonalds continue to practice Druidism, which was the original religion prior to the Christians. The McDonald heritage goes back to the Picts and Gaelic people. Some of the McDonalds have become part of the Catholic hierarchy. I believe I know of five MacDonalds which have become Air Marshalls (top rank) in the British RAY. The names of these RAF Marshalls are: Someried Douglas McDonald, Thomas Conchar McDonald, Sir William McDonald, Air Commander John C. McDonald, and Major General John Frederick Matheson McDonald. The NWO has been called the Air Dictatorship because the NWO's air power will be so important, so it is significant that the RAF has had so many high officers who were MacDonalds. Just one example of the tie-ins, the british Minister of Aviation Roy Jenkins (64-65) has been part of the Trilateral Commission. Thomas Conchar MacDonald did secret research for the Air Ministry after WW II. He went to the Univ. of Glasgow. Another Marshall Sir William Laurence Niary) MacDonald was involved with British Air Force Intelligence. A number of other McDonalds have worked for intelligence agencies to, incl. David George McDonald, James Nlichael McDonald, Jr. etc. William McDonald was a doctor who worked with FDR in 1925.

Henry Ford also spent time with a doctor named William McDonald. A number of McDonalds are Bankers (or important in the Stock Markets) and in an attempt to keep this article brief I'll just list some of them: Andrew Jewett McDonald (Yale, USAF), Archibald MacDonald, Allen Colfax McDonald, Angus Daniel McDonald, John Garwin McDonald, William Henry McDonald (Can.), and Witten McDonald. Archibald NiacDonald is director of Joseph Freeman, Sons & Co., Ltd. as well as being important in other things. The Freeman family is one of the top 13 bloodlines and connects to the Prieure de Sion. Sir Peter George MacDonald has heen the director of Guardian Assurance Co. Ltd. which also has connections to the Freeman family and the Prieure de Sion. There are a long list of McDonalds who have served various governments all over the world in leadership positions. Danny Lee McDonald of Tulsa, OK served on the corrupt Federal Election Commission ('82-'83) as its vice-chairman, and from '83 onward he served as its chairman. William C. McDonald was the first state governor of New Mexico from 1911-17. The Freemasons ran the state at that time.

This author would wear the readers patience thin by describing all the McDonald's who have been in important government jobs. The policeman who found Lee Harvey Oswald after JFK was shot was a McDonald. This policeman was then assigned to protect Marinna Oswald (the widow of Lee Harvey Oswald). This heavy-set policeman McDonald (who attends the Oakridge Christian Church) has appeared on television recently such as on Channel 32, on Top Cops at 7:25 p.m. where he speaks out against conspiracy theories in the JFK assassination. The entire arrest of Oswald by M.N. McDonald is filled with questions. Jack Ruby was in the same theater. Oswald tried to shoot McDonald with an unloaded gun. Some unknown person had tipped McDonald off that Oswald was in the theater, and the police had for some reason already decided Oswald was guilty because while arresting him the policeman was heard saying by witnesses, "Kill the President, will you." And yet the Warren Commission said that Oswald was not a suspect until later. This is just one place of many where the McDonald family connects in with the larger Satanic conspiracy. Jack Ruby was involved with the Carousel Club which was tied to the Monarch Project. The assassination of JFK was done through Permindex, which was set up by Louis Mortimer Bloomfield, who worked for the Illuminati in SOE (British Special Operations Executive) within the US Army Intelligence. He worked for OSS and ran the FBI's Counter Intelligence Div. 5, while working for British SOE and the Illuminati. George DeMohrenschildt, Oswald's best friend or closest contact was himself an ex-Nazi spy who worked for the CIA. The Mob's'connections to the Top 13 Illuminati families is explained in the Van Duyn

family article in this newsletter. Bear in mind, the mob had turned against JFK too. In summary. Some of the McDonalds have held important positions for the Illuminati, and part of the McDonald descendents are in the Illuminati. You will also find McDonalds very active in Protestantism and Catholicism. The McDonald family's involvement with the occult goes clear back to Druidism, and then the protection & leadership they gave to the Knights Templars. Today, some of the McDonalds are Barons, some are Bankers & some are leading intelligence and military men. > > EXHIBIT NEXT PAGE. News article that shows Linda McDonald was awarded hush money by the Canadian govt. & the CIA for MK-Ultra Mind Control programming.

# Brainwash victims to receive $100,000' *Ottawa denies responsibility for experiments*

### By Bob Cox

#### The Canadian Press

OTTAWA — The federal govern-ment will pay $100,000 each to vic-ims of brainwashing experiments funded by Canada and the CIA be-tween 1950 and 1965, Justice Min-ister Kim Campbell announced Tuesday. Ottawa is paying the money to avoid legal claims by victims or the experiments carried out by Dr. Ewen Cameron at Montreal's Allan Memorial Institute. As many as 80 people were In-volved, but It's not clear how many are still alive and eligible for the payments. Campbell said the government still does not admit any legal lia-bility or responsibility, but is pay. ing the money on compassionate and humanitarian grounds. But Linda Macdonald, a Van. couver woman who launched the court case that forced the settle-ment, said she considers the pay- ments an admission of responsi-bility and a symbolic apology.

My biggest concern has always been that the federal government acknowledge its responsibilIty in funding the experiments, so that we can hope that such abuse of patients rIghts will never happen again in this country," she said. Macdonald, now 55, underwent "depatterning" at Allan Memorial in 1903.As a mother of flve children un-der four years old, she was sent to the Institute suffering from fa-tigue and depression. She was treated as a schizo-phrenic, though never diagnosed as such. She was heavily drugged, kept asleep for 86 days, given over 100 electroshock treatments and subjected to "psychic "driving to She me rged five later barely able to function She couldn't read or write, use a toi-let, drive a car, cook a meal or make a bed. She didn't remember her husband, children or the first 26 years other life."1 accept tne governments syrn-bolic apology through compensa-tion, but no amount of money can compensate me for the loss of memory . . and the enormous df-f ficulties my family and I have suf fered Macdonald said in a state-ment. She was in Los Angeles on tues-day. talking to film producers about her story. Former patients at the Allan Memorial have sought compensa-tion from both the Canadian and U.S. government for years. The US. Central Intelligence Agency, wanting to learn more about brainwashing and psycho-logical deprograming, covertly gave $85,000 to Cameron between 1957 and 1962. Canada, as part of a national program of health care grants, gave about $70,000 between 1950 and 1954 and again between 1961 and 1964. The experiments ended in 1965. Canadian offlcials later said they dIdn't know of the CIA funding. In 1988, the U.S. Justice Depart-ment reached an out-of-court set-tlement that gave about $100,000 to each of nine Canadians treated under Cameron's CIA-funded ex-periments.T he Canadian govornment helped pay legal bills for those Canadians who sued the United States, but balked at paying Its own compensation. A 1986 report by George Coo-per, a Halifax lawyer and former Conservative MP, absolved Cana-dian authorlties of any blame and described Cameron's work as "in-cautious but not irresponsible." But Thomas Berger, Mac-Donald's lawyer, presented a re-port to the government in 1990 challenging Cooper's conclusions One u.s. doctor likened Cameron's research to brainwashing techniques used In Chinese prisons. A Justice Department official said he did not know how many people are eligible for the $100,000 payments. A number of former patients have already

died. Only people still alive can apply for compensation. People can call a toll-free number — 1-800-267 4988 — for more information

# Bloodlines of Illuminati

By.

Fritz Springmeier, 1995

# THE KRUPPS & THE ILLUMINATI

One of the big lessons from history is that mankind doesn't learn from history. The history of the Krupp family which is in the Illuminati would provide the world with a loud and clear warning for today. The first lesson that could be learned is how a military buildup and military intentions can be totally concealed for decades. Today, the New World Order has brought in hundreds of thousands of foreign troops into the United States, they have brought in thousands, if not hundreds of thousands of guillotines for executions, they have built a network of unused concentration camps across the U.S., they have built crematoriums next to these concentration camps, and yet most Americans appear to believe the lies of President Clinton and others just like they believed the lies of Krupp, and the German Chancellors BEFORE Hitler, and the German military leaders who were all well aware of the secret German buildup that began immediately after W.W. I ended! We are about to go into a New World Order that will be worse than Hitler's New World Order, but the power behind the scenes is the same -- the Illuminati getting their power from their centuries-old generational satanic practices. One ex-Illuminati thinks that the Krupp family became part of the Illuminati in 1836. The Halbach and Bohlen families had united in marriage prior to the Civil War. The Halbach family had large holdings of coal around Scranton, PA. I believe the Halbach family was part of the Illuminati, and the Halbach family married into the Krupps in 1906. ft appears that 1836 date can not be far off, because the record shows that the Krupp family began getting all kinds of favors from governments beginning late in the 1830s. Prior to this time period, too many things went the wrong way for the Krupp family for them to had any prominent role in the Illuminati leadership. In the summer of 1838, Alfred Krupp, head of the Krupp Factories left his business and went to Paris and then on to Liverpool. He quit travelling the Midlands of England that winter and lived in Liverpool, England for 5 months with an english family named Lightbody. By the summer of 1839, he was back in Essen, Germany. After that trip to England, the Krupp fortunes began to turn. The Alchemists were occultists who worked with chemicals and metals. The alchemists tie in with the Rosicrucians and the early renaissance researchers into chemistry.

The Krupps because they were involved in metalurgy also have been involved with chemicals. The first Krupp known about was Arndt Krupp who appeared out of no where (it is speculated he came from Holland) and arrived at Essen in 1587 a man of means and became a merchant in the area. His son Anton became one of the military arms dealers of the times. Anton's father-in-law ran a gunsmith trade where he made guns. By about 1650, the Krupps were Essen Germany's uncrowned kings" (according to the german book <u>Die KRUPPS</u> written by Norbert Muehlen. Frankfurt am Main: 1960, p. 13). They controlled the city government. In 1800, the Krupps went into steel and coal, and producing cannon. During the age of discovery when the New World was being explored the powerful occult oligarchies of Europe set up trading companies to carve up control of the world. The East India Company was one of the more notable of these elite controlled trading companies. These trading companies tie in with the occult world's leadership and the formation of drug cartels during the age of discovery. The 13 Illuminati families were participants in the narcotics cartel that was set up clear back before the United States became a nation. The roots of the cartels, go back to Knights Templars, the Knights of Malta and some of the Italian oligarchies who had been involved in narcotics trade for centuries.

1

That drug cartel has continued down through the centuries. I.G. Farben has been a 20th century part of the German element of the cartel. Clear back during colonial days, each of the various secret ruling occult families from England, Germany, France and the Netherlands were given a piece of the narcotics/chemical trade. The full story of the Krupp family would include how they tie in with I.G. Farben and the worldwide chemical monopoly that the Illuminati families have. It is clear that Gustav Krupp was informed of I.G. Farben's secret research into synthetic nitrates prior to W.W.I, because Gustav told the great German chemist Emil Fischer not to worry about the guncotton problem caused by low nitrate supplies. The Krupps faced a bigger problem during W.W.II in getting enough high grade animal fat for holding the cotton in place for explosives. This was solved by using the fat of people killed in the concentration camps. Since the Illuminati's Chemical cartel and I.G. Farben and Krupp were involved in the use of human products, the concentration camps were liberated by the Illuminati's men and the use of human fat, etc. covered up.

In our modern times two men of Illuminati from the Krupp family stand out, Alfred Krupp von Bohlen und Halsbach (1907-1967) and Charles "Chip" Bohlen (1904-1974). Chip Bohlen's grandfather and Alfred Krupp's great-grandfather were brothers. Alfred Krupp was the most powerful and richest man in the common market or Europe during the 1960s, and Chip Bohlen was one of the most powerful political ligures of the United States serving as the U.S. ambassador to the USSR for many years. New World Order leader and Chip's co-worker George F. Kennen described Chip Bohlen with the following: "No single person was present at more of the high-level diplomatic encounters of the wartime [WW II] and immediate postwar periods than Charles Bohlen." And yet how often are Americans told that while Charles Bohlen was advising Roosevelt to give the Soviets eastern Europe at Yalta in 1943. his relatives Gustav and Alfred Krupp were directing the manufacture of Hitler's best armaments? It's a small world at the top. On Jan. 21. '33, Papen told Hugenberg, 'We've hired Hitler." Although Hitler was very much his own person, the people who put him into power knew what they were doing. The Illuminati, as they so otten do, put their people in as Hitler's advisor and his bodyguard. Dietrich Stepp, Hitler's personal bodyguard, was in the Illuminati. They have done the same with numerous other people, for instance the surrounded Howard Hughs. Hitler was surrounded by Satanists who took orders from the Illuminati first and Hitler second. If you don't believe that Hitler submitted to the his Illuminati advisors, look at sonic of the changes that he made in Nazi doctrines over the years in his speeches to make sure that the elite of Germany were protected. Hitler backtracked on some of his stands.

Four important Illuminati advisors to Hitler were Rudolf Hess, Martin L. Bormann, Gustav Krupp and Alfred Krupp. Rudolf Hess was hidden by the Illuminati during W.W. II. There is a book out which shows the military medical records of the real Rudolf Hess who was wounded in W.W. I, and the medical records of the fake "Hess" who was imprisoned in Spandau prison after W.W.II. This is why the Nazi's on trial at Nuremberg laughed when they saw "Hess" for the first time in custody, they laughed because they knew he wasn't the real Hess. Bormann came from a generational occult family. Bormann's grandfather was Johann Friedrich Bormann (b. 1830) and his father was Theodor Bormann and his mother Louise Grobler. Bormann before joining the Nazi's had worked for Hermann von Treuenlels as a foreman on a farm. He was noted for his harshness, brutality and dominating personality. He also gave the orders for thugs to beat up a man named Walter Kadow, who died while being beaten. Bormann served some prison time for his involvement in Kadow's death. Bormann later as Hitler's no. 2 man used his position to enact some cruel measures on Europeans controlled by the Germans. All the leading Nazis agreed among themselves that Bormann was "Hitler's Lucifer." Goring stated at Nuremberg, "The decisive influence on the Fuebrer himself during the war, and particularly from 1942 on...was exercised by Herr Bormann. It was a disastrous influence."

Bormann held the highest Nazi rank, Reichleiter, and was Hitler's shadow everywhere, and yet most Germans didn't know who he was. When Hess disappeared early in W.W.II, Bormann took his position. Gustav Krupp saved the Nazi party in 1932. If it had not been for Gustav Krupp, Hitler would never have come to power. During 1932, the Nazi Party had offended many people and had lost greatly in the elections. Many of their big financial supporters had backed away and it looked like

the party was going to shrivel up and die. Dr. Goebbels, of the Nazi Party wrote at this point in 1932, "...We are all very discouraged. particularly in the face of the present danger that the entire party may collapse and all our work be in vain. We are now facing the decisive test." Soon after he wrote, "The financial situation in Berlin is hopeless. Nothing but debts and obligations." At this point. Gustav Krupp threw his momentous influence and big money (100,000,000 German Marks) into saving the Nazi party from their precarious position. Gustav Krupp was perhaps the most powerful industrialist in Germany with perhaps the best steel factories in the world, and the weight of his help pulled the Nazi party up on its feet and to victory that year. When Krupp made his big financial contribution, Hitler assigned Bormann to keep track of all the money. From then on, Hitler's personal finances and some of the party's finances were totally controlled and oversaw by Martin Bormann, a member of the Illuminati. I say Gustav Krupp was "perhaps the most powerful industrialist"--only because I don't know anyone who knows how big Gustav Krupp was financially. Gustav Krupp was the sole owner, that is the sole proprietor of all his companies--there were no shareholders. Gustav Krupp owned a vast array of corporations and companies and properties all over the world. No one knows how much he owned, but he owned enough that his son who was the sole inheritor of all the Krupp fortune was able to have his factories totally destroyed by the allies in W.W. II, and then quickly rebuild by using money derived from foreign (non-German) holdings all over the world.

But was Hitler the person who led Germany to rearm and enter into W.W.II? Gustav Krupp began secretly rearming Germany immediately after W.W.I, in preparation for the next world war. The documentation that Krupp began planning and secretly

rebuilding German armaments in preparation for W.W. II IMMEDIATELY AFTER W.W. I IS INCONTROVERTIBLE. I suggest that doubters read William Manchester's massive book <u>The Arms of KRUPP. 1587-1968</u>. The German government cooperated. Agreements were reached with the Soviets soon after W.W.l ended to help the Germans secretly get around the strict requirements of the Versailles Treaty which greatly restricted Germany in many ways to prevent it from becoming a military power. On May 11, 1921, (;erman Chancellor Wirth, the leader of the German government signed the Versailles Treaty pledging disarmament. At the very same time he was fully cooperating with the Krupps and the military to rearm Germany secretly. Wirth was very adept at intrigue, and be and Krupp carried out international intrigue all over the world to pull off their secret military buildup. Today, the Illuminati are doing the very same thing. (More about this shortly.) When Hitler came to power, Gustav Krupp billed the Nazi government 300 Million for having secretly built up the German war machine during the 1920s, and the Nazi's paid it to Krupp. Later in 1943, during W.W. II when Gustav and Bertha wanted to hand their entire empire over to their first son Alfred, Alfred personally went to Hitler's secret underground hideout in East Prussia to get Hitler to personally make an exception to the German law that forbid passing everything in an inheritance to only one child. Hitler greeted Alfred with a great welcome and then let him talk to Martin Bormann. Remember, Bormann, a very brutal man, was part of the Illuminati. Alfred and Bormaun talked, and then Bormann directed Hans Lammers, the Nazi constitutional oracle to secretly proclaim:

"The firm of Fried. Krupp, a family enterprise for 132 years, deserves the highest recognition for its incomparable performances in boosting the military power of Germany. Therefore, it is my wish that the enterprise be preserved as a family property."

At the Nuremberg trials, Gustav was one of the Nazis at the top of the list of criminals to be tried, and Alfred was mistakingly not put on it until later. Gustav was declared unfit healthwise for trial, and Alfred was given very lenient treatment. Other Nazis put on trial were sentenced to death with less evidence and less crimes than Alfred. When the war ended, old man Gustav was at Bluembach Castle which is located at a remote site in the Austrian Alps. The American officer who captured the castle was Chip Bohlen's brother-in-law Col. Charles W. Thayer (in other words a relative to Gustav Krupp), who made sure the American troops did not loot the castle. This is a very strange coincidence, that of the millions of allied troops, a relative of the Krupps is the one to capture Gustav Krupp's castle. Col. Thayer knew what Bluenbach Castle was all about before he took off with his men to find it. The four-storied ivy covered castle has a pink granite driveway, and a beautiful and luxurious interior. Even if a visitor gets to the main gate which is remote enough, there is still a long

3

trip to the castle. One of the snow-covered mountains surrounding the postcard perfect castle has the legendary cave of Barbarosa, who is said to be asleep waiting to be woken by black ravens to come back to life and save Germany. The Illuminati's controlled media portrayed Gustav's son Alfred as a victim of the Nuremberg trials, even though mountains of documents prove that he was more of a war criminal than Adolf Hitler.

The massive trial documents of the Nuremberg trial of Alfred Krupp were never printed in Germany, and even today the truth about Krupp is unknown. History was rewritten by the controlled presses to make Alfred Krupp out to be the victim of Nazism, rather that to tell the truth about how he ran the Krupp empire beginning in 1943, and was actively involved in the rape & pillage of many nations, and actively involved in the torture of countless slave laborers who came from nations all over the world (anybody the Nazis found to arrest.) The slaves who worked for Krupp were not even slaves. Hitler had made a law that slaves were to be fed so much per day according to how hard the work was that they had to do. Krupp's slaves were starved to death while being forced to do hard labor. There was an acute shortage of slaves to work and drastic needs for tanks, ships, artillery, subs and other Krupp produced weapons, so there was no logical reason for Krupp's personal factory guards to starve and beat slaves to death on a regular manner. The horrendous abuse that the slaves received actually often prevented the Krupp factories from being successful in their production goals. Slaves are generally fed and taken care of so they can work, but Krupp's slaves were not even given the basics that a slave gets--they were less than slaves, or as one slave who worked for Krupp said that as Krupp's slaves they didn't even have the status of "slave" but were like pieces of sandpaper to be used and discarded. Krupp's slaves were the worst treated in Germany and frequently failed to achieve the production that was wanted due to the total dehumanization and horrible abuse systematically heaped upon them. Slaves were tortured in the basement of Krupp's Hauptverwaltungsgebaude (the executive corporation office building in Essen). Unimpeachable witnesses declared that some of the most revolting torture of slaves occurred within earshot of Alfred Krupps office. The secretaries who worked with Krupp could hear the screams of people being tortured, and there is no doubt if they could hear them, Alfred could too, but he always ignored the screams with a stone-like face, as he did later in Satanic rituals. One Illuminati survivor remembers Alfred's distinctive face. Later John J. McCloy, head of the Council of Foreign Relations, and a member of the Illuminati, was given the job of High Commissioner over Occupied Germany. He overturned the Nuremberg Trial decisions, stepping out of line with legalities and freed Alfred Krupp from prison and exonerated him of "war guilt". The trial of Alfred Krupp's W.W.II war crimes had taken 5 years, and took 330,000 pages of court transcripts. All that work was swept aside by John J. McCloy--a generational satanist himself like Alfred. Alfred had 37 of the best lawyers who had given more than a good fight for Alfred. They pulled every trick in the book for their client--including murdering witnesses, suppressing evidence etc. (The establishment newspapers in Europe and the U.S. portrayed Alfred as having not been allowed adequate legal help! Nothing could be further from the truth--he was the best defended Nuremberg criminal.) Yet, the evidence against Krupp was overwhelming and the 5 Nuremberg judges had sentenced him to prison. The judges also sentenced that all his possessions be taken from him. This was more than fair considering all the pillage and looting Krupp had personally directed throughout Europe. The British and American governments never carried out the Judges orders to take Alfred's property away, and after serving awhile (having a vacation from his work load) in prison, the Illuminati set him free from prison. Alfred was made out to be martyr in the press--they claimed he was the only Nazi who had property confiscated (which was a lie by the press), so that it looked like he'd been singled out for special victimization by the Nuremberg court! While looking to the public like a victim for loosing his property--none of it was ever taken away!

Today, the intrigue of the Illuminati to secretly prepare for their takeover is monumental in proportions. However, it is following many of the tried and tested tactics of the Krupps. Before W.W.I, the Krupps created a Dutch company in Hague with the English name Blessing and Company. Blessing & Co. was used only every now and then by the Krupps. After W.W.I, it was sold with all its assets to the Hollandsche Industrie en Handel Maatschappij (another Dutch front), and then its name was changed to Siderius A.G. It was then used as a holding company for 3 Dutch

4

shipyards, their names being Piet Smit in Rotterdam, Maschinen en Apparaten Fabrik in Utrecht, and Ingenieur-Kantoor voor Scheepsbouw in the Hague. At that time two Krupp directors quietly held all the shares in Siderius. In this way, a front company was created that no one even suspected of being a Krupp company. Later, select Dutchmen were sold the shares of the company that the Krupp directors had had. This completed the subterfuge. By the time allied intelligence in 1926 caught on and asked the Dutch government to intervene, Queen Wilhelmina of Holland curtly informed allied intelligence that her govt. would in no way interfere with a private dutch corporation. When one studies the machinations George Bush and Bill & Hillary Clinton, they too have worked with front companies. The CIA is great at creating front companies which are sold to other fronts, and whose control eventually gets hidden and obscured. Three examples of Illuminati families with a great deal of power but who have their extensive financial holdings obscured are the Payseurs, the Springs, and the Van Duyns. The national media of America have continually run expert damage control for George Bush and Bill & Hillary Clinton. The Whitewater scandal, Vincent Foster and the Waco incident should have sunk the Chintons but the media has run excellent propaganda campaigns that have stood the truth on its head. Under the appearance of doing unbiased investigations, the New World Order's media has really done sophisticated damage control. If we look at the history of the Krupps, we can see that mankind hasn't learned from history. The Kingpins of the Illuminati were above the law and still are. Friedrich Alfred Krupp (1854-1902) was the head of the Fried. Krupp Industrial Empire. He was pediophile who liked little boys for sex. When he travelled to various large cities he would obtain boys. Conrad UhI, proprietor of the Hotel Bristol in Berlin found out about Friedrich (Fritz) Krupp's lust for boys when he was forced by Krupp to supply him with young boys at the Hotel. Conrad UhI, didn't like being forced into his role as pimp and went to the Berlin police. who promptly told him to keep quiet. Krupp was above the law, no one would touch Krupp especially not even the King of Germany Wilhelm, who was best of friends with the Krupps. The police commissioner Meerscheidt-Huellessem who ran damage control for the Krupps and others died before political opponents of Krupp could get police records out to the public.

In Capri, Italy a grotto was transformed into Krupp's private sex club where a countless numbers of young italian boys regularly sexually serviced Krupp. This was at the Quisisana Hotel. The owner was also a prominent politician who could protect Krupp's activities. Solid gold pins shaped like artillery shells or two crossed forks (both designed by Krupp) were given to the young boys if they performed well. Krupp would have skyrockets shot off when he had his orgasm, and porn photos taken of his activities. The porn pictures got out into the public domain and this and all the witnesses to Krupp's criminal sexual activities, caused the Italian government to order Krupp to leave Italy. Any common person would have been arrested and the key to their cell thrown away--but Krupp was simply asked to leave. However, the press in Italy had gotten ahold of the juicy story for their italian readers and soon all of Europe knew of Kru pp's paedophilia except in Germany where the government and the controlled media kept it secret. A few german newsmen tried to get the story out in Germany but were arrested. When Krupp's wife learned of the scandal she was upset and went to authorities who then through the System using physical force threw Krupp's wife in a mental hospital in Jena. However, throwing Krupp's wife Margaretha into a mental hospital wasn't going to put a cap on the scandal, and suing the newsmen wasn't going to work, and trying to run a coverup as big and violent as the JFK assassination coverup was started but it was obvious that it would have to be such a large and violent coverup that it would be difficult to pull off. In the view of all these difficulties, on November 21 or 22, 1902 Friedrich (Fritz) Krupp committed suicide. The suicide was covered up, and his body was put in a concealed casket and in direct disobedience to the law there was no autopsy--even though the law required it. Nobody, even Friedrich Krupp's close relatives were allowed to see the body. After 3 days, Germany had a great ceremony involving the King, great words were said about Krupp, and then Krupp was laid to rest in a guarded cemetery. Now that it is no longer important, the facts of what happened can be studied, but the case of Friedrich A. Krupp's improprieties and the resulting scandal show clearly that powerful men are above the law, any exposure of their activities can be covered up, and even suicides can be covered up. Now historians will tell the truth, when it is no longer political correct to lie. How long will it take for the truth to come out about George Bush being a pedophile, or about Bill and Hillary's cocaine running, or a thousand and one other criminal activities these Illuminati men have engaged in. The Supreme

Council of the 330 of Southern Rite of Freemasonry had pictures of George Bush in their New Age magazine holding children in his lap. For those of us who know that he is a pedophile the picture showing him as a fatherly Jesus-type figure who children love is sickening. Will we learn from the past, or will we continue to repeat it & its atrocities? Even today, in Germany the Krupp name is above reproach. The truth is not being told. The Krupps have had too much power over the German media for the German mass media to ever say the genuine negative truth about the Krupps.

During W.W. II, the Krupps took tens of thousands of jews and other people and used them as slave labor. A concentration camp at Buschmannhof, Germany was created for the babies of Krupp's slave labor. The babies who were sent to this concentration camp would then die of starvation and disease. The slaves of the Krupps during W.W. II were tortured in small boxes, whipped etc. etc. However, the politically correct line today in Germany is that the Krupps were made to do this by the Nazis. And that politically correct line is a fabricated lie, because numerous documents show that the Krupps went to the Nazi government and begged for slaves to work in their factories, and that the Krupps intentionally set .up extremely harsh working conditions for their slaves. In fact, letters exist that show the Krupps couldn't get enough supply of torture weapons to use on their slaves.

But then the workers for Krupp have always worked under serf conditions. A visitor to a Krupp factory said, "For all practical purposes the people of Essen are body and soul the property of the Krupps." At times the Krupps have been viewed as god figures by some of their workers. Are we going to learn from history? Today, the public is buying the System's propaganda to make inmates work under boot camp conditions. The stage is being set in the United States to view inmates as less than human. The foreign slaves in Germany were often looked upon as less than human by many of the German people. That is the power of control and propaganda. The media is able to take someone like Tim LaVeigh who everyone who knew him during his life says was a nice guy who couldn't have set the bomb(s) and make him look to the public like a mean monster. I believe Tim LaVeigh is a patsy for the government's own sinister bombing of the Oklahoma City Federal building just like Hitler firebombed his own Reichstag. Speaking of fires set by the Illuminati, the Krupps tried to burn mountains of records before the Allies captured their factories. A lot were burned but many still sensitive documents still survived. These sensitive documents showed their war crimes, Kruupp's own espionage network and other sensitive things. Krupp wanted to bury some of the documents at an unused Bohien castle that he had. The Krupps have networked with all the elite. The Krupps agent in powerful man while alive, he could hire or fire corporate leaders in many of Germany's corporations, because his various banks held the purse strings in Germany. He also had international clout, for instance, Banco Aleman Transatlantico (Deutsche Oberseeishe Bank) which operates in South America & Spain is run by Deutsche Bank. In July, 1944, the Illuminati's economic thinkers quietly established the World Bank at Bretton Woods, New Hampshire. Illuminatus John J. McCloy, the man who set Krupp free, became the president of the World Bank. The U.S., Japan and Germany are the most powerful voting members of the World Bank according to the recent annual reports which I have.

When an appropriate Krupp couldn't be found in 1967 the Illuminati turned Krupp's Industrial Empire over to its Internat. bankers. Charles Eustis Bohlen (1904-1974) was born to Celestine Eustis and Charles Bohlen. His father Charles Bohien was a wealthy man and his mother's family had also been prominent. His mother Celestine's father was the American Ambassador to France in 1893. Because Chip Bohien had connections, it was mutually decided by several people that he should become a diplomat. The state department at the time he joined had tarnished its reputation with the public with several scandals. One diplomat had indecently exposed himself, another had been arrested for molesting 2 boys and another had shot himself. Chip Bohien seems to have been way above scandals. Chip was very intelligent and very discreet. In addition to being very discreet and close lipped, the elite's press and the System in general over the years have kept Chip Bohien's life a secret from the public. Most men of Chip Bohien's stature would appear in the Who's Who in America. Not Chip Bohien. He has managed to keep to a very low profile thanks to the Illuminati's control over all types of information, while remaining one of the most powerful men in the 20th century. Sen. McCarthy, who was catching on to the Illuminati's conspiracy tried to prevent Bohlen from being

6

approved as the U.S.'s "Ambassador extraordinary and plenipotentiary to the U.S.S.R." but on Mar. 2 & 18, 1953, the Senate gave him the important position. However, Chip's brother-in-law quit his political career after being exposed by Sen. McCarthy. (I had believed the lie of the press that McCarthy was after communists, but I read something the Senator wrote which showed that he was out to expose a worldwide occult conspiracy--not simply communism. The work the Senator did is continually referred to as a "witch hunt", but some day the witches he tried to protect America from may well put this nation through another Holocaust, and then the "witch hunt" of the Senator will seem mild.) Chip Bohlen also served as the no. 1 adviser for three Secretaries of State - James F. Byrnes, George C. Marshall ('45-'46) and Christian Herter ('59-'61). After graduating from Harvard in the late 1920s, Chip worked for Frank B. Kellogg and Henry L. Stimson. The U.S. State Department trained Chip to speak Russian several years before the U.S. had diplomatic ties with Russia. When the U.S. put in an embassy in Moscow in 1934, Chip helped open the first American embassy in communist Russia. The American diplomats stayed at the Savoy Hotel in Moscow. The Savoy Hotel in London has been used as an important Illuminati building.

Chip stayed in communist USSR until 1940, when the U.S. government moved him to Tokyo to help in Japan. According to Chip, he and others were not surprised that Pearl Harbor took place because there were strong indications that it was going to happen. (See Chip's book Witness To History, pp. 110-112. His book was edited by a fellow Illuminatus Phelps.) After the attack on Pearl Harbor, Chip was placed under arrest by the Japanese. Then on June 20, 1942, Chip, Keith Meyers head of Standard Oil in Tokyo, and some other Americans were put on board the Asama Maru and returned to the United States via Portuguese East Africa. Chip Bohlen interpreted for Averell Harriman, when Harriman met the Russians for talks. Chip Bohlen did the interpreting and some advising of the President when Roosevelt had his meetings with Stalin. Averell Harriman, a member of the Illuminati, liked Chip and the work he did. If one looks at photographs of the Yalta and the Tehran meetings between Stalin, Churchill and Roosevelt you will see Chip Bohlen in the background. Chip was also at the Potsdam Conference between Truman and Stalin. He was also in San Francisco as a participant who helped create the United Nations in 1945. It was Bohlen and others who actually wrote out the Marshall plan and then requested that Sec. of State George Marshall spell it out in a speech at Harvard. It would take a long article to cover all the big meetings that Bohien participated in. Needless to say, he attended more big meetings involving global politics than any other American.

When Chip became the American Ambassador to the USSR, the Russians trusted Chip enough to stop their practice of having agents always follow the American Ambassador. Chip's predecessors as ambassadors had been George F. Kennen and Llewellyn E. Thompson. They had always been followed by Russian agents. But things changed for Chip. By the way, both Kennen and Dean Acheson both were close friends with Chip. Chip was noted for his intelligence and candor by his colleagues, but the Establishment has kept the full story about him very much under wraps. Perhaps only people like the CIA and intelligence personnel know the full story. For as powerful as Chip Bohlen was, he has been relegated to being in the shadows. When we look at the photos of the great summit meetings, Chip can be seen behind Stalin, Churchill and the American Presidents. Francis Hermana Bohlen (1808-t942) was a famous lawyer, politician and a teacher at Harvard from 1925-28. This is just one more of the famous Bohlen's. This author waited until there was verification from independent ex-Illuminati sources that Alfred Krupp (his full name includes the title "von Bohlen und Halsbach") had been a member of the Illuminati. There is no doubt that Chip Bohlen was part of the Illuminati. As previously mentioned one of the Illuminati survivors I have worked with was alive during W.W.II and has memories of how the Russians, Germans, and Americans in the Illuminati kept working together even during W.W. 11. A very close examination of what really went on behind the scenes, especially at the top shows that the parts of the Illuminati have continued to collaborate together even during wars. The are many relatives of Krupp in Europe, South America and the United States. Arndt Krupp, Alfred son who opted to become a professional playboy, bought an estate in the interior of Brazil. The estate covered 43 square miles, had dwellings for 180 servants (back in the l960's-what's happened in recent years I don't know), had a park modeled after Versailles, and the largest horse stables in Brazil. His private jet could carry his custom-built Rolls-Royce.

Important Illuminati rituals have taken place in Argentina and other South American locations where Illuminati members from the U.S. and various European nations have flown in to participate in. As more information comes in, this author will be able to determine whether Arndt Krupp took part in any of those South American Illuminati ceremonies. There are descendants of Hitler in several states in the U.S. (Because people move around, there is no purpose in giving their locations at present.) Of course the controlled media would have us believe that Adolf Hitler, who was very popular with women during his life, and a very powerful man at the height of his power, did not have any descendants. There were many German women who would have begged to have a child by him, and there were a number who did. There is no doubt in this author's mind that the Krupp's got ahold of the Illuminati formula for creating multiple personalities who are programmed into Systems of Alters. The Krupp relatives have numerous castles and other pieces of property all over Germany, and all over the world in fact. I continue to get reports of Illuminati mind-control programming going on in castles, and Illuminati rituals taking place in German castles. It is a distinct possibility that castles tied to the Krupp clan are being used for programming. Some of their castles and estates have been remote and some have been left unused as far as the public was told. Summary. What we have learned is that the Krupps have participated in the Illuminati, and were primarily responsible for both Hitler coming to power and for Germany rearming itself secretly in violation of the Versailles' Treaty. We have learned that Illuminati Kingpins like the Krupps are above the law, and are usually above getting themselves sincerely exposed in the controlled media. The Krupps provide an excellent example of how a military build-up can be hidden, and how scandalous behavior of the elite can go unpublicized and unpunished. The same things are still happening today. We have learned about two Krupps who wielded enormous power during the twentieth century, Alfred Krupp and Chip Bohien. Alfred Krupp was the most powerful man in European economic aflairs during his lifetime, and Chip Bohlen, who was perhaps the most influential American diplomat of the twentieth century. We have gotten a glimpse of how the remaining Krupps today are scattered and are to be expected to continue to play an active role in the ritual life/& mind-control programming of the Illuminati.

**Later articles:**

The German connection to the llluminati is extensive; the Order of the Skull & Bones is an important element. Examples of German elite occultists who may be exposed in later articles include: a. "King" Adolphus Busch, who acquired Ulysses Grant's (ancestor of several in todays Illuminati) St. Louis property and built a magnificent castle on it called Grant's Farm. b. Bleichroeder, who was an important Satanist and high ranking Mason & an important occult leader. Berlin was one of the important Masonic headquarters for years. c. The Johnson-Wilson clans. One satanic german bloodline which came from the location Tristie in Germany has been working with the Rockefeller & Johnson satanic families. They are active on the west coast-incl. have a house equipped with a torture dungeon in Tacoma. The Johnson & Johnson clan have relatives in Satanism in Germany. d. The Committee for the Care of European Children brought children from the concentration camps into the U.S. At least some of these children had already received Nazi trauma-based mind control, and were placed into occult families. The german connection to the Illuminati needs further coverage in this newsletter.

**SUGGESTED READING FOR MORE INFORMATION:**

Manchester, William. The Arms of KRUPP 1587-1968. Boston: Little,