UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly | ) | Civil Action No.: 1:21-1490 (CFC) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| Disciplinary Counsel Patricia B. | ) | |
| Swartz, et.al | ) | |
| Defendants. | ) | |

PLAINTIFF MEGHAN KELLY'S 450th AFFIDAVIT

Plaintiff, Meghan M. Kelly, pro se, declares and avers as follows:

1. The Plaintiff's attorney in JGG v Trump DC Circuit court of appeals USCA Case Number 25-5452 filed the attached brilliant brief.

https://storage.courtlistener.com/recap/gov.uscourts.cadc.42696/gov.uscourts.cadc.42696.01208808807.0.pdf

2. Prior to learning of the filing from the news O sent the attached email with attachments thereto wherein I stated:

JGG v Trump stance on another brief removing potential violations of 4th amendment by surveillans even by FBI/ upholding the penumbra of rights to privacy construed in the constitution citing Roe for a reason it was not overturned on 444th affidavit Kelly v Swartz Paul Wallace the misbhehaving bald headed man is US AGs dad
From:Meg Kelly (meghankellyesq@yahoo.com)
To:meashah@acludc.org; aspitzer@acludc.org; agorski@aclu.org; awiggins@democracyforward.org; bgirard@democracyforward.org; bnetter@democracyforward.org; cwofsy@aclu.org; dgalindo@aclu.org; edanforthscott@aclu.org; mwaldman@democracyforward.org; ojadwat@aclu.org; osarabia@aclu.org; ptoomey@aclu.org; pboisture@democracyforward.org; srich@democracyforward.org; smichelman@acludc.org; smahfooz@aclu.org; sperryman@democracyforward.org; strivedi@democracyforward.org; lgelernt@aclu.org; abhishek.kambli@usdoj.gov; august.flentje@usdoj.gov; christina.p.greer@usdoj.gov; drew.c.ensign@usdoj.gov; ernesto.h.molina@usdoj.gov; tiberius.davis@usdoj.gov; usapae.usattorney@usdoj.gov; usapaw.webmaster@usdoj.gov; usapam.contact@usdoj.gov; dylan.steinberg@usdoj.gov; supremectbriefs@usdoj.gov; govryan.costa@delaware.gov
Cc:meghankellyesq@yahoo.com; mngo@aclu.org; nsmith@aclu.org
Bcc:matthewkosiorek@comcast.net; braddgrossman@gmail.com; margaret.naylor@delaware.gov; chris.calio@yahoo.com
Date:Tuesday, December 30, 2025 at 10:52 PM EST
Hello,

1

I write concerning another amicus brief. I want DOJ to grant plaintiffs a fair not threatened dangerous or unfair opportunity to be heard and any other relief the court deems just.

You are not monsters. Tiberious I googled you and docketed about you in DE and saw you got married and have a family. You are the treasure. So are the people mistreated. Everything else is moth and rust.

You need to know there is a plan to use the DOJ and reduce and replace them by AI surveillance likened to China.

If there is a way I can use my unpopular religious beliefs where I object to surveillance and even clandestine operation by the FBI, CIA, and other entities to safeguard the security of the nation grounded on the fair petition, even of the DOJ, than Chief Judge Boesberg may offer relief. He will likely be displeased since he works hard on FICA cases and top secret cases I oppose.

My goal is to protect the fair rule of law,based on protecting the lives and freedoms of others regardless of race, religion, place of origin, even PA.

I don't care about the typos, but attached is an affidavit I filed in DE because I faced disparate treatment in DE not merely based on my religion but based on place of birth, someone talkative judges talk about behind closed doors. I don't market where I am born and had to correct folks when I ran for office. You will note, in 2023 I talked about the USSC getting accused of bribery back then as the reason they acted partially to protect their own appearance in limiting bribery in 2023. I put articles throughout the docket as the justices were attacked in real time as the attacks occurred.

My goal is to protect counsel for plaintiffs, counsel for defendants, the petition, the courts and the US from schemed dissolution.
.
No lower court has ever overturned a US Supreme Court case Snyder and Trump v US, 939, but what if the Circuit or the US Supreme Court is required to recuse a case an order an issue regarding their members own violation of Due Process. They cannot be their own judge per a lineage of case law. It violates due process. I think due process is sufficient, but I would always add the recusal statutes.

Maybe the parties and court can work on protecting the DOJ from retaliation from their client in this case. Maybe we can argue against a surveillance state to replace lawyers, judges a, cops, and DOJ by planting seeds in this case.

So last week the US Supreme court gave Trump an invitation to declare martial law closing the courts, throwing away Trump's own counsel as a shut down looms. How is anyone going to require the courts, the DOJ and others are fully paid, if there is no court to ask. Your pensions, bank accounts, everything is schemed to be eliminated down the line unless petitioners and the courts  stop it.

The decision the 5 justices denying President's request to stay deployment of the national guard indirectly noticed no statute was cited to overcome the Comitatis Act. Kavanaugh's consent footnote 2 expressly stated if Trump invoked the insurrection, his decision would be different. Alito, Thomas and Gorsuch removed the court and the people's inherent Constitutional power to defer to Trump unrestrained by partial whims to dissolve these USSC.

The state attorneys got the relief she wanted. So, there is no reason to file a rule 44 motion. Trump has a blank check from a partial, scared threatened unfair court. There are three cases where Presidents violated the USSC. The courts is concerned about its own appearance instead of justice based on fair and equal protections The fickle fads and the ever changing easily manipulated and conditioned to be unjustly controlled not free opinions of the multitudes is not where the Court's power lies.  it is the President who is responsible for his wrong acts. His misbhehavior is his own unless the court invites, colludes, encourages deprivation of the people's fair petition to allow Trump to violate the court and evade

2

all courts, for sinful pride. Removing the threats and temptations for the justices to be unfair biased threatened forums is a goal.

In the attached 446th affidavit you will see a police man came to get me at the bank. I left the bank. There is no need to engage with someone who seeks to twist my words for his own vanity, just as the devil twists God's words in Genesis 3 and Matthew 4 by citing them for his own vanity. Proverbs "You will not surely die, you will be like God" Boom they died spiritually. Boom the devil brought confusion into the world. 2 Cor 4:4.  "An angel shall catch you shall you dash your foot"

I want you to please think about using this case to protect the fair right to petition of the DOJ without government threats and retaliation from official power by article I and II members for Constitutionally impermissible reasons, commandeering DOJ, chilling their impartial, independent fair freedom to petition.

I want to please think of how to bring back plaintiffs and grant them the fair petition, but I want Plaintiffs counsel to be willing to protect your precious lives and freedom to fairly petition too, even if it is keeping that a secret from your own clients in a closed hearing. I don;t want you to be hurt for doing the right thing.

I need to think about making a brief where I risk insulting the court since I oppose surveillance and the clandestine cases he works on as head FICA judge. It's scary.

Given the fact, my safety and my life and freedoms are in jeopardy too. There is a possibility I may not be able to submit amicus briefs, the most important on funding your pay, positions, the court and government without stealing from Peter to pay Paul to avert the digital debt prison the oppressed people in China live on who are enslaved to the World Bank, despite the fact US allegedly is enslaved to pay off bonds to China. It is all deception, we can cut through without screwing anyone.

You are worth fighting for. On an aside, Newsweek published an article on my last prof erred amicus brief with three errors. I docketed the errors in DE and presenting all the articles and documents on the docket supporting my concerns which are warranted. [Supreme Court rulings may be 'based on threats' to justices—Court papershttps://www.newsweek.com/supreme-court-rulings-may-be-based-on-threats-to-justices-court-papers-11193351](https://www.newsweek.com/supreme-court-rulings-may-be-based-on-threats-to-justices-court-papers-11193351)itch



**Supreme Court rulings may be 'based on threats' to justices—Court papers**

A new court filing claims political pressure may compromise judges' safety and decisions, raising alarms about j...

3

The DOJ are the targets. I am trying to protect you too, but again I may be taken out and you'll have to work together to safeguard the fair petition granted in 1791 which created, sustains and maintains our more fair just, civilized form of government from schemed, planned and real dissolution.

Thank you,
Meg


----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** Costa Ryan (DOJ) <ryan.costa@delaware.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>; USAPAE-USAttorney <usapae.usattorney@usdoj.gov>; Naylor Margaret (Courts) <margaret.naylor@delaware.gov>; Matthew <matthewkosiorek@comcast.net>
**Sent:** Thursday, December 18, 2025 at 08:52:37 PM EST
**Subject:** 444th affidavit Kelly v Swartz Paul Wallace the misbhehaving bald headed man is US AGs dad

Hi Ryan,

Please see attached. I am horrified, throwing up in my mouth realizing who the new AGs dad is. The horror.

I am going to roll up in a ball and cry at the horror of the man who mistreated me before a crowd of attorneys and friends, Stephanie Noble.

Ben's dad was so unkind to me because I was born in PA. He knew of the misconduct by the state of DE in 2006 I petitioned about before and other misconduct I petitioned about. How else would he know of a little peon like me from Sussex County. Why would he know where I was born.

Ben also was white house attorney. I am copying EDPA AGs. They should know our judges talk badly about lawyers in PA. It was so bad I sent the attached letter to DE Supreme Court. It is not okay to demean people for being born in PA. It is ugly and people go beyond mere words by economic, social and physical violence. Down in Sussex people call people Torons and mistreat out of staters. It is not nice or just especially by judges.

Thank you,
Meg
Meghan Kelly
34012 Shawnee
Dagsboro, DE 19939


3.      I am pretty horrified to learn President Trump invaded a country, Venezuela and too the countries leader and wife into custody. Anything to invade the law and the planned overthrow by stealth, slowly starting with a digital credit debt system eliminating private ownership of property, making people products unprotected by laws to safeguard lives and their free will unless a judge is our hero.

Thank you for your time and consideration.

4

January 4, 2026  Respectfully submitted,
 Meghan Kelly

 _____
 Meghan Kelly, Esquire
 34012 Shawnee Drive
 Dagsboro, DE 19939

5