

**Mayra Publications**

# Worldwide Evil and Misery

## The Legacy of the 13 Satanic Bloodlines

Robin de Ruiter
&
Fritz Springmeier

# Worldwide Evil and Misery

## The Legacy of the 13 Satanic Bloodlines

Robin de Ruiter

# Worldwide Evil and Misery

## The Legacy of the 13 Satanic Bloodlines

# M

## Mayra Publications

**PUBLISHER'S NOTE**
The views expressed herein are the personal views of the author and are not intended to reflect the views of the publisher.

Original title: De 13 Satanische Bloedlijnen Copyright: ©2008 Robin de Ruiter Publisher: Mayra Publications (The Netherlands) Written by Robin de Ruiter

Designed by Bilge Matbaacilik Printed in the United States
ISBN: 1-889743-72-0

No part of this work may be reproduced in any form by print, photo print, microfilm or any other means without written permission of the publisher.
**Europe**

# Mayra Publications

www.mayrapublications.nl mayrapublications@home.nl **United States**

# Mana

www.marketingnewauthors.com info@marketingnewauthors.com

# Omnia Ad Majorem Dei Gloriam

**Take no part in the fruitless works of darkness; rather expose them.**
Ephesians 5-11

**Whoever wants to develop first needs to be able to doubt, because the mind's doubt leads to the discovery of the truth.** Aristotle

# Contents

Announcement 8 Acknowledgment 9 About The Author 10

1 Behind the Scenes of the World Stage 11
2 Novus Ordo Seclorum 15
3 The Invisible Global Elite 20
4 The Illuminati 28
5 Freemasonry 39
6 The Mass Media 48
7 The Planned World Government 56
8 One World Financial System 59
9 The Chip 70
10 Complete Control Over All Food Supplies 73
11 Complete Control Over All Raw Material Resources 75
12 Reducing the World Population 76
13 A Dumbed-Down Population 84
14 Undermining the Faith in Christianity 100
15 One Humanist Religion 107
16 Religious Practices of the Elite 110
17 The Great White Brotherhood 116
18 One World Leader 121
19 Israel or Judah? 137
20 Searching for the Descendants of Judah 143
21 Zionism and Anti-Zionism 157
22 The First World War 166
23 The October Revolution of 1917 170
24 Adolf Hitler 173
25 Hitler and the Foundation of the State of Israel 188
26 Falsely Reproaching Pius XII 200
27 Gold 203
28 Dresden 209
29 Concentration Camps 211
30 Hiroshima and Nagasaki 218
31 Third-World Countries 221
32 Vietnam 224

33 Operation Desert Storm 226
34 The Future World Army 233
35 Yugoslaviać 243

37 The War Against Afghanistan 256
236
36 The Mysterious Death of Slobodan Miloševi
38 9/11 261
39 The Invasion and Conquest of Iraq 292
40 The Crusade Against Islam 295
41 The United States 300
42 Europe 302
43 Weather Control 307
44 Josef Mengele and Monarch Mind Control 312
45 The Movie Industry 324
46 The Music Industry 329
47 Road to Hell 339

Selected Bibliography 341

# Announcement

Translated and published in more than 100 countries, *Worldwide Evil and Misery: The Legacy of the 13 Satanic Bloodlines* guides us along a deep hidden trail of the actual history of the world, which only few people know of. This publication is a very unique book, and reading it will undoubtedly change the way you look at both history and the world today.
In this book the author demonstrates how "International Monopolists", operating under the guise of global politics, have been trying for decades to destroy the existing "World Order" in order to create a dictatorial "New World Order"; a global design for a One World Government, One World Dictator and its constituents. Several extraordinary investigators and archivists have worked for years with the author to follow trails through piles of documents and connect facts. In addition, a number of prominent scientists and historians have contributed enormously to the publication of this book by offering professional and intellectually sound advice.

Much of the detailed information in this book came from personal discussions between the author and insiders who have stepped out of the system of the New World Order. These sources will remain anonymous in order to protect them from possible actions of revenge and cruelties by those who favor the merciless oppression of humanity.

The English edition of this book is a new, updated version of the original Dutch manuscript. This edition has been created with the greatest care. However, neither the maker nor the publisher is responsible for possible damage caused by any errors of fact or omission in this edition. For indemnification of the publisher, the author declares himself completely responsible for the text and content of this book.

# Acknowledgment

The space doesn't allow me to mention everyone that has helped me.
Nevertheless, I have to mention some. I would especially like to show my
gratitude to Fritz Springmeier for his valuable collaboration and
authorization to use several of his investigations mentioned in this book.
My gratitude goes to Eberhard Krehl and my father Cebastiaan de Ruiter,
both of whom stood strong beside me and provided me with information and
comments about life in the concentration camps during and after the Second
World War. Both survived several concentration camps!
In particular I want to thank a handful of government officials who provided
me with important documents. They must remain anonymous for obvious
reasons.

I am grateful to the Dutch lawyer and advisor to Slobodan Miloševi ć,
N.M.P. Steijnen, for his contribution to this book and especially with the
chapter "The Mysterious Death of Slobodan Milošević". In addition, he
arranged for me to gain access to the important transcripts of the Yugoslav
Tribunal and unpublished Dutch press releases.
My sincere gratitude goes to Rainer Rupp, former staff member of NATO in
Brussels. He worked at NATO headquarters in Brussels for over ten years,
where among other things; he had access to classified information.
I am especially thankful to Emilee Bargona and Laura Cowan for their help
in bringing the English text of this book into existence.

I also wish to acknowledge the assistance of Joost Peeters, Daniëlle Jennen,
Agnes Crefcoeur, Marieken Blommesteijn, Gert Stronkhorst, Edith Bargona,
Brigitte Stevens and Abdul Kadir Geyláni Güçlü.
That I often did not leave my studio for days and did nothing but look at the
screen of my computer for several years has been a difficult trial for my
loving family: Mayra, my children and my parents. They were not only
supportive and encouraging; they gave me space to retreat from daily life to
continue the often difficult search for the truth about the planned New World
Order.
Above all I thank God, and I praise His wonderful leadership in my life that
I have been blessed to receive since early childhood. May God reward

everyone that has contributed to the success of this book, and with direction, encouragement, information and advice.

**Robin de Ruiter**

# About the Author

Robin de Ruiter has been publishing since the Eighties and is one of the most translated Dutch authors. His books have appeared in over 100 countries. He is well-known internationally, for years, for his exceptional ability to explore. He has an unequalled understanding of geopolitics and an exceptional intellectual library of factual knowledge. His direct international connections and knowledge of languages, he speaks seven foreign languages fluently, give him access to an unprecedented number of informational sources.

De Ruiter writes all of his books in Spanish. His publications are especially exceptional because they demonstrate a clear and unprejudiced vision. Books that show such extraordinary factual knowledge, insight, and coherence, have become almost inconceivable in many countries.

De Ruiter was born in Enschede (Netherlands) on March 6, 1951, where he spent most of his adolescence. As a young boy he relocated with his parents to Spain, where he studied (among other things) theology, history and Spanish, graduating in 1974 and 1975. Presently he leads a secluded life in Ecuador.

De Ruiter started his career as a freelance writer for Spanish magazines in the field of politics and religion. As a result of these publications, he made a name for himself both in Latin America and Europe. His book *The Hidden Power behind the Terrorist Attacks of September 11, 2001* gained him even greater success and exposure to a worldwide audience. In the Netherlands the book was awarded the 2005 annual Frontier Award.

## Chapter 1

# Behind the Scenes of the World Stage

**"There are people that remain behind the scenes of the world stage, and that is why there are two types of history: first the official, forged ad usum Delphini, and second the secret one, in which the real causes of events are written down; a disgraceful history."** *Honoré de Balzac*

After the collapse of European Communism and the end of the Cold War there was a moment when many people thought peace had never been closer. That, however, was an idle hope. The worldwide crises have not disappeared. The world has never known as many conflicts, refugees and displaced persons before. From refined plots new revolutions, wars, financial crises and political disasters develop. It seems like humanity is kept in a continuous state of agitation, instability and fear.

Fear and depression form part of everyday life, and everywhere people feel discouraged and down because of social, spiritual, physical and emotional problems. Our society has grown more harsh and ruthless every day. Children are becoming more aggressive and have no respect for adults. Famines (every day more than 50.000 children die), increasing criminal activities, illegal drug dealing that ruins the lives of millions of people, terrorism, unemployment, climatic changes, corrupt world leaders, continuous wars and the increase of diseases such as AIDS and Avian influenza (Bird Flu), all contribute to at least one notion that many people agree on: Mankind needs another world. Many ask themselves: "Where is this world going? Where does this road lead us? How did we get into this chaos? What else awaits us?" There is no consequence without a cause. What is the reason for our fears? Of course there are a lot of self-centered and heartless people, but they are not the main offenders. The origins of the fear are deeper and clearly lie somewhere else.

We are raised, by tradition, to trust our governments, and are convinced that they care about us. This, however, is a big mistake. Below the surface of official politics lies a complicated social and intellectual process that is taking place.

The famous Victorian statesman Benjamin Disraeli once alleged: "The world is governed by very different personages from what is imagined by those who are not behind the scenes."

Edward Bernays, a nephew of Sigmund Freud, claimed in his book *Propaganda*: "We are governed. Our minds are molded, our tastes formed, our ideas suggested largely by men that we have never heard of. In almost every act of our daily lives, whether in the sphere of politics or business, in our social conduct or our ethical thinking, we are dominated by this relatively small number of persons."

The German politician Walter Rathenau, a man who was very influential during his life, declared in the *Neuen Wiener Presse* of December 24, 1912: "Approximately 300 men that know each other and that appoint their successors themselves determine the fate of this world. Their power exists in absolute confidentiality."

R. Buckminster Fuller claimed: "Great nations are simply the operating fronts of behind-the-scenes, vastly ambitious individuals who have become so effectively powerful because of their ability to remain invisible while operating behind the national scenery."

During his campaign speeches (1912), Woodrow Wilson said: "We have come to be one of the worst ruled, one of the most completely controlled and dominated governments in the world. No longer a government of free opinion, no longer a government by conviction and vote of the majority, but a government by the opinion and duress of small groups of dominant men."

In similar wording Theodore Roosevelt declared during his 1912 election campaign: "Behind the visible government there is an invisible government upon the throne that owes the people no loyalty and recognizes no responsibility."

During a lecture in the Waldorf-Astoria Hotel in New York on April 27, 1961, John F. Kennedy also spoke of a secret government behind the scenes of world politics: "We are opposed around the world by a monolithic, ruthless conspiracy."

Are the visible world leader's mere puppets directed by an invisible power from behind the scenes? Are there invisible hands controlling the world? Is there a conspiracy? Who are the conspirators? During a meeting of Nobel Prize winners in Lindau (1978) the renowned Jewish biochemist George Wald, Professor Emeritus at Harvard and co-recipient of the 1967 Nobel Prize for Medicine said the following: "I do not believe that in the West the governments actually rule. According to me it's the accomplices of the huge financial and industrial powers that rule. There are innumerable multinationals that, like global giants, have gathered power and immense wealth. These are not just companies, they are world powers. Do they have military power? Of course they have military power. Can they control and manage power? Of course, they manage our governments."

Arthur Jensen, Professor Emeritus at the University of California (Berkeley) claims: "There are no nations. There are no peoples. There are no Russians. There are no Arabs. There are no third worlds. There is no West. There is no America. There is no democracy. There is only IBM and ITT and AT&T and DuPont, Dow, Union Carbide, and Exxon. Those are the nations of the world today. We no longer live in a world of nations and ideologies."[1]

President Salvador Allende of Chile stated as early as 1972 before the United Nations that: "The power of these concerns crosses all borders. We witness the explicit battle between multinationals and the sovereign states; the most important political, economical and military decisions of these states are being undermined by global organizations that are not controlled nor held responsible by any government or political organization. The entire political structure of the world is being undermined."

[1] Arthur Jensen, *American Rhetoric: Movie Speech*, Network 1976.

In an interview Russian General Leonid Ivashov states: "We are dealing with the rise of a new geo-political supranational power on the world scene. This geopolitical power consists of the richest families on this planet. Together with the most powerful multinationals they rule and control all countries and all coalitions. The true aim of this elite group is complete control of Planet Earth."[2]

The World Institute for Development Economics also declares that the greatest part of all wealth on earth is in the hands of only a small number of families.[3]

The "ruling powers" of which George Wald, Arthur Jensen, Salvador Allende and Leonid Ivashov speak consist of a small elite group formed by the most influential and powerful, anonymous, very exclusive family dynasties that live dispersed over the world. They keep their power and money betwixt them by intermarriage. They operate behind the scenes of the most important enterprises, media and financial institutions, but also behind the political scenes. Through connections, money and violence these powerful double-crossing families slipped in with one ultimate goal: the establishment of a "One World Dictatorship". Their target is to force a New World Order on the whole of mankind.[4] They have bought an enormous part of the world with their economic power and placed it under their control. With the help of their unimaginable financial reserves they currently dispose of a worldwide financial system of control. They can control the entire world economy and political system. They determine how the leading politicians of this world have to act.

Over time these influential families have extended the scope of their power over the whole world. Their web reaches all corners of the world. Their tentacles are woven with all facets of human existence. Their influence is unimaginable, and it reaches all the leading institutions and organizations in the fields of politics, education, religion, finances and mass media. Science has been infiltrated by their "foundations" and is financially dependent on them and thus subject to manipulation. The "big three" the Rockefeller-, Carnegie-, and Ford foundations intrusion into the foundation field can only be described as massive.[5]

Almost all people are prepared to renounce their rights. Even that of free thought, if that guarantees their safety and security. For that reason humanity is made soft and is manipulated in such a way through conflict, hate, envy, hardship, hunger and distress that in the end there will be no other way than to surrender to the power of the invisible elite. Most of the problems mentioned above are created deliberately! Colonel Mandell House, President Wilson's right-hand man, writes in his book *Intimate Papers*: "Create problems on an international level and then offer the solution that best fits the goal that is strived for."[6]

The more confusion, class struggle, discrimination, wars and political

tension that exist in the world, the faster the day will come that the whole of mankind will accept a World Government that will rule with an iron fist forever. A World Dictatorship in which a computer-controlled social order rules and in which the individual will be controlled at all times. This government will be very authoritarian, and there will be a kind of World Council that controls all national and regional councils.

In extreme right, revisionist and anti-Semitic circles it is said that some of the ruling families are of Jewish origin, and thus they speak of a Jewish conspiracy. Of course this is nonsense. Among the ruling elite one can find Catholics, Protestants, Muslims, Buddhists and many others. The conspirators are those who, independent of race, nationality or political views strive for world domination. The New World Order they are planning will be a World Dictatorship. Conservatives will call it Socialism or Communism. Liberals will call it Fascism. The label makes little difference; it will be the Gulag Archipelago on a worldwide basis.

[2] General Leonid Ivashov in *Targets*, first quarter 2005. [3] *BBC World Service,* December 23, 2006.
[4] The term New World Order is synonymous for World government. [5] Giles Scott-Smith, *The Politics of a-political Culture: The Congress for Cultural Freedom, the CIA and Postwar American Hegemony*, London 2002, 123.
[6] Edward Mandell House, *The Intimate Papers of Colonel House*, Boston 1926-1929, 24.

## Chapter 2

# Novus Ordo Seclorum

**"The one who cannot see that on Earth a big endeavor is taking place, an important plan, on which realization we are allowed to collaborate as faithful servants, certainly has to be blind."** *Winston Churchill*

Exactly two hundred years after the French Revolution, the pursuit of a New World Order suitably and determinedly reached a climax in 1989 through the collapse of the Eastern Block. Almost exactly at the same time the American President George Bush senior proclaimed the "New World Order" at the beginning of the first Gulf War. On September 11, 1990, in an address to Congress entitled *Toward a New World Order,* President George Bush called the first Gulf War an opportunity for the New World Order. He said: "The crisis in the Persian Gulf offers a rare opportunity to move toward an historic period of cooperation. Out of these troubled times... a New World Order can emerge in which the nations of the world, east and west, north and south, can prosper and live in harmony.... Today the New World is struggling to be born."

Democratic presidential candidate Richard Gebhardt said: "We can see beyond the present shadows of war in the Middle East to a New World Order where the strong work together to deter and stop aggression."[7]

After the Gulf War, George Bush declared in an address entitled *A Framework for Peace* to the American Congress on March 6, 1991: "Now, we can see a New World coming into view. A world in which there is the very real prospect of a New World Order." And with respect to the war in the Persian Gulf he said: "The Gulf war put this New World to its first test, and, my fellow Americans, we passed that test. Today we stand at a unique and extraordinary moment. The crisis in the Persian Gulf, as grave as it is, also offers a rare opportunity to move toward an historic period of cooperation. Out of these troubled times, our fifth objective, a New World Order, can emerge: a New Era." Later that year Bush praised the New World Order in a State of the Union Address saying: "What is at stake is more than one small country, it is a big idea, a New World Order, to achieve the universal aspirations of mankind... based on shared principles and the rule of law...

*The illumination of a thousand points of light…*The winds of change are with us now."

It is often said that President George Bush was the first to use the term New World Order. That of course is not true. The resolution to create a New World Order (*Novus Ordo Seclocrum*) not only has adorned the one dollar notes for a long time, but for years, the term New World Order has been used thousands of times by politicians, leaders in education, industry, the media, banking, et cetera. Many of them have promoted the New World Order worldwide. The following is a brief synopsis of the New World Order in the words of those who have been striving to make it real.

[7] Richard Gebhardt in the *Wall Street Journal*, September 1990.

The following words of Paul Mantoux are taken from the foreword to *International Understanding* by John Eugene Harley, published in 1931. "And the builder of this "New World Order" must be education. Education alone can lay the foundation on which the building is to rest…. How can the elite spread its influence over the masses? Here we encounter the real problem, and it is essentially a problem of education.... During the last decade of the nineteenth century a group of men endeavored to prepare the public mind for broad changes…. To this end they founded the London School of Economics and Political Science, which today ranks among the most famous institutions of education."

H. G. Wells published in 1933 his book *The Shape of Things to Come*. In this book he predicts a Second World War around 1940, originating from a GermanPolish dispute. After 1945 there would be an increasing lack of public safety in "criminally infected" areas. The plan for the "modern world-state" would succeed on its third attempt, and come out of something that occurred in Basra, Iraq.

In 1940 *The New World Order* was published by the Carnegie Endowment for International Peace. The book contains a select list of references on regional and world federation, together with some special plans for a New World Order after the war.

On May 14, 1947, Winston Churchill announced as part of his famous speech in the London Royal Albert Hall: "Our final goal is to install an all-powerful government on a world level, and we will strive for that."

*The Preliminary Draft of a World Constitution* published in 1948 provides for a World Council along with a Chamber of Guardians to enforce world law.

On February 17, 1950, in testimony before the Senate on Foreign Relations Committee, international financier James P. Warburg said: "We shall have a World Government, whether or not we like it. The question is only whether World Government will be achieved by consent or by conquest."

*The Mid-Century Challenge to U.S. Foreign Policy* (1959) sponsored by the Rockefeller Brothers Fund, explains: "The United States cannot escape, and indeed should welcome... the task which history has imposed on us. This is the task of helping to shape a New World Order in all its dimensions, spiritual, economic, political, social."

"All of us will ultimately be judged on the effort we have contributed to building a New World Order," said Robert F. Kennedy, former U.S. Attorney General, in 1967.

In a 1968 speech entitled *The United Nations and Alternative Formulations, The Hard Road to World Order* Richard Gardner, former U.S. Deputy Assistant Secretary of State and U.S. ambassador to Italy, provided an accurate forewarning and picture of the environment in which we live today, explaining how the elitist planners would, through the use of gradualism (two steps forward, one step backward), succeed in their century-long plan to create a One World Government. In an excerpt from the speech Gardner explains the following: "In short, we are likely to do better by building our House of World Order from the bottom up rather than the top down. It will look like a great, booming, buzzing confusion, to use William James's famous description of reality, but a final run around national sovereignty, eroding it piece by piece, is likely to get us to world order faster than the oldfashioned frontal attack."

In *The Future of Federalism* (1969) Nelson Rockefeller claims that current events compellingly demand a New World Order as the old order is crumbling, and there is "a new and free order struggling to be born." Rockefeller says: "There is a fever of nationalism.... The nation-state is becoming less and less competent to perform its international political tasks.... These are some of the reasons pressing us to lead vigorously toward

the true building of a New World Order...."

The former West-German Chancellor Willy Brandt declared the following about the planned New World Order: "The New World Order is a world that will have one supranational authority that will regulate the world trade and industry; an international organization that will control the production and consumption of petroleum; an international currency that will replace the dollar and an international police force to command the decrees of the New World Order."

Henry Kissinger, in address before the General Assembly of the United Nations (1975), said: "To all peoples and governments: Let us fashion together a New World Order."

On April 18, 1991, the Dalai Lama said to the members of the United States Congress in Washington: "Perhaps the time has come to think more deeply or more philosophically in order to solve or to find new arrangements that are more enlightened and civilized, or what you call the New World Order. I feel the New World Order should be based on principles of compassion and freedom."

Mikhail Gorbachev said: "World progress is only possible through a search for universal human consensus as we move forward to a New World Order."

CFR member and Trilateralist Henry Kissinger wrote in the *Los Angeles Times* concerning NAFTA: "What Congress will have before it is not a conventional trade agreement but the architecture of a new international system... a first step toward a New World Order."[8]

In the *Philadelphia Inquirer* (October 1994) Nelson Mandela said: "The New World Order that is in the making must focus on the creation of a world of democracy, peace and prosperity for all."

President Hosni Mubarak of Egypt told the *New York Times*: "The renewal of the non-proliferation treaty was described as important for the welfare of the whole world and the New World Order."[9]

After the 9/11 attacks, David Rockefeller, at the annual Bilderberger-conference said: "We are on the verge of a global transformation. All we need is the right major crisis and the nations will accept the New World Order."

Jacques Chirac, President of the French Republic, said at the International Institute for Strategic Studies (London, November 18, 2004), that to create a fairer World Order no state could act independently. "It is by recognizing the new reality of a multi-polar and interdependent world that we will succeed in

building a sounder and fairer international order." He also claimed: "The world needs a strong Europe in a reforged transatlantic partnership to build the New World Order that will guarantee lasting peace, security and economic and human progress." [10]

During the sixty-second session of the United Nations General Assembly (New York, September 25, 2007) M. Nicolas Sarkozy, President of the French Republic said: "It's on a global scale that we must consider and resolve the world's problems. France intends to pursue with all people of goodwill the battle to build the New World Order of the twenty-first century. Peoples of the world, together we can build a better world for all mankind. In the name of France, I call on all States to unite to found the New World Order of the twenty-first century."[11]

There are hundreds more articles and speeches by those actively working to make global government a reality. Although the New World Order is presented as a world of democracy, peace and prosperity, in point of fact it will be a dictatorial world order. Tilman Evers from the German *Evangelical Adult Education* said: "A democratic New World Order isn't the ultimate goal at all. In itself it would be a contradiction in terms." Our ruling class has been working for decades to destroy the existing world order in order to realize a dictorial New World Order!

Dr. John Coleman, a former intelligence agent of British MI6 identified the power behind the New World Order in his book *Conspirators Hierarchy: The Story of the Committee of 300*: "There is a worldwide conspiracy being orchestrated by an extremely powerful and influential group of genetically-related individuals (at least at the highest echelons) which include many of the world's wealthiest people, top political leaders, and corporate elite, as well as members of the so-called Black Nobility of Europe whose goal is to create a One World Government, stripped of nationalistic and regional boundaries, that is obedient to their agenda. Their intention is to obtain complete and total control over every human being on the planet and to dramatically reduce the world's population by 5.5 billion people. While the name New World Order is a term frequently used today when referring to this group, it's more useful to identify the principal organizations, institutions, and individuals who make up this vast interlocking spider web of elite conspirators."

Coleman also states: "A One World Government and one-unit monetary system, under permanent non-elected hereditary oligarchs who self-select

from among their numbers in the form of a feudal system as it was in the Middle Ages. In this One World entity, population will be limited by restrictions on the number of children per family, diseases, wars, famines, until one billion people who are useful to the ruling class, in areas which will be strictly and clearly defined, remain as the total world population. There will be no middle class, only rulers and the servants. All laws will be uniform under a legal system of world courts practicing the same unified code of laws, backed up by a One World Government police force and a One World unified military to enforce laws in all former countries where no national boundaries shall exist. The system will be on the basis of a welfare state; those who are obedient and subservient to the One World Government will be rewarded with the means to live; those who are rebellious will simple be starved to death or be declared outlaws, thus a target for anyone who wishes to kill them."[12]

In the New World Order there will be no independence, no governments, royal families, republics, states or provinces. As we will see, the ruling power behind the New Order, already manages the global flow of money, the central banks and the biggest multinationals. It determines who will govern the "democratic" countries through its control of the press and the media. By providing loans on a large scale it is depended on by almost all countries. Governments that wish to remain independent will be brought forcefully to their knees: their leaders will be brought down, if not with political propaganda, then with economic sanctions or military violence.

[8] *Los Angeles* Times, July 18, 1993. [9] *The New York Times*, April, 1995.
[10] *BBC News*, November 18, 2004.
[11] Embassy of France in the United States, September 27, 2007.
[12] Compare John Coleman, *Conspirators Hierarchy: The Story of the Committee of 300*, London 1992, 161.

## Chapter 3

# The Invisible Global Elite

**"Some even believe we are part of a secret cabal working against the best interests of the United States, characterizing my family and me as "internationalists" and of conspiring with others around the world to build a more integrated global political and economic structure, one world. If that's the charge, I stand guilty, and I am proud of it."** *David Rockefeller in his biography "Memoirs"*

Who actually are the leading figures behind the planned New World Order and to which families are they related? For researchers in the field of world conspiracy, it's a precarious job to sort this out. The powerful families have done namely everything they could to cover up their tracks worldwide. Berry Smith wrote in his book *Final Notice*: "There are thirteen families heading up the World Government plan. These families are portrayed as the thirteen layers of blocks found on the strange seal on the reverse side of the U.S. one dollar bill."[13]

According to most researchers who have been working intensively on the most powerful families on earth, the names are among others: Warburg, Rothschild, Rockefeller, DuPont, Russell, Onassis, Collins, Morgan, Kennedy, Hapsburg, Li, Bundy and Astor. The following families are closely interwoven with the leading families: Vanderbilt, Bauer, Whitney, Duke, Oppenheim, Grey, Sinclair, Schiff, Solvay, Oppenheimer, Sassoon, Wheeler, Todd, Clinton, Taft, Goldschmidt, Wallenberg, Guggenheim, Bush, Van Duyn and many others. For a long time both the power and money in the world has belonged to these families. Of course not everyone going by one of these names is related to such a powerful family. Many are unaware of what's really going on in the world. Within the framework of this book, it is important to have a closer look at some of these ruling families.

**The Rothschild family**

Mayer Amschel Rothschild once said: "Permit me to issue and control the money of a nation and I care not who writes its laws."[14] The Rothschilds have been closely involved with the global elite since the inception of this

group. The oldest known Rothschild went by the name of Uri Feibesch who lived in the early sixteenth century. His great great great grandson was Moses Bauer, who lived in the early eighteenth century. A well-known ancestor of this banking family was Mayer Amschel Bauer, an asset manager in Frankfurt am Main. Among other things he represented the money and assets of sovereign Wilhelm von Hessen. He became very rich, because he attended to the conveyance of the capital that belonged to this sovereign during the French Revolution.

[13] Berry Smith, *Final Notice*, Melbourne 1980, 9.
[14] John R. Elsom, *Lightning over the Treasury Building*, Hawthorne 1941, 30.

Mayer Amschel Bauer chose, without exception, women from very influential families that belonged to the global elite, for his sons. In the same way, his daughters married prominent bankers who also belonged to the global elite. All these families acted in the same way as the royal families: they married amongst themselves. Bauer's sons were known as the "five Frankfurter": they became bankers of five European countries.

The private intelligence service, which was established by the first Rothschilds, saw to it that they could lay the foundations for their immense wealth. James Rothschild, founder of the French branch of this family, made the Parisian house the most powerful bank in Europe, because he was of service to the French rulers from Ludwig XVIII to Napoleon III. The Rothschilds became coalition bankers. The secret of their success was that they were able to execute fictitious money transactions in times when money transport involved great risks.

When we look back on all wars from the last three centuries, we'll notice that they all ended in a certain balance of power. Every time a war broke out, a new foundation of power for the Rothschild house was laid. This way the Rothschilds could simply manipulate the wars by controlling the flows of money. If we scrutinize every country's national debt throughout the course of history, we will see exactly where and when a certain country was manipulated by the Rothschilds.

The American poet Ezra Pound translated it as follows: "Until you know who lent what to whom, you don't know a thing about politics, you don't know anything about history, and you don't know a thing about international fights."

Emperor Franz-Josef II gave the Rothschilds the rank of baron. The royal families and principalities couldn't do anything without the Rothschilds. In 1885 the Rothschilds were raised to the peerage by the Austrian emperor and the Queen of England. Already at that time the fate of the nations was in the hands of the Rothschilds.

It's a proven fact that since the Sixties, the Rothschilds divided their wealth, pro forma, as much as possible among many other persons and establishments. They did this on one hand to hide the real extent of their wealth and on the other to conceal their political manipulations of the outside world. For this purpose they used companies, businessmen, bank managers and other personalities to act as intermediaries.

Since 1900, and most likely earlier than that, the Rothschilds have determined where and when in Europe or elsewhere in the world, an exceptional economic development occurs. The exclusive control over the flows of money in the world by the Rothschilds is one of the best kept secrets of the modern world history.[15]

[15] Johannes Rothkranz, *JA zu Europa heißt NEIN zu Maastricht*, Durach 1994, 15.

Heinrich Heine, a great philosopher and poet, once said: "Money is the god of our time, and Rothschild is his prophet."[16] The *Siegener Zeitung* of March 1, 1994, proposed to portray Rothschild and his sons on the first European bank notes. They were assumed to be a true European family and to represent values, on which also a united Europe should be built.

Presently the Rothschilds control, among other things; Shell, BP, Deutsche Bank, Barclays, ABN Amro, Fortis, Unilever, IBM, World Bank Group and International Monetary Fund, ING, Federal Reserve, Bank of England, Arrow Fund Curacao, J.P Morgan and many other banks and influential organizations.

The participation of the Rothschild dynasty in various competitive companies misleads even experts. A perfect example of this is when Henry Coston elaborately described the all out struggle between American Standard Oil (of the Rockefeller family) and British Royal Dutch-Shell for market leadership in 1920s France.[17] The struggle for control lasted into the late Fifties.[18] However, he essentially overlooked one important detail; that both oil giants belonged to the Rothschilds! Coston failed to understand that this sham of a fight served only one purpose: to bring in enormous profits while covering up the real power behind it.[19]

**The Rockefeller family**

The rise of the Rockefeller family was made possible from two angles by the Rothschilds. One was by the large subsidies placed on transports of Rockefeller oil. The documents of the American trade register prove that the Rothschilds, since 1896, have owned ninety-six percent of the American railways. This made it possible to transport oil on rail. When John D. Rockefeller wanted to expand, he received the financial support he needed to do so from the Rothschilds through their National City Bank of Cleveland. In exchange, the Rockefellers had to transport their oil via the Rothschilds railways. An illegal agreement saw to it that the Rockefellers received a bonus for the amount of oil they transported by train. Because of this agreement nobody could compete with the Rothschilds in transporting Rockefeller oil. This was all arranged by Jacob Schiff, of the company Kuhn & Loeb, the brain behind the foundation of the Rockefeller imperium.

Under the authority of the Rothchilds, Kuhn, Loeb & Co. continue to manage the Rockefeller capital, which is valued at over 400 billion dollars. In 1950 the *New York Times* reported L.L. Strauss, a partner with Kuhn, Loeb & Co., as the financial adviser to the Rockefeller estate. Because of this, every investment had to be approved and signed by a partner of Kuhn, Loeb & Co. According to the periodical *Fortune* in 1985, the wealth of the Rockefellers was spread amongst more than 200 companies. These companies include six of the largest industrial companies in America, six of the largest banks, five of the largest insurance companies and three of the largest companies from different branches (electricity, water, infrastructure, fruits, oil, gold, and others). Not including the remaining 180 other

companies, the total assets of these twenty giants amount to 460 billion dollars.

[16]Anthony Sampson, *The Money Lenders*, Middlesex, 1985, 37. [17] Henry Coston, *Les Financiers quiMènent le Monde*, Paris 1996, 124.[18 Ibidem, 124.] [19] Ibidem, 124.

The Rockefeller Foundation was established in 1913 to maintain the control of the family's oil empire. Today this foundation is the most important shareholder of Exxon with 4.3 million shares. Additionally, the foundation has two million shares in Standard Oil of California and 300.000 shares in Mobil Oil. Other smaller foundations belonging to the Rockefellers have three million shares in Exxon, and 400.000 shares in Standard Oil of Ohio. The total asset of this group of Rockefeller companies, amount to more than fifty billion dollars.[20]

For a researcher who concentrates on the Rockefeller family, it won't be difficult to prove that this immensely rich family has played an important role in the American politics of the twentieth century. The drift and decisions of American politics lead directly back to the Rockefeller family.

The Rockefellers immigrated to America from Spain. The best-known member of this family was the influential industrialist, banker John Davidson Rockefeller. He asserted himself as the richest man of his time. Before going into oil transport, he was a wholesaler of narcotic drugs.[21] With an unbridled energy, he set up the Standard Oil Trust, which now possesses ninety percent of the oil refineries in the United States.[22]

John Davidson Rockefeller also bought the Pocantico Hills territory in New York, which is the domicile of over a 100 families with the name Rockefeller. David Rockefeller, an absolute genius in the field of finances, has been managing Chase Manhattan Bank, the most important bank in the world, since 1945. The power of this bank is great enough to bring about or destroy governments, to start or end wars, and ruin companies or let them flourish worldwide, ultimately exerting great influence on the entire human race.

The Rockefeller Foundation is known as a charitable organization that operates out of New York City. Officially it was established to "promote the well-being of mankind throughout the world". In reality the Rockefeller Foundation is a decisive actor on the international stage. The many activities of the Rockefeller Foundation are not isolated items, each independent of the others. They all fall into a worldwide organization in the interests of the New World Order.

Among the many international agencies is David Rockefeller's private intelligence service, better known as INTERPOL. According to the U.S. Department of Justice 1988 manual, "INTERPOL conducts inter-governmental activities, but is not based on an international treaty, convention, or similar legal documents. It was founded upon a constitution drawn up and written by a group of police officers who did not submit it for diplomatic signatures, nor have they ever submitted it for ratification by governments."

[20] Eric Laurent, *Der Strick wird mitgeliefert*, Stuttgart 1986, 144. [21] The sale of narcotic drugs was allowed during that time.

[22] The Trusts were groups of large companies specializing in the same complementary products. They formed very powerful monopolistic positions and were market leaders. Businessmen from these Trusts were on good terms with leading politicians.

INTERPOL is an illegal entity operating within the borders of the United States, without the sanction and approval of the people in flagrant violation of the Constitution of the United States and the constitutions of the fifty states.[23] INTERPOL is a private agency with a communications network stretching around the globe. In spite of the fact that INTERPOL is a private organization, it was granted "observer status" by the United Nations in 1975, a stature that enables it to sit at meetings and vote on resolutions, even though it is not a member country and has no governmental status. Since INTERPOL is not a state, the United Nations are violating their own charter.[24]

Also the American FBI and CIA have always been an instrument of the global elite because the Rockefellers were directly involved in the founding

of both organizations. This family also has the power of the Council on Foreign Relations (CFR).

**The DuPont family**

DuPont is number six in the ranking of the leading global elite. Like all leading rulers, the DuPonts also paid special attention to whom their children married. Many of the first marriages in this family were between brother and sister! The biographies of the DuPont family as a world power began with the marriage between Samuel DuPont and Anne Alexandrine, a Hugenot from Burgundy, in 1737 in Paris.

Pierre Samuel DuPont, the son of Samuel and Anne, was the first DuPont to acquire a great amount of power and influence. Moreover he was the first in the family one could prove a direct connection with the global elite. At the request of King Stanislaus-Augustus he went to Poland in 1774 to develop a system for national education over there.

President Thomas Jefferson was a very close friend of Pierre Samuel DuPont. At Jefferson's request Dupont immigrated to North America with his family in 1799 to start on a plan for national education in the country. As we will see, this system made it possible for the global elite to mold the way children think.

After DuPont returned to France in 1802 and was instrumental in promoting the treaty of 1803, by which Louisiana was sold to the U.S., Jefferson gave him the first American order to manufacture gunpowder. To this day the American army buys its munitions for all its wars from the DuPonts. Today the DuPonts are monopolizing this and other fields. Everything that has to do with chemistry is produced by DuPont, with Americans using a DuPont product almost daily.

[23] Dr. John Coleman, *Tavistock Institute of Human Relations: Shaping the Moral, Spiritual, Cultural, Political and Economic Decline of The United States of America*, Omni Publications 1999, 221.
[24] Lyndon LaRouche, *Children of Satan*, Virginia 2004, 112.

The ruling families are also behind the worldwide drug trade. With the help of the CIA and the British secret service MI6, they are at the head of the worldwide drug mafia and control the entire trade and sale of drugs! During a television interview, Lewis DuPont let it slip that the worldwide drug trade was in the hands of powerful families.[25] Lewis DuPont was the driving spirit behind the book *Dope* (Executive Intelligence Review, 1975). This book reveals the leading figures in the world-wide drug trade. The following families and persons are associated with drug trade: the Astors, the DuPonts, the Kennedy's, the Rockefellers, the Rothschilds, the Russells and the Chinese family Li. Because of his collaboration no this book, Lewis DuPont ran into substantial trouble with his family. Owing to a government informant, he narrowly escaped kidnapping, torture and brainwashing on his father's yacht. He couldn't press charges against his family for this, because the elite have control over the legal system to the farthest corners of the world.[26]

**The Onassis family**
In 1928 the ruling leaders, who possessed all large oil companies, gathered in Achnacarry castle and made an agreement called the Achnacarry Agreement. In this agreement the worldwide extraction of oil and oil trade was brought together in one large international monopoly. That's why one only sees the same tankers providing a large number of filling stations in a certain area with gasoline. By 1928 the elite had total control of most all oil production, and Aristotle Onassis was the shipping magnate who built the largest oil tankers in the world.

During the Second World War every Greek ship was sunk, except the ships belonging to Aristotle Onassis. His ships could freely sail down every war zone without being attacked. Everyone will understand that for this to happen, agreement on the highest level was necessary. The ruling elite are above all conflicts created by them, at our expense. One only has to notice that certain persons are above the law, above wars and above other conflicts. Aristotle Onassis was a king within the elite hierarchy. Onassis was, among others, a very close friend to the Peron family, who turned Argentina into a dictatorship with the help of the elite. His power extended so far that practically every researcher will come to the conclusion that he must have been one of the most powerful persons in the world. But these researchers do not know that the complete power of the international monopolists is divided

amongst the leaders. Aristotle Onassis had a lot of power indeed, but he only owed this power to the hidden hierarchy which rules our world.

The ruling elite spread their power over the drug and pornography world, the political and economical world and, finally, over mind control. Influential families not within the elite circle collaborate in their conspiracies. When they don't, their wealth and power become threatened. Howard Hughes was a millionaire who was not under the power of the international monopolists and was at risk because of that. In 1956 Howard Hughes invested a lot of money in vice presidency of Richard Nixon with the hopes of being able to control him. This cost him dearly. The elite infiltrated Hughes' organization. In March 1957 Onassis henchmen caught Howard Hughes at the Beverly Hills Hotel, replacing him with a look-alike.[27] The real Howard Hughes, whilst seriously injured, was taken to the Emerald Isle hotel in the Bahamas. After a month he was moved to a cell on Skorpios, Onassis' private island. Another look-alike took Hughes' place and the one used in the Beverly Hills Hotel job was shot at the Rothschilds Inn. At that time the giant empire of Howard Hughes was merged with the Onassis empire. After Aristotle Onassis' death, the Rockefellers took over the businesses of the billionaire. Onassis' granddaughter married into the Russell family, number ten in the order of leading global elite. This family played the leading role in the opium trade at the beginning of the eighteenth century. In 1823, Samuel Russell led the largest opium cartel in the world, and became the greatest opium boss throughout Asia. The company Sturgis & Co. in China was a part of the Russell opium syndicate. In the United States, the company built the largest opium smuggling web, which exported opium from China to Turkey.

[25] Fritz Springmeier, *Bloodlines of the Illuminati*, Westminster, Colorado 1999. [26] Ibidem.

Furthermore the Russell family played a key role in promoting Mormonism, founding the Watchtower Bible & Tract Society (Jehovah's Witnesses) and the secret order Skull & Bones. Becoming a member of this order is only possible at their invitation when one is descend from a ruling family.

**The Warburg family**

The Warburg family is the most important ally of the Rothschilds, and the history of this family is at least equally interesting. The book *The Warburgs* shows that the bloodline of this family dates back to the year 1001.[28] Whilst fleeing from the Muslims, they established themselves in Spain. There they were pursued by Fernando of Aragon and Isabella of Castile and moved to Lombardy. According to the annals of the city of Warburg, in 1559, Simon von Cassel was entitled to establish himself in this city in Westphalia, and he changed his surname to Warburg. The city register proves that he was a banker and a trader. The real banking tradition was beginning to take shape when three generations later Jacob Samuel Warburg immigrated to Altona in 1668. His grandson Markus Gumprich Warburg moved to Hamburg in 1774, where his two sons founded the well-known bank Warburg & Co. in 1798. With the passage of time, this bank did business throughout the entire world. By 1814, Warburg & Co had business relations with the Rothschilds in London. According to Joseph Wechsberg in his book *The Merchant Bankers*, the Warburgs regarded themselves equal to the Rothschild, Oppenheimer and Mendelsohn families.[29] These families regularly met in Paris, London and Berlin. It was an unwritten rule that these families let their descendants marry amongst themselves. The Warburgs married, just like the Rothschilds, within houses (bloodlines). That's how this family got themselves involved with the prosperous banking family Gunzberg from St. Petersburg, with the Rosenbergs from Kiev, with the Oppenheims and Goldschmidts from Germany, with the Oppenheimers from South Africa and with the Schiffs from the United States.[30]

[27] In 1955 Howard Hughes hired two look-alikes without knowing they were both in the employ of the elite.
[28] David Farrer, *The Warburgs*, New York 1975, 17.

The best-known Warburgs were Max Warburg (1867-1946), Paul Warburg (1868-1932) and Felix Warburg (1871-1937). Max Warburg served his apprenticeship with the Rothschilds in London, where he asserted himself as an expert in the field of international finances. Furthermore, he occupied himself intensively with politics and, since 1903, regularly met with the German minister of finance. Max Warburg advised, at the request of monarch Bernhard von Bülow, the German emperor on financial affairs. Additionally, he was head of the secret service. Five days after the armistice

of November 11, 1918 he was delegated by the German government as a peace negotiator at a peace committee in Versailles. Max Warburg was also one of the directors of the Deutsche Reichsbank and had financial importances in the war between Japan and Russia and in the Moroccan crisis of 1911.

Felix Warburg was familiarized with the diamond trade by his uncle, the wellknown banker Oppenheim. He married Frieda Schiff and settled in New York. By marrying Schiff's daughter he became partner at Kuhn, Loeb & Co. Paul Warburg became acquainted with the youngest daughter of banker Salomon Loeb, Nina. It didn't take long before they married. Paul Warburg left Germany and also became a partner with Kuhn, Loeb & Co. in New York. During the First World War he was a member of the Federal Reserve Board, and in that position he had a controlling influence on the development of American financial policies. As a financial expert, he was often consulted by the government.

The Warburgs invested millions of dollars in various projects which all served one purpose: one absolute world government. That's how the war of Japan against Russia (1904-1905) was financed by the Warburgs bank Kuhn, Loeb & Co.[31] The purpose of this war was destroying the csardom.

As said before, in testimony before the Senate Foreign Relations Committee, James P. Warburg said: "We shall have a world government, whether or not we like it. The question is only whether world government will be achieved by consent or by conquest."

[29] In 1798 the Oppenheim family founded one of the first banks in Cologne. The Mendelsohns were the owners of one of the most influential banks in which the Warburgs participated: the Berlin Bank.
[30] The Schiff family originates from Germany and maintained strong ties with the banking empire of the Rothschilds. Jakob Schiff grew up in the house of the Rothschilds. It's curious that the Schiffs claim to descend from the biblical King Solomo! [31] John Toland, *Adolf Hitler*, Amsterdam 1977, 830.

## Chapter 4

# The Illuminati

**"What is important is to dwell upon the increasing evidence of the existence of a secret conspiracy, throughout the world, for the destruction of organized government and the letting loose of evil."**
*Christian Science Monitor, June 19, l920*

Princess Diana's butler, Paul Burnell who worked for the British Royal Household for twenty-one long years, is the man who revealed in 2002 that the Queen called him one day after Diana's death and told him: "There are powers at work in this country about which we have no knowledge." If anybody had talked about such "powers at work" in the terms used by the Queen, they would have said he/she was a "conspiracy theorist".[32]

There have always been conspiracy theories. However, the end of the last century saw a rise in their numbers. Hundreds of titles about worldwide conspiracies have been published; many books overlap each other and many authors take a walk along the roads of fantasy. We find the most fantastic ideas and stories about conspiracies on the internet, television, movies, magazines and other reading materials. Theories about conspiracies are having a field day providing background for the most outrageous ideas. Both the resourcefulness and stupidity of the people writing these stories knows no bounds. Conspiracy theories not only play havoc with rational thinking, they are also political weapons that are especially favored among right-wing types. However, conspiracy is also reality. After the outrageous murder of six million Jews, everybody should be aware of how devilish conspiracies can be.

To prove the existence of a worldwide conspiracy one needs to bring up facts that cannot be denied by opponents of such a principle. The imminence of such a worldwide conspiracy is, along with other facts confirmed, by the existence of organizations that rank above the separate states. These organizations have been operating behind the scenes of official world politics for several decades. Whoever wants to understand how and why political decisions come about needs to study these organizations and their objectives. The real answers cannot be found with the government of the

United States or other political powers of this world. In reality the politics of countries are not determined by democratically chosen representatives, but by these powerful organizations and our invisible elite.

Many investigators have tried to uncover this worldwide conspiracy. These investigators stem from all ranks of society. In spite of this, they all agree on the existence of this conspiracy. Sooner or later every investigator that researches this matter will come across the secret Brotherhood of the Illuminati. This organization was officially founded in 1530 in Spain. Their goals are based on the famous *Constantinople Letter* of December 22, 1489, in which plans were made to conquer the leadership of the world.[33] In 1773 the plans stipulated in the *Constantinople Letter* were restored, modernized and developed further in consultation with the founder of the bank company Rothschild.[34] During a secret gathering, to which several members of the most influential families were invited, Mayer Amschel Rothschild commented, "If we combine forces, we can rule the world."[35] The eventual goal was to create a World Dictatorship with One World Leader at the top. The letter and meeting provided a structural plan of how to control all aspects of humanity by withholding of information and restriction of freedom. Manipulating the media and censoring the truth would allow for the puppeteering of the world. Mankind would be a mere toy controlled by a few powerful families that dominate the ultimate economic, financial and political world stage. The ultimate goal was to reduce human interest to a point where they would agree to anything, therefore setting up the stage for a One-World Leader. Nobody would care, and the few remaining opponents could easily be eliminated.

[32] See the *NewAfrican* van februari 2008, 11.

The influential families put the elaboration and implementation of the plans based on the *Constantinople Letter* in the hands of Adam Weishaupt, a professor in canon law. Weishaupt not only controlled the Freemason Lodges in Munich, he also was an important member of the Grand Lodge (Grand Orient) in Paris. On May 1, 1776 at the age of twenty-eight, Weishaupt founded a secret society that he named the "Order of Perfectibilists" at the University of Ingolstadt (Bavaria). The name of the organization he changed, shortly after its founding, to the "Order of Illuminati". Weishaupt built a complicated hierarchy of secret degrees. The members of the Order of

Illuminati were marshaled into several "classes" or "degrees", that in rising rank were classified roughly as follows:

1) Novices: lesser Illuminati or initiates
2) Freemason: ordinary, Scottish and Scottish Knights
3) The Mystery Classes: including two grades of Priests, Regents, Potentates, Grand Potentates, Magnus and King. Only the Mystery Classes are admitted to knowledge of the criminal purposes of the Order of Illuminati.

Not only did thousands of leading Europeans enter the Order, the smartest heads in economy, politics and culture also joined the Order. The Illuminati were filled with literati who realized the material advantages of its support. In its ranks were to be found the "Encyclopedists", Voltaire and Rousseau, who, as we will see, played a large role in the preliminary propaganda that prepared the way for the French Revolution that was engineered by the Order. In Germany its ranks were joined by Goethe, Engel and Karl Marx. Marx's *Communist Manifesto* that publicized the administrative aspects of the Illuminati conspiracy was directly plagiarized from Weishaupt's teachings and writings.

[33] Julian de Metrano, *La Silva Curiosa*, Toledo 1583, New edition: Paris 1608.

[34] Des Griffin, *Fourth Reich of the Rich*, Clackamas 1994, 208.[35] William Guy Carr, *Pawns in the Game*, Oregon 1958, 26. Carr's declaration is based on a secret report of the highest officials within the British Secret Service. John Todd, who was inaugurated in the highest circles of power within the Illuminati (Council 13), also confirms the gathering in the Rothschild residence.

Weishaupt did not shun corruption and blackmail to maintain control over people. He knew well the effectiveness of espionage, torture, terrorism and savagery as devices for enforcing the subjugation and discipline of mankind. For that purpose Weishaupt established, within his order, a Gestapo-type terrorist and murderous espionage agency, which he called "Insinuating Brothers". The purpose of this agency was to insure that there would be no leak in the secrets of the conspirators by making threats of torture and vindictive persecution, and to aid in the subjection of the citizenry. Since

then, every totalitarian movement that has carried on the conspiracy adopts this device of Professor Weishaupts.[36]

It was Weishaupt's goal to draw the power of all countries of the world to the Illuminati through a mass of insiders that operate in the shadows according to a meticulously set plan. Weishaupt dictated as the basic principle of his Order the maxim: "The end justifies the means." He scorned all concepts of civilization, honesty, honor, decency, morality, ethics and humanity and cast them aside as the despised roots of the weakness that would betray mankind and its civilized adversaries into the hands of the conspirators. Instead, he enshrined as "virtues" lying, deceit, shiftiness, dishonesty, brutality, ruthlessness and murder. In the true etymologic sense of the word, "virtue" is defined as a "source of power". Weishaupt dictated that these "virtues" were to be inculcated into the young, rising generations through all the devices of education, entertainment and propaganda. He directed that wholesome parental discipline over them should be destroyed so as to make the children ready prey of his ghoulish crew.[37]

The book *Proofs of a Conspiracy Against all the Religions and Governments of Europe* by Professor John Robison (1798) sums up Weishaupt's Illuminist program, as follows: "In the lodges, death was declared eternal sleep; patriotism and loyalty were called narrow-minded prejudices incompatible with benevolence. They meant to abolish laws which protected property accumulated by longcontinued and successful industry; and to prevent future accumulations... they intended to root out all religion and ordinary morality... to break the bonds of domestic life by destroying veneration for marriage vows, and by taking the education of children out of the hands of parents."

Thanks to the organizational skills of Baron Adolph Freiherr of Knigge and the help of several Freemasons that did not find the action they were hoping for within their lodge, Weishaupt's Illuminati became the secret rulers of Bavaria and its surrounding states in less than five years. Later the head office was brought over to Frankfurt. Soon the German political stage was infiltrated by figureheads of the Illuminati who immediately started to reform the state government.

36Emanuel M. Josephson, *Roosevelt's Communist Manifesto*, New York 1955, 11.37 The process of gaining control of minds en masse goes by various names: education,

propaganda and, in its most brutal form, brainwashing.

On the occasion of the gathering of all Freemason Lodges on July 16, 1782, an alliance between the Illuminati and Freemasonry was created in Wilhelmsbad (Germany).[38] Adam Weishaupt welcomed the powerful support of the Masonic Protestant princes and rulers of Germany and Europe. They brought with them control of the Masonic Order. But he realized that he must not permit them to suspect that, in furtherance of his internationalist goal of One World Dictatorship, the Order was dedicated to destroying them also. Weishaupt craftily solved this problem by limiting the princes and rulers to the lower degrees and barring them from the knowledge of the true purposes of the Order, that were revealed, cautiously, only to those in the higher degrees.[39]

When Jacob Lang, a member of the Illuminati, was hit by lightning during a trip on July 10, 1785, the police found part of secret Illuminati plans intended for the Grandmaster of the Grand Orient in Paris. These plans proved that the Illuminati favor the extermination of the Jewish-Christian philosophy, abolition of the power of all royal houses and monarchies, annihilation of all patriotism and loyalty to sovereignty, destruction of traditional family structures and marriage, a collective education for children by the state, and many more issues that can be found in our modern society.

It became clear that the conspirators strived for worldwide objectives when the ruler Charles Theodore of Bavaria ordered a round up in the house of Weishaupt's assistant, the prominent lawyer Von Zwack, on October 11, 1785. A large number of protocols, documents and letters by Weishaupt, that were based on the *Constantinople Letter*, were found in his house, which showed that Von Zwack was a high member of an enormous conspiracy. A quote from one of Weishaupt's letters to Von Zwack reads: "With this plan we will be able to rule all of mankind. In this way we will be able to put everything in motion and set things on fire with most simple means. Our satellites will have to be placed and instructed in such a way that we are able to secretly influence all political negotiations."

The next year more information of a conspiracy was found in the houses of other Illuminati. Among this information were tables with secret codes and symbols, secret calendars, geographical locations, badges, inaugural

ceremonies, lists with the names of members and about a 130 official government seals that the Illuminati used to forge government documents. The Order was dissolved immediately. Officially, the Illuminati have been extinct since 1785 after an existence of only nine years. However, the apparent fall of the Order was only a predetermined tactic of the conspirators. With this they tried to create the illusion that the Order of the Illuminati was a thing of the past. Weishaupt fled, but he continued his work underground. This is when the history of the Illuminati really started.[40] After the conspiracy had been revealed, the visible leaders of the Illuminati began operating in Italy, and took a different name: Carbonari (Carbonarismus). The Mother Lodge was called Alta Vendetta and was led by Carl Rothschild.

[38] J.I. van Baaren, *Illuminisme*, Amsterdam 1989, 17. See also Emanuel Mann Josephson, *Roosevelt's Communist Manifesto*, Chedney Press 1955, 20.
[39] Ibidem, 23.

After 1785 the Illuminati order spread over the whole of Europe In 1788 the Misraïm Rite was founded in Venice. Followers of the Carbonari and Carl Rothschild were the most important members of the rite. The official *Freemason Newspaper* of Leipzig wrote on December 24, 1864: "All the Italian upheavals since the year 1790 until the most recent glorious events have been the work of the Illuminati alliance. After all, aren't the Carbonari its sons?"

The Illuminati order not only spread over the whole of Europe, they also spread over the whole of America. Even before the separate states united themselves, the constitution was written and the Republic of the United States had been founded, fifteen lodges of the Illuminati had settled in the thirteen colonies. The Columbia Lodge was founded in 1785 in New York. A year later the lodge in Virginia was founded. Thomas Jefferson, the composer of the Declaration of Independence, was also a member of this lodge. When the devilish plans for a new government ruled by Weishaupt were revealed in Bavaria, Jefferson defended him and called him an "enthusiastic friend of humanity."

The foundation of the United States is closely connected with the Order of the Illuminati. George Washington, the first American president, belonged to

the order and was, like many of his generals, a Freemason. The American Declaration of Independence was, under the guidance of Jefferson, drawn up and signed by almost all Freemasons. One can say without exaggeration that, without the Illuminati, there would not have been a United States of America.

Does this mean that the founding fathers of the United States were part of a big malicious conspiracy? No, absolutely not. The secrecy within the lodges of the Freemasons and Illuminati was the perfect cover-up for their revolutionary activities. Only few or perhaps none of them knew about the plans of the Illuminati. Most of them thought that they only strived for independence from a tyrannical dominator. As so many of today's members of the Freemasons, they considered the lodge to be a brotherly organization, which was devoted to promoting social skills and, as a way to maintain friendships and brotherhood. The majority consisted of gullible Christians. The Illuminati and Freemasons had changed their methods in America to appeal to as many people as possible. Adam Weishaupt described the adjustment of the philosophy as follows: "I have come up with a statement that has the advantage of appealing to all Christians; it frees them of their Christian prejudices, and it cultivates

[40] More than 100 years after the prohibition, the Order of the Illuminati was reconstituted in 1896. Since the renewal of the Order in 1926, they officially operated from Berlin. In 1929 they disappeared from the books of the Chamber of Commerce.

their social value. My means are effective and irresistible. Our secret society works in a way no one can resist."[41]

Which siren song was sung to mislead a number of the most intelligent and most idealistic men in a predominantly Christian America? Weishaupt's exact words were: "Jesus of Nazareth, the Grandmaster of our Order, appeared at a time when the world was in great confusion, and he walked among people that had already been living under oppression for a long time. He taught them the lessons of reason. To be more effective he used the support of religion, opinions that were common, and cunningly connected his secret doctrine with the religion of the people. He kept the valuable meaning and consequences of his doctrine hidden. In the end he revealed

them to only a small number of followers. This small group of "chosen ones" kept the doctrine in secret to pass it on to the Freemasons."[42]

This sly tactic made it possible to mislead an enormous part of the elite of the American Revolution, just like many Christian Freemasons are being misled today. Freemasonry was considered the liberator of Christianity, and it promised freedom and happiness for mankind. But Professor John Robison, a Freemason expert contemporary of Weishaupt, was not fooled by this: "This so-called happiness of mankind is no more than an instrument that the regents (the leaders of the Illuminati) joked about among themselves."[43]

It is interesting to note that the United States was the first country in which the "human rights" and "freedom of religion" that the Illuminati strived for were recorded in the constitution! With this we can conclude that from the beginning, the United States has been directed by the Illuminati and Freemasons, its puppeteers. This centralized their power more and expanded it over all areas of American society. At that time the opposition had already become silent, and for that reason it is not surprising that, as we will see, the twentieth century especially has been disastrous for the American people. The Illuminati use the United States as a springboard for their world leadership to subject other countries and to eliminate the remaining independent heads of state.

Three years after Weishaupt's death (1811) the previously mentioned Misraïm Rite was also introduced in France. In 1815 the Mother Lodge Arc en Ciel was founded in Paris. In 1817 the Rite was prohibited in France. Just like Weishaupt's Illuminati order the Rite continued underground.[44] The Misraïm Rite grew rapidly in Belgium, Ireland and Switzerland. And in 1870 the Ancient and Primitive Rite of Misraïm was officially founded in England. One of the highest governors of the Misraïm Rite was Isaac Adolphe Cremieux (1796-1880), a thirty-three Degree member of the Scottish Rite and also member of the Grand College of Rites of France and founder of the Alliance Israélite Universelle. On December 31, 1870, a Supreme Council General of the ninety Degree was founded under leadership of Cremieux. In 1881 the Italian revolutionary Giuseppe Garibaldi became Grand Master of the Misraïm Rite.

[41] John Robison, *Proofs of a Conspiracy Against all the Religions and Governments of Europe,* London 1798, 64.
42 Ibidem, 92.43 Ibidem, 125.
[44] The Misraïm Rite remained active until 1925.

**The French Revolutions**

One of the biggest successes of the Illuminati at that time was their influence and control over the different French revolutions that started in 1789. The official Freemasonry newspaper in Leipzig wrote on December 24, 1864: "The French Revolution of 1789 was the work of the Illuminati; all the excellent and outstanding men of that time were Illuminati or Freemasons. The revolutions of 1830 and 1848 were also led by the Illuminati." In an official statement issued by the Grand Orient it was emphasized that the Illuminati together with the Freemasons indeed had prepared the revolution of 1789 and the formula of Liberty, Equality and Fraternity!

The book *Proofs of a Conspiracy Against all the Religions and Governments of Europe* (1798) by Professor John Robison has been written to warn us about the Illuminati. Robison wrote: "I have studied the Illuminati, and I have discovered that most of the active leaders of the French Revolution belonged to this Order. The Illuminati used front organizations to achieve the goal in France just as they did elsewhere."[45]

In fact French history is a sequence of revolutions and counterrevolutions. It all started with the Great Revolution. In 1789 a couple of powerful Illuminati bankers of Paris had been as considerate as to obstruct the arrival of ships with corn and food, that were meant for the people of Paris. This caused a shortage of food and disturbances arose amongst the population of Paris. The catastrophe had clearly been planned beforehand. It is clear that the victims, the common people, had nothing to do with this.

The Great Revolution came to a climax in 1793 and ended with the enormous tyranny in 1794. Most of the aristocrats were decapitated with the help of the guillotine. When they ran out of aristocrats, the people started killing each other. The revolution snatched the power away from the king, nobility and church and put it in the hands of the Illuminati. After the revolution the chaos that erupted calmed down when Napoleon Bonaparte seized power. Napoleon's ambition to rule the whole of Europe was

undermined, and his reign was brought to an end, after which all Bonapartes were banned from France at the end of Waterloo.

A special congress was held in Vienna to create a "New Order" in the political relationships of Europe after the wars and the collapse of the French Empire under Napoleon (1769-1821). Here it was decided to give the French throne back to the Bourbon family. With this decision Louis XVIII ascended the French throne. He died in the summer of 1824 and was succeeded by his brother Charles X, who hoarded all the power for himself. His rule as a dictator was as if there had never been a revolution. He tried everything to restore the Ancient Regime but was met with resistance by the Illuminati. An inevitable coup followed on July 27, 1830. Charles X refused to reduce his power and on July 31st was forced to give up the throne. He resigned in favor of his grandson Henri d'Artois, considered to be the true Bourbon king, and fled abroad. The Illuminati neglected the wish of everyone that wanted Charles' grandson to be recognized as king. Instead, they replaced Charles X with his cousin Louis Filips of Bourbon Orléans, a descendant of Louis XIV. His popularity among the population had grown exceptionally during the restoration of the monarchy under Louis XVIII and Charles X, and was thus accepted immediately. After a while Louis Filips I decided to break from the control of the Illuminati. However, following several threats, most likely stemming from the Illuminati, Louis suddenly resigned on February 24, 1848. Afraid of what had happened to Louis XVI and Marie Antoinette he disguised himself and fled Paris.

[45] John Robison, *Proofs of a Conspiracy Against all the Religions and Governments of Europe,* London 1798, 87.

The French revolution of 1848 showed the involvement of the Illuminati even more than the revolution of 1789 and 1830. Despite the fact that the government that came to power in 1848 mainly consisted of Freemasons, or that they had a great influence on the parliamentary elections, the new parliament chose not to follow the directions of the Illuminati. The Freemasons then focused on the exiled Charles Louis Napoleon, whom they considered a fellow member because of his membership in the Carbonari. Louis Napoleon had asked his father for money to finance a coup in France in 1840. Although his father indignantly rejected this request, Louis did not

give up, but his coup failed. Louis was sentenced to life and imprisoned, from which he managed to escape on May 25, 1846.

In 1848 the Freemasons that revolted against the Illuminati supported the coronation of Charles Louis Napoleon (Napoleon III). From day one Napoleon III showed that he indeed was a man of revolution. During his first legislative period he managed to become president in 1848.

However, in his attempt to regain his freedom of movement he received less and less support from the Freemasons. Through his connection to the Pope in 1849 and his education politics, he was able to secure for himself the support of the Catholic Church. The Freemasons did not foresee this. Through the decision of the Senate to recognize the Pope's power, conflict with the Freemasons arose. On January 14, 1852, Napoleon III seized power through the implementation of an antiparliamentary constitution. On December 2, 1852, he became the Emperor of France.

The French-German war that broke out under leadership of the Illuminati on July 19, 1870, cost the lives of 50,000 French citizens. The French army of 160,000 men was surrounded near Metz, and on October 27, 1870, they surrendered. On September 1, 1870, Napoleon III suffered a crushing defeat with his men near Sedan. When the general staff announced that the Emperor had been taken as a prisoner of war, the third republic was proclaimed.

It should come as no surprise that the Illuminati caused the fourth revolution in France. In the same way as in 1789 they wanted to regain control over the government. France had to be handed over to the Commune. The French defeat in the war against Germany speeded things up. The Illuminati felt forced to take action sooner than they had anticipated. From March 18 to May 29 the Commune caused a lot of damage in Paris. Statues of French heroes were selectively taken down, citizens and members of the clergy were killed. The 145 houses of Alfons Rothschild and other belongings of prominent Illuminati, however, were carefully spared. Who would have told the people to spare the houses of the rich Illuminati in such a situation?

On April 26, 1871, under the leadership of their respective dignitaries, fifty-one lodges of more than 10,000 Freemasons with flags and badges

proceeded in a festive parade towards the city walls of Paris to place their banners in the city. At City Hall, Tiriforque greeted the representatives of the revolutionary violence and shouted to the insurgents: "The Commune is the most powerful revolution the world has ever seen." In the night between the third and the forth of September, Jules Favre ordered the deposition of the house of Bonaparte. The representative of the imperial government, general Cousin-Mantauban, did not dare offer resistance to this call of treason, because the army and the national guard failed to clearly choose a side. In the afternoon of September 4 a crowd stormed the assembly of the legislative corporation, causing the Senate to dissolve, and proclaimed the government of the people.

With the revolutionary fall of Napoleon III the French monarchy came to a definite end, and an important step in the Illuminati world revolution was taken: Catholic France became an atheist republic in which the lodges would govern until the Second World War and in which everything would be done to eliminate Catholicism. From official documents included in the official *Bulletin en Compterendu* of the Grand Orient, it can be concluded that all anti-clerical measures that were discussed in parliament had already been decided on and were implemented by the Illuminati and the Grand Orient. After 1902 more than 3000 religious schools were closed, and it was forbidden to teach religion in schools. Many members of the clergy were arrested, some were banned, and Christians were treated as second-class citizens. This caused the Vatican to break of all diplomatic contacts with France in 1904. At that time the Illuminati were realizing in France what they wanted to realize in the rest of the world.

The French Revolutions were not the only wars operated by the Illuminati other conspiracies, wars and revolutions were also directed by them. The conspiracy behind the December Revolution of 1825, the revolutions in Italy in 1848, the Philippine uprising of 1896, the revolutions in Portugal in 1907, the fall of the Russian throne in 1917, Austria-Hungary in 1918, the First World War, the Spanish Civil War, the disappearance of the monarchies and nobility, the Second World War and the Cold War, which divided the world into two blocs, and finally the collapse of communism in Europe, and the attacks on September 11, 2001, all were led with absolute certainty by the Order of the Illuminati. As we will see all these wars, tensions and problems were knowingly created dand are part of the Illuminati plan.

Many people have difficulties believing that the Illuminati really exist. Many believe that it is a fictitious group. Most people hardly believe that there is a worldwide conspiracy that aims to repress the whole of humanity. This is understandable because the Illuminati have done everything to erase their tracks throughout the course of history. It was extremely important to the Illuminati to erase their name from the official and common vocabulary. Weishaupt and his companion Adolph von Knigge write in *The Instructions* of the Order: "It is important that the objectives are realized; the mask that is used is not important as long as there is a mask. The biggest power of our Order lies in its secrecy; don't ever let the true name and intentions of the Order become apparent at any occasion or place, but keep operating under different names and causes."

The Illuminati use several umbrella organizations whose leaders usually don't know that they are being manipulated and controlled. One of the Illuminati organizations working from behind the scenes of visible world politics is the Association of the Round Table. Just like the Order of the Illuminati this society is devoted to the destruction of national states, and they strive for a sort of international superstate: the prototype of the so-called New World Order! The Round Table was founded in 1891 by the politician Cecil Rhodes and is built in the same way as the Order of the Illuminati. In 1902 the Association of Helpers (a group of supporters from the outside from seven different countries) was created. This group created the Round Table Societies in different countries. The North American branch of the Round Table Group was initially called National Civic Federation, a name that was changed in 1921 by Colonel Mandell House into Council on Foreign Relations (CFR).[46] Today the organization claims approximately 2000 members. It is striking that almost all members of the CFR hold important positions in the government of the United States, the CIA and the American financial world. Aside from the enormous influence of the organization over the majority of American public life, it also exercises considerable pressure on the Congress and the government of the United States. At the moment the CFR is the most important component of the "World Government" operating behind the scenes.[47]

The grandson of Franklin Roosevelt declared that the President completely depended on the CFR; every step he took was dictated by this institution. In 1975 retired Navy Admiral Chester Ward, former Judge Advocate General

of the U.S. Navy and former CFR member, wrote in a critique that the goal of the CFR is the submergence of U.S. sovereignty and national independence into an all powerful One World government. In one of the first issues of *Foreign Affairs* (1922), the Council on Foreign Relations magazine, World Government is already endorsed: "Obviously there is going to be no peace or prosperity for mankind as long as the earth remains divided into fifty or sixty independent states until some kind of international system is created... The real problem today is that of the World Government."

[46] The CFR was created by the Rockefellers and their allies to be the focus of their drive for a New World Order.
[47] Fritz Springmeier, *Be Wise as Serpents*, Lincoln 1991, 454.

Another secret organization that tries to influence world politics is the Bilderberg Group, founded in 1954 by Prince Bernhard van Lippe Biesterfeld and Joseph Retinger. This group consists of a number of permanent members that form a small core, and a number of changing members that are invited to take part in conferences. The members meet once a year behind closed doors. The Inner Circle, that is the Round Table, consists of nine members of the Bilderberg Group. Then there is a decision making forum that consists of thirteen members. Finally there are three more members that make up the Inner Circles. These consist of members of the black nobility and other exceptionally influential men. Despite the strict confidentiality and secrecy surrounding the Bilderberg Group, some of their objectives got out. The following objectives are strived for:

• An international economic Power Block.
• Founding an international Parliament.
• Creating an international "World Army" through the abolition of national armed forces.
• Restriction of the power of national governments in favor of a unique and coordinated World Government.

Traditionally the international press never mentions anything about the content of the off-the-record discussions. Sometimes a conference where prominent members from the world of politics, business and society speak confidentially about international questions is mentioned briefly. It is always mentioned that the participants assist as private persons, not in their official

occupations. However it is striking that the participants of every Bilderberg conference are flown in from all parts of the world with airplanes and helicopters belonging to different air forces. Also, the large police force used to prevent disturbances and protect the invited is paid for by the tax contributors.[48]

In his speech before the Senate, on December 15, 1987, Senator Jesse Helms warned against the New World Order: "Private organizations such as the Council on Foreign Relations, the Royal Institute of International Affairs, the Trilateral Commission and the Bilderberg Group serve to disseminate and to coordinate the plans for the so-called New World Order in powerful business, financial, academic and official circles." Why doesn't one ever hear the truth about these organizations in the mainstream media? For the simple reason that we are dealing with an incredibly powerful conspiracy that controls all areas of our lives to a near perfection. If what is written here is not accurate, these companies could always deny its truths, but thus far, have not done it.

[48] *Prisma Infodienst No 23*, 1998.

## Chapter 5

# Freemasonry

**"Freemasonry is the permanent personification of the Revolution; it constitutes a sort of society in reverse whose aim is to exercise an occult overlordship upon society as we know it, and whose sole raison d'etre consists in waging war against God."** *Leo XIII*

As said before, on the occasion of the gathering of all Freemason Lodges on July 16, 1782, an alliance between the Illuminati and Freemasonry was created in Wilhelmsbad.

Although a lot has been written about Freemasonry at the beginning of the twenty-first century, there is still a lot of uncertainty about this secret brotherhood. Everyone trying to find out something about Freemasonry will experience near insurmountable difficulties. Despite all the books that have been written on this subject, Freemasonry remains surrounded by secrecy. A new member of Freemasonry is known as an Entered Apprentice. After a while, promotion to Fellow Craft will be next and thereafter elevation to Master Mason. The Scottish Rite of Freemasonry is one of two branches of Freemasonry to which a Master Mason may proceed after he has completed the first three degrees of the Symbolic, or Blue, Lodge. The Scottish Rite includes the Red, Black and White Degrees from the fourth till the thirty-third degree. Above the thirty-third degree of the Scottish Rite, there exists other degrees. These degrees are being kept so secret that nothing is known about them. Most of the Freemasons don't even know who their own visible master is. Basically Freemasons of the highest degrees operate secretly.









Since the inception of Freemasonry, the organization has used secret symbols, secret words and secret signs to indicate to one another that they are Freemasons. Amongst others there is the "hand on the heart" Freemason membership sign.

Freemasons vow loyalty to each other, use secret passwords and symbols when in contact with one another, and greet each other with secret handshakes. There are various handshakes, which are connected to the degree to which someone belongs. For example, the handshake of an Apprentice is carried out with the right hand, by pressing the thumb three times to the index finger of the person to whom one wishes to introduce oneself as a Freemason. The handshake of brethren is different for both the French and Scottish Rite. In the French Rite one presses against the index finger three times, and twice against the middle finger. In the Scottish Rite one presses against the middle finger five times. Masters shake each others' hands in a unique way: they press the tips of their index and middle fingers against the wrists of their fellow brethren.



The handshake and other symbols are also used during business transactions, legal procedures, amongst other interactions. Besides the many different handshakes, there are a lot of code words that are comparable to some kind of password. These are changed yearly.

The organization only presents necessary and unavoidable information about itself and its work. Apart from some intentional exceptions, Freemasons never publicize who their members are or what their objectives are.

Everything that is known about the Freemasons was released by them in very controlled conditions. Also, some brothers who have deserted Freemasonry have revealed certain secrets. The information coming from different directions is usually very concise but fragmented and requires meticulous puzzling together of the pieces by experts in order to obtain a better understanding of who the Masons are.

Freemasons are compelled to help and to defend each other through thick and thin, even if this is at the expense of others. Some high degrees know the following oath: "I shall help and stand by a fellow Freemason who is in trouble of any kind, whether this person acts right or wrong, murder and treason not excluded." In the *Handbook of Masonry* we can read on page 183: "You must conceal all crimes of your brother Masons... and should you be summoned as a witness against a brother Mason be always sure to shield him. It may be perjury to do this, it is true, but you're keeping your obligations." It's horrifying to think of what the consequences might be if a Freemason takes the oath of the presidency, membership into parliament, becomes a judge, an official of the secret service, or police official.[49] Most judges are Freemasons and will do anything possible to realize an acquittal for a fellow brother, even if this person deserves to be punished. When a Freemason has to appear in court, he will get no opportunity to shake hands with the judge, so he communicates in a different way. He shows that he is a Freemason through certain footsteps. First he takes a step forward with his left foot and takes the heel of his right foot into the hollow of his left foot, next he moves the right foot and takes his left heel into the hollow of his right foot, then he moves the left foot and brings both heels together, with the feet in a V-shape.[50]

[49] Elly Sterk, *Uit de school geklapt*, Dordrecht 2006, 56.

Freemasons love rituals and ceremonies, to which outsiders are not welcomed. Like most cases with secret brotherhoods, the Freemasons also carry out initiation or inauguration rituals. The inauguration forms the initiation into the world of Freemasonry. The symbolism of the rituals is kept secret because Freemasons avoid questions about their inaugural practices. According to general belief, it's impossible to put the inauguration secret into words, and its origin is unknown. Even the most informed persons are unable to discover the origin of this ceremony.

Freemasons promise unquestioning obedience without any criticism against what is constitutionalized and stated in the statutes and regulations or the demands of their superiors. With regard to the oath of obedience, it is said that the secrets may not be revealed even if there is danger to life. One can only enter the Lodge on this absolute condition.

Many bishops of the Anglican Church in England are members of Freemasonry. In February 1985 the General Synod of this Church, the Church's Assembly, took the initiative to study the controversial question as to whether Christians could also be Freemason members. The result was published in May 1987, and the answer turned out negative (this came as no surprise). The Synod's information report mentions, as the most offensive issues, the use of the name Jahbulon as God's name and the oath formula in which the Freemasons have to utter different revenge threats at every Lodge brother who reveals secrets of the masons. It's disconcerting to hear that one of the acts of revenge consists of the cutting up of the corpse of a traitor into two pieces with an axe, the head and the right hand of the body pulled off, and the intestines burned.[51] The Synod stated that these oath formulas, despite the fact that they've been formally abolished, are still mentioned during the rituals of the Freemasons.

A famous story is the one about William Morgan, who was a member of different American Lodges. In collaboration with a journalist, Miller, he prepared a publication for the press about some secrets of the Freemasons. Morgan disappeared in Niagara Falls, and on a memorial stone in honor of his discovered execution is written: "In memory of William Morgan, citizen of Virginia. He was abducted and killed by Freemasons, because he had revealed secrets of the Order."

50 Elly Sterk, *Uit de school geklapt*, Dordrecht 2006, 57.51 Andries van den Abeele, *De Kinderen van Hiram*, Brussel 1991, 268. Compare to the *Report from the Church of Scotland's Panel on Doctrine*, Edinburgh 1989.

Freemasons are not familiar with an objective worship of a god. The members honor the so-called Grand Architect of the Universe. But this Master Architect is not an objectively existing deity, but rather a symbolical pseudo-god, which every Freemason is free to identify as the god they personally believe in. Basically the Grand Architect of the Universe

considered both objectively and subjectively, is no deity, but a symbolic alibi for the autonomic human being. This autonomic person doesn't receive his rules of life from a god, but realizes himself by his own rules and plans. The idea that man is a god on Earth is in contrast with the Christian revelation and tradition, because Jesus Christ is regarded as the promised Messiah and the only Savior of this world. The basic principle of Christianity is that the triune God, and not man, is the Creator of Heaven and Earth and is the measure of all things. Man, however, is a creation of this God. This God is named according to the revealed word "Love" (1 John 4:8-16) and has created man in His own image (Genesis 1:27). The last part means that man created after God's image, is called to love, first, his Creator and Lord, and second, his fellow creatures. The love for God experiences its height during Christian worship. In this worship the work of the salvation and the reconciliation with God is celebrated.

The *Universal Dictionary of Freemasonry* by Daniel Ligou counts over 150 rituals that vary from magical formulas (for example regarding astrology) to Satanism. That's why the Catholic Church repeatedly confirmed the irreconcilability of the membership of Freemasonry with the membership of the Catholic Church. Since Pope Clemens XII (1652-1740) published the bull *In Eminenti Apotolatus Specula,* in which Freemasonry was condemned, many Popes have published very direct encyclics against Freemasonry. According to the Catholic Church, worshippers who've joined the Freemasons are in a state of serious sin and because of that can not receive the Holy Communion.

In the Canon Law book *Codex Juris Canonici* (CIC), Freemasonry, just like many other organizations and societies that are classified into broader categories, is no longer mentioned by name. Therefore many Catholic Freemasons are of the opinion that in the new Canon (1374) excommunication no longer applies. This, however, is not true because the negative judgment of the Catholic Church concerning Freemasonry remains unchanged. The Canon is applicable on every society or organization that is hostile towards the Church. The fundamental principles of Catholicism are absolutely incompatible with the principles of Freemasonry. The contrast between Christian principles and those of Freemasonry is irreconcilable.

Cardinal Joseph Ratzinger (Pope Benedictus XVI) confirmed on November 26, 1983 again that: "The principles of Freemasonry remain irreconcilable with the principles of the Catholic Church." In an article of the *Osservatore Romano* of February 1985 it is explained clearly that "a Catholic can't experience his relation to God in a dual manner by dividing it into a humanistic supra-confessional religion on the one hand and a Christian faith on the other hand."[52]

Whether the reader is Catholic or not, he or she will have to acknowledge that the Catholic Church has had enemies from the start. However not even the reformers wanted to undo all the features of Catholicism. Different from these reformers, for the Illuminati and the Freemasons, it's top priority to destroy the Catholic Church!

In an Italian Lodge document dated 1818 and titled *Practica Istuzione Permanente Codice e Guida dei Preposti all' alta Massoneria* (Practical Guide, Eternally Applicable Lawbook and Guiding Principle for the Highest Degree of Freemasonry) declares openly that the Freemasons aim to eradicate Catholicism and all Christian ideals.

Many writers in the late 1800s, such as Archbishop Meurin and Dr. Bataille, said that Freemasonry was just a cover organization for Satan worship, which occurred within its higher degrees, and was unknown to the ordinary member. In 1917 the Freemasons celebrated their 200th anniversary worldwide. In Rome they even organized a real Satanical demonstration during which they proclaimed that for them it was about Satan's dominion of the Vatican in particular. In October 1917 they unrolled a Satanic banner on St. Peter's Square beneath a window of the Vatican. On it was pictured the horrifying tearing up of Archangel Michael in the claws of Lucifer, who dropped the remainder of the body onto the earth. At the bottom of the banner was written: "Satan has to rule over the Vatican, and the Pope must be his slave."

In Portugal, Freemasonry openly admitted that it was responsible for the 1919 Revolution. The Lodges mainly concentrated on destroying the monarchy and the Catholic Church with slogans that read: "The next generation will witness the end of Catholicism." The Catholic Church was subsequently exposed to fanatical persecutions. The Grand Master of the

Grand Orient of Lisbon didn't hesitate a moment to assure everyone that soon there would be no more students in the seminars. The anti-clerical measures taken in Portugal were a lot more violent and outrageous than the ones in France at the time of the execution of the separation of church and state.[53] In South America Grand Master and Illuminati member Lafayette gave Freemasons Bernardo O'Higgins and Simon Bolivar the order to rebel against Catholic Spain. In Mexico he also encouraged Juarez to rise up against Spain. These revolutions all served the same purpose; to undo the power of the Catholic Church. The fight of Freemasons against the Catholic Church in countries such as Peru, Argentina, Colombia, Venezuela or Mexico often took exceptionally insolent shapes. Mexico is the only country in the world where Freemasonry (since 1917) governs openly with a political party! Here Freemasons managed to nationalize all ecclesiastical goods and abolish all religious orders. At the same time campaigns were started up in which laymen are called upon to resist the power of the Church by using violence. In 1917 the anti-religious laws of the antiecclesiastic Freemason President Valles forced all churches to close down. Many religious farmers, students and other Mexican citizens revolted against this decision and organized an armed rebellion against the government. Thousands of them either died in their struggle against the Masonic government, or were executed by special commandos. The Catholic fighters, called "Cristeros," died whilst holding a wreath in one hand and crying, "Christ is King."[54]

[52] The Vatican has issued many edicts condemning Freemasonry: Pope Clement XII in
1738, Pope Benedict XIV in 1751, Pope Pius VII in 1821, Pope Leo XII in 1825, Pope Pius VIII in 1829, Pope Gregory XVI in 1832, Pope Pius IX in 1846 and 1873, and Pope Leo XIII in 1884 and 1892.
[53]Charles Ledré, *La Masonería*, Andorra 1985, 152.

Pope Leo XXIII said that the goal of the Freemasons was the "overthrow of the whole religious, political and social order based on Christian institutions and the establishment of a state of things based on pure naturalism." Rudolf Graber, enthroned as Bishop by Pope John XIII in 1962, wrote in his book *Athanasius and the Church of our Time*: "The purpose of Freemasonry is no longer destroying the Church, but using it by means of infiltration." Because Freemasonry can not obliterate the Church entirely, to promote

Freemasonry's principles and objectives it is now trying to erase by means of infiltration, the influence of Catholicism on society by using the ecclesiastical structure as an instrument towards "renewal", "progress" and "enlightenment".[55]

As stated earlier, secrecy is typical of Freemasonry. It is claimed that many who belong to the Blue and Red Degrees die without ever experiencing what Freemasonry really means and what its purpose is.[56] Copin Albancelli, Freemason of the twenty-ninth degree, withdrew from the movement right when he was about to be admitted to the Inner Circle, a higher degree that he wasn't even aware existed. After discovering the real purpose of the organization, he described in his book *Le Pouvoir Occulte* (The Occult Power) how Freemasonry is divided into three groups:

• The Blue Degrees, which aren't initiated in a single important secret.
•
The Red Degrees, which indeed think that they know the secrets, but also

don't know the real purpose of the Order.
• The international Inner Circle: the true gentlemen and Masters behind the higher Degrees and who, in reality, manage the Brotherhood.

*La Masoneria en Madrid* , a periodical that is favorably disposed towards Freemasonry, claims that there are even some Grand Masters who get totally absorbed in their philosophical ethics, without knowing who the actual leaders within the Lodge are.[57]

[54] *Enzyklika Iniquis Afflictisque* of Pope Pius XI. Compare to Mary Ball Martínez, *Die Unterminierung der Katholischen Kirche,* Durach 1992, 54.
[55] Rudolf Graber, *Athanasius and the Church of our Time,* Palmdale CA. 1974, 86.
[56] *De Telegraaf ,* September 30, 2000, TA7.

Albert Pike stated in his book *Morals and Dogma of the Ancient and Accepted Scottish Rite of Freemasonry,* (1871 edition, reissued in 1966), page 819: "Within the Blue Degrees one only learns to interpret some of the symbols. They are intentionally misled by false interpretations. The actual meaning of the symbols is reserved to the highest Degrees. One leads the

members of the Blue Degree to believe that they've understood Freemasonry entirely. Freemasonry is a Sphinx buried to the head in the sands heaped round it by the ages."

The authors of the book *The God Makers* say: "Freemasonry has taken over the antithetical philosophy of the secret religions which distort what the Bible teaches, and that way Lucifer is turned into God and God into Lucifer."[58]

Freemasons become scared whenever the name Gabriel Jogand Pages, better known as Léo Taxil, comes up. Pages accused the Freemasons of Satanic worship in his book *Los Misterios de la Francmasoneria* (1883). In a different book, titled *Les Frères Trois Points* (1885), he stated that the ritual practices of the Freemasons stemmed from a sect which glorified Lucifer. In 1891 he published the book *Soeurs Maçonnes,* in which he made a detailed report of the Satanical mass that was celebrated amongst the higher Degrees of the Palladium Rite of Albert Pike.

The accusations of Léo Taxil that strong bonds between Freemasonry and Satanism exist leave little room for doubt. The higher Degrees within Freemasonry belong to the elite of Satan! In the 1887 edition of the official periodical of Italian Freemasonry, *Rivista della Massoneria Italiana* the following was admitted on page 27: "Freemasonry considers Satan "The Great" its true leader."

Dr. Fara, a specialist in Freemasonry, wrote in his book *La Masoneria y su Obra* (Madrid 1935): "The initiation ceremony of the twenty-ninth Degree is held under a pantheistical symbol: the head of a little billy goat, that is wearing a torch between the horns, wings of archangels, arms and hands of a human, the body of a woman wearing a rose and a crucifix on the chest."

In general it can be said that most members of the Freemasons are serious and intelligent people, who aim for the good. Unfortunately they are misled without being aware of it. New candidates are hypnotized during their initiations and are tied to a demon. Subsequently they make a symbolical or ritual journey from darkness to light. During the initiations they get totally absorbed in their part in such a way that they feel like completely different persons. This is the classical description for initiation in which all candidates

are hypnotized. Not by people, but by the demonic powers which are pulling the strings there. Already, after the first initiation there is no way back. From that moment the new candidates are under the supervision of an evil spirit. Because this is never expressed very clearly, and one hides behind biblical statements like "the other person inside of me" (which refers to Jesus Christ in the Bible), the average initiate doesn't realize to what danger he is exposed. The "personality" changes his own spirit into an evil spirit, which then is in charge of his personality. He becomes a complete prisoner of demons. From now on the initiate acts according to the will of the demon to which he is bound. As long as a victim doesn't resist demonic impulses, it completely determines that person's way of thinking. So long as he obeys them these demons pose as angels of light. However when he is disobedient, their true nature appears: they reveal themselves as fallen angels, as Satan's henchmen. Then they start to humiliate, torment, agonize and torture the initiate in all sorts of ways. Mostly they encourage someone to commit suicide.[59] It's shocking that even among Christians many persons in charge don't want to recognize the deadly danger of Masonry. Nowadays even some Christian denominations argue in favor of accepting Freemasons as brothers and collaborating somehow or other.

[57] Robin de Ruiter,*Świadkowie Jehowy wobec polityky USA syjonizmu i wolnomularstwa,* Kraków 2007, 39.
[58] Ed Decker und David Hunt, *Los Fabricantes de Dioses* (The God Makers), Minneapolis 1993, 88.

Connected to the Freemasons are other societies, such as the well-known Lions and Rotary. These are some of the service clubs of the Masonic Lodge. New members are attracted secretly to the Lodge and other service clubs and are carefully initiated in the Lodge. Also the Rosicrucian Order, anthroposophists, theosophists and Odd Fellows are secret Masonic Orders that could be aligned with Freemasonry.

In the *Washington Post* and *San Francisco Chronicle* an article about the Odd Fellows appeared on March 30, 2001: "Between the walls of the Warrenton Lodge of the Independent Order of Odd Fellows in Virginia a white shroud, bones and white candles have been found. It turned out to be a woman's body. One of the police informants says that this is not an individual case and that in Odd Fellows Lodges throughout the entire

country more discoveries of this kind have been made. In recent years the police have investigated this sort of in the States of Missouri, Indiana, Pennsylvania and Nebraska. In Oklahoma, because of such a discovery, workers fled in a panic. Police investigations lead nowhere! The police couldn't persuade the Odd Fellows to give up a single thing in the case."

By its own account Freemasonry rejects any form of political activity. Further study of history, however, makes it clear that the Lodges have always been closely connected with politics. It's notable that Freemasons are always where the power is. The participation of Freemasonry in revolutions in the nineteenth and twentieth centuries has been of decisive importance. Somehow, Freemasons have always been involved in the most important events in world history, taking place since the French Revolution.

Many statesmen, including monarchs, were or are Freemasons of the higher Degrees. Among them, for example, we find the names of prominent military men. Almost all field marshals of Napoleon's military and a large majority of the Allied military leaders were Freemasons. And let's not forget Simon Bolivar, the founder of Bolivia, or the Mexican Presidents José de la Cruz Porfirio Diaz, Manuel Gonzalez, Obregón, Calles, Cárdenas and Miguel Alemán. In Europe, Winston Churchill and all other English prime ministers were also Freemasons.[60] Also all French presidents (presumably with the exception of De Gaulle) were or are Freemasons. Furthermore, a large number of representatives of the United Nations, UNESCO and UNICEF are Freemasons. The same applies to officials of the European Union in Brussels (for example within the Commission), who, without being chosen, want to reign over Europe. Other influential Freemasons include Edward Mandell House, Joseph Luns, Henry Kissinger, Boutros Boutros-Ghali, Yitzhak Rabin and Javier Solana.

[59] Compare to Elly Sterk, *Uit de school geklapt,* Dordrecht (Netherlands) 2006, 62.

The United States is pre-eminently a Freemason nation! The former CIA director Allen Dulles and Secretary of State John Foster Dulles descended from a wellknown Swiss family that introduced the Scottish Rite in the United States.[61] The Freemasons possess enormous power over the United States. Various principles that can be found in the Constitution are

interwoven with Freemasonry. The followers of Freemasonry work in large number within the government. In the United States Freemasons occupy all key positions. In addition to George W. Bush, at least nineteen former American presidents, namely Washington, Madison, Monroe, Jackson, Polk, Buchanan, A. Johnson, Garfield, McKinley, T. Roosevelt, Taft, Harding, Franklin Delano Roosevelt, Harry S. Truman, L.B. Johnson, Gerald Ford, Ronald Reagan, George Bush and Bill Clinton were also Masons.[62]

[60] Churchill was initiated 1901, Studholme Lodge, London (now Studholme Alliance No. 1591). That Churchill was a member of a Freemasonry Lodge is denied by the media to this day.

[61] The Dulles brothers were not only influential Freemasons, but they also maintained close relations with international banks, especially those representing German interests. With the aid of the influential Edward Mandell House and their uncle, the Secretary of State Robert Lansing, the Dulles brothers were given their positions in the State Department of the United States before the start of WWI. Afterwards, they were also introduced to the Round Table, where they both became leaders of the Council on Foreign Relations (CFR). The influence of Allen Dulles became larger in 1920 when he was appointed First Secretary of the American Embassy in Berlin. At the same time his brother, John Foster Dulles, rose to the position of chairman of Sullivan & Cromwell, a collaboration of the Bank of England and J.P. Morgan, where he represented the German International Bank.

[62]When the Argentinian President Carlos Menem was admitted to the Lodge of Freemasons at the beginning of 1994, Eduardo Vaccaro the Grand Master of the Argentinian Lodge stated in the newspaper *Página 12*: "Bill Clinton is also one of us."

## Chapter 6

# The Mass Media

**"We allow the most atrocious lies uttered by political and moral prostitutes to go unchallenged. These lies are endlessly recycled in the media until they become ingrained in the public conscience as truth."**
*Charles Sullivan*

What do the current presidents and prime ministers of France, the United Kingdom, the Netherlands, India, Georgia, Greece, Colombia, Mexico, Philippines, Portugal and many other countries have in common? They were selected by different U.S. Embassies and educated by our elite through the U.S. State Department. Earlier in their careers all have participated in the Foreign Leader Program.[63] After participating in this special Program more then 240 alumni became heads of government in their home countries![64] Of course a large majority of the constituents are unaware of this, and so blindly continue to confide in a party or president and give their vote every four years. Ordinarily the constituents do not know anything about the international connections that are hiding behind a political party or politician, regardless of the orientation of the party or politician. In this sense both parties and politicians can be of any orientation. Not only our political leaders, also other potential leaders in education, labor relations, the media and other fields are educated by the Foreign Leader Program.

The media plays a key role in getting the public to accept the politics of our elite. For them building favorable relations with key journalists is an essential element. Many years ago, during an Illuminati meeting Moses Montefiore said: "As long as we do not have integral control of the world press, everything we do will be without result. At any rate we need to make sure that we can influence the world press if we are to govern and shackle the masses."

Today our elite control the mass media worldwide. They possess an enormous repertoire of instruments by which to implement its power. In their hands the press have become the principal tool with which public opinion and the thoughts of every individual are shaped. Press and literature have

become the main educators! Anything that is repeated in the media often enough is nowadays considered to be true.

[63] Today the Foreign Leader Program is running as the International Visitor Leadership Program.
[64] Giles Scott-Smith, *Networks of Empire: The US State Department's Foreign Leader Program in the Netherlands, France and Britain 1950-1970,* Brussels 2008. Giles Scott-Smith, a senior researcher with the Roosevelt Study Center and lecturer in International Relations at the Roosevelt Academy, both in Middelburg, the Netherlands, gives a full picture of who is selected and why.

Lies play a decisive role in most attempts to manipulate public conscience on a daily basis. When various people comment on a certain theme, usually there are as many opinions as there are commentators. In light of the apparent media variety, one would expect that many kinds of opinions would be expressed regarding various important issues; after all, we have a constitutional freedom of expression. However, in the areas of politics, economics, religion, education, culture and science, virtually all media speak in the same language. Dissenting opinions, which certainly exist, are ignored with shared unbreakable solidarity amongst the media outlets.

Worldwide there is currently no greater power than that which is executed by the manipulators of public opinion. The opinion makers' control is monopolistic. All media, television, radio, newspapers, etc. speak in the same voice, reinforcing each other. Despite the appearance of multiplicity, there are no real differences of opinion, no alternative sources of information for facts or opinions that would allow the wider masses to form an opinion that diverges from the one expressed by the media.

Television is the dominant medium for information, or rather disinformation. The digital merging of word, tone and image gives it enormous influence. We need to be aware that a complete control of the social means of communication makes it possible to condition the masses, because it allows those in control to manipulate how the masses think and what they desire. Whoever controls the media can determine, control and manipulate what the masses think.

Complex information systems control that which passes for the truth. News from all over the world is presented by a mere handful of press agencies. These press agencies are being controlled, and they only publish what they see fit to publish. Without realizing it, most journalists are spiritually dependent on their masters. Journalists have become processors of news items, which makes them guilty of the lie. Journalists are only occupied with (unimportant) themes that have been "cleared" by the Illuminati. The things in which mankind is truly interested are not discussed in the media.

John Swainton, during his many years as publisher of *The New York Times,* in his farewell speech, shared the following revelation with his employees: "There is no free press. You, dear friends, know that, just like I do. Nobody among you would dare give your own honest opinion. We are all instruments and serf in the service of the financial potentates in the wings. We are puppets that dance and jump when they pull our strings. Our knowledge, our skills and even our lives belong to these men. We are nothing more nor less than intellectual prostitutes."

During the 1991 Bilderberg conference in Baden Baden, David Rockefeller spoke the following words: "We are grateful to *The Washington Post,* the *New York Times, Time Magazine* and other great publications whose directors have attended our meetings and respected their promises of discretion for almost forty years. It would have been impossible for us to develop our plan for the world if we had been subjected to the lights of publicity during those years. But, the world is now more sophisticated and prepared to march towards a World Government. The supranational sovereignty of an intellectual elite and world bankers is surely preferable to the national auto-determination practiced in past centuries."

**Encrypted Messages**

Generally speaking, news items are meant to be made available to the public. However, there is much information that is not meant for general consumption, and it is labeled "secret". It has been known for a long time, as confirmed in the investigation of an independent Senate committee investigating the CIA, that ninety percent of encrypted messages and images are distributed via the media, in particular the regular press.[65]

Nowadays, about the same percentages of all secret messages and orders from our powerful elite is transmitted via the mass media, via secret news items, mainly signal photographs in the printed press. The unsuspecting reader notices nothing, but the Illuminati, the Freemasons and other initiates know exactly what these photographs mean.

Only those who know and carefully analyze these secret signals can learn from newspapers what really goes on in our politics, economy and culture. In addition, these encrypted messages also contain information regarding which of the visible leaders of this world belong to the Illuminati and are being used as political, economic and cultural pawns, and which of the apparently "random" events are actually controlled by them. The message between initiates has to come across clearly, and when it does not, the photographer is made to take the picture again. Nothing is left to chance!

To be able to distribute secret messages and orders via the mass media, one has to have a very good infrastructure of important media and editorial centers. To pass on and distribute these messages and orders via secret symbols before the eyes of the ignorant masses, one needs two things:

1) The virtually full cooperation of all major regional, national and international press bodies. This was achieved shortly after the Second World War.
2) Advanced technology, which makes it possible to distribute numerous highquality photographs around the world in no time, without loss of quality. This level of technology was achieved around the end of the 1960s. The everadvancing technology in this area makes it possible to pass on encrypted information via the mass media. It becomes clear from the context of the accompanying newspaper article or caption to which project or subject it refers.

Thanks to the mass media, the Illuminati nowadays are capable of informing their key figures in politics, the economy, churches, the media, the army, etc. within a very short time frame about their latest plans for the New World Order, and to give them the necessary instructions.

[65] Manfred Adler, *Die Freimaurer und der Vatikan,* Lippstadt 1985, 163.

Secret messages and orders are passed on and distributed through secret sign languages and symbols. To make sure that these secret signals are not recognized by the majority of readers, they need to be as inconspicuous as possible. That is why the Illuminati have designed a whole range of innocent-looking hand, finger and eye movements with which they can communicate in secret.

These secret symbols are no different from very common and everyday human gestures. However, those who are able to take a closer and more critical look at the many pictures that appear in the media will discover that hidden behind the apparently natural there is something unnatural. All one has to do is leaf through old editions of magazines and newspapers.

It is very important that we recognize the members of the Illuminati as well as those who sympathize with them. The best way to do so is to decipher the hidden information that politicians, Freemasons and Illuminati exchange via the world's media.

**Indications (Index Finger)**

These are the most frequently used and least conspicuous signals of the initiates. Basically, there are two types of indications: the index finger is pointed away from the face or body, or the index finger touches the face. Within these two types there are several variations.







A third possibility, and one which is used less often, is the simultaneous use of both index fingers.



**The Fist**

People who bang their fist on a desk or who raise their fist, indicate a threat: it is an expression of the will of the "Superieurs Invisibles" to execute a certain project. Any brethren who fail to cooperate need to be set straight in this way. Which project is at stake can be determined by the accompanying newspaper or photo caption.







When the fist is only used to support the head and the text contains no apparent threat, this gesture replaces the indication, indicating which of the people involved may be considered an "initiate".

**The OK Sign**

Just like the index finger, the OK sign does not arouse suspicion among the ignorant, as long as it is made with only one hand. The OK sign is an alternative to the indication. When the OK sign is made with both hands, it symbolizes a high level of alertness; in this form, members of the Illuminati hierarchy are only allowed to use this sign with very important missions.

**The Necktie Grip**







This secret "Necktie Grip" sign is different from the symbols discussed thus far in that holding one's tie has a very unequivocal meaning. It is a kind of emergency signal that calls on possible initiates for help. When an initiate reaches for his tie, apparently to straighten it, in effect it is a call for help to his brethren. It is a gesture that is made when all other avenues have been exhausted. Initially, this gesture was only used in everyday life during face-to-face meetings, but in case of distress it can also be used to call for help via a published photograph.

**The Pyramid**

The Pyramid is applied in cases where an indication might arouse too much suspicion among the uninitiated. The accidental or deliberate folding of the hands is an ideal recognition sign of the initiates. It is by no means necessary to fold the hands in the actual shape of a pyramid, folding ones hands as if for prayer also conveys the message.





**The Spectacle Look**



The Spectacle Look can only be given by people who wear glasses. For the initiates this sign has a special significance, which is made clear through the captions of the photographs.

**The Spectacle Grip**

With the Spectacle Grip, the glasses of the initiates become an even more important part of their sign language, using gestures that could apparently be made by anyone wearing glasses. It does not really matter whether the glasses are taken off or not, or whether they are only being adjusted. It is, for instance, possible to take off the glasses and hold them in a certain way. It is important that both the glasses and the hand(s) be visible in the photograph. Like the other signals discussed above, this signal indicates the link that the person involved has with the Illuminati or with his lodge, depending on the content of the text and clues involved.







Apart from the emergency signals, all other signals have several meanings. The various gestures, for instance, symbolize various degrees of initiation, command levels or standardized messages. In addition, every gesture reinforces the connection between the person making the gesture and the trust of the Illuminati who see, read and understand the signal. Besides the above-mentioned secret signs and their messages, there are also other gestures, like the Neck Grip, the Jesus-Look and many others.















If in the future you witness a political debate on television, see if the people involved use any of the signals and signs mentioned in this chapter. If that is the case, you will know that viewers are once more being presented with a political theater piece.[66]

Many people think that the secret signals described above are nothing more than the normal elements of human sign language. However, this argument ignores one important difference: although gesticulations, a hand grip, a spectacle grip, etc., may be completely normal, it is completely unnatural to photograph them or even use them as the subject of a photograph! Anybody leafing through their family photo album will see that the photographs almost never contain such gestures. [67]

[66] See Johannes Rothkrantz, *Freimauersignale in der Presse: Wie man sie erkennt und was sie bedeuten*, Durach 2004.
[67] Photographs in this chapter were taken by: Boris Roessler / Picture-Alliance / DPA, Goran Gajanin / Action Press, Johannes Eisele / DDP, Miguel Angel Solana / PictureAlliance / DPA, Peter Steffen / Picture-

Alliance / DPA, W.Heider-Sawall (Focus Magazine), Maurice Weiss (Ostkreuz), Eric Feferberg (AFP).

**Chapter 7**

# The Planned World Government

**"How far can the life of nations, which for centuries have thought of themselves as distinct and unique, be merged with the life of other nations? How far are they prepared to sacrifice a part of their sovereignty without which there can be no effective economic or political union? Out of the prevailing confusion a New World Order is taking shape... which may point the way toward the New Order... That will be the beginning of a real United Nations, no longer crippled by a split personality, but held together by a common faith."** *Sir Harold Butler in the Foreign Affairs magazine of July, 1948*

The Senate on Foreign Relations Subcommittee introduced February 9, 1950 the *Senate Concurrent Resolution 66* which begins with the following words: "Whereas, in order to achieve universal peace and justice, the present Charter of the United Nations should be changed to provide a true World Government constitution." In *World Peace through World Law* (1958) the authors advocate using the United Nations as a governing body for the world disarmament, police force and legislature.

Today we are confronted with an incessant flood of books that try to manipulate the way the mass thinks in order to convince the reader of the necessity of a World Government. Examples of this are found in several of Al Gore's books. Another example is the book *El Nuevo Orden Mundial* (The New World Order) of the Spanish author Ramón Tamames, member of the Club of Rome.

Apparently, the Illuminati are also responsible for the birth of the Club of Rome. This organization was founded in 1969 in the "Academia dei Lincei" in Rome by Aurelio Peccei and Alexander King. In 1991 the Club of Rome published a book with the title *The First Global Revolution*. The authors and co-founders of the Club of Rome, Alexander King and Bertrand Schneider, call for a worldwide solidarity. First the book mentions all the problems that are threatening the earth. These are the so-called population explosion, atomic threats, military conflicts, other threats for world peace, new diseases that threaten people, etc. According to the authors, these are all problems

that the whole of humanity has to deal with: "The time is right; only when all the inhabitants of this planet understand that they are directly exposed to a danger that is coming from many sides, it is possible to create a worldwide political will that can guarantee the survival of mankind."

In the book it is constantly stressed that the existing governments and organizations aren't capable anymore to deal with problems of such dimensions. Apparently our world is not controllable with the existing structures and relationships. After it has been made clear to the readers how limited the power and strength of the existing administrative structure is, the authors stress the importance of new administrative and organizational structures such as the United Nations. Through giving this organization new life, it is able to replace the existing power structures: "Now is the time to completely restructure the United Nations. The vast majority of the problems threatening the world should be placed under the supervision of the U.N."

According to Dr. Oppenheimer of the Club of Rome the solution to problems regarding the world economy, the world population and global food problems lies with a small group of intellectuals forming a sort of World Government, a council of wise men that can guarantee world peace on a scientific basis.[68]
Without a hurry, but also without interruptions the contours for a future World Dictatorship are being set out slowly but surely. An important part of this is the United Nations and its sub-organizations. It is a known fact that the United Nations was praised all around after the fall of the Berlin wall. Everywhere there were voices saying that this organization should have a bigger part in international affairs concerning peace and security. The Spanish paper *El País* wrote on Februarys 10, 1994: "There is no doubt about the fact that the best solution to international problems is the United Nations."

Also French President Jacques Chirac has called for a sounder and fairer international order based on a reformed and strengthened United Nations. He made a plea to bolster the role and regard of the United Nations: "This is why we must work together to revive multilateralism, a multilateralism based on a reformed and strengthened United Nations," he said.[69]

One often hears that the United Nations fails at decisive moments. That, however is also part of the tactic of the Illuminati. For now humanity should be kept in a state of political and military agitation. The plans that eventually have to lead to a World Dictatorship are still, especially as far as details are concerned, very difficult to see through. The politics of the Illuminati are a secret world in themselves. But don't think the United Nations is silenced and incapable of taking action; slowly but surely this organization changes into a world parliament that will take more and more final decisions on a global level.

In the Dutch Newspaper *De Telegraaf* of December 24, 1993, the Dutch Nobel price winner and economist professor Jan Tinbergen declared: "I am no prophet, but I see the New World Government in the United Nations. Now they can't really take a stand, but that will certainly change in the future."

Prominent political journalist, author and professor Norman Cousins, the chairman of Planetary Citizens for the World We Chose, said in *Human Events*: "World government is coming, in fact, it is inevitable. No arguments for or against it can change that fact."

Elmo Roper, deputy director of the Office of Strategic Services (OSS) and member of the Eisenhower administration, stated in 1960: "For it becomes clear that the first step toward World Government cannot be completed until we have advanced on the four fronts: the economic, the military, the political and the social."

[68] *Politischen Hintergrundinformationen* of January 31, 1985.
[69] *The International Institute for Strategic Studies*, London, November 18, 2004.

The founding of the planned New World Order will be performed in steps:
• The establishment of one international World Parliament.
• The creation of an international Economic Order.

• Restriction of all national influence in favor of a dictatorial World Government.
• The complete control over all food supplies by one "World Food

Authority".
• The complete control over all raw material, oil and gas resources.
• Creation of a World Army through combining the American army, NATO and all other western armies.
• The merger and equality of all religions into one Humanistic World Religion.

•

Creation of a social demographic network that connects all aspects of daily life

through use of computers.
• The establishment of a one world "Capital City".
• Installation of a World Leader.

## Chapter 8

# One World Financial System

**"There is a global meltdown coming. It is global depression. And one world currency and one world financial system is the endgame."** *Glenn Beck*[70]

Since the beginning of the twentieth century the Illuminati have tried to apply their power to world finances. Prof. Carroll Quigley, renowned late Georgetown macrohistorian (mentioned by former President Clinton in his first nomination acceptance speech), author of *Tragedy & Hope: A History of the World in Our Time* wrote, "The powers of financial capitalism had a far-reaching plan, nothing less than to create a world system of financial control in private hands able to dominate the political system of each country and the economy of the world as a whole. Their secret is that they have annexed from governments, monarchies and republics the power to create the world's money."

Today all central banks are privately owned. Without exception, *all* are servants of the Rothschilds! The oldest central bank in the world is the Bank of England. This bank was constituted without any law and still consists of private capital and isn't administrated or controlled in any way by the state. The renowned British Member of Parliament P.C. Loftus complained: "Every private person can speak in Somerset House (Parliament) and consult the trade register for information about any company, but nobody can consult the list of shareholders of the Bank of England. More than that, every Member of Parliament can submit questions about every subject with the British House of Commons, but nobody can submit questions about the shareholders of the Bank of England."[71]

The Bank of England is located in the old inner-city of London on a small piece of land of no more than two square kilometers. The most powerful financial and economic institutions of England are located here: rich banks amongst which are the Bank of England, which is governed by the Rothschilds; Lloyds of London; the London stock exchange and offices of almost all internationally powerful trade companies of the world. And around the corner one finds Fleet Street, the heart of British journalism.

The City, often characterized as the richest square kilometers of the world, is no English property. It neither belongs to the British Royal Family, nor to the government that has been chosen by Parliament. It is, just like the Vatican in Rome, a separate independent state. The City is governed by a certain "Lord Mayor" for the period of a year. The relationship of this Mayor of the City with the British monarchs is mysterious and telling. When the Queen of England visits the City she is received by the Mayor at the Temple Bar, the symbolic gateway of the City. The Queen bows, then requests permission to enter his independent state. The Mayor grants this request by presenting the Queen the sword of the state. During these state visits the Mayor, dressed in medieval costumes, looks sensational with his robe and chain and his staff.[72] The "Mayor" is King and the Queen his servant!

[70] On October 10, 2008, Glenn Beck, commentator from CNN, gave us one of the reasons for the global depression.
[71] Denis Fahey, *Money Manipulation and Social Order*, Palmdale 1992, 102.

From the Prime Minister, a busy politician, it is not expected that he knows all the secrets of finances and of the Minister of Finances it is only expected that he understands his budget. Both the Prime Minister and Queen are advised by members of the treasury that attend to the City. Today, these treasury members are no more than errand boys. The City gives orders to the servants of the treasury and they in turn pass the orders on to the Prime Minister. The leaders of the City tell Parliament what has to happen and where. Theoretically, England is governed by the Prime Minister and a small group of advisors, but in actuality it is the small clique of Rothschilds that rule the City and also dictate British Parliament. A lot of effort is taken to keep this image up in order to create the impression that the Prime Minister and his administration determine what happens to the country. In reality, however, they are mere puppets on strings manipulated by the immensely rich Illuminati, who really determine what happens behind the scenes.

Today, the descendants of the Rothschilds meet twice a day in the City to dictate the world gold price. The International Gold Standard, not only gives them local control they can quietly bring on a depression and thereby a change of government whenever they want.

Sir Josiah Stamp, Director of the Bank of England (1928) claimed: "Banking was conceived in iniquity and was born in sin. The bankers own the earth. Take it away from them, but leave them the power to create money, and with the flick of the pen they will create enough deposits to buy it back again. However, take it away from them, and all the great fortunes like mine will disappear and they ought to disappear, for this would be a happier and better world to live in. But, if you wish to remain the slaves of bankers and pay the cost of your own slavery, let them continue to create money."

## The Federal Reserve

The Federal Reserve Bank was founded in 1913. Most people think that this bank is an American Federal Company. That is just as wrong as the conviction that the Bank of England belongs to the British Crown or to the whole of England. The Federal Reserve is in the hands of the Rothschilds and company.

In his speech before the Senate, on December 15, 1987, Senator Jesse Helms said: "The principal instrument of the control over the American economy and money is the Federal Reserve System." The Federal Reserve has a monopoly over the expenditure of the dollar as a world currency and determining the interest rate, and it disposes of a lot more monopolies. How does the Federal Reserve Bank operate? Suppose the United States government needs a couple of billion dollars for its expenses that cannot be paid with taxes income. At that moment it addresses the Federal Reserve Board. Then government bonds for the needed billion dollars are printed in the Bureau of Printing and Engraving. After these bonds are handed over to the bankers of the Federal Reserve, the board grants a loan to the government in the amount of the bond issue. The Federal Reserve draws interest from the government from the day the bonds are delivered. From that day on the government is allowed to draw checks against the Federal Reserve for the amount of the bonds. What are the consequences of this incredible transaction? The government simply saddles the people with a billion dollar debt to the Federal Reserve Bank, apart from the interest on interest that also has to be paid by "ordinary people".

[72] Aubrey Menen, *Londense Stadsgids*, London 1976, 16.

When the Federal Reserve needs new, or more, currency to transact its business, it takes the bonds over to the United States Treasury for safekeeping and asks the Treasury Department for the billions of dollars of new currency it needs. The Bank is accommodated on condition that it will pay the printing bill. It only pays for the expenditure costs of the banknotes, which are no more than a mere 500 dollars for ink and paper! It is understood that the Bank need not relinquish the bonds it holds, but will continue to collect interest on them. The Bank then loans the new printed currency into circulation to anyone who can provide it with satisfactory collateral.

In less than twenty years the Federal Reserve brought the money system, banks, exchanges and economy to utter ruin.[73] Every dollar in circulation in the United States is a borrowed dollar and pays its toll of interest to the Illuminati bankers. Nearly eleven trillion dollars in debt has been created since 1913. The American people cannot even pay the interest! Every month more than two billion dollars interest has to be paid. It is madness that a government hands over so much power to a private bank that is not controlled by anybody. A power that can create money out of nothing!

Why the United States borrow its own money, based on its own credit, at interest, from private bankers? Please bear in mind the fact that the founding fathers made sure that provisions were made by the Constitution for an honest and debt free money system. In part Article 1, Section 8, Paragraph 5 of the Constitution states: "Congress shall have power to coin money and regulate the value thereof."

It is most evident that by this provision, Congress alone should be the moneycreating agency of the nation.[74] Although the Constitution has been set aside through the intrigue and power of the Illuminati, the Congress of the United States is authorized by the Constitution to do as Abraham Lincoln did in order to finance the Civil War, to-wit: "issue the money required against the credit of the nation, debt- and interest free". Lincoln didn't want to borrow money from the Rothschilds and Co. The interest rate set by the banks was twenty-eight percent. For Lincoln Article 1, Section 8, Paragraph 5 was sufficient authority to disregard the powerfully entrenched bankers. So, in spite of the greedy bankers' protests he caused to have printed in the

Bureau of Printing and Engraving a total of $450,000,000 of honest money, constitutionally created on the credit of the nation.

[73] Stephen Zarlenga, *The Lost Science of Money: The Mythology of Money, The Story of Power*, Valatie 2002, 574.
[74] Andrew Jackson said: "If Congress has the right under the Constitution to issue paper money, it was given them to be used by themselves, not to be delegated by individuals or corporations." That the term, 'coin money', included the printing of currency was later established by at least eight decisions of the Supreme Court of the United States.

Wright Patman, Chairman of the Federal Reserve until 1975 remembered: "In the United States we have, in effect, two governments. We have the duly constituted government. Then we have an independent, uncontrolled and uncoordinated government in the Federal Reserve System, operating the money powers which are reserved to Congress by the Constitution." Today, the Constitution has been forgotten by the U.S. government. The elected representatives of the people have ignored their oaths of office!

The political and financial network of the Federal Reserve Bank has created a worldwide financial system, in which all private and central banks cooperate. Their objective is to control the economies of all separate countries of the world. The main objective, however, is to let the governments bury themselves in debts so there will be no other way out than to obey the commands of the banks. Hardly any government completely sees through this tactic. They easily let themselves be led to the slaughter.

Many think the United States is a rich country. The truth however is that the U.S. has more debts than the debts of all third world countries together! The same goes for almost all "rich" industrialized countries in the world. The Illuminati play the music, and the politicians chosen by the people dance along to the beat of this music. The governments burdened with towering debts usually commit "political suicide" if they don't comply with the conditions set by the powerful world financers, and don't do what is expected of them by the Illuminati.

John F. Kennedy and his brother Robert Kennedy ticked off mostly everyone in the One World Power system. John Kennedy was an extremely intelligent

and courageous president who was willing and able to assert the country's interests and interests of people in general against the most powerful forces in the world. Although his family was one of the leading Illuminati families, the Kennedy brothers became the Illuminati's bitterest enemies. Amongst others we mention the April 1962 face-off between Kennedy and U.S. Steel. He also came up against Allen Dulles' CIA that had maneuvered him into going along with the Bay of Pigs action, Wall Street, Morgan interests, the Rockefellers, and the many other influential Illuminati families.[75]

President Kennedy was well aware of the significant opposition to his policies. This was reflected in public comments and remarks in private conversations. His understanding of this opposition was indicated by his response to a reporter's question during a 1962 news conference.[76]

[75] Donald Gibson, *Battling Wall Street: The Kennedy Presidency*, New York 1994, 56.

**Question:** "Mr. President, there is a feeling in some quarters, sir, that big business is using the stock market slump as a means of forcing you to come to terms. Their attitude is 'Now we have you where we want you.' Have you seen any reflection of this attitude?"
**Kennedy:** "I can't believe I am where business, big business, wants me!"

The President's reposte indicated not only how conscious he was of the opposition, but also how acutely aware he was that his opposition was not business in general, but a numerically much smaller though more powerful group.

Kennedy had also decided to pull out of Vietnam.[77] He was against a continuation of Western colonialist domination of Vietnam and criticized the U.S. alliance with the French effort to retain its empire. During his presidency Kennedy opposed a massive commitment of U.S. forces to fight a war that he felt the Vietnamese had to fight primarily on their own. He consistently rejected recommendations to introduce U.S. ground forces. Shortly before his assassination he started withdrawing U.S. troops from Vietnam. At the time of his death about 16,000 U.S. troops were in Vietnam. U.S. policy in Vietnam changed within twenty-four hours of President

Kennedy's death. Under President Johnson the U.S. involvement escalated and 543,000 soldiers (ground forces) were send to Vietnam.[78]

John F. Kennedy did not only intend to let the CIA melt into a different state organization and end the war in Vietnam, he was also the only president of the United States who tried to put an end to the power of the Federal Reserve Bank. He refused to cooperate with the Federal Reserve Bank any longer. Four months prior to his death John Kennedy dared to challenge the Federal Reserve Bank. He wanted to have his own state money printed instead of prolonging the outstanding loans of compound interest issued by the Federal Reserve Bank. On June 4, 1963, a little-known attempt was made to strip the Federal Reserve Bank of its power to loan money to the government at interest. On that day President John F. Kennedy signed *Executive Order No. 11110* that returned to the U.S. government the power to issue currency, without going through the Federal Reserve. Kennedy's order gave the Treasury the power "to issue silver certificates against any silver bullion, silver, or standard silver dollars in the Treasury." This meant that for every ounce of silver in the U.S. Treasury's vault, the government could introduce new money into circulation.

[76] Theodore C. Sorensen, *Kennedy*, New York 1965, 523.

77 Donald Gibson, *Battling Wall Street: The Kennedy Presidency*, New York 1994, 48.78 Ibidem, 82. As Vice President, Johnson was also involved in deceiving President Kennedy about the real political and military situation in Vietnam.

## Kennedy Five Dollar Notes





In all, Kennedy brought nearly 4.3 billion dollars in U.S. notes with the inscription of "United States Note" instead of the usual "Federal Reserve Note" into circulation.[79] With the stroke of a pen, Kennedy was on his way to putting the Federal Reserve Bank out of business. If enough of these silver certificates were to come into circulation they would have eliminated the

demand for Federal Reserve notes. This is because the silver certificates are backed by silver and the Federal Reserve notes are not backed by anything. Executive Order 11110 could have prevented the national debt from reaching its current level, because it would have given the government the ability to repay its debt without going to the Federal Reserve and be

[79] With the implement action of order *Executive Order 11110* the old *Executive Order 10289* was annulled.

ing charged interest in order to create the new money. Executive Order 11110 gave the U.S. the ability to create its own money backed by silver.[80]

With this decision the printing of the bank notes fell into the hands of the state again. Recently released documents prove that President Kennedy had even started printing state money worth 4292 billion dollars! A small amount of this money had been put into circulation during the last days of Kennedy.

The Illuminati focused their attention on John F. Kennedy when they realized he wouldn't allow himself to be manipulated. On November 22, 1963 Kennedy was murdered.[81] It wasn't Lee Harvey Oswald who murdered John F. Kennedy. He only served as a straw man.[82] It was members of Operation 40, a strict secret team founded by George Bush, Richard Nixon and Allen Dulles initially formed to eliminate Fidel Castro.[83] Members of this death squad are also responsible for killing Che Guevara, Salvador Allende (President of Chile), Jaime Roldós (President of Ecuador) and Omar Torrijos (President of Panama). Later on, Operation 40 was also responsible for Operation Phoenix, the greatest murder scheme in Vietnam. The entire death squad was present at Dallas' Dealey Plaza on November 22, 1963, the day of Kennedy's assassination. A couple of hours after Kennedy's death, the new President Lyndon B. Johnson's first official action in office was ordering the state printing office in Washington D.C. to stop printing anymore Kennedy-appointed state notes and remove the notes already in circulation. With the assistance of the Federal Reserve System the circulated money was intercepted from transfer and destroyed. American society and the rest of the world never noticed this. Since then not a single president has ever risked undermining the power of the Federal Reserve System.

After John F. Kennedy's death his successor Lyndon Johnson received new orders from the Illuminati, and others, for the continuation and support of the Vietnam War. As noted before, under Johnson this war escalated enormously. The Vietnam War is a horrible example of Illuminati manipulations and was a huge financial success for them.

80 *The Final Call*, Vol. 15, No 6, January 17, 1996.81 The assassination of Kennedy was a warning to future presidents who would think to eliminate the U.S. debt by eliminating the Federal Reserve's control over the creation of money. Executive Order 11110 was never repealed by any U.S. president through an executive order and is still valid.

[82] According to those who already knew Oswald before the horrible weekend in November 1963, he often talked about "an international group of people" who had allowed the "devil" to take possession of them, so that he could serve the King of the demons. The children of Satan about which he talked were actually "high senior civil servants" from many countries who supported a secret world power.

[83] The former President George Bush senior was director of the CIA before he became president. When one has a good look at the CIA during his term of office, one discovers the true character of this man. During his term in office there was talk of direct ties between the CIA and drug cartels, of international arms trade and of networks of hired assassins who were financed throughout the world by the Illuminati.

## World Bank and the International Monetary Fund

The World Bank has been in existence since the end of the Second World War. This bank initially operated under the name International Bank for Reconstruction and Development, and it collaborates closely with the equally famous International Monetary Fund (IMF). Because both institutions cannot move an inch without the Rothschilds and their monopoly over the world capital, they are completely dependent on this powerful financial dynasty. It is not surprising that the bankers holding top positions within these institutions are Illuminati.

The International Monetary Fund (IMF) and the World Bank are two instruments used by the leaders of the New World Order to destroy countries and then govern these territories as colonies. These territories don't have

their own government, nor their own institutions, budgets and frontiers. These colonies only have their own government on paper, which is under the direct supervision of the IMF. According to the Canadian professor and economist Michel Chossudovsky "Wall Street" rules both the IMF and the World Bank: "They are governed by bankers and not by sociologists."

The International Monetary Fund is located in the center of Washington. Exactly across the street from it is the main entrance of its sister organization, the World Bank. Financial leading men of this world founded both financial institutions in 1944 during a conference in the American holiday resort Bretton Woods in New Hampshire.

The IMF started its financial activities on March 1, 1947. The original assignment was to promote international cooperation in the area of monetary politics; make a balanced growth of the world trade possible; promote the stability of exchange rates; assist the bringing about of a multilateral payment system; provide the associated countries with funding against sensible cover in case of difficulties with the payment balance and decrease the duration and nature of too big fluctuations in the international payment balances.

Today the IMF tries to characterize itself as an organization for development assistance. Together with the World Bank, the IMF exercises nearly unlimited power and can put nations up against each other. They can make the average income drop dramatically (far below the level of industrialized countries), and can regulate the spending power and actual wealth of any country as they please. They do the latter through restriction of the money in circulation, or forbidding the country in question to use its own economic profits. Instead, the countries are forced to export their products under the conditions of the competition on the world market. The collapse of legal economic systems form the basis for the development of uprisings, the destabilization of independent states, the collapse of institutions and, in extreme cases, it can lead to war. This will happen at the precise day and time determined by the truly ruling class.

The institutions founded in Bretton Woods are structural predecessors of the globalization of the financial and economic world. From the start they have been nothing other than tools that should ensure the strategic interests of big

business in the long run. That isn't any different today, only now one doesn't have to reckon with a strong working class because its politics have been completely disoriented and divided. That is why this is reality: every country in which the IMF acts as a crisis manager and is involved in its internal affairs on behalf of the financial rulers of the world, the working class face difficult times.

For example, the World Bank and the IMF are responsible for the collapse of the Albanian banking system, which brought the economy to the edge of an abyss. The chaos that followed helped both American and European multinationals. Western oil groups, such as Occidental, Shell and British Petroleum, had their hearts set on the rich but uncultivated oil reserves of Albania. Investors from the West had their eyes set on the chrome, copper, gold, nickel and platinum supplies of this same country. The Adenauer Foundation lobbied in silence for the German mining groups.

Among the many countries that collapsed through the doings of the World Bank and the IMF, Zambia should also be mentioned. The World Development Movement (WDM), a big development organization from London, states that the reforms that these two organizations pushed on Zambia made 10,000 people lose their jobs, destroyed important industries, caused widespread agitation and increased poverty.

The Indonesian President Soeharto was not loved by the IMF. In his later years he stood up against the Illuminati. That is why Indonesian monetary politics were sabotaged as much as possible. The former leader of the IMF, Camdessus, said in his farewell speech: "We created the circumstances that forced President Soeharto to resign." This means human suffering was created on purpose to realize certain political objectives. The average income per head of the population was reduced to half, poverty was widespread, religious intolerance arose, and a horrible civil war spread over the islands.

In order not to disturb the liberal or Christian conscience of the public at large, the good, social intentions of both institutions are stressed. The World Bank, especially, continuously claims to fight poverty. It is striking, however, that every developing country is poorer after a crisis the IMF and World Bank helped to cause. Ken Watkins, member of the Oxford

Committee for Famine Relief (the relief organization Oxfam), is clearly opposed to the IMF and the World Bank: "They don't fight poverty; they create poverty."

To professor Chossudovsky both financial institutions are nothing less than war instruments: "When a delegation of the IMF visits a country and starts canceling existing social and economic credits as a condition for new credits, that means a physical destruction that is comparable to a bombardment. The IMF demands the closure of hospitals, schools and factories, but eventually the result of everything is the complete destruction of a country." According to Maria Mies, feminist scientist and author, the war in Yugoslavia was a direct result of neo-liberal globalization politic that has already led to many ethnic conflicts, deportations and mass murders in many countries. This politic is especially the result of the collapse of the national economy. This is caused by a monetary politic that aims at economizing and stabilizing the monetary unit and it is imposed on those countries by the World Bank and the IMF to create a "healthy" economy. In Somalia, Rwanda, Peru, Colombia and Yugoslavia, so-called ethnic or religious reasons were mentioned for the sudden uprising of part of the impoverished population against another part of the same population.

How does one go about such an intervention and eliminate the resistance of the individual countries? First the IMF and the World Bank demand all salaries to be frozen; banks, factories, etc. are ruined. Next all credits and trade with these countries are blocked. Then different nationalist parties are set up. Their followers are trained, armed and prepared for their task as so-called freedom-fighters abroad.

With the help of their immense financial reserves, the Illuminati manage a worldwide financial control system with which they can control the political system of each separate country and the complete world economy. Our elite have bought a huge part of the world with their economic power and placed it under their control. This brutal process of repression is nothing less than an economic world war in the name of globalization. In fact, the process comes down to a couple of international banks and multinationals ruling the world, while the once independent states fulfill nothing more than a kind of administrative position.

With the help of willful politicians, the Illuminati degrade the independent states to unresisting administrative offices that serve the growing multinationals. The era of globalization impoverishes populations, and it is assumed that only twenty percent of the world population eventually will fit within the system as working slaves. National parliaments will act as storytellers that have to keep up the image of democracy, while presidents and chancellors receive their instructions from the Illuminati.

Globalization is a trap for democracy, and countries opposing the New World Order put their independence at risk. All those people and nations with opposition opinions have to be eliminated in order to promote and fulfill this view of globalization.

**The Banker's Manifest**

They, who can create money by making a bookkeeping entry with a fountain pen, can just as easily destroy the money they have created. They who have created a period of "easy money" can with the same facility create a money-stringency. The following text was printed from the *Banker's Manifest*, for private circulation among leading bankers only.[84]
"Capital must protect itself in every way, through combination and through legislation. Debts must be collected and loans and mortgages foreclosed as soon as possible. When through a process of law the common people have lost their homes, they will be more tractable and more easily governed by the strong arm of the law, applied by the central power of wealth, under control of leading financiers. People without homes will not quarrel with their leaders. This is well-known among our principal men now engaged in forming an imperialism of capital to govern the world. By dividing the people we can get them to expand their energies in fighting over questions of no importance to us except as teachers of the common herd. Thus by discreet action we can secure for ourselves what has been generally planned and successfully accomplished."[85]

[84] Cited from John R. Elsom, *Lightning over the Treasury Building,* Hawthorne 1941, 67.
This is the reason why there are periods of short duration when loans are comparatively easy to obtain when the Bankers call: "Come and get it."

About the global depression (2008), David Icke said: "People think that a banking or stock market collapse must be bad for everybody, but it's not. If you know a stock collapse is coming (because you are going to cause it) then you sell at the highest price, crash the market, and buy back at a few cents on the dollar. In this way, those who cause the crash can end up with vastly more stock, and thus financial power, than they had before the "crisis" and they pay comparatively little to secure it. The Rothschilds have famously, or infamously, used this technique endless times and they are doing so again today. If you own the game, you always win because you make the rules under which it is played."[86]

[85] Taken from the Civil Servants' Year Book, *The Organizer*, January 1934, and the *New American*, February 1934.
[86] David Icke, *Newsletter*, September 19, 2008.

## Chapter 9

# The Chip

**In the not too distant future, people can store their money on a chip implanted under their skin.** *Josua Cooper Ramo*[87]

Some years ago, former safety advisor to President Jimmy Carter Zbigniew Brzezinski said: "Not long from now it will be possible to monitor each civilian all the time and have access to a file in which all personal details are available."

All possible information about us is already stored in computer systems. Within a limited period of time the leaders of this world will take it a step further and will be able to check all our activities. The current state of technology makes it possible to control the entire world from one power center. For this purpose they have installed supercomputers worldwide. These computers are being used to store and check the personal information and activities of the entire world population. In an interview, Nicholas Rockefeller stated that the elite's ultimate goal is to create a micro-chipped population.[88]

The machinations of the Illuminati are beginning to show more clearly. The elite's ultimate goal is to create a micro chipped population. The Illuminati are able to advance their control over mankind because they are watching the entire world population. Electronic surveillance of the population has long since ceased being a theory. Ever since the 9/11 attacks civilians have become more aware of such invasive surveillances. Full body scans at airports and cameras in the streets today have become normal occurrences. We are now in the trial stage of the Illuminati. They have supercomputers and satellites that monitor all human activity.[89] The technology of satellite cameras is so far advanced that even from space they can distinguish such minute and specific details as the brand of softball being played with at a park or the make of a car. This technology was already in use in 1956. With a very sophisticated camera, the famous high-altitude reconnaissance U.S. aircraft U-2 could look down from an altitude of 8 miles and read and photograph the headlines of a newspaper.

Global Positioning System (GPS) uses twenty-four satellites for orientation on and above the earth. These satellites are also used to monitor telephone traffic and computer communications. Because of the built-in computer chips in passports, credit cards and identity cards, anyone can be followed and monitored anywhere in the world. It won't be long before there is no place left to hide. For years we have been told that the chip only ensures our safety and that it's primarily meant to fight terrorism, causing good civilians to let down their guard. But who decides who qualifies as a terrorist? These chips contain our detailed personal information, making us a global community that's completely under surveillance. This type of state control by far exceeds the visions of George Orwell!

[87] *Time,* April 27, 1998.

[88] Documentary filmmaker Aaron Russo told "The Alex Jones Show" that Nicholas Rockefeller had personally assured him that "the end goal is to get everybody chipped, to control the whole society, to have the bankers and the elite people control the world." Rockefeller even assured Russo that if he joined the elite his chip would be specially marked so as to avoid undue inspection by the authorities.

[89] Windows software, which runs ninety percent of all computers, has been equipped with a back door through which the Illuminati can easily look over our shoulders.

Soon, the first step toward total control of civilians will be taken. It won't be long before we will witness a world void of cash money, causing the current money and banking system to loose its validity. As said before the global meltdown is on his way. The global depression will lead to a one world currency.

Not long from now an electronic chip card will make cash transactions obsolete. In the near future all national currencies such as bank and credit cards will disappear. A "Universal Biometrics Card", which will be used similarly in all member states, will be introduced soon.[90] However, the Universal Biometrics Card, which will contain all of our personal data, will not survive for a long period of time but will merely function as an intermediary stage for its successor, which has been awaiting its turn since the Seventies.

The card will, of course, cause problems. One of those problems is what to do when the card is lost, damaged or stolen. There will be nothing one can do, as there will no longer be another tender. Our leaders will continue to first cause trouble, and then offer solutions which befit their aspired goal: a complete control and marking of each individual civilian by means of a microchip! This microchip is a minute plate that contains a unique identification number that will be linked to an external database containing additional information about the host of the chip in question.

The microchip, developed by our leaders, will be implanted beneath the skin. Because the chip will charge itself from fluctuations in the human body temperature, the forehead just below the hairline is the best spot to implant. The microchip is invisible to the naked eye and stores all information important to our leaders. Infrared sensors that can read the chip will be placed everywhere.

The already existing super computers have been programmed to process the chip's information. The microchips will be read worldwide at the mere command of a sensor twenty-four hours a day via satellites, making it easy to locate the position of every world citizen. Already the microchip is being put to the test in many places in the world: in the Malaysian capital Singapore, tens of thousands of people have tested the chip! In Mexico the National Migration Institute has said it will introduce electronic registration for foreigners entering the country through the southern border to curb illegal immigration. In a communiqué, the institute said biochip implants would be used to control the entry of workers and visitors from Belize and Guatemala starting in March 2008.

[90] *De Financiële Telegraaf* , November 20, 2006.

In the Netherlands the Christian Union stated in a memo published on May 20, 2005, about the microchip that the government can never obligate a civilian to have such a chip implanted. The memo also discusses the possible dangers of the technological developments around the identification techniques. According to the Union there should be a law in which it is stipulated that no Dutch person may be forced to have a chip implanted. Nevertheless, Holland will be the first country where the chip will be formally introduced.[91] Governments will give us plenty of arguments as to

why it is of great importance for everyone to be implanted with this chip. The ultimate goal will be that every newborn will be chipped automatically following birth. Anyone who refuses the chip will be cast aside socially, politically, religiously and financially; he or she will no longer have access to the electronic banking system and will therefore no longer be able to buy or sell. The chip will enable its installers total surveillance control of world citizens!

**Revelations 13:16-18**

"It forced all the people, small and great, rich and poor, free and slave, to be given a stamped image on their right hands or their foreheads, so that no one could buy or sell except one who had the stamped image of the beast's name or the number that stood for its name. Wisdom is needed here; one who understands can calculate the number of the beast, for it is a number that stands for a person. His number is six hundred and sixty-six."

**The number 666 in the background of a United Nations reunion** [91] The Dutch will the first to be forced, by law, to have an implant of an identification and payment chip.

# Complete Control over All Food Supplies

**"He, who controls the food supplies, controls the nations."** *Henry Kissinger*

For the planned world government the penetration, in all aspects of life, is an important condition for central control. This means that there is no place for the traditional production of food in the global and deregulated world economy. The traditional farmers are in the way of the plans of the power behind the scenes! In the future New World Order the farmers are superfluous.[92]

Through meticulously executed cancellation of taxes and financial aids and the opening of the free market, we have come to an overproduction of butter, meat and many other products. This caused a shift in power from arable farming and stockbreeding to the international food industry and big trade corporations. The traditional farm has been pushed aside by the big specialized companies.

The objectives of the Illuminati have been agreed upon in the World Trade Organization (WTO) to which all European governments compelled themselves. In the end, all the market forces in the food industry will be eliminated, and each product will have a fixed price on the world market. This will mean the end of independent farming as we know it. First it will affect the farmers, then complete regions and then... the consumer.

For years, all sorts of food has been dumped on the world market against minimum prices, causing farmers to go bankrupt. They are driven away from their land, which falls in the hands of banks and corporations. This development is going on all over the world. In the past couple of years alone, two million farmers have gone bankrupt in the United States. The percentage of agricultural land has been reduced by fifty percent in the seven original countries of the European Economic Community. In 1999, the number of farms with more than two hectares was reduced by five percent. In 2000, 300,000 jobs were lost in the agricultural sector. In Europe, forty percent of all farmers live below the poverty line!

In 1960, Germany had two million farmers. In 1980 there were only half a million farmers. These frightening changes are no coincidence. They are all part of a cold-blooded expropriation of land and of trade monopolization... the way of the future. Could all this be just coincidence? In each case the mad cow disease (BSE) and the foot-and-mouth disease (FMD) crises had the exact result the ruling power was looking for. The Illuminati saw the crises as a way to destroy a huge part of the arable farming and stockbreeding sector. No other government has misused crises to oppress agricultural politics as much as Germany. Both the Schröder and Kohl administration followed the agricultural reform course of the EECcommission in Brussels, and with that they turned Germany into the biggest agricultural grave digger of Europe.

[92] *Unabhängige Nachrichten,* issue 4, 1998.

The farmers associations have also pulled wool over the eyes of their gullible supporters. The dubious wording used to justify their actions was comparable to that regularly used by politicians. It is crystal clear that the EEC-politicians have killed almost all traditional agricultural structures in Europe.

Today, the production and processing of food will be handled by a few cartels and the food trade limited to some central international companies. Soon the complete control over food will be managed by an organization called the World Food Authority, an institution that will be like the United Nations. This institution will decide over the division of food. It will be able to decide over food shortages and even famine wherever and whenever one wants.

David Byrne, member of the European Commission whose responsibilities include health and consumer interests, announced the precursor of such an organization in 2002. The European Food Authority will be responsible for the control of food in Europe. That way European agriculture and stockbreeding will be completely at mercy of the ideological fanaticism of the invisible power behind the scenes.

Through mergers, takeovers and an aggressive urge for expansion, the ruling power has greatly enlarged its hold on the international market and food

industry. The multinationals (Monsanto, DuPont, Novartis, Unilever, etc.) dictate the market supply and demand. They have complete control over the food industry and over almost every item of food. They determine the way our food is processed and what we eat.

# Control Over All Raw Material Resources

**"In fact nobody should know hunger or thirst. Unfortunately a minority has taken possession of the gold, the silver, the source materials, the water, the best ground and the petroleum. These resources are now in the hands of a small elite group."** *Hugo Chávez, the President of Venezuela during his Christmas speech (2005)*

Along with interest in natural resources such as gold and silver, one of the most important objectives of the Illuminati is complete control over the oil reserves. To carry out the New World Order one has to have undisputed control over worldwide oil reserves. The leaders of this world are drastically revising the energy scenario for the New World Order. They consider the world to be their playground and are prepared to eliminate everybody who puts up resistance. Wars and conflicts are being caused to make gold and silver mines and oil and gas reserves accessible despite rebellious regimes that guard these resources, claiming to have first rights. No country can manage of its own riches, nor does it have the right to offer resistance to the Illuminati. It is absolutely no coincidence that civil wars rage around all existing and planned oil fields. The wars in Chechnya, Kurdistan, Dagestan, Nagorno-Karabakh and Georgia are examples. Whoever controls the oil transport pipes from Central Asia controls the future routes of oil reserves and has control over the income from new oil drilling.

All states rich in oil in the region between Russia, China and Iran are on a black list. Countries that produce and control their own oil reserves and weak sovereign states along the oil routes are also on this list. All these countries have to take interference of the Illuminati into account.

Interference does not always mean that a country is overpowered with military violence. As opposed to the Middle East, the elite of the petroleum producing countries in West Africa, with few exceptions, have not a political but solely a personal agenda. The sole goal of these leaders is to become as rich as possible in a very short period of time. West Africa is one of the fastest growing sources of petroleum and gas. Moreover, the petroleum reserves in Nigeria, Angola, Gabon, Chad, Cameroon and Congo are a lot

cheaper than the oil fields in Central Asia. The oil extraction is cheaper, and the oil is of a better quality and easier to access, making it suitable for direct refinement.

# Reducing the World Population

**The same people who run the blood banking as well as the money banking industries have funded, historically, eugenics, racial hygiene, genocide, depopulation, family planning, maternal and child health where they make and deliver vaccines, and contaminated blood supplies. They have put a lot of money into reducing world populations."** *Dr. Leonard Horowitz*[93]

In his book *The True History of the Bilderberg Conference* (Utrecht 2007), Daniel Estulins shows reports on the Bilderberg Conference of May 1973. The report discussed the overpopulation of our planet, which needs to be reduced by billions of people (at least three-quarters). Population reduction is a fundamental aim of the invisible elite. The Illuminati goal is clear; to only have a small elite and a specific number of controllable slaves that remain. Eventually those slaves will serve one purpose alone: the production of new slaves in quantities the reigning elite find necessary. Many years ago the elite carried out three separate studies to research to what extent a population explosion would undermine their plans. These studies led to the one conclusion: that the population growth must be decreased drastically. Our invisible rulers then committed to doing everything necessary to restrict population growth. Publications and quotes from the ruling elite clearly show that plans were being made for genocide of unprecedented magnitude. The world population rapidly faces decay, and many will fall victim to the New World Order.

Already in 1944 a campaign was started through the Federal Security Agency to add fluoride to the water system distributed by state and city waterworks. Only a few people know that this fluoride, which is supposed to stop dental decay, had been used as rat poison for over fifty years. Nowadays this rat poison is added to drinking water worldwide and can also be found in most tooth-pastes and in many foods, such as table salt. Besides the fact that fluoride may cause many health conditions, it also has the side effect desired by the invisible elite: it makes the human brain impressionable and numb.

The Planned Parenthood Federation of America, the largest international proabortion organization in the world, was founded by the elite as early as 1933 for several objectives. The organization profits from its almost fanatical intensive worldwide commitment to abortion, birth restriction, and propagating free sex for young people and is supported with taxpayer money. The organization's true activities are jealously guarded from the public. The organization's own stated purpose is very revealing: "To provide leadership, making effective means of voluntary fertility regulation including contraception, abortion, sterilization, and infertility services available and fully accessible to all as a central element of reproductive health; stimulating and sponsoring relevant biomedical, socioeconomic, and demographic research; developing appropriate information, education and training programs to increase knowledge about human reproduction and sexuality."

[93] *The Nazi Flu Interview* with Dr. Leonard Horowitz, December 28, 2004.

To many it may come as a surprise that unborn children do not matter to UNICEF. In third world countries this organization supports projects in the sphere of abortion. UNICEF has been caught illegally sterilizing 300.000 African women. These women were vaccinated against a disease; only the vaccine contained a little extra dosage, causing sterility in the women. When UNICEF was caught their response was: "We don't understand how this could have happened; it must have been an error in the production process."

UNICEF, the International Planned Parenthood Federation, the World Health Organization (WHO), the United Nations Population Fund (UNFPA) and the United Nations Population Council all work together to stop the population growth by means of anti-conception, sterilization and abortion.[94]

The elite succeeded in having the majority of mankind cooperating willingly with their program! First, they convinced independent experts that abortion, sterilization and a properly set up control of the population growth is crucial to mankind's survival. Meanwhile, the strategy of anti-conception with pills, IUDs, sterilizations and abortions has decreased the population growth of industrial countries by half. This is a fundamental part of the long-term politics of our invisible elite!

The annual number of legally performed abortions worldwide is thirty-five million, with an additional twenty-five million being illegal abortions. The combined total of abortions per year is an ample sixty million. The total number of human lives terminated by abortion each year exceeds the total number of casualties from the six-year Second World War, which is estimated to have cost fifty million lives.

It is important to point out the fact that our Creator considers the life of an unborn child to be precious, even in the very first developing stages after conception (Psalm 139:13-16). The unborn child that develops in the womb is not just a lump of tissue, but it follows a strict pattern as if following instructions that are imprinted in a computer. This is the reason that God has stipulated that someone will be held accountable for harm that befalls an unborn child (Exodus 21:22-23).

The Dutch Parliament accepted a law regarding euthanasia on April 10, 2001, making it the first country in the world to do so. Minister Borst of Public Health shocked the world with the words: "The mission has been completed." What did the minister mean by these words? Whose mission had been accomplished? Were the invisible elite finally satisfied? While the ink of the law was still drying, the same minister paved the way for a debate about Drion's pill. This suicide pill supposedly meant for aged people, who are tired of life, will not be severely restricted much longer. Euthanasia and Drion's pill are only just the beginning.

The Dutch newspaper *Metro* reported on April 12, 2007, that of 300 researched deaths among babies, half of them died by active termination of life (euthanasia) in the first year! As a result of this the Dutch Health Council advised minister Ab Klink that more research must be done into the life cycle of children who are being born with a severe handicap: "Clear conditions must be formulated under which doctors can end the life of young babies!" In the future anyone who is no longer productive; such as the elderly, handicapped, etc. will be lawfully killed!

[94] *Katholiek Nieuwsblad*, issue 6, November 10, 2000, 13.

**Contagious Diseases**
In the last years many new and very contagious diseases have surfaced. A

great deal of these diseases originated in laboratories, with examples being a new type of tuberculosis that is resistant to antibiotics, a new type of cholera, a new and deadly type of meningitis, Ebola and the Bird Flu. These diseases are used to keep mankind uneasy and in constant fear while reducing the population growth on our planet.

In his book *Emerging Viruses: AIDS & Ebola, Accident or Intentional?* (Tetrahedron 1996), Dr. Leonard G. Horowitz claims that amongst other diseases, AIDS (Acquired Immune Deficiency Syndrome) originated in a laboratory! As we will see, there is sufficient evidence that AIDS is an artificially created form of the black plague. AIDS disrupts the immune system of the infected patient. As a consequence of this weakened immune system, an AIDS patient will more likely die from one or another infection.

*The Patriot ,* which is issued in New Delhi, wrote on July 4, 1984: "AIDS is a type of chemical biological warfare, which has been developed in the Chemical Biological Warfare Laboratory of the American army in Fort Detrick (Frederick, Maryland)."

In the New York newspaper *Native*, a letter from an anonymous source stated that the writer had worked in the Fort Detrick laboratory in question.[95] In 1986 Jacob and Lilly Segal, two experts in the field of virology and microbiology, published a flyer with the title *AIDS, Not from Africa, But an Evil from America* and distributed it in English-speaking African countries. The South African newspaper *Saturday Star* issued in 1992 stated: "AIDS is a weapon manufactured by the whites to weaken Africa: an invention from the West to drastically limit the birth rate of the black population on this continent. AIDS is the largest destabilizing factor of the African economic and political situation."
*The London Times* issued on May 11, 1987, reported on its front page: "Smallpox vaccination cause of AIDS: This particular vaccination program was carried out in Africa in the Seventies and was conducted by the World Health Organization (WHO). In the exact areas in Africa where the vaccination took place, most AIDS victims can be found."
The number of AIDS casualties in Africa is alarming. Nowadays, the estimated number of HIV-positive individuals in Africa lies somewhere between sixty and seventy percent of the total population! In some of this continent's countries, AIDS patients occupy eighty percent of all available

hospital beds. This, however, is only the tip of the iceberg. Within a period of ten years the larger part of the inhabitants of the African continent will die as a result of AIDS.

In Africa, the media continually encourages the use of condoms. The publicity about the condom as a weapon against AIDS does not only cause birth control, it also has a misplaced and contradictory effect. The supply of condoms is utterly irresponsible because it contributes to the spread of AIDS. Condoms give a misplaced feeling of security and lead to more risky sexual behavior. Condoms may not only tear or glide off, they are also porous. Statistics show that out of 100 sexual acts with condoms, fifteen fail because spermatozoa penetrate the latex.[96] Given the fact that AIDS microorganisms are 450 smaller than a spermatozoid, it's fairly obvious that the use of condoms involves enormous risk of AIDS infection.[97] Instead of promoting the use of condoms, Africans should be told of the necessity of celibacy and monogamy as the only possible way to avoid infection.

Several virologists deny the existence of the HIV virus. According to them, HIV has never been scientifically proven or documented. According to the well-known German virologist Dr. Lanka, there is only a general consensus regarding the existence of AIDS: "These kind of viruses don't exist. They are being proclaimed by politicians and as an international scientific consensus acknowledged as a proven fact." In an interview Dr. Lanka added: "The statement that there is such a thing as a pathogen virus is an obvious deceit, a fatal lie with dramatic consequences. The bacteria in our cells are called chondriosomes and cannot leave the cell because they are dependent on the metabolism within the cell. Viruses are able to do this. They leave their metabolism behind in the cell. Afterward they are no longer of use in the cell and they leave. Outside the cell they aid other cells by providing them with materials and energy. These scientifically proven viruses have a mutual building and supporting effect in the very complicated biochemical process. Not in the least damaging. Also in other diseases like the Bird Flu virus one has never been able to discover a structure which can be typified as a virus. Neither in the sick organ, nor in the bodily fluids."

Most people believe that modern medical science and all scientists involved want what is best for us. This is a grave misunderstanding. We have been made to believe that we should trust doctors and governments and are convinced that they lobby for our wellbeing, a fatal error on our part.

In 2005 there was a global warning for the mutated flu virus H5N1, better

known as the Bird Flu. It is claimed that this virus will claim millions of victims in the near future. As with the true origin of HIV, the Bird Flu virus has never been proven and there was never a connection between the Bird Flu and the contamination of birds or people. The media, however, did not fail to print the news on the front pages of newspapers or broadcast it on television. Sick migratory birds from Asia, supposedly infected with the Bird Flu, traveled thousands of kilometers over the seas to infect local poultry in Europe and Africa. It is remarkable that these migrating birds don't seem to have any problems with traveling thousands of kilometers. The media reported that all chickens with suspicious symptoms were being tested for the H5N1 virus. The results of these tests remained inconclusive.

Neither in the body of man or animal, nor in plant or dirt has there ever been discovered a protein structure that confirms the existence of the Bird Flu virus. Proof for the Bird Flu virus H5N1 amongst birds is actually scant. The catastrophic danger lies entirely elsewhere. As is the case with many feared deadly epidemics, this is about a very carefully planned action with a political motive of creating fear and insecurity amongst the world's citizens. Furthermore, governments try, despite the fact that vaccinations have proven their damage to our health on a large scale, to convince people to get annual flu shots, which yield billions of euros and dollars. The same leaders that control important aspects of our respective societies control all major pharmaceutical companies in the world. In the case of the Bird Flu, we will experience how politicians will turn us over to their employers and true leaders by forcing us, through the use of fear, receive vaccinations. In fact, an entire book could be written about the many networks and mutual arrangements between political and social world leaders with those actually pulling the strings.

In truth there is absolutely no danger of contamination with Bird Flu. According to experts, these birds have actually died of stress, bad living conditions and lack of food. It is likely that keeping of these chickens and other poultry in cages with little to no space to move about is causing their deaths.

The media continually publishes pictures of the Bird Flu virus, showing them as round microorganisms that are supposedly viruses. Virologist Dr. Lanka explained: "They are actually artificially fabricated parts of protein and fat. Any given microbiologist can easily recognize and confirm this. The pictures show perfectly normal cells. Any given micro-biologist can research

and confirm this as well. Whenever anyone asks for a scientific explanation that concerns the virus, nobody responds! When checking with press agencies about the source of the "telling" pictures, they always refer one to the American epidemiologists of the Centers for Disease Control (CDC) of the Pentagon."[98]

The outbreaks of Bird Flu caused an increase in anxiety amongst the European population. The Dutch, for instance, were more worried about an outbreak of the virus than about the economy, safety or crime. People were inundated with information about virus inhibitors such as Tamiflu. With this anti-virus remedy, a pandemic could be prevented. It is said that Tamiflu does not cure the disease but only relieves the symptoms. Research shows the opposite. It is a given fact that each anti-virus always damages the body to a small or larger lasting extent.[99] A large number of people, in fact, died after using Tamiflu. The side effects of these virus inhibitors are almost identical to that of the symptoms of a nasty flu: rapid onset of fever, muscle aches, shivering, sore throat, coughing and exhaustion. When infected people use Tamiflu as medication, it will cause more deaths than necessary. The culprits of this disease will use the fatal results of Tamiflu as proof that there is grave danger with the Bird Flu virus.

Many Turkish people were distraught when they learned that the fourteen-yearold boy, Mehmet Ali Koçyigit, and his fifteen-year-old sister, Fatma, had died of Bird Flu. The father of the children said that at first they only had mild symptoms which resembled a regular flu. After the children had taken Tamiflu they became much sicker, and eventually died. These children and other people had the bad luck of falling into the hands of the "H5N1-hunters", which consequently led to them taking enormous dosages of the virus inhibitors to "suppress" the phantom virus. Many died of organ failure in hermetically sealed plastic tents.

Already in 2004 I received information about plans to subject people who had contracted any kind of flu to chemotherapy.[100] On March 8, 2006, the time was right to begin preparing individuals for the planned chemotherapy against Bird Flu. The renowned medical trade journal *The Lancet* first published that chemotherapy may also be effective in treating people with Bird Flu. The journal claims: "The chemotherapy is largely available and not expensive."[101]

[95] It is remarkable also that Anthrax, which surfaced in the United States after the attacks of September 11, 2001, originates from the United States Army's "Chemical Biological Warfare Laboratory" in Fort Detrick near Frederick, Maryland.

[96] Spermatozoon, pl. spermatozoʹa sperm; a mature male germ cell, the specific output of the testes, which impregnates the ovum in sexual reproduction. The mature sperm cell is microscopic in size.

[97] Spermatozoon is redirected from spermatozoid.

[98] For more information visit: www.klein-klein-verlag.de

## Vaccinations

More and more, the medical establishment propagates the use of vaccinations. Politicians support these campaigns in all areas. Over and over again we are told that various infections and diseases pose the greatest human threat. The drawbacks to all of these vaccination programs are being kept a secret.

Vaccinations serve the primary purpose of injecting pathogens into the body to enable the body to create antibodies against these very same pathogens. However, vaccinations appear to be the major cause for many diseases and for much suffering in today's world! Diseases such as cancer, syphilis, AIDS, autism and other life threatening disorders are directly related to vaccinations.[102] The medical world suspects that vaccinations against the mumps and the measles could be, amongst others, the cause of Crohn's disease.

Forced vaccination against smallpox, causing the human bloodstream to be poisoned with an animal-lymph, was one of the darkest pages in the history of the last century![103] After meticulous research and studying of the facts and, in connection to the observations and experiences of many doctors, one can now conclude that instead of protection from the smallpox the vaccination only caused many diseases.[104]

[99] Every vaccination is in essence a crime: the infliction of severe bodily harm. [100] *Frontier Magazine,* issue February 2004.

[101] *The Lancet,* March 8, 2006.[102] Eustace Mullins, *Murder by Injection: The Story of Medical Conspiracy Against America,* La Porte 1990, 145.

The most primary causes of developing cancer are the carcinogens that end up in the bloodstream.[105] In 1991 the American Cancer Society predicted that by the year 2010 one out of three people would get some form of cancer. In 1901 this number was one out of twenty-five, which means that we are dealing with an increase of 800 percent in the area of cancer alone.

Today, many governments worldwide say that children must be vaccinated against Hepatitis B. This is a typical example of how our leaders control the medical world. The vaccination against Hepatitis B is regarded as highly dangerous and extremely controversial. Many doctors are concerned that the vaccine may be contaminated with the micro-organism that causes AIDS. Nevertheless many governments are making preparations to inject every newborn within twelve hours after birth with the vaccine. The big question is: why? Hepatitis B is a pathogen mainly found among intravenous drug users, prostitutes and homosexuals.

**Food Poisoning**
The last few years the world has been confronted again and again with outrageous food scandals, like dioxin in eggs, meat with bad hormones, toxic apples, genetically manipulated vegetables, Swine Fever, Foot-and-Mouth Disease (FMD), Bovine Spongiform Encephalopathy (BSE) and the Bird Flu. The food industry continues to receive negative publicity. What is going on with our food, and where do these disastrous developments come from?

Our health highly depends on the quality of our food. If ever we would come to realize how the elite manipulate the quality of our food, we would be scared out of our wits.[106] Many of the food products we can buy in a supermarket today are not really foods anymore. Instead, they are processed, having therefore lost their essential nutritional value. Although most of the nutritional content in many of our food products has been depleted, we are constantly being told that the processing of the products is aimed at improving the nutritional value and the quality of food. This so-called "refinement" is a big lie; synthetic, inorganic vitamins that are not tolerated by our metabolic systems have replaced essential vitamins and minerals.

[103] Small-pox is a disease due to insanitary conditions, impure water, bad drainage, and dirty living.
[104] Animal lymph is a nutritive fluid, in animal bodies; a transparent,

colorless, alkaline fluid, consisting of plasma, resembling that of the blood, and of corpuscles, like the white blood corpuscles. It is well known that "animal lymph" used for vaccination has been a fruitful cause of the spread of disease in Europe.

105 Eleanor McBeam, *The Poisoned Needle*, Sandpoint 1990, 7.106 The food industry is almost entirely controlled by our elite. Through mergers, takeovers and aggressive expansion methods they have enforced their grip to the international market and our food. Today they control how our foods are grown, produced and what we eventually get to eat.

Almost seventy percent of all diseases and conditions are a direct result of wrong, unhealthy foods! Most of our "light" products contain aspartame, an artificial sweetener that acts like nitroglycerine to our body and eats away at the bloodbrain barrier and important organ linings.

Genetically enhanced products have also slipped into our diet. Genetically manipulated food poses a serious threat to our health. Thorough research has shown that rats being fed genetically manipulated potatoes will have severe dysfunctions in their organ systems.[107]

Already, the final steps are taken to reach full manipulation of our food. The last step involves the radiation of our foods with radioactive isotopes such as Cobalt60. These isotopes have, just like other radioactive materials, the ability to initiate genetic mutations and other changes in humans. Many scientists have now indicated that radiation of foods decreases nutritional value and can cause cancer. Animals that were being fed radiated foods have experienced changes in their white blood cell counts, damage to their kidneys and deleterious effects to their immune system. Research also shows that these animals were also subject to stronger growth of tumors, indicating that several types of cancer can be linked to a changed combination of our foods. Consuming these foods for an extended period of time could also cause certain kinds of cancer in humans.

To stop public resistance to our food products being radiated, our ruling elite have purposely poisoned them. Deliberately, they have spread fear of contaminated foods in people by enabling, for instance, salmonella poisoning in chicken products and the E.coli problem in beef products. As

usual, the conspirators cause the problem and then offer the "best" solution to the problem. Due to the indifference and ignorance of the world population, this method of divide and conquer by the world elite always results in success and further advancement of their cause. The deliberate deterioration of the health condition of the world population and the use of poison in the environment and in our food supplies provides our leaders with the desired result: reducing the world population by the occurrence of diseases that eventually lead to death.

[107] *Katholiek* Nieuwsblad, April 14, 2000, 14.

## Chapter 13

# A Dumbed-Down Population

**"It is also necessary to gain the common people to our Order. The great means to that end is influence in the schools."** *Adam Weishaupt*

The Illuminati were, and still are, involved in revolutions and wars that help advance their struggle for power over the entire world. For this end they have developed a very detailed plan that is only known to the people at the top of the hierarchy. The execution of the plan has been going on for centuries, and it remains a secret to the outside world. Among other things, this big plan rests on the philosophy of the father of Hegelian Dialectic, the German philosopher Georg Wilhelm Friedrich Hegel. From Hegelian philosophy comes the historical dialectic that all historical events emerge from a conflict between opposing forces. These emerging events are above and different from the conflicting events. Any idea, or implementation of an idea, may be seen as "thesis". This "thesis" will encourage emergence of opposing forces known as "antithesis". The final outcome will be neither "thesis" nor "antithesis", but a "synthesis" of the two forces in conflict.[108] The Hegelian Dialectic is, in short, the critical process by which the ruling elite creates a problem and anticipates, in advance, the reaction that the population will have to the given crisis, thus conditioning the people into believing and accepting that a change is needed. When the population is properly conditioned, the desired agenda of the Illuminati is presented as the solution. The solution isn't intended to solve the problem but rather to serve as the basis for a new problem or exacerbate the existing one. No matter what the issue, the invisible dialectic aims to control both the conflict and the resolution of differences, and leads everyone involved into a new cycle of conflicts.

Friedrich Hegel's influence can be seen on all of our destinies. Hegelian conflicts steer every political arena on the planet, from the United Nations to the major political parties, all the way down to local school boards and community councils. Dialogues and consensus-building are primary tools of the dialectic, and terror and intimidation are also acceptable moulds for obtaining the goal.

The book *Proofs of a Conspiracy Against all the Religions and Governments of Europe* by Professor John Robison (1798) sums up Weishaupt's Illuminist program, as follows: "They intended to root out all religion and ordinary morality to break the bonds of domestic life by destroying veneration for marriage vows, and by taking the education of children out of the hands of parents."

The Illuminati have thoroughly studied humans and their passions, fears and desires. Nowadays, freedoms of speech and of self-expression are quietly being defeated and suppressed. The people slowly learn to forego independent thinking and learn to speak along the lines of Illuminati ideas. Man is being bred by the Illuminati in such a way that he is beginning to act and think like a robot. Consequently, people will raise their children according to what the Illuminati think to be ideal.

[108] The synthesis sought by the Illuminati is called the New World Order.

We have become a race of programmed creatures willing to believe and do whatever the political system, mass media and schools tell us to do. By these three institutes, not only will individuals be controlled and influenced, but changes in all existing relations in politics, society, morality and family life can be easily executed. There is no escape! It is not by accident that the Illuminati are taking education out of the hands of parents as soon as possible. They are redirecting the information of individual opinion and personal growth from the home to schools and universities.[109]

It's no secret that in the Western world the public education system is lacking.[110] Fingers are pointed at various aspects of the schooling system; overcrowded classrooms, lack of funding, teachers who can't pass competency exams in their fields, etc. But these are only secondary problems. Even if they were cleared up, the schools would still be failing the students. Why? Because they are designed to fail.[111]

Since the Illuminati took control, they have been pushing a new form of schooling with a new mission, and it isn't to teach. The Illuminati have systematically gone about destroying the intellect of millions of children for the purpose of leading them into a New World Order. Only when all children

are robotized, and begin to all think and believe as a collective, will the New World Order be acceptable to citizens.

Before the Illuminati took over control, education had been private, with parents sending their children to the parochial or private school of their choice. As earlier noted, after he introduced a plan for education in Europe, Pierre Samuel DuPont went to North America in 1799 to start on a plan for national education in the country. DuPont's system made it possible for the global elite to obtain control of both the upbringing of children and the molding of their thought processes.

The successors of DuPont who designed, funded and implemented our educational system wrote about what they were doing.[112] One of the interesting insights revealed by these reports, articles and books is how the Illuminati, when they branched out to the United States, founded secret cells in universities, such as they had done at the University of Ingolstadt and Oxford University. In the United States, the University of Yale became a centre for the Illuminati.[113]

[109] The Illuminati control education worldwide and finance the larger part of all universities.

[110] A study by the 'Intercollegiate Studies Institute' (ISI) reveals universities, including the University of Pennsylvania, Cornell, Princeton and Duke are among the worstperforming in the United States. The lowest gains in knowledge of history, government, international relations and market economy are found in the universities. See *Failing Our Students, Failing America: Holding Colleges Accountable for Teaching America's History and Institutions*, September 18, 2007.

[111] Cited from Charlotte Thomson Iserbyt's book *The Deliberate Dumbing Down of America: A Chronological Paper Trail*, Ravenna 2000. This is one of the best books on education.

[112] Almost all of these books, articles and reports are out of print and hard to obtain.

To begin this brainwashing process in the U.S., three Yale men were sent to the University of Berlin in the 1850s to study German philosopher Georg Wilhelm Friedrich Hegel's philosophy, which they imported back to the

United States. Hegelian Dialectic was subsequently introduced into American society by the Skull & Bones Order, a secret organization. As mentioned before, Hegelian Dialectic became the tool that the Illuminati use to manipulate the minds of average people to accept certain changes that, ordinarily, they would refuse. The Hegelian Dialectic is not only being employed to secure and sustain absolute world power and authority for the Illuminati; it also has thoroughly penetrated the worldwide education system. It totally revised education in the United States and other Western countries. The present education system in the Western world is built on the process formulated by Friedrich Hegel.

**Synthesis (consensus), Thesis, Antithesis**
Hegelian Dialectic (common ground, consensus and compromise) Gradualism (two steps forward, one step backward) Semantic Deception (redefining terms to get agreement without understanding)

A good example of "Hegelian Dialectic" was voiced by T.H. Bell when he was U.S. Secretary of Education: "We need to create a crisis to get consensus in order to bring about change." The Western world education system has been relentlessly exposed to this Hegelian dialectical process under the guise of "reaching consensus" in our involvement in parent-teacher organizations, on school boards, in legislatures, and even in goal setting in community service organizations and groups.[114] The Illuminati always use a deliberately created education "crisis" to move their "agenda" forward by offering radical reforms that are sold to the public as 'fixing" the crisis, which they never do. The new reforms simply set the stage for the next crisis, which provides the pretext for the next move forward. This is the dialectical process at work, a process our behavioral engineers have learned to use very effectively.

American philosopher and educator John Dewey (1859-1952) became the father of the American educational system. His book *Psychology* (Chicago 1896) was the first American textbook on the "revised" subject of education. *Psychology* became the most widely read and referenced textbook in American schools. Just prior to the book's publication, Dewey had joined the faculty of the Rockefeller-endowed University of Chicago as head of the combined departments of philosophy, psychology and pedagogy (teaching). Dewey was the Hegelian darling of the modern educational system the

Illuminati financed, instructed and promoted. The philosophy of Dewey, based on Hegelian Dialectic, has been made the purpose of education. Hegel believed that people exist for the state: "The state is the absolute reality, and the individual himself has objective existence, truth and morality only in his capacity as a member of the state." Dewey echoed this and it is being echoed repeatedly by other educators around the world.

113 Emanuel M. Josephson, *Roosevelt's Communist Manifesto*, New York 1955, 33.114Charlotte Thomson Iserbyt, *The Deliberate Dumbing Down of America: A Chronological Paper Trail*, Ravenna 2000, Foreword.

Dewey's writings and teachings not only have had a profound influence on modern education in the western world. In Japan, his philosophy had been introduced to Japanese academic circles. In 1900, Dewey's early work *Outlines of a Critical Theory of Ethics* was translated into Japanese. Then, in 1901 and 1918 respectively, two of Dewey's most important works on education, *School and Society* and *Democracy and Education*, were introduced to Japanese readers. The introduction of Dewey's educational philosophy to Japan gave rise to the establishment of about a dozen experimental elementary schools modeled on Dewey's experimental school at the University of Chicago. All these schools made efforts to put into practice Dewey's educational principles of learning by doing and education as growth.

In the years 1919 to 1921, after a three-month sojourn in Japan, Dewey was send to China where he lectured. His educational philosophy (often called "pragmatism") spread far and wide, and strongly influenced Chinese educational practice and theory thereafter. His ideas became nation-wide very quickly. With financial help of the well-known Illuminati Foundations, new school systems were established and curriculum, textbooks and teaching methods were reformed. Officially Mao Tse-tung gave up the Deweyan formula of education, but in secret he has been in contact with Dewey over the years.[115] Dewey's pragmatic educational philosophy remains till the present day.[116] China was the one foreign country on which Dewey exercised his greatest influence.

The late Harvard psychologist B.F. Skinner also played an important rule in Illuminati education. Skinner proposes in his book *Walden II* (1948): "We

need a new and more perfect order in which children are reared by the state rather than by their parents, and are trained from birth to demonstrate only desirable behavior and characteristics."[117] He claimed: "People are manipulated; I just want them to be manipulated more effectively. One cannot make connections, repeat an act nor recall a fact unless provided with the necessary stimuli and environment (like a dog that learns to sit after the immediate receipt of a dog biscuit)."

To create robotic children, most child rearing programs, workbooks and seminars are based on Skinnerian methods. Also popular computer games, programs and curricula for children are heavily dependent upon this method.

[115] Youzhong Sun, *The Trans-Pacific Experience of John Dewey* in *The Japanese Journal of American Studies No. 18*. (2007).
[116] Robert W. Clopton and Tsuin-Chen Ou, *John Dewey Lectures in China 1919-1920*, Honolulu 1973, 35.
[117] Skinner's ideas would be widely implemented by educators in the Nineteen Sixties, Seventies and Eighties as Values, Clarification and Outcome-Based Education.

The late Christian apologist and theologian Dr. Francis Schaeffer, when discussing the evils of B.F. Skinner in his booklet *Back to Freedom and Dignity* (1972), warned: "Within the Skinnerian system there are no ethical controls; there is no boundary limit to what can be done by the Illuminati, in whose hands control resides."

A secret war is being fought in the schools, targeting our children who are being held captive in classrooms. In his 1905 dissertation for Columbia Teachers College, Elwood Cubberly wrote that schools should be factories "in which raw products, children, are to be shaped and formed into finished products manufactured like nails, and the specifications for manufacturing will come from government and industry."[118]

The President of Harvard from 1933 to 1953, James Bryant Conant wrote that the change to a forced, rigid, potential-destroying educational system had been demanded by "certain industrialists and the innovative who were altering the nature of the industrial process."

Our governments are preparing our children to become the dumbed-down vassals of the New World Order.[119] The mind of the average student is trained and conditioned to accept the idea that education exists solely for the purpose of getting a good paying job in the global workforce economy.[120] Only a dumbed-down population can be expected to willingly succumb to the planned global workforce.

Bertrand Russell claims in his book *The Scientific Outlook* (1931) that the New World Order will have different social grades according to the kind of work to be performed:

- 

The rulers will provide one kind of education for ordinary men and women,

and another for those who are to become holders of power.
• Ordinary men and women will be expected to be docile, industrious, punctual
and thoughtless.
• Children will be educated from their earliest years in the manner which is found least likely to produce complexes.
• The elite want healthy boys or girls. Their diet will not be left to the caprices
of parents, but will be such as the best biochemists recommend. • The children will be given no more book learning than is absolutely necessary. Upon the temperament so formed, docility will be imposed by the methods of
a drill sergeant.
• All the boys and girls will learn from an early age to be what is called "cooperative" i.e. to do exactly what everybody is doing. Initiative will be discouraged in these children; arid insubordination, without being punished, will
be scientifically trained out of them."

[118] Elwood Cubberly was one of the future Deans of Education at Stanford.
[119] Cited from Charlotte Thomson Iserbyt, *The Deliberate Dumbing Down of America: A Chronological Paper Trail*, Ravenna 2000, Foreword.
[120] By doing this, the Illuminati have created huge learning problems that

inevitably lead to what is commonly known as "Attention Deficit Disorder" and the drugging of millions of children with the powerful drug "Ritalin".

Those children, on the other hand, who are destined to become members of the governing class, will have a very different education:
•
They will be selected, some before birth, some during the first three years of

life and a few between the ages of three and six.
• All the best-known science will be applied to the simultaneous development of
intelligence and willpower.
• Eugenics, chemical and thermal treatment of the embryo, and diet in early years will be used with a view to the production of the highest possible ultimate ability. The scientific outlook will be instilled from the moment that a
child can talk, and throughout the early impressionable years the child will be
carefully guarded from contact with the ignorant and unscientific.
• From infancy up to twenty-one, scientific knowledge will be poured into him,
and at any rate from the age of twelve upwards he will specialize on those sciences for which he shows the most aptitude."

President Woodrow Wilson said in a speech to businessmen: "We want one class to have a liberal education. We want another class, a very much larger class of necessity, to forego the privilege of a liberal education and fit themselves to perform specific difficult manual tasks."

The Illuminati explicitly wanted an educational system that would maintain social order by teaching us just enough to get by but not enough so that we could think for ourselves, question the socio political order, or communicate articulately. We were to become good worker-drones, with a razor-thin slice of the population, mainly the children of the Illuminati, to rise to the level where they could continue running things.

This was the openly admitted blueprint for the public schooling system, a blueprint that remains unchanged to this day. Although the true reasons

behind it aren't often publicly expressed, they're apparently still known within education circles. Clinical psychologist Bruce E. Levine wrote in 2001: "I once consulted with a teacher of an extremely bright eight-year-old boy labeled with oppositional defiant disorder. I suggested that perhaps the boy didn't have a disease, but was just bored. His teacher, a pleasant woman, agreed with me. However, she added, 'They told us at the state conference that our job is to get them ready for the work world that the children have to get used to not being stimulated all the time or they will lose their jobs in the real world.'"

Whoever wishes to achieve world leadership will first have to change the people. The Illuminati know that the New World Order can only exist when the consciousness of people is changed drastically. The founder of the Illuminati, Professor Weishaupt, as an educator, was fully aware of the potency of control of man's mind. He dictated a pattern of conversion of education and all media of mass communication to subversive propaganda. This has become quite familiar to moderns through the activities of the agencies of the so-called Philanthropic Foundation Trust, that includes the Carnegie and Rockefeller foundations, and of all the schools, colleges and universities, newspapers, periodicals, radio, television, movies, libraries, clubs, societies and other agencies of mass communication dominated by the Illuminati.[121]

The brainwashing of the United States, begun in 1904 through channels of education and mass communication and over which they have usurped complete control, has been so completely effective that the American public has no suspicion or intimation of the fact that they can only think as the ruling elite wishes them to think, that they have been "trained" and "perfected" to serve the Illuminati purpose.

John D. Rockefeller's director of Charity for the Rockefeller Foundation, Frederick T. Gates, set up the General Education Board (GEB), setting in motion the deliberate dumbing down of the population.[122] *The Country School of Tomorrow: Occasional Papers No. 1* (New York, 1913) written by Gates contained a section entitled *A Vision of the Remedy* in which he wrote the following: "In our dreams... people yield themselves with perfect docility to our molding hands. We shall not try to make these people or any of their children into philosophers or men of learning or of science. We are not to

raise up from among them authors, orators, poets or men of letters. Nor will we cherish even the humbler ambition to raise up from among them lawyers, doctors, preachers, politicians or statesmen. The task we set before ourselves is very simple. We will organize children and teach them to do in a perfect way the things their fathers and mothers are doing in an imperfect way."

It would prove a difficult task to express more concisely the objectives of Adam Weishaupt's conspiracy in the field of educational propaganda than was done in this statement of purpose of the philanthropy of the General Education Board. It is virtually copied from the writings of Adam Weishaupt. All the vital elements of Weishaupt's conspiracy are found in this letter:
1. There is the pose of philanthropy;
2. The intent to brainwash, or mold;
3. The intent to regiment the peasantry into a caste system; just where they are; 4. The abandonment of tradition, science and learning;
5. The dictatorship objective;
6. The intent to reduce national intelligence to the lowest common denominator

121 Emanuel M. Josephson, *Roosevelt's Communist Manifesto.* New York 1955, 22.122 The General Education Board (GEB) was incorporated by an act of the United States Congress. Approved January 12, 1902, the GEB was endowed by John D. Rockefeller, Sr., for the purpose of establishing an educational laboratory to experiment with early innovations in education.

and to destroy parental influence (which has been so successful that it has given the country a terrifying wave of juvenile delinquency);

7. The element of deceit (that entered the situation when the too frank avowal of the true purposes of the foundation became recognized shortly after it was founded, and the Rockefellers belied their intent to reduce intelligence to the lowest denominator and posed as patrons of art, letters and science);

8. The element of subversion and un-Americanism, the avowed intent to overthrow accepted customs and institutions to serve the purposes of the Rockefeller sponsors and to further their plots and schemes.

Rockefellers, and the "Philanthropic" Foundation Trust that they have contrived, are beyond any doubt the most effective advocates, executors and missionaries of Weishaupt's Illuminist dictatorship program. Because of the plans of the Carnegie and Rockefeller Foundations, a resolution was passed by the normal school section of the National Education Association at its 1914 annual meeting in St. Paul, Minnesota. An excerpt follows: "The Carnegie and Rockefeller Foundations are not in any way responsible to the people. We view with alarm the activity of these foundations in their efforts to control the policies of our state educational institutions, to fashion after their conception and to standardize our courses of study and to surround the institutions with conditions which menace true academic freedom and defeat the primary purpose of democracy as heretofore preserved inviolate in our common schools, normal schools and universities."

According to Norman Dodd the research director for the Reece Committee of the 1953 U.S. House of Representatives: "Rockefeller and Carnegie divided the task in parts, giving to the Rockefeller Foundation the responsibility of altering education as it pertains to domestic subjects, but Carnegie retained the task of altering our education in foreign affairs and about international relations."[123] Through the Rockefeller philanthropies, the "social sciences" are today being taught to all children, not only in the United States and other Western countries, also in China and South America, starting in the lowest grades.

The Progressive Education Association (PEA) was founded in 1919 and organized by John Dewey. The PEA's goals and aims were projected for the last half of the century at a board meeting held November 15–17, 1943 in Chicago. Speaking of their plans for the period following World War II, the board published a statement (a blueprint for children of the world) in its journal *Progressive Education* (December 1943, Vol. XX, No. 8) which included the following excerpt: "This is a global war, and the peace now in the making will determine what our national life will be for the next century. We are writing now the credo by which our children must live. Your Board unanimously proposes a broadening of the interests and program of this Association to include the communities in which our children live. To this end, they propose additions to the governing body to include representatives of welfare services, health, industry, labor and the professions. In short, a

cross-section body to give scope to our program. Education in the twenty-first century will, for the majority of youth, be workforce training."

123 The Carnegie Foundation for the Advancement of Teaching was founded in 1905.

In 1925 the "International Bureau of Education", formerly known as the Institute Jean Jacques Rousseau, was established with a grant from the Rockefeller Foundation. Jean Jacques Rousseau (1712–1788) believed that the whole "child" should be educated by "doing", and that religion should not be a guiding principle in education, a theme that has been repeated up to today. The philosophies of Jean Jacques Rousseau and John Dewey reflect a total departure from the traditional definition of education. The Bureau of Education became part of the United Nations Educational, Scientific and Cultural Organization (UNESCO).[124]

The *Christian Science Monitor* of August 8, 1927, quoted from an address that Dr. Augustus Thomas, commissioner of education for the state of Maine, made at a conference of the World Federation of Education Associations (WFEA) in Toronto, Canada: "If there are those who think we are to jump immediately into a New World Order, they are doomed to disappointment. The world must await a long process of education and a building up of public conscience and an international morality, or, in other words, until there is a worldwide sentiment which will back up the modern conception of a world community."

A deliberate mathematical "dumbing down" was seriously discussed in 1928. Members of the Council on Foreign Relations attended a Progressive Education Association meeting at which schoolteachers were informed that the purpose of "New Math" was to dumb down students. O.A. Nelson, retired educator wrote a letter that was printed in *Young Parents Alert* (1979). His story is self-explanatory: "I know from personal experience what I am talking about. In December 1928, I was asked to talk to the American Association for the Advancement of Science. On December 27, naïve and inexperienced, I agreed. I had done some special work in teaching functional physics in high school. That was to be my topic. The next day a Dr. Ziegler asked me if I would attend a special educational meeting in his room after the A.A.A.S. meeting. We met from 10 o'clock [p.m.] until after 2:30 a.m.

We were thirteen at the meeting. Two things caused Dr. Ziegler, who was Chairman of the Educational Committee of the Council on Foreign Relations, to ask me to attend... my talk on the teaching of functional physics in high school, and the fact that I was a member of a group known as the Progressive Educators of America. I thought the word "progressive" meant progress for better schools. Eleven of those attending the meeting were leaders in education. John Dewey and Edward Thorndike, from Columbia University, were there, and the others were of equal rank.[125] The sole work of the group was to destroy our schools! We spent one hour and forty-five minutes discussing the so-called "Modern Math". At one point I objected because there was too much memory work, and math is reasoning; not memory. Dr. Ziegler turned to me and said, "Nelson, wake up! That is what we want... a math that the pupils cannot apply to life situations when they get out of school!" That math was not introduced until much later, as those present thought it was too radical a change. The radical change was introduced in 1952. It was the one we are using now. So, if pupils come out of high school now, not knowing any math, don't blame them. The results are supposed to be worthless."[126]

[124] Presently UNESCO occupies the responsibility for the upbringing of youth along the lines of the New World Order. The global elite's control over the entire learning process from cradle to grave gives them great ability to shape children's frames of reference.

In *The Teacher and World Government* (1946) by former editor of the *National Education Association Journal* Joy Elmer Morgan you can read: "In the struggle to establish an adequate "World Government" the teacher can do much to prepare the hearts and minds of children for global understanding and cooperation. At the very heart of all the agencies which will assure the coming of "World Government" must stand the school, the teacher and the organized profession."

The Report to the American people on UNESCO from *The Congressional Record, Proceedings and Debates of the 82nd Congress, First Session* in 1951, includes the extended remarks of John T. Wood in the U.S. House of Representatives, Thursday, October 18: "UNESCO's scheme to pervert public education appears in a series of nine volumes, titled *Toward World Understanding*, which presume to instruct kindergarten and elementary

grade teachers in the fine art of preparing our youngsters for the day when their first loyalty will be to a world government. The program is quite specific. The teacher is to begin by eliminating any and all words, phrases, descriptions, pictures, maps, classroom material or teaching methods of a sort causing his pupils to feel or express a particular love for, or loyalty to, their country. Children exhibiting such prejudice as a result of prior home influence, UNESCO calls it the outgrowth of the narrow family spirit, are to be dealt an abundant measure of counter propaganda at the earliest possible age. *Booklet V*, on page 9, advises the teacher that: The kindergarten or infant school has a significant part to play in the child's education. Not only can it correct many of the errors of home training, but it can also prepare the child for membership, at about the age of seven, in a group of his own age and habits the first of many such social identifications that he must achieve on his way to membership in the world society."

[125] Edward Lee Thorndike was trained by the Illuminati in new psychology and pioneered what later became known as "Animal Psychology". Thorndike's primary assumption was that man is an animal, that his actions are actually always reactions, and that he can be studied in the laboratory in much the same way as an animal might be studied. Thorndike equated children with the rats, monkeys, fish, cats and chickens upon which he experimented in his laboratory and was prepared to apply what he found there to learning in the classroom. He extrapolated "laws" from his research into animal behavior which he then applied to the training of teachers, who took what they had learned to every corner of the United States and ran their classrooms, curricula and schools on the basis of this new "educational" psychology.

[126] Speech by Mr. Nelson given at a "Young Parents Alert" education conference on April 28, 1979.

The book *Impact Of Science Upon Society* (1953) by Bertrand Russell calls to mind the extensive use of behavior modification techniques on students, causing them to question and reject traditional values, and preparing them to willingly submit to totalitarian controls: "I think, the subject which will be of most importance politically is mass psychology. Its importance has been enormously increased by the growth of modern methods of propaganda. Of these the press, the cinema and the radio play an increasing part. The most influential is what is called "education". Education should aim at destroying

free will so that after pupils are thus schooled they will be incapable throughout the rest of their lives of thinking or acting otherwise than as their schoolmasters would have wished. Not much can be done unless indoctrination begins before the age of ten. Influences of the home are obstructive; and in order to condition students, verses set to music and repeatedly intoned are very effective. It is for a future scientist to make these maxims precise and discover exactly how much it costs per head to make children believe that snow is black." Russell concluded with a warning: "Although this science will be diligently studied, it will be rigidly confined to the governing class. The populace will not be allowed to know how its convictions were generated. When the technique has been perfected, every government that has been in charge of education for more than one generation will be able to control its subjects securely without the need of armies or policemen."[127]

Many think we are smarter today than our forbears. That's a misconception. Looking at the curriculum of colleges in the late 1880s leaves one astounded by the complexity and number of subjects taught. In those days students studied history and knew all about Napoleon and Alexander the Great. There was no such thing as sheer guesswork, i.e. "multiple choice" questions. Students could answer the questions in their exam papers or they could not. If they did not know them, they were failed and had to stay back to do further study. There were no elective methods to get by what you did not know. Today, they teach our children that there is no need to learn to read and write properly there is no need to excel in education. There is one elective after another, which leaves students uneducated and unprepared for the outside world. Mediocrity is the result, and that is the desired goal of educational reforms, to produce a nation with a mediocre educational level."[128]

Today our children are among the most uneducated in the world. That is the sum of the substance of Illuminati education reform. The once academically successful education system has been transformed into one that's devoted to training children to become compliant human resources to be used by the Illuminati for their own purposes. They will plan your life for you, and unless you comply with their restrictions and regulations, your ability to pursue a career of your own choice will be severely limited.

[127] Bertrand Russell, *The Impact of Science on Society*, New York 1953, 109. [128] Dr. John Coleman, *One World Order: Socialist Dictatorship*, New York 1995, 32.

## Morals and Values

During the 1970s a paradigm shift in school curricula at all levels occurred when schools began awarding student's school credits for courses in civics instead of reading, writing and arithmetic. An epidemic of casual sex and drug use overwhelmed school-aged teens and swept over the entire Western world.

Much of what is going on in the classrooms today seems to be hidden or not noticed at all by the parents. In 2000 the *Scottish Executive* published a list of recommended sex education materials for school children ages five to fourteen years. The list included the publication *Taking Sex Seriously: Practical Sex Education Activities for Young People* (1994), which encouraged children to role-play as closet homosexuals and to discuss sexual activities such as anal fingering and intercourse.

In England, children as young as five are taught about gay lifestyles. Nonstatutory guidance from the *Qualifications and Curriculum Authority*, issued in November 2005, tells teachers to "Discuss with the children what family means... stressing that there are many different kinds of family. It urges teachers to ensure that all types of family are talked about and valued. This could include children with same-sex parents." In *The Primary School Sex and Relationships Education Pack* (2000), children as young as seven are shown a picture of a lesbian couple with children and invited to write a story about them.

A teacher's manual published by Camden & Islington Health Promotion Service shows how to teach gay rights across all teaching curricula. Recommended by same local councils, *Colours of the Rainbow* details how homosexuality can be promoted in English, Art, History and Music, as well as at every key stage of Health education. The pack provides numerous lesson plans and openly advocates promoting its agenda through national curriculum subjects. This was a strategic move, because, although parents have a right to withdraw their children from sex education lessons, they cannot withdraw them from national curriculum.

*Beyond A Phase* is a highly controversial teachers' pack that came to prominence during the repeal of "Section 28". It includes a video for pupils aged thirteen, inviting them to try experimenting with other boys and girls and see who they feel the most comfortable with. It also suggests that teachers require pupils to role-play as homosexuals, bisexuals, transvestites, prostitutes and sado-masochists. One lesson plan makes pupils question their own sexual preferences with questions like:

• In what ways have we been taught to be heterosexual?
• Do you feel you have chosen your sexuality?
• Is sexuality fixed?

The declared war on Western civilization was carefully planned by the Illuminati. In Europe every single "pleasure" was being indulged in. Homosexuality emerged alongside lesbianism to shock and disgust, and it seemed to deliberately affront those who still lingered in the old order. A study of this aberration showed that homosexuality and lesbianism became rampant not out of any inner or latent desires, but as a means to "shocking" the old establishment, with its rigid codes of good order.[129] A noticeable change was sexual encounters coupled with "human rights" claims for lesbians in the most blatantly open form. Special people were selected and trained for this task, probably the best known of many being Ellen Degeneres.[130] Today, under the threadbare guise of civil rights, Western **govern**ments are passing laws to make gay and lesbian marriages legal. Our political leaders, including Christian political parties, seem to forget that our Creator established rules governing marriage. Genesis, the opening book of the Scriptures tells us: "A man will leave his father and his mother and he must stick to his wife and they must become one flesh" (Genesis 2:24). Jesus confirmed that those yoked together in marriage should be "male and female" (Matthew 19-4).

There is an obvious disagreement between people who believe homosexual practice is acceptable and people who believe it is morally wrong. All the six major world religions are opposed to homosexual practice. The Bible is very clear that it is morally wrong.

God commands us: "You must not lie down with a male the same as you lie down with a woman. It is a detestable thing" (Leviticus 18:22).

The well-known Biblical account of Sodom and Gomorrah reveals God's feelings about homosexuality. God declared: "The outcry against Sodom and Gomorrah is so great, and their sin so grave" (Genesis 18:20). The extent of their sinful depravity at that time was apparent when two guests visited the righteous man Lot. "Before they went to bed, the men of Sodom closed in on the house. They called to Lot and said to him, Where are the men who came to your house tonight? Bring them out to us that we may have intimacies with them" (Genesis 19:4-5).

"We know that the law is good, provided that one uses it as law, with the understanding that law is meant not for a righteous person but for the lawless and unruly, the godless and sinful, the unholy and profane, those who kill their fathers or mothers, murderers, the unchaste, practicing homosexuals, kidnappers, liars, perjurers, and whatever else is opposed to sound teaching, according to the glorious gospel of the blessed God, with which I have been entrusted" (1 Timothy 9-11).

"The males likewise gave up natural relations with females and burned with lust for one another. Males did shameful things with males and thus received in their own persons the due penalty for their perversity" (Romans 1:26-27).

"Do you not know that the unjust will not inherit the kingdom of God? Do not be deceived; neither fornicators nor idolaters nor adulterers nor boy prostitutes nor sodomites nor thieves nor the greedy nor drunkards nor slanderers nor robbers will inherit the Kingdom of God" (1 Corinthians 6:9).[131]

[129] Dr. John Coleman, *One World Order: Socialist Dictatorship,* New York 1995, 16.
[130] Dr. John Coleman, *Tavistock Institute of Human Relations: Shaping the Moral, Spiritual, Cultural, Political and Economic Decline of The United States of America,* Hrsg. 1995, 221.

God does not approve of or condone homosexual practices. He also disapproves of people who "consent with those practicing them" (Romans 1:32).

The world has never before seen a greater manifestation of godlessness, injustice and moral degeneration. It appears that mankind has lost every sense of morality. Things do not just "happen". What we are seeing is not accidental, but the outcome of a carefully planned Illuminati program. The Illuminati not only encourage samesex marriage, as mentioned before, they also control the very successful pornographic industry. This industry yields billions of dollars annually while destroying marriages and breaking up homes all over the world. In the last century alone, the numbers of divorces, adulteries and polygamous relationships have increased dramatically. The breakup of marriages, including Christian, Muslim and Jewish marriages, seem like a natural phenomenon that's gotten out of control. In the United States, more Christians than non-Christians are divorcing!

**Eliminating Christianity from the Curriculum**

One of the biggest threats to Christianity is the New Age Movement. The New Age Movement consists of a couple of well-organized international organizations. In the era of globalization and radical free trade, New Age has to contribute to creating a whole new form of society. All old values, moralities and standards, like faith in the Scriptures, the love for the motherland and trust in the family, have to disappear and make room for a soulless world community. The concept of New Age is willfully preached by Freemasonry, which has occupied itself for hundreds of years with the complete annihilation of Christianity. It's very remarkable that the official journal of the Scottish Rite of Freemasonry was once named *New Age*.

Numerous New Age publications argue in favor of the founding of a global political organization with one world leader in charge. The New Age Movement works systematically on the coming of a New World Order, which is based a politically united world where all people and religions are spiritually entrapped.

The New Age doctrine teaches that a human being is capable of saving himself totally on his own power. With New Age, man is no longer an image of God. He needs to set himself free from relatives, family and religion. One of the purposes of the New Age Movement is a huge transformation program, in which all standards and values are revised.
There are close relations between the New Age Movement and the United

Nations. The New Age range of thoughts increasingly is finding more acceptances within the United Nations. The New Age Movement not only has influence over this organization, but it is also tied up with United Nations organs such as UNESCO and UNICEF. The ideas of New Age have gotten deeply ingrained within the political and economic circles, and leaders, of our world. For example, many world leaders consult New Age gurus for assistance in their decision-making dilemmas.

[131] The Greek word translated as boy prostitutes may refer to catamites, i.e. boys or young men who were kept for purposes of prostitution, a practice not uncommon in the Greco-Roman world. In Greek mythology this was the function of Ganymede, the "cupbearer of the gods," whose Latin name was Catamitus. The term translated Sodomites refers to adult males who indulged in homosexual practices with such boys.

Under the disguise of the elimination of religion, the Illuminati have revived the Mystery religions within our schools. Illuminati foundations spend a lot of money on educational programs to proclaim a New Age way of thinking. In schools everywhere children are being indoctrinated with anti-Christian New Age philosophies. Teachers have been instructed to teach the New Order's Spiritual systems of Gnosticism, Humanism and New Age in the school systems for much longer than people realize. Textbooks are being written to promote controllable slaves who have a global view and a syncretic secular or gnostic New Age outlook.

In 1908 Italian educator, Maria Montessori (1870–1952) developed a method of teaching, relying on guidance and training of senses rather than more rigid control of children's activities, which would be very influential throughout the rest of the century. Montessori taught that each child is already a perfectly developed adult human being and that through her educational process "the incarnating child" can find his own place in the cosmos. The North American Montessori Teachers Association (NAMTA) recognizes reincarnation. The Montessori curriculum is New Age. The Montessori Method was published in 1912 with much of the work printed by the Theosophical Publishing House. Maria Montessori had ties to the Theosophical Society and once lived with the Theosophists in India and earned the praise of Mahatma Gandhi with her "Cosmic Education", which was popular with Hindus and Theosophists worldwide. Elizabeth Clare

Prophet, the cultic head of the Church Universal and Triumphant, founded a group called Montessori International, and Robert Muller, the celebrated author of the New Age World Core Curriculum, in a Costa Rica speech claimed that the Montessori Method was one of the educational programs which would greatly benefit global children for the New Age.[132]

In her *Education for a New World,* Montessori wrote that "The world was not created for us to enjoy, but we are created to evolve the cosmos." In an issue of the *North American Montessori Teachers Association Journal* one finds the following revealing comment: "Maria Montessori, along with many other enlightened thinkers of our time, foresaw nothing less than the emergence of a new human culture. This new culture, a global, planetized humanity, would be based on a new consciousness of the unity and interdependence of all being, the interconnectedness of all forms of energy and matter. It is a culture of the present paradigm shift, by which we are beginning to align ourselves to educate the human potential for conscious cooperation with the evolution of life on the planet."[133]

[132] Compare with Charlotte Thomson Iserbyt's book *The Deliberate Dumbing Down of America: A Chronological Paper Trail,* Ravenna 2000.

Many of the modern educational ideas taught in schools today are not even recognized by the general public as being occult. People get very defensive when one explains that psychology, which is considered a science, is based on the occult direction that Freud and Jung gave. Jung is openly recognized by occultists, such as the Rosicrucian's, as having been an illumined mind. Jung was into astrology and got his information from a "spirit guide" (demon).

The Illuminati who gave us "public education" did more than just eliminate Christianity from the curriculum. The Illuminati are not only attempting to influence good Christian upbringing, but they also intend to sever family ties.

Next to the aspiration to control the raising of children, one of the most important goals of Illuminati is the elimination of the family. Dr. Brock Chrisholm, the first general secretary of the World Health Organization (WHO) and member of the Illuminati, confirmed during a meeting: "To

achieve world government, it is necessary to remove from the minds of men their individualism, loyalty to family tradition, national patriotism and religious dogmas." In 1980 Senator Peter Hoagland of Nebraska said the following on a radio broadcast: "People who believe in the Scriptures do not have the right to indoctrinate their children in their religious beliefs, because we, the State, prepare them for the year 2000, when America will be part of one global world society, and their children would simply not fit in." The strategy of the Illuminati can be clearly recognized in this attempt, and that is to liberate man from all religious, parental and familial ties!

The elimination of the family as a sovereign unit and of marriage as an institution are but a few of the most significant aims of the Illuminati. According to the last held international convention of the United Nations concerning the protection of children's rights, parents are no longer permitted to intrinsically influence the mental development of their own children. It is simply no longer allowed that parents punish their children for particular behavior or speech, because they would be imposing their religious beliefs and moral ideas on their children. It is also forbidden for parents to influence their children, in any way, with regard to religion and morality.[134]

[133] *North American Association for Montessori Teachers Journal* (Cleveland Heights, Ohio, 1988, 4th quarter).
[134] Articles 2 and 14 of the United Nations Convention.

## Chapter 14

# Undermining the Faith in Christianity

**"A nation of well-informed men who have been taught to know and prize the rights which God has given them cannot be enslaved."**
*Benjamin Franklin*

It's no secret that Illuminati members support many destructive religious sects and have even formed other sects since the nineteenth century. Without a doubt, there are close ties between the Illuminati and the destructive sects. Everyone who occupies himself thorough research with this theme will, sooner or later, run up against the clans of the Rothschilds, Warburgs and Rockefellers. It's publicly known that these families have provided considerable amounts of money to stimulate the spreading of many destructive sects. Many of these sects only function thanks to continual, enormous financial injections. One of the groups' main purposes is to undermine the Christian faith.

It's all the same to the devil and his demons what kind of sect or wrong track someone supports or follows. The main purpose will always remain to keep people as far away as possible from the true faith. The Jehovah's Witnesses, the Mormons and many others were mainly called into existence to sow discord and divert people from true Christianity. Furthermore, together they represent an influential economic power with millions of followers throughout the entire world, and with that they aim for financial and spiritual independence for every individual.

In 1970 the Rockefellers drew up a scheme to replace the Christian churches in Latin America with movements like the Hare Krishna (a religion created in the USA). The Rockefellers spent large amounts of money to support the spread of Hare Krishna. Also, Chase Manhattan Bank, belonging to the Rockefellers, donated a lot of money to support the spread of Mormonism![135]

The well-known movements of the Associated Bible Students (predecessors of the Jehovah's Witnesses) were called into existence with the money of the Rothschilds, in an effort to promote Zionism. Initially, their assignment was

to make the restructuring of Palestine known, and to make it more attractive to the Jewish people.[136]

Chase Manhattan Bank also loaned a large amount of money to a Korean of Japanese origin, Sun Myung Moon, and leader of the Unification Church (the Moonies). Reverend Moon is a globalist whose "church" aimed to bring Christianity under the control of the Illuminati. He claimed that his Unification Church was to be considered the final unifying piece of Christianity. He regarded himself as the final Messiah, who was going to redeem the "failure" of Jesus Christ. Everyone who becomes a member of the Unification Church belongs to Moon's "true family". It's remarkable that everyone who becomes a member will be given to eat bonbons filled with the blood and sperm of Reverend Moon.[137] The eating of blood and sperm are clear marks of satanic influences.

[135] Manuel Guerra Gomez, *Los Nuevos Movimientos Religiosos*, Pamplona 1993, 119. [136] Robin de Ruiter, *El poder oculto detrás de los testigos de Jehová*, Mexico 2002.

In the field of religion, the Moon sect is just a marginal problem. Reverend Moon is at the head of an organization that occupies itself with political machinations in the highest field. Unfortunately, personalities like the American Presidents Nixon, Reagan, Bush, Clinton and George W. Bush have collaborated with the Moon sect. Elsewhere in the world, the Moon sect has connections with politicians, journalists and others. Examples of such connections include former NATO Secretary General Joseph Luns, who was adviser of Moon's "security council" for eight years. According to the anti-Fascist working group KAFKA, there are all sorts of contacts with Right Populist parties like the Vlaams Blok, the Front National of Le Pen and, in the Netherlands, the Centrum-Democraten. In the past, this last party received subsidies from Moon.[138]

The connections between Moon's sect and the American CIA are remarkable. The contacts go as far back as the Sixties, when the CIA in South Korea built the Korean Central Intelligence Agency (KCIA). Membership to the Unification Church of Moon is accepted as an extra recommendation to obtain a post with the South Korean Secret Service.[139]

The connections between the CIA and the Moon sect became very clear after the Bolivian military coup that took place on July 17, 1980. After the coup, it came to light that the CIA was behind the coup as representatives of Moon's Confederation of the Associations for the Unification of the Societies of Americas (CAUSA). The leader of the Moon sect in Bolivia was the CIA agent Thomas Ward, whose substitute was the Vietnam veteran William Selich. The third man in the CIA team in the Moon sect was Paul Porry, who also tried to organize an armed church in Brazil.[140]

It's known that the Moon sect also played an important part in the secret war of the CIA against Nicaragua. After the U.S. Congress declined financial aid to the Contras, *The Washington Times,* the most important newspaper in the press emporium of the Moon sect, announced that they would raise fourteen million dollars in fundraising.[141] The coordinator of this fundraising event was former United Nations representative Jean Jordan Kirkpatrick.

Sects, multinationals and pharmaceutical companies have all been the instruments behind the worldwide agitating Church of Scientology over the past few decades. Experts continually give warning against this powerful "religious community", which spreads its tentacles from the background throughout the entire world.[142] American writer Frank Hills claimed that Scientology is after conquering the world by whatever means necessary.

[137] *Katholiek Nieuwsblad,* October 20, 2000, 16.

[138] *Katholiek Nieuwsblad,* October 20, 2000, 16.[139] Kunhanandan Nair & Michael Opperskalski, *De CIA moorden in de Derde Wereld,* Weesp 1989, 43.
[140] Kunhanandan Nair & Michael Opperskalski, *De CIA moorden in de Derde Wereld,* Weesp 1989, 44.
[141] Not only *The Washington Post* is in the hands of Reverend Moon; recently the American press agency *UPI* was also taken over by him.

What do we really know about the Curch of Scientology? Its center is a multibillion-dollar empire that is situated in Clearwater, Florida, with the main headquarters in Los Angeles, California. The outward manifestation of the Church is unmistakably one of a tightly regulated and hierarchically-built organization. Although the Los Angeles headquarters determine the Church's policies, the executions of such policies are relegated to regional,

national and local authorities. And even that is surrounded by a web of regulations and control mechanisms.[143] The Church of Scientology is the brainchild of Lafayette Ron Hubbard, an American born in 1911 in Tilden, Nebraska. The scarce facts about his life make it impossible to sketch his portrait in definite terms. What is certain about him is that during his short term at George Washington University, Hubbard did not receive any specialized training. It is also known that he practiced numerous professions. Unknown, however, is how his interest in the functioning of the human mind arose. According to Hubbard it was because he got in touch with the Eastern way of thinking during his younger days.[144]

The cornerstone of The Church of Scientology is based on Hubbards' book, *Dianetics: The Modern Science of Mental Health* (1950). In this book he describes a method that will give people full mental health. In addition to solving problems and reaching daily goals, the ways of Scientology promise gradual growth to lasting happiness. Those that apply themselves to fathoming the possibility of the impossible will eventually reach full awareness and realization of their dreams. The culmination of these conditions of awareness implies an experience of total freedom, in which the individual would be able to control the physical universe of matter, energy, space and time to reach full omniscience over their lives. The awareness of life and death and of its relationship to the universe will become clear because of that full omniscience.

According to Alejandro Frigerio, Scientology expert and professor of sociology at the Catholic University of Buenos Aires, Scientology teaches: "A human being consists of three parts: the body, little more than a machine; the intellect split up into an analytical and a reactive part, that calculates and contains little more than a collection of images; and the thetan, life itself, the soul that breathes new life into the body. The point is that the thetan is above both the body and the intellect. However, what are the limits? How high can he eventually climb? It is the search for the answer to these questions that Scientology started, and the gate to the complete realization of spiritual potential opened itself."[145]

[142] Frank Hills, *Eine Welt des Bösen: Satanismus die ideologische Grundlage der Neuen Weltordnung,* Durach 2000, 193.

[143] Dutch Government Report: Rapport van de Subcommissie Sekten van de Vaste Tweede Kamercommissie voor de Volksgezondheid, 1984, 120-160.
[144] Dutch Government Report: Rapport van de Subcommissie Sekten van de Vaste Tweede Kamercommissie voor de Volksgezondheid, 1984, 120-160.

Approximately four million people worldwide study Scientology. The movement especially aims at bringing the mental legacy of Hubbard out into the broad cultural circles of its members. Movie stars like John Travolta, Tom Cruise and Kirstie Alley are main contributors to the Church of Scientology. Tom Cruise and his then-wife, Nicole Kidman included the teachings of Hubbard in the movie *Eyes Wide Shut*, which also included the satanic practices of the Freemasonry. John Travolta showed his commitment in one of his movies by dedicating it to the spiritualistic science of the Church of Scientology.

Frank Hills mentions in his book *Eine welt des Bösen* (A World of Evil) that Scientology has at its disposal its own secret service, which takes action against critics. According to Hills the movement even has a budget for attacks against opponents of Scientology. Hubbard's code of honor is: "Never be afraid of calling someone to order using violence." Scientology even threatens its opponents publicly: "He who criticizes us will wish he never talked about us."[146]

In Germany, Renate Hartwig is a bitter opponent of Scientology and claims that "The Scientology movement has members and sympathizers everywhere; in political parties, in government positions, in courts of law and with the police. Scientology is absolutely not a free-floating, innocent fringe group of fools! This pseudosect makes rabid profits and captivates more and more people. People don't realize it until after they have joined the Scientology Church: suddenly they lose their job or go bankrupt or end up in a mental crisis, et cetera. I don't wish on our country that it wakes up in the morning and discovers what it means to be clear. Clear Germany is the publicly declared purpose of the Scientology movement, which means as much as "Take over the power." Whoever sneers about this has to go and talk to people to whom this assumption of power is already a fact. My charge reads in short: the Scientology movement is a movement which is tolerated by the state and can't be legally charged; it consists of the terror of the media, prominent individuals, artists and politicians."[147]

There is concrete evidence for a connection between the founder of Scientology and secret occult lodges. Robert Anton Wilson, co-author of the book *Neuropolitics* (1977) by Timothy Leary, declared that Hubbard's system is, for the larger part, derived from Aleister Crowley: "Hubbard was a member of Crowley's Ordo Templi Orientis in the Forties, and there he learned a lot, including some teachings that he implemented into his book *Dianetics*. Following Crowley's death, Hubbard took over the leadership of the Ordo Templi Orientis."[148] Frank Hills writes about that: "In 1944 Hubbard was initiated by Aleister Crowley in the Ordo Templi Orientis. After Aleister Crowley's death the home base of the Ordo Templi Orientis was with the Church of Scientology."[149]

[145] Alejandro Frigerio, *Scientology en moderne definities van religie in de sociale wetenschappen*, Buenos Aires, Argentina 1999.
[146] Frank Hills, *Eine Welt des Bösen: Satanismus die ideologische Grundlage der Neuen Weltordnung*, Durach 2000, 195.
[147] Renate Hartwig, *Scientology: Ich klage an*, Augsburg 1994, 14.
[148] Robert Anton Wilson, *Conspiracy Digest 3.1* (1978).

The Mormon Church in Salt Lake City, Utah, is also called the Church of Jesus Christ of Latter Day Saints. Joseph Smith junior, founder of the Mormons, joined Freemasonry early on in his life.[150] He was formerly initiated into the town of Sight on March 15, 1842. The next day he was admitted to the thirty-third Degree of the Scottish Rite. Since then, the Mormon Church has developed itself into a secret brotherhood that shares the same symbols as Freemasonry. Also for the Mormons, as with the Freemasons, the same horrible punishments imposed on those that betray the sect are applied. In the Mormon temples, one can clearly find the same symbols as those used by Freemasonry: the triangle, the protractor, the circle, etc. In the name of true Christianity Joseph Smith introduced the pagan mysteries of Freemasonry in his "Church"![151]

Upon further research one finds that the Mormon movement has always meddled in witchcraft and magic. Many former witches that switched to Mormonism have recognized the many similarities with the Church's initiation rituals and other practices. Dr. Reed Durham was president of the Mormon History Association and declared, in 1974, that Joseph Smith junior

was guilty of the most secret, occult and esoteric science that exists. Dr. Durham got hold of a magical Freemason medallion (Jupiter Talisman) once belonging to Joseph Smith. Smith was obsessed with this medallion. He worked his entire life with this medallion and wore it when he died as a martyr. The Talisman was used to call upon the intelligence of "heaven" and to support its bearer in all his deeds. The Smith family is still in possession of some magical objects, amongst which are three magical parchments, a Freemasonry medallion, another talisman, a magical pouch, a magical pocketbook and a healing amulet.

A guest of the Smith family, in 1830, resulted in the following commentary: "We heard Joseph Smith senior tell that he believed firmly in witchcraft and supernatural powers. He has initiated his entire family in this religion."[152] The highest Druid in the United States gave his pupil, William Schnoebelen, advice to join the Mormon Church and take part in the temple rituals if he wanted to reach the highest grade of white magic.
Satanism is prevalent within the Mormon Church. Glenn L. Pace, Second Counsellor in the Presiding Bishopric of the Mormon Church wrote, in a secret letter, that the Mormons had been accused of Satanic ritual abuse. This ritual abuse took place in several churches and temples. Mentions of ritual abuse came from Utah, Idaho, Mexico, California and other places.[153]

[149] Frank Hills, *Eine Welt des Bösen - Satanismus die ideologische Grundlage der Neuen Weltordnung*, Durlach 2000, 195.
[150] Fritz Springmeier, *The Watchtower & the Masons*, Lincoln 1991, 162. In his book *Be Wise as Serpents*, Lincoln 1991, Springmeier claims that all Mormon leaders were (and still are) Freemasons of the Highest Degree.
[151]Ed Decker und Dave Hunt, *Los Fabricantes de Dioses*, Minneapolis 1993, 88.
[152] William Schnoebelen & James R. Spencer, *Mormonism's Temple of Doom*, Idaho Falls 1987, 11. William Schnoebelen was a Satanic priest before he devoted his life to Christ.

The roots of the Mormons lie closer to Satanism than they do to Christianity! One of the most important Satanic rituals is the "sealing". Everything in this religion is sealed. When one thoroughly studies the many cultures and religions that practice Satanic rituals, it will be impossible for him not to

recognize Satanism in Mormon practices. Just like with Satanism, Mormons are "sealed" with each other during "temple" marriages. In past times, Mormon men were sealed with several women in one marriage. These sealings strongly resemble the ones within witchcraft. With witchcraft, sealing is referred to as "manifesto". A family member of Joseph Smith junior was a victim of Satanic ritual abuse himself and admitted that the Smith family descends from a Satanic bloodline.

The first tracing of Mormon existence dates back approximately 200 years, when the first immigrants settled in New England. The Smiths, the Goddards, the Richards, the Youngs and the Kimballs all belonged to one family. These families played an important role in setting the foundation of Mormonism. They were the center of the early Mormon Church and moved together from Connecticut to Vermont and eventually settled in Palmyra (near New York). They were related to each other and claimed they are descent of one of the Israelite tribes. During their stay in Vermont, members of these families founded a religious brotherhood, which was called the Fraternity of Rodmen. This brotherhood strived for "the true religion" that would rule over the American continent. Oddly enough, this fact has never been connected with the earlier Mormons.

The Mormons have the largest computer in the world, which is situated in a large underground nuclear air-raid shelter in Salt Lake City. This computer not only contains the complete genealogy of Mormons, but also includes the genealogies of most of earth's inhabitants. No trouble was spared into looking through municipal files for the genealogy of every one of us. Most of the documentation that exists is photographed and systematically filed in this computer. In reality, all this information is needed for the creation of the New World Order.

Behind the scenes, close relations between the sects include lawyers collaborating and informing each other on legal disputes in which the sect is involved. In the French magazine *Le Point* a sizable chain of clearly outlined and documented relationships between the sects was demonstrated. In the magazine, a meeting between representatives of different sects active in France and other countries was described. The subject of this meeting was the founding of a common offensive organ, with powerful leadership that will be responsible for suppressing and financially ruining all those who

want to unmask and speak out against destructive sects and cults. In October 1992 that organ was called into being. This "cartel" of sects was named Firephim, the French abbreviation for Federation of Religious and Philosophical of Minorities. The President of Firephim is Mrs. Gounord of the Scientology Church, the treasurer is the French leader of the Moon sect, Bernard Mitjaville, and general secretary is the Raelian, Jacques Aizac. The following sects are part of this group: Scientology, the Unification Church (the Moonies), the Raelians (a UFO/sex cult), Celtic Druids, some Satanic sects, Transcendent Meditation, the Memphis and Misraïm rites of Freemasonry, Wicca Occidental, former Children of God, Baha'i and the Jehovah's Witnesses.[154]

[153] Secret internal report from the Presiding Bishopric of the LDS Church, October 25,
1991.
[154] Infolink: *Das Kartell der Sekten*, November 1996, 215. See also "Report of the Wellspring Retreat and Resource Center for Post-Cult Rehabilitation" in the *Wellspring Messenger* of July/August 1994.

## Chapter 15

# One Humanist Religion

**"None are more hopelessly enslaved than those who falsely believe they are free."** *Johann Wolfgang von Goethe*

At the beginning of the past century the Illuminati published an incessant flood of books with which they tried to manipulate the thoughts and will of the masses to convince them of the necessity of a world government. The Second World War provided the Illuminati with the best and clearest argument for the propagated foundation of a unique world government: "If there was only one state in this world it would be impossible for separate states to enter into war."

In the autumn of 1940 a small and inconspicuous book appeared both in the United States and Canada with the very appealing title *The City of Man: A Declaration on World Democracy*. This publication was coordinated by Bertrand Russell's top American agent and later CCF collaborator, University of Chicago President Robert Maynard Hutchins. The Executive Committee included William Yandell Elliott and Herbert Agar. Other signers were Frank Aydelotte, G.A. Borgese, Hermann Broch, Van Wyck Brooks, Ada L. Comstock, Dorothy CanfieldFisher, Christian Gauss, Oscar Jaszi, Alvin Johnson, Hans Kohn, Thomas Mann, Lewis Mumford, William Allan Neilson, Gaetano Salvemini and Reinhold Niebuhr.

The book had three editions published within three months. In the United States, *City of Man* was published by *The Viking Press,* New York, and is an editorial that is part of the Rockefeller "empire". With an apparent interest in rapidly spreading the *Declaration on World Democracy* worldwide, the book was given as a present to all major libraries in the United States, Canada and Europe.[155] But just as rapidly, the book no longer was available "anywhere". Not a single copy was for sale nor did any of the libraries lend it out. Whoever enquired about the book was told that the title was either no longer available, or that it could not be found.

Not every publisher is able to completely retract a title that has been published in several editions and spread over all American and European

libraries or issue a secret and effective loan prohibition of *all* copies of the book. The exact reason for the disappearance of this widely published book will probably never be clear.

Among other things *The City of Man* claims: "This New Order requires a reshaping of family, educational association, neighborhood and church under the direction of a new religion… the universal religion of Democracy." *The City of Man* charges that all existing churches have "meddled in the anarchy of the nations and bowed to the powers that be," and that "therefore the hour has struck when we must know that limits are set by the religion of freedom, which is Democracy, to the freedom of worship."[156] *The City of Man* is nothing more and nothing less than the revealing as far as the public is allowed to know of the age-old Illuminati plans. This plan contains five main points that, if possible, have to all be realized at the same time:

[155] The copy that I could use came into my possession after a lot of effort. The library of the State University of Groningen (Netherlands) possesses one copy of the book.

1. A "One World State" should arise that will contain the entire world.
2. This will prevent possible wars. All economic and social problems will be solved as fairly as possible. Democracy will be the just and only government form.
3. At the same time, democracy will be the sole and general world religion. Humanity will continue to develop; the ideal man is the ultimate goal of existence: man will be god.
4. All existing religions should be integrated into one humanist religion. Religions that refuse to comply with this, because they hold on to their inflexible dogmas, will be prohibited because they form a threat to Democracy as well as to the development and well being of mankind.
5. Worldwide Humanism can only be achieved through a drastic Americanization of this world. Founding a World state should be initiated by the United States.

Without a doubt, *The City of Man* contains, more or less, the complete program for an approaching realization of the ultimate goal of the Illuminati. Among other things, this goal is to cause the fall of Christianity and other religions. The authors of *The City of Man* ultimately strove for a worldwide

monopoly for "Humanism" as a world religion. Humanism is the religion of the Freemasons, and the worldwide spread of it is the emphatic goal of the Illuminati.[157]

*The City of Man* craftily tries to hide its true intentions. At first sight it gives the impression that the authors are concerned about the recovery and maintenance of world peace: "This world peace can only be guaranteed if all separate states and kingdoms are combined into a One World Empire. This World Empire can only exist by the grace of one common persuasion for all humanity. That persuasion should be the religion of the Democracy. Apparantly, such a world religion is a necessary condition through which the building and stabilization of a World Empire and world peace can be realized. This World Empire should guarantee that nobody on earth supports a religion other than Democracy (i.e. Humanism)."

To speak in the words of the Bible book *Revelations*: "He [the beast, Satan] was given power to make war against the saints and to conquer them. And he was given authority over every tribe, people, language and nation. And all that live on the earth shall worship the beast" (Revelation 13:7). And with that we have come to one of the most important parts of this book: the beliefs of the Illuminati.

[156] These ideas, if not the verbatim words, came from the pages of H.G. Wells's *The Open Conspiracy* (1928) and Russell's *The Future of Science* (1931).
[157] The planned "World Religion" will be imposed and implemented with brutal violence by the World Government.

# Chapter 16

# Religious Practices of the Elite

**"No one will enter the New World Order unless he or she will make a pledge to worship Lucifer. No one will enter the New Age unless he will take a Luciferian Initiation."** *David Spangler, Director of Planetary Initiative, United Nations*

Do you believe in the existence of the devil? Or do you think that the devil is a product of superstition and human fantasy? Does a personified evil spirit that calls himself Lucifer really exist? If you don't believe in the existence of the devil, it might surprise you that the Illuminati families of this world do. The members of these exclusive family dynasties belong to the leading Satanists of the world. They consider Lucifer to be their only and true god.

From the beginning of the world until now, the basic doctrine of Satanic religion has been the conviction that one day Lucifer will openly rule this world. As long as we do not understand this dogma, we shall never understand why the Illuminati are trying to move humanity towards a world dictatorship. As long as our global elite considers the devil to be their god and believes that Lucifer's ultimate goal is establishing a dictatorial world power, everybody on earth will experience the daily consequences of this.

The Illuminati have copied the anti-ethical philosophy of the secret religions that distort everything the Bible teaches and, therefore, turn Lucifer into God and God into Lucifer! In the *Instructions* that Albert Pike, Freemason of the thirty-third Degree and one of the highest leaders of the Illuminati in the United States, presented before the twenty-third Highest World Council on July 4, 1889, one can read the following:

"To you, Sovereign Grand Inspectors General of the thirty-third Degree; we say this, that you may repeat it to the Brethren of the thirty-second, the thirty-first and the thirtieth Degrees, The Masonic religion should be, by all of us initiates of the high Degrees, maintained in the purity of the Luciferian doctrine.
If Lucifer were not God, would Adonay, the God of the Christians, whose deeds prove his cruelty, perfidy, and hatred of man, barbarism and repulsion

for science, would Adonay and his priests, calumniate him?
Yes, Lucifer is God, and unfortunately Adonay is also God. For the eternal law is that there is no light without shade, no beauty without ugliness, no white without black, for the absolute can only exist as two Gods: darkness being necessary to light to serve as its foil as the pedestal is necessary to the statue, and the brake to the locomotive.

In analogical and universal dynamics one can only lean on that which will resist. Thus the universe is balanced by two forces which maintain its equilibrium, the force of attraction and that of repulsion. These two forces exist in physics, philosophy and religion. And the scientific reality of the divine dualism is demonstrated by the phenomenon of polarity and by the universal law of sympathies and antipathies. That is why the intelligent disciples of Zoroaster, as well as, after them, the Gnostics, the Manicheans and the Templars have admitted, as the only logical metaphysical conception, the system of the divine principles fighting eternally, and one cannot believe the one inferior in power to the other.

Thus, the doctrine of Satanism is a heresy; and the true and pure philosophic religion is the belief in Lucifer, the equal of Adonay; but Lucifer, God of Light and God of Good, is struggling for humanity against Adonay, the God of Darkness and Evil."

Officially Albert Pike was a general that fought on the side of the southern states during the American Civil War. Originally, he was a journalist and a field officer in the state of Arkansas. In 1859, he took his role as a High Commander of the highest Degree of the southern jurisdiction of the Scottish Rite in North America. Pike was a genius of evil. He was very talented, but he only used his talents to serve evil. He officially converted to Satanism and practiced black magic and all forms of sorcery. Morever, Pike was the founder of the Palladic Rite, a Satanic organization that controls spiritual Freemasonry and should be seen as the moving force behind the fast growing New Age Movement. His theological teachings can be found in his instructions, which he presented before the Highest World Council on July 4, 1889.

The true Luciferianism of the "Satanic Hierarchy" is without a doubt the most secret religion in the world! The knowledge of a single member of the

Illuminati about the Satanic Hierarchy depends on the group that he is a part of and his position within that group. Most of the time single members are given just enough knowledge to be able to function adequately in their own place and position.

The most powerful families within the Illuminati secretly control all Satanic cults and sects, usually indicated as level four and five of Satanism. The lowest levels are for the recruits: the beginners, servants and vassals in Satan's army, if one can call it that. These Satanists are no Illuminati, but are on a much lower level of the devil's hierarchy than the lowest Illuminati. Many followers of the Satanist community spend their life as Satanists without saying a single word to anyone about their part in this devilish conspiracy. The Illuminati consider it a golden rule to obtain a position with standing and respect within society, to conceal their true identity. All leading Illuminati have at least one cover, which they wear in the life they lead in public view of the world. For instance, they can be city mayors, company presidents or even Christian evangelists or preachers. To the Illuminati, the main goal of such a cover is to pose as somebody with standing, or at least as somebody with enough power to block all critics.

There are many dangerous and harmful Satanic circles and groups that are all part of Satan's kingdom. One of these groups is the Nosferatic Priesthood, a Satanic group of vampires. One of the inauguration rituals is the joint drinking of human blood! Drinking human blood is not uncommon among Satanists and many devil worshippers actually depend on it. They sacrifice people that have been scared to death; such people (in distress) produce large amounts of endorphins in their blood. This substance produces an indescribable sense of pleasure within a Satanist when he drinks the blood of his victim. devil worshippers become addicted to it within a very short time, and they become dependent on the blood of deathly scared people.[158]

Another dangerous Satanic group is formed by the Order of the Werewolf. The members of this order believe that only the most brutal and strongest people survive. The philosophy of these Satanists is a rough interpretation of the Satanic bible of Anton LaVey. The followers of LaVey try to give Satanism a good name in every possible way. Although LaVey already was familiar with occult practices before 1960, he founded his "church", Satan's church, in 1966. Two of the most famous members of this church were Jane

Mansfield and Marilyn Monroe. The latter took part in LaVey's Satanic rituals before the official founding of Satan's church.

The leading Satanists and their followers really are experts of Satanist power in other words; they strive to obtain worldly power and influence through occult rituals. There are indications that Satanists worship the devil in the most gruesome way one can imagine in order to satisfy him and his demons. According to witness declarations, these rituals consist of raping young virgins, taking part in sexual orgies, unnatural offences, and taking part in bloody animal and human sacrifices.

Most of the time when a baby will be sacrificed, it is brought alive to the altar and ritually slaughtered and its blood drunk. It is said that the blood of an innocent child provides Satanists with immense vitality. Aleister Crowley, prominent member of the Misraïm Rite and one of the founders of the modern Satan cult, wrote in his book *The Book of Law*: "The best sacrifice with which one can achieve virtually any goal is a male child of absolute innocence and great intelligence."[159]

In almost all cases, small children are forced to witness the rituals and are trained to execute the rituals later on. Furthermore, these children are repeatedly abused in various ways. They often have to take certain positions; things are put in their bodies, they are served "special drinks" and sometimes are rubbed with dirt and feces.[160]

[158] Fritz Springmeier, *Be Wise as Serpents (special pre-publication)*, Lincoln 1991,
434.
[159] Edward Alexander Crowley was born in 1875 as the son of a beer brewer. His family belonged to the Christian Plymouth sect. Crowley wanted to "become rich without doing much". He chose his friends on the basis of three criteria: power, sex and money. Crowley organized Satanic orgies surrounded with magic and sexual rituals, mostly under the influence of drugs. He was a convincing actor and black magician that built his entire life with tricks, deceit and manipulation, and mercilessly caused the ruin of many people. In 1942 Crowley founded the Lucifer Fund and gave himself with pride the name of: The Beast 666. His life ended pitiful; poor, lonely and addicted to heroin and cocaine.

A member of the Franciscan Order and author of the document *Secrets from the Vatican Library* writes that every child under thirteen without sexual experience is eligible for abuse during Satanic rituals. According to the writer, these young children are abused sexually. Boys are sodomized and girls vaginally raped. The Satanists continue their abuse until the child is dying, and then he or she is cut into pieces and eaten by the ritual participants. Such Satanic rituals sound so unbelievable to many people that many believe it cannot be true. That is why many that have turned their back on Satanism are afraid to come out with their story. The media often portrays them as storytellers.

A Black Prince (a black Satanic magician) estimated that in the United States alone, between 40,000 and 60,000 people are sacrificed annually during Satanic rituals.[161] At secret locations, there are "human farms" where babies aged eleven days to four months are kept. These babies serve as blood-sacrifices during Satanic rituals. Furthermore, there are surrogate mothers within the worldwide Satanic network that bring children into this world especially for such rituals.

Many day-care centers in the state of California are investigated thoroughly every year under suspicions that these institutions abuse the children they have been entrusted with in Satanic rituals. In the Los Angeles metropolitan area alone, more than 800 claims of ritual abuses have been filed. These claims were linked to sixty-four schools and day-care centers in twenty-seven different districts.[162]

In 1996 it was discovered, in Belgium, that an unknown number of children had been abducted from orphanages and foster families. These children were under the supervision of the judicial power! Even juvenile court magistrates acted as suppliers of victims! When the investigation of these children became full-fledged, influential politicians and members of the judiciary did everything to sabotage the investigation.[163] The press only mentioned that the case was related to Pedophile activities and child sex. The link with Satanic activities was kept from the public.

Satanists all over the world abduct children to abuse and ultimately kill them in bloody rituals. Michael McArthur resigned from the world of Satanism and made very important information public. As a former insider he

reported, at great length, about the secret operations of Satanists in child abductions for Satanic sacrifices to Satan at bloody rituals. Satanists keep exact calendar days on which they abduct children, perform sex and blood rituals and sacrifices to demons or Satan.

[160] *Religie Nu,* issue 1, 1998, 10.
[161] Interview with a Black Prince, Dr. Al Carlisle, *Satan's Underground,* Stattford
1990, 144.
[162] Fritz Springmeier, *Be Wise as Serpents (special pre-publication),* Lincoln 1991,
173.
[163] *Privé,* September 7, 1996.

## SATANIC RITUAL AGENDA

This is a compilation of six different versions of Satanic ritual abuse calendars.

Jan. 1 New Years Day
Jan. 7 St. Winebald Day
Jan. 17 Satanic Revels
Jan. 20 St. Agnes Eve
Jan. 26 Grand Climax
Feb. 2 Candlemas
Feb. 25 St. Walpurgis Day
March 1 St. Eichatadt Day
March 20 Equinox Feast
March 24 Satanic Revels
April 19-24 Blood Host
April 24 St. Mark Eve
April 25 Grand Climax
April 26-30 Holy Days for Beltaine April 30 Walpurgis Night or May Eve May 1 Walpurgis or May Day June 21 Solstice Feast
June 23 Midsummer's Eve
July 1 Demon Revels
July 20-24 July Feast
July 25 St. James Day
July 27 Grand Climax
July 31 Lammas / Harves
Aug. 3 Satanic Revels
Aug. 24 St. Bartholomew Day Sept. 7 Marriage to the Beast Sept. 20 Midnight Host
Sept. 22 Equinox Feast Day
Oct. 23-30 October Feast

Oct. 29-31 All Hallows
Nov. 1 Halloween
Nov. 4 Satanic Revels
Nov. 11 All Hallows Eve
Dec. 16-23 December Feast
Dec. 21 St. Thomas Day
Dec. 22 Solistic Feast Day
Dec. 24 High Grand Climax
Druid feast day, blood rituals
Blood rituals
Sex rituals
Kidnapping and preparation
Human sacrifice
One of the witches Sabbath
Blood rituals and animal sacrifice Blood rituals, demon homage
Sabbath, sex and blood rituals
Sixteen year old bride of Satan ritual Kidnapping and preparation
Child sacrifice
Female or child sacrifice
Human sacrifices
Blood rituals and witches Sabbath Blood ritual and fire festival
Animal or human sacrifice
Special times for the practice of magic Blood ritual and sex with demons Kidnapping and preparation
Child sacrifice
Human female sacrifice
Animal or human sacrifice
Sex rituals
Great Sabbath, fire festival
Sex rituals (female under twenty-one) Hands of glory and blood ritual Sex ritual
The dead return to earth this night Kidnapping and blood rituals
Sex rituals and child sacrifice
Sex rituals and child sacrifice
The ancient date
Kidnapping, preparation, sacrifice Fire festival, Great Sabbath
Sex ritual and burial ritual
Blood ritual

The Sabbath, from sunset Friday to sunset Saturday is also observed. Astronomical events like full moons and eclipses are also causes for celebration. Many survivors are also affected one to two weeks prior to the celebration of any major ritual as this is the time for preparation rituals leading up to a major event.

It is highly unlikely that any one Satanic Ritual Abuse (SRA) survivor would have been abused on all the above dates. However, most "SRA" survivors, irregardless of the group they belonged to, were abused on the following dates: April 26, May 1, June 21, October 31 and December 22 and 24.

In addition to the above dates, the following very important dates should also be added:
**THE YEAR 2010**

**Fourteenth**
**Feast of the Beast**
Yearlong celebration, occurs every twenty-eight years

**Good Friday**
Passion, mock crucifixion, male sacrifice only **Holy Saturday**
Male or female sacrifice
**Easter**
Male, female, adult or child sacrificed, followed by three days of chanting
**The Survivor's Birthday**
The highest of all days for that individual

# Chapter 17

# The Great White Brotherhood

**"If you want to raise the ultimate kind of power within Satanism you sacrifice someone. In the highest levels of Satanism they believe the best way to raise your energy is by murdering something, either an animal or a person. With a human being there's an enormous amount of energy released."** *Bill Schnoebelen*

The most powerful Illuminati bloodlines lead the Satanic Hierarchy and are part of Satan's Kingdom. Each of these bloodlines have demonic princes, just like the "man and demon" Prince of Persia in the Bible. The following overview has been composed by former Illuminati members.

**Male Part**
Royal Ipsimus
Council of the Grand Druids
Higher Masters
Pentacle Servants Regular Witchcraft Circle
(Under the leadership of a Priest)

**Female Part**
Queen of Darkness
Grande Mother of Darkness (13 degrees)
Sisters of the Light (9 degrees)
Matriarch Regular Witchcraft Circle

(Under the leadership of a Priestess) [164]

Within organized Satanism, at the highest level of the Illuminati structure, at the top of the pyramid and above the "Royal Ipsimus", we find The Great White Brotherhood. Few people are aware of the existence of this organization because The Great White Lodge of The Great White Brotherhood is not a visible organization. Its members do not gather for meetings nor do they have a temple of their own. The structures within The Great White Brotherhood are actually very simple. Satan is the Deputy Grandmaster of the Great White Lodge, with other spiritual members being demons. Both Satan and his demons are in constant telepathic contact with

the few visible (human) leaders of the Brotherhood. Introduction to The Great White Brotherhood takes place through a Cosmic Initiation.

[164] A witchcraft circle is part of the lowest level of organized Satanism (comparable to a unit of the army) and consists of thirteen witches with a priest or priestess as "officer".

Potential candidates are recruited in different ways. Members of the Brotherhood meet a certain person who they believe has the personality that makes him or her suitable for the lifestyle within the Brotherhood. The new victim is not addressed directly. First, the candidacy of this new member is discussed with the Grandmaster of the highest Degree who will have him tailed.[165] A thorough background check is carried out, with all the habits, preferences, strengths and weaknesses of the candidate meticulously mapped out.



**Courtesy of Fritz Springmeier**

When sufficient information concerning the life of a potential new member has been collected, and when it is determined that he is easily influenced, the Masters will order a detailed plan to be drawn up to bring the potential candidate into contact with the Brotherhood. This sophisticated approach usually works perfectly. The Brotherhood takes the initiative, and all the prospective new members have to do is take the bait. Often, they have no idea that a fine net is being spun around them.

The first real contact takes place in such a way as to ensure that the meeting makes an overwhelming impression on the new candidate. When the Brotherhood decides to add a new member to its organization, the action has to succeed. A person informed of the existence of the Brotherhood that decides not to become a member usually places his life in danger. People

who have been marked as untrustworthy almost certainly risk losing their lives. In this regard, the Brother

[165] The Grandmaster of the high Degree is called the "Master of the Chair". He possesses the highest degree of power.

hood's motto is: "It is better to have a reliable member end the life of a hazy suspect than to be exposed by an unreliable member." Executions ordered by the Brotherhood will only be carried out when there is a guarantee that the act will not be discovered.

When the candidate has been dazzled by the Brotherhood and has declared a willingness to be initiated into the teachings of the Brotherhood, there is no going back. At least six Masters and one of the higher Masters are present at the acceptance ceremony. The light is dimmed, candles and oil lamps are lit, and incense is burned. The leading Master pronounces the oath, repeating it six times while looking into the eyes of those present. It is important to look into each other's eyes when pronouncing the oath. Like with the Rosicrucian Brotherhood, the Freemasons and other occult societies, the candidate is connected to a demon through hypnosis during the ceremony.[166]

The text of the oath is as follows: "I swear on my life and my soul never to reveal that which fate lets me encounter on this night. Should I, my friend, break this holy oath, I hereby officially grant permission to annul my life and my soul."

After that, all seven who are present pronounce the oath six times. They do so solemnly and with great emphasis. During the "test," which comes next, a phenomenon called the transfiguration occurs. The demon literally takes possession of the spirit of the newcomer. In addition to dreams and astral projections, a kind of fata morgana can also transmit visions.

Before the test takes place, the candidate is told that he has been chosen by providence to possess special powers. These powers will be transmitted to him through another human being. The way this is done is secret and the candidate has to swear never to reveal that secret. After the candidate once again swears on his life never to reveal the knowledge he will receive, the Grandmaster and the other Masters present tell him about rituals from the

Incas and the Celtic Druids. He is not told how these rituals were carried out in practice; he is only told that they exist and that they involve natural processes. The candidate is told which priests were authorized to transmit which powers, and that these secret techniques are only passed on to a handful of the chosen. For thousands of years these practices have been carried out in secret, and it has to stay that way for all eternity. The Incas were masters in transmitting special powers, and the candidate is told that he is about to experience how they did it.

One of the most powerful Grandmasters within the Illuminati, in his book *334 Pro Mille Lies*, writes the following about his first test and initiation: "Present in the room were a woman, five Masters and a Grandmaster. Before the test commenced, one of them suggested we eat something first. The woman asked those present what kind of pizza they wanted, and she ordered them by telephone from a pizzeria nearby. When she had put down the telephone, she left the house. At the time, I had no idea what this behavior meant. After a while the woman returned, bringing a young man who carried a pile of boxes from which the delicious smell of pizza emanated. We were all very hungry. The Grandmaster asked the pizza delivery boy to sit down while he fetched the money. The boy was offered a large glass of soda, which he emptied in just a few big gulps. The pizzas were put on plates and cut. The young man fell into a deep sleep. I was very worried. Had they poisoned him? The Grandmaster assured me that the pizza delivery boy had only been sedated. He suggested we eat first, and we ate our pizzas. After we finished, we cleaned up. Then we put on white, nightgown-like robes and brought the pizza delivery boy to the basement. The Masters tied him to a metal rack that was placed in the center of the basement room. They attached leather cuffs to his wrists and tied him so tightly that he appeared to be crucified to the metal rack. By then he had regained consciousness. We sat in a circle around him. The Grandmaster told me the pizza delivery boy belonged to me and that I could withdraw as much energy from him as I wanted. He then handed me a large knife and made an inviting gesture towards the restrained boy. I understood."[167]

[166] With Satanic rituals, initiations and ritual murders, hypnosis and witchcraft are used.

Next, the anonymous author describes how he murdered the pizza delivery boy in a gruesome way. The torture and bloodshed, which are described in detail, are absolutely unfit for reading. Too shocking and bloodcurdling to quote, we have chosen to skip the recounting of the bloodletting and will continue with the author's description of the end of the ritual:

"I acted as if in a trance. Suddenly I was interrupted by one of the patient onlookers, who jumped up and pulled the knife from my hand. He used the knife to make a deep cut in the dying young man's upper belly. He grabbed my wrists and pushed my hands into the hot and bleeding wound. The ecstasy reached an unknown peak when I took the beating heart of the living man and yanked it from his body. I sunk my teeth into it and became one with the heart that was still warm. After I had eaten a part of my victim's still beating heart, the others led me from the room, like a sleepwalker."

After the author had showered, the Grandmaster told him that the boy's body could not remain in the basement. He was told that one of the people also present at the ritual had to show him how to get rid of it. Meanwhile, the woman and another Master made sure that the boy's car would be made to disappear in such a way that the victim could not be tied to the delivery address. The author continued:

"With the appointed Master I went again into the basement. The scene I saw there was horrible. What I had done was beyond the comprehension of a normal human being. Hanging from the metal rack was a monstrous corpse. There was blood everywhere, and there were severed fingers and toes. They were the remains of what once had been a strong and vital young man whose future had ended so suddenly. His suffering must have been immeasurable. However, he had found peace now, and I had his heart. This person and his strength lived on in me."

[167] Anonymous, *334‰ Lüge: Die Offenbarung des Hohen Meister von Stuhl,* Frankfurt 2002, 75.

A little later into the reading, the author claimed: "My comrades fetched two electric knives and a hacksaw. Carefully, we dissected what remained of the body. The flesh was removed from the bones and put through a meat grinder. We sawed the bones into pieces and threw them into an electrical grinder. It

was timeconsuming and tiring work destroying the entire body. Only the cleaned skull, from which all flesh had been removed and which had been boiled, was left.[168] We were going to need that, the Grandmaster said."[169]

A new initiate is taught the principles of mystical knowledge. In this phase of his life he gets to know the dark forces lurking deep within his own psyche. After a period of apprenticeship he can, via a test, move up the ranks to Master. As a Master, he begins to associate himself with important persons from the world of politics and economics. He also associates himself with other Lodges and Orders.

After he becomes a Master, he can move up within the hierarchy to reach the level of Grandmaster of the Chair (highest Degree). A condition of this promotion, however, is that the simple Master, with the help of demons, hypnotizes and tries to kill a Grandmaster of the highest Degree. One of them has to die! During this special ritual several human witnesses are present.[170]

A Grandmaster of the Chair can never occupy an official position, nor will he ever be able to manage a multinational company. The reason for this is that visible leaders have to leave their position from time to time, when they are demanded to do so by a majority of the population. In other words, the visible leaders of this world come and go, whereas the invisible leaders controlling them are always the same.

[168] To this day, the murder has not been solved.
[169] The skull is kept and used during rituals, like with other occult societies, for instance the Skull and Bones.
[170] In Europe there are nearly 300 Masters of the highest Degree.

## Chapter 18

# One World Leader

**"Before the last judgment and the end of all things, Jesus Christ will be revealed mightily, and will make bare his holy Arm in the confusion of the Antichrist."** *George Gillespie*

A lot has been written about the Illuminati and their plan to change the whole of humanity into a worldwide slave state. There are only a few people that know about the importance of "bloodlines" within the higher circles of the Illuminati. To understand and expose the Illuminati, it is very important to know the significance of the Illuminati bloodlines. An understanding of these bloodlines opens up a whole new understanding of history. It is the key to understand history.

According to the Illuminati, the magic occult power of a human being is stored in the blood. If someone does not have the right occult power in his blood, he will never make his way into the leading Illuminati families.

The Illuminati explore and accumulate their bloodlines. They seek to capture the occult power of the most powerful occult bloodlines around the world. In tracking the bloodlines, it became apparent that the European Illuminati bloodlines were trying to integrate some bloodlines of the Aborigines of Australia and the Bushmen of the Kalahari. They were also interested in the bloodlines of some of the North American native tribes. The Cherokee have high paranormal abilities in addition to their demonic spiritual abilities. It is known that the Illuminati have intermarried with native tribes to gain the occult power that some of these bloodlines contributed. Various Indian reservations are used for llluminati rituals.

If we contemplate the bloodlines of the leading Illuminati, we will get an impression of their unprecedented power. Every member has his own place in the hierarchy. The destiny of each leader is determined by his origin and specific bloodline. Each of them has his own Satanic leadership role as King, Queen, Prince or Princess of Darkness. They secretly rule over areas of the world for their own bloodline.

The leading Illuminati draw their lifeblood from around 500 very powerful families worldwide. These families participate at different levels with the Illuminati. For those who examine the Illuminati it is a precarious case identifying these families. Moreover, because half of the Illuminati have had their parentage hidden from them, most Illuminati offspring do not know their real parents. Although many of them are adopted out, the records of what families they belong to are carefully kept, and their bloodlines hidden by their adopted last names. Many of them do not know what Illuminati family they belong to until their leaders choose to reveal it to them.

A common practice amongst the Illuminati is to secretly have an important child quietly adopted out to another family. The child then takes on another last name, which hides the genealogy. In the occult ceremonies, the biological parents will step forward. For instance, for a girl who is being initiated into the Mothers of Darkness the biological father must impregnate the young daughter. The first daughter borne by the girl must come from her biological father and must be sacrificed by her to Satan.

The leading Illuminati themselves claim that their tradition has existed for over 4000 years. The highest circles of the Illuminati that rule our contemporary world are the direct descendants of leaders that, throughout history, have determined the way of our world. Long ago in the dark unwritten pages of human history, powerful family dynasties discovered how they could control other men by torture, magical practices, wars, politics, religion and corporate takeovers. These elite families strategize to perpetuate their occult practices. Layers upon layers of secrecy have hidden these families from the masses.

When we go back in time we can ask ourselves where and when these powerful families ruled, but will not find an answer anywhere. After a certain time in the public realm, the Iluminati changed their public leadership to an equally powerful position behind the scenes. It is from this position they rule to this very day.

It is important to understand the Satanic Bloodlines, as it will provide a completely new perspective on our history. Researching this new perspective is very important. In order to know where we are going, we need to know where we have been.

However difficult it is to understand, one Satanic bloodline goes back to Babylon, a descendent of Nimrod. Nimrod manifests Satan's first attempt at world dominion. He founded the old Babylon. The main characteristic of Satanic activity is the antagonism against God that has remained in the world through time and continues to this day. Alexander the Great and the Roman Emperors are proof that this attempt by Satan keeps being repeated.

Esau is the name of the next bloodline. In the history of the world the descendants of Esau have manifested themselves time after time to this very day. In the Old Testament one can read about Amalek, the grandson of Esau, one of Israel's most treacherous opponents. The struggle had come to a point at which a compromise wasn't possible anymore. "God's struggle against Amalek will never end and will continue from generation to generation" (Exodus 17:16). A famous descendant of this line was Haman, who planned to exterminate all Jews. Herod and his son also belong to this line. The Edomites also are descendants of Esau and his grandson Amalek. The Biblical prophecies label the Edomites as a dangerous enemy of the People of God, and their influence and struggle has continued from generation to generation to this very day.

Another bloodline was from Canaan and the Canaanites. It had the name Astarte, then Astorga, then Ashdor, and then Astor.[171]
A fourth bloodline originates in the Orient and developed oriental magic.

[171] Fritz Springmeier, *Bloodlines of the Illuminati*, Westminster, Colorado 1999, 24.

A fifth bloodline is an Egyptian-Celtic-Druid line from which Druidism was developed. This bloodline brought forth elite adept in murder and occult practices. In his book *A Book of the Beginning* the anthropologist Gerald Massey traces the origin of the British people and proves in detail that the Druids came from Egypt.[172] This is an important finding, because the magic of the Druids of the British Isles is directly derived from Egyptian Satanic magic. All Satanists and witches of the world see England as their native country! Witches and witchcraft are no fairytales; one can find many documented reports about witchcraft in Europe and the rest of the world. Keep in mind that although witchcraft is part of Satanism, not all sympathizers of witchcraft are Satanists. The big trap here is that it is said

that witchcraft consists of black and white magic by which there are bad and good witches. The truth is that they draw from the same source. In white magic, Satan presents himself as the Angel of Light (Lucifer or bearer of light); while in black magic he presents himself as the Prince of Darkness.

Another Satanic bloodline is that of the Pharisees who secretly practiced Babylonian Satanism at the time of Christ. They and their descendants belong to the Synagogue of Satan. As some people may know, the term "Synagogue of Satan" comes from the Holy Scripture. At the beginning of the Apocalypse (the Book of Revelations) the apostle and evangelist John is told by Christ to deliver a letter via the messengers (angels) of the seven Christian communities in Asia Minor. John is also ordered to write a letter to the angel of the community in Smyrna: "Here is the message of the First and the Last, who was dead and has come to life again. I know your hardships and your poverty, and, though you are rich, the slander of the people who falsely claim to be Jews but are really members of the Synagogue of Satan" (Revelation 2:8-9). In Revelation 3:7-9 we read: "Write to the angel of the church in Philadelphia and say, 'Here is the message of the holy and true one who has the key of David, so that when he opens, no one will close; and when he closes, no one will open: Look, what I will do with those people who belong to the Synagogue of Satan. They claim to be Jews, but they are liars.'"[173]

But how come they are not Jews? Was it because they did not descend from the Hebrews? Their physical descent from Abraham was not called into question by Jesus when they referred to it with pride. In fact, Jesus even confirms their descent: "I know that you are descended from Abraham." But only physically and not spiritually, for "if you are Abrahams children, do as Abraham did" (John 8:37).

Then Jesus explains: "Now you want to kill me, a man who has told you the truth as I have learnt it from God; that is not what Abraham did. You are doing your father's work." (John 8:39-41). When the unbelieving Jews began to understand what Jesus meant, they answered: "We were not born illegitimate, the only father we have is God."[174]

172 Gerald Massey, *A Book of the Beginning*, New York 1974, 54.173 John wrote this at the end of the first century A.D, but it also applied to later times. All revelations

are, after all, aimed at the future.

Jesus admonished them and said: "If God were your father, you would love me, since I have my origin in God and have come from him. You are from your father, the devil, and you prefer to do what your father wants. He was a murderer from the start; he was never grounded in the truth; there is no truth in him at all. When he lies he is speaking true to his nature, because he is a liar, and the father of lies" (John 8:41-45).

The Scriptures leaves no doubt that the unbelieving Pharisees were in essence the descendants of Satan due to their argumentation, even during Jesus' time on earth. Neither Abraham nor God was their father but the devil!

Some of the Illuminati who claim to be Jewish, are descendants of the Pharisees, and like them, they are no Jews at all. Nevertheless, whenever it suits them they refer to themselves as Jews, and that is exactly why they are deceivers. As we will see, they like to hide behind the Jewish people and the Holocaust, and thus remain untouchable.

In terms of a vision of the future, the Bible is very interesting to read. Here we quote a few passages from the Bible book of Daniel that correlate to the Satanic families.

**Daniel 2:40-44**

**40.** There shall be a fourth kingdom, strong as iron; it shall break in pieces and subdue all these others, just as iron breaks in pieces and crushes everything else.
**41.** The feet and toes you saw, partly of potter's tile and partly of iron, mean that it shall be a divided kingdom, but yet have some of the hardness of iron. As you saw the iron mixed with clay tile.
**42.** As the toes of the feet were part of iron, and part of clay, so the kingdom shall be partly strong, and partly fragile.
**43.** The iron mixed with clay tile means that **they shall seal their alliances by intermarriage, but they shall not stay united,** any more than iron mixes with clay.
**44.** In the lifetime of those kings the God of heaven will set up a kingdom

that shall never be destroyed or delivered up to another people; rather, it shall break in pieces all these kingdoms and put an end to them, and it shall stand forever.

**Daniel 7:24-27**

**24.** As for the ten horns, out of this kingdom shall ten kings arise: and another shall arise after them; and he shall be diverse from the former, and he shall put down three kings.
**25.** He shall speak words against the Most High, and shall wear out the saints of the Most High; and he shall think to change the times and the law; and they shall be given into his hand until a time and times and half a time.
**26.** But the judgment shall be set, and they shall take away his dominion, to consume and to destroy it to the end.
**27.** The kingdom and the dominion, and the greatness of the kingdoms under the whole the sky, shall be given to the people of the saints of the Most High: his kingdom is an everlasting kingdom, and all dominions shall serve and obey him.[175]

[174] This did not refer to physical lewdness (spiritual). The people were "committing adultery" by turning away from God and by surrendering themselves to idols and false teachings, of which the devil is the father.

Many Christians imagine that the above-mentioned kings are the ten rulers of European countries who will be given dominion of the earth (because they have emerged from the Roman Empire indicated by the iron), causing the United States to lose its influence on the world. This idea has been accepted by many Christians. This book presents a different vision regarding the global events that will cause some people to resist, because it is different from what they have learned and believed for years. However, the kings that are mentioned are not real kings, but the ten Satanic families (bloodlines) that, in reality, hold the power on this earth in their hands. What is interesting is that power is taken away from three of these bloodlines by an emerging "bloodline".[176] It is from this latter king (family/bloodline) that, according to the Bible, the Antichrist will be produced. Daniel 2 and 7 and Revelation 17 reveal that the ten leaders, who conspire to accumulate all the power of the world to themselves for the express purpose of handing it over to Antichrist, will be of the same spiritual nature as he.

**The Trail of the Thirteenth Bloodline**

You may think the following is nonsense or fantasy, however, keep in mind that these matters concern all of us as long as the Illuminati are convinced of them. The following information comes from sources of former Satanists and ex-Illuminati. As said before, the power of God has reached into the very heart of Satan's empire and pulled out some of the most powerful Satanists.

Through worldwide bestsellers, attempts are made to throw us off the scent of the Antichrist. To present the Antichrist to the world as the great redeemer, attempts are made to mislead all those who believe in Christ's second coming.[177] Through novels and thrillers the world is fooled into believing that Jesus Christ did not die on the cross. Shortly before the crucifixion, so we are told, he was given a drug that would make him appear dead. His friends rescued him from the cross and brought him to a safe place, where he recovered completely. More and more people believe that Jesus was married and sired children, and that his bloodline still exists today! His descendants supposedly lived in France and married members of the Merovingian dynasty. His legacy is said to have been at the root of that dynasty! The Illuminati try in any way possible to spread this idea across the planet, for example with the publication of the bestseller *Holy Blood, Holy Grail*.[178] The bestseller *The Da Vinci Code* also tries to make us believe that Jesus was married and had children! Why do the Illuminati try to make us believe that there actually exist a direct descendant of Jesus and Mary Magdalene on earth? As we have seen, when Jacob Lang, a member of the Illuminati, was hit by lightning during a trip on July 10, 1785, the police found some secret Illuminati plans intended for the Grandmaster of the Grand Orient in Paris. Among the secret plans and papers found were some Protocols that mention several times that a descendant of David shall rule the world. Research in the highest circles of the Illuminati has shown that the descendant or bloodline they refer to as the so-called "Descendant of the house of David" is, in reality, a very specific and decisive occult magic bloodline. This bloodline was copied after God's royal lineage of Jesus and was impregnated with the direct seed of Satan. This bloodline is known as "the thirteenth bloodline" and, according to the rites of the Illuminati it

represents the "seed" of the devil. This thirteenth bloodline will produce the supreme world leader: the Antichrist.[179]

[175] Verse 27 is in reference to how the Kingdom of Christ will be founded upon his return.
[176] Today the power of the Kennedy family and the Onassis family has been taken away from them. Who the third family might be is still unknown.
[177] For the sake of completeness we point out that both Muslims and Christians believe that the "false messiah" will appear in the name of Jesus Christ.

The thirteenth bloodline dates back to antiquity and takes us back to the tribe of Dan in the Old Testament. According to the predictions, the tribe of Dan was the black sheep of the land of Israel. This tribe would devour the land. In the Bible book of Genesis (chapter 49), the patriarch Jacob blesses his children shortly before he dies. Then he utters the following prophetic words in verses 16, 17 and 18: "Dan shall judge his people, as one of the tribes of Israel. Dan shall be a serpent by the way, an adder in the path that biteth the horse heels, so that his rider shall fall backward. I have waited for thy salvation, O LORD." It says here that Dan will present himself not as a tribal leader, but as a snake, the very form in which Satan showed himself to Adam and Eve. In verse 18, Jacob says that he waits for salvation, which is the coming of Christ (or Savior) in the end of days, when he will defeat Satan forever.

The tribe of Dan must be compared to the seed of Judas Iscariot. This is one of the reasons why the tribe of Dan is no longer a part of the children of Israel (see Revelations 7). Not only the Bible suggest that the Antichrist will emerge from the tribe of Dan. These suspicions are also reflected in the Jewish Testament of the Twelve Patriarchs. Dan was the fifth of Jacob's twelve sons, born in Paddan-Aram (Genesis 35:25-26). Dan's house Husim was also called Suham, and his descendants were known as the Suhamites. They were the only ones among the families of Dan who were registered under the name of Suhamite (Numbers 26:42). After the liberation from slavery, the tribe numbered 62,700 men of twenty years of age and older (Genesis 46:23; Numbers 1:1, 38-39). In terms of the number of male members, the tribe of Dan was the second largest of the tribes of Israel at that time.

[178] Michael Baigent, Richard Leigh and Henry Lincoln, *Holy Blood, Holy Grail*, New York 1982.
[179] Throughout history several people have claimed position of the world leader and appeared before the Illuminati. It has been known for several years now who will take the position of world leader.

Irenaeus was the first major theologian in the orthodox tradition, and the main Christian thinker of the second century A.D. He was a prolific writer, and his most important work is known by the name *Adversus Haereses* (Against Heresy). This work consists of five books in ancient Greek, most of which was preserved in the Latin translation. Bishop Irenaeus writes about how important the traditions of the Antichrist were in the shared teachings of the Christians in the second century AD. In a passage from the fifth part of *Adversus Haereses* (5.30.1), the essence of Irenaeus opinions about the significance of the Antichrist is summarized. The Bishop defends the claim that the number of the beast in Revelations 13:18 should be read as 666. He refers to the clues provided by Polycarpus and other witnesses who had met the Apostle John. The number 666 contains all the heretics who will manifest themselves at the beginning, throughout, and at the end.[180]

The core of Irenaeus Antichristology is summarized in a concept called Anakephalaiosis: In the Antichrist, all evil comes together; just like in Christ all that is good comes together. Just like the Word truly became flesh, so too must the Antichrist come in the flesh as the one in whom all the evil comes together that divides humanity. Based on passages from the Bible that he examined, both in Hebrew and in Greek, Irenaeus provides an important contribution. In his discussion concerning the life of the Antichrist, Irenaeus brings together various prophecies from the Old Testament. The bishop not only provided an explanation of the number 666, the number of the beast, he also underlined that the false Messiah, the Antichrist, will come from the tribe of Dan. The bishop quote Jeremiah 8:16, pointing out that the tribe of Dan remarkably enough is missing from the list of those who will be saved in the seventh part of Revelations.[181] In addition, Irenaeus mentions the three-and-a-half-year reign of the Antichrist (5.25.3.4).[182]

His awareness of the reality of God who became flesh in Jesus leads him to emphasize that the Antichrist is one individual man who is yet to appear.

According to Irenaeus, the road for the Antichrist will be prepared with the aid of one large group. Irenaeus theology with regard to the Antichrist also puts great emphasis on the human freedom of choice. The coming of Christ leads to the resurrection of those who choose what is good, and to the doom of those who choose evil (5.27.1). The arrival of the Antichrist, through his recapitulation of all heretics, will show who has chosen eternal punishment (see 5.27.1-2; 5.28.1 and 5.29.1).[183] To get a clear picture it is necessary to carry out a brief analysis of the people of Israel and the tribe of Dan.

[180] Irenaeus wrote around 175-180 AD, and he knew Polycarpus.[181] *Adversus Haereses,* 5.30.2.
[182] Ibidem.[183] Bernard McGinn, *De Antichrist: De Geschiedenis van Tweeduizend Jaar Aardse Verdorvenheid,* Baarn 1994, 83.

From Genesis 22:15-18 we know of Abraham that God blessed him and swore he would multiply his seed, like the stars in the heavens and the sand in the desert. "By myself have I sworn…, in thy seed shall all the nations of the earth be blessed." This promise was repeated twice by God (Genesis 22:18 and 26:4-5). The people of Israel will be a blessing for all the peoples of this world among whom they live! As we said, God's promise later was repeated twice, and it applied to Abraham's son Isaac and his grandson Jacob. The name Jacob was changed to Israel. Jacob had twelve sons, who became the founders of twelve tribes.

To fulfill his promise to Abraham, God made a covenant with the descendants of Israel (Jacob), creating a foundation for a land dedicated to God. The Lord shaped the people of Israel into His people, His Kingdom of Israel was God's people and the Lord was the King of Israel. Because the Israelites longed to have a king like other people had, they were given one in Saul from the tribe of Benjamin. After King Saul came King David, who, after having been anointed King of Judah, later became King of all the tribes of Israel.[184]

**THE KINGDOM OF ISRAEL**
Ruben Zebulon
Simeon Gad
Levi Jozef

Judah Aser
Dan Naftali
Issachar Benjamin

Of the twelve tribes, Judah was the tribe of kingship, while the others formed the kingdom. Under King David the kingship and priesthood gained a solid footing. After David, the throne went to his son Solomon. The Israelites were forbidden from mixing with other peoples because of their idols. Solomon did so anyway. What is important is that Solomon also started serving Astarte. After the death of King Solomon, the land of Israel split up into two parts: a southern part with Jerusalem as its capital, and a northern part with Samaria as its capital.[185]

After the split, the house of Israel was composed of ten tribes. The Levites, whom God had destined to be priests, belonged to the house of Judah after the rift (2 Chronicles 11:13-14). The tribe of Benjamin also belonged to the house of Judah (Kings 11:29). In addition, some people from the other Israelite tribes came to Jerusalem to search the Lord. We have to assume that these groups joined Judah. Also, a part of the Simeonites went to live in the mountains of Judah.

<span style="color:red">[184] The priest tribe of Levi did not receive any land of its own, so its members could devote themselves to their priestly duties. David ruled over Judah for seven years and six months. He ruled for thirty-three years over Judah and Israel together. [185] After the rift between Israel and Judah, Rehabeam, the son of Solomon, continued to rule for three more years.</span>

**BOTH HOUSES AFTER THE SPLIT House of Judah**

Judah
Benjamin Levi

**House of Israel**

Ruben Gad
Simeon Dan
Zebulon
Naftali Aser

Issachar Manasseh
Ephraim

It is important to see that after the split Joseph is missing from the house of Israel. His place was given to his sons Ephraim and Manasseh (Genesis 48:5). It is remarkable that God's blessing does not fall on Jacob's own sons, but on the youngest son of Joseph: Ephraim. This made Ephraim the powerful heir of the blessing of Abraham (1 Chronicles 5:1; Jeremiah 31:9). Of the ten tribes that are known under the name of Israel, the tribe of Ephraim became the leading tribe. After the split, both peoples went their separate ways, and both in Israel and in Judah the king and a large portion of his subjects broke God's law and started serving the heathen deities. The covenant God had made with the people of Israel was condiheathen deities. The covenant God had made with the people of Israel was condi 28: "Behold, I set before you this day a blessing and a curse; A blessing, if ye obey the commandments of the LORD your God, which I command you this day. And a curse, if ye will not obey the commandments of the LORD your God, but turn aside out of the way which I command you this day, to go after other gods, which ye have not known."

Both peoples were punished by God: Israel (Ephraim) was conquered by Assyria and Judah by Babylon. Both peoples were taken into exile to the countries of their respective conquerors. Israel moved to Assyria in 722 B.C., and Judah was taken to Babylon between 598 and 596 BC.

The exile of Israel, the "ten tribe kingdom", meant the end of Israel's history as far as the Bible is concerned. After they were taken into exile, the prophets called the ten tribes of Israel "the lost sheep of the house of Israel". Many claim that Israel was absorbed without a trace into the population of Assyria and left the world stage forever. However, we can read in the Holy Scripture that the ten tribes of Israel still exist today.[186] We must never doubt this. All divine statements in the Bible are absolutely certain and reliable because they are built on the character of God Himself. According to the Bible, the people of Israel will never be lost, and in time, at the end of days, they will be reunited. The Bible clearly indicates that this is something that still needs to take place, and that the people of Israel continue to exist to this day. Israel will continue to exist as a people before God's countenance as long as the sun, moon and the stars would give their light. (Jeremiah 31:35-

37). The children of Israel will be like the sand of the sea, that cannot be counted (Hosea 1:10). Historians and archaeologists have proven, without a doubt, that there were Israelites in Assyria centuries after they had been taken into exile! The Jewish writer Joseph Ben Mathitjahu (Flavius Josephus), in his book *Jewish Antiquities* (part XI, chapter 5) assures us that in the time Christ there were still members of the ten tribes on the other side of the Euphrates. Seven centuries after the fall and exile of the house of Israel, Jesus Christ and his disciples also knew that descendants of Israel were living in Asia and around the Black Sea (Matthew 10:5-6; 15:24). Peter, one of Jesus' apostles, wrote a letter to these "strangers" in Pontus, Galatia, Kappadocia, Asia and Bithynia, who claimed were followers of Christ: "But ye are a chosen generation, a royal priesthood, an holy nation, a peculiar people; that ye should shew forth the praises of him who hath called you out of darkness into his marvelous light" (1 Peter 2:9). That the word "strangers" refers to the people of Israel here is clear. In this verse Peter uses the very same terms that were used when Israel was formed into a nation at Mount Sinai: "Ye have seen what I did unto the Egyptians, and how I bare you on eagles' wings, and brought you unto myself. Now therefore, if ye will obey my voice indeed, and keep my covenant, then ye shall be a peculiar treasure unto me above all people: for all the earth is mine: And ye shall be unto me a kingdom of priests, and a holy nation. These are the words which thou shalt speak unto the children of Israel" (Exodus 19:4-6).

[186] The core of the descendants of the house of Israel lives on in modern-day Europe and North America.

It may be true that the Israelites are lost to the world; they are not lost to God. He has his own plan to bring them back together. Jewish sources indicate that the Jews themselves have also been looking for the lost tribes.[187]

According to the prophecies, the descendants of the house of Israel would not only lose their name, but also their land, their language and even their identity (Romans 11:25). Assyrian inscriptions show that after their exile, the Israelites were called "Lo Ammi". The Assyrians themselves called them "Beth-Kumari", after Omri, the sixth king of the ten tribe kingdom. The Babylonian word for Israel is "Kummiri" (or "Khumari").

That Israel's name would change was also foretold by the prophet Isaiah in Isaiah 62:2; 65-15: "And the Gentiles shall see thy righteousness, and all kings thy glory: and thou shalt be called by a new name, which the mouth of the LORD shall name." Israel would be named after Isaac (Genesis 21:12). Since the exile in Assyria, the tribes of Israel were known by many names: Isacae, Sacae, Saca-sunna, Scotti, Getea and Kymbri. An Assyrian king had the names of the people he conquered hewn into the Rock of Behistun in Persia, in Persian, Suzian and Babylonian. Amongst those peoples were the Israelites from the ten tribe kingdom. In Persian they are referred to as Saca, in Babylonian as Cimmerians and in Suzian as Scythians.

[187] J.I. van Baaren, *De Identiteit van Israël*, Hilversum 1992.

In his book *Saxons East and West*, Dr George Moore argues that the Sacae, the Getea and other tribes that invaded India can be linked directly to the Israelites.[188] There is an inscription with Old-Pali signs in Hebrew on the walls of the rock temple in Kanari, twenty miles from Mumbai. This inscription mentions, among other names, the tribe of Dan. The inscriptions of Girnar and Delhi also mention the tribe of Dan.

**The Sicambrians and the Merovingians**

The ten tribes of Israel were divided among Assyria and Persia. Each of these tribes tried to escape. Under various names they fought their way from country to country. We have to realize that these tribes did not leave the land of exile together, operating under a single leader. Each tribe went its own separate way at various times in history. Each tribe carried a different name in many variations, which was mentioned by various authors.

To the Greeks, the tribes of Israel were known by the afore mentioned name of Scythians. Not only the tribes in European Scythia, but also the tribes to the east of the Caspian Sea were called the Scythians. On old Ptolemeus and other maps, the central part of Asia up to the heart of China is indicated as Scythia.[189]

In his book *A Summary of the Migrations of Israel*, W.E. Fisher emphasized that the Israelites, for the most part, ended up in Northwestern Europe. In Europe, the descendants of the tribes are found predominantly in the Crimea,

where they settled under the name of Kymbri. Far above the Danube, in present-day Bavaria, there are also traces of these tribes. Around the beginning of the Christian calendar, some of these tribes moved to the Danube and the Rhine, where they mixed with the Teutonic tribes, finally giving rise to the Sicambrians, one of the German tribes known to us as the Franks.

In fifth century A.D., the invasion of the Huns, led by their King Attila set in motion a huge migration.[190] The Sicambrians were also forced to flee. They crossed the Rhine and settled to the south of the present-day Ardennes. The dynasty of the Sicambrians began in 448 A.D., when the Merovingians ruled the realm of the Franks. In the female line, the Merovingians are descendants of the Sicambrians. This dynasty was called the "Merovingian dynasty". According to the accounts of the Frank historian Priscus, the Merovingians possessed supernatural powers. He claimed his mother was seduced by a beastly creature (Satan?). This "beast" would live on forever in future generations.[191] I want to emphasize again that the thirteenth bloodline represents the seed of Satan. The Merovingians and their descendants are known for their esoteric knowledge and occult skills.

[188] Dr George Moore, *Saxons East and West*, London 1926, 270-276.
[189] At the beginning of the Christian calendar, the area around Kiev was no longer called Scythia. From then on, it was referred to as Asa-land, with Asgard as its capital.
[190] The Huns descended from the Mongols. Originally they lived in the heart of Asia (Karakorum). In the fourth century A.D., the Huns conquered Russia, and soon after they reached present-day France.

Through their ritual practices, witches, magicians and occult priests had access to extraordinary powers. For example, like the members of The Great White Brotherhood, they communicated through telepathy. In the tomb of Childeric I, son of the Merovingians, various Satanic relics were found.

The bloodline of the Merovingians descended directly from Dagobert II and his son Sigisbert IV. Through the connection with the dynasty of the Sicambrians and the dynasty of the Merovingians, the thirteenth bloodline goes on until Godefroid de Bouillon, who conquered Jerusalem in 1090. Many earlier and present-day noble and royal families date back to the

dynasty of the Sicambrians and Merovingians. Some examples of these houses include: Blanchfort, Giro, Saint-Clair (Sinclair in England), Montesqieu, Montzépat, Luisignan, Plantard, HabsburgLorraine, Stuart, De Medici and others.

As mentioned earlier, in India there are inscriptions that mention the tribe of Dan. Research shows that members of the tribe of Dan also moved to Europe. The sign of the eagle is the symbol of the tribe of Dan, and we find this sign among the Greeks, the Trojans, the Sicambrians and the Merovingians. The tribe of Dan represents one of the most powerful Satanic bloodlines in history. In every European country they conquered, they left the name of their patriarch Dan.[192] To the north and to the west of the Black Sea, they named rivers like the Danube, the Dnepr and the Diestr after their tribe.[193] A telling example is the country of Denmark. In Irish history we find immigrants with the name Tuatha de Danaans. Translated, this means "the tribe of Dan". In Ireland, the tribe left many pointers: Dan-Lough, Dan-Sower, Dun-Dalk, Dun-Druïn, Don-e-Gal, Dun-Glow and DunMore. In the Irish language, the word Dun means the same as the word Dan in Hebrew.

The tribe of Dan is not only associated with the Arcadians and the Trojans, but also with the Sicambrians. Homer claims that a large group of Arcadians took part in the battle for Troy. According to the history of ancient Greece, Troy was even founded by the Arcadians. The famous historian Francis A. Yates, in his book *Astraes: The Imperial Theme in the Sixteenth Century*, assures us that the group of Arcadians who founded the city of Troy were descendants of the tribe of Dan.[194]

[191] Laurence Gardner, *De Erfopvolgers van de Graal: De Verborgen Genealogie van Jezus en zijn Koninklijke Nazaten*, Baarn 1998, 187.
[192] See also Joshua 19:47; Judges 18:27-28; 18:11-12.
[193] Note that the consonants are not written in Hebrew, they are only pronounced phonetically. This is why they appear as Den, Di, Dan, Din, Dow or Dun. They all come from the Hebrew Dan!
[194] Francis A. Yates, *Astraes: The Imperial Theme in the Sixteenth Century*, London 1934, 131.

## Emigration of the Tribe of Dan



Migrations into Europe

Some important personalities among the Illuminati claim that they are descendants of the tribe of Dan. Others possess elaborate genealogies that date back to this tribe. Many Illuminati are proud of the fact that their ancestors played an important role in the building of Troy.[195]
Sir John Dee was not only the personal astrologer of Queen Elizabeth I of England, he was also known as an exceptional historian and scientist.[196] He was convinced that there is a direct connection between the English royal family, Troy and the tribe of Dan.



Symbol of the tribe of Dan

[195] Fritz Springmeier, *Bloodlines of the Illuminati*, Westminster, Colorado 1999, 138.

The origin of the Sicambrians is not only found in Scythia in ancient Greece, but also, and especially, in the area known as Arcadia.[197] The Scottish genealogist Laurence Gardner is certain that the original Sicambrians descended from a people from ancient Troy.[198] They were known by the name "Scythian Cimmerians" under the Trojan King Antenor. The city of Paris is named after Prince Paris, son of the King of Troy, and the city of Troyes (France) also owes its name to the Sicambrians. The traditions and rituals of the Sicambrians are remarkable. For instance, they worshipped the Arcadian goddess Artemis. This goddess later became known as Arduïna, the goddess of the Ardennes. It is also remarkable that the Sicambrians, like the leading Satanists who rule the world in our days, sacrificed young infants in the same way the Assyrians used to do in earlier times.

There is, then, a direct link between the tribe of Dan and Arcadia, Troy, the Sicambrians and the Merovingians. The tribe of Dan runs through the history of all these peoples. Through the ages, the tribe has known great wealth and exerted a profound influence on history.

Today, the descendants of Dan exert more influence than ever before, and they possess the means to pave the way for the Antichrist. They carefully kept the thirteenth bloodline, which was called into being exclusively by Satan, a secret. They did so with the help of the most powerful and at the same time most secret order in the world: the Prieuré de Sion (Priory of Sion). This secret order was founded in 1090 A.D. by Godefroid de Bouillon, and has since then been linked to the thirteenth bloodline![199] Over the centuries, this order had developed into what nowadays is called the Priory of Sion. Since its creation this order has adhered to the Hermetic Magic, an occult form of magic that goes back to the Egyptian *Book of the Dead*. The Priory of Sion is led by Grandmasters whose names are among the most famous of Western culture and history. They are also the leading Illuminati, who are often part of Europe's nobility and even royalty. The Priory of Sion also founded the Order of the Knights Templar, which was later to bring forth powerful European bankers. They also stood at the cradle of the Order of the Rosicrucians and that of the Scottish Freemasons. Together with the Illuminati, the Order of Sion operates behind the scenes of world politics. They were not only responsible for the most important events

in modern history; they also play a role in presentday global politics, especially in the domestic affairs of various European countries.[200]

[196] Sir John Dee is the inventor of the Enochian language that only leading Satanists speak. The language of Enoch is an esoteric language with its own alphabet, which was introduced in Scotland in the sixteenth century by Sir William Sinclair. See Fritz Springmeier & Cisco Wheeler, *The Illuminati Formula Used to Create an Undetectable Total Mind Controlled Slave*, Clackamas 1996, 323.
[197] Michael Baigent, Richard Leigh and Henry Lincoln, *Holy Blood, Holy Grail*, New York, 1982, 212.
[198] Laurence Gardner, *De Erfopvolgers van de Graal: De Verborgen Genealogie van Jezus en zijn Koninklijke Nazaten*, Baarn 1998, 184-185.
[199] In 1188, the Priory of Sion was also given the title Rose-Croix Veritas. Michael Baigent, Richard Leigh and Henry Lincoln, *Holy Blood, Holy Grail*, New York, 1982.

The Illuminati and the Priory of Sion also have strong ties with the Mormon Church! The interferences of the Priory of Sion isn't restricted only to the Illuminati, they are also closely interwoven with the inception and the continued leadership of the Mormon Church, with the Rockefellers being the biggest donors![201]

The vanguard of the Antichrist has already been active for a long time, and their dominion approaches with great speed. Their dominion will stun people with disaster. The Antichrist will be Satan's final trump card over the sinful world. The global media will depict him as the great hero, the savior and the prophet. Opponents of his global dominion will be silenced. The Antichrist will manifest himself as the Christ and choose Jerusalem as the capital of his global empire.

[200] Michael Baigent, Richard Leigh and Henry Lincoln, *Holy Blood, Holy Grail*, New York, 1982, 412.
[201] Samuel Taylor, *Rocky Mountain Empire: The Later Day Saints Today*, New York 1978, 66.

**Chapter 19**

# Israel or Judah?

As we have seen, the house of Judah (the tribes of Judah, Benjamin and the Levites) was also punished by God. Nebuchadnezzar, king of the re-emerged Babylonian empire, between 598 and 586 B.C. moved the main part of "all" the inhabitants of Judah to Babylon. In 539 B.C., the Persian King Cyrus (Kores) allowed all the inhabitants of Judah to return to their lands. A small part of the tribes of Judah, Benjamin, the Levites and other Israelites then returned to Palestine (Ezra 1:1-5, 2:1). The other Israelites mentioned, as said before, are a group who were already living in Judah's cities at the time of the rift between Israel and Judah. From the outset, they belonged to the inhabitants of Judah. It is assumed that they were very small in number. Only a handful of people over time have mixed with the men of Judah and Benjamin.

In an attempt to match prophecy to their version of what happened, some theologians claim that a part of the house of Israel also returned from Babylonia, in a way hitching a ride from the house of Judah. However, based on what we read in the Bible, we cannot possibly accept this to be true. When we read the reports of the return from Babylonia, it quickly becomes clear that there are no returned exiles from Assyria. The return from Babylonia is described in great detail in chapter 36 of the second book of Chronicles. The last verse of this chapter follows: "Thus saith Cyrus king of Persia, All the kingdoms of the earth hath the LORD God of heaven given me; and he hath charged me to build him a house in Jerusalem, which is in Judah. Who is there among you of all his people? The LORD his God be with him, and let him go up." This verse is a historically accurate testimony. Investigations and discoveries of a fairly recent date have shown that the king of Persia gave similar orders to rebuild the sacred shrines of other peoples. It would appear he wanted the conquered people to become his friends and loyal subjects by allowing them to rebuild their ruined shrines. It would furthermore appear that he used an idea that at the time was commonly held among the heathens, that every people had its national gods and that it was worthwhile to placate those gods and turn them into benevolent powers of the Persian Empire.

The book of Ezra starts with the same message of King Cyrus in a more elaborate and complete form: "Now in the first year of Cyrus, king of Persia, that the word of the LORD by the mouth of Jeremiah might be fulfilled, the LORD stirred up the spirit of Cyrus king of Persia, that he made the proclamation throughout all his kingdom, and put it also into writing, saying, Thus saith Cyrus king of Persia, The LORD God of heaven hath given me all the kingdoms of the earth; and he hath charged me to build him a house at Jerusalem, which is in Judah. Who is there among you of all his people? His God be with him, and let him go up to Jerusalem, which is in Judah, and build the House of the LORD God of Israel, (he is the God), which is in Jerusalem. And whosoever remaineth in any place where he sojourneth, let the men of his place help him with silver, and with gold, and with goods, and with beast, besides the freewill offering for the House of God that is in Jerusalem." The order by the king of Persia was issued to all his subjects throughout his kingdom, including the tribes of Israel in Assyria, which was part of Persia after he conquered it.

In his brief introduction to the book of Ezra, Prof. Dr. A. Noordzij explains that the members of the ten tribes did nothing to indicate they would obey the order of the king of Persia. In this context we should not forget that the kingdom of the ten tribes had distanced themselves from the religion that was connected to the temple service in Jerusalem long before they went into exile. In addition, the house of Israel was separated from the related tribes of the house of Judah.

In Babylon, on the other hand, the heads of the families of the tribes of Judah and Benjamin, the priests and the Levites, all those who God urged to do so, prepared to leave for Jerusalem to start building the Lord's temple (Ezra 1:1-5). Although the order from the king of Persia also extended to the tribes of the kingdom of Israel in Assyria, the final verse clearly indicates that it was almost exclusively obeyed by the heads of the families of Judah and Benjamin, the priests and the Levites. Both Ezra and Nehemiah say: "Now these are the children of the province that went up out of the captivity, of those which had been carried away, whom Nebuchadnezzar the King of Babylon had carried away unto Babylon [not Assyria], and came again unto Jerusalem and Judah, everyone unto his city"(Ezra 2:1, Nehemiah 7:6).

Jewish sources show that the Jews are the descendants of only one of the twelve tribes and that they only have mixed with the tribe of Benjamin, not with the other ten tribes. Some hundred years after the first exiles returned, Nehemiah compiled a census of the people. Nehemiah 11 shows that, apart from the Levites, only the tribes of Judah and Benjamin were present. This was confirmed by Flavius Josephus around 90 A.D.: "There are only two tribes in Asia and Europe subjugated to the Romans, while the ten tribes must form an immense multitude across the Euphrates."[202]

Those who returned from exile to inhabit the lands of their fathers, then, were the exiles from Judah and not the Israelites who had been taken into exile in Assyria. This also becomes clear when Ezra 2:2 talks about "the men of the people of Israel." Surely, this refers to the house of Judah. We should not forget that all Jews are also Israelites. In the book of Ezekiel, for instance, the men of Benjamin and the Levites are referred to as the Israelite companions of Judah (Ezekiel 37:16).

When it is argued that, at some point after the return from exile, the tribesmen of Ephraim and Manasseh are said to be living in Judah, we refer to 2 Chronicles 10:17, where it is written that after the rift between Israel and Judah, the son of King Solomon, King Rehabeam, continued to rule over the tribes of Judah and Benjamin, as well as the children of Israel *who lived in the cities of Judah*. Verses 16 and 21 of chapter 6 of the book of Ezra show that these children of Israel had been exiled in Babel, for they returned together with the priests, Levites and others (Judeans). They were joined by those who remained in Judah during the period of exile.[203] Of how little significance these groups were, however, becomes clear from the book of Ezra, where every time the heads of the people are mentioned, reference is only made to the men of Judah and Benjamin.[204]

[202] Book II, chapter 5:2.

There can be no doubt, then, that on the basis of what we read in the Bible about the times after the period of exile, the return was limited to those who had been taken to Babel, including some members of the tribes of Ephraim and Manasseh. However, the latter group belonged to the inhabitants of the cities of Judah from the beginning. This, in no way, supports the idea that the tribes of Israel returned from Assyria.

After the return from Babylon, the members of the tribe of Benjamin were known as Galileans. Later, when Emperor Titus completely destroyed the temple in 70 A.D., several groups of Galileans left Palestine. According to many historical sources, these groups joined the Massagetians who, at the time, inhabited the South of Russia.[205] The Massagetians in turn are the ancestors of the Normans and the Icelandic Vikings. The crest of Iceland is the wolf, which was also the emblem of Benjamin. Rurik, the founder of the Russian empire (Rossija), was a descendant of Benjamin.

The original Jews descend from the tribe of Judah, with a few descendants of Levi. It was only later in history that the people of Judah and his descendants became known as "Jews".[206] The word "Jews" was first used during and after the Babylonian exile.

It is important that we have a clear understanding of the difference between the house of Israel and the house of Judah, as it is indicated in the Bible. When we have a clear understanding of this difference, we are also able to understand the prophecy and the events that currently take place in the world. Few people who read the Bible make the distinction between the house of Israel and the house of Judah. Since the days of Jacob, the prophets have talked about this with great clarity. For those who do not clearly understand the difference between the house of Israel and the house of Judah, or who do not wish to recognize that difference, the Bible remains a closed book. The Bible places the position of the house of Israel in an entirely different light than that of the house of Judah. The Bible describes the past, present and future of the house of Israel. It is the book of Israel in which God commands the people of Israel to be a blessing to all the generations of the earth. Judah's destiny was to be a very different one. According to the Bible, the name of Judah itself would become a curse (Isaiah 65:15). The Bible also makes it clear that the name Judah would be scattered around the world by God as a name to be mocked. The curse would last until such time as the people would receive God's grace at the end of time. After the exile of Judah and Israel, the prophets also aimed their divinely inspired promises, admonitions and threats to the two separate houses. When we look at the following prophecies by Jeremiah, we see that there is a clear difference between the two houses. There is a major difference between Israel and Judah:

[203] Jeremiah 39:10 tells us that Nebuzadaran, commander of Nebuchadnezzar's bodyguard, left the poor who owned nothing behind in the land of Judah when he brought the other members of the people to Babel. He gave them the vineyards and fields of Judah to work.
[204] See Ezra 3:8-9, Ezra 4:1 and Ezra 10:9, as well as Nehemiah 11:4 and 36.

205 See, among others, publications of *The Stone Age* between 1939 and 1947.206 According to the Jewish historian Josephus Ben Mathitjahu (Flavius Josephus) in his *Jüdischer Altertümer*.

## JUDAH

• Members of Judah that had remained in Jerusalem during the exile would await a terrible future (Jeremiah 24:9).
• The people of Judah were to be without a home in all countries, without a geographic legacy. Judah was to be mocked and cursed in all the places to which they would be cast out.
• Judah's name (Jews) would continue to exist (Isaiah 65:15).

## ISRAEL

• Israel would be lost as a populace, a people that would be blind to its own identity (Jeremiah 50:3-6; John 10:27-31; Isaiah 42:16-20, 43:8; Romans 11:25).
• Israel would give birth to a multitude of peoples (Genesis 35-11, 48:19).
• From Israel, nations with large colonies would emerge. The descendants of Israel would be plentiful as the sand of the sea (Hosea 1:10).
• Israel would be named after Isaac (Isaiah 62:2, 65:15; Genesis 21:12; Romans 9:7). As we have seen earlier, since the times of the exile, parts of the people of Israel were known by the names of Sacae, Isacae and Sacasunna.

Many Christians and theologians often mistakenly refer to Israel as the Jewish people, and vice versa. Even current Jews are often referred to by the name Israel. There are even Christians who believe Abraham was a Jew. If Abraham was a Jew, then so would be his descendants. However, Abraham was a Semite, a descendant of Sem and Heber. Abraham's descendants are Semites and Hebrews. Entire peoples would spring from Abraham. As with

their Arab cousins, Abraham is the forefather of the children of Israel, including the Jewish people. The Old Testament makes it clear that Isaac was also not a Jew; neither were Jacob, Moses, Joshua, Gideon or Samuel. Even Esther and Mordechai were not Jews but members of the tribe of Benjamin. Most prophets were not Jews but Israelites.

As we will see, the Jews certainly play an important role in God's plan; however, according to the prophecy, the ten tribes would also play an important role in the future, because it is their important birthright.

To this day, the houses of Israel and Judah remain separated; although we shall see that a reunification has been foretold. That will be in the beginning of the Messianic age, an age in which everyone will live in a peaceful, universal brotherhood. In this utopian era, all of mankind will worship one God, in peace and harmony, with Jerusalem as the capital of the Holy Land.

Let us not forget that Satan, God's monkey, will declare Jerusalem to be the capital of the world before the second coming of Christ; before the beginning of the Messianic age. His descendant, the "false messiah" will take his place on the throne in Jerusalem.

It is important to remember that Judah was elected to produce the Messiah, from the house of David. And the Messiah did come forth from the house of Judah! The prophecy was fulfilled when the Son of Man came from the womb of Mary, was killed and then resurrected as Jesus Christ. Judah was also selected to be the first people to spread the teachings of Christ across the earth. This is another task that they have carried out, even though at first it was done by a relatively small group and on a modest scale. Other groups of Jews later converted to Christianity.

Not only Jews, but also many Christians consider the Jewish people to be God's chosen people, which is often at the basis of the claim that they see themselves as better people. Rabbis like Yisroel Dovid Weiss from New York see that only in a spiritual context. He believes that the Jews have been chosen by God to set a moral example. According to Weiss, there is no superiority involved. In the New Testament there is also no mention of a superiority of Jews at the end of days. Ephesians 2:14 clearly shows us that a distinction can no longer be made. Like any other people on earth, the Jews

are destined to enter Christianity as equals. "There is neither Jew nor Greek, there is neither slave nor free person, there is not male and female; for you are all one in Christ Jesus. And if you belong to Christ, then you are Abraham's descendant, heirs according to the promise" (Gal. 3:28-29). "For in Christ Jesus, neither circumcision nor uncircumcision counts for anything, but only faith working through love" (Gal 5:6). "This means that it is not the children of the flesh who are the children of God, but the children of the promise are counted as descendants" (Romans 9:8).

According to the apostle Paul, these "children of the flesh" are not only Jews or Gentiles, but all those who believe in the Holy Christ as the Messiah! Until the second coming, neither Judah nor Israel are favorites in the eyes of God. Individual Jews, like people from other countries, are given the opportunity to benefit openly from the salvation through the sacrifice of Jesus.

The Jews have been persecuted for centuries, because many people considered them guilty of Jesus' death. However, it was not the Jews, but the High Priests and the elders of the people who decided to kill Jesus. Pontius Pilate said: "I am innocent of his blood. You are responsible." It has to be clear that it was the Pharisees, led by High Priest Kaiaphas, who crucified Jesus.

The fact that the mob shouted "Crucify Him, Crucify Him" and "His blood be on us, and on our children" does not mean that all Jewish people should have to suffer forever for spilling the blood of Jesus. Jesus Christ presented himself as the Lamb of God; His blood had to be spilt over the people. It was not intended as punishment, but as a road to salvation for all sinners. Jesus was not engulfed in suffering and death, but he meticulously carried out God's foretold plan of salvation. He presented Himself as the Lamb of God, who would carry away the sins of the world. His was not a martyr's death. He had come to serve and to give His soul as ransom.[207] In John 3:16, we read: "For God so loveth the world, that he gave his only begotten Son, that whosoever believeth in him should not perish, but have everlasting life." Jesus said: "No man taketh it from me, but I lay it down of myself" (John 10:18).

The divine blood had to flow over all Adam's children, to wash them all and cleanse them of their sins. Many Jews were not convinced that it was indeed the blood of Christ. Rabbi Arthur Hertzberg accurately represents the Christian teachings about the Jews: "The greatest sin the Jews committed was in turning against Jesus Christ."

[207] The Bible makes it clear that redemption from sins and death is brought about by the payment of a price.

## Chapter 20

# Searching for the Descendants of Judah

After he conquered Babylon, the Persian King Kores allowed the people of Judah to return to their land. A small part of the tribes of Judah, Benjamin and the Levites then returned to Palestine (Ezra 1:1-5, 2:1). After they returned from exile, they started rebuilding the Temple. It was especially the elders among the Judeans who occupied themselves with the construction, which they completed according to God's command and the order of the King of Persia. The consecration of the Temple was celebrated with enormous enthusiasm by everybody who had been in exile in Babylon. The house of Judah, on the other hand, was never restored! The new nation was the nation after exile, and it was never known as the house of Judah. The new nation in Palestine became the official representative of Judah after the times of Ezra and Nehemiah. Instead of a Davidian royal family, an Aaronite priesthood was created instead. The Jewish community was subject to continuous change, and it was overrun by other cultures around the Mediterranean Sea. Most Jews were influenced not only by the Babylonian culture, but by the Persian as well. The cultures did not merge until Alexander the Great conquered the entire Middle East, and the Greek language, culture and philosophy started dominating life. After the Greek empire had been absorbed into the Roman Empire, the Jews came under Roman dominion. In the first century, the Jews were divided into various groups: the Pharisees, the Sadducees, the Essenes, the Zealots and the Herodians. After the conquest of Jerusalem by the emperor Titus, the entire population surrendered to the Pharisees. From that time on, Judah embraced the Talmud. All Jews who rejected the Talmud were banned from society.[208]

The Hebrew word for "law" is "Thora". In the Talmud, the law consists of two parts: the written law (the five books of Moses: Genesis, Exodus, Leviticus, Numbers and Deuteronomy) and the oral law containing most of the comments from rabbis like the Mishna and the Talmud. The latter group of laws was handed down orally through many generations. The Talmud, which contains the orally transmitted laws, for the most part contains interpretations rabbinical that were only recorded after the death of Jesus Christ. There are actually two Talmuds: the Jerusalem or Palestine Talmud, which was written in Palestine at the Academies, and the Babylonian

Talmud, which was collected at the Talmudic schools in Babylon. The Babylonian edition is the more extensive one. It is also the edition to which most people refer when they mention the Talmud. The Babylonian Talmud gained more authority because the people who collected it lived a hundred years before the editors of the Palestinian Talmud, and because theirs was the first Talmud that was used at the rabbinic schools of the Western world, after the fall of the Roman Empire. Rabbi Adin Steinsalz has said: "The Talmud is the supporting pillar that serves as a foundation for the entire religious and intellectual thinking. There is no other book that has influenced the thoughts and actions of the Jews to that extent" *(The Essential Talmud)*. From the beginning, the Talmud teaches that Jews have to obey the many laws of the Thora (613 in all) and its religion, and are not allowed to deviate at all.

[208] Arthur Herzberg, *Wer ist Jude?: Wesen und Prägung eines Volkes,* Munich 2000, 337.

In the beginning, the Talmud contained repulsive fables about Jesus. The first editions of the Talmud provoked tremendous hostility towards the Jews. Many were persecuted, and many editions of the Talmud were burned. To avoid this from happening in the future, the Pharisees decided to remove the blasphemous references to Jesus in future editions. One of those references was as follows: "Jesus worked as a carpenter until he was thirty years old, when he was elected rabbi at one of the schools in Jerusalem. One day he went into the holiest part of the Temple and stole a parchment on which the holy name of God was written. This gave him the power to perform miracles." Rabbis believe that those who know the correct pronunciation of the name of God possess supernatural powers. Also, there was a story that was being told that Jesus was boiled in "hot excrement".[209] The Talmud claimed that Mary was a whore: "She, who was the descendant of kings and rulers, and shared her bed with carpenters." Also, in a footnote to Shabbath 104b, it is claimed that it is written in the uncensored text of the Talmud that the mother of Jesus had sex with many men.[210] In Sanhedrin 43a, it is written that Jesus deserved his execution: "On the eve of Jewish Passover, Jesus was hanged. Do you suspect that he was someone who would be defended? Was he not a seducer?"

Because the Talmud emphatically condones and even glorifies the crucifixion of Jesus Christ, for a Christian it is impossible to convert to the Talmud knowingly. Although the Talmudists have gone to great lengths to conceal their hatred towards Jesus Christ in their tradition, the Jewish scholar Israel Shahak clearly underlines: "This is not about the realistic facts concerning Jesus Christ, but careless and even duplicitous stories in the Talmud. Even in later texts, up to the nineteenth century, they are found, and to the present day still determine what many Jews believe. And these stories have, to a considerable extent, determined the Jewish position on Christianity. According to the Talmud, Jesus Christ was sentenced by a rabbinic court for "God worshipping" and contempt for rabbinic authority. All the classical Jewish sources that made mention of this are all too happy to take responsibility. In these stories in the Talmud, not a single Roman appears! In the more folkloric tales (for example the infamous Toledot Yeshu), which are taken at least as seriously, another crime is added: witchcraft. The name Jesus itself to the Jews represented all that was evil and it does so to this day."[211] Israel Shahak continues: "To this day, copies of the New Testament are burned in public. Also, the commandment from the Talmud is quoted regularly that every new copy of the New Testament has to be burned, preferably in public. And it goes beyond this commandment: on March 23, 1980, hundreds of copies of the New Testament were burned, in public and under the auspices of Jad Le'achim, an organization which is funded by the Israeli government." Shulamit Aloni, a member of the Knesset, said in the *Yediot Ahronot* of February 2, 1975: "Every Jew who has a positive attitude towards Jesus, risks not being allowed to immigrate to Israel. The Interior Ministry has the authority to refuse anyone access who could disturb the feelings of generality."

[209] Gittin 57a.
[210] Sanhedrin 106a.[211] Israel Shahak, *Jewish History: Jewish Religion, The Weight of Three Thousand Years,* London 1995, 97.

Remarkably enough, Christian theologians and Jewish scholars agree that the Talmud is a continuation of Pharisee thinking, both in a personal and ideological sense. According to the Jewish historian Salcia Landmann, Pharisee philosophy and Talmudic thinking can be summarized in identical ways: "The Pharisees were the actual creators and guardians of accepted

Talmudic thinking."[212] The eminent Rabi Louis Finkelstein, the head of The Jewish Theological Seminary of America, often referred to as "The Vatican of Judaism", in the Foreword to his first edition of his world-famous classic *The Pharisees, The Sociological Background of Their Faith* states: "Pharisaism became Talmudism, Talmudism became Medieval Rabbinism, and Medieval Rabbinism be came Modern Rabbinism. But throughout these changes of name, inevitable adaptation of custom, and adjustment of Law, the spirit of the ancient Pharisee survives unaltered."[213]

The Talmud is the product of Pharisee thinking. This makes the Pharisees guilty of twisting the original meaning of the Old Testament account of salvation. The distortion of Mozaism was the natural outcome of the blind rejection of Jesus Christ! This left only the external adherence of Mozaism and removed the true experience. If the Pharisees had not intervened, the true Mozaism, announced by Isaiah, Jeremiah and Ezekiel, would have led Israel to Christianity via the Greek Jews. It was the Pharisees who kept the Jews in their power according to strict rituals and laws.[214] It was not the Christians who first turned against the Pharisees and Talmudists! In turn it was the Pharisees, unlike the truly religious Jews, who turned against their long-awaited Savior with an incomprehensible rage. Old Testament Judaists and Christians, on the other hand, always agreed that they gratefully and joyfully accepted their Redeemer. "Your father Abraham rejoiced to see my day: and he saw it, and was glad" (John 8:56).[215] The Pharisees were the exact opposite: "But though he had done so many miracles before them, yet they believed not on him" (John 12:37).[216] The Talmud offers a religion that no longer has anything to do with truly serving God, which is why Christians should consider it one of the many forms of heresy and reject it. Talmudism openly shows itself to be a special and very despicable form of heresy, because it is based on a supernatural revelation. Although this should put it close to Christianity, the Pharisees reject God's revelation in the person of Jesus Christ! Jesus encountered among the Pharisees stubborn misconceptions in the interpretations of the commandments that were based on earlier accounts. According to the Catholic scientist Giuseppe Ricciotti, Jesus at some point lectured the Pharisees: "Thus have ye made the commandment of God of none effect by your tradition" (Matthew 15:3-6; Mark 7:9). He added: "You nullify the word of God in favor of your tradition that you have handed on. And you do many [parómoia toiata] such things"

(Mark 7:13).[217] Although at the time of Jesus Christ the Talmud had not yet been written, its way of thinking already influenced the scribes. The form of religious worship known as Pharisaism in Judea in the time of Jesus was a religious practice based exclusively upon the Talmud. Jesus abhorred and denounced the form of religious worship practiced in Judea, which is known and practiced today under the name "Judaism".

212 Salcia Landmann, *Die Juden als Rasse*, Munich 1991, 175-179.213Louis Finkelstein, *The Pharisees: The Sociological Background of Their Faith*, Philadelphia, 1938, 21.

[214] Bernard Lazare, *L'antisémitisme: Son histoire et ses Causes Ligugé*, Vienna 1969, 16.

[215] Curzio Nitogloa, *Per Padre il Diavolo: Un Introduzione al Problema Ebraico, Secondo la Tradizione Cattolica*, Milan 2002, 433.

As far as Judah is concerned, those who returned from Babylon formed the Jewish state until the conquest of Palestine and the destruction of Jerusalem in 70 A.D. In that year, there was an open revolt against Rome, and the Romans razed the city of Jerusalem and destroyed its Temple. Between 132 and 135 A.D., there was another, larger revolt, and all the Jews were driven from Jerusalem. Eventually, Jerusalem became a Roman town, and virtually all the Jews were scattered in the Diaspora. A part of the descendants of Judah ended up on the Arabian Peninsula, where they converted numerous people. Since then, these descendants of Judah have been known as southern Jews. A part of them moved to Spain, and became known as Spaniards or Sephardic Jews. The Sephardic Jews spoke their own SpanishHebrew dialect called Ladino, and carefully preserved their cultural and religious traditions. The famous Jewish scholar Bernard Lazare writes about this: "The Sephardic Jews were a prime example of a people with a mission: their zeal to convert people was unsurpassed. The evidence of this zeal is numerous. In the first centuries A.D., Talmudism expanded with the same speed as later Christianity and the Islam. Rome, Alexandria, Antioch, Damascus and Cyprus, where virtually all Jews were converted heathens, are the places where they penetrated deeply. After the beginning of the Christian calendar, the Jewish mission to convert certainly did not stop. In a biological sense, it

is clear that at least half of the Hebrew heritage of the descendants of Judah was lost."[218]

[216] Ibidem, 412.
217 Joseph Ricciotti, *Das Leben Jesu,* Basel 1952, 29.218 Bernard Lazare, *L'antisémitisme: Son histoire et ses causes Ligugé,* Vienne 1969, 131-133.

Since they were scattered around the world, the descendants of Judah formed small minorities everywhere. Due to their vulnerability, they often became the victims of aggression and persecution. As early as the Middle Ages, during the fanatical crusades there were large-scale attacks on the Jews. There are plenty of examples of massacres prior to the crusades. Complete communities, like Rouen, Troyes, Metz, Speyer and Mainz, were wiped out. Godefroy of Bouillon and his ruthless crusader army laid siege to Jerusalem for a month. Afterwards, he was responsible for a terrible blood bath, and he had all the Jews burned.

In 1096, thousands of Jews had been murdered in Europe and many communities destroyed. These raids took place in a time when Christians became convinced that the Jews were their enemies. They were held responsible for the many unexplainable natural disasters, diseases and famines. Also, they gained a reputation as child killers and poisoners of wells, and they were hunted down and murdered. In the twelfth century, large-scale mass murders of Jews took place in various countries. When the plague broke out throughout Europe in 1348, it was seen as a divine punishment of the Christians for failing to exterminate the Jews. The Black Death that raged in France and Germany consistently fanned the popular rage against the Jews. Jews who survived the plague were ruthlessly killed. When the plague ended, according to the historians of the age, there were no Jews left in Germany.

In Spain, more than a 100,000 Jews converted to Christianity after the massacres of 1391 and 1441. In those days, mass conversions were numerous. Nevertheless, many converted back to the Jewish faith in secret. Many "crypto-Jews" or "marranos" lived wealthy lives and occupied elevated positions at the courtly and even ecclesiastical circles. Often, they had joined the aristocracy through marriage, and their numbers in Spain grew steadily. Almost all of Spain's families at some point in history have a

"marrano" ancestor. "Most noble families are filled with Marranos", it was said. In May 1492, some 160,000 baptized Sephardic Jews were given a few months to leave Spain for good. According to the Jewish author Arthur Koestler, this involved a branch of Sephardic Jews whose ancestors today still live in England, France and Holland. There Sephardic ancestors were forced to flee Spain in 1492, and Portugal in 1497.[219] After the flight of the Sephardic Jews from Spain and Portugal, the Marranos were observed with increasing suspicion. Many of them were burned by the Inquisition, but in the sixteenth century most of them immigrated to other parts of the Mediterranean, but also to England, France and Holland. Once they found a safe place, they openly converted back to their ancient religion and, together with the Sephardic Jews who had fled between 1492 and 1497, founded the Sephardic communities in these countries.

According to Koestler and Lazare, these Sephardic Jews can also be found in ancient Italy. After all, ancient Rome was inundated with Sephardic Jews. On the other hand, Koestler confirms that after their flight the Sephardim settled around the Mediterranean, in the Balkans and in Western Europe.[220] The Sephardim became blood relatives with many peoples in the area around the Mediterranean Sea and the Middle East which included Egypt, Arabia, Greece, Persia and Rome. In later times, many of them became blood relatives of the Spanish, Portuguese, French, German and Swedes.

[219] Athur Koestler, *Der dreizehnte Stamm: Das Reich der Chasaren und seine Erbe*, Herrsching 1991, 152. Also Bernard Lazare, *L'antisémitisme: Son histoire et ses causes Ligugé*, Vienna 1969, 135.

At that time, there were also groups of Sephardic Jews who settled in Eastern Europe. These Jews were very surprised when they arrived. They found out that more than half of all people with a Jewish belief in the world lived in that area, which is now present day Russia. However, most of these Jews did not descend from Judah but from the heathen peoples, in particular the Chasars.[221]

The Chasars were related to the Tartar and Mongol race, of whom it is claimed that at one point they stayed on Mount Seïr, the home of the Edomites. It is, therefore, not surprising that the Chasars had a very Edomite bent, from which many false doctrines were born. In addition, there is a link

with Askenaz, Japheth's grandson.[222] The Chasars were a very warlike nation. In a comparatively short period they established the largest and most powerful kingdom in Eastern Europe, and probably the wealthiest also. The population was made up for the most part of Chasars with the addition of the remnants of the populations of twenty-five peaceful agricultural nations conquered by the Chasars.

The Chasars were a pagan nation when they invaded Eastern Europe. Their religious worship was a mixture of phallic worship and other forms of idolatrous worship practiced in Asia by pagan nations. This form of worship continued until the seventeenth century. The vile forms of sexual excesses indulged in by the Chasars as their form of religious worship produced a degree of moral degeneracy the Chasars' king could not endure. In the 7th century King Bulan, ruler at that time of the Chasar Kingdom, decided to abolish the practice of phallic worship and other forms of idolatrous worship and make one of the three monotheistic religions, about which he knew very little, the new state religion. After a historic session with representatives of the three monotheistic religions King Bulan decided against Christianity and Islam and selected as the future state religion the religious worship then known as Talmudism, and now known and practiced as Judaism. King Bulan and his 4000 feudal nobles were promptly converted by rabbis imported from Babylonia for that event. Phallic worship and other forms of idolatry were thereafter forbidden. The new form of religious worship was now the state religion. The converted Chasars were the first population of so-called or self-styled "Jews" in Eastern Europe. All Chasars had to learn to cook and eat in the Hebrew fashion, and be circumcised, on pain of death. They also had to recognize the rabbis as their spiritual leaders. When the Chasars went to war against Russian peoples, it was customary to kill their adversaries and rape their women. All women were forced to convert to Talmudism. Many of them married Chasars.

[220] Athur Koestler, *Der dreizehnte Stamm: Das Reich der Chasaren und seine Erbe,* Herrsching 1991, 152.
[221] According to Jewis historian Nathan M. Pollock, *The Jews that Aren't,* in the *San Diego Union,* 28/8-1966. Also: Martin Gilbert (Jewish historian in Oxford), *Jewish History Atlas,* Collier Books, 1976, 23.
[222] As mentioned before the biblical prophecies label the Edomites as a

dangerous enemy of the People of God, and their influence and struggle shall continue from generation to generation to this very day.

When the Chasars in the first century B.C. invaded Eastern Europe their mothertongue was an Asiatic language, referred to in the *Jewish Encyclopedia* as the "Chasar languages". They were primitive Asiatic dialects without any alphabet or any written form. When King Bulan was converted in the seventh century he decreed that the Hebrew characters he saw in the Talmud and other Hebrew documents were thereupon to become the alphabet for the Chasar language. The Hebrew characters were adopted to the phonetics of the spoken Chasar language. The Chasars adopted the characters of the so-called Hebrew language in order to making a means for providing a written record of their speech. The adoption of the Hebrew characters had no racial, political or religious implication. Since the conquest of the Chasars by the Russians and the disappearance of the Chasar Kingdom the language of the Chasars became known as Yiddish. This language must not be confused with Hebrew because they both use the same characters as their alphabets. There is not one word of Yiddish in ancient Hebrew nor is there one word of ancient Hebrew in Yiddish. The Chasars adapted words as needed from the German, Slavonic and Baltic languages.

Directly north of the Chasar Kingdom at the height of its power a small Slavic state was organized in 820 A.D. on the south shore of the Gulf of Finland, where it flows into the Baltic Sea. This small state was organized by a small group of Varangians from the Scandanavian peninsula on the opposite shore of the Baltic Sea. The native population of this newly formed state consisted of nomad Slavs who had made their home in this area from earliest recorded history. This newlyborn state was the embryo which developed into the great Russian Empire. During the tenth, eleventh, twelfth, and thirteenth centuries the rapidly expanding Russian nation gradually swallowed up the Chasar Kingdom.[223]

In the many wars with her neighbors in Europe after the thirteenth century Russia was required to cede to her victors large areas which were originally part of the Chasar Kingdom. In this manner Poland, Bohemia, Lithuania, Hungary, Rumania and Austria acquired from Russia territory originally a part of the Chasar Kingdom. Most Jewish Chasars managed to escape to the West, where they settled in one of these countries. After the destruction of

the Chasar Kingdom these Jews were no longer known as Chasars but as the Yiddish populations of these many countries. They refer to themselves in this way today.[224]

[223] Cited from Benjamin H. Freedman, *Facts are Facts*, New York 1954, 56.
[224] Ibidem, 57.

Abraham Poliak, Professor of History at the University of Tel Aviv, has made a very important contribution to our knowledge of the descent of the Jewish Chasars. His essay *The Conversion of the Chasars to Jewry* first appeared in the Jewish magazine *Zion*, and his book *Chazaria* was very controversial. It appeared in Hebrew in 1944, and was seen as a subtle attempt to undermine the sacred tradition of the biblical descent of modern Jews. According to Bernard Koestler, there are important similarities between the Chasars and the Ashkenazi. He refers to a thorough historical and ethnological study, and his theory is virtually unassailable scientifically.[225]

One of the first modern Jewish scientists who knew there were strong similarities between the Ashkenazi (Eastern Jews) and the Chasars was Isaac Baer Levinsohn (1788-1860). He was convinced "that the Russian Jews have originated at the banks of the Volga."[226]

Most historical records indicate that the founding of the Ashkenazi Jewry took place in the Rhine Basin, followed by a dramatic expansion into eastern Europe. However, this is not credible. As we have seen, the Sephardim had been wiped out in this area (1348-1350). According to the German historians of the time, there were no Jews left in Germany.

What secret mysterious power has been able for countless generations to keep the origin and the history of the Chasars and Chasar Kingdom out of history textbooks and out of classroom courses in history throughout the world? Few people know that history was rewritten in order to hide incidents that would expose the Illuminati's long-standing conspiracy to rule our planet. The Rockefellers have pumped millions of dollars into an ongoing campaign to keep the history books written as dictated by the Illuminati. The Rockefeller Foundation admitted, in its *Annual Report 1946,* that it was subsidizing corps of historians to prevent anyone from rewriting history.[227]

The Ashkenazi and Sephardim had totally different cultural and religious traditions, customs, eating habits and liturgies; they visited different synagogues and rabbis, and did not mix socially. These days, everything is different. Many Ashkenazi who currently live in Israel intermingled with Sephardim.[228] DNA research indicates that members of the two groups have intermarried frequently over the last hundred years. In 1967, Jack Bernstein immigrated to Israel to marry his beloved Ziva. He got married and stayed for six years, after which he moved back to the United States a disappointed man. According to Jack Bernstein: "The marriage took place in a Sephardic synagogue. The ceremony was simple but beautiful. Ziva and I were very happy until our marriage encountered a serious problem. It turned out that Ziva is a Sephardic Jew and I am Ashkenazi. When an Ashkenazi Jew marries a Sephardic Jew, the entire Ashkenazi community in Israel holds that against him. The first three years of our marriage we were forced to live with Ziva's aunt because of the racially motivated allocation of houses. In Israel, houses are allocated as follows:

[225] Athur Koestler, *Der dreizehnte Stamm: Das Reich der Chasaren und seine Erbe,* Herrsching 1991, 143.
[226] Jüri Lina, *Under the Sign of the Scorpion: The Rise and Fall of the Soviet Empire,* Stockholm 1998, 155.

227 *The Rockefeller Foundation Annual Report 1946,* 188.228 Professor Arnaiz-Villena, "The Origin of the Palestinians and Their Genetic Relations with other Mediterranean Populations" in *Human Immunology,* 2001.

• Ashkenazi Jews who have lived in Israel for years have first choice.
• Ashkenazi Jews from Europe have second choice, especially when they are married to or are going to marry an Israeli-born Ashkenazi Jewess.
• Ashkenazi Jews from the United States have third choice, especially when they are married to or are going to marry an Israeli-born Ashkenazi Jewess.
• Sephardic Jews then have choice of any houses that are left.
• The last people to have a choice are Muslims, Druze and Christians.

With regard to work and jobs, the same order was applied: the best jobs went to Ashkenazi Jews, then the Sephardic Jews, and finally the Muslims, Druze and Christians, who got the lowest jobs and often remained unemployed. Despite the fact that I was an Ashkenazi Jew from the United States, I was a

part of the lowest level because of my marriage with a Sephardic Jewess."[229] It would appear that during the nineteen-sixties and the nineteen-seventies there were hidden tensions between the absolute majority of the Ashkenazi Jews and the Sephardic minority. It is possible that the tension exists to this day. It will always remain secret to the outside world.

When we consider Jewish history, we could arrive at the conclusion that the present Jewry consists of various ethnic groups: the Sephardim, descendants of Judah, and the Ashkenazi, descendants of the Chasars. As is often the case, this matter is not as simple as it might look. Reality is much more complex. The Sephardim and Chasars are not the only two Jewish groups with a different ethnic background; there are many variations. For as long as they have existed, Sephardic Jews have been zealous in their attempt to convert whoever they may to their Jewish religion. As a result, they have roamed to many different parts of the world. For example, Jewish farmers and nomads, together with the Kabyles and Berbers, moved as far as Setif, Guelma and Bisra on the Moroccan border. From there, they roamed in caravans through the Sahara, as far as Timbuktu. Many of them have a dark skin color, like those of Daggatum, the Falashas and the Abyssinians Jews. There are traces of them as far as Peru (a Jewish-Peruvian Indian tribe), and Mexico (a group of more than one million Indio-Jews). According to the Jewish journalist Egon Kirsh, they can be traced back to Luis de Carbajal, who during the times of the Inquisition was banned to Mexico with hundreds of Marrano families, where they continued the Jewish mission. In India, there are white Jews in Mumbai and black Jews in Cochin. The white Jews settled in India in the fifth century, after they had been driven from Baghdad by the Persian King Pheroces. Another explanation of their presence in India leads to a much earlier time, the arrival of Jews in China, long before the birth of Christ. These Chinese Jews not only looked like the local population, they even converted to Confucianism.[230] This early version of "Chinese Jews" was relatively unknown and led to the publication of the theme issue of the *Allgemeine Jüdischen Wochenzeitung* in 1992. The magazine reported: "Thousands of Chinese families have recently gone to the Jewish embassy in Beijing and invoked their Jewish origins. It is their intention to immigrate to Israel. Although their identity papers confirm their Jewish origin, they are not recognized as Jews by the Chinese authorities. Nevertheless, this does shed new light on unknown matters." Arnon Matver,

director of the Jewish Agency, stated: "The requests for immigration of these Chinese Jews will be studied thoroughly, despite the fact that the Chinese identity papers indicate that we are dealing with Jews here. At the moment, historians are looking into the matter."[231] In the spring of 1992, at an exhibition of the Bayerischen Hauptstaatsarchiv in Munich, documents and testimonies were on display of Jews who had moved to China more than a thousand years ago. Although they maintained their religious culture, over time they adopted the Chinese way of life.[232]

[229] Jack Bernstein, *Das Leben eines amerikanischen Juden im rassistischen, marxistischen Israël*, Steinkirchen 1985, 66.

The black population in the United States also contains a large number of Jews. Israel Shahak is fairly affable about that in his thoughtful statement in which he says that "most blacks are not Jews."[233] In reality, in New York alone in 1942 there were 3500 black Jews, even with their own synagogues. The origin of the black Jews also becomes clear from two details in American history. In 1979, Moses Nuñes confessed that the mulatto Rose was his lover and the mother of his children Robert, James, Alexander and Frances. He left them their freedom, as well as his house and land and thirteen slaves. At a plantation in King's Creek, Barnet A. Cohen confessed on his deathbed and in front of five witnesses concerning his love affair with the negress Catherine Owen, and he gave their children Bernard and Benjamin Philip his own name: Cohen.[234]

To this day, many people convert to Jewry, despite their different ethnic backgrounds and culture. This is approved by the Talmud and later rabbinic law, provided the conversion is carried out according to proper guidelines.[235] It is very remarkable and important that race and origin has never been an obstacle to convert to Jewry. There was only one condition: unconditional surrender to the Talmud! The British newspaper *The Guardian,* on August 7, 2002, wrote about a delegation of rabbis that traveled to Peru to convert ninety Indians to Judaism. There was only one condition: they had to live and work in Israel according to the regulations of the Talmud. In short: it is not at all easy to determine who the descendants of Judah are. Most Jews cannot prove that they are descendants of the people of Judah. During the exile in Babylon, there were many new branches. Even in the families of

priests, marriages with heathen women occurred. In the book of Esther we read that many of these women became Jews. In that time between the return from Babylonian exile and the beginning of our calendar, large groups of descendants from Ishmael and Esau were also forced to accept the Jewish faith, even though they did not descend from Judah. These new Jews were not descendants of Judah, but they adopted the religion of the Jews. Entire peoples let themselves be incorporated into the Jewish people and culture. The Jewish author Flavius Josephus, in his book *Jewish Antiquities*, tells us how John Hyrcanus from the house of the Maccabees, around 125 B.C. incorporated the Edomites into Jewry.[236] "Hyrcanus also conquered the cities of Andorra and Marissa in Idumea, and after he had brought that entire land under his dominion, he allowed the people to continue living there, provided they let themselves be circumcised and adopt the Jewish religion. The fear of being driven from their land made them accept those terms, and since then they have been considered Jews." In chapter 19 of the same book, Josephus describes the government of the son of Hyrcanus, Aristobulus, who had himself crowned King of the Jews and incorporated an Ishmaeli tribe into Jewry. "he waged war on the Itureans, conquered a portion of their land, which he added to Judea, and he forced the people to be circumcised and live according to Jewish fashion." It is clear that in this manner enemies of Judah were incorporated into Jewry.

[230] Bernard Lazare, *L'antisémitisme: Son histoire et ses causes Ligué*, Vienna 1969, 35.

[231] *Allgemeine Jüdischen Wochenzeitung* of August 20, 1992. [232] *Deutsche Tagesschau* of March 5, 1992.

[233] Israel Shahak, *Jewish History: Jewish Religion: The Weight of Three Thousand Years*, London 1995, 102.

234 Jürgen Thorwald, *Die Saga der Juden in Amerika*, Locarno 1978, 77. [235] Israel Shahak, *Jewish History: Jewish Religion, The Weight of Three Thousand Years*, London 1995.

The orthodox rabbi G.J. Neuberger, during a conference in Tripoli, brought up the Jewish race: "Who is a Jew?" Neuberger then answered his own question: "Those who have a Jewish mother and those who have converted to Judaism in accordance with the Halacha, the Jewish religious law." Arthur

Koestler confirms this, but he refers to the down-to-earth verdict of Raphael Patai in the *Encyclopaedia Brittanica* of 1973: "Facts from anthropology demonstrate that, contrary to what was commonly assumed, there is no such thing as the Jewish race. Anthropometrical studies of Jewish groups in many places on earth indicate that the actual physical characteristics are very different from each other."

The Jewish author Ludwig Schneider uses an even stricter formulation in his *Israel Yearbook 2001*: "The rabbinic ruling that has been taken over by the highest court of the state of Israel and that has been declared valid, goes as follows: a person is a Jew if he is born from a Jewish mother who has no other religion than the Jewish religion. Or a person is a Jew when he converts to Jewry in accordance with the strict orthodox rabbinic rules." This is the only religious criterion and the only legal method through which the state of Israel can declare a person a Jew. Most ethnologists categorically denounce the notion that a person is a Jew on the basis of his race as a preposterous idea. Science and objectivity do not keep an entire people from claiming it is of Jewish descent.

[236] Book 13, chapter 17.

In this day and age, does there exist such a thing as a Jewish religion? Yes and no. Until some 250 years ago, there was still a Jewish religion. Since then, this religion has been eroded by the European Enlightenment. In the wake of the European Enlightenment, the foundation of the Jewish existence was destroyed. For the first time in history, the Jews turned on the Thora and the Talmud. Naturally, there emerged groups that wanted to maintain their Jewish identity. But at the same time these groups denounced God as the center of their Jewish life, and they no longer obeyed the Thora. Only a small minority of Jewry can now claim the Jewish religion.

A small group has been divided amongst a whole range of sects, the boundaries of which are fluid and vague. Good examples of this are the ultra-orthodox (Haredim), the orthodox and the new orthodox, the Hassidim, the reformed and conservatives, the Christian Messianists (Christian Jews) and the Karaeses.[237]

So people are considered to be Jews based on the descent from Jewish parents, birth from a Jewish mother (orthodox position) or Jewish father (liberal position), all without having to convert to the Talmud. Any outsider can become a Jew by converting to the Talmud in accordance with the rules. Only ten percent of today's Jews consider themselves religious believers. This minority in turn has divided itself among a host of sects.

In this chapter, my research has been based on five studies by Jewish authors and historians who complement each other in an exceptional way because they approach Jewry from different angles. In addition, their studies are considered the "standard works" on Jewry. According to these prominent scholars, the Jews are not an independent race. They are in no way a unit, biologically or genetically, ethnologically or anthropologically. There is nothing that indicates they are the descendants of the ancient Hebrews.

In *The Matrilineal Ancestry of Ashkenazi Jewry: Portrait of a Recent Founder Event*, Dr. Richard Villems of the Department of Evolutionary Biology, University of Tartu and Estonian Biocenter in cooperation with the Rappaport Faculty of Medicine and Research Institute, Technion and Rambam Medical Center of Haifa, Israel, said: "Both the extent and location of the maternal ancestral deme from which the Ashkenazi Jewry arose remain obscure. By using complete sequences of the maternally inherited mitochondria DNA (mtDNA), we discovered that close to one half of Ashkenazi Jews, estimated at eight million people, can be traced back to only four women carrying distinct mtDNAs that are virtually absent in other populations, with the important exception of low frequencies among nonAshkenazi Jews. We conclude that four founding mtDNAs underwent major expansion(s) in Europe within the past millennium."[238]

[237] The latter group refers to itself as anti-rabbinic. All writers who have studied this group agree that these are the only Jews sympathetic to Christianity. To them, Christ was a prophet, like he is to Muslims, in contrast to the Talmudists who hated both Christ and Christians.

A scientific study of the renowned Spanish Professor Arnaiz-Villena, geneticist at the Complutense University in Madrid and author of *The Origin of Palestinians and their Genetic Relatedness with other Mediterranean Populations*, confirms that the Jews are not a race apart. According to this

study there exists no difference in the genetic origin between Jewish and Palestinian people. They have the same genetic origin. During the research the geneticist discovered that the Ashkenazim (descendants of the Chasars) as well as non-Ashkenazim Jews and Palestinians in the Middle East are genetically indiscernible.[239] Rivalry between both races is therefore based on "cultural and religious, and not on genetic differences". In the beginning of 2001 the study was published in the magazine *Human Immunology*. The magazine accepted the study as a valuable contribution to genetic research, but afterwards it collapsed under the pressure from the Zionistic lobby, which claimed that the article was politically biased and handled "inappropriate observations" concerning the Palestinian-Israeli conflict. His findings caused Arnaiz-Villena to question the Zionistic ideology strictly on the basis of a study on genetic variations in people all living in the Middle East. The heart of the problem here really is that the study questions the concept about the Jews being a race apart, which has unpleasant implications for Zionism.

The publisher of the magazine admitted afterward that she was being threatened with firing should she choose not to withdraw the article. Academics who received the magazine where asked to tear out the pages in question and throw them away. In letters sent to libraries across the world, librarians were asked to "physically remove" the article from their bookshelves. Professor Arnaiz-Villena was fired from the editorial board after these incidents.[240] In the midst of interventions of the magazine's publication and massive protests, various scientists, such as the British geneticist, Sir Walter Bodmer and Dr. Mazin Qumsiyeh from the Department of Genetics at Yale wrote a letter to the society to support Arnaiz-Villena and protest against the shocking censorship concerning scientific labor. An associate scientist said: "The regrettable thing about the case is that if Arnaiz-Villena would have found proof that the Jewish people are genetically exclusive instead of ordinary, you could bet your life on it that nobody would have complained about the turn of phrases that he used in the article. This is a very sad case."

[238] Dr. Richard Villems, *The Matrilineal Ancestry of Ashkenazi Jewry: Portrait of a Recent Founder Event: The American Journal of Human*

*Genetics,* volume 78, March 2006.

239 As recently noted, the Ashkenazim have intermixed in the past with the Sephardim.240 In a personal letter with the author, professor Arnaiz-Villena admitted not to be concerned with the subject any longer.

Many claim that Judah, like Israel, has been absorbed into other people, and has left the stage for good. However, God has promised that there will come a time when he will bring back both Judah and Israel to the land that was given to their fathers (Jeremiah 30:3). How God will reunite the two houses can be read in *Reunion of Israel and Judah* in the book of Ezekiel, where God says: "Now, son of man, take a single stick, and write on it: Judah and those Israelites who are associated with him. Then take another stick and write on it: Joseph (the stick of Ephraim) and all the house of Israel associated with him. Then join the two sticks together, so that they form one stick in your hand. When your countrymen ask you, 'Will you not tell us what you mean by all this?', answer them: 'Thus says the Lord GOD: I will take the stick of Joseph, which is in the hand of Ephraim, and of the tribes of Israel associated with him, and I will join to it the stick of Judah, making them a single stick; they shall be one in my hand. The sticks on which you write you shall hold up before them to see.' Tell them: 'Thus speaks the Lord GOD.' I will take the Israelites from among the nations to which they have come, and gather them from all sides to bring them back to their land. I will make them one nation upon the land, in the mountains of Israel, and there shall be one prince for them all. Never again shall they be two nations, and never again shall they be divided into two kingdoms. No longer shall they defile themselves with their idols, their abominations, and all their transgressions. I will deliver them from all their sins of apostasy, and cleanse them so that they may be my people and I may be their God" (Ezekiel 37:16-23).

The Holy Scripture teaches us, then, that the peoples of Judah and Israel had been separated. The house of Israel existed elsewhere from the house of Judah. The Bible also teaches us that the descendants of Judah and of Israel continue to exist to this day. As we have indicated earlier, we must not doubt this. All divine statements in the Bible are absolutely certain and reliable, because they rest on the character of God Himself. According to the Bible,

the descendants of Judah and Israel will never be lost, and in time, at the end of days, both houses will be restored. The Bible makes it clear that this reunion still needs to take place.

Although Judah's bloodline has mixed with other bloodlines over the centuries, we have to assume that the Sephardim are the true descendants of the Old Testament house of Judah, both ethnically and historically. In short: those who will inhabit the Promised Land together with the descendants of the house of Israel.

**Chapter 21**

# Zionism and Anti-Zionism

All ideologies, opinions and ideas can be openly examined, analyzed and criticized. We can happily discuss politics and criticize the Christian faith or Islam. We can also turn against any government, and the biggest risk we might encounter is that of receiving polemics and retort. There remains however one ultimate exception. For one theme the freedom of speech is absolutely not valid: Zionism! This movement does not willingly expose itself to criticism and, therefore, hardly ever goes public. If one criticizes Zionism at all, then the reaction is conflicting and hostile. The subject of "Zionism" has almost become taboo.

The specific ideological principles of Zionism are, amongst others, that the Jewish people have a historic right to Palestine. This right is based on the fact that the Jews lived in this country some two 2000 years ago and therefore originated from there. Moreover, it is often claimed that Palestine, before the arrival of the Jews, was practically uninhabited and that a Palestinian people didn't exist at all.[241] Nevertheless, as we have seen, there exists no difference in the genetic origin between Jewish and Palestinian people. They have the same genetic origin.[242]

If we analyze the roots of Zionism and make amends to the principles of the ideology that lays claim to Palestine, we cross an unwritten line. We have then almost committed a crime, and, before we know it, we appear in court. In order to prevent this I am forced to incorporate all critical quotes in this chapter about Zionism, from erudite Jewish researchers, important Jewish authors and rabbis. Many of them complain about the blurred vision of their own supporters.

After they were forced to flee Spain (1492) and Portugal (1497), many Sephardic Jews settled in, among other places to Eastern Europe. Whilst settling in Russia, they were faced with a longstanding hostile attitude from the government. Upon the ascension to the throne of Csar Alexander II this, fortunately, came to a halt. For the first time one could find Jews in the more respectable positions of physicians, architects, lawyers and industrialists. The liberal csar even trusted them with the scientific and economical

restoration of the country. Even the foundation of the Russian State Bank was entrusted to the Jews. The good times, however, didn't last long. When they were accused of the murder of Csar Alexander II on the thirteenth of March, 1881, unsurpassed pogroms started. Shortly thereafter a group of idealistic Jews fled to Palestine to find a refuge for their fellow sufferers. They bought a piece of land in the vicinity of Jaffa to grow wheat and other crops. Later, other Jews from Russia and Romania arrived in Palestine. In 1883, 200 Jewish families were living scattered over six areas. Zionism was born.

[241] Joan Peters, *From Time Immemorial: The Origins of the Arab-Jewish Conflict over Palestine*, Chicago 1984, 13. See also Norman Finkelstein, *Fallacy of anti-Semitism: Israel, the U.S. and the Abuse of History*, London 2006, 7.
[242] Professor Arnaiz-Villena, *The Origin of the Palestinians and Their Genetic Relations with other Mediterranean Populations* in *Human Immunology*, 2001.

*The Spectrum Encyclopaedia* defines Zionism as a "political movement aiming at the settling of a Jewish state in Palestine." In other places Zionism is defined as actually *striving* to achieve this goal. According to historians, Zionism was already established during the Thom (Prussia) convention of 1860. During this assembly, the necessity of a home state for the Jews in Palestine was recognized.

The man who took the actual initiative for this political movement as we know it today was Theodor Herzl, a Jew of Hungarian descent. He graduated from the University of Salzburg, where he read law and subsequently became a journalist, author and correspondent in France for the Viennese *Neue Freie Presse*. His Zionist ideas and points of view regarding the solution, both politically and economically, were summarized in his 1895 book *Der Judenstaat* (The Jewish State). Two years later he established the Zionist World Organization and, in Switzerland, organized the first Zionist Congress. According to Herzl himself, the principal target of his Zionist movement was the establishment of an independent state, a new fatherland for the threatened Jews in Eastern Europe.

The Swedish magazine *Judisk Krönika* (Jewish Chronicles) from the first of February, 1988, gave another point of view: "Zionism consists of an invisible, great and powerful emporium that doesn't appear on any map, but is explicitly present and operates under capitalism all over the world."

The Jewish author Jack Bernstein wrote a few years ago: "Judaism is a religion, but Zionism is a political movement created by those same people that were also at the basis of Communism. Their main target is to form a world government presided over by international capitalists."[243]

Regarding this book, it is important to know that the large banks of the families Rothschild, Schiff, Morgan, Warburg, Russell and Rockefeller not only played an important role in Zionism, they also supported the aim of the Zionist movement with enormous funding. These very influential Illuminati families have established inconspicuous organizations everywhere in Israel. Together with the Rockefellers, the Rothschilds have invested very substantial amounts in Palestinian agriculture and industry.

The Rothschild family made possible the British purchase of the Suez canal in 1875, through which England gained dominance in Egypt. After the British declaration that Palestine formed the strategic wing of defense for the Suez canal, preparations were made, aided by the Rothschilds, to end the dominance of the Ottoman Empire over Palestine.

Shortly before the First World War the Rothschilds founded the predecessor of the Mossad. Jozef Tobin, Norman Belkant and Madam Sora headed the organization. The intelligence service's headquarters were located in the village of Zimmarin, Palestine. Spies were deployed everywhere to gather information about the Ottoman army. To collect the information, everybody who had important intelligence was bribed. Women were used to seduce men in important positions within the army. Crucial and confidential information came from Simi Simon, an attractive Jewish woman that seduced the commander of the Ottoman army in Damascus. With the help of these spies, important information and knowledge about the Ottoman army were provided to the British. Contact with Jewish spies was made every night from a British naval vessel using light signals from the coast, after which messages and information were sent from the coast to the ship via a bottle attached to a rope.

[243] Jack Bernstein, *Das Leben eines amerikanischen Juden in rassistischen, marxistischen Israel*, Steinkirchen 1985, 17.

The British fleet controlled the entire coast from Syria to Morocco; and the Russians made Armenian partisans into an army. To divert attention away from Palestine, the population throughout the Ottoman Empire was encouraged to revolt. The first uprising against the Ottomans took place in Saudi Arabia and was led by Amir Faisal, son of Sharif Hussein.

Soon after, Ottoman intelligence discovered the existence of the Jewish spy ring. The headquarters in Zimmarin were attacked and every suspect apprehended, with most of them receiving death sentences. Madam Sora, Jozef Tobin and Norman Belkant were transported to Damascus, a voyage during which Madam Sora committed suicide. The others were sentenced to death.

These developments allowed the British to begin their campaign against the Ottomans earlier than they had anticipated. General Allenby later admitted: "We knew the Ottoman's biggest secrets. That is why we were victorious and have won the war."

The sudden and unconditional surrender of Germany also meant the surrender of the Ottoman Empire, its ally. The Ottoman Empire no longer existed, and all its Arabian provinces fell under British and French control. The Caliph and Sultan were deposed and granted asylum in Great Britain.

With the breakup of the Ottoman Empire, other Arab countries like Iraq came under British tutelage. Amir Faisal, who had led the Arab Revolt against the Ottoman sultan, was brought in from Mecca by the British to become King of Iraq in 1921. Many Iraqi Jews were appointed to key administrative posts, including that of Economics Minister. Britain retained final authority over domestic and external affairs.

After the victory over the Ottomans, in November 1917, Illuminati and prominent Zionist Lord Arthur James Balfour left for the Unites States where he published the famous Balfour Declaration in the form of a letter to Lord Rothschild. On behalf of the British government, the Jews were promised the founding of their own fatherland in Palestine.[244]

[244] Sir Arthur James Balfour was connected with the foreign office of his country. He was a British, conservative, exiled Zionist and a prominent member of the Freemasons.

The specific ideological principle of Zionism, in which it was claimed that the Jews had a historic right to Palestine and that this country had been practically uninhabited on the eve of colonization, was contradicted by Balfour. He wrote: "We willingly and rightfully denounce the principle of self determination, because the Jewish issue outside Palestine is a matter of world importance and Zionism is rooted in age-old traditions, current needs and hope for the future, that are much more important than the desires and the loss of rights of the 700,000 Arabs currently populating the old country."

Winston Churchill declared before the Commission Peel: "The native population has no more right to the Palestine than a dog has a right to his kennel, even though he may have lived in it for a long time. These people have by no means been done any injustice because a stronger race, or at least a more worldwide race, to use this expression, has taken over their place."[245]

In April 1922, in San Remo, mandate over Palestine was granted to England and two years later the League of Nations officially handed the mandate over Palestine to Great Britain. In the mandate of the League of Nations, with which England had gained dominance over Palestine, the Jewish Agency for Palestine was supposed to take on the representation of the Jewish people. The intention was that this organization would cooperate with the power of the mandate and give advice regarding the founding of a Jewish state. For this task, Theodor Herzl founded the Zionist Organization (later the Zionist World Organization), an international federation of Zionist groups. In the 1930s this organization practically functioned as the government of the future Jewish State. Around that same time the Arab Federation published a plan that Declaration.
anticipated the complete fulfillment of the Balfour

**The Plan**
• In 1935 the Jews had to own 85% of the country.
• In 1936 they were to have control over all labor in Palestine.
• In 1937 the Arabs were to be reduced to a minority of the population.

Naeim Giklad writes in his book *Ben-Gurion's Scandals: How the Haganah and the Mossad Eliminated Jews*: "Under the leadership and management of David Ben-Gurion, the World Zionist Organization ignored the existence of the Jewish communities of the Islamic countries. He thought about them only after he threw 750,000 Palestinian Arabs off their land that he then appropriated. At that point he realized he needed cheap labor, but even when the Jews of Islamic countries came, Ben-Gurion kept them in tents and used them for propaganda purposes to extract money from the rich Jews. Ben-Gurion made racist statements, referring to these refugees as Avaki-Adam in Hebrew less than human, or sub-human. This was the basis of the relationship between the Ashkenazi Jews and the Jews from Islamic countries. The same treatment persists today; Jews of Islamic countries are considered second-class citizens."[246]

[245] Isaiah Friedman, *Isaiah Friedman, 1918*, London 1992, 13-14. See also Clive Ponting, *Churchill*, London, 1994, 254.

Writing at the end of 1934, Sir Francis Humphreys, Britain's Ambassador in Baghdad, noted that: "Zionism has sown dissension between Jews and Arabs, and bitterness has grown up between the two peoples who did not previously exist."[247] The Iraqi Prime Minister Nouri el-Said who took directions from London began to create the conditions that would make the lives of Iraqi Jews so miserable they would leave for Israel. Jewish government employees were fired from their jobs; Jewish merchants were denied import/export licenses; and police began to arrest Jews for trivial reasons. On June 1, 1941, 500 Iraqi Jews were killed in the streets of Baghdad in anti-Jewish riots involving the Iraqi army and British Gurkha.[248] The anti-Jewish riots gave the Zionists the pretext to set up a Zionist underground in Iraq. During these years many Iraqi Jews were killed in acts of sabotage against Jewish institutions. Thousands of anti-Jewish leaflets calling on Jews to leave Iraq were distributed and more then 120,000 Iraqi Jews fled to Israel.

Zionist propagandists still maintain that the bombs in Iraq were set off by antiJewish Iraqis who wanted Jews out of their country. Naeim Giklad states: "The terrible truth is that the grenades that killed and maimed Iraqi Jews and damaged their property were thrown by Zionist Jews."[249] Wilbur Crane

Eveland, a former senior officer in the CIA comes to the same conclusion in his book, *Ropes of Sand: America's Failure in the Middle East*: "In attempts to portray the Iraqis as antiAmerican and to terrorize the Jews, the Zionists planted bombs in the U.S. Information Service library and in synagogues. Soon leaflets began to appear urging Jews to flee to Israel. Although the Iraqi police later provided our embassy with evidence to show that the synagogue and library bombings, as well as the antiJewish and anti-American leaflet campaigns, had been the work of an underground Zionist organization, most of the world believed reports that Arab terrorism had motivated the flight of the Iraqi Jews whom the Zionists had rescued really just in order to increase Israel's Jewish population."[250]

In truth, the Zionist movement was not concerned with the welfare of Jews who were native to Islamic countries. After the expulsion of more than 750,000 Palestinian Arabs, the expropriation of their lands and the destruction of more than 300 of their villages, Israel acquired millions of dunums of fertile land that awaited Ashkenazi Jewish settlers and farmers from Europe. In 1952, the labor force that helped carry out the government projects consisted of eighty-two percent of the Jews of Middle Eastern origin that were housed in slums (Maabarot). The development of the agricultural infrastructure and rebuilding and expansion of the citrus industry were the most important of these projects. There was a systematic pattern of giving preference to the interests of the class that was already strong, namely the veteran Ashkenazi settlers. While the Israeli government sent European immigrants to solid housing, it sent Jews from Islamic countries to tent encampments where they lived for several years.

[246] Naeim Giklad, *Ben-Gurion's Scandals: How the Haganah and the Mossad eliminated Jews*, Tempe 2003, 41.
[247] Marion Woolfson, *Prophets in Babylon: Jews in the Arab World*, London 1980,
129.
[248] Naeim Giklad, *Ben-Gurion's Scandals: How the Haganah and the Mossad eliminated Jews*, Tempe 2003, 31.

[249] Ibidem, 18. [250] Wilbur Crane Eveland, *Ropes of Sand:* America's *Failure in the Middle East*, Norton 1980, 48-49.

One of the most important problems the Rothschilds, their allies and the Zionist movement faced was the fact that a larger part of the Jewish population were not in the least interested in immigrating to Palestine. The United States was the preferred immigration country by most Jews. Many Jews openly rebelled against Zionism and all efforts to convince them were in vain. Many important Jews continue to denounce and criticize Zionism. There is probably nothing more that divides the Jews than Zionism.

A Zionist is not necessarily a Jew, and many are atheists. Many people are not aware of the fact that ninety-five percent of the Zionist leaders are atheists. The Jewish trailblazers of Zionism themselves didn't attach much value to religion. Most of them didn't define the Jews as a religious community but rather as an independent race. According to them, the Jewish race differed so much from that of the Europeans that living alongside them was impossible.

The World Zionist Organization started an intensive propaganda campaign in every country with a Jewish community and emphasized that the Chosen People could not live alongside the Europeans. The Jews had to immigrate to Palestine unconditionally and immediately, a summons that was generally ignored by most Jews.

Rabbi Yisroel D. Weiss said in a theological address during the International Conference for Authentic Historical Research and Freedom of Speech in June 2002 in Washington: "Apart from the Zionists only the Nazis considered the Jews a separate race. And exactly these Nazis have proven the stupidity and senselessness of racism. There was no way to prove that Mrs. Müller or Mr. Meyer was Jewish or Aryan. The only way to find out was by establishing the religious preference of the parents or grandparents."

Rabbi Weiss also said: "Zionists assume that the exile of the Jewish people was solely a material matter, caused by military and psychological weakness. Zionism summoned the Jewish people to violently end their exile. And the Jews fought their wars, first against the British and later against the Palestinians. Since the destruction of the temple our people have believed throughout history that the Diaspora is a punishment from God. And no Jew would ever dare claim that the destruction of the temple by the Romans could simply be blamed on the military weakness of the Jews themselves.

The temple was mainly lost because the Jews refused to live according to Gods' religious laws."

Rabbi Hirsch, a leading Jewish cleric, said the following: "Zionism wanted to label the Jewish people as a national entity. This is a diversion from the true religion and it therefore didn't occur to any Jew to conquer the Holy Land with weapons. The Diaspora did happen to be a purely physical matter, but it was mainly caused by a natural spiritual purity, that was caused by the exile. And it will therefore be this same natural spiritual purity that will dissolve the Diaspora and will herald the promised era of peace and worldwide brotherhood. It will consist of the principles of our faith: inner peace, religion and studying the Torah and the good works."

When Zionism began to expand, it was strongly criticized by the then rabbinic leaders. From Jewish circles in Western Europe and in America developed a strong criticism against Zionism. As expressed by Laurie Magnus: "Dr. Herzl and those sharing similar notions are traitors of the Jewish history that they do not know well and which they interpreted wrongly."[251]

The Maharal in Prague was a Czech-Slovak rabbi and a key figure amongst Jewish leaders. He wrote that a Jew would rather give his life than undo the Diaspora by re-conquering the Holy Land.

Organizations of assimilated Jews from all countries at that time started a revolt against Zionism. In Germany and all Western European countries the majority of the religious Jews as well as their rabbis understood Judaism to be a religion, in spite of increasing hatred against Jews, and denounced Zionism. The dominant Viennese rabbi, Dr. Güdemann, wrote in his book *Nationaljudentum*: "Ever since the Diaspora Israel has become a purely religious community." He considered it a historic aim for the Jews to denounce National Socialist ideas and warned against the efforts to unite the Jews into one nation. He concluded that Judaism had settled all over the world and that Zion remained nothing but a symbol. He gave a human disposition to Messianism by being convinced that the Messianic era would reconcile all countries. According to him, Zion was related to the future of the entire mankind. True Zionism therefore couldn't be seen separately from the future of mankind.[252]

According to devout Jews the ultimate target, the end of their exile, didn't mean the creation of a political state Israel, but rather the opposite: a worldwide spirituality, brotherhood, harmony and a communal religion. I would like to quote rabbi Samson Hirsch, a Jewish scholar from the nineteenth century: "When during the reign of the Roman emperor Hadrian the Bar Kochba revolution desperately failed, it became obvious that the Jewish people always had to remember an important fact: never again should the Jewish people be allowed independently try to achieve a national independence. Their future as a nation unrelentingly lies in Gods providence. It is forbidden for all Jews to unite by means other than those of a spiritual nature."

[251] Laurie Magnus, *Aspects of the Jewish Question*, London 1902, 18. [252] D.R. Güdemann, *Nationaljudentum*, Vienna/Leipzig 1897, 233.

Rabbi Maybaum from Berlin and Rabbi Vogelstein from Szczecin published a protest against Zionism on behalf of the society of Jewish Rabbis in Germany. In the introduction they drew attention to the following principal: Jews are no more than a religious community, and the German Jews have the German nationality. They insisted on a communal protest by all German Jews against political Zionism and mobilized all rabbinic teachers and similar professionals in an overt campaign against Zionism. Many prominent German Jews joined this protest.

Ludwieg Geiger, leader of the liberal Jews and the son of renowned literary and cultural historian Abraham Geiger, broached a daring proposal. After sharply rejecting Zionism, he went so far as to request the German government to take away the citizenship of Zionists.[253]

Jewish author Isaac Deutscher said: "Even in Eastern Europe, where Jews used to live in secluded communities in which they developed their own language and culture and who were exposed to unfettered discrimination, Jews considered themselves as citizens of the country they lived in and subsequently connected their future to the future of those countries and not with a Jewish state in Palestine. And at least half of the Jews from Eastern Europe turned themselves deliberately and strongly against this idea."[254]

The Spanish and Portuguese communities disassociated themselves from Zionism. The majority of English Jews, as well, were reluctant toward Zionism. From the very beginning Herzl's ideas had also met resistance amongst Jewish immigrants. One of the most famous anti-Zionists was Lucien Wolf, a Jewish historian. He saw danger in Zionism because it encouraged anti-Semitism and tried to turn back the revolution of modern Jewish history.

Rabbi Yisroel Dovid Weiss said: "When one regards the Diaspora as the consequence of a military defeat, than one takes the heart and soul away from the Jewish faith and thus their divine destiny. A divine banishment of punishment, of mourning, of sin and of the miraculous return can only be achieved by the strength of the pure spirit. Once we resolve to change the divine plan of our exile, with it we presume that the essence of the Jewish destiny can be determined by other powers than those of the purely spiritual power. To put it more clearly: if we deny the fact that remuneration and punishment is determined by God, if we therefore not believe that God constantly guards us, and we subsequently accept that the exile was the consequence of a military defeat we are blasphemers!"

It's not only famous Jewish authors such as Tom Segev or J. G. Burg that regularly struggle with the political Zionist movement; the most orthodox Jews also denounce the state of Israel. In 1947, the then chief rabbi of Jerusalem, Yosef Tsvi Dushinksy sent a letter to the United Nations in which he stated that he spoke on behalf of 60,000 Jews that did not appreciate being integrated into the future state of Israel.

[253] The *Jewish Encyclopeadia*, Vol II, 673.
[254] Isaac Deutscher, *Die ungelöste Judenfrage*, Berlin 1977, 79.

According to most orthodox Jews, Zionist politics put the Jewish people in a bad light. Zionism aims at getting as many Jews as possible to immigrate to Israel from all over the world. According to Rabbi Neuberger they would have to be disappointed: "Over the past few years hundreds of thousands Israelis and Jews left the Zionist paradise. They realized that Zionist state is no more than a huge ghetto."

In his book *Der Zionismus ist das schlimmste Krebsgeschwür im Judaismus*, Rabbi Weiss writes: "Zionism undermines the religious Jewish foundation, it mainly seduces American Jews into investments in the state of Israel instead of in the country in which they live." Rabbi G. J. Neuberger confirms this: "Never shall I forget what I heard a woman from Oklahoma say: 'Isn't nowadays Judaism wonderful? Everything you have to do is spend money!'" Rabbi Weiss wrote: "Judaism and Zionism are anything but the same. A good Jew can't be a Zionist, and a Zionist can't be a good Jew."

## Chapter 22

# The First World War

**"It's not a matter of what is true that counts but a matter of what is perceived to be true."** *Henry Kissinger*

If one takes a closer look at the backstage of history, he always ends up at the center stage of the Illuminati. For centuries they have used their financial power to tie monarchs and governments to them in order to determine the course of history and to control all worldly events, all from behind the scenes. They have manipulated and indebted kings and their kingdoms by creating wars and molding the very shape of the international world.

As noted before, Hegelian Dialectic became the tool that the Illuminati are utilizing to manipulate the minds of the average people to accept certain changes, where ordinarily they would refuse it. For example, if the thesis is a hammer, then the antithesis is the anvil and everything that is in between will be destroyed or recreated. As we will see, it took several world wars to turn Illuminati words into actions.

- In 1917 a hammer was created with a safe basis: Russia! This hammer received the name "communism".

- The first anvil arose through the economic crisis in Germany, and it received the name "National Socialism". This anvil was destroyed during the Second World War and from that sprung a new anvil: "democracy".

- Through a Third World War a Satanic religion will eventually arise. By the world this war will be seen as the Armageddon that has been foreseen by the Bible, so everyone will believe that the Messiah will appear in the end. This war will be the most gruesome in the history of all wars, so that the Antichrist can create a miraculous order in the chaos.[255]

Ever since the days of the French Revolution there has been a lot more to know about nearly every war than what is mentioned in the history books. Revolutions and wars don't just arise because shots have been fired and

blood has been shed. As we know now, many wars have been meticulously planned long in advance and are executed exactly according to the plan. Every war starts with a lie in the media! Our leaders always need a cause to obtain the support of the people for a major military operation. Psychological influence and social manipulation are very effective means at getting the public to support a war or revolution. There is evidence proving that the First World War was started determinedly and was craftily induced and executed!

With the formation of the German Federation in 1815, Germany became a centralized national nation. After Portugal opened the Cape Route around Africa to India, the German government financed the construction of the Turkish-Baghdad Railway. This meant German industry, already linked to Istanbul by the famous Orient Express, could be directly linked to further eastern markets, circumventing Britain's naval supremacy. The Illuminati were very concerned over German dynamism. Their network didn't consider itself up to competing with Germany industrially.[256]

[255] Fritz Springmeier, *The 13 Top Illuminati Bloodlines*, Lincoln 1995, 165.

During a meeting in 1907, Illuminati Arthur Balfour said to his friend, the widely respected American diplomat Henry White: "We are probable fools not to find a reason for declaring war on Germany before she builds too many ships and takes away our trade."

White: "If you wish to compete with German trade, work harder."

Balfour: "That would mean lowering our standard of living. Perhaps it would be simpler for us to have a war."

Balfour, reacting to White's shock: "Is it a question of right or wrong? Maybe it is just a question of keeping our supremacy."[257]

Because the British people saw no need to fight Germany, the Illuminati produced an organization capable of manipulating public opinion and directing that manufactured opinion down the desired pathway to one of support for the declaration of war by Great Britain and the United States against Germany. Dr. John Coleman's shocking book *Tavistock Institute of Human Relations: Shaping the Moral, Spiritual, Cultural, Political and Economic Decline of The United States of America* is the biggest exposure of the world-famous brainwashing Tavistock Institute and its catastrophic

impact on world affairs since its inception. In this book, we learn that Tavistock was put together in 1913 with the intent of shaping a propaganda outlet that would break down any stiff public resistance to the looming war between Britain and Germany.[258] The Illuminati gave the project to Lord Northcliffe and Marcus Raskin, protégé of George Bundy, president of the Ford Foundation.[259] Funding was not only provided by the Rothschilds to whom Northcliffe was related through marriage, Tavistock was also funded by the Rockefellers and James Paul Warburg, the son of Paul Warburg and nephew to Max Warburg.

Nobody suspected the murder of the Austrian-Hungarian heir to the throne on June 28 of 1914 in Sarajevo would lead to a war. But when the indictment reported that the murderer acted on behalf of the Serbians, Austria-Hungary declared war on the small Balkan state. It did not take long before all European powers were involved in this so-called Big War.

When Belgium was occupied by the German troops in 1914, the American President Wilson remarked: "It is important that the United States remain neutral." In a bulletin to Congress, Wilson affirms in December 1914: "We are at peace with all nations of the world. We are the true friends of all countries on earth; we are the advocates of harmony on earth."

Meanwhile, every month the American Ministry of Finance sent 500 million dollars against a three percent interest to Europe. The Allied war debts rose to two billion dollars by 1916. Morgan's U.S. Steel Corporation supplied the Allies with six million tons of steel for their weapons and ammunition factories. Berlin complained to the White House and accused the United States of selling ammunition to England.

Official history paints Germany as the country that pursued a policy that aimed to destroy all ships of all possible nations. After the American passenger ship *Lusitania* was hit, the United States House of Representatives decided with a 373 to 50 vote to enter into war with Germany on April 6, 1917. On June 15 the Recruitment Bill was passed by Congress.

Colin Thompson's book *Lusitania* implicates President Woodrow Wilson in the sinking of the *Lusitania*; a tactic used to generate public backlash to draw the United States into war with Germany.[260] Thompson demonstrates that Woodrow Wilson knew four days beforehand that the *Lusitania* was carrying six million rounds of ammunition and explosives, and that "passengers who proposed to sail on that vessel were sailing in violation of statute of this country."[261]

There is no doubt that the end of the *Lusitania* was intentionally planned by the Illuminati. The cargo of the passenger ship consisted of military goods that were destined for Great Britain. It is known that President Wilson himself delivered the "Bill of Lading", which would led to the end of the doomed *Lusitania*, to the American Ministry of Finance. This "Bill of Lading" clearly states that *Lusitania* was carrying military goods. It was clear that the ship would be a potential target for attacks.

The top of the British marine knew that the German marine had informed its submarine captains about the route of the *Lusitania*. There is no known data that shows that the *Lusitania* had been warned about this. It was agreed that the ship would serve as bait, with the hopes that an attack would lead to American interference in the war.

Historian Patrick Beesly writes in his book *Room 40: British Naval Intelligence, 1914-1918*: "The involvement of the United States was the last step in a process that was mainly directed by Great Britain. The Minister of Marine, Winston Churchill, had ordered an investigation with the objective of showing the consequences of sinking an ocean liner with American passengers."

Just a week before the sinking of *Lusitania*, Churchill wrote his colleagues of the Ministry of Commerce: "It is of the utmost importance that ships of neutral countries keep visiting our harbors. This thought is mainly connected to the hope that the United States would interfere in the war with Germany." The *Lusitania* was sent on purpose and at low speed into an area containing hostile submarines. Moreover, an accompanying ship that was supposed to give protection was withdrawn. The sinking of *Lusitania* was the reason President Wilson needed to interfere in the war in Europe. After the tragedy with *Lusitania*, the consensus amongst American public opinion was one of American involvement in the war.

[256] Stephen Zarlenga, *The Lost Science of Money: The Mythology of Money: The Story of Power*, Valatie 2002, 576.
[257] Allan Nevins, *Henry White: Thirty Years of American Diplomacy*, New York 1930, 257-258.
[258] Ibidem.
[259] The Bundy family is descended from the thirteen Satanic bloodline.

[260] Anthony C. Sutton, *Wall Street and the Rise of Hitler*, 1999, 56. [261] Colin Simpson, *Lusitania*, London 1972, 252.

**Chapter 23**

# The October Revolution of 1917

**"Behind the October Revolution there are more influential personalities than the thinkers and executors of Marxism."** *Vladimir Ilyich Lenin*

In the book *Bestaat er een Plan?* (Is there a Plan?), Evert Smit writes on page 11: "The banker Jakob Schiff, together with Mandell House and his friend Leon Trotsky in New York provided the schooling and training of a few hundred American revolutionary men of Russian descent. It was this group of men who started the Russian Revolution. During the First World War Schiff arranged the sea voyage of this group of Russian revolutionaries."[262]

Trotsky's private armies consisted of ruthless hoodlums whose home base was located on an industrial site of Standard Oil in New Jersey, which was owned by the Rockefellers. They left New York and headed for Russia on the SS Kristianafjord. On the ship was also twenty million dollars worth of gold from the international banker Jakob Schiff.[263] This capital covered all expenses of such a daring adventure. In his book *Wer regiert der Welt,* Des Griffin quotes John Schiff's confession: "My grandfather financed the Russian Revolution to the tune of twenty million dollars."[264]

When the ship was detained by the Canadian authorities in Halifax, it looked like the plans of the Illuminati were destined to fail. However, the enormous influence of the Rothschilds on the Canadian government became clear. The puppets in New York and London briefly intervened on the activities of the Canadian authorities and, a few hours later, the ship carrying Trotsky's army was once more on its way. The Bolsheviks had an insurmountable problem: how to get Trotsky's army through Europe and into Russia in the midst of a raging war. Max Warburg provided the solution to this dilemma by transporting the troops safely through Europe to the Russian border in sealed train wagons. The German Emperor Wilhelm II closed his eyes and gave orders not to stop the sealed train wagons.[265] Once the troops made it to Russia, the plot that was created by the Illuminati suffered a setback in July 1917. Trotsky and his men had to flee to Finland but returned a few months later to capture Petrograd and, within two-and-a-half years, manage to take

all of Russia utilizing terrorist tactics that today remain unparalleled.[266] Trotsky transformed Russia into a sea of blood and tears. The name "Red Army" was not chosen by accident: the Bolshevik Red Army was the lethal instrument of the Rothschilds whose name literally means "red shield!"[267]

[262] The Freemason Leon Trotsky was a key figure in the Russian Revolution. Evert Smit, *Bestaat er een Plan?* Utrecht 1980, 24.
[263] This fact was later confirmed by John Schiff, Jakob Schiff's son, in the *New York American Journal* of February 3, 1949.

264 Des Griffin, *Wer regiert der Welt,* Leonberg 1986, 66.265 See also "How Wilhelm II financed the October Revolution" in *Der Spiegel* Nr. 50. December 13, 2007.

According to a statement made in 1938 by the Freemason Christian C. Rakowski during the Stalinist regime, the Russian Revolution was funded by the same people who supported Japan during the war on the Russian csar (Japanese war against Russia 1904-1905).[268] Rakowski admitted that he and Trotsky were representatives of the revolution in Stockholm, where the money was handed over.

Gary Allen claims in his book *None Dare to Call it Conspiracy*, that Lord Milner (a puppet of the Rothschilds) also took part in the funding by contributing twenty million roubles.[269]

In a message from the American secret service to the staff of the French army, it is confirmed that the Russian Revolution was financed by the bankers Jakob Schiff, Warburg and Kuhn, Loeb & Co.[270]

In her book *Occult Theocracy*, Lady Queensborough (Edith Star Miller) points to the fact that Trotsky managed to break the English blockade in 1917 by using a check from the banker Warburg.[271]

There is also evidence to support the assumption that the American President Wilson donated twenty million dollars from the war budget to the revolution. This transaction came to light when attempts were made to reach a compromise with the Russians during a hearing (registration number HJ 8714.US5). An interesting detail is the fact that the American army itself

took part in the Russian revolution by, amongst other things, guarding the Trans-Siberian railroad to prevent Japanese invasion. In 1917, fifteen Illuminati bankers used a Red Cross site as camouflage to set up the original revolution and the Bolshevik "government of the people".

Eustace Mullins argues that the Illuminati appropriated the treasures of the Russian csar, recovering not only their initial investment, but also garnering an additional hundred million dollars to the Rothschild bank.[272] The Illuminati bankers also managed to pilfer all the Russian gold!

[266] Ibidem, 109.

[267] Ibidem, 110.[268] The aim of Japan's war against Russia (1904-1905) was to destroy the rule of the Russian csars, and was bankrolled by the bank Kuhn, Loeb & Co. (See also: John Toland, *Adolf Hitler*, Amsterdam 1977, 830). Rakowski was a Bulgarian-Jewish doctor who fled to Russia and sympathized with Lenin. He played a large role in the revolution in Ukraine and in 1919 became that country's president. Later he became the ambassador in Paris.
[269] Gary Allen, *None Dare to Call it Conspiracy*, Concord Press 1972, 71-72.

[270] Archive document with number 7-618-6 np 912 SR2.[271] Lady Queensborough, *Occult Theocracy*, California 1931, 614.
[272] Eustace Mullins, *The World Order*, Boring, 65.

In 1920, a young Winston Churchill stated the following: "From the days of Weishaupt, this worldwide conspiracy played a definitely recognizable part in the tragedy of the French Revolution. It has been the mainspring of every subversive movement during the nineteenth century; and now at last they have gripped the Russian people by the hair of their heads and have become practically the undisputed masters of that enormous empire."[273]

From the time of the so-called Russian revolution to today, the Rothschilds have controlled the Russian state bank and have, ultimately, realized a gigantic monopoly in the Eastern European economy and Russia's heavy industry.

In 1922, the American-Russian Ministry of Trade was set up. In the same year, a treaty concerning the cooperation in extracting oil was signed. In 1925, the Illuminati financed the American export of cotton, heavy machinery and iron to Russia. In 1928, they funded the first five-year plan, after serving earlier as bank to the Bolshevik rulers. Between 1918 and 1922, they collected 600 million roubles in gold and have since then held an unassailable position of power in Eastern Europe, leaving the Russians completely dependent on them.

Those of us who are looking for the true origins of Communism sooner or later come across the Order of the Illuminati, rather than the fairytales of Karl Marx and Friedrich Engels. The history of the Illuminati is that of the progenitor of Communism.

The Communist state, which replaced the fascism of the csar with that of the state, suffered the same economic and political problems as Capitalism. In principle, the Communist system was Capitalistic, albeit with a complete control over the economy. Between 1917 and 1947, in Russia alone, the Communist regime was responsible for the murder of almost fifty million people. In spite of what most people believe, the struggle between Stalin and Trotsky was not ideological in nature. It was a simple fight between two rival branches of Illuminati. Much misinformation was accompanied by a rumor that two families of the Illuminati were fighting for world domination. As we mentioned earlier, this is not an uncommon phenomenon among the Illuminati. They fight each other, while at the same time needing each other, bound as they are by their secret religion.

The objectives of the First World War and the October Revolution were achieved exactly according to the Illuminati plans:

• A secure dictatorship in Russia as a basis for other planned revolutions all over the world.
• The destruction of Germany's monarchy.
• A uniting of nations (League of Nations).
• The production of weapons of mass destruction.

[273] *Illustrated Sunday Herald* of February 8, 1920.

**Chapter 24**

# Adolf Hitler

**"The man who has no sense of history, is like a man who has no ears or eyes"** *Adolf Hitler*

Many historians are still puzzled by Hitler's rise to power. How could a man who hadn't even finished high school, a man who, during the First World War, had never made it past the rank of corporal succeed in becoming Germany's chancellor? Hitler's success cannot be explained if we only look at the person. We also need to consider the intentions of the powers that stood behind him. The real power of the Third Reich was hidden behind the National-Socialists, and it was in the hands of the Illuminati.

**A Family Affair**
Before his death, Hans Frank, Hitler's personal attorney who was later sentenced to death, wrote a statement in which he mentions the fact that Hitler had received a threat from Patrick Hitler, the son of Hitler's half-brother Alois. This nephew is alleged to have written that Hitler should refrain from making certain circumstances of the family's history public, because this was also in his own interest. According to Hans Frank, this referred to Hitler's possible Jewish parentage. Hitler ordered Hans Frank to investigate the matter. Frank discovered that Hitler's grandmother, Anna Schicklgruber, had worked as a maid for a family of wealthy Jewish bankers. According to Frank, Hitler's grandfather was the banker's nineteen-year-old son. Many other sources mention the name of the Baron de Rothschild from Vienna as Hitler's grandfather, for instance the writer and psychoanalyst Walter Lange. In his book *The Secret Wartime Report: The Mind of Adolf Hitler* (New York 1972), he produces a number of remarkable revelations that confirm that Alois Hitler was probably the son of the aforementioned Baron. Lange's book is based on a secret report from the American Office of Strategic Service (OSS). According to this report, in 1943 the Austrian Minister Dolfuss ordered the police to conduct a secret research into Hitler's background. The police discovered that Hitler's grandmother, Maria Anna Schicklgruber, had been a servant to the Baron de Rothschild's family. In 1837, she became pregnant, and when the Rothschilds found out they sent her to a hospital in her native town of Strones. After Hitler annexed Austria

on March 13, 1938, the name of the banker was changed to Frankenberger. When they were unable to find any information about a man called Frankenberger, the investigation was terminated.

After she returned to Strones, Anna Schicklgruber gave birth to a son, to whom she gave the name Alois. The name of Alois's father is unknown, because his mother refused to tell the authorities who the father was. Between 1837 and 1851, the Rothschilds paid her alimony. In addition, it would appear that for years Anna Schicklgruber and the Rothschilds corresponded.

Maria Anna Schicklgruber later married a miller called Johann Georg Hiedler. Years later his mother and stepfather decided to change Alois last name to Hiedler. Due to a clerical error by a priest, the name "Hitler" emerged on June 6, 1876. Adolf Hitler's father married three times. Klara Pölzl, Adolf's mother, was twentythree years younger than Alois, and she was his third wife. His younger brother "Edmund" died when Adolf was eleven years old.

Hitler's mother died on December 21, 1907, and was buried on Christmas Eve. Adolf was completely broken and stood for a long time at her grave after the remainder of the family had left. His world had come to an end. In early 1908 he left for Vienna. There he seems to have dropped out of sight for a long time. The next thing we know is that in October, ten months after his mother's death, he was refused admission to the "Academy of Art" and subsequently rejected by the "School of Architecture".

He stayed in a Jewish boarding house for men. Most of Hitler's friends were Jews. Hitler's Jewish friend Reinhold Hanisch helped him sell his paintings. Hanisch wrote in his booklet *I was Hitler's Buddy* that Hitler didn't hate Jews at all.[274] Hitler was known to admire the Rothschilds. Hanisch often teased Hitler about his large feet and Jewish looks: "Hitler at that time looked very Jewish, so that I often joked with him that he must be of Jewish blood, since such a large beard rarely grows on a Christian's chin. Also he had big feet, as a desert wanderer must have."[275]

As we have said, after his arrival in Vienna, Hitler seems to have dropped out of sight for a very long time. What happened during the first ten-month

stay in Vienna is a complete mystery on which the official history sheds no light.[276] It would be interesting to know where and with whom and on what he lived for these first ten months in Vienna. It is known that he had little money when he left Linz, certainly not enough to live on for almost a year without working or getting additional support from some outside source. There is no evidence that he worked during this time. How was this possible?

Sometimes the Illuminati deliberately change dates in order to cover up certain happenings. In case of Hitler, official history learns that his mother died in December 1908 instead of 1907. Officially, it is assumed that Hitler remained at home up until this time. Why did the Illuminati want to cover up ten months of Hitler's life? The distortion of his mother's death was not accidental. It seems that Hitler's Jewish grandparents, who were living in Vienna at this time, had taken him into their home and supported him.

[274] Walter C. Lange, *The Secret Wartime Report: The Mind of Adolf Hitler*, New York
1972, 132. Also Reinhold Hanisch, "I was Hitler's Buddy" in *The New Republic* of April 5, 1939, 240.
[275] Ibidem, 132.
[276] Ibidem, 204.

There is one piece of evidence that favors this hypothesis. When we examine Hanisch's book carefully, we see that Hitler with a very small amount of effort could have made a fair living and improved his condition by painting watercolors. But he didn't want to. Hanisch mentions that he went with Hitler to seek help from a well-to-do Jew whom Hitler said was his father (Hanisch, in all probability, mistook father for grandfather). This would make sense and would indicate that Hitler had contact with his Jewish grandparents.

Hitler knew that he had a Jewish grandfather. He always kept his roots secret. "My political opponents must not know where I come from and what my family history is," he said in 1930.[277] On December 2, 1936 Hitler ordered to arrest his Jewish friend Reinhold Hanisch. Officially Hanisch died a heart attack in his prison in Vienna on February 4, 1937. Hitler had to

put any investigation off the track. In 1938, he had his father's hometown leveled, allegedly to make way for a military training ground (Allensteig).

After the war in early September of 1945, an article appeared in *Neues Deutschland*, a newspaper that was published under American supervision, written by a man called Müller, one of Hitler's first biographers. Hitler had ordered him to write a biography of the Fuehrer. During his research efforts, Müller also discovered that Hitler was a descendant of the Rothschilds. Hitler forbade him to include his family history in the biography. After the war, Müller published this extraordinarily interesting information about Hitler's family in *Neues Deutschland*.

## With a Little Help of the Communists

Before moving on, we need to present a political analysis of Germany after the First World War. At the end of that war, four peace treaties were signed in Paris by Germany, Austria, Bulgaria and Hungary, respectively. The treaty with Germany was signed at Versailles on June 18, 1919. The Treaty of Versailles was not designed to secure a lasting peace. It was intended to safeguard the power of the victorious parties.

Germany resisted the treaty because it required giving up 75,000 thousand square kilometers of its territory, an area where seven million people lived. The Posen region was to be handed back to Poland and the French regain control of Alsace-Lorraine. In addition, there was to be a fifty kilometer wide demilitarized zone along the Rhine, and part of the German territory was to come under military supervision. The German army was disbanded, and military schools were closed. Eventually, all that was left was an army of a 100,000 volunteers.

The First World War cast a long shadow, and soon there was a worldwide economic crisis. The First World War had ruined every country that had taken part in it, with the exception of the United States, which managed to make a huge profit! In 1921, the war loans provided by the Illuminati amounted to a staggering twelve billion dollars. And who was expected to pay for them? The French answer to this question was: the Germans. In 1921, a committee of retributions imposed a debt on Germany of thirty-three billion dollars. The German deficit resulted in an ongoing inflation of the Deutschmark from 1923 onwards.

[277] Christian Graf von Krockow: *Hitler und seine Deutschen*, Munich 2001, 33.

In 1929, the Illuminati had caused such inflation that a collapse was unavoidable. While the American economy was flourishing, the Illuminati suddenly removed eight billion dollars from circulation, which led to the catastrophic Black Friday. The stock markets collapsed, and a global crisis ensued.

In his 1931 issued encyclical, *Quadragesimo Anno* (*On Reconstruction of the Social Order*), Pius XI writes that the Church no longer would automatically provide easy moral support for powerful systems and rich individuals doing evil under cover of conservative economic theory. The encyclical pointed out, with foresight in 1931, that the existing financial system was inexorably moving towards warfare. Pius XI addressed also some key monetary matters: "It is obvious that not only is wealth concentrated in our times but an immense power and despotic economic dictatorship is consolidated in the hands of the few. This dictatorship is being most forcibly exercised by those who, since they hold the money and completely control it, control credit and rule the lending of money. Hence they regulate the flow... of the life-blood whereby the entire economic system lives, and have so firmly in their grasp the soul of economic life that no one can breathe against their will."[278]

The collapse of the New York Stock Exchange also had a disastrous impact on the German economy; it created the conditions for Hitler's rise to power. Hitler succeeded in organizing his party well in the years after the First World War, and the first time he took part in the elections of 1932, his National-Socialist party managed to secure thirty-seven percent of the votes. Few people know that Adolf Hitler did not come to power by securing a large majority of his National-Socialist party. He came to power with the help of the communists and social democrats. In the 1932 election, the various parties performed as follows:

**PARTY MANDATES** National-Socialist 196

Social Democrats 121
Communists 100 Centre 70 Germany Party 52 Other Parties 45

**Total Mandates 584**
[278] Bernhard W. Dempsey, *Interest and Usu*ry, London 1948, 334.

If we take a critical look at these figures we are right to ask ourselves why the Marxist SPD and KPD parties did not stop Hitler's rise to power. After all, until the last moment, more than twelve million voters supported these two parties. These were laborers who deliberately voted for the Communists and Socialists they expected to look after their political interests. Where was the Red front, the archrival of the National-Socialists? For fourteen years they had trained themselves in protests and riots throughout Germany and had even managed to foil Hitler's first attempt to seize power in 1920. What happened to persuade the mighty Marxist parties to yield all political power to the Nazis without any fight whatsoever?

On January 29, 1933, President Paul von Hindenburg resigned and the next day appointed Adolf Hitler as the next president of Germany. What is amazing about this succession is that it was not the result of a majority of the right-wing and center parties. Again, the KPD and SPD parties backed down without a fight. If we consider the fact that none of these political parties were Democratic in nature, there may be another explanation. The Marxist parties backed down because they were instructed to do so by our invisible elite. Hitler was to be given a free hand![279]

## With the Help of Chamberlain and Daladier

How can we explain the relationship and mysterious interaction between Hitler and his opponents? Research reveals a peculiar sequence of events. Every time Hitler's advance was stalled, not only did he receive external support, his enemies in some way offered him a way out.[280] If there is anything mysterious about Hitler, surely it is this peculiar pattern of events. The facts in themselves clearly indicate that there was a general plan; a Second World War had been planned!

Ivan Maiski was the Soviet ambassador to London between 1932 and 1943. According to him, those who supported Hitler and his reactionary brand of politics were none other than English Prime Minister Chamberlain and his French counterpart Edouard Daladier![281] In his book *WerHalf Hitler?* (Who Helped Hitler?), Ivan Maiski writes: "Many groups were in favor of resisting

the aggression of Germany and Italy, but power was in the hands of the political center of the reactionary bourgeoisie. The most reactionary group was known as the Clivende (synonymous with Illuminati), and was located in Lady Astor's salon.[282] The Clivende group categorically denounced a block against Germany and Italy." According to Maiski, this criminal position gained influence and reached its peak in 1937 when Neville Chamberlain became Prime Minister and Lord Halifax the Foreign Secretary. As a former insider, Maiski argues: "The position adopted by the Clivende group led to the British and French support for Hitler's politics. Later they were joined by certain circles in America, Austria, Spain and Czechoslovakia."

279 Emil Aretz, *Hexen Einmal Eins einer Lüge*, Pähl 1970, 122.280 Christoph Lindenberg, *Die Technik der Bösen: Zur Geschichte und Vorgeschichte des Nationalsozialismus*, Stuttgart 1978, 23.
[281] Ivan Maiski, *Wer Half Hitler?* Wuppertal 1992, 222.
[282] The Astor family is one of the leading Illuminati families.

As a result of increasing pressure from the British people and from countries that had come under threat from Hitler and Mussolini, the politicians who were controlled by the Illuminati were forced to keep up appearances. Officially, they did everything they could to preserve the peace.

A pact between the Soviet Union, England and France to form a united front against the Fascist aggression of Germany and Italy failed, as had many previous agreements between these countries because they were sabotaged by the Illuminati. Chamberlain's government had no more intention than Daladier's French government to enter into such a pact, and primarily searched for a way to avoid it. As a result of the way these two countries behaved, negotiations were suspended in August, 1939. It was evident that Chamberlain and Daladier were to blame. This is conclusive evidence of the systematic conspiracy that preceded this horrible war.

At the time, there were over fifty neutral and international peace initiatives aimed at preventing a world war.[283] It would have been possible to prevent the outbreak of the Second World War with these initiatives, but the power behind the scenes in Berlin, Washington and London decided otherwise. It would have been possible to avoid the Second World War by creating a fast

and effective barrier against the Fascist countries. But who stood in the way of such a barrier? There can be no doubt that in reality the answer is, the Illuminati.[284]

**Support of the Global Elite**
Did Hitler count on the support of the Illuminati? Was he perhaps part of their detailed plan? Did they train, instruct and coach him since his younger years in Vienna to become Germany's chancellor? As we will see, Illuminati families like the Astors, the Morgans, the Rockefellers, the Rothschilds, the Warburgs, the Onassises, the DuPonts and the Bush family made sure that Hitler was able to rise to power.

In his book *Wer Regiert der Welt*, Des Griffin writes: "Detailed statements before the Kilgore Committee of the U.S. Senate (1945), *Hearing about the Elimination of German Resources for War* (to uncover the financial sources with which the Third Reich was funded) indicate that, when the Nazis came to power in 1933, Germany had made enormous industrial and economic progress since 1918 in the preparations for a war. The gigantic amounts of American aid that had flown into the German economy from 1924 onwards as part of the Dawes plan had provided the foundation on which Hitler was able to build his war machine.[285] The Chancellor's office during Brüning's administration discovered that Hitler had received considerable amounts of money from abroad in seemingly inconspicuous accounts at the Bayerische Vereinsbank."

[283] Hans Meiser, *Gescheiterte Friedensinitiativen 1939-1945*, Tübingen 2004, 33.[284] Ibidem.
[285] Basically, the Dawes plan was designed by J.P. Morgan.

It is important to add that Hitler was funded, in small part by German employers and their industrial organizations. These monies were partly premiums aimed at preventing terror, and partly insurance money designed to buy Hitler's favor. Incidentally, the financial aid in 1932 was not aimed at Hitler and his faithful, but at the German National People's Party (DNVP) and German National Party (DNP).

The German writer and historian Walter Görlitz shows that Hitler did not receive any money from the German steel industry until 1928. He was

alleged to have received funding from the highest financial institution in France. However, at that time the highest institution consisted of one man: Baron Rothschild.

In his book *Hinter den Kulissen des Dritten Reiches* (1987), Otto Rudolf Braun tells us the following: "Hitler was aided by the German industrialists to a far lesser extent than is generally assumed; foreign contributors, however, supported him on a far larger scale than is usually admitted."

As we will see, all German industrialists financing Hitler were predominantly directors of Illuminati cartels with American associations, ownership, participation, or some form of subsidiary connection. Anthony C. Sutton claims in his book *Wall Street and the Rise of Hitler* that, except for Thyssen and Kirdoff, the Hitler backers were, by and large, German multinational firms and not firms of purely German origin, or representative of German family business.[286] I.G. Farben, AEG (German General Electric), DAPAG, (Deutsche-Amerikanische Petroleum AG) had been built up by American loans in the 1920s, and in the early 1930s had American directors and heavy American financial participation.

Allen and Foster Dulles were sent to Hitler, during a secret mission, to confirm that the elite would back his march to power. Adolf Hitler met the Dulles brothers in Cologne, at Baron Von Schröder's house. John Foster Dulles was one of the men responsible for working out the sanctions against Germany at the Treaty of Versailles. These sanctions had resulted in the economic chaos that hit Germany after the First World War. If Hitler really was the man people believed him to be, he would never have worked together with the people who caused so much suffering in Germany after the First World War. That would be impossible to understand, which is why it is important to know the real background of these events.

In his book *Hinter den Kulissen des Weltgeschehens*, researcher and author Gerhard Müller confirms that Warburg transferred, in all, 128 million Deutschmarks to Hitler. Hitler first received fifteen million dollars, or sixty million Deutschmarks, from Warburg. That transaction took place in Amsterdam. Later, he was given a hefty allowance of ten million dollars. Warburg had the final amount of seven million dollars transferred to the

Rhemania in Düsseldorf, who paid Hitler's propaganda minister Joseph Goebbels.

[286] Anthony C. Sutton, *Wall Street and the Rise of Hitler,* 1999, 88.

The House of Rothschild personally supervised the Bank of England., which also supported Hitler! As soon as Hitler began his march across Europe, the Bank of England handed him six million pounds, in the form of the Czechoslovakian assets in London, after he occupied that country.

Alfred Rosenberg, a friend and confidant of Hitler's, was paid, in 1931 and 1933, by the Rothschilds through the top of Royal Dutch Shell in the person of Sir Henry Deterding. Shell, the giant brainchild of Anglo-Dutch businessman Sir Henri Deterding, was, and is owned by the Rothschilds and the Dutch Royal family. The company was closely involved with the creation of Hitler's Nazi party. Shell also built all petrol pumps and filling stations at Hitler's highways. It has been widely asserted that Deterding also personally financed Hitler in 1921. Biographer Glyn Roberts claims in his book *The Most Powerful Man in the World*: "The Dutch press reported that Deterding had placed at Hitler's disposal, while the party was still in long clothes, no less than four million guilders." Reliable sources in England show that Sir Henry Deterding helped "Project Hitler" survive a critical phase with a large financial donation.[287] At the time, Royal Dutch Shell was led by Peter Montefiore Samuel and Sir Robert Waley Cohen. They financed Hitler until 1933 with about fifty million Deutschmarks. This made the Rothschilds Hitler's second largest sponsors, after the Warburgs.[288]

In the *Neue Zürcher Zeitung* of October 20, 1998, Jewish historian Herbert Reginbogin recalls who at the time was involved in stealing Jewish gold and valuables and other anti-Semitic crimes. He pointed out that, at the time, the most important bank for German enterprises was the American Chase National Bank in New York. The author argues that the Chase Bank funded the German war effort and the German intelligence services in North and South America. Throughout the war, the Chase Bank in Paris continued to do business with the German occupational force and the Gestapo. After the war, the bank's American directors were indicted for war crimes but were, according to Reginbogin, never convicted.

Hitler's lifestyle shows that he did not always deposit the donations in the party's coffers. According to his tax records, in the 1920s Hitler had accumulated enormous debts. Professor Hale, who studied Hitler's finances, discovered that in 1929 a miracle occurred: Hitler was no longer in debt! He even bought a threestory building to use as the national headquarters. In addition, he bought a villa in the most expensive part of Munich, and in the same year was given a chauffeurdriven car.

In my book *The Hidden Power behind the Jehovah's Witnesses,* I have discussed the role of the American ambassador William E. Dodd in Hitler's Germany. Dodd writes in his diary: "At this moment more than a hundred American companies have daughter companies or collaboration agreements in Germany. DuPont has three partners in Germany that focus on the arms industry. The main partner is the IG-Farben Company. In December 1933, Standard Oil Company (the New York daughter company owned by the Rockefellers) has sent two million dollars this way, and annually receives five hundred thousand dollars to help the Germans to manufacture fuel that is earmarked for the war effort. However, Standard Oil is unable to collect its profits, unless in the form of goods. That is not an option that they use a lot, however. Although they report to the mother company concerning their profits, the actual transfers are not mentioned. The director of the International Harvester Company told me that their turnover had grown by thirty-three percent per annum (I think because of the arms industry), but that they did not take the profits from the company. Even our airplane people have a secret agreement with Krupp. General Motors and Ford make enormous profits through their daughter companies here, but they do not collect their earnings. I mention these facts because they make matters very complicated and increase the likelihood of war."

[287] William Engdahl, *Mit der Ölwaffe zur Weltmacht: Der Weg zur Neuen Weltordnung* Wiesbaden 1993, 131.
[288] Wolfgang Eggert, *Im Namen Gottes,* Band 3, Munich 2001, 47.

The credits awarded to the IG-Farben-Chemiekartell helped Adolf Hitler seize power. Without foreign capital there would not have been an IG-Farben Chemiekartell, Hitler would not have risen to power, and the Second World War would not have occurred. The cartel only emerged thanks to the funds it received from Wall Street! The IG-Farben-Chemiekartell was

supervised by the ruling elite and was subject to National-Socialist mind control as it was led by Dr. Joseph Mengele at the Kaiser-Wilhelm Institute in Berlin, and later in Auschwitz. Many years of research led by a political scientist, Dr. Susanne Heim, has revealed that the Angel of Death was not alone. Josef Mengele, who was long thought to have been the black sheep of Germany's scientists under the Nazi regime, was in fact supported by a network of elite researchers attached to the Kaiser-Wilhelm Institute, whose scientists have been awarded more than twenty Nobel prizes.[289] Mengele's supervisor for his PhD was the internationally acclaimed scientist Otmar von Verschuer, who was renowned for his research into twins.[290] The funds for the KaiserWilhelm Institute mainly came from the Rockefeller Foundation and government ministries.[291]

Thanks to the military-industrial complex IG-Farben took part in the crimes of the Nazi regime on an even larger scale than other companies. The most powerful alliance was that between IG-Farben-Chemiekartell and Rockefeller's Standard Oil from New Jersey. This alliance involved a credit line of thirty million dollars of the Rockefeller money. Paul Warburg, his brother Max Warburg and other key figures from the Rockefeller circles were members of the Board of Governors of the American part of IG-Farben-Chemiekartell in the United States. Rockefeller's Standard Oil and Chase Bank made substantial investments in Germany. Standard Oil worked together with IG-Farben, the company that made the Zyclon-B that the Nazis used in the gas chambers, and ran a rubber factory where prisoners from Auschwitz were forced to work. Germany has no natural rubber. War would have been impossible without Farben's synthetic rubber production. The ability of the German Wehrmacht to fight the Second World War depended on synthetic rubber.

[289] "Network of top scientists helped *Angel of Death* Mengele" in *The Guardian*, March 22, 2005.
[290] Dr.Susanne Heim, *Die reine Luft der wissenschaftlichen Forschung: Zum Selbstverständnis der Wissenschaftler der Kaiser-Wilhelm-Gesellschaft*, Göttingen
2002.
[291] Dr. Susanne Heim, *Research for Autarky: The contribution of scientists to Nazi rule in Germany*, Berlin 2001, 23. Also Kristie Macrakis,

*Wissenschaftsförderung durch die Rockefeller Stiftung im Dritten Reich: Die Entscheidung, das Kaiser-Wilhelm-Institut für Physik finanziell zu unterstützen 1934-1939,* in *Geschichte und Gesellschaft*, 12, 1986, 348-379.

Standard Oil also supplied ethyl lead, a compound used in both aviation and automobile fuels to eliminate knocking, improving engine efficiency. Without such anti-knocking compounds modern mobile warfare would be impractical.

The Standard Oil subsidiary in Germany, Deutsche-Amerikanische Petroleum A.G. (DAPAG) had branches throughout Germany.[292] Through Karl Lindemann, the director of DAPAG, Standard Oil was represented in the "Inner Circles" of Nazism.[293] The most important of these Nazi inner circles was created by order of Hitler. At first it was known as the Keppler Circle and later as Himmler's Circle of Friends. Members were Adolf Hitler, Hermann Goering, Josef Goebbels, and Heinrich Himmler. Himmler acted as protector and expeditor for its members. Through him, various important businessmen joined the group.

The multinational giant General Electric Company in the United States and its foreign associates, German General Electric (AEG) and Osram, not only electrified the Soviet Union in the 1920s, they also substantially financed Hitler directly through the Nationale Treuhand. AEG and Osram were under American dominance and with American directors.[294]

At the end of the Second World War an Allied investigation team known as FIAT was sent to examine bomb damage to German electrical industry plants. Surprisingly, Illuminati branches like the AEG plants in Germany were not affected by the bombing. *German Electrical Equipment Industry Report* confirmed this on January 1947. Another report dated March 31, 1945 on AEG concluded: "This plant is immediately available for production of fine metal parts and assemblies."[295] General Electric was prominent in financing Hitler, it profited handsomely from war production, and yet it managed to evade bombing in the Second World War II.[296]

292 DAPAG was ninety-four percent owned by Standard Oil of New Jersey.293 Karl Lindemann not only was chairman of the German International Chamber of Commerce,

he was also director of several important banks and numerous corporations including the HAPAG (Hamburg-Amerika Line).

[294] United States Senate, *Hearings before a Subcommittee of the Committee on Military Affairs, Scientific and Technical Mobilization,* 78th Congress, Second Session, Part 16, Washington D.C.: Government Printing Office, 1944, 939.

[295] *U.S. Strategic Bombing Survey, AEG-Ostlandwerke GmbH,* by Whitworth Ferguson, May 31, 1945.

After extensive and thorough research, time and again, it becomes clear that much remains to be discovered. Important evidence for the planned construction of the Second World War and of the underlying conspiracy can be found in an export treaty. Franklin D. Roosevelt signed this export treaty immediately after the attack on Pearl Harbour.[297] This treaty concerned the so-called *Trading With The Enemy Act*. It legalized any kind of export, including export to the enemy. All that was needed was the signature of the treasurer. At the time, Hans Morgenthau was the treasurer and, working for the conspiracy, he permitted the Illuminati to conduct trade with the enemy!

A remarkable discovery was published at the end of the 1990s in the *Frankfurter Allgemeine Zeitung*. This newspaper, generally considered to be completely politically independent, in 1999 published the headline "*Oil for the Führer*", and reported that Rockefeller-owned Standard Oil had provided Hitler's march to the East with fuel (oil) until 1942, and that none of the armored vehicles would have made any headway at all without it. The White House was fully aware that enormous quantities of oil were delivered to Germany via Spanish ports.[298]

Germany was also armed by the DuPont family! In the 1920s, members of this family were known to be fanatical supporters of Hitler. In America, they founded the American Liberty League, a Nazi organization that distributed anti-Semitic propaganda. The DuPonts also helped the IG-Farben-Kartell in the area of arms manufacturing.[299] The DuPont family controlled General Motors, and it was through it that they made considerable investments in General Aniline & Film, I.GFarben's American daughter company. The DuPonts also made huge contributions to Hitler's Nazi party, causing Hitler, as a sign of gratitude, to not nationalize the General Motors plant in

Germany. Before the outbreak of the war, this factory was the largest manufacturer of armored vehicles and other moving war equipment.[300] General Motors played its most important role as supplier of the military trucks the Germans used to move their troops through Europe.
The J.P. Morgan Group sympathized with the Opel Company, which was responsible for the production of armored vehicles.[301] In addition, this company supplied information regarding automatic pilots, airplane instruments and airplane and diesel engines.

296 See Anthony C. Sutton, *Wall Street and the Rise of Hitler*, 1999, 71.297 Dr. John Coleman claims in his book *Tavistock Institute of Human Relations: Shaping the Moral, Spiritual, Cultural, Political and Economic Decline of The United States of America* (1995) on page 21 that the attack on Pearl Harbor was "contrived" with the transfer of Rockefeller cash to Richard Sorge the master spy, and then to a member of the imperial family to prompt Japan to fire the first shots so that the Roosevelt administration could take the United States into WWII.

298 Robin de Ruiter, O *Anticristo: Poder Oculto detrás da Nova Ordem Mundial*, São Paulo 2005, 54.

299 After all IG-Farben's possessions were confiscated in 1945, the company was split up 1952 in, among others, the following companies, Badische Anilin & Sodafabrik AG (BASF), Farbwerke Hoechst AG, Farbenfabriken Bayer AG.

300 *Neue Zürcher Zeitung*, October 20, 1998.

The international companies are inextricably linked to the crimes committed by the Nazi regime. In recent times, more and more evidence has come to light about the activities of multinational company activities during the Nazi regime. Shell, for instance, built gas stations throughout Germany near Hitler's Autobahns. Companies like Coca Cola and IBM were also among the host of international companies that benefited from Hitler's campaign. In his book *IBM and the Holocaust: The Strategic Alliance Between Nazi Germany and America's Most Powerful Corporation*, the Jewish author Edwin Black shows that IBM, through a range of daughter companies such as the German company Hollerith-Maschinen-Gesellschaft (DEHOMAG), had more dealings with the Nazis than was hitherto known. To give an example, the Nazis used the IBM-Hollerith-Maschine (one of the first punch

card sorting machines and calculators for automatic data processing), to identify the Jewish population in the entire Reich. The Nazis' population registration and concentration camp monitoring is also said to have been carried out using IBM equipment.

Edwin Black, however, failed to mention that although founder and long-time director Thomas J. Watson led IBM's activities during the war, it was the Rockefellers and Rothschilds (in particular) that controlled it!

In 1994, the Dutch newspaper *Getrouw*, published by the International Council of Christian Churches (ICCC) reported that the Rockefeller Foundation in Paris had served as a Brain Trust for scientific developments in the Third Reich. Yvy Lee, a PR employee of the Rockefeller family, had also worked as a propagandist for the Third Reich. Ivy Lee is considered by some to be the founder of modern public relations. He not only advised Hitler and Goebbels on propaganda and publicity methods, he also advised the Nazi Party on the rearmament of Germany.[302]

It is often claimed that the Bush family made its fortune in the oil business. However, a large part of the family fortune was created with Hitler's help. Between these two parties there were not only financial connections, but they also were in business together in a major way. The grandfather of President George W. Bush increased the family fortune by doing business with Nazi Germany, directly benefiting from the forced labor at Auschwitz!

From the 1920s up to the 1940s, after the end of the Second World War, Prescott Bush was a member of the board of Brown Brothers Harriman Holding Company and chairman of one of Wall Street's most important financial institutions, the Union Banking Corporation (UBC). Bush, together with his father-in-law George Herbert Walker and the Warburgs controlled the Hamburg-America Shipping Company, which was also a part of the Harriman Holding Company and which was used by the Nazis to transport their agents to and from North America.[303] Another branch of this Harriman Group, Harriman International Co., in 1933 reached an agreement with Hitler to coordinate Germany's exports to the United States. Meanwhile, UBC carried out various banking activities outside of Germany on behalf of Fritz Thyssen, the German industry baron who funded the Nazi movement. Research conducted in 1945 revealed that the bank that was headed by

Prescott Bush was connected to the German steel company headed by Thyssen and Flick, one of the men who was indicted at the Nuremburg Trials. This gigantic steel company produced half of all the steel and a third of all the explosives, as well as large quantities of other strategic materials, that were used by the German war machine.

[301] The Morgan's are among the leading Illuminati families.
[302] Emanuel M. Josephson, *Roosevelt's Communist Manifesto,* New York 1955, 41.

The Silesian-American Corporation (SAC), headed by Prescott Bush and his father-in-law George Walker, owned a steel plant in Poland, near Auschwitz. In the plant, camp prisoners were used as forced labor. One of the people who investigated the relationships between the Bush family and Nazis is John Loftus, a former district attorney at the War Crimes Department of the American Justice Department. Loftus, who is involved in the Florida Holocaust Museum in Saint Petersburg (U.S.), claims that the Bush family was given 1.5 million dollars for its share in the UBC when it was finally terminated in 1951. "That is where the wealth of the Bush family comes from. The money comes from the Third Reich," Loftus stated in a speech. He has determined that the money, at the time a considerable sum, came directly from the slave labor that the Auschwitz victims were forced to carry out. In an interview with the journalist Toby Rogers, the former D.A. stated: "It is bad enough that the Bush family helped Thyssen to fund Hitler's rise to power in the 1920s, but to help the enemy in times of war is pure treason. The bank of the Bush family helped the Thyssens manufacture the Nazi steel that killed allied soldiers. No matter how bad financing the Nazi war machine may be, aiding and abetting in the Holocaust is an even more serious crime. In Thyssen's coal mines Jews were put to work as though they were disposable substances. The Thyssens are responsible for six million deaths, and with regard to the role played by the Bush family many legal and historical questions remain unanswered."

As Dr. Anthony C. Sutton shows in *Wall Street and the Rise of Hitler*, the contribution of American Capitalism to the war preparations in Germany can only be described as phenomenal. This contribution was decisive in the country's preparations for war. It is crystal clear that an influential sector of the American economy not only ignored the nature of the Nazi regime, but

that it helped the development of that regime wherever it could, fully aware that such a development could only lead to a war in which Europe and America would inevitable play a part. To claim ignorance in this respect is to deny the facts. The carefully documented evidence that corporations in the American banking and industrial sectors were closely involved in Hitler's rise to power and the creation of the Third Reich is on public record! It can be found in reports of official hearings that were published by the various Senate and Congressional committees between 1928 and 1946. Among the most important documents are: *House Subcommittee to Investigate Nazi Propaganda* from 1934, the reports concerning the cartels, published by the House Temporary Economic Committee from 1941, and The Senate Subcommittee on War Mobilization from 1946.

[303] For more information see: Robin de Ruiter, *The Hidden Power Behind the Jehovah's Witnesses*, Uitgeverij Gideon, Hoornaar 2001.

After the war, proof that Hitler received support from the West was simply censored out of the Allied tribunals investigating the crimes of the Nazis! Three German board members of American I.G. Farben were found guilty at the Nuremburg War Crimes Trials.[304] The American board members, Edsel Ford, C.E. Mitchell, Walter Teagle and Paul Warburg were not placed on trial at Nuremburg, and so far as the records are concerned, it appears that they were not even questioned about their knowledge of the 1933 Hitler fund.

Many historians fail to understand why Hitler stopped the invasion of Britain in 1940. He refused to attack England. The same was true for the war against Russia. Why did he send his troops into Russia? For Hitler this meant the beginning of the end. Everybody knew in advance that it was a lost battle! Today, it is extremely hard to imagine that Hitler was ordered to start a world war and then to lose it. Only those of us able to understand that the men with real power in the Third Reich, those behind the Nazis, were our invisible elite will be able to uncover the secret inside the secret. Others will continue to ask themselves who really was in charge. There were various people who had Hitler's ear. They were the same people that had helped him rise to power in the first place.

The people who put Hitler into power knew what they were doing. The Illuminati, as they so often do, put their people in as Hitler's advisor and his bodyguard. Dietrich Stepp, Hitler's personal bodyguard and controller, was in the Illuminati. Hitler was surrounded by Illuminati and Satanists. His four important Illuminati advisors were Rudolf Hess, Martin L. Bormann, Gustav Krupp and Alfred Krupp.

Many researchers are convinced that Hitler and his wife Eva Braun did not perish in the bunker in Berlin. Russian researchers discovered a letter from Eva Braun in the bunker in which she wrote to her parents not to worry in case they did not hear from her in a long time. For Hitler it was no problem to escape from Berlin as the Russians approached the city. The Fuehrer's bunker was connected to various subterranean rooms. Also, there was a secret door to a tunnel with a railway. According to a Russian statement from 1945: "We found no trace of Adolf Hitler or Eva Braun. It has been proven, however, that Hitler covered his tracks and there is evidence to support the claim that, on the morning of April 30, a small plane left Tiergarten airport and headed for Hamburg. We know for certain that there were three men and one woman on that plane. There is also no doubt that a large submarine left the port of Hamburg, even before the British troops arrived. On board there was a mysterious group of people, among them a woman." Today, more and more evidence suggests that Hitler and Eva Braun lived in Patagonia (Argentina) for many years. As late as 1974, FBI agents were looking for Hitler in Patagonia. It is evidently clear in what way the Illuminati benefited from the Second World War:

[304] As documented in *The Hitler Book*, Hjalmar Schacht, one of the most important German bankers, blackmailed the Tribunal by aggressively asserting that he was only acting on behalf of the international financial establishment, represented by the Bank for International Settlements (BIS), in his incarnation as a top Nazi official. If backed against a wall, he threatened, he would provide evidence of the international financial support behind the "Hitler project".

• An increase of their influence in Russia and a promotion of that country to the status of world power.
• The creation of the United Nations (the future world parliament).

- The creation of a large military force (NATO) with long-range missiles, jet

fighter planes and high quality submarines. Those who controlled the manufacturing and production of these weapons systems also controlled the air and seas.

- The creation of intelligence services with an even greater power (in reality

they are all controlled by the Illuminati).
- Immeasurable wealth amassed by the Illuminati financiers who funded the war.

## Chapter 25
## Hitler and the Foundation of the State of Israel

**"Although it may sound strange, the state of Israel is indebted to Hitler. Without the decisive impact of Nazism and anti-Semitism the United Nations would never have supported the decision to found a Jewish state in Arab Palestine."** *Jewish historian Professor Bruno Blau*

The Antichrist will choose Jerusalem as the capital of his global empire. Therefore, the foundation of an Israeli state in Palestine was one of the most important elements of the Illuminati plan. As a "fruit" of the Second World War, this objective could be realized. What influence the Illuminati thought the state of Israel would have, at a global level, and how they managed to realize the foundation are interesting questions. The answers to these questions are relevant because they give us a greater insight into the Illuminati strategy. Before subjecting this strategy to a critical analysis, we must not forget that the Illuminati fanatically waged antiSemitic campaigns against the Jewish people. In addition to these campaigns, from 1932 onwards, they also called on various sects that had been created by the Illuminati. These sects took an active part in the anti-Semitic campaigns.[305]

For instance, the literature of the Jehovah's Witnesses not only served as one of the causes of the spread of anti-Semitism, it also provided real support of Adolf Hitler's anti-Semitic policies. The documents that were published

during these years often contain anti-Semitic articles. The leader of the Jehovah's Witnesses, Judge J.F. Rutherford, accused the Jews of boycotting Germany. Usually he used words like "naïve" and "simpletons" in reference to the Jews. That anti-Semitism was an ongoing aspect of Rutherford's and the Watch Tower Society's policy for many years is made evident by *Enemies*, an official Watch Tower publication written by Rutherford and published in 1937. In that book Rutherford shows vicious contempt, not only for Jewish clergymen who were the targets of a general anticlericalism, but for the Jewish people as a whole. Jewish clergy and organizations are called "Yiddish clergy", "Yiddish organizations", and "poor simpletons". Rutherford specifically says: "Amongst the Roman Catholic Hierarchy's instruments that she uses are ultra-selfish men called "Jews", who look only for personal gain, and who therefore readily yield to and join with the Hierarchy in any unrighteous schemes."[306] In the Watchtower's *Declaration of Facts*, Rutherford proclaimed: "We stand squarely for the principles advocated by the government of Germany."

During a visit to Germany in June 1933, Rutherford wrote a "statement" and personal letter to Hitler. In the statement Rutherford emphatically agreed with Hitler's political position with regard to humanity's oppression by big business, the League of Nations, and the thirty-three billion dollars worth of repair payments the allied had imposed on Germany. He then pointed out that even Jesus Christ was on the side of the Nazis. The letter was a declaration of support from the Jehovah's Witnesses to the Nazi regime! Shortly before the infamous "Kristallnacht", the Watchtower Society on July 18, 1938 published an article in a magazine called *Trost* (*Comfort*) that was aimed against the Jewish people and that was distributed throughout Germany. After slandering the Jewish people by accusing them of being in league with the devil's organization, the article ended with the following words: "The Jews show us how terrible it is to be denied Jehovah's blessing. They have been cut off from God's favor and know no rest here [in Germany] either. They will reap what they have sown! But for how long?"

[305] For more information see: Robin de Ruiter, *The Hidden Power Behind the Jehovah's Witnesses*, Hoornaar 2001.
[306] J.F. Rutherford, *Enemies*, 1937, 222-223, 281.

Just like the Nazis, the heavily anti-Semitic Watchtower Society used antiJewish expressions in its publications. Rudolf Höss, the commander of concentration camp Auschwitz, had the following to say about it: "Remarkably enough all Jehovah's Witnesses were convinced that it was only fair that the Jews should suffer and die, because their ancestors had once betrayed Jehovah."

As said before, one of the Illuminati's main problems was that most Jews had no plans of immigrating to Palestine at all. All efforts to persuade them were, in vain and many openly resisted Zionism. In fact, German Jews were known for their patriotism. Most of them had lived in Germany for over a hundred years, and because of the "Jewish decision" of 1812, they had the same political rights as other German citizens. As a result, they felt more German than anything else and did not see themselves as foreigners. This feeling of connectedness not only generated sympathy and a positive attitude towards their country, it also meant there was a great deal of outright hatred towards Zionism.

In his book *Die Ungelöste Judenfrage* (Berlin 1977), the Jewish writer Isaak Deutscher discusses a peculiar phenomenon: "Before, during, and even after the rise of Nazism, a majority of the Jews refused to answer the call of Zionism." Despite the rise of Nazism, most Jews could not be persuaded to move to Palestine.

If we are to believe the official version of history, Hitler's takeover of Germany was aimed at speeding up the emigration of Jews, exactly according to the Illuminati plan. To do so, they first had to terminate any Jewish influence in political, economic and cultural circles.

The persecution of the Jews in Germany offered the Illuminati new ways and possibilities for the large-scale immigration of German Jews to Palestine.[307] David Ben Gurion, at the time the Chairman of the Executive Jewish Agency (future Prime Minister of Israel), hoped that the persecution of Jews would strengthen Zionism.[308] The Zionists were happy with the persecution of the Jews because it meant the increase of Jewish immigration to Palestine![309] In Adolf Hitler, a catalyst had been found.[310]

307 Tom Segev, *Die Siebte Million: Der Holocaust und Israels Politik der Erinnerung*, Hamburg 1995, 29.

According to Israeli historian and journalist Tom Segev, a few months after Hitler came to power, a high Zionist representative traveled to Berlin to negotiate with the Nazis about the immigration of Jews, and their possessions, to Palestine.[311] The Zionists tried to negotiate the most favorable conditions for the immigration to Palestine. The Nazi authorities, to a large extent, accepted most of the Zionist's proposals, and as early as May 1933, the first economic treaty was signed, leading to the Ha'avara treaty in that same year.[312]

The mutual interests of the Nazi government and the Zionist movement formed the basis for the Ha'avara treaty.[313] The former director of Ha'avara, Werner Feilchenfeld, in 1972 published a brochure in which he wrote that the Ha'avara treaty was enforced from 1933 until 1941.

The Ha'avara treaty allowed German Jews who wanted to immigrate to Palestine, to transfer their money to special accounts of the Warburg-owned Private Bank in Hamburg. These funds were used in Germany to manufacture agricultural machines, construction materials, pumps, sowing machines and other equipment for the future settlements in Palestine. All these products were transported to the Ha'avara society in Palestine (Tel Aviv).[314] The products were then sold, and the proceeds transferred back to the Jewish immigrants when they arrived in Palestine. On a regular basis the products were also divided among the immigrants themselves, in accordance with their assets with the Private Bank.

In this way, the Ha'avara treaty served as a tremendous stimulus for German exports to Palestine. It was a cooperation that fulfilled the Zionist need for Jewish immigrants and capital in the form of durable materials. Germany benefited enormously from this trade agreement, which between 1933 and 1939 yielded the considerable turnover of 105,670,241 Reichsmarks.[315]

The Warburgs played an important role in the Ha'avara agreement. During the first years that the treaty was in force, Max Warburg was responsible for carrying out the Ha'avara treaty. Later, Max Warburg handed this

responsibility over to his brother Felix Warburg, who managed to considerably increase Jewish immigration through dividends and loans.

308 Ibidem, 29.

309 Ibidem, 29.310 *Vrij Nederland*, December 2, 1978.

311 Tom Segev, *Die Siebte Million: Der Holocaust und Israels Politik der Erinnerung*, Hamburg 1995, 30.

312 Ha'avara is the Hebrew word for settlement.313 The Zionist Worldwide Organization supported the Ha'avara treaty at a conference on August 20, 1935, in the Swiss town of Luzerne. This organization even took over the entire direction and execution of the transactions.

314 Edwin Black, *The Transfer Agreement: The Untold Story of the Secret Agreement Between the Third Reich and Jewish Palestine*, New York/London 1984, 43. 315 Ibidem, 43.

Those who were considering immigrating to Palestine could deposit their funds in advance and, for the time being, continue to live in Germany. They had free access to their money in the form of credits of the Jewish community in Palestine. However, they could also decide to invest their money in Palestine. They could even pay for future health insurance ten years in advance! The Ha'avara treaty also offered people the option of visiting Palestine before finally deciding on whether or not they wanted to immigrate. They would pay for their travel expenses in advance, and received vouchers which they could use in Palestine.[316] As immigration to Palestine became reality, the Private Bank gave advances of 1000 Palestinian pounds to those interested in relocating to Palestine.[317] The allocation of Palestinian money at the time was a huge exception that only applied to German Jews who immigrated to that country. This is emphasized by the Israeli historian Abraham Barkai in his book *Vom Boykott zur Entjudung*.[318] The Jewish immigrants had to show the amount in Palestinian pounds upon arrival as proof that they could pay for what they needed and would be able to build a new life. The remainder of their money was awaiting them in private accounts set up by the Ha'avara Bank. When they immigrated, the Jews could take their furniture and anything else (i.e. machines and tools) they needed to build a new existence for themselves.

According to Tom Segev, many Jewish immigrants who had been forced to leave their jobs in Germany would continue to receive monthly allowances from German social security.

In addition to the many private cars, complete libraries of both classical and modern literature and valuable pieces of furniture moved to Palestine, the Jews also brought considerable fortunes to their new homeland. According to Jewish historian Edwin Black: "Especially in the late Thirties, immigrants were allowed to transfer the value of their houses and factories to Palestine." He calculated that a total amount of seventy million dollars ended up in Palestine through agreements and international bank transfers. The influx of German capital had an enormous impact on a Palestine that at the time was considered underdeveloped.

Various large industrial enterprises were rebuilt on the spot; among them were the Mekoroth Water Purification Plant and the Lodzia Textiles Plant. According to Edwin Black, the enormous influx of goods and capital as a result of the Ha'avara treaty was an indispensable factor in the growth of the economy and foundation of the state of Israel.[319]

[316] Werner Feilchenfeld; Dolf Michaelis, Ludwig Pinner, *Haavara-Transfer nach Palästina und Einwanderung Deutscher Juden 1933-1939* (Leo Baeck Institute number
26) Tübingen 1972, 49.
[317] The Ha'avara treaty even made it possible for Jews of lesser means to immigrate. The advance of a thousand Palestinian pounds was financed with the proceeds of the trade agreement with Palestine. At the time, the Palestinian pounds had roughly the same value as the British pound.
[318] Avraham Barkai, *Vom Boykott zur Entjudung: Der wirtschaftliche Existenzkampf der Juden im Dritten Reich 1933-1943*, Frankfurt 1988, 63.

In a brochure from the Ministry for Foreign Affairs published in January 1939, it says that the rebuilding of the Jewish state in Palestine was only possible due to the transfer of Jewish property from Germany through the Ha'avara treat.[320] In the legal publication *Haavara: Transfer nach Palästina und Einwanderung Deutscher Juden 1933-1939* (published by the Leo Baeck Institute), commissioned by Dr. Werner Feilchenfeld and carried out by an influential Ha'avara staff member, it is stated: "The influx of German

capital through the trade transactions of the Ha'avara treaty was of great importance to the rebuilding of the country, for the private as well as the public sector. Many new industrial and trade enterprises have been created in Jewish Palestine. Many existing companies that are vitally important to the Israeli economy have also emerged from this. A good example is the Mekoroth Company, which provides the whole of Israel with clean drinking water. Between 1933 and 1940 the production and size of Jewish settlements doubled. This was only made possible through the loans which were granted within the framework of the Ha'avara treaty."[321]

Despite the favorable circumstances for the German Jews and the future Palestine, resistance against the Ha'avara treaty was great. The dealings that took place behind the scenes are described at length by Edwin Black in his book *The Transfer Agreement*. Black found it hard to comprehend that there existed a treaty between the Third Reich and the Zionist organization that benefited the state of Israel, and he thought it nearly impossible to explain. Not everything went smoothly in Palestine; the Palestinian entrepreneurs saw their trading power decline because of the monopoly of the Ha'avara organization with regard to the import of German products. Especially noted, was the resistance of the budding Jewish trade and industry to import cheaper and better products from Germany. In the end, the Ha'avara organization responded to this resistance by imposing restrictions on imports, in a bid to protect the market for domestic products (the so-called Tozeret-Haarez protection).

There were various ways clever entrepreneurs could benefit from this treaty, especially through deft navigation. In some cases enterprises would first import their machine parts from Germany, via the Ha'avara treaty, and then use import restriction against domestic products. This had a negative impact on demand for foreign products and a positive one on the Ha'avara organization's balance of trade.

The main condition governing the Ha'avara treaty with the Nazis was that the Jews would leave for Palestine. It was made very clear to Jews that immigration to Palestine was their only chance of survival. The assets of Jews who preferred to move to neighboring countries were frozen! Those who planned to immigrate to Palestine, however, received all the necessary aid.

[319] Edwin Black, *The Transfer Agreement: The untold story of the Secret Agreement Between the Third Reich and Jewish Palestine*, New York 1984, 373, 379, 382.
[320] IMT, 32, 243, Document 3358-PS.
[321] Ingrid Weckert, *Feuerzeichen*, Tilbingen 1989, 222.

The Ministry for Foreign Affairs, including the German consulate in Jerusalem, the Central-Europe Department (Orient) and the Department of Foreign Trade together supported the Zionist policy. The Ministry for Domestic Affairs was responsible for managing the immigration, while the Ministry for Economic Affairs sped up the mass immigration and took care of the Ha'avara treaty and its economic impacts. Expert on American affairs and historian Francis R. Nicosia, in his doctoral thesis for an American university, shed light on the relationship between the Nazi government and the Zionists, as well as on the persecution of the Jews from Hitler's takeover of power to the outbreak of the Second World War. According to Nicosia, the German government, the SS in particular, supported the immigration of Jews to Palestine by providing practical development aid in a variety of areas.[322] The SS even educated young Jews in special military institutions and from the outset was involved in influencing German Jews. The SS was fully in favor of mass immigration and went as far as putting pressure on the Jews that only saw themselves as German. These Germans were made aware of their Jewish heritage and identity in schools created by Germany and operated by the SS. They did this by annexing many kinds of Jewish socio-cultural institutions. It was only after the Jews had been made fully aware of their Jewish heritage and identity that they would be more willing to immigrate to Palestine.[323] All measures designed to promote the immigration of German Jews fell under the purview of the SS and the Gestapo, including the special military and schooling institutions. Over time, relationships between the Nazis and the Zionists increased. The Zionists believed that the schooling programs had a positive impact on the immigration of Jews to Palestine, so they designed an extensive network of schooling centers funded and built by the SS. To a large extent the SS itself provided the land on which these centers would be built. These schooling programs were first aimed at young Jews without professions or jobs. It provided them with all the knowledge and skills they would need in Palestine. Throughout the German empire was a huge network of these

schooling centers where Zionist teachers prepared Jews for a future life in Palestine.[324] It may sound strange, but at the time it was to the Gestapo that many Jews looked for help if they had been threatened by other civil servants or otherwise felt in danger. When the Jewish Emigration Agency in Berlin suffered great damage during the infamous Kristallnacht in November 1938, it was the SS that did everything it could to get the agency up and running again.

[322] Francis Nicosia, *Hitler und der Zionismus*, Leoni am Starnberger See 1990, 88-110.

[323] *Lagebericht*, May/June 1934, 106.

[324] In Lobitten, Kreis Königsberg, Hannover, Caputh, Magdeburg, Neuendorf, Gut Winkel, Schniebinchen, Bomsdorf Kreis Bitterfeld, Leipzig, Breslau, Grusen/Frankenberg, Konstadt, Dresden, Klein Silsterwitz, Köln, Preiskretsch, Guttentag, Charlottental, Bonn, Beuthen, Stuttgart, Augsburg, Munich, Fischach, and Gut Winkelhof.
Flensburg, Altona, Hamburg, Stettin, Berlijn,

Unlike the anti-Zionists, officers within the SS gave Zionists, liberals and willing Jews preferential treatment. Anti-Zionists were imprisoned and only released if they promised to immigrate to Palestine.

After Hitler annexed Austria in 1938 the "Wiener Zentralstelle für Jüdische Auswanderung (Immigration Office for Jews), in Vienna, was headed by Adolf Eichmann. In this capacity Eichmann and his staff met regularly with Zionist leaders such as David Ben Gurion in a wing of the Rothschild palace.[325]

One of the results of the relationship between the Nazis and the Zionists was that officers like Eichmann regularly visited Palestine, where there were local branches of the Nazi party.[326] According to Nicosia it got to a point, in 1937, where the German government, through its Foreign Department, decreed that the Palestinian Nazis were forbidden to spread anti-Semitic propaganda. The anti-Jewish sentiments of the Palestinian Arabs were not encouraged, because this might have had a negative effect on the German immigration policy for the Jews. In addition, it would have caused unrest amongst the future immigrants to Palestine.

After the annexation of Austria, schooling centers were built there as well. Adolf Eichmann supervised the process himself and later joined the Gestapo in fighting illegal immigration. Large groups of immigrants were regularly escorted to Austria by the SS.

In her book *Eichmann in Jerusalem: A Report on the Banalty of Evil*, Hannah Arendt writes that during the Jerusalem Tribunal Eichmann expressed his opinion that he had saved the lives of hundreds of thousands of Jews.[327]

With the Nazis' permission, the Jewish Betar youth union was able to carry on its activities in Austria. Meetings, summer camps, hiking, sailing and other sports continued as before. In addition, agricultural courses were provided. Members of this youth union were allowed to continue to wear their full uniforms and even distributed leaflets with fascist texts, all in tune with the times. When an SS unit suddenly raided the Betar youth camp, the leader of the group contacted the Gestapo, and was immediately offered retribution. Later, the Gestapo announced that the unit involved had been punished.

From the start the Ha'avara treaty was supported by the Nazis, but from 1935 onwards, criticism of the immigration policy and the execution of the treaty increased. The intelligence service of the SS was afraid that a Jewish state would give the Jews a power base from which to attack the German empire. From 1937 onwards, most of the government and party institutions turned their backs on the Ha'avara treat. However, by personal decree from Hitler, these institutions were reprimanded in 1938. The Ha'avara treaty had to be carried out at all costs! Hitler ignored all advice from his economic experts when he said that the immigration of the Jews was more important than any economic considerations. Dr. Yehuda Bauer estimates that although the Ha'avara treaty was, on one hand, an important financial source for the creation of Israel, on the other it was a loss-making treaty for the German empire. In his book *Freikauf von Juden?*: *Verhandlungen zwischen dem nationalsozialistischen Deutschland und jüdischen Repräsentanten von 1933 bis 1945* (Frankfurt am Main 1996) he writes: "The amounts are impressive and without a doubt have made the construction of the Jewish state possible."

[325] Tom Segev, *Die Siebte Million: Der Holocaust und Israels Politik der Erinnerung*, Hamburg 1995, 47.
326 Francis Nicosia, *Hitler und der Zionismus*, Leoni am Starnberger See 1990, 88-110.327
Hannah Arendt, *Eichmann in Jerusalem: Ein Bericht von der Banalität des Bösen,* Munich 1965, 90-91.

The Israeli politician and anti-Zionist Uri Averney, in his book *Israel ohne Zionisten,* argues that during the war Zionist leaders did nothing to help the Jews in Europe.[328] In their view, philanthropic rescue attempts in Europe and even the rescuing of German Jews would only damage the Palestinian state. Considered unwanted human material, most Jews brought only their immigration papers and nothing else to Palestine. The Zionist leaders of the immigration services in Palestine agreed wholeheartedly: "As far as Palestine is concerned, ninety percent of these Jews are unusable."[329]

In the Zionist archives in Jerusalem, there is a report of the "rescue committee" that contains a very remarkable consideration: "In which case should we rescue them? Do we simply rescue anybody who is in need? Or should we turn this into a Zionist action and rescue only those who will be useful in building the country of Israel and Jewry?[330] If all we can rescue are some 10,000 to 50,000 people rather than a million, we should only rescue those who can be used in rebuilding the Jewish nation, despite all the requests and accusations from the rest. It is important that we save young pioneers with a good education, who are able to carry out Zionist work." The report speaks of "the best material" in reference to who were considered worthy of rescuing.[331]

In other words, all Zionist leaders adhered to a policy that was un-Jewish. Chaim Weizmann, one of the most important Zionist leaders, had also only considered immigration to Palestine, and nothing more. At the time, he said the following: "I would rather see German Jews perish than the state of Israel."[332] The leaders kept a close eye on Israel's interests and did not consider it their task to save Jews in Europe. Their task was to build the country of Israel, this according to David Ben Gurion in a message from the Jewish Agency.[333] Three weeks after the Kristallnacht, Ben Gurion declared: "If I could be sure that it would be possible to save the lives of all Jewish children in Germany by transporting them to England, while only half of

them could be saved by transporting them to Palestine, I would choose the latter." At a session of the Central Committee on December 7, 1938, David Ben Gurion expressed his opinion that "the human conscience" of many countries would respond to the Kristallnacht, and that they would open their borders to refugees from Germany. He saw this as a threat and warned: "Zionism is in danger!"

[328] Uri Avernery, *Israel ohne Zionisten*, Gütersloh 1969, 94.
[329] Tom Segev, *Die Siebte Million: Der Holocaust und Israels Politik der Erinnerung*, Hamburg 1995, 53.
[330] The British government gave the Zionist organization the right to distribute immigration permits according to criteria that had been agreed on in advance.
[331] Tom Segev, *Die Siebte Million: Der Holocaust und Israels Politik der Erinnerung*, Hamburg 1995, 139.

[332] Joseph .G. Burg, *Schuld und Schicksal*, Oldenburg 1972, 5.[333] Tom Segev, *Die Siebte Million: Der Holocaust und Israels Politik der Erinnerung*, Hamburg 1995, 115.

We must not forget that anti-Semitism was beginning to have terrible consequences under the Nazi regime. As conditions for the German Jews deteriorated, the number of requests for immigration to Palestine increased. It was only in 1939, when the British government decided to restrict immigration that the exodus of Jews to Palestine came to a halt. It is a huge scandal that the British chased away various ships containing Jewish refugees close to the Palestinian coast, as a result of which 600 hundred Jews drowned.

For years we were fed stories about the passengers of the immigrant ships *Patria* and *Struma*: that they preferred to die in mid-sea, as a protest against the British mandate not allowing them to set foot on the land of Palestine. Unfortunately, this false version of the events of that day is what continues to fuel public opinion.

In the latter half of November 1940, a number of ships carrying thousands of Jewish refugees from Europe arrived, among them the *Patria* and the *Milos*. Unfortunately the refugees who got on the ships without being screened by

the Jewish Agency were mostly the elderly and children. Although the Agency had 29,000 entry visas it could have used for these immigrants, it decided these Jews did not merit certificates and categorically denied their requests to dock in Palestine.[334] Given the evasive stance of the Jewish Agency, the British began to transfer the passengers of the two ships to another ship, the *Patria*, which was in Haifa and was to take them to the island of Mauritius.[335] The Jewish Agency felt otherwise and decided to use the lives of the immigrants for a gamble with political achievement as a goal. Haganah activists took explosives into the ship and killed 1,783 people.[336]

Another ship, whose passengers drowned, was the *Struma*. In early February 1942 the *Struma* arrived in Istanbul from Europe carrying 769 immigrants. The voyage was organized by Abraham Stoufer. He had raised funds from the local community and used them to hire ships which carried anyone who wanted to escape the Nazi hell. This was different from the Zionist method, which involved screening for suitable immigrants that would be able to work in the settlements. Unfortunately, Stoufer did not belong to the team of Jewish emissaries sent by the Zionist movement to Europe and therefore had no permission from Eichmann to be doing what he did.[337] The *Struma* was sunk! Was its sinking an unexpected marine accident or was it due to the same deliberate act of terrorism as was the case with the *Patria*? Whatever the cause of the ship's sinking, the Zionists took advantage of it to arouse world public opinion, sympathy and support for the opening of Palestine's doors! According to the second Prime Minister of Israel, Moshe Sharett, "there was no other way." [338]

334 According to the British Colonies Minister Oliver Stanley on February 3, 1943.335 Naeim Giklad, *Ben-Gurion's Scandals: How the Haganah and the Mossad Eliminated Jews*, Tempe 2003, 75-79.
336 Ibidem, 75-79.
337 Ibidem, 75-79.

What is also remarkable is that it was the United States that tried to do all it could to restrict the exodus of Jews from Germany. The Jewish influence on the U.S., although powerful enough to elect Roosevelt president, was woefully incapable when it came to helping German Jews.

But let us leave the motives of the British, the Americans and the Zionists for a moment. I only want to point to a quote from the book *Schuld und Schicksal* by the Jewish author J.G. Burg: "The more unjust the treatment of the Jewish people is, and the more they are persecuted, the better the chances for the Zionists are."[339] If it had been up to the Nazi government, many more German Jews would have moved abroad. It was, however, especially the British government and the official Zionist movement that tried to prevent unwanted Jews from moving to Britishoccupied Palestine.

The Ha'avara treaty continued to function until the middle of the Second World War. Nevertheless, new threads between Nazism and Zionism were woven, the union between the two was never terminated. Professor Yehuda Bauer, Israel's leading Holocaust researcher, and historian Jad Vaschem in his book *Freikauf von Juden?* speak of a final meeting between the delegates of Himmler and a representative of the Jewish World Congress, Norbert Masur, in Sweden. This encounter took place in April 1945, shortly before the ultimate fall of the Third Reich.

In his autobiography *Staatsmann ohne Staat* (Berlin 1970), Dr. Nahum Goldmann, the successor of Professor Chaim Weizmann as leader of the Zionist World Organization, defended the Ha'avara treaty: "It made it possible for 80,000 German Jews to immigrate to Palestine; they have made remarkable achievements there and were among the creative elements involved in the construction of the country."

The treaty had been so helpful to Jewish Palestine that after the war it was able to absorb hundreds of thousands of Jews from all over the world and become an independent state. In 1951, Jewish historian Professor Bruno Blau remarked: "Although it may sound strange, the state of Israel is indebted to Hitler. Without the decisive impact of Nazism and anti-Semitism the United Nations would never have supported the decision to found a Jewish state in Arab Palestine." Historian Heiko Hauptmann from Basle added the following: "First there was the "Shoa", and then "Auschwitz", that melted all the Jews, making the foundation of the state of Israel a necessity."

[338] Ibidem, 75-79.
[339] J.G. Burg, *Schuld und Schicksal*, Oldenburg 1972, 32.



Meeting of the International Chamber of Commerce (ICC) on July 12, 1937, in Berlin. From left the right Adolf Hitler, Thomas J. Watson, one of IBM's top men, an interpreter R. Schmidt, A. Frohwein, the Dutchman F.H. Fentener van Vlissingen, the then the Chairman of ICC, and behind him one of the most prominent Zionists, Sir Arthur Balfour, well-known for the Balfour Declaration. We leave it to the reader to imagine what was discussed at this meeting with Watson, the IBM developer of one of the first punch card sorting machines that allowed the Nazis to identify the Jewish population throughout the empire, and other prominent figures such as the Zionist Arthur Balfour.

Even today, many publications and motion pictures emerge claiming the German Jews fled across the border at night against Hitler's will, leaving all their possessions behind. The truth is that the German government did everything it could to get Jews out of the country. The Jewish exodus from Germany was planned in advance and was carried out under ever-increasing pressure. It was an accurate and premeditated plan. We can only talk about an escape when it concerned the real, original orthodox and Sephardic Jews (the Children of Judea). The bitter irony is, however, that almost all these Jews ended up in concentration camps and very few of them survived this ordeal. The Holocaust was the largest and cruelest genocide in the history of mankind. Six million Jews and tens of thousands of Sinti and Roma died in Nazi concentration and mass destruction camps. An additional four million Poles and hundreds of thousands of other nationals perished in the same way. Historians talk of "death factories", because in the camps the Germans

operated methodically and on a large scale. Those who were liberated from these camps at the end of the war were, and are traumatized for life.

As we have seen, the same powerful circles financed the Zionist Organization and the rise of Nazism, and provided Hitler with the resources he needed. The Illuminati were behind the weakening and ultimate destruction of Europe and the foundation of the state of Israel. Without the Illuminati, Hitler would never have been able to seize power. Today, the ties between Hitler's rise and reign and these influential Western circles are no longer secret. There are but a few researchers and historians who realize that Hitler was an effective tool in the hands of a small elite who made Hitler's mission complicated and a well-kept secret until now.

In the near East, the Second World War created a new political situation. In November 1947, the United Nations decided to divide into a Jewish and an Arab state. However, that was not enough for the Zionists; they wanted to rule the whole of Palestine.

After the world had learned of the persecution of the Jews by the Nazis, Zionism gained supporters. In no small part thanks to compassion towards the Jewish people, the Zionist dream was given shape in 1948 with the formation of the state of Israel. This happened with a mixture of diplomacy and terror. People like the Rothschilds ended up being the fundamentalist Zionist leaders. The Rothschilds also called "the royal family of Jewry" or "Kings of the Jews", finance, the Israeli parliament (Knesset). Baron Rothschild possesses more power than David, and greater wisdom than Solomon. Baron Rothschild is the true King of Judah!

The Zionists have conquered Palestine with weapons, bombs, grenades and fighter planes. The Illuminati have helped to power and finance both Zionism and Adolf Hitler. They are at the beginning of the current state of Israel! The eventual foundation of an Israeli state in Palestine was a crucial element of the Illuminati program. Today, the foundation is being laid in Israel, making it possible for the world leader they will elect one day to rule the world from Jerusalem.

## Chapter 26

# Falsely Reproaching Pius XII

**"What everybody considers to be true is what most deserves to be examined."** *Georg Christoph, philosopher in Göttingen*

The enemies of the Catholic Church have always reproached the Vatican for not having presented an official protest against Hitler and Nazism. In addition to the fact that such a declaration wouldn't have had any effect on the indomitable Hitler; it is evident that these accusations are based on lies. It is a fairytale that has been invented by the reporters Rolf Hochhuths and Saul Friedlánder. The work entitled *Der Stellvertreter* (*The Substitute*), written by both gentlemen, still damages the reputation of Pope Pius XII and the Vatican.

It is true that some German religious leaders remained silent and morally supported the Nazi regime. However, we cannot judge the entire church for the actions of a few Catholics. For example, it is important to know that the extermination of the incurably ill and the mentally estranged provoked energetic protests against the actions of the Nazis within the episcopate. During a sermon in the Saint Lamberti Church in Münster, the Cardinal Galen publicly uncovered the details of the euthanasia program, which had rigorously been kept a secret until then, and he exclaimed: "A curse will befall the German nation if the innocent are killed and the killers remain without punishment." Because the regime did not want to make a known leader of the church a martyr, no actions were taken directly against Galen, but three Catholic priests of Lübeck were executed for distributing the text of the sermon of the cardinal among soldiers.

Cardinal Galen and Bishop Frings of Colone condemned some typical expressions of the Nazi military spirit, such as killing hostages and war captives, and they urged their followers not to foster feelings of revenge against the enemy.

We will also take a look at some examples of Catholic persons and groups that publicly opposed to the persecution of Jews by the Nazis. Bernhard Lichtenberg of Berlin publicly prayed for the Jews on a daily basis, and

because of this he was sent to a concentration camp. Other priests were deported for not wanting to collaborate with the anti-Jew police. Some did not show their support publicly to avoid being deported and felt they would better be able to help the Jews if they hid or escaped. The Conference of Catholic Bishops of Fulda affirmed: "Religion cannot be based on blood, race or other dogmas of human creation it can only be based on a divine revelation."

Pius XI made a pontifical encyclical against Nazism, and he rejected racism with the following words: "Anti-Semitism is a repulsive movement. It is impossible for Christians to be part of the anti-Semitism; it is not allowed. Spiritually we are all Jews because of our link with Christ."[340]

In 1934 Pope Pius XI published, with the help of his clerk the Cardinal Pacelli and future Pope Pius XII, an encyclical entitled *Mit Brennender* Sorg, in which he reproached Hitler's practices. It is interesting to note that when Hitler announced he wanted to visit the Pope, Cardinal Pacelli took steps to avoid that both would meet and he transferred the very old Pius XI to Castel Gandolfo.

Hitler also wanted to visit the Sistine Chapel. What did Pacelli do? In spite of the protests of the Italian government, this admirable man closed the chapel for renovation. It should also be noted that Pacelli had the biggest synagogue of Rome sealed with the seal of the Vatican to prevent the Nazis from taking possession of it.

With regard to the annihilation of the Jews, Pacelli, as Pius XII, addressed the Collage of Cardinals in secret on March 14, 1943 saying: "In the interest of the victims we have to measure the inconveniences and what we say about this subject in order not to cause an effect that will make the situation worse for all of them."

Because of the accusations of the previously mentioned reporters, Pope Paul VI gave permission to four historians to open a certain part of the cartulary of the Vatican. To their astonishment, the historians came upon records documenting the personal involvement of Pius XII in a plot to overthrow Hitler. In January 1940 he was approached by the agent of a certain clique of German generals, who asked him to tell the British government that they

would undertake to "remove" Hitler if they were given assurances that the British would come to terms with a moderate German regime. Pius XII promptly passed along this message to Sir D'Arcy Osborne, Britain's envoy to the Vatican.[341] Citing Robert Graham in the *Washington Post*: "I was astonished by the things I read. At the beginning of the war the Pope himself had written secret texts against Germany, which had been transmitted to the whole world by Radio Vaticana. As a result of these texts the German ambassador in Italy presented a protest to the Vatican without knowing that Pius XII was the author of these texts. It is also evident that the Pope himself ordered his clerk, Dr. Anton Weber, to send official petitions to the governments of the United States, Great Britain and other countries, begging them for visas for the persecuted Jews.

After his radio attacks Pius XII established a special committee under the control of his clerk, P. Leiber, to support the Jewish refugees." Georges Roches declared in his book *Pie XII avant l'Histoire* that the special committee enabled thousands of European Jews to enter the United States as "Catholics", providing them with efficient documentation service, including baptismal certificates, financial aid and other trans-national arrangements. Roches estimates that by 1942 more than one million Jews were being housed, on Vatican orders, in convents and monasteries throughout Europe.[342] British historian Derek Holmes reports that Jews as well as Italian partisans of underground guerrilla movements were dressed as monks and nuns, and taught to sing Gregorian chants. The Pope himself took care of some 15,000 Jews and Italian dissidents at Castel Gandolfo, the Pope's summer residence, as well as several thousand at Vatican City. It should be noted that during the entire Second World War the Pope allowed that the Jewish refugees celebrated their religious services in the basement of the Basilica of Saint Francis in Assisi. During Second World War the Catholics saved more Jewish lives than all other organizations and religions combined.[343]

340 John Weiss, *Ideology of Death*, New York 1997, 315.341 Knowing the Illuminati plans, it is not strange that the offer was turned down. 342 George Roches, *Pie XII avant l'Histoire*, Paris 1972, 88.

Dutch historian Hans Jansen said in his book *De Zwijgende Paus?*: "The Pope ordered to hide hundreds of Jews in the convents of Poland, France, Hungary, Belgium and other countries. In Rome alone more than 150 convents helped to hide the persecuted Jews." Jansen's book contains more than 100 pages that show the evidence of the Popes resistance in a chronological, day-by-day order[344].

The Pope was a stubborn and main adversary of the Nazi ideology. This is proven by the numerous tokens of gratitude from many prominent members of the Jewish community. Golda Meir, the Minister of Foreign Affair of Israel said in a telegram that was sent when Pius XII died in October 1958: "During the period of terror against the Jewish people by the Nazis, the Pope raised his voice. Life at that time was enriched by a voice proclaiming great moral values over all the turmoil of the daily struggle."

[343] Mary Ball Martinez, *Die Untermenierung der Katholischen Kirche*, Durach 1992,
79.
[344] Hans Jansen, *De Zwijgende Paus?: Het Protest van Pius XII en zijn Medewerkers tegen de Jodenvervolging in Europa*, (Kampen 2000).

## Chapter 27

# Gold

**"Our right lies in force. The word 'right' is an abstract thought and proved by nothing. The word means no more than: Give me what I want in order that thereby I may have a proof that I am stronger than you"**
*Illuminati Protocol 1:13*

The Bank for International Settlements (BIS) in Basel is the secret private property of the Rothschilds and an example of the power and capital of the Rothschilds and company. Rothschild financial expert Harald Kliments declared: "The BIS is a public limited company; about fifty central banks are partners, but the bank supports the exchange politics of almost all central banks. The BIS is a meeting point for financial data, and it organizes information exchange between the central banks. The BIS has an advisory character. Since 1975 the Bazeler Ausschuss für Bankenaufsicht has been a member of the BIS, and it advices banks about credit and risk management. This advice is followed by many countries, partly because the World Bank and the International Monetary Fund (IMF) recognize them as criteria for stable financial markets."

And that is because, as we will see later on, these two institutions depend on the same Rothschilds. Klimenta continues: "Now the BIS also helps the central banks with their exchange politics, but it can't really show its teeth. It lacks the authorization towards the other central banks, because they all are owners of the BIS."[345] That's one way to put it!

In addition to the tight relationship between BIS and the Rothschilds' control of the Bank of England, there is also collaboration between the Rothschilds and the most important central banks of this world. In a *Reuters* press release in *F.A.Z.*, December 14, 1999, the governor of the Bank of England, Eddie George, said: "The G-10 committee (consisting of the finance ministers of the ten most thriving countries in the world) meets monthly with the BIS in Basel."

The *PHI-Auslandsdienst* No. A23-A24/1997 reports: "The Bank for International Settlements in Basel certainly is one of the most influential

banks of the Rothschilds. According to a treaty with the Swiss government the branches are located on extra territorial grounds, which means the Swiss police and the tax authorities are not allowed to enter these banks unless the bank management grants them permission."

In the Swiss Federal Council *Headquarters Agreement,* the unique position of the BIS was formalized. Article 2 of the treaty protects the immunity of the BIS. The eighteen-story building of the BIS (also known as the "Tower of Basel"), and the land surrounding it are inviolable. Representatives of the Swiss authorities are not allowed to enter unless they have permission from the bank. The archives of the bank, all documents and data are inviolable at all times wherever they may be. The bank is allowed to have its own police force to protect its security. Article 4 grants the bank complete immunity concerning criminal and civil prosecution and procedures. Furthermore, the members of the board have the following privileges: immunity for arrest and imprisonment, for repossession of personal luggage, and concerning all personal documents. The following agreements were also determined in the treaty:

[345] Harald Klimenta, *Was Börsen-Gurus Verschweigen: Zwölf Illusionen über die Finanzwelt aktual,* Munich 2002, 241 and 251.

• Diplomatic immunity for people working for the BIS and their luggage (diplomatic post).
• No tax payments over transactions and personnel paychecks.
• No government inspection concerning the activities of the BIS.
• No immigration or travel restrictions for BIS officials.
• The BIS doesn't belong to any jurisdiction.

The BIS is a state within a state, with absolute monetary power, above all laws and controlled by nobody! The BIS provides the means for the International Monetary Fund (IMF) and the World Bank. Furthermore, it controls the Group of Ten (G10). The Tower of Basel is completely self-supporting; it includes a nuclear bombsafe and shelter, its own hospital and kilometers of archives with the most modern supplies.[346]

The American journalist Joan Veon was told personally by an initiate of the Illuminati on July 8, 2002 how the New World Order is governed at the moment. She was allowed to interview William White, Economic Advisor and head of BIS Economic Department who, to her own surprise, answered to her carefully formulated question: "That is one of the important aspects of the global financial system. Government forms should become more global. And that brings me automatically to your last question: yes, it is true that our work resembles the work of the Organization for Economic Cooperation and Development (OECD). We make "soft laws". On an international level it is very difficult to come to a treaty that is accompanied by solid hard legislation, which will ensure that offenders can be prosecuted and possibly be imprisoned. Now we have already been working for decades on the base of soft laws. With that I refer to the deliberation between representatives of national governments that are interested in certain problems. On certain terrains, especially the financial, it is clear that the United States play an important part. The British are also quite important, but not as important as the U.S., after those two all the other countries follow. Not everybody is as important, but all representatives are located in this building (the BIS Building in Basel belonging to the Rothschilds), and they try to make the best of it. When an agreement is reached, as for example Basel II, all representatives go home and report to their governments: "We have done business; these are the maximum results for us, and let's sign. The national legislators, after all they dispose of sovereignty, decide whether they agree or not, but in general they accept the decisions. Often it isn't even necessary to put things down in national legislation, because the countries have already accepted international procedures. These exist for example in the area of tax systems and other financial procedures. The national governments assume that these procedures have been set by qualified professionals from all over the world, and therefore it would be better to follow them. Countries that do not follow the agreed procedures run the risk of being punished by the market itself, by investors or competitors. They can even be denied access to certain financial markets. There are several ways of sanctioning without saying directly: You have traded illegitimately and now you have to go to prison. That cannot be done, because in most cases there is no international legislation. These cases are not handled by people with legislative and judicial power. Most people that deliberate here are representatives of governments and central banks. However, we work on an international and

non-formal basis instead of closing treaties. The way we do it, it always works."[347]

346 J.I. van Baaren, *Het Geheimnis der Wetteloze*, Amsterdam 1984, 43.

The website of the BIS conveniently skips the years 1930 to 1945. Of course this isn't that surprising; large quantities of gold stolen from the central banks, private individuals and victims of the concentration camps in the areas occupied by Hitler were melted at the Reichsbank and sent without dating on the bars to the BIS in Switzerland.

In those years the board of the BIS consisted of Hermann Schmitz, owner of I.G. Farben; Kurt von Schroeder, head of the J.H. Steinbank in Cologne, and a personality within the Gestapo Walther Funk and Emil Puhl, president and vice-president of the Reichsbank. In March 1938, during the Anschluss, the majority of gold belonging to the Austrian central bank was confiscated and brought to the storage facilities of the BIS.

Before Hitler entered Czechoslovakia, the Czechoslovakians had transported their gold reserves to the BIS with the orders to send it on to the Bank of England. The gold never arrived, and that caused a lot of commotion in London. Labor parliament member George Strauss asked Neville Chamberlain about this and asked if the story about the Czechoslovak gold was true. Chamberlain could only deny this. He was a major shareholder in Imperial Chemical Industries, partner with I.G. Farben. The gold reserves of other countries also found their way to the BIS, which during the war was a central coordinate for gold and currency.

As mentioned, the BIS is officially an international institution (and unofficially an internationalist institution) that itself has absolutely nothing to do with the Swiss government. The true character of the BIS is hardly known to non-initiates, and the mass media aren't doing anything to reveal its true identity. The following AP message in the *Stuttgarter Zeitung* of May 15, 1997, caused a commotion: "The Swiss Bank of International Settlements (BIS) in Basel has said to have received a total of 13.5 tons of gold from Nazi Germany. Last Monday the bank revealed its gold transactions with the German Reichsbank. About a quarter of the gold is stolen. General manager of the BIS, Andrew Crockett, told the Swiss

broadcasting network DRS that it is not excluded that there is Jewish gold among the stolen gold."

347 Joan M. Veon, *UN Watch* No. 3, June/July 2002, 8.

All Swiss banks (except the untouchable BIS-bank of Rothschild and company) were ordered to trace accounts of possible Holocaust victims. In total 53,886 accounts were discovered. About 40,000 of these accounts had been cancelled during the Second World War or shortly after, mostly by the banks themselves or by authorized representatives of those accounts. In most cases the administrative records had disappeared.

Under the pretenses of representing all Jewish people, the living as well as the dead, the puppets of the Illuminati claimed possessions that were stolen from the Jewish people during the Nazi regime in Europe.

At the end of 1995 Edgar Bronfman, chairman of the Jewish World Congress (JWC), and Rabbi Israel Singer, secretary-general of the JWC and real estate magnate, had a meeting with Swiss bankers. In the Jerusalem paper *Ha'aretz* of March 31, 2000, Israel Singer says: "The official compensation settlements regarding the Holocaust should apply to all Jewish people and not just the ones that were lucky enough to survive the Holocaust and live a long life."[348] All sensitive records about the Holocaust were opened, said the American Israeli Norman Finkelstein in his book *The Holocaust Industry: Reflections on the Exploitation of Jewish Suffering*.

Except for whipping up public hysteria, one coordinated twofold strategy was to terrorize the Swiss until they surrendered using trials and an economic boycott. The entire Swiss bank world (except BIS) as well as the entire industry had no other way out than to agree to the asked 1.25 billion dollars. On August 12, 1998, the tax agreement was decided on, and two years later, on July 26, 2000, judge Edward Korman from New York confirmed the agreement. To their great surprise, district banks and private bankers discovered that a secret treaty had been agreed to, which obliged them to show their balance sheets and archives to the inspectors of the Independent Committee of Eminent Persons.[349] Thomas Sutter, representative of the Swiss Bankers Association, expressed his surprise about this in an interview with the daily newspaper *Le Temps* on July 29,

2000: "We are amazed about the fact that in the agreement made two years ago it had not been demanded that all banks take part in the deliberation; only the two biggest banks have spoken on behalf of all other banks. We did not know about this agreement beforehand. And all of that apart from the fact that all industrials as well had to indicate within thirty days if they had convicts working in their German branches. If they don't comply they run the risk of falling outside of the agreement and become prey to new collective demands. With that, one has a hold on the banks and industry."

[348] Norman Finkelstein, *The Holocaust Industry: Reflections on the Exploitation of Jewish Suffering,* New York 2002, 87.
[349] Independent Committee of Eminent Persons, *Report on Dormant Accounts of Victims of Nazi Persecution in Swiss Banks*, Bern 1999.

Edgar Bronfman, of the House of Representatives, moved before the Commission for Banking that the Swiss "should not be allowed to gain from the Holocaust." On the other hand Bronfman recognized that the treasury of his "Jewish World Congress" had already received billions of dollars in compensation.[350]

The now disbanded left liberal Hamburg weekly magazine *Die Woche* published quotes from Norman Finkelstein's book *The Holocaust Industry: Reflections on the Exploitation of Jewish Suffering*: "Switzerland was forced to a settlement because, as was said, time was a crucial factor: Every day poor survivors of the Holocaust die. After the Swiss had signed for the transfer of the money the urgent need miraculously disappeared. More than a year after the settlement there still was no plan for the division of the money. When the money finally will be handed out the "needy survivors" will probably all be dead."

out the "needy survivors" will probably all be dead."

1945, they also received billions of dollars in the name of the Jewish community; money which most Jewish people with a right to it have never received.[351] Most of the money directly went into the treasure chest of our hidden rulers! Switzerland obeyed the strong hand and paid off billions of franks in debt when in the autumn of 2001, barely four years after its installation in 1997, the Commission investigating the abandoned bank

accounts announced its resignation to the press. It was not without reason that this was not announced to the Swiss press but to the British press. Eventually it was determined that hardly twenty million franks divided over two hundred of the total 15,500 dormant bank accounts indeed belonging to the victims of the Holocaust! Without hesitation the flagship of the British press, the daily newspaper *The Times*, reported a press release on October 13, 2001, that was supplied by correspondents in Paris and Berlin. The release read: "The Swiss bank accounts of the victims turned out to be a myth."[352]

After Switzerland it was the turn of an unprecedented number of other countries to follow suit. The American Ministry of Foreign Affairs, at the time led by Madeleine Albright, released a report that announced that Spain had bought over 120 tons of gold from Germany, seventy-two percent of which originally belonged to the Jewish people. The reason for this purchase was that Spain did not have any gold reserves after general Franco's victory in the civil war.

A Spanish investigation team showed very different results in April 1998. According to their investigation Spain had only bought a total of 67.4 tons of gold, of which 4.5 tons came from Germany and the rest from Portugal and Great Britain. It could not be determined if the German gold indeed was of Jewish origin. This conclusion appeared to be clear, but Enrique Mugica Herzog, chairman of the Spanish investigative commission declared that Spain, despite its apparent clean gold transactions during the Second World War, had to contribute to the Holocaust fund. Other countries such as France, England, Norway, Belgium and even Argentina befell the same fate. And thus began the biggest extortion of Eastern Europe (eighty percent of all Holocaust victims lived in Poland and Russia).[353]

[350] According to Norman Finkelstein in *Die Woche* July 28, 2000. See also Norman Finkelstein, *The Holocaust Industry: Reflections on the Exploitation of Jewish Suffering*, New York 2002, 93.
[351] Ibidem, 93.
[352] Quoted in *Le Révisionniste* of April 9, 2002, 49. Complete documentation of the contributions signed by Adam Sage in Paris and Roger Boyes in Berlin in *The Times* of October 13, 2001 in the French translation.

Along with Switzerland, the United States would have been a safe haven for Jewish transferable possessions. The dormant bank accounts of the American banks should thus also have been identified. But this did not happen. Not surprisingly the Illuminati did not launch a campaign to investigate American banks. An investigation of the same scale as that of the Swiss investigation would have cost the American taxpayers billions of dollars, which would have put the government in the awkward position of explaining its spending habits to its citizens.

[353] Norman Finkelstein, *The Holocaust Industry: Reflections on the Exploitation of Jewish Suffering,* New York 2002, 111.

# Dresden

**"We have succeeded in killing six million people. Maybe we can also manage to add another million to that before the war is over."** *Winston Churchill during the Yalta Conference on February 7, 1945*

Not only the Nazis are known for their senseless bombings of European cities; the English and the Americans also knew the ropes. Ten days after Churchill's Yalta Conference address, three Anglo-American bombings in Dresden killed 330,000 people within fifteen hours. The military destruction of the city of Dresden by the Allies in February 1945 was utterly useless. Dresden was not on the immediate frontline, was unimportant for traffic and didn't have any significant industries. It had no bunkers, neither war-industry nor anti-aircraft defense, just 1,250,000 innocent civilians. Amongst the citizens of Dresden on the day of the bombings were about 100 soldiers! There were also hundreds of thousands of refugees from the east in the city.[354]

The first nightly attack, in which thousands of American and British bombers and fighter-bombers took part, took place on the February 13, around 21:30. For half an hour it rained fire and steel from the sky: 460,000 incendiary and phosphoric bombs, 3000 air mines and explosives. The target marks hovered ghostlike towards the river Elbe and lit the entire city with a sharp glow. Mothers took their crying children from their beds and rushed towards the shelters while doctors and nurses went to their posts. The heavily injured were carried into the shelters; streets and squares were obstructed by civilians looking for shelter. Cars, horse carriages and trams were everywhere with the horses running loose charging into the already panicked public. Everywhere fire and phosphoric bombs landed on the crowds with men, women and children running around like living torches, until they fell down to earth. The screaming of these victims mixed with the death screams of the animals in the blaze that destroyed the zoo. Blood streamed from the animal cages. Cars exploded, burning dogs went berserk attacking women and children. Air mines, pushed over walls and gas and water pipes burst. Phosphoric oozed down the walls and absorbed all oxygen, suffocating the people inside the packed shelters, turing them into

mass graves. Mothers covered their children with their own bodies to protect them against the scorching heat. Their desperate cries however, could not save the lives of their children. Many people committed suicide by pulling the triggers of their own guns. Bombs also fell on hospital roofs, setting ablaze many buildings. Death often came so fast that the heavily wounded hardly got a chance to scream. Those blinded walked barefoot through the phosphoric acid and were eaten by its flames. Some of the wounded dragged themselves from the burning wards and out into the streets, where they were later found maimed and burnt.

[354] The number of refugees fleeing the Red Army from Eastern Europe was over 600,000.

By the end of the first attack, thousands of homes were on fire. The city was one big sea of flames. Whilst the people, trapped by the flames, screamed for help, a catastrophe alarm could be heard from emergency sirens everywhere because of the soldiers, salvation troops, police troops and ambulances going into the burning city. Motorized Wehrmacht troops marched into the city. Their orders were to save all the wounded and sick from the field hospitals and hospitals.

The second nightly attack came three hours later. All salvation troops were surprised by this second attack. They were burnt, with the exception of only a few. Burnt ambulances with incinerated people inside were everywhere. From every corner survivors stumbled to the parks and meadows alongside the river Elbe. People bleeding, often half-naked women covered with burns, and orphaned children all wandered about vacantly. Pregnant women swayed into the park, collapsed and even gave birth. The huge city park, the train stations and the meadows alongside the river Elbe were ploughed by bombs. Phosphor bombs and explosives changed the non-burning lowlands into a battlefield. When dawn broke, smoke clouds were hovering up to five kilometers over the city.

The third attack on the city followed ten hours later, on February 14, 1945, at 11:15. For thirty minutes 1200 American four-engined fire-bombers bombarded the Dresden suburbs with explosives and firebombs. In thirty minutes the Americans covered the banks of the river Elbe and the

surrounding areas and villages with bombs, killing thousands of people. Many survivors became insane.

The air raids on Dresden were a war crime, a barbaric act. Never before had a city been destroyed in such a short period of time; never before had so many people died in one night. The *Report of the Joint Relief 1941-1946*, a report published by the International Red Cross about the Second World War bombings indicated the number of casualties in Dresden, the German city where the largest amount of refugees lived, as 330,000.

# Concentration Camps

**"The most shocking fact about war is that its victims and its instruments are individual human beings, and that these individual beings are condemned by the monstrous conventions of politics to murder or be murdered in quarrels not their own."** *Aldous Huxley, English novelist and critic, 1953*

Jenny Estrada is one of Ecuador's most respected and eminent historians. In her excellent researched book *La Segunda Guerra Mundial: Lista Negra en Ecuador,* she tells the little known story of the deportation of thousands of ethic German, Japanese, Italians and their Latin American families from a number of Latin American countries for internment in concentration camps in the United States before and during the Second World War. "National security" was the U.S. government's official explanation for the seizures. Her book reveals that the real purpose was to replace Japanese, Italian and German economic interests in Latin America with those of the elite. Another extraordinary motive for the seizures evolved: "gathering captives to use for barter with Axis countries holding American prisoners".

Five months before the Pearl Harbor attack, a secret and illegal Latin American internment program to identify and imprison civilians made the first move under the guidance of Nelson A. Rockefeller. Under intense pressure, fifteen Latin American countries cooperate with this imprisonment and deportation program. They were to do it in a subtle, secretive way that could not be traced back to the United States.[355] Starting in July of 1941, newspapers in nearly every Latin American country published "Blacklists". The innocent alien civilians and their Latin American families whose names appeared on the list were considered "potential subversives", and on the day of the Pearl Harbor attack, local police in Latin America began arresting them. The "Blacklists" also affected companies and individuals with no connection to the Axis powers. Teachers, priests, journalists, business owners, or anyone who held a position in a German, Italian, or Japanese ethnic club or cultural organization was targeted.[356]

Thousands of civilians and their families were swept into local detention centers and held without hearings or legal recourse. All their properties and money was confiscated. After being deported to concentration camps in the United States, many of them were exchanged with interned American civilian nationals by Hitler.

[355] Heidi Gurcke Donald, *We were not the Enemy: Remembering the United States Latin American Civilian Internment Program of World War II,* Lincoln 2008.
[356] Ibidem.

## U.S. Blacklist in Costa Rica

# LISTA NEGRA O PROCLAMADA PARA COSTA RICA

## LOS COSTARRICENSES Y ALIADOS EN GUERRA CONTRA LOS TOTALITARIOS

## NO DEBEN TRATAR CON PERSONAS Y FIRMAS INCLUIDAS EN LA LLAMADA LISTA NEGRA O LISTA PROCLAMADA.

NO COMPRE USTED A LOS ENEMIGOS DE LA DEMOCRACIA. EL DINERO QUE USTED DA SERVIRA PARA QUE LO ATAQUEN A USTED MISMO.

HAY QUE LIQUIDAR ECONOMICAMENTE A LOS SIMPATIZADORES DE LOS CRIMENES DE LA GESTAPO. LA GUERRA ES A MUERTE: TOTALMENTE CONTRA ELLOS O CON ELLOS.

LA DIRECTIVA DE LA ACCION DEMOCRATICA COSTARRICENSE OFRECE A CONTINUACION LOS NOMBRES DE LAS PERSONAS Y FIRMAS INCLUIDAS EN DICHA LISTA.

Acosta G., Alfonso (Dr.), San José
Agencia Internacional de Comercio e Industria, S. A. – San José.
Agencias Mundo, S. A. - San José
Agencias Wiessel - San José.
"Agfa" – San José
Agrícola de Turrialba, Cía. – San José
Almacén Bonedas – San José
(No confundirlo con "Rómulo Arévalo)
"Almacén Unión" – San José
Alvarado G. A. – San José
Alvarez Iraeta, Manuel (Dr.) – San José
"Amano" – Puntarenas
Amano, Yoshitaro – San José
Amano Cía. – Puntarenas
Amrhein, Franz - San José
André, Arnoldo – San José
André, Otto – San José y Cartago
Angulo Marín, Guillermo - San José
Appel, Willy – San José
Arend, Walter - Puntarenas
Assmann, Theodore – San José
Automotriz, S. A. Cía. – San José
Bartorelli, Gabriella – San José
Bartorelli, Gastone - San José
Baumgartner Lehmann, Adolfo – San José
Bayer - Meister - Lucius – San José
Becker, Bruno – San José
Behnke, Walter – San José
Benedetti Gregorio, Otello – San José
Botica de la Catedral – San José
Brammer, Eric – San José
Brenes Díaz-Granados, Mario – San José
Brenes Gutiérrez, Ramiro (Dr.) – San José
Bruce, Starr Pait – San José
Campabadal, Roberto – San José
Cantora, Juana, viuda de – San José
Capro Boveri, Vittoria – San José
Carvajal, Marino – San José
Casa de Agencia y Comisiones "Delcohijo" S. A. San José.
Casalvolone Feit, Juan – Puntarenas
(No confundirlo con Juan Feith Casalvolone)
Casalvolone Rivolta, Luis – San José y Puntarenas.
Castillo, Rigoberto – San José
Chacón, Alberto – Puntarenas
Classen & Co. – San José
Club Alemán – San José
Cerretti, José (Dr. – San José
Costarricense de Tejidos S. A., Cía. – San José
Coto, Manuel Alberto – San José
Croceri Pelaroni, Constantino – San José
Deighele, Sophie - San José
"Delcohijo" S. A., Casa de Agencias y Comisiones – San José
Delcore, Rafael – San José
Delcore e Hijo, S. A. – San José
Delcore Bellaci, Amadeo - Puntarenas
Dondoli Burgnani, César - San José
Doesam, Emilio – San José
Dyes & Co., H. O. – San José
East Pacific Fishery Co., Ltd. - Puntarenas
Eckstein, Fritz – San José
Eisinger, Max – San José
Ehrenberg, Paul - San José
El Bolsón – San José
Fabian, Carlos – San José
Fabián y Cía., Victor – San José
Fábrica de Café "La Económica" – San José
Federation of Japanese Importers & Exporters Chagnite.
Fedi d'Agostino, Nicolás – San José
(No confundirlo con Nicolás Fedi Di Leoni)
Fedi y Cía., S. A.
(No confundirlo con Fedi e Hijos, Nicolás)
Fernández P., C. - San José
Fernández Palma, Claudio – San José
Finca San Miguel - Barranca
Fischbeck, Gerhard – Puerto Limón
"Foto Sport" – San José
Gambassi, Guido – San José
Gambassi, José - San José
German Club – San José
German School – San José
Giegler, Carl – Puerto Limón
Gran Hotel Plaza – San José
Grebien, Ferdinand – San José
Grosser, Erwin – San José
Gurcke Karl Oskar – Tilarán
Gurske, Starr Pait Bruce (Mrs.) – San José
Gurcke, Werner – San José
Gurcke y Cía, Werner – San José
Gutman, Jacobo – San José
Hapag-Lloyd Steamship Lines – San José
Hauser, Emil – San José
Henkel, Juan – San José
Hering & Schoenfeld – San José
Hernández, Luis - San José
Hernández Vaquero, Pedro – San José y Puerto Limón.
Herrera G., Hernán – San José
Hubbe Hijos – San José
Iezzi, Guerino - San José
Iezzi, Nicola – San José
Kawakubo, Daiso Jyoho – San José
Kitzing, Karl – San José
Kitzing and Steinvorth – San José
Kletsch, Richard – San José
Kloss, Walter - San José
Knohr, Erwin – San José
Knohr, Herbert – San José
Kreymann, O. W. – San José
Kruse, Alfredo – Puntarenas
"La Epoca" – San José
Lachner, Rafael (Dr) – Cartago
Lapeira C., Nicolás (Sucesor de Lapeira y Aguilar) – San José
Lehmann & Co. – San José
Librería Lehmann y Cía – San José
Lindgens, Rudolf – Puntarenas
Lohrengel, C. W. – San José y Tres Ríos
Lorenzen, Detlef – San José
Los Baños – Puntarenas
(No confundirlo con Hotel "Los Baños" de Puntarenas)
Machartsberger, Carlos – San José
Marozzi Bernini, Angel – Cartago
Marcel, P. C. – San José
Mata Meneses, Roberto – San José
Matsui, Seijiro – Puntarenas
Méndez, Hayden Zeledón Barrantes, Vda. de Ruiz – San José.
Méndez & Co., H. Z. de R. – San José
Metlein, Max – San José
Meiger, Gabriela – San Juan Poás
Miller, Bruno – Tres Ríos
Miller, Kurt - San José y Tres Ríos
Miller, Otto – Tres Ríos
Miller Hermanos – San José
Montanero, Arístides – San José
Morelli Cozenza, Eugenio – San José
Mussmanni Hermanos – San José
N.I.C.S.A., National Importing Company S. A. San José.
Naranjo Prida, Sebastián – San José
National Importing Company, S. A. – San José
Navarrette, Juan – San José
Neuman, Richard - San José
Niehaus, Guillermo – San José
Niehaus, Hans – San José
Niehaus, Walter – San José
Niehaus, Willie – San José
Niehaus, & Co., Guillermo – San José y Puerto Limón
Pan American Agencies Co., S. A.– San José
(No confundirlo con Pan American Agencies, manejados por Roberto Sutherland Pelsen).
Panadería Mussmanni – San José
Pandolfi, Antonio - San José
Pandolfi, Pascuale – San José
Pandolfi Hermanos – San José
Paschka, Kurt – Cartago
Paschka, Max – San José
Pensión Alemana – San José.
Pensión Germania – San José
"Pensión Italiana" – San José
Pérez Solano, Andrés, San José
Peters, Rudolf – San José y Sarchí
Peters Werner – San José
Peters, Wilhelm (Jr.) – San José
Peters Wilhelm (Sr) – San José
Pirn Cugola, Alfio - Guadalupe y San José
Prado, Edgardo – San José
Preinfalk Friedrich – San José
Prince Sigismund of Prussia – Barranca
Quijano, Rodolfo - San José
Química Bayer, S. A. – San José
Química Schering, S. A. – San José
Quirós Madrigal, Fernando (Dr.) – San José
Reimers, Fritz – San José
Reimers & Co., Fritz – San José
Ritcher, Erhard – San José
Richter, Heinz – San José
Rimolo Rocca, José R. – San José
Rojas Matamoros, Rafael – San José
Rothe, Fernando H. – San José
Sanabria, Hernán – San José
Sastrería y Tienda Scaglietti y Sobrinos – San José
Sauter, Federico – San José
Sauter, Josef - San José
Scaglietti, Hugo - San José
Scaglietti, María - San José
Scaglietti y Sobrinos – San José
Schell, Albert – San José
Scherer, Stephan – Puerto Limón
Schering, S. A. Química – San José
Schlager, Arturo - Puntarenas
Schlager y Hermano, A. – Puntarenas
Schlager Quesada, Guillermo, San José
Scholz, E. – Puerto Limón
Scholz, Erich – Puerto Limón
Scholz, Werner – San José
Seevers, Geor (Jr.) – Santa Bárbara
Seevers, Georg (Sr.) – Santa Bárbara
Siebe, Luis O. – San José
(No confundirlo con Luis Otto Seube, San José.)
Soltanis, Giuseppe –San José
Speany, Christina Betik de – San José
Speany, Guillermo (Wilhelm) – San José
Speany, Roberto – San José
Speerl, Pablo – San José
Staufer, José - San José
Saufer & Co., José – San José
Steinvorth, Rodolfo – San José
Steinvorth, Eberhard – San José
Steinvorth, Ernesto – San José
Steinvorth, Gerardo – San José
Steinvorth, Ricardo – San José
Steinvorth y Hermano, W. – San José
Sugawara – San José
Surroca, Pedro – San José
Tienda "El Buen Gusto" – San José
Tsunemoto, Hajimi – Chaguite
Union Agency Co. S. A. – San José
Vedova, Franz Ferdinand - San José
Von Breymann, Guillermo – San José
Von Breymann-Figueroa, Guillermo – San José
Von Heymann & Co., Hans – San José
Von Schröter, Guido – San José
Walter, Pablo – San José
Wiessel, Carlos M – San José
Wiessel, Federico R. – San José
Wiessel y Cía., Federico – San José
Wimmer, Frank – Puerto Limón
Wimmer, Otto - Puerto Limón
Wunder, Kurt – San José
Zonner, Fritz - San José
Ziegler, Paul - San José

*Directiva de Acción Democrática Costarricense*

Hamburg-Amerika, Compañía de Vapores.—Prado 303; Habana. I.
Heckl, Luis.—Gertrudes 109, Habana. I–1.
Helsinger, A. C.—Santiago de Cuba. I.
Hermann, Hans G.—Habana. I.
Hoppe, Eugene.—Marti 73, Regla, Habana. I–1.
Hoppman, Willi.—Concordia 755, Habana. I.
Huber & Co.—San José 98, Habana. I.
Inversiones Sadomoco S.A., Cia. de.—Habana. I–1.
Juedicke, Ernst Fr.—Lonja del Comercio 430, Habana. I.
Kaupp, Arturo.—Neptuno 204, Habana. I.
Kelly Auto School.—Marina 217, Habana. I.
Koch, Adolfo.—Apartado 2114, Habana.

Steindler, Rudolph R.—Habana. I.
Suministradora de Maquinarias y Productos Quimicos, Cia.—Habana. I.
Thol, Hans.—Habana. I.
Uhlinger, Louise.—Habana. I.
"Vanity".—San Rafael 263, Habana. I–1.
Vogt, Carl.—Arbol Seco 308, Habana. I.
Wagner, Aurelio.—Habana 560, Habana. I–4.
Wehle, Adolfo.—Avenida de Bélgica 568, Habana. I–2.
Will S. en C., R.A.—República del Brasil 112, Habana. I.
Yama, Ramón.—San Rafael 1816, Habana. I.
Zeiss, Anton.—Avenida del Brasil 405 (Apartado 2566), Habana. I.
Zimmerman, Enrique.—Calle A No. 13

Pérez & Co.—Azua 30 (Apartado 573), Ciudad Trujillo. I; II–1.
Pogson Sucrs., Charles A.—Ciudad Trujillo. I; I–4.
Prieto, Esteban (Jr.).—19 de Marzo 50, Ciudad Trujillo. I–1.
Ron Suárez, Eduardo.—Ciudad Trujillo. I–2.
Rua García, Antonio.—Ciudad Trujillo. I–2.
Rua y Cia., Antonio.—Mercedes 2, Ciudad Trujillo. I–1; II.
Santo Domingo Motors Co. C. por A.—José Dolores Alfonseca 20, Ciudad Trujillo. I.
Sotomayor, Emeterio.—Ciudad Trujillo. I–4.
Ultramar Comercial C. por A.—Ciudad Trujillo. I.
Weisgerber, Erwin.—Edificio Baquero



I-2.

Koch, Fritz Arthur.—Nuevitas. I.

Kohl, Erich.—Neptuno 755 Altos, Habana. I-1.

"La Euterápica".—Baños 409, Vedado, Habana. I-2.

Landes, Richard E.—Calle 27 No. 1458, Habana. I.

Ludtke, Paul C.—Obispo 61 y Calle E 381, Habana. I.

Luettich, Hermian.—Apartado 722, Habana. I.

Luhn, Enrique.—Ricla 98 (Apartado 2077), Habana. I.

Machinery & Chemical Supply Company.—Habana. I.

Munch, Hans.—Calle 10 entre 12 y 13, Ampliación de Almenderes, Habana. I-3.

Naviera y Comercial S.A., Cía.—Aguiar 411, Edificio La Cubana (Apartado 1986), Habana. I.

Nuevas Industrias, S.A.—Callejón de Aspurú y Chucoyola, Luyano. I.

Ohira, Hugo.—Villegas 115, Habana. I-1.

Ohira, Keitaro.—Habana. I.

Ohira, Todao.—Habana. I.

Orth, Guillermo.—Mercaderes 160 (Apartado 1645), Habana. I.

Pfeiffer, Michael.—Edificio Banco de Nova Scotia 304-305, Habana. I.

Pharmaceutical Importers, S.A.—Habana. I.

Pinks, Anton.—Habana. I.

Pinks, Gerhard.—Habana. I.

Productos Nacionales "REL" S.A.—Calle 27 No. 1458, Habana. I.

Proveedora Marítima S.A., Cía.—Teniente Rey 113 (Apartado 1905), Habana. I.

Química Lissa S.A.—Línea 552, Vedado, Habana. I.

Química Schering S.A.—Avenida Wilson 552, Habana. I.

Reichel, René.—Egido 658, Habana. I; I-2.

Roemer & Co., Hans.—Aguiar 126, Habana. I.

Rosbock, Pierre.—Perseverancia 111, Habana. I.

Sakakibara, R.—O'Reilly 522, Habana. I.

Schering Pharmaceutical Corporation of Cuba S.A.—Habana. I.

Schering S.A., Química.—Avenida Wilson, 552, Habana. I.

Soliño, Norberto.—Habana. I.

Stein, Max.—República del Brasil 15 (Apartado 1064), Habana. II-1.

No. 159—5

(Apartado 874), Vedado, Habana. I.

### DOMINICAN REPUBLIC

Agencia Antillana. — Apartado 211, Ciudad Trujillo. I; II-1.

Barkhausen, Hermann.—Apartado 211, Ciudad Trujillo. I; II-1.

Barletta, Antonio.—Ciudad Trujillo. I.

Barletta & Co. C. por A., Antonio.—Ciudad Trujillo. I; II-1.

Bodden, César A.—Isabel la Católica 40, Ciudad Trujillo. I-1.

Casa Palamara C. por A.—El Conde 35, Ciudad Trujillo. I.

Cibao Comercial.—Santiago. I.

Cobián, Salustiano.—Ciudad Trujillo. I.

Cobián & Co.—Avenida Mella 102, Ciudad Trujillo. I.

Comercial C. por A., Cía.—Monte Cristi. I.

"Diario del Comercio".—Ciudad Trujillo. I.

Dohse, Ernst Heinrich.—Ciudad Trujillo. I-1.

Dohse Jorge, Ernesto.—Ciudad Trujillo. I-1.

Dominican Soap Co. C. por A.—Ciudad Trujillo. I; II-1.

Dominican Tobacco Company.—Ciudad Trujillo. I.

Escovar Hurtado, Rafael.—Santiago. I-4.

Gerard, Georges O.—Arzobispo Nouel 9, Ciudad Trujillo. I.

Grossart, Friedrich Rudolf.—Monte Cristi. I-1; II.

Hartmann, Frederick Wilhelm.—Santiago. I.

Hertel, Carl.—Ciudad Trujillo. I.

Importadora Dominicana, Cía.—Arzobispo Nouel 9, Ciudad Trujillo. I.

Indorf, Jost Walter.—Ciudad Trujillo. I.

Jurgens, Kurt.—Santiago. I-1.

Knebel, Martín.—Ciudad Trujillo. I-1.

Langa, Antonio.—Ciudad Trujillo. II-4.

Lefeld Martínez, F.—Ciudad Trujillo. I; I-2.

Mallorga, Fernando.—Ciudad Trujillo. I.

Oppenheim-Gerard, Georges.—Arzobispo Nouel 9, Ciudad Trujillo. I.

Palamara, Battesimo.—El Conde 35, Ciudad Trujillo. I.

Pérez, Brigido Fernando.—Azua 30 (Apartado 573), Ciudad Trujillo. I; II-1.

610, Ciudad Trujillo. I.

### ECUADOR

Aachen & Munchner Feuer-Versicherungs — Gesellschaft. — Apartado 486, Guayaquil. I-3.

Acunzo, Francisco.—Guayaquil. I-2.

Agencia Italo-Ecuatoriana. — Casilla 205, Guayaquil. I-1.

Agencias Internacionales C.A.—Junin 216 (Casilla 1264), Guayaquil. I.

Aguirre & Co.—10 de Agosto 326, Guayaquil. I.

Alemana de Agencias, Cía.—Guayaquil. I.

Almacén "La Fortuna".—Guayaquil. I-2.

Almerini, Giovanni.—Casilla 345, Guayaquil. I-1.

Almerini, Fossati y Cia.—Casilla 345, Guayaquil. I-1.

Aligelt, Hagen Ernesto Gerardo.—Quito. I-2; II.

Andretta, Romolo.—Quito. I-2.

Anselmi, Anselmo.—Guayaquil. I-2.

Babinsky, Walter.—Ambato. I-2.

Baldus, Otto.—Calacali. I-2.

Baquerizo, Clemente G.—18 de Setiembre 179 y Estrada (Casilla 480), Quito. I.

Bar "Piedra".—Tulcán. I-2.

Bazaar "Idolo".—Aguirre 304, Guayaquil. II-5.

Beate, Blo.—Quito. I-2.

Beckmann, G.—Quito. I-2.

Beltrani, Agostini.—Guayaquil. I-2.

Berge, Wolf.—Ríobamba. I-2.

Bergholz, Klaus.—P. Icaza 507, Guayaquil. I-2.

Besscke, Herbert.—Pedro Moncayo 718, Guayaquil. I-2.

Bittner, Rudolfo.—Avenida Nueve de Octubre, Guayaquil. I-1.

Bittner & Voegli.—Guayaquil. I-4.

Bloenken, Heinrich.—Bolivar 725, Guayaquil. I-2.

Boche, Ernst K. Henry.—Guayaquil. I-2.

Beckeman, Hans.—Casilla 405, Guayaquil. I-1; II.

Boettger, Waldemar.—Ibarra and Otavalo. I-2.

Bolte, Hugo.—Rumichaca 520, Guayaquil. I-2.

Bonzi, Giacomo.—Casilla 205, Guayaquil. I-1.

Boschetti, Tulio T.—Casilla 492, Quito. I-1.

Bozzareck, Anton.—I-2.

Many families were placed in the city of Dresden without knowing the language. Many of them died during the inferno of Dresden.[357] Jewish families were also among these internees. No need to explain where these poor people end up.

**List with Jewish names (PANAMA)**

Folgende Juden sind kürzlich nach Seagoville versetzt worden:

90. A S C H E R, Benno

91. F E Y B U S C H, Gerhard H.

92. F R A E N K E L, Erwin, Dr.

93. H E I N E M A NNN, Wilhelm

94. K A L L M A N N, Martin

95. L O E W E N T H A L, Emil

96. M U C H A, Kurt

97. S C H L E S I N G E R, Gerhard

98. S I M O N, Ernst

99. W O L F F, Walter

(Diese Namensliste wurde uns letztmalig am 31. Oktober und
am 11. November 1942 zugestellt.)

The end of the Second World War formed the basis for a new war: the Cold War. The American general at the time, Dwight Eisenhower, and later the President of the United States, saw to it that the Red Army slowly made the Germans retreat. At his command many Allies ceased fire at many places in order to let the Russians take over the areas that could have easily been conquered by the Americans. Prague is the best example of this.[358] Eisenhower only opened attacks on major German targets when it turned out that the Soviets were able to enter Germany the next spring. We now know that Eisenhower, after Roosevelt's decision during the Jalta Conference, stopped the British and American army so that the Red Army could occupy half of Europe and Berlin.

With this, Eisenhower thwarted the plans of the Allies that were not Illuminati initiates. General Montgomery's plan to attack Berlin was refused with deceptive arguments. The government in Washington refused to meddle in Eisenhower's military decisions. Because of this the Red Army was able

to make the German eastern front retreat from the Carpathian Mountains into the Baltic Sea. Because Eisenhower ordered the American army to stop in Italy, the Allies had to pass time before they could enter Europe any farther. The following months the Allies, again under Eisenhower's close command, slowly rose up against the Germans over a wide front.

357 Jenny Estrada, *Segunda Guerra Mundial: Lista Negra en Ecuador,* Guayaquil 2008.358 E.R. Carmin, *Das Schwarze Reich: Geheimgesellschaften und Politik im 20. Jahrhundert,* Sphinx 1999, 187.

One can easily speak of the Russian Conquest, but the beastly way in which the Russian troops behaved was detestable. Hundreds of thousands of Poles, Russians and Hungarians fled westward from the barbaric avalanche of the Russian attacks. Countless people ended up on the eastern banks of the Vltava river, which was the agreed upon frontier towards which the American and Russian troops would march. This is where the trip of tens of thousands refugees ended. The Americans stopped everyone from crossing the river![359] In his book *Acts of War Heroism* Eisenhower's orders to his troops become clear: "Open fire on every refugee or mass of refugees that tries to flee to the west." Refugees that made it alive in spite of this were classified as "chased from the homeland" by the Allies. In May of 1945 Eisenhower issued a guideline in Germany for those chased from the homeland stating: "After identification by the representatives of Russia the chased will have to be sent back without considering the person or his wishes."[360]

Luitenant-Colonel Dr. Ernest F. Fisher of the 101st Air Brigade, Senior Historian of the American army, declared: "At the beginning of April 1945 both the American and French army started the cold-blooded killing of one million German men,

most of them lived in American refugee camps." [361]Healthy refugees that remained after May 8, 1945, were interned by the Allies. This was not limited to the infamous camps along the Rhine: there were refugee camps spread out all over Germany. The prisoners lived in extremely bad conditions, in cages of barbed wire in which they were literally confined shoulder to shoulder. Thousands of captives lived in the open air in dirty swamps filled with diseases. The Americans simply left the prisoners to die of hunger.

William Langer, Senator of the United States, was overwhelmed by this post-war policy of the Allies and wrote: "We have been caught up in a fanatic destruction of the German people with which we are giving them a taste of their own medicine for the terror of the Third Reich."

Food depots remained hermetically shut for these people. The Allied occupiers purposefully starved and set out to ruin the German people, who died a slow but certain death in the most dreadful circumstances. The imposed starvation punishment started in 1945 and ended in 1948! Well over three million German captives died as a result. Beastly behavior was no exception for the Allies. This tragedy remained, not surprisingly, hidden from the world in the archives of the Allies.

[359] Des Griffin, *Die Absteiger: Planet der Sklaven?*, Hrsg. 1989, 267.
[360] Ibidem, 265. [361] Until the beginning of May 1945 more than five million German soldiers were held captive in the American and French zones.

Canadian journalist James Bacque first discovered these cruelties. Three years later he caused a worldwide stir with his book *Other Losses*.[362] In this book he holds Eisenhower responsible for these cruelties. According to Bacque, Eisenhower left the German captives to starve despite the superfluous supply of food. Simply because of a personal vindictive hatred of Germany, Eisenhower willingly deprived millions of captives their rights to food and medication, which ultimately resulted in their deaths.

On July 4, 2004, Bacque said in an interview with the daily paper *Junge Freiheit*: "Early on I found indisputable evidence for the numerous deaths in American and French prison camps. German and Allied sources state that the number of deaths between 1945 and 1950 reaches millions. Through comparison of the yearly statistics I could prove that between 1946 and 1950 at least 5.7 million Germans died in the camps. These deaths weren't reported officially anywhere. The majority died of starvation despite the fact that there was enough food and medication. This fact has never been officially confirmed."

The captives that were fit enough performed forced labor in many places, mainly in France and England. The captives in France had it especially bad. On real slavemarkets farmers could choose their servants and workers; arms,

legs and even teeth were investigated. Captives that willingly signed themselves up for the clearance of minefields received a written guarantee that they would be released after a certain amount of time. But this promise was never fulfilled. After completing the extremely dangerous job they discovered that their fates had been determined differently: continued heavy labor in coal mines. Exhausted and discouraged they usually chose, as a last alternative, to join the Foreign Legion.

Eberhard Krehl (1915-2008) served the Second World War as a German soldier. Some years ago I had some long conversations with mister Krehl and, among other things, he told me the following about his captivity: "At our arrival at the camp near Cherbourg we were awaited by white GIs that took everything we brought with us and threw it on a big pile. Bread, provisions, cutlery and toiletries, everything we had was taken away except for our clothes and our shoes. Then we were divided into groups of about a hundred men per tent. These tents were put up sloppily and hastily on empty fields. Every captive received a woolen blanket and nothing more. We had to sleep on the wet ground without a mattress or floor covering. There was so little space that you could only sleep on your side. The next day we received a breakfast that consisted of coffee bean peels that had not been grinded, and nothing to eat. Lunch consisted of about half a liter of salted watergruel. In the evening we were given about 200 grams of white bread and a 150 gram slice of liver cheese that had been mixed with potatoes. That was our daily allowance. We could change this if we decided to sign up as a volunteer for the war in Vietnam, but nobody did that."

[362] James Bacque, *Other Losses: An Investigation into the Mass Deaths of German Prisoners at the Hands of the French and the Americans after World War II,* Toronto

In the same camp near Cherbourg, one day prisoner Ernst Wanke from Vienna stood on a small hill and bared his upper body. His chest was blue in many places and covered with deep wounds. Ernst Wanke was a Communist in heart and soul. Because of his communist activism he was one of the first captives of the Nazis that was put in the Buchenwald Nazi concentration camp. Wankes shouted: "Look at this, comrades! This is what the Schutzstaffe (SS) in Buchenwald did to me. They broke all my ribs. Here it is much worse than in Buchenwald; there we could at least relieve ourselves.

You are in much better condition than I was in Buchenwald. So, hang on, we will get through this!"[363]

It was only many years after the war that the surviving captives were released. In total 3,242,000 German soldiers died while in captivity. The total loss of Germans during and directly after the Second World War was about ten-and-a-half million. Of these, about four million died during the war, while the vast majority died during the genocide of the Allied forces. Over one million women, children and elderly people died during the massive bombardments.

[363] Eberhard Krehl, *Erinnerungen eines 85 jahre alten Mannes,* Kappel-Grafenhausen

## Chapter 30

# Hiroshima and Nagasaki

**"I suppose if I had lost the war, I would have been tried as a war criminal. Fortunately, we were on the winning side."** *U.S. General Curtis LeMay*

One of the biggest crimes against a civil population in the history of mankind must have been the use of atomic weapons. On of August 6, 1945, at 08:13, the crew of the Boeing B-29 fight bomber Enola Gray received the order from general Carl A. Spaatz, Commander-in-chief of the U.S. air force in the Pacific, to drop a nuclear bomb on Hiroshima. Shortly thereafter the atomic bomb exploded with the power of 12,500 tons of TNT, 580 meters above the city. The explosion as well as the radioactive radiation killed approximately 250,000 people. About eighty-five percent of the city was destroyed in one drop of the bomb.

When asked later in an interview whether he was sorry at all, Paul W. Tibbets, the pilot who dropped the atomic bomb on Hiroshima, replied: "I have never been sorry nor ashamed, as I was of the opinion then that I fulfilled my duty towards my country, by following the orders given."

Although the effect of the atomic bomb took even the Americans by surprise, three days later, on the August 9, they dropped a second bomb on the city of Nagasaki. The atomic bomb that exploded at 12:00 noon over this city had an explosive power of 22.000 tons of TNT, almost double the one dropped on Hiroshima. The second bomb cost almost 120,000 lives, resulting indirectly in the deaths of over 400,000 people.

Many people are still of the opinion that President Truman made the right decision to end the war in this manner. Both bombs on Japan however, were redundant in that the country had been ready to capitulate months earlier. Only few people know that the Japanese had already tried some months earlier, in February 1945, to end the war. The American government, however, was not prepared to take that offer into consideration. The offer to end the war was made again in June 1945, when Russia received word that Japan wanted to end the war. Again it appeared that the American

government was not willing to consider the proposal. From documents that recently became accessible, it becomes clear that the American government purposely ignored repeated attempts from the Japanese to make peace. From these same documents it becomes clear as well that they were willingly trying to stall for time in order to be able to drop atomic bombs on Japan.[364] That was the only reason why the Americans decided to prolong the war. This statement is the blatant opposite of the assertion made by the Americans, which is that because of the use of atomic bombs the war ended and therefore saved thousands of victims.[365]

[364] Gian Luigi Nespoli and Guiseppe Zambon, *Abels Gesichter: Hiroshima; Nagasaki,* Frankfurt 1997, 31.

Ralph Bard, representing his department in the Interim Committee, is the only one who is known to have turned against the use of atomic weapons. He stated in a memo on June 27, 1945: "Over the last few weeks I have strongly gained the impression that the Japanese government is looking for a proper opportunity to capitulate. In connection with the Three-Partite-Conference representatives of our country on the Chinese coast could come in contact with Japanese representatives, elucidate Russia's position and inform them about the intended use of atomic weapons and about guarantees regarding the position of the Japanese emperor and the treatment of the Japanese nation after an unconditional surrender. This could, as far as I'm concerned, be the opportunity the Japanese are looking for."

Another piece of evidence can be found in the memoirs of the famous scientist Szilard. About the background of the atomic bombs he writes: "Interior minister Byrnes wasn't of the opinion that the use of atomic bombs against Japanese cities was necessary to win the war. He already knew by then, as did the other members of the government, that Japan had already been defeated."

In his book *Hiroshima* Japanese eyewitness Shigetoshi Wakaki gives an insight into the way American troops operated, which was to kill as many women and children as possible. It seems the American fighter-bomber first passed over its target to suddenly return, after the all-clear signal had been given, to that target. Wakaki states: "If the enemy aircraft would have dropped the bomb the first time it flew over the city, much less damage

would have been done, because, when the aircraft approached, air defense sirens went off and people fled into their shelters." The minute, however, that the all-clear was given and the people came out of their shelters again, the aircraft came back and dropped the bomb before a new alarm could be given. Because of this, many victims had terrible burn wounds, and the tragedy had a much greater impact. If the bomb had fallen during an air-raid alarm, the number of deaths would have been only a fifth of the actual amount. Moreover, many of the survivors wouldn't have had burns because they would have been in the shelters. The U.S. military, because they dropped the bomb after the all-clear had been given, caused as large a number of civilian deaths as possible.[366]

After he had given orders to drop the atomic bombs over Nagasaki and Hiroshima, President Truman admitted that he hadn't lost any sleep over the inhabitants of either Japanese cities since, to him, they were no more than savages. In a speech rendered at the *Gridion Diner* in front of the New York elite on December 15, 1945, Truman said: "It seemed to me that a quarter of a million of our boys in their prime were well worth a few Japanese cities. I am still of that opinion."

[365] Ibidem, 46. [366] Ibidem, 34.

To a certain extent crimes against humanity can be compared to genocide or war crimes. Article 6c of the International Court of Justice states:

"Murder, extermination, enslavement, deportation and other inhuman acts done against any civilian population, or persecutions on political, racial or religious grounds, when such acts are done or such persecutions are carried on in execution of or in connection with any crime against peace or any war crime, for which the court of justice is authorized, irrespective of the fact whether or not the act has been committed against the laws within the country in which these crimes have been committed."

# Chapter 31

# Third-World Countries

**"The great battleground for the defense and expansion of freedom today is the whole southern half of the globe... the lands of the rising peoples. Their revolution is the greatest in human history. They seek an end to injustice, tyranny and exploitation."** *John F. Kennedy*

Shortly before the demise of the Third Reich many Nazis were brought to the United States to be "integrated" into the army, science or the American space program. All of this happened with the help of Allen Dulles under the code name Operation Paperclip.[367] The Illuminati also decided to "modernize" the American secret service and the Office of Strategic Service (OSS) by joining them with the secret service of the National Socialists. Allen Dulles was ordered to contact the National Socialist secret agent and SS-general Reinhard Gehlen. Their collective deliberations and an official agreement resulted in the foundation of the Central Intelligence Agency (CIA).[368] At the end of 2000 the National Archives reported that the CIA had been able to keep in touch with the German general Gehlen a secret for fifty years. The CIA confessed this in reaction to the *Freedom of Information Act* and the *Nazi War Crimes Disclosure Act* of the investigator Carl Oglesby.[369]

In 1954 the CIA organized an invasion against the President of Guatemala Jacobo Arbenz, because he wanted to turn the United Fruit Company (property of the Rockefellers and the Bush family) into state property. The United Fruit Company had a monopoly over shipping traffic, communication, railways, and it had a final say in important trade agreements, especially in the banana trade. For seventy-five years the interests of the company went hand in hand with those of many dictatorships in Guatemala. This continued until 1944 when the people chose a president that wanted social reforms. This caused agitation, but it became worse. In 1950 the descendants of the Mayans chose a new president, Jacobo Arbenz. Arbenz planned to continue the implementation of the economic plans of his predecessor even further by proposing reforms. He confiscated the United Fruit Company in 1953. The Secretary of Foreign Affairs of the United States John Foster Dulles demanded a compensation for the damages, but the

Guatemalans had no money. The powers behind the New World Order came up with an intriguing plan with the optimistic name Operation Success. During the first half of 1954 the American secret service invested twenty million dollars with which the neighboring country, Honduras, could set up a guerrilla army with its own air force. Meanwhile, the government in Guatemala City felt threatened and ordered two thousand tons of handguns from Czechoslovakia. The valuable goods arrived on May 15, 1954, in Guatemala. At the inter-American conference in Caracas, Guatemala was portrayed as a communist state, a serious threat for the whole of Latin America. Then the green light was given to the opposition. With the support of American fighter planes 400 rebels attacked Guatemala City and Jacobo Arbenz was captured, and the original power of the United Fruit Company was restored. Over the following decades 200,000 Guatemalans would die in a horrible guerrilla battle. Forty-nine years later, in May 2003, the Americans admitted funding the guerrilla war after the death of an additional 140,000 victims.

[367] The list of German scientists was compiled by Werner Osenberg, the commander at the time of the scientific division of the Gestapo.
[368] Most members of the secret service do not know that the elite are using them as puppets.
[369] *Targets*, October 2000, 4.

Since its existence the CIA played intensely on the keyboard of the New World Order. After its foundation Dwight D. Eisenhower placed the CIA in the forefront in the battle for world leadership. In 2000 it came to light that Eisenhower ordered the CIA to eliminate the thirty-five-year-old Patrice Lumumba, the first prime minister of Congo and celebrated martyr of the African dream of freedom, on January 17, 1961, because he thwarted the plans of the Illuminati.[370] Eisenhower admitted giving the order for killing Lumumba during a meeting with the safety advisors in August 1960, two months after the independence of Congo.[371]

In 1970 Salvador Allende was chosen to be the president of Chile by a slight majority. Before the United Nations Allende said: "The power of these enterprises surpasses all frontiers. We have been witnesses to an open fight between multinationals and independent states; the most important political,

economic and military decisions of these states are undermined by global organizations that are not controlled by any government or public organization, nor do they have to justify their actions to anybody. The entire political structure of this world is undermined." After this lecture our global elite were expecting the worst; including a rigorous confiscation of their companies by the state of Chile. They were right. Allende claimed the American copper mines, and he divided the land of the large-scale landowners amongst the poor during his land reforms. He promised milk for every infant, education for the youth and fair wages. Again, the routine strategy was put into action. The monies of our leaders flowed to the opposition, and the media and CIA took care of the military preparations. Chile suffered a huge economic crisis and, in 1972, a wave of terror under the command of the CIA crashed the economy. The government of Chile was deposed in a coup with Allende allegedly committing suicide!

Since its foundation in 1903 Panama has been sort of a colony of the United States. In 1914 the Panama Canal, which made the route between the Atlantic Ocean and the West Coast of North America a lot shorter, came into existence. The Americans leased the canal and put up military bases along the banks. Omar Torrijos, the new president of Panama, wanted to have the canal back. He also negotiated with the Japanese about financing a canal on sea level. Our leaders were furious with Torrijos and tried to convince him, with money, to start the negotiations about the Panama Canal and to stop talking to the Japanese, but Torrijos was a man of principle. He systematically refused to join the elite. He knew that the game of the foreign loans was meant to enrich him while saddling the country with enormous debts. Torrijos was incorruptible. He was one of few leaders of Latin America that did not use foreign money for his own enrichment but for the good of the people. He devoted himself to the poor and oppressed in his country. The principle of the New World Order that is based on bribery reacts to such righteous politicians. Omar Torrijos often had nightmares in which he saw himself falling down to earth in an enormous ball of fire. It turned out to be a prophetic intuition. On July 31, 1981, Torrijos died in an airplane crash. According to his bodyguard a tape recorder containing explosives had been used.

[370] *Targets*, September 2000, 19.
[371] Transcription of an interview from 1975.

It is estimated that since its inception the CIA has led about 3000 big and 10,000 small operations. Former CIA agent John Stockwell estimates that in Third-World countries alone, six million people have died because of CIA operations. Recently the activities that were carried out under the flag of the CIA have been taken over by organizations with respectable names such as the Endowment for Democracy. They openly interfere in internal political affairs of a country.

# Vietnam

**"The Vietnamese people deeply love independence, freedom and peace. But in the face of United States aggression they have risen up, united as one man."** *Ho Chi Minh*

Although many years have passed since April 30, 1975, part of the world still feels that the American intervention in Vietnam, hundreds of marine vessels, thousands of aircraft, millions of conventional and chemical weapons, had the purpose of bringing that small country in South east Asia freedom and Democracy. Under the banner of defense, arrests, torture and mass murder of the Vietnamese and their sympathizers were carried out. It was in the name of Democracy that the incarceration of millions of civilians in concentration camps called "strategic villages" occurred. The use of Napalm and other chemical weapons were defended, all against international treaties regarding weapons of mass destruction.[372]

Since 1961 around two million Vietnamese have died, 300,000 are missing and hundreds of thousands of Cambodians and Laotians were killed; in Northern Vietnam 9000 out of 15,000 villages were annihilated bombs, land mines and insecticides destroyed millions of hectares of land. In the South of the country a million widows, 900,000 orphans, half a million disabled and 200,000 prostitutes were abandoned, the consequences of one of the bloodiest wars in the history of mankind.

Officially the Americans took part in the Vietnam War in 1964 unofficially, however, they have interfered with the events in Vietnam since the 1940s. The American involvement in the Vietnam War was a fantasy cover story about an attack of Vietnamese fleet in the bay of Tonking. According to *American Press* releases, two American torpedo-boats were attacked by the North-Vietnamese coastguard on August 2, 1964. On August 4, 1964, the Americans released information that their torpedo-boat *Maddox* has been attacked by the North Vietnamese and that a military answer was inevitable.

The well-known journalist Gernand Gicon, who has lived in Vietnam for a long time, writes in his book *The Americans Versus the Vietcong*: "It is

evident that the Pentagon uses Vietnam as an experimental area. The military doesn't conceal this fact. This war places the people for new military challenges. Moreover, the battle in Vietnam can be regarded as a kind of tutoring, in view of ten or twelve future revolutions à la Santo Domingo the American government expects in South America. 'By training our troops in the rain forest, we teach them the kind of fights we have forgotten,' claimed an American officer, 'and that knowledge can come in handy when the Red revolution breaks out in South America.' Vietnam is the laboratory for all inventions by military engineers. All possible inventions that might be implemented during later operations are being tested on live targets."[373]

[372] Napalm victims die a painful death; those who survive have severe burns.

To increase the efficiency of bombardments, helicopters, spray planes and amphibious armored vehicles were used. Automatic weapons and Napalm as well as phosphoric bombs were improved upon. Every weapon of destruction was thoroughly examined after use in order for the technicians to implement required improvements. The big bombs, thrown by the B-52 bombers, destroyed houses but spared the inhabitants of the bomb shelters. Napalm failed to burn the buried food supplies. No problem! The American weapons industry now produced a Napalm bomb that only exploded when it had impacted deep into the ground.[374]

A very special bomb was the fragmentation bomb. In 1965 this bomb was vaseshaped, winged and weighed 800 grams. The contents consisted of a few hundred small steel bullets that scattered around in a radius of twenty-five meters after the explosion. Victims were hit by a great many of these bullets in such a way that surgical intervention served no purpose at all. In 1966 these bombs were improved in such a way that the same number of bullets fit into a smaller space (400 grams); a "mother bomb" contains 300 of these fragmentation bombs and could scatter some tens of thousands of these little bullets over an area of 6000 square meters. These bullets were not fit to bomb military targets with; they were only effective, and very effective as such, when thrown on a village, market or schoolyard. The same destructive magnitude applied to chemical and biological weapons, especially for poison and psychotropic weapons (with the same effect as LSD) were also tested in South Vietnam.

During the war the Americans used Napalm bombs and pesticides repeatedly. Between December 18 and 29, 1972, American aircraft performed 3500 attacks over Hanoi and Haiphong, and with almost a 100,000 tons of bombs, created the heaviest destruction since the beginning of the war. This "Christmas Offensive" aroused great annoyance in the global community; this caused the historical "American Mission" to fail. The Vietnamese citizens refused to adopt the "American made" freedom and Democracy and called for the right to decide on their own freedom and Democracy. The total number of fatalities on both sides? 1,313,000!

373 Sakka Michel, *Vietnam Guerra Chimica e Biologica*, Rome 1979, 80.374 Gian Luigi Nespoli and Guiseppe Zambon, *Abels Gesichter: Vietnam; Bilder eines Krieges*, Frankfurt 1999.

# Operation Desert Storm

**"In such a world of conflict, a world of victims and executioners, it is the job of thinking people, not to be on the side of the executioners."** *Albert Camus*

Few people know the history leading up to the First Gulf War, which began on January 17, 1994, as "Operation Desert Storm". In the 1950s a party came to power in Iraq that claimed the nation's oil reserves for itself. The first coup carried out by the Baath party was executed with the help of the Kennedy administration. At the time, the party's vice chairman was Saddam Hussein, who had been an active member since 1957. Until the party rose to power, Hussein operated underground, spending time in prison or living in exile. After the violent coup by the Baath party, Saddam Hussein in 1969 became acting chairman of the Revolutionary Command. In 1979, he succeeded the State and Party leader Ahmed el-Bakr in all his capacities. Whether el-Bakr left office voluntarily or was pressured into doing so remains a topic of controversy.

On September 23, 1980, a war started between Iraq and Iran that was to last eight years. The United States considered Saddam Hussein its ally in the fight against the Khomeini regime in Iran. Iraq started its attack on Iranian soil in the province of Khisistan. After some initial victories, including the important city of Khorramshar, the advance was brought to a halt. In the autumn of 1981 Iran started a counteroffensive, restoring the original border. In the following years, Iran launched several major offensives that, although they claimed many lives, brought little military gain. In turn, Iraq was accused of using nerve gas.

Recently released documents show how deep the U.S. was entangled in the serious crimes attributed to Hussein, in particular regarding the use of chemical weapons against Iran. Many dirty deals were struck between the former Iraqi president and the U.S. government. The documents paint a gruesome picture of the Reagan and Bush, administrations, who used Hussein to further their own geostrategic interests in the Middle East. The documents also revealed the nature of the connections between the Baath

regime and the U.S. government in the 1980s. What is especially worrying is the fact that many key U.S. figures in relations with Iraq, Rumsfeld, Vice-President Cheney, Bush Sr. and others, held high positions in or were closely connected to the George W. Bush administration. The documents leave no doubt that these key figures from the Reagan and Bush Sr. administrations made Saddam Hussein what he was, and they considered him an ally. Consequently, the argument that the relations between the United States and Iraq are the politics of former governments does not stand.

Even when it became clear that Iraq had used chemical weapons against Iranian and Kurdish soldiers, the U.S. government kept supporting Hussein politically, militarily and economically. After Hussein had used chemical weapons to suppress a Kurdsish revolt in the north, a representative of the State Department made the following remark: "OK, he is a crook. But he's our crook."

The relations between the U.S. and Saddam Hussein date, from very early on in his career in the Baath Party. Hussein was considered by the British and U.S. representatives as a man with whom they could negotiate. However, there was no diplomatic relationship between the two countries in the early 1980s. After the war between the Arab countries and Israel in 1967, Iraq had severed all diplomatic relationships with the United States. This changed when the war between Iran and Iraq started, and especially when the Islamic fundamentalist regime of Iran claimed victory in 1982.

The Reagan administration managed to arrange financial support for Iraq with the help of the Export-Import Bank and other American institutions. Similar to what happened during the so-called Iraqgate scandal, the U.S. government looked the other way when Iraq used the loans provided by official and private institutions to buy weapons. There is a stark contrast between these facts and the official position of America with regard to the Iraq-Iran war. When Saddam Hussein deployed chemical weapons against the Iranian troops during the Reagan administration, the U.S. imposed no sanctions on Iraq. Iran accused Iraq of violating the 1925 Geneva Protocol, which prohibits the use of chemical weapons. The documents show that, at least in 1983, the U.S. was fully aware of the fact that Iraq had used these weapons. In that same year, Iraq regained some of its power and restored its official relationship with the United States. As far as the United States was

concerned, the use of chemical weapons by Hussein was above all a political problem because it provided Iran with political ammunition against Iraq, which might make relationships between the U.S. and Iraq more difficult.

An instruction on November 21, 1983, from the third in command at the State Department, Lawrence Eagleburger, and aimed at the U.S. staff in Baghdad, states: "We are still considering how we will respond in the United Nations to the problem of chemical weapons. We do not want to help Iran's cause by encouraging their propaganda against Iraq." The instruction pointed out to the U.S. diplomats that it was important not to damage the U.S.-Iraqi relationship when mentioning the use of chemical weapons by Iraq: "We do not mention the issue of chemical weapons to confront you, but also not to support the opinions of others. The reason that we do so is that it has been America's long-standing policy to denounce the use of lethal chemical weapons."

In December 1983, Donald Rumsfeld (then Secretary of Defense, and at the time a member of the board of the large pharmaceutical company G.D.Searle) visited Iraq as a personal envoy of President Ronald Reagan. One of the items that needed to be discussed during Rumsfeld's meetings was that the United States recognized the fact that Iraq was at a disadvantage in the war, because Iran has access to the Gulf and Iraq does not, and that it considered a setback for Iraq a setback for the West. Rumsfeld later stated to the Jordanian King Hussein, who formed an important link in the relationship between the U.S. and Iraq, - that the United States was concerned about the fact that a possible defeat of Iraq might also put other countries in the region in danger, in particular Saudi Arabia, which completely depended on the U.S.

Rumsfeld met with Saddam Hussein and the Iraqi Minister Tariq Asis. According to the detailed minutes of this meeting with Saddam Hussein, the subject of chemical weapons was not discussed. Rumsfeld and his Iraqi counterpart discussed all possible steps that would bring Iraq closer to the U.S. and further away from the U.S.S.R. In addition, they discussed the political climate in the Middle East and the construction of an oil pipeline to Akaba, on the Mediterranean, which was outside the range of Iranian missiles. Bechtel, a construction company with close links to politics, and

which later made a fortune with the "reconstruction" of Iraq, would be awarded the contract for laying the pipeline.

In March 1984, the Iraqi use of chemical weapons on the battlefields become so blatantly obvious that the government of the United States had no choice but to condemn it: "The United States condemn the illegal use of chemical weapons, whenever that is the case. However, the United States considers the stubborn refusal on the part of the present Iranian government to recognize the legitimate government of its neighbor Iraq in violation of generally accepted behavior between nations, and of the moral and religious values that it claims to uphold."

Iraq's response to this condemnation was one of outrage, despite the fact that the United States tried to convince the regime in Baghdad that this statement was meant for public consumption only, and that it in no way influence U.S. intentions to improve relationships with Baghdad. Rumsfeld was quickly dispatched to Iraq to convey this message. George Schultz instructed Rumsfeld to convince his hosts that America, despite Iraq's use of chemical weapons, placed great value on preventing an Iranian victory and on improving the bilateral relations with Iraq, and to indicate that Iraq could indicate the pace with which this would take place. Throughout the conflict, the United States tried to play down Iraq's use of chemical weapons. The position of the U.S. government with regard to Iraq's use of chemical weapons was to an extent a strategic position, in order to support Iraq in its war against Iran. To the same end, the U.S. provided secret service information and made sure that Iraq had enough weapons.

On May 16, 1988, Hussein attacked his own population in the north of Iraq with chemical weapons: on a single day, more than 5000 people were killed. This attack led to worldwide condemnation. The United States did not issue a single protest! Saddam Hussein could continue to count on the growing support of the U.S. It cannot be ignored that certain elements of the nerve gas Iraq used against Iran came from an American company called LaFarge. Bush Sr. had once been one of the main owners of that company, and the director at the time was Hillary Clinton![375]

[375] "The secret history of how the White House illegally armed Iraq" by *Financial Times of London* reporter Alan Friedman, London 1993. See also

*Spider's Web.*

When George H.W. Bush succeeded Ronald Reagan as president, America's friendly position towards Iraq remained unchanged. The *National Security Bulletin* of October 2, 1989, signed by Bush, contains the following statement: "Access to the Persian Gulf and the security of important countries in that region who are sympathetic towards the United States is crucially to the national security of the United States. Normal relations between the U.S. and Iraq will benefit our longterm interests and increase the stability along the Gulf as well as in the Middle East." As successor of Ronald Reagan, Bush Sr. wanted to expand relations with Saddam, in order to increase the opportunities for U.S. companies in Iraq.

When the Iraqi regime threatened U.S. oil interests in the Persian Gulf, Saddam Hussein suddenly became a demon, and was portrayed as the personification of evil. Officially political support for Iraq stopped on that August day in 1990 when Saddam Hussein invaded Kuwait and was surprised by the backlash he received from the United States. He was led to believe that the United States would remain neutral in the conflict. However, President Bush suddenly demanded a U.S. military intervention in Kuwait and Iraq. Public opinion was not yet ready to accept the idea of a military intervention. The willingness of the American people to go to war changed completely, however, on October 10, 1990, when a fifteen-year-old girl from Kuwait was introduced to Congress. This girl, "Nayirah", told Congress that she had been working as a volunteer in a hospital in Kuwait, and that there she had seen how Iraqi soldiers had taken little babies from their incubators and thrown them on the floor. President Bush repeated that story countless times, even going so far as to refer to an exact number of 312 children who were supposed to have been killed this way. Amnesty International also mentioned this incident on December 19, 1990. Shortly afterward, it became clear that the girl had lied to Congress under an assumed name. It turned out that Nayirah was the daughter of the Kuwaiti ambassador to the U.S.! Following this revelation, Amnesty International, in April 1991, also corrected its earlier announcements. This is an example of a proven historical lie that was used by the U.S. to justify a war that was important to them.

Throughout history, there has rarely been such a perfectly staged conflict as this so-called "Gulf War". As is known, many wars were planned a long time in advance and were later carried out exactly according to plan. Eight days before the occupation of Kuwait by Saddam Hussein on August 2, 1990, the U.S. ambassador, April Glaspie, transmitted instructions from President Bush and Secretary of State James Baker. Although they were aware of Hussein's intentions concerning Kuwait, they stated that the matter of Kuwait did not damage the interests of the United States. Between the lines, they even implied that the United States would not intervene if Saddam Hussein were to occupy the Al-Rumeilah oil field, the contested border area and the islands in the Gulf.[376] This maneuver was clearly carried out with one objective in mind: to allow the United States and its allies to secure their strategic and economic interests in a blitzkrieg strategy using the lethal power of their state-of-the-art weapons systems. Needless to say, this was never officially mentioned.

[376] Tape recording and transcription of the meeting between President Hussein and the U.S. ambassador April Glaspie in Baghdad.

When the Iraqi invasion of Kuwait started on August 2, 1990, the Iraqi fleet was limited, Iraqi submarines were absent, the technology of the communication systems limited and Iraqi soldiers few and poorly motivated. Why was Saddam Hussein given the go-ahead for the invasion when it was clear in advance that his troops might easily be beaten? Why was this war started without giving a clear warning to the Iraqi leader (which would certainly have meant calling off the attack)?

During the six weeks of the Gulf War, the United States sent hundreds of fighter planes to Iraq to bomb the civilian population every night. Many of the bombs were coated with depleted uranium. On the Iraqi side, more than 150,000 civilians and as many soldiers died. Hundreds of thousands of Iraqi soldiers, although running away or towards the American soldiers while waving white flags were killed with Napalm. Even after Iraq on February 28, 1991, signed the United Nations resolution thousands of Iraqi civilians on their way to the interior of Iraq, continued to be killed by the U.S. Air Force. Many of those killed while fleeing Kuwait were not Iraqi soldiers, but Palestinians, Sudanese, Egyptians, Filipinos and other imported laborers. Michael Ratner, the former director of the "Center for Constitutional Rights"

established that the allied forces had committed gross violations, against the "The Hague and Geneva Conventions", of the kind for which German and Japanese soldiers had been condemned to death after the Second World War. The reason for such a serious accusation was the mass murder and subsequent burial of Iraqi soldiers that had surrendered, and the countless number of civilians that had been murdered while fleeing in their private cars. This was a wellplanned, systematic killing of a defenseless population, murdered by a powerful Air Force that was yet to set foot on Iraqi soil.

The Shiite minority in the south of Iraq, encouraged by George Bush to resist the domination of Saddam Hussein, were killed in the thousands by the Republican Guard while American scouts looked on. Not a single shot was fired by U.S. units on the Iraqi helicopters firing at the defenseless Shiite civilians.

For years the United States, with the backing of British Prime Minister Tony Blair, emposed numerous embargos on the Iraqi people, accompanied by daily bombardments. More than ten years after the end of the war the U.S. and Great Britain continued to bomb Iraq daily. At the same time the economic sanctions, imposed by the United Nations on the initiative of the United States, caused the deaths of a million Iraqis, mainly the elderly, poor and ill. The World Health Organization (WHO) assumes that since the embargos were first imposed, 800,000 Iraqi children have died and a third of those who managed to survive were underweight and died of malnutrition. On January 18, 1996, Brent Browcroft, former national security advisor to President George Bush, said that the real reason for the war had, of course, been oil.

In the deserts of Iraq there still lies tons of radioactive ammunition (half-life: 4.5 billion years). Ammunition with depleted uranium was first used by the allied forces in the Gulf War in 1991. It contains the two naturally occurring isotopes uranium 238 and, in lower quantities, uranium 235. In principle, depleted uranium is the heaviest substance that occurs naturally on earth. This radioactive waste product is provided for free by the nuclear industry to the weapons manufacturers, who process it into missiles, mines and grenades with a nuclear core. The projectiles are designed to pierce armored objects, and the depleted uranium is used as a virtually pure urane metal for the casing of the projectile. When the projectile hits its target, between forty and

seventy percent of the highly toxic radioactive particles called uranoxide are released. These particles are invisible and they have no smell or taste. Most of them enter the human body through inhalation. They end up in the lung tissue and are transported by the blood stream to the bone marrow. When the uranium settles in the bone marrow, the organ where blood and immune cells are produced, it emits a weak radioactive radiation. As a result of the exposure, the following conditions develop: aplastic anemia, cancers like leukemia and other malevolent cell growths of immune deficiencies. Destruction of the immune system clears the way for heavy forms of the measles, polio, salmonella poisoning and all kinds of herpes infections. The uranium poisons liver and kidney cells, comparable to cadmium or lead poisoning, and even a very small dosage can be sufficient to cause major damage or death. The damaged liver is no longer able to maintain the protein synthesis and the required colloidosmotic pressure, releasing fluids into the abdominal area (called ascites) and thus rendering the damaged kidneys unable to release water. Finally, the depleted uranium causes genetic damage, resulting in miscarriages, stillborn and barely viable children. Mothers exposed to depleted uranium gave birth to children with the following defects: hydrocephalus with brain damage and mental defects, phokomelia (emphatic disfigurement of the limbs), insufficient production of cartilage on the lower limbs, disfigurement, deformity of the fingers and toes, cleft palate, and spina bifida, amongst others. Incidentally, radioactive material travels large distances with relative ease, which means that particles can end up in the soil, water and food.

Documents from the U.S. Army show that nearly one million projectiles used in Iraq and Kuwait contained 315 tons of depleted uranium. This amount of depleted uranium has caused an enormous growth in the number of cancer patients and deformed children in Iraq. The greatest damage has been done in the south, in Basra and on the former battlefields of the Gulf War. Most patients suffer from leukemia, breast cancer, lymphatic cancer or lung cancer. In addition to infectious diseases and malnutrition, there are numerous cases of mysterious ailments. Babies are born with deformities that are not described in any medical handbook. Some are born without eyes, without a brain or without genitalia. There are babies with cleft palates and monstrous heads. Most of the tiny victims die when or soon after they are born. The humiliating and criminal sanctions imposed by the United Nations deliberately prohibited the supply of much needed medicines. However, it

was not until nine days after the end of the war that the risks of the weapons using depleted uranium was communicated to the soldiers of the allies. Ten years after the Gulf War, over 90,000 U.S. soldiers are ill. The main suspect is ammunition with depleted uranium. Studies among U.S. and British soldiers and their children reveal that there are genetic deformities comparable to those found in Iraq. The risk of using ammunition with depleted uranium has been known by the allied command for years.






Former U.S. Secretary of Defense Ramsey Clark writes in his book *Wüstenstorm* (Lamuv-Verlag 1993): "It was genocide! The raid on Iraq was in fact a war crime from start to finish which included thousands of criminal acts." Ramsey Clark filed nineteen charges against President Bush for his war crimes, but news of this never reached the media.

## Chapter 34

# The Future World Army

**"In 1945 we have started with conquering the world. NATO wasn't established to protect the poor nations against the Russians but to gain complete control over Western Europe."** *Gore Vidal*

The Cold War was waged for very specific reasons. Since the start of the last century, the Illuminati have developed extensive plans that are meant to lead to a world army. That is why an apocalyptic picture was painted of a Soviet threat that, in reality, never existed. The so-called Soviet threat was consistently exaggerated to justify the enormous development of a future world army.[377] The Cold War served another important purpose: to create global fear of a possible new world war. The whole West was obsessed with this fear, and it was this threat that paved the way for a New World Order.

In 1945, the conquest of the world began. Immediately after the Second World War, the foundation for a world army was put in place. To protect Western Europe against possible military aggression from the former Warsaw Pact states, the North Atlantic Treaty Organization (NATO) was founded in 1949. It is important to point out at this point that the "big enemy", the Warsaw Pact, was not founded until 1955, six years later. NATO was not created to protect the poor people of Europe against the Russians, but to gain control over Western Europe.

According to article 5 of the North Atlantic Treaty, NATO has been a defense alliance since it was founded, functionally and exclusively. Its members have promised to provide each other support in the case of an attack on one member by a non-member state, solely based on the right to individual and collective selfdefense.

The fall of the communist regime in Eastern Europe made NATO obsolete. In effect, its *raison d'être* no longer existed. That is why all kinds of reasons were heard from all sides to keep NATO intact. In the *Frankfurter Allgemeine Zeitung* of April 2, 1998, American Defense Minister Cohen declared that the future strategy of the alliance should focus more on the

projection of power than on a rigid defense. Before long, a new version was presented: *Crisis Management of War in the Name of Humanitarian Peace*.

[377] Michel Collon, *Bluf Poker: De Grootmachten, Joegoslavië en de Komende Oorlogen*, Berchem 2000, 166.
According to the New Strategic Concept of NATO:

• Military options that are operational for the entire spectrum of expected circumstances are the basis for the alliances potentials, through crisis-responsedeployments that do not fall under article 5 and that have to help avoid conflicts and manage crises.
• The alliance's armed forces also have to be willing to make a contribution in avoiding conflicts, and carry out crisis-response-deployments that do not fall under article 5.
• These precautionary measures allow NATO's armed forces to carry out crisisresponse-deployments that do not fall under article 5, but that are a precondition for a coherent response of the Allies to all possible situations.
• In the future, NATO armed forces need to be able to guarantee a collective defense and at the same time carry out effective crisis-response-deployments that do not fall under article 5.
• When they make a contribution to crisis management through the use of military force, the alliance's armed forces need to take a complex and varied spectrum of risks, situations and demands into account, including humanitarian emergencies.
• Some crisis-response-deployments that do not fall under article 5 may pose demands that are at least equal to the demands involved in some collective defense assignments.
• Size, motivation, availability and dislocation of the armed forces of the alliance have to match the nature and size of the collective defense and any crisisresponse-deployment. These may sometimes be short-lived, far away from local bases, but also far outside the area covered by the alliance.
• Multinational armed forces, in particular those that can be moved quickly for the collective defense of crisis-response-deployments that do not fall under article 5, reinforce solidarity.

During a press conference on April 25, 1998 immediately after signing the New Strategic Concept, German Chancellor Gerhard Schröder stated: "We agreed that, also in the future, there can only be interventions when there is a

mandate from the Security Council. Very narrowly defined exceptions will be allowed, but they can never be the rule, and they can certainly not occur when it is evident that the Security Council cannot act freely."

In a secret document written on May 19, 2000, NATO is also allowed to intervene outside the area defined in its treaty, when it is required by the situation. This extension of NATO's mandate in principle represents a transition from a defense of the Allies' national territories towards a worldwide (Euro-Atlantic) representation of interests through military force. In addition, since the above-mentioned date, NATO also has had the right to deploy nuclear weapons pre-emptively. All this has been drawn up in a secret document (NC-400/2), which was adopted in a silent procedure. This was confirmed in an interview with Joska Fischer, the German Minister of Foreign Affairs. It means the erstwhile "defense alliance" has been transformed into an offensive army.

NATO offers itself, to those who determine the World Order, as a military instrument. Within the framework of NATO, overt interests can be formulated and carried out. One example of this is the protection of raw materials of the industrialized countries, which has been among the alliance's explicit tasks since the reformation of the NATO doctrine in 1992. NATO is in the process of an incremental transformation into an international police force. The idea is to create a kind of global army by merging the American army, NATO, a possible European intervention force and other individual armies of Western powers. By now, NATO is willing to take on the enemies of the New World Order through brute force. NATO does not defend moral principles or human rights, but it is deployed wherever the interests of our global elite come under threat.[378]

General John Craddock, Supreme Allied Commander Europe (SACEUR) said: "The NATO Response Force (NRF) is a ready, agile and flexible force crucial to the health and success of our alliance in the coming years. As a key element of our NATO military culture, the NRF can enable the alliance to better meet threats to security and stability in the twenty-first century. From its initial steps, the NRF has been acting as the engine for transforming NATO into a much stronger and more effective military organization. The NRF, as a key element of NATO's military culture, will enable the alliance to meet the threats to security and stability in the New World Order."[379]

[378] *New York Times*, October 21, 1997.

[379]NATO Web Edition:
ttp://www.nato.int/shape/issues/shape_nrf/nrf_intro.htm. The launching of
the 'NATO Response Force' initiative was announced at the Prague Summit
in November 2002.

## Chapter 35

# Yugoslavia

**"The small Serbia has shown that resistance is possible. This resistance was initially organized on a broad scale as a political and moral movement against the tyranny and the monopoly of the champions of the free Western world. This movement escalated and created hatred and fear and new forms of violence with which people fought the modern Western inquisition. Uranium bombs, computer manipulations, drug addicted assassins and blackmailed civil servants gave the New World Order the excuses it needed. And these are the tools of the inquisition that we eventually had to suffer. The cynical cruelty with which this happened is unparalleled in history."** *Slobodan Milošević*

Beautifully phrased yet hypocritical arguments like "the fight for Democracy and human rights" fit perfectly into the devilish doctrine of lies that turns the truth upside down. The attack on a country without valid reason becomes a "peacemaking measure", genocide is carried out to safeguard "human rights" and the unlawful arrest or assassination of the heads of sovereign states are defended as "democratization". In the press, "war graves" are referred to as "mass graves", and a single or isolated "rape" is usually upgraded to "mass rape".

The attack on Yugoslavia was the first act of war with which NATO transformed itself from a defense army into an intervention force.[380] Horst Gravert, former ambassador of the German Federal Republic, made it clear what this war was all about: "Yugoslavia had served as camouflage designed to hide the actual intentions of the United States, to move one step further towards establishing the New World Order."[381]

The former security advisor to President Jimmy Carter, Zbigniew Brzezinski, made the following remark with regard to the war in Yugoslavia: "Above all, Europe is the inevitable geopolitical bridgehead on the Eurasian continent. The global energy consumption will increase enormously in the next two or three decades. It is a well-known fact Central Asia and the Caspian Basin hold natural gas and oil reserves that dwarf those in Kuwait, the Gulf of Mexico and the North Sea."[382]

One of the main reasons behind the conflict in the Balkans is the fact that Yugoslavia is situated at the crossroads of three important European transport routes: the Danube, the North-South link and the East-West link. In the future these corridors will be used to transport gas and oil to the West.

[380] Robin de Ruiter, *Der NATO-Krieg gegen Jugoslavian*, Durach, 2004, 91. [381] Ulrich Albrecht and Paul Schäfer, *Kosovo-Krieg*, Cologne, 1999, 32. [382] Zbigniew Brzezinski, *Die einzige Weltmacht*, Frankfurt am Main, 1999, 45.

Control over the global oil supplies (Caucasus, Asia, Caspian Sea, etc.) which would be transported via these corridors and via energy connections 8 and 10, which have been planned to cross Croatia, Serbia, Macedonia and Albania, was the real reason behind the Balkans war. The Balkans is one of the key areas needed to build the intended New World Order. Behind the repeated NATO interventions in the Balkans there are strategic plans for the whole of Europe. Yugoslavia served as a test case and the first concrete step by the NATO armies towards its planned expansion in Central and Eastern Europe.[383]

ing ground for trigger-happy hawks and the cesspool from which representatives and leaders from "big business" and the financial world are created. Important participants from this world were and are J.P. Morgan, David Rockefeller, Newt Gingrich and Richard Perle. The hawks from these communities set the tone in the U.S. government, and their activities affect virtually every aspect of U.S. politics.



The control of the entire cycle from oil source to end user was only one of the reasons behind the war against Yugoslavia. Another reason is given to us by the former Minister for Defense in Germany, Willy Wimmer, who during the NATO attacks on Yugoslavia was the vice-chairman of the Parliamentary Department of the Organization for Security and Cooperation in Europe (OSCE). He stated: "The war against the Federal Republic of Yugoslavia has also been carried out to rectify a strategic mistake made by General Eisenhower in the Second World War." By arguing that the geopolitical interests of the United States were the real reason behind NATO's attack on Yugoslavia, Wimmer referred to statements made by high-level officials in the U.S. administration during a conference that took place in Bratislava at the end of April 2000. This meeting was organized by the U.S. State Department and the U.S. Enterprise Institute (AEI). This institute is a breed

[383] Sean Gervai, *Waarom is de NAVO in Joegoslavië* (*Why is NATO in Yugoslavia*), Amsterdam, 1999, 7.

The meeting organized by the AEI in the Slovakian capital Bratislava focused in particular on the Balkans and the expansion of NATO with the

Eastern European countries. The U.S. was very clear about its intentions and plans for a New Order in Europe. Willy Wimmer emphasized the importance of the statements made at the conference, which was attended by high-level officials, among who, were prime ministers, defense ministers and foreign ministers. Wimmer was very shocked by what the U.S. had to say about the New Order in Europe, and he felt he had to inform German Chancellor Gerhard Schroeder about it. The letter he wrote to the chancellor deserves attention and publicity, because the facts concerning the imperialist intentions of the United States and its NATO allies must not be limited to a small political elite. In the letter we read the following:

## Conference in Bratislava 2000

### U.S. State Department and the U.S. Enterprise Institute (AEI) Attack by NATO rectifies strategic errors made by General Eisenhower

**Item one:** The organizers of the conference (U.S. State Department and American Enterprise Institute) demanded a speedy recognition of Kosovo, according to international law, as an independent state.
**Comment:**
This demand indicates that the Helsinki Accord with regard to European Security and Cooperation (OSCE) is considered to be of no value to the United States, despite the fact that the U.S. and all European states have signed the Accord. The main achievement of the Helsinki Accord was that all the signatories agreed that no border within Europe could be altered through violent means. The U.S. demand for a speedy recognition of an independent state of Kosovo was nothing more or less than a return to a barbaric past when Europe's borders were constantly being redrawn in blood. It would mean nothing more or less than an annulment of the Helsinki Accord, which would also jeopardize the OSCE and have far-reaching and ominous consequences for the entire continent. In view of the many unresolved disputes concerning borders and minorities on the old continent, it would open a veritable Pandora's Box, which is exactly why most European NATO partners are very sceptical about the demands of their American ally. However, the U.S. used a devious legal trick to get what they want and to circumvent European objections, as item 2 in Willy Wimmer's letter demonstrates:

**Item two:** It was explained by the organizers that the Federal Republic of Yugoslavia must be kept out of every rule-of-law institutions, and especially out of the Helsinki accords.

**Comment:** This legal trick would have solved Washington's problems. It would allow Kosovo to gain its independence with NATO's approval, without violating the rules of the OSCE. If Yugoslavia did not fall within the parameters specified in the Helsinki Accord, the content of that agreement did not apply to that country. The fact that the Federal Republic of Yugoslavia signed the Helsinki Accord was conveniently overlooked. It would appear that the United States, as the last remaining superpower on earth, can determine, at will, which countries fall under the Helsinki Accord and which do not in other words, which borders may be altered through violent means and which may not. This once again demonstrates the ease with which the United States ignores international agreements when its interests are at stake.

**Item three:** European rule of law is a hindrance to NATO. The American system of law is therefore more suitable for Europe.

**Comment:** With this statement Washington clearly reveals its imperialist and global claim to power and justice. There are remarkable parallels between the way the U.S. operates in this regard with the way Roman emperors used to claim (world) power. Even Americans critical of their government realize that the claims of their nation for global power, using American values as a standard, is a quest for The New World Order.

**Item four:** The war against Yugoslavia was fought to rectify an incorrect decision of General Eisenhower during the Second World War. In this manner, because of the strategic reasons demanding the stationing of American soldiers in this region, the faulty determination has been corrected.

**Comment:** Historical research indicates that this so-called mistake made by Eisenhower has to refer to the results of Allied consultation in Tehran in 1944. During this conference the Allies decided to withdraw their support for the legendary royalist guerrilla leader General Draža Mihailović. Instead, they decided to back the then unknown Tito. After the war it was the Communist Tito rather than the Royalist friend of the West Mihailovi$^c$ who made decisions concerning the political setup of Yugoslavia. After the war, Mihailovi$^c$ continued his guerrilla resistance against Tito. Eventually he fell into Tito's hands and was sentenced to death and executed. This is not the

place to discuss in great detail the misinformation campaign that was mounted by the British spy James Klugmann, who also worked for Moscow, to persuade the British government to drop Mihailović in favor of the Moscow-backed Tito during the Tehran Conference. What can be said about Mihailović is not only that he was a brilliant (guerrilla) strategist, but also that he was one of the first Serbs who fought the Nazis in occupied Europe with great intensity. He was so successful that he managed to cause the Germans enormous problems in the Balkans. When Rommel was facing El Alamein, the Allied commanders General Eisenhower, General Auchinlek, Air Marshall Tedder and General de Gaulle congratulated and thanked Mihailović for his help but, nevertheless, withdrew their support. The rumor spread by the Russians was that Mihailović cooperated with the Germans. As a result, Yugoslavia and the entire Balkans came under Russian control at the end of the war. After the fall of socialism in the Warsaw Pact countries and the events in the Soviet Union, elementary structures of Socialist politics remained in place for a long time, first in Yugoslavia and later in Milošević-led Serbia. To an extent thanks to the strategic and economic significance of industrially developed Serbia, adherence to the remnants of Socialism proved an obstacle for the neoliberalist new order envisaged by America and the West for the Balkans. In the end, this situation was caused by the strategic error Eisenhower made when he decided to withdraw his backing for General Mihailović. This was the mistake to which the U.S. referred at the Bratislava Conference. And it was because of this same error that NATO attacked the sovereign state of Yugoslavia and stationed U.S. troops in the Balkans. Both actions were designed to rectify the historic error.

**Item five:** The European Allies took part in the war against Yugoslavia in order to, de facto, overcome the dilemma which presented itself after the acceptance of the "New Strategic Concept" of the Alliance in April 1999, and to overcome the inclination of the Europeans to secure a previous mandate of the United Nations or the Organization for European Security and Cooperation.

**Comment:** NATO's New Strategic Concept was signed on April 28, 1999, by the heads of state and government leaders of the NATO members, during a festive summit celebrating the organization's fiftieth birthday. In addition to the territorial boundaries of its member states, the "New" NATO now also "defends" various kinds of vaguely defined security interests, including the

aforementioned, "access to raw materials". The "interests" are defended aggressively and are outside of NATO's traditional transatlantic mandate. The area it covers ranges from the Caspian Sea via the Persian Gulf to North Africa and the Atlantic Ocean. NATO reserves the right, as in the case of Kosovo, to give itself a military mandate and use the cover of "humanitarian intervention" to secure the less humanitarian "access to raw materials", as can be read in Article 24. Incidentally, by signing the Concept on April 28, 1999, the German chancellor also breathed new life into an ancient imperialist ideology in Germany.

**Item six:** European allies may legalistically reason that this war against Yugoslavia, which was outside the treaty's domain, was an exception. However, it is clear that this is a precedent, which they can and will call upon at any moment.

**Comment:** The statements made by Bündnis90/Die Grünen and the SPD to the effect that the attack on Yugoslavia was an "exception" demonstrated a limited sense of reality and certainly did not reflect the political reality of NATO and the European Intervention Forces, where it is assumed that there will be more "exceptions" and that the necessary military preparations are being made for such events. **Item seven:** NATO should now fill the area between the Baltic and Anatolia, as Roman forces filled it during the height of the Roman Empire.

**No comment.**
**Item eight:** In addition, Poland must be surrounded from the north and the south by its Democratic neighbor states Bulgaria and Romania. It should provide the territorial connection to Turkey and, in the long run, Serbia must be kept out of European development (probably to further the safety of the American military presence).
**Comment:** Since the United States have, by now, managed to buy themselves a government in Belgrade that has adopted a pro-Western outlook, the second item in the proposal is no longer relevant.
**Item nine:** North of Poland, it is important to establish complete control of all access routes from St. Petersburg to the Baltic Sea.
**Comment:** Apparently, the U.S. finds it difficult to rid itself of the hostile image it has of the Russians. Russia, under Putin's leadership, has begun to refocus vigorously on its own security interests, and once more needs to be

kept on a tight leash. **Item ten:** In each process, the right for people's self-determination should be given priority before all other regulations or rules of international law. **Comment:** In this way, virtually any state can be destroyed, since there are ethnic or other minorities presenting themselves as such everywhere. When the West awards these minorities the "right to self-determination", it provides itself with a legal fig-leaf that allows it to invade any state that finds itself in the crosshairs of the West.

**Item eleven:** The statement that NATO's war against Yugoslavia was a violation of all relevant regulations and rules of international law did not encounter any opposition.

**Comment:** This item refers to the apparent response of the participants of the conference to the personal position of Willy Wimmers, who opposed NATO's actions. His criticism that NATO's attack violated international agreements, in particular the integrity of a sovereign state, failed to receive objection or response from the U.S. The United States thus demonstrated that, as a superpower, it does not always feel bound by international agreements. At the end of his letter to Chancellor Schröder, Willy Wimmers shared his vision of the decisions that were made during the Bratislava Conference, when he wrote: "It would appear that the U.S. camp is deliberately circumventing the international legal order that was designed so meticulously after two world wars, at a global level and in pursuit of its own objectives. Might is right. Whenever international law gets in their way, they simply brush it aside. When a similar development affected the League of Nations, the Second World War was not far away. Any ideology that makes self-interest absolute can only be characterized as totalitarian."[384]

[384] Comments written by Rainer Rupp, a German investigative journalist and former NATO staff member in Brussels. He had contributed immensely to the insights reflected in my book *The Yugoslavia Tribunal: Who Murdered Slobodan Milošević and…Why?* Rupp worked at NATO headquarters in Brussels for more than ten years. He had access to classified documents and confidential information. For this book he gave permission to use the article he wrote about the conference in Bratislava.

## Chapter 36
## The Mysterious Death of Slobodan Milošević

**"It has been a slow and cold blooded premeditated murder of the lowest kind."** *Vladimir Krsljanin of the Slobodan Milošević Center*

Slobodan Miloševi ć was found dead in his prison cell in Scheveningen on March 11, 2006, at 10 a.m. The autopsy was ordered by the public prosecutor's office. According to the autopsy report of the Dutch Forensic Institute (NFI) the death was caused by a myocardio infarction. The pathologists established two kinds of heart problems that might explain the infarct.

In addition to the autopsy, the public prosecutor's office also ordered a toxicological investigation, to determine whether or not Milošević had been poisoned. No traces of toxic substances were found. "A number of the medications that have been prescribed to Mr. Miloševi$^ć$ were found in his body, but not in toxic concentrations," said the public prosecutor's office. Miloševi$^ć$ was thought to have died of natural causes. The former president was buried in his hometown of Požarevac a week after his death. And that was that. Politicians, the press and the media cloaked themselves in an emphatic silence.

Immediately after his death things were quite different. During the apotheosis of the Yugoslavia tribunal Milošević was portrayed simply and myopically as a Hitler of the first hour who had managed to escape his rightful punishment. Typical of the way he was being portrayed in the media was the comment from CNN correspondent Christiane Amanpour: "When he came to power, he consolidated his position and from the outset determined what happened on the Balkans. He committed the most serious crimes against humanity that Europe and indeed the world has seen since the Second World War. This went on for the best part of the Nineties. To his enemies and victims he was known as the Butcher of the Balkans."

Miloševi$^ć$ did not fare much better in *The New York Times* of March 12, 2006. He was a cold-blooded ruler who, during several wars, had been

prepared to lash out with a vengeance from Croatia in 1991 to Kosovo in 1999. "In the end, he disturbed the sensitive balance of power in Yugoslavia which he claimed he was defending, and was surprised by the violent destruction of his country." He was portrayed as a man for whom "the truth could always be manipulated by power." According to *The New York Times*, Milošević had reinvented the Croatian Fascists from the Second World War. This is where the authoritative newspaper conveniently loses sight of history. It was the infamous fascist Ustasa that during the Second World War was responsible for the cold-blooded mass murder of 900,000 Serbians and Jews. No mention is made of the fact that the political legacy of this Fascism played a major role in the ideology of emerging Croatian Nationalism and Separatism when Milošević was in power.

Before his death, Slobodan Milošević had been ill for some time. It is remarkable that his heart condition deteriorated since the beginning of the trial in February 2002. As a result, the proceedings were interrupted regularly. Nevertheless, the tribunal argued that there was no cause for concern, because Milošević's health was checked regularly by the highly qualified medical staff of the Scheveningen prison. No mention was made of the fact that this "staff" consisted of one GP and one nurse. During the first year of his stay in prison, Milošević's treatment consisted of one aspirin a day. After that, he received medication that made him drowsy.

From the outset, Miloševi ć's medical treatment was heavily criticized. One of Milošević's advisors, the Serbian lawyer Zdenko Tomanović, declared that the health of his client was systematically being undermined in The Hague. The Russian physician, Dr Leo Bokeria of the famous and specialized Bakulev Center, told journalists: "Over the last three years, we have continually urged that Milošević be transferred to a hospital, so that doctors could make a proper diagnosis, but nothing was ever done. Had Milošević been brought to any specialized hospital, like our medical center, he might have lived for years."

As early as May 2003, a group of thirteen German doctors expressed their concern about Milošević's health in writing to the Yugoslavia tribunal. The medical suggestions regarding the proceedings were ignored, and no adequate therapy or medication were provided. Later written objections from the same group of doctors were not taken into consideration.

A group of doctors appointed by the tribunal offered the following diagnosis: "Highly increased blood pressure, secondary damage to various organs and urgent situations during which the high blood pressure may lead to cerebral hemorrhage, cardiac arrest and death." Lead prosecutor Carla del Ponte had the following to say about it in the *Neuen Zürcher Zeitung*: "Milošević is doing fine as far as his health is concerned. Many people of sixty and older suffer from high blood pressure. We are certainly not neglecting him, and I hope that is not the impression you have."[385]

A medical investigation into Miloševi ć's health in 2005 indicated that an "unknown" medication had been found in his blood, medication that neutralized blood pressure, reducing the effects of his officially prescribed medication. An international group of doctors realized that Milošević's life was at risk. Consequently, Miloševi[ć] requested that he be treated by Russian specialists. Doctors from the Bakulev Center traveled to The Hague to examine Miloševi[ć]. They claimed they would be able to treat Miloševi[ć] successfully if they were allowed to transport him to the Bakulev Center in Russia. On December 12, 2005, Milošević requested that he be allowed to undergo treatment in the Bakulev Center. The tribunal denied the request on the grounds that it had not been submitted in the correct manner. He was told that any request would only be considered if there were guarantees that he would return to The Hague to finish the trial. On January 18, 2006, the Russian government issued the guarantee that Milošević would be returned to The Hague after treatment. Despite the reassurance on the part of the Russian government that he would be available to stand trial, his request was still denied on February 23,

[385] Carla del Ponte was born in 1947, in Bignasco (Switzerland). She worked as a lawyer in Tessin, and between 1994 and 1999 she was the lead prosecutor in Switzerland. In 1999 she assumed the same position in the Yugoslavia tribunal. In 1999, she was also given responsibility for the Ruanda tribunal in Arusha.

2006. On the next day, Miloševi ć announced that he would appeal this ruling. ćCarla del Ponte defended the tribunal's decision by pointing out that Miloševi had access to any treatment he would need in The Hague. He had access to medical care of the highest quality. And almost immediately after Milošević's demise,

Del Ponte declared in the Italian newspaper *Republica*: "It is strange, although of course possible, that he died so suddenly without the doctors realizing that his health had badly deteriorated."

The claim that Miloševi ć died a natural death by heart attack is considered by many to be a lie. Ivica Dašić, chairman of the Serbian Socialist Party (SPS) stated: "Milošević did not die in The Hague; he was killed in The Hague."

The Russian general Leonid Ivashov said: "It was a political death to order." According to Nico Varkevisser of the international Slobodan Milošević Freedom Center, the death of the former Serbian leader the result of a cruel and inhumane treatment as defined in Article 16 of the Anti-Torture Treaty: "The actions of the tribunal, in particular the decision of Justices Patrick Robinson, O-Gon Kwon and Ian Bonomy, offer sufficient grounds for a charge of murder. We will lodge a complaint with the Dutch Justice Department for cruel and inhumane treatment as defined in the Anti-Torture Treaty and manslaughter or murder," said Varkevisser.

*Targets* wrote: "From the outset, Milošević has been deliberately denied adequate medical treatment, even when the Russian doctors made their case in November 2005 and the Russian government had issued a guarantee that he would return after treatment. The refusal of the judges, on two occasions, in itself is reason enough to charge them with premeditated murder."[386]

"One might argue that the tribunal has killed my brother," said Borislav Milošević. Slobodan's widow, Mira Marković, shared her brother-in-law's opinion.

The headlines in the Serbian newspapers all agreed: "The Hague killed Milošević." They all blamed the tribunal for his death.

As mentioned earlier, the autopsy of Milošević's body was carried out by the Dutch Forensics Institute (NFI). The autopsy was performed in the presence of Serbian minister Rasim Ljaji[ć], who said: "My presence at the autopsy is intended to dispel any speculations concerning the death of Miloševi[ć]." However, his presence had the opposite effect, since it was common knowledge that the two men had been sworn enemies. Milošević's next of kin were suspicious, and they insisted that an independent autopsy be carried out outside of the Netherlands under their supervision. This request was ignored.

Suicide was not ruled out as a possible cause of death. With the end of the court case in sight, Milošević may have been ready to commit such an act of desperation. Carla del Ponte said: "It is possible that Milošević committed suicide, as a final act of pride, as a sign of contempt towards the Yugoslavia tribunal." Del Ponte pointed out "that it was not the first time that one of the accused preferred death to a conviction." Six days prior to Milošević's death, the Serb Milan Babić was found dead in his prison cell. His death was also ruled a suicide, and here too there were no indications that he had indeed taken his own life. All the usual security precautions had been taken: Babić's cell was checked every thirty minutes. Nevertheless, he was found dead in his cell the next morning. The cause of death remains a mystery on which the authorities refused to comment.

In a news program by Dutch broadcasting company NOS, Heikelina Verrijn Stuart from Amnesty International, who had been a frequent observer of the trial, argued that Milošević's death had been the direct result of the medication that had been found in his blood. "We know for certain that this is what caused his death. This was by no means a natural death."

Verrijn Stuart had also spoken to someone close to Milošević. "The statements from this person indicate that Milošević had secretly taken the medication that countered the effects of his heart medication." One of Carla del Ponte's advisors hurriedly added that Milošević had caused problems before with regard to medication: "At that time, he refused to take them."

Rainer Rupp said: "This suicide is tremendously inventive. First he shot himself in the back three times, and then he hanged himself. It wasn't that long ago that similar descriptions were found in the police files of local sheriffs in the south of the United States. This statement reminds me of the position of the "independent" Dutch toxicologist Donald Uges, who made a similar statement regarding the "suicide" of the Yugoslavian former president. According to Uges, Milošević had managed to smuggle illegal medication into his cell in the maximum security facility to damage his own health, in an attempt to secure a one-way trip to Moscow."

Toxicologist Donald Uges claimed that he examined Milošević's blood a few months before Milošević's death, because doctors wondered why the medications they had prescribed to Milošević to treat his high blood pressure were not working. In January 2006, Uges found Rifampicine, a strong medicine for tuberculosis and leprosy, in Miloševi$^{ć}$'s blood. This was supposed to have countered the effects of the medication Miloševi$^{ć}$ took to

reduce his blood pressure. According to Uges, the medication stimulated Miloševi<sup>ć</sup>'s liver, which neutralized the effects of the other medications. Uges then claimed that Milošević had taken antibiotics that had not been prescribed and that had damaged his heart. The toxicologist said that he suspected Milošević did all this to try and force the court to let him go to Russia for treatment. "First he did not take his medication. Then he was forced to take them under supervision. But his blood pressure still did not fall," Uges said to the AP press agency. "A sophisticated medication is something nobody would have suspected. It gave his supporters a reason to protest that the Dutch doctors had no idea how to treat him." He went on to add: "I do not expect murder. Nor did he die as a result of the Rifampicine. All the medication was meant to accomplish was to lure him to Moscow, where he would be freed. In Moscow, Milošević would stop taking the medication, he would suddenly recover, and the Netherlands would be ridiculed."

These statements by Donald Uges were ceased by the global press to give the relatives and supporters of Milošević, who were suspicious of what had happened, a bad name. Every effort was made to undermine Miloševi<sup>ć</sup>'s credibility and the statements by his lawyer concerning the fact that he was poisoned. It was argued that Milošević risked his own life by damaging his health, in an attempt to escape justice. However, Donald Uges had been appointed by the Court of Justice as a toxicologist and not as a detective. Finding traces in a person's blood is one thing, but knowing exactly how it got there is quite another matter. It is "impossible" for Donald Uges, a world famous professor in the field of biochemical analysis, to declare that Milošević deliberately did not take his prescribed medication. How could he know that?[387]

After his arrival in the Netherlands, Slobodan Milošević declared that he had no suicidal tendencies. He emphasized that, if anything ever were to happen to him, it could never have been a suicide attempt.[388] A few weeks before his death he said: "I did not suffer this long for my cause to harm myself."

More and more, people speculated about death by poisoning of the former president, and not without reason! In 2002, it became clear that Miloševi<sup>ć</sup> had been given the wrong medication that, like Rifampicine, increased his blood pressure. On November 23, 2002, *NRC Handelsblad* reported: "In the Scheveningen prison, Slobodan Milošević has been given the wrong

medication, as a result of which his blood pressure suddenly rose tremendously. That is the reason why the trial of the former Yugoslav president was suspended in early November of 2002. A spokesperson of the tribunal denies that mistakes have been made. He did not want to address the matter further."

This means that even at that point, Milošević's high blood pressure was not dealt with adequately, even though it was clear that something was wrong. At the end of August 2004, something truly remarkable happened when Milošević was given his hot dinner. There was great consternation when it turned out that someone else had been given Milošević's dinner. On the tribunal hearing of September 1, 2004, Milošević mentioned this incident. On that day, Milošević's defense was being discussed. The tribunal was planning to deny Milošević the right to defend himself on grounds of incompetence. This would effectively silence him. Milošević was told to transfer his defense to Mr. Simon Kay.[389] Milošević protested vehemently to this course of events, and the relevant witnesses threatened to boycott the proceedings. This would have jeopardized the entire court case, and the tribunal was forced to back down.[390]

During the court hearings, Milošević referred to his doctors, who had stated that he had been capable of defending himself throughout the three years of the court proceedings.

Milošević said: "This means that for three years my doctors have considered me in sufficiently good health and physical condition to defend myself. And then something remarkable happens. Suddenly, an "independent" doctor from Belgium, the country where NATO's headquarters are located, claims that my health makes it impossible for me to defend myself, and my own doctors here unanimously agree with that assessment."

Milošević then urged a detailed medical examination by doctors from Russia, Serbia and Greece. These doctors were ready to begin such an examination. Milošević then argued that his health precluded him from defending his own case was a ploy designed to deny him the opportunity to tell the truth: "I see this as a manipulation to deny me the opportunity to tell the truth. That is the essence of this story. The prosecutor, Mr. Geoffrey Nice, reinforces this argument by appointing a lawyer on the grounds that I am allegedly too involved and not independent enough. However, I feel that the opposition has shown itself to be somewhat too dependent in this

matter." Miloševi $^ć$, with his usual politeness, once again emphasized the fact that he would never relinquish the right to defend himself, and also addressed the curious course of events during his detention: "I urge you to remember: I will never give up my right to defend myself, nor will I allow this right to be curtailed."

The following statement by Milošević is a literal translation of the transcript of the tribunal: "You may reach your own conclusions. However, know that I am taking medications that have been prescribed by your doctors, your staff. I am not certain as to what is happening here, but I can have the entire prison staff testify as to what happened when my dinner was switched with that of the other person on the other side of the corridor. There was quite a commotion to ensure that the right meal ended up in the right place, even though the meals were apparently identical. I made no issue of it. I did not know what was going on. However, I would ask you to be so kind as to take note of the fact that for three years in a row doctors, have declared that I am in good health, and that now, after this incident, the same doctors suddenly declare that I am no longer healthy. I have my suspicions, which may or may not be justified, but there is evidence to support them."[391] Slobodan Milošević was then silenced when the judges ordered his microphone turned off. The alarming matter was never investigated!

Milošević increasingly suffered from an intense pressure behind his eyes and increasingly suffered from an intense pressure behind his eyes and 1992), visited Milošević in Scheveningen, Milošević suddenly turned red and reached for his head. He was troubled by a loud tone inside his head that made it seem as though he were speaking into a bucket. Milošević said that, despite the fact that his blood pressure was under control, he constantly suffered from those constant tones and echoes in his head. Rather than giving him the necessary treatment, the tribunal used his weak health to force him to give up defending himself. It had been clear for some time that the tribunal made many efforts to undermine his health, in an attempt to force him to hand over his defense to a lawyer. They did this by providing him bad medical treatment and deliberately wearing him out to cause his symptoms to surface. He was forced, on countless occasions, to wait on a wooden bench, allegedly because there was no way to transport him.[392]

The "amici curiae" (friends of the court), who had to ensure that the trial was conducted in a fair manner argued in favor of suspending the

proceedings for one year. During that period, Milošević would be able to regain his strength. Lead prosecutor Carla del Ponte was livid when she heard about it. She claimed that Milošević received all the medical attention he required in Scheveningen prison.

On March 10, 2006, preparations were made to present the next witness: Monir Bulatovec, the former president of Montenegro. On this occasion, Miloševic͗ once again voiced his concerns to his lawyer Zdenko Tomanovic͗, telling him he as afraid that people were trying to poison him. During his five year stay in Scheveningen, Milošević had never taken any kind of antibiotics, nor had he ever suffered from an infectious disease. However, the medical report of January 12th 2006, which Milošević laid his hands on two months later, showed that a medicine had been found in his blood that is normally used to treat tuberculosis and leprosy. As mentioned earlier, this medication effectively neutralized the effects of the medicine Milošević took to treat his blood pressure and heart problems. If Milošević had taken this medication himself, and it was known that he took it on January 12, why did the authorities fail to intervene? And why was he not informed about the Rifampicine in his blood prior to March 7? Normally Milošević received all reports concerning his health condition immediately!

If Miloševic͗ had taken Rifampicine deliberately, why did he speak about it in public? It was Miloševic͗ himself who, through his lawyer, spoke about it in public and who informed the Russian government. In his letter to the Russian government, in which he asked for protection, he wrote that the tribunal's refusal to let him go to Russia to be treated was motivated by fear that the Russian doctors would discover that there was Rifampicine in his blood.

Milošević was not informed of the results of his blood tests until two months after they took place. Verrij Stuart: "It is a great mystery why a medical report of January 12, 2006 was not presented before March 7 to the lawyers and to Milošević himself."

It is safe to assume that Milošević was quite shocked when he finally read the results of his blood tests on March 7. Eye witnesses saw a dramatic deterioration. "When he took his walk, Milošević had to lean against the wall, and he went to the bathroom every few minutes."[393] Why was nothing done? According to Verrijn Stuart, after March 7th, monitoring of Milošević's health was not intensified.

What is also remarkable is the late hour at which Milošević's body was

discovered. From a press conference by Carla del Ponte it became clear that the regular checks (every thirty minutes) were not carried out on the night Milošević died![394] Nor apparently was there any video surveillance! Naturally, at the press conference questions were asked as to why the routine checks were not carried out on that particular night. Del Ponte answered: "I am not responsible for what happens in the prison."

At the very least, the Yugoslavian tribunal is guilty of gross negligence, if not downright manslaughter. Its failure to monitor the prisoner, whose body was not discovered until 10 a.m., would result in a complaint against the tribunal, according to Serbian media and the German newspaper *Die Welt*. There is no doubt that the tribunal and Washington, which pulls the strings behind the scenes, are responsible for Milošević's death.

Certain things Milošević said on the day before he died indicate that he was extremely worried. As mentioned earlier, he wrote a letter to the Russian Foreign Minister the day before he died, asking for help. He accused his jailers of attempting to drug him into silence. Why did Milošević need to be silenced?

"It would be better if Milošević were to die in the dock during the trial. If the proceedings are allowed to reach their conclusion there is a serious possibility that he will be convicted of nothing more than a minor offence," James Gow declared as early as 2004 in a television interview with *Channel Four*. Gow was being interviewed as an "expert on war crimes" and advisor of the court in The Hague.

It is true that the case of the Yugoslavian tribunal was in poor shape. Had that not been the case, the media would certainly have reported it. Diana Johnstone, the erstwhile publisher of *In These Times* and former press secretary of the Greens in the European Parliament, said: "In the beginning, one could be sure that the media would report the show trial against the Butcher of the Balkans. However, the media soon failed to mention the relevant and solid defense of Milošević during his own trial. Ever since, the trial has virtually taken place behind closed doors. And there are reasons for that."

Ralph Hartmann, the former German ambassador to Yugoslavia, stated: "The trial against the former president of Yugoslavia, which was announced as the "mother of all trials" by NATO, has become a secret trial. The reasons for this may be clear to anyone who has read Milošević's opening statement, which was published in numerous newspapers, in which he puts

the irrefutable evidence and sensational facts concerning the major role played by the United States, Germany and other NATO countries in the destruction of the Federal Republic of Yugoslavia on the table. People may distort or ignore the truth; they can never conquer it."

It became increasingly clear that the charges were not worth the paper they were written on. Slobodan Milošević had no reason to take his own life. "He has been murdered," according to his Dutch advisor and lawyer N.M.P. Steijnen. It was not he, but the prosecutors of the tribunal who were being driven into a corner. There was a clear motive for murder. Although it is true that Milošević was seriously ill, he was very optimistic about the fact that the trial was developing in his favor. He was convinced he would come out as the winner!

Vukašin Andrić, a doctor who examined Milošević in November 2005, said: "The tribunal wanted to murder Milošević because his death would make it impossible to get at the real truth. The leaders of the New World Order wanted to get rid of him."

On March 9, Milorad Vučelić, a member of the Serbian Socialist Party, spoke with Milošević over the phone: "He was excited and pleased about the way his defense went." Vučelić concludes: "There is no possible doubt that the tribunal in The Hague slowly assassinated Milošević." For years Klaus Hartmann had been aware of the danger of a "biological solution" the Yugoslavia tribunal in The Hague would be prepared to resort to in order to silence Milošević.[395] Živadin Jovanović, the former Foreign Minister of Yugoslavia, made the following statement regarding this issue: "The Yugoslavia tribunal is responsible for the death of President Slobodan Milošević."

Needless to say, Milošević's death was very convenient for the prosecutors. In a period of five years, they had been unable to prove that Milošević was responsible for a genocide carried out by the Serbian army. The prosecution's case was in bad shape. On February 24, 2006, *De Volkskrant* wrote: "No conclusive evidence against Slobodan Milošević." On February 28, 2004, *NRC Handelsblad* reported*:* "The case against Milošević is falling apart."

Time and again, witnesses for the prosecution were driven into a corner by Milošević's questions. In addition, their testimonies were not of the kind Carla del Ponte wanted to hear. The former chief of the Serbian State Security, Radomir Rade Marković, when cross-examined by Milošević,

stated that he had been promised a reduced sentence and a new identity in exchange for an incriminating testimony against Milošević. He was told there would be "consequences" if he failed to do so (tribunal proceedings, July 24-27, 2002).

During the proceedings of February 19-21, 2003, as part of his testimony, Dragan Vasiljković quoted a document he received from the prosecutors, containing various promises in exchange for his incriminating testimony against Milošević (tribunal proceedings, February 19-21, 2003).

Also, suddenly all kinds of, very dubious, evidence emerged. Testimonies that no impartial judge would ever have accepted were accepted as evidence. One witness, for example, declared that he had been shot with a machine gun, and to support his testimony he held up a shirt full of bullet holes and blood. Milošević then asked him about his wounds and requested to see the scars. The man responded that he had not been injured, and that Allah had spared him to allow him to testify against Milošević. Rather than striking the man's testimony from the court's logs, the court accepted it as proof against Milošević!

Milošević produced one witness after another, who together tore apart the myth of a conspiracy to create a Great Serbia. Reports in the media were scarce when it same to Milošević's witnesses, and they failed to report on the repeated decisions by the court to strike testimony from the records.

[386] *Targets*, April 2006.

[387] Quoted from a letter by John Jeffries of the Irish branch of the International Committee for the Defense of Slobodan Milošević (ICDSM).

[388]
[389] Previous attempts to silence Miloševi
Nova, July 17, 2001. ć by appointing a lawyer to defend his case

had failed.

[390] Because Milošević was perfectly capable of defending himself, his Dutch lawyer and advisor N.M.P. Steijnen on behalf of Milošević lodged a complaint with the Dutch Order of Attorneys with regard to these proceedings.

[391] Tribunal transcripts from September 1st 2004, pp. 32351-32358.

[392] *Targets*, April 2006.

[393] *Der Spiegel*, January 12, 2006, 129.

[394] Conversation with Nico Varkevisser of the Slobodan Milošević Freedom Center.

[395] Klaus Hartmann is the vice-chairman of the International Committee for the Defense of Slobodan Milošević (ICDSM).

**The Boomerang Effect**

On August 25, 2005, Geoffrey Nice was forced to admit that Milošević was no longer being accused of having tried to create a Great Serbia by force. As such, this effectively destroyed the foundation of the charges against him. After all, these charges had been based on, and connected by, the central accusation that Milošević, as the leader of a criminal organization, had done everything he had done in order to create a Great Serbia.[396] The tribunal was painfully aware that they had no case against him. The chances of reaching a verdict that would satisfy public opinion become increasingly slender.

The Dutch lawyer N.M.P. Steijnen stated: "However, the chaos soon became even bigger. The accusations now turned on his Western accusers like a boomerang. What the tribunal feared were the revelations from Milošević and the people he called to the witness stand concerning the role of the Western world in dismantling the Yugoslav Federation, the evidence that would be presented by him with regard to the systematic lies propagated by the West concerning the alleged attempts to create a Great Serbia, and the crimes committed by NATO in its aggressive war against Yugoslavia and Serbia, which he would bring to light. For instance, Milošević demonstrated, based on the testimony from predominantly Western witnesses, that there had been no humanitarian emergency in Kosovo on the eve of NATO's war on Yugoslavia in 1999. It was not Milošević's case that was in poor shape, but the tribunal itself."

[396] Press release written by Milošević advisor and lawyer N.M.P. Steijnen.

In a press release Steijnen wrote: "For years, the prosecutors had brought in hundreds of witnesses, in an endless row of 466 sessions, producing more than 5000 documents in their case against him, and they still failed to present a wellfounded case. The lack of written evidence, the deals between

the prosecution and defendants who were willing to testify against Milošević, none of these benefited the trial. "Tribunal worshippers" disguised as reporters have managed to cover up the fact that Milošević, based on witness testimony, has caused havoc among what was left of the charges."

Things only got worse for the tribunal when it was Miloševi ć's turn to defend himself. He called to the stand important witnesses that presented Carla del Ponte with serious problems, especially in light of the fact that most of her witnesses presented vague testimony. It was with the gravest concerns that the tribunal awaited this moment.

Things became truly exciting when Slobodan Miloševi ć announced at the end of February 2006 that he intended to call Bill Clinton to the stand. Apparently he wanted to show that the United States had waged an illegal war against Yugoslavia and that civilian targets had been attacked on purpose. Crimes against humanity! This plan was unacceptable not only to NATO but also because it threatened to destroy the Yugoslavia tribunal!

James Bisset, the Canadian ambassador to former Yugoslavia (1990-1992) said: "I was always skeptical about the tribunal, because I am convinced that it is an instrument that is designed to cover up the fatal blunders of the United States and its allies in the tragedy in the Balkans. The tribunal's purpose is to hold Miloševi$^ć$ and the Serbian people responsible for the all-out violence that hit this area in the 1990s."

The Russian general Leonid Ivashov stated: "Slobodan Miloševi ć was the only man who was in a position to testify about the role of the United States in the bloody disintegration of Yugoslavia in the Nineties, in full and in great detail. And that is precisely what he fought for during his trial for war crimes and genocide."

According to Ivashov, a failure to secure a conviction in the case against Milošević would not only have far-reaching consequences for the Yugoslavian tribunal, but also for the condemnation of the aggression of NATO and its Allies. Ivashov is still convinced that this is the reason Milošević was murdered.

Milošević was found dead in his prison cell just when his defense was gathering steam and he had begun building a solid case. He was too busy to contemplate taking his own life. He was very concerned about his health. But above all, he was motivated by a desire to tell what really happened in the Balkans. He had no reason whatsoever to kill himself, but the tribunal, which took its orders from the United States and its allies, had a clear motive to kill him. The tribunal was about to backfire in a serious way; it threatened to damage NATO, the very organization that had organized and funded the tribunal. Was Milošević silenced before he could expose the crimes of the United States and its NATO allies?

Closer inspection of the main causes of the crisis in the Balkans shows that the largest part of the responsibility for the destruction of Yugoslavia lies with the United States, Germany and other NATO allies. Every decision made by these allies was politically motivated and resulted in an escalation of the war and an increase in the number of conflicts among the population of Yugoslavia.

A few years after the disintegration of the Socialist Federal Republic of Yugoslavia, the International Monetary Fund (IMF) demanded that wages be frozen. Because prices continued to increase, however, this resulted in a dramatic reduction in average income. Under the supervision of the World Bank, more than half of the Yugoslav banks were ruined in 1989 and 1990. According to official statistics, more than 1100 companies went bankrupt in that period, resulting in 625,000 workers losing their jobs. However, the World Bank was not yet satisfied. In September 1990, a record number of 2435 companies went bankrupt, and 1.3 million people became unemployed. Within two years, two-thirds of all the nation's jobs had been sacrificed. Then, without any warning, all aid, credits and loans from the IMF and the World Bank were suspended. The fatal combination of measures that was forced on Yugoslavia had its origin in twenty-three articles that had been included in the United States law 1191 on November 5, in Foreign Operation Law 101/513. This contains regulations and stipulations regarding the economic destruction of enemy governments. As a result of this law, the federal government of Yugoslavia was no longer able to pay the interest on its foreign debts. Also, the nation's industrial sector no longer had access to the raw material it needed. According to *The*

*New York Times* of November 18, 1990, at that same moment a secret CIA document came into the open. That document predicted that Yugoslavia would collapse within eighteen months. In 1991, the European Council of Ministers followed the path laid out by the United States by intervening in the internal affairs of Yugoslavia through its own political demands and an economic intervention. As a result of these economic sanctions, the Yugoslav economy quickly fell apart.

During the Kosovo war, Lord Gilbert, the British Defense minister, in a remarkable statement admitted that NATO deliberately pushed for a war with Yugoslavia.[397] To this it needs to be added that, years earlier, after the Maastricht summit, it became clear in what way the French President Mitterrand and John Major, the Prime Minister of the United Kingdom, had agreed to the dissolution of Yugoslavia.[398]

Slobodan Miloševi$^ć$ was convinced of the need for a transition towards a market economy and a multi-party Democracy.[399] The transformation of Serbia towards a Democratic civilian state took place under his leadership. However, throughout that process he adhered to Yugoslavia's principle values: independence, freedom and social justice. And he turned his back on international capital when he used IMF loans to pay teachers and military personnel wages that had long been overdue.

[397] "NATO war was deliberate", in *Targets* of August, 2000, 2. [398] Michel Collon, *Bluf Poker: De Grootmachten, Joegoslavië en de Komende Oorlogen*, Berchem 2000, 91.
[399] His conviction drove him straight into the arms of the leaders of the New World Order.

Miloševi ć gave several speeches in which he described a group of dubious internationals that were deliberately creating chaos in the Balkans in order to take the next step en route to the New World Order. In earlier times, Milošević had been the darling of the Rockefellers and their cronies when he carried out the economic reforms and privatizations of state companies that the IMF had imposed. As soon as he stopped listening to them, the leaders of the New World Order turned their backs on him. The Illuminati give orders and demand obedience, and anyone who is brave enough to

resist them is in for a merciless treatment. In this sense, the actions against Yugoslavia were, in every way, representative of the nature of the mighty men who hide in the shadows. The cruel war against Yugoslavia is a clear warning to all countries in the world that want to remain independent! Slobodan Milošević can be considered the first political prisoner in the so-called "globalization" of capitalist ambitions. As a symbol of the resistance against the New World Order, he had to be condemned in a mock trial designed to approve NATO's war crimes, and he had to serve as an example to the "unwilling" dissidents who refuse to serve the New World Order.

Enforcing the free market and conquering important oil routes were not the only reasons NATO went to war against Yugoslavia. NATO also wanted to show the world how important a global army was for world peace, and how effective such an army can be against a so-called aggressor. NATO and the military-industrial complex thus swindled their way to a new "legitimization", and they used the conflict to test their logistics, their new communication systems and their reconnaissance technology in a "live" conflict. This aggressive military extention to foreign policy should serve as a warning to all potential areas of conflict. The Caucasus and Central Asia will be NATO's future areas of operation.[400] Long time ago, under the name GUUAM (Georgia, Ukraine, Uzbekistan, Azerbeizhan and Moldavia), a joint "Eurasian battalion" has been created, designed to be deployed in socalled "peace missions" in the region. The planned buffer zone just "happens" to be situated in an area through which Russian pipelines transport oil and gas to the West. NATO is used to fight uncooperative governments. Let the reader be warned: new conflicts and wars are already being prepared.

[400] *NATO After Enlargement*, 1999, 231. This book was compiled by NATO strategists.

## Chapter 37

# The War Against Afghanistan

**"It is the president's task to change the public opinion in such a way that a war, how ever unpopular it may be, receives full support."**
*Former deputy of the U.S. Democrat party Bob Kerrey*

Afghanistan has been the stage of several civil wars since 1978. After the proSoviet-Union administration fell in 1979, the Russians sent troops, took over the government and waged war on the armed Islamic resistance groups, the Mudjaheddin. Around four million Afghans died during this war.[401] It is interesting that the U.S. already began supporting the Mudjaheddin half a year before the invasion.[402] This secret operation was the largest in the history of the United States.[403]

The Indian expert Kunhanandan Nair spoke in 1986 about the most expensive mercenary war and the most elaborate secret operation in the history of the U.S. During the 1980s the U.S. supplied weapons to the Mudjaheddin with a value of millions of dollars. In March 1985 President Reagan had signed the National Security Decision Directive 166 with the purpose of gradually increasing secret aid to the Mudjaheddin. In 1995 alone, already more then 250 million dollars were spent in this manner. The new secret strategy of the U.S. began with an immense increase of arms delivery. It was a strategy that was thought out by U.S. Security Advisor Brzezinski, with the purpose of destabilizing the Soviet Union from the surrounding Muslim states: "You lure the Russians to Afghanistan, and then you give them hell on earth, their own Vietnam." With decisive support of the U.S. secret services, Afghanistan became the training-ground of at least 30,000 Muslim combatants, villains and fanatics willing to do everything and anything.

The former director of the CIA, Robert M. Gattes, confirmed in his memoirs that the U.S. Secret Service had indeed begun supporting the rebels in Afghanistan six months prior to the Russian attacks. An endless stream of CIA and Pentagon specialists visited the secret headquarters of the Pakistani Secret Service Inter Services Intelligence (ISI).[404]

At these secret meetings, the two groups discussed with Pakistani agents and military staff how they would help the planning and the operations of the Afghani rebels.[405] From 1985, thanks to the supplying of counter-defense missiles, the weakening of the Russians could commence.

[401] *Financial Times Deutschland* of October 26, 2001.
[402] Zbigniew Brzezinski, "Islamismo Afghano è Made in Washington" in *Chiesa Viva*, November, 2001.
[403] Fred Halliday, "The UN-Great Game: The country that lost the Cold War, Afghanistan" in the *New Republic* of March 25, 1996.
[404] The American Intelligence Service is monitored by the Rockefeller family.

Almost ten years after the Soviet invasion, the former American security advisor Zbigniew Brzezinski gave an interview to *Le Nouvel Observateur*. In this interview he declared: "According to the official version of the documentation, the support of the Mudjaheddin by the CIA began in 1980, after the invasion of the Soviet army on December 24, 1979. However, the truth that has remained concealed so far looks very different. On July 3, 1979, President Carter signed the first document that enforced the secret support to the adversaries of the pro-Soviet-Union regime in Kabul. On this exact date, I wrote the president a note, in which I declared that this support would certainly lead to a Soviet military intervention."

*Le Nouvel Observateur* : "Do you regret anything in hindsight?"
Brzezinski: "What would I be sorry about? The secret operation was an excellent idea. This caused the Russians to walk into the Afghan trap, and I should regret that?"
Between 1989 and 1990 the Soviet Union eventually had to retreat her soldiers from Afghanistan. The Afghan trap led to the death of more than two million Afghans and 20,000 Russian soldiers, and it led to six million refugees. The retreat of the Soviet Union brought no peace to the country. When the Soviet troops left, Washington left the population to the terrors of the rivaling gang members and Islamic fundamentalist militia. It caused a long civil war.
The CIA, the Saudi Arabian secret service and Osama bin Laden met several times in 1991. The exact contents of the discussions remain a secret,

but it is almost certain that the CIA was determined to show itself in Afghanistan. This country was on the most important route to Central Asia, where the large oil companies were preparing for the oil El Dorado of the future. The Saudis wanted to maintain the connection between Osama bin Laden and Pakistan. The U.S. felt it was a good plan because they needed a puppet state that would choose sides against the Shiite muslims.

The units of the Northern Alliance made themselves guilty of acknowledged crimes against humanity. In the period prior to the takeover by the Taliban, they had already divided the largest part of Afghanistan between themselves. At the same time, they waged war over power in Kabul. In 1992 Kabul became a battlefield of the rivaling Mudjaheddin armed forces. From the chaos and destruction that resulted, many fled the city and the country was largely destroyed. All that was left were ruins. 10.000 people were killed. Most of the civilians were killed by rocket and artillery fire. One third of the city was turned into smoke and dust. Many buildings were either destroyed or heavily damaged. In most of the areas controlled by the Northern Alliance, there was a complete lack of authority. In Kabul, troops raped women and committed mass executions and tortured and killed many, most of whom disappeared and were never found. Suddenly, the Taliban came forward in the form of a thirty-man guerilla group led by Mullah Muhammed Omar Akhund. They were brought into the country from Saudi Arabia and Pakistan and were financed by the U.S. With the blessing of the American government the Taliban took over the control of Afghanistan.[406]

It is said that the Taliban originated from a conspiracy between the U.S. and their ally Saudi Arabia, and that their objective was to prevent the Afghans in the refugee camps from the influence of the Iranian Islamic regime, an enemy of America. However, there were more reasons; the secret leaders within the foreign policy of the U.S. saw the Taliban as a useful instrument for stabilizing Afghanistan after twenty years of civil war. The ultra-reactionary sect seemed to fit well in their interest in the Caspian Basin and the Persian Gulf. The main reason for American interest in the Taliban was an estimated 4.5-billion-dollar oil gas piping line that Unocal wanted to run through Afghanistan. The oil company felt that as long as several warlords and civil war tore the country, uninterrupted access to the oil fields would be possible. The Frenchman Oliver Roy, a respected expert on Afghanistan wrote: "The power take over by the Taliban in Afghanistan in 1996 was

actually financed by the Pakistani secret service, by the oil company Unocal and their Saudi Arabian contacts. It was very clear that the Pakistani aid to the Taliban was well-supported: by both national and private institutions in Saudi Arabia, by the CIA and by the American oil company Unocal."

It is remarkable that Laili Helms, a cousin of the former American ambassador to Iran and chief of the CIA Richard Helms, was the ambassador for the Taliban in the United States.[407] The most important task of the Taliban was to secure the safety of the infrastructure and the planned oil gas pipeline that would link the states of Central Asia with the worldwide oil market. To ensure control over the largest un-extracted oil and gas reserve in the world, located in the new Central Asian republics of Kirgizia, Turkmenistan, Kazakhstan and Uzbekistan, several oil companies annually paid 180 million dollars to the Taliban.[408] The area of interest has immense quantities of oil and gas. The region of the Caspian Sea, to which Afghanistan forms a strategic entrance, contains about twenty-four billion cubic meters of natural gas and an estimated eighteen billion tons of oil, which corresponds to about a fifth of the entire supply worldwide.

The biggest problem with exploitation supplies from this region is getting it on the world market. For this purpose, Afghanistan is of utmost geo-political and geostrategic importance as a transit-country for oil and gas from the isolated Central Asia.[409] To be certain that rivals stay away, pipelines were planned that rather than passing through Russia, Iran and China, would go through countries like Afghanistan and Pakistan where the route was also the cheapest. This pipeline would connect, over a distance of 1271 kilometers, the fields of Turkmenistan's Dauletabad with the storage reservoirs of Multan in Pakistan.

In the late Nineties, however, the Taliban began threatening some regimes of other countries in the area that were loyal to the U.S. Also in Afghanistan the necessary stability for a safe construction of the oil gas pipelines was not guaranteed.

On top of that, the rumor was going around that the Taliban were only interested in constructing the pipelines with the Saudis. Nobody knows exactly what happened. The Italian newspaper *Il Manifesto* felt: "The Taliban wanted to compete with the Americans. The pipelines were not constructed at all." In the winter of 1998 and the spring of 1999 the U.S. reached the conclusion that the Taliban formed a major obstacle for the completion of American plans. The Taliban began to openly resist the

American plan, irritating the Americans and causing a shift in the U.S.-Afghanistan politics. There was only one solution: the Taliban had to disappear. From 2000 onward, the U.S. treated the Taliban as their enemy, an attitude that was enforced by the election of Bush. The U.S. government and Unocal were now convinced that the Taliban would not be able to sufficiently stabilize the country for the construction of either the oil or its pipelines.

Several insider reports showed that representatives of the U.S. government threatened Afghanistan with a war as early as 2001. The former French secret agent Jean Brisard and the journalist Guillaume wrote in their book, *Bin Laden: The Hidden Truth* (Paris 2001): "The conversations between the Bush administration and the Taliban began in February 2001, shortly after Bush's appointment. In March a Taliban delegation arrived in Washington, handing gifts to the new chief, including a very valuable Afghan carpet. Nevertheless, the conversations were all but friendly. During the negotiations the U.S. representatives informed the Taliban: 'Either you accept our offer, and we shall roll out a golden carpet for you, or we will bury you under a carpet of bombs.' During a secret meeting in Berlin on July 3, 2001, just two months before the terrible attacks in New York and Washington, the U.S. threatened that they were forced to take military actions if the Taliban would not "show their best behavior". It was the third meeting in a series of meetings that would determine the future of Afghanistan. Officially, the purpose of these conversations was to solve the Afghan conflict. During these meetings there were conversations about the Taliban's role in clearing the way for a pipeline from Kazakhstan. According to the former Pakistani minister of foreign affairs, Niaz Naik, the U.S. negotiators had conversations about a military intervention against the Taliban. During the break of one of these meetings they became more concrete: 'It concerned an organized attack by assault helicopters from a nearby base.'"

One of the American participants, Lee Coldren, sketched for the British newspaper *The Guardian* the situation of the United States: "The U.S. delegation was disappointed in the Taliban in such a way that they were thinking about a military intervention." It was left to three present and former generals from Pakistan to deliver this message to the Taliban regime.[410]

Bob Woodward, a renowned journalist that became famous for his report on

the Watergate case, stated in *The Washington Post* of November 18, 2001, that the CIA and a secret paratrooper division, the Special Activities Division, had already been negotiating with the chiefs and warlords in southern Afghanistan since spring that year. The secret division was composed of six-manteams of soldiers that did not wear military uniforms. The department behind these teams consisted of 150 trained combatants, pilots and specialists. The units of this special division had to establish an extensive network in the region, where the Taliban was quite influential. From the spring of 2001, there had been American espionage services that were active within the Afghan regime, a behavior that under other circumstances would have been portrayed as a terrorist activity by the U.S. government.

The British military magazine *Jane's International Security* reported on March 15, 2001, that the U.S. and Russia could possibly militarily support an attempt to push the Taliban front back in the direction of Mazar-e-Sharif from Uzbekistan and Tajikistan.

According to a message in the magazine *India Reacts* of June 26, 2001, the Russian President Vladmir Putin had already declared in a meeting of the Association of Independent States, which also includes several former Soviet republics, that a military attack on the Taliban would be imminent. Around June the military plan was ready, and the operation's planning was finished in July. A long time before September 2001, British armed forces in the region were mobilized.[411] The project was named exercise *Swift Sword*; 23,000 British soldiers were brought to Oman shortly before 911. At the same time, two American aircraft carriers navigated into the Arab Gulf by the coast of Pakistan. Moreover a group of 17,000 American soldiers and 23,000 NATO-soldiers were moved to Egypt for exercise Bright Star. All of these troops were ready for combat, even before any plane hit the World Trade Centers. On September 9, detailed plans were handed over to George W. Bush. The only thing that was missing was a suitable motive.

[405] Steve Coll in *The Washington Post* of July 19, 1992.
[406] In contrast to the Mudjaheddin, the Taliban are not a political party nor do they strive for their own state.
[407] *Rivarol* of October 5, 2001, 1.

408 *International Press Services* of August 22, 1995.409 The largest Afghans fields are Jorqaduq, Khowaja, Goger-dak and Yatimtaq. These are all in the surroundings of the city of Shebergan in the northern province of Jowzjan.
410 Werner Scheurer, "USA drohten den Taliban schon im Juli" in *Die Wochen-Zeitung* (WoZ) of October 14, 2001.
411 *BBC* of October 18, 2001. Also *The Guardian* of September 24, 2001.

## Chapter 38

# 9/11

**"You may deceive all the people part of the time, and part of the people all the time, but not all the people all the time."** *Abraham Lincoln*

Every war starts with a lie! Warmongers always need an excuse to rally the support of the people for a large military operation. Psychological manipulation has proven to be a very useful tool. An example, as we have seen, that fits into this category is the "incubator" story in Iraq. Iraqi soldiers were said to have taken 312 babies from their incubators in order to let them die on an icy hospital floor in Kuwait City. Later, this turned out to have been a fabrication by the daughter of the Kuwaiti ambassador in Washington. However, this lie helped secure support for military actions against Iraqi dictator Saddam Hussein. The interventions in Grenada (1983), Panama (1989), Somalia (1993) and Yugoslavia (1994 and 1999) can be added to this list. All these interventions were justified through media lies and false accusations. They are a continuation of a long American tradition of provocations in favor of military intervention, which started in 1776 with the "Boston Tea Party", and was carried on with the blowing up of the USS Maine in 1898 in Havana Harbor, an act that was then attributed to the Spanish. In the ensuing war against a weakened Spain, the Americans managed to annex Cuba, the Philippines, California and other areas by force. We have to be aware that we have been and are being manipulated in such a way that we no longer recognize injustice for what it is, which makes it easier to accept. In principle, this turns us into accomplices.

On September 11, 2001, the United States had to endure the most severe attacks in its history. Shortly before working hours started in the World Trade Center (WTC) buildings two so-called terrorist-hijacked passenger airplanes intentionally crashed into the Twin Towers. Because the attacks took place just before regular working hours, only 3000 of the 50,000 people that used to work in the WTC were killed.[412] CNN camera crews were allegedly there to film a fire drill. When they heard a plane, they coincidently pointed their cameras to the sky, not on the plane, but exactly on the place where the planes would crash several seconds later.[413] CNN

under direction of Chief Walter Isaacson arrived at the site so quickly that they could live-broadcast the second crash.

412 There were many rescue workers and firemen among the victims.413 The fact that the fire drill was planned precisely on that day was also quite coincidental, because the exercise was planned only once every two years. Moreover the cameraman filming an interview with some New York firemen nearby this southern spot of Manhattan was an employee of the same press agency that made the first recordings of the fatal accident of Lady Di. Both recordings had the copyright marks of Garnma Press.

Later, CNN showed a footage shot by a so-called amateur just happened to shoot the first crash. The man used his camera after he heard the humming of a plain engine. Strangely he did not point his camera on the plane. Like the CNN crew, he aimed his camera on the Northern Tower of the WTC, perfectly catching the crash on film. What amateur would possibly react to the sound of a plane engine? An amateur with the gift of foresight, allowing him to zoom in on the exact location of the crash? What a coincidence! Or was it? The American professor specializing in media, Joan Deppa said: "They staged it like a television-show ment for all of us to see." With a perfect sense of timing, the perpetrators made sure that their ultimate horror-scripted deed would be broadcast all over the world. There were exactly eighteen minutes between the first and the second attack. Then the second-hijacked plane crashed into the Southern Tower of the WTC, turning the building into a blazing inferno. After the first attack on the WTC in 1993, all power, telephone and other lines were safely secured and buried deep beneath the building. Yet the attack caused a complete power outage and subsequent failure of telephone, fax, email and comparable lines of communication throughout the entire area around the WTC!

The two 110-story towers collapsed within only two hours of attack and were completely destroyed in almost identical ways. About the same time the Southern Tower collapsed, the nearby WTC-6 collapsed after an explosion. After the collapse of both Towers, panic began to stir amongst the population and all bridges and tunnels to Manhattan were closed off. Exactly six full hours after the attack, at 16:30, without any apparent reason, a fire broke out in WTC-7. Although this Tower was hardly

damaged by the attacks, one hour later it suddenly collapsed as well. The next day the same thing happened with WTC-3. The concrete construction of both Towers had completely turned to dust.

The official statement regarding the cause of the collapse of the Twin Towers was that the temperature of the airplanes' fuel had risen to over 1000 degrees Celsius, allegedly causing a softening of the steel in the concrete. However, burnt hydrocarbons like kerosene can reach, under optimal conditions that a steel asbestos construction like the WTC does not offer, a maximum temperature of 800 degrees Celsius. Steel does not melt when it is exposed to a temperature below 1300 degrees Celsius. An architect of the WTC declared in a TV interview in 1998 that the building was constructed in such a way that the building, in case of fire, would be able to resist a temperature of 2000 degrees Celsius. Lee Robertson was responsible for the Tower statistics. He said: "The buildings were constructed in a way that they could even resist the impact of a jumbo jet, a plane with more fuel on board as the two "death planes" combined." In an interview with the *Jerusalem Post*, a couple of minutes after the collapse of the first WTC Tower, Aaron Swirski, one of the WTC's architects, stated that the Towers were designed to resist a plane crash. He said he was stunned to see the Towers collapse, because the Towers were constructed in a tubular construction that was specially designed to keep the entire building standing straight after a big blow to its structure.

The explosion in 1993 that heavily damaged the foundations of the WTC had, thanks to this building concept, not caused the buildings to collapse. *Targets* said on January 1, 2002, that from interviews with survivors of the WTC attacks it seemed that the New York Transit Authority had assured people leaving the WTC Tower first hit that everything was safe. A woman that fled from the 105th story said that she saw many of these people returning to their offices after hearing this reassuring news. In *Time Magazine* a witness said that they should have known that something was about to happen because there had already been daily evacuation exercises for a week. Some press photos from after the crash show office employees descending the stairs while firemen hurried their way up. The firemen knew that there was no risk involved for them. That is why they entered the building without fear. It is proven fact that the first group of firemen led by

Orio Palmer and Ronald Bucca made it to the 78th floor, the place where the plane entered the building. They did not report anything about a fire of 1300 degrees Celsius melting the steel construction neither did they detect a possible risk of collapse. This is supported by the fact that they called for reinforcements. Several minutes later the Tower collapsed!

The Towers broke far below the place of impact. The official statement, which is somewhat of a paradox, was that kerosene had dripped to several floors below before combusting. Experts believe that both Towers did not collapse because of the impact of the planes, *but because of explosives detonated a while later*. Although several witnesses and journalists heard explosions in the lower floors of the building right before the collapse, the media in the United States did not report anything about this. Moreover, multiple survivors that escaped from the Towers separately reported in several European television interviews about hearing explosions. Steve Evans said to the BBC: "There was an explosion. At first I did not think it was an explosion, but it shook the entire foundation of the building! And then, when we got outside, a second explosion took place, followed by some more. We are completely astonished by the sheer size of this disaster, caused by the explosion." A businessman, who came storming out of the WTC looking like a dust cloud told Danish television station DR-TV1 during a live broadcast,: "We were completely thrown off our feet by a huge explosion on the eight floor." The German Channel SAT1 also transmitted live coverage of interviews with people that had just escaped the Towers. One of them was Tom Canaban, who was interrupted and taken somewhere else by two FBI agents. A European opinion magazine, *Facts*, is one of a few magazines that published the hypothesis about the explosions on one of the lower floors. Several reporters said that they had observed the explosions just minutes before the WTC collapsed. Several firemen also heard the explosion. Fireman Louie Cacchiolo told *Time Magazine* on September 24: "I brought my firemen to the elevator on the twenty-fourth floor, so that we could evacuate the people from there. During our last attempt a bomb exploded." A German woman working in a nearby building later told CNN that after she had climbed onto the roof to see what was happening, she clearly heard several explosions seconds before the Southern Tower collapsed. A journalist declared that shortly before the collapse of the Towers, she saw a fireball. The newspaper *Free Press*

published a story about a man that had seen a series of flashes coming from between the tenth and fifteenth floors followed by some banging sounds. Not long after that the building collapsed. The eyewitness spoke of six flashes the Twin Towers were supported by six main construction pillars.

It is of importance that, when we closely compare the collapse of both Towers, we point out that this happened very similar, to how buildings are professionally destroyed by construction companies. The Towers did not collapse in a straight way. The buildings broke, as already stated, quite far below the actual point of impact. The kerosene of the crashed planes could have never been the cause of the very calculated straight collapse of the building. This was caused by explosions planned in advance. According to the experts a collapse as a result of a weakened structure should have caused the building to crumble in an asymmetrical way. Building destruction experts think that there is nothing more difficult than "falling" a building, because it has the tendency to fall sideways, like a tree. To prevent this from happening, explosives are placed in several strategic key points. With the exact calculated explosive power the building can implode, which means that the building collapses in a very controlled way, without risking damage to the surrounding buildings. Both Towers imploded in such a way. Explosives experts feel it is absolutely impossible that both skyscrapers collapsed in such a "controlled" way by such random acts of jets crashing into them.

Several experts have stated that such implosions could not have happened without explosives, especially since all the concrete turned to fine dust. Van Romero, director of the testing center of the "Research Center for Energetic-Material" affiliated with the "New Mexico Institute of Mining and Technology" stated: "Explosives were detonated inside the Twin Towers."[414] Romero is a respected physicist and an expert in the field of explosive charges. According to Romero, the collapse of both Towers was far too methodical to have been coincidentally caused by plane crashes. "There must have been explosives inside these buildings" he assures. "Only an explosion from the inside could destroy a building in such a way."[415]

Both Towers of the WTC have a concrete mass of 425,000 cubic meters and were completely pulverized. All that was left was a pile of rubble with the

rest of the building hanging over half of New York for several days as a thick cloud of dust. The pulverization of concrete demands an extremely high-powered explosion. Normally, according to experts, it takes at least 140 tons of explosives to come close to this effect.

[414] The "Research Centre for Energetic-Material" tests explosives and the effects of explosions in buildings, planes and other structures.
[415] Ten days later Van Romero had to revoke his statement, and a certain George W. Bush gave him a new job. He now works in the presidential commission for improving Hispanic-American relations.

**Facts**

The speed with which the buildings collapsed was the same speed with which an object would free-fall off the roof of buildings; it took only ten seconds. If we would believe the official statement, that the building fell down floor after floor, then a deceleration should have occurred, and the building should have fallen at a much slower rate. The floors had to have been already pulverized, before being hit by falling parts. The free fall of both Towers indicates the use of explosives.

When the Northern Tower collapsed, rubble and debris were blasted away in an almost horizontal way. Clouds of dust appeared very uniformly from the windows, one floor below the part that collapsed. This also indicates the use of explosives. Concrete does not become pulverized after the collapse of structures. This can only be achieved with the use of explosives. The concrete was already pulverized before it hit the ground.

Five days after the attacks, a NASA satellite took heat-sensor images of "Ground Zero". These recordings showed a temperature of 727 degrees Celsius and 747 degrees Celsius under the Southern Tower and under the WTC-7.[416] These temperatures can only have been caused by C4 explosives. The heat could not escape, because the entire building was on top of it. For months there was smoke coming out of the rubble. Peter Taley, director of a company that removed the rubble from Ground Zero and Mark Lasan, director of Controlled Demolition, have declared that molten steel was found in the basements of the WTC. This is only possible with high

temperatures caused by C4 explosives. Some experts are mostly convinced that micro nukes were used in each of the Twin Towers also, in addition to strategically placed Termite/HE cutters. The elevated tritium levels are as impossible to ignore as aluminum, molybdenum, boron, barium, vanadium, sulphur, et cetera.

If indeed explosives, and not the planes, caused the collapse of the Towers, then this should be detectable in the rubble at Ground Zero. However, such an inspection did not take place. In the United States the Energetic Materials Research and Testing Center is always called upon when a collapse or a disaster has happened. A surprised director, Dan Lopez, said that his firm was not asked to perform such an inspection at the site of the disaster in New York.

Important remnants of steel were removed and transported as soon as possible. Those that gave the orders were already working before any investigating commission could start! Recordings of the terrain were confiscated and some photographers were even arrested. In April 2002 almost all of the evidence, especially that of the disposal of the WTC remnants, were destroyed. With this method the United States government acted against legal regulations. William A. Manning, chief editor of *Fire Magazine,* the American technical journal for firemen, called this publicly "a destruction of important burden of proof."

[416] 1650 degrees Celsius = 3000 degrees F.

The Scientific Committee of the House of Deputies made public that the research was hindered because some evidentially crucial parts of the steel construction were missing even before the first investigators could set foot on Ground Zero. As the first "scrap disposal company", Controlled Demolition Inc. arrived at the rubble of the WTC. This company from Baltimore is specialized in the destruction of large structures. It is the same firm that also disposed of the remains of the Murrah building in Oklahoma City. They prevented independent experts from forming hard conclusions that would not correspond with the official statements about the attacks, with the goal being to prevent independent experts from proving that the now-executed Timothy McVeigh had blown up the building and that inside the building there must have been multiple bombs. Who did this?

That was also a point of contention for the WTC disaster. Recently, the concerned company Controlled Demolition appeared in the news for an alleged part in a party-sponsored scandal. According to the *American Free Press* the New York police criticized Controlled Demolition Inc. for their lack of transparency in certain actions. Several parts of the WTC's steel construction were not transported to the designated scrap dumps where experts could investigate them. They were instead transported to China to be remelted in Shanghai.

Evidence suggests that there indeed were explosives, so immediately the question rises: why did this happen, and who was responsible? It is well-known that terrorists sometimes use distractions (the planes in this case) to disguise a far more lethal blow somewhere else (the bombs). In this case the terrorists wanted to assure themselves that the buildings would collapse.

But why the perfect implosion? If the goal had been to reach the largest amount of victims possible, wouldn't it have been more logical to let the buildings fall sideways, hitting other buildings in the process?

**World Trade Center 7**

The WTC-7 (also known as the Salomon Brothers Building) stood at a distance of 100 meters from the Northern Tower. Not so long before 9/11 the twenty-third floor was renovated and turned into a bombproof command center (OEM bunker). Also this structure had its own water and air supply and could resist a wind force of 160 miles per hour. WTC-7 was used by the CIA, the Department of Defense and the Secret Service.

WTC-7 collapsed at 5:20 p.m., about six and a half hours after the collapse of the second Tower. The National Institute for Standards and Technology (NITS) claimed that the failure of a single column near ground level led first to a vertical progression of failures, causing the collapse of the East Penthouse, followed by a horizontal progression of failures leading to the collapse of all of the building's twenty-seven core columns, ending in a total collapse. In other words, NITS asserts that WTC-7 collapsed like a house of cards.[417]

According to the official report of the Federal Emergency Management Agency (FEMA), that was included in the 9/11 research report, there is no apparent reason for the events concerning WTC-7: "The reason for the collapse of the building remains a mystery."[418] FEMA's report blamed the collapse of WTC-7 primarily on fires, though it was inconclusive.

If you believe the official story that WTC-7 collapsed from fires, it would be the first case in history in which fires induced the total collapse of a steel frame building. Shouldn't that have been newsworthy, given its implications for building safety and rescue and firefighting operations? Incredibly, it is difficult to find any mention of WTC-7 in newspapers, magazines or broadcast media reports about the September eleventh attack.

As mentioned earlier, around 5:20 p.m., WTC-7 collapsed unexpectedly. Unexpected that is for everyone, except for a soldier with a foreign accent who warned a TV crew near WTC-7: "The building is going to collapse, no recording," putting his hand over the camera lens. Not more than twenty-five minutes before the collapse, a BBC live broadcast reported it. During a live connection with New York, reporter Jane Standley reported again that the WTC-7 had collapsed. While a fifteen-minute analysis was taking place, in the background behind her the building is clearly visible and standing untouched. Five minutes before the actual collapse, the broadcast was disconnected. Someone must have found out that WTC-7 was still there, and wanted to prevent the viewer from watching the actual collapse happen live. Apparently the script of the events was already written. However, some news stations were too eager to report it. They staged it like a television-show. Five years later, in reaction to the events, the BBC World Customer Relations stated: "The notion that the BBC has been part of any conspiracy is patently ludicrous. We reported the situation as accurately as we could, based on the best information available. We cannot be categorical about the exact timing of events that day. This is the first time it has been brought to our attention, and it was more than five years ago. If in the chaos and confusion of that day our correspondent reported that the building had collapsed before it had done so, it would have been a genuine error."

The evacuation of the area surrounding WTC-7 started sometime around 4:00 p.m. and was completed only a few minutes before the 5:20 collapse.

The warnings of the collapse, which are recalled in dozens of accounts by emergency responders, show a striking consistency of conviction that the collapse would occur.

Nowadays it is no longer a question why the building collapsed. Larry Silverstein, the owner of WTC-7 committed the following in the PBS documentary *America Rebuilds*: "I remember getting a call from the fire department commander, telling me that they were not sure they were going to be able to contain the fire. And I said, we've had such terrible loss of life; maybe the smartest thing to do is pull it. And they made that decision to pull, and we watched the building collapse."

417 http://wtc7.net/silence.html418 On September 11, the WTC-7 fire alarm system was placed on "test" for a period of eight hours beginning at 6:47:03 a.m. Ordinarily, this is requested when maintenance or other testing is being performed on the system, so that any alarms that are received from the system are considered the result of the maintenance or testing and are ignored.

There can be little doubt as to what context in which the word "pull" was used by Silverstein. The word "pull" is industry jargon for taking a building down with explosives.

Buildings do fall vertically, like WTC-7, only when destroyed by controlled demolition.[419] The controlled demolition of large structures is a well developed art and science. Removing a tall building from an urban landscape without damaging adjacent structures, a considerable engineering feat, is a task that only a handful of controlled demolition companies specialize in.[420] Danny Jowenko, one of the world's foremost demolition experts made no bones about what he saw when shown a video of WTC-7 coming down. "It was the finest controlled demo, ever performed. It was exquisite. The first-time termite cutting charges were used!"[421]

To prepare a building for a controlled demolition, several weeks, sometimes even months, of preparation are needed. This type of preparation is impossible in eight and a half hours, thus proving that the explosives had been there long before the attacks took place. Moreover the New York Fire

Department has no staff specialized in the demolition of buildings by explosives. This was clearly the work of professionals. We can assume that the WTC-7 was intentionally blown up and that the explosives were placed quite some time before September 11. That's why we can assume too, that both WTC Towers were not destroyed by so-called "terrorist attacks".

Different explosives and ignition devices were used in the demolition of the Twin Towers. Video recordings clearly show that the explosives were detonated separately, most likely with a remote control. This was necessary because a possible sideward collapse, destroying the Wall Street stock market for example, had to be prevented. On the video footage it is clearly visible that the collapse of the Southern Tower is controlled and managed.

WTC-7 was in a straight line with both Flight 011 and Flight 175 that flew in the Northern and Southern Towers. More and more people are convinced that the command center on the twenty-third floor was used to guide both planes during the operation. From here, the Twin Towers were probably blown up with a remote control. The building was reinforced and renovated earlier to protect the building against debris coming from the collapsing buildings. By destroying WTC-7 all possible evidence was lost in one blow.

[419] Some say Silverstein's statement is that "pull it" refers to withdrawing firefighters from the building.

[420] http://wtc7.net/silence.html[421] Hanisch Danny Jowenko is one of the most qualified demolition experts in the world. He belongs to a group numbering in the hundreds and "none" of them have disputed his statement about WTC-7, which he saw without knowing it was a WTC building even, so it was a blind study!

**The Pentagon**
Officially it is said that a half-hour after the terror attacks on the Twin Towers, a third Boeing 757 (Flight 77) crashed into the Pentagon. Thousands of people should have noticed the plane. Sadly, no one sighted this Boeing, nor is there a recording of the plane. Flight 77 had strangely disappeared off all civil and military radar screens quite soon after take off, when an hour later it suddenly appeared above Washington. How a plane

can stay undetected for an hour in American air space remains a mystery and should make one wonder.

It's reported that the plane showed on the radar that the pilot, upon arrival in Washington, flew around the Pentagon without even being bothered. Then, the pilot flew the plane downwards in a very controlled, deep spiral movement, and dropped the plane in two minutes from 7000 feet before crashing it into the Pentagon meters above ground level. What this would have meant was that this ace pilot, completely neglecting the existence of the law of inertia, stopped the plane in mid-air, then dropped straight down like a brick, before regaining full control and crashing it at high speed straight into the lower two floors of the Pentagon. How did this pilot manage to shut down the computer motherboard that, according the manufacturer, cannot be tampered with? The motherboard was designed to prevent free fall. Why did the pilot first fly around the Pentagon? Why didn't he just crash the plane into the Pentagon? Why did he choose exactly the part of the building that was undergoing renovations?

The fourteen-meter high street lanterns near the Pentagon were not damaged by the diving plane. Nor was any damage done to the perfectly manicured lawn that was directly adjacent to the building. It seems that unnecessary damage to the building had to be prevented. From recordings taken immediately after the attack, it shows that the façade of the building stood still before a part of it collapsed just a while later. A five-meter-diameter hole and a reasonably small fire were the only indicators of the disaster. The most recent data shows that 123 people lost their lives in the Pentagon that day, all necessary casualties for the cause.

The Pentagon is not a high building. Experts are confused by how the bold pilot was able to pull off the stunt of flying a three-story-high plane into only the lower two floors of the Pentagon. Upon comparing the size of the Boeing to that of the size of the place of impact, one sees that the place of impact is three times smaller than the plane's span! The surprisingly small hole in the building's façade should consequently have caused a large part of the plane to remain outside of the building. However, after the crash there was no trace whatsoever of the plane. There was not even debris present from damage to a building that should have had parts of the plane,

including its wings, lying on the lawn in front of it. From this plane, that flew unnoticed over what is probably the most guarded piece of space on American soil, no black box recordings or radar detection, nor passenger lists or signs of possible baggage or corpses were found.

The Pentagon publicized five pictures of video recordings. The images show a sort of white-colored explosive fire on the ground level and on the first floor. Later, the ceilings on one side of the higher-situated levels collapsed with the inner structure remaining intact. A passenger plane at full speed crashing into a building should have caused an entirely different effect. Why does the U.S. government publicize just five pictures of a video recording, and not pictures of an actual plane? And regarding the video recording, why wasn't the entire tape publicized? The five pictures that were made public do not show a plane. However there is a bit of smoke in the back of the picture that could indicate the presence of a flying object. It is hard to see the flying object because of a small pole present in the front of the picture. The Pentagon stated that the smoke was coming from a Boeing 757. This is impossible, because the white signs of condensation of water behind a plane are only visible when at great height or with extreme low temperatures (about minus 40-degrees Celsius). White signs are not visible at low altitude. The fuel gases of plane engines cause an increase in the amount of water vapor and particles of soot "behind" the plane. The extreme cold at great heights causes the air to contain only small bits of soot particles. The extra vapor from the plane's engines cause the formation of ice crystal clouds that an observer on the ground would interpret as white cloud stripes. These "stripes" usually form behind the plane, because the heat of the fuel gases prevents the shaping of clouds close to the engines.

The flying object that hit the Pentagon was probably a rocket. As opposed to an airplane, a low flying rocket will leave small white smoke clouds when flying in warm air closer to ground level as opposed to the minus 40-degree Celsius weather that Boeings require. It is important to point out that directly after the impact, it was the Pentagon staff and not the police or the fire department that collected evidence off the lawn. Whatever they collected must have had details about the actual events of what happened. Moreover, the fire inside the Pentagon was extinguished with water, which

is peculiar because burning kerosene is never extinguished with water! There was simply no plane!

Everybody that believes the official statement regarding the Pentagon attack should ask himself how the pilot was able to find Washington and the Pentagon without assistance from air traffic control. Additionally, they should ask themselves how Flight 77 was able to crash into the Pentagon, it being the most defended building in the world. It is impossible that a plane could fly unauthorized and, most importantly, unnoticed into it. This plane, based on the power of America and its intelligence agencies, could have been intercepted long before. An interesting fact is that the entire area surrounding the Pentagon is covered with programmed anti-air invasion rockets. All planes without a cleared military frequency entering this particular air space are shot down immediately.

Knowing this, we should then ask *if*, though highly unlikely, Flight 77 did fly undetected and unaided to the Pentagon, who shut down its air-defense system? The answer to this is quite simple: It was those that needed to justify and finance the "War on Terror". It was select members of the American leadership. They cooperated, with the world elite, in the attacks on 9/11.

What did happen to Flight 77 is unknown. There is no direct evidence, but rumor has it that it ended up at a military base in Ohio. Both its passengers and crew were led to an area where bombs ended their lives in a gruesome way. The bodies were transported to a morgue in Dover, Delaware, where, the bodies of the victims of the Pentagon attack were delivered simultaneously.[422] The people in Dover would never notice that the victims did not arrive from the same location. Whatever happened, the additional bodies were definitely not from the Pentagon. After doing an autopsy on the bodies of the victims of the alleged attack on the Pentagon, American pathologist Thomas R. Olmsted stated: "I could find the name of every victim, but I didn't find a single trace of the people the police had designated as the hijackers. I can only confirm that I did not find any evidence of any Arabs aboard the plane."

**President Bush Saw the First Crash Before Nine O'clock** On 9/11, George W. Bush had an appointment with schoolchildren from the Emma E.

Booker primary school in Florida. When the first plane crashed into the first Tower at 8:45, he knew about it while in his limo en route to the school. During a press conference in California, Bush stated that he "had seen on television the first plane attacking the Tower." Despite this disastrous event, he still went to his appointment and chose not to cancel in response to the country's national disaster. On the official website of the White House were several interviews with President Bush asking him what he experienced the moment he heard about the attacks. On December 4, he said: "I was still waiting to enter the classroom when I saw a plane hitting the Tower [probably the television was on]. Because I am a pilot myself, I noticed that it was an awful pilot. I thought it was a terrible accident." So, all Bush thought was that the crash was accidental, caused by an awful pilot. As a matter of fact, the sky above New York is a no-fly zone, making it impossible for a passenger flight to crash into the Towers. Bush's statement is quite weak.

In Florida, Bush quietly continued his visit. He was welcomed and escorted to the classroom where he listened to the stories with children. How long did all of this take? It must have been ten to fifteen minutes. This means that what Bush saw on the television in his limo could not have been much longer than three to eight minutes after the first attack. But there was no footage of the attacks shown by any TV station during that period of time. What did Bush see? Was he watching an internal live broadcast in his presidential limousine?

In the *Sarasota Herald Tribune* of September 12, 2001, it was written that Bush had hardly sat down in the classroom, filled with second graders listening to the story about a goat, when his secretary, Andrew Card, whispered the news about the second plane flying into the WTC in his ear. He didn't move a muscle, and kept on listening to the children. Would you, if you were the president of a country, be able to not move a muscle, and continue listening to schoolchildren when you had just heard such terribly shocking news? Why did Bush not act surprised or shocked when he allegedly heard about the attacks for the first time, and in front of a recording camera? An experienced chief of police that had examined the footage of this event said that in his opinion "he must have already known what had happened!" While Bush was sitting in that classroom, Americans

were being butchered! It is remarkable that it took about half an hour before Bush informed the press about the tragedy.

[422] The killed staff members of the Pentagon were first brought to a morgue in Virginia, before they were transported to the morgue in Dover, Delaware.

As mentioned earlier, this book will try to provide information and critically encourage you to rethink the events of 9/11. A study of his reaction and lack of action shows that Bush was in no hurry to get back to Washington. For the larger part of the day, the president was nowhere to be seen on 9/11. In an underground bunker on a naval base in Louisiana, a short message from him was recorded. Several hours later, Bush was flown to the headquarters of the Strategic Air Commando in Nebraska. There he had a meeting with several "big shots" from the American financial and economic world, including several representatives of a company that held office in the higher floors of the Southern Tower of the WTC. These big shots landed, just *before* the 9/11 attacks in New York, at the Offutt Airforce Base in Omaha, Nebraska, to take part in a charity event. Among them was billionaire Warren Buffet, one of the largest stock traders in the world! As mentioned, the chief commander of the U.S. army, President Bush, had also secretly been present at this base. Now the question arises: Why would several important people from the economic and financial world (some of whom hold office in the WTC) take part in a charity event held at a highly secured military base on the morning of the worst infringement on American security? It is unacceptable that America and the world seem complacent with the answer: "purely coincidental".

Additionally, it has to be said that shortly before the attacks, an unexplainable wave of speculative stock trading took place on the American Stock Exchange. An unidentified group of people waged money on an "imminent crisis" before the attacks. It is important to know that on the stock exchange there was fierce speculation on the devaluation of the airline companies United and American Airlines, interestingly the companies involved in the events of 9/11. What never made it to the press was that friends close to George Bush sold all their shares in these companies. Shortly before the attacks, the entire stock capitals of airline, tourist, insurance and financial enterprises that held offices in the WTC

were sold. Also, several five-year bonds, with each bond valued at five billion dollars, were bought. The *Wall Street Journal* of October 2, 2002, reports: "Bonds with a five-year term are the best way of investing in case of a worldwide crisis, especially when this crisis concerns the U.S. The securities' attractiveness is based upon their certainty and the government's guarantee, and is especially preferred when investors want to avoid more risky investments like shares. The value of the bonds has skyrocketed since 9/11."

Who were these unidentified individuals that waged large sums of money on an approaching crisis? A well-informed banker assured that these were members of the Federal Reserve Bank: "Directly or indirectly, the Federal Reserve Bank immediately bought stocks." As previously mentioned the Federal Reserve Bank, in which the Warburgs, Rockefellers and Rothschilds have interests, has never been under the control of the U.S. government. The bank is actually a privately owned enterprise that even disposes of the U.S. gold reserve.

The Rockefellers owned the WTC from its construction.[423] Is it purely a coincidence that on July 23, 2001, seven weeks before the attacks, it was sold? Bought by Larry Silverstein, the Towers were immediately insured against terrorist attacks, an incredibly expensive insurance because such an attack was considered very rare.

On 9/11 George W. Bush did returned to Washington after 19:00, almost ten hours after the attacks. This decision received a lot of criticism. Karl Rove, the head of the White House Office of Strategic Initiatives informed the press about why Mr. Bush did not return earlier; stating that the plane that crashed into the Pentagon could possibly have been targeting the White House. Also, the administration feared the possibility that the presidential plane, Air Force One, was also in danger.[424]

In the afternoon of September 12, "The Associated Press" and "Reuters" publicized the possibility of a mole in the White House. *The New York Times* stated that an anonymous caller, announcing an attack on the presidential plane *Air Force One,* had used several secret code words that indicated he possessed secret government information. The White House

spokesman, Ari Fleischer, said: "We are talking about a believable spy in the White House, not about a vague suspect." Karl Rove confirmed that the terrorists knew ultra classified codes and safety regulations of the White House![425]

William Safire, columnist with *The New York Times*, and a former advisor to Richard Nixon, pointed out an important question in his column: "How did the terrorists get the encrypted information and the decoder, which enabled them to penetrate the White House? Knowledge about the decoding, the place of residence of the President and secret emergency scenarios indicates that the terrorists must have had informants inside the FBI or the CIA."[426]

Whether or not the question from William Safire led to the government admitting two weeks later that there had been no such phone call threatening attack on the presidential estates, we will never know. The fact that high members of staff make up stories in times of crisis to protect the president's image is of major political importance. When the White House spreads false information twenty-four hours after the attacks, confusing the opinions of the world and the American people, how can we ever believe the other statements about the 9/11 attacks? The story that was spread on September 12 by Karl Rove, Ari Fleischer and several other members of the White House staff makes one wonder about the danger of such actions, that may be even more dangerous than Bush's lack of action on 9/11.

[423] Nicholas Rockefeller predicted in early 2000 to Hollywood director and documentary film maker Aaron Russo that an event would soon happen to allow for a Caspian pipeline, an Afghanistan invasion and an Iraq invasion. [424] *New York Times* of September 23, 2001. [425] *Neuen Solidarität* No. 38, 2001.

[426] *The New York Times* of September 13, 2001.

The government lied to the American people and to the rest of the word. She either lied on September 12 when the government fabricated the story about threat to Air Force One, or she lied two weeks later when the statement was recalled. If there in fact was a phone call and it indeed was a threat, then we can conclude that the terrorists must have had contact with

some official institution in the American administration. Bush's behavior at the school in Florida makes you wonder about something else; did the Bush administration already know about the attacks *before* 9/11?

**Unusually Empty Planes**

Just as significant as the fact that few people were in the WTC, is the fact that there were very few people in the hijacked planes.

- Flight AA 077 : 289 seats, 64 passengers (three-quarters empty)
- Flight AA 011 : 351 seats, 92 passengers ( almost three-quarters empty)
- Flight UA 175 : 351 seats, 65 passengers (four-fifths empty)
- Flight UA 093 : 289 seats, 45 passengers (four-fifths empty)

Was it just a coincidence that all four planes were just as equally understaffed? Did American Airlines (AA) and United Airlines (UA) always fly with this few people? If so, then they would have gone bankrupt long before that fateful day! Normally, it never happens that a plane is empty by seventy-five to eighty percent! Flights that have less then fifty percent of their capacity filled with passengers are usually cancelled or combined with other flights, because no airline company can afford such a loss of income. For the attacks, Boeing planes with big, full tanks (45,000 liters kerosene per plane) were necessary.[427]

Moreover, the planes had to be almost completely empty to prevent the terrorists from being overcome by other passengers. Which terrorist organization manages to hijack planes with a maximum amount of fuel, intended for long-distance flights and a minimal number of people (passengers and crew) on board?

**The Intelligence Services**

The U.S. has the most advanced intelligence network in the world. The gathering of information and the surveillance of telecommunication is trusted to the CIA, the FBI, the National Security Agency, the Defense Intelligence Agency and the Defense Signals Intercept Organization. This entire network is financed by a foundation which has an estimated annual budget of thirty billion dollars. Officially, it is said that neither the CIA nor its rivals in the Pentagon with their spies and informants, nor the FBI with its anti-terror specialists, knew anything about the preparations of the

terrorists. Also, it is improbable that the National Security Agency (NSA) and the secret service, which checks all faxes, telephone and email messages, would not have stumbled upon such disturbing information as what took place on 9/11. Not one single U.S. security service agency had any idea about the planned attacks against America. Also, neither the espionage satellites nor the special espionage planes managed to catch a single alarming signal. Ted Gunderson, a retired head of the FBI in Los Angeles, stated to the *American Free Press*: "It is impossible that the secret services did not know anything about the planned terrorist attacks. Our secret services and the Mossad must have known about it." Terrorism expert Mike Yardley said: "This is an unforgivable mistake of our security and secret services. On both terrains enormous mistakes must have been made."[428] The attacks must have had a preparation time of about three years. Did the intelligence services intentionally miss the tedious planning of these events? Were the American secret services aware of the planned attacks? Was it a gigantic slip up, or a carefully planned and intended slip up?

[427] These planes were used for long-distance flights (from the East coast to California).

It is very remarkable that the Bush administration informed the public within hours after the attacks that the wanted Arab millionaire Osama bin Laden, leader of terrorist group al-Qaeda, was responsible for the attacks. According to government spokesmen, everything indicated this, and the media announced that they had found undeniable evidence supporting this claim. Directly after the attacks, American investigators alerted their German colleagues that the trails of the main suspects led to the Federal Republic, especially to Hamburg. Supposedly, Germany was a base of operations for Islamic terrorists. John Ashcroft declared in Washington on October 23, "It is clear that Hamburg served as a central base of operations for the attacks on 9/11."

German security experts were astonished about the speed with which the FBI and the Bundeskriminalamt (BKA) presented the suspects and their conspirators. An insider declared: "It is as if the Americans had already possessed all the information about the perpetrators for a long time." The

Danish magazine *Ekstra Bladet* stated on October 23, 2001, that the editorial staff had an FBI list with 370 names of alleged terrorists on it. The list contained numerous details such as aliases, addresses, telephone numbers and e-mail addresses. When the editorial staff handed the list to Wayne Madsen, a former NSA agent, he said that the FBI could have never made such a list that quickly after 9/11, stating that the people on the list must have already been examined for a long time by the FBI. With the information that is now available, the allegations of the Bush administration that the attacks were unexpected and unpredictable and that no government official was aware of impending attack on American soil is no longer credible. The intelligence agencies had several serious warnings that indicated a possible attack on the U.S. Several agents of the FBI, CIA and other intelligence communities now admit that they pointed out to the Bush administration the possibility of a terrorist attack that was planned to take place "in a short period of time." The main targets would be buildings in Washington D.C. and New York and would take place around September 2001. Vice-President Dick Cheney, the government official responsible for counter-terrorism, received multiple warnings from the FBI. Some of these agents reported that Cheney hardly reacted to their warnings and chose not to take any action. In the summer of 2001 John Ashcroft said that the head of the FBI, Thomas Pickard, told him about imminent threats, which he eventually stopped wanting to hear anything about anymore. On August 2001, when Bush was on a holiday at his ranch in Texas, information was given to him about a possible terrorist threat. This information concluded that the alleged targets were in New York and Washington D.C. and that the possible modes of attack would be by hijacked airplanes. The White House kept that statement from August 6 a secret for two years, because they believed it to be very confidential information and publicizing it could be a danger to the U.S. Two years later security advisor to the president Condoleezza Rice claimed that the document contained nothing more than a "historical review", and that it was not a message that could have given the government the opportunity to prevent the attacks from happening. If that was the case, then why was it necessary to keep the information a secret?

[428] *Süddeutsche Zeitung* of September 20, 2001.

On October 8, 2002, the important and well-respected English newspaper the *London Telegraph* publicized information that the IRA possessed secret recordings of conversations between President Bush and Prime Minister Tony Blair. In these recordings Bush gave away that he already knew about the attacks before 9/11. This information was confirmed by the security sources. David Trimble, Prime minister to Northern Ireland and chairman of the Ulster Unionists said: "This republican espionage is at least ten times worse than Watergate."

Witnesses close to the Bush administration declared that between January and July, 2001, Tenet handed over at least forty researched cases of possible terrorist threats. Bush did not react on these repeated warnings concerning possible attacks. Instead, he made evidence disappear and manipulated the official reporting. Agents of the FBI and the CIA couldn't do anything about this, because the Bush administration and especially the Department of Justice did not permit them to do so. George W. Bush and his administration constantly frustrated the investigations. They caused disturbances to many well-intended attempts to prevent these attacks. This made it a lot easier for the perpetrators to execute their plans because the suspects were not hindered in any way.

All of the suspected 9/11 terrorists were on a list of wanted potential terrorists prior to 9/11. Despite the fact that they were not allowed into the U.S., they managed to enter and leave the country on numerous occasions unhindered. It was even possible that they could, without using any aliases, enter military terrains. Rainer Rupp, who worked several years at the Economic Directorate of the NATO in Brussels, wrote in the daily newspaper *Junge Welt* of October 19 that in a phone call with a high ranking officer of the Pentagon, the officer confirmed that several terrorists that were active on 9/11 were trained on American military bases like Forts Bragg and Benning. Officially, it is admitted that five suspects had training in one of the high-security facilities during the Nineties.

How is it possible that terrorists were trained in such camps, and for what purpose? It is also remarkable that former trainees of these camps often get appointed as officers or as members of staff for the CIA or military intelligence services.

There are some firm reasons to assume that the "puppeteers" behind the U.S. government helped finance the terrorists. The most important questions that arose after 9/11 were: Was it *only* negligence of the Bush administration, or was there a clear decision to allow the terrorists to continue their horrific plans? Did the government officials help with the planning of these terrible acts, and were they supported by George W. Bush and his close staff? And was all this intended to base as a reason for a planned war in Central Asia and the Middle East?

**The Air Defense Systems**

When the first plane crashed into the WTC, it was clear that the U.S. was in an unusual situation. The entire country was in state of emergency. This should have led to an increased alert of both the air defense and national defense systems. These systems are activated daily and constantly modified and updated in order to be able to react threats. On September 11 they were shut down despite the serious nature of the situation. The entire air defense system was simply shut down. This could only have happened when some high-ranking staff members worked together to shut down the system. Such actions should have been reason enough for termination of employment of those responsible, and that's exactly what would have happened had such actions would not been supported by the highest members of American authority.

Routinely checked and maintained safety systems cannot easily be shut down without someone noticing. How failure of such emergency systems could occur and go unnoticed is unfathomable. Also, considering the catastrophic nature of the attacks, the highest ranking military officers would have been alarmed. Additionally, if the shutting down of the air defense system of the most powerful nation in the world had truly been the work of lower-level employees, these individuals would have been arrested immediately. The sabotage of such a strict hierarchically controlled and routinely updated defense system would not have been possible without the cooperation of high-ranking officers. These officers certainly include the likes of President George W. Bush, Vice President Dick Cheney, Minister of Defense Donald Rumsfeld and Air Force General Richard Myers. Michael Magrelow, an expert on the Russian secret service and the vice-chairman of

the Commission Foreign Affairs of the Russian Federate Counsel said on September 14, before the Russian television channel NTW: "The combination of the hijacking of the planes by super pilots, plus a simultaneous shut-down of the air defense system, plus the extremely accurate attack on the buildings, looks more like a well-planned conspiracy than like a simple terrorist act."

Never discussed or solved was the mystery of how the terrorists were able to disable the catastrophe-proof black boxes and voice recorders of the hijacked planes. Moreover, it is claimed that the hijackers were able to overpower both crew and passengers without any one of them being able to send out a distress call to the aviation authorities. Even more remarkable is that not a single pilot was able to use the control stick to send distress code 7700 to the authorities at ground level. The pilots did not type the four-digit code because the transponders of all the planes were shut down. How is this possible? Were the hijackers behind the controls all along? If so, they must have been informed about the rather complicated and exact procedures that are unique to each airline.

Stanley Hilton, former chief of staff to Republican senator Bob Dole, is not only a political scientist but also successful and well-renowned defense and prosecution attorney. He has known Donald Rumsfeld, Paul Wolfowitz and others for decades, and according to him: "I attended the same university as Rumsfeld and Wolfowitz in the sixties, we studied together at the University of Chicago, I know them personally." After the 9/11 attacks, Hilton represented a group of 400 people in a case against George W. Bush, Condoleezza Rice, Cheney and Rumsfeld. In his accusation Hilton accused Bush of national treason and mass murder, claiming that Bush and his puppets Rice, Cheney, Rumsfeld and Tenet did not only allow and support the operation, but that they also helped plan it.

An essential issue in Hilton's accusation is the several day-long exercises, coined "war games" that were held by NORAD simulating several forms of aerial attacks by hijacked planes. These "war games" were, coincidentally, also held on 9/11, which caused a lot of confusion. On the day of the attacks the "vigilant guardian" simulated an attack on the American air-defense system. Stanley Hilton had documents and witness testimonies under oath from former FBI agents and informants that prepared these "war games".

During the two months prior to September 11, 2001, thirty-five of these "war games" were prepared, with five of them taking place on September 11 at the exact time and day that the real-life version was taking place! An agent from the Disaster Control Service admitted, on tape, that he was already present on the night of September 10, to prepare himself for the game. According to Hilton soldiers, NORAD employees, FBI and the civil aviation controllers were all part of the "war games". The real attacks were mistaken for the "war games" by all the air defense services. It was the "war games" that shut down the entire air defense system!

In an interview on September 10, 2004, Hilton stated: "Documents that were investigated by the Security Counsel showed that the "war games" were changed into the real thing." Investigator and author Mike Ruppert claimed in his book *Crossing the Rubicon,* that Vice-President Dick Cheney led war game *Tripod II,* an exercise in Manhattan. Allegedly Cheney was present himself and in control of the entire 9/11 operation. According to Ruppert, Cheney was responsible for shutting down the defense mechanisms of the United States.

**All Fingers Point to the Islam**

It is questionable that the so-called terrorists made so many crucial mistakes. They left numerous traces, like the credit cards with which they paid for the tickets, a copy of the Koran and a video in Arab with the title *How do I Fly a Plane?* How could these mistakes, considering the shown professionalism and care with which they acted, ever happen? These obvious mistakes do not fit the pattern of their alleged actions. Professional terrorists just don't make such mistakes!

Moreover, the alleged commander of the terrorists left farewell letters, addressed to families, in a car. Why were these letters not mailed? All this indicates that these traces were manipulated. The FBI released information that the lead suspect, Mohammad Atta, had lost a suitcase during his flight from Boston to Portland, which led to him missing Flight 11 (the plane that hit the North Tower). In his suitcase they found airline company uniforms, a video about commercial airplanes, a farewell letter and a will. Where was he supposed to watch this movie when his luggage would have been stored in the cargo compartment? What possible use could the packed uniforms

have since he would not have had access to them once he was on the plane? Why did he not leave a farewell letter at home or mail it to his family? The WTC attacks would certainly have caused the letter to be destroyed; therefore writing it would have been useless, yet he still did so. Why would he write a farewell letter and will that he knew nobody was going to be able to read? At the beginning of this hand-written and highly questionable letter wrote: "In the name of God, myself, and my family." It is very strange that a very religious Muslim would include himself and his family in such a prayer. Logically, right after the word "God", he should have mentioned the prophet "Mohammed". "The time of pleasure and idleness has ended," Atta's letter continued. Pleasure and idleness are considered sinful deeds by radical Muslims. Is it possible that those who prepared to die for their faith had sinned against this very faith? Why would Atta encourage his comrades to recite the morning prayer, and why does he start citing parts of it? Shouldn't it be expected that strict Muslims are able to pray on their own initiative, and that they should already know this prayer by heart? It is equally likely to expect an active Christian to be able to recite the Lord's Prayer by heart. Atta's document continued with "Obey God and his messenger, and do not struggle amongst yourselves when you feel yourself weakening. Everybody hates death and is afraid dying."

Strange that a Muslim fundamentalist would fear death; he is taught not to fear death. For him death is the beginning of a new life in paradise. He considers it to be an honor to die for Allah, and looks forward to it. The weird letter written by Mohamed Atta, released by the CIA, mystified every Muslim in the world! Atta's father swears that his son has never had any interest in religion; he never wore a beard, which is obligatory for the very religious Taliban. On the contrary, according to the gossip magazines, Atta often visited prostitutes, drank alcohol, and enjoyed life to the fullest. This creates a dichotomy of Atta, on one side deeply religious and willing to sacrifice his live for God, and on the other a man that was completely detached from religion.

Everybody that flies regularly knows that suitcases sometimes get misplaced. When the suitcase with the uniforms and the farewell letter was missing after it was examined, why Atta wasn't arrested before the attacks. Didn't the attackers think of that? Why did they even have any suitcases,

when they had intentions to use the plane as a bomb? And above all, for such a large act of terrorism why did they not use fake names or fake I.D.s, considering Atta was already under FBI surveillance? The simplest precautionary action on the part of the "terrorists" would be to have used fake I.D.s. Allegedly, the terrorists used credit cards to rent a car in which they left a copy of the Koran. Why did they not take the Koran with them aboard the plane? Wasn't their attack an attack motivated by religion?

Some time later, a manual was published that allegedly was written by Atta. The manual claimed that groups of Sunnite-Shi'ite background were the culprits of the attack. However, Osama bin Laden has a Wahhabi background, and the Wahhabi would never call on the Sunnites because the Wahhabis have been hostile to Sunnites for over 300 years. Wahhabis consider Sunnites to be apostates who strayed off the right path of Islam, and thus deserve to be killed in the name of Allah.

Terrorist attacks carried out by terrorist organizations usually result in the group claiming responsibility and declaring its ideologies. Such groups include the RAF, guerrilla fighters and rebels and suicide bombers in the Middle East. For September 11 however, America's secret service agencies never identified one specific perpetrator or group. This was because no one individual or group claimed responsibility for the attacks. The perpetrators seemed to prefer to remain unknown, still they were so careless as to leave a car with a Koran and an Arab flight manual at the Boston airport, even though they did not intend returning. All this fits the behavior to someone, or some people, who wanted to leave a fake trail.

On September 13, the media reported that in the rubble of the WTC a passport was found that had belonged to one of the terrorists. The plane's black boxes did not survive the heat, but this passport had survived the crash, fire and collapse of a 110-story building! When the exploding planes had caused steel to melt, and human bodies burned to ash, could a passport made of mere paper escape such an inferno? Even more miraculous was the "discovery" that this passport belonged to one of the terrorists!

According to an official statement from the American government, the black boxes belonging to the planes that crashed into the WTC were never found. Firefighters Mike Bellone and Nicholas DeMasi claimed the

opposite: "We handed over three of the four black boxes to the FBI. These agents told us to keep it quiet." Mike Bellone believes: "the only reason that I can imagine why they are trying to conceal the truth is that the government knows they are responsible for the entire [events of September 11], and that the evidence can be found in these black boxes."

Why did the terrorists book national flights under their own names? Weren't they afraid that they might be caught before completing their task? They were after all closely monitored terrorists whose every waking minute was being monitored and recorded by American intelligence.

How could it be that in such a professionally planned and executed operation, the perpetrators left such dumb traces of evidence? The "leaving" behind of this evidence served only one purpose, and that was to portray Islam as a religion that instigates terrorism, and make Muslims the enemy. Former German minister Andreas von Bülow stated: "This idea of Islam as the new enemy comes directly from Brzezinski and Huntingon, two ideologists of the American secret services and foreign policy."

The suicide attacks on the Towers demand extraordinary skills. The American government announced that the terrorists acquired these skills from flight simulation, and courses in flight schools in Florida. Of course the latter claim does not ring true, because why would the terrorists attempting to attack a country take flight courses in the same country they're planning to attack? Wouldn't it have been easier and safer to take such lessons at home in Afghanistan?

The owner of the flight school, Huffman Aviation, in Florida was Dutchman Rudi Dekker. According to police records, Dekker was prosecuted for fraud and money laundering in the Netherlands. He started the flight school at around the same time that the terrorists came to town and started their training. It is remarkable that Rudi Dekker was permitted to hand out the much-desired immigration form 1-20M to the pilots. This form makes it easier for foreign students to get a visa to the U.S. to start an internship or study there.

The sister company to Huffman Aviation, Britannia Aviation, also received special attention from the American government and was protected against

investigation by the local Venice police, who had been warned not to bother either company. Britannia Aviation was located in one of Dekker's hangars at the Venice airport. It was a company without any active assets, staff or historical records. Its capital barely netted 750 U.S. dollars. Moreover, although the company lacked a valid license from the aviation authority FAA it still could operate by permission of the Drug Enforcement Agency (DEA). It is a fact that Britannia Aviation has completed successful plane checks for Caribe Air, an aviation company based in the Caribbean and controlled by the CIA. Why did the DEA give Britannia Aviation, where the terrorists completed their training, the special privileges that protected them from the law and police departments? The company not only has ties to the CIA, it is suspected of smuggling drugs, worth billions of dollars, into the U.S. It is also known that some pilots, who once supplied the terrorists in Nicaragua with weapons, operated from the same airfield as the terrorists did some twenty years ago. Is this just coincidence?

In the eight weeks after the attacks, there were more than 1000 suspected individuals and alleged witnesses put in custody. But only a few days after the hijackers left from Boston to set course to the WTC in New York, the green light was given by the American government for a Lear jet charter service to transport several members of Saudi royalty from the U.S. to Saudi Arabia. The plane left from a private hangar near Raytheon Airport Services, an important enterprise that used to have strong ties with the secret service. The owner of this Lear jet was Wally Hilliard, the only supplier of Lear charters in the southwestern part of Florida. Rudi Dekker is a partner of Hilliard's enterprise, and is even supported financially by Wally Hilliard. This evidence reinforces the existing suspicion that during the activities and the training of the alleged terrorists, there were very close ties between these companies and the CIA. What conclusion you come to regarding this information is up to you.

In an interview with "CNN" on September 15, Egyptian President Hosni Moebarak criticized the public's guessing regarding the terrorist pilot training: "Some of the pilots allegedly got their flight training in Florida. Many people learn how to fly and have a license to fly. That doesn't mean that they are all able to commit such an action. I speak as a former pilot, I know about these things, and I even flew large machines, even warplanes. I

know very well that something like that is certainly not simple." After clocking several hours learning how to fly small Cessnas, the al-Qaeda pilots were apparently prepared enough to control hundreds of instruments and devices in the cockpit, including shutting down the auto-pilot and transponders. In addition to these skills, they were able to fly two Boeings directly off the radars of both the civil and military aviation authorities and into two buildings.

It is also important to acknowledge that the terrorists used GPS (Global Positioning System) in a way known only to military personnel, a feat practically impossible for a civilian pilot. Without any help, they correctly navigated to New York and upon arrival lowered the planes in such a way that the Towers were directly in front of them.[429] They then shut down the on-board computer that is, according to its manufacturer, impossible to be tampered with in any way, even with the use of special tools.

Finally, these men then flew, at a speed of 220 meters per second and with deadly accuracy, precisely into the middle of the Towers this is quite a stunning feat, because the width of each Tower was sixty-four meters wide, slightly wider than the length of the Boeing 767. As the recordings of a coincidentally present amateur cameraman show, the pilots that hit the Southern Tower were the most impressive because they managed to plunge their plane and themselves, after a curve, even more precisely into the target.

It is because of the complexity of the plane that civil aviation pilots fly as copilots for years before being trusted to fly their own airplanes. The unalterable safety-on-board computers of such planes are also programmed to prevent steep dives and sharp turns. The faster a plane moves more active these safety features become.

[429] Any pilot will tell you that this is impossible. **Shanksville**

The most remarkable achievement of that doomsday was done by the "pilots" of a fourth hijacked plane (Flight UA93) that crashed near Shanksville, Pennsylvania. This plane was hijacked at the same time as the WTC-plane hijackings. The only trace the crashed Boeing near Shanksville left was that of a small hole in a field. And like the crash at the Pentagon,

there were no photographs showing debris or parts from the crashed plane. The only "evidence" was the crater formed by the crashed plane. Also, as with the other crashes, there were no traces of victims or baggage. Furthermore, there were no fires, only the six-meter-wide crater of felled trees. Several eyewitnesses declared on the *Fox News* channel that there was no debris at the crash site. Also, the Hollywood movie *Flight 93* made regarding the last hours of the passengers of Flight 93, showed an ending in which there was no plane crash. The mayor of Shanksville, Ernie Stull, told a German TV station in March 2003: "There was nothing [at the alleged site of the crash] that looked like a plane." Somerset County Coroner Wallace Miller said that it looked like the passengers of the plane were let out at some other location rather than crashed.

Official Pennsylvania state police representatives reported that fragments of the plane were found twelve kilometers away from the crash site. Reuters also reported that on September 13 fragments of the plane had fallen from the sky. Of course, this is not possible for a crashed plane. Debris only gets scattered at such a wide range if a plane explodes first in the air before crashing. Was flight UA93 shot down? Local media reports from various residents and inhabitants near that area spoke of a second airplane. These reports were confirmed when CNN aired radar images showing two planes flying closely together near that vicinity.

Actually, no one from the several traffic Towers in Pennsylvania witnessed the crash of Flight 93 on the radar, probably because on September 11, 2001, all traffic Towers in the area were evacuated. Somerset County air traffic controllers raised a false alarm of a plane at a height of 6000 feet and a distance of twelve miles that was allegedly heading for John P. Murtha Airport. Moreover, it is strange that there was a difference between the official crash time of 10:03:11 and the moment that Seismic Records from the Lamont Doherty Earth Observatory at Columbia University recorded a shock at 10:06:05.

Officially and as depicted in the movie *Flight 93* it is claimed that there were several people that called loved ones from the plane. In total, there were ten passengers and two crew members that were alleged to have made telephone contact with family and loved ones while in the air, using their

mobile phones during the hijacking. However, in 2001 it was not yet possible to use mobile phones to call someone from above 8000 feet! On July 15, 2004 American Airlines performed a test with a plane that had a so-called "cell station", making it possible for passengers to make telephone calls with someone on the ground. This new system did not exist in 2001. That means that the phone calls that had allegedly taken place during the hijacking were fake. Particularly odd was that most of the calls that were recorded from Flight 93 were short and without answers or responses to questions from the people on the ground that these passengers were calling.

The cockpit voice recorder from Flight 93 was found after the crash, and the loved ones of the victims were allowed to listen to the tape, but only after agreeing to a written and signed statement obligating them never to speak of what they heard. Also, they were not allowed to make any notes. The last three minutes of the recordings have never been played for the families, and the FBI has never given a statement as to why the last minutes of the recordings weren't shared with the grieving family members. Where the dead bodies of the passengers ended up is, as with the passengers of Flight 77, unknown.

Finally, it is interesting to note that Flight 93 does not show up in the database of the Bureau of Transportation Statistics (BTS). Even more remarkable is that just one day before the attacks, three different planes simultaneously were sighted, at different airfields, with the same registration number as Flight 93, 591 UA. Mayor White declared on September 11, 2001, at Hopkins Airport: "The plane was identified as Flight 93. This plane was moved to a remote part of the airfield, subsequent to that some people left the plane."

**Passengers Check**
The leader of the terrorists made the impossible possible by supplying his people with nail scissors and Stanley knives that were undetected by the highly sensitive metal detectors of the Transportation Services Agency (TSA) passenger check! These box cutters must have looked frightening or intimidating enough to render these passengers, who out numbered the terrorists, completely powerless to their assailants. It is not only unlikely that those onboard the flights were overpowered by such insignificant

weapons, it is also impossible that all the terrorists made it through the metal detectors undetected. Interesting enough, none of the said weapons survived the crash. The passenger checks at American airports were, before 9/11, very strict and effective in making sure that no one could pass the gates into the plane without the valid paperwork. Despite these extreme safety measures a group of nineteen terrorists succeeded in getting through, at two different airports, without a problem, ending up in four different planes. As it seems, al-Qaeda possesses huge organizational talent, because none of these nineteen terrorists needed a ticket or a boarding pass. At CNN you can read that none of the names of the terrorists are on the official passenger lists, and that none of them went through the official TSA check-in facilities. There are also impossibilities concerning the timing; a publicized picture of Atta shows him standing at a control post of an airfield. According to other reports, at that same time Atta was sighted at a completely different location. According to a different version he had seven minutes left to check in. In an interview with the Berlin *Tagesspiegel* (January 13, 2002) former minister Andres von Bülow stated: "If this Atta was the most important man of this operation, then it is quite strange that he took the risk of taking a flight to Boston just before. If this flight had had only several minutes of delay, he wouldn't have been able to board the plane they planned to hijack. Why would a clever perpetrator, make such a tight schedule?"

It is also remarkable that the American Immigration Service (INS) had let Mohammed Atta enter the U.S. three times with an expired (2000) tourist's visa in 2001. Moreover, Atta was on the American list of potential terrorists since 1986. Nonetheless, Atta could enter and leave the U.S. without any problems, despite the fact that he was traveling under his own name. He traveled to Europe several times, and even though he was on the "watch list" of the Ministry of Foreign Affairs, he had no problem whatsoever with U.S. custody or immigration services while entering the U.S. In April 2001 he was ticketed by the police for driving without a license, for which he failed to make a court appearance, resulting in a warrant for his arrest. Atta managed to slip through the cracks, because the warrant was simply not executed, even though he was jailed twice *after* the issued warrant, for driving under the influence of alcohol. Similar events also occurred with the other suspected terrorists; although the U.S. government was closely

monitoring them, there was no action taken to apprehend them. Perhaps they were allowed to slip through the crack, because of their continued contacts with key people. For example, Mohammed Atta had extensive e-mail contact with current and former staff of American weapons manufacturers. These correspondences were collected from a file that Atta kept with email addresses.

Not one of the so-called perpetrators used an alias during the twenty months prior to 9/11 that they were living in the U.S. They rented apartments and cars, used credit cards and driver's licenses all under their own names. Very strange is the fact that two of the perpetrators, Al Hamzi and Al Midhar, lived for several months, with an FBI spy in San Diego.[430] The ease with which members of the alQaeda network traveled in and out of the U.S. is to be blamed on the American visa express program. According to Michael Springmann, the 1987-1989 head of the visa department of the U.S. consulate in Jeddah, Saudi Arabia, he received multiple requests from the Ministry of Foreign Affairs to grant visas to people that would normally not be able to receive one: "Many of the terrorists that were engaged in the 9/11 actions got their visa with the help of the CIA at the U.S. consulate in Jeddah."

There was increasing hesitation about the credibility of the declarations concerning the terror attacks that the U.S. government gave. Representatives of the Saudi government doubted the validity of the list of nineteen suspected terrorists. Two days after the attacks, it became certain that at least two of the suspected terrorists could not have been on board the planes. In some cases, there was a rumor that the attackers had been Saudi traffic pilots and that one of them was even interviewed by CNN when he should have been dead. Prince Mit'eb bin Abdullah bin AbdulAziz commander of the Saudi National Guard said: "Many innocent people, especially Saudis were accused. Later it seemed that the accused were absolutely not guilty. Many of the initial suicide killers are alive and live here or elsewhere."

[430]Nafeez M. Ahmed, *Geheimsache 09/11: Hintergründe über den 11. September und die Logik amerikanischer Machtpolitik*, Munich 2003, 82.

Robert Fisk wrote in *The Independent*: "The CIA's list of Arab suicide-hijackers included three men who were, and still are, very much alive and living in the Middle East."[431] More than eight of the alleged terrorists reported to have been on those planes have reported themselves to the authorities of their respective countries or to one of the American consulates. They have denied being on any of the crashed planes and of being terrorists, and deny any ties with the attacks on 9/11. Many American politicians eagerly wanted to blame foreigners, but this has become impossible with new facts. For example, some passengers of the hijacked planes reported in their cell phone conversations about what was unfolding without mentioning that the hijackers had foreign accents. Because the passengers probably did not see any reason to describe the perpetrators, this could mean that the hijackers were perceived by the passengers as being no different than themselves. This also supports the theory that the hijackers were not Arab-looking. The hijackers must have looked American or European.

It seemed that the entire 9/11 operation was prepared by people who had the freedom to move throughout the country while remaining above suspicion. These attacks could never have taken place without the help of some high government insiders. The American scientist and politician Lyndon LaRouche is convinced that the entire operation was planned *inside* the U.S.: "The idea, that this was an international terrorist action is complete nonsense, and it is very dangerous to look for a false enemy, ignoring the true enemy."

"The most important thing is to acknowledge who is the enemy. The enemy, the command structure, is to be found in the U.S. The guilty one is not at all an Arab country. The entire operation would have been impossible without the cooperation of the highest American authorities." During a talk show LaRouche continued: "The perpetrators were most certainly trained in the U.S. This very delicate operation required hundreds of men, months of training, and a solid preparation. This could only take place with the permission of a disloyal and criminal group in the U.S. military, and intelligence services. The operation was so elaborate that a single terrorist group could have never pulled it off, because it would take months of training, and an extensive logistical support."[432]

The act of terror on September 11 was coordinated on several levels and executed flawlessly. Moreover, a clear and detailed plan was necessary to successfully execute the task. There must have been several alternative plans in place. This makes the organization even more complex, leading us to conclude that this was a military aerial action. The organization and preparation of the attacks must have been checked in several ways by the Secret Services because it was necessary that the right conditions be met. That is why a lot of experts feel that inside the government, the Secret Services and the U.S. military and some other people were informed about what was about to happen.

431 *The Independent,* August 25, 2007.432 Quotations from an interview with the daily magazine *Al-Arab* and the television program *Revista 110* (Republica Dominicana) with Lyndon LaRouche.

As mentioned earlier, after 9/11, Stanley Hilton, former chief of staff to republican senator Bob Dole, represented 400 people in a class-action lawsuit against George W. Bush, Condoleezza Rice, Dick Cheney and Donald Rumsfeld. Hilton stated: "We posses some very indicting documents and eye-witness reports, which show that Bush allowed the attacks on 9/11 to happen in order to gain a political advantage, and to be able to execute a deceitful plan in the Middle East. The perpetrators were secret agents of the U.S. They were double agents that were paid by the FBI and the CIA. These double agents were checked by the FBI and received their training at the military base of the Pensacola Naval Air Station; recordings of these events exist."[433]

## Cyclops

Stanley Hilton also stated: "The hijacked planes were not controlled by pilots but by a technology that is already some decades old: it is called "Global Hawk". It is technologically possible to take over the control of an airplane, and subsequently fly it by remote control. The theory about this remote control is not speculation. It is widely known that this technology exists. It was designed by Northrop Grumman to aid the Global Hawk, an automatic military system of the U.S." According to Stanley Hilton a system with the name "Cyclops" was used. A chip was installed inside the

nose of the hijacked planes that made it possible to control the planes from the ground. This chip deactivates the control of the pilot, and flies the plane in the desired direction. To leave nothing up to chance, it has to be said that the Boeing 757 and 767 that were used in the attacks were completely prepared and equipped to be remote-controlled. Maybe, this explains why the transponders of the planes were shut down, and the pilots could not make contact or give out distress signals to the aerial authorities (FAA). Also, it might explain the fate of Flight UA93. During the flight to Washington, something must have gone terribly wrong. Maybe the pilot succeeded in regaining manual control over the airplane, or maybe the remote control wirings short-circuited. Following the plane's failure, it was shot down by a U.S. fighter plane, ensuring the death of the pilots. Otherwise, had they lived, the pilots would have talked about what went wrong, how they had suddenly lost control of the plane, how the plane did not respond to their control and computerized commands and how the plane was smoothly controlled on a specifically set path, but not by them.

How a plane can be crashed intentionally, without a bomb or hijackers on board, was shown in the American movie *The Lone Gunmen*. With the help of a remote guidance system and secretly installed technology, it was easy. In this movie the "good guys" prevail because they managed to hack into the computer system and "manually override" it, even though it was controlled by the Secret Service. This allowed the pilot of the Atlantic National Flight 265 from Boston (departure time 1850, gate 34) to pull up the nose of the plane, preventing a near crash into the World Trade Center (WTC). Yes, the World Trade Center.

[433] Ibidem.

**Insight Information**
However impossible it may seem to believe, certain people in the U.S. seemed to have known about the attacks before 9/11. Many people that worked in the WTC did not show up to work that day. The CIA disposed of a secret office in the WTC and not one member of its staff members died. CNN also had an office on the 110 floor of the Northern Tower but never mentioned this in any of its nonstop reporting; neither did CNN speak of any staff members amongst the victims of 9/11. Apparently, there was no

one present at 9:00 in the CNN office inside the WTC; no secretary, news editor, cameraman, newsman or even a cleaning lady. How probable is that? How come CNN reporters were transmitting their broadcasts immediately after the attacks from a neighboring building?

Actually, there were no high-ranking members of other organizations that died that day. None of the managers came to work that day. A high-ranking staff member of a certain bank received an order, on September 10, to take all important documents home with him and to take a day off the next day. On that day, 9/11/01, it all became clear to him.[434]

The mayor of San Francisco at the time, Willy Brown, had booked a flight to New York that morning. The *San Francisco Chronicle* reported, on September 12, that the mayor had received a phone call from, according to him, a security-service employee warning him not to fly. *Newsweek* reported that the day before the attacks, a group of top-ranking officials from the Pentagon had cancelled a planned trip out of "safety and precaution", for the morning of September 11. Nafeez M. Ahmed wrote in his book *The War on Freedom* about these series of flight cancellations by the American leadership: "It was clear that high-ranking members of the Pentagon were informed about not only the danger but also the exact time of the attacks, allowing them to take precautionary measures. In short, it can be concluded that the people in the higher positions of the U.S. administration were informed that something was about to happen and that they took the threat very seriously."[435]

Three years after the attacks Stanley Hilton claimed, in a September 10 interview that some people that were working in the WTC got a phone call from relatives that were employed in the navy the evening before 9/11, begging them not to go to work the next day.

A telephone call that an American marine made to his parents shortly before the attacks is also quite strange. The soldier called from an airplane-carrier on which he worked and warned his parents that a large object would hit one of the cities on the American east coast, and that his commanding officer had received the order to change course and navigate

to the east coast. His parents didn't believe him and thought that he had seen a movie on television and was confusing reality with fiction.

434 Based on anonymous conversations with three bank employees.435 Nafeez M. Ahmed, *Geheimsache 09/11: Hintergründe über den 11. September und die Logik amerikanischer Machtpolitik,* Munich 2003, 399.

A former volunteer of the 1st battalion 118th infantry corps of the South Carolina National Guard said: "My unit enlisted for an exercise in July 2001. We were suddenly told that all the activities scheduled for the next two months were cancelled, allowing us to prepare ourselves for a mobilization exercise that would take place in September 2001. Then for two weekends we practiced, and after that we gathered in August just to become fit enough for the exercise. By late August we were ready for it. All our vehicles were standing by, and our gear was in top shape. The only thing we had to wait for was a phone call telling us to go."

Units of the American emergency control service, FEMA, were also present in New York the day before the attacks. An employee of FEMA, Tom Kennedy, said on September 11 to CBS reporter Dan Rather: "We arrived late in the evening [the evening before the attacks], and we could get to work right the next day!" Someone must have had a premonition!

Some important companies must have seen these same omens as well, because on September 10, a memo was sent to Goldman Sachs in Tokyo, underlining the importance of staying clear of American public buildings the next day. The Israeli magazine *Yadiot Ahranot* reported that the prime minister of Israel, Ariel Sharon, was scheduled to give a speech in east New York for a charity event on September 11. The Israeli security service, Shabak, advised him to cancel the trip. For what reason would Shabak sternly advise its prime minister not to travel?

Whether the crimes of September 11 will ever be solved completely is uncertain, because not only were the people who carried out the attacks killed, but a host of others involved in the preparation leading up to the event will doubtlessly be killed as well. The assassination orders will, undoubtedly, be given by those whose interest it is to keep secret the true identity of the culprits behind the September 11 attacks. There is not a

country on the planet that benefited from the attacks in New York. What the
events of September 11, 2001, did, however, was to open the door for the
execution of the plans that have to lead to a New World Order.

**Anthrax**

The collective conscience of the human race, especially the part that lives in
the U.S., has been deeply traumatized since 9/11. The people were
subjected to trauma-based mind control, and every scientist that's an expert
in this field knows that a traumatized mind is easy prey for manipulation. In
the aftermath of trauma, mind manipulation begins, and a population can be
manipulated, on purpose, into seeing certain events without a certain
amount of objectivity.

In Trenton, New Jersey, letters addressed to NBC news anchor Tom Brokaw
and to the *New York Post* were handed over to authorities on September 18,
2001. These letters were said to contain traces of anthrax. After September
18 there were more reports of anthrax-related cases, such as the letter
delivered to the offices of Florida U.S. senator Tom Daschle.

Both the White House and media suggested that Osama bin Laden was
behind the letters, and the U.S. government even claimed to have traced the
letters and the clues they offered all the way back to Baghdad. Their
conclusion: Iraq was apparently behind these Anthrax attacks.

In the magazine *Al Ahram*, which is closely-associated with the Egyptian
government, the frontpage article of October 24 reported that the Anthrax
hysteria was part of psychological warfare of some high-placed Americans
intent on creating worldwide support for Bush's military plans. The lead
article underlines that evidence linking Islamic extremists to the Anthrax
attacks was yet to be found. Scott Ritter, a U.N. weapons inspector
employed in Iraq (1991-1998) contradicted American implication of Iraqi
involvement in the Anthrax scare. In an interview with *The Boston Globe*
he declared: "The fear that Saddam Hussein is behind the attacks is
exclusively based on rumors and speculation. If you objectively look at the
case, you will notice that it is bogus." In the London *Guardian* he
commented: "The biological weapons program of Iraq was destroyed,
deconstructed or left behind during the several unannounced weapons

inspections. There is no valid evidence that proves that Iraq had anything to do with the Anthrax attacks." The best supporting evidence to Ritter's rejection of America's allegations was the fact that the genetic and molecular compositions of the Anthrax strain mailed to Rather, Daschle and the *New York Post* were completely different from the composition of those used in the Iraqi weapons production.

Later, it was determined that the Anthrax used was a very specific and refined version of the bacteria. Such a refinement could have only taken been produced in a military lab. According to information from Iowa State University, it was far more plausible that the particular Anthrax strain used in the mailings were produced in an American military lab. The American scientific magazine *The New Scientist* wrote an article based on information collected from American bioweapons specialists: "The bacteria that were used for the anthrax attacks in the U.S. belonged to a specific group. It is known that the U.S. used [this particular strain] itself in the sixties for the production of Anthrax." This strain resembles a group of anthrax dubbed "Ames". In 1980 this bacterial strain was isolated in a sick cow by the National Veterinary Laboratory and brought to a high-security laboratory for further research. The true origin of the Anthrax strain, allegedly designed by Iraq and Osama bin Laden, was clearly in the U.S.

It now seems that the particular strain of bacteria came originally from the Chemical Warfare Laboratory of the American army in Fort Detrick near Frederick, Maryland. Nafeez M. Ahmed writes in his book *The War on Freedom*: "So far, traces were found in five laboratories that exactly match the material found in the Anthrax letters. All five laboratories stated that they had the same military laboratory as their source of the material. This laboratory is the medical research institute of the American army for infectious diseases (U.S. Army Medical Research Institute of Infectious Disease) in Fort Detrick. Informants from all across the judicial system confirmed that the suspicion, about possible ties with the CIA could very well be true. Further, there is evidence that the Secret Services were already notified about the identity of the perpetrators of the Anthrax attacks, but that pressure from high-ranking governmental officials prevented the arrest of these suspected perpetrators."[436]

Jochen Schild, editor-in-chief of the *Greenpeace-Magazine*, declared in an interview with Hannes Kleber: "Information that we received from a very reliable source supports the assumption that the Anthrax, sent in the U.S., could have only originated from a lab in the U.S. Based upon the composition of the bacteria, and especially the composite silica, it clearly shows that it originated in an American laboratory. In other countries, other composites are used. That is all I can say at this moment, because we have to protect our sources. Actually, we posses three independent sources, there's nothing left to be desired. Who would you like to hear as the fourth source, President Bush maybe? We have investigated this case for weeks. When three different sources confirm the same, it's a clear case to us."

"Judicial Watch" a public interest group that investigates and prosecutes government corruption and abuse, said in a remarkable article: "In October 2001, press reports revealed that White House staff had been on a regimen of the powerful antibiotic Cipro since the September 11 terrorist attacks. Judicial Watch is aggressively pursuing the disclosure of the facts and the decision for White House staff, and President Bush as well, to begin taking Cipro nearly a month before Anthrax was detected on Capitol Hill."

Cipro is an antibiotic drug that is very effective against Anthrax, and highranking members of the American government were taking it one month before the mailings. The American government fiercely tried to keep this fact from the press. Of course, that the entire staff, including the president himself, were using medicines to protect them against anthrax a month before the first actual Anthrax attack can be called, at the very least, interesting, because nobody would take such a strong antibiotic without a reason.[437]

[436] Nafeez M. Ahmed, *Geheimsache 09/11: Hintergründe über den 11. September und die Logik amerikanischer Machtpolitik*, Munich 2003, 426.
[437] www.judicialwatch.org/1967.shtml

# Chapter 39

# The Invasion and Conquest of Iraq

**We are not aiming at stability in Iraq, Iran, and Syria or even in Saudi Arabia. We want movement. Our means is creative devastation, whether it is our own society or foreign countries."** *Michael Ledeen, confidant to George Bush*

The "Tavistock Institute for Human Relations" in London is not only the mother of all think tanks, it is also the world's premier top secret "mind control institute". There is hardly any aspect of life in Europe and the United States into which Tavistock's tentacles have not reached. This includes every level (both local and federal) of government, industry, trade, education and the political institutions of the nations. Every mental and psychological aspect of any Western nation is analyzed, recorded, profiled and stored in computer memory banks.[438] One of Tavistock's psychological techniques is what is known as "profiling". This can be applied to individuals, small or large groups of people, masses or organizations of all sizes. The Tavistock Institute proved over and over again that when a large group is successfully profiled, it can be subjected to "inner directional conditioning" in just about every aspect of social and political life.[439] Without Tavistock, there would have been no Bolshevik Revolution, no First and Second World War, Korea, Vietnam, Serbia or Iraq wars.[440]

On the 16 of May 2001 Bush received a secret design for his future energy policy from Vice-President Cheney. Under Cheney orders, a detailed overview of the worldwide oil reserves and a summary of all foreign oil concerns dealing with Iraq had been secretly prepared. Furthermore, the plan contained a summary of all the political and military options for the U.S. on how to obtain a larger influence on Iraq, a country with the second largest oil reserves in the world. The Ministry of Trade, managed by Don Evans, provided Cheney with a map of Iraq on which all the known and suspected oil fields in the country were carefully marked. Evans, former CEO of one of the largest American oil concerns, marked the map with "blocks", a marking technique customary within the oil community. Some markings, according to the legend on the map, indicated "gigantic oil fields", suspected to contain at least five billion barrels of oil. Most of these

blocks could be found in the vicinity of the northern Iraqi city of Kirkuk, which is east of Baghdad and northwest of the southern Iraqi port of Basra. The map also showed exactly where all oil pipelines in Kirkuk, Turkey and Syria were located. The oil refineries associated with each identified oil site that might need to be divided were also mapped.[441] The American attack on Afghanistan and war preparations against Iraq had been planned long before 9/11.

[438] Dr. John Coleman, *Tavistock Institute of Human Relations: Shaping the Moral, Spiritual, Cultural, Political and Economic Decline of The United States of America*, Hrsg 1999, 188.
[439] Ibidem, 34.
[440] The Tavistock mainly concerned itself with psychological warfare.

Former exchequer Paul O'Neill disclosed that the Bush administration, immediately after its commencement on January 30 2001, held high-security discussions about a possible invasion and conquest of Iraq. O'Neill is convinced that the war against Iraq had already been decided on before the attacks on the World Trade Center and the Pentagon, and that the Bush administration only used these events as an excuse to carry out its plans. In an interview with *Time Magazine* O'Neill declared that the downfall of Saddam Hussein had already been the top item on the agenda of the first meeting of the National Security Council, in which O'Neill himself took part. He said: "From the beginning we had collected evidence against Hussein and looked for a chance to get rid of him."

"Iraq is the key to the reformation of the whole region," Condoleezza Rice, security advisor to Bush, assured. CIA chief George Tenet said at the meeting: "We have a problem with sixty countries." George W. Bush responded: "In that case we will teach them a lesson one by one." The only thing lacking was a valid excuse to attack. Two days later, on 1 February, 2001, the second meeting took place. On the agenda this time was a secret CIA message regarding Iraq and a political-military plan for the crisis that would evolve in the country after the planned fall of Saddam Hussein. Donald Rumsfeld said: "Sanctions are all very well, but what we really need to consider is the departure of Saddam. Imagine what the region would look like when a regime would come to power that would maintain a good

relationship with us." From day one O'Neill had collected all kinds of memos with titles such as *Plan for a Post-Saddam Iraq* and *Foreign Candidates for Iraq Oil Concessions*. These were documents that reviewed how Iraq was to be governed under U.S. supervision or which countries and oil companies were to get a share in the looting of the second largest oil reserves in the world. Bush said: "Think of a way to execute this."

How does one convince one's own people, the allies and the whole world of the inevitability of a war against Iraq? Iraq emphatically stated that it played no part whatsoever in the terrorist attacks and was, in fact, hostile against terrorist organization al-Qaeda and its leader Osama bin Ladin. Still, Bush, Cheney, Rumsfeld and other top American politicians still embraced 9/11 as a motive to attack Iraq. Nowadays hardly anyone believes in the existence of an obvious connection between the Islamic fundamentalist terror group and the worldly, nationalist regime of the Iraq Baath party. These two parties have been archenemies for decades, with Saddam and bin Laden publicly taking personal shots against each other. The consistently unsupported claims that an alliance between al-Qaeda and Iraq existed was nothing more than a desperate attempt to link Saddam Hussein with the terror attacks of September 11. There has never been any convincing proof to the claim that Hussein formed a threat to the U.S. or that the war against Iraq was a justified response of self defense, as claimed by American representatives.

[441] Clemens Verenkotte, *Die Herren der Welt: Das Amerikanische Imperium,* Munich 2003, 194.

The 9/11 attacks aside, the attack on Iraq was also justified by the U.S. with accusations of Iraq's use of chemical weapons and possession of "weapons of mass destruction" (WMD). The matter of the WMDs was never researched objectively and, prior to the commencement of the war, became the central focus of the Bush administration war propaganda.

Bush and British Prime Minister Tony Blair, let their citizens, the United Nations and the rest of the world a fear-based propaganda of falsified and exaggerated scenarios of doom if their troops were not allowed to invade Iraq. As mentioned earlier in this book, the influential newspaper *The London Telegraph* on October 8 published the information that the IRA had

in its possession a transcript from the recordings of several secret calls between Bush and Blair. In these phone calls Bush not only revealed prior knowledge of the 9/11 attacks, but also his intentions regarding a war in Iraq. In these talks Bush claimed he was having problems starting the war, as investigation by the intelligence agencies revealed that Iraq *did not* pose a military threat. In this same context Bush and Blair discussed the issue with oil, with Bush emphasizing that the oil reserves in Saudi Arabia were much smaller than those in Iraq. Iraq had become extremely important for the Bush empire, because it had just won an important case against oil company Exact, and Bush's oil company Benzol wanted a chance at the Texaco-territory in Iraq.

From the transcriptions, it also emerged that Bush was afraid that a living Hussein could act as a witness against his father, George Bush senior, in regards to his role during the Iraq-Iran war and because components of the poison gas used in the war were from the American company LaFarge. Bush had been one of the company owners, and Hillary Clinton was CEO during that time.[442] Any possible dispersion of this information was made impossible by a "D-Notice" from very high political circles, meaning that if any of this information was ever revealed, it would be claimed that this information was based only on falsification.[443]

Once again it is important to emphasize that the entire conflict in Iraq was deliberately kept out of international human and civil rights conventions. The declaration of war against Iraq on March 20, 2003, by the Bush administration contradicts civil rights regulations.

[442] *The Secret History of How the White House Illegally Armed Iraq*, by *Financial Times* journalist Alan Friedman, London 1993. See also "Spider's Web".
[443] See *The Overthrow of the American Republic*, part 18, by Sherman H. Skolnick. See also www.skolnickreport.com: *Secret Transcripts Expose Bush*.

## Chapter 40

# The Crusade Against Islam

**"Important in this war is that Syria, Iraq and Iran are all our enemies. They form a hostile territory, against which we have taken action. We shall conquer. No concessions can be given to terrorist states. Eventually one of us shall win this war. We have a Messianic vision because we are a Messianic country."** *Michael Ledeen, confidant to George W. Bush*

In the war against terrorism there is a clear and unambiguous impression of a perceived worldwide threat. The image portrayed by Osama bin Laden and his terror network plays an important role in the planned "New World Order" because it provides the needed "massive threat". For instance, while al-Qaeda was held responsible for the attack on the Marriott Hotel in Jakarta (August 5, 2003) the Indonesian authorities attributed the attack to the domestic organization "Jemaah Islamijah". Immediately following consultation with American intelligence, however, they added that Jemaah is known to operate in close cooperation with alQaeda. This alleged link has never been clearly proven and is doubted by terror experts.

Al Qaeda is also being held responsible for the explosion of two car bombs in Istanbul on November 14 and 20, 2003, in which forty-eight people were killed. In an e-mail correspondence with the Saudi magazine *El Madschallah* Abu Mohammed el Abladsch, one of al-Qaeda's leaders, claimed responsibility for the attacks on behalf of his organization. Later however, it turned out that al-Qaeda had nothing to do with the attacks. The Turkish organization that took responsibility for these atrocities had been established in the Nineties with the active help of the Turkish secret service, MIT. MIT is known to keep close contact with the CIA.

Just a few days prior to the elections of March 11, 2004, over 200 people lost their lives in several explosions in attacks on four trains in Madrid, Spain. Very soon the London based newspaper *al-Quds-al-Arabi* stated that they had received a confession in which the perpetrators admitted their link with al-Qaeda. The Spanish interior minister, Acebes, declared that a videotape had appeared on which an alleged spokesman for al-Qaeda in

Europe tool responsibility for the attacks. The attacks in Madrid not only caused restricted Democratic civil rights in Spain, but also instigated the fear that al-Qaeda was still operating as an international terrorist organization.

On July 7, 2005, Great Britain experienced a more intense attack, which took place in the midst of rush hour commuters traveling on the metro. Around 8:50 a.m. three heavy bombs exploded, one after another, in three different locations. An hour later a heavy bomb exploded in the back of a double-decker bus in the heavy city traffic. Prime Minister Tony Blair and President George Bush immediately used these attacks to stipulate the importance of their "war on terror". The disaster overshadowed the G-8 summit in Scotland in which both participated and insisted on extra political pressure against international terrorism. Tony Blair claimed that the series of attacks were performed in the name of Islam, although at the time of his announcement, no proof had been found supporting this claim.

The following day, the media confirmed that although there was no direct proof of Islamic terrorism, every aspect of the attack had an "al-Qaeda signature". In spite of the lack of evidence, most were convinced that al-Qaeda was responsible for the attacks. Only a few hours after the disaster, a terror group calling itself "The Holy al-Qaeda of Europe" claimed responsibility (on an Islamic website) for the bombing attacks in London. Their reason for the attacks was their frustration with British involvement in the U.S. occupation of Afghanistan. It is curious however, that the group's name, The Holy al-Qaeda of Europe, was totally unknown and still remains questionable to this day. Even more curious is the fact that the website disappeared only a week after the group's posting on it. The question remains what good was it to claim an attack via a website? Anyone with proper web design skills can fabricate a website in minutes. Rumor has it that one of the secret services fabricated this website.

The psychotic perpetrators allegedly used heavy, high-grade military explosives with complicated ignition mechanisms and sacrificed themselves for these suicide bombings. But are we really dealing with cold-blooded suicide bombers?

Three of the four offenders were British men from Pakistani families in England. The first three offenders were two students and the father of a little girl. These three had an outspoken preference for typical British sports and had excellent reputations' according to those that knew them. The fourth offender was the nineteenyear old Germaine Lindsay, a British citizen of Jamaican descent. He was killed in the metro tunnel between King's Cross and Russell Square Station, shortly after the attacks.

Everything was done to let the world believe that watertight and indisputable proof was given. On the published videos from CCTV cameras, the four can be seen together at the entrance of Luton metro station, north of London. From there on they, allegedly, traveled to King's Cross together to split up into different directions. But is this evidence? Is it at all uncommon for four immigrants from an immigrant neighborhood to get on the train in Luton? The truth is completely different: in London we weren't dealing with suicide bombings! This can easily be deducted from the following facts:

•
After initial assurance that a group of men had committed several suicide attacks *The Sunday Telegraph* quoted a spokesperson of Scotland Yards: "We have no indisputable proof that these men were suicide bombers."
•
The alleged perpetrators paid for parking at the parking place at Luton station

and had bought return tickets to London. You can at least ask yourself why any suicide bomber would, at the commencement of his journey, buy a parking ticket along with a return train ticket?
• The perpetrators didn't carry the explosives on their bodies as is the case in

most Islamic suicide attacks. Neither did any of the survivors hear the usual "Allah Akhbar" (Allah is the greatest), before the bombs exploded.
• Curiously enough, in spite of the devastating power of the explosions, the passports and bankcards of the perpetrators were retrieved.

The London bombings are full of contradictions and unanswered questions. The most immediate issue is the fact that military explosive were used for the bombings. This is concluded in a commentary by Christopher Chaboud, head of the French anti-terrorist police, who at the time worked together with Scotland Yard. How is that possible?

By now the official statement regarding the events on July 7 and the exact order thereof has been revised and changed several times over. In the first version, Liverpool Street Station was said to be the site at which the first bomb exploded at 8:51, the second bomb exploded at 8:56 and the third at 9:17. The last bomb exploded at 9; 51 on Tavistock Square, south of Edgeware Road. Later, deputy head of Scotland Yard, Brian Paddick stated: "All bombs in the London metro exploded at practically the same time, 0850." Paddick pointed out that this came up in the technical reports of the London Public Transport Authorities. This piece of information can, of course, only mean one thing: that the three bombs in the metro were remotely activated. A whole series of questions have emerged as a result of this information.

Coincidentally, in the early morning of July 7, of all days, an anti-terrorist exercise was being held by "Visor Consultants", a company specializing in crisis management. For this exercise a bomb alarm in both the metro as well as a passenger bus were to be simulated! Over a thousand people are said to have taken part in the exercise. There is another extraordinary thing. The exercise took place at exactly the same locations and times as the actual bombings. Peter Power, Managing Director of Visor Consultants, said on national radio: "Today, at nine-thirty we intended to simulate a few attacks at exactly the same locations where these bombings actually took place. We did this at the request of an organization whose name I cannot give for obvious reasons." This raises some questions. Who were the clients of Visor Consultants, and who designated the locations and times for this exercise?

According to well-informed sources, all four alleged suicide bombers were part of the anti-terrorist exercise. They received minute-by-minute instructions to simulate these attacks, in that way guaranteeing the anti-terrorist exercise went exactly according to plan. That was their only objective when traveling to the specific locations. And only because of that

could the surveillance cameras have gotten such a good image of the foursome. Exactly those images were the ones endlessly presented by the media as proof of the suicide bombings.

The alleged terrorists didn't know any better than that they were partaking in an anti-terrorist exercise. In the confusion after the explosions, all the media reported for more than an hour that they were caused by an electrical failure, buying time for officials to get rid of what was left of the offenders.

There was, however, another curious concurrence of circumstances prior to the explosions. A press release of the Associated Press (AP) that was released at 12:16 on July 7 mentioned: "British police warned the Israeli embassy just some minutes prior to the first explosion about a possible terror attack." Shortly before the first explosion Scotland Yard supposedly called the head of security of the Israeli embassy with the statement that a warning about the attack had been given. Within hours, the original press release disappeared from AP archives, but not before its existence was denied by Israeli authorities both in Tel Aviv and in London. However, it was too late. The press release had been dispersed all over the world.

Representatives of the Israeli government announced that Finance Minister Benjamin Netanyahu cancelled, last minute, a conference at the Great Eastern Hotel, which is directly over the first metro station. The warning about a terrorist attack was the reason he stayed in his hotel room.

To date, no plausible explanation has been given for the fact that the official state of emergency, in the country where at that moment the G8 summit was taking place, had been reduced to the lowest level. The Joint Terrorism Analysis Center (JTAC) was of the opinion that the danger for terrorist attacks had decreased to a minimum since the attacks of September 11 in New York. The British Secret Service MI5 bases its course on the information from JTAC. In a speech he held before the British Parliament, Tony Blair dismissed the request of the conservative shadow Parliament for further investigations into the July 7 attacks. With this Blair followed the footsteps of the Bush administration and categorically dismissed any further investigations into the attacks on the World Trade Center.

When a government says that in hindsight no closer investigation into bombing attacks are necessary, it is done to take the attention of thorough investigators away from the ruling elite. For the sake of convenience, one tends to sail past one of the fundamental Democratic rights of millions of civilians, the right to clear information. This fundamental right is sneakily being taken away from us.

The attacks in London were not only used to instigate fear of al-Qaeda, they also turned out to be a very apt means to take down fundamental Democratic rights in England. To imperialist governments the international terror threat provides an excellent excuse to gain broad support from the population for foreign military actions. The United States and England especially regard the international terror threat as a welcome excuse for their fight against terrorism.

The method used repeats itself over and over again and becomes ever more predictable as we have seen with different terrorist attacks in the U.S., the March 11 attacks in Madrid and several smaller attacks all over the world. Having studied each of these attacks, it is easy to see a pattern:

• An Islamic group, in most cases identified via an Internet site (probably prepared by the CIA), performs an attack or terrorist action and claims to be a part of al-Qaeda.
• During each attack the Koran is quoted and Jihad is declared. We also hear threats against Bush, the United States and leaders of European countries.
• The international information sources, (newspapers, radio and television) especially those from the United States and Great Britain, immediately spread the news of the events on a large scale. Within hours of the attack, the CIA confirms the group to be a part of al-Qaeda and discloses the identity of the leader of the operation.
• Subsequently, White House representatives and George W. Bush appeal to the world community to condemn terrorist acts and to call for war against terror.

For those that don't see a pattern, it is only a matter of waiting for the next alQaeda attack and taking note of the separate steps of the process. Without al-Qaeda the war against terrorism loses its legitimacy. There would be no war against terrorism. The main characters in this drama need Osama bin

Laden and al-Qaeda in order to continue their war. For this reason alone, al-Qaeda continues to be pointed out as the main perpetrator of every single attack worldwide. Anything that has to do with terrorism is constantly being labeled as the work of al-Qaeda and Osama bin Laden.

If there are still people who think that Muslims are the main culprits in the attacks on the World Trade Center, and that they are also the ones behind other recent terrorist attacks, it is time that they reassessed their opinions. The attacks in New York were the design of our invisible elite in cooperation with the top level of the American government and the military agencies. The attacks were designed to provide a legitimate excuse to invade the Muslim world and to impose a police state on those countries that are already under the elite's control. In addition, thanks to the events on September 11, the elite have been able to speed up developments that must lead to the New World Order they so desire. After the attacks on September 11, 2001, the way is open to intervene in other parts of the world and to place, in particular, the military and industrial powers of these countries under supervision of the elite.

# The United States

**"A Democratic New World Order isn't the ultimate goal at all. In itself it would be a contradiction in terms."** *Tilman Evers from the German Evangelical Adult Education*

A constitutional state is characterized by the fact that one is presumed innocent until proven guilty, and by the fact that a group of people someone may not like cannot be arbitrarily taken into preventative custody. The United States possesses a beautiful constitution according to which everyone has a right to be happy in the way he best sees fit. America is proud of being a country of free speech. After 9/11 however, something crucial changed. George W. Bush has discarded "habeas corpus" and the Geneva Conventions, justified torture and secret trials, damned critics as anti-American, and is responsible for over one million deaths of Iraqi civilians.

Matters, no matter how big or small, are now being handled at very high security levels, to the point at which individual civil and human rights are being violated. After 9/11, President George W. Bush formed a shadow government consisting of non-elected state officials, without consulting publicly appointed representatives (Democrats and Republicans). Instead, he only sought the support of the military. Not one member of the legislative or judicial branch was involved or even aware of this shadow government. In the mountainous east of the U.S., a provisional government center was formed and headquartered in October 2001. Consequently, high officials, those directly under the members of government, were temporarily transferred to the new shadow headquarters, each in turn for a period of three months. This dark and secret government consists of seventy-five to 150 employees belonging to the legislative power. Judicial documents have been discovered that show that these people were all given mandates that normally belong to the judicial branch. This setup is completely contrary to the division of power laid out in the country's constitution. The secret government consists of people authorized to give orders to the military and police services. With this "new government" in place, both the authority of the publicly recognized legislative and judicial

branches are overlooked and disregarded. Can such a system be called anything but an open dictatorship?

The Bush government is using the war against terrorism not only as an excuse for advancing its foreign policies, but also with the intention of altering the political life of domestic policies. The biggest threat to the American people comes not from the outside, terrorism or Islamic fundamentalism, but from within. It comes from the secret plans of the people behind the American government. The terrorist attacks are used as an excuse to create a shadow government that operates with control from the legislative branch. The war against terrorism has become the foundation upon which the Bush administration is gradually building a dictatorship that is supported by the military and the police. A secret clique of faceless figures rules this shadow government, but for security reasons does so from places unknown.

Don't think when George Bush leaves office in January 2009 that there will be any changes. Don't think that a Democrat government will turn back the clock. In an interview with *The Independent* on January 23, 2007, California Governor Arnold Schwarzenegger was quoted: "Democrats and Republicans have the same goal. We only have different thoughts for which we stand."

It is important to point out that on the road to that single global government, the United States will also cease to be an independent nation. Those of us who believe that Bush's war on terrorism, a war that is increasingly being derailed, has simply been a stupid error of judgment on the part of Bush, will see that everything has been planned in advance. When we take a closer look at Bush's justifications for his invasion of Iraq, we see that there are two sides of the story. First, the exposure of American mistakes is part of the plan to run their own national state into the ground. War is part of the strategy to bring America's downfall closer: the more wars the United States wages, the more enemies will emerge. And do not forget the "global crisis" that started our elite. The United States will soon fall! As we already mentioned, this is intentional, since the United States will also have to adapt to the arrival of the New World Order.

# Europe

**"Of course we do not have the illusion that a united Europe is the final and complete solution to all international problems. The ultimate goal, however, is the institution of an authoritative and omnipotent government at a global level, and that is what we will strive for. When we are unable in the short term to institute a workable super-government at a global level, the prospects for peace and prosperity for mankind will remain dubious and uncertain. But we are pleased with the start: without a united Europe there is no chance of a world government."** *Winston Churchill*

The global elite have divided the world into ten different regions[444]:
• Region 1: The United States, Canada and Mexico
• Region 2: Western Europe

• Region 3: Japan
• Region 4: Australia and New Zealand
• Region 5: Eastern Europe
• Region 6: Latin America
• Region 7: North Africa and the Middle East
• Region 8: Central and Southern Africa
• Region 9: South and South-East Asia
• Region 10: Central Asia

An important step in the direction of world domination is the unification of Europe. We have nearly reached the point where Western and Eastern Europe have merged. Freemason Nikolaus Coudenhove Kalergi founded the Pan-European movement (the European Union) at the turn of the twentieth century. However, it would take another thirty years before the first concrete results of this movement became visible. A few years after the Second World War, the European Community for Coal and Steel was founded, followed in 1957 by the more important treaty in Rome of the European Economic Community (EEC) and the European Community for Atomic Energy (EURATOM).

Ten years later, on January 1, 1967, the three organizations merged to become the European Community, giving the Illuminati precisely what they have planned: one big European state. Never has so much money been spent on advertising as during the campaign for a United Europe. The massive campaign had an enormous influence, making sure that a big referendum resulted in the Treaty of Maastricht.

444 Christians know that the book of Revelations (17:12) also tells of ten kings (Illuminati families) who at the end of days will rule together with the Antichrist.

It is amazing to think that not a single European had the faintest notion that the treaty consisted of 15,000 pages (comparable in size to a complete encyclopedia). And to that should be added the 282 legal regulations concerning the foundation of a free market within Europe. Nevertheless, the Europeans voted in favor of the treaty with great conviction.

No one can really object to a political unity within Europe, we have seen that with the Roman Empire, and later under Charlemagne and then under the Habsburgs. However, what Europe envisioned in the Treaty of Maastricht looks very different. In the European Union it created an artificial political entity, and in 1992 its proponents kept emphasizing the political unity for the realization of the Maastricht Treaty. There are quite a few objections to the way that treaty was brought about with the main objections being:

- 

Support for a political union within Europe should have originated from within

the European population. With the provisional Treaty of Maastricht, that political union was only a formality that was needed for the European process of integration.

- 

The silent takeover of power by the large international banks in Europe under

the cloaked but undisputed leadership of the Illuminati.

• The close links between Freemasonry and Europe's political leaders that re

main hidden to the outside world.

• The sophisticated and tight control of the power of money in the allegedly "Democratic" Treaty of Maastricht.

• The inevitable end to paper money in Europe in favor of electronic money.

• The accompanying build up of electronic surveillance in a large group of European citizens.

The political unification of Europe should have been built on a shared spiritual foundation, which would obviously be the foundation of traditional Christianity. The Europe of Maastricht, however, is based on shared economic and political interests.

Every country that is part of the European Monetary Union (EMU) not only relinquishes its independence and authenticity, but will quickly be reduced to an impoverished population. Joining the EMU meant adhering to a single currency, the euro. All assets and debts were lumped together. Soon the content of the treasuries of the rich countries will be ransacked and divided amongst the poorer EMUcountries. In most European countries, there has never been a serious hearing about the introduction of the euro. Soon interest rates will go up, we will face towering inflation and pension reserves will disappear without a trace.

Since the terrorist attacks of September 11, 2001, attempts to adapt all of mankind to the New World Order are being made with great speed. It means that Democratic rights will have to be abolished, not only in the United States, but in Europe as well. Increasingly, new European rules will lead to the abolishment of fundamental Democratic rights. Anybody who has taken so much as a brief glance at the EU's decision-making process will quickly find out that the EU is not a Democratic institution. The EU ignores the most elementary rules of Parliamentary Democracy. Documents are not publicly available, and there is no right to appeal to a judge. In Europe, power does not lie with the European Parliament, but with the multinational corporations and our power elite.

It is no longer possible to see what goes on behind the scenes. One undemocratic treaty is followed by another. In 1999 Luxembourg's Prime Minister, Jean-Claude Juncker, explained this EU Democracy to his EU colleagues as follows: "We take a decision and announce it, and then we

wait and see what happens. When there is no resistance to speak of, because
most people simply do not understand what it is about, we move on step by
step until there is no way back."[445]
Behind closed doors things are being decided of which citizens have no
idea, even though they are affected by the consequences. For example, no
European has ever been asked their opinion about important matters such as
the Maastricht Treaty, the introduction of the euro, or the European Arrest
Warrant (EAW).[446]

**The European Constitution**

The European constitution also has disastrous consequences for the
population. After the referendum concerning this "constitution", most
Dutch and French citizens think there will not be a European constitution.
In principle, our political representatives and other politicians should
respect the outcome of the referendum; after all, ours is a "Democratic"
country! Nothing could be further from the truth. The name of the European
constitution was changed into European Treaty. This treaty, signed by all
European politicians on December 13, 2007 in Lisbon, encourages
totalitarianism rather than fair Democracy and individual freedom. A
constitution that is truly Democratic protects its citizens from a dictatorship
by separating the branches of power, and by supervising those branches of
power on an independent basis. The European constitution, however, states
that the legislative, executive and judiciary branches of power should be
under the same control! This is a system that can only be described as a
dictatorship.

The European constitution organizes matters in such a way that there is a
skeleton parliament, one without power (it only has an advisory role and
very limited ability to intervene directly) that has to compete with executive
entities that have *all* the power and authority. Not only are they the only
ones who can initiate legislation, they can even decide whether or not the
laws they decree are obeyed correctly, and dole out punishment any way
they feel inclined.

The European constitution states that all power rests in the hands of the
Council of Ministers and the European Commission. In addition, there are

various organizations that hold key positions, but that solely employs people who have not been elected, for instance the European Central Bank and the European Court of Justice.

445 *Spiegel* 52, 1999.446 An important part of the strategy to realize world domination is the unification of Europe.

It will be extremely difficult for the population to organize themselves to oppose the decisions that have been made. In part II "Charter of Fundamental Rights", we find that every article has a title that would seem to promise magnificent justice, but additional remarks in the "Final Act" or through "policy directives" indicate otherwise. These "directives" of the "Final Act" are an essential part of the new legislation. In the articles of the treaty itself there is no direct reference to the text of the "Final Act", and the policy directives are not mentioned at all! By not discussing all the important aspects of the charter and instead omitting details and failing to refer to the policy directives, the door has been opened to abuse and manipulation, all under the pretense and illusion that the text itself is just.

The European constitution undermines every piece of legislation in the area of social solidarity and of social and labor law as it exists in the countries of the EU. While companies are handed a tool that allows them a large measure of freedom, the rights of individual citizens are being increasingly denied, such as the right to strike or demonstrate. Other important sections of the treaty are:

• In the "Final Act" (Title I, article 2, number 3) it is explicitly permitted to apply the death penalty in extraordinary situations, for instance to suppress a riot or uprising. This means that law enforcement agencies are permitted to shoot at demonstrators, and the treaty does not stipulate that it has to be in self defense. (Think of what may happen during demonstrations like the ones in Genoa and Amsterdam). Title II, article 6 of the Act makes it possible to detain all kinds of persons, for instance minors or people who are considered mentally ill.
• In addition, the constitution allows for people to be detained up to nine months without being charged or proof of guilt.
• Another example of a fundamental right that is removed as a result of this treaty is that of the "Freedom of expression and of information" (article II-

71), by what is stipulated in the "Final Act" (Title II, article 11, explanation).

• The European constitution obliges government of member states to take out loans exclusively from private banks against exorbitant interest rates that will be paid for by the citizens.

• The result of articles III-209 and III-210 (number 2, paragraph b) will be that minimum work wages will continue to fall.

• In Article II-94 of the "Final Act" (Title IV, article 34, explanation) and article II-209, the EU denies any responsibility in the area of social assistance. Despite article II-91, policy directive 93.104 from 1993, or newer version of that directive, makes it possible to force people to work much longer hours; up to sixty-five hours or even more per week (To date in the Netherlands we work thirty-six hours).

• Despite the article II-92 title of "The Ban on Child Labor and the Protection of Youngsters at Work", the "Final Act" (Title IV, article 32, explanation) and policy directive 94/33 create the right to put children, of age thirteen years and older, to work. Under certain conditions the article permits even younger children to work.

• Article 1-11, paragraph 3, stipulates that the EU government can intervene when it considers the actions of a member state insufficient. This also means that the EU can intervene in any area whatsoever.

There are certainly some positive aspects to the constitutional treaty; unfortunately, more often than not their purpose is to obscure the main issue. It is a fact that this treaty makes a dictatorship of large corporations and big business possible and that, even though many describe the treaty as "liberal", it makes a mockery of the rights and freedom of individual citizens.

The plans for the New World Order are already in the drawers of our governments. In many countries, governments wait until the time is right to impose these plans on the population. All our politicians need is a reason. In the Netherlands, after the murder of Theo van Gogh on November 2, 2004, everybody demanded greater security. This presented the "opportunity" that the government was waiting for, and it wasn't long before it responded by presenting an extensive package of measures, officially to combat terrorism and radicalism. Unfortunately this underhanded way of enforcing repressive

laws will continue, and by the time the world's community of citizen, realize this, their rights will have been taken away.

Incidentally, the European Union will only exist for a short time. En route to the New World Order, the European Union, like the United States, will stop existing as an independent political entity in the near future.

## Chapter 43

# Weather Control

**"Some are engaging in an eco-type of terrorism whereby they can alter the climate, set off earthquakes, volcanoes remotely through the use of electromagnetic waves."** *United States Secretary of Defense William S. Cohen, April, 1997*

The greatest goal of the Illuminati is to gain total control over the entire world population! That is why they have invested billions of dollars towards this goal. They have several secret projects, among which are mind, physical and economic control of the world. One of these projects takes place at a military base in the wilderness of Alaska, northeast of Anchorage, near Gakona. This project bears the official name High-Frequency Active Auroral Research Program (HAARP).

According to the official HAARP website, this project is about scientific research focused on studying the qualities and behavior of the ionosphere. With this research, special emphasis was placed on the application of communication and observation systems for civil and defensive purposes.[447] The description of the patent right, however, stated an entirely different research aim: "Method and equipment to change the atmosphere, ionosphere and the sphere of power regionally."

Project HAARP takes part in committing some of the biggest crimes against humanity ever. There is no justification for it, as there is also no justification for developing atomic and chemical or biological weapons. The technical installation in Alaska basically consists of several functions. The most interesting one is the Ionosphere Research Instrument (an installation used to change the ionosphere). The Ionosphere Research Instrument, in jargon called "Heater", is the most powerful high-frequency transmitter ever built. The name "Heater" refers to the most important quality of the installation; it radiates the ionosphere with enormous electrical charges that heat its top layer. To heat this layer, ten to 100 billion watts are pumped into the atmosphere.[448] Because of these electrical charges, artificial Northern Lights (or Auroras) can appear under certain conditions. The most powerful heating takes place in the F-layer of the

ionosphere at a height of 200 kilometers. The partial and specific absorption of the electrical charge allows part of this charge to reflect back to earth in the form of Extreme Low Frequencies (ELF). These electromagnetic waves penetrate everything animate and inanimate. By transmitting these waves and other signals, the HAARP installation is able to significantly manipulate the consciousness of a large part of the world's population. Some HAARP experimental successes include the ability to:

447 www.haarp.alaska.edu448 USA Patent 4.686.605: Method and installation for alteration of regions in the atmosphere, the ionosphere and the magnetosphere, August 1987. USA Patent
4.712.155: Method and installation for the artificial heating of plasma regions by means of resonance of electrons and cyclotrons, November 1991.

• Alter the human psyche
• Negatively influence the health of individuals
• Disrupt human nervous systems
• Artificially change the earth's atmosphere

There is also the possibility to penetrate the air, via chem-trailing, with the help of ionospheric lenses and mirrors, together with things like toxic barium components that disrupt or shut down communications, electricity and electronic devices in selected areas.

The experiments of HAARP projects also influence the migration of animals. Many dolphins, whales, sea lions and other mammals have died in the last few years. Of course the true cause of these massive deaths is not a consequence of disorientation or pollution of the seas. These sea mammals have a perfect sonar system that was disrupted by HAARP!

It is known that the HAARP project also functions as a guard, a sort of worldwide radar. Together with this project, they also developed new weapons of mass destruction. These weapons have the same power as an atomic bomb but do not cause radioactivity.

The HAARP installation is the most powerful weapon that the Illuminati have. HAARP was not only developed to aid in the manipulation of human

consciousness, the regulated induction of pathogens, and the alterations of geophysics and ecologic systems, but also for global control of the climate. When thinking about the warming of our planet, one should especially consider the secret experiments of our invisible elite. Of course nobody will ever think of blaming HAARP for the current changes in the climate; however the truth is that with HAARP, the top layer of the atmosphere can be artificially influenced. HAARP can:

• Change space energetically
• Relocate or block jet streams, thus changing the weather of entire areas.
• Artificially charge fault lines, causing earthquakes.

Whenever a natural disaster occurs anywhere in the world, we must ask ourselves this particular question: "Was the disaster naturally or artificially induced?"

HAARP changes the northern jet stream to the southern direction. This jet stream is a constant whirlwind in the top layers of the atmosphere that should circle around the North Pole. The stream has a high electrical charge and is thus the largest moving antenna in the world that defines the electromagnetic network around the earth. In the last few years it was noted that, repeatedly, the jet stream actually moved from its normal position in the north to the south. The results of these shifts are natural disasters. Ever since HAARP started in 1994, there has been an unprecedented chain of natural disasters worldwide. Severe earthquakes, frequently occurring hurricanes, and sudden extreme changes in weather conditions all occurred within a short time span. When we think of climate disasters such as the "Tsunami", "Katrina', "Rita" and "Wilma" there is no such thing as coincidence. However meteorologists are not investigating the matter.

HAARP can cause local disturbances by manipulating the atmosphere, causing disturbances that could never have been caused by natural weather patterns. A characteristic side effect of these same manipulations is that they can cause physical and psychosomatic symptoms in humans. Strong feelings of uneasiness and anxiety, gastrointestinal problems, headaches, migraines, irritated eyes and feelings of depression are typical symptoms of such manipulations.

We hear that it's a scientific fact that our planet is warming up. Al Gore travels the world and fools us into believing that soon our planet will perish. Bribes by the elite think tank American Enterprise Institute (AEI) make sure that economists and scientists keep their mouths shut.[449] There are hardly any scientists among the members of the United Nations climate panel. Known scientists mostly depend on the elite behind the New World Order, and are generously rewarded for saying the things the Illuminati want us to hear, causing the truth never to be revealed.

The Space and Science Research Center (SSRC) in Orlando, Florida, is the leading independent research center in the United States, and possibly worldwide, that is focused on climate change. Some of the world's brightest scientists, also experts in solar physics and climate change, are working for the SSRC. A press release by SSRC confirmed recent announcements by NASA that there are historic and important changes taking place on the sun's surface that will bring about the next climate change. A climate change is coming that will bring about an extended period of deep cold to the planet! We have only a few years to prepare before twenty to thirty years of lasting and possibly dangerous cold temperatures arrive. Given the importance of the next climate change, Director of the SSRC John Casey was asked whether the government has been notified: "Yes, as soon as our research revealed these solar cycles and the prediction of the coming cold era with the next climate change, I notified all the key offices in the Bush administration including both parties in the Senate and House science committees as well as most of the nation's media outlets. Unfortunately, because of the intensity of coverage of the United Nations Intergovernmental Panel on Climate Change (IPCC) and manmade global warming during 2007, the full story about climate change is very slow in getting told. These changes in the sun have begun. They are unstoppable. With the word finally starting to get out about the next climate change, hopefully we will have time to prepare. We will do our best to spread the word along with NASA and others who can see what is about to take place for the Earth's climate. Soon, I believe this will be recognized as the most important climate story of this century."[450]

449 *The Guardian,* February 2, 2007. 450 Press Release: SSRC 1-2008, *Changes in the Sun's Surface to Bring Next Climate Change,* January 2, 2008.

We are not being told that the poles are not melting and that the temperature on Antarctica continues to drop. The fact that warm regions, such as Miami, are experiencing snow and extreme cold along the Gulf Coast is being kept out of the news. A scenario of doom is being concocted to make us frightening and ignorant. In reality these climate changes are the result of the HAARP installations that heat the ionosphere with their gigantic antennas. Also, the cause of the monster waves on the North Sea and the unprecedented spring 2007 record-breaking heat wave (thirty-five degrees Celsius) in Moscow, and snow in Rio de Janeiro can be trailed back to HAARP.[451]

Why do our ruling elite want to control the weather? Among other, the HAARP project is about creating weather modification techniques that trigger storms, hurricanes and earthquakes to achieve military goals.[452] Military documents talk about the intent to use the ionosphere for defense purposes. On January 26, 2007, a small article about the American army wishing to deploy "glazed frost" against enemy vehicles appeared in a few newspapers. According to the Dutch newspaper *Spits* issued on January 26, 2007, the Darpa Research Center of the American Ministry of Defense has developed a chemical form of glazed frost that could specifically be used in dry and warm regions, such as the regions of Iraq and Afghanistan. Antiskid layers would be applied over the tires and shoes of Defense personnel to prevent them from sliding on the ice. A chemical form of glazed frost? We must assume that the source of this chemical can be traced back to the HAARP project. With the aid of HAARP, rain has been caused in India some time ago and snow, glazed frost and thick layers of ice in Jordan and Iraq.

Weather warfare, namely the manipulation of weather patterns for military use has never been mentioned before. However, U.S. military documents claim that HAARP's main objective is to "exploit the ionosphere for Department of Defense purposes."

The Canadian professor and economist Michel Chossudovsky claims: "Weather manipulation is the pre-emptive weapon par excellence. It can be directed against enemy countries or even "friendly nations", without their knowledge. Weather warfare constitutes a covert form of pre-emptive war.

The manipulation of climate can be used to destabilize an enemy's economy, ecosystem and agriculture (e.g. North Korea or Cuba). Needless to say it can trigger havoc in financial and commodity markets and can potentially be used as an instrument of "insider trade" for financial gain. It has the ability of destabilize a country's institutions. Concurrently, the disruption in agriculture creates a greater dependency on food aid and imported grain staples from the U.S. and other Western countries."[453]

451 " Monster waves in the North Sea do Exist", described in *Spits*, April 5, 2007. 452 Phil Schneider lecture, May 1995: "The federal government has invented an earthquake device. I am a geologist, and I know what I am talking about. With the Kobe earthquake in Japan, there was no pulse wave as in a normal earthquake. None. In 1989, there was an earthquake in San Francisco. There was no pulse wave with that one either." Shortly after his lecture, Phil Schneider was found dead in his apartment with a piano wire wrapped around his neck.

In *Weather as a Force Multiplier: Owning the Weather in 2025* of August 1996, we can read: "In the United States, weather modification will likely become a part of national security policy with both domestic and international applications. Our government will pursue such a policy, depending on its interests, at various levels. These levels could include unilateral actions, participation in a security framework such as NATO, membership in an international organization such as the United Nations, or participation in a coalition. Assuming that in 2025 our national security strategy includes weather modification, its use in our national military strategy will naturally follow. Besides the significant benefits an operational capability would provide, another motivation to pursue weather modification is to deter and counter potential adversaries. In this paper we show that appropriate application of weather modification can provide battle space dominance to a degree never before imagined. In the future, such operations will enhance air and space superiority and provide new options for battle space shaping and battle space awareness. The technology is there, waiting for us to pull it all together; in 2025 we can own the weather."[454]

By now it is not only the HAARP installation in Alaska that's heating up the ionosphere. Giant transmitters can now be found on almost every continent. The general term for these installations is EISKAT. These installations are connected to each other and can immediately take over for one another when one of them fails. Moreover, every installation has its own power supply and is therefore entirely independent.

[453] Michel Chossudovsky, *The Ultimate Weapon of Mass Destruction: Owning the Weather for Military Use*, September 24, 2004.
[454] *Weather as a Force Multiplier: Owning the Weather in 2025*, August 1996 by Col. Tamzy J. House, Lt. Col. James B. Near, Jr., LTC. William B. Shields, Maj. Ronald J. Celentano, Maj. David M. Husband, Maj. Ann E. Mercer, Maj James E. Pugh. Source: http://www.au.af.mil/au/2025/volume3/chap15/v3c15-1.htm

## Chapter 44

# Josef Mengele and Monarch Mind Control

Much has been written about the invisible elite behind the New World Order, which is aimed at absolute control of the world. With the help of important networks, money and violence, this elite has infiltrated all structures of power. On allimportant posts within governments, church organizations, science, education, finance, mass media and many other branches of society, the true leaders of this world have their men in position. From this starting point they wish to manipulate world history and lead all humankind to a forced world dictatorship.

There aren't many researchers who are getting answers as to how this is possible, and it is because the plans that will lead to this New World Order are being kept secret. Under normal circumstances these plans would leak sooner or later; because covert operations tend to be infiltrated with dissatisfied individuals or whistle-blowers. However, this is not what is being seen with the Illuminati.

The Illuminati are masters in the art of secrecy. One of their best kept secrets and most important triumph as of yet is the successful containment of the ultra-secret Monarch Total Mind Control program. This program is the foundation of the dateless plan to force all of humankind into one universal slave state. The Monarch program and the mind control (control of someone's consciousness) of a select few in society is guarantee for absolute secrecy of the plans that are to lead to the worldwide dictatorship of the Antichrist.

The Monarch program uses penetrating and excessive mind control methods to transform humans to robots.[455] The mind control methods used deliberately create traumatic experiences for those being manipulated. These human robots (Monarch slaves) are, subjected to "controllers" who are part of the Illuminati. The Monarch slaves are deployed in the highest ranks of government, church, scientific, financial and educational institutions that are able to influence civilian life. The Illuminati make sure that the human robots that are placed in high ranks do their work without revealing any secret plans. It is easy to understand that one weak link could be fatal to the

organization.[456] Without these Monarch slaves there will never be a New World Order. They make sure that the entire spectrum of their affairs and units can be controlled and kept secret.

Dr. Joseph Mengele, one of the cruelest criminals of the twentieth century, has played a crucial role in the development of the Monarch Mind Control formula.

[455] In English the phrase "mind control" should be translated as "consciousness control". One often overlooks the fact that some of the techniques involved concentrate on the subconscious.
[456] CKLN*FM Mind Control Series, part* 22, Ryerson Polytechnical University Toronto, Ontario. With consent of producer and interviewer Wayne Morris (1997).

Mengele was not only the designer of this program; he also introduced it to the world of science.

Many people are convinced that two months before the evacuation of Auschwitz, Mengele managed to escape back to his hometown Günzberg, Bavaria, and that in 1949 he traveled (via Austria and Italy) to Argentina before fleeing to Paraguay where he could avoid all requests for extradition. At the end of the Seventies, he was allegedly killed in a plane crash in Brazil. When some researchers came dangerously close to Josef Mengele's tracks in 1985, it was immediately publicly announced that the body of Mengele had been found in the Embu (Brazil). DNA found in the "remains" matched the DNA in Mengele's surviving son, Rolf. Josef Mengele was dead and the search for him terminated. However, this is not the truth!

Mengele's life is one surrounded by secrets, contradictions and smoke screens. What really happened to Mengele will always remain hidden, and this is because he was part of an occult hierarchy that is in pursuit of total world control. Mengele was handed instructions to give the impression that he spent the rest of his days in South America. And even though Mengele did live in Brazil, Argentina and Paraguay, the Illuminati spread a great deal of misinformation about his true life. Mengele was born in the Günzberg in 1911. He studied in Munich, Bonn, Frankfurt and Vienna. His goal was a career as researcher in the field of genetics. After medical school, he became

an assistant to Otmar von Verschuer at Frankfurt University. In 1931 Mengele joined the Stahlhelm, a militant nationalist organization where many World War I soldiers had united. In 1934 he changed to the Sturmabteilung (SA) of Hitler's rising dictatorship and in 1937 filed for membership of the National Sozialist Deutsche Arbeiterpartei (NSDAP). Not long after that, he joined the Schutzstaffel (SS). In 1942 Mengele returned to Berlin, where he worked at the Kaiser Wilhelm Institute. Under supervision of this institute Mengele conducted countless experiments in the sphere of mind control on thousands of innocent victims. As said before, from the beginning the work and research of Josef Mengele were funded by important foundations owned by the Illuminati. These foundations were actively involved with the "final check experiments" of the Kaiser Wilhelm Institute. In 1943 Von Verschuer, sent Mengele to the Auschwitz-Birkenau camp. Mengele had, as will be shown, the duty to develop a technology that could turn people into "machines". For that reason, no laboratory note or manuscript relating to Mengele's work has ever been found.

In January 1945, when it became apparent that the Nazis were going to lose the war, Mengele disappeared from Auschwitz. He was secretly flown to the United States. There he could further develop his knowledge about programming the human mind for the profit of the planned New World Order, using knowledge he had already gathered while experimenting on thousands of children in Auschwitz. With the help of our invisible elite, the research and experiments of mind control were secretly continued.[457] Part of the Monarch Total Mind Control program was established in the beginning of the Fifties. The three developers were Dr. Green (Josef Mengele), Dr. White (electroshock specialist Ewen Cameron) and Dr. Black (Leo Wheeler).[458]

The brain of a Monarch slave is programmed step by step, just like a computer. The method is the same as if a computer program were being implanted into the brain of the Monarch slave. That program controls the behavior of every Monarch slave, giving him direction.

The Monarch program divides the human psyche into different personalities, all within the same individual. These alternating or changing personalities are called "alters". An "alter" is a separate part of the memory that possesses its own identity. The brain regards each alter as a different and separate

individual that is capable of fully taking control of the behavior of that individual.[459] The existence of two or more personalities within one person is called Multiple Personality Disorder (MPD). In recent specialist literature MPD is also called Syndrome of Multiple Personalities and Dissociative Identity Disorder (DID).[460]

The basic principle of the Monarch program is that the brain protects itself from extreme trauma by consciously creating multiple personalities within one person.[461] An alter always appears based on terrible occurrences that cannot be dealt with, and are thus repressed. When heavily traumatized, the human mind builds a virtual wall around this painful memory. This wall functions as a sort of shield for the individual. The actual personality of this person doesn't know what goes on in his subconscious. The primary personality of this person is being pushed aside for his own protection, and must make room for new identities. During this process, the alter takes over the original personality of the individual. These new (and often multiple) personalities are focused on one or more tasks. These tasks can be aimed at the execution of certain jobs, but also at coordinating the programmed personalities of the alters.[462]The wall, built around a traumatic event, also protects the identity of the programmers. The shield ensures that the Monarch slaves can live an ordinary life in order not to be recognized as such by people around them

[457] From a personal interview with a victim of Josef Mengele who was programmed in a German concentration camp. This victim was smuggled via Canada to the United States. Once in the United States, he again had to deal with Josef Mengele, who now continued his experiments under his new name, Dr. Green.
[458] See interview with Cisco Wheeler, CKLN-FM *Mind Control Series*, part 22, Ryerson Polytechnical University Toronto, Ontario, Producer & Interviewer Wayne Morris, 1997.

459 Ulla Fröhling, *Vater unser in der Hölle*, Hamburg 1996, 18.460 Michaela Huber, *Multiple Persönlichkeiten: Überlebende extremer Gewalt*, Frankfurt am Main, 1995, 24.
[461] To achieve this, a number of different techniques (manipulation, indoctrination, conditioning, encoding, programming and brainwashing) are

applied and combined.

[462] Hans Ulrich Gresch, *Unsichtbare Ketten: Der Missbrauch der Hypnose und anderer Trance-technieken durch Kriminelle, Sekten und Geheimdienste,* Hrsg. 2003, 65.

As said, the Monarch program uses mind control based on a traumatic event. The complete programming of every Monarch slave is executed based on a trauma. Mengele's research in Auschwitz was primarily aimed around the amount of pain and number of traumatic experiences a person can undergo without dying from it. Maybe now we can understand how Mengele was able to operate in Auschwitz without using sedation. He removed organs from living, and conscious, victims and sewed children together all without anesthesia! The experiments were statistically summarized for the Illuminati to immediately see how much torture a man can take and, ultimately, be enslaved based on a trauma. The results of Mengele's research have been kept absolutely secret to this day.

The success of Monarch Mind Control is mainly owed to the simple fact that a new personality can be created with continuous abuse. This new personality can take over one's consciousness at any given moment and knows nothing of the existence of other personalities in the same individual.[463] Each alter (new personality) receives a unique code from the programmers. This code can be activated at any moment. As soon as the programmers give a certain code, the programmed alter is activated and takes control of the person. The alter that was in charge before becomes instantly inactive. The alters that exist within the Monarch program are bound to programmed paths. Should they venture outside their allocated "surroundings", they will run into their demons. Each alter is no more than a tiny part of a large diabolical system and is but a small wheel in a large machine. One tiny wheel is not capable of fighting its oppression in a maze of thousands of wheels.[464]

Programmed Monarch slaves can be found in each layer of our society. The ultimate goal of Monarch programming is to create people who go unnoticed in public life and are considered "normal", but who can at any time be activated by their programmers to carry out assignments. There is a variant of the Monarch programming aimed at influencing adults, yet mind control

based on trauma and aimed at programmed split personalities (MPDs) is generally applied to children under the age of six.[465]

According to several former Monarch slaves, it is customary that the Monarch program is applied to babies of just a few months old to children of age six. They do this because children under the age of six can be easily influenced. When a child is raised in a certain way, it will be hard to later change or restructure that personality.[466] Of major importance here is the difference between Monarch slaves within the hierarchy and those outside, the most important difference being the way the two types of slaves are programmed.

[463] In the meantime, there are Monarch slaves that possess more than 100 different personalities.
[464] Michaela Huber, *Multiple Persönlichkeiten: Überlebende extremer Gewalt*, Frankfurt am Main, 1995, 24.
[465] Hans Ulrich Gresch, *Unsichtbare Ketten: Der Missbrauch der Hypnose und anderer Trance-technieken durch Kriminelle, Sekten und Geheimdienste*, Hrsg. 2003, 78.
[466] Judith Spencer, *Jenny*: *Das Martyrium eines Kindes*, Frankfurt am Main 1995, 67.

Monarch slaves outside the hierarchy are indispensable to the conspirators. They come in the shape of saboteurs, drug runners, murderers and suppliers of children. They are used to serve a certain purpose before being killed, often at a young age.[467] Such Monarch slaves mostly come from the Third World where they have been sold by their parents or given up to adoption agencies. Some of the children often live in special institutions with their adoptive parents. Children who don't live with a blood relative are easy prey for the Illuminati. They are all too eager to buy them and turn them into programmed slaves. There is a living child trade in the world. Eastern European girls are being brought to the West under false pretences. Not only are they forced into prostitution; they are also forced to bear children, which they are forced to give up to the Illuminati .[468]

Many of these future slaves outside the hierarchy are being born from women who have already been programmed. All these women have been

told that it's a great honor to sacrifice their children to Satan. Because these mothers "willingly" give up their children, these things hardly reach the outside world.[469]

As far as the Monarch slaves within the hierarchy are concerned, their programming has already been planned before their birth. Beforehand, the Illuminati determine the position a child will take in the hierarchy. The child is usually conceived during a Satanic ritual and is expected to perform certain tasks within the Satanic hierarchy. His or her life will exclusively and completely be determined by the Illuminati. Many Monarch slaves within the hierarchy have been programmed to be multifunctional and are expected to be able to program other slaves. Their entire life will revolve around programming the lives of others. Nowadays second and third generation of Monarch slaves are occupied with the programming of others.[470]

In addition, there are also generational Satanic families. They have been sold to Satan and their children, therefore, belong to the devil in a very special way. The fetuses of children from such families undergo demonization during special rituals. These kinds of rituals in which such demonizations take place are also called "moonchild rituals". Creating these moonchildren is the greatest achievement in the sphere of magic these devil artists carry out. The thought behind creating a moonchild is that a perfect and clean soul is captured. This emotionally charged ritual is always accompanied by blood or even human sacrifice.

The Monarch program uses mind control based on a traumatic experience to thus trigger the different personalities of a human being. The entire programming of each individual Monarch slave is based on one or more traumatic experiences. The Illuminati decide which unforgettable traumatic event will be their base of programming. A method often used is premature birth. This method is crucial because the child is traumatized in a natural way. For a premature baby the lack of a comfortable maternal body will be experienced as a trauma. Such a start in life will make it easier for the programmers to mold the child. A premature birth will make a child combative. When a child develops a strong will and a fighter's attitude to survive its premature birth, it will also be capable of living through the torture that comes with programming. Not all these children are premature,

but since it's the favorite method of the programmers the number of forced early births is increasing.[471]

[467] Report of the "Ritual Abuse Task-Force", Los Angeles, March 15, 1991.

468 *Katholiek Nieuwsblad*, issue 43, July 21, 2000, 7.469 Michaela Huber, *Multiple Persönlichkeiten: Überlebende extremer Gewalt*, Frankfurt am Main, 1995, 27.
[470] Fritz Springmeier & Cisco Wheeler, *The Illuminati Formula Used to Create an*

The mothers who are pregnant with the children that will be programmed are also subjected to traumatic experiences during their pregnancies. The intent is to traumatize the expecting mothers in such a way that their children are also influenced. Besides this, some babies are tortured with thin needles even as they are still in their mother's belly. Through the abdominal wall the unborn children are poked at, each part of their tiny bodies injured.[472] At birth the Illuminati see to it that the child first sees the person who will play a large part in the programming. In the eighteen months following the child's birth, the programmer will coax the child lovingly. During this period, these loving words are the only things the child will hear. This way an intense bond between the child and his personal programmer develops naturally. The splitting of the child's mind will not be long following this period of "bonding". After the child is showered with love, everything that is safe and good is taken away. There is a cage in which the child is subjected to electroshocks. The child's mind is manipulated in such a way that it eventually becomes numb. The child suffers hunger and cold and is left naked. When the child sees his loving master after all this suffering (usually after forty-two to seventy-two hours of pain), he is highly emotional and carefully puts away the memory of the previous painful hours. The child is happy and believes that help has finally come. In that specific moment, the programmer will show his most horrible side and force the child to come to terms with the events by assuming another personality. The former loving caretaker has turned into the child's worst enemy. The child cannot comprehend the two extremes of his programmer: loving caretaker and torturer. The person the child trusted most is now also the one he fears the most.[473] The next step is to establish whether or not the experiment was

successful. This test is usually executed when the child is about eighteen months old. The victims are tested to find out if they are now capable of splitting their personalities before the special programming can commence.

[471] Hans Ulrich Gresch, *Unsichtbare Ketten: Der Missbrauch der Hypnose und anderer Trance-technieken durch Kriminelle, Sekten und Geheimdienste*, Hrsg. 2003, 16.
[472] Heiner Gehring, *Versklavte Gehirne: Bewußtseinskontrolle und Verhaltensbeeinflussung*, Rottenburg 2004, 88.
[473] Hans Ulrich Gresch, *Unsichtbare Ketten: Der Missbrauch der Hypnose und anderer Trance-technieken durch Kriminelle, Sekten und Geheimdienste*, Hrsg. 2003, 16.

The original and most important torture to definitely split a child's mind was carried out by Mengele at a California Air Force base. The base was built to "test new weapons". Most of these "new weapons" involved the production of human robots on a large scale. The production process of this Monarch Mind Control program took place in an airplane hangar. In this hangar were thousands of small cages stacked as high as the ceiling. Each cage was just large enough to hold a baby. There were about 2000 to 3000 babies stocked in the hangar.[474]

The cages in which the babies were locked were electrified so that electroshocks could be applied at any moment. The purpose here was again to split these children's personalities.[475] The cages had the macabre name "woodpecker grids". The victims were also subjected to sharp light flashes. These flashes were applied as a means of hypnosis, causing them to imagine themselves living in another dimension. After the children had spent days in the woodpecker grid, the real trauma would start: the raping. These rapes were cruel and bestial, leaving the memory of it as very traumatic to the child.[476]

The programmers also used video footage that influenced the subconscious. For this purpose, they used large projectors that looked like binoculars. The crucial difference was that the right and left eye were showing completely different images. Through the right viewer, positive films such as fairytales were shown. Through the left eye was shown a horror show that consisted of

horrific pornographic images of snuff (movies of sexual acts in which people are actually killed) and all sorts of ceremonial and ritual cruelties.[477] To traumatize the children, the programmers also used trained dogs, monkeys and other animals as part of the programming. To split the children's personality, they were often locked in a cage full of spiders and snakes. Moreover, the children were given soft drugs, which were administered through injections, while music was being played in the background. The application of this programming with children had several goals:

• To cause pain
• To force out-of-body experiences (experiences during which one has the feeling that the mind leaves the body)
• To intensify the trauma
• To position each created alter ego in the desired tier or part of the child's brain • To reduce the child's memory capacity

[474] Fritz Springmeier & Cisco Wheeler, *The Illuminati Formula Used to Create an Undetectable Total Mind Controlled Slave,* Clackamas 1996, 166.
[475] The slaves are under such pressure and control that they would inflict themselves with electroshock at the request of their "master".
[476] Huber, Michaela, *Multiple Persönlichkeiten: Überlebende extremer Gewalt,* Frankfurt am Main, 1995, 27.
[477] Fritz Springmeier & Cisco Wheeler, *The Illuminati Formula Used to Create an*

One of the victims, Cisco Wheeler, remembers that Dr. Josef Mengele would come in with an icy smile on his face, and holding a daisy. Mengele would stand before the child and start pulling the leaves one by one. His only words during these events were: "I love you, I love you not, I love you, I love you not…." The child would be driven to madness, for he knew from experience all too well that he could be killed as soon as the last leaf was pulled from the flower. A child that was not loved was killed in the most horrifying manner. Other programmed children were forced to watch how the unloved child would be skinned alive.[478]

To gain full dominance over the life of the victim, the programmers use the most terrifying tortures. Children are buried alive or hung by their hands and

feet while being sexually abused. Rabbits, dogs and cats are brutally slaughtered while the children watch or take part in the killings. Dogs and snakes are used for sexual acts with children. Human faeces, urine, sperm and blood play important roles in humiliation sessions. Children are rubbed with these bodily fluids and often forced to drink a cocktail mixture of the fluids. The live skinning and bleeding to death of victims is also used quite often. Survivors say that victims are even boiled and eaten, and baby fat used to make candles.[479]

In California, there were several crematoria where fire traumas were created. In these institutions, children are forced to watch other children (with whom they had been close) being burned alive. One child was completely burned to ashes because of the extreme heat used. The ashes retained the contours of the child until somebody opened a window. The tiniest air stream caused the ashes to lose their shape. The other child that was forced to watch from a glass window felt the heat and heard the screams of the child in the oven and was forever traumatized.[480] The fire trauma is carried out in such a way that the child watching is forced to imagine that he will burn from the heat. This trauma is consequently used as a basis for the "melting stadium". After the melting process, the programmer is able to determine, in detail, what the programmed alter will do.[481]

As soon as the children reach the level of absolute obedience, they are lowered into a deep well. Here they are given orders, such as "cut yourself", "give yourself an electroshock" and other assignments to maim themselves. These tortures in the well are usually a great success, because the alters wound themselves in gruesome ways.

When the child reaches the age of five, his own will have been completely destroyed. In the place of the individual innate will and opinion is now the manipulative, dependent slave. The weak and strong points of the child are specifically documented and consequently it's decided what role each child will fulfill in society. In detail the programmers describe what the assignment of a certain child will be and what it will mean for the Illuminati.

[478] Fritz Springmeier & Cisco Wheeler, *The Illuminati Formula Used to Create an Undetectable Total Mind Controlled Slave*, Clackamas 1996, 371.

479 Ibidem, 66.480 Ibidem, 220.
481 Ibidem, 344.

Among the Monarch slaves are many artists and film stars. Marilyn Monroe was, for example, a Monarch slave who was robbed of her own personality. This surfaced in the film that was made about her life. Lena Pepitone wrote in her book *Marilyn Monroe Confidential An Intimate Personal Account*: "Everywhere were floor-to-ceiling mirrors. Even the dining room in the back part of the living room was decorated with a mirrored plate table."[482]

The use of mirrors is of crucial importance in the programming of Monarch slaves. The slaves see thousands of reflections within themselves. The decoration of Marilyn's house completely fitted her inner state of mind: all mirrors. Many Monarch slaves fill their house with mirrors; Marilyn however, did this to an extreme. In that context the song texts of Jimi Hendrix, also a Monarch slave, are interesting to read. The title *Room full of mirrors* leaves no doubt about the fact that Jimi Hendrix was a Monarch slave.

I used to live in a room full of mirrors
All I could see was me
Then I take my spirit and I smash my mirrors
And now the whole world is here for me to see
Now I'm searching for my love to be

A broken glass was solvin' my brain
Cut and screamin' crowdin' in my head
A broken glass was loud in my brain
It used to fall on my dreams and cut me in my bed

Drugs are an important part of the method used to program people's thoughts. According to one of his biographies, Jimi Hendrix didn't want anything to do with drugs, but his manager forced him to take them. Shortly after that he became addicted.

It's important to remember that mind control will always be part of the life of the Satanic Monarch children. They will never escape abuse. The abuse of the hierarchic Monarch slaves will not be visible on their physique, which is

common with the slaves who don't belong to the Illuminati elite. Even though the scars of torture and control are less visible in the members of the Satanic elite, they too suffer many traumas.

The torture that is part of the Monarch program is considered "conditioning", with the goal of developing specific talents. Those who are programmed must eventually function according to a certain plan and are subjected to a well-thoughtout system. They are shown a certain image of the future and receive a code word that is stored in their subconscious. This code word will, at a meticulously chosen moment, mobilize their entire body. They have been whispered to: "In every one of us there is a primitive force which takes, and one which gives. These primitive forces make us who we are. Fulfill your destiny."

[482] Lena Pepitone, *Marilyn Monroe Confidential an Intimate Personal Account*, New York, 1979, 16.

You can distinguish many different alters. An alter that is being used for espionage and blackmail is called a beta (sex slave). Sex slaves are programmed to possess skills to use their charm, optimize seductive skills, and to be creative and charismatic. Political leaders and ministers are often connected to betas so that they can be blackmailed at any desired moment. Another special alter is programmed to turn a man into a hitman. They are known as "delta killers". They are slaves with one purpose: murdering a person. It was such killers that were responsible for the deaths of John F. Kennedy and his brother, Marlyn Monroe, Martin Luther King, Jr., John Lennon, Princess Diana, Pim Fortuyn and many others. By means of mind control, the true killers (clients) are able to have their dirty work done by their programmed alters. That's what makes it hard to expose the actual killers of major public figures and personalities.

Monarch slaves are not only murderers or spies, more often they can be found in high social functions where they can profoundly influence human existence. Examples can be found in governments, church organizations or in science, education, finance, media and many other branches of society. In order not to reveal the true motive, all peoples in these posts are programmed personalities. This is important because using non-programmed

people could lead to the truth being exposed. Sooner or later secret plans would leak if non-programmed individuals were used.

In the last fifty years, a select category of Monarch slaves has helped build the largest empire that ever existed. This Illuminati Empire has been primarily built on deceit, fraud and economic manipulation. These Monarch slaves are economic assassins that are strategically located all over the world in both rich and poor countries. Poor countries with valuable resources are being cheated by these Monarch slaves out of billions by money lending practices that leave them unable to repay the debt and at the mercy of Illuminati control over their economy.[483] The larger parts of these loans are being allocated by the Illuminati.

One of the conditions of these loans is that ninety percent of them need to be redeemed to companies such as Halliburton or Bechtel. These companies are in the hands of the Illuminati and, consequently, execute large infrastructural projects such as airports, motorways, harbors and power plants in these countries. The receiving countries are left with a debt plus interest. The poor inhabitants of these countries are burdened with these sky-high debts that cannot possibly be repaid. These countries become totally dependent on the Illuminati. The multi-billiondollar profit from such arrangements go straight to the Illuminati, and from that moment onward they control the entire political system of these countries.

[483] The World Bank together with the IMF accommodates the greater part of the funding used by the "economic assassins".

If the Monarch slaves fail, a coup is attempted or a revolution forced with the help of different secret services. If this doesn't work, a special elite unit carries out liquidations. And when the time has come, the leader or dictator of a country will suffer a "heart attack" or some other accident. If all this fails, the military division of the New World Order comes in.[484]

Ecuador is a typical example of a country that has come under the control of the New World Order with the help of Monarch slaves. The riches of oil wells in Ecuador can be compared to those of the Middle East. That's why the country was forced to give up rainforests in the Amazon to large corporations that belong to the global elite. In the late sixties they started

drilling for oil in the Amazon basin. The country had been granted a large loan with the future extraction of oil as pledge. Employees and missionaries of the Summer Institute of Linguistics (SIL), an evangelical community funded by the Rockefellers, encouraged the local Indian people to leave their land. Their reward would consist of free food, drink, clothing, boarding, education and medical treatment.[485]

Ecuador had suffered greatly under a series of dictatorships. Jaime Roldós was the first elected president after a long history of dictators. Roldós was the great exception. He recognized some connections politicians on the other side of the Panama Canal seemed not to be noticing. He noticed the undercurrents that threatened to change the world into a world empire making its people mere slaves. Roldós was a man who believed that the rights of the poor were the responsibility of the politicians.[486] He was one of the few politicians in his day that wasn't afraid to fight the Illuminati. He not only fought for preservation of his land, but also battled the large oil companies.

In 1981, Roldós' government presented a new law for the extraction of oil to the parliament. The new law anticipated a new basic relation between Ecuador and the oil companies. The leaders of the New World Order expected this example to carry far beyond the Latin American borders and spread through the entire world. They responded as expected: they did everything within their power to make Jaime Roldós look bad. The press portrayed the first elected president of Ecuador as a second Fidel Castro. Lobbyists swarmed to Ecuador with briefcases filled with slush money to undermine the regime. There was also a fierce battle with the Rockefellers' Texaco.

But Roldós was not easily intimidated. To the contrary, he emphatically pointed out the conspiracy between politics and oil. He openly accused the Summer Institute of Linguistics (SIL) of cooperating with the oil companies and didn't shy away from evicting them. A few weeks after he had presented his new law for the extraction of oil and the eviction of the SIL missionaries, Roldós warned each company in his country that if they profited from the Ecuadorian people, they had to leave the country immediately. Then something happened that was not totally unexpected. After a long speech in the Atahualpa Station in Quito, Ecuador's capital, Roldós was killed in a

helicopter crash on May 24, 1981. Roldós had been warned of an attack the very same day and had taken precautions. He left with two helicopters. At the very last moment before his return, a safety adviser convinced him to take the other helicopter, the one that blew up.

[484] Only in rare cases such as Yugoslavia and Iraq was the army used as a last resort.[485] John Perkins, *Confessions of an Economic Hitman*, San Francisco, 2004, 210.

Osvaldo Hurtado became Ecuador's new president. Not only did he let the Summer Institute of Linguistics resume their work, but also by the end of that year an ambitious plan started. It was the increase of the extraction of oil by Texaco in the Gulf of Guayaquil and in the Amazon basin. The oil companies pumped wastewater directly into the rivers of the Amazon, deliberately killing people, plants and animals. Daily, eighteen million liters of toxic water containing heavy metals, oil and other carcinogens were pumped directly into the rivers.[487]

Ecuador was completely damned. The Illuminati received almost the entire profit of the excavated crude oil. Today the country loses fifty percent of its national budget to the repayment of debts, an impossible feat to accomplish. For education, exactly two percent of housing and medical supplies go to the Ecuadorian treasury. The country is by no means capable in paying off its debt. In early 2006, the government was bold enough to protest against clandestine oil drilling and the illegal repossession of land in the Amazon area. As punishment, the United States imposed several sanctions on Ecuador, among which included a ten-billion-dollar fine. Just like all the other South American countries, Ecuador is backed against a wall!

## Chapter 45

# The Movie Industry

The expansion and the propaganda of occultism is one of the many goals of the Illuminati. David Rockefeller is part of Lucifer's Trust Management.[488] In one of Lucifer's Trust publications entitled *Externalization of the Hierarchy,* we are told who will rule the earth in the coming days… His name is Lucifer! Sanat (Satan) is the ruler of the spiritual world (Shambala).[489]

Delta Airways (Boeing) belongs to the Rockefellers, as does Standard Oil, which uses the Satanic pentagram (five-pointed star) as its company logo! The fivepointed star is one of the most preferred signs of the Freemasons, witches, Satanists and other demon-inspired groups. Time and again this star is spread amongst the public effectively. The five-pointed star appears on many flags and military vehicles, in movies, television programs, literature, clothes, shoes and is also present during Christmas in a frightfully exclusive and particularly dominant way. It is truly ironic that during this period the Satanic five-pointed star is on display everywhere in the streets and shops. What is also worrying is the increase in the number of cartoons in which the Satanic star appears. In films, the five-pointed star symbolizes "good", which is transferred onto kids on a subconscious level.

To be able to subliminally influence the masses on a continuous basis, one of the tools that the power elite use is the movie industry; and one of their most powerful tools is Hollywood. The most important part of the movie industry is in the hands of the Illuminati, and their interest is in being able to reach a mass audience. They also produce movies that are filled with the Monarch propaganda. In most movies and popular television soaps, Monarch slaves play the lead roles.[490]

Hollywood is a gigantic center for mind control. Lieutenant-Colonel Dave Grossman is a specialist in the field of programming. He trains soldiers to kill people on command. In his book *On Killing,* Grossman writes that the world of entertainment uses the same tools the army uses to train soldiers in killing people. According to Grossman, there is, however, a difference: "Soldiers are trained to kill on command, but kids are trained to kill

whenever they feel like it!" Grossman writes that the training to kill starts with cartoons: "It starts with innocent cartoons and, as they grow older, goes on with very violent actions on the screen. At that point, parents start to forbid their children to watch movies with age restrictions (violence, bad language, etc.).[491] These movies show stabbings, spraying blood, gunfights, bodies being riddled with bullets and other atrocities."[492]

[488] The publications of *Lucifer's Trust* (1922) formed the starting point of all modern New Age Movements.

[489] Alice Bailey, *Externalization of the Hierarchy*, New York, 1982, 107.[490] Fritz Springmeier mentioned in his "Monarch" book a few examples of Monarch slaves: Roseanne Barr, John Travolta, Tom Cruise, Bette Middler, Marlyn Monroe and many others. The Illuminati also had quite a number of so-called slave traders, for instance Frank Sinatra, Peter Lawford and Bob Hope. And the programmers were and are, among others, Anton Lavey (Satanic Church), Jerry Lee Lewis, Kris Kristofferson and Willie Nelson.

Walt Disney was the man that gave us cartoons, theme parks and amazing movies for all ages. Disney has become the largest corporation in the area of entertainment. Most people are convinced that Disney films are both harmless and pleasant.

Walt Disney is one of the Illuminati's best deceptions! The treacherous image of "the wholesome Disney movie" is a major triumph of the Illuminati. Behind Disney entertainment dark things lurk: the so-called snuff movies (in which people are actually being killed on-camera) and hard and violent porn. Joe Roth, director of Walt Disney Studios, also heads daughter companies like Touchstone, Miramax and Hollywood Pictures. These companies are front companies for pornographic movies. However, the main public will never see the pornography that has been produced for years by the Illuminati.

Walt Disney was, in reality, a sadistic porn king pin who enjoyed making pornographic movies. Behind the scenes at Disney, we also find white slavery, mind control of Monarch slaves and the temptation of several generations to witchcraft. Nobody in the world has managed to sell witchcraft as effectively as the Disney brothers.[493]

• The well-known movie *Return from Witches Mountain* was one of the most powerful encouragements for witchcraft in its day. Mind control and Monarch slaves were paraded on-screen deliberately.

• One of the biggest temptations to witchcraft and Satanism is the world-famous production of the *Star Wars* movies. Everything in this trilogy has to do with Satanism and witchcraft, which became prolonged and even more pronounced with each subsequent episode. Like many other Hollywood productions, *Star Wars* is used to program people into becoming Monarch slaves. And all that under the cover of innocent entertainment.

The film company ABC produced the Disney vehicle *Wild Palms*, a movie that clearly showed how mind-control works and how the Illuminati live. It is about the way children are kidnapped and babies are switched at birth. It even showed how cartoons are used to teach children to kill. *Wild Palms* also showed the interconnection of the bloodlines through deliberate marriages amongst the Illuminati. The name "Illuminati", however, is not mentioned anywhere in the movie, but the similarities between "The Father" and the leadership of the Illuminati are quite obvious. In the movie the slaves addressed the programmers as "Father" and "Mother", with one of the main characters stating: "There will be a day when we wake up and realize that this country isn't ours, and nobody will give a damn." The movie showed that nothing happens by accident. The movie's producer, Bruce Wagner, clearly showed his knowledge of mind control. The fact that the movie was produced and released is testament to the arrogance of the Illuminati, who target and program thousands of people for criminal intentions. The masses do not realize that there is no difference between the fictional violence in these movies and the violence that we see in the real world! It would appear that the Illuminati assume that, should they be recognized, "nobody will give a damn."

[491] David Grossman, *On Killing*, Boston 1996, 308.[492] Ibidem, 302.
[493] Based on documents and information by Fritz Springmeier.

Parents and adults will be shocked to learn what lies hidden in Disney's cartoons. The master plan of the Illuminati involves disturbing the family life by setting children against parents and encouraging violence. Ultimately, the Illuminati are working towards establishing a violent society. To achieve their objective, there has to be a lot of violence in movies, on TV and in

cartoons. Parents do not realize that their children are continuously being exposed to a cocktail of occultism, witchcraft and subliminal pornography. As an example, the animated movie *The Little Mermaid* contains various pornographic images, incorporating male genitalia on the cover of the video.

The occult world of black magic also supports Disney's movie industry and, as early as the 1920s and 1930s, knew what had to be done in the name of the master plan of the New World Order:

• A 1920 Disney movie shows children skipping class successfully, shoplifting and playing a cheerful game of hockey. A veritable encouragement of bad behavior.

• The 1925 movie *Alice Stage Struck* shows how little Alice is bound and gagged, and dragged to a lumber saw. The Illuminati cleverly address the curiosity of the "child" inside each adult person. The Illuminati want to show that occult witchcraft is a common phenomenon.

• In the early 1940s, Disney experienced financial difficulties. Nelson Rockefeller helped out by paying for the production of cartoons about South America. *The Three Caballeros* shows an illustrious Donald Duck chasing after South American women.

• In 1934, Walt Disney made a cartoon about the goddess of secret religions called Persephone. In this movie, entitled *The Goddess of Spring,* Satan abducts Persephone to take her as his bride and bring her to the underworld. After six months she is allowed to return to earth. It is remarkable that the rituals surrounding Persephone are the same as the rituals that have their origins within the Illuminati.

• The 1951 Donald Duck cartoon *Corn Chips* shows how Donald hits his nephews Huey and Louis over the head. Huey and Louis later return with a bag of stolen popcorn, which they empty over Donald's front yard. The "eye for an eye" principle is, dialectically speaking, completely justified in Disney movies.

• In the movie *Alice in Wonderland* Disney shows how Alice walks away from her responsibilities and partakes in wonderful and carefree adventures.







**In Disney's** *The Little Mermaid* **the castles are male sexual organs.**

• In the 1951 cartoon *Get Rich Quick,* Goofy wins a huge amount of money at a poker game. His wife, who first was against him playing poker, immediately forgives him when she sees how much he has won. Quite a reprehensible form of dialectics.
• Disney's *Gargoyle* cartoons were made for television and are clear examples of Satan's demonic teachings. They tell the story of a race of demons that protect the city of New York. One of the gargoyles is even called "Demonia".
• In another cartoon, Mickey Mouse is shown sniffing cocaine!

Whoever thinks that Disney only creates fairytales is very much mistaken. In these fairytales, facts are replaced with fiction to facilitate mind control. Both *Snow White* and *Pinocchio* contain occult principles like death and resurrection. *Snow White and the Seven Dwarves* contains very important occult theme's that were used to program Monarch children.

• In 1940, Disney produced the two animated movies *Pinocchio* and *Fantasia,* which were used by the Illuminati to program children. Although

*Fantasia* was a flop, it was a perfect mind control tool.

• In the 1950s, the Illuminati used Disney's animated movies *Alice in Wonderland* and *The Wizard of Oz* as a basis for programming Monarch slaves.

• On October 27, 1954 Walt Disney's *Wonderful World of Color*, a celebration of Disney's movies, was broadcasted on television. The words "wonderful", "world" and "color" were chosen deliberately by an Illuminati mind programmer. Specific colors and color combinations were chosen for the Disney cartoons and theme parks, all as part of mind control.

• In the *Magician's Apprentice* (a cartoon about the ancient theme of total control over the earth), we see Mickey Mouse getting involved in a love-hate relationship. Such a love-hate relationship is used to traumatize and program slaves.

• In America, the television program *The Wonderland Show* was shown in several states. This show was designed to program the thoughts of children. We see girls walk through a mirror with the three lives of Thomasina, accompanied by the song "I'm a Little Teapot". Eventually, someone indeed is turned into a teapot!

The appearance of a fictional reality is what makes these movies so dangerous. Behind this façade hides the ideology of occultism, which is passed down from generation to generation and is one of the most far-reaching aspects of occultism in the world.

Walt Disney worked hard on creating a seemingly benign and innocent image and was not afraid to squash property owners, steal ideas and leave a trail of victims. For decades, Walt Disney was a heavy drinker and alcoholic. However, with all the power of the media behind him he had nothing to worry about, because nothing ever reached the light of day. These kinds of façades of moral purity and sobriety usually hide extremely sinister and Satanic practices. Adolf Hitler, for example, was someone who washed his hands several times a day. Walt Disney washed his hands several times an hour! It is important to know in this respect that an alter ego that is forced to take on a different personality or to carry out an Illuminati command compulsively washes his hands in pretence of innocence. Walt Disney was a Freemason in the thirty-second degree and a dedicated supporter of occultism and born in Spain, out of wedlock. It is suspected that Isabelle Zamora Ascendo was his mother. Upon investigating his history, it was

discovered that this Hollywood mogul was related to the Bush family, porn king Hugh Heffner, Princess Diana and Hollywood star Clint Eastwood. Many researchers have studied Walt Disney's legacy, and those who found out his well hidden secrets and published them faced terrible hardships.

## Chapter 46

# The Music Industry

The Illuminati control famous movie stars, writers, directors and also musicians. What could have a greater impact on our lives than the music we listen to? Not only is music everywhere, there is no doubt that it influences our behavior. Unlike books or movies, which always involve some sort of cognitive process, music directly touches our hearts. Because we are most susceptible to music, we are also influenced by it most easily. We assume that the intellectual and emotional development of children is stimulated by certain kinds of music. It has also been proven that certain physical handicaps can be positively influenced by music. Classical music, especially, has a very positive influence on stimulating both mental acuity and the growth of specific flowers and plants.

However, there are also dark sides to music. Scientific research indicates, for example, that certain kinds of music stimulate antisocial behavior. Listeners of heavy metal and rap, for instance, lead much more turbulent lives than those that have a preference for other types of music. This means a lot: heart and consciousness can be influenced by music in both positive and negative ways. Both music and magic are known to go hand in hand in every culture. People can enter into a trance by powerfully repetitive rhythms, and music can even cause mass hysteria and is known to lead to "demonic possession".

When we watch a live concert, we see that music can influence mass audiences in such a way that individuals lose control of their emotions and become part of the crowd. This is a typical and dangerous phenomenon of music. In the case of rock concerts, it often leads to excesses. During a concert in San Diego, for example, a band had an audience of 15,000 chanting "Natas" (Satan).

Heavy metal, rap and other similar music tend to contain lyrics that glorify the sexual humiliation of women, hatred and violence, racial segregation and Satanism. The following six themes keep popping up in rap and heavy metal as things to be glorified:

• Drugs and alcohol abuse
• Violence against women and authority figures
• Power
• Sexual abuse
• Racism
• Suicide
• Satanism

Time and again, youngsters are given messages through these types of music. Youngsters who get into trouble almost always do so due to the influence of drugs, alcohol, violent music and Satanism. The result is an increase of criminality in child rape, grave desecrations, animal mistreatment and, increasingly, murder. The link between certain kinds of music and sexual abuse, suicide and antisocial behavior has been researched and scientifically documented. The programmed rock star Jimi Hendrix once said: "I know that my music penetrates the subconscious, and that is exactly what we want."

Heavy metal is continuously linked to drugs, suicide and depression amongst youngsters. An advisor to a radio station even called it "music that can be used to get someone to kill their parents." Many people are also worried about the connection between heavy metal and Satanism. Police officers point out that this kind of music stimulates Satanism among youths.

Have you ever wondered why people who know absolutely nothing about music and who have no talent whatsoever manage to stay at the top of the charts? And why people with talent and ideas seem to go nowhere career-wise?

Many singers and groups have appealed to the powers of the occult by making pacts with the devil in which they literally sell their souls to Satan. Satan promises them fame, wealth and all the earthly pleasures they want. In return, the musicians are expected to pay a steep price: to completely surrender and submit to Satan's will and to serve him in all aspects of their lives, including converting others to Satanism through their music. After making their unholy pact with the devil, many singers and groups conspire to gain access to inspiration and supernatural power. Most of them not only glorify Satan and hell, they are also guided and controlled by demons.

• Little Richard once said: "Some bands, before they go on stage, stand inside a circle and drink chalices filled with blood. They fall on their knees and worship Satan."

• When the Red Hot Chili Peppers were given the MTV-Award in 1992, they commented: "First of all we want to thank Satan for this."

• Jon Bon Jovi swore: "For Rock'n'Roll I would murder my mother, I would sell my soul!"

• Neil Diamond said: "I swear that I completely give my mind, body and soul to the plans of our commander Satan."

• The band "Venom" showed the true nature of its music with the lyrics: "We are not here to entertain you, we preach Satan! Listen to him!"

• The world famous guitarist John McLaughlin was sure that his Mahavishnu Orchestra was possessed by a spirit, "One night when we were performing, a spirit took possession of my playing. It was no longer me playing the guitar!"

• The band AC/DC is known to roar: "I bring you to hell, I will have you, Satan will have you."

•

Frank Zappa once boasted: "I am the devil's advocate; we have our own worshippers, the groupies. These girls give themselves to the musicians as though they are making a sacrifice."

•

Rock star Marilyn Manson, priest of the Church of Satan once said: "If I am

lucky I will go down in history as the man who put an end to Christianity." He claimed that his album - Antichrist Superstar - had been given to him in a supernatural way: "I am certain that every time somebody hears my new record God is destroyed in that person's soul." Marilyn Manson tripped on stage and tore up the Bible and cursed and ranted against Jesus Christ. On his T-shirt was written, "kill your parents" and "I love Satan". He was certainly not stageacting!

•

The band members of "Slayer", one of the most famous rock bands in history,

considered themselves a group of warriors of the gates of hell: "We believe in the god Satan." The group's records sold by the millions! Satan is praised in every single one of their songs.

- 

To Led Zeppelin's Jimmy Paige, a performance was really a ritual in which his successful band tapped into magical sources, no matter how dangerous that was.

- 

The heavy metal band "Black Sabbath" once wrote on the cover of one of their

albums: "And you, poor sod, with this album in your hands, have sold your soul, because you will be caught swiftly in the hellish rhythm of this devilish music." Another one of their songs has the following lyric: "Jesus, take this meal, because it is the meal of the Antichrist, the 666."

- 

After Ozzy Osbourne quit Black Sabbath, he habitually bit the throats of birds

during his solo shows. This went on until someone in the audience threw a bat on the stage. When Ozzy bit the animal's throat, he had to undergo a series of painful rabies shots. The following line is typical of Osbourne: "I was raised by a demon, we want your soul, put an end to your messed up life, kill your parents, nobody will cry about it." It will not surprise anyone that, in one of his lyrics, Ozzy addressed the biggest New Age occultist and Satanist Aleister Crowley.

Especially in the 1960s, occultism was a major influence on rock music, which was directly attributed to Aleister Crowley. In this period, Crowley books were also popular with California's subcultures. Under the immediate influence of Crowley, Anton LaVey and Kenneth Anger founded the Church of Satan, which attracted many famous directors and actors. Roman Polanski, Sammy Davis, Jr., and Jane Mansfield were among the members of this church. Crowley's writing also inspired Charles Manson's "Final Church". In 1969, the members of this sect killed eight people! After this period, rock music increasingly moved towards Satanism.

In a 1985 interview with the newspaper *New Solidarity*, Ben Aaron, at the time the third highest member of the Church of Satan, said that it was thanks to his church that bands like Blue Oyster Cult, The Who, Ozzy Osbourne and many others emerged. Heavy metal came from "hard rock", and the Satanic genres are called "death metal", "doom metal" and "black metal". They not only proclaimed themselves Satanists through their appearance and onstage performances, they also put Satanic symbols on the tickets to their shows.

Many heavy metal acts nowadays incorporate a horror show into their concerts, decorating the stage as execution and torture chambers. During those concerts, they throw flesh, skulls and fake blood about. These days, the visitors of virtually all heavy metal concerts are encouraged to kill in the name of Satan. Lyrics like the following are typical of this type of music:

We enter into your body and rape your soul
and turn you, mercilessly and cold.
We force you to kill your brother, eat his flesh and brains. Skin him and lick his bones until all madness has gone. We sow destruction in the world where demonic legions will rule.

Many parents long for the time of the Beatles. Few people know, however, that that's where it all started. The Beatle phenomenon was carefully planned by the Illuminati to spread a very destructive element among the global masses: the possibility to change a person against their will.

In 1962, John Lennon told Tony Sheridan in the Hamburg Star Club: "I am certain that the Beatles will be very successful, because I have sold my soul to Satan!" Shortly afterwards, the Beatles were asked to record for the EMI label, one of Europe's major music producers. And, led by EMI producer George Martin and his friend Brian Epstein, they were cleaned up and provided with the proper "beatle look".

At the time, the Beatles could not read a single note, and could only play the guitar. Theodor Adorno wrote their lyrics and music, which was kept a secret from the outside world. Adorno was one of the earliest leaders of the Frankfurt School. In 1950, he reorganized and "de-Nazified" the post-war German educational system and cultural institutions. This project was known

as the Congress for Cultural Freedom (CCF). Adorno also was co-director of the "Authoritarian Personality Project" that willfully engineered the Baby Boomer drug/rock/sex counter culture. Few people know that the Beatles were part of a mass experiment by the Tavistock Institute for Human Relations in London. Most actors and singers are "puffed" to become stars. This technique is what is known as "profiling". As said before, profiling can be applied to individuals, small or large groups of people, and organizations of all sizes. The Beatles were "puffed" day and night without ceasing until everything (lies and all) about them was accepted as truth.[494] The Tavistock Institute, as part of a social experiment, brought them to America. In the experiment, a certain population group would be brainwashed without anybody ever finding out, and the brainwashing would involve a very powerful psychotropic drug called LSD (Lysergic Acid Diethylamide).

[494] Dr. John Coleman, *The Tavistock Institute Of Human Relations: Shaping Moral, Spiritual, Cultural, Political and Economic Decline of the United States of America*, Hrsg. 2005, 158.

The experiment with LSD was an exponent of the Illuminati goal.[495] In 1943 Sandoz AG, a Swiss pharmaceutical company belonging to the London-based Warburg Co. began producing LSD as a drug.[496] The Tavistock Institute obtained this drug from Sandoz AG via the Institute for Policy Studies. The experiment was structured within the framework of the CIA's infamous MK-ULTRA project. This program used innocent CIA personnel as guinea pigs, with the experiment costing several personnel their lives. Following the results of this experiment, the Illuminati transformed San Francisco in the early 1960s into a Satanic playground! Teenagers were kidnapped, and groups were recruited. It was a joint project with the CIA and Britain's MI6. LSD was to make people psychotic and cause them to hallucinate and, in addition, cause serious brain damage. For many of the people involved, their experiment with this drug ended in them committing suicide. The result of the experiment was impressive: the entire Flower Power culture flourished, and finally gave rise to the student riots that were funded by the CIA to the tune of twenty-five million dollars.

Alan Ginsberg was an idol at the end of the 1960s and thanks to the cooperation of the media he was able to promote (on American television) the use and benefits of LSD! Whereas ordinary commercials would have

cost him a fortune to air, Ginsberg paid very little to air his LSD promotions. He did it in the name of "new ideas" and "new cultures" that emerged in the world of art and music. The media was filled with articles and programs about Ginsberg and his drug propaganda. In the entire history of the media there has been no other propaganda able to match Ginsberg's. *The New York Times* dedicated over five pages to Ginsberg and his defense of the benefits of marijuana and LSD use! The impact of this publicity campaign immersed the generally conservative American public into one culture shock after another. The LSD that was manufactured by Sandoz was supplied free of charge in huge quantities at many universities and music concerts throughout the United States.

In 1967, American society escalated its open cultural battle against youngsters and the "Flower Power" movement. The year began with massive open-air concerts to which youngsters flocked in the millions, with many of them falling prey to the Illuminati's well-organized LSD experiment. The hallucinogenic drug was distributed freely, and its use heralded the arrival of New Age.

The real intention behind the Monterey Pop Festival was the introduction of a new psychedelic and hallucinogenic drug culture. During this festival, thousands of people were introduced to this new drug. The organizer of the festival was John Philips, a member of the band "The Mamas and the Papas". Philips was a drug dealer who was closely connected to the Satanic network that included Charles Manson, movie director Roman Polanski, producer Terry Melcher (son of Doris Day) and the group "The Beach Boys". During the Monterey Pop Festival, LSD and marijuana were freely available for public consumption. The pill called "Monterey Purple" was handed out to anyone interested. Under the influence from the music and peer pressure from those that used it, many people not used to experimenting with drugs decided to use the drug. These rock festivals served as breeding grounds for the counterculture of free sex and public drug use. During the Woodstock festival, LSD was secretly mixed in drinks like Coca Cola, turning thousands of innocent youths into mindless psychotics. Many of them committed suicide.

[495] The global drug trade is an important instrument that the Illuminati use to get as many people as possible hooked on drugs and then deprive them of

<span style="color:red">their rights by making the possession and use of these drugs illegal. Their
goal is to create a weak and unprotected society, and to achieve this goal
they deliberately create confusion and fear.
[496] As mentioned earlier, the leading Illuminati families are also behind the
global drug trade.</span>

During the first twenty -four hours of Woodstock, 300 youngsters ended up
in medical emergency units and were diagnosed with "bad LSD trips".
Thousands more would follow.

On August 17, *The New York Times* reported: "Today, one of the organizers
of Woodstock went on stage to announce that there was LSD around that had
been tampered with. He said: 'LSD is not a poison. It has only been
tampered with you are not going to die. If you are worried, take half a pill.'
This warning to about half a million people came from none other than
Wavy Gravy, an MK-ULTRA agent. Because of the enormous influx of
people to the emergency services, over fifty doctors and medical staff were
flown in from New York. At the end of the festival, there had been 5,000
emergencies and patients."

When the Beatles arrived for the first time in America in 1964, the airport
was filled with young girls and the press reporting the outbreak of
"Beatlemania". These girls had been brought to the airport from the Bronx
by employees of the Tavistock Institute (the promotional team) and were
paid to scream hysterically. When the Tavistock Institute brought the Beatles
to America, nobody could suspect what the disastrous consequences would
turn out to be. Nobody would ever have heard of the Beatles if every effort
had not been made to get the media's attention. Ed Sullivan and American
Bandstand were responsible for creating an audience that would change the
world. Ed Sullivan was hired by the Illuminati. Shortly before the Beatles
went to America, he studied at the Tavistock Institute. Without his major
influence with the media, the Beatles and their music would have died a
silent death.

As said before, the music of the Beatles was written by Theo Adorno. It was
based on music from the Dionysius Cult or that of the Baal Priesthood.[497]
Adorno simply added a modern sound to the music. The launch of the
Beatles was accompanied by a careful selection of words and phrases that

had been composed by the Tavistock Institute. The word "rock" was related to music, and the words "teenager", "cool", "discovered" and "pop music" were codes representing the acceptance of drugs. These words followed the Beatles everywhere they were "discovered" by "teenagers". There is no doubt that the word "teenager" only became popular with the Beatles and the hearty greetings of the Tavistock Institute.

[497] The "Beatniks" and earlier "rock culture" of the Elvis Presley generation already echoed the Dionysian cult legacy of the European existentialist degeneration of Heidegger, Leo Strauss, Theodor Adorno and Jean-Paul Sartre.

Because the code words were linked to the music, fans of the music started to use them more and more. The words created a new generation that began identifying itself more as amoral youngsters, who were being manipulated and conditioned to believe that the Beatles were their idols. All these code words were used to gain control of this target group of American youths. After the Beatles "conquered" the world, more code words were added. The media addressed the "Beatle generation" and the Tavistock Institute introduced the terms "Beatniks", "Hippies" and "Flower Power". Additionally, it became fashionable to wear dirty jeans, to have long, dirty, unwashed hair. The new lifestyle captured millions of youngsters, leading to a veritable revolution. Other generations could do nothing about it and were unable to trace the origins of this movement of drugs and other bad habits or to stop it.

*Sergeant Pepper's Lonely Hearts Club Band* was the title of the first album by the Beatles that *directly* encouraged the use of drugs. The album even contained a song called "Lucy in the Sky with Diamonds" (LSD), about a colorful LSD trip dedicated to this drug. The album was dedicated to Satanist Aleister Crowley. It was released exactly twenty years after Crowley's death, with the album cover containing his picture. The title song starts with the words: "It was twenty years ago today.

Shortly after the album was released, the Beatles shocked the world by announcing they were in favor of the legalization of marijuana and LSD. In an interview with *Life Magazine*, Paul McCartney said: "LSD has opened my eyes. We use only a tenth of our brains."

Song titles like "Norwegian Wood", "Yellow Submarine", "Strawberry Fields Forever", "Lucy in the Sky with Diamonds" and many others were all about drug use. John Lennon and his wife Yoko Ono openly admitted to having used heroin. Other members of the Beatles also admitted to using LSD.

On John Lennon's album "Mind Games", he literally worships the Antichrist in some of his songs. One such song was "Bring on the Lucie", the lyrics to which contain the following phrases:

Here's something you just better do
Free the people now
Do it, do it, do it, do it, do it now!
Well we were caught with our hands in the air
So let's shout it aloud like a prayer
Free the people now
666 is your name.
In his book *A Spaniard in the Works*, Lennon portrays Jesus Christ as: "A small, garlic-eating, stinking, yellow, dirty Fascist, Catholic Spanish bastard." During the publicity campaign for the "White Album", Lennon stated: "Christianity will disappear. It will splinter and thus lose its power."

It is common knowledge that many Beatles songs contain hidden messages that can only be heard when they are played backwards. The song "Revolution nr 9", for instance, when played backwards contains the message "Start smoking marijuana now." Backwards messages were based on the instructions of Aleister Crowley. He gave his followers the following instructions:

Learn to read BACKWARDS
Learn to think BACKWARDS
Learn to write BACKWARDS
Learn to listen BACKWARDS
Learn to speak BACKWARDS

Backwards messages first appeared in recordings in the 1960s, are transmitted directly to the subconscious of the listener.[498] However, these

recordings were not discovered until the 1970s. Incorporating such messages into recordings is relatively easy in any professional sound studio.

Shortly before his death, John Lennon was interviewed by *Playboy Magazine*, in which he commented that drugs like LSD, heroin, cocaine and other hard drugs had been distributed deliberately to create social chaos and, ultimately, to destroy civilization. "We have to thank the CIA and the army that LSD exists and can be bought. They used LSD to be able to control people. They gave us that freedom. Look at what the government has to say about this."

As earlier stated, the Beatles were part of a mass experiment by the CIA, Britain's MI6 and the Tavistock Institute. John Lennon had opened Pandora's Box and had become aware of the global impact of the Beatles phenomenon. He knew that the Beatles were, to a large extent, the result of a detailed social experiment that resulted in the worldwide distribution of drugs.

John Lennon was aware of the fact that the Beatles were subjected to a mind control that ended in drug use and dependency for some of the band's members. He also claimed that he knew the phenomenon labeled "Beatlemania" was merely one aspect of a large global conspiracy of social manipulation and experiments. Better than any other member of the Beatles, he knew of this corruption and infiltration by the Secret Service in this Hippie culture from which rock music emerged. Finally, he was once one of the major guns in the arsenal of the CIA/MI6/Tavistock conspiracy, therefore posing a threat to the entire operation.

On December 8, 1980, John Lennon was murdered by the programmed DeltaMonarch slave Mark David Chapman. John Lennon, the most politically engaged rock star of his generation, was shot to death in front of the building where his penthouse was located. This secretive building overlooks New York's Central Park, and was the building used for the movie *Rosemary's Baby*, after the famous novel by Ira Levin. *Rosemary's Baby* was about the birth of the Antichrist in a New York apartment.

[498] Although the messages are recorded in very high, inaudible frequencies, they do penetrate the subconscious.

The murderer of John Lennon was nothing more than an obedient and programmed Monarch slave controlled by the Illuminati, who claimed he had heard voices from the devil. He immediately admitted his guilt, which prevented the case from going to trial. This is typically what happens with these kinds of murders: An immediate confession resulting in no trial. Case closed! And no one will be the wiser regarding the actual event that took place.

The human mind is strong. John Lennon was not the only one that stood up to the Illuminati! Other musicians like Jim Morrison, Kurt Cobain, Jimi Hendrix and others took their own measures against the programming and surveillance by the Illuminati. When secrets do come out, like John Lennon's *Playboy* interview, these musicians were killed immediately. Many allegedly died of a drug overdose: Brian Jones, Mama Cass, Jimi Hendrix, Janis Joplin and Tim Buckley, to name a few. When Hendrix and Joplin died, Jim Morrison's manager said that he might well be next. And he was right; Jim Morrison died of a heart attack in his bathtub. It is very likely that these musicians became too dangerous for the Illuminati and they were murdered when they were able to remember their lives before they were programmed!

John Todd was responsible for one of the recording industry's biggest mergers in history. From this mega-merger emerged the label Zodiaco Productions.[499] Todd was initiated into the highest occult circles of power within the Illuminati (Council 13). In an interview, after leaving the occult, he warned: "What connection is there between rock music and Satanism. Do you really want me to answer that? When I converted to Jesus Christ I smashed up my entire collection of rock music. Before that, I belonged to witchdom. I was the manager of Seria Cotatchens, one of the largest music empires in the United States. Of course, I did not own the company, the Illuminati did. The Illuminati own everything, the Rothschilds own everything. At the start of the 1970s, I lived in Los Angeles, and I knew about every rock band in America. I also lived in Los Angeles, because I constantly needed to be with the artists who also lived there. As a result, we also knew all the television stars. And indeed not a night went by without seeing someone on television that I had not already initiated as a witch. Whenever you talked to one of them and asked what kind of music they liked, almost all of them would tell you that their choice was based on an

LSD trance or some other kind of transcendental meditation, or that it had been transmitted to them during a séance."

[499] Zodiaco Productions created the Californian Maranatha Concern, the aim of which was to capture youngsters with positive-sounding rock band names and lyrics. While, in fact, Satanic words were secretly hidden in the lyrics.

According to John Todd, Illuminati rituals (black magic) preceded every original music recording: "The actors and musicians are initiated by a priest according to a specific ritual, and they can be certain that demons will guide all their products. The best-known and best-selling music these days carries such a curse. This means the demons simply guide such a product. And when you buy such a product, you bring the demon into your house free of charge. With every CD, whether it is pop, rock or country music, there is a chance that you will invite a demon into your house. And I mean that literally. There are thousands of people who have problems in their marriages, families or otherwise. But when they destroyed their disgraceful music collection, peace returned. As long as people listen to this kind of music, youngsters will continue to convert to evil. Even when a Christian comes up to me and tells me that he still listens to rock music, I ask him about his mental condition, and it turns out to be weak. It is simply impossible to grow spiritually as long as you keep listening to that music."

## Chapter 47

# Road to Hell

After all the astounding events that occur in today's world, we should be prepared for even more profound changes that will deeply affect our own lives. Through the ages all plans of the Illuminati have been executed, and it looks like nothing is standing in the way of their ultimate goal. The era of the Illuminati's dominion is rapidly approaching and will change the world in a way that will flabbergast humankind. The freedom of separate nations and that of individuals will soon be over. The world and society as we have always known it will rapidly crumble. It's only a matter of time before all of humankind will be doomed to slavery and oblivion! It will be a dictatorship worse than any other preceding one. Mankind must prepare itself for tribulations as never experienced before. In the near future people will be raised and controlled like animals. The greater part of humankind will fall victim to slavery!

Even though the issues raised in this book may seem highly unlikely to some of the readers, it still needs thorough contemplation. The international web that imposes its will on the world in a very refined way is so far invisible to many. This web, formed by family ties (bloodlines), huge groups and holdings with many branches and charity funds worth billions of dollars, has infiltrated national governments all over the world. At the moment many governments, consciously or subconsciously, are like puppets on a string for the shadow government. The never-ending activities of this powerful organization are mainly carried out in a devious manner and should definitely be questioned.

Unfortunately, very few people are aware that the power of this world lies firmly in the hands of a few powerful families, who are slowly gaining control of a manipulated humanity. The apathy of large groups of people is steadily increasing. People live in their own happy little worlds, reluctant to let go and widen their scope. They would rather join the New World Order than open their eyes to reality.

This book will arouse fear and terror in some readers. Many will fear the future. It is sad to say that there is little we can do. The idea of world

government is winning ground. It appears that the artificially triggered political unrest, instability and wars are finally yielding the desired result. It won't be long now before mankind is willing to sacrifice anything for peace; most of us will long for a world government.

Instead of being afraid, righteous believers can rejoice in God. Whoever tries to convince his fellow humans of God's goodness continually faces the sad fact that many people seem to fear the truth. They are afraid to surround themselves with that truth, because their way of life in some way prevents them from believing in a just God. But, without the certainty of faith in God, accepting a devilish conspiracy can be extremely frightening.

Above all, the lesson we must learn from this book is that we should be watchful and critical. Everything the Scriptures say about the "end of time" is effectuating all around us. Recognising the truth regarding the backgrounds of world history is is important, and is in no way frightening; on the contrary, it is liberating because someone who believes in God can assume that a special grace is granted to him. Based on that grace, we have to be grateful, and based on that gratitude we must help make sure that as many people as possible may hear this "liberating" truth. Everyone can contribute in his own fashion.

# Selected Bibliography

**Abeele, Andries van den:** *De Kinderen van Hiram*. Brussels 1991. **Agnoli, Carlo Alberto:** *Der Europäische Haftbefehl: Kürzester Weg in die Tyrannei*. Durach 2005.

**Allen, Gary:** *None Dare to Call it Conspiracy*. Concord Press 1972.

**Anonymous:** *334‰ Lüge: Die Offenbarung des Hohen Meister von Stuhl*. Frankfurt 2002.

**Arendt, Hannah:** *Eichmann in Jerusalem: Ein Bericht von der Banalität des Bösen*. Munich 1965.

**Aretz, Emil:** *Hexen-Einma-Eeins einer Lüge*. Pähl 1970.

**Avernery, Uri:** *Israel ohne Zionisten*. Gütersloh 1969.

**Baaren, J.I. van:** *Het Geheimnis der Wetteloze*. Amsterdam 1984. **Baaren, J.I. van:** *De Identiteit van Israël*. Hilversum 1992.

**Bacque, James:** *Other Losses: An Investigation into the Mass Deaths of German Prisoners at the Hands of the French and the Americans after World War II*. Toronto 1989.

**Baigent, Michael; Leigh, Richard; Lincoln, Henry:** *Holy Blood, Holy Grail*. New York 1982.

**Bailey, Alice:** *Externalization of the Hierarchy*. New York 1982.

**Barkai, Avraham:** *Vom Boykott zur Entjudung: Der Wirtschaftliche Existenzkampf der Juden im Dritten Reich 1933-1943*. Frankfurt 1988.

**Bedarrides, Marc:** *L'Ordre Maçonnique de Misraim*. Parijs 1845.

**Bernstein, Jack:** *Das Leben eines amerikanischen Juden im rassistischen, marxistischen Israël*. Steinkirchen 1985.

**Black, Edwin:** *The Transfer Agreement: The untold story of the Secret Agreement Between the Third Reich and Jewish Palestine*. New York 1984.

**Bonewits, Isaac:** *Witchcraft*. Green Egg 1976.

**Bowart, Walther A.:** *Operation Mind Control*. New York 1994.

**Brown, Tony:** *What killed Max Robinson?* Tri State 1988.

**Burg, Josef G.:** *Schuld und Schicksal*. Oldenburg 1972.

**Carmin, E.R.:** *Das Schwarze Reich: Geheimgesellschaften und Politik im 20. Jahrhundert*. Sphinx 1999.

**Carr, William Guy:** *Pawns in the Game*. Oregon 1958.

**Chavkin, Samuel:** *The Mind Stealers: Psychosurgery and Mind Control*. Westport 1978.

**Clopton, Robert; Tsuin-Chen Ou:** *John Dewey Lectures in China 1919-1920.* Honolulu 1973.

**Collon, Michel:** *Bluf Poker: De Grootmachten, Joegoslavië en de komende oorlogen.* Berchem 2000.

**Coleman, John:** *Conspirators Hierarchy: The Story of the Committee of 300.* London 1992.

**Coleman, John:** *One World Order: Socialist Dictatorship.* New York 1995.

**Coleman, John:** *Tavistock Institute of Human Relations: Shaping the Moral, Spiritual, Cultural, Political and Economic Decline of The United States of America.* Omni Publications 1999.

**Coston, Henry:** *Les Financiers qui Ménent le Monde.* Paris 1996.

**Cretineau, Jean:** *L'Église Romaine en Face de la Révolution.* Parijs 1858.

**Dall, Curtis B.:** *Amerikas Kriegspolitik: Roosevelt und seine Hintermänner.* Tübingen 1975.

**Daytot, Armand:** *L'Invasion, le Siège 1870, la Commune 1871.* Paris 1901.

**Decker, Ed; Hunt, David:** *Los Fabricantes de Dioses.* Minneapolis 1993.

**De Metrano, Julian:** *La Silva Curiosa.* Toledo 1583; New edition: Parijs 1608. **Deutscher, Isaac:** *Die Ungelöste Judenfrage.* Berlin 1977.

**Donald, Heidi Gurcke:** *We were not the Enemy: Remembering the United States Latin-American Civilian Internment Program of World War II.* Lincoln 2008. **Eggert, Wolfgang:** *Im Namen Gottes,* Band 3. Munich 2001.

**Elsom, John:** *Lightning over the Treasury Building.* Hawthorne 1941.

**Engdahl, William:** *Mit der Ölwaffe zur Weltmacht: Der Weg zur Neuen Weltordnung.* Wiesbaden 1993.

**Estrada, Jenny:** *Segunda Guerra Mundial: Lista Negra en Ecuador:* Guayaquil 2008.

**Eveland, Crane, Wilbur:** *Ropes of Sand: America's Failure in the Middle East.* Norton 1980.

**Fahey, Denis:** *Money Manipulation and Social Order.* Palmdale 1992. **Fara, La Masoneria y su Obra.** Madrid 1935.

**Farrer, David:** *The Warburgs.* New York 1975.

**Feilchenfeld, Werner; Michaelis, Dolf; Pinner, Ludwig:** *Haavara-Transfer nach Palästina und Einwanderung deutscher Juden 1933-1939.* Schriftenreihe wissenschaftlicher Abhandlungen des Leo Baeck Instituts, Tübingen 1972. **Foster, Waves:** *Designer Diseases: Who murdered Africa?* Clayton 1986. **Free, Joseph P.:** *Archaeology and Bible History.* New York

1950. **Freedman, Benjamin:** *Facts are Facts*. New York 1954.

**Friedman, Isaiah:***Friedman, Isaiah: 1918*. London 1992.

**Frigerio, Alejandro:** *Scientology en Moderne Definities van Religie in de Sociale Wetenschappen*. Buenos Aires 1999.

**Fröhling, Ulla:** *Vater unser in der Hölle*. Hamburg 1996.

**Gardner, Laurence:** *De Erfopvolgers van de Graal: De Verborgen Genealogie van Jezus en zijn Koninklijke Nazaten*. Baarn 1998.

**Gebhard, Manfred:** *Eine Dokumentation über die Wachtturmgesellschaf*. Leipzig 1971.

**Gehring, Heiner:** *Versklavte Gehirne: Bewußtseinskontrolle und Verhaltensbeeinflussung*. Rottenburg 2004.

**Gervai, Sean:** *Waarom is de NAVO in Joegoslavié*. Amsterdam 1999.

**Gibson, Donald:** *Battling Wall Street: The Kennedy Presidency*. New York 1994. **Giklad, Naeim:** *Ben-Gurion's Scandals: How the Haganah and the Mossad Eliminated Jews*. Tempe 2003.

**Gilbert, Martin:** *Jewish History Atlas*. Collier Books 1976.

**Goettman, Carole; Greves, George B.; Croons, Philip M.:** *Multiple Personality and Dissociation 1791-1992*. Lutherville 1994.

**Graf von Krockow, Christian:** *Hitler und seine Deutschen*. Munich 2001.

**Gresch, Hans:** *Unsichtbare Ketten: Der Missbrauch der Hypnose und anderer Trance-technieken durch Kriminelle, Sekten und Geheimdienste*. Hrsg. 2003. **Griffin, Des:** *Die Absteiger: Planet der Sklaven?* Hrsg. 1989.

**Griffin, Des:** *Fourth Reich of the Rich*. Clackamas 1994.

**Griffin, Des:** *Wer regiert der Welt*. Dusseldorf 1996.

**Gomez, Manual Guerra:** *Los Nuevos Movimientos Religiosos*. Pamplona 1993. **Grossman, David:** *On Killing*. Boston 1996.

**Güdemann, D.R.:** *Nationaljudentum*. Wien/Leipzig 1897.

**Hanisch, Reinhold:** *I was Hitler's Buddy*. Hrsg.1939.

**Hartwig, Renate:** *Scientology: Ich klage an*. Augsburg 1994.

**Heim, Susanne:** *Research for Autarky: The Contribution of Scientists to Nazi Rule in Germany*. Berlin 2001

**Heim, Susanne:** *Die reine Luft der wissenschaftlichen Forschung: Zum Selbstverständnis der Wissenschaftler der Kaiser-Wilhelm-Gesellschaft*. Göttingen 2002.

**Hertzberg, Arthur:** *Wer ist Jude?: Wesen und Prägung eines Volkes.*

Munich 2000.

**Herzl, Theodor:** *Tagebücher*. Berlin 1922.

**Herzog, Herman:** *Deutschland: Schrift für Neue Ordnung*. Munich 1996.

**Hills, Frank:** *Eine Welt des Bösen: Satanismus die ideologische Grundlage der Neuen Weltordnung*. Durach 2000.

**House, Edward Mandell:** *The Intimate Papers of Colonel House The Intimate Papers of Colonel House* 1929.

**Huber, Michaela:** *Multiple Persönlichkeiten: Überlebende extremer Gewalt*. Frankfurt am Main 1995.

**Independent Committee of Eminent Persons,** *Report on Dormant Accounts of Victims of Nazi Persecution in Swiss Banks*. Bern 1999.

**Iserbyt, Charlotte Thomson:** *The Deliberate Dumbing Down of America: A Chronological Paper Trail*. Ravenna 2000.

**Jacobs, Arthur D. :** *The Prison Called hohenasperg: An American boy betrayed by his Government during World War II*. Universal Publishers 1999. **Jéhouda, Josué:** *La Vocation d'Israel*. Boudry-Neuchatel 1948.

**Jordan, Philip:** *Cecil Rhodes: His Private Life*. Londen 1910.

**Josepson, Emanuel:** *Roosevelt's Communist Manifesto*. New York 1955.

**Judge, John:** *The Black Hole of Guyana: The Untold Story of the Jonestown Massacre*. Portland 1993.

**Kashima Tetsuden:** *Judgment without Trial: Japanese American Imprisonment during World War II*. Seattle 2003.

**Klimenta, Harald:** *Was Börsen-Gurus verschweigen: Zwölf Illusionen über die Finanzwelt aktual*. Munich 2002.

**Kloss, George:** *Geschichte der Freimaurerei in Frankreich: Aus echten Urkunden dargestellt* (1725-1830). Darmstadt 1853.

**Koestler, Arthur:** *Der dreizehnte Stamm: Das Reich der Khasaren und seine Erbe*. Herrsching 1991.

**Krehl, Eberhard:** *Erinnerungen eines 85 Jahre alten Mannes*. Kappel-Grafenhausen 2008.

**Krupey, G.J.:** *AIDS: Act of God or the Pentagon*. Portland 1993.

**Landmann, Salcia:** *Die Juden als Rasse*. Munich 1991.

**LaRouche, Lyndon:** *Children of Satan*. Virginia 2004.

**Laurent, Eric:** *Der Strick wird mitgeliefert*. Stuttgart 1986.

**Lazare, Bernard:** *L'Antisémitisme: Son histoire et ses causes Ligugé*. Vienna 1969.

Case 1:21-cv-01490-CFC     Document 790-2     Filed 02/10/26     Page 487 of 496 PageID #: 86537

**Lederer, Robert:** "Precedents for AIDS? Chemical-Biological Warfare; Medical Experiments and Population Control" in: *Covert Action Information,* Bulletin Nr. 28 (1987).

**Ledré, Charles:** *La Masonería*. Andorra 1985.

**Lina, Jüri:** *Under the Sign of the Scorpion: The Rise and Fall of the Soviet Empire*. Stockholm 1998.

**Lindenberg, Christoph:** *Die Technik der Bösen: Zur Geschichte und Vorgeschichte des Nationalsozialismus*. Stuttgart 1978

**Lindsey, Hal:** *Planeet Aade 2000 AD*. Apeldoorn 1995.

**Lockheed, Graig:** *Other Altars: Roots and Realities of Cultic and Satanic Ritual Abuse & Multiple Personality Disorder*. Minneapolis 1992.


**Magnus, Laurie:** *Aspects of the Jewish Question*. London 1902.

**Maguire, John:** *Hold Hands and Die*. Dale Books 1978.

**Maiski, Iwan:** *Wer half Hitler?* Wuppertal 1992.

**Marks, John:** *The Search for the Manchurian Candidate: The CIA and Mind Control*. New York 1991.

**Martínez, Mary Ball:** *Die Unterminierung der katholischen Kirche*. Durach 1992. **Massey, Gerald:** *A Book of the Beginning*. New York 1974.

**McBeam, Eleanor:** *The Poisoned Needle*. Sandpoint 1990.

**McGinn, Bernard:** *De Antichrist: De Geschiedenis van tweeduizend jaar aardse verdorvenheid*. Baarn 1994.

**Meiser, Hans:** *Gescheiterte Friedensinitiativen 1939-1945*. Tübingen 2004.

**Menen, Aubrey:** *Londense Stadsgids*. London 1976.

**Miers, Horst E.:** *Das Lexikon des Geheimwissens*. Freiburg 1970.

**Moore, George:** *Saxons East and West*. London 1926.

**Mullins, Eustace:** *Murder by Injection: The Story of Medical Conspiracy Against America*. La Porte 1990.


**Nafeez, M. Ahmed:** *Geheimsache 09/11: Hintergründe über den 11. September und die Logik amerikanischer Machtpolitik*.Munich 2002.

**Naipaul, Shiwa:** *Journey to Nowhere*. Schuster 1981.

**Nair, Kunhanandan; Opperskalski, Michael:** *De CIA moorden in de Derde Wereld*. Weesp 1989.

**Nevins, Allan:** *Henry White: Thirty Years of American Diplomacy*. New York 1930.

**Nicosia, Francis:** *Hitler und der Zionismus*. Leoni am Starnberger See 1990. **Nitogloa, Curzio:** *Per Padre il Diavolo: Un Introduzione al Problema*

*Ebraico, Secondo la Tradizione Cattolica*. Milaan 2002.
**Nugent, John Peer:** *White Night*. Wade 1979, 228.

**O'Brien, Cathy:** *Trans Formation of America: The True Story of a CIA Slave*. Nashville 1995.
**Papus:** *Die Kabbala*. Wiesbaden 1985.
**Patai, Rafael:** *Encyclopaedia Britannica*, Part I. 1960.
**Pepitone, Lena:** *Marilyn Monroe: Confidential an Intimate Personal Account*. New York, 1979.
**Perkins, John:** *Bekenntnisse eines Economic Hit Man: Unterwegs im Dienst der Wirtschaftsmafia*. Munich 2005.
**Ponting, Clive:** *Churchill*. London 1994.
**Queensborough, Lady:** *Occult Theocracy*. California 1931.

**Reed, Terry:** *Compromised: Clinton, Bush & the CIA*. Lincoln 1994.
**Ricciotti, Joseph:** *Das Leben Jesu*. Basel 1952.
**Robison, John:** *Proofs of a Conspiracy Against all the Religions and Governments of Europe*. London 1798.
**Rodríguez Pepe:** *El Poder de las Sectas*. Barcelona 1989.
**Roches, George:** *Pie XII avant l'Histoire*. Paris 1972.
**Rothkranz, Johannes:** *JA zu Europa heißt NEIN zu Maastricht*. Durach 1994. **Ruppin, Arthur:** *Die Juden der Gegenwart*. Köln, 191l.
**Russell, Bertrand:** *The Scientific Outlook*. New York 1931.
**Russell, Bertrand:** *Impact of Science upon Society*. New York 1953.
**Russell, Bertrand:** *The Autobiography of Bertrand Russell*. London 1968.
**Sachem, David; Devine, Susan:** *Out of Darkness: Exploring Satanism and Ritual Abuse*. New York 1992.
**Sampson, Anthony:** *The Money Lenders*. Middlesex, 1985.
**Scheidl, Franz:** *Israel, Traum und Wirklichkeit*. Vienna, 1962.
**Schneider, Inge:** *Countdown Apokalypse: Hintergründe der Sekten-dramen*. Bern 1995.
**Schnoebelen, William; Spencer, James R.:** *Mormonism's Temple of Doom*. Idaho Falls, 1987.

**Scott-Smith, Gilles;** *Networks of Empire: The U.S. State Department's Foreign Leader Program in the Netherlands, France and Britain 1950-1970*. Brussels 2008.
**Segev, Tom:** *Die Siebte Million: Der Holocaust und Israels Politik der*

*Erinnerung*. Hamburg 1995.

**Shahak, Israel:** *Jewish History: Jewish Religion, The weight of three thousand years*. London 1995.

**Spencer, Judith:** *Jenny: Das Martyrium eines Kindes*. Frankfurt am Main 1995. **Sorensen, Theodore:** *Kennedy*. New York 1965.

**Springmeier, Fritz:** *Be Wise as Serpents (special pre-publication)*. Lincoln 1991. **Springmeier, Fritz:** *The Top 13 Illuminati Bloodlines*. Lincoln 1994. **Springmeier, Fritz:** *Bloodlines of the Illuminati*. Westminster, Colorado 1999. **Springmeier, Fritz; Wheeler, Cisco:** *The Illuminati Formula Used to Create an Undetectable Total Mind Controlled Slave*. Clackamas 1996.

**Stratford, Laurens:** *In Satans Griff: Von Kinderpornographie und Satanskult zu Jezus Christus*. Erzhausen 1994.

**Sun, Youzhong:** "The Trans-Pacific Experience of John Dewey" in *The Japanese Journal of American Studies* No.18 (2007).

**Taylor, Samuel:** *Rocky Mountain Empire: The Later Day Saints Today*. New York 1978.

**Thorwald, Jürgen:** *Die Saga der Juden in Amerika*. Locarno 1978. **Toland, John:** *Adolf Hitler*. Amsterdam 1977.

**Various Authors:** *City of Man: A Declaration on World Democracy*. New York 1941.

**Weckert, Ingrid:** *Feuerzeichen*. Tilbingen 1989.

**Weiß, John:** *Ideology of Death*. New York 1997.

**White, John:** *Psychic Warfare: Facts or Fiction*. Wilingborough 1990.

**Yates, Francis A.:** *Astraes: The Imperial Theme in the Sixteenth Century*. London 1934.

# Media

*Agence France Press (AFP), Air Force Magazine, Al-Arab, Albuquerge Journal, Al-Ginhuria, Baltimore Sun, Chiesa Viva, Executive Intelligence Review 1975, Le Figaro, Financial Times Deutschland, Getrouw, The Guardian, The Independent, International Press Services, Junge Welt, Linksrück, Netzeitung, Neuen Solidarität, Neue Züricher Zeitung, The New American Magazine, Newsletter From The Wilderness, The New York Times, Pittsburgh Post-Gazette, Politische Hintergrundinformationen, Rivarol, Revista 110, San Antonio Express-News, Der Spiegel, Süddeutsche Zeitung, The Oil & Gas Journal, United Press International, Universal, Washington Insider, Weekend Sunday (NPR), Die Welt, WochenZeitung (WoZ).*

## International Publications by Robin de Ruiter

**Brazilian**
• *O Anticristo: Poder oculto por trás da Nova Ordem Mundial,* São Paulo 2005.
• *Poder oculto por trás dos Testemunhas de Jeová,* São Paulo 2006. **Serbian**
•
*Tribunal za bivšu Jugoslaviju: Slobodan Milošević, Ko je ubio Slobodana Miloševića i … zašto?* Beograd 2008.
**Spanish**

• *Preparando el Camino para el Anticristo,* Mexico D.F. 1989.
• *¡Precaución! ... Testigos de Jehová,* Chihuahua 1991.
• *El Poder detrás de los Testigos de Jehová,* Chihuahua 1994.
• *Detrás de la Sonrisa de los Testigos de Jehová,* México D.F. 1999.
• *El Poder Oculto de los Testigos de Jehová,* México D.F. 2000.
• *El Poder Oculto detrás de los Testigos de Jehová,* México D.F. 2002.
• *El 11 de Septiembre del 2001: Mito y Mentiras: El Poder detrás de Osama bin Laden y George W. Bush,* Iberamérica 2004.
• *El Anticristo 1: Poder Oculto detrás del Nuevo Orden Mundial,* México D.F. 2002.
• *El Anticristo 2: El Fin de la Libertad de los Pueblos se acerca,* México

D.F. 2005.
• *El Anticristo 3: Conspiración Contra Dios*, México D.F. 2008.

## Italian

• *11 Settembre 2001, Il Reichstag di Bush*, Verona 2003.
• *Yugoslavia, Prima Vittima del Nuovo Ordine Mondiale*, Verona 2003.
• *Osama bin Laden Eroe o Marionetta della CIA?* Milano 2007.

## French
• *Le livre Jaune No. 7: Le Mythe de 11 septembre 2001*, France/Canada 2004.

## Turkish
• *13 Seytani kan bagi: Illuminati hanedanligi*, Istanbul 2005.

## Polish

• Ś*wiadkowie Jehowy wobec polityky USA syjonizmu i wolnomularstwa*, Kraków 2007.

## Czechoslovakian
• *11. září 2001, Usama bin Ladin, George W. Bush a skrytá moc v pozadi*, Prag 2005.
• *Satanovi potomci, prúkopníci antikrista,* Prag 2005. ěrně• *BSE: Nemoc šílených krav a likvidace zemědělství: Osud nebo zám vytvořené zlo?* Prag 2005. ěná *nevina Slobodana Miloševiče*, Prag 2008. • *Haagský tribunál: Zavražd*

## German

• *Die geheime Macht hinter den Zeugen Jehovas*, Durach 1995.
• *Die Ursache vielen Elends und Übels auf Erden*, Durach 1999.

•
*BSE, Der Rinderwahnsinn und die Vernichtung der Landwirtschaft: Schicksal oder hausgemachtes Übel?* Durach 2001.
•
*Der 11. September 2001,Osama bin Laden und die okkulten Kräfte hinter den*

*terroristischen Anschlägen auf die USA* , Durach 2002.
• *NATO Eingreiftruppe des Großkapitals: Die kolonisierung Jugoslawiens,* Durach 2003.
• *Die Köder des Satanskultes:Die Musikindustrie, Hollywood und IlluminatiGedankenkontrolle,* Durach 2004.
• *Der 11.September 2001: Der Reichstag des George W. Bush,* Frankfurt 2004.
• *The Watchtower Society: Die Zeugen Jehovas zwischen US-Politik, Zionismus*
*und Freimaurerei,* Durach 2006.
• *Die 13 Satanischen Blutlinien,* Band 1, Durach 2008 (Co-Author Fritz Springmeier).
• *Die 13 Satanischen Blutlinien,* Band 2, Durach 2008 (Co-Author Fritz Springmeier).

**Dutch**
• *De verborgen macht achter de Jehovah's getuigen,* Hoornaar 2001.

•
*George W. Bush en de Mythe van al-Qaeda: De verborgen macht achter de*

*terroristische aanslagen van 11 september 2001* , Enschede 2005.
• *Het Joegoslavië Tribunaal: De vermoorde onschuld van Slobodan Milosevic,*
*Wie vermoordde Slobodan Milosevic en… waarom?* Enschede 2006.
• *Wegbereiders van de Antichrist,* Enschede 2006.
• *Ontsluierd:De Protocollen van de Wijzen van Sion,* Enschede 2007.
• *De 13 Satanische Bloedlijnen: De Oorzaak van veel Ellende en Kwaad op Aarde,* Enschede 2008.

# Mayra Publications

www.mayrapublications.nl - mayrapublications@home.nl



# We Were Not the Enemy

*Remembering the United States Latin-American Civilian Internment Program of World War II.* **Heidi Gurcke Donald**

ISBN 978-0-595-39333-6 Paperback: 106 pages $12,95

The United States clandestinely funds the operation of a huge prison in Cuba. Men, women, and children are spirited away from their homes and imprisoned indefinitely. No charges are made; no legal counsel is allowed. Newspapers fill with stories of espionage and enemies. Current events? No.

During World War II, the United States used tactics remarkably similar to those in use today against presumed terrorists. By 1939, President Franklin Roosevelt had covertly authorized J. Edgar Hoover's Secret Intelligence Service to begin surveillance of Axis nationals in Latin America. Believing that "all German nationals without exception [are] dangerous," the United States surreptitiously pressured Latin-American countries to arrest and deport more than four thousand civilians of German ethnicity to the United States. There, many languished in internment camps, while others were shipped to war-torn Germany.

As my parents, German-born Werner Gurcke and his American wife, Starr, began their lives together in Costa Rica, he was falsely labeled one of the country's most dangerous enemy aliens. Soon she, too, was considered "dangerous to the safety of the United Nations." From newlyweds to parents, innocent civilians to dangerous enemies, prisoners to internees, *We Were Not the Enemy* tells their story.

# THE PRISON CALLED HOHENASPERG

## An American boy betrayed by his Government during World War II



### by
### Arthur D. Jacobs
*Born in the U.S.A.*

# The Prison Called Hohenasperg

*An American boy betrayed by his Government during World War II*
**Arthur D. Jacobs**

ISBN 1-58112-832-0 Paperback: 162 pages
$ 19,95

Unknown to most Americans, more than 10,000 Germans and German Americans were interned in the United States during the Second World War. This story is about the internment of a young American and his family. He was born in the United States and the story tells of his perilous path from his home in Brooklyn to internment at Ellis Island, N.Y. and Crystal City, Texas, and imprisonment, after the war, at a place in Germany called Hohenasperg.

When he arrived in Germany in the dead of winter, he was transported to Hohenasperg in a frigid, stench-filled, locked, and heavily guarded, boxcar. Once in Hohenasperg, he was separated from his family and put in a prison cell. He was only twelve years old! He was treated like a Nazi by the U.S. Army guards and was told that if he didn't behave he would be killed. He tried to tell them he was an American, but they just told him to shut up. His fellow inmates included highranking officers of the Third Reich who were being held for interrogation and denazification.

The book tells how the author survived this ordeal and many others, and how he fought his way back to his beloved America.