unexpected kind help from mom to be used next 6 months especially in June a special visit

From:   Meg Kelly (meghankellyesq@yahoo.com)

To:     heather.turssline@delaware.gov; jaime.townsend@delaware.gov

Cc:     meghankellyesq@yahoo.com; ryan.costa@delaware.gov; dylan.steinberg@usdoj.gov; darin.mccann@coastalpoint.com; cbarrish@whyy.org; margaret.naylor@delaware.gov; braddgrossman@gmail.com; chris.calio@yahoo.com; usapae.usattorney@usdoj.gov; matthewkosiorek@comcast.net; supremectbriefs@usdoj.gov; drew.c.ensign@usdoj.gov

Date:   Saturday, March 21, 2026 at 07:16 PM EDT

Good evening,

I write to amend my application to expressly incorporate my petition for an exemption and an exemption from an examination of the papers simultaneously submitted with the HHS review and additional addendums and supplements to be incorporated therein.  I think I did that last time concerning the debt owed to my parents, which may be forgiven if I do not get on my feet again according to Christian beliefs in Jesus and their love for me. Although, they really are hoping I will get on my feet sooner.

 I intended my application for an exemption I submitted simultaneously with my application for benefits to be incorporated therein to explain this debt to my parents and its unique character. I am sorry I forgot to write that expressly this time.  I intended it to be incorporated therein.

I also want to amend it to state that I do not know debts as they arise because they tend to be unexpected like repairs or costs like flat tires.

In the past, I actually turned in my car tags or otherwise cut off car insurance when I could not afford car insurance.  My mom is planning on helping me with car insurance that is not due until late May 2026 and with car maintenance which may be pricey, and if any is left over for necessities like toothpaste, and house upkeep.  I was without access to water to wash clothes for about a month during the freeze, just one frozen pipe.  I survived a month, but I make sure my parents are comfortable when they come for one week or so this year.  I may have to drive to the airport should my family have trouble or my parents need to be picked up, and my car will used to drive my brother and his four kids to the state parks since it is so expensive for out of staters. My mom wants my car to be safe for precious cargo, my brothers' family and 4 little ones.

So, I will use whatever I receive from my mom for expenses for the next for the next 6 months especially car maintenance and insurance due late May to prepare for the special trip June.  This is unexpected kind generosity of my mom to offer to help me.

My baby brother is merely expected to be here Friday June 4, 2026 to June Wednesday 10, 2026. Again, I have never met his little ones.  This is very special for me to spend time with family I have not seen in years and the little members I have never seen before.

I am facing serious foreseeable emotional distress at being compelled to potentially violate my religious beliefs in order to obtain a benefit I am otherwise entitled to.  I actually needed time in response to March 9, 2026 email and teh letter requesting a medical examination which I object to on the Constitutional grounds previously laid out.  That is why I responded to your request for a medical letter by mail and by March 9, 2026 email on March 13, 2026 by asking for an exemption from an examination requirement per my emails sent to you and HHS and later March 18, 2026 to Career Team.  I clarified your apparent misunderstanding by email on Friday, March 20, 2026, and I docketed all of this with the DE District Court in Kelly v Swartz 21-1490, as a matter of public record.

I was so upset, I called the law librarian with tears. I needed time to digest this request which violates my sincere religious beliefs before asserting an accommodation on and after March 13, 2026 in the form of an exemption from an examination on religious grounds and other grounds previously submitted.

 I overlooked the career staff email addresses in the email March 9, 2026 because I was so distraught.  My religious beliefs are genuine and true. I sued democrats based on them. I sued President trump. My religious beliefs as a person of one are protected under Equal protections even if I am the only one who believes the same.

 It looks like the plan to potentially crash banks and compel bank buy ins may occur sooner.  So, my mom may not able to help me closer to the time of insurance payment.  I cannot spend money needed for insurance or I will not enough.  Additionally, the news indicates we may have price hikes for food in the fall which is also very scary.

So, I need to set it aside when accepted for insurance and upkeep.

I do not see my family often.  I have not seen my little brother and his wife in years, and I have never met his four kids because it too expensive to travel, and I don't see my parents often since they reside in Florida.  So, they are coming up for a few days to stay in DE.  So, I have to make sure the house is upkept for their arrival too.

I will use the money for other necessities too like gas, toothpaste, housing items and maybe clothing since I am a bit out of shape.

I think I may need it for stamps and paper to fight in court too. I don't know if I will have enough to do so though, since car maintenance may be expensive.

There's been some major changes that lead me to believe that a transition to a crash may occur sooner than I expect.

Stable coins are not insured. Even worse, I believe we are what unjustly backs the new currency, as a slave collateral not a free people if it is not stopped.

I have not had time to read through the comptroller's proposed rules found on the following web site.  GENIUS Act Regulations: Notice of Proposed Rulemaking | OCC

**GENIUS Act Regulations: Notice of Proposed Rulemaking**

The OCC is issuing a notice of proposed rulemaking to implement the Guiding and Establishing National Innovation...

I want to keep abreast on lawsuits to work with ACLU and DOJ on preventing the planned crash and overthrow.  District Court Judge Noreika's brother was appointed by Trump during his previous administration as Comptroller to the federal reserve. He was there very shortly though.  He may or may not be a good witness in a case should he understand the changes in the banking system because banks are schemed to be eliminated.

I am acting in good faith.

Moreover, I am working off of a broken computer which often turns off if I move slightly and will not take a charge. There is no guarantee anything you send me by email is received. Moreover, emails are not to be deemed to be received.  Yahoo now charges for email use should you exceed the capacity, and I tried proton mail, but my capacity prevented receipt of emails for the first trial of proton. The capacity limit is very small.  I obviously do not have the means to pay for access to email storage capacity and am not going to enslave myself to debt as against my religious beliefs and is an impracticability of paying it back in light of the circumstances. So, anything you send via email cannot be confirmed to be received.

Thank you for understanding.

I am really grateful to God for the ability to meet my brother's 4 children for the first time ever.  It is very special for me.

I am copying DOJ, should there be a problem they would be my opponent.

Thank you,
Meg
Meghan Kelly

PS No FDIC for stable coin even if they misleadingly advertise they store value in a FDIC Bank which insures the bank not those holding tokens.  It is a bit deceptive. We are screwed if we do not prevent or reverse this. FDIC Chair Says no Deposit Insurance for Stablecoins under GENIUS Act