

**Wolf** >

Most politicians are bought and paid for by special interests and / or are intellectually incapable of constructing wise, ethical and effective science policy.



Exactly .  Have a wonderful night.

Today 10:26 AM



Happy Easter

Thank you. You too.

I don't celebrate since it's built on pagan beliefs or traditions not truth, but thank you. See mark 7:7-9

I know that you believe

Text Message



**Wolf** >

Thank you. You too.

I don't celebrate since it's built on pagan beliefs or traditions not truth, but thank you. See mark 7:7-9

I know that you believe differently

I don't want to eliminate freedom by controls by those who control the science or the chains to gain necessities of life

It troubles me that you see reducing corruption through technology where each person has partial means to grant consent under the guise of controls

If I was on office I would be responsible for alleviating

Text Message



**Wolf >**

If I was on office I would be responsible for alleviating burdens off the back not profiting off of it and blaming people by stating consent when it is not a meeting of minds but force in a take it or leave it market or go without in want

My family has bad connections to metaverse bill barr and my dads cousin both worked at Warner brothers time

They know about controlling the media and Facebook to control not care for people under Metaverse

I am concerned :(

  Text Message



Wolf >

Ba

I apologize if this offends you
This is a religious guy my mom dislikes. She perceives him as stiff necked

youtube truth unedited metaverse

youtube truth unedited metaverse

Sorry about that
I was trying to send you a link to metaverse

youtube.com

*** Back in '75, when I used the term Metaverse , I meant it in the cosmological context of infinite universes, extending the known universe to the next level of emergence.

  Text Message



**Wolf** >

You are not offending me and I am not easily offended.

Unfortunately, metaverse has taken on a new dark meaning.

Interesting theory to assume it is infinite when much science indicates time is not infinite but some speak of a start the Big Bang theory I disagree with

Theories rely on assumptions and hypotheticals to test our imperfectly with variables

I want just laws that do not control by eliminating freedom But are restrained to protect life and free will of the people even to talk share bad ideas and good to learn with humility and grace

  Text Message



**Wolf** >

humility and grace

I don't want to make science God an idol to allow those who control the science (Demi-gods) to control us especially when it is profitable to kill, steal a d destroy by maintaining problems to profit off of solutions in more debt created money to pay off interest on debt
I want to protect people's lives and freedom even to disagree with me or the gov
We learn by a free open market that is fair by just laws that allow courts to correct bad business that kills, oppresses or harms instead of rewarding it :(



You are correct about

  Text Message



**Wolf** >

rewarding it :(



You are correct about paganization . Constantine did it to make Christianity more palatable to the Roman plebians. The Council of Nicea distorted it further.

I am talking with trumps lawyers a d ACLU via email Thinking about filing a brief in DC again

What you say changes the world by your kindness based on truth

You make a difference

Maybe I should look at your birth certificate issues your

 

Text Message



**Wolf** >

What you say changes the world by your kindness based on truth

You make a difference

Maybe I should look at your birth certificate issues your brought up before



What you text  touches my heart and soul and inspires me to new heights.

Even though we disagree
That is mighty kind
My phone is dying
You are saved from divesting more time but I am fighting in my own way fueled by in part your loving truth
Thank you

   Text Message