UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly | ) | Civil Action No.: 1:21-1490 (CFC) |
| Plaintiff, | ) | |
| v. | ) | |
| Disciplinary Counsel Patricia B. | ) | |
| Swartz, et.al | ) | |
| Defendants. | ) | |

PLAINTIFF MEGHAN KELLY'S 477th AFFIDAVIT

Plaintiff, Meghan M. Kelly, pro se, declares and avers as follows:

1.     On May 8, 2026 I sent the following email and attachments to DOJ and ACLU,

and others in JGG v Trump, 25-766:

"Fw:phillip Callais, et al., Applicant v. Louisiana, et al/No. 25A1197
From:Meg Kelly (meghankellyesq@yahoo.com)
To:usapae.usattorney@usdoj.gov; slau@aclu.org; john.bailey@usdoj.gov;
tiberius.davis@usdoj.gov; edanforth-scott@aclu.org; ptoomey@aclu.org;
osarabia@aclu.org; nsmith@aclu.org; abhishek.kambli@usdoj.gov; smahfooz@aclu.org;
mngo@aclu.org; khuddleston@aclu.org; dgalindo@aclu.org; m.tan@aclu.org;
ernesto.h.molina@usdoj.gov; cwofsy@aclu.org; august.flentje@usdoj.gov;
drew.c.ensign@usdoj.gov; drewensignlaw@gmail.com; hshamsi@aclu.org;
cwang@aclu.org; smichelman@acludc.org; lgelernt@aclu.org; aspitzer@acludc.org;
margaret.naylor@delaware.gov; matthewkosiorek@comcast.net;
supremectbriefs@usdoj.gov; chris.calio@yahoo.com; dylan.steinberg@usdoj.gov;
cbarrish@whyy.org
Cc:meghankellyesq@yahoo.com; braddgrossman@gmail.com;
ryan.costa@delaware.gov; darin.mccann@coastalpoint.com
Date:Friday, May 8, 2026 at 01:51 PM EDT
Hello,

It is very important that you know the members of the Delaware Supreme Ct sent me a letter
during Kelly v Trump in response for my request for an exemption for notary requirements by
copying the Board of ODC.

The court itself instigated disciplinary proceedings as the witness against me finding my religious
beliefs in the God of the Bible a disability.

My email keeps cutting out, and I keep losing control of typing as I type this. I think I am remotely
hacked by the gov backed partners.

I have a gazillion const arguments against discipline. Here is the word I previously sent you and
another I filed  in DE.

attached is a complaint against chief justice roberts. Equal Protections should not make one
above the law based on position.

1

I am a little scared about being targeted to be taken out

Attorneys are the target DOJ you will be eliminated if we do not protect you from all three branches too. the pet is the only check


----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** edgreim@gravesgarrett.com <edgreim@gravesgarrett.com>
**Cc:** snaifeh@naacpldf.org <snaifeh@naacpldf.org>; Meg Kelly <meghankellyesq@yahoo.com>; matthewkosiorek@comcast.net <matthewkosiorek@comcast.net>; margaret.naylor@delaware.gov <margaret.naylor@delaware.gov>; chris.calio@yahoo.com <chris.calio@yahoo.com>
**Sent:** Thursday, May 7, 2026 at 06:14:32 PM EDT
**Subject:** Fw: Phillip Callais, et al., Applicant v. Louisiana, et al/No. 25A1197

Hi Edward,

I just called your office and spoke with Liz.  I apologize, I see I sent the emails below to the wrong address. I am copying the addressee I accidentally emailed to please disregard it.

Thank you and have a good night.

Very truly,
Meg

PS Please think about voiding the decision as violative of Due Process as depriving you of a fair opportunity to be heard by rendering an order prior to hearing your side in light of your letter concerning the governor potentially commandeering an outcome of a case below or chilling the petition at all to void voters vote.

The issue of all three branches using government force to commandeer or chill the fair petition is happening with no one asserting the voidability under DP grounds repeatedly lately. US Amend, I, V, XIV.

Please think about it.

Thank you,
Meg
PS I do not see your response on the docket due today after the unfair order where you had no opportunity to respond to the pleading or the order rendered prior to your say. :(

Thank you,
Meg
----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** SNAIFEH@NAACPLDF.ORG <snaifeh@naacpldf.org>
**Cc:** matthewkosiorek@comcast.net <matthewkosiorek@comcast.net>; Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Thursday, May 7, 2026 at 12:11:59 PM EDT
**Subject:** Re: Phillip Callais, et al., Applicant v. Louisiana, et al/No. 25A1197

I apologize. I see the court asked you to respond after the order which is even more unfair.

2

The attached says you must respond to the state's pleading today by 5 after the court already unfairly granted an opinion before giving you any fair opportunity to be heard at all. That is terrible.
https://www.supremecourt.gov/orders/courtorders/050426zr1_f2bh.pdf

On Thursday, May 7, 2026 at 11:31:24 AM EDT, Meg Kelly <meghankellyesq@yahoo.com> wrote:


Hi Edward Dean Greim.

I am only actively licensed to practice law before the US Supreme Court since I am trouble for asserting my First Amendment rights and religious beliefs.

I hate that rights may be wrongly deemed waived if not asserted.  Would you please think about asserting the opinion attached hereto and cited herein violated due process by vitiating your far opportunity to be heard, even by rehearing per US Supreme Court Rule 44.

You may consider filing the same below in the trial court too. The US Supreme Court changed the recusal rules too. So, if they have a conflict of interest in that you may seek to void their prior ruling as violative of fair opportunity to be heard it will be software that allegedly recused recusal. See, https://www.supremecourt.gov/publicinfo/press/pressreleases/pr_02-17-26

I see Justice Jackson rightly is concerned of violating the 1st and 5th amendment fair not government substantially burdened right to petition even at rehearing.  That individual right should supersede the collective conditional controlled government interests which are limited and restrained within the purview of government limits including the bill of rights and later amendments.

Please think about it.  Thank you for doing what is right, and I still will applaud you if you think my ideas are not right at this time.

Thank you,
Meg
https://www.supremecourt.gov/opinions/25pdf/25a1197_097c.pdf#page=4

• • Did not even have time to respond before Ct order substantially burdened fair petition even before R 44 rehearing.pdf
37.6 kB
• • Alito's decision violating fair oppty to be heard at rehearing potentially voidable.pdf
93.4 kB
• • recusal Press Releases - pr_02-17-26 - Supreme Court of the United States.pdf
92.7 kB
• • 001902_Roberts_Complaint_Filing_Package_PUBLIC.pdf
34.8 kB
• • Motion to unseal the record.docx
14 kB
• previously sent pdf format Motion to declare the reporting requirements are unconstitutional.docx
30.7 kB"

3

2.    The attachments included a couple of motions averring unconstitutional disciplinary proceedings and procedures.  I wanted to help the DOJ and all attorneys and the courts since they are schemed to be used and thrown away by both sides who will eliminate them and the courts unfairly for their clients, including high level government employees, wrongful behavior. This will allow the pre-planned overthrow if the courts are not persuaded to save them, and the private right to fair petition in accord with equal protections where government is not granted immunity and is not deferred to or above the law.  Distinguish this from the fact deferring to lower courts where the fair public petition is deferred to not to protect the court but to protect the people petitioning. It is very important to look at the purpose since the founding of the country is based on the fair petition in 1791 not the lies of misguided men who face the wrath of God for getting it wrong and not using their brains to think things out to seek to get it right. Justice is about truth with mercy to improve the world not barter or exchange to damn the world to gain unjust gains while the naughty tempters the job creators gain the world to lose their eternal soul in the fires of hell should the petition and pray of a person and a persuaded judge not save the world and them.

3.    The founders were naughty guys who spoke lies as truth. Partial truths are lies with the intent to dissolve the nation at the inception. Should the court find the last in time freedoms and purpose supersede and restrain the constitution to even void article power to the states and federal government as applied or per se, our nation, our people, land and resources may be saved from designed dissolution.

4.    I was discouraged when I read about DE Gov Matt Meyer enticing foreign businesses with money to come on our shores to enslave our people take our land and resources under the cheer leader words "job creation."  We are in great trouble of an overthrow through the

4

contract clause which applies to the states if the courts do not save us. Courts have no power if petitions are not allowed.

5.    I doubt the court will read my attached ideas so I include them herein with regards to some Constitutional arguments certainly not all against Disciplinary boards and proceedings.

6.    The one labeled previously sent pdf provides:

"IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF A MEMBER § | |
| OF THE BAR OF THE SUPREME § | No. 58, 2022 |
| COURT OF DELAWARE § | Board Case No. 115327-B |
| § | |
| MEGHAN M. KELLY, § | |
| Respondent. § | |

Respondent Meghan Kelly's Motion to 1. declare the Reporting Requirements unconstitutional, requiring by written rule I violate my 5th Amendment right not to testify against myself to the government in order that the government may have evidence to prosecute me, 2. Declare the Case and Controversy requirements are not met in the system of attorney self-regulation

Respondent Meghan Kelly in "the interests of justice" pursuant to Rule 8, to 1. Declare the reporting requirements unconstitutional requiring by written rule I, and other disciplined attorneys, violate my 5th Amendment right not to testify against myself to the government in order that the government may have evidence to prosecute me, 2. Declare the Case and Controversy requirements are not met in the system of attorney self-regulation. US Amend V, U.S.C.A. Const. Art. 3, § 2, cl. 1.

### I. Factual Background

1.    On August 10, 2022, this Court filed an Order deactivating my license as disabled.

2.    I incorrectly believed the Delaware Clerk of Court, Lisa Dolph, ("Clerk"), automatically gave the Order to every jurisdiction I am licensed to practice law in ("jurisdictions").

3.    On August 13, 2022, I filed the attached letter in the with the Third Circuit Court of Appeals in my Civil rights case, 21-3198 Exhibits. (**Exhibit A, excluding exhibits).**

4.    Upon discovery, I learned the law clerk did not appear to send the Order to every jurisdiction where I am licensed to practice law.

5.    I came to the realization, as soon as I report, I will be prosecuted by different governments I report to, in violation of the Constitution's Fifth Amendment protections and common sense.

6.    At the threat of punishment, I must report.  If I report I face greater punishment, than if I do not report, which does not seem fair.  This is likened to the

5

holocaust, where my ancestors in Lithuania faced threats by the Nazis, during World War II.  The Nazis allegedly required imprisoned people to dig their own graves.  So, they or their people may be killed and disposed of in the graves.

7.    Similarly, the reporting requirements for attorney discipline proceedings requires I give the gun to other Courts.  So, they may mechanically shoot me in the head, by reciprocation or worse.[1]

8.    I filed the attached letter in the Third Circuit, striking language relating to reporting, and indicated it was for more informational purposes only. (**Exhibit B, without the attachments thereto**).

9.    Next, on August 16, 2022, I sent the attached letter to the Third Circuit, and similar letters to every other jurisdiction, by placing the same in the mail box, wherein,  I invoked my Fifth Amendment right, requested a waiver of the reporting requiring, and additional time to report the discipline should the waiver be denied. (**Exhibit C**).

10.    On August 17, 2022, I received the attached Order from the Third Circuit indicating they would use the letter I filed in my civil rights case, any reason the Court deems. (**Exhibit D**).

11.    In the evening, around 6:50 PM, the Third Circuit Court deactivated my license to practice law.  (**Exhibit E**)

12.    I did not know how the Third Circuit found out, and asked Lisa Dolph, who referred me to the ODC.

13.    I contacted the ODC per the attached email, and have not received her response.  (**Exhibit G).**

14.    I regret I foolishly complied with reporting procedures that may have caused my prosecution in the Third Circuit Court.  I should have known better as an attorney safeguarding Constitutional liberties, which preempt conflicting state laws and regulations.  Nevertheless I asserted the Fifth in all other jurisdictions, and argue this reporting requirement violates the Constitution and must be declared unenforceable against the Fifth Amendment, and public policy.

**II. The Reporting Rule is Unconstitutional by required waiver of the 5th Constitutional protections if not invoked.**

15.    The rule requiring licensed attorneys to report disciplinary actions against their person in other jurisdictions, where they are licensed to practice law, is the rule in all federal and state courts.  See Del. Law. R. of Disciplinary Proc. 18 (a).

16.    I argue this rule is unconstitutional and must be declared unenforceable. Under the compelled government threat of punishment for failing to report, licensed attorneys must self-incriminate, in violation of US Amend. V.  The self-reporting rules eliminate a Constitutional right unless invoked.  An accused, me, should not have to invoke the 5th.  The self-reporting rule per se violates the Constitution.  The Constitution preempts this rule.

17.    Requiring I report to this Court by written rule, and other courts where I am licensed to practice law, requires I provide evidence to the state in order that they may prosecute me relating to my license to practice law in violation of my 5th Amendment right against self-incrimination.

---

[1] This is imagery, not a real gun.

18.  In *In re Gi Yeong Nam*, 245 B.R. 216 (Bankr. E.D. Pa. 2000), the Court held:

> "Once a witness voluntarily reveals an incriminating fact, Fifth Amendment privilege against self-incrimination cannot be invoked to avoid disclosing the details of that fact unless the witness' answer to the particular question posed would subject him or her to a "real danger" of further incrimination." U.S.C.A. Const. Amend. 5.

19.  In my case, volunteering information by reporting orders against my license subjects me to automatic government prosecution.  The fact I appeal orders on public record before appellate courts, does not remove the" real danger" of further government prosecution in proceedings bearing "a close relationship to proceedings criminal in nature." *Id*., and *Citing*, *Kelly v. Swartz*, No. CV 21-1490-CFC, 2021 WL 5083435, at *2 (D. Del. Nov. 2, 2021).

20.  Should I notify **state courts** of an order incriminating me, it appears the Clerk customarily gives the self-incriminating notice to the Office of Disciplinary Counsel who automatically prosecutes.

21.  In **federal courts**, the procedures are different.  It appears the self-incriminating-reporting letter is given to a federal judge or a panel of federal judges, who may choose to prosecute the attorney by reciprocal deactivation of license or by a heftier penalty.  Either way, there is an automatic deactivation of my license once a case is open.

22.  The rules give the illusion of impartial discretion, but prosecution appears mandatory.  Sam, a staff at the Delaware District Court, said she had no choice.  She was required to follow the procedures against my license, which includes automatic suspension of my lawyer privileges, as the Court automatically reciprocates any Order disciplining lawyers.

23.  Should a federal judge or panel of federal judges elect to prosecute me, or other attorney through reciprocity, the Court is required to issue a notice allowing attorneys to show for good cause why such automatic taking of property interest must not occur.

24.  I, the accused disciplined attorney, am required to bear the burden to prove my innocence or defect in the process, against the assumed guilt. The burden of guilt until proven innocence appears to violate my Fifth Amendment rights.  I reserve this issue for appeal, while acknowledging I must research this.

### III. The system of reciprocity violates Case and Controversy Requirements

25.  Federal reciprocity requires the Court to be the prosecutor, the judge and witness too, not an outside adverse party, violating the case or controversy requirements of U.S.C.A. Const. Art. 3, § 2, cl. 1.

26.  In federal reciprocity cases, I would not serve an opposing counsel in the US Supreme Court or any other federal court, should reciprocal discipline be conducted against me.  I would be defending myself against required Court prosecution where I, the accused, would bear the burden of clear and convincing evidence as to why the Court must not prosecute me, in potential violation of my Fifth Amendment rights.

27.  The Third Circuit held,

"The existence of a case or controversy requires: (1) a legal controversy that is real and not hypothetical; (2) a legal controversy that affects an individual in a concrete manner so as to provide the factual predicate for reasoned adjudication; and (3) a legal controversy with sufficiently adverse parties so as to sharpen the issues for judicial resolution. *Rendell v. Rumsfeld*, 484 F.3d 236 (3d Cir. 2007)

28.    The Third element is not met in all cases before federal disciplinary hearings.  There is no adversarial party when the entity prosecuting is judge and jury, including mine.  This system of reporting must be overturned to preserve the Constitutional liberties of the accused.  This issue is capable of repetition, yet evading review, and should be, in the interest of justice under Rule 8, be considered by an impartial, nonfederal, judicial forum.  A federal court will not admit it violates the Constitution by blindly adhering to its internal procedures, even the United States Supreme Court requires the same.  This Court must, in the interest of justice, consider these important issues.

**IV The case and controversy requirements are not met in my case.**

29.    There arguably is no controversy in my case, just a cover up of court misconduct, elimination of witnesses, the wrongful removal of four public documents material to my defense from public records, and government persecution towards me, but for my First Amendment exercise of or assertion of my protected Constitutional rights

30.    The record shows, I do not intend to practice law before the courts should the restriction on my license be lifted.  I intend to seek to rejoin my former law firm where I would perform real estate settlements.

31.    There is no harm to the state showing a case or controversy.  There are mere complaints about run on sentences, typos, and citations to the sham fixed transcript, I maintain my objection to, where the reporter misrepresented what I said to intentionally collude to fix the outcome or because she could not hear me.

32.    The record also shows the State laments I discuss the bible as a source of my religious belief relating to petitions where I assert and defend my religious exercise. My religious beliefs and compelled violation of those beliefs and exercise of my religious beliefs are in issue as the protected liberty interest I sought to protect in *Kelly v Trump*, and one of the liberty interests I seek to defend in this present case.  It is unconstitutional for the Court to persecute me, because I invoke my First Amendment right of **belief,** religious-political-belief, religious-political **exercise**, religious-political-**association**, religious-political-**speech**, and my right to **petition** the Court to uphold these religious-political fundamental rights, despite the State's disagreement with my beliefs, typos, or inconvenience that my poverty creates to the court.

33.    The State is aware of my circumstance.  Due to lack of resources, working computers, printers, paper and other luxuries, I had typos and run on sentences in some of my pleadings.  I did not have the luxury of time or resources to proof read or correct documents.  I typed desperately wherever I could use computers or print documents, including at libraries, with limited time at the computer.  I was required to file timely or waive my rights.  I do not regret imperfectly standing up for my religious belief from government persecution.

34.    I would regret doing nothing.  If I am unable to exercise the most basic First Amendment rights, speech, belief, association, exercise of belief and petition, then I

8

may logically assume others are not free.  Standing up for myself, now, no matter how imperfectly, may create precedent to stand up for the rights of others, well past my fleeting, soon to be forgotten life here.

35.     The Court also grasps at straws by holding there is evidence of either a physical or mental disability. The state appears to be claiming my belief in Jesus is a disability, or there is a physical disability alluding to a possible physical disability as a harm to the state, with unclean hands, as the State has notice of my limitations.  The state rushed the proceeding in violation of my right for an opportunity to be heard, notice, an opportunity to prepare and defend perform discovery, call witnesses, having motions ignored, left unaddressed, in the forum below, or above, and intentionally caused foreseeable emotional distress, in hopes to make me physically ill to use it against me, like heartless monsters.

36.     I dispute the allegation of physical disabilities as an "or" source for this Court's holding.   The record excludes sufficient evidence to make such a finding.  Even if on appeal, the Court finds physical limitations, such as the shingles temporarily caused in my case or otherwise, such limitations would not limit my ability to practice law.  And if such limitations are found, I invoke the protections of ADA protecting me from state discrimination, either by denial of meaningful access to the courts based on alleged disability, or denial of First amendment rights based on such disability, or my license to practice law based on any such alleged disability, without accommodation by the state.   I reserve this for appeal.

37.     Whether Constitutional protections are violated by the reciprocity system is a more important issue than mere appearance, and productivity, in terms of material gain for professions or businesses, at the cost of sacrificing freedoms.

38.     The Courts, as government servants, work for justice, not money.  If government judges, law makers and presidents care more about money and draft, enforce, and uphold rules that violate the more important Constitutional laws, than none of us are free.

39.     If money is the law, then the people are slaves to the government by artificially indebtedness, under the guise of freedom.

40.     I have a duty to uphold the Constitutional laws that protect something more precious than all the money in the world, individual liberty from government incited private or public economic, physical or social burdens upon, but for the exercise of such Constitutional rights.

41.     This Court's duty to uphold the same is even more stringent.  The Constitution protects me, from the Government, including the Court, from persecuting me for the exercise of my fundamental rights.

42.     Sameness is not fairness.  Respecting people's individual liberty to believe, think, associate, live, exercise belief, and rights by the dictates of their conscience, no matter if it does not conform to the majority is a duty of this court.

43.     In order to safeguard freedom, the government must let go of control, allowing lawful disorder the exercise of liberties and freedom creates in a world where not everyone is the same or chooses to believe the same or live the same.

44.     The government's duty is to care for people, while protecting the people's freedom, not control and exploit the people for material gain and productivity, under the guise of order and improving the man-made-unnatural economy.

9

45.     The issues relating to government compelled self-incrimination by the reporting requirements and the case and controversy issues are capable of repetition, yet, evading review.  This Court must in the interest of justice consider these Constitutional issues.  Otherwise, no other Court may and violations of freedom for the convenience of the government backed private business partners will continue into infinity, sacrificing humans for business greed, not good.

Wherefore, I pray the Court grants my Motion or at least entertains Constitutional concerns.

Dated August 19, 2022        Respectfully submitted,
                             /s/Meghan M. Kelly
                             Meghan Kelly, Esquire
                             DE Bar Number 4968 **(Deactivated License)**
                             34012 Shawnee Drive
                             Dagsboro, DE 19939
                             meghankellyesq@yahoo.com
                             (302) 493-6693 (2,437 Words)"

3.     The second motion was not sent in word and I had to resend it, and copy and paste

herein through writeable pdf. Please excuse format:

"Respondent Meghan Kelly's Motion for good cause, 1 Pursuant to Supreme Court Rule 9, to Unseal the Record, 2. to declare self-regulation of attorneys, other Professions, and judges unconstitutional, making business above the law, by making the dictates of professionals, or bureaucrats within agencies, as opposed to laws enacted by congress people, checked by the vote of the people, the law, and 3. in lieu of and in the alternative, eliminate the secret trial requirements of professionals before Boards, including the Board on Professional Responsibility, requiring the choice of an open or confidential forum left to the accused professional, instead of requiring a secret proceeding, concealing the accused's defense, to the advantage of the accuser state, in violation of equal protections, and due process 1st and 14th Protections

Respondent Meghan Kelly's Motion for good cause, 1 pursuant to Supreme Court Rule 9, to unseal the record in this case, 2. to declare self-regulation of attorneys, and judges unconstitutional, allowing impeachment and judicial determinations in case and controversies to be the only means to correct professionals, attorneys and judges, and 3. in the alternative, eliminate the secret trial requirements of professionals, requiring the choice of an open or closed forum to be at the discretion of the accused professional, instead of requiring a secret proceeding, concealing the accused's defense, to the advantage of the accuser state, in violation of equal protections, and due process 1st and 14th protections.
I Unsealing Pleadings in this case
1     Opposing counsel did not object upon my request for their stance.
2.     This Court filed an Order deactivating my license to practice law.
The Order requires I petition the Board in a secret proceeding, where documents

10

are sealed, in order to have the mere opportunity to be heard, albeit before a biased forum, on restating my property interest in my active license to practice law.

3.	I intend to file a Rule 18 Motion for Reargument on this Court's Order deactivating my active license to practice law.

4.	I also intend to appeal the Order to the US Supreme Court, on the record.

5.	I must report to the 6 other jurisdictions where I am licensed to practice law, after a decision is found on my Motion for Reargument or the time to Reargue has lapsed.

6.	To my horror, the Clerk of Court sent out the unfinalized decision to every jurisdiction I am licensed to practice law, when I googled my name and discovered I was being sued in one such forum. [Sidenote, not in motion. I believe, only later, after I filed this motion, did I see the ODC may have done this to exert unconstitutional government pressure to commandeer the case against me unfairly as this court sees from the record, from additional attacks before I am fully or fairly heard below, which I was not fully heard nor was I afforded a fair opportunity to be heard especially with the court firing the witnesses than preventing me from calling them by their unconstitutional order saying I could appeal it after the unfair no opportunity to be heard fairly case. This was before I learned the court in conspiracy with Judge Clark acting outside judicial authority and defendants in this case sealed my pleadings to hide the asserted rights contained in the record unfairly too.]

7.	I may be sued by 6 courts based on this Court's unfinalized Order.

8.	Should I lose on appeal or collateral attack in the DE District Court, I may be required to discuss the record of this matter, upon my petition for restatement as an active member of the bar.

9.	I have one copy of the file in paper form.  Yet, public access to court copies prevents economic costs that cause 1. a substantial burden upon my access to the courts in defense of my fundamental rights, and, 2 a substantial government burden requiring I choose between forgoing my free exercise of religious beliefs against indebtedness or my right to petition the Courts and the Board, relating to fundamental rights. Exhibit A 1[2]

10.	My computer does not permit storage of all data, and gives limited room by professional design to force consumers to use the trackable internet

---

[2]Exhibit A shows my poverty, and my strong opposition, as an attorney, in inactive status, against term limits or Congressional control over the US Supreme Court. I also oppose self regulation. Impeachment and law suits are the two means to correct judges. No judge should be controlled by business professionals, including professional boards, or by Congress, outside of written rules they may draft relating to impeachment. The judges will be tempted down the line by automation's ease, to potentially have their position as judges eliminated through automation. Automation has no power to render justice with mercy like judges. Judges have the ability to critically think beyond the standards, to see clearly the unique case before it, to render true justice based on truth, not conformity or sameness. Judges have a duty to protect people's freedom who think differently than they do, even if they believe those beliefs harm business's bottom line. What is more important money or freedoms under our constitution? I argue the Constitutional laws protecting individual liberty and individuals supersedes professions and entities who desire to sacrifice individual liberties or individuals for the entities or associations bottom line.

storage systems.

11.    This Court is aware that my computers have broken, and have been replaced or repaired at times.

12.    I require electronic access to documents, by making them public, to prevent a substantial burden on costs by requiring I copy physical documents to defend my person, should I lose, more data, as I have previously lost during this proceeding.

13.    State Law librarian Galen Wilson kindly indicated he could pull public pleadings should I lose them for any technical reason.

14.    More importantly, unsealing the documents, by my request, allows me a fairer opportunity to be heard in accordance with my asserted Due Process and Equal Protection Protections, as a party of one. US Amend I, XIV.  Unsealing the documents grants me, the professional accused, the opportunity to be heard before the public too, as to defend my character before the world as a believer in Jesus Christ as savior, not in money for security.

15.    The inherent, intentional, threat of releasing an opinion against the accused, while sealing the proceedings before the Board, and documents in the accused defense, places the accused, at a disadvantage.  This practice is made to intentionally chill accused professionals' speech contained in the petitions to defend their position.  The voices of professionals, including my voice, are silenced by these inherently unjust rules.  This punishes learning by silencing professional critical thinking to be conformed to the standards, which may exploit customers for convenience, costs, and material gain.

## II Self-Regulation

16.    Self-regulation takes government out of the hands of the government and makes business above the law, by making business, and professionals desire for money, the law.

17.  This biased self-regulation enslaves professionals to business greed, not good, not based on freedom in a fixed bad business economy.

18.    Allowing Professionals to self-regulate, corrupts justice by tempting professionals to look after their own, at the cost of exploiting others, untamed by the just rule of law to prevent killing, stealing or destroying human life for what I argue is the mark of the beast, business greed.  Professionals have a tendency to conceal their own misconduct to prevent harming their mere appearance, and reputation of their colleagues.[3]

19.    Self-regulation by deferring to professional standards causes injustice, by preventing courts from correcting professional standards that harm people.

20.    As a child of God, I believe people sin by teaching man to blindly

---

[3] As a Christian, I believe people sin for sacrificing justice to protect the illusion of the appearance of justice within the courts.  Actual justice includes learning from our mistakes, not covering them up as this Court did by sealing four documents in Kelly v Trump, and terminating the employment of two court staff to conceal material evidence in my case.  John 7:24, "Stop judging by mere appearances, but instead judge correctly."

12

trust science, professionals, experts, research or innovation.  I believe people are misled to harm by blindly trusting in man, the creature, the created and his creation, his scientific work, research, products and services as god and guide.

21.    Perfection is not the standard, even for judges.  Where there is humility, there is grace, improving the world here and in eternity.  Where Government and government backed partners teach loyalty to profession, pride in profession, or position above loyalty to the Constitution, or where business is the law, there is lawlessness, by sacrificing people, and individual liberty for material gain.

22.    This lawlessness, and corruption within government creates a threat of economic, physical or social persecution against my person and the public.

23.    Partial forums, including this Court's, as applied, and the Board's, focus on professions, guarantee lawless injustice by focus on money instead of caring for people and their individual liberty above money, productivity, costs and convenience.

24.    The practice of law is not a mere business.  The practice of law protects freedoms that are not for sale, by barter or exchange.  Money is not the law.  The practice of law requires independent, impartial, critically thinking judges who uphold people's Constitutionally protected freedoms to think, live, believe, exercise belief, associate by the dictates of their independent, individual conscience, not the dictates of money or professionals.

25.    Injustice is guaranteed when a judicial determination is for sale, a matter of barter or exchange as opposed to truth under the law.  This affords those without anything to exchange, except their souls to slavery in violation of the 13th Amendment, at a disadvantage, in violation of the Equal Protections Clause's protection of the poor, and common person's fundamental right to access to the courts.  The Courts must be more concerned with actual justice than the mere appearance of justice to serve their positions.

### III. I request the Court allow self-representation for all professionals accused before a Professional Board.

26.    This Court requires I petition before the Professional Board in order for opportunity to be heard to regain my active license to practice law.  The Board requires by default, sealed secret hearings that give the state an advantage to the detriment of the accused, me.

27.    A closed proceedings before professional board violates my due process right to a fair trial applicable to the state pursuant to the First and Fourteenth Amendment.

28.    It appears professionals are afforded fewer opportunities by impartial forums where the focus is on lawless lusts, business greed, business marketing, and materialism at the cost of denying justice to people unconditionally, not for sale, with focus on the bottom line of business.

29.    These closed proceedings, as applied to me as a party of one, arguably violate my First Amendment right to free exercise of religious-political speech, religious-political belief, religious-political exercise, religious-political petition, and religious-political association.

13

30.    The closed proceedings arguably violate the Due Process and Equal Protections under the law, of parties of unconforming professionals, including me, who critically think beyond the standards that profit professionals at the detriment of the public, and the First Amendment right to Petition, pursuant to US Amend I, XIV.

31.    Requiring a secret proceeding, concealing the accused's defense, to the advantage of the accuser state, while permitting the state to declare the final outcome, if it is detrimental to the accused professional to the public, disparages the professional's character before opportunity to be heard on appeal, or with the reasonable, foreseeable intentional result of chilling the free exercise of critical thinking, belief, speech, professional affiliation, beyond the dumbed down conformed standards which stifle innovation by punishing free enterprise, free thought, and free debate.

32.    The protected freedom of the people to use their minds, not economic force through money by profit or monetary penalties is what improves business, while protecting something more precious, individual freedom.

33.    The closed proceedings disadvantage me, the accused, and creates injustice in the loss of fundamental rights, sold in exchange for the convenience of business, making even the courts corrupt, in that they focus on productivity, convenience, costs, in lieu of individuals and individual liberties, making people for sale, not free, by focusing on the bottom line.

34.    Professional Boards should not make business and money the law. Impartial judges in the courts, and elected law makers should determine the law, based on critical independent thinking to determine the truth, not conformed to the force-fed thoughts of professionals who make money the law.  The Equal Protections Clause may be violated by making those with something to barter, power, position or profit, able to buy justice, whereas the poor, though not less valuable, are left with nothing to barter, but their own soul.  Justice is not for sale, but is a matter of truth, not barter or exchange.  I hate the scales the pagan goddess Lady justice carries, and hate her blind eyes and sword.  A scale represents business, not equal protections under the law.  I believe she teaches the way to hell by teaching justice can be compromised and weighted based on material gain. Mercy is more important than money.  Correction in court to heal victims, while helping wrong doers improve by guiding them to make better choices, without controlling a no longer free people by artificial indebtedness, is more just.  The sword represents heartless vengeance, with blind unconcern, not a loving leader shepherding his sheep.  This dumbed down, ignorance is innocence, is a lie.  I want judges to see clearly to care for the people.   Judges need not be perfect, yet humble in that none are God, not even biased professionals, science or experts.  I want judges to independently critically think, at the risk they may make mistakes. Otherwise, injustice will remain.  Lawlessness will remain to be the letter of the law by allowing professionals in diverse areas to kill, steal and destroy for the bottom line, because they did not know.  They did not care to know.  They relied on the ever changing science.  I believe people go to hell for not knowing, not using their own brain, which is sad.  We should stop rewarding hardening our hearts from caring to know, to prevent the pain caused by loving others, which

14

requires sacrifice to self.

35.    God teaches vengeance is God's and if we play God we reflect the image of the lawless one Satan and are in danger of hell.  It is scary when God says, Woe to those who draft unjust decrees. (Citing, Isaiah 10:1-6)  I believe this means damned to hell are you should you not repent. Unjust decrees are based on love for money, driving out the love of humanity.

36.    I want judges to see clearly, unblinded by desire for convenience conformity grants, but seeing clearly to seek true justice, to overturn unjust decrees.

37.    The Sixth Amendment to the U.S. Constitution provides defendants in criminal cases with the right to a public trial.  I argue this right must be extended to accused professionals.  I have a Sixth Amendment right to a public trial to petition the Court to restate my active license to practice law.

IV. Risk of injustice to the Public

38.    I realize that the Disciplinary Counsel in the 6 other jurisdictions I am licensed to practice law in may disagree with my request because it will eliminate their job, and may give them incentive to punish me more harshly, to look after their position at the public's expense.

39.    It is self-serving for me to cowardly exclude my request that this Court declare professional self-regulation of attorneys, other Professions, and judges unconstitutional.

40.    Doing what is right and just, in the eyes of God, not man, is more important than doing what is beneficial to me.

Wherefore, I pray this Court grants my motion.

Dated August 15 , 2022 Respectfully submitted,

/s/Meghan M. Kelly

Meghan Kelly, Esquire

DE Bar Number 4968 (Deactivated License)

34012 Shawnee Drive

Dagsboro, DE 19939

meghankellyesq@yahoo.com

(302) 493-6693 (Word 1,482)

4.    I have been looking through memory sticks to find the leading I expressed concerns about Justice Roberts wife, to no avail yet. Remember the DE supreme court refused to give me copies on the memory stick and only allegedly sent them by email. I was compelled to delete emails by threats of economic harm by government through gov backed partner yahoo remember. So I attach an alleged disciplinary report presented against Chief Justice Roberts in 2026, and the email I corrected my error too dated today, May 11, 2027 wherein I stated in great haste in good faith:

15

25-766Re: Fw:phillip Callais, et al., Applicant v. Louisiana, et al/No. 25A1197
From:Meg Kelly (meghankellyesq@yahoo.com)
To:usapae.usattorney@usdoj.gov; slau@aclu.org; john.bailey@usdoj.gov; tiberius.davis@usdoj.gov; edanforth-scott@aclu.org; ptoomey@aclu.org; osarabia@aclu.org; nsmith@aclu.org; abhishek.kambli@usdoj.gov; smahfooz@aclu.org; mngo@aclu.org; khuddleston@aclu.org; dgalindo@aclu.org; m.tan@aclu.org; ernesto.h.molina@usdoj.gov; cwofsy@aclu.org; august.flentje@usdoj.gov; drew.c.ensign@usdoj.gov; drewensignlaw@gmail.com; hshamsi@aclu.org; cwang@aclu.org; smichelman@acludc.org; lgelernt@aclu.org; aspitzer@acludc.org; margaret.naylor@delaware.gov; matthewkosiorek@comcast.net; supremectbriefs@usdoj.gov; chris.calio@yahoo.com; dylan.steinberg@usdoj.gov; cbarrish@whyy.org
Cc:braddgrossman@gmail.com; ryan.costa@delaware.gov; darin.mccann@coastalpoint.com; meghankellyesq@yahoo.com
Date:Monday, May 11, 2026 at 06:35 AM EDT
I am sorry. This did not make it as it previously was hacked and sent without me sending it.

DOJ Trump will not live forever even if he should get a third term. Besides he is part of the schemed overthrow to eliminate your position, pay, retirement and bank accounts as we know it to to eliminate private ownership to protect those naughty guys like John Locke's alleged property interests. John Locke was a double talking partial truth liar who will face justice on judgment day well past his fleeting life here. He preached a gospel of lies like Adam Smith double talking to protect those like the Brittish crown in feudalism who gained damnable in hell unjust gain by enslaving not caring for the people by busy work made to sustain harm and need to serve their lawless beastlike greed. :(

Congress throws DOJ under the bus and even a sibling in past case law unjustly in contravention of the fair petition, chilling any constitutional restraint against any of the branches in state, and federal government.

You will be eliminated if a court does not consider a petition to save you, not tan your butt for your clients naughty misbehavior in need of correction to guide even your clients misguided steps.  You are in trouble. I am trying to do what is right while not condoning wrong behavior. It is not made right by the threats, albeit your clients face less mercy and greater condemnation in hell, meaning likely no salvation without repentance for creating temptations threats and rewards to control and rule a slave subject people by eliminating freedoms by substantial government backed private burdens by its agents, even if they lie and say they are private. You are still an indiviudal with rights too.

On Friday, May 8, 2026 at 01:51:49 PM EDT, Meg Kelly <meghankellyesq@yahoo.com> wrote:


Hello,

It is very important that you know the members of the Delaware Supreme Ct sent me a letter during Kelly v Trump in response for my request for an exemption for notary requirements by copying the Board of ODC.

The court itself instigated disciplinary proceedings as the witness against me finding my religious beliefs in the God of the Bible a disability.

My email keeps cutting out, and I keep losing control of typing as I type this. I think I am remotely hacked by the gov backed partners.

I have a gazillion const arguments against discipline. Here is the word I previously sent you and another I filed  in DE.

16

attached is a complaint against chief justice roberts. Equal Protections should not make one above the law based on position.

I am a little scared about being targeted to be taken out

Attorneys are the target DOJ you will be eliminated if we do not protect you from all three branches too. the pet is the only check

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** edgreim@gravesgarrett.com <edgreim@gravesgarrett.com>
**Cc:** snaifeh@naacpldf.org <snaifeh@naacpldf.org>; Meg Kelly <meghankellyesq@yahoo.com>; matthewkosiorek@comcast.net <matthewkosiorek@comcast.net>; margaret.naylor@delaware.gov <margaret.naylor@delaware.gov>; chris.calio@yahoo.com <chris.calio@yahoo.com>
**Sent:** Thursday, May 7, 2026 at 06:14:32 PM EDT
**Subject:** Fw: Phillip Callais, et al., Applicant v. Louisiana, et al/No. 25A1197

Hi Edward,

I just called your office and spoke with Liz.  I apologize, I see I sent the emails below to the wrong address. I am copying the addressee I accidentally emailed to please disregard it.

Thank you and have a good night.

Very truly,
Meg

PS Please think about voiding the decision as violative of Due Process as depriving you of a fair opportunity to be heard by rendering an order prior to hearing your side in light of your letter concerning the governor potentially commandeering an outcome of a case below or chilling the petition at all to void voters vote.

The issue of all three branches using government force to commandeer or chill the fair petition is happening with no one asserting the voidability under DP grounds repeatedly lately. US Amend, I, V, XIV.

Please think about it.

Thank you,
Meg
PS I do not see your response on the docket due today after the unfair order where you had no opportunity to respond to the pleading or the order rendered prior to your say. :(

Thank you,
Meg
----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** SNAIFEH@NAACPLDF.ORG <snaifeh@naacpldf.org>
**Cc:** matthewkosiorek@comcast.net <matthewkosiorek@comcast.net>; Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Thursday, May 7, 2026 at 12:11:59 PM EDT
**Subject:** Re: Phillip Callais, et al., Applicant v. Louisiana, et al/No. 25A1197

17

5.      On May 9, 2026, I attempted to email DOJ and ACLU of JGG v Trump concerning how to prevent the planned overthrow designed by our dumb and blind not smart founders, enlightenment thinkers and other double talking liars who in my genuinely held religious belief will face God on judgment day like John Locke who preached a gospel of lies of freedom of property for the few who unjustly take it by unjust decrees like the devil based on lies to justify it, and to justify human sacrifice and slavery.

6.      The letters were slow and did not appear at times, then suddenly appeared as I typed them twice. It was embarrassing remotely controlled by someone who blames the technology they exploit as inappropriate scape goats. People create the dumbed down technology not capable of truth due to standardized human control through conditional groups who base their algorithms on conditional collective aims to be controlled not free from death in hell by those who entice the collective aims by temptations, rewards and threat of harm.

7.      It is true those who reflect the image of the lawless one the devil have greater condemnation in hell, meaning less likely they shall be granted mercy and salvation from death to be cast into the fires of hell for marketing to make money or power or other material gain even sustaining the world because they tempt others to use them by misleading them and deceiving them than the deceived exploited person placed with a take it or leave it stance. See, Bible.

8.      It was so embarrassing and very concerning of government licensed hackers. On May 9, 2026 I sent the following attached email:

25-766 Meg/Court and all three branches must be restrained by the superseding fair petition contained in Bill of rights and later menmdnets which limit all three branches and the state to preserve superseding LEGAL rights to life and freedoms from BOTH private and public peoples:
Fw:phillip Callais, et al., Applicant v. Louisiana, et al/No. 25A1197
From:Meg Kelly (meghankellyesq@yahoo.com)
To:usapae.usattorney@usdoj.gov; slau@aclu.org; john.bailey@usdoj.gov;
tiberius.davis@usdoj.gov; edanforth-scott@aclu.org; ptoomey@aclu.org; osarabia@aclu.org;
nsmith@aclu.org; abhishek.kambli@usdoj.gov; smahfooz@aclu.org; mngo@aclu.org;

18

khuddleston@aclu.org; dgalindo@aclu.org; m.tan@aclu.org; ernesto.h.molina@usdoj.gov; cwofsy@aclu.org; august.flentje@usdoj.gov; drew.c.ensign@usdoj.gov; drewensignlaw@gmail.com; hshamsi@aclu.org; cwang@aclu.org; smichelman@acludc.org; lgelernt@aclu.org; aspitzer@acludc.org; margaret.naylor@delaware.gov; matthewkosiorek@comcast.net; supremectbriefs@usdoj.gov; chris.calio@yahoo.com; dylan.steinberg@usdoj.gov; cbarrish@whyy.org
Cc:braddgrossman@gmail.com; ryan.costa@delaware.gov; darin.mccann@coastalpoint.com; meghankellyesq@yahoo.com
Date:Saturday, May 9, 2026 at 09:02 AM EDT
Please find proof the DE Supreme Ct members as judge, proscuting witness colluding in firing two staff by signing off on it, and sealing pleadings more than I know about per Lexis reps who said teh docket was not all there beyond the pleadings I moved to unseal the secreatly sealed cover up of the court's own misconduct. It is not ojay ti fire people Arline Simmons and Katrina Clerk I was friends with at the gymn too.

The Ct did this before instigting disciplinary and other attacks to cause me to forgo my case.

So, I know about the overthrow.

Our founders relied on lies by distorting the Bible to make the snake the good guy and my God the bad guy.

Washington incited the 7 year war that caused taxes as a little young guy.

Than he profitted off of it like naughty trump. Washington had stock in bank of england through his wife Martha's first dead husband.

Part of the constitution was drafted to violate God's laws to deceive the people and rule under the lie of freedom when they wanted to be free from my God's law.

So, you may not like that I disagree with Plato, the founders and the enlightenment thinkers who relied on lies asserted wrongly as truth because they are wrong. When you believe a lie as truth it is

On Friday, May 8, 2026 at 01:51:56 PM EDT, Me

9.     The typos were caused by remote access interference where I could not see what was typed. Keys did not appear at times at all and other times appeared later where I would have two letters. I was being hacked and set up. Perhaps this happened throughout the case without my knowledge to increase typos to make me look bad.

10.     On May 9, 2026 I sent the following email with the attachment proof the DE Supreme Court acted as judge and prosecutor's witness in an unfair cheating forum where they denied me due process and fairness to punish me for the exercise of my fundamental rights.

19

Re: 25-766 Meg/Court and all three branches must be restrained by the superseding fair petition contained in Bill of rights and later menmdnets which limit all three branches and the state to preserve superseding LEGAL rights to life and freedoms from BOTH private and public peoples: Fw:phillip Callais, et al., Applicant v. Louisiana, et al/No. 25A1197

From:Meg Kelly (meghankellyesq@yahoo.com)

To:usapae.usattorney@usdoj.gov; slau@aclu.org; john.bailey@usdoj.gov; tiberius.davis@usdoj.gov; edanforth-scott@aclu.org; ptoomey@aclu.org; osarabia@aclu.org; nsmith@aclu.org; abhishek.kambli@usdoj.gov; smahfooz@aclu.org; mngo@aclu.org; khuddleston@aclu.org; dgalindo@aclu.org; m.tan@aclu.org; ernesto.h.molina@usdoj.gov; cwofsy@aclu.org; august.flentje@usdoj.gov; drew.c.ensign@usdoj.gov; drewensignlaw@gmail.com; hshamsi@aclu.org; cwang@aclu.org; smichelman@acludc.org; lgelernt@aclu.org; aspitzer@acludc.org; margaret.naylor@delaware.gov; matthewkosiorek@comcast.net; supremectbriefs@usdoj.gov; chris.calio@yahoo.com; dylan.steinberg@usdoj.gov; cbarrish@whyy.org

Cc:braddgrossman@gmail.com; ryan.costa@delaware.gov; darin.mccann@coastalpoint.com

Date:Saturday, May 9, 2026 at 09:18 AM EDT

I was totally hacked as the screen got big, and my typing did not appear and this email sent without me sending it.

Thank you for understanding.

So, the way long term to prevent the overthrow is to restrain and void as applied and per se by the public and private individual's LEGAL POWER of petition. I am getting hacked again my screen closed and I had to go back.

My goal is first is to protect the fair petition by all JGG and DOJ by limiting all three branches wuthin the purview of constitutional limits. DOJ you are not ssafe from even later attacks to allow you to fairly petition to potentionally restrain your own clients too. Wust

I think the gov through its agents go backed private partners are preventing me from emailing now still.

It is a little scary. I type letters and they did not appear. It closed up. It sent when I was not done writing or revising it.

:( Meg


On Saturday, May 9, 2026 at 09:02:42 AM EDT, Meg Kelly <meghankellyesq@yahoo.com> wrote


11.	Frank and John were being scary weird sitting watching me plant flowers and

mulch yesterday. I sent the following email with attachments with properties showing the date

draft was completed.

May 10 2026 Frank is being wierd sitting on a chair staring at me do yard work/past threats and harrassing notes/past criminal report based on religious statute/different criminal report based on political speech/use and enjoyment of land

20

From:Meg Kelly (meghankellyesq@yahoo.com)
To:bvvillagevoice@gmail.com
Cc:ryan.costa@delaware.gov; margaret.naylor@delaware.gov; dylan.steinberg@usdoj.gov;
matthewkosiorek@comcast.net; braddgrossman@gmail.com; darin.mccann@coastalpoint.com;
cbarrish@whyy.org; chris.calio@yahoo.com; drew.c.ensign@usdoj.gov;
meghankellyesq@yahoo.com; andy@thewatersedgechurch.org
Date:Sunday, May 10, 2026 at 04:44 PM EDT
Good afternoon,

See the attached letter dated May 13, 2014.

I alerted Blackwater Village that someone stuck a note in my mail box saying I dpn't like you leave. I saw
Frank Bollen from upstairs in my bedroom come walk down my drive way to stick a note on the windshield
of my car stating "I am watching you."

I made a police report when someone stole a religious St Anthony statue.

 I don't feel safe. Police make us less safe. I believe people go to sin for saying buy surveillance which
sustains business streams so long as problems remains. I believe many things lead to hell without
repentance.  So I assert my First Am right applicable to the development pursuant to the 14th
Amendment to keep myself separate by not conforming to traditions and fads of the masses that my God
through Jesus teach are sin.

Right Now Frank is sitting his chair being creepy with a friend watching me pull weeds and plant flowers
or mulch.

The attached letter I drafted because I wanted people to stop threatening and harassing me.

I am copying my opponent a state DOJ and a Fed DOJ and am placing this in a docket in Federal court in
case it escalates or I am being retaliated against for my use and enjoyment of property which I have right
to without threats and disparate treatment or harassment by neighbors or the development. My private
rights supersede and restrain the HOA, the State and even the Federal government within the purview of
the Constitutional limits.

I assert my rights from intrusion into the seclusion and state and common law rights too, but
predominately federal rights.

I know I am safe. Frank has cursed me out threatened me and I assert my rights to be safe. I do not want
to be retaliated against and bothered for exercising my right to use and enjoy my property.

I placed the criminal records and discussed the threatening notes in affidavits available to the public in the
DE District Court No 21-1490, and am placing this email there too. When I do yard work is when he
watches me. It makes me uncomfortable.

My mom allows the no trespassing sin which gives me legal rights against the development and the
government (like the police) from trespassing too.

I don't want to bother my parents in Florida. Please don't bother them either.  When I called my dad in the
past, he said just do yard work and ignore them.  I don't feel safe. Frank gets scary angry. I just want to
document this in case anything escalates. I hope it doesn't. I hope he leaves me alone in the use and
peace and enjoyment of private property.

Thank you,
Meg

21

- • Letter blackwater village.doc
31.5 kB
- Letter blackwater village.pdf
8.3 kB

12.    The attached letter provided as follows:

May , 2014

Dear Mr. Hornbacher:

Thank you for addressing the threatening letter, and the trespassing on the property where I reside.  You had asked me what I would like you to do about it.

Would you also please ask people not to trespass, push leaves, or over yard waste on the property?  I talked with one neighbor about the leaves they placed on this property last week, and they apologized were very accepting and kind about my request.

So, I think merely bringing up the facts and making a general request without accusation to any individual would alleviate all future problems.

To confirm my chief concern is the following:

1.    I received an unkind, threatening anonymous letters in my mailbox yesterday, and:

2.    Leaves are being pushed away from the fence and foreign material is being placed on the property where I resides.

I have been so upset about the letter and the property I haven't slept.  I work so hard to make my home and my yard beautiful and I want to feel safe and comfortable in my own home.  Sp, I appreciate your time and attention to this important matter.

I hope your doctor appointment goes well, and that you have a good day.  Should you have any questions, please do not email me as I do not respond on  this account.  Instead please give me a call and I will try to meet with you at a time that works best for you.  Otherwise, thank you.

I have no doubt that a simple request by you should take care of the problems.

Thank you and best regards

22

13. I do not trust anyone, not Chief Judtice Roberts since I admitted I filed a pleading before DE Supreme Court expressing my concerns about his bias in favor to making his wife money, power, positiosn and so forth in a filing. I am concerned he may retaliate against me for my legitimate concern as I tried to break down sources of temptations inhibiting and preventing fair forums in contravention of the bill of rights and the fair petition that founded these United States in 1791. The judiciary act is not the source of power no matter how errant courts teach the lie as truth. There power is based on the fair petition without regard to affiliation or the lawless rule about frivolous petitions which removes similar rules about habit and such not permitted b the government to use disparately based on partial fickle whims of the government who seeks to be like the devil in Isaiah 14 above the law. That is naughty and damnable in hell, leaving no room for correction and salvation with the truth to improve the world not lie about it by making it worse sustaining harm to sustain  debt created money, power, profit streams and enslaving the people by human sacrifice and slavery based on lies if believed as true even by confusion is not only lawless here but lawless to God and damnable in the fires of hell for not knowing, misunderstanding, getting it wrong. We can not correct by the petition, if only those who agree with forced thought of professionals or government theorists are accepted. This is not right. It is wrong.

14. There is a planned famine by liars. Wheat, corn and potatoes yields, allegedly will be fewer.  These store for a long time. I am sure there are warehouses for somebody. Fruit trees harvest were hit in NJ, PA and thousands of peach trees were cut down due to Dolce not continuing a 20 year deal for canned peaches.

15. Please prepare, even though this is preventable and reversible should the courts allow the petition to prevent harm and the preplanned overthrow.

23

Dated May 11, 2026

Respectfully Submitted,

/s/Meghan M. Kelly  Meghan Kelly, Esquire

Meghan Kelly, Esquire
34012 Shawnee Drive
Dagsboro, DE 19939

24