UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly | ) | Civil Action No.: 1:21-1490 (CFC) |
| Plaintiff, | ) | |
| v. | ) | |
| Disciplinary Counsel Patricia B. | ) | |
| Swartz, et.al | ) | |
| Defendants. | ) | |

**Plaintiff or party Meghan M Kelly's Motion for continued permission for a waiver of paper copies before this Honorable Court, and an exemption from PACER costs in cases where she is a party**

I Plaintiff or Party Meghan M. Kelly pursuant to US Amend I, V, XIII, and this Court's equitable powers, or by any other means this Court deems just, in the interest of justice, move this Honorable Court for permission to continue to use electronic filing before this Honorable Court, while dispensing of paper copies even if my active license to practice law is placed on inactive/disability status/or disbarred in representing myself before this Court, a waiver of paper copies, and an exemption from PACER Costs 1. to prevent unaffordable costs from becoming a substantial burden upon my access to the courts before vitiation of my 1st Amendment right to petition is deprived of my unfairly in violation of my right of a fair opportunity to be heard under the 5th Amendment, 2. to prevent a government compelled violation of my 1st Amendment right to religious beliefs against indebtedness in order to exercise my right to petition the Court in my defense of the exercise of fundamental rights, and 3.to prevent compelled involuntary servitude in exchange with access to the courts to defend my licenses and liberties from being taken away for my religious beliefs in Jesus.  (Citing, US Amendments I, V, XIII).  I aver as follows:

1.    I am sorry.  I did not know the exemption lapsed.  I am grateful it was removed by lapse because I was scared, I may be in trouble with the court when I seek to save the courts based on the unique standing my religious beliefs give me. My religious beliefs are genuine. I do

1

not intend to be insulting by asserting and sharing them. I truly have religious beliefs that my God teaches the courts must be protected even if sometimes corrected.

2.      I may get into big trouble but I think I need to be brave and try to file something at the DC Circuit Court in an appeal of 25-766 in order to alleviate, prevent or aid the courts in reversing an economic crash and preplanned overthrow. President Trump is retaliating against many who disagree, So, I must be ready to stand my ground on what is right to save him too by correction, even if he disagrees with me.

3.      I am acting in good faith. I sent the attached emails that state inter alias:

25-766 amicus in support of denying writ/ protect court's power/Meg is sorry to DOJ especially since they are overworked
From:Meg Kelly (meghankellyesq@yahoo.com)
To:usapae.usattorney@usdoj.gov; slau@aclu.org; john.bailey@usdoj.gov; tiberius.davis@usdoj.gov; edanforth-scott@aclu.org; ptoomey@aclu.org; osarabia@aclu.org; nsmith@aclu.org; abhishek.kambli@usdoj.gov; smahfooz@aclu.org; mngo@aclu.org; khuddleston@aclu.org; dgalindo@aclu.org; m.tan@aclu.org; ernesto.h.molina@usdoj.gov; cwofsy@aclu.org; august.flentje@usdoj.gov; drew.c.ensign@usdoj.gov; drewensignlaw@gmail.com; hshamsi@aclu.org; cwang@aclu.org; smichelman@acludc.org; lgelernt@aclu.org; aspitzer@acludc.org; margaret.naylor@delaware.gov; matthewkosiorek@comcast.net; supremectbriefs@usdoj.gov; chris.calio@yahoo.com; dylan.steinberg@usdoj.gov; darin.mccann@coastalpoint.com; braddgrossman@gmail.com
Cc:meghankellyesq@yahoo.com
Date:Tuesday, June 30, 2026 at 04:39 PM EDT
Hello,

I write to apologize to DOJ because sometimes I get scared when others bully, threaten and harass me.  I did not sleep a wink last night and my parents who reside in Florida are shaken up too.

  I also did not mean to insult you based on my religious beliefs.  I still think it is wrong and deceptive for courts to allow police to lie and coerce information based on the scary threat of social, physical, imprisonment, or economic pressures by fines or detainment.  Just because Courts say it is okay to lie, mislead and deceive others like the lawless one the devil does not mean wrong is right. Court's get it wrong sometimes even the USSC.

The courts mislead the police to think wrong is right and that is not okay. See, John 8:44 Jesus scolded the leaders ("44 You belong to your father, the devil, and you want to carry out your father's desires. He was a murderer from the beginning, not holding to the truth, for there is no truth in him. When he lies, he speaks his native language, for he is a liar and the father of lies."); Isaiah 9:16 ("For the leaders of this people cause them to err; and those the leaders mislead are destroyed.");   Micah 3:5 ("This is what the LORD says: "As for the prophets who lead My people astray, who proclaim peace while they chew with their teeth, but declare war against one who puts nothing in their mouths:") Yipes that is like Trump going after the disabled and poor to profitize by prison, institutional or frankensteinish Musk-like evil compelled experiments like Hitler, Yipes.

2

Jeremiah 14:14 ("The prophets are prophesying lies in My name," replied the LORD. "I did not send them or appoint them or speak to them. They are prophesying to you a false vision, a worthless divination, the futility and delusion of their own minds.")
Matthew 7:15 ("Beware of false prophets. They come to you in sheep's clothing, but inwardly they are ravenous wolves."), 2 Timothy 3:13 ("while evil men and imposters go from bad to worse, deceiving and being deceived.")

I did not sleep at all last night, but I think I need to try to draft an amicus brief in support of
1.  denying the writ
2.  protecting the DOJ from gov threats, and court from gov threats and petitioners in general to unfairly and corruptly commandeer the outcome of the cases.
3.  Remove immunity to allow the Court to investigate who and whether even clients committed contempt to clean dirty hands and correct.
4.  Require Bessent and Trump pay ACLU lawyers and JGG not from tax payers funds but through the statute which may be used to prevent the economic crash and preplanned scheme to eliminate DOJ, attorneys and the fair petition to eliminate the rule of law.
5.  DOJ conflict under ABA rules 1.6, 1.7, 1.8, 1.9 should be resolved to protect the superseding duty to protect the fair petition of the DOJ from gov threats, even from their clients, to represent their duty to their main client the USA to prevent a preplanned overthrow of the United States that will screw DOJ specifically. DOJs priority, preempting and first duty must be to sustaining the rule of law by the fair petition to prevent the dissolution by eliminating the petition to allow places like walmart and global NGOs to rule on fraud and such with no impartial forum just exploiting businesses and AI to supplant you.

6.  I want to argue the USSC is a partial threatened forum which cannot hear this fairly and further the restrictions on DOJs power to correct crime under Snyder and Trump v US No 939. I want to prevent the USSC from taking away your powers, preventing the fair petition of the DOJ, a fair forum, and placing it on record and arguing recusal even on DP grounds as the new software requires may protect all, including the USSC from retaliation.

I don't know if I can squish everything in, but I can try to work on it and see if you have no objection, than the court will more likely allow me to try to protect you from taking all the blame when I believe the threat of government retaliation even if you do not admit it is a real danger to you I seek to remove.

Saying nothing is best because I do not want you to agree and get hurt. There is a real danger. :(

No objection is best. The court may not allow me but I have to try.

Thank you,
Meg

PS Thank you ACLU for serving me the last thing below. You are heroes, even if you may disagree with me. DOJ I am sad I gave you more emails when your clients are overworking you. Thank you for making me safer even if you want to kick my butt. You make the world better by being in it and are not replaceable by AI as schemed.  My religious objections to AI are genuine.

    4.      I followed up and stated:

Re: 25-766 amicus in support of denying writ/ protect court's power/Meg is sorry to DOJ especially since they are overworked
From:Meg Kelly (meghankellyesq@yahoo.com)
To:usapae.usattorney@usdoj.gov; slau@aclu.org; john.bailey@usdoj.gov; tiberius.davis@usdoj.gov; edanforth-scott@aclu.org; ptoomey@aclu.org; osarabia@aclu.org; nsmith@aclu.org; abhishek.kambli@usdoj.gov; smahfooz@aclu.org; mngo@aclu.org;

3

khuddleston@aclu.org; dgalindo@aclu.org; m.tan@aclu.org; ernesto.h.molina@usdoj.gov; cwofsy@aclu.org; august.flentje@usdoj.gov; drew.c.ensign@usdoj.gov; drewensignlaw@gmail.com; hshamsi@aclu.org; cwang@aclu.org; smichelman@acludc.org; lgelernt@aclu.org; aspitzer@acludc.org; margaret.naylor@delaware.gov; matthewkosiorek@comcast.net; supremectbriefs@usdoj.gov; chris.calio@yahoo.com; dylan.steinberg@usdoj.gov; darin.mccann@coastalpoint.com; braddgrossman@gmail.com; meghankellyesq@yahoo.com
Date:Tuesday, June 30, 2026 at 04:49 PM EDT

Just to clarify I want to remove immunity against President Trump ad those who have power over DOJ, if and only if it is warranted. I don't want the DOJ to get thrown under the bus by both sides in the long run instead of those who force them to file potentially malicious petitions based on the bad faith of their clients cover ups instead of cleaning up dirt.

The DOJ will get screwed if your opponent and the lower, not threatened unfair USSC do not protect you. We must prevent this from going to USSC by requiring recusal based on an unfair threatened forum.

I saw the news that Trump is inciting Congress using gov force to affect petitions or future petitions unfairly based on his whims. The Constitution supersedes an at of congress. Trump calls on Congress to end birthright citizenship after Supreme Court loss



**Trump calls on Congress to end birthright citizenship after Supreme Cour...**

Trump called on Congress to pass legislation ending birthright citizenship after the Supreme Court ruled against...

Thank you and good night,
Meg


On Tuesday, June 30, 2026 at 04:39:02 PM EDT, Meg Kelly


5.      I genuinely believe there is an intentional economic crash and overthrow

schemed. I am trying to prevent it by contacting those with standing to prevent it. It is usual

4

circumstances. I am not acting in bad faith. I care, and even if the courts disagree with me, should they have the power to say what the rule of law is, they may save these United States from dissolution.  I must try and keep my conscience clean by doing something in a time one must act by peaceful strong petition based on truth.

6.    To my horror, yesterday I noticed the exemption was missing, and the free look did not work.  The free look is not necessary when an exemption is granted, but should the case be brought back to life a free look may be required if an exemption is denied.   I am able to file. I merely lost the exemption to PACER costs.

7.    I called this Court today since I was concerned, I may be in trouble, with the exemption removed.  This court's staff was mighty kind and encouraged me to contact PACER, and draft a filing to inform the court the exemption was removed.

8.    I called PACER.  A representative said the exemption expired. She hung up on me as I asked her to please take off the charges because I didn't realize the exemption expired in June as opposed to December 2026.

9.    I only looked at my filings on PACERS. So, there are no other PACER charges on my account that I am aware of.  For some reason, I do not receive one free look, but I save them in individual files and collectively. So, that increases pages.

10.    . I sent the attached email TO PACER:

Request for charges to please be removed up to today's date June 30, 2026 since the exemption allegedly was removed Fw: 6975241 April 2026 PACER Quarterly Statement of Account
From:Meg Kelly (meghankellyesq@yahoo.com)
To:pacer@psc.uscourts.gov
Cc:meghankellyesq@yahoo.com; ryan.costa@delaware.gov; margaret.naylor@delaware.gov
Date:Tuesday, June 30, 2026 at 03:35 PM EDT
Good afternoon,

I called in today because I believe I have an exemption until December 2026, and I just discovered the little exempt symbol was missing or one free look as a party, was strangely missing too on filed documents.

5

I did not know. Please remove any charges from the time of removal of an exemption to today's date until I figure out why this happened. Today is June 30, 2026.  I am on hold to speak with a representative. The last representative disconnected when I asked for charges to please be removed since the date of the alleged removal of exemption.

Thank you,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939

----- Forwarded Message -----

11.     I provided an update to the kind member of the court's staff who assisted me upon learning the exemption expired. My fear of getting in trouble or being cut off from the petition were unfounded, despite my religious beliefs about. The staff kindly confirmed I have access to filings and may send filings by mail.  I just cannot look at filings without an exemption because they incur unaffordable fees that prevent my access to the courts' docket due to substantial burdens relating to poverty.

12.     I called Pacer a couple more times until I reached a person who confirmed that I only was charged for viewing items I filed.  She said the dates of the downloads were since the exemption expires on June 18, 2026, were on June 25, 2026 late in the night June 26, 2026 to finish up and June 29, 2026.

13.     The representative said the cost for saving my own files for two affidavits was $42.40 which is a lot of money that I cannot afford.  I am so grateful for the courts past grant. Without it, I would not be able to save court stamped documents.

14.     This Honorable Court kindly granted me relief in this case in an Order dated June 13, 2025 at Docket Item ("DI") 681.

15.     The Order provides in part:

"2. Plaintiffs request for continued permission to electronic filing and waiver of paper copies before this Court is GRANTED.

6

3. Plaintiff's PACER Account No. 6975241 is GRANTED exemption from the payment of fees for access via PACER to the electronic case files maintained in the United States District Court for the District of Delaware in Civil Action Number 21-1490-CFC, only until June 18, 2026. This exemption shall be applied nunc pro tune to October 25, 2021. This exemption may be revoked at the discretion of the Court at any time. A copy of this Order will be forwarded to the PACER Service Center."

16,     I respectively request the Court please grant continued permission to electronic filing and waiver of paper copies before this Court.

17.     I further respectfully request Plaintiff Meghan Kelly's PACER Account No. 6975241 be exemption from the payment of fees for access via PACER to the electronic case files maintained in the United States District Court for the District of Delaware in Civil Action Number 21-1490-CFC, only until December 25, 2026 or any time this Court deems just.

18.     I request this exemption shall be applied nunc pro tune to June18, 2026.  Even this relief alone is a big help from unexpected costs that may foreclose my ability to pay for sending filings to DC Circuit Court as poverty is a substantial burden to my access to the courts.

19.     I think it is important to try to file an amicus. I like how this DE District Court corrected people in live open cases as opposed to secret biased cases biased toward professionals. I want to preserve Chief Judge Boasberg's inherent authority to eliminate bad faith, fraud or misconduct in his own open and fair forum unburdened by government threats or retaliation by protections I should like to fight for at Circuit Court which I preserved on the record as amicus below.  You made things right by correcting people in a patent case and Jimmy Chomg's instead of destroying people in professional partial disciplinary proceedings. That was much more just and fairer. Removing the court's power in DC threatens al courts everywhere, even this court. I want to try to file something. I am not delaying in bad faith. It is important.

7

20.     I understand the exemption may be revoked at the discretion of the Court at any time. A copy of this Order will be forwarded to the PACER Service Center.

21.     I do not freely waive my rights even on amicus as more limited.  Nor, do not knowingly and voluntarily waive my rights to defend my fundamental rights from deprivation based on my exercise of the right to petition based on viewpoint in speech, religious belief, political affiliation and other claims and rights I have asserted in the record herein unfairly in violation of 5th Amendment due process with government malice to force me by threats to eliminate them by substantial burdens under the circumstances.

22.     I filed documents on the record below in JGG v Trump 26-766 to preserve issues I am only able to safely assert fairly in the case, since DOJ, and ACLU risk retaliation or harm for disagreeing with the United States Supreme Court in future cases because courts do not like to be wrong.

23.     I believe the power of the courts and the petitioners are being diminished by design to allow for a slow overthrow of these United States which is **not founded on the legal** fiction, the lie of consent of the people, but on the impartial application of the constitution to the rule of law which protects individuals and individual liberty from being sacrificed by collective controlled representative majorities by the vote.

24.     It is my religious belief, collectively we are not free, but enslaved to those who entice our common agendas or desires to bend our no longer free will to be shaped and molded by those who control us under the lie of Lucifer the devil of caring for us if unrestrained by love or the just rule of law. Artificial entities, AI and associations have no capacity to love. Hence, we need the courts to be our hero to restrain and tame the lawlessness with the just rule of law to prevent human sacrifice and slavery and to sustain these United States of America.

8

25.     Founder Alexander Hamilton told a lie in Federalist 78 when he said the courts are the weakest branch because they do not rule by threats or rewards but impartially and fairly. You are the strongest branch. You are so strong in fact that you and the courts are what holds these United States together. Without access to you there is no law that makes us free. The Courts are so strong that the nation will fall without them, and that is the ultimate plan to eliminate the right to petition by both private and public people to eliminate the power of the courts. Without petitions the court may not rule by advisory opinions in forums or in the press, but will be ruled over and controlled and eliminated. The Courts are the target of harm. I see this even if the courts do not.

26.     The rulers as opposed to servants are those who reflect the image of the snake in the garden of Eden in Genesis 3 use social, economic or physical scientific conditioning also known as temptations to control us under the lie of the lawless one the devil of the public good, common good, collective good or welfare. They control the presidents and congress but not you, not the courts. That makes you strongest, fairest and most important the backbone of our nation.

27.     There is evidence, and I believe there is an overthrow of the rule of law schemed which the courts may stop by preventing the transition plans not limited to the 30 30 agenda and preventing the end of life time limits and eliminating disciplinary procedures on federal judges.

28.     One of the plans is to malign the courts and diminish their authority to eliminate them.  Preventing discipline of federal judges, including the US Supreme Court, as opposed to asserting rights to equal protections or due process, and preventing the end of their life time tenure to protect the right which reserves and upholds all other rights the people and public's legal power to petition in accord with the 5th Amendment fairly would prevent eliminating the

9

judges who can preserve the rule of law that founded, sustains and maintains these United states to prevent the overthrow and a time of lawlessness leading to certain damnation in hell.

29.     Congress is limited within the purview of the Constitutional limits and I would like to argue cannot even enact a Constitutional Amendment that eliminates the most fundamental individual liberty of the people and the public to enforce the Constitution as the rule of law, the petition coupled with Due Process fair opportunity to be heard before vitiation of life, liberty or property. US Amend I, V, nor may the court commandeer the court by threats by misusing its investigatory and impeachment powers to force their will be done like the devil in Isaiah 14 to affect the outcome in cases in violation of separation of Article I and III powers.

30.     The Court will not likely restrain congress and may not be able to rule on discipline and life tenure if I do not keep the civil rights alive either by resurrection by a motion for a rehearing or Rule 60 motion. Preserving the life tenure, preserves access to a fairer forum, unbiased by those who lobby to place them in a seat that becomes temporary if not protected.

31.     I asserted my right to access to other courts even on potential amicus which is a great honor.

32.     "Congress, the Executive, and the Judiciary all have a duty to support and defend the Constitution."  Salazar v. Buono, 559 U.S. 700, 130 S. Ct. 1803, 176 L. Ed. 2d 634 (2010). Accordingly, even the President, Congress or the US Supreme Cour is not above the Constitution as superseding rule of law to grant equal fair protection of the petition, nor am I, the DOJ, or JGG below it because of religious belief, association, or profession by lesser laws.

33.     The DC Circuit Court of Appeals may not grant permission, but I have to try to keep my conscience clean in light of the threats and the unique opportunity Chief Judge Boesberg kindly afforded me.

10

34.     My PACER Account Number 6975241.

35.     The duration of the exemption is limited to the life of the cases or the resurrection of cases where I am a party

.36.     I thank the Court and its staff for its help.

37.     I agree to send PACER the attached Order or any Order this Court files to exempt PACER fees in this case.

WHEREFORE I pray this court grants relief.


Dated: June 30, 2026                    Respectfully submitted,


                                        Meghan Kelly
                                        Meghan Kelly, Esquire
                                        34012 Shawnee Drive
                                        Dagsboro, DE 19939
                                        meghankellyesq@yahoo.com
                                        INACTIVE 4968, Pro se not as attorney advocate