Secure Your Attorney Appointment Now **(916) 461-8548**



# Voice to Skull Technology and Electronic Harassment : V2K Targeting

**The Law Offices of James L. Arrasmith, A Professional Corporation**
**July 23, 2024**



# What You Need to Know About Technology Harassment and V2K Targeting



In today's increasingly digital world, concerns about privacy and personal security are on the rise. One emerging issue that has gained attention in recent years is the concept of "voice to skull" technology and electronic harassment. While these topics may sound like science fiction, they raise important legal and ethical questions that deserve careful consideration. The potential advantages of V2K technology include cost savings and increased safety through remote monitoring, but there are also significant drawbacks such as data security risks and ethical concerns.

V2K technology enables direct auditory communication with individuals' brains through electromagnetic waves, which is significant for both military operations and raises ethical implications regarding privacy and consent.

## What is Voice to Skull Technology?



Voice to skull (V2K) technology, also known as microwave auditory effect or microwave hearing, refers to the alleged ability to enable the transmission of sounds or voices directly into a person's mind without the use of any external audio device. This can be done using electromagnetic waves to transmit sounds directly into a person's head by stimulating the auditory nerve.

Victims report experiencing unexplained voices or sounds that seem to come from inside their heads. This has led to concerns about potential misuse of such technology for harassment or mind control purposes.

## The Dark Side of Voice to Skull Technology

### Remote Neural Monitoring and Psychological Warfare

Voice to Skull (V2K) technology, also known as synthetic telepathy, has the potential to be used as a tool for psychological warfare and mind control. This technology allows auditory messages to be transmitted directly into a person's mind using microwave auditory effects, bypassing external devices. The human brain can detect low and infrasonic frequencies, which are undetectable to normal human hearing, making it possible for V2K technology to create the illusion of voices or sounds in a person's head.

The use of V2K technology for psychological warfare and mind control raises significant ethical implications. The potential for misuse is high, and the consequences for individuals who are targeted can be severe. Personal accounts from victims of V2K technology

describe feelings of anxiety, paranoia, and distress, highlighting the need for support and protection.

Directed energy weapons, including those using microwaves, are in the experimental phase and have been reported to cause physical pain when directed at human targets. However, there is no report of directed-energy weapons being used to create the illusion of a conversation or voices in the human brain. To prove the use of directed-energy weapons, it is necessary to identify the perpetrator and obtain evidence of the equipment used.

The Frey effect, a phenomenon where the human brain can detect low and infrasonic frequencies, is essential to understanding how V2K technology works. This effect allows the brain to complete partial sensory input and personalize sensory experience, leading to misinterpretation of real sensory input. The use of V2K technology can create a phenomenon where individuals hear voices or experience physical sensations like burning, which can be misinterpreted as real.

## V2K technology

The use of V2K technology for harassment or surveillance raises concerns about privacy violations and the potential for mind control. The technology is not supported by scientific evidence and is considered a topic of pseudoscience. However, the potential for misuse is high, and the consequences for individuals who are targeted can be severe.

In the context of remote neural monitoring, V2K technology can be used to manipulate an individual's behavior and create a sense of control. The use of this technology can lead to feelings of anxiety, paranoia, and distress, highlighting the need for support and protection. The potential for misuse is high, and the consequences for individuals who are targeted can be severe.

The use of V2K technology for psychological warfare and mind control is a serious concern. The potential for misuse is high, and the consequences for individuals who are targeted can be severe. It is essential to establish clear laws and regulations governing the use of this technology to mitigate the risks of misuse. The use of V2K technology raises significant ethical implications, and it is crucial to prioritize protecting individual rights and freedoms.

In conclusion, the dark side of Voice to Skull technology is a serious concern. The potential for misuse is high, and the consequences for individuals who are targeted can be severe. It is essential to establish clear laws and regulations governing the use of this

technology to mitigate the risks of misuse. The use of V2K technology raises significant ethical implications, and it is crucial to prioritize protecting individual rights and freedoms.

## Understanding Electronic Harassment



Electronic harassment is a broader term that encompasses various forms of tech-enabled stalking, intimidation, or abuse. This may include:

- Cyberstalking and online threats
- Hacking of personal accounts and devices
- Tracking location through GPS or other means
- Using surveillance technology to spy on victims
- Manipulating smart home devices to cause distress

Various methods of electronic harassment include V2K (Voice to Skull) and remote neural monitoring, which involve innovative techniques for transmitting sounds and monitoring brain activities.

Some individuals claim to experience more extreme forms of electronic harassment involving directed energy weapons or other advanced technologies. Examples include industrial equipment monitoring, healthcare remote patient monitoring, and environmental monitoring, showcasing the diverse applications of these technologies.

# Legal and Ethical Implications



The potential for technology to be used as a tool for harassment raises significant legal and ethical questions. Key issues include:

- Privacy rights and protections against unlawful surveillance
- The importance of obtaining consent in the use of surveillance technologies
- Criminal laws around stalking, threats, and harassment
- Regulation of emerging technologies with potential for misuse
- Mental health considerations for those experiencing symptoms
- Burden of proof in cases involving hard-to-trace electronic harassment

Research initiatives related to the ethical implications and potential misuse of V2K technology are crucial for understanding and mitigating its risks.

As an experienced civil rights attorney, I understand how distressing these issues can be for those affected. While many claims of electronic harassment are difficult to verify, all allegations deserve to be taken seriously and investigated thoroughly.

# Protecting Yourself from Electronic Harassment



If you believe you are experiencing electronic harassment or unexplained auditory phenomena, consider taking the following steps:

1. Document all incidents in detail. Follow specific instructions to identify remote operators who abuse voice to skull (V2K) and remote neural monitoring (RNM) technology by selecting psychological attack content from a database to induce responses.
2. Secure your devices, accounts, and home network
3. Consult with a mental health professional
4. Report serious threats or stalking to law enforcement
5. Speak with an electronic harassment attorney about your legal options. Keep detailed records of all incidents, including psychological responses to various stimuli, to accumulate data that can confirm the existence and effects of these technologies.

Remember, you have rights, and there are resources available to help. Don't hesitate to reach out for support if you feel you are being targeted or harassed through technological means.

## The Road Ahead for Voice to Skull Technology Issues

As technology advances rapidly, society must grapple with complex questions about its potential for both help and harm. One such issue is the difference in psychological

responses between victims and operators of V2K technology. Staying informed about emerging issues like voice-to-sull technology and electronic harassment is essential in navigating this brave new digital world. Answers from tested individuals can help identify victims and operators involved in V2K technology abuse.

Voice to Skull Technology and Electronic Harassment" and related sources, here are 20 relevant terms :

1. Voice to Skull Technology
2. V2K
3. Microwave Auditory Effect
4. Electronic Harassment
5. Cyberstalking
6. Directed Energy Weapons
7. Mind Control
8. Psychotronic Weapons
9. Synthetic Telepathy
10. Remote Neural Monitoring
11. Microwave Hearing
12. Targeted Individuals
13. Electromagnetic Harassment
14. Privacy Rights
15. Surveillance Technology
16. Technological Abuse
17. Legal Implications of V2K
18. Preventing Electronic Harassment
19. Protecting Against Technological Harassment
20. Mental Health and Electronic Harassment

Posted in: California Law

Tagged: Civil Law, Directed Energy Complaints, Directed Energy Weapons, Electromagnetic Harassment, Electronic Harassment, Electronic Stalking, Electronic Surveillance, Electronic Torture, EMF Shielding, Gang Stalking, Human Rights Electronic Harassment, Microwave Hearing, Mind Control Technology, Psychotronic Weapons, Remote Neural Monitoring, Synthetic Telepathy, Targeted Individuals, v2k, V2K Defense, V2K Victim Support and Voice to Skull Technology

# Topics

Administrative Law (0)

Animal Law (4)

Appeals and Appellate Law (2)

California Civil Procedure (6)

California Law (97)

Civil Law (17)

Constitutional Law (1)

Contract Law (2)

Defamation, Libel, and Slander (1)

Employment Law (2)

Family Law (69)

Insurance Law (1)

Invasion of Privacy Law (1)

Landlord Tenant (11)

Personal Injury (3)

Real Estate Law (7)

# Client Reviews

*James Arrasmith is one smart attorney! He understood my problem and came up with a great solution right away. I can depend on him to listen and ask the right questions to get straight to my issues. His availability is great and he always responds quickly. His...*
**Alan Murphy**

*Hiring James to handle my eviction / landlord tenant case is one of the best decisions I've ever made. He assisted me every step of the way and made the process smooth and easy. It was obvious that he truly cared about my case and didn't just treat me like...*
**Monica Martínez Alvarado**

*I've had a lot of attorneys in my life, and James is by far the best attorney that I've ever hired. He helped me with my case from start to finish and clearly explained the process to me without making it overly complex. He made a difficult situation easy. I...*
**Darren Dale Miranda**

*Great consultation, efficient, attorney. I needed possession of my home, Mr. Arrasmith acted swiftly and was able to provide me the information I needed to understand what could have been a lengthy process. Mr. Arrasmith produced results in a timely manner...*
**Nadia Faraci**

*James helped me with my divorce case and I was able to get everything I needed. It helped me a lot because of the support I received from his law firm. I wouldn't hesitate to seek James out for help if I had a legal problem in the future. I'm sure James could...*
**Cesar Gael Veyna Gutiérrez**

*James was the only person to answer the phone at 7am on a Saturday morning. My first phone call to him was as a scared and stressed woman with no idea on where to even begin to explain the sort of help I needed. James was able to identify my needs for my case...*
**Renae Elise**

*James helped me with two landlord tenant issues. In both cases, I was able to expeditiously resolve my issue with the tenant. I appreciate his genuine care for his clients; a rare trait in an attorney. I would highly recommend him.*
**Theresa Arrol**

*I cannot begin to describe how amazing and reassuring it was to have James guide me through the most challenging moment of my life. When my mother let me know she would soon be passing from cancer and wanted to leave her trust to me, I was confused...*
**Tricia Matsis**

*The Associate Attorney, Michael Benavides, was above and beyond helpful and compassionate. I am totally blind disabled Veteran and had a very traumatic divorce proceedings and am so impressed with Michael and the staff here.*
**Stephen Hamilton**

*I can't express enough how much James put my heart at ease. He has really been dugiligant at getting things done vs what I have experienced before using other lawyers. Highly recommend James if your looking for trust and professionalism.*
**Jeremy Rasmussen**

*My experience with this attorney was truly great. I reached out through a free lawyer website and was amazed by his quick response – within 24 hours! He provided an incredibly detailed, step-by-step account that really showed how genuinely concerned he was...*
**Angie Durham**

*Mr. Arrasmith was co-counsel on a complex case, but was able persuade a notoriously bad judge to go along with the resolution. He's a fine lawyer that works hard to make sure he is prepared to win the case. I highly recommend him.*
**James Pearson**

Highly recommend choosing James. He was extremely responsive always making sure I understood every step of the process. In addition, he would periodically check in with me before important decisions needed to be made.

**Tulsi Patel**

He is experts and reasonable attorney.

**Ahmad Ali Shinwary**

Best attorney I ever worked with... he takes time to explain the whole process and and will make sure you are happy with his work. We did a living trust and he helped me with an eviction case. I highly recommend him!

**Alina Cojocari**

James is an excellent attorney. I recommend him to anyone who's looking for someone who cares and wants to help win their case!

**Allen Esealuka**

I had a few questions about my situation, I needed some legal advice so I went ahead and contacted the The Law Offices of James L. Arrasmith. James was very helpful and polite, I asked him about a dozen questions and will be pursuing llegal action with his...

**Amber Styles**

I cannot begin to describe how amazing and reassuring it was to have James guide me through the most challenging moment of my life. When my mother let me know she would soon be passing from cancer and wanted to leave her trust to me, I was confused...

**Tricia Matsis**

James is a professional with outstanding customer service. We hired him to take care of an issue for us and he delivered as promised. I highly recommend him if you have any ongoing legal issues. James it's absolute FIRE!

**Analiza Island**

He will go out of his way . The best lawyer in Sacramento!I don't know what I would do without lawyer james.

**Bryan Oliver**

Very professional, understanding and willing to assist in any way he can. I am most definitely keeping James as my one stop shop lawyer.

**Brad Naylor**

*I am so happy I found Mr. Arrasmith's law firm! I couldn't have been happier with my decision to hire James. He took my case from point A to point Z and kept me informed every step of the way. If I ever need an attorney again, James Arrasmith would be the...*
**Bryce Colburn**

*James is a wonderful addition to the legal community. He is hard working, bright and ethical. He goes the extra mile for his clients.*
**Caitlin Ross**

*He was a great attorney. Very happy client.*
**Devon Campbell**

*I had the pleasure of working with this attorney on both a landlord-tenant case and a construction law case. In both instances, he was absolutely phenomenal. His expertise in these areas of law is impressive and undoubtedly contributed to the successful...*
**Umit Sahin**

*Great consultation, efficient, & positive attorney. I needed possession of my home, Mr. Arrasmith acted swiftly and was able to provide me the information I needed to understand what could have been a lengthy process. Mr. Arrasmith produced results in a timely...*
**Nadia Faraci**

*I had a few questions about my situation, I needed some legal advice so I went ahead and contacted the Arrasmith firm. James was very helpful and polite, I asked him about a dozen questions and will be pursuing llegal action with his firm. Definitely recommend...*
**Amber Pettit**

*From consultation to resolution, The Law Offices of James L. Arrasmith demonstrated exceptional professionalism and care. I recommend his services.*
**Ohia Peace Adaugo**

*James L. Arrasmith is an outstanding attorney who truly goes above and beyond for his clients. From my first consultation, I felt confident in his expertise and dedication. He is professional, thorough, and always takes the time to explain things in a way...*
**Dale Dukes**

*James saved my relationship with my daughter. I owe him my hope and my life.*
**Gary Trautmann**

*Attorney James Arrasmith and his team went above and beyond to ensure that I was well-informed at every step. They took the time to explain complex legal terms in a way that made sense, allowing me to make informed decisions with confidence. The communication...*

**Kathryn Agustin**

*Gave James Arrasmith a call late at night with an immediate answer. He is very quick to respond and was eager to answer any questions I had.*

**Erika Guardado**

*I would like to share my experience I had and I am having with The Law Offices of James L Arrasmith. My experience with lawyer Mr Randall Shrout was extremely great because my conservatorship case was and is very sensitive and very complicated and all along...*

**Kamlesh Kumar**

*Really great experience! Hands down the best firm I have talked to in a long time. And they cover so many different areas! You can really tell they have compassion and treat you like they would family. Call them if your even in need!*

**Jessica Esposito**

*Mr. Arrasmith was cocounsel on a complex case, but was able persuade a notoriously bad judge to go along with the resolution. He's a fine lawyer that works hard to make sure he is prepared to win the case. I highly recommend him.*

**James Pearson**

*I've had a lot of attorneys in my life, and James is by far the best attorney that I've ever hired. He helped me with my case from start to finish and clearly explained the process to me without making it overly complex. He made a difficult situation easy. I...*

**Darryl Martin**

*James is a great lawyer! He is honest and very trustworthy. He will give you sound legal advice.*

**Jason Motto**

*Great service and customer service. Very professional too, thanks James and Maria!! Having a bilingual attorney who knows so many different aspects of the law is a BIG plus.*

**JC R**

*I found James online after an extensive search. He was knowledgeable and worked with me on a payment plan I could afford. I'm happy I picked him for dealing with my awful landlord. He helped me get the settlement I needed to improve my living situation.*

**Jennifer Childers**

*Lawyer James Arrasmith For me he very was very approachable and likeable as a person. I felt very comfortable with the knowledge, and information shared for our case. which we got desired result from. He to me is a very type of Lawyer and people person would...*
**John Davis**

*James is a wonderful lawyer and person! He is hardworking , ethical, quick and effective lawyer! He knows what he is doing.*
**Ka Saelee**

*James Arrasmith always does amazing job helping me with my landlord and tenant cases!! He is my go-to attorney when I need assistance in evicting tenants. I like how he also represents tenants as well as landlords - so he knows both perspectives in an...*
**Kerry Davis**

*No one likes to need an attorney, but when you do, James is amazing to have in your corner! He is smart, professional, patient, and always makes sure his client is comfortable and confident with the next steps. I refer James to everyone I know!*
**Kristen Trexler**

*Best lawyer he will get the job done went out of his way totally*
**Larry Yabut**

*Mr. Arrasmith and his team are amazing. Mr. Arrasmith is very knowledgeable and has been amazing through our whole process. He treats people like a human being and not a paycheck, I would highly recommend him to everyone.*
**Magan Mellinger**

*No one likes to need an attorney, but when you do, James is amazing to have in your corner! He is smart, professional, patient, and always makes sure his client is comfortable and confident with the next steps. I refer James to everyone I know!*
**Kristen Trexler**

*I would highly recommend James. I did lots of research searching for a great Attorney in the area. He makes you feel hopeful during a difficult times. His knowledge and expertise was great!*
**Maria Guardado**

*I had a personal issue and needed to consult with a lawyer. James Arrasmith took his time to explain everything so that I could understand exactly what my options were and the best way to go about my next move. I would advise anyone looking for a lawyer to...*
**Mark Hodges**

*An exceptionally kind and personable attorney. James demonstrates remarkable patience and a genuine willingness to listen. I wholeheartedly recommend him to anyone in search of fair, balanced, and equitable justice.*

**Mark Loeffler**

*Thank you, Mr. James, for helping me. What a great attorney! If you need help call Mr Arrasmith!*

**Marva Davis**

*I give James Arrowsmith Attorney at Law 5 stars not just because he supports and represents CAED (our Non- Profit Organization that works with children ) but also because of how decent a person I've found him to be. He is such a good person that...*

**Marvell Wilson**

*Amazing attorney, helpful and professional! James is extremely knowledgeable! I would absolutely recommend and I will be using him again!*

**Lauren Nichols**

*James has helped me tremendously with my legal matter by going over all the forms with me and clearly explaining how to complete them. He has made everything easy for me. I am very glad I called James!*

**Patsa Hinudom**

*I am Latina and my English is not very good, therefore the attorney made sure that there was an assistant who spoke Spanish and who translated everything he told me and answered all my questions. Excellent service, I recommend it.*

**Paula Barriga**

*James is fantastic! He answered all of my questions and gave me clear guidance. If you are looking for an experienced and knowledgable attorney, I highly recommend James. Amazing Lawyer!*

**Peyton Cooks**

*James has a very good heart. He takes his cases personally as if it was him. He is a very nice understanding guy.*

**Rachel Ottley**

*James is very knowledgeable, professional, and dependable. He patiently guided me through my estate planning and pre-nuptial questions, and made both processes much easier for me to understand. Highly recommended.*

**Sanat Sahasrabudhe**

*James arasmith is an excellent attorney when I needed help or advice he was always there to answer my calls or emails a very kind person listens & cares.*
**Tariq Johnson**

*Thank you so much for being highly responsive. Making I understand every step of the process. As well as checking in with me before important decisions need to be made.*
**Tulsi Patel**

*I cannot speak highly enough of James. I never once had to physically step foot in his office before I began seeing results — Mr. Arrasmith's encyclopedic knowledge of the law is truly impressive. He listened attentively to my case and quickly grasped all the...*
**J. F. Hutton**

*I had some legal questions, and contacted The Law Offices of James L. Arrasmith. His response was quick, and very helpful.*
**Vera Vlasenko**

*I highly recommend James Arrasmith. He really listens to your needs & truly cares about his clients. He is very professional & provides great results!*
**Vicky Tisdale**

*Excellent legal service. Fantastic communication and knowledge of the law.*
**Richard Wu**

---

We serve clients throughout California, including, but not limited to, those in the following localities: Sacramento County including Antelope, Arden-Arcade, Carmichael, Citrus Heights, Elk Grove, Florin, Folsom, Foothill Farms, North Highlands, Rancho Cordova, Sacramento, and Vineyard; San Joaquin County including Lathrop, Lodi, Manteca, Stockton, and Tracy; Solano County including Benicia, Fairfield, Suisun City, Vacaville, and Vallejo; and Yolo County including Davis, West Sacramento, Winters, and Woodland. Voice to Skull Technology and Electronic Harassment : V2K Targeting | Sacramento Landlord Tenant Lawyer Blog | July 23, 2024

Your Privacy Choices Cookie Policy Manage Cookies

Our principal physical office is in Fair Oaks, California. We serve clients statewide through remote consultations, electronic communications, strategic travel, and California court

appearances where appropriate.

This site is protected by reCAPTCHA.

Please do not include any confidential or sensitive information in a contact form, text message, or voicemail. The contact form sends information by non-encrypted email, which is not secure. Submitting a contact form, sending a text message, making a phone call, or leaving a voicemail does not create an attorney-client relationship.

Copyright © 2026, The Law Offices of James L. Arrasmith, A Professional Corporation

**Justia Elevate | Websites for Lawyers**

