U.S. DISTRICT COURT, DISTRICT OF DELAWARE

MEGHAN M. KELLY,                )        Case No 21-1490 (CFC)
                               )
          v.                    )
                               )
PATRICIA  B. SWARTZ, et. al.    )

Petitioner Meghan M Kelly's Replacement Motion for permission to exempt PACER fees, to prevent unaffordable costs from becoming a substantial burden upon my access to the courts, and compelled violation of my religious beliefs against indebtedness in order to exercise my right to petition the Court in my defense of the exercise of fundamental rights to withdraw and replace the Motion on the Docket submitted on or about June 20, 2026 at Docket Item 825

I Respondent Meghan M. Kelly pursuant, in the interest of justice, move this Honorable Court to exempt PACER fees for electronic filing before this Honorable Court for case number 21-1490, 1. to prevent unaffordable costs from becoming a substantial burden upon my access to the courts, 2. to prevent a government compelled violation of my religious beliefs against indebtedness in order to exercise my right to petition the Court in my defense of the exercise of fundamental rights, and 3.to prevent compelled involuntary servitude in exchange with access to the courts to defend my licenses and liberties from being taken away for my religious beliefs in Jesus.  (Citing, US Amendments I, V, XIII).

1.      This Court kindly granted me an exemption for PACER costs, but the exemption has expired.

2.      My PACER Account Number 6975241.

3.      I respectfully request an exemption be applied up to this date July 2, 2026, and upon reopening of the case, should it be reopened.

4.      I am desperate in that I may need to return stamps at BJs because I cannot afford some upkeep at the home I am staying in, owned by my parents who reside elsewhere in Florda.

5.      It is important to me that I seek to protect the Courts by trying to file an amicus at the DC Circuit Court of Appeals in *In re Trump* Number (25-5452). The parties and even the Federal DOJ face risk of government retaliation for asserting certain Constitutional rights and arguments against immunity, I may safely submit.  It is not safe for them.

6.      I respectfully request the Court withdraw my motion, while keeping the exhibits and the motion on the docket to replace it with this motion to ask for even more limited relief, an exemption up to the date of this filing to alleviate a substantial burden on my ability to mail or submit an amicus brief in DC.

7.      PACER indicated they require an order, and I think I incurred additional costs exceeding 40 dollars unknowingly and possibly more by inadvertently out of habit hitting the hyper link while filing the last affidavit.

8.      40 dollars may not be much to the court, but when I am delegated with the duty to handle upkeep by my parents, and I do not have sufficient means

to pay for upkeep, I gave serious consideration of returning stamps to BJs to pay for necessities, thereby eliminating the stamps I require in order to file an amicus in DC and depriving me of access to the courts due to poverty.

9.    I thank the Court and its staff for its help.

10.    I agree to send PACER the attached Order or any Order this Court files to exempt PACER fees in this case, should this Court grant my plea.

11.    I wrote in great haste after a terrible experience of neighbors unkindly spraying bleach on plants I worked so hard to grow.  So, I apologize for imperfections in my last motion.

12.    I believe there is not only an intended economic transition, but an overthrow, that my potential amicus may aid the courts and parties in preventing in DC.

13.    The costs relating to PACER is unaffordable, even an exemption granted during the time of my inadvertent incurrence of fees would alleviate a substantial burden to my access to another court.

14.    I wrongly thought my exemption lasted until December 2026, but it ended on June 18, 2027.  An exemption for the fees incurred to the date of the Order pro tun nunc even if this Court doesn't exempt me beyond that date would

protect my access to the DC Court. I would be so grateful. It is the mere opportunity to be heard, not the guarantee in DC that I seek to safeguard.

15. The original disciplinary order from Delaware from which the reciprocal suit by the Eastern District is based adjudicated me inactive/disabled.

16. The Delaware Order prevents me from working as an attorney. I am unable to seek employment at my former law firm where I would be performing real estate settlements. My former law firm is a great law firm McDonnell and Associates. The people there care about their clients and employees above money.

17. I am impoverished and am not allowed to work in my profession.

18. Having any blemish remaining on my license affecting my credibility or appearance of credibility may deem me unemployable.

19. Since I am poor and unemployed, I do not have money sufficient to pay PACER fees. My parents are upset because I cause a substantial economic burden upon them too as a result of the Defendants preventing me from working in the occupation of my choice based on my religious beliefs outlined in Kelly v Trump, when I had a job lined up during the case I intended to go back to.

20. It is against my religious belief to go into debt, especially given I am not permitted to work for pay as an attorney in DE. (*See, Bible Romans* 13:8. "Owe nothing to anyone, but to love them")

21.     This Court kindly granted me an exemption previously in order not to compel me to violate my religious beliefs in exchange for access to the courts in defense of my exercise of my First Amendment liberties, my license and related interests.

22.     I respectfully request this Court grant me an exemption of PACER fees in this case, even if it is merely from June 18, 2026 to the date of the Order since my case in not yet reopened (1). in order not to compel me to violate my religious beliefs in exchange for access to the courts or (2). suffer an economic substantial burden so great as to deny me fair access to the courts in my good faith effort to protect the courts, the petition, and the country from a preplanned and thus preventable overthrow and (3). to prevent government compelled involuntary servitude to sin by making money savior in place of God.

23.     It is my religious belief people should buy and sell by free choice, not by forced choice by artificially man-made government compulsion to be exploited by government backed private or foreign partners in a fixed not free economy. [1]

---

[1] By fixed I mean lawlessness, making business through entities the standard of care and the letter of the law.  This makes businesses above the law and above Court correction.  I desire laws that prevent businesses from killing, oppressing, and destroying human life, liberty and health for material gain.  The fixed system allows businesses to be above the law by making the

24.     I argue compelled debt in my case not only violates the 13th Amendment against involuntary servitude, but violates my private, personal individual religious belief in Jesus, God the father and the holy spirit as guide and God, not money by government compelled force.  US Amend I, XIII.

25.     I believe the plans under the UN, G-7 and global agenda violates my religious belief against indebtedness to money and material gain as God at a greater more horrific level, and violates my First Amendment right to religious belief.  Creating precedent in this case or DC, may prevent the elimination of not

experts and the business's standards above government guidance and correction when they destroy and harm other people's lives and liberty.  I desire the Judges to judge, not businesses through experts whose aims are exploiting people for money and material gain.  Whereas Courts aim is to protect liberty and lives. US Amend I and preamble.  Article III, Section 1 of the Constitution vests the judicial Power of the United States in the United States Supreme Court and the federal Courts.  Powers may be waived if not exercised.  When this Court's relinquishes its powers, it allows the other two branches to lawlessly rule as opposed to serve by lusts like business greed.  The other two branches will sacrifice the people, land and resources to private and foreign powers if left unstopped and unrestrained by the rule of Constitutional law.  You have the power and authority to prevent war, economic crash and the dismantling of our government, should someone with standing ask.

only my Constitutional liberty but the liberty of all Americans protected under Constitutional law.  I hope to somehow tie that in to other litigation.

26.     I believe people teach a lie, despite their ignorance of truth, and sin against God and man for teaching government is a social contract to govern.  It is a forced choice upon the populace without a meeting of the minds or consideration. The people's souls are not to be sold by the government through the government backed private or foreign partners to be sacrificed to gain the world by enslaving them, their resources, their land, their chattel to back currency under a digital debit credit scheme or otherwise.  Leaders are charged with caring for the people and protecting their liberty. Misleaders seek to control and exploit for material gain a no longer free people.  It is written *Mark* 8:36, "What profits a man to gain the whole world [by money or material gain only to lose his eternal life in the second death to be no more.]"

27.     The contract of government is by those governing who agree to more limited liberty in order to the authority to serve, govern and guide.

28.     I seek to preserve our government with honesty by seeking to unrig the system of corruptions within by requiring the Courts place checks on the other branches of power and their own when those within branches exceed their

Constitutional authority and violate the Constitutional laws that protect the people they are charged to serve, not exploit.

29.    There appears to be a societal peer pressured attack against the courts to create lawlessness under the guise of freedom.  There appears to be an attack to dismantle the government as opposed to unrig unjust practices which exceeds Constitutional laws that protect the common people.

30.    I seek to preserve our system of government by upholding the Constitution and asking the courts to guide those misguided by lusts under the belief of laws.

31.    I believe that people serve lawless lusts untamed by love or the rule of law when they seek to do what they want regardless of the impact on other people God loves, untamed by the rule of law or by love to prevent oppression, harm, slavery or death.  This lawlessness under the pretty words research, science, study, experts, professions or business allows oppression, killing, stealing and destroying the lives and health of others for the bottom line.

32.    I believe we must protect people's seemingly wrong choices too, to disagree with us or think differently.  After all we  may be the ones who in the dark in need of guidance at times.

33.    The diversity in allowing equal protections of the laws is not sameness but equal protections to believe and exercise belief by the dictates of our conscience within limits to protect other people's life and liberty.

34.    Equal protections under the law is not the dictates of the equal compelled treatment by the US through the BIS, IMF, World Bank, UN, WEF or WHO or other entity to force its sameness under the guise of equality, freedom or sacrificing people's life to gain the world.

35.    I believe differently than the UN's collaborative, conditional, conformed agenda which I believe misleads people to harm and I believe damnation in hell by driving out the ability of the people to unconditionally love, under an NGO controlled environmental credit and debt system.  The stakeholder system gives entities a stake in other people's lives by economic compelled force. A free people are not a piece of property to exploit as chattel for an alleged common interest to back currency, despite the provisions in the Constitution at its inception designing its fall at birth.  US Amend XIII

36.    The global agenda violates my religious beliefs against debt, making every human in debt and indebted as stakeholders in someone else's plan, someone else's will which is not free will or God's will but an economically compelled will. My hope of a hero remains with the Court to unravel the lawlessness reigned by

lusts and desires such as unbridled business greed.  There is a plan to eliminate the courts to eliminate the rule of law down the line if left unstopped.  I should like to try to stop it in DC.

37.    With regards to my plea, the Government is not permitted to discriminate based on religious belief by denying me access to the courts by requiring my enslavement to debt in light of my good faith error and my intent to prevent the dissolution of the United States.

38.    Given my poverty, any fee creates a substantial burden to my access to the courts and my religious-belief against indebtedness.

39.    I am a Christian, a child of God, a believer of Jesus Christ.  I believe people sin by debt, focusing their mind, and life towards the aim of gathering money as savior in place of God's desires.

40.    I believe people sin for using money to control others, to do their will, by involuntary compelled contracts or the government's will by reward, or punishment in terms of fines or lose freedoms that were never freedoms but for sale for the disparately rich. I believe this misleads people to hell by making money master, God and guide. So only those with money have access to freedoms which are bought not free to force their will unfairly in contravention of Equal Protection and Due Process. US Am I, V, XIII.

41.    I believe there is a difference between unjust decrees and just decrees. Just decrees care for the people, while protecting their liberty within limits so as to protect the liberty of others.  Unjust decrees seek to control, order, or manage or maintain a slave people by sacrificing individuals or individual liberty for money, material gain, cost, convenience and other superficial unjust reason, under the lie of caring for the many.  See *Isaiah*10:1-3.  Unjust laws also teach people to blind their eyes by desire for money gain as savior, from seeing clearly to love others beyond their own.

42.    I believe the United States Supreme Court is misguided into sacrificing individual liberties and individuals for collective interests of businesses or organizations.

43.    Collectively, united by shared interests, we can do no good.  Only individuals may do good by unconditional love, reflecting the image of God. Collectively, by shared, united interest in business or other group or entity, we are enslaved to those who tempt us with reward or threat of harm towards our conditional, collective, interests.  Entities, technology and AI are not free to do what is right by its bound unified, conditional, collective aims or algorithms.

44.    The individual is more powerful and may do more good than collective groups, organizations, entities, charities or businesses or AI.  Only an

individual may lay down his desires, and the desires of men, to think, to know, in order to love, to do what is right to overcome the lusts of men.

45.    I believe that the executive and legislative branch give us a republic by representation through the vote.  I believe the Courts give us freedom, in the form of a democracy by protecting individuals and individual liberties from being sacrificed by the majority or collective groups through the vote or errant case law weighing interest to wrongly justify human sacrifice or slavery as supporting the lie of public good or common good.  I believe the courts are our hope of a hero, in protecting independence required to safeguard Constitutional liberties from being sacrificed on a global level. See *Amos* 5:15 and *Matthew* 23:23.

46.    I am quite concerned how countries are sacrificing independence which gives leaders the freedom to care for their people in exchange for collective, conformed purposes, under the UN, the Paris Accord and other agreements which enslave the people by artificial indebtedness to do the will of collective, conditional groups, substantially burdening freedoms.

47.    I believe people go to hell for creating artificial indebtedness which enslaves other people to pay back a debt, without forgiveness of debts based on need as distinguished from greed per the God of the Bible.  That is what the global plans will do if unstopped by the Courts to protect individual liberties.  The plans appear to allow money creators not limited to Trump's private currency, and

central banks, whose shareholders are banks to control the governments by monetary rewards and debts.  It is an abomination. The more debt, and the worse off the people are, the more profit on debt interest and debt control banks gain over governments, businesses, people and countries.  The banks and money lenders like Trump have incentive to make people worse off.  There appears to be a trend to eliminate the just rule of law in place of the lawlessness spoken of in the bible, through unjust decrees, oppressing, killing, stealing and destroying human life and health to serve business greed, not good.  Money and business should not be the law. Money is not freedom, and should not be used by the government to control a no longer free people

48.    My arguments in DC may grant the Court the ability to safeguard individuals and individual liberties of speech, religious belief, exercise, right to petition regardless of poverty or religious or political affiliation.

49.    Please help me by removing an obstacle by preventing the foreseeable of added PACER costs upon me by exempting me from June 18, 2026 to the date of the order or any other time this court deems just.

50.    I am utterly poor.  The costs relating to PACER fees create a substantial burden and obstacle to my access to the DC Courts in contravention to my First Amendment right to access to the Courts applicable to the Federal Courts via the Equal Protection component of the 5th Amendment, for me, a member of

class of one due to religious beliefs against incurring debt combined and due to utter poverty. See, *Abdul-Akbar v. McKelvie*, 239 F.3d 307, 317 (3d Cir. 2001) ("This requires us first to determine whether Appellant is a member of a suspect class or whether a fundamental right is implicated."); *Harris v. McRae*, 448 U.S. 297, 323, (1980) (noting that poverty is not a suspect classification)." (*But see, Lewis v. Casey*, 518 U.S. 343, 370 (1996) "[A]t all stages of the proceedings the Due Process and Equal Protection Clauses protect [indigent persons] from invidious discriminations.")

51.     "Because this case implicates the [Constitutionally protected] right of access to the courts, [ and First Amendment rights to free speech, religious belief, association and exercise of religious beliefs] the government's disparate treatment towards me, based on poverty, is still unconstitutional under a strict scrutiny basis test." *Citing, Tennessee v. Lane*, 541 U.S. 509, 533 n.20 (2004).

52.     The Supreme Court noted, "There can be no equal justice where the kind of trial a man gets depends on the amount of money he has."  *Lewis v. Casey*, 518 U.S. 343, 370 (1996); (internal citations omitted)

53.     Justice Stevens, with whom Justice Brennan, Justice Marshall, and Justice Blackmun joined, in dissenting of US Supreme Court in *Murray v. Giarratano*, 492 U.S. 1, 18 (1989) recognized,

"When an indigent is forced to run this gantlet of a preliminary showing of merit, the right to appeal does not comport with fair procedure. . . . [T]he discrimination is not between `possibly good and obviously bad cases,' but between cases where the rich man can require the court to listen to argument of counsel before deciding on the merits, but a poor man cannot. . . . The indigent, where the record is unclear or the errors are hidden, has only the right to a meaningless ritual, while the rich man has a meaningful appeal." *Douglas*, 372 U.S., at 357-358

54.    I expected to rejoin my old law firm after standing up for something more important than money in Kelly v Trump, my free exercise of religion, exercise of religious and political belief, exercise of religious and political speech, and association as a party, attorney, democrat, and Christian without government incited persecution, but for my exercise of fundamental rights.

55.    The Delaware Order against me and the reciprocating Order creates a government incited economic substantial burden upon me, and prejudices me by forcing me into a maintained state of poverty by preventing me from seeking to get my former position back at my old law firm as an attorney, or any work as a law firm, and harms my reputation to make me less attractive to employers.

56.    While, poverty is not a suspect class, my right to meaningful access to the courts, despite the inherent burden of poverty, and my religious beliefs and strongly held religious exercise relating to my religious belief against indebtedness are protected.  In addition, fundamental rights are implicated.

57.    So, the Court must have a compelling reason to deny my request for an exemption of the PACER fees to protect my access to the courts to defend the

exercise of my fundamental rights including my religious beliefs narrowly tailored to meet the important justification.

58.    There is no compelling reason to deny my request for an extension for a PACER waiver, especially since it will prevent my need to contact the court should the one free glance fail to save.

59.    Nor is any justification narrowly tailored to meet any compelling reason.  The Court may grant an exemption and has granted an exemption in another case.  This has prevented has the need to call the court to confirm documents were received and filed.

60.    I face an undue burden should this court deny my request, including loss of my First Amendment right to petition in another court.

61.    My water heater is leaking out of the top.  So, I have to shut down our water during this heat wave and get other maintenance my prevents requires like removal of couches.  I also wanted to get more edging to alleviate the flooding and sediment that fills up our rocky side walk.  I think we get flooding after the heat wave and I wanted to protect the property my parents kindly let me live on alone. I do not want it to be destroyed because I love my parents. This is the best place for them to grow old in when my dad is ready to retire. I would take care of them if afforded the honor.

62.     When I passed the DE Bar. I got a job so fast.  They required I come in the next week. So, I stayed with my grandmom at first at 37 S Childs Street Woodbury New Jersey when she was in her 90s moving up and down the stairs.

63.     One day my grandmom asked me to help her take a bath, since she had a sit in shower in her bedroom's bathroom.

64.     I was too scared I may hurt her. I regret that as one of life's biggest regrets, failing to show someone love by a simple pleasure of a warm bath because I was too scared, she would fall or slip. I would be braver now if I had too someday. I am glad my parents are alive. My dad is my hero a saint and my pretty mom is an angel. I don't want them to incur additional expenses because I chose not to avoid them.  Nor do I want them to lose the home my mom wants to end up I to be near her best friend Shelly Chamberlain and other loved ones like Mrs. Fleming. Delaware is home.

65.     I would hate to lose access to DC because I was preventing flooding damage and chose to expend funds to protect my parents property out of love for my parents as to allow a dissolution of the country I could have asked the court to prevent.

Wherefore I pray the Court grants my motion.

Respectfully submitted,

Dated  July 2, 2026

/s/Meghan Kelly

_____

Meghan Kelly, Esquire
DE Bar Number 4968
INACTIVE, not acting as an
attorney on behalf of another
34012 Shawnee Drive
Dagsboro, DE 19939

3meghankellyesq@yahoo.com