Request for charges to please be removed up to today's date June 30, 2026 since the exemption allegedyl was removed Fw: 6975241 April 2026 PACER Quarterly Statement of Account

From:  Meg Kelly (meghankellyesq@yahoo.com)

To:      pacer@psc.uscourts.gov

Cc:      meghankellyesq@yahoo.com; ryan.costa@delaware.gov; margaret.naylor@delaware.gov

Date:  Tuesday, June 30, 2026 at 03:35 PM EDT

Good afternoon,

I called in today because I believe I have an exemption until December 2026, and I just discovered the little exempt symbol was missing or one free look as a party, was strangely missing too on filed documents.

I did not know. Please remove any charges from the time of removal of an exemption to today's date until I figure out why this happened. Today is June 30, 2026.  I am on hold to speak with a representative. The last representative disconnected when I asked for charges to please be removed since the date of the alleged removal of exemption.

Thank you,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939

----- Forwarded Message -----
**From:** "do_not_reply@psc.uscourts.gov" <do_not_reply@psc.uscourts.gov>
**To:** "meghankellyesq@yahoo.com" <meghankellyesq@yahoo.com>
**Sent:** Thursday, April 9, 2026 at 09:17:16 PM EDT
**Subject:** 6975241 April 2026 PACER Quarterly Statement of Account



| Account Number: | 6975241 |
|---|---|
| Account Contact: | Meghan Kelly |
| Balance Due: | $0.00 |
| | Fee exempt usage for this account totaled 5,803 pages. You were not charged for this usage. |

This account has a zero balance.

No payment is due at this time.

To access the statement:

- Log in to Manage My Account.
- From the **Usage** tab, select **View Quarterly Invoice/Statement of Account**.

Go to Billing for detailed billing transactions, instructions on disputing charges, FAQs, and more.

NOTE: *Please do not reply to this message. If you have questions or comments, please email them to **PACER** or call us at (800) 676-6856.*