Re: Request for charges to please be removed up to today's date June 30, 2026 since the exemption allegedyl was removed Fw: 6975241 April 2026 PACER Quarterly Statement of Account

---

From:  Meg Kelly (meghankellyesq@yahoo.com)

To:      pacer@psc.uscourts.gov

Cc:      ryan.costa@delaware.gov; margaret.naylor@delaware.gov; meghankellyesq@yahoo.com

Date:  Wednesday, July 1, 2026 at 02:26 PM EDT

---

Good afternoon,

I am just following up on this request.  I spoke with someone yesterday late in the day to gather more information as PACER takes time to process my request officially. Peggy I am grateful for you and Galen.

Thank you,
Meg

> On Tuesday, June 30, 2026 at 03:35:43 PM EDT, Meg Kelly <meghankellyesq@yahoo.com> wrote:
>
> Good afternoon,
>
> I called in today because I believe I have an exemption until December 2026, and I just discovered the little exempt symbol was missing or one free look as a party, was strangely missing too on filed documents.
>
> I did not know. Please remove any charges from the time of removal of an exemption to today's date until I figure out why this happened. Today is June 30, 2026.  I am on hold to speak with a representative. The last representative disconnected when I asked for charges to please be removed since the date of the alleged removal of exemption.
>
> Thank you,
> Meg
> Meghan Kelly
> 34012 Shawnee Dr
> Dagsboro, DE 19939
>
> ----- Forwarded Message -----
> **From:** "do_not_reply@psc.uscourts.gov" <do_not_reply@psc.uscourts.gov>
> **To:** "meghankellyesq@yahoo.com" <meghankellyesq@yahoo.com>
> **Sent:** Thursday, April 9, 2026 at 09:17:16 PM EDT
> **Subject:** 6975241 April 2026 PACER Quarterly Statement of Account



| Account Number: | 6975241 |
|---|---|
| Account Contact: | Meghan Kelly |

Balance Due:            $0.00

Fee exempt usage for this account totaled 5,803 pages.
You were not charged for this usage.

This account has a zero balance.

No payment is due at this time.

To access the statement:

- Log in to Manage My Account.
- From the **Usage** tab, select **View Quarterly Invoice/Statement of Account**.

Go to Billing for detailed billing transactions, instructions on disputing charges, FAQs, and more.

NOTE: *Please do not reply to this message. If you have questions or comments, please email them to* **PACER** *or call us at (800) 676-6856.*