6975241 Re: Request for charges to please be removed from June 18, 2026 to July 1, 2026/credit request form

From:  Meg Kelly (meghankellyesq@yahoo.com)

To:    pacer@psc.uscourts.gov

Cc:    meghankellyesq@yahoo.com; matthewkosiorek@comcast.net

Date:  Monday, July 6, 2026 at 05:55 PM EDT

Good afternoon,

Could you please submit the credit request form, required letter, log and related documents incorporated in my letter request for a credit from June 18, 2026 to July 1, 2026 to billing please.

I previously requested June 30, 2026, but I think I inadvertently out of habit hit the hyperlink at the filing that previously gave one free look.

For your convenience, I attached it in Word too.

Thank you,
Meg
Account No. 6975241

On Tuesday, June 30, 2026 at 03:35:37 PM EDT, Meg Kelly <meghankellyesq@yahoo.com> wrote:

Good afternoon,

I called in today because I believe I have an exemption until December 2026, and I just discovered the little exempt symbol was missing or one free look as a party, was strangely missing too on filed documents.

I did not know. Please remove any charges from the time of removal of an exemption to today's date until I figure out why this happened. Today is June 30, 2026.  I am on hold to speak with a representative. The last representative disconnected when I asked for charges to please be removed since the date of the alleged removal of exemption.

Thank you,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939

|  | 6975241 |
|---|---|
| Account Contact: | Meghan Kelly |
| Balance Due: | $0.00 |
|  | Fee exempt usage for this account totaled 5,803 pages. You were not charged for this usage. |

> This account has a zero balance.
>
> No payment is due at this time.

To access the statement:

- Log in to Manage My Account.
- From the **Usage** tab, select **View Quarterly Invoice/Statement of Account**.

Go to Billing for detailed billing transactions, instructions on disputing charges, FAQs, and more.

NOTE: *Please do not reply to this message. If you have questions or comments, please email them to **PACER** or call us at (800) 676-6856.*

 1 Pacer exemption letter.pdf
189.7 kB

 Exhibit A Motion for time to reopen the case to prevent preplanned overthrow by petitioning in another court.pdf
881.9 kB

 Exhibit B Amicus brief.pdf Meg wants to file one at appellate level.pdf
849.8 kB

 PACER log to please credit and exempt.pdf
2.2 MB

 PACER Credit Request Form.pdf
743 kB

 Pacer exemption letter.docx
35.4 kB