# PACER Service Center (PSC)
P.O. Box 780549
San Antonio, TX 78278

## CREDIT REQUEST FORM

Phone number: (800) 676-6856 | Fax number: (210) 301-6441 | Email: pacer@psc.uscourts.gov

Complete this form and submit it along with a letter of explanation in support of the credit request. Requests for credit will only be accepted for transactions that have already been billed. You may forward the request and documentation by email, fax, or U.S. mail to the above addresses or fax number. Please allow several weeks for the PACER Service Center to review the request. **Please type or print <u>clearly</u>.**

Transactions that occur in January, February, and March are billed no later than April 10.
Transactions that occur in April, May, and June are billed no later than July 10.
Transactions that occur in July, August, and September are billed no later than October 10.
Transactions that occur in October, November, and December are billed no later than January 10.

Account number: _6975241_    Contact: _Meg Kelly_

Phone number: _Not available please Email,_    Email address: _meghankellyesq@yahoo.com_

Date range of transactions in question: _June 18 2026 - July 9, 2026_ (MMYY-MMYY)

Amount of credit you are requesting: $ _47.10_

In addition to this form, include the following:

- A detailed explanation in support of the request for credit.

- A list of transactions in question. The transactions can be retrieved from the PACER Service Center home page (www.pacer.gov) through the Manage My Account option. _Please see attached pulled from the website._

- A completed refund request form if payment has been made on the account and you are seeking a refund. The form is available on the PACER Service Center home page (www.pacer.gov) through the Resources option located in the Quick Links tab. _This does not apply. Acced, it would prevent the need for a refund_

Signature _Meghan Kelly_    Date _July 6, 2026_