## 21-1490 Fw: 6975241 Re: Request for charges to please be removed from June 18, 2026 to July 1, 2026/credit request form

From:  Meg Kelly (meghankellyesq@yahoo.com)

To:      ryan.costa@delaware.gov; dylan.steinberg@usdoj.gov

Cc:      meghankellyesq@yahoo.com

Date:  Friday, July 10, 2026 at 11:11 AM EDT

Ryan and Dylan,

There is an overthrow schemed and the petitioners specifically the DOJ are going to be used and thrown away. That is not okay.

I believe they are in danger. We all are in danger and the way to prevent it is  by the fair petition,of JGG, Prosecutors in a fair not threatened forum.

I do not think I can afford to mail an amicus.  I saw the emergency email possibility in the DC Circuit Court of appeals rules, but the timing is an issue too.

I haven't drafted it yet, but I did call the DC Circuit court about my concerns and the prospect of using an emergency email, which did not look good due to timing and poverty issues. :(  The staff of the DC Circuit Court transferred me to special counsel to the Clerk of Court charged with procedural issues Meg Beardsley.

I apprised Meg of my humbling circumstances and the issues I seek to address including my belief DOJ are in trouble, and my attempt to restore the DOJs power to prosecute to correct even government officials by voiding two cases on DP grounds where USSC acted with favoritism towards their own positions in  light of bribery attacks I placed on the docket below. I want to void Snyder v. United 603 U.S. ___ (2024) ("Snyder") and Trump v US No. 939, I think 603 US 593whereas I see Trump cites the very case I want the court's to overturn on his Rule 44 motion for rehearing in the Jean Carroll case. :( 20260708104639605_Petition for Rehearing w Rule 44 Certificate.pdf

I want to help the DOJ from being used and destroyed to badmouth petitioners and the right to fairly petition in an impartial forum that already makes our government more just than others. :( This social pressure is aiding in the overthrow because the petition in the courts is what founded our more just government in 1791.

Meg suggested I draft a Motion to file outside of time.....

I want to help everyone sincerely. If you tell me what sucks it may help me save you. I want you to criticize me so I can do better and actually help them. They look like young lawyers, babies in their 20s I am sad for them. They are children being used by Trump.

I am not okay with Trump sacrificing Drew Ensign either. Drew and the power of even the public to petition fairly is the more important legal power to protect, then the selfish whims of the president in aid of the overthrow. You are more important than the government the Constitution restrains per our Constitution no matter how a court twists the words. We can untwist them. :(

Trump's lawyers have until July 22, 2026 to file something in In Re Trump 25-5452.  I don't think I can get something together before then.

The amicus brief in support of either party is scheduled at later times I do not think I can meet.

I talked to family member by affinity to try to persuade them of ways to prevent the preplanned overthrow but they said it is not safe to discuss it over the phone meaning no. They are not going to brave to save the freedoms of all, even DOJ. :(

August 1 may be the cut off date to decide whether to run for office or not as an independent. I think I need a step

back, but I care.

With concern,
Meg


----- Forwarded Message -----
**From:** PACERMAIL/SAT/AO/USCOURTS <pacer@psc.uscourts.gov>
**To:** Meg Kelly <meghankellyesq@yahoo.com>
**Cc:** matthewkosiorek@comcast.net <matthewkosiorek@comcast.net>
**Sent:** Thursday, July 9, 2026 at 05:11:09 PM EDT
**Subject:** RE: 6975241 Re: Request for charges to please be removed from June 18, 2026 to July 1, 2026/credit request form

Good afternoon,

We received your credit request and it has been submitted as a courtesy credit. **Please keep in mind without petitioning the court for a PACER fee exemption or an extension of the exemption you already had on your account, the $0.10 per page charge will apply to your account.**

The $0.10 per page charge is based on the number of pages that result from each search and each requested report or document. Searches that result in no matches incur a charge for one page of data. The charge is not based on printing. Usage is billed on a quarterly basis. Per policy, no account is billed for usage of less than $30 in a quarter. If you have any questions about PACER fees, please let us know or visit our website https://pacer.uscourts.gov/pacer-pricing-how-fees-work.

Once your credit request has been processed, you will receive an email confirmation.

Respectfully,
Angelica

PACER Service Center
Phone: 210-301-6440
Toll Free: 800-676-6856
Fax 210-301-6441
For Frequently Asked Questions: https://pacer.uscourts.gov/help/faqs

**From:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Monday, July 6, 2026 4:55 PM
**To:** PACERMAIL/SAT/AO/USCOURTS <pacer@psc.uscourts.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>; matthewkosiorek@comcast.net
**Subject:** 6975241 Re: Request for charges to please be removed from June 18, 2026 to July 1, 2026/ credit request form


 **CAUTION - EXTERNAL:**


Good afternoon,

Could you please submit the credit request form, required letter, log and related documents incorporated in my letter request for a credit from June 18, 2026 to July 1, 2026 to billing please.

I previously requested June 30, 2026, but I think I inadvertently out of habit hit the hyperlink at the filing that

previously gave one free look.

For your convenience, I attached it in Word too.

Thank you,
Meg
Account No. 6975241

On Tuesday, June 30, 2026 at 03:35:37 PM EDT, Meg Kelly <meghankellyesq@yahoo.com> wrote:


Good afternoon,

I called in today because I believe I have an exemption until December 2026, and I just discovered the little exempt symbol was missing or one free look as a party, was strangely missing too on filed documents.

I did not know. Please remove any charges from the time of removal of an exemption to today's date until I figure out why this happened. Today is June 30, 2026.  I am on hold to speak with a representative. The last representative disconnected when I asked for charges to please be removed since the date of the alleged removal of exemption.

Thank you,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939


|  |  |
|---|---|
|  | 6975241 |
| Account Contact: | Meghan Kelly |
| Balance Due: | $0.00 |
|  | Fee exempt usage for this account totaled 5,803 pages. You were not charged for this usage. |

> This account has a zero balance.
>
> No payment is due at this time.


To access the statement:

- Log in to Manage My Account.
- From the **Usage** tab, select **View Quarterly Invoice/Statement of Account**.

Go to Billing for detailed billing transactions, instructions on disputing charges, FAQs, and more.

NOTE: *Please do not reply to this message. If you have questions or comments, please email them to **PACER** or call us at (800) 676-6856.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.