Case 1:21-cv-01490-CFC    Document 829-16    Filed 07/16/26    Page 1 of 5 PageID #: 92092

## 124    En Route to Global Occupation

before he may step onward and upward, he must prove his ability to properly apply (this) energy.[6] (Manly P. Hall, *The Lost Keys of Freemasonry*, p. 48)

### Basic Doctrine

The theological dogma of Freemasonry was explained in the "Instructions" issued by Albert Pike on 14 July 1889 to the twenty-three Supreme Councils of the world. His words were recorded by A.C. De La Rive in *La Femme et L'Enfant dans la Franc-Maconnerie Universelle* (p. 588).

If Lucifer were not God, would Adonay (The God of the Christians) whose deeds prove his cruelty, perfidy, and hatred of man, barbarism and repulsion for science, would Adonay and his priests, calumniate him?

Yes, Lucifer is God, and unfortunately Adonay is also God. For the eternal law is that there is no light without shade, no beauty without ugliness, no white without black, for the absolute can only exist as two Gods: darkness being necessary to light to serve as its foil as the pedestal is necessary to the statue, and the brake to the locomotive.

In analogical and universal dynamics one can only lean on that which will resist. Thus the universe is balanced by two forces which maintain its equilibrium: the force of attraction and that of repulsion. These two forces exist in physics, philosophy and religion. And the scientific reality of the divine dualism is demonstrated by the phenomena of polarity and by the universal law of sympathies and antipathies. That is why the intelligent disciples of Zoroaster, as well as, after them, the Gnostics, the Manicheans, and the Templars have admitted, as the only logical metaphysical conception, the system of the two divine principles fighting eternally, and one cannot believe the one inferior in power to the other.

Thus, the doctrine of Satanism is a heresy; and the true and pure philosophic religion is the belief in Lucifer, the equal of Adonay; but Lucifer, God of Light and God of Good, is struggling for humanity against Adonay, the God of Darkness and Evil.[7]

Pike continues to pervert the truth in statements made on page 567 of *Morals and Dogma*.

To prevent the light from escaping at once, the Demons forbade Adam to eat the fruit of "knowledge of good and evil," by which he would have known the Empire of Light and that of Darkness. He obeyed; an Angel of Light

## Secret Teachings of the New World Order    125

induced him to transgress, and gave him the means of victory; but the Demons created Eve, who seduced him into an act of Sensualism, that enfeebled him, and bound him anew in the bonds of matter.

These doctrines are, in their entirety, heresy. Pike not only turns the truth upside down, but he adds material. In short, Masonic doctrine places Jesus Christ under the control and at the mercy of Lucifer, labelling the Holy God of Israel a demon.

### Teaches Universality

As with the New Age movement, the central theme of Freemasonry is universality, an attempt to unite all of the world's religions under one umbrella. To do so, it conveniently demotes Jesus Christ from being the Son of God to being a mere spiritual master on the same footing with Buddha or any other religious leader.

Masonry . . . is Religion, a worship in which all good men may unite, that each may share the faith of all.[8] (Joseph Fort Newton, *The Builders*, p. 242)

Describing an experience he had in a London lodge with Masons of various faiths, Joseph Newton writes:

It was a scene no one could ever forget, a vision-hour deeply moving, at once a picture and a prophecy. . . . It was most impressive, as if one were listening-in on the future. It made me think of the words of a seer in a sacred book of China: "The broad-minded see the truth in different religions, the narrow-minded see only the differences." . . . Where else, except in a Masonic lodge, could men of many religions meet, each praying for all and all for each one? It taught me one lesson: If ever there is to be a Religion of Brotherhood on earth, it must begin with a Brotherhood of Religions. (*The Builders*, pp. 223-224)

If Masonry were simply a Christian institution, the Jew and the Moslem, the Brahman and the Buddhist, could not conscientiously partake of its illumination; but its universality is its boast. In its language, citizens of every nation may converse. At its altar men of all religions may kneel. To its creed, disciples of every faith may subscribe. (*Mackey's Encyclopedia of Freemasonry*, p. 439)

It [Masonry] reverences all the great reformers. It sees in Moses, the Lawgiver of the Jews, in Confucius and Zoroaster, in Jesus of Nazareth, and in the Arabian Iconoclast, Great Teachers of Morality, and Eminent Reformers, if no more; and allows every brother of the Order

ant to hear what your views
talking against this sect."
ain day, and came in even
staying. From morning till
the kingdom of God and
Law of Moses and from the
said, but others would not
s and began to leave after
ly Spirit spoke the truth to
the prophet:

r understanding;
r perceiving."
calloused;

r eyes,

s salvation has been sent

his own rented house and
and without hindrance he
ut the Lord Jesus Christ.



an apostle and set apart
promised beforehand
garding his Son, who as
d, [4]and who through the
the Son of God[d] by his
d. [5]Through him and for
ship to call people from

[29]After he said this, the
[4] Or who as to his spirit

---

among all the Gentiles to the obedience that comes from faith. [6]And you also are among those who are called to belong to Jesus Christ.

[7]To all in Rome who are loved by God and called to be saints:

Grace and peace to you from God our Father and from the Lord Jesus Christ.

## Paul's Longing to Visit Rome

[8]First, I thank my God through Jesus Christ for all of you, because your faith is being reported all over the world. [9]God, whom I serve with my whole heart in preaching the gospel of his Son, is my witness how constantly I remember you [10]in my prayers at all times; and I pray that now at last by God's will the way may be opened for me to come to you.

[11]I long to see you so that I may impart to you some spiritual gift to make you strong— [12]that is, that you and I may be mutually encouraged by each other's faith. [13]I do not want you to be unaware, brothers, that I planned many times to come to you (but have been prevented from doing so until now) in order that I might have a harvest among you, just as I have had among the other Gentiles.

[14]I am obligated both to Greeks and non-Greeks, both to the wise and the foolish. [15]That is why I am so eager to preach the gospel also to you who are at Rome.

[16]I am not ashamed of the gospel, because it is the power of God for the salvation of everyone who believes: first for the Jew, then for the Gentile. [17]For in the gospel a righteousness from God is revealed, a righteousness that is by faith from first to last,[a] just as it is written: "The righteous will live by faith."[b]

## God's Wrath Against Mankind

[18]The wrath of God is being revealed from heaven against all the godlessness and wickedness of men who suppress the truth by their wickedness, [19]since what may be known about God is plain to them, because God has made it plain to them. [20]For since the creation of the world God's invisible qualities—his eternal power and divine nature—have been clearly seen, being understood from what has been made, so that men are without excuse.

[21]For although they knew God, they neither glorified him as God nor gave thanks to him, but their thinking became futile and their foolish hearts were darkened. [22]Although they claimed to be wise, they became fools [23]and exchanged the glory of the immortal God for images made to look like mortal man and birds and animals and reptiles.

[a] 17 Or is from faith to faith    [b]17 Hab. 2:4



ROMANS 1:24    1794

**24** Therefore God gave them over in the sinful desires of their hearts to sexual impurity for the degrading of their bodies with one another. **25** They exchanged the truth of God for a lie, and worshiped and served created things rather than the Creator—who is forever praised. Amen. **26** Because of this, God gave them over to shameful lusts. Even their women exchanged natural relations for unnatural ones. **27** In the same way the men also abandoned natural relations with women and were inflamed with lust for one another. Men committed indecent acts with other men, and received in themselves the due penalty for their perversion.

**28** Furthermore, since they did not think it worthwhile to retain the knowledge of God, he gave them over to a depraved mind, to do what ought not to be done. **29** They have become filled with every kind of wickedness, evil, greed and depravity. They are full of envy, murder, strife, deceit and malice. They are gossips, **30** slanderers, God-haters, insolent, arrogant and boastful; they invent ways of doing evil; they disobey their parents; **31** they are senseless, faithless, heartless, ruthless. **32** Although they know God's righteous decree that those who do such things deserve death, they not only continue to do these very things but also approve of those who practice them.

## God's Righteous Judgment

**2** You, therefore, have no excuse, you who pass judgment on someone else, for at whatever point you judge the other, you are condemning yourself, because you who pass judgment do the same things. **2** Now we know that God's judgment against those who do such things is based on truth. **3** So when you, a mere man, pass judgment on them and yet do the same things, do you think you will escape God's judgment? **4** Or do you show contempt for the riches of his kindness, tolerance and patience, not realizing that God's kindness leads you toward repentance?

**5** But because of your stubbornness and your unrepentant heart, you are storing up wrath against yourself for the day of God's wrath, when his righteous judgment will be revealed. **6** God "will give to each person according to what he has done."*a* **7** To those who by persistence in doing good seek glory, honor and immortality, he will give eternal life. **8** But for those who are self-seeking and who reject the truth and follow evil, there will be wrath and anger. **9** There will be trouble and distress for everyone who does evil: first for the Jew, then for the Gentile; **10** but glory, honor and peace for everyone who does good: first for the Jew, then for the Gentile. **11** For God does not show favoritism.

**12** All who sin apart from the law will also perish apart from the law.

*v. 24:12*

et our hearts at rest
For God is greater

we have confidence
k, because we obey
s is his command: to
love one another as
nds live in him, and
in us: We know it by

t the spirits to see
e prophets have gone
ze the Spirit of God:
as come in the flesh is
dge Jesus is not from
have heard is coming

rcome them, because
is in the world. ⁵They
iewpoint of the world,
l, and whoever knows
does not listen to us.
nd the spirit of false-

ve comes from God.
knows God. ⁸Whoever
l is love. ⁹This is how
and only Son^b into the
love: not that we loved
atoning sacrifice for
we also ought to love
f we love one another,
us.
ecause he has given us
the Father has sent his
cknowledges that Jesus
Or as the one who would

is the Son of God, God lives in him and he in God. ¹⁶And so we know and rely on the love God has for us.

God is love. Whoever lives in love lives in God, and God in him. ¹⁷In this way, love is made complete among us so that we will have confidence in the day of judgment, because in this world we are like him. ¹⁸There is no fear in love. But perfect love drives out fear, because fear has to do with punishment. The one who fears is not made perfect in love.

¹⁹We love because he first loved us. ²⁰If anyone says, "I love God," yet hates his brother, he is a liar. For anyone who does not love his brother, whom he has seen, cannot love God, whom he has not seen. ²¹And he has given us this command: Whoever loves God must also love his brother.

## Faith in the Son of God

5 Everyone who believes that Jesus is the Christ is born of God, and everyone who loves the father loves his child as well. ²This is how we know that we love the children of God: by loving God and carrying out his commands. ³This is love for God: to obey his commands. And his commands are not burdensome, ⁴for everyone born of God overcomes the world. This is the victory that has overcome the world, even our faith. ⁵Who is it that overcomes the world? Only he who believes that Jesus is the Son of God.

⁶This is the one who came by water and blood—Jesus Christ. He did not come by water only, but by water and blood. And it is the Spirit who testifies, because the Spirit is the truth. ⁷For there are three that testify: ⁸the^a Spirit, the water and the blood; and the three are in agreement. ⁹We accept man's testimony, but God's testimony is greater because it is the testimony of God, which he has given about his Son. ¹⁰Anyone who believes in the Son of God has this testimony in his heart. Anyone who does not believe God has made him out to be a liar, because he has not believed the testimony God has given about his Son. ¹¹And this is the testimony: God has given us eternal life, and this life is in his Son. ¹²He who has the Son has life; he who does not have the Son of God does not have life.

## Concluding Remarks

¹³I write these things to you who believe in the name of the Son of God so that you may know that you have eternal life. ¹⁴This is the confidence we have in approaching God: that if we ask anything according to his

⁷,⁸ Late manuscripts of the Vulgate *testify in heaven: the Father, the Word and the Holy Spirit, and these three are one. ⁸And there are three that testify on earth: the* (not found in any Greek manuscript before the fourteenth century)

1 JOHN 3:20          1932

we know that we belong to the truth, and how we set our hearts at rest in his presence [20] whenever our hearts condemn us. For God is greater than our hearts, and he knows everything.

[21] Dear friends, if our hearts do not condemn us, we have confidence before God [22] and receive from him anything we ask, because we obey his commands and do what pleases him. [23] And this is his command: to believe in the name of his Son, Jesus Christ, and to love one another as he commanded us. [24] Those who obey his commands live in him, and he in them. And this is how we know that he lives in us: We know it by the Spirit he gave us.

## Test the Spirits

4 Dear friends, do not believe every spirit, but test the spirits to see whether they are from God, because many false prophets have gone out into the world. [2] This is how you can recognize the Spirit of God: Every spirit that acknowledges that Jesus Christ has come in the flesh is from God, [3] but every spirit that does not acknowledge Jesus is not from God. This is the spirit of the antichrist, which you have heard is coming and even now is already in the world.

[4] You, dear children, are from God and have overcome them, because the one who is in you is greater than the one who is in the world. [5] They are from the world and therefore speak from the viewpoint of the world, and the world listens to them. [6] We are from God, and whoever knows God listens to us; but whoever is not from God does not listen to us. This is how we recognize the Spirit[a] of truth and the spirit of falsehood.

## God's Love and Ours

[7] Dear friends, let us love one another, for love comes from God. Everyone who loves has been born of God and knows God. [8] Whoever does not love does not know God, because God is love. [9] This is how God showed his love among us: He sent his one and only Son[b] into the world that we might live through him. [10] This is love: not that we loved God, but that he loved us and sent his Son as an atoning sacrifice for[c] our sins. [11] Dear friends, since God so loved us, we also ought to love one another. [12] No one has ever seen God; but if we love one another, God lives in us and his love is made complete in us.

[13] We know that we live in him and he in us, because he has given us of his Spirit. [14] And we have seen and testify that the Father has sent his Son to be the Savior of the world. [15] If anyone acknowledges that Jesus

---

is the Son of God, God li
and rely on the love God

God is love. Whoever
this way, love is made con
on the day of judgment.
is no fear in love. But pe
with punishment. The on

[19] We love because he
yet hates his brother, h
brother, whom he has s
[21] And he has given us
love his brother.

## Faith in the Son of G

5 Everyone who belie
everyone who loves
we know that we love th
out his commands. [3] Th
his commands are not
comes the world. This i
our faith. [5] Who is it th
that Jesus is the Son of

[6] This is the one who
not come by water only
testifies, because the S
[8] the[a] Spirit, the water
[9] We accept man's testi
is the testimony of G
who believes in the S
who does not believe (
not believed the testim
the testimony: God ha
[12] He who has the Son
does not have life.

## Concluding Remark

[13] I write these thing
so that you may know
we have in approachi

---

[a] 6 Or spirit     [b] 9 Or his only begotten Son     [c] 10 Or as the one who would turn aside his wrath, taking away

[a] 7,8 Late manuscripts
and the Holy Spirit, and
earth: the (not found in