UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly | ) | Civil Action No.: 1:21-1490 (CFC) |
| Plaintiff, | ) | |
| v. | ) | |
| Disciplinary Counsel Patricia B. | ) | |
| Swartz, et.al | ) | |
| Defendants. | ) | |

PLAINTIFF MEGHAN KELLY'S 488th AFFIDAVIT

Plaintiff, Meghan M. Kelly, pro se, declares and avers as follows:

1.     The evening of July 22, 2026, I attended the Fireside chat of the independents.

2.     The Independent Chair of Delaware and others spoke about placing people first. I genuinely believe they seek to eliminate corruption within processes that tempt law makers to do evil by compromising what is right in exchange with getting partial goals achieved.

3.     Just because some within the independent party are aware of lobbyists' and think tanks' detrimental plans of sustaining debt and harm to sustain positions, power, profit streams, debt created money, and incessant excuse for more research for more subpar products and services, does not mean they seek to contribute in it. Many harmful healthcare practices killed people. Not knowing does not make wrong right. Marbury teaches every wrong should have an opportunity to right it, I think by correction, not blinding our eyes as charities and businesses kill and enslave humanity under the lie forced labor in a standardized subpar market is heroic by job creation for the same purpose as the lawless purpose outline in the bible in Exodus 5, to control and order society under unjust laws, not care for them or protect the free will, with the limit no one is free to enslave or sacrifice another under the lie of good, consent, or contract.

4.     I think the independent party members want to clean up the corruption and conflict of interests.

1

5.    I think the independents were enticed, compelled to give into temptation to compromise to get forward with a potential position too for Dr. Katz by allowing his resignation as Chair to run for US Senate against Senator Coons. That does not make compromising party values of anticorruption right to get ahead.

6.    It is wrong to go through the processes when the processes are rigged to entice all the participants to commit lawlessness in contravention of equal protections by disparate favoritism to those who substantially burden and eliminate the freedoms and sacrifice the lives of the people they are charged to serve, not exploit by bartering the people's rights and lives away under the lie of contract, public good or other falsehood.

7.    I had a difficult time getting on zoom. It only worked by going online, not through the app.  It sporadically cut out. It would not work on fire fox. When I took off the app and shut off remote access, it worked.

8.    I have three student/teaching licenses for Word.  I have a teaching license in DE. I am licensed to teach six different subjects, though I object to any next generation controls that inhibit freedom of thought in a forced standardized harmful market made to enslave people to debt or subscriptions for unjust gain of exploiters marketed as heroes.

9.    The Microsoft Word licenses are life time licenses. I bought the more expensive version because I desired to use it for the rest of my life, under an Express warranty.

10.    I am able to use one of the licenses on an old broken-down computer, which sometimes does not work.  I regret throwing out other computers because this one started to work when I left it in the cold for 2 or 3 weeks in the garage, and another time over night in the freezer.

11.     I believe computers break by design.  I think if I had just kept and not thrown out other old broken ones and put them out in the cold for a month, they may have reset and started working too. I made bad choices by throwing things away.

12.     I wanted to use an unused life-long Word license for teachers to place on a computer for my dad, a teacher.  I can log onto my Word account fine on my old computer.  I could not log into my Microsoft account on a different computer.  It appeared to want facial recognition which I object to on religious and privacy grounds.

13.     Our data is being collected to enslave us like misguided leaders are blackmailed, bribed or extorted concerning the CIA and Epstein stains on our US history by blackmail or extortion, but on an individual level likened to China's social credit system, using social, economic, physical, or economic conditions to compel compliance, while eliminating the petition before a neutral forum that safeguards freedoms without deference to business. Business eliminates freedom, allowing only those with something to barter with access to the guise of freedoms for something that is no longer free, buy unjustly for sale.

14.     I believe people sin risking death in hell for collecting data to use for research, business and governance by the CIA under the lie of national security, in a forced subpar market made to create problems to profit off of the solutions in government, charities, or in business, despite ignorance.  It is not fair when some people have a monopoly on information they may use in an unfair government backed market, and make the people pay for the information gathered about them or others unjustly, like PACER.

15.     It is unjust that people lose access to Facebook, phones, email and internet based on the content, or Word based on compelled violation of religious belief, privacy rights, speech based on viewpoint of speech, assertions of truth, honest fears and subjective beliefs.

3

11.    That is what happened to me concerning the Facebook related to

meghankellyesq@yaho.com account. Third parties delegated with governance do this to many

others under a social credit system in China that will eliminate the courts in the USA, and

governments as we know them, if unstopped by the petition which grants Judges the power to

prevent it.   China eliminated some fair courts before a person who has the power to lay down

policies and statutes to adhere to superseding Constitutional laws in the amendments to prevent

tyranny by the mob or the elected.   There are AI courts in China who have no power to lay down

the algorithms to do what is right, unconditional love to protect life and free will, not conditional

compelled compliance which eliminates all freedom.

12.    How can we learn, if we cannot share even bad ideas, to allow criticism to help

humanity see another more complete view.

13.    Standardization is lawless disparate control by those who are unchecked by

government because of government officials' collusion and deference to the professionals and

standards, causing injustice by rewarding those who enslave and sacrifice others by job creation

and professional standardized practices or unjust laws like the UCC which incentivize made to

break, to repair, replace or be discarded under planned obsolescence.

14.    The last affidavit I included the messages I received from Facebook. The one

showing 7:37 AM on top included the message, "**Take a video selfie**. Capture a quick video of

yourself to confirm it is you"

15.    I have religious objections to having my picture, my likeness in a video,

biological data, or my person to be used for data collection, tracking, surveilling, or biohacked or

altered under the guise of medicine.

4

16.      I assert my right to exercise of religious beliefs from collection of my data, my face, my body, my soul, soul means life. The soul is not separate from the body, and your bones, what is left of your body is needed to be resurrected from the grave for judgement day.

17.      I believe collecting data for intel, science, business, research, or other purpose damns people to hell should they not turn away from lawlessly using people as a villain cloaked as a hero, because it drives out their unconditional love and respect for someone for the love of what information or gain, they may extract from them.

18.      Data is allegedly the new fool's gold to mislead and deceive to enslave humanity under the guise of improving the world. Whoever has access to data needed to access the channels of exchange of not only necessities of life, who may buy and sell, who may have the ability to associate, speak, hear, travel or exercise belief too, including having access to the Bible, should courts not protect freedom from being eliminated by subscriptions controlled by third parties, and those who control the channels of exchange, internet, data centers, phones and technology through MFA.  God's Word is even if AI and man markets by government backed military, physical, economic and violence words that man's word, his scientific lie mere speculating hypothesis is truth in place of actual truth or God's word.

19.      Lawless people who believe Lucifer is right and my God is wrong are led astray by lies.  Some misguided leaders follow rules under the false belief their innocence from judgment is maintained should someone contract, sign up or consent or agree to the exploitation, the tracking, the surveilling, the control of their access to resources through MFA.  I believe they risk perishing in hell for data collection and intel for believing the lies freemasons and others attribute to Lucifer, the snake in the garden or the devil, should they not be saved from deception with truth in order that they may repent. They state not knowing is innocence and that the devil

brought knowledge into the world when both are lies. Ignorance does not make wrong right, and the devil brought deception and confusion into the world, not wisdom but a type of dumbness and blindness that damns per 2 Cor 4:4.

20.    Many laws we have are based on lies attributed to the devil to mislead and deceive the enforcers, those in charge to harm and enslave the people they are charged to serve not exploit. Such leaders teach the people to harm and exploit one another to get as much as they can for as little at the cost of human sacrifice or slavery. They teach the people wrong. Jesus calls such leaders damned making their followers twice as worthy of hell as they should they not be born from eternal death to life. Matthew 23:15

21.    The FISA Courts protection of national security based on the devil's lie of pursuit of intel destroys national security and mislead people to exploit others for intel, not love them or protect life or freedom. National security is in the petition in a fair and impartial forum, not in intel, money, might or mob rule controlled by marketers in a social credit debit slave system that eliminates all freedom, making everything and everyone slave chattel for sale property of tyrants marketed as heroes.

22.    I erased many pages of Bible verses. If I run for office, if I am so fortunate and blessed to have that opportunity my freedoms will be reduced in exchange with the cloak of governing authority in order that the cloak may not be used to influence, oppress or restrain those I serve and do not enslave or sacrifice for the lie of government good, money by the case of Kelo or any other which may be used to support data centers that are schemed to eliminate the courts.

23.    I really want to draft just laws. God will convict me of sin and not allow me to compromise wrong for right or bend to lobbyists.

6

24.     I do not know how I can afford to draft a brief in DC, but I am going to try too.  I am not giving up on justice in the courts to clean dirty hands, not throw out those hands may be made cleaned with correction, saving lives and eternal lives.  That is the power of a judge, more powerful than any other member of the executive or legislative branch despite the court bending to Presidents because of the past naughty behavior of naughty President Lincoln jailing a judge to evade a decision, or naughty President Jackson for evading a court order by killing Native Americans in the trial of tears.

25.     Our Supreme Court misbehaved by selfishly looking after the court from potential retaliation instead of the country or people based on threats of both congress and the executive branch to commandeer, chill or affect outcomes in case in contravention of the fair right to petition before a fair not threatened forum in accord with due process.

26.     I am not trying to destroy anyone. I am trying to save all by court correction to prevent the overthrow and subscription economy.

27.     On July 23, 2026, I called the FEC concerning running for office. They said I would not have to file with the state because it is federal.  Paul at information said I would not have to file anything at all since I did not intend to spend any money. The filing requirements are activated upon a candidate reaching a $5,000 threshold.

28.     I called the Department of Elections.  Sarah said I would have to notarize when I did not even bring that up in light of the emotional distress that causes. I believe people go to hell for swearing, promising, averring anything under oath perf James 5, and Jesus Christ's teachings. So, I assert and do not waive my religious objections or the right to declare while objecting to penalty under perjury.

7

29.    In the Bible, *James* 5:12 provides: "But above all things, my brethren, swear not, neither by heaven, neither by earth, nor by any other oath; but let your "Yea" be yea, and your "Nay" be nay, lest ye fall into condemnation [in hell, the second death, to be no more, to die forever]"

30.    In the Bible at Matthew 5:33-37 Jesus teaches:

"[33] "Again you have heard that it was said to those of [m]old, 'You shall not swear falsely, but shall perform your oaths to the Lord.' [34] But I say to you, do not swear at all: neither by heaven, for it is God's throne; [35] nor by the earth, for it is His footstool; nor by Jerusalem, for it is the city of the great King. [36] Nor shall you swear by your head, because you cannot make one hair white or black. [37] But let [n]your 'Yes' be 'Yes,' and your 'No,' 'No.' For whatever is more than these is from the evil one."

31.    My religious beliefs are genuine.

32.    Tonight is a question-and-answer forum to be interviewed by the independents for potential nomination. I did not sleep well last night. I hope to persuade them.


Dated July 23, 2026

Respectfully submitted,
Meghan Kelly

_____
Meghan Kelly, Esquire
34012 Shawnee Drive
Dagsboro, DE 19939

8