# Fw: part 1 In Re Trump 2part 1 of 2 5-5452/DC Circuit Court of appeals Potential Amicus's request for permission to use efiling CM/ECF in order to submit a motion for leave to file an amicus brief without paper copes

From: Meg Kelly (meghankellyesq@yahoo.com)

To: ecfhelp@cadc.uscourts.gov

Cc: meghankellyesq@yahoo.com; drew.c.ensign@usdoj.gov; derek.l.weiss@usdoj.gov; mark.freeman2@usdoj.gov; slau@aclu.org; john.bailey@usdoj.gov; tiberius.davis@usdoj.gov; edanforth-scott@aclu.org; ptoomey@aclu.org; osarabia@aclu.org; nsmith@aclu.org; abhishek.kambli@usdoj.gov; smahfooz@aclu.org; mngo@aclu.org; khuddleston@aclu.org; dgalindo@aclu.org; m.tan@aclu.org; ernesto.h.molina@usdoj.gov; cwofsy@aclu.org; august.flentje@usdoj.gov; drewensignlaw@gmail.com; hshamsi@aclu.org; cwang@aclu.org; smichelman@acludc.org; lgelernt@aclu.org; aspitzer@acludc.org

Date: Wednesday, August 19, 2026 at 08:02 AM EDT

Dear Honorable representative of the Circuit Court of Appeals of the DC Circuit,

I sent the attached motion to this Honorable court after serving the parties by email per the forward below, along with another motion, Amicus Petitioner Meghan Kelly's Motion for an exception to Circuit Court Rule 46 in a separate email, not attached.

The Honorable Court is not scheduled to receive the motions until Friday, per the additional attachment of postage receipt payment, dated August 18, 2026.

I understand the Court may remove motions if they are denied. I apologize for the typos. I could not afford to reprint everything on my super slow printer in a timely fashion. I sent an original and 4 copies of each of the motions. Rights not asserted may be deemed waived, but neither party are free to assert the issues I may without threat of harm toward their clients or own interests.

Thank you for your kind understanding. Please let me know if you require I forward documents via email to ease the burden upon the court in filing, I am happy to do so.

My PACER Account Number 6975241.

Thank you for your consideration.

Very truly,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939
meghankellyesq@yahoo.com
(302) 278-2975
US Supreme Court No 283696
DC License retired 2019 No. 981781

Unrepresented Potential Amici Curiae

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** drew.c.ensign@usdoj.gov <drew.c.ensign@usdoj.gov>; derek.l.weiss@usdoj.gov <derek.l.weiss@usdoj.gov>; mark.freeman2@usdoj.gov <mark.freeman2@usdoj.gov>; slau@aclu.org <slau@aclu.org>; john.bailey@usdoj.gov <john.bailey@usdoj.gov>; tiberius.davis@usdoj.gov

<tiberius.davis@usdoj.gov>; edanforth-scott@aclu.org <edanforth-scott@aclu.org>; ptoomey@aclu.org <ptoomey@aclu.org>; osarabia@aclu.org <osarabia@aclu.org>; nsmith@aclu.org <nsmith@aclu.org>; abhishek.kambli@usdoj.gov <abhishek.kambli@usdoj.gov>; smahfooz@aclu.org <smahfooz@aclu.org>; mngo@aclu.org <mngo@aclu.org>; khuddleston@aclu.org <khuddleston@aclu.org>; dgalindo@aclu.org <dgalindo@aclu.org>; m.tan@aclu.org <m.tan@aclu.org>; ernesto.h.molina@usdoj.gov <ernesto.h.molina@usdoj.gov>; cwofsy@aclu.org <cwofsy@aclu.org>; august.flentje@usdoj.gov <august.flentje@usdoj.gov>; drewensignlaw@gmail.com <drewensignlaw@gmail.com>; hshamsi@aclu.org <hshamsi@aclu.org>; cwang@aclu.org <cwang@aclu.org>; smichelman@acludc.org <smichelman@acludc.org>; lgelernt@aclu.org <lgelernt@aclu.org>; aspitzer@acludc.org <aspitzer@acludc.org>
**Cc:** meghankellyesq@yahoo.com <meghankellyesq@yahoo.com>
**Sent:** Tuesday, August 18, 2026 at 07:46:59 AM EDT
**Subject:** part 1 In Re Trump 2part 1 of 2 5-5452/DC Circuit Court of appeals Potential Amicus's request for permission to use efiling CM/ECF in order to submit a motion for leave to file an amicus brief without paper copes

Good morning,

Please see attached.

Thank you,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939

PS A Screen saying "Related contact" bar is blocking my ability to see what I am typing. I am going to try to serve you as soon as possible to prevent obstruction. I in good faith believe the court and DOJ are in danger and seek to protect them even if I agree with ACLU to correct, not destroy them. I am a little scared which is sin because I keep getting attacked. ACLU please understand the plan is to demean DOJ to aid in n elimination of the law. Without the courts, your position is removed. :( I could not send this email. I videoed myself trying to click send. I turned off the electricity and am turning it back on. I hope to send this to you asap. It did not work. I copied and pasted the message and am placing it in a new email.

Letter Clerk of ct Aug 17 2026.pdf
387.1 kB

01 part 1 Aug 17 Amicus's PACER motion.pdf
630.3 kB

02 part 2 Aug 17 Amicus's PACER motion.pdf
775.2 kB

1 Article Trump’s financial disclosure lists $1.4 billion in crypto earnings, powered largely by meme coins.pdf
51.4 kB

2 Financial record mentioning GEO group prison profit Donald-J-Trump-2026-278ANNUAL.pdf
1.4 MB

3 news paper Independence of Court kagan.pdf
1.6 MB

100 certificate of service.pdf
810.6 kB

1 US Postal Receipt 8 18 2026.pdf
456.7 kB