# Fw: part 2 of 2In Re Trump 5-5452/DC Circuit Court of appeals Potential Amicus's request for an exception to rule 46 requirements

From: Meg Kelly (meghankellyesq@yahoo.com)

To: ecfhelp@cadc.uscourts.gov

Cc: meghankellyesq@yahoo.com; drew.c.ensign@usdoj.gov; derek.l.weiss@usdoj.gov; mark.freeman2@usdoj.gov; slau@aclu.org; john.bailey@usdoj.gov; tiberius.davis@usdoj.gov; edanforth-scott@aclu.org; ptoomey@aclu.org; osarabia@aclu.org; nsmith@aclu.org; abhishek.kambli@usdoj.gov; smahfooz@aclu.org; mngo@aclu.org; khuddleston@aclu.org; dgalindo@aclu.org; m.tan@aclu.org; ernesto.h.molina@usdoj.gov; cwofsy@aclu.org; august.flentje@usdoj.gov; drewensignlaw@gmail.com; hshamsi@aclu.org; cwang@aclu.org; smichelman@acludc.org; lgelernt@aclu.org; aspitzer@acludc.org

Date: Wednesday, August 19, 2026 at 08:19 AM EDT

Dear Honorable representative of the Circuit Court of Appeals of the DC Circuit,

I sent the second attached motion to this Honorable court after serving the parties by email per the forward below, with some added corrections, along with another motion, the Motion I previously forwarded to you, *Amicus Meghan Kelly's Motion for Leave to file CM/ECF System with her PACER Account Number 6975241, and exclusion of paper copies due to substantial burden to access to courts*.

The Honorable Court is not scheduled to receive the motions until Friday, per the additional attachment of postage receipt payment, dated August 18, 2026.

I understand the Court may remove motions if they are denied. I apologize for the typos. I could not afford to reprint everything on my super slow printer in a timely fashion. I sent an original and 4 copies of each of the motions. Rights not asserted may be deemed waived, but neither party are free to assert the issues I may without threat of harm toward their clients or own interests.

Thank you for your kind understanding. Please let me know if you require I forward documents via email to ease the burden upon the court in filing, I am happy to do so.

My PACER Account Number 6975241.

Thank you for your consideration.

Very truly,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939
meghankellyesq@yahoo.com
(302) 278-2975
US Supreme Court No 283696
DC License retired 2019 No. 981781

Unrepresented Potential Amici Curiae

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** drew.c.ensign@usdoj.gov <drew.c.ensign@usdoj.gov>; derek.l.weiss@usdoj.gov <derek.l.weiss@usdoj.gov>; mark.freeman2@usdoj.gov <mark.freeman2@usdoj.gov>; slau@aclu.org <slau@aclu.org>; john.bailey@usdoj.gov <john.bailey@usdoj.gov>; tiberius.davis@usdoj.gov <tiberius.davis@usdoj.gov>; edanforth-scott@aclu.org <edanforth-scott@aclu.org>; ptoomey@aclu.org <ptoomey@aclu.org>; osarabia@aclu.org <osarabia@aclu.org>;

nsmith@aclu.org <nsmith@aclu.org>; abhishek.kambli@usdoj.gov <abhishek.kambli@usdoj.gov>; smahfooz@aclu.org <smahfooz@aclu.org>; mngo@aclu.org <mngo@aclu.org>; khuddleston@aclu.org <khuddleston@aclu.org>; dgalindo@aclu.org <dgalindo@aclu.org>; m.tan@aclu.org <m.tan@aclu.org>; ernesto.h.molina@usdoj.gov <ernesto.h.molina@usdoj.gov>; cwofsy@aclu.org <cwofsy@aclu.org>; august.flentje@usdoj.gov <august.flentje@usdoj.gov>; drewensignlaw@gmail.com <drewensignlaw@gmail.com>; hshamsi@aclu.org <hshamsi@aclu.org>; cwang@aclu.org <cwang@aclu.org>; smichelman@acludc.org <smichelman@acludc.org>; lgelernt@aclu.org <lgelernt@aclu.org>; aspitzer@acludc.org <aspitzer@acludc.org>
**Sent:** Tuesday, August 18, 2026 at 08:06:34 AM EDT
**Subject:** part 2 of 2In Re Trump 5-5452/DC Circuit Court of appeals Potential Amicus's request for an exception to rule 46 requirements

Good morning,

Please see attached. This is the last of the filing.

There is an agenda to eliminate you and individual freedom. Collectively like wolves who dumbly think they are strong by packs, people are not free but united to collective interests to be controlled by those who like the devil use temptations of reward or threat of harm to control a slave people who think they are free. The wolves are blind and dumb and controlled and used. We do not hate them, but seek to save them and individual liberty which allows us to lay down the collective interests to do what is right, unconditional love.

The Bible teaches me to be set apart, holy not conformed to be controlled by those who like the lawless one the devil use standards and defer to harmful standards instead of correcting them from profiting off of making the world worse under the guise of better by sustaining harm to sustain profit streams, control by enslaving the people to buy what snakes oil they are selling instead of restraining people from involuntary slavery and human sacrifice under the law of innovation, or public good.

It is so wrong to use people as subjects in science and argue the lie of the devil that harming or enslaving others to pay for research or data collection making people a slave product not a respected free man is for the public good, when human sacrifice and slavery is bad.

It is damnable sin even to think of people as human capital. I saw the declaration where Defendants' witness looked at people as "human capital" That guy risks death in hell should he not turn away from thinking like that. That is what I truly believe. His love and service towards others is driven out of his heart for his love of what he may extract from a human. That is terrible, dirty thinking that eliminates freedom by business where the citizens are slave products to buy and sell not free. I fear God. You understand how people got into trouble in the Old testament for not forging monetary contractual debts to risk dying eternally without eternal life.

Even thinking can be lawless based on deception and lies of freedoms of contracts when it is not true. If one is enslaved or indebted or bound he is not a free man.

The agenda will eliminate private property and positions of lawyers. I seek to stop it in good faith based on truth not flattering lies that mislead you to be used and harmed, thrown away after use is gone.

Do not allow slimy self proclaimed experts and professionals who have the conflict of interest in that they seek power, prestige, positions, or something else that blinds their capacity to do what is right, be left unrestrained by the rule of law by deference..

Do not make man's lies the Word or truth replacing truth or (I see God's Word) or subpar products professionals sell made to sustain need to sustain greed and control by debt created money or credits to control and enslave humanity, under the guise of freedom by the lawless manner money has been coined since Babylon, instead of correctly as Lincoln and Kennedy's executive orders proposed without violating Ezekiel 18:13.

You are in trouble. :(

Respectfully,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939

Case 1:21-cv-01490-CFC Document 843-9 Filed 08/23/26 Page 3 of 3 PageID #: 93539

On Tuesday, August 18, 2026 at 07:46:59 AM EDT, Meg Kelly <meghankellyesq@yahoo.com> wrote:

Good morning,

Please see attached.

Thank you,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939

PS A Screen saying "Related contact" bar is blocking my ability to see what I am typing. I am going to try to serve you as soon as possible to prevent obstruction. I in good faith believe the court and DOJ are in danger and seek to protect them even if I agree with ACLU to correct, not destroy them. I am a little scared which is sin because I keep getting attacked. ACLU please understand the plan is to demean DOJ to aid in n elimination of the law. Without the courts, your position is removed. :( I could not send this email. I videoed myself trying to click send. I turned off the electricity and am turning it back on. I hope to send this to you asap. It did not work. I copied and pasted the message and am placing it in a new email.

001 Part 1 exemption to Circuit Ct Rule 46 Motion.pdf
652.5 kB

002 Part 2 exemption to Circuit Ct Rule 46 Motion.pdf
675.4 kB

1 Agenda to eliminate people in the law.pdf
12.4 MB

2 130-3 Exhibit 2 proof of secretly concealing evidence in my favor to affect outcome o.pdf
409.4 kB

3 130-4 Exhibits 3 & 4 kelly v trump docs secretly sealed to hide evidence in my favor.pdf
1.7 MB

4 30-5 Exhibit 5 and 6 exemption form bar dues in DE.pdf
134.1 kB

5 -26 exhibit 7 Judicial complaint big.pdf
1.2 MB

100 certificate of service.pdf
810.6 kB