ALERT: IMPACTS FROM SEVERE WEATHER IN THE MID-SOUTH REGION OF THE U.S. AND WILDFIRES IN NEVADA MAY DELAY FINAL DE...

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

**9505515388676230198878**

Copy Add to Informed Delivery

## Latest Update

Your item was delivered in or at the mailbox at 3:42 pm on August 24, 2026 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, In/At Mailbox**
WASHINGTON, DC 20001
August 24, 2026 3:42 PM

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20001
August 22, 2026 6:34 PM

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20001
August 21, 2026 12:40 PM

**Out for Delivery**
WASHINGTON, DC 20001
August 21, 2026 6:10 AM

**Arrived at Post Office**
WASHINGTON, DC 20018
August 21, 2026 5:25 AM

**Arrived at USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 20, 2026 10:34 PM

**Arrived at USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 20, 2026 10:04 AM

**Departed USPS Facility**
PHILADELPHIA PA DISTRIBUTION CENTER
August 20, 2026 9:44 AM

**In Transit to Next Facility**
August 20, 2026 9:42 AM

Feedback

**In Transit to Next Facility**
August 20, 2026 6:58 AM

**Arrived at USPS Facility**
PHILADELPHIA PA DISTRIBUTION CENTER
August 20, 2026 1:32 AM

**Departed USPS Facility**
WILMINGTON DE DISTRIBUTION CENTER
August 20, 2026 12:24 AM

**Arrived at USPS Facility**
WILMINGTON DE DISTRIBUTION CENTER
August 19, 2026 4:38 PM

**Departed Post Office**
DAGSBORO, DE 19939
August 18, 2026 2:16 PM

**USPS in possession of item**
DAGSBORO, DE 19939
August 18, 2026 9:34 AM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback