MEGHAN MARIE KELLY, ESQUIRE

34012 Shawnee Drive

Dagsboro, DE 19939

Clerk of the Court
US Supreme Court
1 First St. NE,
Washington, DC 20543

RE: **Certificate of Good standing request for Meghan Kelly US Supreme Court No 283696**

September 11, 2026

Dear Sirs & Madams:

Enclosed please find a money order made out to the US Supreme Court to purchase a certificate of good standing for my bar licensure US Supreme Court No 283696.

I require a certificate of good standing in order to present an amicus brief under DC Circuit Court Rule Circuit Rule 46 (a) in the DC Circuit Court of Appeals to restrain Article I and II members from using official power with Constitutional malice to affect the outcome of the case by attacking the judge in the case, the parties or their counsel.

I hope to receive the certificate in time and act in good faith. I seek to protect the Courts by asking the Circuit Court to consider arguments I preserved as amicus below, neither party nor the judge was freely able to consider to protect the judiciary per the attached email. For your convenience, enclosed please find a stamped pre-addressed envelop to my address for the certificate of good standing to be placed. Thank you.

September 11, 2026

Respectfully Submitted,

/s/Meghan Kelly
Meghan Kelly, Esquire
34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com
US Supreme Court No 283696
DC License retired 2019 No. 981781

# Service of Entry of Meghan Kelly's appearance In Re Trump 5-5452/Circuit Court made corrections to filing/DC Circuit Court of appeals Potential Amicus's request for an exception to rule 46 requirements

From: Meg Kelly (meghankellyesq@yahoo.com)

To: drew.c.ensign@usdoj.gov; derek.l.weiss@usdoj.gov; mark.freeman2@usdoj.gov; slau@aclu.org; john.bailey@usdoj.gov; tiberius.davis@usdoj.gov; edanforth-scott@aclu.org; ptoomey@aclu.org; osarabia@aclu.org; nsmith@aclu.org; abhishek.kambli@usdoj.gov; smahfooz@aclu.org; mngo@aclu.org; khuddleston@aclu.org; dgalindo@aclu.org; m.tan@aclu.org; ernesto.h.molina@usdoj.gov; cwofsy@aclu.org; august.flentje@usdoj.gov; drewensignlaw@gmail.com; hshamsi@aclu.org; cwang@aclu.org; smichelman@acludc.org; lgelernt@aclu.org; aspitzer@acludc.org; ryan.costa@delaware.gov; dylan.steinberg@usdoj.gov; supremectbriefs@usdoj.gov; usapae.usattorney@usdoj.gov; matthewkosiorek@comcast.net; meghankellyesq@yahoo.com

Date: Tuesday, September 1, 2026 at 07:26 PM EDT

Good evening,

Attached, please find Entry of appearance.

I also wanted to apologize because I reviewed my signature and saw it was sent twice. So, even though I believe I sent the Court the required Certification with Word Count, the Court may have noticed I did not send it to you. Hence, it was not included with my motion for an exemption of rule 46.

I want to thank the Court for making corrections to the misfiled pleading. The fact they made corrections shows they are not replaceable by AI. Yet, I am copying others, not the court to show the Court made corrections without delay and had good reason not to attach the word count since it must have noticed I inadvertently sent my signature twice without the certification per my forward of the same below.

Without people staff and people judges there is no way to right a wrong by technology which is incapable of acting outside of the conditional controls or algorithms to unconditionally do what is right, making people, including attorneys, not replaceable by AI. It is my private religious belief you each have the power to reflect the image of God by not conforming to conditional technical controls to **unconditionally love** others and do what is right, making each of you very special, and worthy of protections even if one may seek corrections. No one asserted the Government's counsel's 5th Amendment right against self-incrimination even from government attacks by Article I and II government officials for disclosing information, but for disclosing information. I saw arguments warranting potential contempt against DOJ, but no one is protecting the DOJ, the government's attorneys from client government bosses government attacks or retaliation from congress.

I read the DOJ's brief rebutting attacks in the other appeal, but the innuendo of threats are real.

President Trump and others threatened to use the threat of treason to kill members of congress or Special Counsel Jack Smith in the past. It is not far-fetched that Defendant Trump or his agents would use treason or even kill his own lawyers, you DOJ, at the department of justice if they sought to do what is right by speaking honestly before the court in compliance with the court's order. Citing, Lawmakers speak out after Trump accuses Democrats of treason punishable by death Lawmakers speak out after Trump accuses Democrats of treason punishable by death, KCENNews Nov 20, 2025 (This is a news video relating To Trump accusing 6 Congress members of treason warranting death for telling military to disobey illegal orders.); DI123-1 (Please see the last page regarding death penalty for Jack Smith, special counsel.)

Thus, I preserved the need on the record below for some protections that must in the interest of justice be granted to you from your client boss's.

Similarly, I preserved other issues on the record below that no party is free to assert fairly.

I did not understand why no petitioner in the case asserted their clients' right to fairly petition without government

attacks against the judge, a party, counsel or their family members until after I saw my misfiled documents.

It dawned on me that a party may wrongly incite more attacks against the judge or accuse the judge of bias or partiality since the judge is the subject of the government attacks by the other two branches with constitutional malice to commandeer the outcome unfairly in contravention of Plaintiff's right to petition fairly before an impartial not threatened forum, should Plaintiffs amend their complaint to assert additional government denials of fair petitions in accord with due process.

I think those arguments should fail, but regardless I preserved the issues below and asserted the rights of the parties in the trial forum. Neither side objected.

I preserved on the record below proof of emails where I asked state attorney generals to protect judges federal judges, but no one did but me, and the USSC would not hear my concerns I suspect since they were not preserved below, where I did preserve them below this time. I also suspect they did not hear my concerns since they were the subject of Art I and II attacks.

Thus, on appeal it may be possible this Circuit Court to restrain the branches within the purview of the Constitutional limits without subjecting Chief Judge Boesberg and the lower courts or even this court to more attacks.

I seek to safeguard the courts and act in good faith, while protecting counsel, even DOJ's fair petition in accord with Equal protections, without which the Court has no power to say what the rule of law is.

I am uniquely able to ask the Court to be our hero, and if the court denies my motion to efile I think my poverty,religious beliefs and 13th Am arguments against indebtedness may create such a substantial burden upon my access to the courts as to vitiate it. I have not yet filed a motion for leave to file an amicus brief, nor have I attached an amicus brief.

I am not trying to hurt anyone. I believe the court has the power to guide the misguided, to clean people with dirty hands and remove temptations that entice folks to be dirty, so they may be made clean, a new creation, dirty no more if you will. See Amos 5:15 and Matthew 23:23

I fear President Trump hides the dirt and will throw his attorneys under the dirt if no one speaks up for his attorneys to protect them from a client who needs correction, not destruction in hopes his hands may be made clean by a court bravely guiding his misguided choices.

I am placing the entry of appearance in the US mail today September 1, 2026 since the Court has not addressed my motion for permission to electronically file documents on PACER.

Thank you,
Meg

Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939
meghankellyesq@yahoo.com
(302) 278-2975
US Supreme Court No 283696
DC License retired 2019 No. 981781

Unrepresented Potential Amici Curiae

On Wednesday, August 19, 2026 at 08:19:57 AM EDT, Meg Kelly <meghankellyesq@yahoo.com> wrote:

Dear Honorable representative of the Circuit Court of Appeals of the DC Circuit,

I sent the second attached motion to this Honorable court after serving the parties by email per the forward below, with some added corrections, along with another motion, the Motion I previously forwarded to you, *Amicus Meghan Kelly's Motion for Leave to file CM/ECF System with her PACER Account Number 6975241, and exclusion of paper copies due to substantial burden to access to courts.*

The Honorable Court is not scheduled to receive the motions until Friday, per the additional attachment of postage receipt payment, dated August 18, 2026.

I understand the Court may remove motions if they are denied. I apologize for the typos. I could not afford to reprint everything on my super slow printer in a timely fashion. I sent an original and 4 copies of each of the motions. Rights not asserted may be deemed waived, but neither party are free to assert the issues I may without threat of harm toward their clients or own interests.

Thank you for your kind understanding. Please let me know if you require I forward documents via email to ease the burden upon the court in filing, I am happy to do so.

My PACER Account Number 6975241.

Thank you for your consideration.

Very truly,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939
meghankellyesq@yahoo.com
(302) 278-2975
US Supreme Court No 283696
DC License retired 2019 No. 981781

Unrepresented Potential Amici Curiae

----- Forwarded Message -----
Deleted

Meghan Kelly's Entry of Appearance sent to parties Sept 1 2026.pdf
142.1 kB

Sept 1 2026 Cert of Serv Meg's entry 21 5452.pdf
681.3 kB

U.S. Supreme Court
1 First St, N E
Washington, DC 20543




Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939

Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939




U.S. Supreme Court
1 First St. N.E.
Washington, DC 20543