# Thank you Terry Royal/Meghan Marie Kelly Bar number 283696

From: Meg Kelly (meghankellyesq@yahoo.com)

To: troyal@supremecourt.gov

Cc: meghankellyesq@yahoo.com

Date: Wednesday, September 16, 2026 at 12:28 PM EDT

Hi Terry,

Thank you for taking time to talk with me and help me. You are not replaceable by AI, and make my life and the lives of others better by being in it.

Per our discussion, attached please find my letter, with photocopies of the stamped self-addressed envelop and money order on the second page of the second attachment serial number 55216629341.

Thank you for agreeing to email me a certificate of good standing so I may try to make a filing deadline in DC Circuit Court.

Very truly,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939
meghankellyesq@yahoo.com
(302) 278-2975
US Supreme Court No 283696
DC License retired 2019 No. 981781

Letter sent September 11 2026 ussc.pdf
3.2 MB

money check order postal receipt Sept 11 2026 cert of good standing.pdf
4.8 MB