# Supreme Court of the United States
OFFICE OF THE CLERK
WASHINGTON, D.C. 20543

# MEGHAN MARIE KELLY
# OF DAGSBORO, DE

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the twenty-ninth day of May, in the year two thousand and twelve, and is now a member of the Bar of this Court in good standing.

In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this sixteenth day of September 2026.

***Scott S. Harris***
*Clerk of the Supreme Court*
*of the United States*

By

Assistant Admissions Officer