**26-5074**

**ORAL ARGUMENT SCHEDULED SEPTEMBER 25, 2026**

**UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al., J.G.G., et al.,

Petitioners–Plaintiffs–Appellees,

v

DONALD J. TRUMP, President, et al., Defendants-Appellees, Defendants

---

On Appeal from the United States District Court for the District of Columbia, No. 1:25-cv-00766

Before the Honorable James E. Boasberg

---

Amicus Meghan Kelly's Motion for Leave to file in forma pauperis

---

Meghan Kelly, Esquire
34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com
(302) 278-2975
US Supreme Court No 283696
DC License retired 2019 No. 981781

**Unrepresented Amici Curiae**

I, Petitioner Meghan Kelly, potential amicus curiae pursuant to Circuit Court Rule 24, 28 USC §§ 1915, 2106, US Amend I, V, XIII, or in any other legal authority in the interest of justice move this Court for permission to file an amicus brief and accompanying documents submitted herewith, having been granted in forma pauperis relief in the trial forum below, move this Court to waive costs, potential costs and Court fees and taxes, that may be authorized but not required under 28 U.S.C. § 111 through 28 U.S.C. § 1932, or otherwise, 1. to prevent unaffordable costs from becoming a substantial burden upon my access to the courts, 2. to prevent a government compelled violation of my religious beliefs against indebtedness in order to exercise my right to petition the Court in defense of the exercise of Article III power and the US Amend I and V fair petition from government threats to unfairly affect outcomes and chill additional cases, and 3.to prevent government compelled involuntary servitude in exchange with access to petition the court on amicus in this case. (Am I, V, XIII, XIV). I incorporate the petitions filed simultaneously herewith including but not limited to my motions to file outside of time and for leave to file an amicus brief and aver as follows:

1. FRAP 24 (3) provides in part: "A party who was permitted to proceed in forma pauperis in the district-court Action …may proceed on appeal in forma pauperis without further authorization."

2. I submitted a motion for leave to file without costs in forma pauperis below. Chief Judge Boesberg allowed me to file without costs in the Court below. Albeit he sealed the Motion to file in forma pauperis and other documents submitted therewith in part, in response to my request to prevent confusion of the issues. Poverty and my religious objections to debt create a substantial burden so great as to vitiate my access to the courts as potential Amicus if an accommodation is not given. The Court also allowed me to submit pleadings on CM/ECF System per District Court Docket Item ("DI") 104, and accepted one amicus brief at DI 143.

3. Since the District Court below allowed me to file without costs, in forma pauperis this Circuit Court also may permit me to file on amicus without payment of costs, per Rule 24(3) or in the exercise of the Court's discretion. This Court has discretion to exempt costs. I ask this Court to exercise its discretion to exempt costs and fees as applied to me in this case to permit me to file a Motion for leave to file outside of time, Motion for leave to file an amicus brief, and related documents I submit herewith and incorporate herein in order to protect the courts from internal Article I and II threats to affect the outcomes in case in violation of the limits of Article I and II powers, and the right to petition fairly for all petitioners, including Defense counsel.

4. I believe the courts and petitioners will continue to be attacked impermissibly by official use of Article I and II power for a Constitutionally impermissible reason to commandeer the outcome of federal cases, not limited to the case below by government threats towards judges, parties, their counsel with innuendo of threats towards appellate courts should I not assert the rights the parties have standing to address, but are not free to address without additional retaliation. I preserved arguments below, and no party objected.

5. I am licensed before the US Supreme Court, as active and good standing as of this time, per the certificate of good standing before the US Supreme Court dated September 16, 2026. Cf Item ("DI") 130-3 through 130-6. The Court has the power under Third Circuit Rule 46 (a) to permit me to file or not in accordance with the Motions for leave to file outside of time and for leave to file an amicus brief I submit herewith and incorporate herein.

6. I am impoverished. A DE order prevents me from working as an attorney in the profession of my choice. I assert my 13th Amendment right against involuntary servitude by government economic, social and physical force through indebtedness to enslave me to eliminate constitutional freedoms and chill the exercise of fundamental rights. I am not capable of paying court costs or fees to defend the exercise of Constitutionally protected rights neither party is free to

assert on their own or their clients' behalf at this time. I have no bank account or earned income.

7. I respectfully request an exemption from fees, costs and taxes in order not to compel me to forgo the 1st Amendment right to petition by compelled violation of exercise of my religious beliefs against debt in exchange with the exercise of the 1st Amendment right to petition the courts even on an amicus, which may be denied at this Court's discretion. It is the mere access to courts I seek to protect, not the guarantee I would be heard since I am filing as amicus, not with Article III standing. US Am I, V, *Matthew* 6:24.

8. Circuit Rule 31 provides in part:

> "Except for unrepresented persons proceeding in forma pauperis, the original and 8 copies of every brief must be filed. When the deferred appendix method is used, one copy of the initial briefs must be filed, followed by the original and 8 copies in final form. For ECF filers, the initial briefs are to be filed in electronic format only, unless the court requests paper copies. An unrepresented person proceeding in forma pauperis must file with the clerk one original brief, and the clerk will duplicate the necessary copies

9. I respectfully move the court to permit me to file as a party on amicus below to allow fewer copies in this case due to additional delays and costs with producing additional copies a burden so great as to prevent filing the discretionary pleadings.

10. This Court has inherent equitable powers over their process to prevent abuse, oppression, and injustice. *Citing, Gumbel v. Pitkin*, 124 U.S. 131 (1888);

*Covell v. Heyman*, 111 U.S. 176 (1884); *Buck v. Colbath*, 70 U.S. 334 (1865); *Krippendorf v. Hyde*, 110 U.S. 276, 283 (1884). This Court may grant my request for an exemption of costs and fees to prevent government abuse, oppression, and injustice by elimination of the only forum that safeguards life and liberty, the judiciary from internal threats.

11. Even a few dollars in fees would cause a substantial burden upon my access to the courts.

12. I have religious objections to debt and should not be deprived of the 1st Amendment right to petition and 5th Amendment right to be heard on such petitions before government vitiation of access to the courts, even for discretionary filings, not of right.

13. I do not choose to sin against God by incurring debt. I associate as a child of God accessible through God the father, the only begotten son of God, Jesus Christ, and the holy spirit accessible to me through God per *Jeremiah* 31 and the teachings of Jesus the Christ as explained in *John 1*4:16-26. God teaches in *Romans* 13:8, "Owe no one anything, except to love each other, for the one who loves another has fulfilled the law." Debt compromises my loyalty to God towards the pursuit of money, as savior instead of God. Jesus teaches you cannot serve

both God and money as savior. *Matthew* 6:24. I choose God.[1] Debt drives out love for others with the desire to extract material gain from another to discharge debts.

14. If people don't forgive contractual or monetary debts by those who have no means to pay, other than selling their souls for labor, I believe people will be damned to hell for loving money and material gain more than one another as commanded.[2] I am commanded to love people, not money and the things it can

---

[1] *Amos* 5:15, *Matthew* 23:23. I believe creditors will be damned to hell for not forgiving monetary debts, should they not repent. (See, *Matthew* 6:12, "And forgive us our debts, as we also have forgiven our debtors."); (*Matthew* 6:14-15, "For if you forgive other people when they sin against you, your heavenly Father will also forgive you. But if you do not forgive others their sins, your Father will not forgive your sins."); (*Deuteronomy*, 15:1 "At the end of every seven years you must cancel debts."); (*See also, Matthew*, 18:21-35. Debts once forgiven will be remembered if we do not forgive others.); (Jesus teaches "What good will it be for someone to gain the whole world, yet forfeit their soul? Or what can anyone give in exchange for their soul?" *Matthew* 16:26.); (Jesus teaches us do not seek after material things, "but seek first his kingdom and his righteousness, and all these things will be given to you as well." *Matthew* 6:30-33.); (With regards to eternal treasure we are commanded to share his word without pay as without pay we received the gift of the way to eternal life, through the word. *Citing, Matthew* 10:8). See, *Leviticus* 25:36-37, "Do not take interest or any profit from them, but fear your God, so that they may continue to live among you. You must not lend them money at interest or sell them food at a profit." and *Exodus* 22:24-26).

[2] See, the Bible at *Matthew* 18:23–35 (The parable of the unforgiving merchant whose forgiveness was revoked by God when he did not forgive monetary contractual debts owed to him. Thus, he will die in hell forever the last day should he not repent which does not mean saying sorry or paying others. It is a cleaning of mind, heart and hands to be a new creation.); Also see, *Ezekiel* 18:24 and *Ezekiel* 33:12–13 to confirm the Bible teaches salvation from death in hell can be revoked should you do good all your life and at the end the most important time of your life you harden your heart with unconcern and do evil, none of the good will be remembered and you will die in hell without salvation from eternal death, the

buy.[3] Since I am commanded to love people, I do not want to create a situation where I increase the odds, others will be damned to hell by accruing profit off of debt. I do not want to be damned to hell by seeking money in place of God as my savior due to indebtedness.

15. It is my genuine religious belief charging interest or a fee on items or money lent creating artificial debt is a sin against God, I believe misleading many to hell by indebtedness to the pursuit of money, instead of God as security in this world. [4] I believe it is a great sin to go into debt, and an even greater to be a creditor.

16. A creditor owning land forever by state, federal, county, municipal, town, UN treaty, contract, charter, or incorporation violates the life and freedoms

---

second death, at the resurrection of the dead discussed in *Matthew* 25 to be no more.

[3] *See, John* 13:34-35, ("A new command I give you: Love one another. As I have loved you, so you must love one another. By this everyone will know that you are my disciples, if you love one another.");

[4] (*Ezekiel* 18:13, "He lends at an interest and takes at a profit. Will such a man live [By live, I believe it means losing eternal life in the second death should he not repent]. He will not! Because he has done all these detestable things, he is put to death; his blood will be on his own head."); (*Deuteronomy* 23:19, "Do not charge your brother interest on money, food, or any other type of loan."); (*Proverbs* 28:8, He who increases his wealth by interest and usury lays it up for one who is kind to the poor.); (*Exodus* 22:25, "If you lend money to one of my people among you who is needy, do not treat it like a business deal; charge no interest.); (*Deuteronomy* 15:2 "This is the manner of remission: Every creditor shall cancel what he has loaned to his neighbor. He is not to collect anything from his neighbor or brother, because the LORD's time of release has been proclaimed.")

of the people and my God's laws outlined in *Levitus* 25:23[5] Violations of *Ezekiel* 18:13 and *Leviticus* 25:23 are used to justify taxes like Babylon and the UCC laws to make the people, land or chattel the compelled slave security to back debt or credits or money created out of thin air to unjustly reward government partners, those the government allegedly owes, who should be deemed government agents unprotected by the contract clause to avert the premeditated overthrow schemed at the founding of the nation but perhaps preventable by the Bill of rights and later amendments which made our government a more civilized freer form of government. US Am I, V, XIII, XIV.

17. I respectfully request that no fees or costs relating to this case be required of me due to such costs creating an economic strain upon my exercise of the access to the courts to defend the 1st Amendment right to petition fairly in accordance with the 5th Amendment, as a substantial burden due to my poverty, with little prejudice to the parties, the public or this Court, and due to violations,

[5] *Lev* 25:23 provides "The land must not be sold permanently, because the land is mine and you reside in my land as foreigners and strangers." Meaning governments eliminate freedom by owning the land to tax the people on it, instead of allowing ownership to end at death by inheritance or by sale, gift or exchange by free choice, not government compelled by stealing land like royals and Rome and Greek city state's did in other forms of government like feudalism requiring taxes even by tributes in contravention of the freedom of the people from tyrannical unjust rules whose justification are based on legal fictions, not truth. Violations of *Lev* 25:23 and *Ezekiel* 18:13 to justify stealing, killing and destroying are designed to aid in a premeditated overthrow of these United States of America, that only a court may stop with the help of petitioners.

such cost requirements create upon my exercise of my religious beliefs and assertion against compelled servitude in contravention of the 13th Amendment in the exercise of a right to petition. Even if the underlying petitions are discretionary not a matter of right, the right to ask first, not presumptively denied, is still protected as a fundamental right to petition fairly. US Am I, V

18. This Court must not require I violate my religious beliefs by agreeing to personal indebtedness should costs arise in order to exercise my 1st and 5th Amendment rights to petition this Court to safeguard the exercise of Constitutionally protected activity to petition from government interference or retaliation against petitioners or judges.

19. In order for this Court to require I consent to costs which violates my religious beliefs, compromising my faith in Jesus to servitude to Satan by making money God by costs, and potential costs relating to this matter, the Court must have a compelling interest somehow more important than the free exercise of religion, narrowly tailored to support such interest. The Court may not require forced indebtedness through costs and fees in violation of my religious beliefs and the 13th Amendment protections against forced labor to pay debt because its justification to compel forced violations of my religion is not narrowly tailored in this case, since the Court may grant an exemption to prevent the government forced violation of my religious beliefs or may simply deny this motion.

20. The rule of law is not a business where only those with money may purchase justice in violation of Equal Protections. Justice is not for sale by barter or exchange, but must be determined by truth under the Constitutional principles that protect individuals and individual freedom of conscience from the forced, collective conditional will of mobs or entities by the vote or otherwise. Any costs create a substantial burden and obstacle to my access to the Courts in contravention to the Equal Protection to the 1st Amendment right to access to the Courts to defend the exercise of fundamental rights applicable to the Federal Courts via the Equal Protection component of the 5th Amendment, for me, a member of class of one due to religious beliefs against incurring debt combined and due to utter poverty.[6] While, poverty is not a suspect class, my right to meaningful access to the courts, despite the inherent burden of poverty, and my religious beliefs and strongly held religious exercise relating to my religious belief against indebtedness

[6] *See, Abdul-Akbar v. McKelvie*, 239 F.3d 307, 317 (3d Cir. 2001) ("This requires us first to determine whether Appellant is a member of a suspect class or whether a fundamental right is implicated. *See, Harris v. McRae,* 448 U.S. 297, 323, (1980) (noting that poverty is not a suspect classification)." (*But see, Lewis v. Casey*, 518 U.S. 343, 370 (1996) "[A]t all stages of the proceedings the Due Process and Equal Protection Clauses protect [indigent persons] from invidious discriminations."). "Because this case implicates the [Constitutionally protected rights of exercise of religion, speech, petition, belief and association and the] right of access to the courts," the government's disparate treatment towards me, based on poverty, is still unconstitutional under a strict scrutiny basis test. *Citing, Tennessee v. Lane*, 541 U.S. 509, 533 n.20 (2004). The Supreme Ct noted, "There can be no equal justice where the kind of trial a man gets depends on the amount of money he has." *Lewis v. Casey*, 518 U.S. 343, 370 (1996); (internal citations omitted).

is protected, even for discretionary petitions such as motions to file amicus briefs. In addition, fundamental rights are implicated. I seek to file an amicus motion to protect the right to a fair not threatened forum for all.

21. Court costs, taxes, and fees as applied, violate my religious beliefs, religious practices and religious exercise against incurring debt, and costs, as applied. The Court has no compelling interest somehow more important and narrowly tailored to its interest outweighing my 1st Amendment rights to religious beliefs, exercise of religious belief, and access to the courts, and 13th Amendment right against involuntary servitude to debt which I believe damns people to hell by making mammon savior/master/God narrowly tailored to meet such interest. I believe people go to hell for making money and material gain their guide, master and God, should they not repent. *Matthew* 6:24

22. Even if this Court allegedly had a compelling interest, "so long as the government can achieve its interests in a manner that does not burden religion, it must do so, in order to survive strict scrutiny under the Free Exercise Clause of the 1st Am. U.S. Const. Amend. 1." *Fulton v. City of Philadelphia, Pennsylvania*, 593 U.S. 522, 141 S. Ct. 1868, 210 L. Ed. 2d 137 (2021). [7]

[7] *Minn. Ass'n, Health Care v. Minn. Dept*., P.W, 742 F.2d 442, 446 (8th Cir. 1984); *Citing, Western Southern Life Insurance Co. v. State Board of Equalization*, 451 U.S. 648, 657-58, 664-65 (1981); *Sherbert v. Verner*, 374 U.S. 398, 404-05, (1963), ("The doctrine that a government, state or federal, may not grant a benefit or privilege on conditions requiring the recipient to relinquish his constitutional

23. Coincidentally, I am familiar with the new coining model that will be used to control to eliminate the courts, to eliminate the governments to eliminate the rule of law.

24. The Courts are in danger, especially with Speaker Johnson's past threat apparently targeting the district court judge Chief Judge Boesberg below by defunding it to commandeer its outcomes in violation of separation of powers, and the parties fair petition without government threats. https://www.nbcnews.com/politics/congress/speaker-mike-johnson-floats-eliminating-federal-courts-rcna197986

25. No one is safe to sue President Trump to restrain Trump within the purview of Constitutional limits when he or his Article I and II agents and arms attack petitioners, including his own attorney generals or judges to commandeer outcomes unfairly as he has done in this case and others.

26. Please allow me to argue to protect the courts, parties and their counsel who all have standing, but are in danger of harm should they assert their

---

rights is now well established." "Neither the state in general, nor the state university in particular, is free to prohibit any kind of expression because it does not like what is being said*." Jones v. Board of Education*, 397 U.S. 31, 35-36 (1970). *The United States Supreme Ct in Kennedy v. Bremerton School Dist*., No. 21-418, at *15 (June 27, 2022) held, "Where the Free Exercise Clause protects religious exercises, whether communicative or not, the Free Speech Clause provides overlapping protection for expressive religious activities."