rights. Thus, an amicus is necessary, but I am not able to petition without grant of this motion, even if the discretionary submitted motions are rejected.

## III. CONCLUSION

Wherefore, I pray this Court grants this request or merely dockets my motions and denies them to preserve the issue on record.

Dated: September 17, 2026

Respectfully submitted,

Meghan Kelly

__/s/ Meghan Kelly_

Meghan Kelly, Esquire
34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com
meghankellyesq@yahoo.com
(302) 278-2975
US Supreme Court No 283696
DC License retired 2019 No. 981781

Unrepresented Amici Curiae

Under Religious objection I declare, affirm that the foregoing statement is true and correct

Dated: 9/17/2026

Meghan Kelly__________(printed)

Meghan Kelly__________(signed)

CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the requirements of Circuit Rule 27 this has been prepared in 14-point Times New Roman, a proportionally spaced font. I further certify that this response complies with the type- volume limitation of Fed. R. App. P. 27(d)(2) because it contains 3814 words according to the count of Microsoft Word.

Dated: 9/17/2026 Respectfully submitted,

Meghan Kelly
/s/ Meghan Kelly
Meghan Kelly, Esquire
34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com
(302) 278-2975
US Supreme Court No 283696
DC License retired 2019 No. 981781
**Unrepresented Amici Curiae**

Under Religious objection I declare, affirm that the foregoing statement is true and correct

Dated: 9/17/2026

Meghan Kelly
(printed)

Meghan K
(signed)

Exhibit 1

# Supreme Court of the United States
## OFFICE OF THE CLERK
## WASHINGTON, D.C. 20543

# MEGHAN MARIE KELLY
# OF DAGSBORO, DE

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the twenty-ninth day of May, in the year two thousand and twelve, and is now a member of the Bar of this Court in good standing.

In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this sixteenth day of September 2026.

***Scott S. Harris***
*Clerk of the Supreme Court of the United States*

By

Assistant Admissions Officer