## 26: 5074 JGG v Trump/Meghan Kelly's allegedly lodged documents

From: Meg Kelly (meghankellyesq@yahoo.com)

To: scott_atchue@cadc.uscourts.gov

Cc: meghankellyesq@yahoo.com; drew.c.ensign@usdoj.gov; slau@aclu.org; dylan.steinberg@usdoj.gov; ryan.costa@delaware.gov; chris.calio@yahoo.com

Date: Friday, October 2, 2026 at 06:24 AM EDT

Good morning Scott,

Yesterday I spoke with a kind member of the court. He said my documents were lodged on the docket, but I am unable to view them.

Yesterday, I asked the Delaware law librarian to please retrieve them, and he did retrieve them. I am not sure if they are available, The documents are not available on court connect.

I assert my religious beliefs and 13th amendment and other assertions contained in the IFP against debt to Pacer. So, I cannot check PACER when it enslaves people to sin and death in hell by compelled debt, making a debt instrument mammon God. Jesus said you cannot make both money and material gain your master your guide and God and God your God. Matthew 6:24. I believe those who chose money and material gain do not serve God and risk dying in hell which is sad.

Below, the court only sent me electronic notice which I retrieved either through courtlistener or the law librarians. I did not receive paper copies.

I was too scared to check it in case the one free copy was not in effect through PACER.

May I please have a one free copy look or other means to confirm it was filed, even by email? It appears the law librarians and courtlistener do not have access. It may be restricted which would restrict courtlistener and Lexis's alternative means to access to pleadings the law librarians have. I learned through the efiling service in the DE state case Kelly v Trump the court has the power to restrict who views documents while sealing them to the world even Lexix. I gave Lexis representatives copies of the docket and court stamped items that were secretly sealed in my case. So, Lexis posted them on the public docket since there was no pleadings on the docket allowing sealing.

I do not know if the federal system allows the same to happen on the federal level, but I do see that it is not available on courtlistener and the law library apparently could not access them either. Perhaps the system is hacked. The two factor authentication makes the courts system less safe and secure because the court acts based on the whims of third parties who control the access to the fundamental right to petition by making it for sale by compelled involuntary force trough emails that will no longer by free down the line, or internet or other services that enslave the people to subscribe.

You are not replaceable by third party services or those who control the technology to control the government to eliminate the government and enslave people to compelled contracts on a take it or leave it and go without it and die of want disparate manner that violate the teachings of Jesus Christ of the Bible.

Thank you. I am so grateful if indeed it was filed. You are not replaceable by AI.

J.G.G. v. Donald Trump, 26-5074 – CourtListener.com

**J.G.G. v. Donald Trump, 26-5074 - CourtListener.com**

Docket for J.G.G. v. Donald Trump, 26-5074 — Brought to you by Free Law Project, a non-profit dedicated to creat...

Very truly,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939
meghankellyesq@yahoo.com
US Supreme Court active license No. 283696
Resigned DC Bar June 12, 2019

----- Forwarded Message -----
**From:** ecfnoticing@cadc.uscourts.gov <ecfnoticing@cadc.uscourts.gov>
**To:** "meghankellyesq@yahoo.com" <meghankellyesq@yahoo.com>
**Sent:** Wednesday, September 9, 2026 at 01:35:32 PM EDT
**Subject:** 25-5452 In re: Donald Trump, et al "Per Curiam Order Filed (En Banc Panel)" (1:25-cv-00766-JEB)

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for District of Columbia Circuit**

**Notice of Docket Activity**

The following transaction was entered on 09/09/2026 at 1:29:50 PM Eastern Daylight Time and filed on 09/09/2026

| | |
|---|---|
| **Case Name:** | In re: Donald Trump, et al |
| **Case Number:** | 25-5452 |
| **Document(s):** | Document(s) |

**Docket Text:**
PER CURIAM ORDER, En Banc, [2192077] filed denying motion for leave to participate as amicus curiae [2190366-2] by Meghan Kelly in 25-5452; denying motion to permit pro se electronic filing [2189994-2]. Before Judges: Srinivasan, Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan and Garcia. [25-5452]

**Notice will be electronically mailed to:**

Mr. Joseph Baio: josephtbaiolaw@icloud.com
Mr. Michael Bochenek: bochenm@hrw.org
Christopher Hugh Bonk: cbonk-efile@gelawyer.com
Evelyn Danforth-Scott: edanforth-scott@aclu.org
Mr. Tiberius T. Davis: tiberius.davis@usdoj.gov

Carey R. Dunne: carey@freeandfair.org
Mr. Norman Larry Eisen: norman@democracydefenders.org, docketing@democracydefenders.org
Mark Christopher Fleming: mark.fleming@wilmerhale.com, whdocketing@wilmerhale.com
Ms. Monica Pilar Folch: monica@freeandfair.org, mpfolch@gmail.com
Mr. Mark Reiling Freeman, Attorney: mark.freeman2@usdoj.gov, CivilAppellate.ECF@usdoj.gov
Mr. Daniel Galindo, Attorney: dgalindo@aclu.org, daniel-galindo-7083@ecf.pacerpro.com
Mr. Lee Gelernt: lgelernt@aclu.org, lee-gelernt-6966@ecf.pacerpro.com
Mr. Gary M. Gilbert: gary-efile@gelawyer.com
Mr. Zack Goldberg: zack@freeandfair.org
Ms. Brianne Jenna Gorod: brianne@theusconstitution.org, elizabeth@theusconstitution.org, brian@theusconstitution.org, miriam@theusconstitution.org, smita@theusconstitution.org, josh@theusconstitution.org
Kathryn Huddleston: khuddleston@aclu.org, kate-huddleston-2135@ecf.pacerpro.com
Mr. Omar Jadwat: oJadwat@aclu.org, o-c-jadwat-2582@ecf.pacerpro.com
Meghan Kelly: meghankellyesq@yahoo.com
Mr. Sean Ming-Jun Lau: slau@aclu.org, kjackson@aclu.org
Ms. Sidra Mahfooz: smahfooz@aclu.org
Mr. Scott Matthew Michelman: smichelman@acludc.org, aadetoro@acludc.org
My Khanh Ngo: mngo@aclu.org, my-khanh--ngo-8340@ecf.pacerpro.com
Andrew J. Perlmutter: APerlmutter-efile@gelawyer.com, aperlmutter@gelawyer.com
Martha Reiser: martha@freeandfair.org
William Carter Schubert: wschubert-efile@gelawyer.com
Aditi Shah: ashah@acludc.org
Hina Shamsi: hshamsi@aclu.org, kjackson@aclu.org, ckreth@aclu.org
Mr. Brett A. Shumate: brett.a.shumate@usdoj.gov
Mr. Geoffrey Howard Simpson: gsimpson-efile@gelawyer.com
Mr. Arthur B. Spitzer: aspitzer@acludc.org
Mr. Michael Tan: m.tan@aclu.org, michael-tan-5945@ecf.pacerpro.com
Patrick Toomey: ptoomey@aclu.org, patrick-toomey-2001@ecf.pacerpro.com, kjackson@aclu.org, ckreth@aclu.org
Mr. Derek Weiss: derek.l.weiss@usdoj.gov, civilappellate.ecf@usdoj.gov
Mr. Cody Wofsy: cwofsy@aclu.org, cody-wofsy-5507@ecf.pacerpro.com
Ms. Elizabeth Wydra, Chief Counsel: Elizabeth@theusconstitution.org

**Document to be served by alternative means on:**

Meghan Kelly
34012 Shawnee Drive
Dagsboro, DE 19939

The following document(s) are associated with this transaction:
**Document Description:** Order Sent
**Original Filename:** /opt/ACECF/live/forms/25-5452CCEN2.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1109186823 [Date=09/09/2026] [FileNumber=2192077-0] [50a6cf18b913ccb71dfdd65282a00a85ca7f8dc9a4ebb1ae6ae5e2755b366481635d467d7a9c6e78534c824f5b95f1fd2e0a5319b13450aa8094fbee68d4163f]]
**Recipients:**

- Mr. Joseph Baio
- Mr. Michael Bochenek
- Christopher Hugh Bonk
- Evelyn Danforth-Scott
- Mr. Tiberius T. Davis
- Carey R. Dunne
- Mr. Norman Larry Eisen
- Mark Christopher Fleming
- Ms. Monica Pilar Folch
- Mr. Mark Reiling Freeman, Attorney

- Mr. Daniel Galindo, Attorney
- Mr. Lee Gelernt
- Mr. Gary M. Gilbert
- Mr. Zack Goldberg
- Ms. Brianne Jenna Gorod
- Kathryn Huddleston
- Mr. Omar Jadwat
- Meghan Kelly
- Mr. Sean Ming-Jun Lau
- Ms. Sidra Mahfooz
- Mr. Scott Matthew Michelman
- My Khanh Ngo
- Andrew J. Perlmutter
- Martha Reiser
- William Carter Schubert
- Aditi Shah
- Hina Shamsi
- Mr. Brett A. Shumate
- Mr. Geoffrey Howard Simpson
- Mr. Arthur B. Spitzer
- Mr. Michael Tan
- Patrick Toomey
- Mr. Derek Weiss
- Mr. Cody Wofsy
- Ms. Elizabeth Wydra, Chief Counsel