UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| Meghan Kelly | ) | No.: 1-cv 21-1490 |
| Plaintiff, | ) | |
| v. | ) | |
| Disciplinary Counsel Patricia B. | ) | |
| Swartz, et al. | ) | |
| Defendants. | ) | |

**Notice of Appeal of the Order September 16, 2026**

Notice is hereby given that Meghan Kelly, Esquire who proceeds pro se in forma pauperis pursuant to FRAP Rule per the attached order at Delaware District Court Docket Item (Hereinafter "DI") DI 15, with waiver of paper filings and viewing fees on PACER per District Court Orders including but not limited to DI 111 and DI 681, according to FRAP 24 (3)[1] appeals to the United States Court of Appeals for the Third Circuit from the oral Order entered on September 16, 2026 attached hereto as Exhibit 4 ordering as follows:

"09/16/2026 ORAL ORDER: Having reviewed Plaintiff Meghan Kelly's motion for an extension of time to file a FRCP Rule 60 motion (D.I. 749 ), the motion is without merit and is therefore DENIED. Ordered by Judge Colm F. Connolly on 9/16/2026. ***Copy mailed to Pro Se Plaintiff*** (mws)"

[1] FRAP 24 (3) provides in part: "A party who was permitted to proceed in forma pauperis in the district-court action …may proceed on appeal in forma pauperis without further authorization."

There is no opinion to publish. Thank you for your time and hard work on this important matter.

I am grateful for the kindness of the people staff in this Court and the time of the Honorable Chief Judge Colm F. Connolly. You are not replaceable by AI. I do not regret doing the right thing no matter what happens to me. Thank you.

Oct. 8, 2026

Respectfully submitted,

Meghan Kelly

/s/Meghan Kelly
Meghan Kelly, Esquire
DE Bar Number 4968
34012 Shawnee Drive
Dagsboro, DE 19939
(302) 278-2975
Inactive DE 4968
US Supreme Court No
283696

meghankellyesq@yahoo.com

I declare, affirm that the foregoing statement is true and correct.

Dated: Oct. 8, 2026

Meghan Kelly
(printed)

Meghan Kelly
(signed)

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEGHAN KELLY,<br><br>Plaintiff,<br><br>v.<br><br>DISCIPLIINARY COUNSEL PATRICIA B. SWARTZ, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 21-1490-CFC |

**ORDER**

At Wilmington this 28th day of October, 2021,

the Court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915;

IT IS ORDERED that the application is **GRANTED**.

Colm F. Connolly

UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MEGHAN KELLY,

Plaintiff,

v. : Civ. No. 21-1490-CFC

DISCIPLINARY COUNSEL PATRICIA B. SWARTZ, et al.,

Defendants.

**ORDER**

At Wilmington this 5th day of January 2023, having considered Plaintiff's renewed motion for an exemption to PACER (D.I. 108);

IT IS HEREBY ORDERED that Plaintiff's renewed motion is **GRANTED**. (D.I. 108) Plaintiff Meghan Kelly PACER Account No. 6975241 shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in the United States District Court for the District of Delaware in Civil Action Number 21-1490-CFC, only. This exemption shall be applied nunc pro tunc to October 25, 2021. This exemption may be revoked at the discretion of the Court at any time. A copy of this Order will be forwarded to the PACER Service Center.

Chief Judge

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEGHAN M. KELLY, ESQ., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 21-1490-CFC |
| | ) | |
| DISCIPLINARY COUNSEL PATRICIA B. SWARTZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington, this Thirteenth day of June 2025, *pro se* Meghan M. Kelly, Esq., having moved for "continued permission to use electronic filing, and waiver of paper copies before this Honorable Court, and an exemption from PACER costs in cases where she is a party" (D.I. 514); and

WHEREAS, in January 2023, the Court granted Plaintiff an exemption from payment of fees for access via PACER to the electronic case files maintained in this District for this case only (D.I. 111);

It is HEREBY ORDERED that:

1. Plaintiff's motion (D.I. 514) is **GRANTED IN PART and DENIED IN PART**.

2. Plaintiff's request for continued permission to use electronic filing and waiver of paper copies before this Court is **GRANTED**.

3. Plaintiff's PACER Account No. 6975241 is **GRANTED** exemption from the payment of fees for access via PACER to the electronic case files maintained in the United States District Court for the District of Delaware in Civil Action Number 21-1490-CFC only **until June 18, 2026**. This exemption may be revoked at the discretion of the Court at any time. A copy of this Order will be forwarded to the PACER Service Center.

4. Any outstanding requests inconsistent with the Orders above are **DENIED**.

Chief Judge

**Other Orders/Judgments**

1:21-cv-01490-CFC Kelly v. Disciplinary Counsel Patricia B. Swartz et al **CASE CLOSED on 11/02/2021**

CLOSED,Multi-Media Docs,PRO-SE,PRO-SE1

4

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered on 9/16/2026 at 4:48 PM EDT and filed on 9/16/2026

**Case Name:** Kelly v. Disciplinary Counsel Patricia B. Swartz et al
**Case Number:** 1:21-cv-01490-CFC
**Filer:**
**WARNING: CASE CLOSED on 11/02/2021**
**Document Number:** No document attached

**Docket Text:**
**ORAL ORDER: Having reviewed Plaintiff Meghan Kelly's motion for an extension of time to file a FRCP Rule 60 motion (D.I. [749]), the motion is without merit and is therefore DENIED. Ordered by Judge Colm F. Connolly on 9/16/2026. (mws)**

**1:21-cv-01490-CFC Notice has been electronically mailed to:**

**1:21-cv-01490-CFC Filer will deliver document by other means to:**

Meghan M. Kelly, Esq
34012 Shawnee Drive
Dagsboro, DE 19939