MEGHAN MARIE KELLY, ESQUIRE

34012 Shawnee Drive
Dagsboro, DE 19939

October 9, 2026

**Attn**
Honorable Clerk of Court
United States District Court of Delaware
844 N. King Street, Unit 18
Wilm., DE 19801-3570

**RE: Kelly v Office of Disciplinary Counsel Patricia Swartz, 21-1490 (CFC)**
**No recordings pursuant to 28 USC Section 753(f)**

Dear Honorable Clerk of Court:

On October 8, 2026, I submitted Plaintiff's Notice of Appeal of the Order September 16, 2026 and Certificate of no transcript pursuant to FRAP Rule 10 and the Transcript Order Form checking none and unnecessary for appeal purposes.

There have been no transcribed recordings by a reporter pursuant to 28 USC Section 753(f) in the above referenced case.

Please allow the 3rd Circuit Court to electronically access the files submitted electronically via PACER, including the transmission of the Notice and documents relating to transcript. Thank you.

Oct. 9, 2026

Respectfully submitted,
Meghan Kelly
/s/Meghan Kelly
Meghan Kelly, Esquire
DE Bar Number 4968
34012 Shawnee Drive
Dagsboro, DE 19939

(302) 278-2975
Inactive DE 4968
US Supreme Court No
283696
meghankellyesq@yahoo.com

I declare, affirm that the foregoing statement is true and correct.

Dated: Oct. 9, 2026

Meghan Kelly
(printed)

Meghan Kelly
(signed)