
34047