EFiled: Sep 22 2020 11:48AM EDT
Transaction ID 65952290
Case No. 2020-0809-

IN THE CHANCERY COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly, | ) | |
| | ) | Civil Action No.: |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| Donald Trump, a.k.a. Donald J. Trump, a.k.a. President Trump a.k.a. President Donald Trump, in his individual capacity, and in his official capacity as President of the United States | ) | |
| Defendant. | ) | Complaint |

RECEIVED SEP 21 2020 RJC Office

**MEGHAN KELLY**
**V.**
**DONALD TRUMP, A.K.A. DONALD J. TRUMP, A.K.A. PRESIDENT TRUMP, IN HIS INDIVIDUAL CAPACITY,**
**AND IN HIS CAPACITY AS PRESIDENT OF THE UNITED STATES**

Meghan Kelly, by and through her own pro se representation, brings this Verified Complaint, and contemporaneously therewith, Plaintiff's Temporary Restraining Order, and states as follows:

**THE PARTIES**

1. Meghan Kelly (also referred herein as, "Meghan," "Plaintiff," "I,") is an adult resident of the state of Delaware, residing at 34012 Shawnee Drive, Dagsboro, DE 19939.

2. Donald Trump, a.k.a. Donald J. Trump, a.k.a. President Trump, a.k.a. President Donald Trump, in his individual capacity and in his capacity as President

of the United States, (also referred herein as, "Trump," "Defendant," "President" or "President Trump") is an adult residing at the White House located at 1600 Pennsylvania Avenue NW, Washington, DC 20500.

**JURISDICTION**

3. This Honorable Court has jurisdiction over Plaintiff's claims pursuant to 10 Del. C. Section 341.

4. This Honorable Court has personal jurisdiction over President Trump pursuant to 10 Del. C. Section 3104 (c)(1). Trump "(t)ransacts ... business or performs ... character of work or service in the State."

5. Trump allegedly transacts businesses by forming entities in this state, by paying the state fees to maintain such entities, and by, or through, transacting businesses or services through such entities, including but not limited to, the business of seeking to form entities and seek the protection of Delaware laws for financial and or limited liability advantages for business gain.

6. According to an article in the Hill, "Donald Trump revealed ... that he has nearly 400 business entities registered in the state of Delaware, a state that has received renewed scrutiny in the wake of the Panama Papers leak as a domestic tax haven."

"During a campaign rally in Harrington, Delaware, the GOP presidential front-runner said he asked his staff to tell him how many businesses he has registered in the state."

Trump responded, 'We have 378 entities registered in the state of Delaware, meaning I pay you a lot of money folks. I don't feel at all guilty, OK?'

"He added that the figure 'might be off by a couple' since his aides come up with it on short notice." 'But you now what it is? It's a lot.' Citing, The Hill, *Trump has 378 businesses registered in Delaware,* By Harper Neidig - 04/22/16 04:55 PM EDT, https://thehill.com/blogs/ballot-box/presidential-races/277326-trump-has-378-businesses-registered-in-delaware, citing, https://t.co/M16fuma0le— ABC News Politic s (@ABCPolitics) April 22, 2016.

7. In the alternative of, or in addition, this Honorable Court has personal jurisdiction pursuant to 10 Del. C. Section 3104 (c)(2), since Trump "Contracts to supply services or things in this State."

8. In the alternative of, or in addition, this Honorable Court has personal jurisdiction pursuant to 10 Del. C. Section 3104 (c)(4), since Trump

caused "tortuous injury in the State (to the person of Meghan Kelly) or outside of the State by an act or omission outside the State (because Trump) regularly does or solicits business, engages in any other persistent course of conduct in the State or derives substantial revenue from services, or things used or consumed in the State.

9. Trump alleges he "brings a lot of money" to the state of Delaware through the alleged hundreds of entities he formed in Delaware. Id.

10. In addition, Trump is campaigning in Delaware, performing the business of wooing voters to get elected to the job position of the President of the

United States for not only his pecuniary gain, or trading of favors by barter or exchange, but for the business of governing.

11. Thus, Trump has significant business ties in Delaware, and acceptance of donations from businesses, or people who reside in Delaware, including but not limited to alleged representatives of Mountaire.

12. Members of the media reported individuals with ties to Mountaire, a chicken plant based in Sussex County, DE, was at one time, President Trump's fifth largest donor in 2016. (Citing, Delmarva Now, The Delaware News Journal, Group accuses Mountaire, a top Trump donor, of poisoning rural Delaware,

By Jessica Bies, June 20, 2019,

https://www.delmarvanow.com/story/news/local/delaware/2019/06/20/group-accuses-mountaire-top-trump-donor-poisoning-rural-delaware/1508519001/ )

13. Campaigning, volunteering, fundraising, asking and giving or accepting donations is business, not true charity.

14. Trump seeks donations and volunteers in Delaware.

15. Trump, through his campaign, is campaigning in Delaware.

16. Trump may even pay people to run his campaign, the business of running for elections, by barter or exchange in currency, tempting him to serve

those who serve him, thereby serving himself, at the cost of choosing not to care for the people, those he is currently charged to care for, even at times exploiting the people he is charged to serve.

17. Trump has sufficient minimum contacts to the state of Delaware to satisfy Constitutional muster.

## FACTS

## I. BACKGROUND FACTS, SUBSTANTIALLY BURDENING RELIGION BY ETERNAL HARM, LOSS OF ETERNAL LIFE OF LOVED ONES DECEIVED BY THE DEFENDANT

18. Plaintiff, Meghan Kelly, repeats and incorporates by reference all of the above paragraphs and all of the below paragraphs, and the Exhibits and citations, the paragraphs refer to herein as admissible under nonhearsay and hearsay exceptions, including but not necessarily limited to, probative fact, state of mind, belief, present sense impression, periodical exception, excited utterance, admission by party opponent, as though set forth herein in the first instance.

19. This case arises upon President Trump's use of religion for his own vanity, meaning using religion in vain, for his own purpose, religious or otherwise, in violation of not only the Establishment and Free Exercise clauses of the first amendment of the US Constitution applicable to Defendant pursuant to the 5th

Amendment, and 42 USCS § 2000bb- § 2000bb 4, but also in violation of the religion his actions purport to support thereby, I believe, misleading people I love to hell, and substantially burdening my free exercise of religion, while performing the government function of presiding over the United States of America, as the President of the United States.

20. The Defendant committed the alleged conduct mentioned herein while wearing the cloak of government authority and, or bearing the sword that his word, or perceived desire, is a command, and, or, creating the illusion that Defendant supports Christianity, or supports God or God supports Defendant, Defendant's sins, or his policies.

21. The President's words and conduct supporting religion, as discussed below, were accepted as truth by many, thereby, instilling the belief, supporting the President's perceived thinking or conduct or his candidacy, despite all of his sinful misbehavior and in a way supporting his sins, as excusable without confession or without repentance, is supporting God, when I believe sinfully doing your own will leads to damnation. (Mark 8:34, ""Whoever desires to come after Me, let him deny himself (meaning not doing their own will, their own selfish, sinful desires, but exercise self-discipline, using their mind, their brain, which is their free will to do God's will, love), and take up his cross, and follow Me (by love in truth, not

lusts in deception).”’); Also see, (Matthew 16:24, Luke 9:23 regarding the same message of personal sacrifice to follow Jesus).

22. In addition, I believe Trump misleads people I love to hell by creating the illusion his government authority is backed by God, or he supports the God I serve, by conduct discussed herein, thereby causing some people to think my God is not perfect or holy or even real. Since Defendant sins against God and man. Defendant is not perfect. Thus, Defendant is turning potential believers away from salvation from the second death. (See, Leviticus 20:26, God says “be holy because I am holy”); (Also see Matthew 5:48, Jesus commands, “Be perfect as your heavenly father is perfect,” with regards to unconditionally loving people outside of your own, even your enemy.)

23. Americans should worship or not according to the dictates of their conscience without the inherent threat of persecution created by Defendant’s support or suppression of religion.

24. But for Defendant’s conduct there would not be an additional two prong substantial burden and injury to my free exercise of religion causing: 1. Eternal harm, and 2. Chilling of my free exercise of religion by Defendant’s increased threat of government sponsored religious persecution and, or the actual

government sponsored government persecution for my attempts to freely exercise my religion, the later discussed in more detail further below.

25. Trump causes eternal harm to me.

26. Trump misleads and deceives many to sin, tempting them to reflect the image of Satan by living for self, by doing their own will, without unconditional love.

27. I believe people will be damned to hell but for Defendant's actions and inactions. I believe Defendant will damn people to hell by his misleadership, beyond our lifetimes, by touching humanity with the darkness and ignorance that damns, the sin against the Holy Spirit, unless this Honorable Court stops him through correction, maintaining separation of church and state.

28. An eternal injury suffered by me, is Defendant adversely affects my relationship with God since I believe we, God and I, will not be able to share a fuller type of love with the people the Defendant misleads to hell.

29. Since I love all people, I am harmed by the Defendant's conduct because I believe they will cease to exist. (See Jude 1:12, regarding people as "twice dead"); (See, Revelation 2:11, 20:6, 20:14 and 21:8, regarding the "second death," the final death); (See, Deuteronomy 30:19, 2 Kings 18:32, God says choose

life not death, meaning eternal life or permanent death at the resurrection of judgment. We have a choice.)

30. Thus, I believe I will sadly be prevented from loving them more fully for eternity. Accordingly, Defendant's words, and deeds supporting and suppressing religion by turning people away from salvation via my religion, harms me personally, by substantially burdening my ability to eternally love those Defendant misleads to hell, which is devastating to me.

31. Even if people are "remembered no more," I am still at a loss. I cannot love them, if they are destroyed, perishing in the second death. I believe I will miss out for eternity, even if I may not know it. (Citing, Ezekiel 21:32, ""You will be fuel for the fire, your blood will be shed in your land, you will be remembered no more; for I the LORD have spoken.'"); (Citing, Zechariah 13:2, "On that day, I will banish the names of the idols from the land, and they will be remembered no more," declares the LORD Almighty. "I will remove both the prophets and the spirit of impurity from the land."); (Citing, Job 24:20, "The womb forgets them, the worm feasts on them; the wicked are no longer remembered but are broken like a tree.")

32. God loves them. I believe God created every person because he loves them and for eternal life. (See, Wisdom 2:23-24 further provides "For God formed

man to be imperishable; the image of his own nature he made him. But by the envy of the devil, death entered the world, and they who are in his possession experience it."); (Also see, Wisdom 1:13, "God did not make death, nor does he rejoice in the destruction of the living..."); (Job 36:5, "God is mighty, but despises no one; he is mighty, and firm in his purpose."); (1 John 4:19, "We love because he first loved us.")

33. I am also injured because I recognize God's loss, and my heart aches for my Lord, especially since thousands are dying of Covid19, potentially under the deceit of the Defendant, to be doomed to hell.

34. With Defendant's acceptance of the cloak of government authority, his rights became more limited under the first amendment, so as not to chill the freedoms of those he serves by publicly supporting one religion over others, even injuring me indirectly by injuring those I love, while suppressing, persecuting and or ignoring the freedom of other religious beliefs or non-beliefs. (See, The Hill, Trump: Jews who vote Democrat show 'lack of knowledge or great disloyalty', by Brett Samuels, 08/20/19 03:38 PM, https://thehill.com/homenews/administration/458135-trump-jews-that-vote-democrat-show-lack-of-knowledge-or-great, Trump said "Jews who vote Democrat show 'lack of knowledge or great disloyalty, thereby suppressing Jewish people's faith by persecution I words.); (Also see, Trump calls for discrimination against

Muslims, By Jane C. Timm, 12/07/15 05:30 PM—UPDATED 12/07/15 09:08 PM http://www.msnbc.com/msnbc/trump-calls-discrimination-against-muslims. These two articles may be submitted as evidence to show Defendant made my God look bad and turned folks who believe in other religions, or no religions off from Christianity because they reasonably and foreseeably may wrongly think my religion is naughty and mean. Since Defendant creates the illusion, he is Christian.)

35. This case is a case of first impression, with little judicial case law to be our guiding light. Therefore, I respectfully ask this Honorable Court to be our light.

36. The lineage of holiday display cases and possibly school teaching cases may be the closest applicable cases this Honorable Court may consider as it guides the nation on upholding the Constitutional freedoms of the people from government persecution, and specifically the freedom to worship or not, according to the dictates of each person's conscience, not the dictates of the President, or government agents, under the inherent threat of harm or persecution, should a person disagree with the government supported religious belief.

37. The United States Constitution protects the rights of the people to worship or not according to the dictates of their conscience, not the dictates of the government.

38. Trump is the President of the United States.

39. Trump accepted the cloak of government power and became bound to the reduced freedoms the Constitution grants to him in the form of limits upon his free exercise of religion, as President of the United States, when he was sworn in as President, in order not to diminish the Constitutional freedoms of those he serves, the people residing in America, regardless of gender, race, religions, age and place of origin.

40. Trump abused and misused his authority as President and violated his oath of office, by creating the appearance of government backing one religion over other religions.

41. In exchange for the cloak of government power, government servants, employees and agents, including President Trump, have reduced freedoms in order not to chill the Constitutional freedoms of those he, and other government agents, serve.

42. In exchange for the cloak of government power, government servants, employees and agents, including President Trump, are bound by oath to uphold the Constitution, including the Constitutional freedoms of those with different beliefs and views.

43. The Constitution is not a license for government agents, such as Trump to persecute people, either socially, economically or violently, nor is it a license for government agents to encourage others to persecute people based on religious beliefs or perceived religious beliefs which differ from government actors, or agents such as Defendant, President Trump.

## II. ADDITIONAL LEGAL FACTS ON PLAINTIFF'S RELIGION AND FACTS ON DEFENDANT REFLECTING THE IMAGE OF SATAN BY PLACING SELF FIRST, AND TEACHING OTHERS TO DO THE SAME BY HIS EXAMPLE, MISLEADING THEM TO HELL UNDER THE GUISE OF GODLINESS

44. My personal religious beliefs are in issue. So, I am providing additional facts concerning my religion, and my beliefs.

45. I am a Christian.

46. I believe in God, the Father.

47. I believe in God the son, Jesus Christ.

48. I believe in God the Holy Spirit.

49. I believe that God loves me and all of humanity so much that he reveals himself in three different ways, the Father, the son, Jesus, and the Holy

Spirit, to shed light, to guide us to eternal life, regardless of whether we reject his love, in the form of his guidance to save us from the final death.

50. I believe we all are empowered to choose to accept or reject God, to accept God in our hearts, or harden our hearts to God's love and salvation from the final death through God's teaching us the way of love leading to eternal life.

51. I find guidance in Jesus, the Word made flesh.

52. I find guidance in the Holy Spirit.

53. I find guidance in God, the father.

54. I find guidance in the Bible.

55. Pursuant to the Bible, Jesus says, "The greatest among you is your servant." (Citing, Matthew 23:11). Accordingly, living to serve self is not great.

56. In fact, I believe the root of corruption in both business and government is serving those who serve you, thereby serving yourself, instead of the people you are supposed to serve. (Also see, Matthew 20:26 and Mark 10:43, Jesus says, '"whoever wants to become great among you must be your servant"'); (Also see, Luke 22:26, Jesus teaches, '"But you shall not be like them. … (T)he one who leads like the one who serves.")

57. I believe living for self, and your own family, your own community and for those who affect, serve and benefit you, thereby living for self, without regard to others reflects the image of Satan. (Please see, Isaiah 14:13-14, Satan wanted to live for himself. He wanted to be his own God, to be as high as God. Satan did not want to lay down his life for God, by in part, loving others as himself, even outsiders, even the least of these.); (See Genesis 3:1-6, Satan tempted Eve to be like her own God too, allegedly "knowing good from evil," to reflect the image of Satan, instead of placing God first by obeying God. God loves her and desired to prevent harm towards her. The command was for her benefit, like the commands are for our benefit to teach us the way through love to escape death. She died.); (Please see, 2 Corinthians 4:4, and the Book of Job, Satan the lower case "god of this world" has authority to confuse humanity, through people, desperate conditions and the worldly desires, to teach people evil is good and good is evil. So, folks will be damned to hell for their misunderstanding.); (See Matthew Chapter 13, Only those who understood were not burnt up to be destroyed. Misunderstanding may eternally kill you.); (Also see, Matthew 4:1-11, Satan tempted Jesus to live for self too. Jesus did not give into the temptation but lived to serve, God and humanity by being the light of the way to eternal life); (Also see, Ezekiel 16;49, People were damned to hell for their unconcern "they did not help the poor and needy."); (Also see Matthew 13:18-19 "the worries of this life, the

deceitfulness of wealth and the desires for other things come and choke the word, making it unfruitful," meaning those people will be burnt up in hell.); (Further see, Luke 17:26-34 where Jesus also gave us examples of people merely caring for their own family and their own needs, working, buying and selling, eating and drinking, marrying and given into marriage before they were destroyed to be damned to hell for giving into tempting distractions of making money and making merry, and, or the anxieties of life while failing to understand the true purpose of life and eternal life, loving God and loving others as yourself, not exploiting others, outsiders to serve your greed); (Also see, Matthew 7:21 "Only those who do the will of God, go to heaven.); (Also see, Matthew 16:24, Luke 9:23, Matthew 10:38, and Mark 8:34, regarding true followers must stop doing what they desire to do, and do what God desires instead. Loving others even if it is painful.)

58. We are called to love those beyond our own even our opponents. (See, Matthew 5:43-78, Luke 6:27-36, and Romans 12:14-2, regarding loving your enemies. Also see, Exodus 22:21, and Deuteronomy 10:19.)

59. I believe people sin against God when they merely serve their own children and families, and those who serve or affect them, instead of all the people they are appointed to serve in their position of life.

60. Jesus said even evil people care for their children. (See, Matthew 7:9-12, "Which of you, if your son asks for bread, will give him a stone? Or if he asks for a fish, will give him a snake? If you, then, though you are evil, know how to give good gifts to your children...")

61. I believe Defendant places himself first, reflecting the image of the evil one.

62. Appointing family members to official government positions is a sin against God and man by creating the appearance of favoritism and also by actual favoritism. (See, James 2:1, "do not show favoritism."); (James 2:9, "But if you show favoritism, you sin and are convicted by the law as transgressors."); (Deuteronomy 16:19, "Do not deny justice or show partiality. Do not accept any bribes, for a bribe blinds the eyes of the wise and twists the words of the righteous."); (Proverbs 18:5, "Showing partiality to the wicked is not good, nor is depriving the innocent of justice."); (Proverbs 24:23, "These also are sayings of the wise: To show partiality in judgment is not good."); (Malachi 2:9, "So I in turn have made you despised and humiliated before all the people, because you have not kept My ways, but have shown partiality in matters of the law."); (Job 34:19, "who shows no partiality to princes and does not favor the rich over the poor, for they are all the work of his hands?"); (Job 13:10, "Surely He would rebuke you if you secretly showed partiality.").

63. Defendant appointed his daughter, Ivanka Trump, and son in law, Jared Kushner, for government positions with the White House, creating the appearance of serving family first which I believe misleads people to hell by believing Trump's evil example is good or Godly. (See, The Hill, Ivanka Trump will have an official White House position, By Olivia Beavers, 03/29/17 04:57 PM EDT, https://thehill.com/homenews/administration/326400-ivanka-trump-will-have-an-official-white-house-position, relating to appointing Ivanka to a government position, and noting the appointment of Jared Kushner, the Defendant's son in law.).

64. I believe we are commanded to love others as ourselves, not love our own families more than others, by exploiting our position at the expense of those we are charged in order to serve, to instead serve our own family in positions of global influence where there is the possibility of trading of favors, at Americans' expense.

65. I believe Defendant sins against God and man by his partiality towards his own family or those who serve his interests, at the expense of those he is charged to serve, thereby misleading others to hell by teaching them to love others less than they love their own.

66. Jesus said even those without God love those who love them; and greet those who greet them. (See, Luke 6:32-35, "if you love those who love you, what credit is that to you? Even sinners love those who love them. And if you do good to those who are good to you, what credit is that to you? Even sinners do that. But love your enemies, do good to them, and lend to them, expecting nothing in return. Then your reward will be great, and you will be sons of the Most High; for He is kind to the ungrateful and wicked"); (See also, Romans 12:14); (See Matthew 5:44-45, "But I tell you, love your enemies and pray for those who persecute you, that you may be sons of your Father in heaven."); (Matthew 5:46-47, "If you love those who love you, what reward will you get?... And if you greet only your people, what are you doing more than others? Do not even the pagans do that?")

67. I believe God calls us to love God foremost and to love others, even those outside of our own, even our enemies, as ourselves. (See, Matthew 22:36-40, The greatest command in the bible is to love God. Subordinately, love others as yourself. All commands are weighted on these.)

68. I believe leaders who serve themselves and those who serve them are not good leaders. They are misleaders and deceivers, not public servants. They mislead and deceive those they purport to serve, to instead exploit them, to serve themselves, by placing self first. I believe Servants of Self are Servants of Satan.

They not only harm those they are charged to care for in this life, they also mislead and deceive others to become Servants of Self, Servants of Satan too, thereby leading many to hell too.

69. I believe Defendant serves himself foremost, and those who serve him at the expense of those he is charged to serve.

70. I believe Christians are commanded to place God first by loving God and living for God foremost, and subordinately, Christians are commanded to love others as ourselves, not less than ourselves, not loving ourselves more than others.

71. I believe we live or die for God. Citing, Romans 14:8.

72. I believe those who live and die for self or for mere people instead of God do not go to heaven.

73. I believe Jesus was not kidding when he said "you who love mother and father more than me are not worthy of me." "You who love son and daughter more than me are not worthy of me are not worthy of me." (Citing, Matthew 10:37).

74. I believe Jesus was not kidding when he said unless your "righteousness exceeds that of the scribes you will" not go to heaven. (Matthew 5:20.)

75. I believe our righteousness exceeds that of the scribes by our trust in God through his Word, accessible through the Father, son and Holy Spirit.

76. I believe the Bible teaches Abraham believed what God said. His belief was attributed to righteousness. (Citing, Genesis 15:6.)

77. Abraham listened to God to the point he was willing to sacrifice his own son. (Citing, Hebrews 11:17).

78. I believe this righteousness was attributed to Lot when he listened to God's word through messengers, the angels. He did not even turn around when his wife turned into a pile of salt. (See, Genesis 19:26).

79. In the Parable of the ten virgins in Matthew 25: 1-13 Jesus tells a story of ten virgins traveling to a marriage feast. All ten virgins had lamp oil. Five ran out, and asked those who had oil to give them some. Those with oil responded rightly by telling those without, no, go buy your own or we will not have enough ourselves. They did not even say sorry. Those who bought the lamp oil did not get back in time and were locked out of the marriage feast, meaning they went to hell.

80. I believe Jesus teaches us by this parable that: yes, we love others, and yes, we love ourselves, but we love God more, and live for God foremost, not for self or others. Id.

81. Trump's campaign includes the Slogan "America First."

77. Trump says "as the President of the United states I will always put America First." (Citing, The Hill Trump: I will always put America first, By Max Greenwood, - 09/19/17 10:33, https://thehill.com/homenews/administration/351320-trump-i-will-always-put-america-first).

82. I believe Trump's America first policy, teaches people to learn to place themselves first, like the devil in Isaiah Chapter 14, thereby teaching them to be children of the devil, instead of children of God, damning them to hell for evil thinking or evil doing.

83. I believe Trump teaches folks not to place God first, under the guise of Godliness, by failing to teach those he serves to care about others, regardless of race, religion or place of origin, as they care for themselves.

84. I believe President Trump's focus on putting self first, by teaching Americans to put America first, misleads and deceives people to reflect the image of Satan, by learning to love money and merriment, profit and pleasure more than other people.

85. Instead of loving one another, people wrongly learn to love money to the extent that they are willing to harm and destroy human life, and eternal life to serve their fleeting fancies for funding and temporary desires.

86. I believe President Trump's winning at all costs, even at the cost of cheating, violating greater laws, of justice, mercy and faithfulness (See Matthew, 23:23), makes us all lose, modeling the reflection of the image of Satan called the "lawless one" by his disregard of laws that teach us to care about other people. (Citing, 2 Thessalonians 2:8, also see Psalm 101:3); (I define evil as absence of love because "God is love." Citing, 1 John 4:16, People without God in their hearts have an emptiness they attempt to fill with fleeting fancies, fleeting feelings, fleeting funding or other idols in place of God's love.); (See Exhibit 8, including articles of impeachment I proposed to impeach Trump for violating certain laws. These are evidence of my belief in Defendant's lawlessness.)

87. I believe President Trump teaches the image of Satan, the "lawless one," as good, by teaching everyone for themselves, lawlessness, under the facade of greatness or business, but in truth greed, without love or concern for outsiders or those beyond their own, misleading those he serves to harm and hell. (Citing, 2 Thessalonians 2:8-9).

88. It makes me sad because I believe Defendant President Trump violates the First Amendment and God's laws by using God's name for his own vanity, meaning his own purpose in place of God's purpose, to serve power and profit under the guise of God thereby misleading people to harm and hell.

89. Sadly, I believe people go to hell for their confusion. Satan, the lower case" god of this world," confuses to kill eternally. (Citing, 2 Corinthians 4:4); (Also see 2 Corinthians, Chapter 4 to confirm by reading the entire chapter.)

90. I believe the prophets in the Old testament, John the Baptist, Jesus and the apostles all bravely and courageously confronted leaders who did evil, by serving themselves instead of those they were charged with serving.

91. In Ezekiel Chapter 34:1-10, God scolds leaders, called shepherds, who take advantage of the sheep, meaning the people they are charged to care for, to serve themselves instead of caring for them. "Woe to you shepherd of Israel who only take care of yourselves! Should not shepherds take care of the flock? You eat the curds, clothe yourself with wool and slaughter the choice animals, but you do not take care of the flock...." Id. (Also see, Jeremiah 23:1, and Zechariah 11:17); (Also see, Jeremiah 50:6, "My people have been lost sheep; their shepherds have led them astray and caused them to roam on the mountains. They wandered over mountain and hill and forgot their own resting place."); (Isaiah 53:6, "All we like

sheep have gone astray; we have turned everyone to his own way; and the LORD hath laid on him the iniquity of us all."); (Jeremiah 23:11, 'Both prophet and priest are godless; even in my temple I find their wickedness,' declares the LORD."); (Jeremiah 5:31, "The prophets prophesy falsely, and the priests bear rule by their means; and my people love to have it so: and what will ye do in the end thereof?"); (Jeremiah 6:13, '"For from the least of them to the greatest, all are greedy for gain. From prophet to priest, all practice deceit."'); (Jeremiah 23:11-15, "For both prophet and priest are profane; yea, in my house have I found their wickedness, saith the LORD…"); ("Isaiah 56:10-12, "His watchmen are blind: they are all ignorant, they are all dumb dogs, they cannot bark; sleeping, lying down, loving to slumber…"); ( See, Isaiah 3: … "your leaders mislead you; they send you down the wrong road"); (See, Isaiah 9:16, "For the leaders of this people cause them to err; and they that are led by them are destroyed.")

92. I believe President Trump sins against God and man by harming others to serve self.

93. President Trump's ignorance is not innocence. I believe people go to hell for their ignorance, encouraging hardness of heart, absence of love which is absence of God. Since, I believe God is love. (See, Ephesians 4:18, "They are darkened in their understanding and separated from the life of God because of the ignorance that is in them due to the hardening of their hearts."); (See, Hosea 4:6,

"my people are destroyed (in hell) from lack of knowledge. "Because you have rejected knowledge, I also reject you as my priests; because you have ignored the law of your God, I also will ignore your children.").

94. I believe President Trump chooses not to use his free will, which is his brain, his mind, to choose to think, to care, to love others as himself.

95. I believe President Trump loves others outside of his own less than he loves himself. (See, On Russian bounties, what did Trump know and when did he know it?, MSNBC, By Steve Benen, June 30, 2020, 8:00 AM EDT https://www.msnbc.com/rachel-maddow-show/russian-bounties-what-did-trump-know-when-did-he-know-n1232506, Defendant President appeared to be willing to sell the souls of troops to serve himself, or the in the alternative, it appeared the Defendant did not care enough about the American troops with bounties on their heads to speak up on their behalf.)

96. The Holy Spirit, via God, via my conscience, teaching me to care, to love, is leading me to do the same as the prophets, to correct the President, in hopes to heal not only the victims of the harm he causes in this life and to prevent eternal harm in the next, but to heal his ugly heart with God's truth in love, not deception. God loves other people too, even your enemy, people of other political

affiliations, races, religions, and places of origin, even if they do not know God, even if they have not accepted God's love.

## III. FACTS, THE HOLY SPIRIT, DISCERNING A GLIMPSE OF GOD AND MAN'S HEARTS, JUDGING CORRECTLY THROUGH THE HOLY SPIRIT, AND ADDITIONAL LEGAL FACTS ON CAUSATION AND FAITH

97. My religious beliefs are genuine.

98. The Holy Spirit led me to file complaints against Justice Kavanaugh to uphold the integrity of the courts from the appearance of impropriety. (See, Exhibit 1, letters confirming Meghan Kelly filed ODC complaints); (Amos 5:15, "Hate evil, love good; maintain justice in the courts. Perhaps the LORD God Almighty will have mercy on the remnant of Joseph."); (Amos 5:12, "There are those who oppress the innocent and take bribes and deprive the poor of justice in the courts."); (Zechariah 8:16, "Speak the truth to each other, and render true and sound judgment in your courts").

99. After all, I believe, "justice, mercy and faithfulness" are more important commands than laws relating to mere money per Jesus Christ. (Citing, Matthew 23:23).

100. I believe justice is done by correcting leaders like Defendant who mislead some of those they serve to harm and hell. (See, Matthew 23:15, Jesus scolded leaders telling them they were making their converts "twice as much a child of hell as (they) are.")

101. The Holy spirit led me to file a lawsuit against the Democrats in the state of Delaware in order not to compromise my belief in Jesus's teachings to run for office. (See, Exhibit 2, Court stamped Complaint relating to Chancery Court Case Number 2020-0517).

102. My faith in the Holy Spirit is genuine. I confronted the Delaware Supreme Court when they violated my religious rights to affirm instead of swear into the Delaware Bar. (See Exhibit 3).

103. I twice rejected appointments to family law matters as violating my religious beliefs (See Exhibit 4).

104. I confronted the Courts in Delaware per the attached letter concerning impartiality and bias. (See Exhibit 5); (Also see, Leviticus 19:15 "You must not pervert justice; you must not show partiality to the poor or favoritism to the rich; you are to judge your neighbor fairly"); (see, Exodus 23:6, "You shall not deny justice to the poor in their lawsuits."); (see, Deuteronomy 16:19, "Do not deny justice or show partiality"); (also see, Deuteronomy 1:17, "Show no partiality in

judging; hear both small and great alike. Do not be intimidated by anyone, for judgment belongs to God. And bring to me any case too difficult for you, and I will hear it.").

105. I even shared my view on what using the name of God in vain means when I proposed a suggestion to Senator Tom Carper of Delaware. (See, Exhibit 6). I believe it means using the name of God, or religion or scripture for man's purpose instead of a true religious purpose.

106. The Holy Spirit is revealed to me because I am born again per Jesus Christ's teachings in John Chapter 3. Per John 3:3-8, Jesus said;

> "'Very truly I tell you, no one can see the kingdom of God unless they are born again.' 'How can someone be born when they are old?' Nicodemus asked. 'Surely they cannot enter a second time into their mother's womb to be born!' Jesus answered, 'Very truly I tell you, no one can enter the kingdom of God unless they are born of water and the Spirit. Flesh gives birth to flesh, but the Spirit[b] gives birth to spirit. You should not be surprised at my saying, You must be born again. The wind blows wherever it pleases. You hear its sound, but you cannot tell where it comes from or where it is going. So it is with everyone born of the Spirit."'

107. I believe Jesus.

108. I do not know all things, but through the Holy Spirit I gain some understanding of truth, and of God's will and design.

109. Through the Father, Son and the Holy Spirit, God is accessible to me, and to all of humanity should they not harden their hearts. (See, Matthew 28:1,

"Therefore go and make disciples of all nations, baptizing them in the name of the Father and of the Son and of the Holy Spirit'" God reveals himself to us in three ways through, the Father, Son and Holy Spirit, because he loves us and seeks to guide us to save us from hell.).

110. Through the Holy Spirit we are able to know God.

111. I know God.

112. I have accepted the Holy Spirit into my heart.

113. The Word of God, also known as the Holy Spirit, is also revealed to us through other people, born again, including the people mentioned in the Bible, and the writers of the Bible who accepted God, the Spirit of Truth, in their hearts by laying down their will to understand and to do God's will by their love.

114. I believe we are able to know God better through the Holy Spirit revealed through the writers and people in the Bible by reading or listening to the Bible.

115. I believe they accepted the Holy Spirit in their hearts, like I did. For example, (See, Daniel 13:45 "God stirred up the Holy Spirit of a young boy named Daniel."); (See, Genesis 41:38 'So Pharaoh asked them, "Can we find anyone like this man, one in whom is the spirit of God?"'); (See, Exodus 31:3 and Exodus 35:31, "and I have filled him with the Spirit of God, with wisdom, with

understanding, with knowledge and with all kinds of skills"); (See, Numbers 11:17, "I will come down and speak with you there, and I will take some of the power of the Spirit that is on you and put it on them."); (See, Numbers, 11:25, "Then the LORD came down in the cloud and spoke with him, and he took some of the power of the Spirit that was on him and put it on the seventy elders. When the Spirit rested on them, they prophesied--but did not do so again.); (See, Deuteronomy 34:9, The Holy Spirit is also called the "spirit of Wisdom,"); (See, Judges 3:10, The Holy Spirit is also called the "spirit of the Lord" The holy spirit works the same in the Old testament too.); (Also see, Romans 8:14, "those who are led by the Spirit of God are children of God."); (Also see, Psalm 51:12, "Restore to me the joy of Your salvation And sustain me with a willing spirit."); (See, Wisdom 1:4-6, "Because into a soul that plots evil wisdom does not enter, nor does she dwell in a body under debt of sin. For the holy spirit of discipline flees deceit and withdraws from senseless counsels and is rebuked when unrighteousness occurs. For wisdom is a kindly spirit, yet she does not acquit blasphemous lips; Because God is the witness of the inmost self and the sure observer of the heart and the listener to the tongue"); (See the entire book of wisdom too. The Wisdom described in this book is another name for the Holy Spirit); (See, Matthew 1:18, "This is how the birth of Jesus the Messiah came about: His mother Mary was pledged to be married to Joseph, but before they came

together, she was found to be pregnant through the Holy Spirit."); (See, James 1:5 "If any of you lacks wisdom, you should ask God, who gives generously to all without finding fault, and it will be given to you." Wisdom meaning the Holy Spirit, the Word that guides our steps with a light on the narrow way.); (Also see, Luke 11:13 "If you then, being evil, know how to give good gifts to your children, how much more will your heavenly Father give the Holy Spirit to those who ask Him?" If we ask God to be the Lord of our life, if we ask God into our hearts and lay down our will, our desires, for God's will, which is eternal life through love, truth, justice, mercy and faithfulness, he will not reject us.); (See, Matthew 12:32 "And whoever speaks a Word against the Son of Man will be forgiven; but whoever speaks against the holy Spirit will not be forgiven, either in this age or in the age to come."); (See, Mark 13:11, "Whenever you are arrested and brought to trial, do not worry beforehand about what to say. Just say whatever is given you at the time, for it is not you speaking, but the Holy Spirit."); (Mark 12:36, "David himself, speaking by the Holy Spirit, declared: "'The LORD said to my LORD: "Sit at my right hand until I put your enemies under your feet."'); (See also, Mark 3:29, "but whoever blasphemes against the Holy Spirit will never be forgiven; they are guilty of an eternal sin." This means hardening your heart to loving God and others as yourself, even those who inconvenience others you. I believe this means not accepting God in your heart and not reflecting love, God's image.); (Matthew

3:11, John the Baptist said, "I baptize you with[a] water for repentance. But after me comes one who is more powerful than I, whose sandals I am not worthy to carry. He will baptize you with[b] the Holy Spirit and fire."); ( John 14:26, "But the Advocate, the Holy Spirit, whom the Father will send in my name, will teach you all things and will remind you of everything I have said to you."); (John 16:13, "But when he, the Spirit of truth, comes, he will guide you into all the truth. He will not speak on his own; he will speak only what he hears, and he will tell you what is yet to come."); (John 14:17, "the Spirit of truth. The world cannot accept him, because it neither sees him nor knows him. But you know him, for he lives with you and will be in you."); (Ephesians 1:13, "And you also were included in Christ when you heard the message of truth, the gospel of your salvation. When you believed, you were marked in him with a seal, the promised Holy Spirit." This seal can be broken should we sin against the Holy Spirit without repentance and reconciliation with God by love. It is possible to choose to turn away from God like King Solomon who wrote two books in the Bible did. I hope he repented, but do not know.); (See, 2 Peter 2:21 "It would have been better for them not to have known the way of righteousness, than to have known it and then to turn their backs on the sacred command that was passed on to them." We most definitely can lose the way to salvation. Just because God knows everything at once does not eliminate our freedom of choice.); (See, Hebrews 3:14, "We have come to share in

Christ, if indeed we hold our original conviction firmly to the very end."); (See, also, Matthew 24:13, "but the one who stands firm to the end will be saved."); (1 John 4:6, "We are from God, and whoever knows God listens to us; but whoever is not from God does not listen to us. This is how we recognize the Spirit of truth and the spirit of falsehood."); (And see, John Chapter 3, Regarding being born again, being born of flesh in human life and of spirit receiving eternal life the same as Moses and Daniel did in the Old Testament.).

116. In the same way the Holy Spirit, God, is now accessible to all mankind, as explained in Jeremiah Chapter 31, with the death and resurrection of Jesus Christ, if people choose not to harden their hearts to love, to God for "God is love". (Citing, 1 John 4:8); (See, Jeremiah 31-34, '"The days are coming,' declares the Lord, when I will make a new covenant with the people of Israel and with the people of Judah. It will not be like the covenant I made with their ancestors when I took them by the hand to lead them out of Egypt, because they broke my covenant, though I was a husband to them.' This is the covenant I will make with the people of Israel after that time, declares the Lord. I will put my laws in their minds and write it on their hearts. I will be their God, and they will be my people. No longer will they teach their neighbor, or say to one another, 'Know the Lord,' because they will all know me, from the least of them to the greatest,' declares the Lord. 'For I will forgive their wickedness and will remember their sins no more."'); (Also see,

Romans, 9:6-8 “It is not as though God’s word had failed. For not all who are descended from Israel are Israel. Nor because they are his descendants are they all Abraham’s children. On the contrary, ‘It is through Isaac that your offspring will be reckoned.’ In other words, it is not the children by physical descent who are God’s children, but it is the children of the promise who are regarded as Abraham’s offspring.” It is not by bloodline but I believe by faith, the same faith as those examples in Hebrews Chapter 11, the same faith Abraham manifested.); (See also, Romans 4:3, and Galatians 3:6, Abraham believed God was not kidding and that was attributed to him as righteousness.); (Also see, Romans 2:15 With regards to those without God or religion or other religions, their conscience will defend them or condemn them on judgment day.); (Also see, Galatians 3:28 "There is neither Jew nor Gentile, neither slave nor free, nor is there male and female, for you are all one in Christ Jesus.); (See,1 John 4:8. The laws taught us we are loved and to love for "God is love." We have the free will to choose to reflect the image of God by our love or the image of the devil by our absence of love, replaced by our lusts, our own will, including but not limited to our own desires, living for self, putting self or family first, or people pleasing or living for something else in place of God, in place of love, such as not desiring to rock the boat, to avoid conflict.); (See also, 1 John 4:16 "God is love"); (See, Matthew 10:34-37, Jesus Citing, Micah 7:6, with regards to rocking the boat. “‘Do not suppose that I have

Case 1:21-cv-01490-CFC Document 138-7 Filed 05/12/23 Page 36 of 122 PageID #: 10216

come to bring peace to the earth. I did not come to bring peace, but a sword (of his Word, not a weapon). For I have come to turn "a man against his father, a daughter against her mother, a daughter-in-law against her mother-in-law. A man's enemies will be the members of his own household." 'Anyone who loves their father or mother more than me is not worthy of me; anyone who loves their son or daughter more than me is not worthy of me. Whoever does not take up their cross and follow me is not worthy of me. Whoever finds their life will lose it, and whoever loses their life for my sake will find it.); (Also see, Micah 7:5-6 regarding placing God, the Holy Spirit first above your closest loved ones.).

117. Jesus proclaims: "By this everyone will know you are my disciples, if you love one another." (John 13:35.)

118. That love is how we choose to reflect God's image instead of the image of the evil one. (See, Genesis 1:26-27, regarding creating man in the image of God.).

119. I believe sin means absence of love in our thinking or doing.

120. I believe even if we confuse serving the lusts or sinful desires of others as love, sin is still evil, and may damn people to hell without a cleaning of our hearts through repentance.

121. Jesus gave us the new Command to help us to better understand the narrow way, to elaborate on his command "love your neighbor as yourself." (Citing, Matthew 22:39); (See, Leviticus 19:16-18, Jesus cites an old command, but clarifies by teaching a neighbor is all of humanity, not merely fellow Israelites); (See, Luke 10:29- 37, I believe Jesus explains a neighbor in this parable was someone outside of their own by their love, in response to the question of who is my neighbor, meaning all people by our love.)

122. Jesus said I give you a new command. "Love one another," meaning every person, even your enemies, even your business competitors, even out of staters, like folks from Pennsylvania. (Citing, John 13:34).

123. It takes the choice to use your free will, which is your brain, your mind, to think, to seek truth, to care, to know God, to love God foremost and to love one another subordinately. (See, Matthew 22:37-40 regarding the greatest commandment, love God and the second greatest commandment love your neighbor as yourself, not less than yourself.)

124. We clearly learn we have a choice in Sirach 15:11-17 which provides:

> "Don't claim that he has misled you; he doesn't need the help of sinners to accomplish his purposes. The Lord hates evil in all its forms, and those who fear the Lord find nothing attractive in evil. When, in the beginning, the Lord created human beings, he left them free to do as they wished. If you want to, you can keep the Lord's commands. You can decide whether you will be loyal to him or not. He has placed fire and water before you; reach

out and take whichever you want. You have a choice between life and death; you will get whichever you choose." (Also see, Genesis 4:7 "If you do what is right, will you not be accepted? But if you do not do what is right, sin is crouching at your door; it desires to have you, but you must rule over it." I believe we all have the power to use our free will, our brains, our minds to turn away from sin no matter what businessmen sell you).

125. I believe, ignoring your conscience that tugs at your mind and heart, is ignoring the Holy Spirit, hardening your heart to God's will, to do your own will, misbehaving like Satan misbehaves according to Isaiah chapter 14. Jesus explained we must use all of our "mind(s)" to love God. (Citing, Jesus in Mark 12:30, Mark 12:33, Matthew 22:37, and Luke 10:27.)

126. We love God, in part, by seeking to understand God's heart. Admittedly we know only partially. (See, 1 Corinthians 13:12, "For now we see only a reflection as in a mirror; then we shall see face to face. Now I know in part; then I shall know fully even as I am fully known.")

127. Jesus teaches we know man's heart by his words. (See, Matthew 12:34-37, Jesus stated, "'You brood of vipers, how can you who are evil say anything good? For the mouth speaks what the heart is full of. A good man brings good things up in him, and an evil man brings evil things out of the evil stored up in him. I tell you everyone will give an account for every careless word they have spoken. For by your words you will be acquitted, and by your words you will be condemned.'"); (See also, Matthew 15:18, "But the things that come out of a

person's mouth come from the heart, and these defile them."); and ( Luke 6:45, "The good things out of the good treasure of his heart, and the evil man brings evil things out of the evil treasure of his heart. For out of the overflow of the heart, the mouth speaks."); (Also see, Proverbs 18:21 "Life and death are in the power of the tongue, and those who love it will eat its fruit.").

128. Accordingly, we know God, by God's Words accessible through the father, son and the holy spirt, including the Bible and the Word made Flesh, Jesus Christ.

129. I believe the Holy spirit through the Word of God, the Bible, teaches we gain a glimpse of God's heart by his Word, through the Holy Spirit within those who wrote or are written about in the Bible.

130. That is why King David was called a man after God's own heart because he sought to gain a glimpse of God's will, God's heart's desires, by studying his Word, revealed through his laws in the Bible. (See, Acts 13:22, "'I have found David son of Jesse, a man after my own heart; he will do everything I want him to do.'"); (See, including but not limited to, Psalm 119:20, Psalm 119:30, Psalm 119:91, Psalm 10:5, Psalm 119:43, Psalm 119:175 David talks about seeking to know and live God's laws in the Book of Psalms.).

131. 1 Corinthians 2:15 provides, "He who is spiritual (a person with the Holy Spirit) judges all things, but such a person is judged by no one."

132. Additionally, in John 7:24, Jesus says, '"Stop judging by mere appearances, but instead judge correctly."' I think this means through the lens of the Holy spirit, by how God teaches us to think, to examine people's hearts.

133. I believe Jesus is disappointed in people for merely judging physical things correctly, but not judging spiritual things. (See, Matthew 16:3 where God scolds religious leaders for misunderstanding.)

134. The Holy Spirit helps us to see things how they actually are.

135. I believe the bible teaches many people are evil, not good, choosing to reflect the image of Satan instead of God because they are misled by men like Defendant President Trump.

136. Children are born evil like we all are, and children are most in danger of hell should they die without the opportunity to be born again per Jesus in John chapter 3. (See, Ezekiel 9:4-6, I believe these verses teach children will be damned to the second death on judgment day too. Besides Jesus says no one can go to heaven unless they are born again in John Chapter 3. Since children are afforded fewer opportunities to be born again, they are most likely to be damned to the final death which makes me sad.)

137. Matthew 18:6, Jesus says, '"It would be better for them to be thrown into the sea with a millstone tied around their neck than to cause one of these little ones to stumble," meaning misleading children off of the narrow path to heaven onto the broad path to hell. (Also see, Luke 17:2, and Mark 9:42. For companion citations); (Matthew 7:13-14, "Enter through the narrow gate. For wide is the gate and broad is the way that leads to destruction (meaning hell, the final death), and many enter through it. But small is the gate and narrow the way that leads to (eternal) life, and only a few find it." The way is narrow, uncompromising full of integrity, not false assurance and false comfort.)

138. It is a great sin to mislead and deceive people to serve sins to be damned to hell.

139. I am concerned about everyone's eternal lives, especially the little children as they watch Defendant Trump misbehave, or their elder's support of Defendant and so indirectly support his misbehavior under the guise of good or God. I believe, but for Defendant, little children, as well as adults, are misled to hell too.

140. I believe more people will go to hell because they are deceived by the Defendant, unless the veil of deception is somehow lifted by this Honorable Court. (See Matthew 27:51, I think the veil being torn at the death of Jesus symbolizing

all of humanity has access to God through the Holy Spirit for it is written on all people's hearts per Jeremiah 31, to accept or harden our hearts to); (Also see, 2 Corinthians 4:3, "And even if our gospel is veiled, it is veiled to those who are perishing.")

141. I believe Defendant Trump will mislead people to hell, beyond his or my lifetime, unless this Honorable Court corrects Defendant Trump.

142. I believe future federal government agents, such as the President, will mislead people to hell because of Defendant Trump's bad example, beyond my life time, if they are permitted to use religion for their own vanity, regardless of which religion, thereby inherently suppressing certain religions, and supporting others to support their personal purposes under the guise of religion, while acting under the cloak of government authority.

143. The President's public support for God is causing de facto government sponsored private religious persecution.

144. I believe Christians should obey the greatest command to love God by living for God and subordinately to love one another. Love does not encourage harm in this life and eternal life for mere material convenience. (See, Romans 13:10).

145. I believe our purpose is bigger than anyone in this world or anything in this world. We were meant to live forever, to feel a fuller type of love with God and one another. Yet, we all, individually, choose eternal life or the final death. (See, Deuteronomy 30:19, "I have set before you life and death, blessings and curses."); (Also see, Jeremiah 21:8, I am setting before you the way of life and the way of death."); (Deuteronomy 30:15, See, I set before you today life and prosperity, death and destruction.); (Psalm 56:13, For you have delivered me from death and my feet from stumbling, that I may walk before God in the light of life. God's Word saves us from hell); (Psalm 107:20, He sent out his word and healed them; he rescued them from the grave. God's Word via the Holy Spirit, and the Word made Flesh, Jesus Christ); (Psalm 119:105, "Your word is a lamp for my feet, a light on my path." We have a choice to seek the Word while it may be found, and the way to eternal life or to ignore or reject it, to our own doom.)

146. Sadly, I believe scripture teaches many will perish in the second death. Few find eternal life since they are misled by leaders like Defendant who lead them into temptation.

147. We are saved by the love of God and his love is showing us the way of salvation via loving God and the new command loving one another. (See, John 13:34 '"A new command I give you: Love one another. As I have loved you, so you must love one another.'").

148. I believe showing us the way to escape death is pretty loving of God.

149. I believe many people confuse people pleasing as love. Many confuse lusts as love, and they perish for their misunderstanding.

150. I believe the Defendant is encouraging confusion and veiling the truth that can save people from their sins through deception. (See, 2 Corinthians 3:14-18, "But their minds were made dull, for to this day the same veil remains when the old covenant is read. It has not been removed, because only in Christ is it taken away. Even to this day when Moses is read, a veil covers their hearts. But whenever anyone turns to the Lord, the veil is taken away. Now the Lord is the Spirit, and where the Spirit of the Lord is, there is freedom. And we all, who with unveiled faces contemplate the Lord's glory, are being transformed into his image with ever-increasing glory, which comes from the Lord, who is the Spirit.")

151. Hundreds of people are dying of Covid19 every day. It is better to tell people sins will kill you. It is better for people to turn away from sins, which is absence of love, and be saved from the second death, than to encourage folks to dismiss the sins that hurt others and themselves eternally, despite gaining gold, and glory here, thereby encouraging folks to remain in sin, as Defendant models by dismissing sins by ignoring his own wrong doing and the wrong doing of those who serve Defendant's interests.

eternal lives by transforming them into right doers, and healing the victims of their misdeeds, again and again, never giving up hope they may choose to behave better by love, affording them opportunities like God affords us the same so long as they remain alive. (See, Ephesians 5:11 "Have nothing to do with the fruitless deeds of darkness, but rather expose them."); (Luke 17:3, "So watch yourselves. 'If your brother or sister sins against you, rebuke them; and if they repent, forgive them.'"); (See, Matthew 18: 15-17, ""If your brother or sister sins, go and point out their fault, just between the two of you. If they listen to you, you have won them over. But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses. If they still refuse to listen, tell it to the church; and if they refuse to listen even to the church, treat them as you would a pagan or a tax collector.'''); (2 Timothy 4:2, " Preach the word; be prepared in season and out of season; correct, rebuke and encourage--with great patience and careful instruction."); (Also see, Ecclesiastes 7:5, Proverbs 27:5, 1 Timothy 5:1); (See, 1 Timothy 5:20, "But those elders who are sinning you are to reprove before everyone, so that the others may take warning.")

155. Sometimes, people really do not understand evil is not good. Good is not evil. I believe the folks who accepted the Holy spirit who wrote or are written about in the Bible are still making a difference, beyond their lives, just as each of our lives make a difference concerning the eternity of others, even beyond our

lifetimes. (Cf., Isaiah 5:20, "Woe to those who call evil good and good evil, who put darkness for light and light for darkness, who put bitter for sweet and sweet for bitter.").

156. I believe God, the Holy Spirit revealed to us through other people and through the Bible too.

## III. CHILDREN OF THE DEVIL v. CHILDREN OF GOD, THE MARK OF THE BEAST, THE WHORE, THE DAMNED V THE MARK OF LOVE, OF GOD

157. I am a child of God. (1 John 4:7, "Dear friends, let us love one another, for love comes from God. Everyone who loves has been born of God and knows God."); (1 John 3:9, No one who is born of God will continue to sin, because God's seed remains in them; they cannot go on sinning, because they have been born of God."); (Galatians 4:7, "So you are no longer a slave, but God's child; and since you are his child, God has made you also an heir."); (Wisdom 2:13-15, "He claims to have knowledge of God, and calls himself a child of the Lord. We see him as a reproof to our way of thinking, the very sight of him weighs our spirits down; for his kind of life is not like other people's, and his ways are quite different.")

158. Not everyone is a child of God. (John 8:47, Jesus says, "Whoever belongs to God hears what God says. The reason you do not hear is that you do not belong to God.").

159. 1 John 3:10-11 Provides:

> "This is how we know who the children of God are and who the children of the devil are: Anyone who does not do what is right is not God's child, nor is anyone who does not *love* their brother and sister. For this is the message you heard from the beginning: We should *love* one another." (emphasis intended).

160. God teaches me people are children of the devil. (Citing, Jesus in John 8:44, "For you are the children of your father the devil, and you love to do the evil things he does. He was a murderer from the beginning. He has always hated the truth, because there is no truth in him. When he lies, it is consistent with his character; for he is a liar and the father of lies."); (Also see, 1 John 3:8, "The one who does what is sinful is of the devil, because the devil has been sinning from the beginning. The reason the Son of God appeared was to destroy the devil's work."); (Also see, Acts 13:10, "You are a child of the devil and an enemy of everything that is right! You are full of all kinds of deceit and trickery. Will you never stop perverting the right ways of the Lord?"); (Matthew 13:38, "The field is the world, and the good seed represents the sons of the kingdom. The weeds are the sons of the evil one").

161. Scripture teaches me there are more of the desolate one, meaning those without God, than with God. (See, Isaiah 54:1, '"Sing, barren woman, you who never bore a child; burst into song, shout for joy, you who were never in labor; because more are the children of the desolate woman than of her who has a husband," says the LORD."); (Galatians 4:27, "or it is written: 'Be glad, barren woman, you who never bore a child; shout for joy and cry aloud, you who were never in labor; because more are the children of the desolate woman than of her who has a husband.'")

162. I believe scripture teaches children of God will live with "children of the evil one." (Citing, Matthew Chapter 13.)

163. I am taught by God to judge, or discern children of the devil from children of God. (1 John 2:9, "If anyone claims to be in the light but hates his brother, he is still in the darkness."); (See, 1 John 2:11, "But whoever hates his brother is in the darkness and walks in the darkness. He does not know where he is going, because the darkness has blinded his eyes."); (1 John 3:15, "Everyone who hates his brother is a murderer, and you know that eternal life does not reside in a murderer.")

164. Jesus commands us to "judge correctly," I believe commanding us to know the "pigs" and "swine," meaning folks who profess Jesus but trample upon

Jesus, by pimping out Jesus's name to serve their profit. (Citing, John 7:24); (See, Matthew 7:6, "Do not give dogs what is sacred; do not throw your pearls to pigs. If you do, they may trample them under their feet, and turn and tear you to pieces.")

165. "Pigs" and "swine" behave the same as Satan did in Genesis, Chapter 3, and in Matthew, 4:1-11 and in the companion verse Luke 4:1-13, by tempting humanity to reflect the image of the devil under the guise of God, as he harms and destroys those who are misled. Id.

166. I believe Trump's fruits, words and deeds, bear "thorns and thistles" per scripture, encouraging others to do the same under the guise of good or God, creating more fuel "for the fires" of hell. (Citing, Matthew 7:16, "By their fruit you will recognize them. Do people pick grapes from thornbushes, or figs from thistles?"); (See, Ezekiel 21:32, Ezekiel 15:4, Isaiah 9:19, Isaiah 9:5, Habakkuk 2:13, Ezekiel 15:6, Jeremiah 51:58, relating to the fuel for the fires of hell to be burnt up on judgment day.)

167. I believe leaders have the power to mislead people to hell.

168. But for some leaders' words and deeds, I believe many would not go to hell.

169. But for Defendant President Trump's words and deeds, I believe many would not be misled on the way to hell.

170. I believe putting words in God's mouth or distorting the meaning, or accepting, or creating the illusion of a wrong meaning to serve a purpose other than God's will, is using God's name in vain. (See, Ezekiel 13:3, "This is what the Sovereign LORD says: 'What sorrow awaits the false prophets who are following their own imaginations and have seen nothing at all!'"); (Lamentations 2:14, "The visions of your prophets were empty and deceptive; they did not expose your guilt to ward off your captivity. The oracles they saw for you were empty and misleading."); (Jeremiah 23:16, "This is what the LORD of Hosts says: 'Do not listen to the words of the prophets who prophesy to you. They are filling you with false hopes. They speak visions from their own minds, not from the mouth of the LORD.'"); (Jeremiah 28:15, "Then the prophet Jeremiah said to the prophet Hananiah, '"Listen, Hananiah! The LORD did not send you, but you have persuaded this people to trust in a lie."')

171. I believe it is wrong because I learned it from God's teachings about false prophets and the wolves in sheep's or shepherds' clothing that mislead the sheep to slaughter by using God's name, or the name of good, in vain. (See, Matthew 7:15-23, 1 John 4:1, Mark 13:22, Matthew 24:24, Matthew 24:11, Luke 6:26, Ezekiel 34:2).

172. To confirm, I believe people have the power to mislead other people to hell.

173. I believe Defendant is misleading people I love to hell, under the guise of heaven, and those Defendant misleads are misleading others to hell too.

174. I believe Jesus noted the power of people to mislead others to hell when Jesus scolds religious leaders for making their followers twice as worthy of hell, under the guise of Godliness. (See, Matthew 23:15, "Woe to you, teachers of the law and Pharisees, you hypocrites! You travel over land and sea to win a single convert, and when you have succeeded, you make them twice as much a child of hell as you are.").

175. Children of God, know God.

176. I know God more by seeking to understand his Word, through the father son and holy spirit, and the holy spirit revealed to us through the Bible too.

177. Children of the devil have the power to mislead others to hell.

178. I believe Trump is a child of the devil.

179. I believe people are made in the image of God by their ability to love unconditionally since we are taught God is love.

180. 1 John 4:16 provides in part "God is love."

181. I believe God is love.

182. I believe we become saved by being born of God by accepting God, the Holy Spirit, in our hearts, which is love in our hearts to help us realize our strength and power to fearlessly choose to reflect the image of God by loving God foremost and loving others as ourselves.

183. The Devil, and children of the devil, like I believe Donald Trump is, mislead the masses to hell under the guise of heaven, or self gain, by driving out God in their hearts, unconditional love in the hearts of man, replaced with lust and business greed, by barter or exchange.

184. Love is unconditional, not giving to get.

185. Business is conditional, giving to get, not unconditional love.

186. I believe toiling in the soil, business, is one of the punishments for original sin meant to teach humility, not to be glorified teaching the sin of Satan pride thereby misleading many to hell. (See Genesis 3:17-19).

187. Since I love God, and seek to love God by loving others, God and I are at a loss as Defendant misleads folks to the second death.

188. Any of Defendant's alleged religious purposes do not remove his violations of the laws in this case.

189. I believe Defendant reflects a little piece of hell on earth by his absence of love, which is the absence of God.

190. I believe Defendant models misbehavior that encourages folks to become children of the devil, instead of children of God, under the guise of God.

191. I believe the Defendant reflects the image of the devil.

192. I believe but for Defendant's illusion of Godliness, many people would not be misled to the way of hell, should they remain in confusion without repentance.

193. I believe the Defendant reflects the mark of the beast by what he thinks about as if written on his forehead, and by how he lives as if written on his hand. (See, Revelation 13:16-17, "And the second beast required all people small and great, rich and poor, free and slave, to receive a mark on their hand or on their forehead, so that no one could buy or sell unless he had the mark, the name of the beast, or the number of its name." I believe money and material gain is on their forehead by what they think about, and on their hand by how they live, not love for one another, not love for God.); (See, Revelation 14:9-11, '"If anyone worships the beast and its image and receives its mark on their forehead or on their hand, they, too, will drink the wine of God's fury, which has been poured full strength into the cup of his wrath. They will be tormented with burning sulfur in the

presence of the holy angels and of the Lamb. And the smoke of their torment will rise for ever and ever. There will be no rest day or night for those who worship the beast and its image, or for anyone who receives the mark of its name."'); (See, Revelation 16:2, Revelation 13:16 and Revelation 19:20, and ); (See, Revelation 20:4 Not everyone chooses the mark of the beast. The number of the beast is 666, representing the amount of gold in Solomon's temple); (See, 1 Kings 10:14 and 2 Chronicles 9:13, "The weight of the gold that Solomon received yearly was 666 talents." This relates to the number of the beast 666, meaning greed, gluttony and self-gain.); (See, Revelation 13:18, "This calls for wisdom. Let the person who has insight calculate the number of the beast, for it is the number of a man. That number is 666." I believe the man is the devil. The devil is called a man in Isaiah Chapter 14.); (See Isaiah 14:16, "Those who see you stare at you, they ponder your fate: '"Is this the man who shook the earth and made kingdoms tremble,'"); (See, 1 John 5:19, "We know that we are children of God, and that the whole world is under the control of the evil one."); (1 John 4:4, "You, dear children, are from God and have overcome them, because the one who is in you is greater than the one who is in the world.").

194. The mark of the beast is also the mark of a whore. In Jeremiah 3:3, the prophet told the people they have the forehead of a prostitute, by what they

think about, as if written on their forehead, money and material gain instead of God.

195. I believe the prophets also call people prostitutes in Scripture for exchanging their trust in God for something else like money or material things, thereby they work for material gain not spiritual riches, giving their lives, selling their lives, their works, for mere money, instead of God. (See, Matthew 6:19-21, Jesus instructed, '"Do not store up for yourselves treasures on earth, where moths and vermin destroy, and where thieves break in and steal. But store up for yourselves treasures in heaven, where moths and vermin do not destroy, and where thieves do not break in and steal. For where your treasure is, there your heart will be also."').

196. I base my belief, in part, because the Holy Spirit through a prophet scolds his people for trying to be loved by the world by material gain only to hurt themselves: Ezekiel 16:32-34 provides;

> "You adulterous wife (meaning unfaithful to God)! You receive strangers instead of your own husband! Men give gifts to all their prostitutes, but you gave gifts to all your lovers. You bribed them to come to you from everywhere for your illicit favors. So your prostitution is the opposite of that of other women: No one solicited your favors, and you paid a fee instead of receiving one; so you are the very opposite!"

197. I believe the mark of the beast is business greed, by barter or exchange, conditionally caring without unconditional love, living for mere rewards and benefits without sacrificial unearned love towards others.

198. Business is not the sin.

199. Business greed is the sin.

200. When people like Defendant love money more than people he uses to get money or material gain, I believe he chooses to reflect a little piece of hell on earth.

201. I believe people can participate in business and love the people they may gain funding from more than the money they receive or potentially may receive.

202. I believe Jesus when he says "You cannot serve God and money." (Citing, Matthew 6:24.)

203. I believe "the love of money is the root of all evil: which while some coveted after, they have erred from the faith, and pierced themselves through with many sorrows." (Citing, 1 Timothy 6:10, King James version.)

204. Defendant glorifies money, business greed, winning for self at the cost of harming or even bankrupting others.

205. I believe Defendant glorifies business, and teachings many to mind their own business without concern for others.

206. I believe people go to hell for merely minding their own business since their minds are not on loving others unconditionally by concern, thought and deed.

207. I believe children of God are known by their love.

208. I believe children of the devil are known by their absence of love. (See, John 13:35, "By this everyone will know that you are my disciple, if you love one another.)

209. Children of God are marked on their forehead and on their hand, by the love of God in their hearts which reflects what they think about, as if written on their forehead, and on their hand by how they live. (See Ezekiel 9: 4, "and said to him, "Go throughout the city of Jerusalem and put a mark on the foreheads of those who grieve and lament over all the detestable things that are done in it." Those who grieve because of the sins of others were marked of God and not to be destroyed in hell on judgment day); (See, Exodus 13:9, Exodus 13:16, Deuteronomy 6:8, Deuteronomy 11:18, relating to God's love and guidance which teaches us we are loved and to love, and is to be remembered as if written on our foreheads and on our hand, by how we live.)

210. I believe Trump glorifies the punishments for the original sin, and the fruits of the punishment such as sex and money, loyalty, or martyrdom, teaching pride that damns people to hell instead of receiving edification via humility leading to salvation relating to "toiling in the soil," work, child bearing, marriage and death. (See Genesis Chapter 3 regarding original sin and the punishments for original sin.)

211. I believe Trump is encouraging others to misbehave by glorifying the punishments and the fruits of the punishment of original sin as Godly or good, thereby misleading them to hell.

## IV. DEFENDANT EXACERBATES STRAINS AND TENSIONS INSTEAD OF ALLEVIATING THEM ENCOURAGING FOLKS TO GIVE INTO TEMPTATION TO SIN TO THEIR DESTRUCTION IN HELL FOR ABSENCE OF LOVE REPLACED BY FEAR UNDER THE GUISE OF GODLINESS

212. Trump exacerbates tensions relating to sex, place of origin, disease and death, religion, race, and economic strains instead of alleviating them, thereby increasing temptations for people to sin by giving into fear, which drives out love, misleading people to hell under the illusion of Godliness.

213. Per 1 John 4:18, “Love drives out fear”. (Id. “There is no fear in love. But perfect love drives out fear, because fear has to do with punishment. The one who fears is not made perfect in love.”)

214. Accordingly, I believe fear drives out love.

215. Defendant Trump increases fear and anxieties instead of loving those he is charged to care for by alleviating legitimate concerns.

216. The Bible teaches the cowardly do not go to heaven. (See, Revelation 21:8, “But the cowardly, the unbelieving, the vile, the murderers, the sexually immoral, …, the idolaters and all liars--they will be consigned to the fiery lake of burning sulfur. This is the second death.")

217. Fear is sin. The bible teaches us not to be afraid, with the caveat to fear the Lord as he will damn you for harming yourself or others God loves. (See, Deuteronomy 31:6, 1 Chronicles 22:13 and 2 Chronicles 32:7, “Be strong and courageous. Do not be afraid ..."); (See, Luke 12:4-5, “I tell you, My friends, do not be afraid of those who kill the body and after that can do no more. 5But I will show you whom you should fear: Fear the One who, after you have been killed, has authority to throw you into hell. Yes, I tell you, fear Him!"); (See, Psalm 27:1); (See, 1 Samuel 12:14, and Joshua 24:1 “Fear the Lord”).

218. Defendant misleads people to fear others, causing people to blame others outside of their own, instead of loving them as I believe God commands, replacing love in their hearts with indifference, unconcern, bitterness, cowardly self defense or hate, misleading them to hell, should they not repent. (See, Ezekiel 16:49, “Now this was the sin of your sister Sodom: She and her daughters were arrogant, overfed and unconcerned; they did not help the poor and needy.” People are damned to hell for unconcern and ignorance, the decision not to care, not to love.); (See, Matthew 25:45-46, “He will reply, 'Truly I tell you, whatever you did not do for one of the least of these, you did not do for me. Then they will go away to eternal punishment, but the righteous to eternal life.” People go to hell for choosing not to love, by *inter alias,* ignoring those in need.).

219. I believe Defendant also misleads people to hell by teaching them to exploit others, especially the needy, to serve themselves, their own families or own people’s material gain which is great sin.

A. MISTREATMENT OF WOMEN

220. Trump sins against God by conduct demeaning women by lusting after them, or objectifying them based on looks instead of the content of their heart. (See, 'You Can Do Anything': In 2005 Tape, Trump Brags About Groping, Kissing Women, By Jessica Taylor, October 7, 20166:05 PM ET,

https://www.npr.org/2016/10/07/497087141/donald-trump-caught-on-tape-making-vulgar-remarks-about-women); (Also see, 11 insults Trump has hurled at women, by John Walsh, Oct 17, 2018, 3:26, https://www.businessinsider.com/trumps-worst-insults-toward-women-2018-10 ); (Also see, BBC, What are the sexual allegations against Donald Trump?, dated June 25, 2019, https://www.bbc.com/news/world-us-canada-48754967); (Also see, The Guardian, The Trump allegations A list of the sexual misconduct accusations made against Donald Trump. He has denied the allegations, by Lucia Graves and Sam Morris, Last updated Wednesday 6 November 2019, https://www.theguardian.com/us-news/ng-interactive/2017/nov/30/donald-trump-sexual-misconduct-allegations-full-list).

221. Trump's lustful words and deeds mislead people I love to dismiss this sin when Jesus Christ says it is better to tear out your eye balls than to be thrown into hell for wrongfully lusting after women. (Citing Jesus Christ in Matthew 5:27-30).

222. Trump sins against God by demeaning women as things to look at, use, or do instead of people to honor and respect.

223. I believe sex is marriage before God whereby a man becomes a servant of his wife until he dies. A man who does not live to serve her, cheapens

the one he covenanted before God to protect, by relations, sex, without sacrificing his life to care for and serve hers until he dies, thereby sinning against God. (See, Malachi 2:16, "The man who hates and divorces his wife," says the LORD, the God of Israel, "does violence to the one he should protect," says the LORD Almighty. So be on your guard, and do not be unfaithful."); (Also see, Hosea 4:14, "I will not punish your daughters when they turn to prostitution, nor your daughters-in-law when they commit adultery, because the men themselves consort with harlots and sacrifice with shrine prostitutes-- a people without understanding will come to ruin!" Thus, I believe men will be condemned to hell, not the women they exploited to serve lusts, merely for becoming victims of men's misdeeds.); (Citing, Matthew 19:4-6); (Also see, Genesis 2:24, "Jesus answered, 'Have you not read that from the beginning the Creator 'made them male and female,' and said, 'For this reason a man will leave his father and mother and be united to his wife, and the two will become one flesh? So they are no longer two, but one flesh. Therefore what God has joined together, let man not separate."'); (See, Genesis 20:2, Genesis 24:67, Genesis 12:19, Genesis 20:1-4, Cf., Genesis 12:19, I believe "took her as my wife" means having sex with a woman.)

224. Jesus teaches leaders are servants. (See, Matthew 23:11 and Luke 22:26.)

225. In Ephesians 5:23, I learn husbands are leaders to their wives.

226. Thereby I believe husbands, as leaders, are servants to their wives. Husbands feed, care for and tend to their wives. Misleaders, teach husbands to enslave wives, instead of teaching husbands to be servants. Misleaders like Defendant teach men to be servants of self.

227. I believe Servants of self are servants of Satan, and servants of sin.

228. Servants of self exploit those they profess to serve, misleading and deceiving them, under the guise of helping them, to instead help themselves instead.

229. I believe Defendant exploits women, demeaning them, to instill pride in self and in other men which thinking I believe damns people to hell.

**B. MISTREATMENT OF FOREIGNERS**

230. I believe Trump persecutes the foreigner by his policies at the Border, when the Bible teaches us to love foreigners as ourselves. (See Exhibit 7, please refer to the article of impeachment I drafted related to the border).

231. The Bible in Leviticus 19:34 provides, "The foreigner residing among you must be treated as your native-born. Love them as yourself, for you were foreigners in Egypt. I am the LORD your God."

232. The Bible in Exodus 22:21 commands, "You must not exploit or oppress a foreigner resident, for you yourselves were foreigners in Egypt."

233. The Bible in Deuteronomy 10:19 commands, "So you also must love the foreigner, since you yourselves were foreigners in the land of Egypt.".

234. Defendant encourages the people to violate these commands by instilling unconcern, absence of love and bitterness for those who may compete for jobs and resources, instead of loving them, not exploiting them or resenting them for the love of money.

235. "'They can't get jobs, because there are no jobs, because China has our jobs and Mexico has our jobs,' Trump said." (Citing, ABC News, *Donald Trump Sells Chinese Goods Despite Accusing China of Stealing US Jo*bs, *Trump says he's "obligated" to buy Chinese goods while China has U.S. jobs.*, By SUSANNA KIM, June 17, 2015, 2:45 PM, https://abcnews.go.com/Business/donald-trump-sells-chinese-goods-accusing-china-stealing/story?id=31826791).

## C. ADDITIONAL ECONOMIC STRAIN

236. I believe a good leaders care for those they are charged to serve and teach those they serve to be great too by serving one another, not exploiting one another to serve business greed or self gain. (See Matthew 23:11)

237. I believe good leaders alleviate economic strains, instead of ignoring or exploiting them, by at least giving those the leaders serves notice to prepare for foreseeable harm so as to reduce the harmful impact.

238. I believe Trump is increasing temptations to sin by driving out love replaced by fear, leading many people to hell by exacerbating desperate conditions instead of alleviating them, fanning the flames of disease and death, racial tensions, political tensions, economic tensions, religious tensions, and gender based tensions, under the illusion of Godliness.

239. Defendant increases desperate conditions by his failure to care for those he serves, exacerbating harm, and thereby, increasing the temptation for the people he is charged to serve, to sin, by focusing on money, misleading them to hell.

240. I believe defendant exacerbates desperate conditions to exploit the masses he is charged to serve tempting them to serve greed, trust in money, to be damned to hell.

241. Defendant teaches people to serve greed instead of teaching them to care for one another which leads people to hell. (See, Acts 8:20, "Peter answered: 'May your money perish with you, because you thought you could buy the gift of God with money!"). (People are more valuable than money. God commands us to

love people not money. In John 13:34, Jesus said "A new command I give you: Love one another. As I have loved you, so you must love one another.")

242. Defendant increases the probability of welfare, social security, Medicare and retirement will be reduced by his policy of ignorance and exploitation by discouraging love for one another, and encouraging business greed, thereby tempting people to love money, seek to trust in and protect money, while driving out their love for others, misleading many people to hell.

243. I believe there is always a way out from sin. (See, 1 Corinthians 10:13, "No temptation has overtaken you except what is common to mankind. And God is faithful; he will not let you be tempted beyond what you can bear. But when you are tempted, he will also provide a way out so that you can endure it.")

244. Should social security be eliminated or reduced, Defendant may choose to persuade Congress to lift the cap on the social security tax, which would increase funding so all earned wages would be taxed. Or in the alternative, Defendant may encourage congress to apply social security taxes upon higher waged earners to encourage businesses to not only pay their employees more to avoid paying more in taxes, but also to increase tax revenue to help fund social security to take care of the elderly.

245. Additionally, Congress has the power to coin money without borrowing it during the duration of the pandemic. Congress has the power to bail out all Americans $2,000.00 a month, with back pay from the inception of the national emergency to alleviate the economic strain to take care of the people instead of exploiting them to serve business greed. It is okay if Americans boost other economies by buying international goods. I believe other people are not our enemies. They merely are people who live somewhere else, people Jesus commands us to love not exploit to serve greed.

246. Instead of alleviating desperate economic strains by implementing policies and encouraging laws that care for the people, the Defendant exacerbates economic strains to serve those who may serve him, thereby serving himself, at the expense of those he is charged to serve.

247. Defendant encourages polluting factory jobs, which I believe will become low paying, back breaking and polluting bad investments, causing not only money losses, but also loss of life, health and permanent destruction to the environment affecting the lives and health of future generations.

248. Under the guise of helping people Defendant merely seeks to exploit them under his policy of job encouragement, to serve himself through bartered favors, at the expense of those he is charged to serve.

249. I believe the United States does not have the laws to protect the environment and people required should more factories be built.

250. I believe the initial salaries for potential factory workers may be higher now, before foreseeably, losing a hundred fold of profits down the line as the global businesses open up and compete and create improvements off the backs of bad investments made to fail here at home, reducing salaries here while leaving the scars of loss of health, life and pollution, while reducing factory workers' salaries, or eliminating jobs by automation or due to loss of profit.

251. Additionally, the suppliers of raw materials such as North Korea and Russia, may tempt businessmen and businesswomen into forming factories by offering low costs for materials, as they may collude in get rich quick business schemes with American businessmen and women to make money off of failing in America too. Once the factories are built and investment and debt is incurred, the suppliers may increase the prices down the line reducing profit and thereby encouraging the temptation for the factory owners to reduce the salaries of their workers.

252. Defendant allegedly seeks to bring manufacturing or factory jobs to the United States.

253. I believe there is no foundation of success for factory jobs, just stress, distress and failure at this time.

254. I believe Defendant tempts people to sell or enslave people's souls in exchange for salaries, to serve business greed, by his jobs rhetoric, only to harm them down the line, by creating jobs where people will be exploited for profit, taken advantage of under the guise of being taken care of. (See, CNN, Trump wants to create 10 million jobs in 10 months. Here's why that might be tricky, By Anneken Tappe, CNN Business, Updated 12:24 PM ET, Fri August 28, 2020https://www.cnn.com/2020/08/28/economy/trump-10-million-jobs/index.html).

255. Those in charge of manufacturing companies or factories may escape personal culpability for the physical and economic harm they may foreseeably cause, including unpaid construction fees, while gaining profit, via resigning, entering the business into bankruptcies, not personal bankruptcies, and by receiving business bail outs, tax breaks or other government incentives.

256. I believe it is wrong when business people make money off of failure, while escaping personal culpability. Yet, I believe this is the foreseeable result of Defendants' economic model.

257. I believe bad business, made to fail business is made more profitable for some big businesses at this time, under the Defendant's administration.

258. The Defendant appears to have made profit despite failed bankrupted businesses, which is evidence that bad business, also known as, made to fail business is often profitable in America, by those who exploit our unjust laws.

259. The Internal revenue allows for businesses, including farmers, if requirements are met, to take deduction for losses against profits for about three years back or three years forward if they spill, kill or destroy food or products under 26 U.S. Code § 1212.

260. During this pandemic, sales for some products around the globe has foreseeably decreased as governments have partially, temporarily closed down certain sectors of the economy around the globe.

261. Thus, many big businesses likely will receive less revenue from products sold, albeit they may have artificially increased stocks by stock buy backs, creating the appearance of an economic boom or stability, while possibly maintaining high salaries or even giving bonuses to those in charge for such manipulated increase in stocks.

262. Many businesses will be foreseeably tempted to enter into Bankruptcy, insulating many salaries and bonuses given to people by businesses and entities, who work in made to fail, made to bankrupt, businesses or entities.

263. Since, profit loss for big businesses is increasingly likely during the pandemic as factories or entities partially shut down, businesses have a decreased incentive to give products or food or products away since the businesses cannot deduct charitable donations against such losses, during a year they made little to no profit under the tax code, unless the Cares act amended this.

264. Thus, many businesses, had an incentive to destroy or throw out products to take advantage of the rule deducting losses against future or past profit, instead of giving to charities.

265. In addition, businesses are more likely eligible for business bailouts or business loans if they declare losses by killing, spilling or destroying food or products by throwing them out.

266. Many Americans may remain hungry as farmers spilled milk literally, with the incentive to gain the tax write off and or eligibility for bailouts or loans.

267. By trashing products and items to gain monetary advantage, business men and ladies increase pollution in wasteful production, for throw away items while also filling up the landfills.

268. The three year forward and back business tax break is a tool to monopolize supply to maximize business profit at the cost of harming people's lives, health and the environment.

269. I believe the Defendant is increasing the risk of an artificial, intentional, manufactured stock market crash that will foreseeably occur down the line by choosing not to discourage made to fail businesses, where even state and local government employee's pensions may be at risk of reduction or loss in Chapter 9 bankruptcies, thereby tempting folks to focus on money instead of God, by exacerbations of desperate conditions, misleading many to hell.

270. I believe the tax break for charitable donations serves Satan and damns people to hell. I believe this tax rule drives out unconditional love from the hearts of men replaced with business greed by barter or exchange. (Citing Matthew 6:1-5, and 26 U.S. Code § 1212).

271. I believe Defendant's is misleading people to give to charities years down the line to take advantage of this unholy rule, the charitable tax deduction rule, thereby misleading them to hell for the praise of men or some other benefit. (26 U.S. Code § 1212).

272. I believe Defendant encourages violations of the 13th amendment, forced servitude by increasing the conditions to foreseeably reduce and, or remove

welfare, thereby increasing desperate conditions that force people to work, and encouraging organized charity which I believe damns people to hell forever, should they not repent.

273. I believe pro bono, fundraising, volunteering, organized charity, and even selling girl scout cookies is a great sin that damns people to hell, and those they mislead too, should they not repent of such evil.

274. In Matthew 6, Jesus commands do not give charitable love seen. I believe it is better not to give anything than to give charity recognized. Jesus teaches when you give charitable alms, do not know your left hand from your right hand, meaning do not give out of one hand to get out of the other. By teaching giving to get is charitable love, people wrongly learn business by barter or exchange is love, driving out the love from the hearts of man, replaced with the love of money, the mark of the beast, the mark of the damned as good, business greed. (Citing Matthew 6:1-4); (See, Romans 4:4 "Now to the one who works, wages are not credited as a gift but as an obligation." Love is not business and can not be bought or bartered for.)

275. Like "hypocrites" many who encourage charitable donations, teach giving money is good. (Citing Matthew 6:2). So, if someone has no money to give, they wrongly learn they can not be good. Next thing you know, people are

tempted to demean the needy they beg for, calling them deadbeats, lazy, worthless and other ugly, untrue things.

276. Compromising Jesus's words for man's material gain only harms and misleads the people for temporary benefits.

277. It is not worth selling souls for a bowl of soup, or food, or to encourage charitable alms which violate Jesus's teachings, no matter how starving someone is, since it misleads people to eternal death in hell. (See, Genesis 25:29-34, This is the story of Jacob and Esau where Esau sold his birthright for a bowl of soup)

278. I believe we do not live by bread alone but feed our soul with every word of God for eternal life. (Citing, Deuteronomy 8:3, Matthew 4:4, Luke 4:4).

279. I believe those who live on bread alone, meaning money and material things or people they may seek to buy by loyalty or favors, do not have eternal life.

280. Defendant also donated his salary. (USA TODAY, Fact check: President Donald Trump donates his salary, but he still makes money, by Molly Stellino, published July 11, 2020, https://www.usatoday.com/story/news/factcheck/2020/07/11/fact-check-donald-trump-donates-salary-but-he-still-makes-money/5410134002/).

281. I believe the Defendant sins against God and man for donating his salary because it violates Jesus Christ's teachings not do charitable alms recognized.

282. I believe the Defendant misleads people to hell by donating his salary, under the guise of good or Godliness.

283. Defendant models misbehavior, some Americans follow under the guise of good, thereby misleading them to hell by sinful thinking. (Isaiah 9:16 "For the leaders of the people have misled them. They have led them down the path of destruction," meaning hell, the final death); (Matthew 15:14, "Disregard them! They are blind guides. If a blind man leads a blind man, both will fall into a pit." meaning hell); (Matthew 23:16 "Woe to you, blind guides! You say 'If anyone swears by the temple, it means nothing; but if anyone swears by the gold of the temple, he is bound by his oath."); (Micah 3:5 "This is what the Lord says: 'As for the prophets who lead my people astray, who proclaim peace while they chew with their teeth, but declare war against one who puts nothing in their mouths.")

284. As a Christian, I love all people.

285. I believe some people are misled to hell under the guise of heaven by Defendant's leadership.

286. The Defendant has not chosen to scold Americans use of violence toward human life and health, or to discourage the use of violence against people as opposed to property, and so he encourages violence by inciting passion, so the people sin, leading to hell, instead of encouraging truth in love and guidance. ('No Blame?' ABC News finds 54 cases invoking 'Trump' in connection with violence, threats, alleged assaults. President Donald Trump insists he deserves no blame for divisions in America. By, Mike Levine, May 30, 2020, 8:20 AM, https://abcnews.go.com/Politics/blame-abc-news-finds-17-cases-invoking-trump/story?id=58912889&fbclid=IwAR0lxUvVytdnrT2EahtVznEzSudldtMU9SBee_gORxyOLua025FmPoqe_Wo); Washinton Post, The Trump administration said that militarizing the police reduces crime. Is that true?, by Ayse Eldes and Kenneth Lowande, June 1, 2020 at 5:00 a.m. EDT, https://www.washingtonpost.com/politics/2020/02/26/trump-administration-says-that-militarizing-police-reduces-crime-is-that-true/); (See, CBS News, "When the looting starts, the shooting starts": Trump tweet flagged by Twitter for "glorifying violence", MAY 29, 2020 / 1:16 PM / CBS/AP https://www.cbsnews.com/news/trump-minneapolis-protesters-thugs-flagged-twitter/ The president encouraged violence by tweeting when the looting starts the shooting starts).

286. The Defendant failed to admonish neo Nazis, white nationalists or kkk members against the use of violence after people were harmed or killed by their alleged members.

287. I believe my God teaches the use of violence is wrong.

288. I believe might does not make right. Might makes wrong. (See, Wisdom 2: 10-11 regarding how children of the devil think. "Let us oppress they needy just man; let us neither spare the widow, nor revere the old man for his hair has grown white with time. But let our strength by our norm of justice; for weakness proves itself useless.")

289. Defendant's policies encourage the destruction of the environment to serve greed through his executive orders encouraging drilling for oil and gas in the United States territories. (See Exhibit 8 attached, please find a document I drafted and sent to federal law makers in hopes to prevent the destruction of our environment triggered by Defendant's related executive orders, which would in turn cause desperate conditions, tempting folks to sin.)

290. According to worldometer, coal, gas and oil will run out in a calculated number of years. (See, https://www.worldometers.info/).

291. Accordingly, investing in energy that will run out is not a wise monetary investment, nor does it serve the lives and health of the American people or our environment.

292. I believe Defendant's dirty energy policies serve Satan by "kill(ing), steal(ing) and destroy(ing)" lives to serve Defendant's self-gain by barter or exchange, even gaining personal loyalty by those who profit by such dirty energy dealings. (Citing, John 10:10, "The thief comes only to steal and kill and destroy; I have come that they may have life, and have it to the full.")

## V. SPECIFIC EXAMPLES WHERE DEFENDANT CREATES THE ILLUSSION OF SUPPORTING CHRISTIANITY, THEREBY SUPPRESSING OTHER DIFFERENT BELIEFS, INCLUDING MY BELIEFS IN CHRISTIANITY THEREBY MISLEADING PEOPLE I LOVE TO HELL, DESTROYING SEPARATION OF CHURCH AND STATE, MAKING US ALL LESS FREE

### A. APPOINTMENT OF PERSONAL SPIRITUAL ADVISOR, AND ALLEGED CHRISTIAN LEADERS ADVIZING THE DEFENDANT CREATING THE APPEARANCE OF SUPPORT OF CHRISTIANITY

293. Plaintiff, Meghan Kelly, repeats and incorporates by reference all of the above paragraphs and all of the below paragraphs, and the Exhibits and citations, the paragraphs refer to herein as admissible under nonhearsay and hearsay exceptions, including but not necessarily limited to, probative fact, state of mind, belief, present sense impression, periodical exception, excited utterance, admission by party opponent, as though set forth herein in the first instance.

294. Defendant Trump is misleading people I love to hell by appearing to buy church support, or apparent backing by God or apparent support of God, by bartering favors by allowing influence in his cabinet by certain Christian leaders, and by signing an executive order allegedly making it easier for churches and other religious groups to engage in politics without endangering their tax-exempt status. (See, Trump eases ban on political activity by churches, By Jordan Fabian and Naomi and Jagoda, 05/04/17 11:58 AM EDT, https://thehill.com/homenews/administration/331902-trump-eases-ban-on-political-activity-by churches#:~:text=President%20Trump%20signed%20an%20executive%20order%20Thursday%20making,organizations%20during%20a%20National%20Day%20of%20Prayer%20event.)

295. "Florida televangelist Paula White, who has served as a spiritual adviser to President Trump, (joined) his administration in an official capacity,

according to a senior administration official and another person familiar with the move." (Citing, Washington Post, Paula White, Trump's key spiritual adviser, will join the White House, By Sarah Pulliam Bailey November 1, 2019 at 1:35 p.m. EDT, https://www.washingtonpost.com/religion/2019/11/01/paula-white-trumps-key-spiritual-adviser-reportedly-will-join-white-house/).

296. Paula White, heads the "White House's Faith and Opportunity Initiative, a successor to previous administrations' faith-based office that coordinates outreach to religious communities." (Citing, Religious News Service, Paula White to head Trump's faith office, by Jack Jenkins and Adelle M. Banks, November 1, 2019, https://religionnews.com/2019/11/01/paula-white-to-head-trumps-faith-office/?utm_source=RNS+Updates&utm_campaign=98de8ad604-EMAIL_CAMPAIGN_2019_01_09_06_29_COPY_02&utm_medium=email&utm_term=0_c5356cb657-98de8ad604-116936653 ).

297. The following Christian leaders, in their capacity as spiritual advisors, allegedly are members, or were members of the Defendant's advisory board, according to the National Catholic Reporter; Gary Bauer, Mark Burns, Tim Clinton, James Dobson, Jordan Easley, Jerry Falwell Jr., Ronnie Floyd, Jack Graham, Rodney Howard-Browne, Harry Jackson, Robert Jeffress, Richard Land, Greg Laurie, Eric Metaxas, Johnnie Moore, Frank Page, Tony Perkins, Ralph Reed, Tony Suarez, and Paula White. (Citing, National Catholic Reporter, The key

evangelical players on Trump's advisory board, Sep 5, 2017, by Adelle M. Banks, Religion News Service, https://www.ncronline.org/news/politics/key-evangelical-players-trumps-advisory-board).

298. The inclusion of powerful Christian leaders on the Defendant's advisory board creates the inherent illusion of government backing of one religious group who hold certain religious beliefs or the actual backing of one religion, while suppressing others, making Americans less free to worship or not under the threat of government persecution by inherent suppression by the de facto display of government support of one belief or religious group over others.

## B. HOLDING UP A BIBLE IN FRONT OF A CHURCH

299. In early June, the Defendant held up a bible as he posed for a photo outside the damaged St. John's Episcopal Church located at Lafayette Square, on the same day government agents tear gassed protestors.

300. This act of holding up a religious symbol, the Word of God misleads many folks I love to believe supporting Trump's misbehavior, also known as sins, such as the use of violence, such as government violent persecution by gassing protestors while exercising their freedom of association and speech, supports God.

301. This act of holding up the bible misleads people I love to believe the Defendant is receiving the backing of God.

302. Trump violated the establishment clause by creating the appearance of supporting a religion, thereby chilling the views of those with diverse views, while encouraging a false belief in Jesus's teachings, and turning others who do not believe in Jesus away from Christianity.

303. The act of holding up the bible misleads people I love to believe Trump's sinful behavior is okay or even cleansed by God when it is not, without repentance.

304. This act misleads people I love to believe sin is ok, when sin leads to the second death, loss of eternal life without repentance. (Luke 13:3, "But unless you repent, you too will all perish," meaning in hell, the second final death); (Luke 13:5, "I tell you, Nay: but, except ye repent, ye shall all likewise perish.")

305. I love all people including my enemies, and those I do not know. So, even if one person is misled by remaining under the deception of Defendant's use of religion for his own vanity, use of the Bible, the Word of God, religion, for his own purpose in place of God under the guise of serving God, I face harm at losing the opportunity to feel a fuller type of love with them on judgment day.

306. Trump appeared to support the religion Christianity by holding up the bible, and other activity discussed herein, creating the communication of state sponsored religion.

307. The Defendant told Fox News, '"I think it was a beautiful picture, … And I'll tell you, I think Christians think it was a beautiful picture."' (Citing, Fox News, Trump responds to Milley apology for Lafayette Square photo op, By Brooke Singman, published June 12, 2020, phttps://www.foxnews.com/politics/trump-responds-to-milley-apology-for-lafayette-square-photo-op

308. This activity purports to give Defendant's backing to Christianity, and evidences his desire to be backed by Christians based on their religious beliefs.

309. This activity purports to give God's backing to Trump for using the Word of God, the Bible, to be used for Trump's governing purpose, also known as Trump's vanity under the guise or illusion of a religious purpose.

310. Trump misleads people I love to believe serving sin is serving God, by holding up the Bible.

311. Trump misleads people I love into believing serving greed is serving God when Jesus teaches "You cannot serve God and money." (Citing, Matthew 6:24).

312. I believe those who glorify money gained by barter or exchange, business greed as their heart's desire in place of God's will, will be damned to hell should they not repent. (See, Matthew 7:21, "'Not everyone who says to me, 'Lord,

Lord,' will enter the kingdom of heaven, but only the one who does the will of my Father who is in heaven."'); (See, John 14:23, "Jesus replied, 'Anyone who loves me will obey my teaching. My Father will love them, and we will come to them and make our home with them."'); (Also see, John 8:51, '"Truly, truly, I tell you, if anyone keeps My word, he will never see death,"' meaning the second death, absence of eternal life).

313. Trump misleads people I love into believing serving their own will, in place of God's will is Godly by Trump's modeling of misbehavior, lovelessly living for self like Satan does, as shown in Isaiah 14:13-14, placing self first like Satan, instead of laying down their lives for God by their love for God foremost, and subordinately, loving others as themselves, including their enemies. (Mark 12:30-31 "'Love the Lord your God with all your heart and with your soul and with all your mind and with all your strength...Love your neighbor as yourself"''); (See Luke 10:29-37. Neighbor includes those who cannot ever pay you back for the material or monetary sacrificial benefit conferred by praise, barter or monetary exchange.); (Citing, Matthew 7:11, Luke 11:13, Merely conditionally caring for your own is not unconditional love. "Even (those) who are evil give good things to their children."); (See, Matthew 16;24, Luke 9:23, Mark 8:34 regarding, laying down our lives by picking up cross for Jesus by denying self, placing God first not our own desires first.) ( 1 Corinthians 13:4-8, "Love is not self seeking").

314. Trump misleads people I love to hell by teaching the punishments for original sin is the reason to live. I believe the punishments are meant to teach humility leading to salvation instead of pride leading to damnation. The punishments are meant for edification by loving guidance even when we are corrected. The punishments and the pursuit of the fruits of the punishments is not the purpose of our lives.

315. Those who glorify the punishments work, marriage and child rearing and the fruits of such money, sex, exploiting or using spouses and children to serve business greed as the reason to live to reflect evil, absence of love, absence of God, conditionally caring with no unconditional love, the sins of pride, greed, lust and evil self seeking ambition, instead of receiving humility leading to salvation, reflect a little piece of hell on earth. Pride is sin. (See, Leviticus 26:19, Obadiah 1:3, Psalm 59:12, Psalm 73:6, Isaiah 9:9, Jeremiah 13:17, Proverbs 29:23, Zephaniah 2:10, Proverbs 8:13, Proverbs 16:18,Proverbs 11:2, Jeremiah 48:29, Isaiah 16:6. Glorifying and trusting in works, in business and in people in place of God is great sin.); (See, Proverbs 11:28, "He who trust in his riches will fall (meaning into the pits of hell), but the righteous will thrive like foliage..); (See, Psalm 62:10, "Look at the man who did not make God his refuge, but trusted in the abundance of his wealth, who strengthened himself brining destruction."); (See, Micah 7:5, "Do not trust a neighbor; put no confidence in a friend. Even with the

woman who lies in your embrace guard the words of your lips."); (See, Jeremiah 9:4 "Beware of your friends; do not trust anyone in your clan. For every one is a deceiver, and every friend a slanderer.")

316. I place my trust in God. (Psalm 118:9 "It is better to take refuge in the LORD than to trust in princes."); (Psalm 91:2 "I will say of the LORD, "He is my refuge and my fortress, my God in whom I trust.")

317. I believe the purpose to live is more glorious than the punishment or the fruits of the punishments for original sin.

318. I believe the purpose of life is to love because we were created because God loves us, and to gain eternal life by such love, to love God foremost, to love self, and love others as self thereby reflecting the image of God because "God is love." (Citing, 1 John 4:16, 1 John 4:8).

319. The purpose of life is not to reflect the image of Satan by living for self, seeking to be loved when we are already loved by God. (1 John 4:19,"We love because he first loved us.")

## C. DEFENDANT HYPOCRITICALLY CLAIMS "BIDEN WILL HURT THE BIBLE" AFTER DEFENDANT HELD THE BIBLE UP FOR HIS OWN VANITY EARLIER THIS SUMMER

320. "President Trump … claimed presumptive Democratic presidential nominee Joe Biden, a practicing Catholic, is 'against God' as he levied a stream of attacks on his likely opponent in the November election." Trump said, standing behind a podium with the presidential seal. 'Hurt the Bible. Hurt God. He's against God...'" (Citing, The Hill, Trump claims Biden is 'against God' and will 'hurt the Bible' By Brett Samuels, 08/06/20 02:45 PM EDT, https://thehill.com/homenews/administration/510900-trump-claims-biden-is-against-god).

321. Defendant wrongfully presumes to be the authority on God while acting with government power, wrongfully persecuting his political opponent's religious identity, and indirectly persecuting his opponent's supporters under the inherent, actual threat of government persecution by ridicule or otherwise.

## D. TRUMP PERSECUTES PEOPLE WHO EXERCISED THEIR FREEDOM NOT TO WORSHIP, BY DEMEANING THOSE WHO OMITED THE WORD GOD IN THE PLEDGE OF THE ALLEGIANCE

322. "Trump took to Twitter to accuse Democrats of not uttering the word 'God' in the pledge at (the) Democratic National Convention." (Citing, The Hill, Trump targets Democrats over Pledge of Allegiance, By Tal Axelrod, 08/22/20 11:53 AM EDThttps://thehill.com/homenews/administration/513218-trump-targets-democrats-over-pledge-of-allegiance).

323. Trump tweeted "'The Democrats took the word GOD out of the Pledge of Allegiance at the Democrat National Convention. At first I thought they

made a mistake, but it wasn't. It was done on purpose. Remember Evangelical Christians, and ALL, this is where they are coming from-it's done. Vote Nov 3!'" Id.

324. Trump Suppressed the free exercise of religion by condemning the omission of the word God in the pledge of the allegiance, thereby creating a chilling effect of persecuting those who believe differently than the government sponsored belief espoused by the Government agent Defendant President Trump.

325. Defendant violated the freedoms of those he serves by persecuting people who worship or not according to the dictates of their conscience, not the dictates of the Defendant by omitting the Word God in the pledge of the allegiance.

326. Defendant may not lawlessly persecute folks for exercising the freedoms Defendant swore an oath to protect. (See *Lee v. Weisman*, 505 U.S. 577 (1992), "It is beyond dispute that, at minimum, Constitution guarantees that government may not coerce anyone to support or participate in religion or its exercise, or otherwise act in way which establishes state religion or religious faith or tends to do so. U.S.C.A. Const.Amends. 1, 14.")

327. Defendant is not a Godhead.

328. Defendant is a mere man.

## E. DEFENDANT IMPROPERLY SHARED HIS ALLEDGED PERSONAL TALK WITH HIS DEITY

329. In August, 2020, Defendant Trump improperly shared an alleged talk with his personal deity to a large group of Americans at a rally, while acting under the cloak of government authority as President of the United States. (Citing, HuffPost, Trump Claims COVID-19 Is God Testing Him After He Built 'Greatest Economy In History' The president described boasting to God about his economic successes before the coronavirus pandemic., By Carol Kuruvilla, , 08/17/2020 08:19 pm ET Updated Aug 20, 2020, https://www.huffpost.com/entry/trump-coronavirus-god-testing-him-building-economy_n_5f3af4f3c5b670ab17aec416?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuYmluZy5jb20v&guce_referrer_sig=AQAAAK_pSPCqwjcLq5y_w0V2uiT1mdFxf_h7AMxQDmAMkHuiYBYGtqCpk_JeegXMdUbqyCbSuFixlTI_h0hGHFFMWNzEDXhCtW7yrSRl9O6qsnA_gX9kpvYMQWvyf3er93TgeTKYe52GkwHXK8XJh1rrlwWMAxMVwVxTNuYbzdP98TeG )

330. Trump told supporters "'You know what that is? That's God testing me,' … "He said, 'You know, you did it once.' And I said, 'Did I do a great job, God? I'm the only one that could do it.' (God) said, 'That you shouldn't say, now we're going to have you do it again.'" Id.

331. "Trump said, 'We built the greatest economy in the history of the world, and now I have to do it again,'" Id.

332. Defendant improperly shared his personal alleged discussion with his deity, with his supporters, thereby creating the illusion Defendant is supported by God or has a relationship with the Christian God, thereby supporting his alleged religious belief while suppressing others.

333. Defendant also violated Jesus's teachings concerning prayer.

334. Jesus taught us we should pray in secret, not to be seen like the hypocrites who have their earthly reward. Our father who hears in secret will reward us openly, I believe on judgment day. (Citing, Matthew 6:5-8.)

335. Jesus even modeled how we should pray by going to lonely places to pray, not to gain the praise of man but of God as he leads us concerning his will. (See, Luke 5:16, "But Jesus often withdrew to lonely places and prayed."); (Matthew 14:23, "After He had sent them away, He went up on the mountain by Himself to pray. When evening came, He was there alone"); (Mark 1:35, "Early in the morning, while it was still dark, Jesus got up and slipped out to a solitary place to pray."); (Luke 3:21, "When all the people were being baptized, Jesus was baptized too. And as He was praying, heaven was opened."); (Luke 6:12, "In those

days, Jesus went out to the mountain to pray, and He spent the night in prayer to God.").

## F. DEFENDANT CREATED THE ILLUSSION THERE IS A WAR ON CHRISTMAS

336. Trump created an illusion that there was a war on Christmas.

337. The President asked,

'"Do you remember they were trying to take 'Christmas' out of Christmas?' … President Donald Trump saved America's right to speak the words 'Merry Christmas.' That's what Trump told the conservative student group, Turning Point USA, during a speech on Sunday in Florida. Trump explained that during his 2016 candidacy he promised to fix the issue of 'they' attempting to take the word 'Christmas' out of Christmas. Do you remember they were trying to take 'Christmas' out of Christmas? Do you remember? They didn't want to let you say 'Merry Christmas,' the president said. Trump then said that because he stated, during the campaign, 'They are going to say Merry Christmas again.' And now, he said, 'They are.' The president continued, 'That's the least of it, too. Because we got a lot of things that they're doing that they weren't doing.'" (Citing, The Rolling Stone, Trump: People Are Saying 'Merry Christmas Again' Thanks to Him, By Peter Wade, DECEMBER 23, 2019 4:42PM ET, https://www.rollingstone.com/politics/politics-news/people-are-saying-merry-christmas-again-thanks-to-trump-930898/).

338. Not all people are Christians.

339. It is wrong to force the Defendant's claimed religious belief upon others.

340. The Defendant is not God.

341. I believe God gives us free will, the choice to accept God's love, salvation and eternal life or to reject God's love by choosing the way to the final death.

342. Trump created the illusion that private citizens were not free to say Merry Christmas.

343. Private citizens are free to say Merry Christmas or not according to the dictates of their own conscience, not the required demands of the government or supporters of the government agent, the Defendant.

344. Government leaders, including Defendant, have more limited rights to support religion and holidays in order not to chill the religious freedoms of those Defendant serves because of the inherent threat by the cloak of government authority.

345. By creating the lie that private citizens could no longer say Merry Christmas, Defendant was supporting one religion and suppressing other Americans' freedom to worship or not according to the dictates of their own conscience not the dictates of the Defendant while acting under the cloak of government authority.

346. There was no war on Christmas.

347. Trump manufactured the alleged war on Christmas to use my religion, Christianity, for his own vanity, for his own political purpose to garner support, sinning against God and man while violating the establishment clause of the Constitution.

## G. DEFENDANT CREATING THE ILLUSSION, HE MAY BE THE CHOSEN ONE BY GOD

348. In June 2020, "CBN News political analyst David Brody asked Trump about the claim that God put him "in office for such a time as this."" Citing, Fox News, 'I hope it's true': Trump responds to claim he was chosen by God, By Caleb Parke, June 25, https://www.foxnews.com/politics/trump-god-appointed-christian-interview ).

349. Trump responded, '"I almost don't even want to think about it," Trump said. "Because you know what, all I'm gonna do is, I hope it's true. All I'm going to do is, I'm going to do my best."' Id.

350. According to an article on Fox News, University professors say more churchgoers believe Trump is 'anointed by God', By Caleb Parke, May 13, 2020,

> "In a 'Religion in Public' blog post … titled 'Trump The Anointed?' Ryan Burge, assistant professor of political science and graduate coordinator at Eastern Illinois University, and Paul Djupe, an associate professor of political science at Denison University in Ohio, called it a 'phenomenon that is sweeping American religion.' "We were quite surprised by the result that

49 percent of those frequently attending worship services believed that Trump was anointed by God to be president," Bruge and Djupe told Fox News in an email. 'At least until we examined the evidence that suggested religious and secular elites continue to claim that Trump has a religiously significant role to play.' They added, 'Mainly limited to Republicans, we find dramatic increases in belief in Trump's anointment when their faith is linked to politics. As threats become larger, both real and imagined, the religious significance of the presidency appears to be growing among a wide portion of the population.'Djupe, an affiliated scholar with Public Religion Research Institute, tweeted about the results compared to a similar survey of white Protestants last year. 'There's a big increase in believing Trump is anointed.'" (Citing, Fox News, University professors say more church goers believe Trump is 'anointed by God', By Caleb Parke, May 13, 2020, https://www.foxnews.com/us/trump-2020-university-church-god).

351. On Aug. 21, 2019, Defendant tweeted,

"Thank you to Wayne Allyn Root for the very nice words. "President Trump is the greatest President for Jews and for Israel in the history of the world, not just America, he is the best President for Israel in the history of the world...and the Jewish people in Israel love him..." (CBS NEWS, *Trump tweets quote calling him the "second coming of God" to Jews in Israel*, By Sophie Lewis, AUGUST 21, 2019 / 3:47 PM / CBS NEWS, https://www.cbsnews.com/news/trump-tweets-quote-calling-him-the-second-coming-of-god-to-jews-in-israel/).

352. On Aug, 21, 2019, Defendant continued to tweet,

"....like he's the King of Israel. They love him like he is the second coming of God...But American Jews don't know him or like him. They don't even know what they're doing or saying anymore. It makes no sense! But that's OK, if he keeps doing what he's doing, he's good for...." Id.

353. "The latest tweets come a day after President Trump criticized 'any Jewish people that vote for a Democrat,' saying it 'shows either a total lack of knowledge or great disloyalty.'" Id.

## H. DEFENDANT MOVED THE US EMBASSY IN ISRAEL TO JERUSALEM FOR A RELIGIOUS GROUP, EVANGELICALS

354. Trump says he Moved the US Embassy to Jerusalem for the Evangelicals. Specifically, at a Trump rally in Oshkosh, Wisconsin Trump stated "We moved the capital of Israel to Jerusalem...That's for the evangelicas."

(See, The Hill, Trump: 'We moved the capital of Israel to Jerusalem. That's for the evangelicals'

Aris Folley 8/18/2020, https://www.msn.com/en-us/news/politics/trump-we-moved-the-capital-of-israel-to-jerusalem-that-s-for-the-evangelicals/ar-BB185cwp).

355. Defendant appeared to base his political decision to support religion, or to gain the support of religious supporters, thereby impermissibly excessively entangling politics and religion in violation of the 1st and 5th Amendments. (See, County of Allegheny v. American Civil Liberties Union Greater..., 492 U.S. 573 (1989); Abrogated by Town of Greece, N.Y. v. Galloway, U.S., (May 5, 2014), the "Constitution mandates that government remain secular, rather than affiliating itself with religious beliefs or institutions, precisely in order to avoid discriminating among citizens on basis of their religious faith.")

## IV. GOVERNMENT SPONSORED PRIVATE PERSECUTION, BUYING LOYALTY BY BARTER OR EXCHANGE, CHURCH DONATIONS FOR A LITTLE SOMETHING DOWN THE LINE SUCH AS BAILOUTS, OR POWER TO PERSUDE POLITICIANS, AT THE COST OF TEACHING SOME PREACHERS TO PERSECUTE LIBERALS LIKE ME, SINCE I DO NOT SUPPORT THOSE WHO SUPPORT THEIR POCKETS OR POLITICAL POWER

356. On or about, May 4, 2017, President Trump signed into law Ex. Or. No. 13798, 82 Fed. Reg. 21675. (See, Exhibit 9).

357. The President's Executive order allows churches to donate to political campaigns who align their interest with the President's interest.

358. I have noticed some preachers teach opposition towards liberals like me, causing economic, social and political persecution based on I believe government sponsored support.

359. I have listened to preachers condemn or put down "liberals" when God loves all people, even liberal democrats like me.

360. People have accused me of not being a Christian when I told them I am a democrat. They have also said "you can not be a democrat and a Christian too."

361. I am a Christian.

362. I am a Democrat too.

363. I believe strangers learned wrong because Defendant and those he exploits by supporting state sponsored private persecution teach them wrong, misleading them.

364. I believe the unholy union of church and state the Defendant magnifies is purposely made to increase government sponsored private religious persecution towards me and others who do not support Defendant's interest, to serve Defendant's political gain.

365. Regardless of intent, the result of the unholy union of church and state the Defendant creates is in fact generating government sponsored private religious persecution towards me and others.

366. Trump misleads religious people in churches who desire power, worldly influence and money or favors traded more than the true treasure God in the heart's of man.

367. Trump's executive order tempts church leaders to go on the path to hell by seeking to gain the world, by bought or bartered for political influence and power, only to lose their soul. (See, Mark 8:36 "What good is it for someone to gain the whole world, yet forfeit their soul?")

368. Trump's executive order allows religious institutions to buy or barter loyalty with those who align with Defendant's interests, in exchange for something down the line such as bailouts, or power to persuade politicians, at the cost of teaching some preachers and Christians to persecute liberals like me, since I do not support those who serve their pockets or political power. (See, CBS News, *More than 12,000 Catholic churches in the U.S. applied for PPP loans – and 9,000 got them*, By Christina Capatides, MAY 8, 2020 / 12:17 PM, https://www.cbsnews.com/news/catholic-churches-paycheck-protection-program-12000-applied-9000-got/); (Also see, the Hill, *Thousands of Catholic churches received PPP loans: report*, By Lauren Vella - 05/08/20 11:14 AM, https://thehill.com/homenews/news/496781-thousands-of-us-catholic-churches-received-ppp-loans-amid-coronavirus-report).

369. Trump's executive order has had the effect of substantially burdening my religious exercise, and substantially burdens the religious freedoms of others who believe or think differently.

370. Defendant cannot demonstrate "the application of the burden to me;

"(1) is in furtherance of a compelling governmental interest; and

(2) is the least restrictive means of furthering that compelling governmental interest." (Citing, 42 USCS § 2000bb-1 (b)(1)(2)).

371. Serving the Defendant's own power or profit under the guise of protecting the religious entities' speech is an illusion to cover up corruption that I believe kills the participants in the second death, hell, should they not repent of such inequity.

## V. SUBSTANTIALLY BURDENING PLAINTIFF'S FREE EXERERCISE OF RELIGIOUS BELIEF VIA CHILLING HER SPEECH BY CREATING THE ILLUSION PLAINTIFF DOES NOT KNOW GOD BECAUSE SHE DOES NOT SUPPORT THE DEFENDANT

372. Many Americans appear to remain under the unholy deception that political loyalty to Defendant, is loyalty to God, and any dissident to Defendant's policies or misbehavior, by me, or those like me, is an attack to their God.

373. As a result, I personally received persecution sponsored by the Defendant's illusion that Defendant is not only a political governing authority, but also a Godhead too.

374. I do believe in Jesus Christ and I am a Christian, despite the fact others deem me not because I do not support the President's lawless misbehavior.

375. My freedom of religion to share the way to eternal life is substantially burdened by Defendant's government sponsored illusion of government combined with God or religious authority to reign ("illusion").

376. I believe these attacks against my faith and against my political affiliation based on faith are caused by the Defendant's illusion.

377. I recall more than one stranger accusing me of not being a Christian as soon as I criticized the Defendant, chilling my religious belief in sharing God's truth, and thereby, substantially burdening my religious exercise, by preventing me from fully obeying God by spreading the gospel, which includes teaching God's message, about justice, mercy, and love for humanity not exploitation and harm towards humanity to serve greed, even when I do not cite Jesus, God or religion.

378. I recall someone saying they heard I eat babies, in response to my opposition supported with biblical references towards Defendant's policies.

379. This was painful given the historical context. During the rise of Christianity, people feared Christians. I believe they were taught to fear them by those with money, connections or authority, who exploited the people for money, since Christianity teaches love for humanity and against the oppression, exploitation and indifference towards harming other people to serve greed.

380. During the rise of Christianity, people shared false rumors that Christians were baby eaters by twisting the symbolic sharing of bread and wine, "do(ing) this in memory of (Jesus)," which is called communion. (Citing, Luke 22:19, 1 Corinthians 11:24, 1 Corinthians 11:25, relating to "do this in memory of me.")

381. I believe Jesus uses communion to teach us, "we do not live by bread alone, but by every word of God." (Citing, Deuteronomy 8:3, Matthew 4:4, Luke 4:4, "We do not live by bread alone but by every word of God.")

382. I believe Jesus Christ's words nourish our mind, heart and soul, giving eternal life. "We do not live by bread alone, but by every word of God." Id.

383. I believe the word of God gives eternal life by teaching us we are loved and to love.

384. I believe the way of love as God teaches, not as the evil world teaches, replacing love with selfish lusts. (See 1 John 5:19, We know that we are children of God, and that the whole world is under the control of the evil one.")

385. I believe God teaches the way to escape the final death.

386. I remember exiting the conversation after someone called me a baby eater, while I think I may have noted I am a vegetarian, thereby chilling my

political and religious discussions with a group, substantially burdening my free exercise of religion.

387. I also remember posting bible quotes to show my disapproval of Defendant President Trump's decisions on federal legislators facebook comments.

388. I remember someone responded "I don't know God" in the comments.

389. Instead of continuing in legal debate concerning just laws and just policies, which I believe is what God teaches may be used to save souls from hell while preventing and healing harm done here, I discontinued from participating in the discussion, thereby substantially burdening my religious practice of living the Word of God too by preventing harm and damnation in hell. (See, 2 Corinthians 3:2-3, "You yourselves are our letter, written on our hearts, known and read by everyone. You show that you are a letter from Christ, the result of our ministry, written not with ink but with the Spirit of the living God, not on tablets of stone but on tablets of human hearts.")

390. I believe God clearly teaches the difference between unjust decrees that lead people to harm and hell and just laws that prevent harm in this life and the next.

EFiled: Sep 22 2020 12:57PM EDT
Transaction ID 65953103
Case No. 2020-0809-

391. Unjust decrees teach love of money, encouraging people to harm one another to serve greed, while rewarding the one who gained the unjust gains.

392. Just laws, teach love or concern for humanity. Just laws correct people when they harm, oppress or exploit people to serve business greed.

393. I believe just laws have the power to not only save lives, but eternal lives.

394. Just laws heal victims of inequity while reducing the temptation for potential wrongdoers to sin by loving money, thereby saving people from hell, since Jesus says you cannot serve God and money.

395. Just laws instill hope, never giving up on the parties the Court corrects.

396. Just laws transform wrong doers into right doers.

397. I see some of our Constitutional limits on government as just limits, just laws, including the freedom to worship or not according to the dictates of our conscience, not the dictates of the Government through the Government agent the Defendant acting under the cloak of government authority as President of the United States.

398. Strangers have told me I cannot be a Christian because I am a democrat to my face too, chilling my religious belief in sharing God's truth, substantially burdening my religion by preventing me from fully obeying God by "spreading the gospel." (See, Mark 13:10, Luke 9:2, 2 Corinthians 8:18, Philippians 1:12, 1 Corinthians 9:16-18, Romans 1:1, Philippians 4:15, Galatians 2:2, Ephesians 6:15.)

399. I remember being hurt because I love God, and part of my faith is obeying Jesus by loving others by teaching them the way to escape hell, by teaching them to love others as themselves.

400. If people think I do not believe Jesus, they won't accept God's guidance through me by my pointing to the word, including the lessons and reasons behind God's words.

401. I believe I am commanded by God to spread the word. Yet, my religious exercise has been substantially burdened under the illusion Defendant created that liberals or democrats like me do not support Jesus. I am so sad.

402. I also recall people making jokes that are not funny. My faith is not a joke. I believe Jesus Christ.

403. I remember people telling me I was not a real Christian since I am Catholic too.

404. I am a real Christian.

405. Such comments towards me based on my religious and personal beliefs concerning Defendant has certainly chilled my free exercise of religion in the open.

406. I recall, Will Chandler, who I lovingly call the former king of corporate law's son, the former Chancellor's son, and a friend at the gym, citing "Romans" concerning obeying authority when I criticized Defendant's alleged lawless policies, thereby indicating I was misbehaving by not following God by not supporting Defendant.

407. I think my friend, Will Chandler, was citing to Romans Chapter 13 relating to obeying government authority. My friend did not grasp that not all laws are weighted the same in the bible.

408. Just like the Constitution preempts treaties, executive orders and federal laws which conflict, God's commandments also are preempted by the two greatest commands, Love God foremost and love one another subordinately.

409. Also note, Jesus told Pilate that the ones handing you over are guilty of a greater sin, meaning those who handed Jesus Christ over to the Court for prosecution broke a more important law, than Pilate, the judge. (Citing, John 19:11.)

410. My friend also did not grasp that just because God allows evil, it doesn't mean God willed evil.

411. We all have power to choose to be driven by our evil, loveless, selfish, desires to live for our own, or to choose to lay down our lives by loving God by exercising self control, by considering the impact of our decisions or lack thereof, upon others, even those outside of our own.

412. Just because people, like the devil in Job, have the power to do evil and so do evil, does not mean it is God's will that evil is done.

413. God affords us the power to choose, by using our brain, our mind for good by love, or evil by absence of love. Please note, I believe people go to hell for confusing lusts for love. Not knowing is not okay but is guilt to God for not caring to use your brain, to think, to care, to love.

414. That is why I think Jesus tells us to pray that God's will be done. I know I need guidance by God to understand God's will and humbly praying that we may do his will is nice. (Citing Matthew 10:6, "your kingdom come, your will be done, on earth as it is in heaven.")

415. I also recall my friend Will Chandler indicating sin was all women's fault, a different time at the gym. He said it was all Eve's fault.

416. Will's statement conflicted with scripture and was sadly supported by Defendant's demeaning words and treatment towards women under the cloak of government authority combined in the unlawful union with the cloak of religion, making him a misbehaving perceived Godhead, misguiding people I love to harm and hell.

417. Romans 5:12 provides, "sin entered the world through one man, and death through sin, and in this way death came to all people, because all sinned."

418. Scripture did not blame Eve, per my friend's statement and jokes that were not funny because I know he believes it, and teaches others to believe the same.

419. I believe people go to hell for thinking evil thoughts. (Matthew 5:22, Jesus said, "anyone who is angry with a brother or sister will be subject to judgment.")

420. I believe Defendant is misleading my friend, Will Chandler and his beautiful wife, Leah Chandler to hell, by teaching ugly thinking is Godly, and by failing to correct sinful thinking, by instead encouraging it under the cloak of Godliness and Government authority.

421. My beautiful friend, Leah Chandler, who I lovingly called the lovely law librarian is now Judge Leah Chandler of the J.P. Court, Will Chandler's wife.

422. She is not allowed to talk about religion or politics now since she became a judge.

423. But in private, before she became a judge, she indicated her difficulty in believing in a God who could sacrifice his child or encourage the sacrifice of Abraham's child, Isaac.

424. I also believe her husband's misguided beliefs on Christianity due to Defendant's encouragement and mis-leadership turns her away from salvation through God's love, since Will Chandler does not honor his wife or women by blaming Eve and women for sin.

425. Defendant does not lay down his will, his desires, to do the will of God by his love for others as himself.

426. I believe Defendant models behavior that misleads others to hell as our nation's leader, and as a perceived divine leader.

427. Leah Chandler and Will Chandler also declared their support for the Defendant, at least up until the last time I spoke with them.

428. I believe the Defendant misbehaves and misguides people I love to hell by modeling misbehavior to hell.

429. I believe my loved ones, Leah Chandler and William Chandler will go to hell if they continue to be deceived by the Defendant's encouragement of believing evil is good under the guise of Godliness.

430. I notice other loved ones in the community, I think of as Bible boys gone wild, who are deceived by the Defendant, into glorifying business greed, pride, or violence, while claiming to support Defendant and God, despite the fact I believe my God teaches love of money, pride and violence is wrong.

431. For instance, I notice my former grade school, schoolmate Sheldon Hudson, a government employee, Town Manager of Millsboro, located in Delaware, glorify business greed, Defendant President Donald Trump and God, thereby contributing to the illusion that supporting business greed and President Trump is Godly.

432. I believe my friend, Sheldon Hudson, will go to hell because he is deceived by the Defendant and by those the Defendant deceives into thinking business greed is good and Godly, unless he repents of such evil thinking.

433. I believe this court has the power to be not only a life saver, but an eternal life saver by safeguarding separation of church and state so Americans may worship or not according to the dictates of our conscience, not the dictates of the

government, through Defendant as the President of the United States, under the intrinsic persecution his shared support of religious beliefs create.

## COUNT 1

## UNLAWFUL ESTABLISHMENT OF GOVERNMENT RELIGION, IN VIOLATION OF THE ESTABLISHMENT CLAUSE OF THE 1st AMENDMENT APPLICABLE TO DEFENDANT VIA THE 5TH

434. Plaintiff, Meghan Kelly, repeats and incorporates by reference all of the above paragraphs and all of the below paragraphs, and the Exhibits and citations, the paragraphs refer to herein as admissible under nonhearsay and hearsay exceptions, including but not necessarily limited to, probative fact, state of mind, belief, present sense impression, periodical exception, excited utterance, admission by party opponent, as though set forth herein in the first instance.

435. The First Amendment provides in part: "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof." (emphasis intended)." (U.S. Const. amend. I.)

436. The Defendant, acting in his official capacity as the President of the United States, has established the illusion of government sponsored or government backed religion or religious beliefs, by personally creating the appearance of supporting one perceived religious group through a series of collective behavior,

including but not necessarily limited to, the behavior noted herein, creating a "pervasive' degree of government involvement with religious activity in (the) present case," in violation of the Establishment Clause applicable to the Defendant via the 1st and 5th Amendments. (Citing, Lee v. Weisman, 505 U.S. 577 (1992)); (Citing, U.S. Const. amend. I. and V.)

437. The Defendant, acting in his official capacity as the President of the United States, also governs through the illusion of religious authority, in an unholy union where religion is publicly used for Defendant's vanity, meaning Defendant's political and personal purpose in violation of the 1st and 5th Amendments, instead of maintaining separation of church and state.

438. Defendant, acting in his official capacity as the President of the United States openly accepts perceived or projected combined religious and political support from alleged Christians, creating the appearance that Defendant is not only a political leader, but a religious leader as well, in violation of the Establishment Clause applicable to the Defendant via the 5th Amendment.

439. The US Supreme Court held the "Establishment clause, at very least, prohibits government from appearing to take position on questions of religious belief or from making adherence to religion relevant in any way to person's standing in political community." (County of Allegheny v. American Civil

Liberties Union Greater..., 492 U.S. 573 (1989), Abrogated by Town of Greece, N.Y. v. Galloway, U.S., May 5, 2014).

440. The Lemons test is not necessarily required under the facts of this Count which applies to laws passed, or government agents executing laws passed which may be unconstitutionally applied or unconstitutional on their face which is distinguished from the present case. (Citing, Lemon v. Kurtzman, 403 U.S. 602, 91 S.Ct. 2105, 29 L.Ed.2d 745.); (Also see Lee v. Weisman, 505 U.S. 577 (1992), where the Supreme Court held, "Reassessment of decision in Lemon v. Kurtzman, which set forth standards for evaluation of establishment clause cases, was not required in order to determine whether "nonsectarian" prayer could be offered at school graduation; "pervasive" degree of government involvement with religious activity in present case, to point of creating state-sponsored and state-directed religious exercise in public school, was sufficient to determine constitutionality without reference to Lemon test. U.S.C.A. Const.Amends. 1, 14.")

441. Defendant as the chief executing authority, as the President of the United States, charged with executing laws, lawlessly acts, without foundation for any of his violations in statutory law, albeit, with the possible exception of Ex. Or. No. 13798 of May 4, 2017, 82 Fed. Reg. 21675, and possibly other executive orders that are not the focus of this cause of action.

442. Instead, Defendant behaves as a law unto himself.

443. Defendant's violations cause ongoing harm to Plaintiff.

**COUNT II**

**FREE EXERCISE CLAUSE DEFENDANT SUBSTANTIALLY BURDENED PLAINTIFF'S FREE EXERCISE OF RELIGION IN VIOLATION OF 42 USC §§ 2000bb — 2000bb-4, and THE 1st AMENDMENT APPLICABLE TO DEFENDANT VIA THE 5TH AMENDMENT**

444. Plaintiff, Meghan Kelly, repeats and incorporates by reference all of the above paragraphs and all of the below paragraphs, and the Exhibits and citations, the paragraphs refer to herein as admissible under nonhearsay and hearsay exceptions, including but not necessarily limited to, probative fact, state of mind, belief, present sense impression, periodical exception, excited utterance, admission by party opponent, as though set forth herein in the first instance.

445. Many Americans appear to remain under the unholy deception that political loyalty to Defendant, is loyalty to God, and any dissident to Defendant's policies or misbehavior, by me, or those like me, is an attack to their God.

446. I personally face persecution sponsored by the Defendant's illusion that Defendant is not only a political governing authority, but also a Godhead too, for exercising my free exercise of religion.

447. I also receive eternal harm because I believe those deceived by the Defendant's illusion of religious governing authority will not receive eternal life in heaven.

448. Every day, the Defendant exploits and encourages the illusion of religious governing authority by supporting one perceived religious belief, or suppressing different religious beliefs, my freedom to exercise my faith is substantially burdened by threat of persecution by private citizens who believe supporting Defendant supports God.

449. Every day, the Defendant exploits and encourages the illusion of religious governing authority by supporting one perceived religious belief or suppressing different religious beliefs, my freedom to exercise my faith is substantially burdened by threat of persecution by private citizens who believe supporting my God and my religion is evil since the Defendant's support of the Bible and God makes it appear Christians misbehave like the Defendant.

450. My free exercise of religion by seeking to feel a fuller type of love in heaven with those the Defendant misleads and deceives to damnation is substantially burdened by Defendant's excessive entanglement of religion with government in violation of the 1st Amendment applicable to the Defendant via the 5th Amendment and in violation of 42 USC §§ 2000bb — 2000bb-4.

451. My free exercise of religion to spread the word without government sponsored private bought or bartered for private persecution is substantially burdened and chilled.

452. The Defendant sells deception, lies, as truth, I believe misleading many to harm and hell, as they accept the illusion in place of truth.

453. Infringement of First Amendment rights are generally not compensable by money damages and are, therefore considered irreparable, as freedoms.

454. The harm noted herein, such as the suppression of my freedom to worship or not according to the dictates of my conscience without government sponsored persecution is certainly irreparable.

455. Given the fundamental rights at issue here, and the requirement that the Defendant must prove his violations are "in furtherance of a compelling governmental interest; and the least restrictive means of furthering that compelling governmental interest," somehow more important than Plaintiff's freedom to freely exercise her religion without government sponsored persecution, I have a high likelihood of success on the merits of my claim. 42 USCS § 2000bb-1(b)(1)(2).

456. Defendant's violations cause ongoing harm to Plaintiff.

**COUNT III**

**ESTABLISHMENT CLAUSE VIOLATION OF THE 1st AMENDMENT APPLICABLE TO DEFENDANT VIA THE 5TH AMENDMENT RELATING TO THE EXECUTIVE ORDER 13798 of May 4, 2017, 82 Fed. Reg. 21675**

457. Plaintiff, Meghan Kelly, repeats and incorporates by reference all of the above paragraphs and all of the below paragraphs, and the Exhibits and citations, the paragraphs refer to herein as admissible under nonhearsay and hearsay exceptions, including but not necessarily limited to, probative fact, state of mind, belief, present sense impression, periodical exception, excited utterance, admission by party opponent, as though set forth herein in the first instance.

458. Defendant passed executive order 13798 of May 4, 2017, 82 Fed. Reg. 21675 (herein also referred to "executive order"), allowing religious entities to donate to political campaigns without losing their tax free status.

459. Defendant's executive order allows religious groups to buy favors or loyalty through donations to those in power or those seeking government power.

460. Buying power or bartering for power by granting churches the ability to donate to politicians and political groups, with money or donations parishioners gave churches or religious entities, to seek the churches' self gain, material gain,

loyalty or favors, instead of religious gain, is not freedom. It is for sale. It is not free speech, but is bought speech.

461. The cost of permitting payments via donations or support to politicians by religious organizations via the executive order is suppressing my Constitutionally protected freedom to worship or not according to the dictates of my conscience, not the dictates of government backed religious organizations, under threat of government sponsored private persecution or actual government persecution.

462. The cost of selling religious organizations power and influence through the executive order is essentially allowing the Defendant to sell what is not his, the freedoms of Americans from enslavement to the governing class's religious dictates under the threat of government backed persecution.

463. Churches and religious entities who donate to politicians or political groups, reasonably perceive the politicians or political groups owe the entities a benefit, such as loyalty to certain ideas.

464. The executive order creates a bought or bartered for religious interest in religious organizations supporting politicians.

465. As a result, some members of religious groups have taught parishioners to persecute those who do not align with the religious group's political interests, as not a genuine Christian.

466. The executive order creates a bought or bartered for political interest in political organizations supporting religious groups.

467. Churches and religious entities who donate are tempted to be biased and loyal to those they support because they reasonably perceive such politicians or political groups as owing the religious entities a benefit, such as loyalty to certain ideas.

468. As a result of this inherent bias or loyalty of religious organizations to serve those who serve them thereby serving themselves, (which I believe reflects the image of Satan), members of religious groups have taught parishioners to persecute those who do not align with the religious group's political interests, distinguished from religious interests, as not a genuine Christian.

469. I have faced increased government sponsored private persecution as a liberal Christian as a result of the implementation of the executive order.

470. My free exercise has been in effect substantially burdened by the application of the executive order.

471. What constitutes an "establishment of religion" is often governed under the three-part test set forth by the U.S. Supreme Court in Lemon v. Kurtzman, 403 U.S. 602 (1971). Under the "Lemon" test, government can assist religion only if (1) the primary purpose of the assistance is secular, (2) the assistance must neither promote nor inhibit religion, and (3) there is no excessive entanglement between church and state.

472. Here, the primary purpose of the executive order is not free speech, but bought or bartered for religious political speech used to influence elections via campaign donations or support.

473. The alleged secular speech cannot be divided from the unholy union tempting religious groups to seek their own power and profit in place of a true religious purpose, in exchange for donating or supporting the candidates who have the power to grant them their desires.

474. The executive order is using religion and religious groups for politician's vanity, meaning political purpose, creating an unnatural religious loyalty to party and people within a party by the religious groups who barter or buy loyalty, through donations or support.

475. The executive order has the impact of promoting religions which align with political beliefs and inhibiting religions who do not align with such political beliefs.

476. The executive order encourages and exacerbates excessive entanglement between church and state.

477. I believe the executive order not only violates the establishment clause of the first amendment applicable to Defendant via the 5th and 42 USC §§ 2000bb — 2000bb-4, but it also tempts Christians and churches to sin against God by using God's name in vain, for man's purpose in place of God's will, misleading many to harm and hell.

478. Defendant has promoted a religion, a type of Christianity, that I believe does not align with God's teachings.

452. Defendant has facilitated bail outs to religious entities or churches with business bail out money, which creates an unnatural religious whored loyalty to Defendant in exchange for the hope of future donations to Defendant, or members of the Defendant's party, the Republican party with the expectation that churches are taken care of with profit and power which is wrong because it compromises politician's focus on caring for the people they are charged to serve, instead of

those who take care of the politicians, those who donate or support their campaigns.

479. Defendant's violations cause ongoing harm to Plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, Meghan Kelly respectfully requests that this Honorable Court:

1. Enter an Order permanently enjoining and restraining the Defendant from forcing religious views or sponsoring religion, while employed as the President of the United States, so as not to substantially burden Plaintiff's free exercise of religion.

2. Enter an Order permanently enjoining and restraining the Defendant, the President of the United States, from persecuting those with diverse religious beliefs, based on such perceived religious beliefs, while acting as the President of the United States.

3. Enter an Order the Defendant shall award Plaintiff costs to the extent authorized by law or Court rule, and other such relief as the Court deems proper and just, if applicable.

4. Grant any injunctive or other relief that this Court deems just, equitable, and proper.

EFiled: Sep 22 2020 12:37PM EDT
Transaction ID 65953103
Case No. 2020-0809-

# VERIFICATION

I, Meghan Kelly, on behalf of myself, verify that the facts set forth in the foregoing *Verified Complaint of Meghan Kelly* are true and correct to the best of my knowledge, information and belief.

Meghan Kelly

SWORN TO AND SUBSCRIBED before
Me this 18th day of September, 2020.

Notary Public Court Clerk
Printed Name: Arline Simmons

My Commission Expires: ______