# Meg appealed Oct 13 third Cir 26-3570. concerned JGG v Trump where Meg wants others to help in case she cannot maybe Andy maybe Jenn, Esq or her DC attorney friends

From: Meg Kelly (meghankellyesq@yahoo.com)

To: ensign@usdoj.gov; drew.c.ensign@usdoj.gov; derek.l.weiss@usdoj.gov; mark.freeman2@usdoj.gov; slau@aclu.org; john.bailey@usdoj.gov; tiberius.davis@usdoj.gov; edanforth-scott@aclu.org; ptoomey@aclu.org; osarabia@aclu.org; nsmith@aclu.org; abhishek.kambli@usdoj.gov; smahfooz@aclu.org; mngo@aclu.org; khuddleston@aclu.org; dgalindo@aclu.org; m.tan@aclu.org; ernesto.h.molina@usdoj.gov; cwofsy@aclu.org; august.flentje@usdoj.gov; drewensignlaw@gmail.com; hshamsi@aclu.org; cwang@aclu.org; smichelman@acludc.org; lgelernt@aclu.org; aspitzer@acludc.org; matthewkosiorek@comcast.net; dylan.steinberg@usdoj.gov; supremectbriefs@usdoj.gov; usapae.usattorney@usdoj.gov; ryan.costa@delaware.gov; iadams@sidley.com; tmastro@gmail.com; darin.mccann@coastalpoint.com; cbarrish@whyy.org; braddgrossman@gmail.com

Cc: meghankellyesq@yahoo.com; andrew.dupre@akerman.com; chris.calio@yahoo.com

Date: Friday, October 30, 2026 at 05:32 PM EDT

Hi,

Attorneys are in danger. The petition is in danger. The rule of law is in danger. The rule of law is what founded this country as a more civilized form of government that serves instead of exploits cattle people for business by individual petitions to restrain the government and government backed partners.

All parties have dirty hands, but Trump seeks to evade the rule of law by manufacturing emergencies.

I appealed in the 3rd Circuit and provided some of the documents I submitted in JGG v Trump at Docket items 10 through 12 in . I also submitted emails I sent to you.

Should Trump cut off electricity where his agents declared an emergency including DC, DE and PA where the 3rd Cir sits, I could always fie a FRCP R 16 of the Sept 16, 2026 order by or before Sept 16, 2027. Nevertheless, I think the petition and access to courts is highly likely to be obstructed to allow a shut down December 11, 2026 to further weaken the courts for Defendants to evade the rule of law.

I think you guys are in danger.

I am not going to give up on protecting you even if things go dark.

I am copying someone I esteem highly who I attended the University of Delaware with.  I am still close with my friends at University of Delaware.  Hon Master Chad Stover of DE District Court was on my freshmen floor at Russel C honors dorm.  On the same floor Jennifer Doddenhoff, now married to Kris merging their names to Trippenhoff resided on our flreshmen floor too.

Our other schoolmates Maria, Lacey, Rebecca and others are still tight. I think I am sending letters to an old address, but Andy can you please see if you can in touch with Jenn to protect the parties, their counsel even DOJ when we disagree with them and the courts.

She has a bunch of attorney friends in DC.

Andy, you are really smart, can you please use your knowledge to protect the integrity of the fair not threatened petition by looking at other countries extension of extraterritoriality.

Part of the overthrow is demeaning and eliminating DOJ to eliminate the fair petition that founded the USA in 1791.

Thank you,
Meg

PS We see EO 14421 where Trump seeks to take over electric Grid.
We see the Oct 11 2026 order declaring a grid emergency in 10 jurisdictions including DC, DE and PA where the Third Circuit sits
I suspect Trump will evade the courts by selectively shutting off power, or money to them in light of the 90 day pentagon warning for the military to stock up for 90 days.
I am displeased at the monstrous move to have precious troops practice digging mass graves, or the announcement of troop presence and traffic delays in Dover DE after the elections Nov 4-6.
No one is above the law, nor is anyone below the law.

My case is about restraining the courts. The court does not to respect the purview of Const limits, but those limits preserve the court too, argh.

Trump would wage war on his own country to evade the law as he asset strips the country to increase debt not merely to get profit on interest but to gain control of what wrongly backs the debt the land, resources and the souls of slave bonded people unless we change that in the courts. The agenda where no private property exists is a real plan that internal government officials and partners collude in on all sides.

We have to persuade the courts to protect DOJ, reverse Snyder and Trump v US No 939 to prevent the premeditated overthrow.

DOJ I think you are getting set up to be used and thrown away. That is not okay.

May email changed Oct 22 and I may need a new one. A line looking like a bar code appeared on the top of my screen Oct 16 and is getting wider, so wide it obstructs my access to the menu bar in word and online.

I am not sure if this is additional obstruction by the government through its partners, but I am not giving up on preserving these United States from schemed dissolution. It is the individual exercise of the fair petition which empowers the court not teh judiciary act written into the code 28 USC Section 1 et al.

Art III power is only activated by the power of an individual exerting 1st and 5th amendment right to fair petition. They want to take that power that restrains all government and the private and public partners away to usher in the overthrow.

Let's prevent that.

Thank you.

With sincere concern,
Meg

DI 9 1 Concise Summary of the Case.pdf
572.3

DI 9 2 1 Appealable Oral order dated Sept 16 received in mai.pdf
798.1

DI 9 3 Denied Motion subject of this appeal Plaintiff Meghan Kellys Motion invoking sup.pdf
895.3

DI 9 4 Declaration to Plaintiff Meghan Kellys Motion invoking superseding Constitutiona.pdf
281.6

DI 9 5 Exhibit Email good faith seek to protect courts and petitioners and counsel incl.pdf
71

DI 9 6 749-3 email regarding DOJ state and claims and hardship to my family and I.pdf
238.5

DI 9 7 Proposed order of denied.pdf
77.5

DI 9 8 Certificate of service of denied motion.pdf
516

DI 9 9 motion for leave to file JGG v Trump 25-766 granted at 143.pdf
239.8

DI 9 10 declaration to Dc Dist Ct motion in JGG v Trump 25 766.pdf
294.4

DI 9 11 Exhibit 1 Redacted admission Fraud in AEA by Defendants.pdf
8.5

DI 9 12 Exhibit 2 proof of secretly concealing evidence in my favor to affect outcome o.pdf
332.5

DI 9 13 Exhibits 3 & 4 kelly v trump docs secretly sealed to hide evidence in my favor.pdf
1.7

DI 9 14 Exhibit 5 and 6 exemption form bar dues in DE.pdf
128.4

PDF DI 9 15 Exhibit 7 Lexis published Motion to Reign in arms from gov force to compel Megha.pdf
229.8

PDF DI 9 16 Exhibit 8 Danger against Meg and solicitor general funeral US Supreme Court acce.pdf
105.9

PDF DI 9 17 Exhibits 8 9 US Sup ct NO 23-7360_ Fw_ Thank you Lisa Nesbitt Kelly v Swartz_Me.pdf
101.6

PDF DI 9 18 Exhibit 11 USSC wrongly removed court staff Lisa nesbitt same as state court to.pdf
100.8

PDF DI 9 19 Exhibit 12 Proposed amicus brief by Meghan Kelly accepted and docketed at DI 143.pdf
869.9

PDF DI 9 20 Declaration of proposed Amicus brief in JGG v Trump 25 766.pdf
292

PDF DI 9 21 Certificate of service of proposed amicus brief by Meghan JGG v Trumo 25 76.pdf
407.2

PDF DI 9 22 Certificate of service, Meg will file an addendum and submit herewith.pdf
999.6

DOC concise Summary of Case.docx
50.2