# Meg handcuffed at DMV for asserting her rights Fw: JGG v Trump/25-766/ Fw: Sponsor for the United States Supreme Court

From: Meg Kelly (meghankellyesq@yahoo.com)

To: ensign@usdoj.gov; drew.c.ensign@usdoj.gov; derek.l.weiss@usdoj.gov; mark.freeman2@usdoj.gov; slau@aclu.org; john.bailey@usdoj.gov; tiberius.davis@usdoj.gov; edanforth-scott@aclu.org; ptoomey@aclu.org; osarabia@aclu.org; nsmith@aclu.org; abhishek.kambli@usdoj.gov; smahfooz@aclu.org; mngo@aclu.org; khuddleston@aclu.org; dgalindo@aclu.org; m.tan@aclu.org; ernesto.h.molina@usdoj.gov; cwofsy@aclu.org; august.flentje@usdoj.gov; drewensignlaw@gmail.com; hshamsi@aclu.org; cwang@aclu.org; smichelman@acludc.org; lgelernt@aclu.org; aspitzer@acludc.org; matthewkosiorek@comcast.net; dylan.steinberg@usdoj.gov; supremectbriefs@usdoj.gov; usapae.usattorney@usdoj.gov; ryan.costa@delaware.gov; iadams@sidley.com; tmastro@gmail.com; chris.calio@yahoo.com; darin.mccann@coastalpoint.com; cbarrish@whyy.org; braddgrossman@gmail.com; andrew.dupre@akerman.com; meghankellyesq@yahoo.com; cbarrish@comcast.net; jl.haynes@delaware.gov; govcr@delaware.gov; publictrust@delaware.gov; margaret.naylor@delaware.gov; aggiekelly@comcast.net; marykmastro@gmail.com; sillickliz@gmail.com; andy@thewatersedgechurch.org; mandygordines@yahoo.com

Date: Monday, November 23, 2026 at 02:59 PM EST

Hello,

Today, November 23, 2026, I went to the DMV to replace my license. On the forms I crossed out under penalty of perjury under 1st and 14th amendment religious objections. James 5 teaches do not swear, affirm, promise, declare at all left you be condemned to hell forever without repentance.

Jesus teaches let your yes be yes and your no be no. Everything else is from the evil one.

The person on the counter 20 said it was okay. He said he would give me a copy of the documents I signed.
Adam White is the supervisor.
The representative at counter 20 said he was not religious and did not believe.

I indicated the Bible teaches in Romans 2:15 even nonchristians and non jews may be saved by their by their unconditional love and protecting me by accommodations AI is unable to do.

I indicated I was asserting my religious rights before the DMV.

I was not forcing my beliefs but was required to assert them to prevent arguments of waiver.

The supremacy clause protects my assertion of rights. There is no necessary nor compelling reason to deny my right to reserve my religious objections. The staff appeared to be ready to accommodate before changing their mind.

The DMV took the picture. I paid the 50 dollars waited at the place the representative at counter 20 told me to wait.

The staff agreed to give me copies of what I signed crossing out penalty of perjury. Then, they said they would not give me a copy. Then the staff changed their story again. They said it would cost 25 dollars. Then they increased it to 50 dollars. Then, they changed their mind and said what was fine was no longer okay. They mandated that I redo the forms. I did not agree to the voiding of the license or forms. I did not consent to voiding the transaction at any time. I asserted

my rights, and the right to think about it as it appeared the DMV representatives had no problems in lying, changing their story, saying one thing, then changing it again and again.

I stepped away and asked the police for help, Officer Farrell, badge number 9627. I did not have a phone on me or anything to copy the documents. I am worried the state will conceal and destroy evidence of violation of my rights, and the assertion of them.

The police appeared to collude in seeking to destroy the evidence of my assertion of rights. Can you please act fast Ryan Costa or Dylan for the Georgetown, DE DMV to retrieve the paper please.

Instead of helping me when I explained the assertion of rights, as I became in possession of the form while talking with the officers about it, I asserted my right for time to talk with counsel [pray] before I made a decision of what to do.

I indicated I wanted to my car and outside to think about it.

I moved calmly and slowly. The police committed assault by grabbing the paper I signed and forcibly removing me.

While outside, the state police B. Brooks, badge number 733 grabbed my upper harm hard, and handcuffed me and forcibly grabbed me hurting me though I was not resisting. I let him know it was hurting my wrists. Instead of alleviating pain, he tried to squeeze a finger in between both.

Attached are pictures that are fair and accurate depictions of my wrists taken today 11/23/2026 I estimate to be two hours after the event.

B. Brooks handcuffed me outside after he forcibly removed me by grabbing me for reserving me rights. I tried to assert my right to prevent evidence from premeditative spoilage. I asserted the right to counsel and time to pray. I wanted to step out to go to my car and pray about it before I decided what to do.

The police indicated there would be no problem if I redid the forms without asserting my Constitutional rights by crossing out the under penalty of perjury.

I am a christian, Jesus teaches let your yes by yes and your no be no anything else is from the evil one.

The Bible in Matthew 5:34-36 provides: "But I tell you not to swear at all: either by heaven, for it is God’s throne; / or by the earth, for it is His footstool; or by Jerusalem, for it is the city of the great King. / Nor should you swear by your head, for you cannot make a single hair white or black."

James 5 of the Bible teaches do not swear at all lest you be condemned to die eternally without eternal life. See James 5:12 ("Above all, my brothers and sisters, do not swear—not by heaven or by earth or by anything else. All you need to say is a simple “Yes” or “No.” Otherwise you will be condemned.")

Promises are sin per two stories in the Old Testament where two dads agreed to sacrifice someone who violates an oath. Per 1 Samuel 14:24–46, one dad said he would kill someone who broke a fast. His son ate honey found in a lion's dead body. Per Judges 11:29–40, another dad promised he would sacrifice the first thing that came to his door should God grant them a victory. His daughter came to the door. A promise compromises what is right, as those two dad's would violate a superseding law should they adhere to them.

When I calmly and slowly moved for the door to take time to pray and think before acting, that is when B. Brooks forcibly grabbed me trying to take the original papers out of my hands I was reviewing.

The officers went through my bags without my consent despite going through a metal detector. The police Ferrell went through a hot pink wallet and my paper work of pleadings in this JGG case to get my information, even though the DMV was in possession of my current license.

The police said there would be no problem if I would just sign the documents without reserving Constitutional rights by crossing out under penalty of perjury and reserving rights.

I asserted my right to counsel. I said I want to think about it, and pray about it. [I did not say this but God is my counsel.]

Officer Farrell tried to get me to agree to violate my own religious beliefs. I said I reserve my rights, and I want to think about it.

Officer Ferell went back inside and left me outside with Officer B. Brooks, badge 733 of the state police.

I asserted my rights under the supremacy clause. I indicated to Brooks that I am currently licensed at the US Supreme Court and I protect people who believe differently too. There be no freedom if there was compelled compliance to one exercise of right, which was not a right but a requirement. He loosened his grip, and his grip stopped exacerbating discomfort after I shared that.

Officer Ferrell returned my license and money to me. He tried to get me to agree to say it was okay for the state to violate my rights by contract. I respectfully disagreed.

After Officer B. Brooks took off my handcuffs, I showed him marks on my wrists. It stings still.

I am home now, but I believe the licenses and contract clause will aid in the overthrow by making the people, the. I am not sure if I should get a new license under threat of compelled violation.

I am copying the governor's staff email to show how the police sought to obstruct my access to courts by swarming my home with helicopters and coming in, in bad faith on Oct 10, 2026 when the pleading was due the next business day October 13, 2026.

The license changes will be used in aid of a premeditated overthrow that is preventable and reversible no matter what anyone says.

There is no necessary purpose to adhere to a government compelling reason, to compel violation of my rights applicable to the government, including the DMV via the 1st, 4th, 5th, 6th, 13th amendments, via the 14th, and the 14th amendment.

In fact, there are lies assumed that are true that will aid in the premeditated overthrow, including the lie of freedom of contract in contracts under duress and adhesions or implied consent.

The governments Israel and the followers of the way in the Bible require forgiveness of contractual debts that oppress or our sins will not be forgiven. Thus, people remain unsaved from sin and death and hell. Our government like pagan city-states not limited to Babylon or Rome, kingdoms, fuedalism, and other governments rule by falsehoods on authority to

justify bondage, slavery and human sacrifice. Jeremiah 5:31 (“The prophets prophesy falsely, and the priests rule by their own authority [not God’s]. My people love it so, but what will you do in the end.”);
Distinguish this from contracts not paying the worker what is owed to sustain oppression, bondage, debt or sacrifice to sustain power, profit streams and positions of unjust authority. James 5:1-5:6
James Chapter 5 provides:
"5 Now listen, you rich people, weep and wail because of the misery that is coming on you. 2 Your wealth has rotted, and moths have eaten your clothes. 3 Your gold and silver are corroded. Their corrosion will testify against you and eat your flesh like fire. You have hoarded wealth in the last days. 4 Look! The wages you failed to pay the workers who mowed your fields are crying out against you. The cries of the harvesters have reached the ears of the Lord Almighty. 5 You have lived on earth in luxury and self-indulgence. You have fattened yourselves in the day of slaughter.[a] 6 You have condemned and murdered the innocent one, who was not opposing you."

I write in haste to assert rights applicable to the state via the 14th and not to waive them.

My religious beliefs are genuine.

I can see how some legal fictions will be used to overthrow the government and seek to avert them in giod faith.

Respectfully,
Meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** usapae.usattorney@usdoj.gov <usapae.usattorney@usdoj.gov>; slau@aclu.org <slau@aclu.org>; john.bailey@usdoj.gov <john.bailey@usdoj.gov>; tiberius.davis@usdoj.gov <tiberius.davis@usdoj.gov>; edanforth-scott@aclu.org <edanforth-scott@aclu.org>; ptoomey@aclu.org <ptoomey@aclu.org>; osarabia@aclu.org <osarabia@aclu.org>; nsmith@aclu.org <nsmith@aclu.org>; abhishek.kambli@usdoj.gov <abhishek.kambli@usdoj.gov>; smahfooz@aclu.org <smahfooz@aclu.org>; mngo@aclu.org <mngo@aclu.org>; khuddleston@aclu.org <khuddleston@aclu.org>; dgalindo@aclu.org <dgalindo@aclu.org>; m.tan@aclu.org <m.tan@aclu.org>; ernesto.h.molina@usdoj.gov <ernesto.h.molina@usdoj.gov>; cwofsy@aclu.org <cwofsy@aclu.org>; august.flentje@usdoj.gov <august.flentje@usdoj.gov>; drew.c.ensign@usdoj.gov <drew.c.ensign@usdoj.gov>; drewensignlaw@gmail.com <drewensignlaw@gmail.com>; hshamsi@aclu.org <hshamsi@aclu.org>; cwang@aclu.org <cwang@aclu.org>; smichelman@acludc.org <smichelman@acludc.org>; lgelernt@aclu.org <lgelernt@aclu.org>; aspitzer@acludc.org <aspitzer@acludc.org>; margaret.naylor@delaware.gov <margaret.naylor@delaware.gov>; matthewkosiorek@comcast.net <matthewkosiorek@comcast.net>; supremectbriefs@usdoj.gov <supremectbriefs@usdoj.gov>; chris.calio@yahoo.com <chris.calio@yahoo.com>; dylan.steinberg@usdoj.gov <dylan.steinberg@usdoj.gov>; Cris Barrish <cbarrish@whyy.org>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>; Bradd Grossman <braddgrossman@gmail.com>; ryan.costa@delaware.gov <ryan.costa@delaware.gov>; Darin McCann <darin.mccann@coastalpoint.com>
**Sent:** Wednesday, May 6, 2026 at 12:40:08 PM EDT
**Subject:** JGG v Trump/25-766/ Fw: Sponsor for the United States Supreme Court

Hello,

You are in danger and immunity and the contract clause will be used against you DOJ as your positions are eliminated by a surveillance state where digital identification will supplant you and harden the foundation for an overthrow, a slow

designed overthrow that must be unraveled by you, not be the noose that will eliminate you, your pensions, your private property, your freedoms too.

See below, I have been steadfast on not averring or swearing under penalty of law or in exchange for a bartered for loyalty or thing.

Damned to hell, to be without eternal life are those who do not forgive debts/contracts of the oppressed should they not repent and commit lawlessness no more even under the color of unjust laws. This is clear in the Old testament when people got into trouble with God fro not forgiving debts every seven years.

I do not want you to be tricked/deceived to believe a lie as truth to be used, harmed and potentially lose eternal life at the resurrection of the bones from the grave per Ezekiel 37 and Jesus Christ's teachings in Matthew 25 (lots of other verses too) to be separated sheep and goats where teh goats die with the devil in the fire to be no more in the second death. :(

I would not be loving if I did not shed light on darkened paths leading to harm. :(

We are not supposed to make oaths period and potentially doomed to hell are those who stupidly require it should they not repent. Not knowing is not okay but is the reason why people are deemed too disgusting to live to die in hell for hardness of hears and heads for making man or man's creation guide, teacher and God in place of truth. It is deception that damns at high and low levels misleading people to be r=tricked to be the evil to be destroyed by the bad dad the devil who damns his own kids to hell.

I wrote a friend who sadly was initiated into freemasonry yesterday including.

"You do not need to tell them you break an oath in your heart you place God first not men, misguided fallible not perfect men.
it is God you are responsible for not men. So if you know in your heart you[r] bondage to men is broken through Jesus you may be saved from being led astray. Know I love you and Mike and the shady stuff in your organization at the higher levels are Luciferian. They say that. It is in Morals and Dogma. I will print books. I will point to scripture to prevent deception to allow profiteers from using you. You need not be loyal to me, that is sin. Be loyal to doing what is right and to God by what God not man defines as right."

I read quite a few books on the dangers of freemasonry. I am currently reading the attached. pages 25 to 29 lists oaths people are compelled to harm or persecute self and others. That is naughty. It also discusses the misplaced loyalty to the organization. Remember collectively you are controlled by conditional collective aims not capable of being saved from sin and death in hell by laying down collective desires to do what is right. Unconditional love overcoming children of the devil like Alexander Hamilton who used temptations like his father the snake in teh garden by sticks and carrots. Naughty twice dead man. Citing jeremiah in the bible.

I will replace children of the devil with lawless people. They use unjust laws and gain and are bad, not good.
Page 30 and after discusses the murder of Captain William Morgan to cover up their darkness that he tried to show in the light when he began to follow the Word through Jesus Christ's teachings, the begotten son of God.

Note that the last email I cited the fact God commands us not to take oaths "lest you be condemned" meaning in the second death the last day to be no more.

These men and the gov like satan tries to lie to keep people in bondage.

There are christians who are naughty saying no laws or judges should exist. God says otherwise Amos 5:15. God's kid Jesus says otherwise Matthew 23:23.

I am going to keep looking at the dirt even though it makes me feel yucky to clean it up.

I am going to work on trying to save you, JGG clients, and teh United States by preserving teh rule of law with humility meaning the powerful petition is a check on all three branches including the US Supreme Court when they get it wrong. The government arms are limited. They do not check each other. It is people, including DOJ who are the checks on the power through the petition which are necessary to use to avert the preplanned overthrow.

Digital ID will be used to eliminate you DOJ.

We have to protect you from your client and all three branches of gov so you too may freely and more fairly place checks.

We have to stop gov attacks on judges, parties, or their attorneys both private and you to prevent vitiation of the most important check the petition likened to a pray to God, albeit judges are imperfect and need guidance when they are misguided by stiff necked wrong precedent. See Isaiah Rule here, rule there, while violating the purpose of the rule.

I know you are in danger and that is not okay.

I pray ACLU and you will add first amendment claims vitiated by gov threats in this case.

Bondi was naughty to seek to punish Boesberg but Trump is scary and would attack her too. Yet she is super naughty for prison profit. Damned to hell are those who look at others as having to earn worth, to be productive, to contribute to society should they not repent. They enslave and sacrifice people for moth and rust and have the mark of the beast written on their foreheads, hearts and hands by living based on desires not laying down desires like ACLU often does to do what is right, love and respect for others to live or believe even differently than we do, so long as they do not enslave and sacrifice others.

Thank you for understanding.
meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** "Jeannie.Balke@state.de.us" <Jeannie.Balke@state.de.us>
**Sent:** Tuesday, February 21, 2012 at 03:10:13 PM EST
**Subject:** RE: Sponsor for the United States Supreme Court

Dear Ms. Balke,

Thank you so much for checking with Justice Ridgely. Additionally, thank you for your suggestions.

I appreciate your time and help.

On a separate matter, I had the pleasure of being admitted to the DE bar by the Honorable Henry DuPont Ridgely. Unfortunately, I was concerned that my request to be admitted by affirmation as opposed to being sworn in was not honored. I made a special request with Ms. Holland, and yet it was not honored.

I know it sounds silly but I am a Christian and I actually believe in the bible. So, I've felt guilty years later because the bible provides, "Above all, my brothers, do not swear-- not by heaven or by earth or by anything else. Let your 'Yes' by yes, and your 'No' be no, or you will be condemned." NIV James 5:12.

The bible further provides, "Do not swear at all: either by heaven, for it is God's throne; or by the earth, for it is his footstool: or by Jerusalem ... Simply let your 'Yes' be 'Yes,' and your 'No,' be 'No' anything beyond that comes from the evil one." NIV Matthew 5:34-37.

To make matters worse, my name was mispelled on the wall of the Supreme Court. I know there's nothing I can do about how I became licensed in DE, but I was hoping I could somehow fix my name on the wall of the Supreme Court.

I have a family full of successful attorneys, and I am but a peon, still starting out. I can't believe I am related to the Mark Braden who coined the term "soft money." And my cousin Ikey Adams works where the President met his wife, Sidley Austin, and my deceased Grandpop has a plaque at Pittsburgh Courthouse as the infamous public defender "Battle Ship Bob." Nonetheless, I am proud to be the first female attorney in my family, and it would mean the world to be to correct the spelling of my name. So, I could someday show my future children and grandchildren that they can do anything if they stay determined. I brought it up with Ms. Holland a couple of times, but to the best of my knowledge it has not been corrected.

Thanks again for asking Justice Ridgely for help. I appreciate your kindness.

Very truly,
Meg Kelly, Esq.

ps. It's silly that we swear on the bible, when the bible instructs us not to swear. Could you ask the judges whether they would consider swearing in witnesses and admittees by using the term "do you swear or affirm." That way it may prevent heartbreak and regret. Thank you.

--- On Mon, 2/20/12, Balke Jeannie (Courts) <Jeannie.Balke@state.de.us> wrote:

> From: Balke Jeannie (Courts) <Jeannie.Balke@state.de.us>
> Subject: RE: Sponsor for the United States Supreme Court
> To: "Meg Kelly" <meghankellyesq@yahoo.com>
> Date: Monday, February 20, 2012, 2:43 PM
> Hello Meg - I wanted to get back to
> you to let you know that Justice Ridgely will only sponsor
> those attorneys that he knows personally -- usually through

> clerkships. Perhaps you could contact the U.S. Supreme Court
> Clerk's office to get of list of those that may be able to
> sponsor you.  Best of luck to you!
>
> -----Original Message-----
> From: Meg Kelly [mailto:meghankellyesq@yahoo.com]
>
> Sent: Wednesday, February 15, 2012 1:17 PM
> To: Balke Jeannie (Courts)
> Subject: Sponsor for the United States Supreme Court
>
> Dear Honorable Henry DuPont Ridgely,
>
> I am seeking to be admitted before the United States Supreme
> Court, and I am hoping you will be willing to be one of my
> sponsors.
>
> Would you please consider sponsoring my admission before the
> United States Supreme Court?
>
> Thank you so much for your time and consideration.
>
> Very truly,
>
> Meg Kelly, Esq.
> 34012 Shawnee Drive
> Dagsboro, DE 19939
> meghankellyesq@yahoo.com
> 302-537-1089
> Licensed DE, DC & PA
>
> DE Bar # 4968
>

---

Family Court Doc1.doc
471.5

Family Court Doc2.doc
270

thecourtsystemandfreemasonry.pdf
2

IMG_4480.JPG
4.7

IMG_4481.JPG
4.6

IMG_4482.JPG
4.2

DI 9 1 Concise Summary of the Case.pdf
572.3

one page Pictures of police and two of three cars Meg saw helicopters left police came ba.pdf
2.3