MEGHAN KELLY, ESQUIRE

34012 Shawnee Drive
Dagsboro, DE 19939

December 10, 2009

The Honorable Peter B. Jones
The Family Court
22 The Circle
Georgetown, DE 19947

Dear Honorable Peter B. Jones,

Thank you for taking time to meet with me on December 9, 2009. Per your kind suggestion, I respectfully request that the Family Court of the State of Delaware in and for Sussex County remove my name from the rotating list of attorneys who are required to represent clients in family law proceedings due to religious reasons.

The practice of family law is against my religious beliefs. I am a Christian, and I find guidance in the Bible. The Bible provides: "[W]hat God has joined together, let man not separate." *Citing,* NIV, Mark, 10:9; *and Citing*, NIV, Mathew 19: 6; *also see*, NIV., Malachi 2:16 ("I hate divorce"); NIV Genesis 2:20 ("man will … be united to his wife, and they become one flesh"); and, 1 Corinthians 7:10-11, (" A wife must not separate from her husband." "And a husband must not divorce his wife.")

In November, to my horror, I was appointed to a guardianship proceeding. I believe that such a proceeding contributes to separating "what God has joined together," because instead of the child bringing the parents together, the guardianship proceeding usually separates a child from one of the parents, and reinforces any division between a couple. *Id.* Accordingly, it contributes to the break of a union that God has made.